AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-cv-01599 |
| Binance Holdings Limited, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission                                                                      .

Date:      06/05/2023

/s/ Jennifer L. Farer
*Attorney's signature*

Jennifer L. Farer (DC Bar No. 1013915)
*Printed name and bar number*

Securities and Exchange Commission
100 F Street N.E.
Washington, D.C. 20549
*Address*

farerj@sec.gov
*E-mail address*

(202) 551-5072
*Telephone number*

*FAX number*