UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>BINANCE HOLDINGS LIMITED,  )<br>BAM TRADING SERVICES INC.,  )<br>BAM MANAGEMENT US HOLDINGS  )<br>INC., AND CHANGPENG ZHAO,  )<br>  )<br>Defendants.  )<br>  ) | Civil Action No. 1:23-cv-01599<br><br>Jury Trial Demanded |

## ERRATA

Undersigned counsel for Plaintiff Securities and Exchange Commission ("SEC") respectfully files this Errata in accordance with this Court's June 6, 2023 Notice and Local Civil Rule 5.1(c). Attached hereto as Exhibit A is a corrected case caption to the SEC's Complaint, Dkt. No. 1.

1

Dated: June 6, 2023     By:     /s/___Matthew Scarlato_____
        Washington, D.C.

Matthew Scarlato (D.C. Bar No. 484124)
Jennifer L. Farer (D.C. Bar No. 1013915)
J. Emmett Murphy*
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street N.E.
Washington, D.C. 20549
Phone:     (202) 551-3746 (Scarlato)
              (202) 551-5072 (Farer)
              (212) 336-0078 (Murphy)
Emails:    scarlatom@sec.gov
              farerj@sec.gov
              murphyJoh@sec.gov

*Attorneys for the Plaintiff*

*\*Government attorney certification pursuant to Local Rule 83.2(d) pending*

Of Counsel:    Jorge G. Tenreiro
                David L. Hirsch
                David A. Nasse
                Michael Baker
                Kathleen Hitchens
                Donna Norman
                Colby Steele
                Martin Zerwitz

                SECURITIES AND EXCHANGE COMMISSION