UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>    100 F Street, NE<br>    Washington, DC 20549,<br><br>                        **Plaintiff,**<br><br>    v.<br><br>**BINANCE HOLDINGS LIMITED,**<br>    Sertus Chambers, Governors Square<br>    Suite #5-204<br>    23 Lime Tree Bay Avenue<br>    P.O. Box 2547<br>    Grand Cayman, KY1-1104,<br>    Cayman Islands,<br><br>**BAM TRADING SERVICES INC.,**<br>    c/o Corporation Services Company<br>    1090 Vermont Avenue, NW<br>    Washington, DC 20005,<br><br>**BAM MANAGEMENT US HOLDINGS INC.,**<br>    c/o Corporation Service Company<br>    1090 Vermont Avenue, NW<br>    Washington, DC 20005, and<br><br>**CHANGPENG ZHAO,**<br>    #05-14, BLK 9A, 9 Sophia Road<br>    Singapore, 228193<br><br>                        **Defendants.** | Civil Action No. 1:23-cv-01599<br><br>**Jury Trial Demanded** |

**<u>COMPLAINT</u>**