# EXHIBIT A

# Exhibit A

**BAM Trading Services Inc.**
**Bank Account Summary**

| Bank/Processor | Entity | Account Number |
|---|---|---|
| Axos Bank | BAM TRADING SERVICES INC | 6672 |
| Axos Bank | BAM MANAGEMENT US HOLDINGS INC | 7639 |
| Axos Bank | BAM MANAGEMENT US HOLDINGS INC | 3153 |
| Axos Bank | BAM MANAGEMENT US HOLDINGS INC | 3161 |
| Axos Bank | BAM MANAGEMENT US HOLDINGS INC | 3179 |
| Axos Bank | BAM TRADING SERVICES INC | 3088 |
| Axos Bank | B.US SECURITIES INC | 8827 |
| Axos Bank | BAM TRADING SERVICES INC | 3963 |
| Axos Bank | BAM TRADING SERVICES INC | 3971 |
| Axos Bank | BAM TRADING SERVICES INC | 3989 |
| Silvergate (SG) | BAM Trading Services Inc. | 377 |
| Prime Trust | BAM TRADING SERVICES INC | PT holds bank account @ Cross River Bank |
| Prime Trust | BAM TRADING SERVICES INC | PT holds bank account @ Cross River Bank |
| Prime Trust | BAM TRADING SERVICES INC | PT holds bank account @ Cross River Bank |
| Prime Trust | BAM TRADING SERVICES INC | PT holds bank account @ Cross River Bank |
| Prime Trust | BAM TRADING SERVICES INC | PT holds bank account @ Cross River Bank |
| BitGo | BAM TRADING SERVICES INC | BitGo holds bank account at Customers Bank |
| Nuvei | BAM TRADING SERVICES INC | Nuvei holds bank account @ Fresno First Bank |
| Orum | BAM TRADING SERVICES INC | Orum holds bank account @ Silicon Valley Bank |
| Orum | BAM TRADING SERVICES INC | Orum holds bank account @ Silicon Valley Bank |

Confidential Treatment Requested by BAM Trading Services Inc.

BTS00833830

| Network | |
|---|---|
| ADA | ███████████████████████ s0yst0c |
| ALGO | ███████████████████████ PRXSZU |
| APT | ███████████████████████ 9e63d5 |
| ARBITRUM | ████████████ d8e7 |
| ASTR | ██████████████ Yvap8 |
| ATOM | █████████████ jj06rn2 |
| AVAXC | █████████████ ac46b |
| BAND | █████████████ qsgl48 |
| BCH | ██████████ MCvdH |
| BNB | █████████████ m7cesl |
| BSC | █████████████ a807f |
| BTC | █████████████ t67zlu |
| CELO | █████████████ 36edc |
| DASH | █████████ UqV8s |
| DGB | █████████ ysegv |
| DOGE | ██████████ 22EUz |
| DOT | 1███████████████ 84tFnd |
| EGLD | ██████████████████ rkqgdh |
| EOS | ████ inan |
| ETC | █████████████ 9490a5 |
| ETH | █████████████ 30019c |
| FET | ██████████████ g7gs6 |
| FIL | ████████████ oyaq7i |
| FLOW | ██████ 86da0 |
| FTM | █████████████ 0eb3c |
| HBAR | ███ 4258 |
| ICP | ██████████████████ 7ea2814c |

Confidential Treatment Requested by
BAM Trading Services Inc.

BTS00833824

| | |
|---|---|
| ICX | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇2c4cc |
| IOTA | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇szfyyl |
| KAVA | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇53x5x |
| KDA | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇4f0f96c |
| KSM | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇J2LZUF |
| LSK | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ank5 |
| LTC | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇eEP5Wvz |
| MATIC | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇0d821 |
| NANO | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇68cbg |
| NEAR | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇e046c00 |
| NEO | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇6s5sH |
| ONE | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇t2vpzas |
| ONT | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇vxhsQT |
| OPTIMISM | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇7b97ed |
| POLYX | 2▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇HiFXRGPg |
| QTUM | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇THW9h |
| ROSE | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇cdzkjge |
| RVN | ▇▇▇▇▇▇▇▇▇▇▇▇▇D9f2R |
| SGB | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇8612ef |
| SOL | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇GGLyr |
| SYS | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇l6hg5m |
| THETA | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇d06de8 |
| TRX | ▇▇▇▇▇▇▇▇▇▇▇▇▇KcneH5 |
| VET | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇a6c29c6c |
| WAVES | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇6VYoknT1 |
| WAX | ▇▇▇▇swdr |
| XLM | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇MGINUL4 |

Confidential Treatment Requested by
BAM Trading Services Inc.

| | |
|---|---|
| XRP | ▉▉▉▉▉▉▉▉▉▉ZiZECV |
| XTZ | ▉▉▉▉▉▉▉▉▉▉x82CD |
| ZEC | ▉▉▉▉▉▉▉▉▉▉qCA2 |
| ZEN | ▉▉▉▉▉▉▉▉▉▉NYBRG |
| ZIL | ▉▉▉▉▉▉▉▉▉▉qan7hc |
| IOST | ▉▉tw |

Confidential Treatment Requested by
BAM Trading Services Inc.

BTS00833826

| Network | |  |
|---|---|---|
| BNB | █████████████ x5mqr | |
| VET | █████████████ f1938c1 | |
| ETH | █████████████ 1938c1 | |
| XRP | ██████████████ uZK | |
| RVN | █████████████ 5nNXs | |
| LTC | █████████████ Lxb5ha | |
| DOGE | █████████████ zYiTfdz | |
| DASH | █████████████ wuhW6 | |
| ATOM | ███████████████ hzthpd | |
| XTZ | █████████████ pUvKvL | |
| NEO | █████████████ 3kZ6 | |
| ONT | █████████████ UK3kZ6 | |
| XLM | ████████████████████ XVQNIF | |
| ETC | ██████████████ f1938c1 | |
| BTC | █████████████ puZK | |
| BSC | █████████████ 1938c1 | |
| SOL | ██████████████ a2am5h | |
| AVAXC | █████████████ 938c1 | |
| ADA | ████████████████ qcul0a2 | |
| DOT | ███████████████ YdVMRA | |
| BAND | █████████████ wdt4e9 | |
| NEAR | ████████████████ c42f58 | |
| TRX | ██████████ po9 | |
| FTM | █████████████ 938c1 | |
| QTUM | █████████████ QLrEW | |
| FLOW | ████████ 9f6 | |
| ONE | █████████████ gj7kfw | |
| ALGO | ████████████████████ COVFKE | |
| ROSE | █████████████ z2sut9k827 | |
| FET | █████████████ lznr6 | |
| KSM | ██████████████ ajc48sv | |

Confidential Treatment Requested by
BAM Trading Services Inc.

BTS00833827



| Network | Address (redacted) |
|---|---|
| ICP | ▓▓▓▓2d6380c |
| HBAR | ▓79 |
| KAVA | ▓▓thl2h2 |
| EGLD | ▓▓▓xdg24e |
| ATOM | ▓▓qlpyqt |
| ATOM | ▓▓me2jz |
| AVAXC | ▓▓63d |
| AVAXC | ▓▓7 |
| BNB | ▓▓zm7gp9 |
| SOL | ▓▓▓spgjLtZHT |
| SOL | ▓▓a26LzhH |
| ETH | ▓▓541aA |
| ETH | ▓▓0f347 |
| ADA | ▓▓▓▓unqq83udzm |
| ADA | ▓▓▓▓sfkfqgg |
| ADA | ▓▓▓▓swk03 |
| ADA | ▓▓▓▓q062tz8 |
| ADA | ▓▓▓▓vdy6eu |
| ADA | ▓▓▓▓zq3h3mre |
| BAND | ▓▓s5eg22 |
| DOT | ▓▓▓wr3Cndh |
| DOT | ▓▓▓2YwF9o4H5 |

Confidential Treatment Requested by
BAM Trading Services Inc.

BTS00833828

| Network | | |
|---|---|---|
| NEAR | ███████████████████████ | 7cdf5f9ea68d |
| NEAR | ██████████████████████████ | 0fe4b91199 |
| FTM | ████████████ | 40f347 |
| ONE | ████████████ | c7dze |
| ROSE | █████████████ | 0aj8f |
| FLOW | █████ | 21e8f |
| FET | ████████████ | x6f72l |
| XTZ | ██████████ | 2nCAT |
| KSM | J██████████████████ | UrGeP |
| ALGO | ████████████████████████ | VGQ6YY |
| ICP | 1█████████████████████ | 46995bf22c |
| KAVA | ███████████ | l7u24ekv |
| KAVA | ████████████ | wdhy9 |

Confidential Treatment Requested by
BAM Trading Services Inc.

BTS00833829



Confidential Treatment Requested by BAM Trading Services Inc.

BTS00833854



Confidential Treatment Requested by BAM Trading Services Inc.

BTS00833855



Confidential Treatment Requested by BAM Trading Services Inc.

| FTM | 1938c1 | 650eb3c | |
| | | 40f347 | |

Confidential Treatment Requested by BAM Trading Services Inc.