UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:23-cv-01599<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S CERTIFICATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 65 AND LOCAL RULE 65.1**

Plaintiff Securities and Exchange Commission ("SEC") hereby submits this Certification Pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65.1 ("Certification") in support of its Emergency Motion for A Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause Why Relief Should Not Continue ("Motion for a Temporary Restraining Order"), accompanying Memorandum of Law, and all supporting documents.

The purpose of this Certification is to notify the Court that, contemporaneously with the filing of the Emergency Motion for a Temporary Restraining Order and accompanying materials, the SEC has provided copies of all pleadings and papers filed in this action to date or to be presented to the Court at the hearing, including the Motion for a Temporary Restraining Order.

Dated: June 6, 2023         By:      /s/   Matthew Scarlato
       Washington, D.C.              Matthew Scarlato (D.C. Bar No. 484124)
                                     Jennifer L. Farer (D.C. Bar No. 1013915)
                                     J. Emmett Murphy*

U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street N.E.
Washington, D.C. 20549
Phone: (202) 551-3746 (Scarlato)
(202) 551-5072 (Farer)
(212) 336-0078 (Murphy)
Emails: scarlatom@sec.gov
farerj@sec.gov
murphyJoh@sec.gov

*Attorneys for the Plaintiff*

*\*Government attorney certification pursuant to Local Rule 83.2(d) pending*

Of Counsel: Jorge G. Tenreiro
David L. Hirsch
David A. Nasse
Michael Baker
Kathleen Hitchens
Donna Norman
Ann Rosenfield
Colby Steele
Martin Zerwitz

SECURITIES AND EXCHANGE COMMISSION