# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,**<br><br>　　　　　Defendants. | Civil Action No. 1-23-cv-01599 |

## NOTICE OF APPEARANCE

To the clerk of court and all parties of record:

PLEASE enter the appearance of Daniel W. Nelson as counsel in the above-captioned matter on behalf of Defendant Binance Holdings Limited. I certify that I am admitted or otherwise authorized to practice in this Court.

Dated: June 6, 2023　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Daniel W. Nelson
　　　　　　　　　　　　　　　　　　　　　Daniel W. Nelson (D.C. Bar #433415)
　　　　　　　　　　　　　　　　　　　　　dnelson@gibsondunn.com
　　　　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　　　　　1050 Connecticut Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036-5306
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 887-3687
　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 530-9571

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　　　　*Binance Holdings Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2023, I caused a copy of the foregoing Notice of Appearance with the Clerk of Court via the CM/ECF system, which will give notice to all counsel of record.

      /s/ Daniel W. Nelson
Daniel W. Nelson
(D.C. Bar #433415)