UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br> v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>    Defendants. | Civil Action No. 1-23-cv-01599 |

## NOTICE OF APPEARANCE

To the clerk of court and all parties of record:

PLEASE enter the appearance of Jason J. Mendro as counsel in the above-captioned matter on behalf of Defendant Binance Holdings Limited. I certify that I am admitted or otherwise authorized to practice in this Court.

Dated: June 6, 2023      Respectfully submitted,

    /s/ Jason J. Mendro
    Jason J. Mendro (D.C. Bar #482040)
    dnelson@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Avenue, N.W.
    Washington, D.C. 20036-5306
    Telephone: (202) 887-3726
    Facsimile: (202) 530-9626

    *Counsel for Defendant*
    *Binance Holdings Limited*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 6, 2023, I caused a copy of the foregoing Notice of Appearance with the Clerk of Court via the CM/ECF system, which will give notice to all counsel of record.

        /s/ Jason J. Mendro
        Jason J. Mendro
        (D.C. Bar #482040)