UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED,<br>BAM TRADING SERVICES, INC.<br>BAM MANAGEMENT US HOLDINGS<br>INC., AND CHANGPENG ZHAO,<br><br>Defendants. | Civil Action No. 1:23-cv-01599 |

**PLAINTIFF U.S. SECURITIES AND EXCHANGE COMMISSION'S
MOTION FOR LEAVE TO FILE BRIEF OF EXCESS PAGES IN SUPPORT OF
PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER
FREEZING ASSETS, GRANTING OTHER RELIEF, AND
<u>ORDER TO SHOW CAUSE WHY RELIEF SHOULD NOT CONTINUE</u>**

Pursuant to Local Rule 7(e), Plaintiff Securities and Exchange Commission respectfully requests that the Court permit the SEC to file a brief of 67 pages for its Memorandum of Law in Support of the SEC's Emergency Motion for a Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause Why Relief Should Not Continue ("Motion") (See Dkt. No. 4.)  In support of this request, the SEC states as follows:

1. On June 5, 2023, the SEC filed its Complaint in this action against the four Defendants:  three entities (both foreign and U.S.-domiciled) and an individual.

2. The SEC's Complaint is over 130 pages long, raises 13 claims against Defendants, makes hundreds of factual allegations relating to a broad array of conduct involving the unregistered offer and sale of crypto asset securities; the operation of unregistered securities exchanges, unregistered clearing agencies, and unregistered broker-dealers;

and, as to two Defendants, fraudulent acts, practices, and misrepresentations, including relating to market manipulation that occurred on one of the trading platforms at issue.

3. Both the factual and legal issues presented in this case are complex.

4. As set forth in the SEC's Complaint and in the Motion being filed simultaneously herewith, Defendants have engaged in multiple acts over a period of years – including deliberate evasion of U.S. regulatory oversight, the movement of billions of dollars through Defendant Zhao-owned entities, and circumvention of the controls they themselves purportedly put in place on the Binance.US trading platform – raising significant concerns regarding (1) the safety, custody, and control of U.S. investor assets, and (2) the risk of dissipation of assets of Defendants BAM Trading and BAM Management. For these reasons, the SEC has filed the Motion seeking equitable and tailored emergency relief.

5. In order to establish the SEC's entitlement to such relief, the SEC has set forth in the Motion evidence from which an inference can be drawn that a violation has occurred and establishing its likelihood of success on the merits, thorough explication of the factual and legal basis for its claims, grounds for the Court's exercise of jurisdiction, as well as the basis upon which the SEC believes that investor assets and assets that could be used to secure a monetary judgment may be at risk.

6. To provide the Court with a sufficient basis to consider and rule upon the SEC's request, the SEC respectfully submits that a brief of 67 pages is necessary and appropriate.

7. The SEC's brief is only 22 pages longer than the 45 pages permitted under Local Civil Rule 7(e) and will not unduly burden the Court.

8. Given the nature of the SEC's Motion and circumstances under which the SEC requests expedited relief, counsel for the SEC has not conferred with counsel for Defendants regarding the instant request to file a brief with excess pages. The SEC is providing the filings contemporaneously to counsel for Defendants. The SEC does not object to Defendants filing a response to the Motion of equal length.

For the foregoing reasons, the SEC respectfully request that the Court permit the SEC to file a brief of 67 pages for its Memorandum of Law in Support of the SEC's Motion for an Emergency Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause Why Relief Should Not Continue (*see* Dkt. No. 4).

Dated: June 6, 2023  
       Washington, D.C.

By:    /s/   Matthew Scarlato  
Matthew Scarlato (D.C. Bar No. 484124)  
Jennifer L. Farer (D.C. Bar No. 1013915)  
J. Emmett Murphy*  
U.S. SECURITIES AND EXCHANGE COMMISSION  
100 F Street N.E.  
Washington, D.C. 20549  
Phone:    (202) 551-3746 (Scarlato)  
            (202) 551-5072 (Farer)  
            (212) 336-0078 (Murphy)  
Emails:   scarlatom@sec.gov  
           farerj@sec.gov  
           murphyJoh@sec.gov

*Attorneys for the Plaintiff*

*Government attorney certification pursuant to Local Rule 83.2(d) pending*

Of Counsel:   Jorge G. Tenreiro
David L. Hirsch
David A. Nasse
Michael Baker
Kathleen Hitchins
Donna Norman
Ann Rosenfield
Colby Steele
Martin Zerwitz

SECURITIES AND EXCHANGE COMMISSION