# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )     Civil Action No. 1:23-cv-01599 <br> ) |
| **BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES, INC. BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,** | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## [PROPOSED] ORDER

THIS MATTER is before the Court on Plaintiff Securities and Exchange Commission's ("SEC") Motion for Leave to File a Brief of Excess Pages in Support of Plaintiff's Emergency Motion for a Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause Why Relief Should Not Continue (*see* Dkt. No. 4).

For the reasons set forth in Plaintiff's Motion and for good cause shown, Plaintiff's Motion is GRANTED. The SEC is permitted to file a brief of 67 pages for its Memorandum of Law in Support of the SEC's Emergency Motion for Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause Why Relief Should Not Continue.

It is further ORDERED that Defendants may file a response of equal length to the SEC's Emergency Motion for Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause Why Relief Should Not Continue.

**SO ORDERED.**

Dated this ____ day of June, 2023.     _____
United States District Court Judge

SERVE:

Richard Grime, Esq.
Daniel W. Nelson, Esq.
Jason J. Mendro, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306

*Counsel for Binance Holdings Limited*


William McLucas, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue NW
Washington D.C. 20037

George Canellos, Esq.
Milbank LLP
55 Hudson Yards
New York, NY  10001-2163

*Counsel for BAM Trading Services Inc. and BAM Management US Holdings Inc.*


Douglas Yatter, Esq.
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020

*Counsel for Changpeng Zhao*