

# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### MICHAEL DAVID CELIO

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify MICHAEL DAVID CELIO #197998, was on the 2nd day of December, 1998 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on this day of July 20th, 2022.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:_____
*Florentino Jimenez, Assistant Deputy Clerk*



All
Business
Documents
30 Camp Street
San Francisco, CA 94110
855-771-2477

July 20, 2022

Michael D. Celio
Gibson Dunn, 1881 Page Mill Road
Palo Alto, CA 94304

Re: California Good Standing Certificate

Mr. Celio:

Enclosed is a Good Standing Certificate issued by the California Supreme Court on July 20, 2022, for Michael D. Celio. A scanned copy of the certificate was emailed to cblock@gibsondunn.com on July 20, 2022.

It has been our pleasure doing business with you. Let us know if we can be of further assistance.

Thanks for your business.

Steve Eckert
All Business Documents, Inc.
corpServices@allBizDocs.com