UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>     Defendants. | Civil Action No. 1-23-cv-01599 |

**Declaration of Mary Beth Maloney in Support of Motion for Admission *Pro Hac Vice***

I, Mary Beth Maloney, declare as follows:

1. I am counsel for Defendant Binance Holdings Limited in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Mary Beth Maloney.

3. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP. My office address is 200 Park Avenue, New York, NY 10166. My telephone number is (212) 351-2315.

4. I am admitted, practicing, and a member in good standing of the Bar of the State of New York (Bar Number 5241302), and eligible to practice before the following courts:

    ○ U.S. Court of Appeals for the Second Circuit
    ○ U.S. District Court for the Southern District of New York
    ○ New York Supreme Court, Appellate Division
    ○ Supreme Court of the State of California

5. I have never been disciplined by any bar.

6.  In the last two years, I have not been admitted *pro hac vice* in this Court.

7.  I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 6th day of June, 2023 in New York, NY.

_____
Mary Beth Maloney