UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br> v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>    Defendants. | Civil Action No. 1-23-cv-01599 |

### [Proposed] Order

At the District of Columbia this __ day of June, 2023, having considered the Motion of Defendant Binance Holdings Limited seeking the admission *pro hac vice* of Mary Beth Maloney (ECF No. __), and the Declaration of Mary Beth Maloney submitted in support of the Motion;

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.

                  _____
                  Hon. _____
                  United States District Judge