# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,**<br><br>　　　　　Defendants. | Civil Action No. 1-23-cv-01599 |

### Defendant Binance Holdings Limited's Motion for Stephanie L. Brooker's Admission *Pro Hac Vice*

Pursuant to Civil Local Rule 83.2(d), Defendant Binance Holdings Limited respectfully moves for admission and appearance of attorney Stephanie L. Brooker *pro hac vice* in the above-captioned matter.

This motion is supported by the Declaration of Stephanie L. Brooker, filed herewith. As set forth in the accompanying declaration, Stephanie L. Brooker is admitted, practicing, and a member in good standing of the District of Columbia Bar. This motion is supported and signed by Daniel W. Nelson, an active and sponsoring member of the Bar of this Court.

Dated: June 6, 2023

　　　　　　　　　　　　　　　　　　　　　　　　/s/   Daniel W. Nelson
　　　　　　　　　　　　　　　　　　　　　　　　Daniel W. Nelson
　　　　　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 433415
　　　　　　　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　　　　　　　　1050 Connecticut Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (202) 887-3731

Facsimile:  (202) 530-9571
dnelson@gibsondunn.com

*Counsel for Defendant*
*Binance Holdings Limited*