UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>          Defendants. | Civil Action No. 1-23-cv-01599 |

**Declaration of Stephanie L. Brooker in Support of Motion for Admission *Pro Hac Vice***

I, Stephanie L. Brooker, declare as follows:

1. I am counsel for Defendant Binance Holdings Limited in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Stephanie L. Brooker.

3. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP. My office address is 1050 Connecticut Avenue, N.W., Washington, D.C. 20036. My telephone number is (202) 887-3502.

4. I am admitted, practicing, and a member in good standing of the District of Columbia Bar (Bar Number 475321), and eligible to practice before the following court:

   ◦ District of Columbia Court of Appeals

5. I have never been disciplined by any bar.

6. In the last two years, I have not been admitted *pro hac vice* in this Court.

7.     I do engage in the practice of law from an office located in the District of Columbia, and as noted above, I am a member in good standing of the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 6th day of June, 2023 in Washington, D.C.

_____
Stephanie L. Brooker