# EXHIBIT A-1



**Binance Holdings Limited**
(the "Company")

**CERTIFICATE OF INCUMBENCY**

We, AMS Corporate Services (Cayman) Limited of 3-212 Governors Square, 23 Lime Tree Bay Avenue, P.O. Box 30746, Seven Mile Beach, Grand Cayman KY1-1203, Cayman Islands, as the duly appointed Registered Office for the Company hereby confirm the following based on the corporate records maintained at our office:

1. The Company was incorporated on 12th September, 2017.

2. The Company currently has no entries in its Register of Mortgages and Charges maintained with us.

3. The Company's registration number is 326889.

4. The Company is in good standing in the Cayman Islands. (Meaning solely that it has not failed to make any filing with any Cayman Islands government authority or to pay any Cayman Islands government fees or tax which would make it liable to be struck off the Register of Companies and thereby cease to exist under the laws of the Cayman Islands).

5. Based solely on our review of the Register of Directors and Officers of the Company, the current Director is as follows:-

    | Name | Date of Appointment |
    |---|---|
    | Changpeng ZHAO | 12th September, 2017 |

6. Based solely on our review of the Register of Directors and Officers of the Company, the current Secretary is as follows:-

    | Name | Date of Appointment |
    |---|---|
    | ICS International Holdings Limited | 12th September, 2017 |

7. According to the latest Memorandum and Articles of Association of the Company on file with us, the authorised share capital of the Company is USD50,000.00 divided into 500,000,000 shares, par value of USD0.0001 each, of which (i) 497,884,237 shares are designated as Ordinary Shares; and (ii) 2,115,763 shares are designated as Series Seed Preferred Shares.

8. Based solely on our review of the Register of Members of the Company, the current shareholders holding share(s) in the Company are as follows:-

    | Name | No. of Share(s) Held |
    |---|---|
    | BiFounders Limited | 6,684,646 Ordinary Shares |
    | BiPartners Limited | 1,199,591 Ordinary Shares |
    | BiAngels Limited | 2,115,763 Series Seed Preferred Shares |

9. Based solely on our review of the Register of Members of the Company, all issued share(s) of the Company have been issued in registered and not bearer form.

www.amsfinancial.com



It should be noted that AMS Corporate Services (Cayman) Limited is not licensed to carry on a law practice and that the above is not intended to be nor should be taken as a legal opinion.

Signed and dated this 12th day of February, 2020.

For and on behalf of
AMS Corporate Services (Cayman) Limited

Authorised Signatory

*Please note that the information contained herein is based solely on the documents provided to AMS Corporate Services (Cayman) Limited by the directors, shareholders and representatives of the Company. AMS Corporate Services (Cayman) Limited makes no enquiry and relies on the directors, shareholders and representatives of the Company to provide all documents required for maintenance of accurate corporate records.

www.amsfinancial.com