# EXHIBIT A-2

 Log In   Register      

 Register now and get verified - Enjoy Welcome Rewards up to $100!

# From Burgers to Bitcoin Billions: How CZ Built a Leading Crypto Exchange in Just 180 Days

2020-11-24

The founder of Binance used to work at a McDonald's and sold his apartment to go all-in on Bitcoin. So how did he end up leading the biggest cryptocurrency exchange in the world? Here's his story.



The story of Binance is told through the hundreds of people who built its platform, as well as the millions of people who trade on the world's leading cryptocurrency exchange. But at the core of this tale is that of the founder, Changpeng Zhao (CZ), who launched Binance in July 2017 and led its rise to the top crypto exchange in the world after just 180 days.

**From Burgers to Bitcoin**

CZ came from humble beginnings, as a Chinese-born immigrant in Canada, where he took on various odd jobs to help keep his family afloat. At one point, he was even working at a McDonald's.