# EXHIBIT A-3

# Countries and Regions

Binance is available in 100+ countries

Africa America Asia & Pacific Europe Middle East

## Africa (2 countries supported)

Nigeria
South Africa

## America (7 countries supported)

Canada
Argentina
Brazil
Chile
Colombia
Mexico
Peru

## Asia & Pacific (16 countries supported)

Afghanistan
Australia
Bangladesh
Cambodia
India - English
India - Hindi
Indonesia
Japan
Kazakhstan
Mongolia
Myanmar
New Zealand
Pakistan
Philippines
Taiwan
Vietnam

## Europe (19 countries supported)

Bulgaria
Czech Republic
Europe
France
Greece
Hungary
Italy
Latvia
Poland
Portugal
Romania
Russia
Slovakia - Slovak
Slovenia - Slovenian
Spain
Switzerland
Turkey
Ukraine - Russian
Ukraine - Ukrainian

## Middle East (4 countries supported)

Egypt
Israel
Saudi Arabia
United Arab Emirates

## Start Trading Now

Register Now Trade Now

Binance © 2023

Captured by FireShot Pro: 05 June 2023, 16:42:14

