# EXHIBIT A-4

**CONFIDENTIAL TREATMENT REQUESTED**

## ATTACHMENT C

**BAM Trading Services Inc.**
Organizational Chart



LEGAL_US_E # 146209125.2