# EXHIBIT A-5

 | Blog        Education        Leadership        Product

# Binance.US Launches in Two New U.S. Territories; Receives Money Transmitter Licenses in American Samoa, Guam, and Louisiana

December 05, 2022    -    1 min read



Binance.US today announced that it has launched in two new U.S. territories by receiving its Money Transmitter Licenses (MTLs) in both American Samoa and Guam. Through the receipt of these MTLs, customers on islands spanning the Pacific can now register to buy, sell, trade, convert, and stake digital assets quickly and securely on the Binance.US website or iOS and Android apps. Binance.US has also received its MTL in Louisiana after going live in the state earlier this year, bringing the total number of secured MTLs to 43.

Binance.US offers some of the industry's lowest fees on nearly 150 cryptocurrencies, including zero fees on select Bitcoin (BTC) trading pairs. New and experienced traders alike can conveniently deposit, withdraw, and grow their cryptocurrencies in the Binance.US multi-asset crypto wallet and easily access and trade more than 300 trading pairs.

Brian Shroder, Chief Executive Officer of Binance.US, said, "Binance.US is committed to operating at the highest levels of compliance, which is being recognized through the granting of these MTLs. We are on a mission to become the most licensed and regulated digital asset exchange in the United States, and at the same time, we continue to enhance our platform and customer service capabilities, while introducing new value-add products and services."

American Samoa, Guam and Louisiana are the eighth, ninth, and tenth jurisdictions in which Binance.US has secured Money Transmitter Licenses in 2022, following West Virginia, Connecticut, Wyoming, Rhode Island, Idaho, Nevada, and Puerto Rico. Binance.US currently operates in 46 states, as well as Puerto Rico, and is working closely with the remaining state regulatory agencies to secure approvals so it can offer its services across all 50 states and territories.

Binance.US welcomes all American Samoa and Guam customers to sign up with Binance.US, as well as those in Louisiana who have not yet registered. Thank you for choosing our platform and starting your crypto journey with us.

Visit Binance.US or download the Binance.US iOS and Android apps to begin your crypto journey today!

Share this article:      



© 2023 - BAM Trading Services Inc. d.b.a. Binance.US - All rights reserved.

NMLS ID: 1906829