# EXHIBIT A-6

**Privileged & Confidential**

The document is provided to you solely to assist your institution's compliance with applicable AML/CFT legal requirements. As the document contains highly sensitive and proprietary business and/or personal information, please keep this document and its contents confidential and avoid unnecessary disclosure or circulation.



BAM Management US Holdings Inc.

Organizational Chart

By: _____

Name: Harry Zhou
Title: Counsel
Date: February 27, 2019