# EXHIBIT A-8



## Fintech Certification of Beneficial Ownership for Legal Entity Customers

### II. Certification of Beneficial Owner(s)

Persons opening an account on behalf of a legal entity must provide the following information:

**A. Name and Title of Natural Person Opening Account:**

ZHAO CHANGPENG    Chairman of the BOD

**B. Name and Physical Address of Legal Entity for which the Account is being opened:**

Binance holdings limited
Sertus Chambers, Governors Square, Suite # 5-204, 23 Lime Tree Bay Avenue, P.O. Box 2547, Grand Cayman, KY1-1104, Cayman Islands

**C.** The following information for <u>each</u> individual or entity, if any, who, directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, owns or controls 25 percent or more of the equity interest of the legal entity listed above, including their ownership or control percentage.
*Note:* If the Beneficial Owner is identified as another legal entity, a separate certification is required for each legal entity that owns 25% or more of the legal entity customer listed in B above.
*Note:* For trusts, all trustees of the trust that own 25 percent or more should be listed, not the trust.

### Beneficial Owner # 1 Information:

100 % of Ownership    ☐ Not Applicable

| Legal Name of Individual or Entity: | Date of Birth (Individuals): | Identification Number (SSN or TIN)[1]: |
|---|---|---|
| ZHAO CHANGPENG | 1977▮ | ▮3034 |

| Physical Address (Residential or Business Street): | City, State or Country, Zip |
|---|---|
| Touth 2 Tigne Street, Fort Cambridge, Flat 1002, 1000 Sliema | Sliema malta |

Primary ID Section: To be completed for individuals only. If entity listed, complete additional certification form.

| Primary ID Type: | Primary ID Number: | Primary ID State or Country of Issuance: |
|---|---|---|
| ☐ Driver's License  ■ Passport  ☐ Other: | ▮3034 | CANADA |

### Beneficial Owner # 2 Information:

% of Ownership    ☐ Not Applicable

| Legal Name of Individual or Entity: | Date of Birth (Individuals): | Identification Number (SSN or TIN)[1]: |
|---|---|---|
|  |  |  |

| Physical Address (Residential or Business Street): | City, State or Country, Zip |
|---|---|
|  |  |

Primary ID Section: To be completed for individuals only. If entity listed, complete additional certification form.

| Primary ID Type: | Primary ID Number: | Primary ID State or Country of Issuance: |
|---|---|---|
| ☐ Driver's License  ☐ Passport  ☐ Other: |  |  |

1: For US persons - Social Security number/For Non-US persons - Passport number and Country of issuance (or similar government-issued identification number). For US Entities – EIN/ For Non-US entities - GIIN.
2: If appropriate, an individual listed under section II above may also be listed under section III.



## Fintech Certification of Beneficial Ownership for Legal Entity Customers

**Beneficial Owner # 3 Information:**

% of Ownership ☐ Not Applicable

| Legal Name of Individual or Entity: | Date of Birth (Individuals): | Identification Number (SSN or TIN)[1]: |

| Physical Address (Residential or Business Street): | | City, State or Country, Zip |

Primary ID Section: To be completed for individuals only. If entity listed, complete additional certification form.

| Primary ID Type: ☐ Driver's License ☐ Passport ☐ Other: | Primary ID Number: | Primary ID State or Country of Issuance: |

**Beneficial Owner # 4 Information:**

% of Ownership ☐ Not Applicable

| Legal Name of Individual or Entity: | Date of Birth (Individuals): | Identification Number (SSN or TIN)[1]: |

| Physical Address (Residential or Business Street): | | City, State or Country, Zip |

Primary ID Section: To be completed for individuals only. If entity listed, complete additional certification form.

| Primary ID Type: ☐ Driver's License ☐ Passport ☐ Other: | Primary ID Number: | Primary ID State or Country of Issuance: |

**Beneficial Owner # 5 Information:**

% of Ownership ☐ Not Applicable

| Legal Name of Individual or Entity: | Date of Birth (Individuals): | Identification Number (SSN or TIN)[1]: |

| Physical Address (Residential or Business Street): | | City, State or Country, Zip |

Primary ID Section: To be completed for individuals only. If entity listed, complete additional certification form.

| Primary ID Type: ☐ Driver's License ☐ Passport ☐ Other: | Primary ID Number: | Primary ID State or Country of Issuance: |

If additional beneficial owner information spots are needed, use the supplemental form.

1: For US persons - Social Security number/For Non-US persons - Passport number and Country of issuance (or similar government-issued identification number). For US Entities – EIN/ For Non-US entities - GIIN.
2: If appropriate, an individual listed under section II above may also be listed under section III.



# Fintech Certification of Beneficial Ownership for Legal Entity Customers

## III. Controlling Individual

| D. Please indicate one (1) individual² with significant responsibility for managing the legal entity listed above, such as: |
|---|
| ☒ An executive officer or senior manager (e.g. Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, or Treasurer); or |
| ☐ Any other individual who regularly performs similar functions. (If appropriate, an individual listed under the section II above may also be listed in this section III. |

**Individual with Management Control Information:**

| Legal Name & Title: | Date of Birth: | Tax Identification Number (SSN or TIN)*: |
|---|---|---|
| Chen Guangying | 1982, ▮ | |

| Physical Address (Residential Street): | City, State or Country, Zip |
|---|---|
| 401 8 Hao Lou 388 Hao Li Jin Road Pudong Xin Qu | Shanghai, China |

| Primary ID Type: | Primary ID Number: | Primary ID State or Country of Issuance: |
|---|---|---|
| ☐ Driver's License ☒ Passport <br> ☐ Other: | ▮0487 | China |

**Certified\Agreed To**

I, Chen Guangying (as a natural person, or principal of the entity listed above)
   Print Name

hereby certify, to the best of my knowledge, that the information provided above is complete and correct. If there are any changes in the above and/or this certification is for a loan or certificate of deposit, which is subject to renewals, the above agrees to notify Silvergate Bank of any changes in beneficial ownership information.

_____                    _____
**Signature**                                      **Date**

**INTERNAL BANK USE ONLY**

Account #(s):

---

1: For US persons - Social Security number/For Non-US persons - Passport number and Country of issuance (or similar government-issued identification number). For US Entities – EIN/ For Non-US entities - GIIN.
2: If appropriate, an individual listed under section II above may also be listed under section III.

FCMF-018                                          REV. 06.25.2018                    Page 4 of 4