# EXHIBIT A-9

# BINANCE HOLDINGS LTD.
# STRUCTURE CHART

*Each of these entities is (directly or indirectly) wholly or majority owned by Changpeng Zhao*



\* Binance Holdings Ltd. holds the majority of Binance.com's trademarks and domains and enters into certain related vendor, staffing, and intercompany agreements. It does not own or operate the Binance.com virtual asset trading platform (the "Binance Exchange"), and nor does it hold any of the entities that operate the Binance Exchange. Binance Holdings Ltd. does not have any subsidiaries.

Current as of May 2021

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL

BHL-SEC-BUSD-0000001

# FUNCTIONAL STRUCTURE CHART
# OF BINANCE OPERATORS*

Binance Operators include the entities that are related to exchange trading activity, including fiat on-ramps/off-ramps. This chart also includes local exchanges (even though those local exchanges are local and, therefore, not technically operating on the .com platform). Binance Operators do not include entities that are involved in creating coins (e.g., stablecoins) or unrelated to exchange trading activity. This chart reflects the entities that either hold the entities in the relevant jurisdiction or that functionally operate the exchange.

*Each of these entities is (directly or indirectly) wholly or majority owned by Changpeng Zhao*



* In addition to the operators above, there are other entities in existence that are involved in other parts of the business and may share the Binance name. It is our understanding that these other Binance entities do not functionally operate the Binance Exchange.

** Binance (Jersey) Ltd. (Jersey) and Binance Ltd. (Korea) are currently in the process of being wound down.

2

Current as of May 2021

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL                                                          BHL-SEC-BUSD-0000002