# EXHIBIT A-13



Log In    Register

  

 Register now and get verified - Enjoy Welcome Rewards up to $100!    

# 14th BNB Burn | Quarterly Highlights and Insights from CZ

2021-01-19

For our 14th quarterly BNB Burn (October to December 2020), a total of 3,619,888 BNB have been burned, equivalent to $165,791,000 USD worth of tokens. Binance CEO CZ also shared a new plan to accelerate BNB burns, as well as his thoughts on crypto's progress so far this year.



Fellow Binancians,

For this past quarter, we just burned 3,609,050 BNB, plus 10,838 BNB from the Pioneer Burn Program, for a total of 3,619,888 BNB. This effectively took $165,791,000 worth of BNB out of circulation forever. With this recent burn, the total supply of BNB has officially decreased from 174,152,713 BNB to 170,532,825 BNB.

This 14th quarterly BNB burn is the highest-ever in both US dollar terms and amount of BNB burned. See the transactions for this burn here: Transfer 1 | Transfer 2 | Burn.

