# EXHIBIT A-14



# FAQ



Home / Support Center / FAQ / Tutorial / How to Use BNB to Pay for Fees a

# How to Use BNB to Pay for Fees and Earn 25% Discount

2017-07-10 02:22

You can save 25% on Spot and Margin trading fees and 10% on Futures trading fees. If you are a VIP user, you can receive a 25% discount on top of your VIP discount. For more details, please visit Benefits of BNB.

To use BNB to pay for trading fees and get a 25% discount, you must have BNB in your Spot Wallet and enable the [Using BNB Deduction] function first.

## How to enable the [Using BNB Deduction] function on the Binance website?

There are several ways to enable or disable the [Using BNB Deduction] function.

1. Log in to your Binance account and go to [Profile] - [Dashboard]. Scroll down to [More Service] - [Trading fees] to toggle on or off the button next to [Using BNB Deduction (25% discount)].



2. You can enable or disable the function from the Spot and Futures trading pages too. Click [Fee Level] and toggle it on or off.



**Related Articles**

How to Buy Cryptocurrency on Binance Homepage

Binance Beginners Guide

Fee Structure on Binance

What Are the Differences between Margin and Futures Trading

Frequently Asked Questions on Binance Live

How to Share APK Files with Binance on Android Devices

Frequently Asked Questions on the Binance Fiat Referral Campaign

What Is Binance Airdrop Portal and How to Use It

How to Set Up the Binance iOS Widget

Frequently Asked Questions on Project Delisting

How to Get Started With Binance Academy Courses

How to Mint Binance Account Bound (BAB) Token

Frequently Asked Questions on Binance Account Bound (BAB) Token

How to Use Venus Protocol Mini Program on Binance App

How to Get Started with Binance "Learn & Earn" and Terms & Conditions

How to Download Historical Market Data on Binance

What is Bitcoin Button Game and How Does It Work?

How to Watch Binance Live on Binance App

How to Use TradingView on Binance Website

BNB Balance Calculation

3. You can also enable or disable the function by visiting the Fees Schedule page. Toggle on and off the button next to **[Using BNB Deduction]** to enjoy a 25% discount on spot trading fees.



## How to enable the [Using BNB Deduction] function on the Binance App?

1. Log in to your Binance App and go to **[Profile]**. Tap the arrow next to your nickname.



2. Tap your VIP status. Toggle on or off the button next to **[Use BNB to pay fees]** to enjoy a 25% discount on Spot and Margin trading fees.



Sub Account

See Fee Schedule

Log Out

Please note that if an asset's price is less than 0.00000001 BNB, it is not eligible for the BNB fee discount. For example, if X token's price is 0.000000001 BNB (< 0.00000001 BNB), X token cannot enjoy any BNB fee discount. Only when the conversion ratio is greater than 0.00000001 BNB, you can enjoy the BNB trading fee discount.

*To celebrate Binance's fifth anniversary and to thank users for their continued support, Binance extended the option for users to receive a 25% discount on trading fees when paying by BNB. The 25% discount will now be valid through **2023-07-13 at 23:59:59 (UTC)**. To learn more, please refer to Binance to Extend the 25% Trading Fee Discount When Using BNB.

## Frequently Asked Questions

1. How to convert BNB to other coins?

For example, if you trade BNB to receive ETH, our system will calculate the fee based on the exchange ratio of ETH to BNB at the market price, which is based on the market price of ETH/BTC and BNB/BTC.

Exchange ratio of ETH/BNB = ETH/BTC[market price] /(BNB/BTC[market price]).

Please note that Binance updates its market price every second. You should refer to the transaction history for the final fee charged.

2. How do I calculate the fees for trading BNB?

When you turn on the **[Using BNB Deduction]** function, you can receive a discount for your trading fees. If you turn it off, Binance will charge 100% of the trading fees. Please refer to the Binance Fee Schedule for more details on trading and deposit/withdrawal fees.

4. If I've enabled the [Using BNB Deduction] function but I don't have a sufficient BNB balance in my account, what will happen?

If the BNB balance in your account is insufficient, fees will be deducted according to the Binance Fee Schedule.

You can also use BNB to pay for interest in the Margin account. Please visit How to Use BNB to Pay For Interest in Cross Margin Account for more details.

**About Us** | **Products** | **Service** | **Support** | **Learn** | **Community**
--- | --- | --- | --- | --- | ---
About | Exchange | Downloads | Request a Feature | Learn & Earn | 
Press | Academy | Desktop Application | Support Center | Browse Crypto Prices | 
Careers | Binance Live | Buy Crypto | 24/7 Chat Support | Bitcoin Price | 
Business Contacts | Charity | Institutional & VIP Services | APIs | Ethereum Price | 
Community | Card | | Fees | Buy BNB | 
Binance Blog | Labs | OTC Trading | Trading Rules | Buy BUSD |

| | | | | |
|---|---|---|---|---|
| Building Trust | Launchpad | Referral | Binance Verify | Buy Bitcoin |
| Legal | Research | Affiliate | Law Enforcement Requests | Buy Ethereum |
| Terms | Trust Wallet | BNB | | Buy Dogecoin |
| Privacy | NFT | Listing Application | Binance Legal (Court Orders) | Buy Ripple |
| Risk Warning | Binance Pay | P2P Merchant Application | Binance Airdrop Portal | Buy Tradable Altcoins |
| Announcements | Binance Gift Card | P2Pro Merchant Application | | |
| News | BABT | Historical Market Data | | |
| Notices | Binance Tax | Proof of Reserves | | |
| Sitemap | | | | |
| Cookie Preferences | | | | |

Binance © 2023

