# EXHIBIT A-15



Also -- Just a quick question about the ICO that just took place; when will the BNC be distributed? I purchased some during the second phase of the ICO and was already given half of my principle back as a refund for the unavailable supply. Do you know when my Binance account will be funded the BNC that was purchased?

1   Reply   Share   ...

**cpzhao** OP · 6 yr. ago

Thank you for your strong support in us. The phase you joined was a lottery draw, the win rate was 57%, so the portion of the "not winning" funds was returned to your account. I would very much like to get in touch with you personally. Join our Slack and ping me. https://binance.slack.com

1   Reply   Share   ...

**HOODDL** · 6 yr. ago

If I understood correctly Binance was able to sell all tokens on it's own page and by renrenico. Why do you need more money?

Whitepaper says 40% of tokens stays for the founders team. Is that correct?

1   Reply   Share   ...

**cryptobart** · 6 yr. ago

Hello the bnc price for ans and ether are different, contributing ans costs $0.2 eth costs $0.12 please address this issue

1   Reply   Share   ...

**pho_tai** · 6 yr. ago

Do exchange planning listing GAS ? NEO baby token ? (Antcoin) All the token on top on NEO blockchain will be listing also ? I saw there will be listing fee for exchange ? How much would it cost ? What do you expect volume for first 3 months of exchange ? How can we get ios app to install into our devices ?

3   Reply   Share   ...

**jjhBnc** · 6 yr. ago

I can answer some of these questions:

> Do exchange planning listing GAS ?

Yes we do plan on listing GAS. I am not sure the exact pairs at this time, but you will be able to buy GAS with multiple cyrptocurrencies. Remember that fees can be paid with GAS or other cryptocurrencies, so even without GAS you will still be able to use the exchange.

> I saw there will be listing fee for exchange ? How much would it cost ?

The only fees that are finalized are the trade fees that are listed in the whitepaper. The other fees listed we might potentially charge in the future. Before the trading go live we will have a clear breakdown of all fees.

2   Reply   Share   ...

**gosupetey** · 6 yr. ago

Hello, looks like I am able to buy now. What is the maximum BNC I am able to buy? Also, do I have to despair ETH first through the Funds tab or is there a different step, thanks

1   Reply   Share   ...

**onerookie** · 6 yr. ago

I know there is a lot of expectation for the new exchange. It feels like this will combine elements for average users to trade on. Whether they are from China, USA, Korean or any other places.

Is one of your mission to create a 1 marketplace for different nations?

3   Reply   Share   ...

**jjhBnc** · 6 yr. ago

Yes, our goal is to serve the global market. We've assembled, and will continue to assemble, an international team for that specific goal. Internationalization and support in multiple languages will take time, but we will work towards building a world class global exchange.

1   Reply   Share   ...

**Hyakku** · 6 yr. ago

Hi Changpeng, Hi James. Much appreciated on the AMA.

Having gone through your white paper, looked into your team's qualifications to the extent possible and registered for the site, I'm growing increasingly excited that you all have a great shot of bringing a solid, international exchange for a number of crypto pairs that will hopefully be more reliable and reputable than our current options.

That said, I'm curious about a few things:

- Is the intent for the coin to really be used to primarily discount fees on Binance's exchange? It seems that there's not much said about listing on other exchanges, which I think makes sense, but until there is a lot of

- trading on Binance my concern is that there may be no liquidity for the coin to attract people into the ecosystem. Could you all provide some insight as to how you see the coin growing in popularity until there's a critical mass of trading on binance?

- Not strictly a Binance question, but what was the thinking behind allowing ANS/Neo trading pairs? I'm not complaining at all as an early ANS holder, but it seems like there are other, more popular coins that might be just as attractive (Qtum, for example).

- Are there plans to bring on my international team members for localization and outreach efforts with the proceeds of the ICO? Outside of running the exchange it would be great if you all could give some more insight as to how you see the ICO proceeds being used.

Thanks, and good luck in the ICO. I can't tell if the transfers to exchanges are currently working but I'm going to toss an eth or two in in support here provided I can keep navigating in my very broken Chinese :).

↑ 2 ↓   Reply   Share   ···

**cpzhao** OP · 6 yr. ago · edited 6 yr. ago

Hi Hyakku,

Our current intention is to focus on building a successful exchange platform first. The coin will be valuable if the exchange is has high trading volume, naturally people will want to buy and use the coin to pay for fees, which creates circulation and liquidity. We won't be aggressively asking other exchanges to list the coin on their exchange. But if they want to, we won't (can't) stop it. We will happily support them, as it is good for us to have it trading on other exchanges as well.

For ANS/NEO, I am a long time friend with Da Hong Fei, founder of ANS. He and I share some common beliefs. We started talking about the Binance project 2 months back, and he was supportive from the very beginning. And we agreed all along we will support ANS from day one as well. And I like ANS very much.

I also know Patrick (Qtum founder). In fact, Patrick visited our office in Shanghai 1 year ago. We had a good discussion, and have an open dialog going. Patrick is also recommending other projects which plan to run on top of Qtum to us.

Going forward, we will establish a "listing guideline". So, instead of "listing coins from my friends", we will have an open and transparent process.

We plan to use 50% of the proceeds for marketing and international outreach, and would love to get your help on that. Private message me.

↑ 9 ↓   Reply   Share   ···

Continue this thread →

**onerookie** · 6 yr. ago

Is there a way to value our BNC? Because this coin only belong to Binance which is a digital asset exchange...it is pretty hard to compare with other coins and create some hypothesis.

Do you have an idea of how the value will be based on? We know there will be 200 mil coins in the market but more relevant info will be good. If you have ay numbers to provide us with that will be great thanks!!

↑ 2 ↓   Reply   Share   ···

**jjhBnc** · 6 yr. ago · edited 6 yr. ago

We expect the value of BNC is going to be proportional with the amount of fees taken by the exchange, which is primarily a function of the trading volume. If the exchange is very active, there will be a strong demand for BNC and the price will be stable. It's hard to estimate the market though, so I'm unable to give a concrete valuation.

Also, since fees on the exchange can be paid in BNC or another cryptocurrency, there will be a correlation between the value of BNC and the cryptocurrency it will be potentially replacing. Again though, its up to free market to determine what the value of this will ultimately be.

↑ 1 ↓   Reply   Share   ···

**[deleted]** · 6 yr. ago

What do you get when giving you coins, shares?

↑ 2 ↓   Reply   Share   ···

**cpzhao** OP · 6 yr. ago

BNC Value & Repurchasing Plan

You can use BNC to pay for any fees on our platform, including but not limited to: • Exchange fees • Withdraw fees • Listing fees • Any other fee When you use BNC to pay for fees, you will receive a discount: 50% discount first year, 25% 2nd year, 12.5% 3rd year, etc. This is in the white paper, in English.

Repurchasing plan Every quarter, we will use 20% of our profits to buy back BNC and destroy them, until we buy 50% of all the BNC (100MM) back. All buy-back transactions will be announced on the blockchain. We eventually will destroy 100MM BNC, leaving 100MM BNC remaining.

Decentralized Exchange In the future, Binance will build a decentralized exchange, where BNC will be used as one of the key base assets as well as gas to be spent.



Our current support team in mostly fluent in Chinese, less so in English. We apologize for the lack for English support. We are a pre-ICO team, so not fully built out yet, especially on the customer support side.

We also decided to do something creative with the ICO. The Chinese community didn't get to buy instantly. We gave a small quota (10,000 BNC, roughly equivalent to $1500) to the first 3000 registered users. A large number of (about 11000) people rushed in when we opened registration to the site. So, most of them didn't get the quota. The users who have the quote just finished buying. No one else was able to buy anything so far.

The next phase is the lottery in ETH and ANS/NEO, which just started and lasts for 21 hours. 30MM BNC will be sold using the lottery system (which was built by the binance team in the last few days).

There will be a last phase which is will be 5MM BNC which will be sold in BTC. I hope this address some of your questions. I do understand your point(s) thought. Thanks for being accommodating and joining this AMA.

6   Reply   Share

Continue this thread →

Rolaus · 6 yr. ago

> We were as much as the

Hi amirmusa, thanks for your feedback, we have been working hard to provide full English interface, understood there are still a few missing pieces, they will get fixed within a few days.

3   Reply   Share

Continue this thread →

onerookie · 6 yr. ago

Good stuff guys, I will be waiting for the AMA!

2   Reply   Share

cpzhao OP · 6 yr. ago

we are here. :)

1   Reply   Share

[deleted] · 6 yr. ago

I want to be able to use your site to withdraw my deposited BTC, however the transaction is not validated and cancelling doesn't work.

My BTC is now stuck in purgatory and I can't do anything with it.

3   Reply   Share

Rolaus · 6 yr. ago

Did you receive withdraw confirmation email?

2   Reply   Share

Continue this thread →

sp1nalcoin · 6 yr. ago

Why is the crowdsale page only available in Chinese ?

2   Reply   Share

cpzhao OP · 6 yr. ago

It was put together as a super rush job in the last few days. Most of the team stayed in the office for 48 hours, only sleeping occasionally on the sofa, to get it done in time. We just didn't have enough time to translate it into English yet.

We are running the ICO, doing interviews, and lauching the site at the time. Getting the site up and running with a lottery function is not trivial. This function wasn't planned before.

All that said, it will be done shortly. I just finished reviewing the translations. Will be available in a few hours (it's 12 midnight here).

6   Reply   Share

jjhBnc · 6 yr. ago

We're currently physically located in Asia and focused on that market first. Our full team is not fluent or native in English, so most of the materials are first made in Chinese, then translated to English and proofread. This is a time consuming process and we apologize that we haven't been able to translate everything to English.

This is on our TODO list and we're working towards getting this page fully translated. Thank you for patience.

4   Reply   Share

mingcai · 6 yr. ago

Any English instruction on how to purchase the ico?

8   Reply   Share

**chester0720** · 6 yr. ago

Office website

1  Reply  Share  ···

**cpzhao** OP · 6 yr. ago

This will come soon. Basically, register using the English version (there are still some Chinese that's not fully translated, or may be translated slightly off). Deposit ETH or ANS, go to

https://www.binance.com/crowdfundingDetail.html?projectId=1 for ETH

or this page:

https://www.binance.com/crowdfundingDetail.html?projectId=2 for ANS

Click the middle button (which say buy) and buy as much as you wish. If users buy over the allocated amount (30MM BNC), we will use a fair lottery draw. The buying phase ends in about 20 hours. Then the lottery results will be shown shortly afterwards.

The team is working around the clock to translate this fully into English.

There will be a last phase which will be done in BTC, by then the fully English version will be available.

2  Reply  Share  ···

Comment deleted by user · 6 yr. ago

**jjhBnc** · 6 yr. ago

Hello! I am James Hofbauer, Chief Architect of Binance and I am really looking forward to chatting with everyone in a few hours!

4  Reply  Share  ···

More posts you may like

See more posts like this in r/BitcoinMarkets →

Create an account to follow your favorite communities and start taking part in conversations.

**Join Reddit**