# EXHIBIT A-16





Home  >  Price Prediction

# BNB (BNB) Price Prediction

How much will BNB (BNB) be worth in 2023, 2024, 2025, and 2026? Check out other opinions on price targets and project confidence levels — known as a Consensus Rating — when deciding on your own price targets. Data displayed are based on user input and not Binance's opinion.

Ready to buy BNB? Binance accepts a wide range of currencies, making it easy for you to buy crypto using USD, EUR, CNY, AUD, INR, and other fiat currencies. Here are the buying guides for all available tokens on Binance.

**Buy BNB**

## Price Target on BNB (BNB)

**$ 312.83**  +1.94% (24H)

Enter your price growth prediction ⓘ

`5`  %   **Calculate Prediction**

\* All price predictions are based on user input. Binance does not contribute to or influence any of the price predictions on this page.

Visualize your price target on a graph with the Price Prediction Graph tool below. Simply enter your prediction for BNB's growth in percentage, and click 'Calculate Prediction'.

Please note that you can enter a negative or positive growth percentage.



## Consensus Rating

Vote your rating below to see other users' results.

### What Is Your Current BNB Sentiment?

- ● Very Bullish
- ● Bullish
- ● Neutral
- ● Bearish
- ● Very Bearish

**Submit**

### Make More Predictions

- Shiba Inu (SHIB) >
- Polygon (MATIC) >
- Bitcoin (BTC) >

## Technical Analysis

Technical analysis is a useful tool for predicting trends on a chart. However, recently many people have started trading with bots that have technical analysis concepts programmed into them. Below is an automated report of where the market is trending and which direction it may go at different time intervals into the future. While this is a BNB price prediction based on technicals, please do your own research and trade based on your own knowledge and ability.

**4 Hours** | 1 Day | 1 Week

### Moving Average

1. On the four-hour time frame, BNB is currently trending bullish with the 50 day moving average

   currently sloping up.
2. Additionally, BNB's 200 day moving average is sloping up and has been doing so since 2/18/2023 which means the trend is strong.
3. On the four-hour time frame, if we were to give a BNB price prediction, it would be bearish considering the way the 50 day and 200 day moving averages are bullish.

**Relative Strength Index**

1. Currently the RSI is within the 30-70 neutral zone, which indicates the price is trending neutral with the price being able to keep RSI in that state for a while.
2. There is currently no bearish or bullish divergence within the last 14 candles, which is no signal for price reversal from current areas.

Conflux (CFX)

SingularityNET (AGIX)

STEPN (GMT)

## About BNB Price Prediction

According to **your** price prediction input for BNB, the value of BNB may increase by +5% and reach $ 362.14 by 2026.

## Current BNB Price

$ 312.83  +1.94%  (24H)

The live price of BNB is $ 312.83 per (BNB / USD) today with a current market cap of $ 49.39B USD. 24-hour trading volume is $ 502.44M USD. BNB to USD price is updated in real-time. BNB is +1.94% in the last 24 hours. It has a circulating supply of 157.90M.

Learn More

## Top News



Binance Market Update (2023-02-22)

The global cryptocurrency market cap now stands at $1.09T, down by -2.71% over the last day, according to CoinMarketCap data.Bitcoin (BTC) has been trading between $23,861 and $24,838...

Binance   2023-02-22   #Binance   #Markets   #Cryptocurrency



Binance Market Update (2023-02-21)

The global cryptocurrency market cap now stands at $1.12T, down by -0.02% over the last day, according to CoinMarketCap data.Bitcoin (BTC) has been trading between $24,482 and $25,280...

Binance   2023-02-21   #Binance   #Markets   #Cryptocurrency



Binance Market Update (2023-02-20)

The global cryptocurrency market cap now stands at $1.12T, up by 0.14% over the last day, according to CoinMarketCap data.Bitcoin (BTC) has been trading between $23,849 and $25,195 over the pas...

Binance   2023-02-20   #Binance   #Markets   #Cryptocurrency

## Top Blog Posts



Binance-Peg BUSD is now available on Avalanche and Polygon

BUSD is available on multiple blockchains, including Ethereum, BNB Smart Chain, and BNB Beacon Chain. Now BUSD is also available on Avalanche and Polygon.

2022-09-18



### Packing Your Bags for Binance Blockchain Week Paris? Here Are Some Travel Tips!

Getting ready to attend Binance Blockchain Week? Here are a few crypto travel tips that will make your journey to Paris a smooth one. Bon voyage!

2022-09-13



### BUSD Hits Its $20B Market Cap Milestone

We are excited to announce that BUSD has reached its $20B milestone, ranking sixth in the overall crypto market and third among stablecoins by market cap.

2022-09-10

---

Content published on our Coin Prediction pages is based on information and feedback provided to us by verified Binance users and / or other third party sources. It is presented to you on an 'as is' basis for informational and illustrative purposes only, without representation or warranty of any kind. It should not be construed as financial advice, nor is it intended to recommend the purchase of any specific product or service. Binance shall not be liable to you in any way, for any losses that you may incur arising from your reference to, use of and / or reliance on any content published on our Coin Prediction pages.

Please also be aware that digital asset prices are subject to high market risk and price volatility. The value of your investment may go down or up, and you may not get back the amount invested. You are solely responsible for your investment decisions and Binance is not liable for any losses you may incur. Past performance is also not a reliable predictor of future performance. You should only invest in products you are familiar with and where you understand the risks.You should carefully consider your investment experience, financial situation, investment objectives and risk tolerance and consult an independent financial adviser prior to making any investment.

This material should not be construed as financial advice. For more information, see our Binance Terms of Use, Risk Warning, and the specific Terms and Conditions applicable to this Users' Coin Prediction Feature.

---

## About Us
- About
- Careers
- Business Contacts
- Community
- Binance Blog
- Building Trust
- Legal
- Terms
- Privacy
- Risk Warning
- Announcements
- News
- Notices
- Sitemap
- Cookie Preferences

## Products
- Exchange
- Academy
- Binance Live
- Charity
- Card
- Labs
- Launchpad
- Research
- Trust Wallet
- NFT
- Binance Pay
- Binance Gift Card
- BABT

## Service
- Downloads
- Desktop Application
- Buy Crypto
- Institutional & VIP Services
- OTC Trading
- Referral
- Affiliate
- BNB
- Listing Application
- P2P Merchant Application
- P2Pro Merchant Application
- Historical Market Data
- Proof of Collateral for B-Tokens

## Support
- Request a Feature
- Support Center
- 24/7 Chat Support
- APIs
- Fees
- Trading Rules
- Binance Verify
- Law Enforcement Requests
- Binance Legal (Court Orders)
- Binance Airdrop Portal

## Learn
- Learn & Earn
- Browse Crypto Prices
- Bitcoin Price
- Ethereum Price
- Buy BNB
- Buy BUSD
- Buy Bitcoin
- Buy Ethereum
- Buy Dogecoin
- Buy XRP
- Buy Tradable Altcoins

## Community

Binance © 2023