# EXHIBIT A-17

BINANCE | Buy Crypto EUR | Markets | Trade | Derivatives | Earn | Finance | NFT | Institutional | Feed | Log In | Register

Register now and get verified - Enjoy Welcome Rewards up to $100!

‹ Flash news

# Binance Labs to Invest in 7 Projects From the MVB Accelerator Program Co-led by BNB Chain

Binance    2022-10-04 00:28

Full disclaimer: This platform includes third party opinions. We do not endorse their accuracy. Digital asset prices can be volatile. Do your own research. See full terms here.

The Most Valuable Builder (MVB) Accelerator Program is an accelerator program co-led by Binance Labs and BNB Chain to offer mentorship and funding to emerging projects built on top of the BNB Chain.

The fifth season that kicked off in June 2022 was the first iteration where top-performing projects were selected by Binance Labs for investment. Binance Labs will invest in seven selected projects from the MVB Program, ranging across DeFi, infrastructure & tooling, NFT, and GameFi sectors.

Binance Labs, the venture capital arm and accelerator of Binance, will invest in seven selected projects from The Most Valuable Builder (MVB) Accelerator Program co-led by BNB Chain. The accelerator program aims to offer mentorship and funding to project founders while helping them onboard and scale on the BNB Chain.

With over 700 applications, the fifth cohort of the MVB Accelerator Program that kicked off in June 2022 is the most contested iteration to date. Throughout the 3-month incubation period, Binance Labs provided coaching, network assistance, and ecosystem integration support. Project founders collected insights from industry veterans on various topics, such as product innovation, infrastructure scaling, user optimization, strategic branding, and tokenomics, during 10+ workshop sessions led by Binance Labs.*

Yi He, Co-Founder of Binance and Head of Binance Labs, commented: "The MVB Accelerator Program helps innovative projects scale on the BNB Chain so they can reach their full potential. Binance Labs supports founders on their product, operations, community, and capital needs. These projects will grow further and positively impact the BNB Chain and the broader crypto ecosystem."

Tyler Z. Investment Manager at Binance Labs, said: "Binance Labs is pleased to co-lead the MVB Accelerator Program, and connect with project founders via dedicated curriculums, mentoring sessions, and fireside chats over the past three months. The fifth season is the first iteration where top-performing projects were selected by Binance Labs for investment. We look forward to seeing these projects develop further and scale on the BNB Chain."

The Binance Labs team also conducted in-depth project analysis and investment assessment, while collaborating with the BNB Chain growth team, CoinMarketCap, Trust Wallet, CertiK, and PancakeSwap on ecosystem integration. Top-performing projects were invited to an investment-focused demo day with venture capitalists and Binance Labs' limited partners. Listed in no specific order, the seven projects selected for investment are as follows:

- **Space ID** is building decentralized, censorship-resistant, and open-sourced universal identifiers. Its naming service network allows users to use one human-readable domain name to represent their identities across individual DApps and blockchains.
- **Overeality** is building the infrastructure for Web3 interoperability and scalability. It designs and implements scalable zero-knowledge proof systems for zkBridge and ZK-rollups acceleration.
- **Multichain** Event Protocol (MEP) is an interoperability communication protocol. It can be described as a secure mutual communication channel built on top of a multichain cache, authentication service, and execution environment.
- **Meta Apes** is a free-to-play and win-to-earn mobile strategy game. It's the first game built and launched on the BNB Sidechain, and has over 400,000 global players. The game is set in a post-apocalyptic world, where humanity has ended and a new era ruled by Apes has begun.
- **Velvet Capital** makes DeFi sleeker and safer by helping users invest into tokenized portfolios automatically. It supports assets across different projects and ecosystems to ensure a broader exposure, while allowing users to earn additional yield.



221

**Share**

    

**Related News**



Binance Gift Card ya está disponible en 30 puntos de venta en España a través de BitBase



Binance Gift Card is available now at 30 Stores in Spain through BitBase



Weekly Market Highlights - ETH Deposits Exceeded Withdrawals

- **Web3Go** is a multichain open-data analytics platform that supports contributions for on-chain events. It indexes blockchain data and presents them in a formatted manner so that users can translate data into visualizations.
- **Gameta** is a platform that allows users to play different casual games under one roof. The team aims to build a smooth Web3 migration process for users.

Gwendolyn Regina, Investment Director at BNB Chain, added: "The projects have received strong mentoring and support from BNB Chain and the Binance Labs ecosystem. This includes general tech and product, tokenomics advisory, community and regional market support. There is also tech advice and integration with BNB Chain, CoinMarketCap, and Trust Wallet infrastructure support, which will help the projects grow quickly and integrate into the entire ecosystem."

# BNB chain    # Binance Labs

## About Us
- About
- Press
- Careers
- Business Contacts
- Community
- Binance Blog
- Building Trust
- Legal
- Terms
- Privacy
- Risk Warning
- Announcements
- News
- Notices
- Sitemap
- Cookie Preferences

## Products
- Exchange
- Academy
- Binance Live
- Charity
- Card
- Labs
- Launchpad
- Research
- Trust Wallet
- NFT
- Binance Pay
- Binance Gift Card
- BABT

## Service
- Downloads
- Desktop Application
- Buy Crypto
- Institutional & VIP Services
- OTC Trading
- Referral
- Affiliate
- BNB
- Listing Application
- P2P Merchant Application
- P2Pro Merchant Application
- Historical Market Data
- Proof of Reserves

## Support
- Request a Feature
- Support Center
- 24/7 Chat Support
- APIs
- Fees
- Trading Rules
- Binance Verify
- Law Enforcement Requests
- Binance Legal (Court Orders)
- Binance Airdrop Portal

## Learn
- Learn & Earn
- Browse Crypto Prices
- Bitcoin Price
- Ethereum Price
- Buy BNB
- Buy BUSD
- Buy Bitcoin
- Buy Ethereum
- Buy Dogecoin
- Buy Ripple
- Buy Tradable Altcoins

## Community

Binance © 2023