# EXHIBIT A-18



 

coincodex

OVERVIEW | EXCHANGES | NEWS | GUIDES | PREDICTION | HISTORICAL DATA

# Binance Coin (BNB) Exchanges

List of Binance Coin exchanges where you can buy, sell and trade BNB

All | Recommended | Trusted

Search...

| EXCHANGE | PRICE | VOLUME ↓ | ACTION |
|---|---|---|---|
| Binance | | $301.13<br>$131.02M | Trade |
| KuCoin | | $301.03<br>$5.05M | Trade |
| Huobi Global | | $301.06<br>$3.57M | Trade |
| OKX | | $301.06<br>$2.56M | Trade |
| gate.io | | $301.22<br>$2.64M | Trade |

« 1 2 3 4 5 ... 20 »

Crypto exchanges are where users can buy, sell, and convert different cryptocurrencies. Here you can find list of all BNB exchanges where you can buy and sell Binance Coin, trade BNB with other cryptocurrencies including stablecoins, and fiat currency. You can search by exchange name to find out if BNB is available on your desired crypto exchange.

For more information about purchasing, storing, and selling Binance Coin, check the step-by-step guide on how to buy Binance Coin.

## BNB Pairs By 24-Hour Trading Volume

# coincodex

Search...

| EXCHANGE | PAIR | PRICE | CHANGE | VOLUME ↓ | VOL |
|---|---|---|---|---|---|
| Binance Futures | BNB / USDT | 301.07 / $301.24 | -1.47% | $257.61M | 19 |
| Binance | BNB / USDT | 301.00 / $301.17 | -1.47% | $95.47M | 7 |
| Binance Futures | BNB / BUSD | 301.21 / $301.44 | -1.49% | $25.87M | 1 |
| Binance | BNB / BUSD | 301.00 / $301.23 | -1.49% | $12.33M | 0 |
| Binance | BNB / BTC | 0.01121800 / $300.95 | -0.28% | $8.55M | 0 |
| Binance | BNB / TUSD | 301.00 / $300.98 | -1.50% | $2.67M | 0 |
| Binance | BNB / ETH | 0.160600 / $301.19 | -0.05% | $2.01M | 0 |
| Binance | BNB / EUR | 282.30 / $301.86 | -1.45% | $1.21M | 0 |
| Binance | BNB / TRY | 6,426.00 / $303.97 | -1.45% | $955,378 | 0 |
| Binance | JASMY / BNB | 0.000018 / $0.005307 | 1.56% | $502,834 | 0 |

« 1 2 3 4 5 ... 53 »

Binance Coin is trading on 100 cryptocurrency exchanges across 526 trading pairs. The most popular Binance Coin pair is BNB/USDT on Binance Futures, where it has a trading volume of $ 257.61M. You can trade Binance Coin with many fiat currencies including USD, GBP, INR, EUR, TRY and many stablecoins such as USDT, BUSD, TUSD, USDC.







The most popular Binance Coin exchanges are Binance, KuCoin, Huobi Global and OKX. There are many other crypto exchanges where you can trade Binance Coin, but make sure to do your own research before making your choice. You can find all cryptocurrency exchanges here. Also, make sure to check out our cryptocurrency exchange reviews.

## Binance Coin Market Overview

| | |
|---|---|
| 24h Trading Volume ⓘ | $989.66M |
| Rank by Volume ⓘ | #11 |
| Exchanges ⓘ | 100 |
| Pairs ⓘ | 526 |
| Average Price ⓘ | $300.90 |
| 24h Price Change ⓘ | -1.44% |
| Last Update ⓘ | a few seconds ago |



- Stablecoins (47%)
- Other (18%)
- Bitcoin (16%)
- Ethereum (10%)
- Fiat (9%)

Binance Coin trading volume in the last 24 hours is $990.49M, which is 45.04% higher than the day before.

  The Next Dogecoin? Wall Street Memes Coin Might 100x! Buy $WSM Now!  

coincodex

## Binance Coin Trading Volume



| 24H | 7D | 1M | 3M | 1Y | ALL |

With $990.49M in trading volume over the last 24 hours, Binance Coin is the #11 cryptocurrency by volume. The trading volume increased by **45.04%** in the last 24 hours and is down **-33.63%** in the last month. In comparison to 1 year ago, the volume of Binance Coin has decreased by **-39.84%**.

## Binance Coin Fiat Exchanges

| EXCHANGE | MARKETS | VOLUME ↓ | VOLUME % | ACTION |
|---|---|---|---|---|
| Binance | 🇪🇺 🇬🇧 🇷🇺 | $131.02M | 23.90% | Trade Now > |
| AscendEX | 🇺🇸 | $5.17M | 0.94% | Trade Now > |
| gate.io | 🇹🇷 | $2.64M | 0.48% | Trade Now > |
| Binance US | 🇺🇸 | $446,801 | 0.08% | Trade Now > |
| PrimeXBT | 🇺🇸 | $136,586 | 0.02% | Trade Now > |

«  1  2  3  4  5  »

The Next Dogecoin? Wall Street Memes Coin Might 100x! — Buy $WSM Now! — PAMP IT

 coincodex 

## Binance Coin Stablecoin Exchanges

| EXCHANGE | MARKETS | VOLUME ↓ | VOLUME % | ACTION |
|---|---|---|---|---|
| Binance Futures | | $283.48M | 29.68% | Trade Now › |
| Binance | | $131.02M | 13.72% | Trade Now › |
| KuCoin  Best Choice | | $5.05M | 0.53% | Trade Now › |
| CoinEx | | $146,789 | 0.02% | Trade Now › |
| AscendEX | | $5.17M | 0.54% | Trade Now › |

«  1  2  3  4  5  ...  16  »

You can trade BNB with stablecoins on 96 Binance Coin exchanges. The majority of Binance Coin trading with stablecoins is done on Binance Futures. KuCoin is the best choice when it comes to trading Binance Coin with stablecoins.

## Binance Coin Exchanges FAQ

### What exchanges can I buy Binance Coin on?

You can buy Binance Coin on cryptocurrency exchanges like ABCC, ApolloX, AscendEX, ATNirex and B2BX. Binance Coin is traded on 100 exchanges. Currently, the most popular exchange for BNB is ABCC.

### Which is the best exchange to buy Binance Coin?

Currently, the best Binance Coin exchange to buy BNB is Kucoin, which saw $5.05M worth of Binance Coin trading volume in the last 24 hours. However, you can also choose from other exchanges that list BNB, such as Binance, KuCoin, Huobi Global, OKX and gate.io.

  The Next Dogecoin? Wall Street Memes Coin Might 100x!  Buy $WSM Now!   



### Where can I buy Binance Coin with USDT?

You can buy Binance Coin with USDT on the Kraken cryptocurrency exchange. KuCoin is a popular cryptocurrency exchange, and handled $ 5.05M worth of Binance Coin trading volume in the last 24 hours. KuCoin also lists a very large number of other cryptocurrencies, so you will have plenty of trading options in addition to Binance Coin}.

### On which exchange can I buy Binance Coin with credit card?

You can buy Binance Coin with a credit card on KuCoin and other exchanges like KuCoin, Huobi Global and OKX. Using a credit card is a fast and convenient payment method for purchasing cryptocurrencies, but typically comes with higher fees than other ways of buying cryptocurrency with fiat.

Get the latest cryptocurrency news directly in your inbox.

Subscribe to Newsletter

| Tools | Business |
|---|---|
| Watchlist | Advertise |
| Portfolio | For Media |
| Market Overview | Crypto API |
| Converter | Widgets |
| Alerts | Partners |
| Historical Data | |
| Profit Calculator | |

| Support | Follow |
|---|---|
| Request Form | News |

   



Disclaimer



CoinCodex is a cryptocurrency data website that tracks 25097 cryptocurrencies trading on 425 exchanges and provides live crypto prices.

© 2023 CoinCodex. All rights reserved.

The CoinCodex
Cryptocurrency Price Tracker

Track over 10,000 crypto prices in real-time with ease.

Available on
Google Play

Available on
App Store

★★★★★ 4.7 • 5,000+ Ratings



  The Next Dogecoin? Wall Street Memes Coin Might 100x! Buy $WSM Now!