# EXHIBIT A-19

<u>STRICTLY CONFIDENTIAL - Not to be shared with any third party</u>

## Re: Offer of Employment

May 08, 2019

Dear ███

BAM Management US Holdings Inc. (the "Company") has the pleasure in offering you employment and we welcome you to the team.

This offer letter indicates the terms and conditions on which you will be appointed and you will be provided an employment contract on accepting this offer along with a job description.

### Assignment

| | |
|---|---|
| Position | U.S. CEO |
| Location | San Francisco, USA |
| Start Date | TBD |
| Reporting to | Global CEO/CFO; Company Board of Directors |
| Reports | All of the Company's US operations shall report directly, or in a line reporting directly, to you. You shall be responsible for all hiring, firing and compensation decisions for your reports. |
| Budget & Business Plan | Business plan and annual budgets will be created by you in collaboration with the Global CEO/CFO, and funding provided as reasonably necessary to achieve milestones. |
| Job Description | Authority for all US operations, including hiring and supervision of all advisors (accountants, counsel, etc.). |
| Director | CEO shall serve as a director of the company during the employment period. |

### Compensation (Gross)

| | |
|---|---|
| Basic Monthly Salary | $ 16,666.67.-USD |
| Base Year Total (Before Bonus) | $ 200,000.- USD |

CONFIDENTIAL TREATMENT REQUESTED BY ███          CC000333412

STRICTLY CONFIDENTIAL - Not to be shared with any third party

| | |
|---|---|
| Performance Bonus | Bonuses are customarily paid twice a year and are subject to variables such as the profitability and performance of the Company, including its affiliates, and your individual performance. The Company agrees that it shall not unreasonably withhold your bonus based on the criteria set forth in the previous sentence.<br>Bonus is discretionary and is not a guaranteed amount, however, your minimum target bonus shall be 100% of your annual base salary in the year awarded, but may be more. The bonus policy is subject to change and you will be informed in advance of any changes. |
| Salary Review | There is a salary review based on evaluation taking place once a year, at the end of the year. Changes in salary are effective from your first month's salary. Your salary may increase, but not decrease.<br><br>With the goal of normalizing your base compensation to correlate more with local custom, your salary will increase upon the occurrence of mutually-agreed upon milestone achievements (such as the recruiting of key positions and completion of the technology necessary for a U.S.-based exchange). |
| Statutory Deductions | All statutory deductions will be made from your monthly salary in accordance with the country labour and employment income tax laws. |
| Salary Payment | The salary payments date is on the 10th of each month. If the payment date falls on a holiday or weekend day, payment will be made on the day before. |
| Signing Bonus | Upon execution of this Agreement by both parties, you shall be entitled to a signing bonus in a gross amount (prior to all taxes and withholdings) of $50,000, which shall be payable in BNB in one instalment, as soon as possible but no later than 10 days following execution of definitive agreements. |

CONFIDENTIAL TREATMENT REQUESTED BY ▬▬▬▬▬▬▬▬▬▬ CC000333413

STRICTLY CONFIDENTIAL - Not to be shared with any third party

## Employment Conditions

| | |
|---|---|
| *Severance; Grounds for Termination* | In the event your employment is terminated other than for Cause or by you for Good Reason, the Company shall pay you severance in the amount of 6 months base salary, a pro rata bonus based on the amount paid to you in the prior year, but no less than an additional 6 months' base salary and COBRA payments for continuation of your health benefits for 6 months. "Cause" shall mean (a) willful misconduct in the performance of your duties hereunder; (b) repeated unexplained or unjustified absence from the Company or a substantial and continuing failure to perform duties to the Company following written notice of such non-performance from the disinterested members of the Board; (c) commission of any act of fraud or financial dishonesty with respect to the Company or its stockholders, customers or business partners. "Good Reason" shall mean your resignation of employment within sixty (60) days after the occurrence of one or more of the following actions taken by the Company without your consent: (a) a meaningful alteration, adverse to you in the nature and status of your responsibilities; (b) a downward reduction in your base salary then in effect; (c) the relocation of your office or principal work location by more than forty (40) miles, or (d) you are required by the Company to report to an executive other than as described herein, or employees of the Company are required to report directly or indirectly to someone other than you. |
| *Paid Leave* | You will be entitled to the normal leave as stipulated in the "Summary of Benefits". |
| *Medical Insurance* | You will be covered by local medical insurance and any other entitlements as per the company policy. |
| *Other Benefits* | Employees are provided benefits as stipulated in the accompanied "Summary of Benefits". |

## Offer Conditions & Acknowledgement

| | |
|---|---|
| *Offer Conditions* | Your employment is subject to you clearing a satisfactory background check and obtaining a working visa (where applicable). You acknowledge the information and statements given are true and accurate. |
| *Non-Compete* | You also acknowledge there are no non-compete bindings which stop you from joining us. |
| *Resignation* | The company requests 1 month advance notice when resigning for personal reasons. |
| *Confidentiality* | You and the Company agree to not share the contents of this document with any third party, except pursuant to a mutual agreement. |
| *Offer Validity* | You may indicate acceptance of this offer by signing and returning the document on or before <u>three (3) days from the date of letter, EOD.</u> |

Please consider the details of this offer and should you require any additional information or have further questions, don't hesitate to contact us.

████ we look forward to your acceptance of this offer and welcome you to join our team.

STRICTLY CONFIDENTIAL - Not to be shared with any third party

Yours sincerely,



Approved by BAM Management US Holdings Inc



May 8, 2019

(Date)

STRICTLY CONFIDENTIAL - Not to be shared with any third party

## Summary of Benefits

May 08, 2019

We are committed to providing our employees with a competitive benefits scheme to support our employees to be healthy, happy and successful at work. Our benefits are as follows:

| | |
|---|---|
| Paid Leave | You shall be entitled to accrue and be paid for vacation (which may be taken at such times and in such increments as you may choose) on the same basis as other senior executives of the Company, or otherwise in accordance with the policies adopted for the Company.<br><br>12 working days off sick leave are provided annually or longer if required by law.<br>Paid leave amount will be prorated based on your start date. |
| Medical Insurance | Medical insurance cover for you through a professional Insurance Vendor is provided at no cost to you. This covers you in your base country and other locations as per the company policy. |
| Equipment Provision | Subject to company policy and in consideration of the nature of your work, the company will provide you with the necessary tools and equipment that allow you to be effective in your work. |
| Employee Training Programs | We believe in investing in our talent and provide frequent opportunities for learning and development with our training programs and employee teach backs. |
| Learning Allowance | You may expense any business book purchase, on the condition you have finished reading it and you leave it in the company library afterwards. This also includes Audiobooks. |
| Free Language Classes | We speak many languages and encourage our employees to learn new ones.<br>We provide free classes through an online service to pick up and improve language ability. |
| Company Trips | We like to celebrate success and we organise both big and small trips for a chance to build relationships and enjoy time with your fellow colleagues based all over the world. |
| Tax/Estate Planning | You may expense tax experts to support your personal tax planning and filing, including but limited to 401k, crypto currency, and incentive equity. |
| Incentive Equity Planning | You will be eligible to participate in the Incentive Equity Plan on the same basis as other senior executives of the Company and its affiliates, which shall be determined annually. Any Incentive Equity you receive shall vest over 3 years, monthly, with a one year cliff, and the vesting will start upon the first day of employment. Incentive Equity will vest automatically upon a change of control event or in the event you are terminated without cause or leave for Good Reason. |
| Legal, Security, InfoSec | We will provide all legal, security, and infosec necessary to carry out the day to day activities of your work, which you will have the right to source through the Company's affiliates or to obtain directly from third parties in accordance with the Company's budget. |
| E&O Insurance and Indemnification | Details will be provided in the full employment contract upon mutual agreement between you and the Company, but such policy shall be reasonably consistent with industry standards and reviewed and approved by the Board. |

CONFIDENTIAL TREATMENT REQUESTED BY ▮▮▮▮▮▮▮▮▮▮    CC000333416