# EXHIBIT A-20

HO-14376_ARCHIVE-000034832

# Binance's First Year in Review



Binance · Follow
Jul 19, 2018 · 3 min read

14/07/2017–14/07/2018



## Binance's First Year in Review

A look back on Binance's phenomenal first year



FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL   BHL-SEC-BUSD-0002022



Binance has remained steadily among the top cryptocurrency exchanges in the world from an early stage.



BNB (Binance Coin) has continued to grow steadily in value over the last year, weathering the sluggish market crypto has been in since January 2018. Further developments are expected for BNB in the next year including the transition to Binance Chain!

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL                                        BHL-SEC-BUSD-0002023



Part of BNB's high valuation is due to its Buyback & Burn system, wherein 20% of Binance's profits each quarter are dedicated to buying back BNB and destroying them. This will continue until eventually 50% of all BNB in existence are destroyed, lowering the supply of BNB while demand continues to rise.



FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL BHL-SEC-BUSD-0002024

Since the initial release of Binance Exchange on July 14, 2017, Binance's ecosystem has continued to expand, with more major developments on the way soon.

- Binance Labs

- Binance Launchpad

- Binance Info

- Binance Chain (announced)

- Binance Uganda — Binance's first ever fiat-to-crypto exchange

- Binance Charity Foundation

- Coming soon: Binance Academy

- Coming soon: Binance Research

Binance has also steadily continued to develop new products and platforms: dedicated trading apps are now available for download for multiple platforms. Stay tuned for the upcoming release of the Binance Info smartphone app, too!



FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL                                          BHL-SEC-BUSD-0002025

Binance's world-class customer support continues to lead the industry, with over 200,000 support requests handled in the last year helping 1,392 users recover 1.3 billion lost crypto assets! Binance exchange is presently available in 12 languages, with more on the way soon.



Besides the worldwide distribution of our users, Binance's team itself is truly global, with employees and Angels coming from 39 countries and regions at time of writing. Want to join us? We're actively hiring for many positions, as well as recruiting new Angels around the world!





Binance continues to steadily add more tokens and trading pairs, with more on the way soon. If you're interested in getting your project listed, please apply here — please note that this is the only gateway to getting a project listed on Binance.



Binance was the first exchange to distribute monthly NEO GAS to NEO holders, and also remains a great way to get access to airdrops and fork tokens, with more distributions on the way soon! Binance also handles MainNet token swaps for all listed projects.





Besides those distributions, Binance holds regular trading competitions and lucky draws, having given away over 4,000 BTC worth of tokens and coins over the last year.



FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL                                                                    BHL-SEC-BUSD-0002028

HO-14376_ARCHIVE-000034832

12/01/2021                                    Binance's First Year in Review. 14/07/2017–14/07/2018 | by Binance | Binance Exchange | Medium

 

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL                                                                                        BHL-SEC-BUSD-0002029