# EXHIBIT A-22



# Financial Reporting Package
## - August 2019

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL BHL-SEC-BUSD-0214986



## Asset-Hold User Counts
## As of Aug 31

| Country | Counts | Percentage |
|---|---|---|
| US | 1,471,462 | 28% |
| GB | 234,703 | 5% |
| CN | 218,972 | 4% |
| RU | 212,185 | 4% |
| JP | 206,587 | 4% |
| NL | 206,349 | 4% |
| DE | 198,480 | 4% |
| TR | 181,111 | 3% |
| IN | 176,510 | 3% |
| CA | 147,577 | 3% |
| Other | 1,933,679 | 37% |
| **Total** | **5,187,615** | **100%** |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL

BHL-SEC-BUSD-0215008