# EXHIBIT A-23

Page 1
Buy/Sell Bitcoin, Ether and Altcoins | Cryptocurrency Exchange | Binance
https://www.binance.com/en

   

**BINANCE**  Buy Crypto (EUR) ▾  Markets  Trade ▾  Derivatives ▾  Finance ▾  NFT (New)     Log In  Register  Downloads  English | USD ▾  ☾

# Buy & sell Crypto in minutes

Join the world's largest crypto exchange

**Register Now**

| BNB/BUSD -7.48% | OMG/BUSD -5.27% | GALA/BUSD -13.29% | ETH/BUSD -8.02% | BTC/BUSD -4.76% |
|---|---|---|---|---|
| 343.8 | 8.800 | 0.09568 | 2,831.00 | 41,504.94 |
| $343.63 | $8.80 | $0.095632 | $2,829.58 | $41,484.19 |



ⓘ Binance Futures Will Launch USDT-Margined CELO & AR Perpetual Contracts with Up to 25X Leverage  09-24    More →
ⓘ Special Notice about Binance.com in Singapore   More
ⓘ Special Notice About Binance Markets Limited   More

## Market trend

| Name | Last Price | 24h Change | Markets |
|---|---|---|---|
| BNB BNB | $343.63 | -7.48% |  |
| BTC Bitcoin | $41,484.19 | -4.76% |  |
| ETH Ethereum | $2,829.58 | -8.02% |  |
| CHZ Chiliz | $0.264468 | -7.90% |  |
| FIL Filecoin | $62.90 | -13.08% | |
| ADA Cardano | $2.21 | 0.82% |  |

View more markets >

## Trade. Anywhere.

Compatible with multiple devices, start trading with safety and convenience.

Scan to Download
iOS & Android

App Store   Android APK   Google Play
MacOS   Windows   Linux
API

More Download Options >

## Get in touch. Stay in touch.

**24 / 7 Support**
Got a problem? Just get in touch. Our support team is available 24/7.

**Binance Blog**
News and updates from the world's leading cryptocurrency exchange.

**Community**
Binance is global. Join the discussion in our worldwide communities.

**Careers**
Help build the future of technology. Start your new career at Binance.

## Start trading now

**Register Now**    **Trade Now**

| About Us | Products | Service | Support | Learn | Community |
|---|---|---|---|---|---|
| About | Exchange | Downloads | Give Us Feedback | Buy BNB | |
| Careers | Academy | Desktop Application | Support Center | Buy BUSD | |
| Business Contacts | BCF | Buy Crypto | Submit a request | Buy Bitcoin | |
| Community | Card | Fees | API Documentation | Buy Ethereum | |
| Binance Blog | Labs | Institutional Services | Binance Verify | Buy Litecoin | |
| Terms | Launchpad | Referral | Law Enforcement Requests | Buy Ripple | |
| Privacy | Research | Affiliate | | Buy Dogecoin | |
| Announcements | NFT | BNB | | Buy Bitcoin Cash | |
| News | Trust Wallet | OTC Trading | | Buy DeFi | |
| Notices | Featured market | Trading Rules | | Buy SHIB | |
| | Binance Pay | Listing Application | | Buy Tradable Altcoins | |
| | | P2P Merchant Application | | | |
| | | Historical Market Data | | | |

Binance © 2021



## Deposit Fiat    Order History →

Deposit Crypto →

### 1. Select currency and payment method

Currency to deposit

EUR Euro

Pay with

**Recommended**    Other Payments

○ 😀 Bank Card(Visa/MC)
1.8% Fee

○ Ⓐ Advcash Account Balance
0 Fee  Additional fees may apply

○ 💰 P2P Bank Transfer
0 Fee

**Log In / Sign Up**

⊙ Binance UAB is part of this Service. UAB, Didžioji g. 18, Vilnius,
Lithuania. Registration number: 305595206

**FAQ**    View more FAQ →

How to deposit fiat with   ∨
Credit/Debit Card?

How long does the deposit take?  ∨

## Fund Your Account with Fiat Currencies



**Easy for both new & experienced trader**

You will find that our fiat currency funding options make for a seamless experience that will have you trading in as little as 24 hours from the time of your deposit.

**Binance offers deposit with fiat currency**

Funding with Euros (EUR), US dollars (USD) and other fiat currencies, all with minimal fees.

**Binance supports the following currencies**

AUD, EUR, HKD, KZT, NOK, PEN, RUB, TRY, UAH, UGX.

## Why Deposit EUR with SEPA Transfer? (Channel Suspended)

Customers in Europe can deposit and withdraw EUR using SEPA bank transfer and enjoy high spending limits and zero processing fees. Unlike credit card orders, SEPA transfers carry no additional processing fee.



## €EUR Deposit Options (Channel Suspended)

| Recommended | Deposit Fees | Processing Time |
|---|---|---|
| 🔥 Bank Transfer (SEPA) | Zero | 0-3 business days* (Weekdays only) |
| 🔥 Bank Transfer (SEPA Instant) | Zero | Half an hour (24x7x365) |



| About Us | Products | Service | Support | Learn | Community |
|---|---|---|---|---|---|
| About | Exchange | Downloads | Give Us Feedback | Buy BNB | |
| Careers | Card | Desktop Application | Support Center | Buy BUSD | |
| Business Contacts | BCF | Buy Crypto | Submit a request | Buy Bitcoin | |
| Community | Labs | Fees | API Documentation | Buy Ethereum | |
| Binance Blog | Launchpad | Institutional Services | Binance Verify | Buy Ripple | |
| Terms | Research | Referral | Law Enforcement Requests | Buy Bitcoin Cash | |
| Privacy | NFT | Affiliate | | Buy Litecoin | |
| Announcements | Trust Wallet | BNB | | Buy DeFi | |
| News | Featured.market | OTC Trading | | Buy Dogecoin | |
| Notices | Binance Pay | Listing Application | | Buy SHIB | |
| | | Trading Rules | | Buy Tradable Altcoins | |
| | | P2P Merchant Application | | | |
| | | Historical Market Data | | | |

Binance © 2021

Case 1:23-cv-01599-ABJ    Document 14-1    Filed 06/06/23    Page 4 of 24



## Buy & Sell Crypto on Binance: Where You Trade Crypto in 3 Steps

Binance is a safe and secure platform to buy and sell cryptocurrencies quickly using our streamlined buy/sell process. You're just three steps away from your first Bitcoin.



Register for an account



Verify your identity



Buy Crypto!

## Buy & Sell Crypto: Fund Your Account with Traditional Currencies

Users can easily buy Bitcoin and other cryptocurrencies using a wide range of payment options, including bank transfer, credit or debit card, and cash. There's a payment option for everyone on Binance.

We work only with verified and trusted partners to give you a secure and seamless crypto-buying experience.

Binance accepts a wide range of currencies and makes it easy for you to buy crypto using USD, EUR, CNY, AUD, INR, RUB, and other fiat currencies. You can also use a wide range of accepted stablecoins such as Binance USD (BUSD), Coinbase USD Coin (USDC), and Tether (USDT) to buy crypto.

Once you complete the purchase, we will deposit your new crypto directly to your Binance wallet - a safe and simple way to manage your crypto assets. You can immediately trade your purchased crypto on the many products and services on the Binance Platform.

Create your account ›



## Get Discovered

To explore general partnerships with Binance for new cash-crypto exchanges and/or existing cash-crypto exchanges, please submit your application on "Fiat Services Vendor Application Form".

Fiat Services Vendor Application Form ›





Binance © 2021



   

# Advantages of P2P Exchange



**Low cost transaction fees**

As P2P exchange is a simple platform, the overhead costs are negligible for buyers and sellers.

On Binance P2P, takers are charged zero trading fees, while makers are charged a small amount of transaction fees upon every completed order. We pledge to apply the lowest P2P transaction fees in all markets.

**Flexible payment methods**

Peer-to-peer exchanges allow sellers freedom to define how they want to be paid.

On Binance P2P, you can buy and sell crypto with over 150 payment methods, including bank transfer, cash, PayPal, M-Pesa and multiple e-wallets.

**Trade at your preferred prices**

Peer-to-peer exchanges bring users freedom to trade crypto at the preferred prices.

On Binance P2P, you can not just buy or sell crypto from the existing offers, but also create your trade advertisements to set your own prices.

**Protection for your privacy**

Unlike credit card or bank transfers, peer-to-peer exchanges do not collect information about buyers and sellers.

So you can buy Bitcoin with cash on Binance P2P and don't need to tag any bank account or online wallet to make a crypto-fiat transaction.

# FAQS

Beginner    Advanced    Advertisers

- Binance P2P Terms Of Use
- How to buy cryptocurrency on Binance P2P
- What are their downsides of P2P exchanges?
- Glossary of P2P trading terms
- How to add new payment methods on Binance P2P?

- How to sell cryptocurrency on Binance P2P
- How do I protect myself against fraud? Binance P2P Escrow FTW!
- Binance P2P trading FAQ
- P2P user transaction policy



Page 5
Buy and Sell Cryptocurrency | Binance
https://www.binance.com/en/buy-sell-crypto?channel=wallet&fiat=EUR



### Buy & Sell Crypto on Binance: Where You Trade Crypto in 3 Steps

Binance is a safe and secure platform to buy and sell cryptocurrencies quickly using our streamlined buy/sell process. You're just three steps away from your first Bitcoin.



Register for an account



Verify your identity



Buy Crypto!

### Buy & Sell Crypto: Fund Your Account with Traditional Currencies

Users can easily buy Bitcoin and other cryptocurrencies using a wide range of payment options, including bank transfer, credit or debit card, and cash. There's a payment option for everyone on Binance.

We work only with verified and trusted partners to give you a secure and seamless crypto-buying experience.

Binance accepts a wide range of currencies and makes it easy for you to buy crypto using USD, EUR, CNY, AUD, INR, RUB, and other fiat currencies. You can also use a wide range of accepted stablecoins such as Binance USD (BUSD), Coinbase USD Coin (USDC), and Tether (USDT) to buy crypto.

Once you complete the purchase, we will deposit your new crypto directly to your Binance wallet - a safe and simple way to manage your crypto assets. You can immediately trade your purchased crypto on the many products and services on the Binance Platform.



Create your account ›

### Get Discovered

To explore general partnerships with Binance for new cash-crypto exchanges and or existing cash-crypto exchanges, please submit your application on "Fiat Services Vendor Application Form".

Fiat Services Vendor Application Form ›




Captured by FireShot Pro: 24 September 2021, 08:29:55
https://getfireshot.com

 English | ☾

🔒 **URL verification:** https://accounts.binance.com

# Binance Account Login

Welcome back! Log In with your Email, Phone number or QR code

Email | Mobile

Email

Password 👁

**Log In**

Forgot password?

Register now



QR code expired

Refresh

**Log in with QR code**

Scan this code with the Binance mobile app
to log in instantly.

© 2017 - 2021 Binance.com. All rights reserved

Captured by FireShot Pro: 24 September 2021, 08:29:56
https://getfireshot.com







# Markets

Search Coin Name

| Top gainer (24h) | Top loser (24h) | Top volume (24h) | Highlight |
|---|---|---|---|
| COTI/BNB +31.97% | FILUP/USDT -32.06% | UNFI/USDT -4.74% | DOT/USDT -4.98% |
| 0.0015682 | 1.2880 | 8.426 | 29.36 |
| $1 | $1 | $8 | $29 |

Favorites | Spot Markets | Futures Markets | New listing | All Cryptos | Markets Overview | Top Movers

BNB | BTC | ALTS | FIAT (All) | ETF

| Name | Price | 24h Change | 24h High / 24h Low | 24h Volume | Market Cap | Edit |
|---|---|---|---|---|---|---|
| LUNA/BNB | 0.09963 / $34.22 | +10.02% | 0.10328 / 0.09048 | 76,374.30 | $58.41M | Trade |
| DOT/BNB | 0.08550 / $29.38 | +2.55% | 0.08764 / 0.08287 | 47,016.92 | $29,015.08M | Trade |
| SOL/BNB | 0.3928 / $134.97 | +0.64% | 0.3983 / 0.3760 | 30,803.74 | – | Trade |
| ADA/BNB | 0.006437 / $2.21 | +9.18% | 0.006648 / 0.005872 | 27,408.13 | $70,804.20M | Trade |
| COTI/BNB | 0.0015682 / $0.53 | +31.97% | 0.0016100 / 0.0011532 | 24,495.62 | $468.09M | Trade |
| FTT/BNB | 0.1485 / $51.02 | -0.20% | 0.1595 / 0.1450 | 14,627.76 | $6,161.96M | Trade |
| FIL/BNB | 0.1831 / $62.91 | -6.05% | 0.1960 / 0.1729 | 11,851.34 | $6,884.98M | Trade |
| CTSI/BNB | 0.001605 / $0.55 | -0.80% | 0.001725 / 0.001576 | 11,762.11 | $225.11M | Trade |
| CAKE/BNB | 0.05240 / $18.00 | -1.28% | 0.05343 / 0.05100 | 11,256.84 | $4,044.37M | Trade |
| XRP/BNB | 0.002663 / $0.91 | +1.06% | 0.002677 / 0.002587 | 10,780.81 | $42,746.96M | Trade |
| FTM/BNB | 0.0032447 / $1.11 | +1.50% | 0.0033484 / 0.0030726 | 10,592.53 | – | Trade |
| CELR/BNB | 0.00037552 / $0.12 | +13.28% | 0.00039202 / 0.00033151 | 9,315.15 | $762.86M | Trade |
| ALGO/BNB | 0.005177 / $1.78 | +4.06% | 0.005363 / 0.004950 | 9,170.06 | $10,178.06M | Trade |
| AVAX/BNB | 0.20235 / $69.53 | -1.46% | 0.20729 / 0.19258 | 8,433.20 | $15,316.52M | Trade |
| ONE/BNB | 0.0003920 / $0.13 | +10.30% | 0.0004180 / 0.0003545 | 7,735.73 | – | Trade |
| RUNE/BNB | 0.02235 / $7.68 | +9.51% | 0.02417 / 0.02028 | 7,648.31 | – | Trade |
| FET/BNB | 0.002195 / $0.75 | +14.74% | 0.002306 / 0.001902 | 7,589.90 | $562.72M | Trade |
| ATOM/BNB | 0.11082 / $38.08 | +3.89% | 0.11330 / 0.10588 | 7,216.15 | $8,448.32M | Trade |
| VET/BNB | 0.0002651 / $0.09 | +0.65% | 0.0002703 / 0.0002616 | 7,107.33 | $5,858.37M | Trade |
| GALA/BNB | 0.00027868 / $0.09 | -5.80% | 0.00030400 / 0.00026553 | 6,999.87 | $668.09M | Trade |

1 2 3 4 5 6 7 >

Binance © 2021

Captured by FireShot Pro: 24 September 2021, 08:29:57
https://getfireshot.com

## Convert & OTC Portal

⊘ Zero fee   ⊘ No slippage   ⊘ More cross pairs



From                                                    Available: -- USDT

| Please enter 20-2500000 | MAX | 🟢 USDT ▼ |

⇅

To

| Please enter 0.0004-50 | | 🟠 BTC ▼ |

| Enter an amount |

# FAQ

1. What are the requirements to use the portal?

2. What are the benefits of using the crypto converter portal?

3. What are the minimum and maximum trade amounts?

4. How does settlement work?

5. How do I make deposits and withdrawals for OTC trades?

6. Are there any trading fees?

7. I received an "insufficient funds" error?

8. Where can I check my trade history?

9. Can I confirm trades on credit (without coins in my Binance spot wallet)?

10. Why are there old tickers (LEND, ADXOLD, etc)?



| About Us | Products | Service | Support | Learn | Community |
|----------|----------|---------|---------|-------|-----------|
| About | Exchange | Downloads | Give Us Feedback | Buy BNB | |
| Careers | Academy | Desktop Application | Support Center | Buy BUSD | |
| Business Contacts | BCF | Buy Crypto | Submit a request | Buy Bitcoin | |
| Community | Card | Fees | API Documentation | Buy Ethereum | |
| Binance Blog | Labs | Institutional Services | Binance Verify | Buy Litecoin | |
| Terms | Launchpad | Referral | Law Enforcement Requests | Buy Ripple | |
| Privacy | Research | Affiliate | | Buy Bitcoin Cash | |
| Announcements | Trust Wallet | BNB | | Buy Dogecoin | |
| News | NFT | OTC Trading | | Buy DeFi | |
| Notices | Featured.market | Listing Application | | Buy SHIB | |
| | Binance Pay | Trading Rules | | Buy Tradable Altcoins | |
| | | P2P Merchant Application | | | |
| | | Historical Market Data | | | |

Binance © 2021



Page 11
41,490.00 | BTCUSDT | Binance Spot
https://www.binance.com/en/trade/BTC_USDT?layout=pro

Captured by FireShot Pro: 24 September 2021, 08:30:02
https://getfireshot.com



**Page 12**
**41,479.08 | BTCUSDT | Binance Margin Trading Platform**
**https://www.binance.com/en/trade-margin/BTC_USDT**

BINANCE | Buy Crypto EUR | Markets | Trade | Derivatives | Finance | NFT New | Log In | Register | Downloads | English | USD

Binance Futures Will Launch USDT-Margined CELO & A... (09-24) | Updates to the Time Range of Data Retrieval via Binanc... (09-24) | Kava Ecosystem Trading Competition - $100,000 to Be Won! (09-24)

**BTC/USDT** 10x
Bitcoin

| 41,520.13 | 24h Change | 24h High | 24h Low | 24h Volume(BTC) | 24h Volume(USDT) |
|---|---|---|---|---|---|
| $41,520.13 | -1,975.18 -4.54% | 45,200.00 | 40,675.00 | 78,154.61 | 3,403,237,735.99 |

0.01

| Price(USDT) | Amount(BTC) | Total |
|---|---|---|
| 41516.17 | 0.02797 | 1,161.20727 |
| 41516.16 | 0.01435 | 595.75690 |
| 41515.94 | 0.00053 | 22.00345 |
| 41514.78 | 0.00241 | 100.05062 |
| 41513.48 | 0.27500 | 11,416.20700 |
| 41511.25 | 0.23138 | 9,604.87303 |
| 41511.21 | 0.02000 | 830.22420 |
| 41510.01 | 0.94700 | 39,309.97947 |
| 41509.09 | 0.27500 | 11,414.99975 |
| 41508.49 | 0.18065 | 7,498.50872 |
| 41508.47 | 0.02300 | 954.69481 |
| 41508.46 | 0.22370 | 9,285.44250 |
| 41504.73 | 0.27500 | 11,413.80075 |
| 41503.44 | 0.21000 | 8,715.72240 |
| 41503.22 | 0.12043 | 4,998.23278 |
| 41502.81 | 0.05000 | 2,075.14050 |
| 41500.58 | 0.27500 | 11,412.65950 |
| 41492.28 | 10.43352 | 432,910.53323 |

**41,479.08** $41,479.08 More

| Price(USDT) | Amount(BTC) | Total |
|---|---|---|
| 41492.27 | 0.99000 | 41,077.34730 |
| 41488.63 | 0.26000 | 10,787.04380 |
| 41487.46 | 0.02411 | 1,000.26266 |
| 41486.94 | 0.00800 | 331.89552 |
| 41486.92 | 0.05633 | 2,336.95820 |
| 41486.91 | 0.02231 | 925.57296 |
| 41486.89 | 0.02231 | 925.57252 |
| 41486.87 | 0.02230 | 925.15720 |
| 41485.77 | 0.61611 | 25,559.79775 |
| 41485.76 | 1.97500 | 81,934.37600 |
| 41485.75 | 0.00025 | 10.37144 |
| 41483.70 | 0.18065 | 7,494.03040 |
| 41482.77 | 0.49285 | 20,444.78319 |
| 41481.99 | 0.75259 | 31,218.93085 |
| 41481.62 | 0.00800 | 331.85296 |
| 41481.60 | 0.27500 | 11,407.44000 |
| 41481.16 | 0.43198 | 17,919.03150 |
| 41481.15 | 1.20410 | 49,947.45271 |

Time 15m 1H 4H 1D 1W | Original TradingView Depth

**Margin trading steps:** Transfer Collaterals > Borrow/Trade > Repay/T... Beginner's Guide | Tutorial video

**Cross 3x** | Isolated 10x | Spot

Limit | Market | Stop-limit

| Normal Borrow Repay | Normal Borrow Repay |
|---|---|
| Avbl - USDT | Avbl - BTC |
| Price 41520.13 USDT | Price 41520.13 USDT |
| Amount BTC | Amount BTC |
| Log In or Register Now | Log In or Register Now |

Search

BTC ALTS FIAT Zones
All Cross Isolated

| Pair | Price | Change |
|---|---|---|
| 1INCH/BTC 5x | 0.00005938 | -0.65% |
| AAVE/BTC 5x | 0.006587 | -3.64% |
| ADA/BTC 10x | 0.00005322 | +5.81% |
| AERGO/BTC 3x | 0.00000599 | +0.00% |
| AION/BTC 3x | 0.00000333 | -2.35% |
| AKRO/BTC 3x | 0.00000055 | -6.78% |
| ALGO/BTC 5x | 0.00004285 | +1.04% |
| ALICE/BTC 3x | 0.0002377 | -3.96% |
| ALPACA/BTC 3x | 0.00002237 | -5.21% |
| ALPHA/BTC 3x | 0.00002051 | -0.73% |

**Market Trades** | My Trades

| Price(USDT) | Amount(BTC) | Time |
|---|---|---|
| 41,485.67 | 0.00048 | 08:27:07 |
| 41,484.34 | 0.00775 | 08:27:07 |
| 41,486.41 | 0.00587 | 08:27:07 |
| 41,492.97 | 0.00031 | 08:27:07 |
| 41,492.97 | 0.00030 | 08:27:07 |
| 41,492.97 | 0.00099 | 08:27:07 |
| 41,490.00 | 0.00100 | 08:27:08 |
| 41,490.00 | 0.00091 | 08:27:08 |
| 41,490.00 | 0.29876 | 08:27:08 |
| 41,490.00 | 0.22075 | 08:27:08 |
| 41,487.41 | 0.06023 | 08:27:08 |
| 41,486.61 | 0.00045 | 08:27:08 |
| 41,486.42 | 0.03688 | 08:27:08 |
| 41,484.95 | 0.20267 | 08:27:08 |
| 41,484.35 | 0.00048 | 08:27:08 |
| 41,484.34 | 0.06337 | 08:27:08 |

**Market Activities**

AION/USDT 08:00:04 -12.95% Pullback
ACM/BTC 08:00:04 +6.43% Rally

**Open Orders(0)** | Order History | Trade History | Funds | Positions

Log In or Register Now to trade

Disconnected | Download

Captured by FireShot Pro: 24 September 2021, 08:30:05
https://getfireshot.com








## Advantages of P2P Exchange



**Low cost transaction fees**

As P2P exchange is a simple platform, the overhead costs are negligible for buyers and sellers.

On Binance P2P, takers are charged zero trading fees, while makers are charged a small amount of transaction fees upon every completed order. We pledge to apply the lowest P2P transaction fees in all markets.

**Flexible payment methods**

Peer-to-peer exchanges allow sellers freedom to define how they want to be paid.

On Binance P2P, you can buy and sell crypto with over 150 payment methods, including bank transfer, cash, PayPal, M-Pesa and multiple e-wallets.

**Trade at your preferred prices**

Peer-to-peer exchanges bring users freedom to trade crypto at the preferred prices.

On Binance P2P, you can not just buy or sell crypto from the existing offers, but also create your trade advertisements to set your own prices.

**Protection for your privacy**

Unlike credit card or bank transfers, peer-to-peer exchanges do not collect information about buyers and sellers.

So you can buy Bitcoin with cash on Binance P2P and don't need to tie up any bank account or online wallet to make a crypto-fiat transaction.

## FAQS

Beginner    Advanced    Advertisers

- Binance P2P Terms Of Use
- How to buy cryptocurrency on Binance P2P
- What are their downsides of P2P exchanges?
- Glossary of P2P trading terms
- How to add new payment methods on Binance P2P?

- How to sell cryptocurrency on Binance P2P
- How do I protect myself against fraud? Binance P2P Escrow FTW!
- Binance P2P trading FAQ
- P2P user transaction policy



Captured by FireShot Pro: 24 September 2021, 08:30:09
https://getfireshot.com

















BINANCE Buy Crypto EUR Markets Trade Derivatives Finance NFT New Log In Register Downloads English USD

# Stock Tokens

Trade equity shares through crypto coins

BINANCE

Tokens History

**Notice**

Effective immediately, new stock tokens are unavailable for purchase on Binance.com, and Binance.com will no longer support any stock tokens after 14 October, 2021.

I Understand | Learn more

ALL BUSD

| Name | | | (USD) | Change | |
|---|---|---|---|---|---|
| AAPL/BUSD | Apple Inc. | | | +0.64% | Trade |
| COIN/BUSD | Coinbase Global, Inc. | $237.59 | 11,902.76 | -1.69% | Trade |
| MSFT/BUSD | Microsoft Corporation | $299.54 | 391.77 | +0.32% | Trade |
| MSTR/BUSD | MicroStrategy Incorporated. | $616.65 | 12.21 | +2.72% | Trade |
| TSLA/BUSD | Tesla Inc. | $753.59 | 32,981.77 | +0.24% | Trade |

Binance © 2021

Captured by FireShot Pro: 24 September 2021, 08:30:11
https://getfireshot.com

BINANCE Buy Crypto EUR Markets Trade Derivatives Finance NFT New Log In Register Downloads English USD

# Binance Earn

Simple & Secure. Search popular coins and start earning.

Guaranteed High Yield

**Principal Guaranteed**

Stablecoins offer predictable returns for crypto temporarily locked up. New to crypto? Start your crypto investments with stablecoins.

Product List
Compare across all Earn products by APY

Best for Beginners SOL DOT Search coins

| Coin | Product | Est. APY | Duration | |
|---|---|---|---|---|
| BNB | Staking | 6.52% | 60 Days | Stake |
| ETH | ETH 2.0 Staking | 4.90%~21.60% | Fixed | Stake |
| USDT | Flexible Savings | 1.20% | Flexible | Subscribe |
| BUSD | Flexible Savings | 0.80% | Flexible | Subscribe |
| BTC | Flexible Savings | 0.50% | Flexible | Subscribe |
| BNB | BNB Vault | 0.35% | Flexible | Stake |
| ETH | Flexible Savings | 0.24% | Flexible | Subscribe |

## Don't just HODL your crypto. Grow it.

Compound your cryptocurrency holdings. Discover options to make the most of what you hold.

### Savings
✓ Stable earnings ✓ Zero fees
Benefit from competitive interest rates. Stake and earn popular cryptocurrencies, from BTC to BNB and more.
Go to Savings

### Locked Staking
✓ Low entry barrier ✓ High yield
Start staking with only 10 USDT worth of assets and reap higher rewards and additional benefits.
Go to Staking

### Launchpool
✓ Simple & secure ✓ Latest tokens
Stake your crypto and earn attractive returns in the form of new tokens.
Go to Launchpool

### BNB Vault
✓ Yield aggregator ✓ Flexible
Earn combined returns on your BNB. Leverage the best assets of Launchpool, Savings, and DeFi Staking.
Go to BNB Vault

### ETH 2.0 Staking
✓ Less risk ✓ High yield
Join Ethereum 2.0 staking with minimum investment and low risk, hassle-free.
Go to ETH 2.0 Staking

### Liquid Swap
✓ Popular ✓ Single action
Earn high yields from transaction fees and liquidity rewards by providing liquidity.
Go to Liquid Swap

### DeFi Staking
✓ High risk ✓ High yield
Access Decentralized Finance (DeFi) projects and earn the highest possible returns.
Go to DeFi Staking

### Dual Investment
✓ High yield ✓ Short period
Commit your crypto holdings and enjoy high returns. Receive principal amount and returns in one currency or another.
Go to Dual Investment

Subscribe to receive notifications and updates

**My email address is** Enter your E-mail Subscribe

## FAQ

1. What is Binance Earn?
2. How does Binance Earn work?
3. Which cryptocurrencies are supported?
4. Am I eligible for Binance Earn?
5. How do I start earning?

View More

**About Us**
About
Careers
Business Contacts
Community
Binance Blog
Terms
Privacy
Announcements
News
Notices

**Products**
Exchange
Academy
BCF
Card
Labs
Launchpad
Research
Trust Wallet
NFT
Featured.market
Binance Pay

**Service**
Downloads
Desktop Application
Buy Crypto
Fees
Institutional Services
Referral
Affiliate
BNB
OTC Trading
Listing Application
Trading Rules
P2P Merchant Application
Historical Market Data

**Support**
Give Us Feedback
Support Center
Submit a request
API Documentation
Binance Verify
Law Enforcement Requests

**Learn**
Buy BNB
Buy BUSD
Buy Bitcoin
Buy Ethereum
Buy Litecoin
Buy Ripple
Buy Bitcoin Cash
Buy Dogecoin
Buy DeFi
Buy SHIB
Buy Tradable Altcoins

**Community**

Binance © 2021

## Proof of Work

| Coin | Algo | Active Workers | Hashrate | Network | Tutorial | |
|------|------|----------------|----------|---------|----------|---|
|  | SHA256 | 319901 | 13.43 EH/s | 134.07/1.62 EH/s | View tutorial | ⌄ |
|  | Ethash | 116093 | 13.51 TH/s | 682.56 TH/s | View tutorial | ⌄ |

🏆 Operation Service    VIP Application: poolvip@binance.com

## Binance Pool

A comprehensive service platform dedicated to improving the income of miners

**Secure and Transparent.**

Hashrate is displayed in real-time while the Binance security team safeguards your assets.

**Steady Earnings.**

Using the FPPS, PPS+ model and instant settlements, you can avoid fluctuations in earnings.

**Comprehensive Service.**

Comprehensive Service Our comprehensive service is committed to improving miners' income, closing the gap between mining and trading, and providing a one-stop mining ecosphere.

## FAQ

1. Introduction for Binance Smart Pool?                                          ›

2. Where do my daily earnings go? Where can I check my earnings?                 ›

3. How are mining earnings calculated?                                           ›

4. How do I create watcher links ?                                               ›

5. What is a Binance Mining Account and how do I create one?                     ›

6. What is the Rejection Rate and what does it mean?                             ›

7. ETH Mining FAQ                                                                ›

More ›



© 2017-2021 Binance.com All rights reserved



BINANCE ⬚ Buy Crypto EUR ▾  Markets  Trade ▾  Derivatives ▾  Finance ▾  NFT New    Log In  Register  Downloads  English | USD

# BUY THE THINGS YOU LOVE WITH CRYPTO

With the Binance Card, you can spend your favorite cryptocurrencies* at more than 60 million merchants worldwide. Just transfer crypto from your spot wallet to your funding wallet, and you're ready to go. Spend your crypto anytime, anywhere.

*Please refer to the Binance Card FAQ for the supported cryptocurrencies

Get Started  More Information



## CARD BENEFITS AND PERKS



SATOSHI NAKAMOTO            VISA Debit


### Zero Fees
Your Binance Visa Card is completely free! Binance will not charge any administrative or processing fees*.

*Third-party fees might be still applicable


### Hold crypto and exchange only when you need to
Hold crypto in your Binance Funding Wallet and exchange only when you're making payments.


### Up to 8% cashback on your purchases
Get up to 8% cashback on all eligible purchases made with your Binance Visa Card!


### Your funds are SAFU
All your Binance Card funds are protected by the highest security standards available at Binance. Sleep tight, we've got you covered.

### About Us
About
Careers
Business Contacts
Community
Binance Blog
Terms
Privacy
Announcements
News
Notices

### Products
Exchange
Academy
BCF
Card
Labs
Launchpad
Research
Trust Wallet
NFT
Featured.market
Binance Pay

### Service
Downloads
Desktop Application
Buy Crypto
Fees
Institutional Services
Referral
Affiliate
BNB
OTC Trading
Listing Application
Trading Rules
P2P Merchant Application
Historical Market Data

### Support
Give Us Feedback
Support Center
Submit a request
API Documentation
Binance Verify
Law Enforcement Requests

### Learn
Buy BNB
Buy BUSD
Buy Bitcoin
Buy Ethereum
Buy Litecoin
Buy Ripple
Buy Bitcoin Cash
Buy Dogecoin
Buy DeFi
Buy SHIB
Buy Tradable Altcoins

### Community

Binance © 2021

Captured by FireShot Pro: 24 September 2021, 08:30:20
https://getfireshot.com



# Crypto Loans

Borrow for Spot/Margin/Futures Trading or staking to earn high APY.

✓ Repay at any time    ✓ Interest Calculated Hourly    ✓ No transaction fee

Currently Loanable



Borrow                                                                          All orders   User Manual   Tutorial   More loan data

**I want to borrow**                                    **Initial LTV (Loan-to-value Ratio)** ⓘ

[                              ] ◈ BUSD ▾               65%
                                                        Initial LTV 65%   Margin Call 75%   Liquidation LTV 83%

**Collateral Amount**                                   Liquidation Price(BNB/BUSD)      Hourly & Daily Interest Rate ⓘ
                                                        0                                 0.001667% / 0.0400%
[                              ] ◈ BNB ▾                When LTV reached 83%

**Loan Term** ⓘ                                          Total Interest Amount            Repayment Amount
No interest penalty for early repayment                 - BUSD                           - BUSD

| 7 Days | 14 Days | 30 Days | 90 Days | 180 Days |     **Log In to Borrow**



⊟ Create a loan request.    ⊟ Collateral transferred from Spot    → Repay at any time.    ⊟ Receive collateral in Spot
                              Account & Receive Loan in Spot                                  Account
                              Account.

## FAQ

Q1. What qualification does the user have to meet to borrow on Binance Loan?                                    ›

Q2. What crypto can users borrow on Binance Loan?                                                              ›

Q3. What crypto can users use as collaterals?                                                                  ›

Q4. How long are the loan terms for Binance Loan?                                                              ›

Q5. How is the interest calculated?                                                                            ›

Q6. How do I repay the interest and principal?                                                                 ›

Q7. Can I make a full repayment before the due date?                                                           ›

Q8. What is LTV?                                                                                               ›

Q9. What happens when my LTV is too high?                                                                      ›

Q10. How can I adjust my collateral?                                                                           ›

Q11. What happens if my loan repayment is overdue ?                                                            ›

Q12. Can I use the crypto I borrow to trade in Margin and Futures? Can I withdraw them?                        ›





## Pool Overview

| Pool | Liquidity ↓ | Total Yield ↕ | Reward Coins | Volume (24hr) ↕ | Operation | |
|---|---|---|---|---|---|---|
| PHA / USDT | 5,660,536 USD<br>3,903,129 PHA + 2,828,961 USDT | 44.65% ⓘ | PHA | 3,202,300 USD | Liquidity | Swap |
| BTC / ETH | 139,154,778 USD<br>1,675 BTC + 24,520 ETH | 1.89% ⓘ | BNB | 16,666,678 USD | Liquidity | Swap |
| BNB / BTC | 29,497,506 USD<br>42,869 BNB + 356 BTC | 3.69% ⓘ | BNB | 3,741,053 USD | Liquidity | Swap |
| USDT / ETH | 17,268,228 USD<br>8,640,107 USDT + 3,046 ETH | 13.00% ⓘ | BNB | 10,716,497 USD | Liquidity | Swap |
| USDT / BTC | 14,299,462 USD<br>7,145,163 USDT + 172 BTC | 7.91% ⓘ | BNB | 5,049,420 USD | Liquidity | Swap |
| ICP / USDT | 2,408,994 USD<br>26,930 ICP + 1,203,141 USDT | 31.24% ⓘ | BNB | 2,377,556 USD | Liquidity | Swap |
| AVA / BTC | 4,319,339 USD<br>775,135 AVA + 52 BTC | 39.69% ⓘ | AVA | 1,081,480 USD | Liquidity | Swap |
| ONE / USDT | 5,220,694 USD<br>19,362,823 ONE + 2,608,506 USDT | 64.15% ⓘ | ONE | 9,803,743 USD | Liquidity | Swap |
| CAKE / BTC | 3,122,032 USD<br>86,509 CAKE + 38 BTC | 5.77% ⓘ | BNB | 294,539 USD | Liquidity | Swap |
| ICP / BNB | 2,198,208 USD<br>24,578 ICP + 3,191 BNB | 20.17% ⓘ | BNB | 853,277 USD | Liquidity | Swap |

‹  1  2  3  …  11  ›

## About Us
About
Careers
Business Contacts
Community
Binance Blog
Terms
Privacy
Announcements
News
Notices

## Products
Exchange
Academy
BCF
Card
Labs
Launchpad
Research
Trust Wallet
NFT
Featured.market
Binance Pay

## Service
Downloads
Desktop Application
Buy Crypto
Fees
Institutional Services
Referral
Affiliate
BNB
OTC Trading
Listing Application
Trading Rules
P2P Merchant Application
Historical Market Data

## Support
Give Us Feedback
Support Center
Submit a request
API Documentation
Binance Verify
Law Enforcement Requests

## Learn
Buy BNB
Buy BUSD
Buy Bitcoin
Buy Ethereum
Buy Litecoin
Buy Ripple
Buy Bitcoin Cash
Buy Dogecoin
Buy DeFi
Buy SHIB
Buy Tradable Altcoins

## Community

Binance © 2021

Captured by FireShot Pro: 24 September 2021, 08:30:25
https://getfireshot.com

Case 1:23-cv-01599-ABJ   Document 14-1   Filed 06/08/23   Page 21 of 24



# Pay and get paid with crypto

## Welcome to the #CryptoLifestyle

Binance Pay is a contactless, borderless and secure cryptocurrency payment technology designed by Binance. Send, receive and spend crypto with ease.

Shop Now        Download Now



## Introducing Binance Pay

### Send and spend crypto at ZERO fees

Say goodbye to unfair fees and charges. Pay, send and receive crypto with zero fees.

### Shop and pay with crypto

Spend crypto at stores and businesses that support Binance Pay. Stock your hand with crypto at Trivago.

Shop Now

### Send crypto to friends and family

Binance Pay is fast and safe way to send crypto to your friends and family, all with a single tap.

Send Crypto

## Freedom to choose how you pay

Set your payment preferences

Payment Priority. Order how you choose which crypto to pay with. Automatically convert crypto to pay with preferred crypto.

Lightning fast payments

Use Binance Pay to make payments quickly to your friends and family worldwide.

40+ cryptocurrencies to choose from

Spend and spend any favourite cryptocurrencies with Binance Pay.

## Binance Marketplace

With Binance Marketplace, we're bringing you favourite brands and merchants directly into Binance Pay. Binance Marketplace will soon evolving Binance as a one and make payments using Binance Pay.

Shop Now        Visit Marketplace

Use Binance Pay at these stores

Trivata.com    CoinsPaylia    TRAVALA    COINS365



PULL DOWN TO ACCESS BINANCE MARKETPLACE

## Pay with crypto

### Pay with Binance Pay ID

Scan instantly simply scan & paste your recipient's Pay ID.

Learn More

### Scan to pay

With Binance Pay on your merchant-as-all stores, simply scan their Binance Pay QR code with your Binance app.

Learn More

### Give the gift of crypto with Crypto Box

Celebrate special moments with Crypto Box. Select the token you want to send, the amount you want to send and the number of recipients, then recipients will receive a randomly generated amount of crypto with all tricks are delivered.

Learn More

### One crypto wallet to manage all your payments

Access and manage funds for both Binance Pay and Binance Funding wallets under a single wallet, while the Binance wallet also you can instant and switch your favorite cryptocurrencies across.

Open Binance Pay

## FAQ

- Who can use Binance Pay?
- How to access your Binance Pay Wallet?
- Can I pay with Bitcoin, BNB and other cryptocurrencies supported by Binance?
- How long does it take for a Binance Pay transaction to be completed?

## Start using Binance Pay

Download Now



Captured by FireShot Pro, 7th September, 2022, (06:55:19
https://getfireshot.com

1. Acceptance of NFT Terms; Modification of NFT Terms

Welcome to the Binance NFT Marketplace owned and operated by Hash Muse Pte Ltd, whose address is at 531A Upper Cross Street, #04-95 Hong Lim Complex, Singapore ("Company", "we", "us", or "our"). These Terms and Conditions ("NFT Terms") constitute a legally binding agreement between Company and each registered or unregistered end user (each, a "User", "you" or "your") of the Binance NFT Marketplace located at nft.binance.com or such other URL as may be designated by Company from time to time, as well as any mobile apps or other related services or applications thereto (collectively, the "NFT Marketplace"). The NFT Marketplace is considered part of the "Binance Services" as defined in the Binance Terms of Use ("Binance Terms") set forth here. Company is a "Binance Operator" under the Binance Terms. The Binance Terms are incorporated by reference into these NFT Terms, and also govern your use and access of the NFT Marketplace. In the event of a conflict between these terms of these NFT Terms and the Binance Terms, the NFT Terms will supersede and control. Please carefully review these NFT Terms and the Binance Terms. By accessing and using the NFT Marketplace (including by purchasing or bidding on any items herein), you are deemed to have read, accepted, executed and agreed to be bound by these NFT Terms (including the Binance Terms as incorporated by reference herein). We may change or amend the NFT Marketplace or these NFT Terms at any time at our sole and absolute discretion. Any changes to these NFT Terms will be in effect as of the "LAST REVISED" date referred to at the top of this page. You acknowledge and agree that the form and nature of the NFT Marketplace, and any part of it, may change from time to time without prior notice to you, and that we may add new or remove existing features and change any part of the NFT Marketplace. IF ANY PROVISION OF THESE NFT TERMS OR THE BINANCE TERMS OR ANY FUTURE CHANGES ARE UNACCEPTABLE TO YOU, DO NOT USE OR CONTINUE TO USE THE NFT MARKETPLACE. YOUR CONTINUED USE OF THE NFT MARKETPLACE FOLLOWING THE POSTING OF ANY NOTICE OF ANY CHANGE TO THESE TERMS OF SERVICE SHALL CONSTITUTE YOUR ACCEPTANCE AND AGREEMENT TO SUCH CHANGE. ARBITRATION NOTICE: THE BINANCE TERMS CONTAIN AN ARBITRATION CLAUSE. EXCEPT FOR CERTAIN TYPES OF DISPUTES MENTIONED IN THAT ARBITRATION CLAUSE, YOU AND COMPANY AGREE THAT DISPUTES BETWEEN US WILL BE RESOLVED BY MANDATORY BINDING ARBITRATION, AND YOU AND COMPANY WAIVE ANY RIGHT TO PARTICIPATE IN A CLASS-ACTION LAWSUIT OR CLASS-WIDE ARBITRATION.

2. Overview of the NFT Marketplace

The NFT Marketplace provides you with the opportunity to create (or as we call it, mint), sell, purchase, bid on, collect, trade, showcase and otherwise transact digital blockchain collectibles, which may be represented as a non-fungible token ("NFT") linked with certain digital media and art ("NFT Media"). We facilitate transactions between buyer and seller of an NFT, but we are not a party to any agreement between buyer and seller of an NFT on the NFT Marketplace. We collect revenue on the NFT Marketplace via transaction fees and other applicable fees which we display when you interact with the NFT Marketplace. For the avoidance of doubt, NFTs transacted on the NFT Marketplace are considered "Digital Assets" as defined in the Binance Terms. Company reserves the right to be the final decision maker on any disputes arising from purchases via the NFT Marketplace, including in connection with any auctions or other purchase methods. For NFT Sellers: By minting, providing, or selling an NFT through the NFT Marketplace, you hereby represent and warrant that you own all legal right, title and interest in all intellectual property rights to the NFT Media linked or associated with such NFT, or you are legally authorized by the intellectual property owner to mint, provide or sell the NFT on the NFT Marketplace. Except for NFTs minted on the NFT Marketplace, in order to list any NFT for sale on the NFT Marketplace, you must first deposit the NFT for sale for custody with Company until such time as the NFT is sold or you decide to remove the NFT from the NFT Marketplace. For clarity, Company has no obligation or liability to you for keeping, storing, or helping you recover any NFT Media associated with your NFTs. For NFT Buyers: When you purchase an NFT, you own the NFT that is associated with certain NFT Media, but you do not own any intellectual property rights in such NFT Media except for the license grants expressly set forth herein. In certain cases, we may help to evaluate or provide you with information about a seller of an NFT. However, such information is provided for informational purposes only. You bear full responsibility for verifying the authenticity, legitimacy, identity of any NFT you purchase on the NFT Marketplace. We make no guarantees or promises about the identity, legitimacy, or authenticity of any NFT on the NFT Marketplace.

3. License to Your Content

In connection with your use of the NFT Marketplace, you may be able to post, upload, or submit content to be made available through the NFT Marketplace, including NFT Media that is tied to NFTs you wish to sell on the NFT Marketplace as a seller, and any other content associated with your NFTs ("Your Content"). You retain all rights to Your Content you post, upload, submit, or otherwise made available through the NFT Marketplace, except for rights expressly granted herein. In order to operate the NFT Marketplace, we must obtain from you certain license rights in Your Content so that actions we take in operating the NFT Marketplace are not considered legal violations. Accordingly, by using the NFT Marketplace and uploading Your Content or otherwise made Your Content available, you grant us a license to access, use, host, cache, store, copy, reproduce, transmit, display, publish, distribute, adapt and modify (for technical purposes, e.g., making sure content is viewable on smartphones as well as computers and other devices) Your Content in any and all media or distribution methods (now know or later developed) but solely as required to be able to operate and provide services of the NFT Marketplace. You agree that this license includes the right for us to provide, promote, and improve the NFT Marketplace and to make Your Content available to other companies, organizations or individuals for the distribution, promotion or publication of Your Content on other media and services. You agree that these rights and licenses are royalty free, transferable, sub-licensable, worldwide and irrevocable (for so long as Your Content is stored with us), and include a right for us to make Your Content available to, and pass these rights along to, others with whom we have contractual relationships related to the provision of the NFT Marketplace, and solely for purpose of providing the NFT Marketplace, and to otherwise permit access to disclose Your Content to third parties if we determine such access is necessary to comply with our legal obligations. As part of the foregoing license grant you agree that the other Users of the NFT Marketplace shall have the right to comment on and/or tag Your Content and/or to use, publish, display, modify or include a copy of Your Content as part of their own use of the NFT Marketplace; except that the foregoing shall not apply to any of Your Content that you post privately for non-public display on the NFT Marketplace. By posting or submitting Your Content to the NFT Marketplace, you represent and warrant that you have, or have obtained, all rights, licenses, consents, permissions, power and/or authority necessary to grant the rights granted herein for Your Content. You agree that Your Content will not contain material subject to copyright or other proprietary rights, unless you have the necessary permission or are otherwise legally entitled to post the material and to grant us the license described above. If you sell an NFT through the NFT Marketplace, you grant to the buyer of the NFT a worldwide, non-exclusive, non-transferable, royalty-free license to use, copy, and display the NFT Media for such purchased NFT, solely for the following purposes: (a) for the buyer's own personal use; (b) as part of a marketplace that permits the purchase and sale of such NFTs, provided that the marketplace cryptographically verifies each NFT's owner's rights to display the NFT Media for their NFTs to ensure that only the actual owner can display the NFT Media; or (c) as part of a third party website or application that permits the inclusion, involvement, or participation of your NFT, provided that the website/application cryptographically verifies each NFT's owner's rights to display the NFT Media for their NFTs to ensure that only the actual owner can display the NFT Media, and provided that the NFT Media is no longer visible once the owner of the NFTs leaves the website/application (the "NFT Purchase License"). If you are a buyer of NFTs, then you acknowledge and agree that the NFT Purchase License set forth above only lasts as long as you are the valid owner and holder of the NFT associated with the licensed NFT Media. If you sell or transfer the NFT to another person, this NFT Purchase License will transfer to such other owner or holder of the NFT, and you will no longer have the benefits of such NFT Purchase License. Unless otherwise specified by seller of an NFT in writing, your purchase of an NFT does not give you the right to publicly display, perform, distribute, sell or otherwise reproduce the NFT or its related NFT Media for any commercial purpose. If you sell an NFT, you agree that you will not have any claims against Company for any breach of these NFT Terms by a purchaser, including if they make commercial use of the related NFT Media in breach of these NFT Terms. We have the right to remove or refuse to post any of Your Content, including NFTs, (a) for any or no reason in our sole discretion; and (b) take any action with respect to Your Content that we deem necessary or appropriate in our sole discretion, including if we believe that Your Content violates these NFT Terms, infringes any intellectual property right of any person or entity, threatens the personal safety of Users of the NFT Marketplace or the public, or could create liability for Company or other Users.

4. Specific Terms for the Premium Platform and Creators

As part of the NFT Marketplace, Company offers a premium platform (the "Premium Platform") which only allows creators that are invited or otherwise approved by Company ("Invited Creators") to mint and sell NFTs (the "Creator's NFTs") associated with their original NFT Media (the "Creator's NFT Media"). Company may enter into an addendum with any Invited Creator (a "Creator Addendum") setting forth terms for using the Premium Platform as an Invited Creator. If there is a conflict between a Creator Addendum and these NFT Terms, the provisions of the Creator Addendum shall take precedence for such Invited Creator. Invited Creator hereby grants to Company a perpetual, irrevocable and exclusive right and license to use, reproduce, display the Creator's NFT Media in connection with the promotion of the Creator's NFT Media, the Creator's NFTs and the NFT Marketplace. For clarity, unless otherwise specified in a Creator Addendum, the exclusive license granted above means that Invited Creator cannot itself, or grant to any other party any right to, use, reproduce, display the Creator's NFT Media in connection with non-fungible tokens or any other blockchain collectibles, platforms or services. In order for Company to exercise its rights to the Creator's NFT Media, Invited Creator will provide Company with high-resolution images and other embodiments of such NFT Media as reasonably requested by Company. Company shall have the sole control over the promotion and marketing of the Creator's NFTs, including the sole discretion to select certain Creator's NFTs or Invited Creators to participate in events hosted by Company. As reasonably requested by Company, Invited Creator will support Company in the promotion or marketing of the Creator's NFTs through participation in the marketing activities as agreed upon by the parties in a Creator Addendum. In connection with the promotion of the Creator's NFTs, Invited Creator hereby grants Company a right to use the name, image, photo, biography, signature and likeness of the Invited Creator solely in connection with the marketing and promotion of the Creator's NFTs. Invited Creator will not engage in any promotion or marketing of Company, the NFT Marketplace, or any Creator's NFTs in a manner that is misleading or deceptive or not in compliance with applicable law. Invited Creator must disclose any material connection between Invited Creator and Company in any such promotion in a clear and conspicuous manner, including in close proximity to any such marketing statements. Invited Creator will not promote or market the Creator's NFTs in a manner intended to give buyers the impression that such NFTs are investment products or that they can expect capital appreciation or derive profits from purchase of such NFTs, or indicate that such NFTs may be characterized as securities or any other form of regulated investment product in any applicable jurisdiction. If requested by Company, Invited Creator will reasonably cooperate with Company to validate the authenticity of the Creator's NFTs and the Creator's NFT Media. Invited Creator acknowledges and agrees that Company will charge a platform fee which is 10% (or other percentage as provided in a Creator Addendum) of the purchase price for any sale of the Creator's NFTs on the Premium Platform. For the avoidance of doubt, any use of or interaction with the Premium Platform by any User (including an Invited Creator) is governed by terms in this Section 4 and the rest of these NFT Terms not in direct contradictory with terms in this Section 4.

5. Copyright Policy

Company may, but is not obligated to, monitor the NFTs, NFT Media and Your Content uploaded to the NFT Marketplace for any infringement of a third party's intellectual property rights. However, Company cannot undertake to review all such content before it is posted on the Service, and cannot ensure prompt removal of objectionable content after it has been posted. Accordingly, Company assume no liability for any action regarding transmissions, communications, or content provided by any user or third party. If you believe that any text, graphics, photos, audio, videos or other materials or works uploaded, downloaded or appearing on the Services have been copied in a way that constitutes copyright infringement, you may submit a notification to our legal department, by providing the following information in writing: identification of the copyrighted work that is claimed to be infringed; identification of the allegedly infringing material that is requested to be removed, including a description of where it is located on the NFT Marketplace; information for our copyright agent to contact you, such as an address, telephone number and e-mail address; a statement that you have a good faith belief that the identified, allegedly infringing use is not authorized by the copyright owners, its agent or the law; a statement that the information above is accurate, and under penalty of perjury, that you are the copyright owner or the authorized person to act on behalf of the copyright owner; and the physical or electronic signature of a person authorized to act on behalf of the owner of the copyright or of an exclusive right that is allegedly infringed. Notices of copyright infringement claims should be sent by mail to: Hash Muse Pte Ltd, Attn: Legal Department, 531A Upper Cross Street, #04-95 Hong Lim Complex, Singapore; or by e-mail to Copyright.NFT@Binance.com. It is our policy, in appropriate circumstances and at our discretion, to disable or terminate the accounts of Users who repeatedly infringe copyrights or intellectual property rights of others. Any User of the NFT Marketplace who has uploaded or posted materials identified as infringing as described above may supply a counter-notification. When we receive a counter-notification, we may reinstate the posts or material in question, in our sole discretion. To file a counter-notification with us, you must provide a written communication (by fax or regular mail or by email) that sets forth: your name, address, telephone number, e-mail address and physical or electronic signature; identification of the material that has been removed or to which access has been disabled and the location at which the material appeared before it was removed or access to it was disabled; and a statement under penalty of perjury that you have a good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. Please note that you will be liable for damages if you materially misrepresent that content or an activity is not infringing the copyrights of others.

6. Verification and Payment

When you make purchases through the NFT Marketplace, including, without limitation, any purchase for NFTs, you must provide and maintain valid payment information in connection with your Binance Account (as defined in the Binance Terms) with us. You represent and warrant that you are authorized to use the payment method you use via the NFT Marketplace to make any purchase. You authorize us to charge your payment method for the total amount of your purchase price. Your order may be suspended or cancelled for any reason, including if the payment method cannot be verified, is invalid or is otherwise not acceptable. Other payments terms for purchases are set forth in the relevant sections of the Binance Terms. We have no liability to you or to any third party for any claims or damages that may arise as a result of any payments or transactions that you engage in via the NFT Marketplace, or any other payment or transactions that you conduct via the NFT Marketplace. We do not provide refunds for any purchases that you might make on or through the NFT Marketplace – whether for NFTs or anything else. You will be solely responsible to pay any and all sales, use, value-added and other taxes, duties, and assessments (except taxes on our net income) now or hereafter claimed or imposed by any governmental authority associated with your use of the NFT Marketplace or NFTs, except for income taxes levied on us as a result of such purchases of NFTs.

7. Assumption of Risks

Any purchase or sale you make, accept or facilitate outside of the NFT Marketplace of an NFT will be entirely at your risk. You acknowledge that you have obtained sufficient information to make an informed decision to purchase an NFT, including carefully reviewing the code of the smart contract and the NFT and fully understand and accept the functions of the same. We do not control or endorse purchases or sales of NFTs outside of the NFT Marketplace. We expressly deny and disclaim any liability to you and deny any obligation to indemnify you or hold you harmless for any losses you may incur by transacting, or facilitating transactions, in NFTs outside of the NFT Marketplace. Certain parts of the NFT Marketplace may display, include or make available content, data, information, applications or materials from third parties ("Third Party Materials"). By using the NFT Marketplace, you acknowledge and agree that Company is not responsible for examining or evaluating the content, accuracy, completeness, availability, timeliness, validity, copyright compliance, legality, decency, quality or any other aspect of such Third Party Materials. We do not warrant or endorse and do not assume and will not have any liability or responsibility to you or any other person for any third-party services, Third Party Materials, or for any other materials, products, or services of third parties.

8. Contact

General questions or comments about the NFT Marketplace or these NFT Terms should be sent either by mail to Hash Muse Pte Ltd, 531A Upper Cross Street, #04-95 Hong Lim Complex, Singapore, or by contacting the customer support team at https://www.binance.com/en/support/requests/new.

**Captured by FireShot Pro: 24 September 2021, 08:30:55**
**https://getfireshot.com**

 **BINANCE**

English | 

🔒 URL verification: https://accounts.binance.com

# Binance Account Login

Welcome back! Log In with your Email, Phone number or QR code

| Email | Mobile |

Email

Password

👁

Log In

Forgot password?

Register now





QR code expired

Refresh

**Log in with QR code**

Scan this code with the Binance mobile app
to log in instantly.

© 2017 - 2021 Binance.com. All rights reserved