# EXHIBIT A-23

# About Binance

**Beyond operating the world's leading cryptocurrency exchange, Binance spans an entire ecosystem.**

**2.0 bn**
Average daily volume

**1,400,000+**
Transactions per second

**24/7**
Support

## Ecosystem

More



**Trust Wallet**

The official wallet of Binance, Trust Wallet is a secure, decentralized wallet where users can send, receive and store their digital assets.

View all

## BNB

BNB is the native asset on Binance Chain, a blockchain software system developed by Binance and the community. BNB has multiple forms of utility and powers the Binance Ecosystem as its underlying gas.

More



Use. Trade. Store    BNB

## Global Freedom

Our vision is to increase the freedom of money globally. We believe that by spreading this freedom, we can significantly improve lives around the world

Vision





## Building Infrastructure

Our mission is to be the infrastructure services provider for the blockchain ecosystem.

Mission

Build the future of technology

## Build the future of technology

What's the secret to Binance's success? The answer is obvious: Our people. We are proud to have one of the most talented, hardworking and passionate teams the world has to offer. Interested in joining our team?

Check for openings



PR & Marketing
PR@binance.com
Market@binance.com

Business Development
Business@binance.com

OTC
Tradedesk1@binance.com

Crypto Access
access@binance.com

Banking & Vendor Inquiries
Risk@binance.com



Binance © 2021

Captured by FireShot Pro: 24 September 2021, 08:31:02
https://getfireshot.com

BINANCE Buy Crypto EUR Markets Trade Derivatives Finance NFT New Log In Register Downloads English | USD

About Binance About Careers Press Community

# Careers at Binance

Join our quest to increase the Freedom of Money

View Openings



## Our Values

Binance Core Values guide our behavior, decisions, and action, enabling unified collaboration across our diverse, international teams.



**User-Focused**

We protect our users by putting our users' needs first and delivering quality service.

**Collaboration**

We communicate openly.
We work as a team towards shared goals to build the ecosystem together.

**Hardcore**

We are results driven. We get things done.
We are passionate and work hard.
When we fail, we learn fast, and pick ourselves up.

**Freedom**

We execute responsibly and autonomously.
We empower those around us.
Our team is diverse and we challenge the status quo.

**Integrity**

We are accountable for our actions.
When we make mistakes, we fix them.
We always act ethically. We never punch down.

50+ Nationalities | 2000+ Employees | 20+ Locations

## Choose Your Team

Select a team most relevant to your interests and experience to view job openings.

- Business Development
- Communications
- Customer Support
- Data & Research
- Editorial & Video
- Engineering
- Finance & Administration
- Legal & Compliance
- Marketing
- Operations, Strategy & Project Management
- Product & Design
- Quantitative Strategy
- Security & IT Helpdesk
- HR
- Internships

## Work With Us



### Bridge the Gap at Binance

Transform our products and services with expertise and be recognized for success. Connect in an expanding environment that rewards personal growth.

## Why Work Here

We are proud to offer competitive benefits that enable healthy and fulfilling careers at Binance

- Competitive salary
- Option to be paid in crypto
- Health insurance
- Flexible working hours

- Remote work for many roles
- Company sponsored holidays
- Team building activities
- And other various perks and benefits

- Learning and development programs
- Free language classes
- Relocation support
- International transfers mid-career

## How We Hire

On average 2~4 week interview process with 4 interviews.

01 Application Review
02 Interviews
03 Offer
04 Onboarding

## Exchange the World With Us

See all opportunities

**About Us**
About
Careers
Business Contacts
Community
Binance Blog
Terms
Privacy
Announcements
News
Notices

**Products**
Exchange
Academy
BCF
Card
Labs
Launchpad
Research
Trust Wallet
NFT
Featured.market
Binance Pay

**Service**
Downloads
Desktop Application
Buy Crypto
Fees
Institutional Services
Referral
Affiliate
BNB
OTC Trading
Listing Application
Trading Rules
P2P Merchant Application
Historical Market Data

**Support**
Give Us Feedback
Support Center
Submit a request
API Documentation
Binance Verify
Law Enforcement Requests

**Learn**
Buy BNB
Buy BUSD
Buy Bitcoin
Buy Ethereum
Buy Litecoin
Buy Ripple
Buy Bitcoin Cash
Buy Dogecoin
Buy DeFi
Buy SHIB
Buy Tradable Altcoins

**Community**

Binance © 2021

# About Binance

**Beyond operating the world's leading cryptocurrency exchange, Binance spans an entire ecosystem.**

**2.0 bn**
Average daily volume

**1,400,000+**
Transactions per second

**24/7**
Support

## Ecosystem

More

**Labs**

Binance Labs is an infrastructure impact fund and an initiative to incubate, invest in, and empower blockchain projects.

View all

## BNB

BNB is the native asset on Binance Chain, a blockchain software system developed by Binance and the community. BNB has multiple forms of utility and powers the Binance Ecosystem as its underlying gas.

More



Use. Trade. Store BNB

## Global Freedom

Our vision is to increase the freedom of money globally. We believe that by spreading this freedom, we can significantly improve lives around the world

Vision





## Building Infrastructure

Our mission is to be the infrastructure services provider for the blockchain ecosystem.

Mission

Build the future of technology

## Build the future of technology

What's the secret to Binance's success? The answer is obvious: Our people. We are proud to have one of the most talented, hardworking and passionate teams the world has to offer. Interested in joining our team?

Check for openings



PR & Marketing
PR@binance.com
Market@binance.com

Business Development
Business@binance.com

OTC
Tradedesk1@binance.com

Crypto Access
access@binance.com

Banking & Vendor Inquiries
Risk@binance.com



Binance © 2021

Captured by FireShot Pro: 24 September 2021, 08:31:18
https://getfireshot.com

Page 27
Community
https://www.binance.com/en/community

BINANCE Buy Crypto EUR Markets Trade Derivatives Finance NFT New Log In Register Downloads English | USD

About Binance About Careers Press Community




# Official Binance Telegram Channels

Join the discussion and stay up to date with announcements!

## Exchange

**English**
https://t.me/BinanceExchange

**Chinese**
https://t.me/BinanceChinese

**Announcements**
https://t.me/binance_announcements

**NFT**
https://t.me/BinanceNFTs

## Academy

**Announcements**
https://t.me/BinanceAcademy

**Discussion**
https://t.me/BinanceAcademyChat

## Info

**English**
https://t.me/Binance_Info_English

**Research Announcements**
https://t.me/BinanceResearch

# Multilingual Telegram Communities

Binance is Global. Join the discussion in your language or region!

## Exchange

**Baltics**
https://t.me/binance_baltics

**Bangladesh**
https://t.me/BinanceBangladeshi

**Cameroun**
https://t.me/BinanceCameroun

**Croatian**
https://t.me/BinanceCroatian

**Deutsch**
https://t.me/BinanceGerman

**English (Australia)**
https://t.me/binanceaustralia

**English (Namibia)**
https://t.me/BinanceNamibia

**English (New Zealand)**
https://t.me/BinanceNewZealand

**English (Zambia)**
https://t.me/BinanceZambia

**Español**
https://t.me/BinanceSpanish

**Español (Argentina)**
https://t.me/binanceargentinaoficial

**Español (España)**
https://t.me/Binance_ESP

**Filipino**
https://t.me/BinanceFilipino

**Français**
https://t.me/BinanceFrench

**Greek**
https://t.me/BinanceGreek

**India**
https://t.me/BinanceIndian

**Indonesian**
https://t.me/Binance_Indonesian

**Italiano**
https://t.me/BinanceItalian

**Kenya**
https://t.me/BinanceKenya

**Nederlands**
https://t.me/BinanceDutch

**Nigeria**
https://t.me/BinanceNigeria

**Polski**
https://t.me/Binance_Polish

**Portuguese (Brazil)**
https://t.me/BinancePortuguese

**Portuguese (Portugal)**
https://t.me/Binance_PT

**Русский**
https://t.me/BinanceRussian

**Română**
https://t.me/BinanceRomanian

**Seychelles**
https://t.me/BinanceSeychelles

**South Africa**
https://t.me/BinanceSouthAfrica

**Sri Lanka**
https://t.me/binancesrilanka

**Tanzania**
https://t.me/BinanceTanzania

**Tiếng Việt**
https://t.me/BinanceVietnamese

**Türkçe**
https://t.me/BinanceTurkish

**Uganda**
https://t.me/BinanceUganda

**Čeština/Slovenčina**
https://t.me/BinanceCzechoSlovakia

**Български**
https://t.me/BGBinance

**Монгол**
https://t.me/BinanceMongolian

**Українська**
https://t.me/BinanceUkrainian

**қазақ**
https://t.me/binance_kz

**עברית**
https://t.me/BinanceHebrew

**العربية**
https://t.me/BinanceArabic

**پاکستانی**
http://t.me/binancepakistani

**नेपाली**
https://t.me/BinanceNepali

**ຄົນລາວ**
https://t.me/BinanceLaotian

**မြန်မာ**
https://t.me/BinanceBurmese

**ប្រទេសកម្ពុជា**
https://t.me/BinanceKhmer

**日本語**
https://t.me/BinanceJapanese

**About Us**
About
Careers
Business Contacts
Community
Binance Blog
Terms
Privacy
Announcements
News
Notices

**Products**
Exchange
Academy
BCF
Card
Labs
Launchpad
Research
Trust Wallet
NFT
Featured.market
Binance Pay

**Service**
Downloads
Desktop Application
Buy Crypto
Fees
Institutional Services
Referral
Affiliate
BNB
OTC Trading
Listing Application
Trading Rules
P2P Merchant Application
Historical Market Data

**Support**
Give Us Feedback
Support Center
Submit a request
API Documentation
Binance Verify
Law Enforcement Requests

**Learn**
Buy BNB
Buy BUSD
Buy Bitcoin
Buy Ethereum
Buy Litecoin
Buy Ripple
Buy Bitcoin Cash
Buy Dogecoin
Buy DeFi
Buy SHIB
Buy Tradable Altcoins

**Community**

Binance © 2021

Captured by FireShot Pro: 24 September 2021, 08:31:23
https://getfireshot.com

# Binance Blog

Stay up to date with the latest stories and commentary brought to you by Binance, the world's leading blockchain and crypto ecosystem.




## Former DigitalX CEO Leigh Travers Joins Binance...

Former DigitalX CEO Leigh Travers Joins Binance Australia as Chief Executive Officer

2021-08-30

Leadership | Ecosystem | Community | Markets | Payment | Fiat | Earn | P2P | Charity




### Binance Appoints Zane Wong as Director of KYC Compliance

We are continuing to further strengthen our compliance capabilities, recently bringing on Zane Wong as Director of KYC Compliance.

2021-09-24




### Nils Andersen-Röed joins Binance from Europol to further strengthen...

Binance has grown its Audit and Investigations team again with the hire of Nils Andersen-Röed from Europol where he was a specialist on the Dark Web team.

2021-09-16




### What India Stands to Gain from Supporting the Blockchain and Crypt...

Blockchain and crypto innovation are transforming the global economy for good. With a clearer regulatory framework on the horizon, can India play a leading role i...

2021-09-13




### Binance Welcomes Aron Akbiyikian, Our New Director of Audit and...

Binance is pleased to welcome Aron Akbiyikian to the Audit and Investigations team, where he will help to ensure that Binance and the larger crypto industry are a...

2021-08-31




### Former DigitalX CEO Leigh Travers Joins Binance Australia as Chief...

Former DigitalX CEO Leigh Travers Joins Binance Australia as Chief Executive Officer

2021-08-30




### Why It's Time to Get Tough on Crypto Regulation

Make no mistake: crypto needs regulation. Here's why industry leaders must step up and work alongside policymakers and regulators to build the blockchain-...

2021-08-25




### Former Abu Dhabi Global Market CEO Richard Teng Joins Binance Singapor...

Binance Singapore, the leading fiat-to-crypto platform for trading of cryptocurrencies in Singapore Dollars (SGD), today announced the appointment of Richard Teng, form...

2021-08-22




### Binance Hires Former US Federal Law Enforcement Investigator Greg...

Binance, the world's leading blockchain ecosystem and cryptocurrency infrastructure provider, has today announced the appointment of Greg Monahan, former U...

2021-08-17




### A Letter from Our CEO: Reflecting on Progress and the Road Ahead

Binance CEO CZ reflects on our progress over the last four years, the current regulatory environment and our approach for the road ahead.

2021-07-14




### A Letter from Our CEO: Celebrating Our 4 Year Journey Together

Binance CEO CZ shares a letter to users from around the world on Binance's 4th anniversary as he reflects on the shared journey so far as well as the next steps for the...

2021-07-14




### A Letter from Our CEO: Customer Service Upgrades and Our Commitme...

In this personal letter addressed to our community, Binance CEO CZ addresses our ongoing efforts in meeting growing customer service requests and how we are...

2021-04-15




### Welcoming our New Compliance and Regulatory Advisors: Two Former FAT...

Former Financial Action Task Force (FATF) Executive Secretary Rick McDonell and former Head of the Canadian delegation to the FATF Josée Nadeau will provide high-...

2021-03-25




### Highlights from CZ's Latest Clubhouse AMAs

Binance CEO Changpeng Zhao (CZ) recently hosted AMA sessions on Clubhouse to address several topics about Binance, cryptocurrencies, blockchains, regulations and...

2021-03-12




### Binance CEO 'CZ' Honored in 2020 Bloomberg 50 List of Global Icons and...

Bloomberg Businessweek named Binance CEO 'CZ' (Changpeng Zhao) to the 2020 Bloomberg 50, its annual list of innovators, entrepreneurs, and leaders who have...

2020-11-30



Binance © 2021

Captured by FireShot Pro: 24 September 2021, 08:31:28
https://getfireshot.com

# Binance Terms of Use

Last revised: 14 September, 2021

[illegible]

## I. Definitions

[illegible]

## II. General Provisions

### 1. About These Terms

**a. Contractual Relationship**

These Terms constitute a legal agreement and create a binding contract between you and Binance Operators.

**b. Supplementary Terms**

[illegible]

**c. Changes to These Terms**

[illegible]

**d. Prohibition of Use**

[illegible]

### 2. About Binance

[illegible]

### 3. Binance Account Registration and Requirements

**a. Registration**

[illegible]

**b. Eligibility**

[illegible]

**c. User Identity Verification**

[illegible]

### 4. Account Usage Requirements

[illegible]

**a. Account Security**

[illegible]

**f. Personal Data**

[illegible]

## III. Binance Services

[illegible]

### 1. Service Usage Guidelines

**a. License**

[illegible]

**b. Restriction**

[illegible]

### 2. Crypto-to-crypto Trading

**a. Orders**

[illegible]

**b. Cancellation**

[illegible]

**c. Fees**

[illegible]

**d. Other Types of Crypto-to-crypto Trading**

[illegible]

### 3. Fiat Trading

[illegible]

### 4. Futures Trading

[illegible]

### 5. Options Trading

[illegible]

### 6. Margins Trading

Unless otherwise provided by Binance, prior to conducting Margins Trading, you must open a special Collateral Account and/or complete other related procedures, following the completion of registration and identity verification for your Binance Account.

**a. Risks of Margins Trading**

[illegible]

viii. You agree to conduct all Transactions, Margins Trading and/or borrowing on your own, and be fully responsible for your activities. Binance assumes no liability for any loss or damage caused by your use of any Binance services or your unawareness of the risks associated with the use of Digital Assets or with your use of Binance Services.

### 7. Lending Services

Unless otherwise provided by Binance, to borrow currencies, you must conclude with Binance a separate Lending Services User Agreement and open a special Collateral Account and/or finish other relevant procedures, following the completion of registration and identity verification for your Binance Account. You understand and agree that:

a. There are considerable risks involved in Lending Services, which include without limitation to risks of fluctuation of the borrowed Digital Assets' value, derivative risks and technical risks. You shall carefully consider and exercise clear judgment to evaluate your financial situation and the aforesaid risks to make any decision on using Lending Services, and you shall be responsible for all losses arising therefrom;

b. you shall cooperate to provide the information and materials related to identity verification and Lending Services as required by Binance, and be solely responsible for taking necessary security measures to protect the security of your Collateral Account and personal information;

c. you shall carefully read relevant Binance Platform Rules before using Lending Services, and be aware of, understand and observe the specific information and rules regarding the operations of Lending Services, and you undertake that the use of the assets borrowed shall conform to requirements of these Terms and related laws and regulations;

d. Binance has the full right to manage your Collateral Account and collateral during the period in which Lending Services are offered, and reserves the right, under the circumstances specified in the Lending Services User Agreement or these Terms, to implement various risk control measures, which include but are not limited to forced liquidation. Such steps may cause major losses to you and you shall be solely responsible for the outcomes of such measures;

e. Binance has the right to temporarily or permanently prohibit you from using Lending Services when it deems it necessary or reasonable, and to the maximum extent permitted by law, without liability of any kind to you.

### 8. Binance Savings Service

Binance offers Binance Savings, a service to provide Users with value-added services for their idle Digital Assets. To use Binance Savings service, you must conclude with Binance a separate Binance Savings Service User Agreement ( en/support/faq/360032559032) and open a special Binance Savings service account, following the completion of registration and identity verification for your Binance Account. When using Binance Savings service, you should note that:

a. Binance Savings assets will be used in cryptocurrency leveraged borrowing and other businesses.

b. When you use Binance Savings service, you will unconditionally authorize Binance to distribute and grant the leveraged interest according to Binance Platform Rules.

c. You shall abide by relevant laws and regulations to ensure that the sources of Digital Assets are legitimate and compliant when using Binance Savings service.

d. When you use Binance Savings service, you should fully recognize the risks of investing in Digital Assets and operate cautiously.

e. You agree that all investment operations conducted on Binance represent your true investment intentions and that unconditionally accept the potential risks and benefits of your investment decisions.

f. Binance reserves the right to suspend or terminate Binance Savings service. If necessary, Binance can suspend and terminate Binance Savings service at any time.

g. Due to network delay, computer system failures and other force majeure, which may lead to delay, suspension, termination or deviation of execution of Binance Savings service, Binance will use reasonable effort to ensure but not promise that Binance Savings service execution system runs stably and effectively. Binance does not take any responsibility if the final execution fails to match your expectations due to the above factors.

### 9. Staking Programs

Binance will from time to time launch Staking Programs for specific types of Digital Currencies to reward, as per certain rules, users who hold such Digital Currencies in their Binance Accounts. When participating in Staking Programs, you should note that:

a. Unless otherwise stipulated by Binance, Staking Programs are free of charge and Users may trade during the staking period;

b. Binance does not guarantee Users' proceeds under any Staking Program;

c. Binance has the right to initiate or terminate Staking Program for any Digital Currencies or modify rules on such programs in its sole discretion;

d. Users shall ensure that sources of the Digital Currencies they hold in Binance Accounts are legal and compliant and undertake to observe related laws and regulations. Otherwise, Binance has the right to take necessary steps in accordance with these Terms or Binance Platform Rules, including, without limitation, freezing Binance Accounts or deducting the Digital Currencies awarded to Users who violate the rules of respective Staking Programs.

### 10. Binance POS Service Agreement

a. Binance.com launched Binance POS service for Binance.com users to gain proceeds through idle cryptocurrency assets.

b. Binance POS assets will be used in cryptocurrency staking to gain proceeds and other businesses.

c. When you use Binance POS service, you will unconditionally authorize Binance.com to distribute the staking interest according to the rules of the platform.

d. You shall abide by the relevant laws of the State to ensure that the sources of assets are legitimate and compliant when using Binance POS service.

e. When you use Binance POS service, you should fully recognize the risks of investment in cryptocurrency and operate cautiously.

f. You agree that all investment operations conducted on Binance.com represent your true investment intentions and that unconditionally accept the potential risks and benefits of your investment decisions.

g. Binance.com reserves the right to suspend or terminate Binance POS service. If necessary, Binance.com can suspend and terminate Binance POS service at any time.

h. Due to network delay, computer system failures and other force majeure, which may lead to delay, suspension or deviation of Binance POS service execution, Binance.com will use commercially reasonable effort to ensure but not promise that Binance POS service execution system run stably and effectively. Binance.com does not take any responsibility if the final execution doesn't match your expectations due to the above factors.

## IV. Liabilities

### 1. Disclaimer of Warranties

**TO THE MAXIMUM EXTENT PERMITTED UNDER APPLICABLE LAW, BINANCE SERVICES, BINANCE MATERIALS AND ANY PRODUCT, SERVICE OR OTHER ITEM PROVIDED BY OR ON BEHALF OF BINANCE ARE OFFERED ON AN "AS IS" AND "AS AVAILABLE" BASIS, AND BINANCE EXPRESSLY DISCLAIMS, AND YOU WAIVE, ANY AND ALL OTHER WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE OR NON-INFRINGEMENT OR WARRANTIES ARISING FROM COURSE OF PERFORMANCE, COURSE OF DEALING OR USAGE IN TRADE. WITHOUT LIMITING THE FOREGOING, BINANCE DOES NOT REPRESENT OR WARRANT THAT THE SITE, BINANCE SERVICES OR BINANCE MATERIALS ARE ACCURATE, COMPLETE, RELIABLE, CURRENT, ERROR-FREE, OR FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. BINANCE DOES NOT GUARANTEE THAT ANY ORDER WILL BE EXECUTED, ACCEPTED, RECORDED OR REMAIN OPEN. EXCEPT FOR THE EXPRESS STATEMENTS, AGREEMENTS AND RULES SET FORTH IN THESE TERMS, YOU HEREBY ACKNOWLEDGE AND AGREE THAT YOU HAVE NOT RELIED UPON ANY OTHER STATEMENT OR AGREEMENT, WHETHER WRITTEN OR ORAL, WITH RESPECT TO YOUR USE AND ACCESS OF BINANCE SERVICES. WITHOUT LIMITING THE FOREGOING, YOU HEREBY UNDERSTAND AND AGREE THAT BINANCE WILL NOT BE LIABLE FOR ANY LOSSES OR DAMAGES ARISING OUT OF OR RELATING TO: (A) ANY INACCURACY, DEFECT OR OMISSION OF DIGITAL ASSETS PRICE DATA, (B) ANY ERROR OR DELAY IN THE TRANSMISSION OF SUCH DATA, (C) INTERRUPTION IN ANY SUCH DATA, (D) REGULAR OR UNSCHEDULED MAINTENANCE CARRIED OUT BY BINANCE AND SERVICE INTERRUPTION AND CHANGE RESULTING FROM SUCH MAINTENANCE, (E) ANY DAMAGES INCURRED BY OTHER USERS' ACTIONS, OMISSIONS OR VIOLATION OF THESE TERMS, (F) ANY DAMAGE CAUSED BY ILLEGAL ACTIONS OF OTHER THIRD PARTIES OR ACTIONS WITHOUT AUTHORIZED BY BINANCE; AND (G) OTHER EXEMPTIONS MENTIONED IN DISCLAIMERS AND PLATFORM RULES ISSUED BY BINANCE.**

**THE DISCLAIMER OF IMPLIED WARRANTIES CONTAINED HEREIN MAY NOT APPLY IF AND TO THE EXTENT IT IS PROHIBITED BY APPLICABLE LAW OF THE JURISDICTION IN WHICH YOU RESIDE.**

### 2. Disclaimer of Damages and Limitation of Liability

**TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL BINANCE, ITS AFFILIATES AND THEIR RESPECTIVE SHAREHOLDERS, MEMBERS, DIRECTORS, OFFICERS, EMPLOYEES, ATTORNEYS, AGENTS, REPRESENTATIVES, SUPPLIERS OR CONTRACTORS BE LIABLE FOR ANY INCIDENTAL, INDIRECT, SPECIAL, PUNITIVE, CONSEQUENTIAL OR SIMILAR DAMAGES OR LIABILITIES WHATSOEVER (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF DATA, INFORMATION, REVENUE, PROFITS OR OTHER BUSINESSES OR FINANCIAL BENEFITS) ARISING OUT OF BINANCE SERVICES, ANY PERFORMANCE OR NON-PERFORMANCE OF BINANCE SERVICES, OR ANY OTHER PRODUCT, SERVICE OR OTHER ITEM PROVIDED BY OR ON BEHALF OF BINANCE AND ITS AFFILIATES, WHETHER UNDER CONTRACT, STATUTE, STRICT LIABILITY OR OTHER THEORY EVEN IF BINANCE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES EXCEPT TO THE EXTENT OF A FINAL JUDICIAL DETERMINATION THAT SUCH DAMAGES WERE A RESULT OF BINANCE'S GROSS NEGLIGENCE, FRAUD, WILLFUL MISCONDUCT OR INTENTIONAL VIOLATION OF LAW. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.**

**NOTWITHSTANDING THE FOREGOING, IN NO EVENT WILL THE LIABILITY OF BINANCE, ITS AFFILIATES AND THEIR RESPECTIVE SHAREHOLDERS, MEMBERS, DIRECTORS, OFFICERS, EMPLOYEES, ATTORNEYS, AGENTS, REPRESENTATIVES, SUPPLIERS OR CONTRACTORS ARISING OUT OF SERVICES OFFERED BY OR ON BEHALF OF BINANCE AND ITS AFFILIATES, ANY PERFORMANCE OR NON-PERFORMANCE OF BINANCE SERVICES, OR ANY OTHER PRODUCT, SERVICE OR OTHER ITEM, WHETHER UNDER CONTRACT, STATUTE, STRICT LIABILITY OR OTHER THEORY, EXCEED THE AMOUNT OF THE FEES PAID BY YOU TO BINANCE UNDER THESE TERMS IN THE TWELVE-MONTH PERIOD IMMEDIATELY PRECEDING THE EVENT GIVING RISE TO THE CLAIM FOR LIABILITY.**

### 3. Indemnification

You agree to indemnify and hold harmless Binance Operators, their affiliates, contractors, licensors, and their respective directors, officers, employees and agents from and against any claims, actions, proceedings, investigations, demands, suits, costs, expenses and damages (including attorneys' fees, fines or penalties imposed by any regulatory authority) arising out of or related to (i) your use of, or conduct in connection with, Binance Services, (ii) your breach or our enforcement of these Terms, or (iii) your violation of any applicable law, regulation, or rights of any third party during your use of Binance Services. If you are obligated to indemnify Binance Operators, their affiliates, contractors, licensors, and their respective directors, officers, employees or agents pursuant to these Terms, Binance will have the right, in its sole discretion, to control any action or proceeding and to determine whether Binance wishes to settle, and if so, on what terms.

## V. Announcements

Please be aware that all official announcements, news, promotions, competitions and airdrops will be listed on www.binance.com/en/support/announcement . **USERS UNDERTAKE TO REFER TO THESE MATERIALS REGULARLY AND PROMPTLY. BINANCE WILL NOT BE HELD LIABLE OR RESPONSIBLE IN ANY MANNER OF COMPENSATION SHOULD USERS INCUR PERSONAL LOSSES ARISING FROM IGNORANCE OR NEGLIGENCE OF THE ANNOUNCEMENTS.**

## VI. Termination of Agreement

### 1. Suspension of Binance Accounts

You agree that Binance shall have the right to immediately suspend your Binance Account (and any accounts beneficially owned by related entities or affiliates), freeze or lock the Digital Assets or funds in all such accounts, and suspend your access to Binance for any reason including if Binance suspects any such accounts to be in violation of these Terms, our Privacy Policy, or any applicable laws and regulations. You agree that Binance shall not be liable to you for any permanent or temporary modification of your Binance Account, or suspension or termination of your access to all or any portion of Binance Services. Binance shall reserve the right to keep and use the transaction data or other information related to such Binance Accounts. The above account controls may also be applied in the following cases:

- The Binance Account is subject to a governmental proceeding, criminal investigation or other pending litigation;
- We detect unusual activities in the Binance Account;
- We detect unauthorized access to the Binance Account;
- We are required to do so by a court order or command by a regulatory/government authority.

### 2. Cancellation of Binance Accounts

In case of any of the following events, Binance shall have the right to directly terminate these Terms by cancelling your Binance Account, and shall enjoy the right but not the obligation to permanently freeze (cancel) the authorizations of your Binance Account on Binance and withdraw the corresponding Binance Account thereof:

- after Binance terminates services to you;
- you allegedly register or register in any other person's name as a Binance User again, directly or indirectly;
- the information that you have provided is untruthful, inaccurate, outdated or incomplete;
- when these Terms are amended, you state your unwillingness to accept the amended Terms by applying for cancellation of your Binance Account or by other means;
- you request that Binance Services be terminated; and
- any other circumstances where Binance deems it should terminate Binance Services.

Should your Binance Account be terminated, the account and transactional information that meet data retention standards will be securely stored for 5 years. In addition, if a transaction is unfinished during the account termination process, Binance shall have the right to notify your counterparty of the situation at that time. You acknowledge that a user-initiated account exit (right to erasure under GDPR or other equivalent regulations) will also be subjected to the termination protocol stated above.
If Binance is informed that any Digital Assets or funds held in your Binance Account are stolen or otherwise are not lawfully possessed by you, Binance may, but has no obligation to, place an administrative hold on the affected funds and your Binance Account. If Binance does lay down an administrative hold on some or all of your funds or Binance Account, Binance may continue such hold until such time as the dispute has been resolved and evidence of the resolution acceptable to Binance has been provided to Binance in a form acceptable to Binance. Binance will not involve itself in any such dispute or the resolution of the dispute. You agree that Binance will have no liability or responsibility for any such hold, or for your inability to withdraw Digital Assets or funds or execute trades during the period of any such hold.

### 3. Remaining Funds After Binance Account Termination

Except as set forth in paragraph 4 below, once a Binance Account is closed/withdrawn, all remaining account balance (which includes charges and liabilities owed to Binance) will be payable immediately to Binance. Upon payment of all outstanding charges to Binance (if any), Users will have 5 business days to withdraw all Digital Assets or funds from the account.

### 4. Remaining Funds After Binance Account Termination Due to Fraud, Violation of Law, or Violation of These Terms

Binance maintains full custody of the Digital Assets, funds and User data/information which may be turned over to governmental authorities in the event of Binance Accounts' suspension/closure arising from fraud investigations, investigations of violation of law or violation of these terms.

## VII. No Financial Advice

Binance is not your broker, intermediary, agent, or advisor and has no fiduciary relationship or obligation to you in connection with any trades or other decisions or activities effected by you using Binance Services. No communication or information provided to you by Binance is intended as, or shall be considered or construed as, investment advice, financial advice, trading advice, or any other sort of advice. Unless otherwise specified in these Terms, all trades are executed automatically, based on the parameters of your order instructions and in accordance with posted trade execution procedures, and you are solely responsible for determining whether any investment, investment strategy or related transaction is appropriate for you according to your personal investment objectives, financial circumstances and risk tolerance, and you shall be solely responsible for any loss or liability therefrom. You should consult legal or tax professionals regarding your specific situation. Binance does not recommend that any Digital Asset should be bought, earned, sold, or held by you. Before making the decision to buy, sell or hold any Digital Asset, you should conduct your own due diligence and consult your financial advisors prior to making any investment decision. Binance will not be held responsible for the decisions you make to buy, sell, or hold Digital Asset based on the information provided by Binance.

## VIII. Compliance with Local Laws

It is Users' responsibility to abide by local laws in relation to the legal usage of Binance Services in their local jurisdiction as well as other laws and regulations applicable to Users. Users must also factor, to the extent of their local laws all aspects of taxation, the withholding, collection, reporting and remittance to their appropriate tax authorities.**ALL USERS OF BINANCE SERVICES ACKNOWLEDGE AND DECLARE THAT THEIR FUNDS COME FROM LEGITIMATE SOURCES AND DO NOT ORIGINATE FROM ILLEGAL ACTIVITIES; USERS AGREE THAT BINANCE WILL REQUIRE THEM TO PROVIDE OR OTHERWISE COLLECT THE NECESSARY INFORMATION AND MATERIALS AS PER RELEVANT LAWS OR GOVERNMENT ORDERS TO VERIFY THE LEGALITY OF THE SOURCES AND USE OF THEIR FUNDS.** Binance maintains a stance of cooperation with law enforcement authorities globally and will not hesitate to seize, freeze, terminate Users' accounts and funds which are flagged out or investigated by legal mandate.

## IX. Privacy Policy

Access to Binance Services will require the submission of certain personally identifiable information. Please review Binance's Privacy Policy at www.binance.com/en/privacy for a summary of Binance's guidelines regarding the collection and use of personally identifiable information.

## X. Resolving Disputes: Forum, Arbitration, Class Action Waiver

PLEASE READ THIS SECTION CAREFULLY, AS IT INVOLVES A WAIVER OF CERTAIN RIGHTS TO BRING LEGAL PROCEEDINGS, INCLUDING AS A CLASS ACTION.

**1. Notice of Claim and Dispute Resolution Period.**Please contact Binance first! Binance wants to address your concerns without resorting to formal legal proceedings, if possible. If you have a dispute with Binance, then you should contact Binance and a ticket number will be assigned. Binance will attempt to resolve your dispute internally as soon as possible. The parties agree to negotiate in good faith to resolve the dispute (which discussions shall remain confidential and be subject to applicable rules protecting settlement discussions from use as evidence in any legal proceeding).

In the event the dispute cannot be resolved satisfactorily, and you wish to assert a legal claim against Binance, then you agree to set forth the basis of such claim in writing in a "Notice of Claim," as a form of prior notice to Binance. The Notice of Claim must (1) describe the nature and basis of the claim or dispute, (2) set forth the specific relief sought, (3) provide the original ticket number, and (4) include your Binance account email. The Notice of Claim should be submitted to an email address or hyperlink provided in your correspondence with Binance. After you have provided the Notice of Claim to Binance, the dispute referenced in the Notice of Claim may be submitted by either Binance or you to arbitration in accordance with paragraph 2 of this Section, below. For the avoidance of doubt, the submission of a dispute to Binance for resolution internally and the delivery of a Notice of Claim to Binance are prerequisites to commencement of an arbitration proceeding (or any other legal proceeding). During the arbitration, the amount of any settlement offer made by you or Binance shall not be disclosed to the arbitrator.

**2. Agreement to Arbitrate and Governing Law.** You and Binance Operators agree that, subject to paragraph 1 above, any dispute, claim, or controversy between you and Binance (and/or Binance Operators) arising in connection with or relating in any way to these Terms or to your relationship with Binance (and/or Binance Operators) as a user of Binance Services (whether based in contract, tort, statute, fraud, misrepresentation, or any other legal theory, and whether the claims arise during or after the termination of these Terms) will be determined by mandatory final and binding individual (not class) arbitration, except as set forth below under Exceptions to Agreement to Arbitrate. You and Binance Operators further agree that the arbitrator shall have the exclusive power to rule on his or her own jurisdiction, including without limitation any objections with respect to the existence, scope or validity of the Agreement to Arbitrate, or to the arbitrability of any claim or counterclaim. Arbitration is more informal than a lawsuit in court. THERE IS NO JUDGE OR JURY IN ARBITRATION, AND COURT REVIEW OF AN ARBITRATION AWARD IS LIMITED. There may be more limited discovery than in court. The arbitrator must follow this agreement and can award the same damages and relief as a court (including, if applicable, attorney fees), except that the arbitrator may not award declaratory or injunctive relief in favour of anyone but the parties to the arbitration. The arbitration provisions set forth in this Section will survive termination of these Terms. Arbitration Rules. The arbitration shall be subject to the HKIAC Administered Arbitration Rules (HKIAC. Rules) in force when the Notice of Arbitration is submitted, as modified by this Section X. The arbitration will be administered by the Hong Kong International Arbitration Centre (HKIAC). Unless the parties agree otherwise, there shall be only one arbitrator appointed in accordance with the HKIAC Rules. Any arbitration will be conducted in the English language. Regardless of the manner in which the arbitration is conducted, the arbitrator shall issue a reasoned written decision sufficient to explain the essential findings and conclusions on which the decision and award, if any, are based. JUDGMENT ON ANY ARBITRAL AWARD MAY BE GIVEN IN ANY COURT HAVING JURISDICTION OVER THE PARTY (OR OVER THE ASSETS OF THE PARTY) AGAINST WHOM SUCH AN AWARD IS RENDERED. Time for Filing: ANY ARBITRATION AGAINST BINANCE OPERATORS MUST BE COMMENCED BY FILING A REQUEST FOR ARBITRATION WITHIN ONE (1) YEAR, AFTER THE DATE THE PARTY ASSERTING THE CLAIM FIRST KNOWS OR REASONABLY SHOULD KNOW OF THE ACT, OMISSION OR DEFAULT GIVING RISE TO THE CLAIM; AND THERE SHALL BE NO RIGHT TO ANY REMEDY FOR ANY CLAIM NOT ASSERTED WITHIN THAT TIME PERIOD. THIS ONE YEAR LIMITATION PERIOD IS INCLUSIVE OF THE INTERNAL DISPUTE RESOLUTION PROCEDURE SET FORTH IN PARAGRAPH 1 OF THIS SECTION, ABOVE. THERE SHALL BE NO RIGHT TO ANY REMEDY FOR ANY CLAIM NOT ASSERTED WITHIN THAT TIME PERIOD. If applicable law prohibits a one-year limitation period for asserting claims, any claim must be asserted within the shortest time period permitted by applicable law. Process; Notice: The party who intends to seek arbitration after the expiration of the Dispute Resolution Period set forth in paragraph 1, above, must submit a request to the HKIAC in accordance with the HKIAC Rules. If we request arbitration against you, we will give you notice at the email address or mailing address you have provided. You agree that any notice sent to this email or mailing address shall be deemed effective for all purposes, including without limitation to determinations of adequacy of service. It is your obligation to ensure that the email address and/or mailing address on file with Binance is up-to-date and accurate. Seat of Arbitration: The seat of the arbitration shall be Hong Kong. Place of Hearing: The location of any in-person arbitration hearing shall be Hong Kong, unless otherwise agreed to by the parties. Governing Law: These Terms (including this arbitration agreement) shall be governed by, and construed in accordance with, the laws of Hong Kong. Confidentiality. The parties agree that the arbitration shall be kept confidential. The existence of the arbitration, any nonpublic information provided in the arbitration, and any submissions, orders or awards made in the arbitration (together, the "Confidential Information") shall not be disclosed to any non-party except the tribunal, the HKIAC, the parties, their counsel, experts, witnesses, accountants and auditors, insurers and reinsurers, and any other person necessary to the conduct of the arbitration. Notwithstanding the foregoing, a party may disclose Confidential Information to the extent that disclosure may be required to fulfill a legal duty, protect or pursue a legal right, or enforce or challenge an award in bona fide legal proceedings. This confidentiality provision shall survive termination of these Terms and of any arbitration brought pursuant to these Terms.

**3. Class Action Waiver.** You and Binance agree that any claims relating to these Terms or to your relationship with Binance as a user of Binance Services (whether based in contract, tort, statute, fraud, misrepresentation, or any other legal theory, and whether the claims arise during or after the termination of these Terms) shall be brought against the other party in an arbitration on an individual basis only and not as a plaintiff or class member in a purported class or representative action. You and Binance further agree to waive any right for such claims to be brought, heard, or arbitrated as a class, collective, representative, or private attorney general action, to the extent permissible by applicable law. Combining or consolidating individual arbitrations into a single arbitration is not permitted without the consent of all parties, including Binance.

**4. Modifications.**Binance reserves the right to update, modify, revise, suspend, or make any future changes to Section X regarding the parties' Agreement to Arbitrate, subject to applicable law. You hereby consent and agree that it is your responsibility to ensure that your understanding of this Section is up to date. Subject to the applicable law, your continued use of your Binance account shall be deemed to be your acceptance of any modifications to Section X regarding the parties' Agreement to Arbitrate. You agree that if you object to the modifications to Section X, Binance may block access to your account pending closure of your account. In such circumstances, the Terms of Use prior to modification shall remain in full force and effect pending closure of your account.

**5. Severability.**If any portion of these Terms are adjudged to be invalid or unenforceable for any reason or to any extent, the remainder of these Terms will remain valid and enforceable and the invalid or unenforceable portion will be given effect to the greatest extent permitted by law. pending closure of your account.

## XI. Miscellaneous

**1. Independent Parties.** Binance is an independent contractor but not an agent of you in the performance of these Terms. These Terms shall not be interpreted as facts or evidence of an association, joint venture, partnership, or franchise between the parties.

**2. Entire Agreement.** These Terms constitute the entire agreement between the parties regarding use of Binance Services and will supersede all prior written or oral agreements between the parties. No usage of trade or other regular practice or method of dealing between the parties will be used to modify, interpret, supplement, or alter the terms herein.

**3. Interpretation and Revision.** Binance reserves the right to alter, revise, modify, and/or change these Terms at any time. All changes will take effect immediately upon being published on Binance websites. It is your responsibility to regularly check relevant pages on our websites/applications to confirm the latest version of these Terms. If you do not agree to any such modifications, your only remedy is to terminate your usage of Binance Services and cancel your account. You agree that, unless otherwise expressly provided in these Terms, Binance will not be responsible for any modification or termination of Binance Services by you or any third party, or suspension or termination of your access to Binance Services.

**4. Force Majeure.** Binance will not be liable for any delay or failure to perform as required by these Terms because of any cause or condition beyond Binance's reasonable control.

**5. Severability.**If any portion of these Terms is held invalid or unenforceable, such invalidity or enforceability will not affect the other provisions of these Terms, which will remain in full force and effect, and the invalid or unenforceable portion will be given effect to the greatest extent possible.

**6. Assignment.** You may not assign or transfer any right to use Binance Services or any of your rights or obligations under these Terms without prior written consent from Binance, including any right or obligation related to the enforcement of laws or the change of control. Binance may assign or transfer any or all of its rights or obligations under these Terms, in whole or in part, without notice or obtaining your consent or approval.

**7. Waiver.** The failure of one party to require performance of any provision will not affect that party's right to require performance at any time thereafter. At the same time, the waiver of one party to seek recovery for the other party's violation of these Terms or any provision of applicable terms shall not constitute a waiver by that party of any subsequent breach or violation by the other party or of the provision itself.

**8. Third-Party Website Disclaimer.** Any links to third-party websites from Binance Services does not imply endorsement by Binance of any product, service, information or disclaimer presented therein, nor does Binance guarantee the accuracy of the information contained on them. If you suffer loss from using such third-party product and service, Binance will not be liable for such loss. In addition, since Binance has no control over the terms of use or privacy policies of third-party websites, you should read and understand those policies carefully.

**9. Matters Related to Apple Inc.**If you use any device manufactured by Apple Inc. to participate in any commercial activities or reward programs through Binance Services, such activities and programs are provided by Binance and are not associated with Apple Inc. in any manner.

**10. Contact Information.** For more information on Binance, you may refer to the company and license information found on Binance websites. If you have questions regarding these Terms, please feel free to contact Binance for clarification via our Customer Support team at **10. Contact Information.** For more information on Binance, you may refer to the company and license information found on Binance websites. If you have questions regarding these Terms, please feel free to contact Binance for clarification via our Customer Support team at www.binance.com/en/support/requests/new.

| About Us | Products | Service | Support | Learn | Community |
|---|---|---|---|---|---|
| About | Exchange | Downloads | Give Us Feedback | Buy BNB | |
| Careers | Academy | Desktop Application | Support Center | Buy BUSD | |
| Business Contacts | BCF | Buy Crypto | Submit a request | Buy Bitcoin | |
| Community | Card | Fees | API Documentation | Buy Ethereum | |
| Binance Blog | Labs | Institutional Services | Binance Verify | Buy Litecoin | |
| Terms | Launchpad | Referral | Law Enforcement Requests | Buy Ripple | |
| Privacy | Research | Affiliate | | Buy Bitcoin Cash | |
| Announcements | Trust Wallet | BNB | | Buy Dogecoin | |
| News | NFT | OTC Trading | | Buy DeFi | |
| Notices | Featured.market | Listing Application | | Buy SHIB | |
| | Binance Pay | Trading Rules | | Buy Tradable Altcoins | |
| | | P2P Merchant Application | | | |
| | | Historical Market Data | | | |

Binance © 2021

Captured by FireShot Pro: 24 September 2021, 08:31:42
https://getfireshot.com

# Binance Privacy Policy

**Last updated: September 15, 2021.**

This Privacy Policy describes how Binance collects and processes your personal information through the Binance websites and applications that reference this Privacy Notice. Binance refers to an ecosystem comprising Binance websites (whose domain names include but are not limited to www.binance.com/en), mobile applications, clients, applets and other applications that are developed to offer Binance Services, and includes independently-operated platforms, websites and clients within the ecosystem (e.g., Binance's Open Platform, Binance Launchpad, Binance Labs, Binance Charity, Binance DEX, Binance X, JEX, Trust Wallet, and fiat gateways). "Binance Operators" refer to all parties that run Binance, including but not limited to legal persons, unincorporated organizations and teams that provide Binance Services and are responsible for such services. "Binance" as used in this Policy includes Binance Operators.

This Privacy Policy applies to all platforms, websites, and departments of Binance and Binance Operators. By using Binance Services, you are consenting to the collection, storage, processing and transfer of your personal information as described in this Privacy Policy.

Binance UAB, (legal entity code: 305595206, registered office address: Didžioji str. 18, Vilnius, the Republic of Lithuania) is the Data Controller for personal information collected and processed in connection with provision of Binance Services.

### 1. What Personal Information About Users Does Binance Collect?

Binance collects your personal information in order to provide and continually improve our products and services.

Here are the types of personal information we collect:

Information you give us: we receive and store any information you provide in relation to Binance. You can choose not to provide certain information but then you might not be able to use some Binance Services. Examples of information that you give us include:

- email address
- name
- gender
- date of birth
- home address
- nationality
- country code
- other information to help us identify you

Automatically Collected information: we automatically collect and store certain types of information about your use of Binance Services including your interaction with content and services available through Binance Services. Like many websites, we use cookies and other unique identifiers and we obtain certain types of information when your web browser or device accesses Binance Services. Examples of the information we collect and analyse include:

- the Internet protocol (IP) address used to connect your computer to the Internet,
- login, e-mail address, password and location of your device or computer;
- Binance Services metrics (e.g., the occurrences of technical errors, your interactions with service features and content, and your settings preferences);
- version and time zone settings;
- transaction history.

Information from other sources: we may receive information about you from other sources such as credit history information from credit bureaus, which we use to help prevent and detect fraud.

### 2. Can Children Use Binance Services?

Binance does not allow anyone under the age of 18 to use Binance Services.

### 3. For What Purposes Does Binance Process My Personal Information?

We process your personal information to operate, provide, and improve the Binance Services that we offer our users. These purposes include:

- Transaction services. We use your personal information to take and handle orders, process payments, and communicate with you about orders and services, and promotional offers.
- Provide, troubleshoot, and improve Binance Services. We use your personal information to provide functionality, analyse performance, fix errors, and improve the usability and effectiveness of Binance Services.
- Recommendations and personalisation. We use your personal information to recommend features and services that might be of interest to you, identify your preferences, and personalise your experience with Binance Services.
- Comply with legal obligations. In certain cases, we collect and use your personal information to comply with laws and regulations. For instance, we collect bank account information for identity verification and other purposes.
- Communicate with you. We use your personal information to communicate with you in relation to Binance Services.
- Fraud prevention and credit risks. We process personal information to prevent and detect fraud and abuse in order to protect the security of our users, Binance Services and others. We may also use scoring methods to assess and manage credit risks.
- Purposes for which we seek your consent. We may also ask for your consent to process your personal information for a specific purpose that we communicate to you. When you consent to our processing your personal information for a specified purpose, you may withdraw your consent at any time and we will stop processing of your data for that purpose.

### 4. What About Cookies and Other Identifiers?

We use cookies and similar tools to enhance your user experience, provide our services, and understand how customers use our services so we can make improvements. To enable our systems to recognise your browser or device and to provide Binance Services to you, we use cookies.

We use operational cookies and similar tools (collectively, "cookies") to provide our services, for example:

- Recognising you when you sign-in to use our services.
- Providing customised features and services.
- Displaying features and services which might be of interest to you, including ads on our services.
- Preventing fraudulent activity.
- Improving security.
- Keeping track of your preferences such as currency and language.
- We also use cookies to understand how users use our services so we can make improvements.

The settings on your browser will tell you how to prevent your browser from accepting new cookies, how to have the browser notify you when you receive a new cookie, how to disable and remove cookies, and when cookies will expire.

Operational cookies allow you to take advantage of some of Binance's essential features. If you block or otherwise reject operational cookies through your browser settings some features and services may not work.

### 5. Does Binance Share My Personal Information?

Information about our users is an important part of our business and we are not in the business of selling our users' personal information to others. Binance shares users' personal information only as described below and with the subsidiaries or affiliates of Binance that are either subject to this Privacy Notice or follow practices at least as protective as those described in this Privacy Notice.

Third party service providers: We employ other companies and individuals to perform functions on our behalf. Examples include analysing data, providing marketing assistance, processing payments, transmitting content, and assessing and managing credit risk. These third-party service providers have access to personal information needed to perform their functions, but may not use it for other purposes. Further, they must process the personal information in accordance with this Privacy Notice and as only permitted by applicable data protection laws.

Business transfers: As we continue to develop our business, we might sell or buy other businesses or services. In such transactions, user information generally is one of the transferred business assets but remains subject to the promises made in any pre-existing Privacy Notice (unless, of course, the user consents otherwise). Also, in the unlikely event that Binance or substantially all of its assets are acquired, user information will be one of the transferred assets.

Protection of Binance and others: We release account and other personal information when we believe release is appropriate to comply with the law or with our regulatory obligations; enforce or apply our Terms of Use and other agreements; or protect the rights, property or safety of Binance, our users or others. This includes exchanging information with other companies and organisations for fraud protection and credit risk reduction.

### 6. International transfers of personal data

Binance may transfer your data outside of the European Economic Area ("EEA"). Binance puts in place suitable safeguards to ensure that such transfer is carried out in compliance with applicable data protection rules, except where the country to which the data is transferred has already been determined by the European Commission to provide an adequate level of protection.

Where Binance transfers personal data to affiliates or service providers, Binance relies on the standard contractual clauses approved by the European Commission.

### 7. How Secure is My Information?

We design our systems with your security and privacy in mind. We work to protect the security of your personal information during transmission by using encryption protocols and software.

We maintain physical, electronic and procedural safeguards in connection with the collection, storage and disclosure of your personal information. Our security procedures mean that we may ask you to verify your identity before we disclose personal information to you.

It is important for you to protect against unauthorised access to your account password. We recommend using a unique password for your Binance account that is not utilized for other online accounts. Be sure to sign off when you finish using a shared computer.

### 8. What About Advertising?

We may share your personal information with our marketing partners for the purposes of targeting, modeling, and/or analytics as well as marketing and advertising.

### 9. What Information Can I Access?

You can access your information, including your name, address, payment options, profile information, and transaction history in the "Your Account" section of the website.

### 10. What Choices Do I Have?

If you have any questions or objection as to how we collect and process your personal information, please contact dpo@binance.com.

When you consent to our processing your personal information for a specified purpose, you may withdraw your consent at any time and we will stop any further processing of your data for that purpose.

In addition, subject to applicable law, you have the right to request access to, correct, and delete your personal data, and to ask for data portability. You may also object to our processing of your personal data or ask that we restrict the processing of your personal data in certain instances. If you wish to do any of these things, please contact dpo@binance.com.

### 11. How Long Does Binance Keep My Personal Information?

We keep your personal information to enable your continued use of Binance Services, for as long as it is required in order to fulfil the relevant purposes described in this Privacy Notice, as may be required by law such as for tax and accounting purposes, or as otherwise communicated to you.

### 12. EU GDPR and UK Data Protection Laws - Legal Basis

The EU GDPR and UK data protection laws require a legal basis for our use of personal information. Our basis varies depending on the specific purpose for which we use personal information. We rely on:

- Performance of a contract when we provide you with products or services, or communicate with you about them. This includes when we use your personal information to take and handle orders, and process payments.
- Our legitimate business interests and the interests of our users when we detect and prevent fraud and abuse in order to protect the security of our users, ourselves, or others.
- Your consent when we ask for your consent to process your personal information for a specific purpose that we communicate to you. When you consent to our processing your personal information for a specified purpose, you may withdraw your consent at any time and we will stop processing of your data for that purpose.
- Compliance with a legal obligation when we use your personal information to comply with laws. For instance, we collect bank account information for identity verification purposes.
- These and other legal bases depending on the purpose for which we use personal information.

### 13. Contact Information

Our data protection officer can be contacted at dpo@binance.com, and will work to address any questions or issues that you have with respect to the collection and processing of your personal information.

### 14. Conditions of Use, Notices and Revisions

If you choose to use Binance Services, your use and any dispute over privacy is subject to this Notice and our Terms of Use. If you have any concerns about privacy at Binance, please contact us with a thorough description, and we will try to resolve it. You also have the right to contact your local Data Protection Authority.

Our business changes constantly, and our Privacy Notice will change also. You should check our websites frequently to see recent changes. If you do not agree with the revised content, you shall stop accessing Binance immediately. When an updated version of the Privacy Policy is released, your continued access to Binance means that you agree to the updated content and agree to abide by the updated Privacy Policy. Unless stated otherwise, our current Privacy Notice applies to all information that we have about you and your account.



Binance © 2021

Captured by FireShot Pro: 24 September 2021, 08:31:48
https://getfireshot.com

How can we help you?

Search here



# Announcement

New Cryptocurrency Listing
Latest Binance News
Latest Activities
New Fiat Listings
API Updates
Crypto Airdrop

## New Cryptocurrency Listing

- Binance Futures Will Launch USDT-Margined CELO & AR Perpetual Contracts with Up to 25X L...
- Binance Adds ARPA/RUB, DF/USDT, FET/BUSD, LTC/UAH, SOL/USDC, STX/BUSD & SYS/USDT...
- Binance Will List Yield Guild Games (YGG)
- CELR/BUSD & FTM/BUSD Pairs Enabled on Isolated Margin, BUSD Annual Interest Rate Start...
- Binance Futures Will List Coin-Margined Quarterly 0325 Futures Contracts

View more >

Latest Activities
New Fiat Listings
API Updates
Crypto Airdrop

## Latest Binance News

- Binance Liquid Swap Adds ICP, Opens 2 New Liquidity Pools
- Binance Completes Fetch.ai (FET) Mainnet Integration
- Binance Completes Reverse Token Split for SUSHIDOWN Leveraged Token (2021-09-23)
- Binance Will Delist PPT & SWRV on 2021-09-30
- Punch It Up with Oleksandr Usyk NFT Collection: Win Signed Boxing Gloves & a Personal Trai...

View more >

## Latest Activities

- Kava Ecosystem Trading Competition - $100,000 to Be Won!
- DOT Trading Competition - $100k in Rewards to Be Won!
- Binance NFT Learn and Earn: Learn About GameFi and Share $12,500 in Prizes
- LATAM Exclusive: Upsize Your Purchase, Share 5,500 BUSD Prize Pool
- Trade On Lucky Days, Claim a Share of $300,000 in Rewards!

View more >

## New Fiat Listings

- Binance Adds ARPA/TRY, XRP/BIDR, SUSHI/BIDR, SOL/AUD, C98/BRL, XEC/USDT, OGN/BUS...
- Binance Adds AXS/AUD, AXS/BRL & TVK/USDT Trading Pairs
- Binance Adds BUSD/UAH, RUNE/AUD & SOL/RUB Trading Pairs
- Binance Adds ICP/EUR, MATIC/BIDR, MATIC/GBP, MATIC/RUB & SHIB/TRY Trading Pairs
- Binance Adds ETH/UAH, MATIC/BRL, SHIB/BRL & SOL/EUR Trading Pairs

View more >

## API Updates

- Updates to the Time Range of Data Retrieval via Binance Margin SAPI
- Updates to API Services
- Updates to Binance Margin SAPI Create Margin Account
- Notice on Adjusting the Request Weight of Rest API Endpoints
- Binance Futures API Websocket User Data Stream Upgrade (2021-04-23)

View more >

## Crypto Airdrop

- Binance Will Support the Second Round of Donnie Finance (DON) Airdrop Program for IOST (...
- Binance Will Support the APENFT (NFT) Airdrop Program for TRON (TRX), BitTorrent (BTT) an...
- Venus Reward Token (VRT) Distribution Is Now Complete
- Binance Will Support the Venus Reward Token (VRT) Airdrop Program for Venus (XVS) Holders
- Binance Will Support the Mettalex (MTLX) Airdrop Program for Fetch.ai (FET) Holders

View more >



Binance © 2021

Captured by FireShot Pro: 24 September 2021, 08:31:50
https://getfireshot.com

Search here Search

# Notices

- Special Notice About Binance.com in Singapore
- Fiat Payments Notice
- Special Notice About Binance Markets Limited



Captured by FireShot Pro: 24 September 2021, 08:36:23
https://getfireshot.com

BINANCE Buy Crypto EUR Markets Trade Derivatives Finance NFT New Log In Register Downloads English | USD

# Buy & sell Crypto in minutes

Join the world's largest crypto exchange

Register Now

| ADA/BUSD 0.87% | SOL/BUSD -6.63% | SLP/BUSD -0.53% | DOT/BUSD -5.31% | AVAX/BUSD -8.44% |
|---|---|---|---|---|
| 2.211 | 135.15 | 0.0752 | 29.40 | 69.93 |
| $2.21 | $135.08 | $0.075162 | $29.39 | $69.90 |













Binance Futures Will Launch USDT-Margined CELO & AR Perpetual Contracts with Up to 25X Leverage 09-24 More

Special Notice about Binance.com in Singapore More

Special Notice About Binance Markets Limited More

## Market trend

| Name | Last Price | 24h Change | Markets |
|---|---|---|---|
| BNB BNB | $344.33 | -7.24% | |
| BTC Bitcoin | $41,510.28 | -4.68% | |
| ETH Ethereum | $2,839.16 | -7.64% | |
| CHZ Chiliz | $0.264468 | -7.55% | |
| FIL Filecoin | $62.93 | -13.07% | |
| ADA Cardano | $2.21 | 0.87% | |

View more markets

## Trade. Anywhere.

Compatible with multiple devices, start trading with safety and convenience.



Scan to Download
iOS & Android

App Store | Android APK | Google Play
MacOS | Windows | Linux
API

More Download Options

## Get in touch. Stay in touch.

**24 / 7 Support**
Got a problem? Just get in touch. Our support team is available 24/7.

**Binance Blog**
News and updates from the world's leading cryptocurrency exchange.

**Community**
Binance is global. Join the discussion in our worldwide communities.

**Careers**
Help build the future of technology. Start your new career at Binance.

## Start trading now

Register Now Trade Now

**About Us**
About
Careers
Business Contacts
Community
Binance Blog
Terms
Privacy
Announcements
News
Notices

**Products**
Exchange
Academy
BCF
Card
Labs
Launchpad
Research
Trust Wallet
NFT
Featured.market
Binance Pay

**Service**
Downloads
Desktop Application
Buy Crypto
Fees
Institutional Services
Referral
Affiliate
BNB
OTC Trading
Listing Application
Trading Rules
P2P Merchant Application
Historical Market Data

**Support**
Give Us Feedback
Support Center
Submit a request
API Documentation
Binance Verify
Law Enforcement Requests

**Learn**
Buy BNB
Buy BUSD
Buy Bitcoin
Buy Ethereum
Buy Litecoin
Buy Ripple
Buy Bitcoin Cash
Buy Dogecoin
Buy DeFi
Buy SHIB
Buy Tradable Altcoins

**Community**

Binance © 2021

BINANCE ACADEMY | Start here | Topics | Discover

LEARN ALL ABOUT

# Blockchain & Crypto

Your one-stop guide to all things crypto. Whether you're a rookie trying to understand mining or a veteran looking to develop a trading strategy, we've got you covered.

Start here

FEATURED

**What Is Bitcoin?**
Feb 23, 2020 · 28m
Beginner

## Latest Releases

SEE ALL LATEST RELEASES

- Use Cases · Blockchain · +3 — **What Is the Metaverse?** — Beginner · Sep 21, 2021 · 8m
- Wallet · Binance · +3 — **How to Connect a Ledger Nano to Binance Smart Chain ...** — Beginner · Sep 10, 2021 · 5m
- Tech · Use Cases · +2 — **What Is Avalanche (AVAX)?** — Intermediate · Sep 9, 2021 · 8m
- NFT · Binance · +4 — **What Are NFT Games and How Do They Work?** — Beginner · Sep 2, 2021 · 9m
- Glossary — **BEP-721** — A technical standard that defines a set of rules for the issuance of NFTs in the Binance Smart Chain ecosys... — Full definition →
- Economics · Trading — **9 Altcoins To Diversify Your Portfolio** — Beginner · Aug 30, 2021 · 10m

## Keep an eye on Bitcoin

Every four years, the Bitcoin rewards are slashed in half. Find out why on the Halving page.

Bitcoin halving page

## Trading

SEE ALL TRADING CONTENT

- Trading — **Volume-Weighted Average Price (VWAP) Explained** — Intermediate · May 13, 2020 · 6m
- Trading — **What Is an OCO Order?** — Beginner · Aug 21, 2019 · 3m
- Trading — **What Is a Bear Market?** — Beginner · Aug 4, 2020 · 7m

Topics: Binance · Bitcoin · Blockchain · Consensus · Cryptography · DeFi · Economics · Essentials · Ethereum · History · Mining · NFT · Privacy · Security · Tech · Technical Analysis · Trading · Tutorials · Use Cases · Wallet

Difficulty: Beginner + · Intermediate + · Advanced +

- **What Is KYC (Know Your Customer)?** — Aug 19, 2021 · 5m — Beginner
- **What Is Anti-Money Laundering (AML)?** — Aug 18, 2021 · 7m — Beginner
- **What Is QuickSwap and How Does It Work?** — Aug 11, 2021 · 8m — Intermediate
- **How to Trade Crypto Responsibly** — Aug 6, 2021 · 9m — Beginner
- **An Overview of Bitcoin's Price History**
- **The Best Crypto Wallets for Binance Smart Chain (BSC)**

See more content about this topic →

## No idea what you just scrolled through?

Not to worry. Our no-nonsense beginner's guide will get you up to speed.

Get started here →

## Essentials

SEE ALL ESSENTIALS CONTENT

- Essentials — **What Is Inflation?** — Beginner · Nov 27, 2018 · 9m
- Essentials — **A Complete Guide to Cryptocurrency Trading for Begin...** — Beginner · Jun 21, 2020 · 63m
- Essentials — **What Is Bitcoin?** — Beginner · Feb 23, 2020 · 28m

## Blockchain

SEE ALL BLOCKCHAIN CONTENT

- Blockchain — **The Evolution of the Internet - Web 3.0 Explained** — Beginner · Jan 7, 2020 · 5m
- Blockchain — **What Are Smart Contracts?** — Intermediate · Sep 15, 2019 · 7m
- Blockchain — **Crypto Market Capitalization Explained** — Beginner · Dec 10, 2020 · 6m

## Lost in all the crypto slang?

Take a closer look at our blockchain & crypto glossary.

Check out Glossary

## Up for an adventure?

Learn while you test your knowledge with a range of quizzes.

Take a crypto quiz

**269**

That's the number of terms in our glossary. How many do you know?

Search glossary

- Glossary — **Market Capitalization** — The total trading value of a given coin - calculated by the product of the supply of the coin by the curren... — Full definition →
- Glossary — **Finality** — The assurance or guarantee that completed (cryptocurrency) transactions cannot be altered, reversed or canc... — Full definition →

## No noise. Just signal.

Get the latest in crypto dropped to your email, every week.

Enter your email address | Subscribe

BINANCE ACADEMY

© 2021 Binance Academy. All Rights Reserved.

Download on the App Store · GET IT ON Google Play

**Discover**: Topics · Quizzes · Glossaries · Bitcoin Halving

**Products**: Exchange · BCF · Labs · Launchpad · Research · Trust Wallet

**Company**: Terms & Conditions · Privacy Policy · Disclaimer · Submission Guidelines · Translation guidelines · Content Request · Feedback

English

Captured by FireShot Pro: 24 September 2021, 08:36:25
https://getfireshot.com

BINANCE ACADEMY · Start here · Topics · Discover

LEARN ALL ABOUT

# Blockchain & Crypto

Your one-stop guide to all things crypto. Whether you're a rookie trying to understand mining or a veteran looking to develop a trading strategy, we've got you covered.

Start here

FEATURED



What Is Bitcoin?

Feb 23, 2020 · 28m

Beginner

## Latest Releases

SEE ALL LATEST RELEASES

Use Cases · Blockchain · +3
What Is the Metaverse?
Beginner · Sep 21, 2021 · 8m

Wallet · Binance · +3
How to Connect a Ledger Nano to Binance Smart Chain ...
Beginner · Sep 10, 2021 · 5m

Tech · Use Cases · +2
What Is Avalanche (AVAX)?
Intermediate · Sep 9, 2021 · 8m

NFT · Binance · +4
What Are NFT Games and How Do They Work?
Beginner · Sep 2, 2021 · 9m

Glossary
BEP-721
A technical standard that defines a set of rules for the issuance of NFTs in the Binance Smart Chain ecosys...
Full definition →

Economics · Trading
9 Altcoins To Diversify Your Portfolio
Beginner · Aug 30, 2021 · 10m

## Keep an eye on Bitcoin

Every four years, the Bitcoin rewards are slashed in half. Find out why on the Halving page.

Bitcoin halving page

## Trading

SEE ALL TRADING CONTENT

Trading
Volume-Weighted Average Price (VWAP) Explained
Intermediate · May 13, 2020 · 6m

Trading
What Is an OCO Order?
Beginner · Aug 21, 2019 · 3m

Trading
What Is a Bear Market?
Beginner · Aug 4, 2020 · 7m

Topics: Binance · Bitcoin · Blockchain · Consensus · Cryptography · DeFi · Economics · Essentials · Ethereum · History · Mining · NFT · Privacy · Security · Tech · Technical Analysis · Trading · Tutorials · Use Cases · Wallet

Difficulty: Beginner + · Intermediate + · Advanced +

What Is KYC (Know Your Customer)?
Aug 19, 2021 · 5m
Beginner

What Is Anti-Money Laundering (AML)?
Aug 18, 2021 · 7m
Beginner

What Is QuickSwap and How Does It Work?
Aug 11, 2021 · 8m
Intermediate

How to Trade Crypto Responsibly
Aug 6, 2021 · 9m
Beginner

An Overview of Bitcoin's Price History

The Best Crypto Wallets for Binance Smart Chain (BSC)

See more content about this topic →



## No idea what you just scrolled through?

Not to worry. Our no-nonsense beginner's guide will get you up to speed.

Get started here →

## Essentials

SEE ALL ESSENTIALS CONTENT

Essentials
What Is Inflation?
Beginner · Nov 27, 2018 · 9m

Essentials
A Complete Guide to Cryptocurrency Trading for Begin...
Beginner · Jun 21, 2020 · 63m

Essentials
What Is Bitcoin?
Beginner · Feb 23, 2020 · 28m

## Blockchain

SEE ALL BLOCKCHAIN CONTENT

Blockchain
The Evolution of the Internet - Web 3.0 Explained
Beginner · Jan 7, 2020 · 5m

Blockchain
What Are Smart Contracts?
Intermediate · Sep 15, 2019 · 7m

Blockchain
Crypto Market Capitalization Explained
Beginner · Dec 10, 2020 · 6m

## Lost in all the crypto slang?

Take a closer look at our blockchain & crypto glossary.

Check out Glossary

## Up for an adventure?

Learn while you test your knowledge with a range of quizzes.

Take a crypto quiz

269

That's the number of terms in our glossary. How many do you know?

Search glossary

Glossary
### Market Capitalization
The total trading value of a given coin - calculated by the product of the supply of the coin by the curren...
Full definition →

Glossary
### Finality
The assurance or guarantee that completed (cryptocurrency) transactions cannot be altered, reversed or canc...
Full definition →

# No noise. Just signal.

Get the latest in crypto dropped to your email, every week.

Enter your email address · Subscribe

BINANCE ACADEMY

© 2021 Binance Academy. All Rights Reserved.

Download on the App Store · GET IT ON Google Play

**Discover**
Topics
Quizzes
Glossaries
Bitcoin Halving

**Products**
Exchange
BCF
Labs
Launchpad
Research
Trust Wallet

**Company**
Terms & Conditions
Privacy Policy
Disclaimer
Submission Guidelines
Translation guidelines
Content Request
Feedback

English

Captured by FireShot Pro: 24 September 2021, 08:36:28
https://getfireshot.com

BINANCE CHARITY

Projects ▾ Ambassadors Newsroom Our story



Featured project

# Crypto Against COVID

Join Binance Charity and help the world fight COVID-19.

Learn more

## Our Impact

| 1,935 BTC | 2610 | 937254 |
|---|---|---|
| ≈79,744,720 USD | | |
| Amount raised | Total donations | Total end Beneficiaries |



Binance Charity Wallet



Crypto Against COVID



Binance Lunch for Children

## Our Values

### Direct Impact

We transfer your donation directly to the end beneficiary - meaning 100% of your money goes to those who need it most. We accept crypto as well as Visa/MasterCard.

### Changemakers

We envision a world where blockchain helps end inequality and advances sustainable development. We're unlocking innovation and action, to turn this from our vision to reality.

### Transparency

Through the power of blockchain technology, we are transforming global giving, by providing a process that's entirely traceable, accountable and immutable.

## Partners

Sitemap
- Home
- Projects
- Ambassadors
- Newsroom
- Terms of Use
- Privacy Policy

Infomation
- Donate with Crypto
- Donate with Visa/MC
- NFT for Good
- Our Story

Follow Us

Contact Us
- General Inquiry
- bcf@binance.charity
- Media Inquiry
- media@binance.charity

BINANCE CHARITY

Copyright © 2018-2021 Blockchain Charity Foundation USA. All rights reserved.

# BUY THE THINGS YOU LOVE WITH CRYPTO

With the Binance Card, you can spend your favorite cryptocurrencies* at more than 60 million merchants worldwide. Just transfer crypto from your spot wallet to your funding wallet, and you're ready to go. Spend your crypto anytime, anywhere.

*Please refer to the Binance Card FAQ for the supported cryptocurrencies

Get Started | More Information




## CARD BENEFITS AND PERKS




### Zero Fees

Your Binance Visa Card is completely free! Binance will not charge any administrative or processing fees*.

*Third-party fees might be still applicable

### Hold crypto and exchange only when you need to

Hold crypto in your Binance Funding Wallet and exchange only when you're making payments.

### Up to 8% cashback on your purchases

Get up to 8% cashback on all eligible purchases made with your Binance Visa Card!

### Your funds are SAFU

All your Binance Card funds are protected by the highest security standards available at Binance. Sleep tight, we've got you covered.



Binance © 2021

Captured by FireShot Pro: 24 September 2021, 08:36:33
https://getfireshot.com

BINANCE LABS

ABOUT BLOGS PORTFOLIO APPLY

APPLY NOW

# Empowering The Decentralised Web

Binance Labs invests in technical teams that build and support the decentralised web.

## About Binance Labs

OUR STORY

Binance Labs identifies, invests, and empowers viable blockchain entrepreneurs, startups, and communities, providing financing to industry projects that help grow the larger blockchain ecosystem.

Binance Labs is committed to supporting fast-executing, technical teams who positively impact the crypto space and build the decentralised web.

0+ YEARS

2+ CONTINENTS

6+ COUNTRIES

24+ PROJECTS




## Blogs & Press Release

MOONBEAM
Polkadot Smart Contract Platform

PLASM
Scalable Smart Contract Platform on Polkadots

CHILIZ
Blockchain-based solutions to entertainment & sports

SWIPE
Crypto Card Payment

TOKOCRYPTO
Regulated Cryptocurrency Exchange in Indonesia

WAZIRX
Cryptocurrency Exchange in India

MATHWALLET
Crypto Wallet

BUNNY
Yield Aggregator on BSC, ETH and Polygon

DODO
Next-generation On-chain Liquidity Provider

## Portfolio

## Apply for Binance Labs

Call for Buidlers!

Email us at labs@binance.com for inquiries and supplementary materials.

APPLY NOW

BINANCE LABS

› About Binance › Binance Careers

FOLLOW US ON TWITTER

Copyrights © 2017-2021 Binance.com. All Rights Reserved.
Terms of Use / Privacy Policy

Captured by FireShot Pro: 24 September 2021, 08:36:34
https://getfireshot.com

# Binance's Token Launch Platform

Buy or earn new tokens directly on Binance

| $ 0 | $ 97,627,238 | 49 | 2,001,575 |
|---|---|---|---|
| Current Funds Locked | Total Funds Raised | Projects Launched | All-time Unique Participants |

## Launchpad

FINISHED
COIN98

### Coin98

A Multichain DeFi Platform

| | | | |
|---|---|---|---|
| Tokens Offered | 50,000,000.0000 C98 | Participants | 73,231 |
| Sale Price | 1 C98 = 0.00025041 BNB | Total committed | 5,432,983.1855 BNB |

End time: 2021-07-23

View more

## Launchpool

FINISHED

### MBOX

Mobox, a Gaming platform combining automated optimized DeFi yield farming and Gaming NFTs to create GameFi.

Total Rewards: 3,000,000.00
Farming Period: 30 day/s

Session end date: 2021-09-18

**MBOX Pool**
Stake MBOX, Earn MBOX
APY: 56.43%
Participants: 193,942
Total Staked: 13,677,368.0513 MBOX

**BUSD Pool**
Stake BUSD, Earn MBOX
APY: 3.66%
Participants: 132,918
Total Staked: 738,939,780.6307 BUSD

**BNB Pool**
Stake BNB, Earn MBOX
APY: 4.88%
Participants: 262,703
Total Staked: 3,852,256.7580 BNB

View more

## Launch a project on Binance now!

Binance Launchpad and Launchpool are platforms that help and advise project teams on how to best issue and launch their token. We provide a full service offering starting from advisory services...

View more

Apply to Launch

## Why choose us?

### Exposure

Get exposure to the millions of Binance users around the world.

### Liquidity

Projects that are launched on Launchpad or Launchpool will be listed and have world-class liquidity in multiple trading pairs.

### Token Distribution

Your token will immediately be distributed to a large user base that hold your token.

### Future Synergy

Project will receive extensive support and advice even after listing, having access to all areas of the Binance ecosystem.



Binance © 2021

Captured by FireShot Pro: 24 September 2021, 08:36:37
https://getfireshot.com

Read Our New Project Report About Bitcoin (BTC) - The World's Largest Cryptocurrency Go ×

BINANCE RESEARCH Insights & Analysis Project Reports Search Language ▾

| BTC / USDT | BNB / USDT | ETH / USDT | EOS / USDT |
|---|---|---|---|
| 41,613 $41,613 | 345 $345 | 2,848 $2,848 | 3.96 $3.96 |
| -4.42% Volume: 3,411,545,854 USDT | -7.13% Volume: 582,617,446 USDT | -7.26% Volume: 2,343,869,109 USDT | -6.18% Volume: 130,547,502 USDT |

# Binance Research

Binance Research provides institutional-grade analysis, in-depth insights, and unbiased information to all participants in the digital asset industry.

Project Reports Analysis

## Yield Guild Games (YGG)

A Play-to-Earn NFT Gaming Guild.

Read our latest report>

## Latest Insights & Analysis

View All



### Global Crypto User Index - 2021

A global survey report on crypto user motivations, behaviors, and preferences.




### What is the Outlook for the Crypto Brokerage Industry?

An exploration into the state of the crypto brokerage industry.



### Is the Crypto Market Turning into a Kangaroo Market?

An in-depth look at crypto markets in Q2 2020.



### What Does Data Say About TRON?

A data-driven dive into the TRON ecosystem.

## Latest Project Reports

View All

### Yield Guild Games (YGG)

A Play-to-Earn NFT Gaming Guild.

### Illuvium (ILV)

A Free-to-Play Open-World RPG NFT Game on Immutable X.

### Gala (GALA)

An NFT Gaming Ecosystem on Ethereum and BSC.

### dYdX (DYDX)

A Layer-2 Decentralized Exchange.

## Price Info

| Name | Last Price | 24h Change | Read more |
|---|---|---|---|
| BNB BNB | $345 | -7.13% | Read report |
| BTC Bitcoin | $41,613 | -4.42% | Read report |
| ETH Ethereum | $2,848 | -7.26% | Read report |
| XRP XRP | $0.917 | -6.30% | Read report |
| BCH Bitcoin Cash | $500 | -6.42% | Read report |
| LTC Litecoin | $147 | -7.21% | Read report |

Binance Research was quoted by

Bloomberg yahoo! finance coindesk FORTUNE BANCO DE ESPAÑA Eurosistema COINTELEGRAPH INDEPENDENT Decrypt

Insights & Analysis Project Reports Feedback & Contact Disclaimer

© 2017 - 2020 Binance.com.All rights reserved

Trust Wallet   Assets   Staking   Earn +80% APR   NFTs   DApp Browser   Language

# The most trusted & secure crypto wallet

Buy, store, collect NFTs, exchange & earn crypto.
Join 10 million+ people using Trust Wallet.

Download on the App Store | Get it on Google Play | Download APK 6.0+ Android




Buy Crypto With a Card   Exchange Instantly   Private & Secure

## You Deserve Easy Access to Cryptocurrencies

Trust Wallet is for you if you want to

- Buy Bitcoin in under five minutes
- Easily earn interest on the crypto in your wallet
- See your collectibles. Art & NFTs in one place
- Exchange your crypto without leaving the app
- Track charts and prices within the app
- Keep your crypto safe from hackers & scammers

Download Now




## Buy Crypto With a Card

Get your first $50 of Bitcoin, Ethereum, Binance Coin and many other cryptocurrencies.

Download Now

## Exchange Instantly

No forms, no selfies. Trade crypto anytime with ease.

Download Now





## Private & Secure

Only you can access your wallet. We don't collect any personal data.

Download Now

## Browser for DApps

Use your favourite decentralized apps & find new ones, without leaving your wallet.

Download Now



## Get started in 3 simple steps

It only takes a few minutes



Download Trust Wallet



Create a new wallet



Get some crypto

Download Now

**Get the Trust Wallet app now!**

The most trusted & secure crypto wallet

Download on the App Store | Get it on Google Play | Download APK 6.0+ Android

Trust Wallet

| TRUST WALLET | INFORMATION | USE CRYPTO | ASSETS |
|---|---|---|---|
| Assets | Community | Buy Bitcoin with a credit card | Bitcoin (BTC) |
| DApp Browser | Help Center | Buy Ethereum | Ethereum (ETH) |
| Stablecoins | Support | Buy BNB | Binance Coin (BNB) |
| Beta | DApp Journey | Buy Litecoin | Litecoin (LTC) |
| NFTs | Developers | Buy TRON | Ripple (XRP) |
| El Salvador Wallet | Submit DApp | Buy XRP | Dogecoin (DOGE) |
| Crypto Wallet for iOS | Press Kit | Buy Bitcoin Cash | Polkadot (DOT) |
| Crypto Wallet for Android | Terms Of Service | Earn Bitcoin | Smartchain (BNB) |
| | Privacy Policy | Earn Ethereum | Dash (DASH) |
| | | Earn Binance Coin | TRON (TRX) |
| | | Earn Cake | Tezos (XTZ) |
| | | | Cosmos (ATOM) |
| | | | Stellar (XLM) |
| | | | Kava (KAVA) |