# EXHIBIT A-23

Page 43
Binance NFT
https://www.binance.com/en/nft/home

BINANCE NFT

Marketp

Binance NFT M

Binance NFT M

Welcome to the Binance NFT
address is at 531A Upper Cros
"us", or "our"). These Terms a

Binance NFT M

applications thereto (collectiv
of the "Binance Services" as c
here. Company is a "Binance (

Binance NFT M

the Binance Terms. By access
bidding on any items herein),
bound by these NFT Terms (in

Binance NFT M

the NFT Marketplace, and any
and that we may add new or r
Marketplace. IF ANY PROVISI

Binance NFT M

ACCEPTANCE AND AGREEME
TERMS CONTAIN AN ARBITR
MENTIONED IN THAT ARBITR

Binance NFT M

ARBITRATION.

2. Overview of the NFT Market

Binance NFT M

art ("NFT Media"). We facilitat
party to any agreement betwe
revenue on the NFT Marketpl

Binance NFT M

NFT Marketplace, including in
Sellers: By minting, providing,
represent and warrant that yo

Binance NFT M

must first deposit the NFT for
you decide to remove the NFT
or liability to you for keeping,

Binance NFT M

with information about a selle
purposes only. You bear full re
NFT you purchase on the NFT

Binance NFT M

In connection with your use o
content to be made available
NFTs you wish to sell on the N

Binance NFT M

Your Content so that actions v
violations. Accordingly, by usi
made Your Content available.

Binance NFT M

required to be able to operate
license includes the right for u
make Your Content available t

Binance NFT M

and pass these rights along to
provision of the NFT Marketpl
otherwise permit access to di

Binance NFT M

own use of the NFT Marketpla
that you post privately for nor
Your Content to the NFT Mark

Binance NFT M

copyright or other proprietary
legally entitled to post the ma
through the NFT Marketplace,

Binance NFT M

cryptographically verifies eac
ensure that only the actual ow
or application that permits th

Binance NFT M

(the "NFT Purchase License")
the NFT Purchase License set
of the NFT associated with the

Binance NFT M

perform, distribute, sell or oth
commercial purpose. If you se
Company for any breach of th

Binance NFT M

discretion, including if we beli
intellectual property right of a
NFT Marketplace or the public

Binance NFT M

which only allows creators tha
Creators") to mint and sell NF
(the "Creator's NFT Media"). (

Binance NFT M

to Company a perpetual, irrev
Creator's NFT Media in conne
NFTs and the NFT Marketplac

Binance NFT M

exercise its rights to the Creat
resolution images and other e
Company. Company shall have

Binance NFT M

the marketing activities as agr
the promotion of the Creator's
name, image, photo, biograph

Binance NFT M

any material connection betw
and conspicuous manner, incl
Creator will not promote or m

Binance NFT M

requested by Company, Invite
authenticity of the Creator's N
agrees that Company will cha

Binance NFT M

Terms not in direct contradict

5. Copyright Policy

Binance NFT M

Company cannot undertake to
cannot ensure prompt remova
Company assume no liability f

Binance NFT M

department, by providing the
work that is claimed to be infr
requested to be removed, incl

Binance NFT M

information above is accurate
the authorized person to act o
signature of a person authoriz

Binance NFT M

circumstances and at our disc
infringe copyrights or intellect
has uploaded or posted mater

Binance NFT M

telephone number, e-mail adc
material that has been remov
the material appeared before

Binance NFT M

infringing the copyrights of ot

6. Verification and Payment

Binance NFT M

you are authorized to use the
purchase. You authorize us to
price. Your order may be susp

←

Oleksandr Usyk NFT Limited Edition

2021-09-24 10:00 PM (UTC) to 2021-09-27 10:00 PM (UTC)

Anonymou... purchase

Captured by FireShot Pro: 24 September 2021, 08:36:51
https://getfireshot.com

Page 44
Featured by Binance
https://www.featured.market/

FEATURED BY BINANCE

Search items, collections, creators, and collectors

Exclusives Browse Create Connect Wallet



**Express Bus on Tower Br...**

Hi everyone, I am Pan Balagan and i a...

CREATOR PanBalaga... OWNER PanBalaga...

0.01 BNB



**New day**

This photo was taken in Dolomites aft...

CREATOR janvaleck... OWNER janvaleck...

1 BNB



**COU and NAN at sunrise ...**

This series of works was born from th...

CREATOR TakamasaN... OWNER TakamasaN...

14 BNB



**Torii Gate II**

This is called Meoto Iwa, translated a...

CREATOR FrancisAn... OWNER FrancisAn...

0.4 BNB



**Crypto Brain**

Crypto Brain is a project designed to ...

CREATOR NRL OWNER NRL

Unlisted



**Mind Chaos #4**

First animated piece of the "Min...

CREATOR mazormedi... OWNER mazormedi...

0.7 BNB



**New Ukiyo-e Wind**

蟷螂子 (Kamakiriko) Japan Illustrator ...

CREATOR JapaneseG... OWNER JapaneseG...

2 BNB



**Blue thoughts**

What better way to relax than bringin...

CREATOR MJMonrou OWNER MJMonrou

1 BNB



**Robot neon cats**

This is kinda the part two of the other...

CREATOR Unidoodle... OWNER Unidoodle...

0.1 BNB



**illusion forte**

le illusion forte

CREATOR na_seo_il OWNER na_seo_il

2 BNB



**Wondering Eyes - Anima...**

This abstract painting is available as a...

CREATOR Ezoe OWNER Ezoe

4 BNB



**The Dogecoin burn tatto...**

The Dogecoin burn it's an original tatt...

CREATOR menasauri... OWNER menasauri...

0.3 BNB



**Sunflower**

Charcoal on paper Dimensions 228m...

CREATOR DarlingOm... OWNER DarlingOm...

0.1 BNB



**Escape from the sunlight**

Warm sunlight in the palm of her hand.

CREATOR Orblus OWNER Orblus

0.143 BNB



**Mega Asset**

Inspired by colourful memories from ...

CREATOR randis OWNER randis

5 BNB



**darkwater**

A large freshwater fish and lotus leav...

CREATOR Noriko_ki... OWNER Noriko_ki...

16.08 BNB



**【Hokusai】"Kanagawa ...**

Among the works of Katsushika Hoku...

CREATOR JapaneseU... OWNER JapaneseU...

5.5 BNB



**Viking Pug**

Got inspired by He Man to create, a w...

CREATOR Ronaldwoo... OWNER Ronaldwoo...

0.1 BNB



**Unicorn - The Third Eye**

Think of magical things, and magical t...

CREATOR DSienaDig... OWNER DSienaDig...

0.2 BNB



**Rise Again 1/1**

Re Source \ Rise Again Resource (n.) ...

CREATOR Mikepinet... OWNER Mikepinet...

3.3 BNB

Colors Falling 5 ITEMS

Engine City 652 ITEMS

Mind Chaos 2 ITEMS

The art of smiling 66 ITEMS

Postcards from a different plane 129 ITEMS

L1ght Heads 1000 ITEMS

LOST BETWEEN SCI FI AND REALITY

The World We Made

HANDY

BSC Rocks

Formula E: High Voltage 24 ITEMS

BSC MerPunks

**Support**

Blog
Mailing List
Help
Terms of Service
Privacy Policy

**Community**

© 2021 Featured Corp., All rights reserved.

Captured by FireShot Pro: 24 September 2021, 08:37:12
https://getfireshot.com

BINANCE PAY Stores Become our merchant Log In Register Downloads English



# Pay and get paid with crypto

## Welcome to the #CryptoLifestyle

Binance Pay is a contactless, borderless and secure cryptocurrency payment technology designed by Binance. Shop with crypto or send crypto to friends and family worldwide.

Shop Now | Download Now

## Introducing Binance Pay




### Send and spend crypto at ZERO fees

Say goodbye to unfair fees and charges. Pay, send and receive crypto—all with zero fees.

### Shop and pay with crypto

Spend crypto at stores and businesses that support Binance Pay. Book your travel with crypto on Travala

Shop Now





### Send crypto to friends and family

Binance Pay is a fast and safe way to send crypto to your friends and family, all with a single tap.

Send Crypto

## Freedom to choose how you pay

**Set your payment preferences**
Payment Priority Order lets you choose which cryptocurrencies you want to spend, in the order you prefer.

**Lightning fast payments**
Instantly send crypto to your friends and family worldwide.

**40+ cryptocurrencies to choose from**
Send and spend your favourite cryptocurrencies with Binance Pay.

## Binance Marketplace

With Binance Marketplace, we're bringing your favourite business right to your Binance app. Access Binance Marketplace with your existing Binance account and make payments using Binance Pay.

Spending crypto just became a whole lot easier.

Shop Now | Visit Marketplace




Use Binance Pay at these stores

Travala.com CryptoRefills L'EXCEPTION COINSBEE View all merchants

To become our merchant, please click here.

## Pay with crypto




### Pay with Binance Pay ID

To pay instantly, simply type or paste your recipient's Pay ID.

Learn More

### Scan to pay

With Binance Pay, to pay someone via QR code, simply scan their Binance Pay QR code with your Binance app.

Learn More







### Give the gift of crypto with Crypto Box

Celebrate special moments with Crypto Box. Select the token you want to send, the amount you want to send and the number of recipients. Each recipient will receive a randomly generated amount of crypto until all funds are redeemed.

Learn More

## One crypto wallet to manage all your payments

Access and manage funds for both Binance Pay and Binance Visa Card using a single wallet. With the Binance Card, you can convert and spend your favorite cryptocurrencies at more than 60 million merchants worldwide.

Apply Binance Card



## FAQ

- Who can use Binance Pay?
- Can I pay with Bitcoin, BNB and other cryptocurrencies supported by Binance?
- How to access your Binance Pay Wallet?
- How long does it take for a Binance Pay transaction to be completed?

For more information, please click here >

## Start using Binance Pay

Download Now

| About Us | Products | Service | Support | Learn | Community |
|---|---|---|---|---|---|
| About | Exchange | Downloads | Give Us Feedback | Buy BNB | |
| Careers | Academy | Desktop Application | Support Center | Buy BUSD | |
| Business Contacts | BCF | Buy Crypto | Submit a request | Buy Bitcoin | English |
| Community | Card | Fees | API Documentation | Buy Ethereum | |
| Binance Blog | Labs | Institutional Services | Binance Verify | Buy Litecoin | |
| Terms | Launchpad | Referral | Law Enforcement Requests | Buy Ripple | |
| Privacy | Research | Affiliate | | Buy Bitcoin Cash | |
| Announcements | Trust Wallet | BNB | | Buy Dogecoin | |
| News | NFT | OTC Trading | | Buy DeFi | |
| Notices | Featured.market | Listing Application | | Buy SHIB | |
| | Binance Pay | Trading Rules | | Buy Tradable Altcoins | |
| | | P2P Merchant Application | | | |
| | | Historical Market Data | | | |

Binance © 2021

Captured by FireShot Pro: 24 September 2021, 08:37:20
https://getfireshot.com

# Trade. Anywhere.

All the power of Binance's cryptocurrency exchange, in the palm of your hand. Download the Binance mobile crypto trading app today.



Download from App Store | Download for Google Play | Download for Android



Download for macOs | Download for Windows

Download for Linux deb sha256 | Download for Linux rpm sha256

# Integration with ease

The Binance API is designed to provide an easy and efficient way to integrate your trading application into our platform.

Official Binance API Documentation






# Binance Authenticator

Binance authenticator generates 2-Step verification codes. Increase your account safety by downloading the Binance authenticator for a second step of verification.

Download for iPhone

Download for Android

Scan to Download



Binance © 2021

Captured by FireShot Pro: 24 September 2021, 08:37:23
https://getfireshot.com

CONNECT WITH THE BINANCE DESKTOP APP

# Enhance Your Trading Experience

Download now for refined performance and increased speed; a complement to your crypto trading needs. Available for Windows, MacOS, and Linux.

Download Now



## Secure & Effortless

Safely log in via QR code support and trade online without phishing attempts. Enjoy streamlined interface displays and market updates.

Download Now >





## Verified Application

Connect to the Binance platform in one click. Browse markets 24/7, and buy or sell crypto in seconds.

Download Now >

## Multi-Account Access

Easily switch through multiple accounts, for institutional and individual traders.

Download Now >





## World-Wide Support

Comfortably browse Binance with your local network provider for a hassle-free trading experience.

Download Now >

# Revolutionize your trading--Download the desktop app today.

Available for Windows, MacOS, and Linux.

Download Now



Binance © 2021

## Buy Crypto

FAQ Order History →

Buy Sell

1 BTC ≈ 35,706.93 EUR

Spend
15.00 - 12500.00 EUR

Receive
0.00 BTC

Log In/Sign Up

## Buy & Sell Crypto on Binance: Where You Trade Crypto in 3 Steps

Binance is a safe and secure platform to buy and sell cryptocurrencies quickly using our streamlined buy/sell process. You're just three steps away from your first Bitcoin.

Register for an account

Verify your identity

Buy Crypto!

## Buy & Sell Crypto: Fund Your Account with Traditional Currencies

Users can easily buy Bitcoin and other cryptocurrencies using a wide range of payment options, including bank transfer, credit or debit card, and cash. There's a payment option for everyone on Binance.
We work only with verified and trusted partners to give you a secure and seamless crypto-buying experience.
Binance accepts a wide range of currencies and makes it easy for you to buy crypto using USD, EUR, CNY, AUD, INR, RUB,and other fiat currencies. You can also use a wide range of accepted stablecoins such as Binance USD (BUSD), Coinbase USD Coin (USDC), and Tether (USDT) to buy crypto.
Once you complete the purchase, we will deposit your new crypto directly to your Binance wallet - a safe and simple way to manage your crypto assets. You can immediately trade your purchased crypto on the many products and services on the Binance Platform.

Create your account >



## Get Discovered

To explore general partnerships with Binance for new cash-crypto exchanges and or existing cash-crypto exchanges, please submit your application on "Fiat Services Vendor Application Form".

Fiat Services Vendor Application Form >





Binance © 2021

Captured by FireShot Pro: 24 September 2021, 08:37:29
https://getfireshot.com

# Trading Fees

Deposit & Withdrawal Fees →

Log in to check your trading fee rate. Login

Enjoy higher discounts and privilege. VIP program

Enjoy more benefits with BNB fee deductions for the following transactions

| Spot Trading Fee | USDⓈ-M Futures Trading |
|---|---|
| **25% Off** | **10% Off** |

## Fee Rate

Spot Trading | Margin Borrow Interest | USDⓈ-M Futures Trading | COIN-M Futures Trading | Cross Collateral Interest | Liquidity Swap Fee | P2P

| Level | 30d Trade Volume | and/or | BNB Balance | Maker / Taker | Maker / Taker BNB 25% off |
|---|---|---|---|---|---|
| VIP 0 | < 50 BTC | or | ≥ 0 BNB | 0.1000% / 0.1000% | 0.0750% / 0.0750% |
| VIP 1 | ≥ 50 BTC | and | ≥ 50 BNB | 0.0900% / 0.1000% | 0.0675% / 0.0750% |
| VIP 2 | ≥ 500 BTC | and | ≥ 200 BNB | 0.0800% / 0.1000% | 0.0600% / 0.0750% |
| VIP 3 | ≥ 1500 BTC | and | ≥ 500 BNB | 0.0700% / 0.1000% | 0.0525% / 0.0750% |
| VIP 4 | ≥ 4500 BTC | and | ≥ 1000 BNB | 0.0700% / 0.0900% | 0.0525% / 0.0675% |
| VIP 5 | ≥ 10000 BTC | and | ≥ 2000 BNB | 0.0600% / 0.0800% | 0.0450% / 0.0600% |
| VIP 6 | ≥ 20000 BTC | and | ≥ 3500 BNB | 0.0500% / 0.0700% | 0.0375% / 0.0525% |
| VIP 7 | ≥ 40000 BTC | and | ≥ 6000 BNB | 0.0400% / 0.0600% | 0.0300% / 0.0450% |
| VIP 8 | ≥ 80000 BTC | and | ≥ 9000 BNB | 0.0300% / 0.0500% | 0.0225% / 0.0375% |
| VIP 9 | ≥ 150000 BTC | and | ≥ 11000 BNB | 0.0200% / 0.0400% | 0.0150% / 0.0300% |

- "Taker" is an order that trades at a market price, "Maker" is an order that trades at a limited price. Learn more
- VIP trade volume levels are measured on the basis of the spot trading volume, or whether the futures trading volume meets the standard (Futures trading volume includes USDS-M futures and COIN-M futures).
- Refer friends to earn trading fees 20% kickback. Learn more

Trading 50 BTC or more? Bespoke services for VIP clients.



Binance © 2021

Captured by FireShot Pro: 24 September 2021, 08:37:32
https://getfireshot.com

# Binance

## The Leading Crypto Exchange for Institutional Traders

The Binance Institutional offering allows our VIP traders to access professional services for their exchange and OTC trading. Our experienced team works closely with a wide range of market participants,including:

-Individual Traders, HFT and Proprietary Trading firms
-Hedge Funds, Asset Managers and Family Offices
-Market Makers and Brokers
-Investment Banks, Corporations, Fintech Firms and more

Getting Started | Trading | Investment Solutions | Fiat

### Open Your Account

Learn how to make your first steps towards VIP coverage by opening your individual or corporate Binance account.

Corporate account

Individual account

### VIP Fees

The higher your volumes, the higher your VIP status and the lower your fees. Discover our tiered VIP fee schedule for higher volume traders available across Spot, Margin and Futures trading.

Learn more

### VIP Invitation

Are you actively trading VIP level volumes on another exchange and thinking of moving your trading over to Binance? Our VIP Invitation Program helps smoothen the transition with an attractive fee schedule.

Learn more

## Dedicated Client Support

As a VIP client you will benefit from live support from our experienced team. We cover clients from around the world ranging from high frequency traders, hedge funds, market makers, to everyone in between. Benefit from institutional level coverage today.

## Get in Touch

Are you an existing VIP client or are interested in learning more about our institutional offering? Please get in touch with our VIP team to discuss our services in more detail.

Contact Binance



Binance © 2021

Captured by FireShot Pro: 24 September 2021, 08:37:35
https://getfireshot.com

BINANCE | Buy Crypto EUR | Markets | Trade | Derivatives | Finance | NFT New | Log In | Register | Downloads | English | USD

# Invite Friends. Earn Crypto Together

Earn up to **40% commission** every time your friends make a trade on Binance.

Invite now | Detailed Rules



## How to invite your friends



Get Link
Register and generate referral links and QR codes with a commission kickback rate.



Invite Friends
Invite your friends to register through the referral link or QR and get rewards when they complete trade every time.



Earn Crypto
Every time your friends make a trade, you'll share up to 40% commission in real time!

Login to check Login now>

### About Us
About
Careers
Business Contacts
Community
Binance Blog
Terms
Privacy
Announcements
News
Notices

### Products
Exchange
Academy
BCF
Card
Labs
Launchpad
Research
Trust Wallet
NFT
Featured.market
Binance Pay

### Service
Downloads
Desktop Application
Buy Crypto
Fees
Institutional Services
Referral
Affiliate
BNB
OTC Trading
Listing Application
Trading Rules
P2P Merchant Application
Historical Market Data

### Support
Give Us Feedback
Support Center
Submit a request
API Documentation
Binance Verify
Law Enforcement Requests

### Learn
Buy BNB
Buy BUSD
Buy Bitcoin
Buy Ethereum
Buy Litecoin
Buy Ripple
Buy Bitcoin Cash
Buy Dogecoin
Buy DeFi
Buy SHIB
Buy Tradable Altcoins

### Community

Binance © 2021

# Join the Binance Affiliate Program

Monetize your traffic and earn crypto commissions when you share Binance with your audiences. Content creators, influencers and platforms can earn commissions and special rewards on every trade, across Binance Spot, Futures, Margin trading or even Binance Pool.

Become an affiliate



## How Does the Binance Affiliate Program Work?

Recommend Binance. Earn commission in crypto.

01

**Sign up to become an affiliate**

Submit your application by filling the form below. Our team will evaluate your application and ensure you meet our affiliate criteria.

Submit form

02

**Create and share your affiliate link**

Create, manage and track the performance of your affiliate links right from your Binance account.

03

**Earn up to 50% commissions**

When users create an account with your affiliate link, you'll receive commission on every trade they make.

## Binance Affiliate Program Commission Benefits

Check more detailed rules of the affiliate program Detailed Rules

Join Now

## Earn more commission

| | |
|---|---|
| Spot commission | Up to 50% |
| Futures commission | 30% |
| Binance pool commission | 30% |
| Minimum requirements | Must have more than 5000 followers on social media or more than 500 members in a trading community. |
| Eligibility | Only eligible users can participate after submitting an application |

## Additional Affiliate Program Benefits

**More rewards**

Earn a bonus reward of up to $72,000 every month based on the total fees paid by Futures referrals.

**Convenient payments**

Get paid for every first-time buyer, with no referral limit and a lifetime attribution for spot referrals.

**Dedicated account manager**

Gain access to professional support, tutorials, marketing material, and a dedicated Binance Affiliate manager.

## Affiliate FAQ

- What is the Binance Affiliate Program?
- What are the requirements to be a Binance Affiliate?
- How do I earn a bonus of up to $72,000 every month?

Have more questions? Check out our Affiliate Program Guide for additional answers.

## Promote Binance. Get paid. Simple right?

Become a Binance affiliate



Binance © 2021

BINANCE Buy Crypto EUR Markets Trade Derivatives Finance NFT New Log In Register Downloads English | USD

# What is BNB?

BNB is the cryptocurrency coin that powers the Binance ecosystem. As one of the world's most popular utility tokens, not only can you buy or sell BNB like any other cryptocurrency, but BNB comes with a wide range of applications and benefits.

Buy BNB Now

Benefits of BNB | BNB Quarterly Burn | How to Use BNB

## Benefits of BNB

Use BNB to pay for goods and services, settle transaction fees on Binance Smart Chain, participate in exclusive token sales and more. Learn more about BNB and start saving on trading fees.

Save **25%**
On Spot Trading fees

Save **25%**
On Margin Trading fees

Save **10%**
On Futures Trading fees

- Save even more on trading fees by qualifying for our **VIP Program**
- Earn up to 40% commission via our **Referral Program**
- Stake BNB in one click to earn rewards using **BNB Vault**
- Lend through new token farming opportunities on **Binance Launchpool**
- Access exclusive token sales on **Binance Launchpad**
- Spend your BNB at more than 60 million merchants worldwide with **Binance Visa Card**
- Send and receive crypto payments with **Binance Pay**
- Apply for crypto loans using **Binance Loan**
- Stake BNB to earn rewards and help secure the **Binance Smart Chain** ecosystem
- Earn a flexible percentage yield by depositing BNB on select **Binance Smart Chain** projects

## BNB Quarterly Burn

Binance schedules quarterly BNB burns to permanently reduce the supply of BNB, in turn, increasing its value. The amount of BNB burned is calculated based on Binance's overall quarterly trading volume. Quarterly coin burns will continue until a total of 100,000,000 BNB are destroyed, which represents 50% of the total BNB supply.




| Time | Amount | |
|---|---|---|
| 2021, Q3 (16th) | 1,296,728 BNB | View detail |
| 2021, Q2 (15th) | 1,099,888 BNB | View detail |
| 2021, Q1 (14th) | 3,619,888 BNB | View detail |
| 2020, Q4 (13th) | 2,253,888 BNB | View detail |
| 2020, Q3 (12th) | 3,477,388 BNB | View detail |

View More

## How to Use BNB

Explore the ever-growing list of ways you can use BNB.

Payment | Travel | Entertainment | Service | Finance

**Pundi X**
Pay via XPOS

**Monetha**
Pay in BNB at Monetha merchants

**HTC**
Buy a smartphone

**Coinpayments**
Pay in BNB

**CoinGate**
Pay in BNB

**Coinify**
Pay in BNB

**NOWPayments**
Pay in BNB and BUSD

If you want to integrate BNB into your product or platform, contact us at business@binance.com

## Get the cryptocurrency that powers the Binance ecosystem

Buy BNB Now

**About Us**
About
Careers
Business Contacts
Community
Binance Blog
Terms
Privacy
Announcements
News
Notices

**Products**
Exchange
Academy
BCF
Card
Labs
Launchpad
Research
Trust Wallet
NFT
Featured.market
Binance Pay

**Service**
Downloads
Desktop Application
Buy Crypto
Fees
Institutional Services
Referral
Affiliate
BNB
OTC Trading
Listing Application
Trading Rules
P2P Merchant Application
Historical Market Data

**Support**
Give Us Feedback
Support Center
Submit a request
API Documentation
Binance Verify
Law Enforcement Requests

**Learn**
Buy BNB
Buy BUSD
Buy Bitcoin
Buy Ethereum
Buy Litecoin
Buy Ripple
Buy Bitcoin Cash
Buy Dogecoin
Buy DeFi
Buy SHIB
Buy Tradable Altcoins

**Community**

Binance © 2021

BINANCE | Buy Crypto EUR | Markets | Trade | Derivatives | Finance | NFT New | Log In | Register | Downloads | English | USD

# What is BNB?

BNB is the cryptocurrency coin that powers the Binance ecosystem. As one of the world's most popular utility tokens, not only can you buy or sell BNB like any other cryptocurrency, but BNB comes with a wide range of applications and benefits.

Buy BNB Now

Benefits of BNB | BNB Quarterly Burn | How to Use BNB

## Benefits of BNB

Use BNB to pay for goods and services, settle transaction fees on Binance Smart Chain, participate in exclusive token sales and more. Learn more about BNB and start saving on trading fees.

Save **25%**
On Spot Trading fees

Save **25%**
On Margin Trading fees

Save **10%**
On Futures Trading fees

- Save even more on trading fees by qualifying for our **VIP Program**
- Earn up to 40% commission via our **Referral Program**
- Stake BNB in one click to earn rewards using **BNB Vault**
- Lend through new token farming opportunities on **Binance Launchpool**
- Access exclusive token sales on **Binance Launchpad**
- Spend your BNB at more than 60 million merchants worldwide with **Binance Visa Card**
- Send and receive crypto payments with **Binance Pay**
- Apply for crypto loans using **Binance Loan**
- Stake BNB to earn rewards and help secure the **Binance Smart Chain** ecosystem
- Earn a flexible percentage yield by depositing BNB on select **Binance Smart Chain** projects

## BNB Quarterly Burn

Binance schedules quarterly BNB burns to permanently reduce the supply of BNB, in turn, increasing its value. The amount of BNB burned is calculated based on Binance's overall quarterly trading volume. Quarterly coin burns will continue until a total of 100,000,000 BNB are destroyed, which represents 50% of the total BNB supply.




| Time | Amount | |
|---|---|---|
| 2021, Q3 (16th) | 1,296,728 BNB | View detail |
| 2021, Q2 (15th) | 1,099,888 BNB | View detail |
| 2021, Q1 (14th) | 3,619,888 BNB | View detail |
| 2020, Q4 (13th) | 2,253,888 BNB | View detail |
| 2020, Q3 (12th) | 3,477,388 BNB | View detail |

View More

## How to Use BNB

Explore the ever-growing list of ways you can use BNB.

Payment | Travel | Entertainment | Service | Finance

- Pundi X — Pay via XPOS →
- Monetha — Pay in BNB at Monetha merchants →
- HTC — Buy a smartphone →
- Coinpayments — Pay in BNB →
- CoinGate — Pay in BNB →
- Coinify — Pay in BNB →
- NOWPayments — Pay in BNB and BUSD →

If you want to integrate BNB into your product or platform, contact us at business@binance.com

## Get the cryptocurrency that powers the Binance ecosystem

Buy BNB Now

| About Us | Products | Service | Support | Learn | Community |
|---|---|---|---|---|---|
| About | Exchange | Downloads | Give Us Feedback | Buy BNB | |
| Careers | Academy | Desktop Application | Support Center | Buy BUSD | |
| Business Contacts | BCF | Buy Crypto | Submit a request | Buy Bitcoin | |
| Community | Card | Fees | API Documentation | Buy Ethereum | |
| Binance Blog | Labs | Institutional Services | Binance Verify | Buy Litecoin | |
| Terms | Launchpad | Referral | Law Enforcement Requests | Buy Ripple | |
| Privacy | Research | Affiliate | | Buy Bitcoin Cash | |
| Announcements | Trust Wallet | BNB | | Buy Dogecoin | |
| News | NFT | OTC Trading | | Buy DeFi | |
| Notices | Featured.market | Listing Application | | Buy SHIB | |
| | Binance Pay | Trading Rules | | Buy Tradable Altcoins | |
| | | P2P Merchant Application | | | |
| | | Historical Market Data | | | |

Binance © 2021

BINANCE | Buy Crypto EUR | Markets | Trade | Derivatives | Finance | NFT New | Log In | Register | Downloads | English | USD

# Large Crypto OTC Block Trading of Bitcoin and other Cryptocurrencies

**More Coins**
70+ Coins Traded So Far

**Unlisted Pairs**
i.e. LTC/XRP

**Fast Settlement**
No 3rd Party, Hassle-Free

**Personalized Trading**
1-1 Chat Support

Trade!

## Crypto OTC & Bitcoin OTC Trading In 2 Easy Steps!

Please complete the form and we'll get back to you as soon as we can.

1

### Create an Account on Binance and Have it Verified

Create an account on Binance or log-in if you already have one. To trade OTC, your Binance account needs to be verified.

Verify

2

### Trade!

Click the Trade button below to start trading on our OTC Trading Portal.

Trade

## Contact us

If you would like to trade coins that are not on the OTC Trading Portal, fill out the "Trade Request" form once you are logged in with your KYC verified account. Please refer to our email or Telegram if you need any help. Make sure to also join our Telegram channel on the right for research reports, weekly updates, and fun polls!

Binance OTC | tradedesk1@binance.com | Trade Request

## Why Binance OTC Trading?

We offer a personalized way for users to trade large block sizes quickly and securely. Our trading desk focuses on more than just Bitcoin OTC trading, we can accomodate crypto to crypto trades on almost any coin listed on Binance, such as BTC to stablecoin, altcoin to BTC, altcoin to stablecoin, and even unlisted pairings such as altcoin to altcoin trading. We offer a deep liquidity pool, particularly in the altcoin markets (even for alts with a low market cap).

Settlements occur within the Binance ecosystem and are generally completed within minutes. There's no 3rd party, no need to create a new wallet, and no need to wait for blockchain transactions. The coins you are trading will simply be moved in and out of your account manually by our team.

We like being hassle-free and fast while still strictly adhering to all of the safety protocols on the Binance exchange. Our trading desk respects privacy. Trades details can only be found on the "Distribution History" section on your account. We conduct OTC trades in a confidential manner without significant impact to markets.

## The Binance Trading Advantage

### Personalized Service

Every user and every block trade is unique, so we like to discuss trades directly over chat. Our team will be there to work with you every step of the way from onboarding to pricing to trade settlement, or even just to chat about the markets!

### Large Number of Coins, Pairs Offered

As the leading crypto-to-crypto exchange, we have a wide array of coins listed. Binance Trading supports block trades in most coins listed on the exchange, and even on pairs that are not listed (e.g. trading directly from one altcoin to another)

### Quick Pricing

At the core of our OTC trading service is a constant mission to provide a fast pricing process that lets you request for and receive price quotes within minutes.

### Fast Settlement

With Binance Trading, settlement occurs directly in your Binance account and is typically done within minutes. No need to involve another party and complicate the process.

### Smooth User Experience

Block trade discussions happen on chat, and a trade can be confirmed in as quickly as a few minutes from the time you reach out to us for a price.

### Reduced Counterparty Risk

With Binance Trading, you only ever need to send coins to your binance account. Your coins stay in your account until we are ready to settle, at which point we will swap coins in/out of your account.

For more details on trading Crypto OTC with Binance Trading, please join our Telegram channel or email us at tradedesk1@binance.com

## FAQ

Q The coins that I want to trade are not on the OTC Trading Portal.

A Please enter your trade request in the form below and we will get back to you as soon as we can.

Complete the Form

Fill out the short form once you are logged in with your KYC-verified account. If you cannot open the form, please refer to our email or Telegram for help.

Trade Request

Q Can I use either an individual (personal) KYC verified account or a corporate (entity) KYC verified account?

A Yes, both individual and corporate KYC verified accounts are able to trade.

**About Us**
About
Careers
Business Contacts
Community
Binance Blog
Terms
Privacy
Announcements
News
Notices

**Products**
Exchange
Academy
BCF
Card
Labs
Launchpad
Research
Trust Wallet
NFT
Featured.market
Binance Pay

**Service**
Downloads
Desktop Application
Buy Crypto
Fees
Institutional Services
Referral
Affiliate
BNB
OTC Trading
Listing Application
Trading Rules
P2P Merchant Application
Historical Market Data

**Support**
Give Us Feedback
Support Center
Submit a request
API Documentation
Binance Verify
Law Enforcement Requests

**Learn**
Buy BNB
Buy BUSD
Buy Bitcoin
Buy Ethereum
Buy Litecoin
Buy Ripple
Buy Bitcoin Cash
Buy Dogecoin
Buy DeFi
Buy SHIB
Buy Tradable Altcoins

**Community**

Binance © 2021

Captured by FireShot Pro: 24 September 2021, 08:37:52
https://getfireshot.com

BINANCE

English |

URL verification: https://accounts.binance.com

# Binance Account Login

Welcome back! Log In with your Email, Phone number or QR code

Email Mobile

Email

Password

Log In

Forgot password?

Register now

QR code expired

Refresh

Log in with QR code

Scan this code with the Binance mobile app to log in instantly.

© 2017 - 2021 Binance.com. All rights reserved

cument 15-1

**Page 58**
**Buy and Sell Bitcoin on P2P | Local Bitcoin Exchange | Binance**
**https://c2c.binance.com/en/merchantApplication**

BINANCE Buy Crypto EUR Markets Trade Derivatives Finance NFT New Log In Register Downloads English | USD

Express P2P Video tutorial

# P2P Merchant Application

Become a Binance P2P Merchant and enjoy more benefits

### Advanced Ads Management

Merchants can access more trading tools via the merchant portal to better manage advertisements and trading activities.

### Verified Badges

A verified badge will be added beside your P2P nickname, adding credibility to your brand.

### Exclusive Customer Support

Binance provides one-on-one services, with fast response to your requests or issues.

Requirements

- Complete advanced identity verification
- Complete SMS and email authentication
- A certain amount of BUSD must be available in your spot account

Apply now

# Historical Market Data

Easily download bulk historical market data for trades, order books, and Klines on Binance.



### Spot Market

Explore Spot public data including Kline (candle), AggTrades and Trades data.

Learn More ›



### Futures Market

Dive into Futures public data including Kline (candle), Trades and Order book data.

Learn More ›



### Real-time Data

Spot and Futures real-time data can be found here:

Real-time Spot | Real-time Futures

## Spot

All public data below can be is downloaded directly from data.binance.vision/our github:

Download Now

### Kline (Candle Data)

Also known as 'candle data'. Klines are uniquely identified by their open time. Multiple intervals supported.

Download on github »

### AggTrades

Combines the aggregate total volume of orders filled at a given price.

Download on github »

### Trades

Executed transactions updated at tick level. Available on spot: currently 2021, backfilling to the first trade.

Download on github »

## Futures

All public data below can be is downloaded directly from data.binance.vision / our github:

Download Now    Apply for Order Book Data

### Public Data

Kline (Candle Data)
Also known as 'candle data'. Klines are uniquely identified by their open time. Multiple intervals supported.

AggTrades
Combines the aggregate total volume of orders filled at a given price.

Trades
Executed transactions updated at tick level.
Available on Futures: USDⓈ-M Futures since January 2020, COIN-M Futures since July 2020.

Download on github »

### Order Book Data

Currently only on Futures. Requires a Futures account. Download is by API.

Orderbook snapshot (S_Depth): Since January 2020, only on BTC/USDT symbol.

Tick-level orderbook (T_Depth): Since July 2020, all symbols and pairs.

Futures account must be whitelisted, please apply here »

**More data services are coming soon, please stay tuned**

**For queries and support, please contact: data@binance.com**

Copyright © 2021 Binance.com All rights reserved.

# P2P Merchant Application

Become a Binance P2P Merchant and enjoy more benefits

## Advanced Ads Management

Merchants can access more trading tools via the merchant portal to better manage advertisements and trading activities.

## Verified Badges

A verified badge will be added beside your P2P nickname, adding credibility to your brand.

## Exclusive Customer Support

Binance provides one-on-one services, with fast response to your requests or issues.

### Requirements

- Complete advanced identity verification
- Complete SMS and email authentication
- A certain amount of BUSD must be available in your spot account

Apply now

# Trading Rules

BNB Markets | BTC Markets | ALTS Markets | FIAT Markets

Search Coin / Token

| Pair | Minimum Trade Amount | Min Price Movement | Minimum Order Size | Maximum Market Order Amount |
|---|---|---|---|---|
| ETH/BTC | 0.0001 ETH | 0.000001 BTC | 0.0001 BTC | 1111.70692076 ETH |
| LTC/BTC | 0.001 LTC | 0.000001 BTC | 0.0001 BTC | 9406.32609236 LTC |
| BNB/BTC | 0.001 BNB | 0.000001 BTC | 0.0001 BTC | 13158.07023055 BNB |
| NEO/BTC | 0.01 NEO | 0.000001 BTC | 0.0001 BTC | 6518.27931297 NEO |
| GAS/BTC | 0.1 GAS | 0.0000001 BTC | 0.0001 BTC | 12469.37872222 GAS |
| WTC/BTC | 1 WTC | 0.00000001 BTC | 0.0001 BTC | 100680.11875 WTC |
| LRC/BTC | 1 LRC | 0.00000001 BTC | 0.0001 BTC | 495604.16666666 LRC |
| QTUM/BTC | 0.1 QTUM | 0.0000001 BTC | 0.0001 BTC | 12487.32814583 QTUM |
| YOYO/BTC | 1 YOYO | 0.00000001 BTC | 0.0001 BTC | 9137117.02152777 YOYO |
| OMG/BTC | 0.1 OMG | 0.0000001 BTC | 0.0001 BTC | 38892.94284722 OMG |
| ZRX/BTC | 1 ZRX | 0.00000001 BTC | 0.0001 BTC | 128343.86944444 ZRX |
| KNC/BTC | 0.1 KNC | 0.00000001 BTC | 0.0001 BTC | 68121.72409722 KNC |
| FUN/BTC | 1 FUN | 0.00000001 BTC | 0.0001 BTC | 38616566.90694444 FUN |
| SNM/BTC | 1 SNM | 0.00000001 BTC | 0.0001 BTC | 197316.851875 SNM |
| IOTA/BTC | 1 IOTA | 0.00000001 BTC | 0.0001 BTC | 200929.41944444 IOTA |

1 2 3 ... 20



Binance © 2021

Captured by FireShot Pro: 24 September 2021, 08:38:03
https://getfireshot.com

# Trading Rules

BNB Markets | BTC Markets | ALTS Markets | FIAT Markets

Search Coin / Token

| Pair | Minimum Trade Amount | Min Price Movement | Minimum Order Size | Maximum Market Order Amount |
|---|---|---|---|---|
| ETH/BTC | 0.0001 ETH | 0.000001 BTC | 0.0001 BTC | 1111.70692076 ETH |
| LTC/BTC | 0.001 LTC | 0.000001 BTC | 0.0001 BTC | 9406.32609236 LTC |
| BNB/BTC | 0.001 BNB | 0.000001 BTC | 0.0001 BTC | 13158.07023055 BNB |
| NEO/BTC | 0.01 NEO | 0.000001 BTC | 0.0001 BTC | 6518.27931297 NEO |
| GAS/BTC | 0.1 GAS | 0.0000001 BTC | 0.0001 BTC | 12469.37872222 GAS |
| WTC/BTC | 1 WTC | 0.00000001 BTC | 0.0001 BTC | 100680.11875 WTC |
| LRC/BTC | 1 LRC | 0.00000001 BTC | 0.0001 BTC | 495604.16666666 LRC |
| QTUM/BTC | 0.1 QTUM | 0.0000001 BTC | 0.0001 BTC | 12487.32814583 QTUM |
| YOYO/BTC | 1 YOYO | 0.00000001 BTC | 0.0001 BTC | 9137117.02152777 YOYO |
| OMG/BTC | 0.1 OMG | 0.0000001 BTC | 0.0001 BTC | 38892.94284722 OMG |
| ZRX/BTC | 1 ZRX | 0.00000001 BTC | 0.0001 BTC | 128343.86944444 ZRX |
| KNC/BTC | 0.1 KNC | 0.00000001 BTC | 0.0001 BTC | 68121.72409722 KNC |
| FUN/BTC | 1 FUN | 0.00000001 BTC | 0.0001 BTC | 38616566.90694444 FUN |
| SNM/BTC | 1 SNM | 0.00000001 BTC | 0.0001 BTC | 197316.851875 SNM |
| IOTA/BTC | 1 IOTA | 0.00000001 BTC | 0.0001 BTC | 200929.41944444 IOTA |

1 2 3 ... 20



Binance © 2021

Captured by FireShot Pro: 24 September 2021, 08:38:06
https://getfireshot.com

BINANCE

English |

URL verification: https://accounts.binance.com

# Binance Account Login

Welcome back! Log In with your Email, Phone number or QR code

Email Mobile

Email

Password

Log In

Forgot password?

Register now

QR code expired

Refresh

Log in with QR code

Scan this code with the Binance mobile app to log in instantly.

© 2017 - 2021 Binance.com. All rights reserved

Page 64
Your Voice Matters
https://www.binance.com/en/my/user-support/feedback/entry

BINANCE Buy Crypto EUR Markets Trade Derivatives Finance NFT New Log In Register Downloads English | USD

# Your Voice Matters

Binance is always here to listen. Let's enhance our community together. New



**Feedback already submitted?**

My feedback history >

## Submit feedback

### Localization & Language

Discover spelling or grammar mistakes, and misleading content.

### Design & Layout

Recommend visual communication improvements or usability requests.

### Security Vulnerabilities

Inform us of security breaches or vulnerabilities.

### Product Suggestions

Do you have an amazing idea for a product feature request?

## How does it work?

Give a feedback

Team review

Product improvements

Stay tuned...

We treat security as our number one priority and we look forward to excelling our product further by building with you into the future. Discover flaws, or a potential product feature and track the status of eligible ideas.

Let's get started! Click here to submit a suggestion or feedback Submit feedback

**About Us**
About
Careers
Business Contacts
Community
Binance Blog
Terms
Privacy
Announcements
News
Notices

**Products**
Exchange
Academy
BCF
Card
Labs
Launchpad
Research
Trust Wallet
NFT
Featured.market
Binance Pay

**Service**
Downloads
Desktop Application
Buy Crypto
Fees
Institutional Services
Referral
Affiliate
BNB
OTC Trading
Listing Application
Trading Rules
P2P Merchant Application
Historical Market Data

**Support**
Give Us Feedback
Support Center
Submit a request
API Documentation
Binance Verify
Law Enforcement Requests

**Learn**
Buy BNB
Buy BUSD
Buy Bitcoin
Buy Ethereum
Buy Litecoin
Buy Ripple
Buy Bitcoin Cash
Buy Dogecoin
Buy DeFi
Buy SHIB
Buy Tradable Altcoins

**Community**

Binance © 2021

# Help Center

## Search our FAQ

Search here Search

## Self-Service

Reset Password
Unlock Account
Reset Phone Security Verification
Change Email Address
Reset Google Authenticator
Deposit Not Credit Asset Recovery
Deposit Missing or Wrong Tag/memo Asset Recovery

## FAQ

Account Functions
Tutorial
Crypto Deposit/Withdrawal
Buy Crypto (Fiat/P2P)
Spot & Margin Trading
Crypto Derivatives
Finance
API
Security
Other Topics
NFT

## Announcement

New Cryptocurrency Listing
Latest Binance News
Latest Activities
New Fiat Listings
API Updates
Crypto Airdrop

## Latest Articles

Binance Futures Will Launch USDT-Margined CELO & AR Perpetual Contracts with Up to 25X Leverage 2021-09-24

Updates to the Time Range of Data Retrieval via Binance Margin SAPI 2021-09-24

Kava Ecosystem Trading Competition - $100,000 to Be Won! 2021-09-24

Binance Liquid Swap Adds ICP, Opens 2 New Liquidity Pools 2021-09-24

Binance Will Support the Second Round of Donnie Finance (DON) Airdrop Program for IOST (IOST) Holders 2021-09-24

## Top Articles

Get Started on Binance Lite to Buy and Sell Your Crypto

How to Complete Identity Verification

Upcoming Qtum (QTUM) Network Upgrade Supported on Binance

How to Buy Crypto with Card on Binance Lite App

Important Changes About Binance Identity Verification



Binance © 2021

Captured by FireShot Pro: 24 September 2021, 08:38:13
https://getfireshot.com

| Top Questions | Identity verification failed |
| --- | --- |
| Log in / Identification | Ofiary oszustwa z Polski (for Polish users) |
| Google / Email 2FA issues | USA users off-boarding guidance |
| Crypto deposit / withdraw | Restricted Countries |
| Fiat deposit / withdraw | Unable to cancel Spot order |
| Trading | API key permissions |
| | Australia verification failed |

Next page →

**Page 68**
**Binance Verify**
**https://www.binance.com/en/official-verification**

# BINANCE Verify

Please make sure that you are visiting https://www.binance.com

Please enter the complete query information

Please enter an email address, phone number, Telegram or WeChat ID to check if they are an official Binance representative. Stay safe from scammers.

## Security Guides

- General Security Principles
- Common Scams on Mobile Devices
- What Is Phishing?

**Captured by FireShot Pro: 24 September 2021, 08:42:30**
**https://getfireshot.com**

# Binance Law Enforcement Request System

**For Government and Law Enforcement Agencies only:**

Welcome to the Binance Law Enforcement Request System (LERS). Government and law enforcement agencies can use this system to submit information requests. Binance will review each case and cooperate on a case-by-case basis to disclose information as legally required, in accordance with our Terms of Use and applicable laws.

To access LERS, you must be a law enforcement agent or governmental official authorized to 1) gather evidence in connection with an investigation or 2) make a formal law enforcement request.

☐ I hereby declare that I am a law enforcement agent or government official authorized to make law enforcement requests or enquiries to Binance and such access is requested in an official capacity. I understand that if I make an unauthorized request, I may be subject to prosecution. For further information, please see the Binance Law Enforcement Guidelines.

Begin request



Binance © 2021

Captured by FireShot Pro: 24 September 2021, 08:42:31
https://getfireshot.com

Page 70
Create a free account | Binance
https://accounts.binance.com/en/register

BINANCE

English |

# Create Binance Account

Register with your email or mobile

Email Mobile

Email

Password

Referral ID (Optional)

I have read and agree to Binance's Terms of Service

Create Account

Already registered? Log In

© 2017 - 2021 Binance.com. All rights reserved

Captured by FireShot Pro: 24 September 2021, 08:42:32
https://getfireshot.com

Page 71
41,599.01 | BTCUSDT | Binance Spot
https://www.binance.com/en/trade/BTC_USDT




Captured by FireShot Pro: 24 September 2021, 08:42:32
https://getfireshot.com