# EXHIBIT A-24





# FAQ

Search help articles Search

## Spot Trading

Different Order Types in Spot Trading
What are Market Order and Limit Order, and How to Place Them
What is The Stop-Limit Function and How to Use It
What is Binance Spot Trading Fee and How to Calculate
How to Set a Price Alert on Binance
What are Market Makers and Takers
What Is Rebalancing Bot and Frequently Asked Questions
How to View Delisting Information for Spot and Margin Tokens/Trading Pairs on Binance
How to View My Spot Trading Activity
Binance Spot Grid Trading Parameters
How to Use Spot Trailing Stop Order
How to Display Your Orders and the Countdown Timer on the Candlestick Chart
What Is Spot Grid Trading and How Does It Work
How to Trade Spot on Binance Website
Trading Limits and Rules
How to Resolve Order Issues
How to Customize the Trading Page Theme and Layout
How to Spot Trade on Binance App
What is an OCO (One-Cancels-the-Other) Order and How to Use It
What Is Heatmap on Binance Spot Trading
How to View My Spot Wallet Activity
How to Create a Spot Grid Trading Strategy on Binance
How to Download Spot Trading Transaction History Statement
How to Customize the Candlestick Colours and Technical Indicators
How to Use Spot Grid Trading Auto Parameters
What Are Maker (Post Only) Order, Time in Force Order, and Iceberg Order

Binance © 2023

# FAQ

Home > Support Center > FAQ > Spot & Margin Trading > Spot Trading > **Different Order Types in Spot Trading**

## Different Order Types in Spot Trading

2022-04-25 03:31

Binance offers different order types for you to use in Spot Trading. You can use them to set your trading strategies and trade efficiently. Let's look at the common order types in Binance Spot Trading.

### What is a market order?

A market order is executed at the current market price as quickly as possible when you place the order. You can use it to place both buy and sell orders.

You can select [Amount] or [Total] to place a buy or sell market order. For example, if you want to buy a certain quantity of BTC, you can enter the amount directly. But if you want to buy BTC with a certain amount of funds, such as 10,000 USDT, you can use [Total] to place the buy order.



For more information on how to place a market order, please refer to **What is Market Order and How to Place It.**

### What is a limit order?

A limit order is an order that you place on the order book with a specific limit price. It will not be executed immediately like a market order. Instead, the limit order will only be executed if the market price reaches your limit price (or better). Therefore, you may use limit orders to buy at a lower price or sell at a higher price than the current market price.

For example, you place a buy limit order for 1 BTC at $60,000, and the current BTC price is 50,000. Your limit order will be filled immediately at $50,000, as it is a better price than the one you set ($60,000).

Similarly, if you place a sell limit order for 1 BTC at $40,000 and the current BTC price is $50,000. The order will be filled immediately at $50,000 because it is a better price than $40,000.

| Market Order | Limit Order |
|---|---|
| Purchases an asset at the market price | Purchases an asset at a set price or better |
| Fills immediately | Fills only at the limit order's price or better |
| Manual | Can be set in advance |

To learn more about limit orders, please refer to **What Is a Limit Order?**

### What is a stop-limit order?

A stop-limit order has a stop price and a limit price. You can set the minimum amount of profit you're happy to take or the maximum you're willing to spend or lose on a trade. When the trigger price is reached, the limit order will be placed automatically.

Stop-limit orders are good tools for limiting the losses that may incur in a trade. For example, BTC is trading at $40,000, and you set up a stop-limit order at a stop price of $39,500 and a limit price of $39,000. A limit order at $39,000 will be placed when the price drops from $40,000 to $39,500.

To learn more about stop-limit orders, please refer to **What Is a Stop-Limit Order?**

### What is an OCO (One Cancels the Other) order?

A One Cancels the Other (OCO) order, is a combination of a limit order with a stop-limit order. You place two orders at the same time, but as soon as one is triggered, the other order is canceled. Therefore, only one of the orders can be executed.

For example, BTC is at $40,000. You can use an OCO order to buy 1 BTC when the price reaches $39,000 or sell it when the price rises to $41,000. One of the orders will be executed first, meaning that the second one is automatically canceled.

To learn more about OCO orders, please refer to **What Is an OCO Order?**

### What is a trailing stop order?

A trailing stop order lets you place a sell order at a specific percentage away from the market price. It is especially useful when the market swings, which can help you limit the loss and protect gains when a trade does move in a favorable direction.

Please note that the trailing stop order does not move back in the other direction. When the price moves in the opposite direction by a specified percentage, it will close or exit the trade at market price.

For more information on how to place a trailing stop order, please refer to **How to Use Spot Trailing Stop Order.**

---

Search help articles    Search

**Related Articles**

Different Order Types in Spot Trading

How to Trade Spot on Binance Website

What are Market Order and Limit Order, and How to Place Them

Trading Limits and Rules

What is The Stop-Limit Function and How to Use It

How to Resolve Order Issues

What is Binance Spot Trading Fee and How to Calculate

How to Customize the Trading Page Theme and Layout

How to Set a Price Alert on Binance

How to Spot Trade on Binance App

What are Market Makers and Takers

What is an OCO (One-Cancels-the-Other) Order and How to Use It

What Is Rebalancing Bot and Frequently Asked Questions

What Is Heatmap on Binance Spot Trading

How to View Delisting Information for Spot and Margin Tokens/Trading Pairs on Binance

How to View My Spot Wallet Activity

How to View My Spot Trading Activity

How to Create a Spot Grid Trading Strategy on Binance

Binance Spot Grid Trading Parameters

How to Download Spot Trading Transaction History Statement

---

#### About Us
About
Careers
Business Contacts
Community
Binance Blog
Legal
Terms
Privacy
Risk Warning
Announcements
News
Notices
Sitemap
Cookie Preferences

#### Products
Exchange
Academy
Binance Live
Charity
Card
Labs
Launchpad
Research
Trust Wallet
NFT
Binance Pay
Binance Gift Card
BABT

#### Service
Downloads
Desktop Application
Buy Crypto
Institutional & VIP Services
OTC Trading
Referral
Affiliate
BNB
Listing Application
P2P Merchant Application
P2Pro Merchant Application
Historical Market Data
Proof of Collateral for B-Tokens

#### Support
Give Us Feedback
Support Center
Submit a request
APIs
Fees
Trading Rules
Law Enforcement Requests
Binance Verify
Binance Legal (Court Orders)
Binance Airdrop Portal

#### Learn
Learn & Earn
Browse Crypto Prices
Bitcoin Price
Ethereum Price
Buy BNB
Buy Bitcoin
Buy Dogecoin
Buy Ethereum
Buy XRP
Buy Tradable Altcoins

#### Trade on the go with Binance
Register

Scan to download the app

Community

Binance © 2023



# FAQ

Home    Support Center    FAQ    Spot & Margin Trading    Spot Trading    What are Market Order and Limit Order, and How to Place Them

## What are Market Order and Limit Order, and How to Place Them

2021-07-08 08:21

**Market Order**    Limit Order

There are two main types of orders when trading cryptocurrencies: market orders and limit orders. A market order is an instruction to buy or sell an asset immediately (at the market's current price), while a limit order is an instruction to wait until the price hits a specific or better price before being executed. Let's see how they work and how to place them on Binance.

### What is a market order?

A market order is executed at the current market price as quickly as possible when a user places the order.

When placing a market order, you can select [Amount] or [Total] to buy or sell.

For example, [Amount] is recommended when you want to buy or sell BTC with a certain quantity. However, if you wish to buy BTC with a certain amount of funds, such as 10,000 USDT, placing a market order with [Total] is a better option.

In general, you can use both functions to place your buy and sell orders. However, when you place the order after the system calculates the amount you can get, the asset price might have changed significantly, and the order would fail. This often occurs when the buy/sell ratio is close to or equal to 100%.



### Market order example



The current price is 2,400. If you place a market order, your order will be filled with the **best available price on the order book** immediately. The average filled price of your order may not be exactly 2,400 (A). Depending on your order's direction, it could be slightly below or above 2,400. For buy orders, the average filled price may be slightly above the current price, while for sell orders, the average filled price may be slightly below the current price.

### How to place market buy orders?

**1. By Total**

Suppose you own 1,000 USDT and want to place a market order for BTC/USDT. When you place a "Buy 100%" order, the system will execute your order at the current market price according to the amount of USDT you have, but it is uncertain how many BTC you can buy. The final BTC transaction amount is determined by the market price and quantity when the order is placed. You can check the amount of BTC purchased and the average price from [Order History].

**2. By Amount**



For example, you own 100,000 USDT, and the price of BTC/USDT is fluctuating around 34,105 USDT. When you place a "Buy 100%" order, the system will **match your order with the best available sell order(s) on the market** to determine how many BTC you can buy.

If the system calculates that you can buy 2.932401 BTC with 100,000 USDT and you click to place the buy order, but at the same time BTC price increases, meaning that 100,000 USDT can no longer buy 2.932401 BTC, your order will fail. You can place another order by manually editing the amount of BTC to buy, or using the [Total] function instead.



### How to place market sell orders?

**1. By Amount**

Suppose you own 100 BTC and want to sell 50% with a market order. The amount of USDT from selling this 50 BTC will be determined by the current market price when you place the order. You can check the amount of USDT obtained from the order and the average selling price from [Order History].

**2. By Total**



For example, you own 0.06272 BTC, and the price of BTC/USDT is fluctuating around 33,889.26 USDT. When you place a "Sell 100%" order, the system will **match your order with the best available buy order(s) on the market** to determine how many USDT you can obtain.

If the system calculates that you can sell 0.06272BTC for 2,125.534 USDT and you click to place the sell order, but at the same time BTC price drops, meaning that 0.06272 BTC can no longer sell for 2,125.534 USDT, your order will fail. You can place another order by manually editing the amount of USDT to get, or use the [Total] function instead.

Captured by FireShot Pro: 06 January 2023, 01:08:19

Case 1:23-cv-01599-ABJ   Document 15-2   Filed 06/06/23   Page 5 of 51



# FAQ

Home › Support Center › FAQ › Spot & Margin Trading › Spot Trading › What is The Stop-Limit Function and How to Use It

## What is The Stop-Limit Function and How to Use It

2017-12-11 00:53

### What is a stop-limit order?

A stop-limit order is a limit order that has a limit price and a stop price. When the stop price is reached, the limit order will be placed on the order book. Once the limit price is reached, the limit order will be executed.

- Stop price: When the asset's price reaches the stop price, the stop-limit order is executed to buy or sell the asset at the limit price or better.
- Limit price: The selected (or potentially better) price at which the stop-limit order is executed.

You can set the stop price and limit price at the same price. However, it's recommended that the stop price for sell orders should be slightly higher than the limit price. This price difference will allow for a safety gap in price between the time the order is triggered and when it is fulfilled. You can set the stop price slightly lower than the limit price for buy orders. This will also reduce the risk of your order not being fulfilled.

Please note that after the market price reaches your limit price, your order will be executed as a limit order. If you set the stop-loss limit too high or the take-profit limit too low, your order may never be filled because the market price cannot reach the limit price you set.

### How does a stop-limit order work?



The current price is 2.400 (A). You can set the stop price above the current price, such as 3.000 (B), or below the current price, such as 1.500 (C). Once the price goes up to 3.000 (B) or drops to 1.500 (C), the stop-limit order will be triggered, and the limit order will be automatically placed on the order book.

Note:

- Limit price can be set above or below the stop price for both buy and sell orders. For example, stop price B can be placed along with a lower limit price B1 or a higher limit price B2.
- A limit order is invalid before the stop price is triggered, including when the limit price is reached ahead of the stop price.
- When the stop price is reached, it only indicates that a limit order is activated and will be submitted to the order book, rather than the limit order being filled immediately. The limit order will be executed according to its own rules.

### How to place a stop-limit order on Binance?

1. Log in to your Binance account and go to [Trade] - [Spot]. Select either [Buy] or [Sell], then click [Stop-limit].



2. Enter the stop price, limit price, and the amount of crypto you wish to purchase. Click [Buy BNB] to confirm the details of the transaction.

### How to view my stop-limit orders?

Once you submit the orders, you can view and edit your stop-limit orders under [Open Orders].



To view executed or canceled orders, go to the [Order History] tab.

---

### Related Articles

Different Order Types in Spot Trading

How to Trade Spot on Binance Website

What are Market Order and Limit Order, and How to Place Them

Trading Limits and Rules

**What is The Stop-Limit Function and How to Use It**

How to Resolve Order Issues

What is a Binance Spot Trading Fee and How to Calculate

How to Customize the Trading Page Theme and Layout

How to Set a Price Alert on Binance

How to Spot Trade on Binance App

What are Market Makers and Takers

What is an OCO (One-Cancels-the-Other) Order and How to Use It

What Is Rebalancing Bot and Frequently Asked Questions

What Is Heatmap on Binance Spot Trading

How to View Delisting Information for Spot and Margin Tokens/Trading Pairs on Binance

How to View My Spot Wallet Activity

How to View My Spot Trading Activity

How to Create a Spot Grid Trading Strategy on Binance

Binance Spot Grid Trading Parameters

How to Download Spot Trading Transaction History Statement

---

## About Us

About
Careers
Business Contacts
Community
Binance Blog
Legal
Terms
Privacy
Risk Warning
Announcements
News
Notices
Sitemap
Cookie Preferences

## Products

Exchange
Downloads
Academy
Charity
Card
Labs
Launchpad
Research
BNB
Binance Pay
Binance Gift Card
BABT

## Service

Downloads
Desktop Application
Buy Crypto
Institutional & VIP Services
APIs
OTC Trading
Referral
Affiliate
BNB
Listing Application
P2P Merchant Application
Historical Market Data
Proof of Collateral for B-Tokens

## Support

Give Us Feedback
Support Center
Submit a request
APIs
Fees
Trading Rules
Law Enforcement Requests
Binance Verify
Binance Airdrop Portal

## Learn

Learn & Earn
Browse Crypto Prices
Bitcoin Price
Ethereum Price
Buy BNB
Buy BUSD
Buy Bitcoin
Buy Ethereum
Buy Dogecoin
Buy XRP
Buy Tradable Altcoins

## Trade on the go with Binance

Scan to download the app

Community

Binance 2023



Home  ›  Support Center  ›  FAQ  ›  Spot & Margin Trading  ›  Spot Trading  ›  What is Binance Spot Trading Fee and How to Calculate

## What is Binance Spot Trading Fee and How to Calculate

2022-03-24 04:57

### What is Binance Spot trading fee?

You need to pay a trading fee for every successful trade on the Binance Spot market. You can find more information on trading fee rates here.

### How are trading fees calculated?

Trading fees are always charged in the **asset you receive**. For example, if you buy ETH/USDT, the fee is paid in ETH. If you sell ETH/USDT, the fee is paid in USDT.

For example:

You place an order to buy 10 ETH for 3,452.55 USDT each:

Trading fee = 10 ETH * 0.1% = 0.01 ETH

Or you place an order to sell 10 ETH for 3,452.55 USDT each:

Trading fee = (10 ETH * 3,452.55 USDT) * 0.1% = 34.5255 USDT

### Are there any promotions/discounts for trading fees?

There are various discounts for trading fees at Binance.

1. Using BNB to pay for trading fees will grant you a 25% discount. You can find more information here.
2. Become a VIP trader to enjoy competitive discounts on trading fees. Click here for more information.

Pay attention to our promotions, such as zero fees on certain trading pairs. Click here for a list of promotions/activities announcements.

### Related Articles

Different Order Types in Spot Trading

How to Trade Spot on Binance Website

What are Market Order and Limit Order, and How to Place Them

Trading Limits and Rules

What is The Stop-Limit Function and How to Use It

How to Resolve Order Issues

What is Binance Spot Trading Fee and How to Calculate

How to Customize the Trading Page Theme and Layout

How to Set a Price Alert on Binance

How to Spot Trade on Binance App

What are Market Makers and Takers

What is an OCO (One-Cancels-the-Other) Order and How to Use It

What is Rebalancing Bot and Frequently Asked Questions

What Is Heatmap on Binance Spot Trading

How to View Delisting Information for Spot and Margin Tokens/Trading Pairs on Binance

How to View My Spot Wallet Activity

How to View My Spot Trading Activity

How to Create a Spot Grid Trading Strategy on Binance

Binance Spot Grid Trading Parameters

How to Download Spot Trading Transaction History Statement

### About Us

About
Careers
Business Contacts
Community
Binance Blog
Legal
Terms
Privacy
Risk Warning
Announcements
News
Notices
Sitemap
Cookie Preferences

### Products

Exchange
Academy
Binance Live
Buy Crypto
Charity
Card
Labs
Launchpad
Research
Trust Wallet
NFT
Binance Pay
Binance Gift Card
BABT

### Service

Downloads
Desktop Application
Buy Crypto
Institutional & VIP Services
OTC Trading
Referral
Affiliate
BNB
Listing Application
P2P Merchant Application
P2Pro Merchant Application
Historical Market Data
Proof of Collateral for B-Tokens

### Support

Give Us Feedback
Support Center
Submit a request
APIs
Fees
Trading Rules
Binance Verify
Law Enforcement Requests
Binance Legal (Court Orders)
Binance Airdrop Portal

### Learn

Learn & Earn
Browse Crypto Prices
Bitcoin Price
Ethereum Price
Buy BNB
Buy BUSD
Buy Bitcoin
Buy Dogecoin
Buy XRP
Buy Ethereum
Buy Tradable Altcoins

### Trade on the go with Binance

Register

Scan to download the app

Community

Binance © 2023

Case 1:23-cv-01599-ABJ    Document 15-2    Filed 06/06/23    Page 7 of 51



# FAQ

Home  >  Support Center  >  FAQ  >  Spot & Margin Trading  >  Spot Trading  >  How to Set a Price Alert on Binance

# How to Set a Price Alert on Binance

2022-02-14 22:37

App        Desktop App

## What is a price alert?

Price alerts help you stay on top of the market by notifying you when a certain price or condition is met. You can set a price alert for price changes as well. Let's see how to set a price alert on the Binance App.

## How to set a price alert on the Binance App?

Please note that the price alert function is only available on Binance Pro. To switch to Binance Pro, tap [Profile] and tap on the button next to [Binance Pro].

1. Open your Binance App and tap [Markets].

2. Search for the desired trading pair from the search bar. In this example, we will use BNB/USDT.



3. Tap on the [Alert] icon in the bottom left corner of the screen and select an alert type.



4. Enter the price you wish to receive the alert and select the alert frequency. Tap [Create Alert].

5. You will receive an alert when the conditions are met. To add more alerts, tap [Add Alert].

Please make sure that you have enabled notifications for Binance App on your phone settings.



You can access the pair's trading page directly by tapping on the notification.



### Related Articles

Different Order Types in Spot Trading

How to Trade Spot on Binance Website

What are Market Order and Limit Order and How to Place Them

Trading Limits and Rules

What is The Stop-Limit Function and How to Use It

How to Resolve Order Issues

What is Binance Spot Trading Fee and How to Calculate

How to Customize the Trading Page Theme and Layout

How to Set a Price Alert on Binance

How to Spot Trade on Binance App

What are Market Makers and Takers

What is an OCO (One-Cancels-the-Other) Order and How to Use It

What Is Rebalancing Bot and Frequently Asked Questions

What Is Heatmap on Binance Spot Trading

How to View Delisting Information for Spot and Margin Tokens/Trading Pairs on Binance

How to View My Spot Wallet Activity

How to View My Spot Trading Activity

How to Create a Spot Grid Trading Strategy on Binance

Binance Spot Grid Trading Parameters

How to Download Spot Trading Transaction History Statement





Home › Support Center › FAQ › Spot & Margin Trading › Spot Trading › What are Market Makers and Takers

# What are Market Makers and Takers

2018-07-18 20:45

Crypto markets are made up of makers and takers. Market makers create buy or sell orders that go on the order book, which aren't executed immediately. For example, placing a limit order to sell 1 BTC when the price hits $50,000. These orders create liquidity for the market so that it's easier for other traders to instantly buy or sell BTC when the condition is met. Traders that buy or sell instantly are called takers. In other words, takers fill the orders created by the makers.

Exchanges typically incentivize makers to provide liquidity with lower fees for their orders. If you've checked our fee schedule, you will see that Binance charges different fees depending on whether you're a maker or a taker. For VIP users, makers incur smaller fees than takers. Let's dive deeper into both roles.

## Taker:

When you place an order that trades immediately before going on the order book, you are a taker. This is regardless of whether you partially or fully fulfill the order.

Trades from market orders are always takers, as market makers never go on the order book. These trades are "taking" volume off the order book, and therefore are taker trades.

Limit immediate or cancel (IOC) and limit fill or kill (FOK) orders (accessible via the API) are also always takers orders.

## Maker:

When you place an order that goes on the order book partially or fully, such as a limit order, any subsequent trades coming from that order will be maker trades.

These orders add volume to the order book, help to make the market, and are therefore termed makers for any subsequent trades.

Note:

- A limit Good Until Canceled (GTC) order (accessible via the API) can be traded as both a taker and maker order.
- Using a limit order does not guarantee that your order will be a maker order.
- If you want to make sure the order goes on the order book before it is filled, please select "Post only" when placing your order (currently only available on the Binance website and desktop app).

For more details, please refer to Market Makers and Market Takers Explained.

## Related Articles

Different Order Types in Spot Trading

How to Trade Spot on Binance Website

What are Market Order and Limit Order, and How to Place Them

Trading Limits and Rules

What Is the Stop-Limit Function and How to Use It

How to Resolve Order Issues

What is Binance Spot Trading Fee and How to Calculate

How to Customize the Trading Page Theme and Layout

How to Set a Price Alert on Binance

How to Spot Trade on Binance App

What are Market Makers and Takers

What is an OCO (One-Cancels-the-Other) Order and How to Use It

What Is Rebalancing Bot and Frequently Asked Questions

What Is Heatmap on Binance Spot Trading

How to View Delisting Information for Spot and Margin Tokens/Trading Pairs on Binance

How to View My Spot Wallet Activity

How to View My Spot Trading Activity

How to Create a Spot Grid Trading Strategy on Binance

Binance Spot Grid Trading Parameters

How to Download Spot Trading Transaction History Statement

### About Us
About
Careers
Business Contacts
Community
Binance Blog
Legal
Terms
Privacy
Risk Warning
Announcements
News
Notices
Sitemap
Cookie Preferences

### Products
Exchange
Academy
Binance Live
Buy Crypto
Card
Labs
Launchpad
Research
Trust Wallet
NFT
Binance Pay
Binance Gift Card
BABT

### Service
Downloads
Desktop Application
Institutional & VIP Services
OTC Trading
Referral
Affiliate
BNB
Listing Application
P2P Merchant Application
P2Pro Merchant Application
Historical Market Data
Proof of Collateral for B-Tokens

### Support
Give Us Feedback
Support Center
Submit a request
APIs
Fees
Trading Rules
Binance Verify
Law Enforcement Requests
Binance Legal (Court Orders)
Binance Airdrop Portal

### Learn
Learn & Earn
Browse Crypto Prices
Bitcoin Price
Ethereum Price
Buy BNB
Buy BUSD
Buy Bitcoin
Buy Ethereum
Buy Dogecoin
Buy XRP
Buy Tradable Altcoins

### Trade on the go with Binance
Register

Scan to download the app

### Community

Binance © 2023

Captured by FireShot Pro: 06 January 2023, 01:08:31



## What Is Rebalancing Bot and Frequently Asked Questions

2023-01-04 22:43

### What is the Rebalancing Bot?

The Rebalancing Bot will automatically adjust your portfolio position in the token combination of your choice. By buying low and selling high, your strategy can maintain the same ratio of asset values through rebalancing at preset intervals or thresholds.

The bot's auto-rebalancing feature can be triggered by coin ratio or time intervals.

### Auto Rebalance by coin ratio

This system will only rebalance when the change of any coin ratio exceeds the set threshold value. You may set the threshold value to 0.5%, 1%, 2%, or 5%.

**Auto Rebalance** ⓘ

◉ By Coin Ratio   ○ By Time

| 0.5% | **1%** | 2% | 5% |

**Example:**

- Portfolio: BTC & BNB
- Coin ratio: 1%
- Amount invested: 800 USDT
- Initial coin allocation: 50%

With the parameters set, User A holds 400 USDT worth of BTC and 400 USDT worth of BNB in the portfolio when the strategy starts. The system will automatically calculate the ratio of each token in the portfolio.

Suppose after some market movements, the BTC and BNB values in the portfolio become 450 USDT and 550 USDT. The total portfolio value will be 1,000 USDT, and the current coin ratio is 45% (BTC) and 55% (BNB). As the ratio difference exceeds the preset level of 1%, auto rebalance will be triggered.

The system will rebalance the positions by selling 5% of BNB and buying 5% of BTC:

- BNB value = 1,000 * 5% = 50 USDT
- BTC value = 1,000 * 5% = 50 USDT
- Total portfolio value = 450 USDT + 550 USDT = 1,000 USDT

After rebalancing, User A now holds 500 USDT worth of BTC and 500 USDT worth of BNB, and the coin ratio is restored to 50%.

### Auto Rebalance by time

The system will automatically detect whether to rebalance at a fixed interval. You may set the interval to 30 minutes, 1 hour, 4 hours, 8 hours, 12 hours, 1 day, 3 days, 7 days, 14 days, or 28 days.

**Auto Rebalance** ⓘ

○ By Coin Ratio   ◉ By Time

| 30m | 1h | 4h | 8h | 12h |
| 1d | 3d | 7d | 14d | 28d |

**Example:**

- Portfolio: BTC & BNB
- Time: 7 days
- Coin ratio: 0.5% (default)
- Amount invested: 800 USDT
- Initial coin allocation: 50%

With the parameters set, User A holds 400 USDT worth of BTC and 400 USDT worth of BNB in the portfolio when the strategy starts. As the rebalancing by time condition is set to 7 days, the system will automatically calculate the ratio of each coin in the portfolio every 7 days.

When the current coin ratio exceeds the default level of 0.5%, auto rebalance will be triggered. The rebalancing process is the same as the example above.

*Please note that the above examples are only for reference only. In the actual operation of the bot, differences between the rebalanced ratio and the preset ratio may occur due to the consideration of trading fees and trading rules.*

### Risk warning:

Binance and the Rebalancing Bot service do not determine the suitability of any portfolio or Rebalancing Bot parameter and make no representation or warranty that the Rebalancing Bot strategy will perform as expected or will be profitable. Binance makes no representation about the accuracy of the allocation of categories to tokens or the representativeness of any category portfolio of the associated sector.

Any risk associated with a rebalancing bot strategy resides with the user. Binance shall not be responsible for any losses incurred in connection with any rebalancing bot strategy.

Please read the full disclaimer here.

## How to set up a Rebalancing Bot?

1. Log in to your Binance account and click [Trade] - [Strategy Trading].



Click [Rebalancing Bot].



### Related Articles

Different Order Types in Spot Trading

How to Trade Spot on Binance Website

What are Market Order and Limit Order, and How to Place Them

Trading Limits and Rules

What is The Stop-Limit Function and How to Use It

How to Resolve Order Issues

What is Binance Spot Trading Fee and How to Calculate

How to Customize the Trading Page Theme and Layout

How to Set a Price Alert on Binance

How to Spot Trade on Binance App

What are Market Makers and Takers

What is an OCO (One-Cancels-the-Other) Order and How to Use It

**What Is Rebalancing Bot and Frequently Asked Questions**

How to View Delisting Information for Spot and Margin Tokens/Trading Pairs on Binance

How to View My Spot Wallet Activity

How to View My Spot Trading Activity

How to Create a Spot Grid Trading Strategy on Binance

Binance Spot Grid Trading Parameters

How to Download Spot Trading Transaction History Statement

If you are using the Binance App, tap **[Strategy Trading]** - **[Rebalancing Bot]**.



2. You will be redirected to the Rebalancing Bot trading interface. Go to the parameter box on the right. You can use the **[AI Rebalance]** for preset parameters or set up your own strategy from **[Manual]**.

2.1 If you choose **[AI Rebalance]**, the system will automatically set up the strategy parameters for you. Click **[Create]**. You may also click **[Copy parameters to Manual settings]** to customize the parameters.



2.2 If you choose **[Manual]**, click **[Add Coins]** to select the coins for your strategy. Please select at least 2 coins. You may select up to 10 coins for each strategy.

Set the rebalancing parameters, including coin allocation, investment amount, and the auto rebalance method. You may also set up a trigger price, a stop-loss price, and a take-profit price under **[Advanced (Optional)]**. Click **[Create]**.





3. To check your Rebalancing Bot orders and history, go to **[Orders]** - **[Spot Orders]** and click **[Rebalancing Bot]**.

You may adjust your investment for a running strategy from **[Running]**. Click the edit icon to edit, or click **[End]** to terminate the strategy.



4. For an overview of your strategies, go to **[Wallet]** - **[Overview]** and click **[Rebalancing Bot]**.



## How to adjust the positions of a running strategy?

### Increasing the position

When you increase the investment amount, auto rebalance will be triggered.



**Example:**

- Portfolio: BTC & BNB
- Amount invested: 800 USDT
- Initial coin allocation: 50%

Suppose the price for BTC and BNB have both increased. In the portfolio, the value of BTC is now worth 450 USDT and the value of BNB is now worth 550 USDT. The total value of the portfolio is now 1,000 USDT. The current ratio of BTC and BNB is 45% and 55%.

The user adjusts the investment amount by adding 1,000 USDT. This triggers the system to auto-rebalance BTC and BNB to 50% respectively. The values of BTC and BNB become 1,000 USDT each after the rebalance.

### Reducing the position

Please note that you may not be able to reduce a position if the order does not meet the minimum trade amount (10 USDT).



**Example:**

- Portfolio: BTC, ETH, BNB
- Amount invested: 400 USDT
- Initial coin allocation: 5% BTC, 25% ETH, 70% BNB

Using the parameters above, User A holds 20 USDT worth of BTC, 100 USDT worth of ETH, and 280 USDT worth of BNB when the strategy starts.

After the strategy has been active for some time, BTC price dropped and the BTC value in the portfolio becomes 10 USDT. The value of ETH and BNB remain unchanged at 100 USDT and 280 USDT. The total value of the portfolio is now 390 USDT.

Assuming User A wants to reduce the position by 50 USDT. The system will sell 35 USDT of BNB, 12.5 USDT of ETH, and 2.5 USDT of BTC. However, as the BTC value (2.5 USDT) does not fulfill the minimum trade requirement (10 USDT), the system will only reduce the position by 47.5 USDT (35 USDT worth of BNB + 12.5 USDT worth of ETH).

After the portfolio size has been reduced, the portfolio will be:

- BTC value: 10 USDT
- ETH value: 87.5 USDT
- BNB value: 245 USDT
- Total portfolio value: 342.5 USDT
- Coin proportions: 2.91% BTC, 25.54% ETH, 71.53% BNB

## How to enjoy BNB fee deduction?

Rebalancing Bot users can enjoy a 25% discount on standard trading fees whenever they choose to pay the fees with BNB.

You will first pay for the standard trading fee from the Rebalancing Bot Wallet and receive the trading fee refunds in your Spot Wallet. To check your BNB fee history, go to [Orders] - [Rebalancing Bot] - [Fees Return History].

Please note that you must have a sufficient BNB balance in your Spot Wallet to pay for the trading fees. Otherwise, you will not receive your 25% trading fee rebate. For more details, please refer to How to Use BNB to Pay for Fees and Earn 25% Discount.

## Frequently Asked Questions

**1. How many coins can I invest in a portfolio?**

You need to select at least 2 coins. You may select up to 10 coins in one rebalancing strategy.

**2. How many active rebalancing strategies can I run?**

You can run up to 20 strategies. This includes both pending-trigger strategies and running strategies.

**3. What happens when the strategy ends?**

If you enable [Sell All Coins on Stop], all of your coins will be sold automatically at market price when the strategy ends. If you don't enable this feature, all of your coins will be transferred to your Spot Wallet.

**4. Which wallet does the Rebalancing Bot use?**

Rebalancing Bot will transfer assets from your Spot Wallet to your Rebalancing Bot Wallet to support the running of the strategy.

**5. How are the fees calculated?**

Rebalancing Bot follows the spot trading fee rates. There are no additional fees charged. For BNB fee deduction history, please visit [Fees Return History].

**6. Why is my Rebalancing Bot strategy terminated/canceled?**

Some possible reasons include:

- The market price has hit the stop-trigger price you set;
- The coin in your strategy is delisted or will be delisted soon;
- The product is no longer available in your region.

**7. Which spot order type does the Rebalancing Bot use to buy and sell coins?**

The system will place a spot Limit IOC (Immediate-Or-Cancel) order at the current market price. However, when the IOC order fails to execute, a Market order will be placed instead. For more details on how IOC order works, please refer to What Are Maker (Post Only) Order, Time in Force Order, and Iceberg Order.

### About Us
About
Careers
Business Contacts
Community
Binance Blog
Legal
Terms
Privacy
Risk Warning
Announcements
News
Notices
Sitemap
Cookie Preferences

### Products
Exchange
Academy
Binance Live
Charity
Card
Labs
Launchpad
Research
Trust Wallet
NFT
Binance Pay
Binance Gift Card
BABT

### Service
Downloads
Desktop Application
Buy Crypto
Institutional & VIP Services
OTC Trading
Referral
Affiliate
BNB
Listing Application
P2P Merchant Application
P2Pro Merchant Application
Historical Market Data
Proof of Collateral for B-Tokens

### Support
Give Us Feedback
Support Center
Submit a request
APIs
Fees
Trading Rules
Binance Verify
Law Enforcement Requests
Binance Legal (Court Orders)
Binance Airdrop Portal

### Learn
Learn & Earn
Browse Crypto Prices
Bitcoin Price
Ethereum Price
Buy BNB
Buy BUSD
Buy Bitcoin
Buy Ethereum
Buy Dogecoin
Buy XRP
Buy Tradable Altcoins

### Trade on the go with Binance
Register

Scan to download the app

Community

Binance © 2023





# How to View Delisting Information for Spot and Margin Tokens/Trading Pairs on Binance

2022-10-27 05:29

Binance periodically reviews each digital asset we list to ensure that it continues to meet the high level of standard. When a cryptocurrency no longer meets the standard, we will conduct a more in-depth review and potentially delist it to protect users' interests.

Several factors we consider when delisting a digital asset:

- The project team's commitment;
- The project's development and quality;
- The asset's trading volume and liquidity;
- The network's security and stability;
- The network/smart contract's stability;
- The project team's responsiveness to our periodic due diligence requests;
- The project's contribution to a healthy and sustainable crypto ecosystem;
- Any evidence of unethical/fraudulent conduct or negligence.

## Where to access the delisting information?

You can view the delisting announcements from the website and the App.

**Website**

1. Scroll down to the bottom on the Binance homepage and click [Support Center].

2. Go to [Announcement] - [Delisting].

**App**

1. Tap [Profile] - [Help & Support].

2. Tap [Help Center (FAQ)].

Related Articles
Different Order Types in Spot Trading
How to Trade Spot on Binance Website
What are Market Order and Limit Order, and How to Place Them
Trading Limits and Rules
What is The Stop-Limit Function and How to Use It
How to Resolve Order Issues
What is Binance Spot Trading Fee and How to Calculate
How to Customize the Trading Page Theme and Layout
How to Set a Price Alert on Binance
How to Spot Trade on Binance App
What are Market Makers and Takers
What is an OCO (One-Cancels-the-Other) Order and How to Use It
What Is Rebalancing Bot and Frequently Asked Questions
What Is Heatmap on Binance Spot Trading
How to View Delisting Information for Spot and Margin Tokens/Trading Pairs on Binance
How to View My Spot Wallet Activity
How to View My Spot Trading Activity
How to Create a Spot Grid Trading Strategy on Binance
Binance Spot Grid Trading Parameters
How to Download Spot Trading Transaction History Statement

3. Scroll down to [**Announcement**] and tap [**Delisting**].



## How to view the delisting details?

Binance will post the delisting announcement for a token/trading pair to notify users. If you hold the specific token in your Spot or Margin Wallet, you will be notified via the Binance App and receive an announcement in your registered email.

- For **tokens about to be delisted**, you will be notified via the App and email on the day of the announcement and one day before the delisting of the token(s).
- For **trading pairs about to be removed**, you will be notified via the App and email on the day of the announcement.



Borrowing for the delisting margin trading pairs will be stopped before the delisting date. If you have open margin positions for the delisting token/pair, your positions will be automatically closed and liquidated at the time of delisting. **Please close your positions manually before the delisting date to avoid any potential losses.**

You will also see a notification regarding the delisting date and time when you select a token/trading pair that is going to be delisted.



After the token is delisted, it will be labeled as [**Delisted**] in your Wallet.



*Disclaimer: Binance has the exclusive authority to determine which digital assets are listed on the platform and may add or remove digital assets from the platform at its sole discretion from time to time. Binance may also change the order size available for each digital asset. In respect of such additions, removals, or amendments, Binance may, but is not obliged to, notify users in advance. Binance shall have no liability to users in connection with such additions, removals, or amendments.*

## About Us
About
Careers
Business Contacts
Community
Binance Blog
Legal
Terms
Privacy
Risk Warning
Announcements
News
Notices
Sitemap
Cookie Preferences

## Products
Exchange
Academy
Binance Live
Charity
Card
Labs
Launchpad
Research
Trust Wallet
NFT
Binance Pay
Binance Gift Card
BABT

## Service
Downloads
Desktop Application
Buy Crypto
Institutional & VIP Services
OTC Trading
Referral
Affiliate
BNB
Listing Application
P2P Merchant Application
P2Pro Merchant Application
Historical Market Data
Proof of Collateral for B-Tokens

## Support
Give Us Feedback
Support Center
Submit a request
APIs
Fees
Trading Rules
Binance Verify
Law Enforcement Requests
Binance Legal (Court Orders)
Binance Airdrop Portal

## Learn
Learn & Earn
Browse Crypto Prices
Bitcoin Price
Ethereum Price
Buy BNB
Buy BUSD
Buy Bitcoin
Buy Ethereum
Buy Dogecoin
Buy XRP
Buy Tradable Altcoins

## Trade on the go with Binance
Register

Scan to download the app

Community

Binance © 2023

Case 1:23-cv-01599-ABJ    Document 15-2    Filed 06/06/23    Page 15 of 51



# How to View My Spot Trading Activity

2022-09-08 20:48

[ Website ]  [ App ]  [ Frequently Asked Questions ]

You can view your spot trading activities from the Orders and Positions panel at the bottom of the trading interface. Simply switch between the tabs to check your open order status and previously executed orders.

## 1. Open orders

Under the [Open Orders] tab, you can view details of your open orders, including:

- Order date
- Trading pair
- Order type
- Order price
- Order amount
- Filled %
- Total amount
- Trigger conditions (if any)



To display current open orders only, check the [Hide Other Pairs] box.



To cancel all open orders on the current tab, click [Cancel All] and select the type of orders to cancel.



## 2. Order history

Order history displays a record of your filled and unfilled orders over a certain period. You can view order details, including:

- Order date
- Trading pair
- Order type
- Order price
- Filled order amount
- Filled %
- Total amount
- Trigger conditions (if any)

To generate a transaction report of your spot trading history for a specific period, please refer to How to Download Spot Trading Transaction History Statement.



## 3. Trade history

Trade history shows a record of your filled orders over a given period. You can also check the transaction fees and your role (market maker or taker).

To view trade history, use the filters to customize the dates and click [Search].



## 4. Funds

You can view details of the available assets in your Spot Wallet, including the coin, total balance, available balance, funds in order, and the estimated BTC/fiat value.

Please note that the available balance refers to the amount of funds you can use to place orders.

### Related Articles

Different Order Types in Spot Trading

How to Trade Spot on Binance Website

What are Market Order and Limit Order and How to Place Them

Trading Limits and Rules

What is The Stop-Limit Function and How to Use It

How to Resolve Order Issues

What is Binance Spot Trading Fee and How to Calculate

How to Customize the Trading Page Theme and Layout

How to Set a Price Alert on Binance

How to Spot Trade on Binance App

What are Market Makers and Takers

What is an OCO (One-Cancels-the-Other) Order and How to Use It

What Is Rebalancing Bot and Frequently Asked Questions

What Is Heatmap on Binance Spot Trading

How to View Delisting Information for Spot and Margin Tokens/Trading Pairs on Binance

How to View My Spot Wallet Activity

How to View My Spot Trading Activity

How to Create a Spot Grid Trading Strategy on Binance

Binance Spot Grid Trading Parameters

How to Download Spot Trading Transaction History Statement

◆ BINANCE   ⊞   Buy Crypto (EUR)   Markets   Trade ▾   Derivatives ▾   Earn ▾   Finance ▾   NFT   Institutional ▾   Feed                    Log In   Register   🗖 🗗   USD ▾

# FAQ

🔍 Search help articles                         **Search**

Home › Support Center › FAQ › Spot & Margin Trading › Spot Trading › Binance Spot Grid Trading Parameters

## Binance Spot Grid Trading Parameters

2022-05-05 06:42

### What is Spot Grid Trading?

**Spot Grid Trading** is a quantitative trading strategy that uses trading bots to automate the buying and selling of assets on the spot market. It places orders in the market at preset intervals within a configured price range. When orders are placed above and below a set price, they create a grid of orders at incrementally increasing and decreasing prices. In this way, it constructs a Trading Grid.

You can use Binance Spot Grid Trading in volatile markets where prices fluctuate within a specific range. Grid Trading attempts to make profits on small price changes. Through quantitative trading, it can help you trade rationally and avoid FOMO where possible.

### Spot Grid Trading Parameters

**1. Current Balance**

Current Balance refers to the total balance of the Base and Quote Assets in your running Grid Orders, including Reserved Fees.

Total Quote Asset Balance = Total Open Buy Order Price*Qty Per Order (represented in the Quote Asset)

Total Base Asset Balance = Total Number of Sell Orders*Qty Per Order (represented in the Base Asset)



In this example, the Last Price is 0.7760 USDT, the Qty Per Order is 14 XRP, and the Total Number of Sell Orders is 26.

Therefore, the Total Open Buy Order Price = 0.7696 + 0.7643 + 0.7590 + 0.7537 + 0.7484 = 3.795 USDT.

Total Quote Asset Balance = 3.795*14 = 53.13 USDT

Total Base Asset Balance = 26*14 = 364 XRP

**2. Unrealized PnL**

Unrealized PnL = Total Open Buy Order Price * Qty Per Order + Total Number of Sell Orders * Qty Per Order * Last Price + Reserved Fees in the Base Assets * Last Price + Reserved Fees in the Quote Assets - Total Investment

**Last Price:**

When the Grid Order is still running, the Last Price is the latest Market Price of the spot trading pair. If the Grid Order has ended, the Last Price is the Market Price at which the Grid Order ends.



Using the same example:

Total Investment: 369.6556 USDT

Last Price: 0.7760 USDT

Qty Per Order: 14 XRP

Reserved Fees: 6.0000 USDT + 15 XRP

Total Open Buy Order Price = 0.7696 + 0.7643 + 0.7590 + 0.7537 + 0.7484 = 3.795 USDT

Unrealized PnL = 3.795*14 + 26*14 * 0.7760 + 15 * 0.7760 + 6.0000 - 369.6556 = -16.4216 USDT

**3. Matched Orders**

A Matched Order refers to a Buy Order filled at the lower price and a Sell Order filled at the upper price.



The number of Matched Orders is used to calculate the Grid Profit.



In this example, Area 2 contains 1 Buy Order and 1 Sell Order. This is considered a Matched Order. In Area 1, however, only a Sell Order has been filled. Therefore, this trade isn't a Matched Order. When the Buy Order is matched with a Sell Order in Area 1, the Buy Order would appear in Area 1 and the number of Matched Orders would increase by 1.

There are 178 total Matched Orders, which means this Grid Trading strategy has executed at least 178*2 = 356 orders.

**4. Grid Profit**

Grid Profit is the total profit generated by filled Buy and Sell Order pairs. It is displayed in the Quote Asset.

Profit of a Matched Order = Total Filled Sell Order Price - Total Filled Buy Order Price - Sell Order Trading Fees - Buy Order Trading Fees*Last Price

### Related Articles

Different Order Types in Spot Trading

How to Trade Spot on Binance Website

What are Market Order and Limit Order, and How to Place Them

Trading Limits and Rules

What is The Stop-Limit Function and How to Use It

How to Resolve Order Issues

What is Binance Spot Trading Fee and How to Calculate

How to Customize the Trading Page Theme and Layout

How to Set a Price Alert on Binance

How to Spot Trade on Binance App

What are Market Makers and Takers

What is an OCO (One-Cancels-the-Other) Order and How to Use It

What Is Rebalancing Bot and Frequently Asked Questions

What Is Heatmap on Binance Spot Trading

How to View Delisting Information for Spot and Margin Tokens/Trading Pairs on Binance

How to View My Spot Wallet Activity

How to View My Spot Trading Activity

How to Create a Spot Grid Trading Strategy on Binance

**Binance Spot Grid Trading Parameters**

How to Download Spot Trading Transaction History Statement

**Last Price:**

When the Grid Order is still running, the Last Price is the spot trading pair's latest Market Price. If the Grid Order has ended, the Last Price is the price at which the Grid Order ends.

**Note:** If you use BNB to pay for trading fees, the BNB fees will be converted to Quote Assets at the Market Price when your Grid Order is running. If your Grid Order has ended, it will use the BNB price at the time the Grid Order ends to convert.



Take the above as an example. The Grid Order has ended, and the Stop Price is 46,617.70 USDT.

The profit of this Matched Order = 19.09794350 - 18.97818660 - 0.01336856 - 0.00000029*46,617.70 = 0.09286920 USDT

The Grid Profit is the sum of each Matched Order's profit.

**5. Total Profit**

Total Profit = Grid Profit + Unrealized PnL

**6. Annualized Yield**

Annualized Yield = Total Profit / Total Investment*365 (days)*24 (hours)*60 (minutes) / Order Duration (minutes)



For example, the Total Profit is 31.30 USDT, the Total Investment is 688.04 USDT, and the Order Duration is 10 days 23 hours 55 minutes.

The Annualized Yield = 31.30 / 688.04*365*24*60 / (10*24*60 + 23*60 + 55) = 150.99%

**7. Balance at Stop**

Balance at Stop refers to the Quote and Base Assets in pending Grid Orders when the Grid Order ends. It uses the same calculation as the current balance.

**8. PnL Asset**

This means all PnL of your Grid Orders will be converted to the Quote Asset and will be calculated based on the Quote Asset's value.

For example, when you trade BNB/BUSD, your PnL will be shown in BUSD.

**9. Profit per Grid (Profit/Grid)**

Profit/Grid is the profit percentage after matching the Buy and Sell Orders on each Grid. Depending on the trading mode (Arithmetic or Geometric), you can calculate the Profit/Grid by the Grid's Upper Limit, the Grid's Lower Limit, the number of Grids, and the trading fees (c): 0.1%.

The Profit/Grid for Arithmetic Grids is calculated as a range. The minimum Profit/Grid is generated by the lowest Grid, and the maximum Profit/Grid is generated by the highest Grid.

Price Difference (d) = (Grid Upper Limit - Grid Lower Limit) / Number of Grids

The Maximum Profit/Grid = (1 - c)*d / Grid Lower Limit - 2c

The Minimum Profit/Grid = (Grid Upper Limit*(1 - c)) / (Grid Lower Limit - d) - 1 - c

The Profit/Grid for Geometric Grids is a fixed value, since the price ratio of each Grid price is the same.

Price Ratio (r) = (Grid Upper Limit / Grid Lower Limit) ^ (1 / Number of Grids )

The Profit/Grid = (1 - c)*r - 1 - c



For example, the Grid Upper Limit is 450 and the Lower Limit is 400. The number of Grid is 5, and the trading fee (c) is 0.1%.

If the Grid is Arithmetic, the Price Difference (d) = (450 - 400) / 5 = 10

Maximum Profit/Grid = (1 - 0.1%)*10/400 - 2*0.1% = 2.29%

Minimum Profit/Grid = (450*(1 - 0.1%) ) / (450 - 10) - 1 - 0.1% = 2.07%

If the Grid is Geometric, then the Profit/Grid = (1-0.1%)*(450 / 400) ^ (1 / 5) - 1 - 0.1% = 2.18%

**10. Qty Per Order**

Qty Per Order refers to the quantity of each order at a different price during Grid Trading. The Qty Per Order is only confirmed after the Grid Order is successfully created. The system will automatically calculate the Base Asset needed to be reserved for the trading fees and the Quote Asset needed to place Buy Orders according to the investment amount entered.

After calculating all the assets needed, the maximum quantity that could guarantee the success of each Grid Order is the Qty Per Order.

| About Us | Products | Service | Support | Learn | Trade on the go with Binance |
|---|---|---|---|---|---|
| About | Exchange | Downloads | Give Us Feedback | Learn & Earn | Register |
| Careers | Academy | Desktop Application | Support Center | Browse Crypto Prices | |
| Business Contacts | Binance Live | Buy Crypto | Submit a request | Bitcoin Price | |
| Community | Charity | Institutional & VIP Services | APIs | Ethereum Price | |

| | | | | |
|---|---|---|---|---|
| Binance Blog | Card | OTC Trading | Fees | Buy BNB |
| Legal | Labs | Referral | Trading Rules | Buy BUSD |
| Terms | Launchpad | Affiliate | Binance Verify | Buy Bitcoin |
| Privacy | Research | BNB | Law Enforcement Requests | Buy Ethereum |
| Risk Warning | Trust Wallet | Listing Application | Binance Legal (Court Orders) | Buy Dogecoin |
| Announcements | NFT | P2P Merchant Application | Binance Airdrop Portal | Buy XRP |
| News | Binance Pay | P2Pro Merchant Application | | Buy Tradable Altcoins |
| Notices | Binance Gift Card | Historical Market Data | | |
| Sitemap | BABT | Proof of Collateral for B-Tokens | | |
| Cookie Preferences | | | | |



Scan to download the app

**Community**  ⊙ ⊘ ♪ ⊙ ⊙ ⊙ ⊙ ⊙ ⊙ ▶

Binance © 2023

⬦ BINANCE   ⊞   Buy Crypto `EUR` ▾   Markets   Trade ▾   Derivatives ▾   Earn ▾   Finance ▾   NFT   Institutional ▾   Feed                Log In   **Register**   ⊠   ⊞   USD ▾   ☾

# FAQ

🔍 Search help articles                    **Search**

⬡ Account Functions ▾

📘 Tutorial ▾

🏛 Binance Fan Token

💰 Binance Earn ▾

💳 Crypto Deposit/Withdrawal ▾

🛒 Buy Crypto (Fiat/P2P) ▾

📈 Spot & Margin Trading ▾

> Spot Trading
> Margin Trading

💹 Crypto Derivatives ▾

💲 Finance ▾

🔑 API ▾

🔒 Security ▾

📋 Other Topics ▾

🔄 Binance Convert

🔗 Binance Link

🎨 NFT ▾

💎 VIP

Home › Support Center › FAQ › Spot & Margin Trading › Spot Trading › How to Use Spot Trailing Stop Order

## Related Articles

Different Order Types in Spot Trading

How to Trade Spot on Binance Website

What are Market Order and Limit Order, and How to Place Them

Trading Limits and Rules

What Is The Stop-Limit Function and How to Use It

How to Resolve Order Issues

What is Binance Spot Trading Fee and How to Calculate

How to Customize the Trading Page Theme and Layout

How to Set a Price Alert on Binance

How to Spot Trade on Binance App

What are Market Makers and Takers

What is an OCO (One-Cancels-the-Other) Order and How to Use It

What Is Rebalancing Bot and Frequently Asked Questions

What Is Heatmap on Binance Spot Trading

How to View Delisting Information for Spot and Margin Tokens/Trading Pairs on Binance

How to View My Spot Wallet Activity

How to View My Spot Trading Activity

How to Create a Spot Grid Trading Strategy on Binance

Binance Spot Grid Trading Parameters

How to Download Spot Trading Transaction History Statement

# How to Use Spot Trailing Stop Order

2022-04-11 23:32

**Spot Trailing Stop Order**      Frequently Asked Questions



Spot Trailing Stop Order ▶

Tutorial Video

## What is a Spot Trailing Stop Order?

A trailing stop order is very similar to a stop-limit order, but a trailing stop order's trigger price will follow your position when the market moves favorably, and will close the position if the market moves adversely against you. With a trailing stop order, you can place a pre-set order at a specific percentage away from the market price.

When the price moves favorably, a trailing stop order locks in profit by enabling a trade to remain open and continue to profit as long as the price moves in the favorable direction. The trailing stop does not move back in the other direction. When the price moves in the opposite direction by a specified percentage, the trailing stop order will be executed as a limit order. When a trade does not move in favorable direction, a trailing stop order can help you minimize losses and protect gains.



## How does a Spot Trailing Stop Order work?

For a long trade, the selling price is supposed to be higher than the last price. When the price goes up, the trailing price moves up along with the last price and keeps a certain percentage interval. However, the trailing price will stop following if the price drops. A limit sell order will be placed on the order book if the price moves more than the predetermined trailing delta from its highest price and reaches the trailing price.

A "buy" trailing stop order is the opposite of a "sell" trailing stop order.

For a short trade, the buy price is supposed to be lower than the last price. When the price drops, the trailing price moves downward with the last price and keeps a certain percentage interval. However, the trailing price will stop following if the price goes up. A limit buy order will be placed on the order book if the price moves more than the predetermined trailing delta from its lowest price and reaches the trailing price.

Note: Activation price and trailing delta must be fulfilled to activate a limit order to close the trade.

## Examples

**(1) Placing a sell Trailing Stop Order for a long trade**



The market price of BTCUSDT is 8,500 USDT and you place a trailing stop order with the following parameters:

- Trailing Delta: 5%
- Activation Price: 8,500 USDT
- Limit Price: 8,600 USDT

The trailing price is 8.075 USDT and the last price is 8.500 USDT. The trailing price will reach 15,200 USDT [Last Price* (1 – trailing delta)] when the price increases to 16.000 USDT.

The trailing price will stop when the price moves down. When the price moves to its peak price at 18.000 USDT, the trailing price reaches 17.100 USDT. When the price moves down, the trailing stop price stops again. When the price moves down by more than 5%, reaching or exceeding the trailing price of 17.100 USDT, a sell order (8.600 USDT) will be issued to the order book.

Note:

Since the market price is 17.100, the sell order (8.600 USDT) will be filled immediately. The final sell price will be much higher than the limit price with an 8.500 USDT profit. However, if you used a stop-limit order with the same parameters (stop price: 8.500 USDT, limit price: 8.600 USDT), the order will be filled immediately at 8.600 USDT. In comparison, trailing stop orders can maximize your revenue.

(2) Placing a buy Trailing Stop Order for a short trade





The market price of BTCUSDT is 9,000 USDT and you place a trailing stop order with the following parameters:

- Trailing Delta: 5%
- Activation Price: 9,000 USDT
- Limit Price: 8.900 USDT

The trailing stop price is 9.450 USDT and the last price is 9,000 USDT. The trailing price reaches 8.925 USDT [Last Price* (1 + trailing delta)] when the price drops to 8.500 USDT.

The trailing price will stop when the price rises. When the price moves to its lowest price at 8.000 USDT, the trailing price will be 8.400 USDT. When the price rises, the trailing price stops again. When the price moves up by more than 5%, reaching or exceeding the trailing price of 8.400 USDT, a buy order (8.900 USDT) will be issued to the order book.

| Differences between Spot Trailing Stop Orders and Futures Trailing Stop Orders | ▾ |
|---|---|

## How to Place a Spot Trailing Stop Order?



There are two conditions to activate a trailing stop order.

A **buy** trailing stop order will be triggered if:

- Activation Price ≥ Lowest Price
- Rebound Rate ≥ Trailing Delta

A **sell** trailing stop order will be triggered if:

- Activation Price ≤ Highest Price
- Rebound Rate ≥ Trailing Delta

### 1. Activation Price

Activation price is your desired price level that triggers the trailing stop. If no activation price is set, the activation price will be the market price by default.

To place a buy trailing stop order, the activation price must be lower than the market price. Conversely, the activation price must be higher than the market price to place a sell trailing stop order.

The market's highest/lowest price must reach or exceed the activation price in order to meet the condition.

### 2. Trailing Delta

Trailing Delta is the percentage of movement in the opposite direction you are willing to tolerate. The Trailing Delta ranges from 0.1% to 20.0% by placing the rate manually in the "Trailing Delta" field. Alternatively, options such as "1%" or "2%" are available for quick selection.

### 3. Limit Price

The limit price determines the order price submitted to the market after the trailing stop order is executed as a limit order. You can set your desired limit price.

**Important Notes:**

- Setting an optimal trailing delta and activation price could be a daunting process.
- For a trailing stop to be effective, a trailing delta should neither be too small nor too large; and the activation price should neither be too close nor too far away from the market price. When the trailing delta is too small or the activation price is too close, the trailing stop is too close to the entry price and is easily triggered by regular daily market movements. There is no room for a trade to move in the favorable direction before any meaningful price moves occur. The trade will be closed/exited at a point where the market just took a temporary dip and then recovered, thus resulting in a losing trade.
- When the trailing delta is too large, the trailing stop can only be triggered by extreme market movements, which means you are taking on risks of unnecessarily significant losses.
- A higher trailing delta is generally a better bet during volatile periods, while a lower trailing delta is preferable during normal market conditions.
- **There is no ideal optimal trailing delta and activation price. You are advised to revise your trailing stop strategy from time to time due to the constant price fluctuations in the market.** You should always carefully consider whether a trade is consistent with your risk tolerance, investment experience, financial condition, and other considerations that may be relevant to you. Other than the range of price changes, always determine your trailing delta and activation price based on your targeted profitability levels and acceptable losses within your capacity.

| About Us | Products | Service | Support | Learn | Trade on the go with Binance |
|---|---|---|---|---|---|
| About | Exchange | Downloads | Give Us Feedback | Learn & Earn | |
| Careers | Academy | Desktop Application | Support Center | Browse Crypto Prices | |
| Business Contacts | Binance Live | Buy Crypto | Submit a request | Bitcoin Price | |
| Community | Charity | Institutional & VIP Services | APIs | Ethereum Price | |
| Binance Blog | Card | OTC Trading | Fees | Buy BNB | |
| Legal | Labs | Referral | Trading Rules | Buy BUSD | |
| Terms | Launchpad | Affiliate | Binance Verify | Buy Bitcoin | |
| Privacy | Research | BNB | Law Enforcement Requests | Buy Ethereum | |
| Risk Warning | Trust Wallet | Listing Application | Binance Legal (Court Orders) | Buy Dogecoin | |
| Announcements | NFT | P2P Merchant Application | Binance Airdrop Portal | Buy XRP | |

Register



Scan to download the app

| News | Binance Pay | P2Pro Merchant Application | Buy Tradable Altcoins |
|---|---|---|---|
| Notices | Binance Gift Card | Historical Market Data | |
| Sitemap | BABT | Proof of Collateral for B-Tokens | |
| Cookie Preferences | | | |

Community

Binance © 2023



# FAQ

Home > Support Center > FAQ > Spot & Margin Trading > Spot Trading > How to Display Your Orders and the Countdown Timer on the Candlestick Chart

## How to Display Your Orders and the Countdown Timer on the Candlestick Chart

2022-03-24 06:59

You can now display your open orders, order history, and a countdown timer that lets you check the remaining time before the current candle closes on the candlestick chart. Let's see how to enable them on the Binance website and app.

## How to display my orders on the candlestick chart?

**On the website:**

*Please log in to your Binance account first.*

1. Go to the trading interface and click on the **[Display Settings]** icon. You can choose to display open orders and order history by checking the boxes.

Please note that you can only choose to display open orders in the [Original] trading interface.





Please note that the order history function will only display the last 500 executed orders.



2. After enabling them, your open orders will be displayed as floating bars and your order history will be displayed as small arrows on the candlestick chart. Red arrows indicate sell orders, and green arrows indicate buy orders. You can move your cursor onto the arrow to see the order details.

**On the App:**

1. On the trading interface, tap on the **[Chart Settings]** icon and choose whether to display your order history and open orders on the candlestick chart.



2. Tap **[Open Orders]** and you can also select the types of order to display on the chart. Please note that it will only be the last 10 open orders.

### Related Articles

Different Order Types in Spot Trading

How to Trade Spot on Binance Website

What are Market Order and Limit Order, and How to Place Them

Trading Limits and Rules

What Is The Stop-Limit Function and How to Use It

How to Resolve Order Issues

What is Binance Spot Trading Fee and How to Calculate

How to Customize the Trading Page Theme and Layout

How to Set a Price Alert on Binance

How to Spot Trade on Binance App

What are Market Makers and Takers

What is an OCO (One-Cancels-the-Other) Order and How to Use It

What Is Rebalancing Bot and Frequently Asked Questions

What Is Heatmap on Binance Spot Trading

How to View Delisting Information for Spot and Margin Tokens/Trading Pairs on Binance

How to View My Spot Wallet Activity

How to View My Spot Trading Activity

How to Create a Spot Grid Trading Strategy on Binance

Binance Spot Grid Trading Parameters

How to Download Spot Trading Transaction History Statement

3. After enabling them, you will see [S] (sell orders) and [B] (buy orders) on the chart.



4. To view the order details, long pressing the [S] or [B] icons. Tap on the [>] to go to the order history page.



5. Your open orders will be displayed as floating bars on the chart. You can also see the order type, amount, and prices.



## How to display the candle countdown timer on the candlestick chart?

The countdown time indicates the time remaining before the current candle closes. After enabling it, you will see a countdown timer next to the last price on the chart.



**On the website:**

1. If you're using the [Original] view, right click on the candlestick chart and click **[Count Down]**.



2. You will see the countdown timer under the Last Price.



3. If you're using [TradingView], right click on the candlestick chart and click **[Settings]**.



Go to the [Scales] tab and check the box next to [Countdown To Bar Close].



4. You will see the countdown timer under the Last Price.



**On the app:**

Tap on the [Chart Settings] icon and check the box next to [Countdown].



## How to view price trends on the chart?

When you're viewing the candlestick chart of a trading pair on the Binance App, you can use your fingers to zoom out on the chart to view its price trend.

To enable or disable the function, go to the **[Settings]** icon and tap **[Zoom K Line to Line]**.

Binance © 2023

Captured by FireShot Pro: 06 January 2023, 01:09:10



# FAQ

Home  ›  Support Center  ›  FAQ  ›  Spot & Margin Trading  ›  Spot Trading  ›  What Is Spot Grid Trading and How Does It Work

## What Is Spot Grid Trading and How Does It Work

2022-01-06 02:57

Tutorial    Frequently Asked Questions

**Related Articles**

Different Order Types in Spot Trading

How to Trade Spot on Binance Website

What are Market Order and Limit Order, and How to Place Them

Trading Limits and Rules

What is The Stop-Limit Function and How to Use It

How to Resolve Order Issues

What is Binance Spot Trading Fee and How to Calculate

How to Customize the Trading Page Theme and Layout

How to Set a Price Alert on Binance

How to Spot Trade on Binance App

What are Market Makers and Takers

What is an OCO (One-Cancels-the-Other) Order and How to Use It

What Is Rebalancing Bot and Frequently Asked Questions

What Is Heatmap on Binance Spot Trading

How to View Delisting Information for Spot and Margin Tokens/Trading Pairs on Binance

How to View My Spot Wallet Activity

How to View My Spot Trading Activity

How to Create a Spot Grid Trading Strategy on Binance

Binance Spot Grid Trading Parameters

How to Download Spot Trading Transaction History Statement

Tutorial Video

Grid trading is a type of quantitative trading strategy. This trading bot automates buying and selling on spot trading. It is designed to place orders in the market at preset intervals within a configured price range.

Grid trading is when orders are placed above and below a set price, creating a grid of orders at incrementally increasing and decreasing prices. In this way, it constructs a trading grid.

Binance Spot Grid Trading performs the best in volatile markets when prices fluctuate within a specific range. Essentially, grid trading attempts to make profits on small price changes. Through quantitative trading, it helps you trade rationally and avoid FOMO where possible.



**Risk Warning:** *Grid trading is a trading tool that should not be regarded as financial or investment advice from Binance. Undisciplined setting, unilateral quotation, market prices out of the grid range, all of the above scenarios will result in losses. Grid trading is used at your discretion and at your own risk. Binance will not be liable for any loss that might arise from your use of the feature. It is recommended that users should read and fully understand the Grid Trading Tutorial and make risk control and rational trading within their financial ability.*

## How to access Spot Grid Trading on Binance?

Log in to your Binance account on the Binance website, and click [Trade] - [Strategy Trading].



If you are using the Binance App, tap [Trade] - [Spot]. Tap [N.] and choose [The parameter mode].





## How to set up a Spot grid trading strategy?

You can create a grid trading strategy by setting up your own parameters, or select one of the preset parameters from **[Strategy Pool]** to start.

**Using the preset parameters**

*Please note that the strategy pool function is only available on the website.

1. Go to **[Strategy Pool]** to view all the available preset parameters. You can filter them by ROI, PNL, or popularity.



2. You will see the estimated ROI and PNL, the time the strategy has been running, and its popularity. Select the strategy you want to use and click **[Use Parameter]**.

**Please note that due to differences in market conditions, these preset parameters do not guarantee to deliver the same results.**



3. Select either the [Arithmetic] or [Geometric] mode. The grid parameters are already filled and you only need to enter the investment amount. You may also set up a trigger price, a stop-loss price, and a take-profit price (optional). Click **[Create]** to confirm.

**Please make sure that you have a sufficient balance in your Spot Wallet.**



**Set up your own parameters**

1. Go to [Create Strategy]. Click **[Create]** under [Spot Grid].



2. You will be redirected to the Spot Grid Trading interface. Select a trading pair from the left column. For example, BTC/BUSD.



3. Go to the parameter box on the right. You can use the recommended parameters under **[Auto]** or set up your own from **[Manual]**.

3.1 If you're using **[Auto]**, simply select the time period for the grid strategy and enter the investment amount. Click **[Create]** to set up.



3.2 If you choose **[Manual]**, select either the **[Arithmetic]** or **[Geometric]** mode. Then, set the grid parameters, including the upper and lower price, grid number, and the coin to invest. You may also set up a trigger price, a stop-loss price, and a take-profit price under **[Advanced (Optional)]**.

The system will calculate the minimum investment amount required based on the grid number and coin you selected. Enter the amount to invest and click **[Create]** to place your order.

Please make sure that you have a sufficient balance in your Spot Wallet.



## How to set up the Spot Grid Trading parameters?



### 1. Arithmetic & Geometric mode

- In arithmetic mode, each grid has an equal price difference.
- In geometric mode, each grid has an equal price difference ratio.
- The more grids you include, the more funds you need to invest.

| Arithmetic | ▾ |
| --- | --- |

| Geometric | ▾ |
| --- | --- |

**2. Lower Price and Upper Price**

Lower Price: Bottom of the grid trading price range. The system will no longer execute orders when the market price is lower than the Lower Price.

Upper Price: Top of the grid trading price range. The system will no longer execute orders when the market price is higher than the Upper Price.

**3. Grids**

Divide the interval upper limit price and interval lower limit price into corresponding shares.

**4. Invested Coin**

You can choose to invest in single or dual crypto.

For example, if you chose to invest by BTC, the strategy will only use BTC from your Spot Wallet. If you choose to invest by BTC+BNB, the strategy will use both BTC and BNB from your Spot Wallet.

**Please note that the actual investment amount required for the Grid Trading strategy depends on the market and may not equal the amount you entered.**

**5. Available amount**

The available assets in your Spot Wallet.

Your grid creation might fail if there is insufficient balance in your Spot Wallet. **Please note that the frozen assets from other open orders cannot be used to place new orders.** You can cancel your open orders to utilize your available assets, or adjust the number of grids to reduce the investment amount required to open orders.

**6. Trigger Price (Optional)**

The grid orders will be triggered when the Last Price rises above or falls below the trigger price you entered.

**7. Stop Trigger (Optional)**

You can use Stop Trigger to stop trading when the market price triggers the set prices:

- Stop Loss: should be less than the lower price, last price and trigger price; when the latest market price reaches the Stop Loss price, the grid will stop working.
- Take Profit: should be higher than the upper price, last price and trigger price; when the latest market price reaches the Take Profit price, the grid will stop working.

For example, if you create a BTC grid order with no trigger price, a certain percentage of BNB will be immediately bought at the market price for opening the grid trading. If you set a trigger price, the system will wait for the market price to hit the trigger price before buying BNB at the set price.

If you have both BTC and BNB in your Spot Wallet, you can also choose to invest in BTC+BNB to avoid the additional expense (e.g. transaction fees) incurred when buying BNB.

**8. Sell All Base Coins on Stop**

Once you enable the **[Sell All Base Coins on Stop]** function, the strategy will automatically sell all base coins at market price when the grid is stopped. When the function is disabled, all base coins will be kept in your Spot Wallet.

**9. End**

Click **[End]** to stop grid operation. Running orders will be canceled and all profits will be settled immediately at market price.

Spot Grid Trading follows the spot market trading rules. You need to abide by the rules when placing orders.

## How to check my Spot Grid orders?

**For running orders:**

1. To check your order progress, go to the **[Running]** tab and click the order icon next to the order.



Alternatively, tap [Running] on the Binance App.



2. You will be redirected to the order details page.

Captured by FireShot Pro: 06 January 2023, 01:09:25





You can check the order progress under each tab:

- Working: Your ongoing Grid trading orders;
- Completed: Orders already filled under this strategy;
- Grid Details: Details of your grid settings. You can still set or edit the Stop-Trigger price under Advanced Settings after the grid has been created.

**For past orders:**

1. Click on the **[History]** tab to check your grid trading history and view grid details of completed orders.

## Grid trading strategy example

You can use Grid Trading strategy to buy low and sell high. Let's use BTC/BUSD as an example. Suppose your strategy parameters are set as below:

- Upper price: 60,000 BUSD
- Lower price: 40,000 BUSD
- Number of grids: 5
- Mode: Arithmetic
- Amount invested: 10,000 BUSD
- Current price of BTC/BUSD: 50,000 BUSD

The price structure of this strategy will be placed at 60,000 BUSD, 56,000 BUSD, 52,000 BUSD, 48,000 BUSD, 44,000 BUSD, and 40,000 BUSD according to the parameters you set.

Binance Spot Grid Trading uses normal grids. Orders are placed from the top grid to the bottom grid. When a buy order is filled, a sell order will be placed on the grid above it. As the upper price is set at 60,000 BUSD, the grid strategy will begin by placing a buy order at 56,000 BUSD. This buy order price is higher than the current price (50,000 BUSD), so in theory it will be immediately filled. After the 56,000 order is filled, a new sell order will be placed at 60,000 BUSD. When the buy order at 52,000 BUSD is filled, a sell order of 56,000 BUSD will be placed accordingly and reaches the 48,000 BUSD grid. As the current price is 50,000 BUSD, the buy order at 48,000 cannot be filled, therefore no orders for sell order will be placed at 52,000 BUSD. Similarly, the buy orders at 44,000 and 40,000 BUSD will not be filled.

This is how Grid Trading calculates the actual amount of base currency needed for placing orders and paying transaction fees. It will then automatically place market orders to buy the base currency needed for the grid. When the grid strategy is successfully activated, the order placement will be as follows:

| Price (BUSD) | Order Type |
|---|---|
| 60,000 | Sell |
| 56,000 | Sell |
| 52,000 | No orders will be placed |
| 48,000 | Buy |
| 44,000 | Buy |
| 40,000 | Buy |

After implementing Grid Trading, when the current price drops to 48,000 BUSD, the buy order will be filled and a sell order will be placed at 52,000 BUSD. When the market price pulls back to 52,000 BUSD, the sell order will be filled and a buy order will be placed at 48,000 BUSD to buy low and sell high.

When the BTC price rises above 60,000 BUSD or falls below 40,000 BUSD, the strategy will be suspended. When the price returns to the price range you set, the strategy will resume.



*Risk Warning: The above parameter settings are for reference only. Crypto trading carries a substantial risk and the possibility of both significant profits and losses. The information here should not be regarded as financial or investment advice from Binance. All trading strategies are used at your discretion and at your own risk. Binance will not be liable to you for any loss that might arise from your use of Grid Trading. We strongly recommend you set stop-trigger orders in advance to prevent uncontrollable market movements from causing irreparable losses.*

**Glossary:**

| Order | ▾ |
|---|---|

| Profit | ▾ |
|---|---|



**About Us**
About
Careers
Business Contacts
Community
Binance Blog
Legal
Terms
Privacy
Risk Warning
Announcements
News
Notices
Sitemap
Cookie Preferences

**Products**
Exchange
Academy
Binance Live
Charity
Card
Labs
Launchpad
Research
NFT
Binance Pay
Binance Gift Card
BABT

**Service**
Downloads
Desktop Application
Buy Crypto
Institutional & VIP Services
OTC Trading
Referral
Affiliate
BNB
Listing Application
P2P Merchant Application
P2Pro Merchant Application
Historical Market Data
Proof of Collateral for B-Tokens

**Support**
Give Us Feedback
Support Center
Submit a request
Fees
Trading Rules
Binance Verify
Law Enforcement Requests
Binance Legal (Court Orders)
Binance Airdrop Portal

**Learn**
Learn & Earn
Browse Crypto Prices
Bitcoin Price
Buy BNB
Buy BUSD
Buy Bitcoin
Buy Ethereum
Buy XRP
Buy Dogecoin
Buy Tradable Altcoins

**Trade on the go with Binance**
Register
Scan to download the app

Community

Binance © 2023

BINANCE

Buy Crypto  Markets  Trade  Derivatives  Earn  Finance  NFT  Institutional  Feed                    Log In  Register    USD

# FAQ

Search help articles                          Search

Home  ›  Support Center  ›  FAQ  ›  Spot & Margin Trading  ›  Spot Trading  ›  How to Trade Spot on Binance Website

**Account Functions**
Tutorial
Binance Fan Token
Binance Earn
Crypto Deposit/Withdrawal
Buy Crypto (Fiat/P2P)
Spot & Margin Trading
  Spot Trading
  Margin Trading
Crypto Derivatives
Finance
API
Security
Other Topics
Binance Convert
Binance Link
NFT
VIP

## How to Trade Spot on Binance Website

2020-07-02 03:13



Video Tutorial | Click this video to learn how to spot trade on Binance

A spot trade is a simple transaction between a buyer and a seller to trade at the current market rate, known as the spot price. The trade takes place immediately when the order is fulfilled.

Users can prepare spot trades in advance to trigger when a specific (better) spot price is reached, known as a limit order. You can make spot trades on Binance through our trading page interface.

**Making a spot trade on the Binance Website**

1. Visit the Binance website and click [Log in] at the top right corner.



2. Click on any cryptocurrency on the home page to go directly to the corresponding spot trading page. You can find a larger selection by clicking [View more markets] at the bottom of the list.



3. You will now find yourself on the trading page interface.



**Related Articles**

Different Order Types in Spot Trading

How to Trade Spot on Binance Website

What are Market Order and Limit Order, and How to Place Them

Trading Limits and Rules

What is The Stop-Limit Function and How to Use It

How to Resolve Order Issues

What is Binance Spot Trading Fee and How to Calculate

How to Customize the Trading Page Theme and Layout

How to Set a Price Alert on Binance

How to Spot Trade on Binance App

What are Market Makers and Takers

What is an OCO (One-Cancels-the-Other) Order and How to Use It

What is Rebalancing Bot and Frequently Asked Questions

What is Heatmap on Binance Spot Trading

How to View Delisting Information for Spot and Margin Tokens/Trading Pairs on Binance

How to View My Spot Wallet Activity

How to View My Spot Trading Activity

How to Create a Spot Grid Trading Strategy on Binance

Binance Spot Grid Trading Parameters

How to Download Spot Trading Transaction History Statement

(1). Binance Announcements

(2). Trading volume of trading pair in 24 hours

(3). Sell order book

(4). Buy order book

(5). Candlestick chart and Market Depth

(6). Trading Type: Spot/Cross Margin/Isolated Margin

(7). Type of order: Limit/Market/Stop-limit/OCO(One-Cancels-the-Other)

(8). Buy Cryptocurrency

(9). Sell Cryptocurrency

(10). Market and Trading pairs.

(11). Your latest completed transaction

(12). Market Activities: large fluctuation/activities in market trading

(13). Open orders

(14). Your 24h order history

(15). Binance customer service

4. Let's look at buying some BNB. At the top of the Binance home page, click on the [Trade] option and select [Classic] or [Advanced].

Go to the buying section (8) to buy BNB and fill in the price and the amount for your order. Click on [Buy BNB] to complete the transaction.

You can follow the same steps to sell BNB.



- The default order type is a limit order. If traders want to place an order as soon as possible, they may switch to [Market] Order. By choosing a market order, users can trade instantly at the current market price.
- If the market price of BNB/BTC is at 0.002, but you want to buy at a specific price, for example, 0.001, you can place a [Limit] order. When the market price reaches your set price, your placed order will be executed.
- The percentages shown below the BNB [Amount] field refer to the percentage amount of your held BTC you wish to trade for BNB. Pull the slider across to change the desired amount.

| Products | Service | Support | Learn | Trade on the go with Binance |
|---|---|---|---|---|

## About Us
About
Careers
Business Contacts
Community
Binance Blog
Legal
Terms
Privacy
Risk Warning
Announcements
News
Notices
Sitemap
Cookie Preferences

## Products
Exchange
Academy
Binance Live
Charity
Card
Labs
Launchpad
Research
NFT
Binance Pay
Binance Gift Card
BABT

## Service
Downloads
Desktop Application
Buy Crypto
Institutional & VIP Services
OTC Trading
Referral
Affiliate
BNB
Listing Application
P2P Merchant Application
P2Pro Merchant Application
Historical Market Data
Proof of Collateral for B-Tokens

## Support
Give Us Feedback
Support Center
Submit a request
APIs
Fees
Trading Rules
Binance Verify
Law Enforcement Requests
Binance Legal (Court Orders)
Binance Airdrop Portal

## Learn
Learn & Earn
Browse Crypto Prices
Bitcoin Price
Ethereum Price
Buy BNB
Buy BUSD
Buy Bitcoin
Buy Ethereum
Buy Dogecoin
Buy XRP
Buy Tradable Altcoins

### Trade on the go with Binance
Register
Scan to download the app

**Community**

Binance © 2023



# FAQ

Home › Support Center › FAQ › Spot & Margin Trading › Spot Trading › Trading Limits and Rules

## Trading Limits and Rules

2017-07-10 23:23

Please refer to the link below for the latest trading rules:

https://www.binance.com/en/trade-rule

**Related Articles**

Different Order Types in Spot Trading

How to Trade Spot on Binance Website

What are Market Order and Limit Order, and How to Place Them

Trading Limits and Rules

What is The Stop-Limit Function and How to Use It

How to Resolve Order Issues

What is Binance Spot Trading Fee and How to Calculate

How to Customize the Trading Page Theme and Layout

How to Set a Price Alert on Binance

How to Spot Trade on Binance App

What are Market Makers and Takers

What is an OCO (One-Cancels-the-Other) Order and How to Use It

What Is Rebalancing Bot and Frequently Asked Questions

What Is Heatmap on Binance Spot Trading

How to View Delisting Information for Spot and Margin Tokens/Trading Pairs on Binance

How to View My Spot Wallet Activity

How to View My Spot Trading Activity

How to Create a Spot Grid Trading Strategy on Binance

Binance Spot Grid Trading Parameters

How to Download Spot Trading Transaction History Statement

## About Us

About
Careers
Business Contacts
Community
Binance Blog
Legal
Terms
Privacy
Risk Warning
Announcements
News
Notices
Sitemap
Cookie Preferences

## Products

Exchange
Academy
Binance Live
Buy Crypto
Charity
Card
Labs
Launchpad
Research
Trust Wallet
NFT
Binance Pay
Binance Gift Card
BABT

## Service

Downloads
Desktop Application
Buy Crypto
Institutional & VIP Services
OTC Trading
Referral
Affiliate
BNB
Listing Application
P2P Merchant Application
P2Pro Merchant Application
Historical Market Data
Proof of Collateral for B-Tokens

## Support

Give Us Feedback
Support Center
Submit a request
APIs
Fees
Trading Rules
Binance Verify
Law Enforcement Requests
Binance Legal (Court Orders)
Binance Airdrop Portal

## Learn

Learn & Earn
Browse Crypto Prices
Bitcoin Price
Ethereum Price
Buy BNB
Buy BUSD
Buy Bitcoin
Buy Dogecoin
Buy XRP
Buy Tradable Altcoins

## Trade on the go with Binance

**Register**

Scan to download the app

**Community**

Binance © 2023



# FAQ

Home › Support Center › FAQ › Spot & Margin Trading › Spot Trading › How to Resolve Order Issues

## How to Resolve Order Issues

2018-01-04 22:49

Occasionally you may encounter problems with your orders when trading on Binance. We can divide these into two categories:

**1. Your trade order is not executing**

- Check the selected order's price in the open orders section. Verify whether or not it has matched a counterparty's order (bid/ask) with this price level and volume.
- If you would like to expedite your order, consider canceling it from the open orders section and submitting a new order at a more competitive price. For a quick settlement, you may also consider using a market order.

**2. Your order has a more technical issue**

- Issues like the inability to cancel your orders or coins not being credited to your account require further support. Please contact our Customer Support team and provide screenshots that'll document:
  - The order's details
  - Any error code or exception message

You can contact Customer Support by logging into your account and clicking the support icon in the bottom right corner.



### Related Articles

Different Order Types in Spot Trading

What are Market Order and Limit Order, and How to Place Them

Trading Limits and Rules

What is The Stop-Limit Function and How to Use It

**How to Resolve Order Issues**

What is Binance Spot Trading Fee and How to Calculate

How to Customize the Trading Page Theme and Layout

How to Set a Price Alert on Binance

How to Spot Trade on Binance App

What are Market Makers and Takers

What is an OCO (One-Cancels-the-Other) Order and How to Use It

What Is Rebalancing Bot and Frequently Asked Questions

What Is Heatmap on Binance Spot Trading

How to View Delisting Information for Spot and Margin Tokens/Trading Pairs on Binance

How to View My Spot Wallet Activity

How to View My Spot Trading Activity

How to Create a Spot Grid Trading Strategy on Binance

Binance Spot Grid Trading Parameters

How to Download Spot Trading Transaction History Statement

### About Us

About
Careers
Business Contacts
Community
Binance Blog
Legal
Terms
Privacy
Risk Warning
Announcements
News
Notices
Sitemap
Cookie Preferences

### Products

Exchange
Academy
Binance Live
Charity
Card
Labs
Launchpad
Research
Trust Wallet
NFT
Binance Pay
Binance Gift Card
BABT

### Service

Downloads
Desktop Application
Buy Crypto
Institutional & VIP Services
OTC Trading
Referral
Affiliate
BNB
Listing Application
P2P Merchant Application
P2Pro Merchant Application
Historical Market Data
Proof of Collateral for B-Tokens

### Support

Give Us Feedback
Support Center
Submit a request
APIs
Fees
Trading Rules
Binance Verify
Law Enforcement Requests
Binance Legal (Court Orders)
Binance Airdrop Portal

### Learn

Learn & Earn
Browse Crypto Prices
Bitcoin Price
Ethereum Price
Buy BNB
Buy BUSD
Buy Bitcoin
Buy Ethereum
Buy Dogecoin
Buy XRP
Buy Tradable Altcoins

### Trade on the go with Binance

Register

Scan to download the app

Community

Binance © 2023

# FAQ

Home | Support Center | FAQ | Spot & Margin Trading | Spot Trading | How to Customize the Trading Page Theme and Layout

## How to Customize the Trading Page Theme and Layout

2022-03-24 04:58

To customize your trading page theme and layout, click on the settings icon in the top right corner.



To restore to the default layout, click **[Back to Default Layout]** at the bottom of the drop-down menu.



### Related Articles

Different Order Types in Spot Trading

How to Trade Spot on Binance Website

What are Market Order and Limit Order, and How to Place Them

Trading Limits and Rules

What is The Stop-Limit Function and How to Use It

How to Resolve Order Issues

What is Binance Spot Trading Fee and How to Calculate

How to Customize the Trading Page Theme and Layout

How to Set a Price Alert on Binance

How to Spot Trade on Binance App

What are Market Makers and Takers

What is an OCO (One-Cancels-the-Other) Order and How to Use It

What Is Rebalancing Bot and Frequently Asked Questions

What Is Heatmap on Binance Spot Trading

How to View Delisting Information for Spot and Margin Tokens/Trading Pairs on Binance

How to View My Spot Wallet Activity

How to View My Spot Trading Activity

How to Create a Spot Grid Trading Strategy on Binance

Binance Spot Grid Trading Parameters

How to Download Spot Trading Transaction History Statement

### About Us

About
Careers
Business Contacts
Community
Binance Blog
Legal
Terms
Privacy
Risk Warning
Announcements
Notices
Sitemap
Cookie Preferences

### Products

Exchange
Academy
Binance Live
Charity
Card
Labs
Launchpad
Research
Trust Wallet
NFT
Binance Pay
Binance Gift Card
BABT

### Service

Downloads
Desktop Application
Buy Crypto
Institutional & VIP Services
OTC Trading
Referral
Affiliate
BNB
Listing Application
P2P Merchant Application
P2Pro Merchant Application
Historical Market Data
Proof of Collateral for B-Tokens

### Support

Give Us Feedback
Support Center
Submit a request
APIs
Fees
Trading Rules
Binance Verify
Law Enforcement Requests
Binance Legal (Court Orders)
Binance Airdrop Portal

### Learn

Learn & Earn
Browse Crypto Prices
Bitcoin Price
Ethereum Price
Buy BNB
Buy BUSD
Buy Bitcoin
Buy Ethereum
Buy Dogecoin
Buy XRP
Buy Tradable Altcoins

### Trade on the go with Binance

Register

Scan to download the app

Community

Binance © 2023



FAQ

Home > Support Center > FAQ > Spot & Margin Trading > Spot Trading > How to Spot Trade on Binance App

## How to Spot Trade on Binance App

2020-10-29 06:55



Related Articles

Different Order Types in Spot Trading

How to Trade Spot on Binance Website

What are Market Order and Limit Order and How to Place Them

Trading Limits and Rules

What is The Stop-Limit Function and How to Use It

How to Resolve Order Issues

What is Binance Spot Trading Fee and How to Calculate

How to Customize the Trading Page Theme and Layout

How to Set a Price Alert on Binance

How to Spot Trade on Binance App

What are Market Makers and Takers

What is an OCO (One-Cancels-the-Other) Order and How to Use It

What is Rebalancing Bot and Frequently Asked Questions

What is Heatmap on Binance Spot Trading

How to View Delisting Information for Spot and Margin Tokens/Trading Pairs on Binance

How to View My Spot Wallet Activity

How to View My Spot Trading Activity

How to Create a Spot Grid Trading Strategy on Binance

Binance Spot Grid Trading Parameters

How to Download Spot Trading Transaction History Statement

A spot trade is a simple transaction between a buyer and a seller to trade at the current market rate, known as the spot price. The trade takes place immediately when the order is fulfilled.

Users can prepare spot trades in advance to trigger when a specific (better) spot price is reached, known as a limit order. You can make spot trades with Binance on the Binance App.

**Making a spot trade on the Binance App**

1. Log in to the Binance App and click on [Trade] to go to the spot trading page.



2. You'll now find yourself on the trading page interface.



(1). Market and Trading pairs

(2). Real-time market candlestick chart supported cryptocurrency trading pairs, and the "Buy Crypto" section

(3). Sell/Buy order book

(4). Buy/Sell Cryptocurrency

(5). Open orders

As an example, we will make a "Limit order" trade to buy BNB.

(1). Input the spot price you wish to buy your BNB for and that will trigger the limit order. We have set this as 0.002 BTC per BNB.

(2). In the [Amount] field, input the amount of BNB you wish to purchase. You may also use the percentages underneath to select how much of your held BTC you want to use to buy BNB.

(3). Once the market price of BNB reaches 0.002 BTC, the limit order will trigger and complete. 1 BNB will be sent to your spot wallet.



You can follow the same steps to sell BNB or any other chosen cryptocurrency by selecting the [Sell] tab.

NOTE:

- The default order type is a limit order. If traders want to place an order as soon as possible, they may switch to [Market] Order: By choosing a market order, users can trade instantly at the current market price.
- If the market price of BNB/BTC is at 0.002, but you want to buy at a specific price, for example, 0.001, you can place a [Limit] order. When the market price reaches your set price, your placed order will be executed.
- The percentages shown below the BNB [Amount] field refer to the percentage amount of your held BTC you wish to trade for BNB. Pull the slider across to change the desired amount.



Binance © 2023

Captured by FireShot Pro: 06 January 2023, 01:09:45



# FAQ

Home   Support Center   FAQ   Spot & Margin Trading   Spot Trading   What is an OCO (One-Cancels-the-Other) Order and How to Use It

## What is an OCO (One-Cancels-the-Other) Order and How to Use It

2019-08-19 03:16

### What is an OCO order?

A One-Cancels-the-Other (OCO) order combines one stop limit order and one limit order, where if one is fully or partially fulfilled, the other is canceled.

An OCO order on Binance consists of a stop-limit order and a limit order with the same order quantity. Both orders must be either buy or sell orders. If you cancel one of the orders, the entire OCO order pair will be canceled.

For more details, please refer to our Binance Academy article What is an OCO Order?.

### How to use the OCO order?

Suppose BNB is trading between 510 BUSD and its resistance price of 540 BUSD. You would like to buy BNB if the price drops to 500 BUSD or rises above 540 BUSD.

You can create an OCO order with a limit order at 500 BUSD and a stop-limit order with a stop (trigger) price of 540 BUSD. You can then set the stop-limit order's limit price to 550 BUSD, so the order will likely be filled.

When BNB reaches 500 BUSD, the limit order will be filled. This means the stop-limit order will be automatically canceled.

#### OCO buy order example



For buy orders, you should set the stop price (B) above the current price and the limit price (C) below the current price.

For example, the stop-limit order will be triggered when the price goes up to **3,000 (B)**, and the limit order will be canceled simultaneously. However, if the price drops to **1,500 (C) or below**, the limit order will be executed automatically and the stop-limit order will be canceled.

#### OCO sell order example



For sell orders, you can set the stop price (C) below the current price and the limit price (B) above the current price.

For example, the stop-limit order will be triggered when the price drops to **1,500 (C)**, and the limit order will be canceled simultaneously. However, if the price goes up to **3,000 (B) or above**, the limit order will be executed automatically and the stop-limit order will be canceled.

#### How to place an OCO order on Binance?

1. Log in to your Binance account and go to [Trade] - [Spot]. Select [Buy] or [Sell] and click [OCO]. We'll use a buy OCO order as an example.

2. Enter the order details:

- [Price] is your limit order's price. e.g. 500 BUSD.
- [Stop] is the trigger price of your stop-limit order. e.g. 540 BUSD.
- [Limit] is the limit price of the stop-limit order. e.g. 550 BUSD.
- [Amount] is the amount of crypto you want to purchase.

3. Click [Buy BNB] to place the OCO order.



#### How to check my OCO orders?

Once orders are submitted, you can see all open orders under [Open Orders].



You can also find the history of your executed orders under [Order History].

#### How to set up an OCO order?

For sell orders, we recommend:

Limit price > current market price > stop-loss trigger price (stop-limit)

For buy orders, we recommend:

Limit price < current market price < stop-loss trigger price (stop-limit)

*We recommend setting the limit price closer to the stop-loss trigger price.

### Related Articles

Different Order Types in Spot Trading

How to Trade Spot on Binance Website

What are Market Order and Limit Order, and How to Place Them

Trading Limits and Rules

What Is The Stop-Limit Function and How to Use It

How to Resolve Order Issues

What is Binance Spot Trading Fee and How to Calculate

How to Customize the Trading Page Theme and Layout

How to Set a Price Alert on Binance

How to Spot Trade on Binance App

What are Market Makers and Takers

What is an OCO (One-Cancels-the-Other) Order and How to Use It

What Is Rebalancing Bot and Frequently Asked Questions

What Is Heatmap on Binance Spot Trading

How to View Delisting Information for Spot and Margin Tokens/Trading Pairs on Binance

How to View My Spot Wallet Activity

How to View My Spot Trading Activity

Binance Spot Grid Trading Parameters

How to Create a Spot Grid Trading Strategy on Binance

How to Download Spot Trading Transaction History Statement

Case 1:23-cv-01599-ABJ    Document 15-2    Filed 06/06/23    Page 39 of 51

# FAQ

Home  >  Support Center  >  FAQ  >  Spot & Margin Trading  >  Spot Trading  >  What Is Heatmap on Binance Spot Trading

# What Is Heatmap on Binance Spot Trading

2023-12-07 03:49

## What is the Heatmap?

The Heatmap displays the top 30 cryptocurrencies by market cap and trading volume in the Binance Spot market. It shows real-time data in blocks to reflect the rising or declining trends.

## What data can I find on the Heatmap?

The Heatmap enables traders to quickly analyze the performance of crypto in the Binance Spot market in terms of trading volume and market cap changes. There are two types of Heatmap on the Binance Spot market. Trading Volume Heatmap and Market Cap Heatmap.

You can quickly view the price movement of a particular cryptocurrency on the Heatmap. Different colors represent different price movements on a rolling 24-hour basis. By default, green means that the coin's price has been going up, while red means that it has been declining. Gray means that it has been static. The different shades of color also give you an insight into how the coin's price has changed over the last 24 hours:

- 0% = gray
- 0 - 10% = light green/red
- 10 - 20% = green/red
- 20%+ = dark green/red

You may notice the blocks are in different sizes. On the Trading Volume Heatmap, the higher the trading volume a coin has on the Binance Spot market, the bigger its block. Similarly, on the Market Cap Heatmap, the higher the coin's market cap, the bigger its block.

In addition, you can find the Binance Spot market data of the particular coin in the block, including

- Current price (in fiat);
- 24-hour price change (in percentage).

To view additional information about the coin, such as its trading volume and market cap, hover over its block. If you click on the block, you will be redirected to the coin's trading page.

## How to access the Heatmap in the Binance Spot market?

1. Log in to your Binance account and go to **[Trade]** - **[Spot]**.



2. Click **[Settings]**. Select **[Advanced]** and toggle on the button next to **[Heatmap]**.



3. Scroll down on the trading interface and you will see the Heatmap.



4. Click the arrow on the top right corner of the Heatmap to switch between the **[Trading Volume]** and the **[Market Cap]** Heatmaps.



## Related Articles

Different Order Types in Spot Trading

How to Trade Spot on Binance Website

What are Market Order and Limit Order, and How to Place Them

Trading Limits and Rules

What is The Stop-Limit Function and How to Use It

How to Resolve Order Issues

What is Binance Spot Trading Fee and How to Calculate

How to Customize the Trading Page Theme and Layout

How to Set a Price Alert on Binance

How to Spot Trade on Binance App

What are Market Makers and Takers

What is an OCO (One-Cancels-the-Other) Order and How to Use It

What Is Rebalancing Bot and Frequently Asked Questions

What Is Heatmap on Binance Spot Trading

How to View Delisting Information for Spot and Margin Trading/Tokens/Trading Pairs on Binance

How to View My Spot Wallet Activity

How to View My Spot Trading Activity

How to Create a Spot Grid Trading Strategy on Binance

Binance Spot Grid Trading Parameters

How to Download Spot Trading Transaction History Statement

### About Us
About
Careers
Business Contacts
Community
Binance Blog
Legal
Terms
Privacy
Risk Warning
Announcements
News
Notices
Sitemap
Cookie Preferences

### Products
Exchange
Binance Live
Charity
Card
Labs
Launchpad
Research
Trust Wallet
Binance Pay
Binance Gift Card
BABT

### Service
Downloads
Desktop Application
Buy Crypto
OTC Trading
Affiliate
Referral
Binance Verify
Trading Rules
BNB
Listing Application
P2P Merchant Application
P2Pro Merchant Application
Historical Market Data
Proof of Collateral for B-Tokens

### Support
Give Us Feedback
Support Center
Submit a request
APIs
Fees
Law Enforcement Requests
Binance Legal (Court Orders)
Binance Airdrop Portal

### Learn
Learn & Earn
Browse Crypto Prices
Bitcoin Price
Ethereum Price
Buy BNB
Buy BUSD
Buy Bitcoin
Buy Ethereum
Buy Dogecoin
Buy XRP
Buy Tradable Altcoins

### Trade on the go with Binance
Register



Scan to download the App

Community

Binance © 2023

# FAQ

Home › Support Center › FAQ › Spot & Margin Trading › Spot Trading › How to View My Spot Wallet Activity

## How to View My Spot Wallet Activity

2022-09-26 02:15

You can easily view your Spot Wallet activities, including activity history, asset balance, and today's PnL, from the Binance website and App.

### How to view my Spot Wallet activities from the Binance website?

1. Log in to your Binance account and go to [**Wallet**] - [**Fiat and Spot**].



2. You can view all the fiat and crypto assets you hold and their respective balance. You can also buy, trade, deposit, withdraw, and convert them under [**Action**].

Please note that the assets are ranked according to the value of your holdings, calculated based on the latest market price. You can sort the assets by clicking the arrows next to each field.

- [**Total**] shows the total balance of that asset;
- [**Available**] shows the asset balance that is available for use;
- [**In Order**] shows the amount of assets that are frozen for open orders, including spot orders, NFT bidding, P2P orders, etc. Once the order is closed (filled, canceled, or expired), the amount of assets under [**In Order**] will decrease;
- [**BTC Value**] shows the total amount of assets in your account, estimated in BTC. Please note that this does not equal the amount of BTC you hold.

3. You may view your profit and loss analysis of the day by clicking the arrow next to [**Today's PnL**].

4. You can view the profit and loss of your Spot Wallet assets during a specific period.

- **Today's PnL** = Current Spot Wallet balance - Initial Spot Wallet balance of the day - Net total of transfer and deposit of the day
- **Cumulative PnL** = Cumulative PnL / (Initial Spot Wallet Balance on Day 1 + Daily Cumulative Average Net Transfer and Deposit from Day 1 to Day N)
- **Asset Allocation** ranks your Spot Wallet assets by volume, calculated based on the latest market price
- **Daily PnL** = Daily end-of-day Spot Wallet asset balance - Daily Spot Wallet asset balance at 00:00 - Net total of transfer and deposit of the day
- **Asset Net Worth** shows the total net value of all Spot Wallet assets from Day 1 to Day N

Please note:

- The data statistics time is based on UTC+0 and the daily maintenance time is 00:00 - 02:00 (UTC+0). During the data maintenance period, the previous day's profit and loss will not be displayed.
- Due to the complexity of data, there may be calculation errors and delays. The above data is for reference only.

5. You can view all the crypto in your Spot Wallet. Click the [>] next to each asset to view its transaction history.



### Related Articles

Different Order Types in Spot Trading

How to Trade Spot on Binance Website

What are Market Order and Limit Order, and How to Place Them

Trading Limits and Rules

What is The Stop-Limit Function and How to Use It

How to Resolve Order Issues

What is Binance Spot Trading Fee and How to Calculate

How to Customize the Trading Page Theme and Layout

How to Set a Price Alert on Binance

How to Spot Trade on Binance App

What are Market Makers and Takers

What is an OCO (One-Cancels-the-Other) Order and How to Use It

What Is Rebalancing Bot and Frequently Asked Questions

What Is Heatmap on Binance Spot Trading

How to View Delisting Information for Spot and Margin Tokens/Trading Pairs on Binance

How to View My Spot Wallet Activity

How to View My Spot Trading Activity

How to Create a Spot Grid Trading Strategy on Binance

Binance Spot Grid Trading Parameters

How to Download Spot Trading Transaction History Statement



You can filter the transactions from the drop-down menu.



**Please note:**

- The currency details page only supports your transaction history for the past 3 months. To view older transaction records, please refer to How to Download Spot Trading Transaction History Statement.

- Currently, you can only view your deposit, withdrawal, Binance Convert, buy, sell, Binance Earn, distribution, and transfer history.

### How to view my Spot Wallet activities from the Binance App?

1. Log in to your Binance App and go to **[Wallets]** - **[Spot]**. Here you can view all the crypto assets you hold and their respective balance, ranked from high to low based on the latest market price.





**\*Please note that the valuation displayed on your Spot Wallet does not represent the actual value of the asset you hold.** Please check if the amount of assets displayed is correct.

2. Tap on the **[>]** next to **[Today's PNL]** to view your profit and loss analysis.



3. You may also tap on a specific crypto to view details on the asset.





## Frequently Asked Questions

**1. Why doesn't the Spot Wallet value estimation match the market price?**

The fiat value displayed on the Spot Wallet is an estimation for your reference only. It is calculated by first converting the coin's value to BTC, then converting the BTC value to fiat. Due to the difference in the exchange rate and market price, the value estimation shown might not reflect the actual asset value you hold. **Do not evaluate the balance of your wallet using the valuation in fiat currency.** Instead, please use the total amount of your coin. For example, if you have 0.5 BNB, you have 0.5 BNB regardless of the valuation in fiat.

**2. Why does [Today's PnL] differ from my actual profit & loss?**

There are many different ways to calculate profit and loss. The method you use may differ from the formula Binance uses. You can hover over the **[Information]** icon next to **[Today's PNL]** for more details.

Alternatively, you can manually calculate your profit and loss by downloading your Spot Wallet history.

**3. Why are some transaction records missing from my wallet history?**

Some products' transaction records, such as Dual Investment and Simple Earn Locked Products, are still being updated, so you may not be able to view them directly on the **[History]** page. You can generate a transaction statement to view your transaction details.

**4. Why can't I view transaction history older than 6 months?**

For security reasons, you can only view up to 6 months of transaction records and enquire about no more than 3 months' records in a single query. To view older transaction history, please refer to How to Use Binance Account Statements.

**5. How do I export all sales records for tax filing?**

Please refer to How to Obtain Tax Reporting on Binance & Frequently Asked Questions.

**6. How can I see a breakdown of the currencies I own?**

You can use the Account Statement function to generate a snapshot of your account across your Binance wallets and export it as a JPEG image/PDF file, or send it to your registered email address. Please refer to How to Use Binance Account Statements.

**7. Why is my equity value so low?**

This estimated equity value is first converted to BTC and then to USDT (or any fiat currency you have chosen in the settings).

Due to the difference in the exchange rate and market price, the value estimation shown might not reflect the actual asset value you hold. **Do not evaluate the balance of your wallet using the valuation in fiat currency. Instead, please use the total amount of your coin. For example, if you have 0.5 BNB, you have 0.5 BNB regardless of the valuation in fiat.**

| About Us | Products | Service | Support | Learn | Trade on the go with Binance |
|---|---|---|---|---|---|
| About | Exchange | Downloads | Give Us Feedback | Learn & Earn | |
| Careers | Academy | Desktop Application | Support Center | Browse Crypto Prices | Register |
| Business Contacts | Binance Live | Buy Crypto | Submit a request | Bitcoin Price | |
| Community | Charity | Institutional & VIP Services | APIs | Ethereum Price | |
| Binance Blog | Card | OTC Trading | Fees | Buy BNB | |
| Legal | Labs | Referral | Trading Rules | Buy BUSD | |
| Terms | Launchpad | Affiliate | Binance Verify | Buy Bitcoin | |
| Privacy | Research | BNB | Law Enforcement Requests | Buy Ethereum | |
| Risk Warning | Trust Wallet | Listing Application | Binance Legal (Court Orders) | Buy Dogecoin | |
| Announcements | NFT | P2P Merchant Application | Binance Airdrop Portal | Buy XRP | |
| News | Binance Pay | P2Pro Merchant Application | | Buy Tradable Altcoins | |
| Notices | Binance Gift Card | Historical Market Data | | | |
| Sitemap | BABT | Proof of Collateral for B-Tokens | | | |
| Cookie Preferences | | | | | |

Scan to download the app

**Community**

Binance © 2023

# FAQ

Home  ›  Support Center  ›  FAQ  ›  Spot & Margin Trading  ›  Spot Trading  ›  How to Create a Spot Grid Trading Strategy on Binance

## How to Create a Spot Grid Trading Strategy on Binance

2022-08-09 23:11

You can create your own spot grid trading strategy on Binance by setting parameters or copying existing parameters from the Strategy Pool. Follow the step-by-step guide below to start spot grid trading.

## How to create a spot grid trading strategy?

1. Log in to your Binance account and go to [Trade] - [Strategy Trading].



2. Go to [Create Strategy] and click [Create] next to [Spot Grid].



3. You will be redirected to the Spot Grid Trading interface. Go to the market you want to trade, for example, BTC/BUSD.



4. Select [Auto] or [Manual].

- Auto: It will automatically generate parameters based on the technical analysis of the symbol price and the time period you select.

Please note that the system will use market prices in different time intervals to calculate the most suitable strategy parameters for you, but there is no guarantee how long your grid strategy will run. The recommended parameters will vary depending on the time period you select.

- Manual: You can copy the parameters from the [Auto] tab and modify them into your own grid strategy, or use the [Arithmetic] or [Geometric] mode to set parameters for your grid strategy.

For more details, please refer to How to Use Spot Grid Trading Auto Parameters.



### Related Articles

Different Order Types in Spot Trading

How to Trade Spot on Binance Website

What are Market Order and Limit Order, and How to Place Them

Trading Limits and Rules

What Is the Stop-Limit Function and How to Use It

How to Resolve Order Issues

What is Binance Spot Trading Fee and How to Calculate

How to Customize the Trading Page Theme and Layout

How to Set a Price Alert on Binance

How to Spot Trade on Binance App

What are Market Makers and Takers

What is an OCO (One-Cancels-the-Other) Order and How to Use It

What Is Rebalancing Bot and Frequently Asked Questions

What Is Heatmap on Binance Spot Trading

How to View Delisting Information for Spot and Margin Tokens/Trading Pairs on Binance

How to View My Spot Wallet Activity

How to View My Spot Trading Activity

How to Create a Spot Grid Trading Strategy on Binance

Binance Spot Grid Trading Parameters

How to Download Spot Trading Transaction History Statement



## How to use an existing parameter to create a spot grid trading strategy?

1. Log in to your Binance account and go to [Trade] - [Strategy Trading].



2. Go to [Strategy Pool] to search for existing strategies. Select the market, running time, ROI, and zone, then click [Filter].



3. You can view the available strategies and their respective ROI, PnL, and popularity. To create a spot grid order using an existing strategy, click [Use Parameter].



4. Select the [Arithmetic] or [Geometric] mode and enter the number of grids and investment amount. You may also set the trigger price and the stop-loss/take-profit price for the order. Click [Create].

**Please note that due to differences in market conditions when creating an order, using a shared parameter to create your order does not guarantee to deliver you the same result.**



5. Your order is successfully created. To view or cancel your grid trading strategy, go to [Running].



| About Us | Products | Service | Support | Learn | Trade on the go with Binance |
|---|---|---|---|---|---|
| About | Exchange | Downloads | Give Us Feedback | Learn & Earn | |
| Careers | Academy | Desktop Application | Support Center | Browse Crypto Prices | |
| Business Contacts | Binance Live | Buy Crypto | Submit a request | Bitcoin Price | Register |

| Community | Charity | Institutional & VIP Services | APIs | Ethereum Price |
|---|---|---|---|---|
| Binance Blog | Card | OTC Trading | Fees | Buy BNB |
| Legal | Labs | Referral | Trading Rules | Buy BUSD |
| Terms | Launchpad | Affiliate | Binance Verify | Buy Bitcoin |
| Privacy | Research | BNB | Law Enforcement Requests | Buy Ethereum |
| Risk Warning | Trust Wallet | Listing Application | Binance Legal (Court Orders) | Buy Dogecoin |
| Announcements | NFT | P2P Merchant Application | Binance Airdrop Portal | Buy XRP |
| News | Binance Pay | P2Pro Merchant Application | | Buy Tradable Altcoins |
| Notices | Binance Gift Card | Historical Market Data | | |
| Sitemap | BABT | Proof of Collateral for B-Tokens | | |
| Cookie Preferences | | | | |



Scan to download the app

Community  ⊙  ⊙  ♪  f  𝕏  ⊙  ⊙  ⊙  ⊙  ▶

Binance © 2023

# FAQ

🔍 Search help articles    **Search**

Home  >  Support Center  >  FAQ  >  Spot & Margin Trading  >  Spot Trading  >  How to Download Spot Trading Transaction History Statement

Account Functions
Tutorial
Binance Fan Token
Binance Earn
Crypto Deposit/Withdrawal
Buy Crypto (Fiat/P2P)
Spot & Margin Trading
Margin Trading
Spot Trading
Crypto Derivatives
Finance
API
Security
Other Topics
Binance Convert
Binance Link
NFT
VIP

## How to Download Spot Trading Transaction History Statement

2022-04-24 07:33

To help you keep track of your spot market crypto trades, you can generate an annual transaction report of your Binance spot trading history.

1. Log in to your Binance account and go to [Orders] - [Spot Order].



2. Click [Trade History] - [Export].

3. Select [Beyond 6 months - Custom] and click on the calendar bar to adjust the dates. You can download up to a full year's trading history.



4. Click [Generate].

Please note that you can only generate up to 5 statements per month.



5. After the statement is ready, you will receive an SMS or an email reminder.

6. Click [Download] to save it in a CSV file.

Please note that the statement download link will only be stored for 7 days. Please download it as soon as possible.



### Related Articles

Different Order Types in Spot Trading
How to Trade Spot on Binance Website
What are Market Order and Limit Order, and How to Place Them
Trading Limits and Rules
What is The Stop-Limit Function and How to Use It
How to Resolve Order Issues
What is Binance Spot Trading Fee and How to Calculate
How to Customize the Trading Page Theme and Layout
How to Set a Price Alert on Binance
How to Spot Trade on Binance App
What are Market Makers and Takers
What is an OCO (One-Cancels-the-Other) Order and How to Use It
What Is Rebalancing Bot and Frequently Asked Questions
What is Heatmap on Binance Spot Trading
How to View Delisting Information for Spot and Margin Tokens/Trading Pairs on Binance
How to View My Spot Wallet Activity
How to View My Spot Trading Activity
How to Create a Spot Grid Trading Strategy on Binance
Binance Spot Grid Trading Parameters
How to Download Spot Trading Transaction History Statement

### About Us
Careers
Business Contacts
Community
Binance Blog
Legal
Terms
Privacy
Announcements
News
Notices
Sitemap
Cookie Preferences

### Products
Exchange
Academy
Binance Live
Charity
Card
Labs
Launchpad
NFT
Research
Trust Wallet
Binance Pay
Binance Gift Card
BABT

### Service
Downloads
Desktop Application
Buy Crypto
Institutional & VIP Services
OTC Trading
Referral
Affiliate
BNB
Listing Application
P2P Merchant Application
P2Pro Merchant Application
Historical Market Data
Proof of Collateral for B-Tokens

### Support
Give Us Feedback
Support Center
Submit a request
APIs
Fees
Binance Verify
Trading Rules
Law Enforcement Requests
Binance Legal (Court Orders)
Binance Airdrop Portal

### Learn
Learn & Earn
Browse Crypto Prices
Bitcoin Price
Ethereum Price
Buy BNB
Buy BUSD
Buy Bitcoin
Buy Ethereum
Buy Dogecoin
Buy XRP
Buy Tradable Altcoins

### Trade on the go with Binance
Register

Scan to download the app

Community    ⊙    ✈    ♪    f    𝕏    ⊙    ◉    ⊕    ▶    ▶

Binance © 2023

Captured by FireShot Pro: 06 January 2023, 01:10:09

# FAQ

## How to Customize the Candlestick Colours and Technical Indicators

2022-03-28 21:30

Original View TradingView

### How to Customize the Candlestick Colors and Technical Indicators on the Original View

You can customize the candlestick colors and technical indicators displayed on the Original view mode.

**To customize the candlestick colors on the Original View:**

1. Click **[Original]** to go to the Original view.

2. Right-click on the chart and choose **[Setting]**.

3. Click on each box to select your preferred colors, then click **[Save]**. To restore to the default colors, click **[Reset]**.

**To customize the technical indicators on the Original View:**

1. On the [Original] view, click on the **[Technical Indicator]** icon.

2. Select the indices to be displayed on the chart and customize the colors, then click **[Save]**. To restore to the default colors, click **[Reset]**.

Related Articles
Different Order Types in Spot Trading
How to Trade Spot on Binance Website
What are Market Order and Limit Order, and How to Place Them
Trading Limits and Rules
What is The Stop-Limit Function and How to Use It
How to Resolve Order Issues
What is Binance Spot Trading Fee and How to Calculate
How to Customize the Trading Page Theme and Layout
How to Set a Price Alert on Binance
How to Spot Trade on Binance App
What are Market Makers and Takers
What is an OCO (One-Cancels-the-Other) Order and How to Use It
What Is Rebalancing Bot and Frequently Asked Questions
What Is Heatmap on Binance Spot Trading
How to View Delisting Information for Spot and Margin Tokens/Trading Pairs on Binance
How to View My Spot Wallet Activity
How to View My Spot Trading Activity
How to Create a Spot Grid Trading Strategy on Binance
Binance Spot Grid Trading Parameters
How to Download Spot Trading Transaction History Statement

Binance © 2023

Captured by FireShot Pro: 06 January 2023, 01:10:13



Home › Support Center › FAQ › Spot & Margin Trading › Spot Trading › How to Use Spot Grid Trading Auto Parameters

# FAQ

**How to Use Spot Grid Trading Auto Parameters**
2022-03-22 03:45

## What is grid trading?

Grid trading is a strategic tool to automate buy and sell orders at preset intervals and preset price ranges. The feature is designed to help you make profits on small price fluctuations as it performs best in volatile and sideways markets. You can also customize and set grid parameters to define a range to profit from price volatility.

To help you build your own grid trading strategy, we will provide recommended parameters in this article. These include lower price limit, upper price limit, and grid count. You may use the new auto parameters function to create a grid trading strategy with just one click.

## How to use spot grid trading parameters?

*Please note that you can only create 1 grid strategy for each trading pair and the maximum number of grids you can create is 200. You can set a maximum of 10 grid strategies.*

1. Log in to your Binance account and click [Trade] - [Strategy Trading].



2. You can create your own grid trading strategy by clicking [Create Strategy], or copy an existing grid strategy's parameters from [Strategy Pool].

For more details, please refer to How to Create a Spot Grid Trading Strategy on Binance.



3. If you're creating your own grid trading strategy, you'll be redirected to the spot grid trading interface. Here you can select the [Auto] or [Manual] mode to start.

Using auto parameters ▾

Setting manual parameters ▾

## How are auto parameters calculated?

### Upper & Lower Price

- Upper Band = MA + BBM * Standard Deviation
- Lower Band = MA – BBM * Standard Deviation

*What is BBM: https://academy.binance.com/en/articles/bollinger-bands-explained

### Grid Number

Grid Number = (grid_upper_limit – grid_lower_limit)/ATR

*Average True Range (ATR) for the past pre-defined hours of the selected symbol

*Risk Warning: Grid trading as a strategic trading tool should not be regarded as financial or investment advice from Binance. Grid trading is used at your discretion and at your own risk. Binance will not be liable to you for any loss that might arise from your use of the feature. It is recommended that you should read and fully understand the Grid Trading Tutorial and make risk control and rational trading within your financial ability. For a complete strategy trading disclaimer, please refer to here.*



# What Are Maker (Post Only) Order, Time in Force Order, and Iceberg Order

2021-07-24 06:40

When you place an order on Binance.com, you can select from an array of order types to fulfill your different needs.

## 1. Limit Order - Maker (Post Only)

When placing a limit order, you can check the [Post Only] box and your order will not be executed immediately in the market. It will exist as a maker order on the order book, but never match with orders that are already on the book. Maker orders add liquidity to the market. You will only be charged a maker fee, not a taker fee, when your placed order is executed.

However, if you want to execute part of the order immediately, for example, you want to buy an asset at a price above the current market price, the system will automatically cancel your order upon the order placement.



## 2. Time in Force Order

Time in force indicates how long your order will remain active before it is executed or expired. This allows you to be more specific about the time parameters, and you can customize the time when you place an order.

At Binance, you can place GTC (Good-Till-Cancel), IOC (Immediate-Or-Cancel), or FOK (Fill-Or-Kill) orders:

- **GTC (Good-Till-Cancel):** the order will last until it is completed or you cancel it.
- **IOC (Immediate-Or-Cancel):** the order will attempt to execute all or part of it immediately at the price and quantity available, then cancel any remaining, unfilled part of the order. If no quantity is available at the chosen price when you place the order, it will be canceled immediately. Please note that Iceberg orders are not supported.
- **FOK (Fill-Or-Kill):** the order is instructed to execute in full immediately (filled), otherwise it will be canceled (killed). Please note that Iceberg orders are not supported.



### 3. Iceberg Order

Iceberg orders are large orders split up into a series of smaller limit orders. Typically, they are placed in this way to avoid disrupting the market with a single large order. Iceberg orders consist of visible and hidden orders, only a small portion of it is displayed on the order book. When the visible orders are executed, the hidden orders will then transition to the order book.

Iceberg order will split the original limit order into several orders on the orderbook, only after the current one is completed, the next one will be placed. The number of icebergs = Order Amount / Iceberg Amount (cannot be higher than 10).

For example, you wish to sell 1,000 BNB with limit order, you can place your order by checking the **[Iceberg]** button. Fill in the total amount you want to sell and your order will be divided into small orders (e.g. 100 BNB per order). After the initial order is filled, the other orders will be executed progressively.





## About Us

About
Careers
Business Contacts
Community
Binance Blog
Legal
Terms
Privacy
Risk Warning
Announcements
News
Notices
Sitemap
Cookie Preferences

## Products

Exchange
Academy
Binance Live
Charity
Card
Labs
Launchpad
Research
Trust Wallet
Binance Pay
NFT
Binance Gift Card
BABT

## Service

Downloads
Desktop Application
Buy Crypto
Institutional & VIP Services
OTC Trading
Referral
Affiliates
BNB
Listing Application
P2P Merchant Application
P2Pro Merchant Application
Historical Market Data
Proof of Collateral for B-Tokens

## Support

Give Us Feedback
Support Center
Submit a request
APIs
Fees
Trading Rules
Binance Verify
Law Enforcement Requests
Binance Legal (Court Orders)
Binance Airdrop Portal

## Learn

Learn & Earn
Browse Crypto Prices
Bitcoin Price
Ethereum Price
Buy BNB
Buy BUSD
Buy Bitcoin
Buy Ethereum
Buy Dogecoin
Buy XRP
Buy Tradable Altcoins

## Trade on the go with Binance

Register

Scan to download the app

Community