# EXHIBIT A-26

## Short Message Report

| Conversations: 1 | Participants: 186 |
|---|---|
| Total Messages: 51 | Date Range: 31/12/2020 |

## Outline of Conversations



**VIP*Risk Main Group** • 51 messages on 31/12/2020 • AccountSupportBot • Akira ?? • Alex Men • Alex.G • Allison • Allison W • Amy Leong • Anatoly • Andy • Anna G • Asif Niyaz Ahmed • Baransel Polat • Baron • Belle L • Beste • Boon Yue Tay • Brandon • Bree • Brian Sohn • Caglar Gunaydin • Cagri D • Caleb • Cassiel -UAE • Chirstina Tan • Chris • Chris Chiew • Chris Gong • Cici H • Claire C UTC+4 • Coco Zheng • Danyi • Daria F • David • David Lau • Davina • Diana • Diana Dobrozhanska • Echo • Eduardo M • Edwin • Ellis Lee • Emma S • Emre O • Enes Gokpinar • Eser • Eva • Evan • Ferdinando • Five • Flora • Frank F • Fung Koh • GaryC-UAE • Gavin • Gin Z • Ha ?? • Hailee • Harold • Harry • Haythem • Helena • Holden • Iago Boson • Ian L • Ilya Belyaev • Isaac C • Jack Li • Jakub • Jane H • Janice • Jason Kwan • Jason Lim • Jason S • Jawad • Jay C • Jennifer • Jerry Zheng • Jess • Jim Lu • Jimmy • Jocelyn Ong • Joe • Joe.M • Jolene • Jon Kalmar • Jonathan L • Josh Foulds • Joy • Jun Cai • Junqing • Justin • KaKa Ho • Kaan Bilekli • Kaden • Karen • Kate Lementa ?? • Kateryna Kuruliuk • Kay Z • Kaycy Chin • Komi • Konstantinos Danikas • Kristen • Leo H UTC+4???? • Leon • Leon • Leonard • Lina • Livia • Lorenzo Alotto • Luca • Lucas • Luke C • Luke CK • Luna • Luque • Marco Pescara • Marco Y • Mark Rohov • May B • Maynard • Meghan • Minjie Wang • Mohammed Moonker • Mohan Kathiresan • Nash P • Natanni?? • Nero Z • Nicolas B - • Nikki • Oleksandr • Ophelia O • Panda Zhu • Paul • Peter Ω * • Quan Feng • Raymond N • Raynor Hsia • Ricky Tang • Rocky Lau -UAE • Roger • Roy N UTC+8 • Ruiyang • Samuel • Samuel • Sarah Manosperta • Sea • Sephora Ho • Shelley • Simon Vu • Sin Ying • Star UAE • Stefano • Steve.Z • Sumi • Sunny • Svitlana Konopnytska ?? • Sylvia T ?? • Symbiotic • Symbiotic • Talen X UTC+8 • Tanya • Thales Dawani ?? • Theresia • Thomas H • Timothy L • Tonglin • Umberto Vignetta • Vankyo • Vedat Atesoglu 叶文 • Vince Kwok • Vincent • WalletOpsBot • WalletSupportBot • Waylen • Wong • XCui • Ximena Villarroel • YL Song • Ya • Yana M • Yang • Yulong Wang • Zia Ahmed - TechOps • bin_alert • binance Infra • please contact Matt Gamble ye wen [name]

**Messages in chronological order** (times are shown in GMT +00:00)

---

### 💬 VIP*Risk Main Group

**PZ** — **Panda Zhu** *Above All released Allison* — 31/12/2020, 1:23 AM
以上All released Allison

**D** — **Davina** *and cash function has been banned, please reinstate USDT function* — 31/12/2020, 2:30 AM
ID 37400719 涉及AE case 提现被禁用 麻烦先恢复下提币 谢谢

**C** — **Caleb** — 31/12/2020, 2:31 AM
done

**CU** — **Claire C UTC+4** *indicated that it has been manually banned, please see the following reasons, thanks* — 31/12/2020, 3:22 AM
16052170 显示被手动禁用了，麻烦看下原因，谢谢

**C** — **Caleb** — 31/12/2020, 3:23 AM
AE分叉
*AE equity carve-out*

**C** — **Caleb** — 31/12/2020, 3:24 AM
不久前禁用的，清算应该是处理中了 *banned not long ago, probably liquidating now*

**CU** — **Claire C UTC+4** — 31/12/2020, 3:28 AM
Davina 这个账户麻烦看一下哈，上周他因为AE分叉入币，冻结过2BTC。请问现在需要怎么处理呀
*please take a look at this account, because he deposited the equity carve-out of AE last week, 2BTC was frozen. What should we do now?*

**W** — **Waylen** — 31/12/2020, 3:34 AM
AE下架了，导致没有汇率所以无法计算等值BTC，所以昨晚为了防止平台损失临时禁用了，这个用户能先归还这部分金额么？还是大户可以先解开？
*AE was removed [from trading], that's why we do not have the exchange rate to calculate the value in BTC, that's why they ban it temporarily in order to prevent platform loss. Can he return part of the amount? Or can we unbanned him since he has a big account?*

**D** — **Davina** — 31/12/2020, 3:36 AM
麻烦先恢复提币 我看下金额部分
*Please reinstate the withdraw function, I will take a look at the amount*

**C** — **Caleb** — 31/12/2020, 3:36 AM
解了
*Done reinstating*

**CU** — **Claire C UTC+4** — 31/12/2020, 3:36 AM
谢谢
*Thank you*

**CU** — **Claire C UTC+4** — 31/12/2020, 3:37 AM
我查了下，客户账户里只有 3066.09208901 AE, 剩下的部分需要怎么扣除呀
*I just checked, there is only 3066.09208901 AE in client's account, how can we deduct the rest*

**D** — **Davina** — 31/12/2020, 3:47 AM
剩下的还等值其他币种可以的
*We can deduct the rest from other currencies*

**V** — **Vincent** — 31/12/2020, 3:50 AM
Waylen(Risk Management-Ops)
AE下架了，导致没有汇率所以无法计算等值BTC，所以昨晚为了防止平台损失临时禁用了，这个用户能先归还这部分金额么？还是大户可以先解开？
AE汇率于今天早上8点40维护上了，对你这边游泳不？
*AE exchange was fixed at 8:40 am this morning, is it useful to you?*
*AE was removed [from trading], that's why we do not have the exchange rate to calculate the value in BTC, that's why they ban it temporarily in order to prevent platform loss. Can he return part of the amount? Or can we unbanned him since he has a big account?*

**V** — **Vincent** — 31/12/2020, 3:50 AM
Waylen(Risk Management-Ops)
AE下架了，导致没有汇率所以无法计算等值BTC，所以昨晚为了防止平台损失临时禁用了，这个用户能先归还这部分金额么？还是大户可以先解开？
AE汇率于今天早上8点40维护上了，对你这边有用不？
*AE exchange was fixed at 8:40 am this morning, is it useful to you?*
*AE was removed [from trading], that's why we do not have the exchange rate to calculate the value in BTC, that's why they ban it temporarily in order to prevent platform loss. Can he return part of the amount? Or can we unbanned him since he has a big account?*

| | | |
|---|---|---|
| W | **Waylen** | 31/12/2020, 3:57 AM |
| | 这个维护功能在哪的。。。<br>*Where is this maintenance function.....* | |
| CU | **Claire C UTC+4** | 31/12/2020, 4:04 AM |
| | 好的，请问如果折合成BTC的话，需要扣多少呀？我去和客户沟通一下<br>*Ok, if we convert to BTC, how much do we need to deduct? I will go talk to the client* | |
| D | **Davina** | 31/12/2020, 5:32 AM |
| | 这个可以帮忙先和用户沟通下充值90004.43596 AE到原地址吗 金额有点大兑换会比较麻烦<br>*Can you ask the client to replenish 90004.43596 AE to the original address[?] It is more troublesome to deal with such big amount* | |
| D | **Davina** | 31/12/2020, 5:32 AM |
| | Claire | |
| CU | **Claire C UTC+4** | 31/12/2020, 5:38 AM |
| | 现在AE充值不是停了吗<br>*Hasn't the AE replenish function been stopped already[?]* | |
| A | **Allison** | 31/12/2020, 5:38 AM |
| | 15578013 提币又被禁了 Waylen(Risk 又是那笔AE吗？<br>*15578013's withdraw function has been banned again [,] Waylen (Risk is that the same AE transaction?* | |
| D | **Davina** | 31/12/2020, 5:39 AM |
| | 打到之前充值地址可以入账的<br>*Just send it to the same replenish address like before to complete the deposit* | |
| W | **Waylen** | 31/12/2020, 5:46 AM |
| | 看提币状态正常，但是行为日志有没有提币申请我再查询下，有点慢稍等。<br>*The withdraw function looks normal, but will check the daily ledger to see if there is any withdraw application, could be slow and need to wait* | |
| W | **Waylen** | 31/12/2020, 5:49 AM |
| | 是的，昨晚临时禁用的，大户的话我先开了？Davina<br>*Yes, it was temporarily banned last night, should I unban it if it is a big account client?* | |
| D | **Davina** | 31/12/2020, 5:50 AM |
| | 好滴<br>OK | |
| W | **Waylen** | 31/12/2020, 5:52 AM |
| | released | |
| D | **Davina** | 31/12/2020, 6:04 AM |
| | Allison 麻烦和用户说下需要归还115000 AE 谢谢<br>*Allison please tell the client to return 115000 AE thanks* | |
| W | **Waylen** | 31/12/2020, 6:06 AM |
| | Davina 49284015，也是AE的case，大户我 先解了哈<br>*it is also a AE"s case, big account, let me unban it first, ha* | |
| W | **Waylen** | 31/12/2020, 6:06 AM |
| | CC Jennifer（VIP） | |
| D | **Davina** | 31/12/2020, 6:14 AM |
| | 好的 麻烦用户归还4498AE Jennifer（VIP）<br>*Ok, please ask the client to return 4498AE Jennifer (VIP)* | |
| A | **Anatoly** | 31/12/2020, 6:14 AM |
| | 10872760 "Withdrawals are temporarily suspended due to risk control" Waylen(Risk hi, could you please check what's the problem there. Thanks | |
| W | **Waylen** | 31/12/2020, 6:18 AM |
| | already released at 2021-12-31 09:22:18(UTC+8) | |
| A | **Anatoly** | 31/12/2020, 6:33 AM |
| | add: | |
| A | **Allison** | 31/12/2020, 8:06 AM |
| | Davina 这笔115000 AE充值入账了的吗？<br>*has this 115000 AE been replenished into the account yet?* | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL                                   BHL-SEC-BUSD-0311737

| | | |
|---|---|---|
| W | **Waylen**<br>Davina 35812270, AE case，大户先解了。 CC Jennifer（VIP）<br>*unbanned the big account client already.* | 31/12/2020, 8:37 AM |
| CU | **Claire C UTC+4**<br>现在其他平台基本也禁止提币充值了，客户现在充不过来😭<br>*Other platforms have been banning replenishment by withdraw, clients now have trouble replenishing* | 31/12/2020, 8:39 AM |
| ES | **Emma S**<br>38549436 和 35781427 是我们otc内部账户 被标记成使用US IP, 现在交易停了<br>*38549436 and 35781427 are our internal otc accounts[,] was marked as using US IP, no tradings have been banned* | 31/12/2020, 10:03 AM |
| ES | **Emma S**<br>能快速帮忙看一下如何解除吗<br>*See if you can quickly unban[?]* | 31/12/2020, 10:03 AM |
| ES | **Emma S**<br>Waylen(Risk | 31/12/2020, 10:03 AM |
| W | **Waylen**<br>没办法，我现在去去申请加白，需要看开发现在在不在，加白后1小时缓存<br>*no can do, I will apply for whiting-listing, see if people at development department is still around, cache will respond an hour late after white-listing* | 31/12/2020, 10:04 AM |
| ES | **Emma S**<br>好的 请帮忙加急处理一下 我想问这个是因为我们用了US VPN吗<br>*Ok please expedite this[,] I want to ask is this because we used US VPN[?]* | 31/12/2020, 10:06 AM |
| ES | **Emma S**<br>需要子母账户ID都给你吗 还是母账户就OK<br>*Should I give you both main and sub accounts[?] or just the main account OK[?]\]* | 31/12/2020, 10:07 AM |
| W | **Waylen**<br>母账户<br>*main account* | 31/12/2020, 10:07 AM |
| ES | **Emma S**<br>kk那就是上面两个<br>*kk then just the above 2 accounts* | 31/12/2020, 10:08 AM |
| ES | **Emma S**<br>Waylen(Risk 加白名单的条件是什么如果用户不是美国人但目前正在美国/vpn定位在美国 是否也会被ban<br>*what's the criteria for white-listing[?] If the client is not an American but currently in the US/vpn located in the US[,] will the client be ban[ned?]* | 31/12/2020, 10:16 AM |
| ES | **Emma S**<br>Waylen(Risk 加白名单的条件是什么如果用户不是美国人但目前正在美国/vpn定位在美国 是否也会被ban？这种情况我们verify之后能加白吗<br>*what's the criteria for white-listing[?] If the client is not an American but currently in the US/vpn located in the US[,] will the client be ban[ned?] After we verify this under this situation can we white-list the client[?]* | 31/12/2020, 10:17 AM |
| W | **Waylen**<br>找Vince确认，有表格填写的<br>*Verify with Vince, there's a form that needs to be filled out* | 31/12/2020, 10:18 AM |
| W | **Waylen**<br>IP命中就会ban，不管是不是VPN<br>*[The client] will be banned once the IP fits the profile, no matter what VPN is about* | 31/12/2020, 10:18 AM |
| ES | **Emma S**<br>I see 他好像<br>*I see[,] he seems like* | 31/12/2020, 10:19 AM |
| ES | **Emma S**<br>I see thx | 31/12/2020, 10:19 AM |
| D | **Davina**<br>没有哦 TXID有吗<br>*not really[,] is there TXID[?]* | 31/12/2020, 2:00 PM |