# EXHIBIT A-27

## Short Message Report

Conversations: 1  
Total Messages: 45

Participants: 7  
Date Range: 8/6/2019

## Outline of Conversations



**C00**  45 messages on 8/6/2019   Apr 25 Incident(GROUP)<​███████>, Leslie BNB<​███████>, Susan, Symbiotic (BNB) ??, Vince Kwok<+​███████​>, Wei<+​███████​>, 人才

**Messages in chronological order** (times are shown in GMT +00:00)

### C00

**S** — **Symbiotic (BNB) ??** — 8/6/2019, 6:05 AM
Heya Susan. We were able to recover the 100,100 USDC from the scammer, although it is currently stored on his account in BTC.

How should we go about recovering this from his account? I could have Xiaocui process it, but not sure where the funds were taken from, thus, not sure where the funds need to return to.

**>** **Susan** — 8/6/2019, 7:30 AM
Wow, good to know that can be recovered finally!

**LB** — **Leslie** — 8/6/2019, 6:06 AM
I mean I can move it. Ha. With finance approval

**S** — **Symbiotic (BNB) ??** — 8/6/2019, 6:06 AM
Ah yeah, forgot you guys can do that. ;p

**>LB** — **Leslie BNB<** — 8/6/2019, 6:07 AM
Yeah that was how the problem could even take place ha

**LB** — **Leslie BNB<+** — 8/6/2019, 6:06 AM
It was taken from our OTC account

**LB** — **Leslie BNB<+** — 8/6/2019, 6:07 AM
Will need the account ID

**LB** — **Leslie BNB<+** — 8/6/2019, 6:07 AM
Though finance can do it too

**LB** — **Leslie BNB<+** — 8/6/2019, 6:07 AM
We are ▮▮▮1427

**>** **Susan** — 8/6/2019, 7:32 AM
Fell free to let us know when you book the transaction to move it back

**S** — **Symbiotic (BNB) ??** — 8/6/2019, 6:07 AM
Cool. The suspect's account is ▮▮▮▮▮▮▮▮▮▮▮ Suppose you guys can handle the conversion rate however you want (again, his balance is almost entirely BTC).

**S** — **Symbiotic (BNB) ??** — 8/6/2019, 6:07 AM
My VPN is acting up at the moment so I can't get his User ID.

**S** — **Symbiotic (BNB) ??** — 8/6/2019, 6:09 AM
Although I did freeze his funds (to ensure no loss if CS accidentally unlocked his account). Not sure if that will need to be lifted before you can initiate a transfer.

**>** **Susan** — 8/6/2019, 7:51 AM
Will it be necessary to communicate with the suspect before we move the fund back? What is our routine security procedure?

**VK** — **Vince Kwok<** — 8/6/2019, 7:43 AM
Thanks Susan, it sounds like we can just make a regular transfer back into the otc account then?

**VK** — **Vince Kwok<** — 8/6/2019, 7:43 AM

|    | Will sort | |
|----|-----------|---|
|    | **Susan**<br>Correct | 8/6/2019, 7:49 AM |
| S  | **Symbiotic (BNB) ??**<br>Done deal. | 8/6/2019, 7:52 AM |
| S  | **Symbiotic (BNB) ??** | 8/6/2019, 7:52 AM |

Image: 2_354071741_186516.jpg (137 KB)

|    |   |   |
|----|---|---|
|    | **Susan**<br>Ah, that's great, thanks a lot! | 8/6/2019, 7:52 AM |
| S  | **Symbiotic (BNB) ??**<br>✌ | 8/6/2019, 7:52 AM |
| VK | **Vince Kwok**<+ ▮▮▮ | 8/6/2019, 8:41 AM |
| VK | **Vince Kwok**<+ ▮▮▮ | 8/6/2019, 8:41 AM |


Image: 2_354071741_186520.jpg (105 KB)

| | | |
|---|---|---|
| VK | **Vince Kwok**<████████<br>The funds are locked so i don't have access to book the transfer actually | 8/6/2019, 8:41 AM |
| | **Susan**<br>oh | 8/6/2019, 8:42 AM |
| VK | **Vince Kwok**<+████████<br>can i ask tonglin or xiaocui to help | 8/6/2019, 8:42 AM |
| | **Susan**<br>yes, pls, guess we need to unlock it first | 8/6/2019, 8:42 AM |
| | **Susan**<br>chat_add_user | 8/6/2019, 8:42 AM |
| VK | **Vince Kwok**<+████████<br>let's just lock it in at 7945.98 —> 12.59756506 BTC | 8/6/2019, 8:43 AM |
| VK | **Vince Kwok**<████████<br>@Tonglin can you help transfer 12.59756506 BTC from ██7579 to ██1427 (OTC) | 8/6/2019, 8:43 AM |
| > | 天才<br>好了 | 8/6/2019, 8:48 AM |
| | 天才<br>好的 | 8/6/2019, 8:43 AM |
| VK | **Vince Kwok**<████████<br>this is the refund from the security issue in april | 8/6/2019, 8:43 AM |
| VK | **Vince Kwok**<+████████<br>thanks! | 8/6/2019, 8:48 AM |
| | 天才<br>没事了是吧 | 8/6/2019, 8:49 AM |

| | | | |
|---|---|---|---|
| VK | **Vince Kwok**<+ ▓▓▓▓ <br> can i see an internal record of this in houtai? | | 8/6/2019, 8:52 AM |
| VK | **Vince Kwok**<+ ▓▓▓▓ <br> just wanted to confirm it's 12.59756506 BTC transferred | | 8/6/2019, 8:52 AM |
| | 天才 <br> 你看不到流水？ | | 8/6/2019, 8:53 AM |
| VK | **Vince Kwok**<+ ▓▓▓▓ <br> yeah... it's strange i thought you booked it a different way | | 8/6/2019, 8:55 AM |
| VK | **Vince Kwok**<+ ▓▓▓▓ <br> oh maybe because i can only see "otc transfers" | | 8/6/2019, 8:55 AM |
| | **Susan** | | 8/6/2019, 8:57 AM |
| | **Susan** <br> 11380 ▓▓ 427  otc***nce.com  ▓▓ 7579  BTC  12.59756506 <br> Image: 2_354071741_186538.jpg (15 KB) | | 8/6/2019, 8:57 AM |
| VK | **Vince Kwok**< ▓▓▓▓ <br> 🙏 | | 8/6/2019, 8:59 AM |
| VK | **Vince Kwok**< ▓▓▓▓ <br> all good! | | 8/6/2019, 8:59 AM |
| S | **Symbiotic (BNB) ??** <br> Cool. Thanks guys! | | 8/6/2019, 8:59 AM |