# EXHIBIT A-29





FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL

BHL-SEC-BUSD-0289618



Last Updated October 18, 2022

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL
BHL-SEC-BUSD-0289619