# EXHIBIT A-32

# FAQ

Search help articles    **Search**

Account Functions

Tutorial

Binance Fan Token

Binance Earn

Crypto Deposit/Withdrawal

Buy Crypto (Fiat/P2P)

P2P Trading

Credit/Debit Card

Bank Transfer

Third Party Payment Channels

ADVcash

Bank Transfer (BBK)

Zen

Inswitch

Truelayer

Simplex

GEO Pay

Bifinity

Spot & Margin Trading

Crypto Derivatives

Trading Bots

Finance

API

Security

Other Topics

Tax

Binance Convert

Binance Link

NFT

VIP

Home > Support Center > FAQ > Buy Crypto (Fiat/P2P) > Third Party Payment Channels > ADVcash > How to Wi...

## How to Withdraw Fiat Currency from Binance via Advcash

2019-10-30 03:52

You can now deposit and withdraw fiat currencies, such as EUR, RUB, KZT and TRY, through Advcash. Check out the step-by-step guide below to withdraw fiat via Advcash.

**Important Notes:**

- Deposits and withdrawals between Binance and Advcash wallet are free.

- Advcash may apply additional fees on depositing and withdrawing within their system.

## How to withdraw fiat currency from Binance via Advcash?

1. Log in to your Binance account and click **[Wallet]** - **[Fiat and Spot]**.



2. Click **[Withdraw]**.

3. You will see different fiat channels for withdrawing fiat. Click **[Advcash Account Balance]**.

4. Enter your Advcash Wallet registration email and click **[Continue]**.

### Related Articles

How to Deposit Fiat Currency to Binance via Advcash

How to Withdraw Fiat Currency from Binance via Advcash



5. Check the withdrawal details and click **[Confirm]** and verify the request with your 2FA devices.



### Withdrawal Confirmation

| | |
|---|---|
| Payment Method: | Advcash Account Balance |
| AdvCash Wallet Email: | binance@mail.com |
| Amount: | 1160 RUB |
| Transaction Fee: | 0.00 RUB |
| You Will Get: | **1,160.00 RUB** |

| Cancel | Confirm |
|---|---|

6. After your withdrawal is submitted successfully, you should receive a confirmation. Please wait patiently for the withdrawal to credit.



**Withdrawal Order Submitted**

Your withdrawal request has been submitted. You may visit History to check the order status.

**Rate your experience**
☆ ☆ ☆ ☆ ☆

Suggestions/ Feedback for us

Your rating will be submitted automatically

| View Wallet | View History |
|---|---|

| About Us | Products | Service | Support | Learn | Community |
|---|---|---|---|---|---|
| About | Exchange | Downloads | Request a Feature | Learn & Earn | |
| Press | Academy | Desktop Application | Support Center | Browse Crypto Prices | |
| Careers | Binance Live | Buy Crypto | 24/7 Chat Support | Bitcoin Price | |
| Business Contacts | Charity | Institutional & VIP Services | APIs | Ethereum Price | |
| Community | Card | OTC Trading | Fees | Buy BNB | |
| Binance Blog | Labs | Trading Rules | Buy BUSD | |
| Building Trust | Launchpad | Referral | Binance Verify | Buy Bitcoin | |
| Legal | Research | Affiliate | Law Enforcement Requests | Buy Ethereum | |
| Terms | Trust Wallet | BNB | Listing Application | Binance Legal (Court Orders) | Buy Dogecoin | |
| Privacy | NFT | P2P Merchant Application | Binance Airdrop Portal | Buy Ripple | |
| Risk Warning | Binance Pay | P2P Merchant Application | | Buy Tradable Altcoins | |
| Announcements | Binance Gift Card | Historical Market Data | | | |
| News | BABT | Proof of Reserves | | | |
| Notices | Binance Tax | | | | |
| Sitemap | | | | | |
| Cookie Preferences | | | | | |

Case 1:23-cv-01599   Document 16-8   Filed 06/06/23   Page 4 of 4

Binance © 2023