# EXHIBIT A-33



Register now and get verified - Enjoy Welcome Rewards up to $100!

‹ Flash news

# Centralized crypto exchanges recorded $14 trillion in trading volume this year

Hassan Maishera - Cryptowisser   2021-12-27 03:00

Full disclaimer: This platform includes third party opinions. We do not endorse their accuracy. Digital asset prices can be volatile. Do your own research. See full terms here.



The Block's Legitimate Index report has revealed that centralized crypto exchanges processed more than $14 trillion in 2021, the highest the cryptocurrency market has ever recorded.

The research said the figure is a massive 689% increase from 2020. Last year, centralized crypto exchanges reported $1.8 trillion in trading volume. Binance remains the biggest crypto exchange, with a 67% market share, processing over $9.5 trillion.





196

**Share**



**Related News**



Weekly Market Highlights - The Launch of BRC-721E



Synthetix Community Approves Plan to Nudge Positions Off Soon-to-Shut Version One of Its Perpetuals Market



Bi-monthly Advanced Technical Report May 29

| About Us | Products | Service | Support | Learn | Community |
|---|---|---|---|---|---|
| About | Exchange | Downloads | Request a Feature | Learn & Earn | |
| Press | Academy | Desktop Application | Support Center | Browse Crypto Prices | |
| Careers | Binance Live | Buy Crypto | 24/7 Chat Support | Bitcoin Price | |
| Business Contacts | Charity | Institutional & VIP Services | APIs | Ethereum Price | |
| Community | Card | OTC Trading | Fees | Buy BNB | |
| Binance Blog | Labs | Referral | Trading Rules | Buy BUSD | |
| Building Trust | Launchpad | Affiliate | Binance Verify | Buy Bitcoin | |
| Legal | Research | BNB | Law Enforcement Requests | Buy Ethereum | |
| Terms | Trust Wallet | Listing Application | Binance Legal (Court Orders) | Buy Dogecoin | |
| Privacy | NFT | P2P Merchant Application | Binance Airdrop Portal | Buy Ripple | |
| Risk Warning | Binance Pay | P2Pro Merchant Application | | Buy Tradable Altcoins | |
| Announcements | Binance Gift Card | Historical Market Data | | | |
| News | BABT | Proof of Reserves | | | |
| Notices | Binance Tax | | | | |
| Sitemap | | | | | |
| Cookie Preferences | | | | | |