# EXHIBIT A-35

BHL-SEC-BUSD-0235541

Privileged & Confidential

# BINANCE US ENTRY
PROPOSED IMPLEMENTATION



FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL                    BHL-SEC-BUSD-0235541

## GOALS

**US Enforcement Mitigation**
- SEC: US securities law
- NYDFS/NYAG: state money transmission law
- FinCEN/OFAC: Anti-money laundering and US sanctions enforcement

**Maintain Access to US Markets**
- Reduce revenue impact of main Binance site's blocking of US access (when and if necessary)
- Activate US fiat channels through banking relations previously hard to establish
- Attract additional US users with a US-based entity

**Long-term Strategic Values**
- Obtaining meaningful licenses in the US
- Elevated global branding with regulated US presence
- Tapping the US talent pool for international Binance ops

# PROPOSED CORPORATE STRUCTURE

**Non-US Operations**

**US Operations**

Trusted Nominee
*Binance-appointed*

Strategic Outside Shareholder
*Optional*

Controlling → Holding Company (*Cayman Islands*) ← Non-Controlling

**Binance**

- IT Licensing
- Trademark Licensing
- Wallet Custody
- Exchange Operations Consultancy

- License and Service Fees

Holding Company → 100% → Operating Company (*Delaware C Corp. Tai-Chi Entity*)

Holding Company → 100% → Service Company (*Delaware C Corp.*)

IT, HR, and other Administrative Services.

Service Fees

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL                                                                                                                                  BHL-SEC-BUSD-0235543

## PROPOSED CORPORATE STRUCTURE (CONT.)

**Insulate Binance from US Enforcement**
- Key Binance personnel continue to operate from non-US locations to avoid enforcement risks.
- Cryptocurrency wallets and key servers continue to be hosted at non-US locations to avoid asset forfeiture.
- Binance's relationship with the US Service Company is purely contractual.

**Tai-Chi entity to attract US enforcement and regulatory inquiries**
- Explicit Binance branding to attract regulatory and enforcement attention.
- Direct and detailed communication to reduce enforcement appetite.
- Willingness to accept nominal fines in exchange for enforcement forbearance.

**Binance maintains functional access to the US market (except for coins that are likely securities under US laws and except for New York).**
- License and service fees paid by the US Service Company to Binance are functionally US-sourced trading fees.

**Eventual integration with Binance**
- Binance to acquire the US operation at a nominal price and re-arrange its leadership when it has served its purposes.

BHL-SEC-BUSD-0235541

# REGULATOR ENGAGEMENT PLANS

## FinCEN/OFAC
- Designate the US entity **as MSB Agent** for low-risk technical compliance with the BSA
- Participate in Department of Homeland Security Cornerstone program to avoid NS-related enforcement
- Participate in BSA 314(a) program to establish direct communication with FinCEN/OFAC

## SEC
- First, release a long and detailed **Howey Test Evaluation Framework** (just for publicity) to show *Howey* test sophistication; major PR efforts demonstrating US operation's willingness to exceed SEC expectations and serve as an industry resource for the SEC.
- After PR efforts around the Howey Test Evaluation Framework, start a conversation with the SEC about formation or acquisition of a broker/dealer or alternative trading system (ATS), with no expectation of success and solely to pause potential enforcement efforts.
- US operations to list utility coins only and Binance to restrict US persons' access to the main site (strategic treatment of VPN use at Binance to minimize economic impact)

## CFTC
- Consider joining the **Self Regulatory Organization** formed by Gemini at the CFTC's direction.
- Adopt a FINRA/NFA like Rulebook; major PR efforts demonstrating compliance willingness.
- Apply to CFTC for the listing of a **low-risk margin product** (with no expectation of success) or Introducing Broker licensure to give CFTC regulatory deference and recognition.

## New York
- Important to geofence off New York (strategic treatment of VPN use to minimize economic impact)
- Express willingness to apply for a BitLicense (with no expectation of success) to pause potential enforcement

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL                                                                                                            BHL-SEC-BUSD-0235545

# LONG-TERM LICENSE PLANS

**OCC/SEC**
- Application for a limited purpose federal trust charter with the OCC
- Application for becoming or acquiring a SEC-registered broker/dealer

**State Banking Regulators**
- Potential formation of state trusts (see BitGo, Gemini, itBit); Nevada and California preferred
- Application for state MTL licenses (start with the Washington-California-Texas multi-state application package).

**Existing Chartered Institutions**
- Potential acquisition of state MTL holders (such as ATM operators)

**Crypto-only in 30+ states**
- MSB Registration; integration of KYC/AML vendors; technology deployment
- 1 Month

**Effectively mitigate enforcement risks**
- Regulatory correspondence; informal communication; PR efforts
- 3 Months

**Fiat capacity (stablecoin) in 30+ states**
- Asset-Protection Trust Account with Prime Trust; platform support for fiat
- 1 Month

**Obtaining some form of substantive license**
- State-level MTL; federal or state trust charter
- Maybe faster through investment or acquisition
- 12-15 Months

# US TRADING LIQUIDITY PLANS



FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL

# US STAFFING PLANS

**CEO**
*Regulatory Engagement
Enforcement Mitigation
Lead License Efforts*

**Chief Compliance Officer**
*Compliance Operations
Regulatory Engagement
Assist License Efforts*

**Chief Finance Officer**
*Accounting, Auditing, Treasury Operations
and liaison for the Binance finance team*

**Head of Operations**
*Exchange Operations, including marketing
and customer success*

**Compliance Staff (10)**

**Finance Staff (2)**

**Operations Staff (8)**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL

BHL-SEC-BUSD-0235548