# EXHIBIT A-36

## Short Message Report

| Conversations: 1       | Participants: 2           |
|------------------------|---------------------------|
| Total Messages: 24     | Date Range: 18/10/2018    |

## Outline of Conversations

💬   **C00** • 24 messages on 18/10/2018 • CZ Binance<+818081661804> • Samuel Lim<+6598176798>

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL                                   BHL-SEC-BUSD-0036086

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **C00**

SL | **Samuel Lim<+6598176798>** | 18/10/2018, 3:35 AM
Cz
My friend who works in Razer told me Razer's ceo and you are slated to meet in BKK sometime end of this month

> SL | **Samuel Lim<+6598176798>** | 18/10/2018, 3:36 AM
Not sure if this is rumour or true

SL | **Samuel Lim<+6598176798>** | 18/10/2018, 3:35 AM
Is this true?

SL | **Samuel Lim<+6598176798>** | 18/10/2018, 3:36 AM
Razer is a lead i've introduced to the firm, trying to get razer pay to use bnb
Been talking to them for months
And meeting them in their sg office next week

SL | **Samuel Lim<+6598176798>** | 18/10/2018, 3:36 AM

SL | **Samuel Lim<+6598176798>** | 18/10/2018, 3:36 AM



Image: 1_452951517_119123.jpg (69 KB)

SL | **Samuel Lim<+6598176798>** | 18/10/2018, 3:37 AM
They claim our guys spoke to their guys about the 2 ceos meeting

SL | **Samuel Lim<+6598176798>** | 18/10/2018, 3:39 AM
@czhao

SL | **Samuel Lim<+6598176798>** | 18/10/2018, 3:39 AM
Pls confirm
If not true
I will dispel rumour immediately.

| | | |
|---|---|---|
| CB | **CZ Binance<+818081661804>** | 18/10/2018, 3:42 AM |
| | not that I know of, ask Winnie. | |
| CB | **CZ Binance<+818081661804>** | 18/10/2018, 3:42 AM |
| | even if there was a meeting scheduled, it should not be publicized like this. | |
| SL | **Samuel Lim<+6598176798>** | 18/10/2018, 3:46 AM |
| | Its non public my friend reached out to me via whatsapp | |
| | Will check with Winnie | |
| SL | **Samuel Lim<+6598176798>** | 18/10/2018, 6:27 AM |
| | Cz i know its a pain in the ass but its my duty to constantly remind you | |
| | 1. we have made no mention of sanctions / or support of sanctions on our platform already (done, cleaned up)<br>2. are we going to proceed to block sanction countries ip addresses (we currently have users from sanction countries on .com) | |
| | Or do you want to adopt a clearer strategy after we engaged and finalised our USA strategy? | |
| SL | **Samuel Lim<+6598176798>** | 18/10/2018, 6:30 AM |
| | Downside risk is if fincen or ofac has concrete evidence we have sanction users, they might try to investigate or blow it up big on worldstage | |
| SL | **Samuel Lim<+6598176798>** | 18/10/2018, 6:30 AM |
| | Will certainly affect our banking relations / corporate partnerships if we do so | |
| SL | **Samuel Lim<+6598176798>** | 18/10/2018, 6:31 AM |
| | Please also be notified binance's name is flagged on Worldcheck already | |
| SL | **Samuel Lim<+6598176798>** | 18/10/2018, 6:31 AM |
| | For japan regulator case where they said we operated there without license | |
| SL | **Samuel Lim<+6598176798>** | 18/10/2018, 6:33 AM |
| SL | **Samuel Lim<+6598176798>** | 18/10/2018, 6:33 AM |



Image: 1_452951517_119279.jpg (59 KB)

| | | |
|---|---|---|
| > SL | **Samuel Lim<+6598176798>** | 18/10/2018, 6:36 AM |
| | This is being managed in the sense that when banks / partners call me, i use that canned response we have to try to mitigate and convince them of non-severity | |
| | I cannot say the same if we get on worldcheck and its sanctions related | |
| SL | **Samuel Lim<+6598176798>** | 18/10/2018, 6:34 AM |
| | May i please remind you that ALL global banks in the world use thomson reuters worldcheck as part of onboarding process | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL

BHL-SEC-BUSD-0036088

CB  **CZ Binance<+818081661804>**                                       18/10/2018, 6:53 AM
    2. are we going to proceed to block sanction countries ip addresses (we currently have users from sanction countries on .com)

CB  **CZ Binance<+818081661804>**                                       18/10/2018, 6:53 AM
    yes, let's do it.

CB  **CZ Binance<+818081661804>**                                       18/10/2018, 6:53 AM
    ask me yes/no questions.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL                                BHL-SEC-BUSD-0036089