# EXHIBIT A-37

## Short Message Report

| Conversations: 1 | Participants: 9 |
| --- | --- |
| Total Messages: 749 | Date Range: 24/12/2018 |

## Outline of Conversations

 **C00** • 749 messages on 24/12/2018 • Alvin Bro<6598226074> • Chin han<6596254020> • Ee Cheng<6596844086> • Jordan<6581235258> • MY??CN??BK??VN??JP??TW??ID ??(GROUP)<6598176798-1500119754> • Samuel Lim<6598176798> • Shion Jp<818076963852> • Shoman<6596433616> • Tw New<6581611181>

| | | |
|---|---|---|
| SL | **Samuel Lim<6598176798>**<br>what u gonna do | 24/12/2018, 9:48 PM |
| SL | **Samuel Lim<6598176798>**<br>buy her out??? | 24/12/2018, 9:48 PM |
| SL | **Samuel Lim<6598176798>**<br>HAHAHAHAHAHAH | 24/12/2018, 9:48 PM |
| AB | **Alvin Bro<6598226074>**<br>hahahahhahahaa | 24/12/2018, 9:49 PM |
| AB | **Alvin Bro<6598226074>**<br>she cant get fired | 24/12/2018, 9:49 PM |
| AB | **Alvin Bro<6598226074>**<br>HAHAHAHA | 24/12/2018, 9:49 PM |
| SL | **Samuel Lim<6598176798>**<br>HAHAHAHAHAH untouchable | 24/12/2018, 9:50 PM |
| SL | **Samuel Lim<6598176798>**<br>at one point our valuation was 10b usd | 24/12/2018, 9:50 PM |
| SL | **Samuel Lim<6598176798>**<br>at the top of the crypto boom la | 24/12/2018, 9:50 PM |
| SL | **Samuel Lim<6598176798>**<br>if yi hold 10% | 24/12/2018, 9:50 PM |
| SL | **Samuel Lim<6598176798>**<br>she wanna guailan = U BUAY SONG PAY ME 1B BUY ME OUT LOR | 24/12/2018, 9:51 PM |
| SL | **Samuel Lim<6598176798>**<br>hahahhahahahahah | 24/12/2018, 9:51 PM |
| AB | **Alvin Bro<6598226074>**<br>hahahahhahaha | 24/12/2018, 9:52 PM |
| AB | **Alvin Bro<6598226074>**<br>ccccb | 24/12/2018, 9:52 PM |
| SL | **Samuel Lim<6598176798>**<br>i get 0.1% of the equity i will pia mia for LIFE | 24/12/2018, 9:52 PM |
| SL | **Samuel Lim<6598176798>**<br>LIFE | 24/12/2018, 9:52 PM |
| AB | **Alvin Bro<6598226074>**<br>bthhhh | 24/12/2018, 9:52 PM |
| AB | **Alvin Bro<6598226074>**<br>but as of this point | 24/12/2018, 9:52 PM |

| | | |
|---|---|---|
| AB | **Alvin Bro<6598226074>**<br>there is no true equity | 24/12/2018, 9:52 PM |
| SL | **Samuel Lim<6598176798>**<br>cz too niao already | 24/12/2018, 9:52 PM |
| AB | **Alvin Bro<6598226074>**<br>bnb grp don exist as a legal entity right | 24/12/2018, 9:52 PM |
| SL | **Samuel Lim<6598176798>**<br>he only wants to split 1% equity with employees | 24/12/2018, 9:52 PM |
| SL | **Samuel Lim<6598176798>**<br>like smlj | 24/12/2018, 9:52 PM |
| SL | **Samuel Lim<6598176798>**<br>300+ ppl share 1% | 24/12/2018, 9:53 PM |
| AB | **Alvin Bro<6598226074>**<br>bro | 24/12/2018, 9:53 PM |
| AB | **Alvin Bro<6598226074>**<br>300+? | 24/12/2018, 9:53 PM |
| AB | **Alvin Bro<6598226074>**<br>when he initally announc | 24/12/2018, 9:53 PM |
| AB | **Alvin Bro<6598226074>**<br>its less than 300 | 24/12/2018, 9:53 PM |
| AB | **Alvin Bro<6598226074>**<br>now 300+ den he say in plans | 24/12/2018, 9:53 PM |
| AB | **Alvin Bro<6598226074>**<br>by the time launch | 24/12/2018, 9:53 PM |
| AB | **Alvin Bro<6598226074>**<br>who knows how many ppl split | 24/12/2018, 9:53 PM |
| AB | **Alvin Bro<6598226074>**<br>hahahahaha | 24/12/2018, 9:53 PM |
| SL | **Samuel Lim<6598176798>**<br>i rather forgo all my bonus and take equity | 24/12/2018, 9:53 PM |
| SL | **Samuel Lim<6598176798>**<br>bnb suka suka anyday can go to zero | 24/12/2018, 9:54 PM |
| SL | **Samuel Lim<6598176798>**<br>we are operating as a fking unlicensed securities exchange in the USA bro | 24/12/2018, 9:54 PM |
| SL | **Samuel Lim<6598176798>**<br>u noe whats the risk???? | 24/12/2018, 9:54 PM |

| | | |
|---|---|---|
| SL | **Samuel Lim<6598176798>**<br>SEC sends an enforcement action | 24/12/2018, 9:54 PM |
| AB | **Alvin Bro<6598226074>**<br>ya bnb coin is not nearly as close to having fiat | 24/12/2018, 9:54 PM |
| SL | **Samuel Lim<6598176798>**<br>bnb next day down 50% and more | 24/12/2018, 9:54 PM |
| AB | **Alvin Bro<6598226074>**<br>can easily go to cents | 24/12/2018, 9:54 PM |
| AB | **Alvin Bro<6598226074>**<br>hahahaha | 24/12/2018, 9:54 PM |
| SL | **Samuel Lim<6598176798>**<br>#smartpeople my ass | 24/12/2018, 9:55 PM |
| AB | **Alvin Bro<6598226074>**<br>worse than HUOBI price | 24/12/2018, 9:55 PM |
| AB | **Alvin Bro<6598226074>**<br>hahahaha | 24/12/2018, 9:55 PM |
| SL | **Samuel Lim<6598176798>**<br>anyone who takes BNB now is fking brave | 24/12/2018, 9:55 PM |
| SL | **Samuel Lim<6598176798>**<br>the smartest thing to hold now is USDT | 24/12/2018, 9:55 PM |
| SL | **Samuel Lim<6598176798>**<br>i advice u bro if u take ur bonus | 24/12/2018, 9:55 PM |
| AB | **Alvin Bro<6598226074>**<br>lowest risk asset in crypto | 24/12/2018, 9:55 PM |
| SL | **Samuel Lim<6598176798>**<br>straight away sell 50% to usdt | 24/12/2018, 9:55 PM |
| AB | **Alvin Bro<6598226074>**<br>yeah bro | 24/12/2018, 9:55 PM |
| AB | **Alvin Bro<6598226074>**<br>thats what i told u when bnb 12 right | 24/12/2018, 9:55 PM |
| AB | **Alvin Bro<6598226074>**<br>😂😂😂 | 24/12/2018, 9:55 PM |
| SL | **Samuel Lim<6598176798>**<br>last time people take bonus is 100% hold | 24/12/2018, 9:55 PM |
| SL | **Samuel Lim<6598176798>**<br>then they realised they were being fking retarded | 24/12/2018, 9:56 PM |

| | | |
|---|---|---|
| SL | **Samuel Lim<6598176798>**<br>hahahahah | 24/12/2018, 9:56 PM |
| SL | **Samuel Lim<6598176798>**<br>LOL | 24/12/2018, 9:56 PM |
| SL | **Samuel Lim<6598176798>**<br>i was 1 of them | 24/12/2018, 9:56 PM |
| AB | **Alvin Bro<6598226074>**<br>hahahahahahaha | 24/12/2018, 9:56 PM |
| SL | **Samuel Lim<6598176798>**<br>from 16 hold until 4+ | 24/12/2018, 9:56 PM |
| SL | **Samuel Lim<6598176798>**<br>now 6_ | 24/12/2018, 9:56 PM |
| SL | **Samuel Lim<6598176798>**<br>really lastwarning | 24/12/2018, 9:56 PM |
| AB | **Alvin Bro<6598226074>**<br>nvm bro | 24/12/2018, 9:56 PM |
| AB | **Alvin Bro<6598226074>**<br>u not alone on this sinking ship now | 24/12/2018, 9:56 PM |
| AB | **Alvin Bro<6598226074>**<br>if it sinks | 24/12/2018, 9:56 PM |
| SL | **Samuel Lim<6598176798>**<br>i really wanna sing gebai people to cz in hokkadio | 24/12/2018, 9:56 PM |
| AB | **Alvin Bro<6598226074>**<br>we can find float tgt | 24/12/2018, 9:56 PM |
| AB | **Alvin Bro<6598226074>**<br>LIKE TITANIC | 24/12/2018, 9:56 PM |
| AB | **Alvin Bro<6598226074>**<br>hahahhahahaha | 24/12/2018, 9:56 PM |
| SL | **Samuel Lim<6598176798>**<br>jared was like close to resigning | 24/12/2018, 9:57 PM |
| AB | **Alvin Bro<6598226074>**<br>今天的天空很蓝 叫我的心更不安 | 24/12/2018, 9:57 PM |
| SL | **Samuel Lim<6598176798>**<br>we had to persuade him to stay | 24/12/2018, 9:57 PM |
| SL | **Samuel Lim<6598176798>**<br>HAHAHAHAH | 24/12/2018, 9:57 PM |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL    BHL-SEC-BUSD-0036525

| | | |
|---|---|---|
| AB | **Alvin Bro<6598226074>**<br>HAHAHAHAHHAA | 24/12/2018, 9:57 PM |
| SL | **Samuel Lim<6598176798>**<br>FKING THAT GUY IS ULTIMATE | 24/12/2018, 9:57 PM |
| SL | **Samuel Lim<6598176798>**<br>harvard lawyer | 24/12/2018, 9:57 PM |
| SL | **Samuel Lim<6598176798>**<br>take super pay cut come in | 24/12/2018, 9:57 PM |
| SL | **Samuel Lim<6598176798>**<br>and realise china doesnt give a f what he says | 24/12/2018, 9:57 PM |
| SL | **Samuel Lim<6598176798>**<br>and he is risking his reputation | 24/12/2018, 9:58 PM |
| AB | **Alvin Bro<6598226074>**<br>HAHAHHAHAHAHAHA | 24/12/2018, 9:58 PM |
| SL | **Samuel Lim<6598176798>**<br>law and compliance is sama sama, once ur reputation gone | 24/12/2018, 9:58 PM |
| SL | **Samuel Lim<6598176798>**<br>u dont nid find job already | 24/12/2018, 9:58 PM |
| SL | **Samuel Lim<6598176798>**<br>if u are tech and shit hits the roof | 24/12/2018, 9:58 PM |
| AB | **Alvin Bro<6598226074>**<br>yah man once reported as lawyer | 24/12/2018, 9:58 PM |
| SL | **Samuel Lim<6598176798>**<br>even if ur reputation chui, u can say, well i coded the damn trading software | 24/12/2018, 9:58 PM |
| SL | **Samuel Lim<6598176798>**<br>ethics aside, im still valuable | 24/12/2018, 9:58 PM |
| SL | **Samuel Lim<6598176798>**<br>lawyer once ur rep gone | 24/12/2018, 9:59 PM |
| SL | **Samuel Lim<6598176798>**<br>bye | 24/12/2018, 9:59 PM |
| AB | **Alvin Bro<6598226074>**<br>yah compliance also same | 24/12/2018, 9:59 PM |
| AB | **Alvin Bro<6598226074>**<br>ethics is the only thing that is valuable in the line | 24/12/2018, 9:59 PM |
| SL | **Samuel Lim<6598176798>**<br>yes bro | 24/12/2018, 10:01 PM |

| | | |
|---|---|---|
| SL | **Samuel Lim<6598176798>**<br>thats why i feel the risk reward of this company | 24/12/2018, 10:01 PM |
| SL | **Samuel Lim<6598176798>**<br>is not balanced | 24/12/2018, 10:01 PM |
| SL | **Samuel Lim<6598176798>**<br>there is no fking way in hell i am signing off as the cco for the ofac shit | 24/12/2018, 10:01 PM |
| SL | **Samuel Lim<6598176798>**<br>but u know what | 24/12/2018, 10:01 PM |
| SL | **Samuel Lim<6598176798>**<br>nobody wants to take up the role cos we are too niao | 24/12/2018, 10:01 PM |
| SL | **Samuel Lim<6598176798>**<br>market asking price for cco is 350k to 650k | 24/12/2018, 10:01 PM |
| SL | **Samuel Lim<6598176798>**<br>according to US headhunters | 24/12/2018, 10:02 PM |
| SL | **Samuel Lim<6598176798>**<br>no way we will pay this sum | 24/12/2018, 10:02 PM |
| AB | **Alvin Bro<6598226074>**<br>yah | 24/12/2018, 10:02 PM |
| AB | **Alvin Bro<6598226074>**<br>because they have some | 24/12/2018, 10:02 PM |
| AB | **Alvin Bro<6598226074>**<br>report | 24/12/2018, 10:02 PM |
| AB | **Alvin Bro<6598226074>**<br>based on CHINA | 24/12/2018, 10:02 PM |
| AB | **Alvin Bro<6598226074>**<br>hw much one shld be paid | 24/12/2018, 10:02 PM |
| AB | **Alvin Bro<6598226074>**<br>smlj | 24/12/2018, 10:02 PM |
| SL | **Samuel Lim<6598176798>**<br>thats fking china man | 24/12/2018, 10:02 PM |
| SL | **Samuel Lim<6598176798>**<br>USA can put YOU on the SDN list | 24/12/2018, 10:02 PM |
| SL | **Samuel Lim<6598176798>**<br>like YOU as a person | 24/12/2018, 10:02 PM |
| SL | **Samuel Lim<6598176798>**<br>HAHAHAHAHAHHA | 24/12/2018, 10:03 PM |

| | | |
|---|---|---|
| AB | **Alvin Bro<6598226074>**<br>HAHAHAHAHAH | 24/12/2018, 10:03 PM |
| AB | **Alvin Bro<6598226074>**<br>JITAO 60% of the luxury stuff | 24/12/2018, 10:03 PM |
| AB | **Alvin Bro<6598226074>**<br>cannot have liao | 24/12/2018, 10:03 PM |
| AB | **Alvin Bro<6598226074>**<br>instant | 24/12/2018, 10:03 PM |
| SL | **Samuel Lim<6598176798>**<br>wei said theres no way we can hire a usa cco due to our budget, i rather i just double ur pay sam and u sign off, i just said no fking way | 24/12/2018, 10:03 PM |
| SL | **Samuel Lim<6598176798>**<br>theres a certain point where money is totally useless, and that is making a declaration to USA that you are clean | 24/12/2018, 10:04 PM |
| SL | **Samuel Lim<6598176798>**<br>when shanghai is totally cowboy | 24/12/2018, 10:04 PM |
| SL | **Samuel Lim<6598176798>**<br>if they want, they can make sunny or roger sign off | 24/12/2018, 10:04 PM |
| AB | **Alvin Bro<6598226074>**<br>wei knows | 24/12/2018, 10:04 PM |
| SL | **Samuel Lim<6598176798>**<br>or cz | 24/12/2018, 10:04 PM |
| AB | **Alvin Bro<6598226074>**<br>exactly what the hell happened | 24/12/2018, 10:04 PM |
| AB | **Alvin Bro<6598226074>**<br>like the cs team just cowboy | 24/12/2018, 10:04 PM |
| AB | **Alvin Bro<6598226074>**<br>and fk shit up | 24/12/2018, 10:04 PM |
| SL | **Samuel Lim<6598176798>**<br>bro ofac this kinda stuff they wont go after sunny 1 leh | 24/12/2018, 10:05 PM |
| SL | **Samuel Lim<6598176798>**<br>they will go after the asshole who signed off | 24/12/2018, 10:05 PM |
| AB | **Alvin Bro<6598226074>**<br>like | 24/12/2018, 10:05 PM |
| SL | **Samuel Lim<6598176798>**<br>and the ceo too | 24/12/2018, 10:05 PM |
| AB | **Alvin Bro<6598226074>**<br>u say clean righttt | 24/12/2018, 10:05 PM |
| AB | **Alvin Bro<6598226074>**<br>clean what clean | 24/12/2018, 10:05 PM |

| | | |
|---|---|---|
| AB | **Alvin Bro<6598226074>**<br>cbbbbb | 24/12/2018, 10:05 PM |
| SL | **Samuel Lim<6598176798>**<br>there is no fking way we are clean | 24/12/2018, 10:05 PM |
| AB | **Alvin Bro<6598226074>**<br>cap ni ma hahahah | 24/12/2018, 10:05 PM |
| SL | **Samuel Lim<6598176798>**<br>i have seen NOTHING to prove we are | 24/12/2018, 10:05 PM |
| AB | **Alvin Bro<6598226074>**<br>cao ni ma | 24/12/2018, 10:05 PM |
| AB | **Alvin Bro<6598226074>**<br>hahahahhaa | 24/12/2018, 10:05 PM |
| SL | **Samuel Lim<6598176798>**<br>i have zero visibility on our VIP clients | 24/12/2018, 10:05 PM |
| SL | **Samuel Lim<6598176798>**<br>ZERO | 24/12/2018, 10:05 PM |
| SL | **Samuel Lim<6598176798>**<br>and our fking cs | 24/12/2018, 10:05 PM |
| SL | **Samuel Lim<6598176798>**<br>is teaching ppl how to circumvent sanctions | 24/12/2018, 10:06 PM |
| SL | **Samuel Lim<6598176798>**<br>bunch of fktards | 24/12/2018, 10:06 PM |
| AB | **Alvin Bro<6598226074>**<br>we got so many business priorities that compliance is like | 24/12/2018, 10:09 PM |
| AB | **Alvin Bro<6598226074>**<br>huhhhhhh | 24/12/2018, 10:10 PM |
| AB | **Alvin Bro<6598226074>**<br>hahahaha | 24/12/2018, 10:10 PM |
| AB | **Alvin Bro<6598226074>**<br>like... hey aml training | 24/12/2018, 10:10 PM |
| AB | **Alvin Bro<6598226074>**<br>they rather have new hire training | 24/12/2018, 10:10 PM |
| AB | **Alvin Bro<6598226074>**<br>🤣🤣🤣🤣 | 24/12/2018, 10:10 PM |
| SL | **Samuel Lim<6598176798>**<br>the strategy of bnb is to survive for 2 years and f off | 24/12/2018, 10:10 PM |
| SL | **Samuel Lim<6598176798>** | 24/12/2018, 10:10 PM |

| | | |
|---|---|---|
| | hahahahahah | |
| SL | **Samuel Lim<6598176798>**<br>and in this 2 yrs try ur bestest to not land in jail | 24/12/2018, 10:10 PM |
| AB | **Alvin Bro<6598226074>**<br>HAHAHAHAHA | 24/12/2018, 10:10 PM |
| AB | **Alvin Bro<6598226074>**<br>2 years | 24/12/2018, 10:11 PM |
| AB | **Alvin Bro<6598226074>**<br>feel like a REALLLY REALLY LONG TIME | 24/12/2018, 10:11 PM |
| AB | **Alvin Bro<6598226074>**<br>in this tenacious environment hahahaha | 24/12/2018, 10:11 PM |
| SL | **Samuel Lim<6598176798>**<br>after spending some time here and talking to alot of ppl i realised the best job in compliance = working for a fking regulatore | 24/12/2018, 10:11 PM |
| SL | **Samuel Lim<6598176798>**<br>like if u work in MAS | 24/12/2018, 10:11 PM |
| SL | **Samuel Lim<6598176798>**<br>9-6 job | 24/12/2018, 10:11 PM |
| SL | **Samuel Lim<6598176798>**<br>ur job i just write shit or approve shit | 24/12/2018, 10:11 PM |
| SL | **Samuel Lim<6598176798>**<br>and NO1 fking ask u to hurry up | 24/12/2018, 10:11 PM |
| SL | **Samuel Lim<6598176798>**<br>cos nobody dares to command the regulator | 24/12/2018, 10:11 PM |
| AB | **Alvin Bro<6598226074>**<br>r u applying for MAS next? HAHAHAHA | 24/12/2018, 10:12 PM |
| SL | **Samuel Lim<6598176798>**<br>1 of my goals is prolly to be a duar pek gong in mas | 24/12/2018, 10:12 PM |
| SL | **Samuel Lim<6598176798>**<br>yea if i dont land in jail bro | 24/12/2018, 10:12 PM |
| SL | **Samuel Lim<6598176798>**<br>very likely | 24/12/2018, 10:12 PM |
| SL | **Samuel Lim<6598176798>**<br>hahahahhahahahah | 24/12/2018, 10:12 PM |
| AB | **Alvin Bro<6598226074>**<br>hahahahaha | 24/12/2018, 10:13 PM |
| AB | **Alvin Bro<6598226074>**<br>i have heard alot of ppl applying mas | 24/12/2018, 10:13 PM |

| | | |
|---|---|---|
| | hahahahahah | |
| SL | **Samuel Lim<6598176798>**<br>and in this 2 yrs try ur bestest to not land in jail | 24/12/2018, 10:10 PM |
| AB | **Alvin Bro<6598226074>**<br>HAHAHAHAHA | 24/12/2018, 10:10 PM |
| AB | **Alvin Bro<6598226074>**<br>2 years | 24/12/2018, 10:11 PM |
| AB | **Alvin Bro<6598226074>**<br>feel like a REALLLY REALLY LONG TIME | 24/12/2018, 10:11 PM |
| AB | **Alvin Bro<6598226074>**<br>in this tenacious environment hahahaha | 24/12/2018, 10:11 PM |
| SL | **Samuel Lim<6598176798>**<br>after spending some time here and talking to alot of ppl i realised the best job in compliance = working for a fking regulatore | 24/12/2018, 10:11 PM |
| SL | **Samuel Lim<6598176798>**<br>like if u work in MAS | 24/12/2018, 10:11 PM |
| SL | **Samuel Lim<6598176798>**<br>9-6 job | 24/12/2018, 10:11 PM |
| SL | **Samuel Lim<6598176798>**<br>ur job i just write shit or approve shit | 24/12/2018, 10:11 PM |
| SL | **Samuel Lim<6598176798>**<br>and NO1 fking ask u to hurry up | 24/12/2018, 10:11 PM |
| SL | **Samuel Lim<6598176798>**<br>cos nobody dares to command the regulator | 24/12/2018, 10:11 PM |
| AB | **Alvin Bro<6598226074>**<br>r u applying for MAS next? HAHAHAHA | 24/12/2018, 10:12 PM |
| SL | **Samuel Lim<6598176798>**<br>1 of my goals is prolly to be a duar pek gong in mas | 24/12/2018, 10:12 PM |
| SL | **Samuel Lim<6598176798>**<br>yea if i dont land in jail bro | 24/12/2018, 10:12 PM |
| SL | **Samuel Lim<6598176798>**<br>very likely | 24/12/2018, 10:12 PM |
| SL | **Samuel Lim<6598176798>**<br>hahahahhahahahah | 24/12/2018, 10:12 PM |
| AB | **Alvin Bro<6598226074>**<br>hahahahaha | 24/12/2018, 10:13 PM |
| AB | **Alvin Bro<6598226074>**<br>i have heard alot of ppl applying mas | 24/12/2018, 10:13 PM |