# EXHIBIT A-39

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 37 | Date Range: 15/7/2020 |

## Outline of Conversations

 **C00** • 37 messages on 15/7/2020 • Anatoly • Samuel

**Messages in chronological order** (times are shown in GMT +00:00)

**C00**

| | | |
|---|---|---|
| A | **Anatoly**<br>Happy anniversary man! | 15/7/2020, 1:09 AM |
| A | **Anatoly**<br>Please let me know if you have a verdict now | 15/7/2020, 1:09 AM |
| A | **Anatoly**<br>Thanks ! | 15/7/2020, 1:09 AM |
| S | **Samuel**<br>1 sec on a call | 15/7/2020, 1:14 AM |
| S | **Samuel**<br>today is very busy | 15/7/2020, 1:14 AM |
| A | **Anatoly**<br>No worries | 15/7/2020, 1:14 AM |
| A | **Anatoly**<br>All good | 15/7/2020, 1:14 AM |
| S | **Samuel**<br>Anatoly, the best way i can think of is to onboard with US exchange | 15/7/2020, 2:02 AM |
| S | **Samuel**<br>but we let them trade on .com through a special arrangement | 15/7/2020, 2:02 AM |
| A | **Anatoly**<br>Interesting, but can you elaborate a bit more | 15/7/2020, 2:14 AM |
| A | **Anatoly**<br>We ask them to get set up on the US, in the meantime onboard with .com too? | 15/7/2020, 2:15 AM |
| S | **Samuel**<br>we ask them to onboard with US, and then if their volume is really very big | 15/7/2020, 2:17 AM |
| S | **Samuel**<br>we will push hard on .com side to accept it on an exceptional basis | 15/7/2020, 2:17 AM |
| A | **Anatoly**<br>Understood | 15/7/2020, 2:17 AM |
| S | **Samuel**<br>CZ will definitely agree to this lol | 15/7/2020, 2:17 AM |
| S | **Samuel**<br>you know him | 15/7/2020, 2:17 AM |
| A | **Anatoly**<br>Are you sure you're not a salesman? | 15/7/2020, 2:17 AM |

| | | |
|---|---|---|
| S | **Samuel**<br>but they need to really be doing sick ass volumes | 15/7/2020, 2:17 AM |
| A | **Anatoly**<br>lol | 15/7/2020, 2:17 AM |
| A | **Anatoly**<br>Samuel (Global Compliance-BUSD)<br>you know him<br>yeah.. just want to do it by the book.. so we're all cool too | 15/7/2020, 2:18 AM |
| S | **Samuel**<br>add: | 15/7/2020, 2:18 AM |
| A | **Anatoly**<br>Samuel (Global Compliance-BUSD)<br>but they need to really be doing sick ass volumes<br>I can assure they can do well on .com side, but let me check with them | 15/7/2020, 2:18 AM |
| S | **Samuel**<br>cool | 15/7/2020, 2:18 AM |
| S | **Samuel**<br>we always have a way for whales | 15/7/2020, 2:18 AM |
| S | **Samuel**<br>thats the nature of our biz | 15/7/2020, 2:19 AM |
| S | **Samuel**<br>its either we do it, or huobi does it | 15/7/2020, 2:19 AM |
| A | **Anatoly**<br>I guess you can defer it to us? Defining how much we want them to trade on .us firts | 15/7/2020, 2:19 AM |
| S | **Samuel**<br>so its a simple decision | 15/7/2020, 2:19 AM |
| A | **Anatoly**<br>Samuel (Global Compliance-BUSD)<br>its either we do it, or huobi does it<br>Afraid them w'eve been doing it for a while now | 15/7/2020, 2:19 AM |
| A | **Anatoly**<br>Cool | 15/7/2020, 2:19 AM |
| S | **Samuel**<br>ask them for their volume projections, if they can pledge its best | 15/7/2020, 2:19 AM |
| A | **Anatoly**<br>Thanks for checking | 15/7/2020, 2:19 AM |
| S | **Samuel**<br>i have been briefed by top management to always find a way to support biz | 15/7/2020, 2:20 AM |

| | | |
|---|---|---|
| A | **Anatoly** | 15/7/2020, 2:20 AM |
| | Samuel (Global Compliance-BUSD) ask them for their volume projections, if they can pledge its best Sure. This will do | |
| S | **Samuel** | 15/7/2020, 2:20 AM |
| | so if you guys are certain of the volume | |
| S | **Samuel** | 15/7/2020, 2:20 AM |
| | we can make it happen, dont worry | |
| A | **Anatoly** | 15/7/2020, 2:21 AM |
| | Understood. I will talk to Vince. We might have a few more accounts that got stuck with onboarding | |