# EXHIBIT A-40

BHL-SEC-BUSD-0391007

## Short Message Report

| Conversations: 1 | Participants: 43 |
|---|---|
| Total Messages: 28 | Date Range: 7/10/2020 |

## Outline of Conversations

  **C00** • 28 messages on 7/10/2020 • AG • Alfred • Allan • Allen Chen • Archive Bot • BNBaby • Bob • CZ • Daniel C • Darren • Ding • Eric • Erick • Gin • HH • He Yi • Heina • Hon • Jimmy • Johnny • Kael • Kaiyu • Leo H • Leon • Ling （M&A） • Lisa • Matt S • Nancy • Peter Zan • Rain • Rock • Roger • Samuel • Season • Sunny Li • Susan • Teck • Ted • Tiger X • Vince K • Wanxin • Wei • Winnie K

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL                                                                                                                 BHL-SEC-BUSD-0391007

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **C00**

| | | |
|---|---|---|
| HY | **He Yi** | 7/10/2020, 7:40 AM |
| | 今天中午卡的原因知道了吗？ | |

| | | |
|---|---|---|
| C | **CZ** | 7/10/2020, 7:44 AM |
| | Tiger Bob Roger | |

| | | |
|---|---|---|
| R | **Roger** | 7/10/2020, 9:13 AM |
| | 数据库新增索引优化 launchpool 的分发 Job 性能；但该 ddl 执行过程期间与 dml 争抢锁，导致 DB 负载上升、直接影响 launchpool、swap 服务缓慢；间接导致总资产显示0，以及 币安宝部分功能不可用。 | |

| | | |
|---|---|---|
| TX | **Tiger X** | 7/10/2020, 9:27 AM |
| | launchpool小组假期期间，在冲刺功能，包括B-Swap 1.2，Launchpool2.0等。上线的时候也把数据库的一个优化一起带上了，现在分发的量越来越大，有隐藏的性能问题，需要调整下索引结构。 | |
| | 调整索引的过程没有协调好，导致DB被锁死了。节假日，协调大家上线解决问题确实比平时慢，导致问题持续时间比较长。launchpool，swap，savings等部分功能共用同一个数据库，所以相关功能受影响了。 | |

| | | |
|---|---|---|
| B | **Bob** | 7/10/2020, 5:20 PM |
| | 针对这种DB上线的质量问题，我们会做一些Database必要的权限回收和审核流程的梳理，另外，会针对一些SQL上线和质量做一些内部的培训。 | |

| | | |
|---|---|---|
| C | **CZ** | 7/10/2020, 8:46 PM |
| | https://cointelegraph.com/news/okcoin-opens-doors-to-crypto-traders-in-singapore | |

| | | |
|---|---|---|
| C | **CZ** | 7/10/2020, 8:46 PM |
| | what fiat channels do they have? Samuel | |

| | | |
|---|---|---|
| H | **HH** | 7/10/2020, 8:54 PM |
| | https://support.okcoin.com/hc/en-us/articles/360026979331-Fiat-Deposit-Withdraw-Options | |

| | | |
|---|---|---|
| HY | **He Yi** | 7/10/2020, 8:55 PM |
| | okcoin的充值通道是什* | |

| | | |
|---|---|---|
| H | **HH** | 7/10/2020, 8:56 PM |
| | This is the list of channels | |

| | | |
|---|---|---|
| H | **HH** | 7/10/2020, 9:00 PM |
| | It seems they use Far East international bank 远东商银，As far as I know, It's a bank from Taiwan, but not big presence in Singapore | |

| | | |
|---|---|---|
| H | **HH** | 7/10/2020, 9:05 PM |
| | They were willing to work with us for non-TW currencies until they saw the US lawsuit issue | |
| | We can reach out again to see, but they also don't have an API for the offshore currencies. CZ | |

| | | |
|---|---|---|
| C | **CZ** | 7/10/2020, 9:06 PM |
| | it's fine then. more PR than substance. | |

| | | |
|---|---|---|
| H | **HH** | 7/10/2020, 9:06 PM |
| | Correct | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL         BHL-SEC-BUSD-0391008

H  **HH**  7/10/2020, 9:08 PM
We have talked to Xfer (be mentioned in the news) but there are compliance related concerns from our side regarding Singapore dollars on ramp to.com.  So now is it Ok to add direct SGD on-ramp to.com Samuel ?

H  **HH**  7/10/2020, 9:09 PM
We have talked to Xfer (be mentioned in the news) but there are compliance related concerns from our side regarding Singapore dollars on ramp to.com.  So now is it Ok to add direct SGD on-ramp to.com Samuel CZ ?

H  **HH**  7/10/2020, 9:15 PM
We have talked to Xfer (be mentioned in the news) but there are compliance related concerns from our side regarding Singapore dollars on ramp to.com.  So now is it Ok to add direct SGD on-ramp to.com Samuel CZ ?

**Redacted for Privilege**

S  **Samuel**  7/10/2020, 9:31 PM
**Redacted for Privilege**

S  **Samuel**  7/10/2020, 9:31 PM
**Redacted for Privilege**

S  **Samuel**  7/10/2020, 9:45 PM
For more clarity, this is common for countries with a proper regulatory regime in place, some examples, US, SG, Japan, Indonesia

In these regimes, if you serve their specific country users, they expect your platform to be registered with their regulator. USA = .com registered with FinCen, Sg = .com registered with MAS, Indo = OJK Bapetti, Japan FSA)

Because we do not want .com to be regulated ever, we created local entities to be registered with the regulators, and ringfence accordingly. So BAM, BAS etc. these are entities that are regulated/licensed.

S  **Samuel**  7/10/2020, 9:45 PM
CZ (CEO)
https://cointelegraph.com/news/okcoin-opens-doors-to-crypto-traders-in-singapore
For OK its the same, they are not using their main parent entity, they are using a subsidiary similar to our BAS

S  **Samuel**  7/10/2020, 9:46 PM



Image: IMG_7581.jpeg (177 KB)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL                                     BHL-SEC-BUSD-0391009

S     **Samuel**     7/10/2020, 9:46 PM

*Attachment: OKCOIN ACRA.pdf (21 KB)*

S     **Samuel**     7/10/2020, 9:46 PM
We pulled out their SG company report through acra

S     **Samuel**     7/10/2020, 9:49 PM
For more clarity, this is common for countries with a proper regulatory regime in place, some examples, US, SG, Japan, Indonesia, Malaysia

In these regimes, if you serve their specific country users, they expect your platform to be registered with their regulator. USA = .com registered with FinCen, Sg = .com registered with MAS, Indo = OJK Bapetti, Japan FSA), Msia = SC

Because we do not want .com to be regulated ever, we created local entities to be registered with the regulators, and ringfence accordingly. So BAM, BAS etc. these are entities that are regulated/licensed.

S     **Samuel**     7/10/2020, 9:50 PM
For more clarity, this is common for countries with a proper regulatory regime in place, some examples, US, SG, Japan, Indonesia, Malaysia

In these regimes, if you serve their specific country users, they expect your platform to be registered with their regulator. USA = .com registered with FinCen, Sg = .com registered with MAS, Indo = OJK Bapetti, Japan FSA, Msia = SC

Because we do not want .com to be regulated ever, we created local entities to be registered with the regulators, and ringfence accordingly. So BAM, BAS etc. these are entities that are regulated/licensed.

S     **Samuel**     7/10/2020, 10:30 PM

**Redacted for Privilege**

S     **Samuel**     7/10/2020, 10:30 PM

**Redacted for Privilege**