# EXHIBIT A-41

CC000406022

**Short Message Report**

| Conversations: 1 | Participants: 15 |
|---|---|
| Total Messages: 263 | Date Range: 6/14/2019 |

**Outline of Conversations**

 **pu31795865520190614** · 263 messages on 6/14/2019 · Allan Yan <421110018> · C Zhao <452951517> · C. Coley <472369052> · Darc <344347398> · Gin Chao <681241128> · Harry Zhou <589557272> · Jennifer? <602877553> · Jessica Jung ?? <403177363> · Leah Li <535749130> · Lida <704517095> · US Launch/Entry PR Messaging <317958655> · Wanxin <668401221> · Wei Zhou <216599441> · Yiming Chen <696495673> · lisa <418512282>

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY                    CC000406022

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **pu31795865520190614**

**CZ**    C Zhao <452951517>        6/14/2019, 12:25 AM
Let's roll out 1-4.

**CZ**    C Zhao <452951517>        12:27 AM
Let's not comment too publicly, until the above is rolled out.  Otherwise, we run the potential of pissing off the regulatros.  Once the blocks are out, we can tell the whole story of we are complying.

**J**    Jessica Jung ?? <403177363>        12:31 AM
Roger that!

**J**    Jessica Jung ?? <403177363>        12:32 AM
@czhao @harryzhou — statements requested by Leah's contact, Joseph Young from Forbes for your review in this doc: https://docs.google.com/document/d/1hyZu_VL4U4Q1IUClNnK76yAJ7jY9AhbHbaZUmQWYVoo/edit#

**HZ**    Harry Zhou <589557272>        12:42 AM
Hi Jessica, comments sent to you separately. Thanks .

**L**    Lida <704517095>        12:47 AM
Copy that. We target to launch at 11:00 SHT.

**CZ**    C Zhao <452951517>        12:48 AM
which section?

**J**    Jessica Jung ?? <403177363>        12:48 AM
"NEW PRESS STATEMENTS" part — tagged you in it

**CZ**    C Zhao <452951517>        1:13 AM
I finished my edits, let me know if there are any tweaks or comments.  @harryzhou @weizhou @cryptocoley

**HZ**    Harry Zhou <589557272>        1:19 AM
I have no further comments. Thank you.

**J**    Jessica Jung ?? <403177363>        1:24 AM
Lovely. Thank you

**WZ**    Wei Zhou <216599441>        1:29 AM
Looking

**CC**    C. Coley <472369052>        1:32 AM
looking as well

**J**    Jessica Jung ?? <403177363>        1:45 AM

## Redacted for Privilege

**D**    Darc <344347398>        1:46 AM
@YimingChen Kindly advise if have have the messaging confirmed?

**HZ**    Harry Zhou <589557272>        1:47 AM

**Redacted for Privilege**

J   Jessica Jung ?? <403177363>                                          1:50 AM
**Redacted for Privilege**

J   Jessica Jung ?? <403177363>                                          1:50 AM
**Redacted for Privilege**

HZ  Harry Zhou <589557272>                                               1:50 AM
**Redacted for Privilege**

HZ  Harry Zhou <589557272>                                               1:51 AM
**Redacted for Privilege**

J   Jessica Jung ?? <403177363>                                          1:51 AM
**Redacted for Privilege**

CC  C. Coley <472369052>                                                 1:52 AM
**Redacted for Privilege**

J   Jessica Jung ?? <403177363>                                          1:52 AM
**Redacted for Privilege**

HZ  Harry Zhou <589557272>                                               1:54 AM
**Redacted for Privilege**

HZ  Harry Zhou <589557272>                                               1:54 AM
**Redacted for Privilege**

J   Jessica Jung ?? <403177363>                                          1:55 AM
**Redacted for Privilege**

CC  C. Coley <472369052>                                                 1:56 AM
**Redacted for Privilege**

J   Jessica Jung ?? <403177363>                                          1:56 AM
**Redacted for Privilege**

CC  C. Coley <472369052>                                                 1:57 AM
**Redacted for Privilege**

J   Jessica Jung ?? <403177363>                                          1:57 AM
**Redacted for Privilege**

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY



CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY

J     Jessica Jung ?? <403177363>                                    2:18 AM

**Redacted for Privilege**

J     Jessica Jung ?? <403177363>                                    2:19 AM

**Redacted for Privilege**

HZ    Harry Zhou <589557272>                                        2:22 AM

**Redacted for Privilege**

GC    Gin Chao <681241128>                                          2:24 AM

OK, will send shortly and keep this group posted.

CZ    C Zhao <452951517>                                            2:25 AM

done with edit now. 🙂

J     Jessica Jung ?? <403177363>                                    2:43 AM

Great! Thank you!

All yours to share with, Joseph 🌞 @leahli

W     Wanxin <668401221>                                            2:46 AM

@YimingChen is it still the latest timeline?
@leahli is BAM medium post out yet?

LL    Leah Li <535749130>                                            2:47 AM

Great, thanks everyone

LL    Leah Li <535749130>                                            2:47 AM

Here's the draft of the BAM Medium post -
https://medium.com/@BAM_Trading/bam-partners-with-binance-to-launch-binance-us-1512845dbd71
https://medium.com/@BAM_Trading/bam-partners-with-binance-to-launch-binance-us-1512845dbd71

LL    Leah Li <535749130>                                            2:47 AM

If it looks fine, will push it live now @harryzhou @czhao

D     Darc <344347398>                                            2:47 AM

Let me know when to post

LL    Leah Li <535749130>                                            2:48 AM

The press release from Binance.com Blog will be live at 11am SGT

LL    Leah Li <535749130>                                            2:50 AM

@cryptocoley @weizhou

D     Darc <344347398>                                            2:50 AM

The Binance US URL is broken

LL    Leah Li <535749130>                                            2:50 AM

Yep that's the only problem, it's not live yet

D     Darc <344347398>                                            2:51 AM

Can we just remove the link then?

LL    Leah Li <535749130>                                            2:51 AM

Yiming says it can be pushed live now

LL    Leah Li <535749130>                                            2:51 AM

Landing page is live at https://www.binance.us/

**D**    **Darc <344347398>**                                                   2:52 AM
#BAM Partners with @Binance to Launch Binance US (@BinanceAmerica)

BAM Trading Services is thrilled to announce a partnership with global leading cryptocurrency exchange Binance to launch Binance US.

https://medium.com/@BAM_Trading/bam-partners-with-binance-to-launch-binance-us-1512845dbd71
https://medium.com/@BAM_Trading/bam-partners-with-binance-to-launch-binance-us-1512845dbd71

**D**    **Darc <344347398>**                                                   2:52 AM
Ready to tweet when the Medium article is approved

**D**    **Darc <344347398>**                                                   2:53 AM
Can we just add the landing page as the link

**LL**    **Leah Li <535749130>**                                                2:54 AM
It should be updated now

**D**    **Darc <344347398>**                                                   2:54 AM
Live now 👍

**CZ**    **C Zhao <452951517>**                                              2:54 AM
Change "Binance US" to Binance.US, more clear.

**CZ**    **C Zhao <452951517>**                                              2:55 AM
the one that's hyperlinked

**LL**    **Leah Li <535749130>**                                                2:55 AM
K updated

**CZ**    **C Zhao <452951517>**                                              2:55 AM
let's retweet after the Binance.com changes are deployed.

**CZ**    **C Zhao <452951517>**                                              2:56 AM
usually takes longer than promised, lol

**LL**    **Leah Li <535749130>**                                                2:56 AM
Would it be better to change all of them to Binance.US ?

**CZ**    **C Zhao <452951517>**                                              2:56 AM
sure

**LL**    **Leah Li <535749130>**                                                2:56 AM
Since the logo reflects .US as well

**LL**    **Leah Li <535749130>**                                                2:56 AM
👍 k will make the changes

**D**    **Darc <344347398>**                                                   2:57 AM
https://twitter.com/BAM_Trading/status/1139366097092612096
https://twitter.com/BAM_Trading/status/1139366097092612096

**D**    **Darc <344347398>**                                                   2:57 AM
@czhao

**CZ**    **C Zhao <452951517>**                                              2:58 AM

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY

are the .com changes deployed?  @YimingChen

**Leah Li <535749130>**                                                                2:59 AM
He's talking to product at the moment

**C Zhao <452951517>**                                                                 2:59 AM
ok, np, it will usually take longer

**Lida <704517095>**                                                                   2:59 AM
just update the TOU, merging

**Yiming Chen <696495673>**                                                            2:59 AM
It will be around 15 minutes.

**Leah Li <535749130>**                                                                3:00 AM
Initially I believe Harry suggested the plan to wait on the .com changes until after announcing US launch

**Leah Li <535749130>**                                                                3:00 AM
So as to not link the TOU updates/IP popups too closely with the US launch announcement

**Darc <344347398>**                                                                   3:00 AM
https://twitter.com/BinanceAmerica https://twitter.com/BinanceAmerica

**Darc <344347398>**                                                                   3:00 AM
US acc

**C Zhao <452951517>**                                                                 3:01 AM
not a big issue.

**C Zhao <452951517>**                                                                 3:02 AM
people will link it regardless.

**C Zhao <452951517>**                                                                 3:02 AM
followed

**Darc <344347398>**                                                                   3:02 AM
once .com changes are reflected

RT BAM from main
Tweet Binance blog

**Leah Li <535749130>**                                                                3:04 AM
Can you repost this tweet Darc? Not a big deal but the meta shows the old 'Binance US' — should be Binance.US now

**Darc <344347398>**                                                                   3:06 AM

CC000406022



*Image: 2_317958655_29896.jpg (35 KB)*

**Leah Li <535749130>**                                                3:11 AM

Can you do a 'hello world' or teaser type of post for @BinanceAmerica first please, then it can RT BAM and Binance announcements

**Darc <344347398>**                                                  3:12 AM

sure

**Leah Li <535749130>**                                                3:12 AM

Twitter account swapping 😂 so many handles

**Darc <344347398>**                                                  3:13 AM

https://twitter.com/BAM_Trading/status/1139370142092054528
https://twitter.com/BAM_Trading/status/1139370142092054528

**Darc <344347398>**                                                  3:18 AM

@lidalii do we need to update this on the landing page to "Binance.US"

**Darc <344347398>**                                                  3:18 AM

Binance US will provide secure and reliable cryptocurrency trading to users in the United States. Binance US will be operated by BAM Trading Services and built on cutting-edge matching engine and wallet technologies licensed from Binance.

**Lida <704517095>**                                                  3:19 AM

will do. Let's roll out .com feature first.

**Darc <344347398>**                                                  3:19 AM

👍

**Yiming Chen <696495673>**                                            3:19 AM

@lidalii



*Image: image_2019-06-14_11-19-53.png (301 KB)*

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY              CC000406029

**LL**  Leah Li <535749130>                                                3:20 AM
Thanks Lida

**LL**  Leah Li <535749130>                                                3:20 AM
Binance.US will provide secure and reliable cryptocurrency trading to users in the United States. Binance.US will be operated by BAM Trading Services and built on cutting-edge matching engine and wallet technologies licensed from Binance.

**D**  Darc <344347398>                                                    3:21 AM
@czhao One the changes are reflected, lets RT the #HelloWorld first to get some hype going and then BAM

**D**  Darc <344347398>                                                    3:21 AM
https://twitter.com/BinanceAmerica/status/1139370665121726464
https://twitter.com/BinanceAmerica/status/1139370665121726464

**CZ**  C Zhao <452951517>                                                 3:34 AM
let's stay a little low key

**CZ**  C Zhao <452951517>                                                 3:34 AM
Site won't  be live for a while

**CZ**  C Zhao <452951517>                                                 3:35 AM
So no need to have hype it up

**YC**  Yiming Chen <696495673>                                            3:36 AM
We are depolying.

**LL**  Leah Li <535749130>                                                3:36 AM

# Redacted for Privilege

**LL**  Leah Li <535749130>                                                3:37 AM
"After 90 days, effective on August 14, 2019" —> this part is incorrect, 90 days = September 12. Please confirm if should be 60 or 90

**CZ**  C Zhao <452951517>                                                 3:37 AM
90

**CZ**  C Zhao <452951517>                                                 3:37 AM

Sept

| | | |
|---|---|---|
| LL | **Leah Li <535749130>** | 3:38 AM |
| | Ok, updated. Thanks | |
| CZ | **C Zhao <452951517>** | 3:38 AM |
| | Looks fine to me | |
| D | **Darc <344347398>** | 3:39 AM |
| | Ok | |
| LL | **Leah Li <535749130>** | 3:52 AM |
| | Great thanks, starting Chinese translation then will tag you and Sunny in the 公告群 for a final review | |
| CZ | **C Zhao <452951517>** | 4:04 AM |
| | https://twitter.com/zhusu/status/1139321122611007488?s=21 https://twitter.com/zhusu/status/1139321122611007488?s=21 | |
| CZ | **C Zhao <452951517>** | 4:04 AM |
| | Smart guys catch on very quickly. | |
| W | **Wanxin <668401221>** | 4:07 AM |
| | yeah, as we expected, the connections are hard to miss 😂 | |
| L | **Lida <704517095>** | 4:17 AM |
| | @czhao @weizhou @Sunnyli1 @allannyan @YimingChen @leahli it's live now 1. Binance US site landng page https://www.binance.us/ 2. Ban US IP registration(web1.0/web2.0/H5/APP) 3. Remove US from KYC drop-down menu 4. Update the TOU | |
| CZ | **C Zhao <452951517>** | 4:18 AM |
| | Thank you. | |
| D | **Darc <344347398>** | 4:19 AM |
| | [Last revised: 20 February 2019] | |
| D | **Darc <344347398>** | 4:19 AM |
| | Please update | |
| D | **Darc <344347398>** | 4:19 AM |
| | on TOU | |
| D | **Darc <344347398>** | 4:21 AM |
| | @czhao good to RT BAM from main and then post the binance blog? | |
| L | **Lida <704517095>** | 4:21 AM |
| | ok, will fix to "Last revised: 14 June 2019]" | |
| CZ | **C Zhao <452951517>** | 4:22 AM |
| | alright, let's do it. | |
| D | **Darc <344347398>** | 4:22 AM |
| | Lets go! | |

**CZ**  C Zhao <452951517>                                                                4:22 AM
be ready for the complain wave

**LL**  Leah Li <535749130>                                                               4:22 AM
Binance blog is live: https://www.binance.com/en/blog/346119082624540672/Binance-Announces-Partnership-with-BAM-to-Launch-US-Exchange https://www.binance.com/en/blog/346119082624540672/Binance-Announces-Partnership-with-BAM-to-Launch-US-Exchange

**LL**  Leah Li <535749130>                                                               4:23 AM
Thanks Lida

**LL**  Leah Li <535749130>                                                               4:23 AM
@czhao Shall we publish the TOU review/update announcement in an hour?

**D**  Darc <344347398>                                                                   4:24 AM
https://twitter.com/binance/status/1139388010032537603 https://twitter.com/binance/status/1139388010032537603

**D**  Darc <344347398>                                                                   4:24 AM
@czhao

**D**  Darc <344347398>                                                                   4:26 AM
Why is the US blocked?
Please refer to Binance Terms of Use https://www.binance.com/agreement.html

Are my funds safe?
Yes. Please refer to the official announcement. <LINK HERE?>

Why can't I trade on my account?
Please refer to the official announcement. <LINK HERE>

**W**  Wanxin <668401221>                                                                 4:27 AM
Trade question shouldn't appear yet as we are not restricting it, yet

**D**  Darc <344347398>                                                                   4:28 AM
okay

**L**  Lida <704517095>                                                                   4:29 AM
We dont ban trade yet.

**D**  Darc <344347398>                                                                   4:29 AM
Great! 🙂

**W**  Wanxin <668401221>                                                                 4:29 AM
existing users shouldn't experience any change. just new people try to register with detected US IP

**L**  Lida <704517095>                                                                   4:31 AM
Yes:)

**CZ**  C Zhao <452951517>                                                                4:31 AM



*Image: 2_317958655_30029.jpg (99 KB)*

| CZ | **C Zhao <452951517>** | 4:31 AM |
|----|----|----|
| | is this ok? @Darchk @leahli ? | |

| D | **Darc <344347398>** | 4:32 AM |
|----|----|----|
| | Soften it if you can | |

| D | **Darc <344347398>** | 4:33 AM |
|----|----|----|
| | There will be a a few restrictions | |

| D | **Darc <344347398>** | 4:34 AM |
|----|----|----|
| | I guess it doesn't matter too much | |

| D | **Darc <344347398>** | 4:34 AM |
|----|----|----|
| | People will get it immediately anyway | |

| CZ | **C Zhao <452951517>** | 4:34 AM |
|----|----|----|
| | we can't hide the fact that US guys can no longer register, it will come out very soon. | |

| CZ | **C Zhao <452951517>** | 4:34 AM |
|----|----|----|
| | in the news | |

| D | **Darc <344347398>** | 4:34 AM |
|----|----|----|
| | Agreed | |

| D | **Darc <344347398>** | 4:34 AM |
|----|----|----|
| | More is scary | |

| CZ | **C Zhao <452951517>** | 4:34 AM |
|----|----|----|
| | better set a lower expectation | |

| D | **Darc <344347398>** | 4:34 AM |
|----|----|----|
| | A few is less scary | |

| CZ | **C Zhao <452951517>** | 4:34 AM |
|----|----|----|
| | sure | |

| YC | **Yiming Chen <696495673>** | 4:35 AM |
|----|----|----|
| | Can not register with US IP and can not do KYC with US document. | |
| | For the answer (like CS team), It should be very basic/directing them to the Terms of Use | |

| LL | **Leah Li <535749130>** | 4:35 AM |
|----|----|----|
| | +1 fine with this | |

| CZ | **C Zhao <452951517>** | 4:37 AM |
|----|----|----|

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY

https://twitter.com/cz_binance/status/1139391325172715522
https://twitter.com/cz_binance/status/1139391325172715522

**D**   **Darc <344347398>**                                                    4:37 AM
will monitor response

**CZ**   **C Zhao <452951517>**                                                4:38 AM
better we lead the messaging.

**D**   **Darc <344347398>**                                                    4:38 AM
yep

**D**   **Darc <344347398>**                                                    4:38 AM
lets share positive replies

**D**   **Darc <344347398>**                                                    4:40 AM
Will announce the AMA after we make the restrictions announcement

**LL**   **Leah Li <535749130>**                                               4:48 AM
Lida, do you know when this will be updated?

**YC**   **Yiming Chen <696495673>**                                           4:48 AM
As runbook, the zendesk announcement will be publish 1 hour later after .com deployment.
Can we do it as planned.  @czhao @weizhou @harryzhou

**D**   **Darc <344347398>**                                                    4:49 AM
Biggest concern so far is that there will be no more Launchpad sales lol

**L**   **Lida <704517095>**                                                    4:51 AM
Around1 hours (its lunch time, waiting for dev come back)

**LL**   **Leah Li <535749130>**                                               4:57 AM
Thanks

**LL**   **Leah Li <535749130>**                                               4:57 AM
We'll want to wait for the date to update before pushing the announcement live, since it links to TOU

**YC**   **Yiming Chen <696495673>**                                           5:00 AM
OK, let me follow it.

**LL**   **Leah Li <535749130>**                                               5:01 AM
Yes can do as planned. The announcements are approved in EN/CH, just waiting for devs to update the TOU date and
marketing to come back from lunch to post

**YC**   **Yiming Chen <696495673>**                                           5:01 AM
OK, got it. Thank you.

**WZ**   **Wei Zhou <216599441>**                                              5:17 AM
The dreaded LUNCH!!

**YC**   **Yiming Chen <696495673>**                                           5:51 AM
Kindly reminder, the daily meeting will be strated in 10 minutes.

**L**   **lisa <418512282>**                                                    5:53 AM
👌

**WZ**   **Wei Zhou <216599441>**                                              6:00 AM

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY                          CC000406034

Is there a Zoom link?

**AY**  **Allan Yan <421110018>**                                                    6:00 AM
Daily Stand-Up meeting:

Content：
    1. Project status  - tracking
Time：
    6/14 14:00 （UTC+8)
Location：
    Meeting Room 2
    ZOOM：https://zoom.us/j/479793477 https://zoom.us/j/479793477

**GC**  **Gin Chao <681241128>**                                                    6:00 AM
I'm on another call so won't be able to join

**L**   **Lida <704517095>**                                                        6:14 AM
TOU is updated to 14 June 2019

https://www.binance.com/agreement.html
https://beta.binance.com/en/terms https://beta.binance.com/en/terms

**LL**  **Leah Li <535749130>**                                                     6:16 AM
Great, will send announcements now. Thanks!

**D**   **Darc <344347398>**                                                        6:23 AM
https://twitter.com/binance/status/1139417963629387778 https://twitter.com/binance/status/1139417963629387778

**D**   **Darc <344347398>**                                                        6:23 AM
@czhao

**D**   **Darc <344347398>**                                                        6:29 AM
Now we just need to wait for someone to actually read the TOU

**J**   **Jessica Jung ?? <403177363>**                                             6:35 AM
Lol yes

**D**   **Darc <344347398>**                                                        6:40 AM
https://twitter.com/theblock__/status/1139419892879220743?s=21
https://twitter.com/theblock__/status/1139419892879220743?s=21

**D**   **Darc <344347398>**                                                        6:40 AM
What a choice of picture... lol

**CZ**  **C Zhao <452951517>**                                                      6:45 AM
lol

**D**   **Darc <344347398>**                                                        6:54 AM
Is it worth putting out a tweet from the US one or BAM saying we look forward to opening registration soon or something
softer? Re-enforce that the US users will have somewhere to go

**W**   **Wanxin <668401221>**                                                      6:55 AM
People start to ask already 👆

**W**   **Wanxin <668401221>**                                                      6:55 AM
Then please explain, in detail, how it will work. The ToS say that Binance cannot provide services to US customers. So
how can US customers continue to use Binance even if they are already registered?

**CZ**  **C Zhao <452951517>**                                                      6:55 AM

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY

let's do it

**D**   **Darc <344347398>**                                                    6:56 AM
BAM or US?

**CZ**   **C Zhao <452951517>**             6:56 AM
US

**CZ**   **C Zhao <452951517>**             6:56 AM
let's use the US one mainly going forward

**CZ**   **C Zhao <452951517>**             6:56 AM
BAM is just the entity holder

**W**   **Wanxin <668401221>**            6:57 AM
as expected 👇

**W**   **Wanxin <668401221>**            6:57 AM
now the question is how many coins currently on binance.com will be listed on binance.us

**D**   **Darc <344347398>**             6:58 AM
Okay

**CZ**   **C Zhao <452951517>**             6:58 AM
not sure, yet, can't go to that level of detail.  they will have to wait

**CZ**   **C Zhao <452951517>**             6:59 AM
when US wakes up, we will have lots of questions.

**W**   **Wanxin <668401221>**            6:59 AM
The English chat right now is already 50% discussion about the US intepretation. So far no outcry, because people still
wonder what will happen after 90 days

**W**   **Wanxin <668401221>**            7:00 AM
so far we don't comment anything, but it won't probably last for too long

**D**   **Darc <344347398>**             7:00 AM
Binance.US will provide secure and reliable cryptocurrency trading to users in the United States.

We look forward to opening registrations soon. 🇺🇸

**D**   **Darc <344347398>**             7:00 AM
@czhao how's this?

**CZ**   **C Zhao <452951517>**             7:01 AM
sounds good

**D**   **Darc <344347398>**             7:01 AM
Most people are asking where they can withdraw to

**D**   **Darc <344347398>**             7:01 AM
Later we could announce free withdrawals to all Binance ecosystem exchanges / partners

**D**   **Darc <344347398>**             7:01 AM
Transfer your shit to the US exchange for free

**W**   **Wanxin <668401221>**            7:02 AM

Can we actually do that? I know we can't free deposit withdrawal between binance.com & jersey/SG because of regulatory issue, even though that would have been the best synergy of ecosystem

D    **Darc <344347398>**                                                  7:03 AM

It's crypto to crypto between exchanges

D    **Darc <344347398>**                                                  7:03 AM

Not sure regulatory wise

CC    **C. Coley <472369052>**                                      7:04 AM

Large trader convos are around getting out of smallcap alts predominately listed on Binance only. (Arrington / Su Zhu).

D    **Darc <344347398>**                                                  7:05 AM

Yup, we've yet to comment on pairs, orderbook etc

D    **Darc <344347398>**                                                  7:07 AM


*Image: 2_317958655_30189.jpg (29 KB)*

D    **Darc <344347398>**                                                  7:07 AM

@czhao also comign up a lot. Users aren't sure if we will even offer BNB

D    **Darc <344347398>**                                                  7:08 AM

Mati is from Etoro...

D    **Darc <344347398>**                                                  7:09 AM

Bitmax will do pretty well from this imo

D    **Darc <344347398>**                                                  7:22 AM

ahahah people will be selling their KYC account to US persons

D    **Darc <344347398>**                                                  7:22 AM

This guy gets it lol

D    **Darc <344347398>**                                                  7:23 AM

https://twitter.com/coindesk/status/1139432030616215553 https://twitter.com/coindesk/status/1139432030616215553

W    **Wanxin <668401221>**                                      7:23 AM

Sounds like they can just follow the Chinese users' tactic suite (VPN, bought KYC, etc.) 😂

D    **Darc <344347398>**                                                  7:24 AM

yup

D    **Darc <344347398>**                                                  7:24 AM

If we leave a door, people will always use it

| | | |
|---|---|---|
| D | **Darc <344347398>** | 7:24 AM |
| | People are way more concerned about when the next launchpad is over the US news | |

| | | |
|---|---|---|
| D | **Darc <344347398>** | 8:54 AM |
| | https://techcrunch.com/2019/06/14/binance-begins-to-restrict-us-customers/ https://techcrunch.com/2019/06/14/binance-begins-to-restrict-us-customers/ | |

| | | |
|---|---|---|
| D | **Darc <344347398>** | 9:01 AM |
| | How far away are we from being able to confirm that BNB will be available on the US exchange? Seems to be the biggest cause of dumping | |

| | | |
|---|---|---|
| CZ | **C Zhao <452951517>** | 9:01 AM |
| | not sure at all. | |

| | | |
|---|---|---|
| CZ | **C Zhao <452951517>** | 9:03 AM |
| | Let them do what they have to do. | |

| | | |
|---|---|---|
| J | **Jennifer? <602877553>** | 12:33 PM |
| | Right, but the news you're expanding into the US... Partnership with BAM Trading Services?  Guess that doesn't mean physical presence? | |

| | | |
|---|---|---|
| J | **Jennifer? <602877553>** | 12:33 PM |
| | Hi.   So... Where will the Binance offices in the USA be located? | |

| | | |
|---|---|---|
| J | **Jennifer? <602877553>** | 12:34 PM |
| | @harryzhou this guy from jumptrading, what can we answer if people ask the same question? | |

| | | |
|---|---|---|
| D | **Darc <344347398>** | 12:51 PM |
| | Checked and we have not in any way been informed that we cant answer questions neither CS or security team | |

| | | |
|---|---|---|
| D | **Darc <344347398>** | 12:51 PM |
| | All agents are answering questions can you escalate it to your contacts as well? | |

| | | |
|---|---|---|
| D | **Darc <344347398>** | 12:51 PM |
| | Sorry man, but just we need to find out as fast as possible. All agents are answering tickets and chats about it... | |

| | | |
|---|---|---|
| D | **Darc <344347398>** | 12:51 PM |
| | @YimingChen seems CS is just answering US questions however they feel like it instead of the standard messaging of "refer to TOU etc" | |

| | | |
|---|---|---|
| D | **Darc <344347398>** | 12:52 PM |
| | @Sunnyli1 | |

| | | |
|---|---|---|
| D | **Darc <344347398>** | 12:52 PM |
| | It shouldn't cause problems if the account is already KYC verified(and he is not from US) if he has not we may lock the functionality when our system detects IP from US and ask to go through verification | |

| | | |
|---|---|---|
| D | **Darc <344347398>** | 12:53 PM |
| | This was just communicated to the angels and then in the English chat... | |

| | | |
|---|---|---|
| LL | **Leah Li <535749130>** | 1:45 PM |
| | Jennifer, think you can answer: | |
| | Binance.US is operated by our local partner BAM Trading Services. BAM will determine the commercial plans for Binance.US. | |

| | | |
|---|---|---|
| LL | **Leah Li <535749130>** | 1:53 PM |
| | Please let CS know we shouldn't mention anything about IP blocking and our only response should be to direct users to | |

view the Terms of Use Review announcement.

I would recommend and share these below approved messages:

1. After 90 days, effective on 2019/09/12, users who are not in accordance with Binance's Terms of Use will continue to have access to their wallets and funds, but will no longer be able to trade or deposit on Binance.com.

2. Binance.us will be able to service US users in a fully compliant way.

3. We expect people from the US to follow the guidelines set forth by US regulators, and we will follow those guidelines closely as well.

| | | |
|---|---|---|
| D | **Darc <344347398>** | 1:53 PM |
| | Sunny is handling it in the helpdesk chat | |

| | | |
|---|---|---|
| LL | **Leah Li <535749130>** | 1:55 PM |

Here is our master FAQ doc for gathering Q's from users/media on the US launch. Keep this doc internal (to this group) and please add more sensitive questions you come across that we need to confirm messaging on:

https://docs.google.com/document/d/1hyZu_VL4U4Q1IUClNnK76yAJ7jY9AhbHbaZUmQWYVoo

| | | |
|---|---|---|
| LL | **Leah Li <535749130>** | 2:31 PM |

https://www.ccn.com/ceo-interview-binance-us-launch-coinbase/amp/
@czhao @jessicajung824 Joseph used the interview in CCN 🔥 https://www.ccn.com/ceo-interview-binance-us-launch-coinbase/amp/

| | | |
|---|---|---|
| LL | **Leah Li <535749130>** | 2:31 PM |

this will be for CCN

| | | |
|---|---|---|
| LL | **Leah Li <535749130>** | 2:31 PM |

it has the biggest readership by far, bigger than Forbes

| | | |
|---|---|---|
| LL | **Leah Li <535749130>** | 2:31 PM |

it is higher than coindesk in Alexa so I think it is best to publish on CCN

| | | |
|---|---|---|
| LL | **Leah Li <535749130>** | 2:32 PM |



*Image: 2_317958655_30291.jpg (117 KB)*

| | | |
|---|---|---|
| J | **Jennifer? <602877553>** | 3:14 PM |
| | Thx Leah! | |

| HZ | **Harry Zhou <589557272>** | 3:14 PM |
|----|----|----|

# Redacted for Privilege

| HZ | **Harry Zhou <589557272>** | 3:15 PM |
|----|----|----|

## Redacted for Privilege

| J | **Jessica Jung ?? <403177363>** | 3:56 PM |
|---|---|---|

Great work, Leah! 🌻

| J | **Jessica Jung ?? <403177363>** | 3:56 PM |
|---|---|---|

Thank you for the update

| J | **Jessica Jung ?? <403177363>** | 3:57 PM |
|---|---|---|

# Redacted for Privilege

| J | **Jessica Jung ?? <403177363>** | 3:57 PM |
|---|---|---|

## Redacted for Privilege

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY                    CC000406040

HZ | Harry Zhou <589557272> | 4:01 PM
**Redacted for Privilege**

HZ | Harry Zhou <589557272> | 4:02 PM
**Redacted for Privilege**

J | Jessica Jung ?? <403177363> | 4:16 PM
**Redacted for Privilege**

HZ | Harry Zhou <589557272> | 4:21 PM
**Redacted for Privilege**

HZ | Harry Zhou <589557272> | 4:22 PM
**Redacted for Privilege**

J | Jessica Jung ?? <403177363> | 4:33 PM
**Redacted for Privilege**

J | Jessica Jung ?? <403177363> | 4:34 PM
**Redacted for Privilege**

J | Jessica Jung ?? <403177363> | 4:34 PM
**Redacted for Privilege**

WZ | Wei Zhou <216599441> | 4:35 PM
**Redacted for Privilege**

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY                    CC000406041