# EXHIBIT A-43



Registe

# BAM PLATFORM TRADING RULES

BAM Trading Services Inc., a Delaware corporation ("BAM," doing business as "Binance US"), operates the "BAM Platform", a Digital Assets trading platform, at https://www.binan Capitalized terms used but not defined herein shall have respective meanings given to such terms in the User Agreement.

The BAM Platform currently offers the following Digital Assets trading services module:

- The spot purchase and sale of Digital Assets on a many buyers and many sellers basis through a central order book matching facility, known as the multilateral trading servi "Multilateral Trading Service").

The following set of Trading Rules governs all Orders and Transactions on the BAM Platform, and will apply to a Trader immediately upon the opening of an Account and/or immedi the Trader's first request to BAM to utilize the BAM Platform. The Trading Rules operate as a binding contract between BAM and each Trader, and between a Trader and any other

The terms in these Trading Rules may be amended, supplemented and/or replaced from time to time, in accordance with Clause 14.5 of the User Agreement.

In the event that there is any conflict between these Trading Rules and any other statement whether written or oral made by BAM at any time (excluding the statements in the Tra Agreements), the terms of these Trading Rules shall prevail. In the event there is any conflict between the terms of these Trading Rules and any of the Trading Agreements, the ter Trading Agreement shall prevail.

Except where these Trading Rules express to the contrary, the Trading Rules shall be construed in accordance with, and governed by, the laws of the State of California applicable executed and to be wholly performed within such state. Any dispute or controversy arising out of or relating to this Agreement shall be settled by arbitration in accordance with the American Arbitration Association and judgment upon the award may be entered in any court having jurisdiction thereover. The arbitration shall be held in San Francisco County or place as the parties hereto may agree.

BAM shall not be liable for anything done or omitted in accordance with these Trading Rules.

## DEFINITIONS

In these Trading Rules, unless the context otherwise requires, the following words and expressions shall bear the following meanings:

"Account" means an account of a User opened and maintained with BAM for purposes of procuring any Services or an account of a Market Maker opened and maintained with BAM purposes of carrying out market making activities on the BAM Platform, as the case may be.

"API" means application programming interface.

"Asset" means a Digital Asset or Fiat Currency.

"Available Balance" means a Trader's Total Asset Value less any amounts held for Open Orders, Locked Asset Value, Withdrawing Asset Value and fees.

"Base Asset" means the Asset being traded on the Order Book; the first Asset in the Trading Pair. For example, on the BTC/USD Order Book, BTC is the Base Asset and USD is the Q

"BAM APIs" means the APIs made available by BAM to Traders as a service, including without limitation such APIs that facilitate Traders' access to the Services and/or the BAM P any services, functions and features made available through such APIs by or on behalf of BAM.

"BAM" has the meaning ascribed to it in the recital above.

"BAM Platform" has the meaning ascribed to it in the recital above.

"Cancel-only Mode" means an operation mode of the BAM Platform during which Traders are not able to place new Orders, but are able to cancel Open Orders. Further, no Orders during the Cancel-only Mode.

"Clearly Erroneous Transaction" has the meaning given to it in Clause 4.2.1(d) below.

"Digital Asset" means any digital asset (also known as a "cryptocurrency" or "virtual currency") including but not limited to bitcoin and ether, which is issued, stored and/or transfe on the protocol of a computer network known as a blockchain or a public transaction ledger.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BAM                                                                                              BTS00048328

BTS00048328

"Fee" has the meaning given to it in Clause 3.1.1 below.

"Fiat Currency" means a lawful currency of a nation's government.

"Fill" means a match of two Orders.

"Full Trading Mode" means the normal operation of the BAM Platform, during which Traders can place Market Orders and Limit Orders and can cancel Open Orders.

"Hold" means the setting aside of Assets allocated to an Order.

"Indemnified Persons" has the meaning given to it in Clause 2.10.1 below.

"Instruction" means any instruction, request or order given to BAM (whether through the BAM APIs or otherwise) in relation to the operation of any Account or to execute any Tran through such medium and in such form and manner as BAM may require, and includes any instruction, request or order to revoke, ignore or vary any previous instruction, request o respect of any Account or Transaction.

"Limits" means the limits on the value of Transactions, or deposits into or withdrawals out of Linked Wallet(s), which are set out on the Website.

"Limit Order" means an Order to buy or sell a specified quantity of an Asset at a specified price or better.

"Linked Crypto Wallet" means any Linked Wallet used to store Digital Assets for the purposes of trading on the BAM Platform.

"Linked Fiat Wallet" means any Linked Wallet used to store Fiat Currency for the purposes of trading on the BAM Platform.

"Linked Wallet" means any wallet or account linked to an Account which is used for the storage of any Fiat Currency and/or Digital Asset to be traded on the BAM Platform. A Linke be operated by BAM or a third party, and may be an omnibus wallet or account linked to multiple Traders and/or Accounts.

"Linked Wallet Addendum" means the additional terms and conditions between the Traders and BAM in relation to Linked Wallets operated by BAM or a third party, as set out in th to the User Agreement which are incorporated by reference to the User Agreement.

"Locked Asset Value" means the value of a Trader's Assets subject to a Hold.

"Maker Order" has the meaning given to it in Clause 2.7.2 below.

"Market Data" has the meaning given to it in Clauses 5.1.1 and 5.1.2 below.

"Market Maker" means a person who on an organized, continuous and systematic basis enters into Transactions in Digital Assets on the BAM Platform for its own account and ther market for such Digital Assets. For the avoidance of doubt, a Market Maker is also a User.

"Market Maker Agreement" means the agreement, written or verbal, entered into between BAM and the Market Maker in respect of the Market Makers' market making activities or Platform, as amended, supplemented or replaced from time to time.

"Market Manipulation" has the meaning given to it in Clause 4.6.2 below.

"Market Order" means an Order to buy or sell a specified quantity of an Asset at the best available price of existing Orders on the Order Book.

"Order" means an instruction to buy or sell a specified quantity of the Base Asset at a specified price in the Quote Asset.

"Order Book" means each order book on which Orders are placed for trading in a Trading Pair.

"Open Order" means a Maker Order which has been posted but not Filled, cancelled or expired, or a Stop Order which is currently active.

"Price-Time Priority" has the meaning given to it in Clause 2.8.2 below.

"Quote Asset" means the Asset in which trading is denominated on the Order Book; the second Asset in the Trading Pair. For example, on the BTC/USD Order Book, BTC is the Bas USD is the Quote Asset.

"Scheduled Downtime" means a planned temporary outage for maintenance or upgrades. See Clause 4.

"Services" refers to the Digital Asset trading services on the BAM Platform provided by BAM.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BAM                                                                                                                               BTS00048329

"Stop Limit Order" has the meaning given to it in Clause 2.5.4 below.

"Stop Market Order" has the meaning given to it in Clause 2.5.4 below.

"Stop Order" means an instruction to post an Order to buy or sell a specified quantity of an Asset but only if and when the last trade price on the Order Book is equal to, (in the case Stop Order) lower than or (in the case of a buy Stop Order) higher than, the Stop Price.

"Stop Price" means the price specified in a Stop Order.

"Taker Order" has the meaning given to it in Clause 2.7.1 below.

"Time in Force Instruction" refers to the Instructions described in Clause 2.3.5 below.

"Total Asset Value" means the gross value of all of a Trader's Assets for the relevant Order Book, expressed in the Quote Asset based on the last trade price. This includes all Asset Open Orders.

"Trader" means a User or a Market Maker trading on the BAM Platform.

"Trading Agreements" means the User Agreement and the Market Maker Agreement.

"Trading Pair" means each pair of a Base Asset and a Quote Asset offered on the BAM Platform.

"Transaction" means any sale, purchase or other transaction in such Digital Asset(s) or such other asset(s) or product(s) as BAM may from time to time permit to be carried out on Platform.

"User" means any individual, corporation, legal person, entity or other organization who is using the Services.

"User Agreement" means the agreement entered into between BAM and each User in respect of the User's use of the BAM Platform (including the User's access to the Website an APIs) and the Services made available through the Website or the BAM APIs, as amended, supplemented or replaced from time to time.

"Web Interface" means the user interface that is implemented in the form of a web page, and accessed through the Website.

"Website" means BAM's website at https://www.binance.us.

"Withdrawing Asset Value" means the value of a Trader's Assets in a Linked Wallet which is subject to a withdrawal Instruction.

## 1. RESERVED

## 2. TRADING ON THE CENTRAL ORDER BOOK TRADING PLATFORM

2.1. BAM operates a central order book trading platform and settles trades in a number of Digital Asset and Fiat Currency Trading Pairs. Each Trader's Account will list which Order available to the Trader to trade in.

### 2.2. Orders

2.2.1 To place an Order on an Order Book, a Trader must have an Available Balance of the relevant Asset in the Linked Wallet which is sufficient to cover the total value of the Order applicable Fees.

2.2.2 When a Trader places an Order, that quantity of the relevant Asset becomes subject to a Hold.

2.2.3 A Trader can place an Order as either a Limit Order, a Market Order, or a Stop Order.

2.2.4 A Trader may cancel an open Maker Order or Stop Order at any time before it is Filled. No Fees are charged for such cancelled Orders which are not Filled.

### 2.3. Limit Orders

2.3.1 A Limit Order is an Order to buy or sell a specified quantity of an Asset at a specified price or better.

2.3.2 A Limit Order will only ever Fill at the specified price or a better price.

2.3.3 A Limit Order with "post-only" selected will only be posted to the Order Book if it would not be posted at the same price as an existing Order on the Order Book. A Limit Order only" selected will always be a Maker Order.

2.3.4 A Limit Order without "post-only" selected will be immediately posted to the Order Book (subject to any Time in Force Instructions) and can result in a Maker Order or a Taker Order that is partially a Maker Order and partially a Taker Order.

2.3.5 Limit Orders may be placed with one of the following Time in Force Instructions.

    a. Good till cancelled: if posted, the Order will remain on the Order Book until cancelled by the Trader. This is the default Time in Force Instruction.

    b. Immediate or cancel: the Order will only be posted to the Order Book to the extent that it would be immediately Filled; any remaining quantity is cancelled. This results in a T

    c. Fill or kill: the Order will only be posted to the Order Book if it would be immediately and completely Filled. This results in a Taker Order.

## 2.4. Market Orders

2.4.1 A Market Order is an Order to buy or sell a specified quantity of an Asset at the best available price of existing Orders on the Order Book.

2.4.2 A Market Order may Fill at a number of different prices, based on the quantity of the Market Order and the quantities of the existing Orders on the Order Book at the time.

2.4.3 Depending on the volume and prices of Orders on the Order Book at the time when a Market Order is posted, the Market Order may Fill at a price less favorable than the most price, in some cases significantly so. This is commonly referred to as "slippage".

2.4.4 A valid Market Order will be immediately posted to the Order Book. A Market Order is always a Taker Order.

## 2.5. Stop Orders

2.5.1 A Stop Order is an instruction to post an Order to buy or sell a specified quantity of an Asset but only if and when the last trade price on the Order Book is equal to, (in the cas Stop Order) lower than or (in the case of a buy Stop Order) higher than, the Stop Price.

2.5.2 Once a Stop Order has been placed, it is considered 'active' until it executes by posting the relevant Order when the Stop Price is reached.

2.5.3 A Stop Order is not posted to the Order Book and is not visible to other Traders, but any resulting Order is posted and visible.

he Stop Price is reached, or a Stop Limit Order, which posts a Limit Order when the Stop Price is reached.

2.5.5 A Stop Market Order is subject to slippage in the same way as ordinary Market Orders. A Stop Limit Order is not guaranteed to Fill. The Web Interface will display a warning e Trader attempts to place a Stop Order.

## 2.6. Confirmations

2.6.1 BAM will require Traders to provide a confirmation when Traders attempt to place an Order which would completely or partially fill at a price which is more than 5% away fror trade price (slippage warning).

## 2.7. Posting of Orders to the Order Book

2.7.1 (Taker Order) If an Order is posted to the Order Book at the same price as one or more existing Orders, it is a Taker Order which will result in an immediate Fill at that price, tc the total quantity of those existing Orders.

2.7.2 (Maker Order) To the extent that an Order is posted to the Order Book at a different price to all existing Orders, it is a Maker Order which will remain open at that price on the until:

    a. it is cancelled by the Trader; or

    b. it is completely Filled by one or more Taker Orders placed by another Trader at the same price.

## 2.8. Matching Engine and Order Priority

2.8.1 The BAM Platform matches Taker Orders with open Maker Orders on each Order Book based on Price-Time Priority.

2.8.2 Price-Time Priority means that each time a Taker Order is posted, the Taker Order is matched with the earliest in time Maker Order at the best price on the Order Book; and to that the Taker Order is not completely Filled by that Maker Order, it is matched with any subsequent Maker Orders at that price, in the sequence those Maker Orders were posted; extent that the Taker Order is not completely Filled by one or more Maker Orders described above, it is matched with one or more Maker Orders at the next best price, in the seque Maker Orders were posted, and this process is repeated until the Taker Order is completely Filled.

2.8.3 All Traders accessing the BAM Platform are subject to the same Price-Time Priority.

2.8.4 An Order may be matched with a number of corresponding Orders at the same price.

2.8.5 Taker Orders are matched with the best available existing Maker Orders. This means that a Limit Order placed outside the market (i.e. a sell Order below the highest existing b a buy Order above the lowest existing sell Order) will be Filled by the best available existing Order rather than an existing Order with the same price as the Limit Order.

## 2.9. Fills and Settlement

2.9.1 When a Maker Order is matched with a Taker Order, those Orders are Filled. An Order may be matched with and Filled by one or more Orders at the same price.

2.9.2 As and when Orders are Filled, the BAM Platform will promptly proceed to effect the settlement of such Filled Orders, by debiting and crediting the relevant Digital Asset bala Linked Crypto Wallet(s).

2.9.3 The BAM Platform settles the Fiat Currency payments in all Filled Orders on a periodic basis, by debiting and crediting the relevant Fiat Currency balances in the Linked Fiat W

2.9.4 The Trader acknowledges and agrees that there is no assurance or guarantee that an Order will be Filled and/or settled.

## 2.10. Exclusion of Liability

2.10.1 Under no circumstances shall any of (a) BAM, (b) BAM's shareholders, joint venture parties, affiliates and related corporations and entities, and (c) the officers, directors, em representatives, agents, suppliers and service providers of all of the persons and entities described in (a) and (b) ((a), (b) and (c) collectively, the "Indemnified Persons") be respon for any direct or indirect losses (including loss of profits, business or opportunities), damages or costs suffered by any Trader or any other person or entity, arising from or in conne any act, omission, negligence, breach, offence or default committed by or attributable to any other Trader(s) and/or (b) any Order and/or Transaction failing to be Filled, completed settled, whether this failure is attributable to BAM or otherwise.

# 3. TRADING TERMS

## 3.1. Trading Fees

3.1.1 BAM charges a fee for each Transaction ("Fee"). The applicable Fee is deducted from the Asset credited to the Linked Wallet in settlement of the Transaction following the Fil Order. The current Fee rates can be found at the Website.

3.1.2 The Fee is charged by debiting the Fee from the Linked Fiat Wallet or the Linked Crypto Wallet (as the case may be, in accordance with Clause 3.1.1 above) following the Fillin

3.1.3 BAM may charge different Fees to different Traders, for different types of Orders, on different Order Books, or based on any other factors, at BAM's sole discretion. Any such c Fees, and any changes to any Fees, will be reflected on the Website and will take effect at the time the updated Fee rates are published, or the later date set forth in any revision.

## 3.2. Trading Hours

3.2.1 Subject to Scheduled Downtime, or the disabling, termination or suspension of any Service in accordance with these Trading Rules and/or the User Agreement, the Services v available 24 hours a day, 7 days a week.

## 3.3. Withdrawal of Assets

3.3.1 Subject to any Limits imposed by BAM, a Trader may withdraw some or all of its Digital Assets from the Linked Crypto Wallet(s).

3.3.2 Subject to any Limits imposed by BAM and the terms set out in any Linked Wallet Addendums, a Trader may withdraw some or all of its Fiat Currency from the Linked Fiat Wa

# 4. MARKET INTEGRITY

## 4.1. All trades are final

4.1.1 Subject to Clause 4.2 below, all Fills are final, and no Trader shall have the right to reverse or cancel any Transaction or Fill.

## 4.2. Reversal, cancellation, modification and/or disregard of trades

4.2.1 BAM may, in its sole and absolute discretion, reverse, cancel, modify and/or disregard any Transaction, Fill, Order or Instruction under any circumstance and for whatever rea reason whatsoever, including but not limited to where:
    a. BAM is compelled to do so by any applicable law or regulation, including but not limited to where BAM is required to suspend or terminate a Trader's Account;

BTS00048328

    b. due to a technical error, Transactions, Orders, or Fills do not occur as specified in these Trading Rules;

    c. Orders placed by Traders who, in our sole discretion, have engaged in abusive use of the platform, for example, Market Manipulation, or using the BAM APIs in a manner whi unreasonably burdens the BAM Platform;

    d. Orders which involve an obvious error with respect to price, quantity, or other parameters -- a "Clearly Erroneous Transaction". In determining whether a transaction is a Clea Erroneous Transaction, BAM will take into account the circumstances at the time of the transaction, the need to preserve the integrity of the market, and the need to mainta orderly marketplace. The Trader agrees and understands that if BAM determines a transaction to be a Clearly Erroneous Transaction, BAM may declare it null and void, in wh part, even if the Trader and/or the other party do not agree to cancel or modify it; and/or

    e. for technical reasons or to maintain the proper functioning of the BAM Platform, it would be necessary or desirable to do so.

4.2.2 Under no circumstances shall any of the Indemnified Persons be responsible or liable for any direct or indirect losses (including loss of profits, business or opportunities), da costs suffered by any Trader or any other person or entity, arising from or in connection with BAM's decision to reverse, cancel, modify and/or disregard any Transaction, Fill, Order Instruction.

### 4.3. Access to the BAM Platform

4.3.1 Subject to the terms and conditions of the Trading Agreements, all Traders have equal access to the BAM APIs and Web Interfaces. BAM does not provide prioritized access t

4.3.2 BAM has the authority to take any action that it deems appropriate in its sole and absolute discretion to preserve market integrity. Such actions include, but are not limited to of trading, modifying risk-mitigating parameters, restricting Trader access to the BAM Platform, restricting Order types to Limit Orders only, cancelling Orders resting in the Order B other action that BAM deems to be in its best interest.

### 4.4. Interruptions

4.4.1 If technical reasons prevent or degrade Traders' ability to place or cancel Orders, or prevent or degrade access to the BAM APIs or the Web Interfaces or affect the operation Platform's Order Books, matching engines or any other systems or processes, then BAM may, in its discretion, take one or more of the following actions (where applicable) in respe more Order Books pursuant to the Multilateral Trading Service or in respect of the purchase or sale of Digital Assets pursuant to the One Click Buy/Sell Service:

    a. disable or suspend the depositing or withdrawing of Assets;

    b. reverse, cancel, modify and/or disregard Open Orders;

    c. disable or suspend the ability to place new Orders;

    d. disable or suspend any entry into, completion and/or settlement of any Filled Orders, and/or Transactions;

    e. disable or suspend sign-in;

    f. disable or suspend the BAM APIs; and/or

    g. disable or suspend access to the Web Interface.

4.4.2 In the case of the Multilateral Trading Service:

    a. If access to the BAM Platform through the Web Interface is unavailable for 5 minutes or longer, BAM may choose to move the BAM Platform to Cancel-Only Mode as soon as

    b. If the BAM Platform is in Cancel-Only Mode, it will be restored to Full Trading Mode only after access through the Web Interface becomes available for at least 5 minutes and is it safe to restore the BAM Platform to Full Trading Mode.

    c. BAM will notify Traders of the move to or from Cancel-Only Mode via our website

### 4.5. Flash Crashes and Circuit Breakers

4.5.1 The BAM Platform does not use circuit breakers or automated trading halts based on predetermined price bands. However, as provided in Clauses 4.3.2 and 4.4.1, BAM may, i discretion, halt trading.

### 4.6. False Trading and Market Manipulation Prohibited

4.6.1 Traders are prohibited from engaging in Market Manipulation.

4.6.2 Market Manipulation of any kind is strictly prohibited. Market Manipulation is defined as any action taken or procured to be taken, or any course of conduct, by any person (wh alone or in concert with other person(s)) which is intended to, or does, or is likely to:

    a. create a false or misleading appearance:

    b. of active trading in any Digital Asset on the BAM Platform; or

    c. with respect to the market for, or the price of, any Digital Asset traded on the BAM Platform;

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BAM                                                                                                                           BTS00048333

BTS00048328

    d. artificially control or manipulate the price or trading volume of a Digital Asset, including but not limited to maintaining, inflating, depressing or causing fluctuations in the ma a Digital Asset; or

    e. aid, abet, enable, finance, support, or endorse any of the above.

For the avoidance of doubt, Market Manipulation may include, without limitation, any action or course of conduct carried out or undertaken on the BAM Platform and/or outside of Platform.

4.6.3 A Trader must also not effect, take part in, be concerned in or carry out, directly or indirectly, 2 or more Transactions in Digital Assets being Transactions that have, or are like effect of raising, lowering, maintaining or stabilizing the price of the Digital Asset, with the intent to induce other persons to purchase or sell such Digital Assets.

### 4.7. False or Misleading Statements

4.7.1 Traders are prohibited from making false or misleading statements or disseminating information that is false or misleading in a material particular and is likely:

    a. to induce other persons to purchase or sell Digital Assets; or

    b. to have the effect (whether significant or otherwise) or raising, lowering, maintaining or stabilising the market price of Digital Assets.

### 4.8. Employment of Manipulative and Deceptive Devices

4.8.1 Traders are prohibited from engaging in manipulative or deceptive conduct in connection with the purchase or sale of any Digital Asset. Examples of manipulative or deceptiv include:

    a. employing any device, scheme or artifice to defraud;

    b. engaging in any act, practice or course of business which operates as a fraud or deception, or is likely to operate as a fraud or deception, upon any person;

    c. making any statement the Trader knows to be false in a material particular; or

    d. omitting to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading.

## 5. ACCESS TO INFORMATION

5.1. All Traders have full and equal real-time access to Market Data. Market Data is made available through the Web Interface or through other avenues which BAM may make avail time to time in its sole discretion, including the BAM APIs.

5.1.1 Market Data comprises the following: all Limit Orders placed on the Order Book (price, quantity, and time), and all Fills (price, quantity, and time)

5.1.2 Market Data does not include the following:

    a. resting Stop Orders (Stop Orders that have been placed but where the Stop Price has not been reached); and

    b. any information about the Trader that placed any Order.

### 5.2. BAM Corporate Operations

5.2.1 BAM which owns and operates the BAM Platform, or any of its affiliates, may also trade on the BAM Platform.

5.2.2 BAM and its affiliates is subject to the same Price-Time Priority as all other Traders.

5.2.3 BAM and any of its affiliates that trades on the BAM Platform only trades based on Market Data and does not have access to any inside information. It does not engage in any running.

5.2.4 All trades of Assets by BAM or its affiliate for its proprietary account will be made under a separate Account and Linked Wallet.

### 5.3. BAM Employee Access

5.3.1 BAM's policies prohibit all BAM's employees from using inside, corporate or proprietary information to trade Digital Assets.

## 6. SCHEDULED DOWNTIME

6.1. From time to time, BAM may suspend trading temporarily for maintenance or upgrades. Absent extenuating circumstances, the BAM Platform will use reasonable endeavors t following process for closing and re-opening trading:

    Step 1: Announce Scheduled Downtime

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BAM                                                                                                               BTS00048334

BTS00048328

Case 1:23-cv-01599-ABJ   Document 17-11   Filed 06/06/23   Page 9 of 10

BTS00048328

Case 1:23-cv-01599-ABJ   Document 17-11   Filed 06/06/23   Page 9 of 10

6/23/2020                                                                                          Binance.US Trading Rules | Binance US

Step 2: Scheduled Downtime Begins

Step 3: Immediately after Scheduled Downtime is completed, all Order Books to enter into Cancel-only Mode

### 6.2. Approval of Market Makers

6.2.1 A corporation may be approved by BAM as a Market Maker, in which case the corporation shall execute a Market Maker Agreement in such form and content prescribed by BA

### 6.3. Obligations of a Market Maker

6.3.1 The Market Maker shall comply with this set of Trading Rules.

6.3.2 The Market Maker shall continually, or upon demand, place two-way quotes in all Digital Assets covered by its Market Maker obligations:

(a) on a continuous basis or in such manner as BAM specifies in the relevant Market Maker Agreement to provide for an adequately liquid market;

(b) within the maximum spread that BAM specifies in the relevant Market Maker Agreement;

(c) for not less than the minimum quantity that BAM specifies in the relevant Market Maker Agreement; and

(d) in accordance with such other requirements or specifications as BAM may from time to time impose in the relevant Market Maker Agreement.

6.3.3 BAM may grant exemptions from the Market Maker obligations for a limited period of time in exceptional circumstances for a specific or all Market Makers in one or several Di BAM will use reasonable endeavors to make public the occurrence of exceptional circumstances as soon as reasonably possible when it has become aware of such occurrence. It make public the resumption of normal trading after such exceptional circumstances have ceased to exist.

6.3.4 The obligation to continually and upon request place two-way quotes shall apply within the BAM Platform opening hours at the times stated in the relevant Market Maker Agr the Filling of Orders or after the re-opening of the BAM Platform after extraordinary closure or scheduled downtime, the Market Maker shall, promptly or within a certain grace peri stated in the relevant Market Maker Agreement, place new two-way quotes.

6.3.5 The Market Maker shall appoint and notify BAM one or more natural persons who shall be continuously responsible for the market making function during the BAM Platform hours.

### 6.4. Suspension and Restriction of Activities

6.4.1 BAM may suspend or restrict the activities of a Market Maker for such period as BAM specifies if the Market Maker:

(a) fails to comply with any of the provisions in these Trading Rules or in the relevant Market Maker Agreement;

(b) defaults on any trade in Digital Assets;

(c) in BAM's opinion, is in financial or operating difficulty;

(d) is suspected of manipulating or distorting the market for a Digital Asset or attempting to do so;

(e) is the subject of a written complaint involving an allegation of fraud or dishonesty, whether in or out of the United States;

(f) is the subject of an investigation involving an allegation of fraud or dishonesty, whether in or out of the United States;

(g) engages in conduct detrimental to the financial integrity, reputation or interests of BAM, or the BAM Platform; or

(h) refuses to provide BAM with information to aid BAM in its investigation of the Market Maker for suspected manipulation or other breach of these Trading Rules.

6.4.2 BAM may modify, suspend or terminate the activities of the Market Maker where extreme market conditions arise. In such an event, BAM would issue a general notice to all T

### 6.5. Revocation of Approval of Market Maker

6.5.1 BAM may revoke the approval of a Market Maker by terminating the Market Making Agreement in accordance with the terms of the Market Making Agreement.

### 6.6. Resignation of Market Maker

6.6.1 A Market Maker who intends to resign from making a market for a specified Digital Asset must give at least 30 days written notice to BAM, stating the proposed date of resign

6.6.2 A Market Maker who intends to resign from making a market for all Digital Assets must terminate its Market Maker Agreement in accordance with the terms of the relevant M Agreement.

6.6.3 A Market Maker must continue to comply with the Trading Rules and the relevant Market Making Agreement until the date of resignation.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BAM                                                                                                                                                BTS00048335

### 6.7. Obligations of former Market Maker

6.7.1 A former Market Maker remains liable to BAM, the Users and other Market Makers for any liabilities incurred during the period as a Market Maker under these Trading Rules.

[Last revised: September 18, 2019]



### About

About Us
Terms of Use
Privacy Policy
Disclosures
Trading Rules
Prime Trust Linked Wallet Addendum
Blog

### Support

API Documentation
FAQ
Submit a Request
Trade Limits
Fees
Referral

### Community

f  Facebook
𝕐  Twitter
in LinkedIn
◂  Telegram
▶  YouTube
◉  Instagram

© 2020 Binance.US. All rights reserved.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BAM                                                                          BTS00048336