# EXHIBIT A-44

CC000407016

## Short Message Report

| Conversations: 1 | Participants: 6 |
|---|---|
| Total Messages: 8 | Date Range: 7/29/2019 |

## Outline of Conversations

 **pu141519732420190729** • 8 messages on 7/29/2019 • 25525524 • C. Coley <472369052> • George Jiang <878052497> • Harry Zhou <589557272> • Lida <704517095> • US Ops Setup - INTERNAL <1415197324>

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY                    CC000407016

**Messages in chronological order** (times are shown in GMT +00:00)

| | | |
|---|---|---|
| 💬 | **pu141519732420190729** | |
| # | **25525524** | 7/29/2019, 1:55 AM |

Hi Harry,
Is there any update on these docs?
We just need a draft for now.
Is it possible to send us today?
@harryzhou

**L**    **Lida <704517095>**      3:55 AM

Daily Standup 7/29

General
-8/12 1.0 QA
-8/26 1.1 QA
-9/2 v1.0 Goes live — KYC/ crypto deposit / withdrawal and coin scope TBD
-9/12 v1.1 goes live — fiat deposit / withdrawal, pairs visible and trading

PjM
- @hsannaung confirm crypto deposit / withdrawal pairs for 1.0 -- Coley confirmed; done
- @hsann need to remind Harry about static page content -- ; @georgekjiang find templates to fill in for now
- @hsannaung have onboarding@binance.us email setup and google drive for corp kyc form

PM
- @lida prepare specifics double ledger solution PRD
- @georgekjiang check home page banner with Marto -- see if design can try something more subdued
- @georgekjiang confirm content on home page -- follow with @douglas on design changes for 1.0 and 1.1 -- done; final on Figma this afternoon
- @georgekjiang email templates (not started), advanced KYC rejection reasons (pending review Lida), corporate google form (done; need Harry final review)
- @Lida @georgekjiang go over 1.1 PRD with design -- kickoff at Tue

BE
- Well on track; start double ledger

FE
- @lezheng make sure resource is fixed and progress ready to meet go-live date

QA
- wang  preparing QA env -- applying for server; fini  sh by 7/25 -- done
- balance page completed, QA can start testing

Design
- n/a

**GJ**    **George Jiang <878052497>**      4:59 AM

@harryzhou do you have any final input on this? Is a corporate user required to do ID (jumio) and facial scan verification in addition to submitting the google form required documents during onboarding?

**HZ**    **Harry Zhou <589557272>**      5:10 AM

**Redacted for Privilege**

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY      CC000407017

**CC**    **C. Coley <472369052>**    5:16 AM

Thank you. You are saying in the minimum effort scenario, we are within legal guidelines to have corp account owner fill out google form, submit docs via email.

Tests like Jumio and Face++ will enhance the soundness of our procedures, but are not required.

**GJ**    **George Jiang <878052497>**    5:22 AM

thanks Harry!

**GJ**    **George Jiang <878052497>**    5:27 AM

another factor to consider — according to the relevant PM, Face++ for desktop/PC won't be ready for non-Chinese users until end August (web visit connection issues)... this is cutting it close to our 9/2 go-live date

**GJ**    **George Jiang <878052497>**    5:31 AM

of course this applies to personal verification as well...

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY     CC000407018