# EXHIBIT A-45

## Short Message Report

| Conversations: 1 | Participants: 7 |
|---|---|
| Total Messages: 17 | Date Range: 7/24/2019 |

## Outline of Conversations

 **pu141519732420190724** • 17 messages on 7/24/2019 • 25525524 • George Jiang <878052497> • Harry Zhou <589557272> • Karen <588038855> • Lida <704517095> • US Ops Setup - INTERNAL <1415197324> • Wei Zhou <216599441>

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **pu141519732420190724**

**L**  **Lida <704517095>**                                                                              7/24/2019, 4:02 AM

Daily Standup 7/24

General
-8/12 1.0全部進QA
-8/26 1.1全部進QA
-9/2 v1.0 Goes live— KYC, crypto deposit / withdrawal, no pairs visible (since we'll have no trade data to show alongside)
-9/12 v1.1 goes live— fiat deposit / withdrawal, pairs visible and trading

PjM
- @hsannaung need to provide pair list of US site -- @George follow up with home page design; same logic and row number as .com

PM
- @lida confirm specifics double ledger solution with Alex
- @georgekjiang check home page banner with Marto -- provide before friday
- @georgekjiang static page content -- coley provide on friday
- @lida @georgekjiang prepare PRD of v1.1 (Prime Trust) -- edits, review; design kickoff this week and start next week
- @georgekjiang check fiat content / USPs on home page -- follow with @douglas on design changes -- need by friday
- @georgekjiang email templates, advanced KYC rejection reasons, corporate google form

BE
- Well on track
- @alexdingcn @lida finish design of double ledger solution

FE
- @lezheng  Dev environment up and ready
- Liu Lu can start today; Zhongming started KYC
- Zhengle will start carrying over stuff and cutting from main site

QA
- wang  Preparing test cases; will send to group today
- wang  preparing QA env -- applying for server; done by 7/25
- wang  make sure meet go-live date

Design
- @lida @georgekjiang  will kick-off 1.1 UX/design next weeek, @Michael_li6 please be informed

**WZ**  **Wei Zhou <216599441>**                                                                                4:34 AM

Question: 9/2 and 9/12. Need to show trading pairs before opening dep/withdrawal. Otherwise, what tokens do I deposit in?

Recommendation: open Kyc earlier. Full launch on 9/12.

**#**  **25525524**                                                                                              4:37 AM

We will do the announcements on pairs that can be deposit and the deposit page will show all the pairs which are able to deposits.

**#**  **25525524**                                                                                              4:39 AM

And the trading pairs will be launched batch by batch, and we will add those pair on landing page when it is listed.

**#**  **25525524**                                                                                              6:40 AM

@harryzhou For compliance training, what do you need from us?
Is there any blocker here?

**K**  **Karen <588038855>**                                                                                   6:43 AM

chat_add_user

**HZ**  **Harry Zhou <589557272>**                                                                            6:56 AM

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY                                              CC000407004

| | | |
|---|---|---|
| | Hi @hsannaung, I am sending IDM details to move to Production on Friday. So hopefully we can have IDM integration for the compliance training. If not, I will do mock integraions. | |
| # | **25525524**<br>ok | 7:03 AM |
| GJ | **George Jiang <878052497>** | 2:04 PM |
| | **Redacted for Privilege** | |
| HZ | **Harry Zhou <589557272>** | 2:37 PM |
| | **Redacted for Privilege** | |
| HZ | **Harry Zhou <589557272>** | 2:38 PM |
| | **Redacted for Privilege** | |
| # | **25525524** | 2:40 PM |
| | **Redacted for Privilege** | |
| GJ | **George Jiang <878052497>**<br>we plan to follow these assumptions — i just wanted confirmation as i'm drafting the google form for corporate KYC / PT account opening and came across the country fields | 2:40 PM |
| GJ | **George Jiang <878052497>**<br>@harryzhou i'll send you the google form for review once i'm done | 2:41 PM |
| GJ | **George Jiang <878052497>** | 2:42 PM |
| | **Redacted for Privilege** | |
| HZ | **Harry Zhou <589557272>** | 2:42 PM |
| | **Redacted for Privilege** | |
| HZ | **Harry Zhou <589557272>** | 2:43 PM |
| | **Redacted for Privilege** | |