# EXHIBIT A-51



Grant P. Fondo
+1 650 752 3236
GFondo@goodwinlaw.com

Goodwin Procter LLP
601 Marshall Street
Redwood City, CA  94063

Meghan K. Spillane
+1 212 459 7193
MSpillane@goodwinlaw.com

The New York Times Building
620 Eighth Avenue
New York, NY 10018

goodwinlaw.com

**<u>CONFIDENTIAL TREATMENT REQUESTED
BY BAM TRADING SERVICES INC.
PURSUANT TO 17 C.F.R. § 200.83</u>**

July 9, 2021

<u>**VIA FTP (ENF-CPU@SEC.GOV)**</u>

Kathleen Hitchins
Senior Counsel, Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549-5720

ENF-CPU
U.S. Securities and Exchange Commission
6315 Bren Mar Drive, Suite 175
Alexandria, VA 22312
ENF-CPU@sec.gov

Re:    **In the Matter of Binance.US (HO-13865)**

Dear Ms. Hitchins:

As you know, we represent BAM Trading Services Inc. ("BAM Trading") in the above captioned matter. We write with respect to the subpoena issued by the U.S. Securities and Exchange Commission (the "SEC") to BAM Trading, dated December 17, 2020 (the "Subpoena"), in connection with the above-referenced matter.  In response to the Subpoena and pursuant to our prior discussions regarding the Subpoena, enclosed please find BAM Trading's fourteenth production of documents, bearing Bates-stamp numbers BTS00042037 - BTS00058743.  As previously agreed, BAM Trading will continue producing responsive documents on a rolling basis.

As reflected on the log attached hereto as **<u>Exhibit A</u>**, this production includes certain BAM Trading business records that are primarily responsive to Request Nos. 1, 2, 3, 4, 5, 8, 9, 11, 13, 14, 21, 31, 38, 43, 44 45, and 47.  Furthermore, attached hereto as **<u>Exhibit B</u>** are certain narratives responsive to Requests No. 22, 28, 29.  This production, along with this letter, are being provided contemporaneously via secure file transfer to ENF-CPU at the above-identified address.  The password to access the production will be provided by email.  We have not withheld any documents on the basis of privilege or other protected grounds from this production, nor have any documents within this production been redacted.

None of the documents or information we are providing in response to the Subpoena are intended to constitute a waiver of any attorney-client privilege, attorney work product protection, or any other legal privilege or other protection.  Any production of privileged or otherwise protected documents is inadvertent.



Kathleen Hitchins
July 9, 2021
Page 2

<u>**CONFIDENTIAL TREATMENT REQUESTED**</u>
<u>**BY BAM TRADING SERVICES INC.**</u>
<u>**PURSUANT TO 17 C.F.R. § 200.83**</u>

\*               \*               \*

Pursuant to 17 C.F.R. § 200.83, we respectfully request confidential treatment for (i) this letter, (ii) the materials transmitted with this letter, (iii) any memoranda, notes, correspondence, or other writings made by any member or employee of the Commission relating to any of the foregoing documents or any conference or telephone call with respect thereto, and (iv) any copies or extracts of any of the foregoing (collectively, the "Confidential Materials").  This request for confidential treatment is made for reasons of financial and business confidentiality under FOIA Exemption 4, 5 U.S.C. § 552(b)(4).  This request is not to be construed as a waiver of any other protection from disclosure or confidential treatment accorded by law, and BAM Trading will rely on and invoke any such confidentiality protection.  We respectfully request that the Confidential Materials be maintained in confidence, not be made part of any public record, and not be disclosed to any person as it contains confidential information.  In accordance with 17 C.F.R. § 200.83(d)(1), if any person (including any governmental employee who is not an employee of the Commission) should request access to or an opportunity to inspect this letter or any supplemental materials transmitted herewith, we request that we be immediately notified of any such request, be furnished with a copy of all written materials pertaining to such request (including, but not limited to, the request itself) and be given at least ten business days advance notice of any intended release so that BAM Trading may, if deemed necessary or appropriate, pursue any remedies available to it.  In such an event, we request that you contact the undersigned by telephone, in addition to sending the required notice by mail.

\*               \*               \*

Should you have any further questions regarding this matter, please do not hesitate to contact us.



Kathleen Hitchins
July 9, 2021
Page 3

<u>**CONFIDENTIAL TREATMENT REQUESTED**</u>
<u>**BY BAM TRADING SERVICES INC.**</u>
<u>**PURSUANT TO 17 C.F.R. § 200.83**</u>

Sincerely,

<u>/s/ Grant P. Fondo</u>

Grant P. Fondo
Meghan K. Spillane

cc:   Paul Kim, Assistant Director, U.S. Securities and Exchange Commission
      Ann Rosenfield, Senior Counsel, U.S. Securities and Exchange Commission
      Adam Gottlieb, Senior Counsel, U.S. Securities and Exchange Commission

      Matthew Solomon, Cleary Gottlieb Steen & Hamilton LLP
      Alexander Janghorbani, Cleary Gottlieb Steen & Hamilton LLP

Enclosures (via FTP)

In the Matter of Binance.US (HO-13865) EXHIBIT A

| Begin Bates | End Bates | Responsive to Subpoena Request(s) | Volume |
|---|---|---|---|
| BTS00000001 | BTS00000005 | N/A | BTS_Vol_001 |
| BTS00000006 | BTS00000066 | 9 | BTS_Vol_001 |
| BTS00000067 | BTS00000096 | 1, 5 | BTS_Vol_001 |
| BTS00000097 | BTS00000099 | 10 | BTS_Vol_001 |
| BTS00000100 | BTS00000222 | 35 | BTS_Vol_001 |
| BTS00000223 | BTS00000271 | 10 | BTS_Vol_001 |
| BTS00000272 | BTS00000274 | 30 | BTS_Vol_001 |
| BTS00000275 | BTS00000281 | 9, 35 | BTS_Vol_001 |
| BTS00000282 | BTS00000282 | 4 | BTS_Vol_001 |
| BTS00000283 | BTS00000287 | N/A | BTS_Vol_002 |
| BTS00000288 | BTS00000502 | 9 | BTS_Vol_002 |
| BTS00000503 | BTS00000510 | 9, 15, 13 | BTS_Vol_002 |
| BTS00000511 | BTS00000529 | 9, 10, 15, 31 | BTS_Vol_002 |
| BTS00000530 | BTS00002235 | 15, 31 | BTS_Vol_002 |
| BTS00002236 | BTS00002464 | 15, 18, 31, 39 | BTS_Vol_002 |
| BTS00002465 | BTS00003092 | 15, 31, 39 | BTS_Vol_002 |
| BTS00003093 | BTS00003098 | 15, 19, 31, 39 | BTS_Vol_002 |
| BTS00003099 | BTS00003101 | 15, 19, 25, 26, 31 | BTS_Vol_002 |
| BTS00003102 | BTS00003111 | 6, 15, 31 | BTS_Vol_002 |
| BTS00003112 | BTS00003196 | 6, 15, 31, 39 | BTS_Vol_002 |
| BTS00003197 | BTS00003977 | 15, 25, 26, 31 | BTS_Vol_002 |
| BTS00003978 | BTS00003989 | 15, 25, 26, 31, 39 | BTS_Vol_002 |
| BTS00003990 | BTS00004006 | 6, 15, 25, 26, 31 | BTS_Vol_002 |
| BTS00004007 | BTS00004018 | 10, 15, 31 | BTS_Vol_002 |
| BTS00004019 | BTS00004022 | 6, 10, 15, 30, 31 | BTS_Vol_002 |
| BTS00004023 | BTS00004058 | 6, 7, 10, 15, 19, 31, 39 | BTS_Vol_002 |
| BTS00004059 | BTS00004663 | 7, 15, 31 | BTS_Vol_002 |
| BTS00004664 | BTS00004672 | 6, 7, 15, 18, 31, 39 | BTS_Vol_002 |
| BTS00004673 | BTS00004689 | 7, 15, 31, 39 | BTS_Vol_002 |
| BTS00004690 | BTS00004692 | 7, 15, 19, 31 | BTS_Vol_002 |
| BTS00004693 | BTS00004835 | 6, 7, 15, 31 | BTS_Vol_002 |
| BTS00004836 | BTS00005010 | 6, 7, 15, 31, 39 | BTS_Vol_002 |
| BTS00005011 | BTS00005119 | 6, 7, 15, 25, 26, 31 | BTS_Vol_002 |
| BTS00005120 | BTS00005125 | N/A | BTS_Vol_003 |
| BTS00005126 | BTS00005265 | 9 | BTS_Vol_003 |
| BTS00005266 | BTS00005271 | 30 | BTS_Vol_003 |
| BTS00005272 | BTS00005272 | 6, 15, 31, 39 | BTS_Vol_003 |
| BTS00005273 | BTS00005273 | 6, 15, 25, 26, 31, 39 | BTS_Vol_003 |
| BTS00005274 | BTS00005274 | 7, 10, 25, 26 | BTS_Vol_003 |
| BTS00005275 | BTS00005275 | 10, 25, 26 | BTS_Vol_003 |
| BTS00005276 | BTS00005278 | 2, 3, 11, 14 | BTS_Vol_003 |
| BTS00005279 | BTS00005337 | 12 | BTS_Vol_003 |
| BTS00005338 | BTS00005338 | 47 | BTS_Vol_003 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BAM                BTS00042028

In the Matter of Binance.US (HO-13865) EXHIBIT A

| Begin Bates | End Bates | Responsive to Subpoena Request(s) | Volume |
|---|---|---|---|
| BTS00005339 | BTS00005339 | 6, 7, 15, 31, 39 | BTS_Vol_003 |
| BTS00005340 | BTS00005342 | 6, 7, 19, 25, 26, 39 | BTS_Vol_003 |
| BTS00005343 | BTS00005352 | 25, 26 | BTS_Vol_003 |
| BTS00005353 | BTS00005354 | 7, 25, 26, 39 | BTS_Vol_003 |
| BTS00005355 | BTS00005356 | 6, 7, 25, 26 | BTS_Vol_003 |
| BTS00005357 | BTS00005368 | 6, 7, 25, 26, 39 | BTS_Vol_003 |
| BTS00005369 | BTS00005385 | 1, 4, 5, 9 | BTS_Vol_003 |
| BTS00005386 | BTS00005386 | 6, 19, 25, 26 | BTS_Vol_003 |
| BTS00005387 | BTS00005387 | 6, 19, 25, 26, 39 | BTS_Vol_003 |
| BTS00005388 | BTS00005468 | 25, 26 | BTS_Vol_003 |
| BTS00005469 | BTS00005476 | 25, 26, 39 | BTS_Vol_003 |
| BTS00005477 | BTS00005499 | 6, 25, 26, 39 | BTS_Vol_003 |
| BTS00005500 | BTS00005506 | N/A | BTS_Vol_004 |
| BTS00005507 | BTS00005522 | 32 | BTS_Vol_004 |
| BTS00005523 | BTS00005523 | 17 | BTS_Vol_004 |
| BTS00005524 | BTS00005525 | 32 | BTS_Vol_004 |
| BTS00005526 | BTS00005579 | 12 | BTS_Vol_004 |
| BTS00005580 | BTS00005580 | 32 | BTS_Vol_004 |
| BTS00005581 | BTS00005612 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005613 | BTS00005613 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00005614 | BTS00005617 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005618 | BTS00005618 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00005619 | BTS00005621 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005622 | BTS00005624 | 6, 7 | BTS_Vol_004 |
| BTS00005625 | BTS00005626 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005627 | BTS00005627 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00005628 | BTS00005632 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005633 | BTS00005633 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00005634 | BTS00005634 | 6, 7 | BTS_Vol_004 |
| BTS00005635 | BTS00005641 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005642 | BTS00005642 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00005643 | BTS00005661 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005662 | BTS00005662 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00005663 | BTS00005667 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005668 | BTS00005670 | 6, 7 | BTS_Vol_004 |
| BTS00005671 | BTS00005676 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005677 | BTS00005677 | 7, 25, 26 | BTS_Vol_004 |
| BTS00005678 | BTS00005683 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005684 | BTS00005685 | 6, 7 | BTS_Vol_004 |
| BTS00005686 | BTS00005692 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005693 | BTS00005693 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00005694 | BTS00005702 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005703 | BTS00005703 | 6, 7, 25, 26 | BTS_Vol_004 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BAM          BTS00042029

In the Matter of Binance.US (HO-13865) EXHIBIT A

| Begin Bates | End Bates | Responsive to Subpoena Request(s) | Volume |
|---|---|---|---|
| BTS00005704 | BTS00005745 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005746 | BTS00005746 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00005747 | BTS00005759 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005760 | BTS00005761 | 6, 7 | BTS_Vol_004 |
| BTS00005762 | BTS00005786 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005787 | BTS00005788 | 6, 7 | BTS_Vol_004 |
| BTS00005789 | BTS00005800 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005801 | BTS00005801 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00005802 | BTS00005813 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005814 | BTS00005814 | 6, 7 | BTS_Vol_004 |
| BTS00005815 | BTS00005824 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005825 | BTS00005825 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00005826 | BTS00005830 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005831 | BTS00005832 | 6, 7 | BTS_Vol_004 |
| BTS00005833 | BTS00005871 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005872 | BTS00005873 | 6, 7 | BTS_Vol_004 |
| BTS00005874 | BTS00005889 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005890 | BTS00005890 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00005891 | BTS00005903 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005904 | BTS00005905 | 6, 7 | BTS_Vol_004 |
| BTS00005906 | BTS00005931 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005932 | BTS00005933 | 6, 7 | BTS_Vol_004 |
| BTS00005934 | BTS00005935 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005936 | BTS00005937 | 6, 7 | BTS_Vol_004 |
| BTS00005938 | BTS00005949 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005950 | BTS00005951 | 6, 7 | BTS_Vol_004 |
| BTS00005952 | BTS00005975 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005976 | BTS00005977 | 6, 7 | BTS_Vol_004 |
| BTS00005978 | BTS00005984 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005985 | BTS00005985 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00005986 | BTS00006011 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006012 | BTS00006017 | 6, 7 | BTS_Vol_004 |
| BTS00006018 | BTS00006024 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006025 | BTS00006025 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00006026 | BTS00006030 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006031 | BTS00006031 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00006032 | BTS00006156 | 6, 7 | BTS_Vol_004 |
| BTS00006157 | BTS00006162 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006163 | BTS00006163 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00006164 | BTS00006171 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006172 | BTS00006174 | 6, 7 | BTS_Vol_004 |
| BTS00006175 | BTS00006179 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006180 | BTS00006184 | 6, 7 | BTS_Vol_004 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BAM          BTS00042030

In the Matter of Binance.US (HO-13865) EXHIBIT A

| Begin Bates | End Bates | Responsive to Subpoena Request(s) | Volume |
|---|---|---|---|
| BTS00006185 | BTS00006222 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006223 | BTS00006226 | 6, 7 | BTS_Vol_004 |
| BTS00006227 | BTS00006248 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006249 | BTS00006249 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00006250 | BTS00006253 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006254 | BTS00006255 | 6, 7 | BTS_Vol_004 |
| BTS00006256 | BTS00006257 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006258 | BTS00006259 | 6, 7 | BTS_Vol_004 |
| BTS00006260 | BTS00006340 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006341 | BTS00006341 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00006342 | BTS00006350 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006351 | BTS00006353 | 6, 7 | BTS_Vol_004 |
| BTS00006354 | BTS00006366 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006367 | BTS00006367 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00006368 | BTS00006380 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006381 | BTS00006383 | 6, 7 | BTS_Vol_004 |
| BTS00006384 | BTS00006392 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006393 | BTS00006400 | NA | BTS_Vol_005 |
| BTS00006401 | BTS00006404 | 6, 7 | BTS_Vol_005 |
| BTS00006405 | BTS00006406 | 7 | BTS_Vol_005 |
| BTS00006407 | BTS00006409 | 6, 7 | BTS_Vol_005 |
| BTS00006410 | BTS00006411 | 6, 7, 39 | BTS_Vol_005 |
| BTS00006412 | BTS00006419 | 6, 7 | BTS_Vol_005 |
| BTS00006420 | BTS00006423 | 6, 7, 39 | BTS_Vol_005 |
| BTS00006424 | BTS00006429 | 6, 7 | BTS_Vol_005 |
| BTS00006430 | BTS00006432 | 7 | BTS_Vol_005 |
| BTS00006433 | BTS00006436 | 6, 7 | BTS_Vol_005 |
| BTS00006437 | BTS00006438 | 7 | BTS_Vol_005 |
| BTS00006439 | BTS00006440 | 6, 7 | BTS_Vol_005 |
| BTS00006441 | BTS00006446 | 7 | BTS_Vol_005 |
| BTS00006447 | BTS00006454 | 6, 7 | BTS_Vol_005 |
| BTS00006455 | BTS00006456 | 7 | BTS_Vol_005 |
| BTS00006457 | BTS00006464 | 6, 7 | BTS_Vol_005 |
| BTS00006465 | BTS00006469 | 7 | BTS_Vol_005 |
| BTS00006470 | BTS00006471 | 6, 7 | BTS_Vol_005 |
| BTS00006472 | BTS00006475 | 7 | BTS_Vol_005 |
| BTS00006476 | BTS00006477 | 6, 7 | BTS_Vol_005 |
| BTS00006478 | BTS00006479 | 7 | BTS_Vol_005 |
| BTS00006480 | BTS00006486 | 6, 7 | BTS_Vol_005 |
| BTS00006487 | BTS00006488 | 6, 7, 39 | BTS_Vol_005 |
| BTS00006489 | BTS00006490 | 6, 7 | BTS_Vol_005 |
| BTS00006491 | BTS00006494 | 7 | BTS_Vol_005 |
| BTS00006495 | BTS00006498 | 6, 7 | BTS_Vol_005 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BAM BTS00042031

In the Matter of Binance.US (HO-13865) EXHIBIT A

| Begin Bates | End Bates | Responsive to Subpoena Request(s) | Volume |
|---|---|---|---|
| BTS00006499 | BTS00006501 | 7 | BTS_Vol_005 |
| BTS00006502 | BTS00007104 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007105 | BTS00007106 | 7 | BTS_Vol_005 |
| BTS00007107 | BTS00007108 | 6, 7 | BTS_Vol_005 |
| BTS00007109 | BTS00007110 | 7 | BTS_Vol_005 |
| BTS00007111 | BTS00007114 | 6, 7 | BTS_Vol_005 |
| BTS00007115 | BTS00007116 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007117 | BTS00007118 | 7 | BTS_Vol_005 |
| BTS00007119 | BTS00007123 | 6, 7 | BTS_Vol_005 |
| BTS00007124 | BTS00007127 | 7 | BTS_Vol_005 |
| BTS00007128 | BTS00007130 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007131 | BTS00007132 | 6, 7 | BTS_Vol_005 |
| BTS00007133 | BTS00007135 | 6, 7, 15, 31 | BTS_Vol_005 |
| BTS00007136 | BTS00007146 | 6, 7 | BTS_Vol_005 |
| BTS00007147 | BTS00007148 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007149 | BTS00007150 | 7 | BTS_Vol_005 |
| BTS00007151 | BTS00007153 | 6, 7 | BTS_Vol_005 |
| BTS00007154 | BTS00007155 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007156 | BTS00007157 | 6, 7 | BTS_Vol_005 |
| BTS00007158 | BTS00007159 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007160 | BTS00007161 | 7 | BTS_Vol_005 |
| BTS00007162 | BTS00007164 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007165 | BTS00007167 | 6, 7, 15, 31 | BTS_Vol_005 |
| BTS00007168 | BTS00007190 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007191 | BTS00007192 | 6, 7 | BTS_Vol_005 |
| BTS00007193 | BTS00007195 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007196 | BTS00007197 | 6, 7 | BTS_Vol_005 |
| BTS00007198 | BTS00007199 | 7 | BTS_Vol_005 |
| BTS00007200 | BTS00007201 | 6, 7 | BTS_Vol_005 |
| BTS00007202 | BTS00007203 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007204 | BTS00007207 | 7 | BTS_Vol_005 |
| BTS00007208 | BTS00007209 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007210 | BTS00007212 | 7 | BTS_Vol_005 |
| BTS00007213 | BTS00007214 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007215 | BTS00007218 | 6, 7 | BTS_Vol_005 |
| BTS00007219 | BTS00007220 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007221 | BTS00007222 | 7 | BTS_Vol_005 |
| BTS00007223 | BTS00007228 | 6, 7 | BTS_Vol_005 |
| BTS00007229 | BTS00007230 | 7 | BTS_Vol_005 |
| BTS00007231 | BTS00007232 | 6, 7 | BTS_Vol_005 |
| BTS00007233 | BTS00007234 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007235 | BTS00007236 | 6, 7 | BTS_Vol_005 |
| BTS00007237 | BTS00007240 | 7 | BTS_Vol_005 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BAM                BTS00042032

In the Matter of Binance.US (HO-13865) EXHIBIT A

| Begin Bates | End Bates | Responsive to Subpoena Request(s) | Volume |
|---|---|---|---|
| BTS00007241 | BTS00007243 | 6, 7 | BTS_Vol_005 |
| BTS00007244 | BTS00007245 | 7 | BTS_Vol_005 |
| BTS00007246 | BTS00007247 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007248 | BTS00007249 | 6, 7 | BTS_Vol_005 |
| BTS00007250 | BTS00007251 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007252 | BTS00007252 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007253 | BTS00007256 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007257 | BTS00007257 | 7, 25, 26 | BTS_Vol_005 |
| BTS00007258 | BTS00007259 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007260 | BTS00007260 | 7, 25, 26 | BTS_Vol_005 |
| BTS00007261 | BTS00007261 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007262 | BTS00007264 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007265 | BTS00007265 | 7, 25, 26 | BTS_Vol_005 |
| BTS00007266 | BTS00007266 | 25, 26 | BTS_Vol_005 |
| BTS00007267 | BTS00007268 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007269 | BTS00007269 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007270 | BTS00007270 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007271 | BTS00007273 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007274 | BTS00007275 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007276 | BTS00007276 | 7, 25, 26 | BTS_Vol_005 |
| BTS00007277 | BTS00007280 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007281 | BTS00007281 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007282 | BTS00007282 | 7 | BTS_Vol_005 |
| BTS00007283 | BTS00007283 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007284 | BTS00007284 | 25, 26 | BTS_Vol_005 |
| BTS00007285 | BTS00007285 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007286 | BTS00007286 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007287 | BTS00007291 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007292 | BTS00007292 | 25, 26 | BTS_Vol_005 |
| BTS00007293 | BTS00007293 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007294 | BTS00007309 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007310 | BTS00007311 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007312 | BTS00007312 | 7, 25, 26 | BTS_Vol_005 |
| BTS00007313 | BTS00007314 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007315 | BTS00007315 | 7, 25, 26 | BTS_Vol_005 |
| BTS00007316 | BTS00007316 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007317 | BTS00007317 | 25, 26 | BTS_Vol_005 |
| BTS00007318 | BTS00007318 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007319 | BTS00007319 | 7, 25, 26 | BTS_Vol_005 |
| BTS00007320 | BTS00007320 | 25, 26 | BTS_Vol_005 |
| BTS00007321 | BTS00007321 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007322 | BTS00007323 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007324 | BTS00007327 | 6, 7, 25, 26 | BTS_Vol_005 |

In the Matter of Binance.US (HO-13865) EXHIBIT A

| Begin Bates | End Bates | Responsive to Subpoena Request(s) | Volume |
|---|---|---|---|
| BTS00007328 | BTS00007510 | 12 | BTS_Vol_005 |
| BTS00007511 | BTS00007520 | N/A | BTS_Vol_006 |
| BTS00007521 | BTS00014444 | 39 | BTS_Vol_006 |
| BTS00014445 | BTS00014520 | 35 | BTS_Vol_006 |
| BTS00014521 | BTS00014531 | N/A | BTS_Vol_007 |
| BTS00014532 | BTS00029806 | 39 | BTS_Vol_007 |
| BTS00029807 | BTS00030616 | 12 | BTS_Vol_007 |
| BTS00030617 | BTS00030627 | N/A | BTS_Vol_008 |
| BTS00030628 | BTS00030731 | 2 | BTS_Vol_008 |
| BTS00030732 | BTS00030782 | 12 | BTS_Vol_008 |
| BTS00030783 | BTS00030783 | 2 | BTS_Vol_008 |
| BTS00030784 | BTS00030794 | N/A | BTS_Vol_009 |
| BTS00030795 | BTS00030795 | 2 | BTS_Vol_009 |
| BTS00030796 | BTS00030799 | 12 | BTS_Vol_009 |
| BTS00030800 | BTS00030811 | N/A | BTS_Vol_010 |
| BTS00030812 | BTS00030812 | 2 | BTS_Vol_010 |
| BTS00030813 | BTS00031987 | 1, 9, 12, 11, 14, 32, 35, 39, 43 | BTS_Vol_010 |
| BTS00031988 | BTS00031999 | N/A | BTS_Vol_011 |
| BTS00032000 | BTS00033432 | 9 | BTS_Vol_011 |
| BTS00033433 | BTS00033444 | N/A | BTS_Vol_012 |
| BTS00033445 | BTS00033787 | 9 | BTS_Vol_012 |
| BTS00033788 | BTS00035177 | 15, 31 | BTS_Vol_012 |
| BTS00035178 | BTS00037792 | 8, 13, 21, 31, 38, 43, 44, 45 | BTS_Vol_012 |
| BTS00037793 | BTS00037802 | 23, 24, 27 | BTS_Vol_012 |
| BTS00037803 | BTS00037814 | N/A | BTS_Vol_013 |
| BTS00037815 | BTS00037986 | 15, 31 | BTS_Vol_013 |
| BTS00037987 | BTS00038148 | 18 | BTS_Vol_013 |
| BTS00038149 | BTS00042024 | 8, 13, 21, 31, 38, 43, 44, 45 | BTS_Vol_013 |
| BTS00042037 | BTS00042147 | 9 | BTS_Vol_014 |
| BTS00042148 | BTS00042179 | 47 | BTS_Vol_014 |
| BTS00042180 | BTS00042180 | 2, 3, 11, 14 | BTS_Vol_014 |
| BTS00042181 | BTS00042182 | 1, 4, 5 | BTS_Vol_014 |
| BTS00042183 | BTS00058736 | 8, 13, 21, 31, 38, 43, 44, 45 | BTS_Vol_014 |
| BTS00058737 | BTS00058743 | 22, 28, 29 | BTS_Vol_014 |

**CONFIDENTIAL TREATMENT REQUESTED**
**BY BAM TRADING SERVICES INC.**
**PURSUANT TO 17 C.F.R. § 200.83**

### Exhibit B:  Narrative Responses to Request Nos. 22, 28 and 29

BAM Trading provides the following narrative descriptions in response to Request Nos. 22, 28 and 29 of the Subpoena as part of BAM Trading's ongoing cooperation with the SEC's investigation. The responses below are based upon counsel for BAM Trading's reasonable investigation in response to each Request. BAM Trading's business relies on its Master Services, Software Licensing and Wallet Custody Agreements with Binance Holdings Limited ("Binance Holdings") for maintenance of BAM Trading's infrastructure and user custody accounts. Accordingly, the first-hand information within BAM Trading's possession, custody or control regarding the underlying infrastructure and mechanics provided by non-U.S. Binance affiliates of Binance Holdings (collectively "Binance.com") for the Platform's operation is necessarily limited, which may affect the completeness of the below responses to the Requests. Furthermore, BAM Trading is currently in the process of making enhancements to its business, including compliance enhancements.  All responses below are therefore based on the information currently within BAM Trading's possession. Because the investigation is still underway, BAM Trading expressly reserves the right to amend, revise, correct, supplement, or clarify any of the below narrative descriptions pursuant to additional facts or information gathered at any time after the date of this response.

**SEC Request No. 22:**  *Descriptions, schematics, or Documents sufficient to show how BAM Trading and any other Person(s) (including entities) provide BAM Trading's services, including, but not limited to, distribution of digital assets; facilitation of automated trading of digital assets; custody of funds and digital assets; compliance services; clearing services; market-making services; staking-related services; or other services Concerning digital assets.*

**Response to SEC Request No. 22:**

I.      **"Distribution of Digital Assets, Facilitation of Automated Trading, and Clearing Services"**

BAM Trading's digital asset trading and settlement is operated through a central order book ("Order Book").  BAM Trading customers ("Users") can buy and sell various digital assets for other digital assets or U.S. dollars ("USD").  To place an order on the Order Book, a User must have an available balance of the relevant asset in their digital asset wallet or their USD wallet ("Linked Wallet") sufficient to cover the total value of the order plus any applicable fees.  When a User places an order, that quantity of the relevant asset becomes subject to a hold.  The BAM Trading Platform then connects with a matching engine to match "Taker Orders" with open "Maker Orders" on the Order Book based on "Price-Time Priority."[1]  BAM Trading does not manually match Taker and Maker Orders, but instead relies upon the matching engine technology it licenses from Binance Holdings under a Master Services Agreement and Software Licensing

---

[1]      "Price-Time Priority" means that each time a Taker Order is posted, the Taker Order is matched with the earliest in time Maker Order at the best price on the Order Book; and to the extent that the Taker Order is not completely filled by that Maker Order, it is matched with any subsequent Maker Orders at that price, in the sequence those Maker Orders were posted.  To the extent that the Taker Order is not completely filled by one or more Maker Orders, it is matched with one or more Maker Orders at the next best price, in the sequence those Maker Orders were posted, and this process is repeated until the Taker Order is completely filled.  All Users accessing the BAM Trading Platform are subject to the same Price-Time Priority.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BAM                    BTS00058737

CONFIDENTIAL TREATMENT REQUESTED
BY BAM TRADING SERVICES INC.
PURSUANT TO 17 C.F.R. § 200.83

Agreement, both dated January 7, 2020 (together with the Trademark Services Agreement and the Wallet Custody Agreement, the service level agreements, or "SLAs").

Once orders are filled, the settlement of such filled orders occurs automatically as the relevant digital asset is distributed to the linked digital asset wallet(s).  BAM Trading does not itself perform any matching or execution of the trades.  Furthermore, BAM Trading does not currently perform settlement or clearing services relating to the exchange of digital assets.  All services associated with clearing trades on the BAM Trading Platform are provided by Binance.com.

## II.     Custody of Digital Assets

The BAM Trading Platform, through its custody agreement, provides Users with a "Digital Asset Wallet" that supports the sending, receipt, and storage of supported digital assets through the User's web browser or mobile app.  Binance.com provides BAM Trading with, among other things, the following services:

- Establishing and maintaining the BAM Trading Platform customer custody accounts ("Customer Accounts") and the Platform's own custody account ("Platform Account"), as instructed by BAM Trading.
- Holding in safe custody the digital assets in each Customer Account and the Platform Account in accordance with certain security standards, among other actions, including safekeeping all private keys, physical keys, access codes, access devices, combinations, and similar security codes, devices, and identifiers.
- Timely, accurately, and safely transferring digital assets from any Customer Account or the Platform Account in accordance with instructions from BAM Trading.
- Establishing, maintaining, and periodically updating the storage system to ensure the security of the digital assets in each Customer Account and the Platform Account.
- Maintaining capital adequacy requirements to the extent required by applicable law.
- Maintaining cybersecurity controls at every step of the key and wallet creation process.
- Maintaining a security program, including with respect to technical, physical, and administrative and organizational safeguards, which includes regular testing.

## III.    Staking-related Services

BAM Trading will provide more information about its staking-related services in connection with the forthcoming Response to SEC Request No. 40.

## IV.    Custody and Transfers of USD

A User who has opened accounts with Binance.US and Prime Trust LLC ("Prime Trust"), and has loaded digital assets or USD into their Binance.US wallet or Prime Trust Account, respectively, may engage in trades by placing an order into an electronic, real-time list of open orders on the Order Book.[2]  When any two Users on the BAM Trading Platform have submitted compatible orders, the matching engine will automatically identify the matching orders and execute the trade by (i) removing both orders from the Order Book, and (ii) facilitating the settlement of the transaction by initiating corresponding debits and credits in the counterparties'

---

[2]     We note that not all Users may wish to trade with USD.  If a User wishes to deposit and trade only using digital assets, such User would not be required to set up a Prime Trust Account.

**CONFIDENTIAL TREATMENT REQUESTED**
**BY BAM TRADING SERVICES INC.**
**PURSUANT TO 17 C.F.R. § 200.83**

Digital Asset Wallets and/or by instructing the execution of corresponding debits and credits in the counterparties' Prime Trust Accounts.

Institutional clients may also deposit and withdraw USD through Silvergate Bank, provided they: (1) maintain a Silvergate Exchange Network ("SEN") account; (2) request that BAM Trading enable transfers between their SEN account and BAM Trading's corporate SEN account; and (3) provide written authorization to Silvergate Bank to facilitate transfers between their SEN account and BAM Trading's SEN account.  Through their SEN accounts, institutional clients are able to transfer USD across exchanges.

## V.    Market Making Services

BAM Trading does not itself act as a market maker.  However, several institutional Users – including some that we understand to be affiliated with BAM Trading's ultimate beneficial owner[3] – provide market making services on the BAM Trading Platform.  Institutional Users generally receive Maker and Taker fees of 0% and 3%, respectively.  BAM Trading may negotiate preferential trading fee structures based on the institutional Users' amount of trading activity (which BAM Trading revisits periodically if trading volumes change).

Customer orders for trades conducted using the OTC Desk are fulfilled by Alameda Research Ltd.  User orders for trades conducted using "One-Click Buy/Sell" are fulfilled by a separate Maker, Sigma Chain AG.  BAM Trading does not charge any trading fees for OTC trades, but BAM Trading and the liquidity provider receive a spread in connection with any trades.

## VI.    Compliance Services

### A.    *Account Verification and Customer Onboarding*

The BAM Trading compliance team (the "Compliance Team") has established robust customer onboarding and due diligence procedures in accordance with obligations set forth under the Bank Secrecy Act (as amended by the USA PATRIOT Act, the "BSA") and its implementing regulations in order to maintain effective Know Your Customer ("KYC") and due diligence processes.  The Compliance Team will reject prospective customers if their identity cannot be adequately verified, if they are identified as being subject to sanctions, or if they are deemed to pose a compliance risk, for example, based on negative news screening and/or internet searches.

Before completing the account verification process, Users must first register an account on the BAM Trading Platform and generate login credentials.  Account registration by itself does not authorize Users to trade.

The Compliance Team maintains separate account verification processes for retail and institutional Users.  Retail Users may choose from three levels of verification to access various trading abilities, including fiat trading:

- *Basic Verification* permits Users to deposit and withdraw digital assets, sets a daily withdrawal limit of up to the digital asset equivalent of USD 5,000, and allows customers to trade crypto-to-crypto pairs.  It does not, however, allow fiat deposits or

---

[3] Those include Merit Peak Limited and Sigma Chain AG, which we understand to have as a beneficial owner Changpeng Zhao.

CONFIDENTIAL TREATMENT REQUESTED
BY BAM TRADING SERVICES INC.
PURSUANT TO 17 C.F.R. § 200.83

withdrawals or fiat-to-crypto trading.  As part of the Basic Verification process, BAM Trading assesses a User's full name and address.  BAM Trading uses a third party provider, Acuant, to verify the User's name and address information and to conduct sanctions screening.  If the customer fails one or more checks, then a BAM Trading Compliance analyst will manually review the information and ask the User to submit a government-issued ID, proof of address, and photo through the ZenDesk customer service platform for verification by the third-party compliance verification services provider, Jumio.

- *Advanced Verification* permits the above activities, allows deposits of up to the digital asset equivalent of USD 5,000, and increases the daily digital asset withdrawal limit to the digital asset equivalent of USD 1 million.  Like Basic Verification, it does not allow fiat deposits/withdrawals or fiat-to-crypto trading.  Advanced Verification requires the User's proof of address, government-issued ID, and a photo for verification by Jumio. If Jumio is unable to verify all submitted documents, then a BAM Trading Compliance analyst will manually review them and may ask the User to re-submit any documents (*e.g.*, if the photo is blurry or proof of address is out of date), disable the User's account, or refer the case to the BAM Trading investigations team for review of unusual KYC activity.

- *USD Account Verification* (also known as "Cash Account Verification") permits the above activities and allows USD deposits/withdrawals for fiat-to-crypto trading.  BAM Trading contracts with third-party vendor Prime Trust for USD account verification and USD custody services.  Users must create a Prime Trust Account and submit answers to a questionnaire regarding their sources of assets and anticipated trading activity.

Institutional (corporate) Users have a separate account verification process.  Corporate Account Verification permits institutional Users to deposit and withdraw both digital assets and USD and allows trading for all digital asset and USD pairs.  Institutional clients have negotiated deposit/withdrawal limits, access to the OTC Trading Portal, flexible API limits, and 24/7 customer support.  The Compliance Team has discretion to increase an institutional User's trading limits.

For the Corporate Account Verification Process, potential institutional Users must submit a completed Google Form questionnaire to BAM Trading and complete identification verification through Jumio.  Institutional clients are required to submit documentation regarding their formation, corporate governance, proof of address, bank verification, organizational charts, ultimate beneficial owners ("UBOs"), and source of funds.  They must also complete a UBO form and present documentation for each UBO.  As part of its compliance due diligence process for institutional Users, the Compliance Team may conduct enhanced due diligence ("EDD") of institutional Users deemed to be higher-risk because of actual or anticipated transaction activity, ownership structure, anticipated and actual trading volume and transaction types, and involvement in transactions involving high-risk jurisdictions.  EDD may include identifying and verifying the beneficial owner(s) of legal entities, negative news and internet searches, collecting and analyzing information on the source of funds and/or purpose of transactions, assessing expected transaction activity, and any other known facts about the customer.  The Compliance Team uses the online tool Refinitiv World-Check One to screen institutional Users and associated parties against Office of Foreign Assets Control ("OFAC") and non-U.S. sanctions lists.  BAM Trading requires institutional Users to use a business bank account registered under the same business name for any fiat deposits or withdrawals.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BAM                    BTS00058740

**CONFIDENTIAL TREATMENT REQUESTED**
**BY BAM TRADING SERVICES INC.**
**PURSUANT TO 17 C.F.R. § 200.83**

B.    *Transaction Monitoring*

BAM Trading has a transaction monitoring program that is designed to prevent and detect money laundering, terrorist financing, and other financial crimes in compliance with applicable laws and regulations.  The transaction monitoring program is part of BAM Trading's more general Bank Secrecy Act/Anti-money laundering program (BSA/AML Program), which applies to all BAM Trading business activities and personnel (including any third-party service providers) and is overseen by BAM Trading's BSA Compliance Officer.  The transaction monitoring program applies to all transactions conducted through the BAM Trading Platform, including all USD and digital asset deposits, withdrawals, and trades.  Under the transaction monitoring program, all transactions are monitored and alerts regarding potential suspicious or fraudulent activity are generated for review by the Compliance Team.  If necessary, the Compliance Team conducts further investigation.

BAM Trading utilizes Acuant (formerly IdentityMind), Elliptic Navigator, and USA NewAdmin for transaction monitoring and related services.

- Acuant:  Acuant serves as BAM Trading's transaction monitoring, alert, and case management system.  Acuant monitors transactions and generates a set of tailored alerts based on certain suspicious activity triggers.

- Elliptic Navigator:  Elliptic Navigator is BAM Trading's third-party blockchain analytics tool that screens wallet addresses against a known list of wallet addresses linked to illicit activity.

- USA NewAdmin:  USA NewAdmin provides back-end systems services to BAM Trading, documenting trading activity on the BAM Trading Platform.  The Compliance Team uses USA NewAdmin to review potential suspicious on-platform activity.

Alongside these third-party transaction monitoring services, the Compliance Team monitors transactions for "red flag" activities, including trading that may suggest that a transaction is being structured to avoid financial thresholds, unusually large transactions, extremely rapid movements of funds, transactions involving OFAC-sanctioned countries or persons, and fraudulent KYC documents, as well as the list of indicators of virtual currency abuse published by the Financial Crimes Enforcement Network in May 2019.

All generated alerts are reviewed by the Compliance Team.  During the initial case review of an alert, the Compliance Team reviews any alerts associated with a transaction and any materials related to the alerts, the relevant User's account opening and KYC information, and transaction details, and undertake additional investigative steps as warranted, including requesting additional information from the relevant User through Zendesk.

Following its review procedures, the Compliance Team will determine whether a User's activity should be deemed "suspicious," that is, activity indicating the possibility of transactions designed to evade the BSA and its regulations, transactions that serve no business or lawful purpose, or transactions that attempt to use BAM Trading to facilitate criminal activity.  After determining that a transaction or activity is suspicious, the BAM Trading compliance analyst working on the case prepares a Suspicious Activity Report ("SAR") determination synopsis which summarizes the suspicious nature of the transaction or activity, and drafts the narrative section of the SAR, both of which are sent to the relevant Compliance Team member.  If the analyst

CONFIDENTIAL TREATMENT REQUESTED
BY BAM TRADING SERVICES INC.
PURSUANT TO 17 C.F.R. § 200.83

determines that the transaction or activity is not suspicious, the analyst prepares a No-SAR determination synopsis, summarizing why the transaction or activity is not suspicious, and then that synopsis is sent to BAM Trading's BSA Compliance Officer.

A SAR will be filed if BAM Trading knows, suspects, or has reason to suspect that a transaction involves funds derived from illegal activity as part of a plan to violate or evade any federal law or regulation, is structured to evade any requirement of 31 C.F.R. Chapter X, has no apparent economic or lawful purpose, or involves the use of BAM Trading to facilitate criminal activity.  It is also BAM Trading's policy to file a voluntary SAR for any transaction that it considers relevant to a possible violation of law.

**SEC Request No. 28**: *Documents sufficient to explain how any digital asset transactions made using the BAM Trading Platform are published to the digital assets' blockchains and the roles, involvement, or inputs of any Person(s) (including entities).*

**Response to SEC Request No. 28**

Binance.com serves as custodian for all of BAM Trading's Users' digital assets and, BAM Trading understands that, pursuant to the terms of that agreement, Binance.com provides certain services.  As custodian for BAM Trading, Binance.com maintains segregated wallets for each digital asset listed for trading on the BAM Trading Platform.  For security reasons, all of BAM Trading's Users' digital assets of each type are pooled together in the omnibus hot wallet.  Within each omnibus wallet is an internal ledger referred to as the PNK, where individual Users' asset balances are tracked based upon unique deposit addresses and memoranda.  As Users buy and sell digital assets on the BAM Trading Platform, these transactions are not published on the blockchain, but rather individual transactions are programmatically reconciled with debits and credits within the omnibus wallets for each asset, resulting in adjustments to the internal ledger. The transaction information about each purchaser or sale on the BAM Trading Platform is stored within a database on the Platform.  Users can then utilize BAM Trading's API to access their trading data, which translates the transaction code in the database into a user-friendly format.

While transactions on the BAM Trading Platform itself occur "off-chain," transactions are published to the blockchain for each respective digital asset on the BAM Trading Platform at the time that funds are either deposited or withdrawn from a User's digital asset wallet on the Platform to an external digital wallet.

**SEC Request No. 29**: *Documents sufficient to explain each step in the chain of custody of funds or digital assets for all types of transactions or transfers available on the BAM Trading Platform (e.g., staking, fiat transactions, digital asset transactions) and the roles, involvement, or inputs of any Person(s) (including entities), including but not limited to, any exclusive or shared control or custody of digital assets.*

**Response to SEC Request No. 29**

BAM Trading has contracted with service providers for both USD currency and digital asset custody services, as described further below.  For USD custody services, BAM Trading uses Prime Trust pursuant to a services agreement.  For digital asset custody services, BAM Trading uses Binance.com.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BAM                    BTS00058742

CONFIDENTIAL TREATMENT REQUESTED
BY BAM TRADING SERVICES INC.
PURSUANT TO 17 C.F.R. § 200.83

## I.    Fiat Transactions

Prime Trust provides USD custody and transmission services to its U.S. users.  In order to purchase digital assets with USD, or receive USD in exchange for digital assets on the BAM Trading Platform, a User must also create a Prime Trust Account as discussed further in the Response to SEC Request No. 22.  Once verified, Prime Trust issues the User an individual Prime Trust Account, which can be used to facilitate trades on the BAM Trading Platform.  BAM Trading's Users transfer USD into Prime Trust's omnibus accounts, which are held at various FDIC-insured banks.  Prime Trust is the custodian for all User funds underlying their Prime Trust Account in a manner that ensures eligibility for FDIC pass-through insurance coverage through the use of the Insured Cash Sweep service administered by Promontory Interfinancial Network.  The deposits held in Prime Trust's omnibus accounts are also eligible for up to $250,000 of FDIC pass-through insurance coverage per beneficial owner.

At no point does BAM Trading hold or transmit USD on behalf of retail Users.  BAM Trading's activities with respect to the USD deposits held by Prime Trust are limited to providing instructions (via the integration of the Prime Trust API with the BAM Trading Platform) for the transfer of funds among Users' Prime Trust Accounts to assist in the settlement of trades.  The chain of custody of a representative trade involving USD and digital assets using a Prime Trust account was previously provided at Diagram 4 in the Response to Request Nos. 23, 24 and 27. *See* BTS00037797 -  BTS00037798.

## II.    Digital Asset Transactions

As explained in the Response to SEC Request No. 22, BAM Trading has entered into a Wallet Custody Agreement for certain digital asset custody services and technical support services to BAM Trading, including custody concerning the digital assets in User's wallets on the BAM Trading Platform.  As the digital asset custodian for BAM Trading, Binance.com maintains cybersecurity controls over the key and wallet creation process.  These wallets are located on U.S. servers and hosted on the cloud, via Amazon Web Services.

Digital assets flow from the User's external digital wallet into their BAM Trading Wallet, where the funds are then held in an omnibus hot wallet associated with each individual digital asset.  The User's individual holdings of each digital asset are tracked on an internal ledger.  The assets in the omnibus wallets are held in custody by Binance.com.  The digital assets remain within this hot wallet structure until the digital assets are eventually removed to the User's external digital wallet.  The chain of custody of a representative trade involving digital assets was previously discussed at Diagram 5 in the Response to Request Nos. 23, 24 and 27.  *See* BTS00037798 - BTS00037799.

BAM Trading will provide more information about its staking-related services in connection with the forthcoming Response to SEC Request No. 40.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BAM                    BTS00058743



Grant P. Fondo
+1 650 752 3236
GFondo@goodwinlaw.com

Goodwin Procter LLP
601 Marshall Street
Redwood City, CA 94063

Meghan K. Spillane
+1 212 459 7193
MSpillane@goodwinlaw.com

The New York Times Building
620 Eighth Avenue
New York, NY 10018

goodwinlaw.com

**CONFIDENTIAL TREATMENT REQUESTED**
**BY BAM TRADING SERVICES INC.**
**PURSUANT TO 17 C.F.R. § 200.83**

July 9, 2021

**BY FEDERAL EXPRESS AND EMAIL (RULE 83CTRS@SEC.GOV)**

Freedom of Information Act Officer
Office of Freedom of Information and Privacy Act Operations
U.S. Securities and Exchange Commission
100 F Street, NE
Mail Stop 2736
Washington, DC 20549

**Re:   In the Matter of Binance.US (HO-13865)**

Dear Sir/Madam:

The undersigned represent BAM Trading Services Inc. ("BAM Trading") in the above captioned matter. Pursuant to Securities and Exchange Commission Rule 83, 17 C.F.R. § 200.83, we formally request that the U.S. Securities and Exchange Commission (the "Commission") afford confidential treatment to our July 9, 2021 letter to Kathleen Hitchins, Senior Counsel, Division of Enforcement, Bates-stamped BTS00042025 – BTS00042034 and documents produced under cover of that letter and the exhibit thereto, Bates-stamped BTS00042037 - BTS00058743. A copy of our letter to Ms. Hitchins is enclosed in an envelope marked "FOIA Confidential Treatment Requested." This request also applies to any transcripts, notes, memoranda, or other materials of any sort which are made by any employee of the Commission or any other governmental agency and which incorporate, refer, or relate to the letter and enclosed documents (collectively, the letter dated July 9, 2021 and the documents enclosed therein, and any materials referring to the letter and the contents of the enclosed documents are referred to herein as the "Confidential Materials").

All of the Confidential Materials contain or constitute confidential information. We therefore request and expect that all of the Confidential Materials will be kept in a non-public file and that access to the Confidential Materials by any third party not a member of the Commission or its staff will be denied. Should the Commission receive any request for the Confidential Materials, whether pursuant to the Freedom of Information Act, 5 U.S.C. § 522, or otherwise, we understand and expect that we will be given an opportunity to object to such a disclosure. Moreover, should the Commission be inclined to disclose the Confidential Materials to any third party not a member of the Commission or its staff, it is our expectation and request that, in accordance with normal Commission practice, we will be given ten



FOIA Officer
July 9, 2021
Page 2

<u>**CONFIDENTIAL TREATMENT REQUESTED**</u>
<u>**BY BAM TRADING SERVICES INC.**</u>
<u>**PURSUANT TO 17 C.F.R. § 200.83**</u>

business days' advance notice of any such intent by the Commission so that our client may pursue any available remedies. In that event, we further request that you telephone undersigned counsel immediately in addition to sending the required notice by mail.

On behalf of BAM Trading, we request an acknowledgement of receipt of this written request that information not be disclosed under FOIA. Kindly acknowledge receipt of this letter by signing and dating the enclosed copy and returning it to Meghan K. Spillane in the enclosed self-addressed, stamped envelope.

Please contact any of us at the numbers provided above should you have any questions or concerns about this request for confidential treatment.

Sincerely,

<u>/s/ Grant P. Fondo</u>

Grant P. Fondo
Meghan K. Spillane

cc:     Kathleen Hitchins, Senior Counsel, U.S. Securities and Exchange Commission
        Paul Kim, Assistant Director, U.S. Securities and Exchange Commission
        Ann Rosenfield, Senior Counsel, U.S. Securities and Exchange Commission
        Adam Gottlieb, Senior Counsel, U.S. Securities and Exchange Commission

        Matthew Solomon, Cleary Gottlieb Steen & Hamilton LLP
        Alexander Janghorbani, Cleary Gottlieb Steen & Hamilton LLP

Acknowledged by: _____

Date: _____



⊘ A password is required to access this file

📄 File Access Password

**Password:**



⊕ Open

Home