# EXHIBIT A-53



CONFIDENTIAL

This presentation (the "Presentation") and any information contained within is considered BAM Management US Holdings Inc. ("BAM") confidential information and may not be (i) reproduced (in whole or in part) or (ii) disseminated to any other person. The Presentation does not constitute or form part of, and should not be construed as, an offer or promise to sell or an invitation, solicitation, or inducement to purchase or subscribe for securities with respect to any transaction, nor shall it or any part of it form the basis of, or be relied on in connection with, any contract or commitment whatsoever.

No representations or warranties, express or implied are given in, or in respect to the accuracy or completeness of any information included in, the Presentation, including, without limitation, any financial projections regarding the current and future value of BAM. To the fullest extent permitted by law, in no circumstances will BAM, or any of its respective subsidiaries, shareholders, affiliates, representatives, directors, officers, employees, advisers or agents be responsible or liable for any direct, indirect or consequential loss or loss of profit arising from the Presentation, its contents, its omissions, reliance on the information contained within it, or on opinions communicated in relation thereto or otherwise arising in connection therewith.

The information contained in the Presentation has not been independently verified. Furthermore, the Presentation contains certain financial estimates and other statistical analyses (the "Statistical Information"). Numerous assumptions were used in preparing the Statistical Information, which may not be reflected herein. Certain Statistical Information is derived from estimates and subjective judgments. As such, no assurance can be given as to the accuracy, appropriateness or completeness of the Statistical Information as used in any particular context. Recipients of the Presentation are not to construe its contents, or any prior or subsequent communications from or with BAM or its representatives as financial, investment, legal, tax, business or other professional advice. Recipients of the Presentation should consult with their own advisers and should each make their own evaluation of the Presentation's contents. BAM undertakes no obligation to update or revise the Presentation as a result of new information, future events or otherwise.

Certain statements in this Presentation which are not statements of historical fact are known as "forward looking statements," which are statements about the future. For that reason, these statements involve risk and uncertainty since no one can accurately predict the future. Words such as "plans," "intends," "hopes," "seeks," "anticipates," "expects," and the like often identify such forward looking statements, but are not the only indication that a statement is forward-looking. Such forward looking statements include statements concerning our plans and objectives with respect to our present and future operations, and statements which express or imply that such present and future operations will or may produce revenues, income or profits. In evaluating these forward-looking statements, you should consider various factors, including those described in this Presentation under the heading "Risks and Mitigation Strategies" on page 31.  These and other factors may cause our actual results to differ materially from any forward-looking statement. We caution you not to place undue reliance on these forward-looking statements. Although we base these forward-looking statements on our expectations, assumptions and projections about future events, actual events and results may differ materially, and our expectations, assumptions and projections may prove to be inaccurate.

.US

CONFIDENTIAL

1.   Introduction

2.   Current Product Offering

3.   Binance.US by the Numbers

4.   Future Growth Initiatives and Seed Round

.US

CONFIDENTIAL

# Introduction

 **.US** | History

**CONFIDENTIAL**   5

# Binance.COM is one of the <u>fastest growing companies in history!</u>

Despite being four years old, Binance.COM has already reached ><u>$1 billion in PROFIT</u>

$198 Billion
May 19, 2021



 | History

CONFIDENTIAL    6

# Binance.COM's achievements are incredible and unprecedented



**Largest** Fiat-to-crypto Exchange

Binance leads the industry with ~70% market share



**Largest** Futures Exchange

Binance Futures commands >50% global market share



**Largest** NFT Marketplace

Artists, creators, and crypto enthusiasts together on a single platform



**Most Visited** Websites in Crypto

CMC & Binance.com have more monthly visits than Forbes, WSJ, and Bloomberg COMBINED



**Incredibly  Successful** Venture Fund

Binance Labs has achieved over 66x return in 3 years



**Largest** P2P Exchange

>1 million + weekly traders



**Largest** Mobile Crypto Wallet

TrustWallet



**Most Active** Blockchain

By Address & Transactions

.US | Introduction to Binance.US

CONFIDENTIAL 7

# Binance.COM and Binance.US – two legal entities, one powerful brand and technology stack

Our relationship with Binance.COM is governed by a series of service level agreements that authorize: the licensing of Binance.COM's matching engine and wallet technology, the licensing of Binance.COM's trademarks, the provision of certain digital asset custody services, and the provision of other services



*Target completion Nov '21

.US | State Licenses and Operations

CONFIDENTIAL

# Binance.US licensed / authorized to operate in 43 States as well as 5 U.S. territories

Seeking to obtain money transmitter licensing (MTL) in:

- New York
- Texas
- West Virginia
- Idaho
- Vermont
- Louisiana
- Hawaii



U.S. Territories: (1) Puerto Rico; (2) Guam; (3) Northern Mariana Islands; (4) American Samoa; and (5) the U.S. Virgin Islands

| Historical Growth

CONFIDENTIAL 9

# From 0 to 1 million registered users in 16 months...
# ... from 1 million to 5 million users in 5 months!



◆.US | Binance.US Key Facts

CONFIDENTIAL   10

## Users

**5.3M+**
US Registered Users

**2.1M**
Advanced KYC'd Users

**1.2M**
Accounts Funded

## Transactions

**$7.5B**
Assets under Custody

**$24B**
Avg. Monthly Trading Volume

**$205B**
Trading Volume To Date

## Financials

**$284M**
FY21 Forecasted Revenue

**$92M**
FY21 Forecasted Operating Profit

**$153M**
FY21 Net Income

Note:  Numbers as of September 1st, 2021

 .US

CONFIDENTIAL

# Current Product Offering

.US | Product Superiority

CONFIDENTIAL 12

# Binance.US – named Forbes' "Best Overall Crypto Exchange" in 2021

**Advanced trading engine,** capable of processing more than 1.4 million orders per second

A multitude of **USD Fiat on/off ramps** including ACH deposit/withdrawals, card purchases and wire transfers

**60+ crypto assets** supported across **117 trading pairs**

**99.99% up time** across all platforms - web, app and API

**0 security breaches** since launch in October 2019

**Robust compliance framework:** KYC checks, AML screens, on-chain monitoring, trade surveillance, risk management, etc.

Forbes link: https://www.forbes.com/advisor/investing/best-crypto-exchanges/

 **.US** | Compliance

**CONFIDENTIAL** 13

# Binance.US deploys both **human intelligence** *(~20% of US FTEs in Compliance and Risk)* and **artificial intelligence** / computing power to ensure highest level of compliance

| Identity verification and KYC (Know Your Customer) screening | Anti Money Laundering (AML) screening | Blockchain monitoring and analytics | Trade surveillance, market manipulation, and transaction monitoring |
|---|---|---|---|













.US | Omnichannel Platform

CONFIDENTIAL 14





App                    Web                    API

  |  Trading Fees

CONFIDENTIAL   15

# Binance.US consistently offers some of the lowest trading fees in the market

## Maker Fees

| 30 Day Trade Volume (USD) | Binance.US (with BNB) | Binance.US (w/o BNB) | Coinbase* | Kraken | FTX US | Gemini# |
|---|---|---|---|---|---|---|
| $10,000 | 0.08% | 0.1% | 0.5% | 0.16% | 0.1% | 0.1% |
| $50,000 | 0.08% | 0.1% | 0.35% | 0.16% | 0.1% | 0.1% |
| $500,000 | 0.06% | 0.08% | 0.1% | 0.1% | 0.08% | 0.1% |
| $1,000,000 | 0.04% | 0.05% | 0.08% | 0.06% | 0.05% | 0.1% |
| $10,000,000 | 0.00% | 0.00% | 0.08% | 0.00% | 0.03% | 0% |
| $100,000,000 | 0.00% | 0.00% | 0.02% | 0.00% | 0.00% | 0% |

## Taker Fees

| Binance.US (with BNB) | Binance.US (w/o BNB) | Coinbase* | Kraken | FTX US | Gemini# |
|---|---|---|---|---|---|
| 0.08% | 0.1% | 0.5% | 0.26% | 0.4% | 0.35% |
| 0.08% | 0.1% | 0.35% | 0.26% | 0.4% | 0.35% |
| 0.07% | 0.09% | 0.2% | 0.2% | 0.3% | 0.35% |
| 0.05% | 0.07% | 0.18% | 0.16% | 0.15% | 0.25% |
| 0.05% | 0.06% | 0.18% | 0.1% | 0.08% | 0.1% |
| 0.02% | 0.03% | 0.1% | 0.1% | 0.05% | 0.04% |

*Coinbase Pro   #Gemini API



.US | Exchange Take Rate

**CONFIDENTIAL**   16

# Current fee structure yields ~15 bps from Retail investors and ~2 bps from Institutional investors

Trading Volume Take Rate (in bps)

— B.US Aggregate      — Institutional      — Retail

.US | Retail vs. Institutions

# Institutions drive majority of trading volume
# Retail users drive majority of revenue

### Trading Volume ($) – Retail vs. Institutions



### Revenue ($) – Retail vs. Institutions



■ Retail  ■ Institutional

 .US

CONFIDENTIAL

# Binance.US by the Numbers

◆.US | Binance.US by the numbers

CONFIDENTIAL   19

# Average Trading Volumes & Revenues

|  | 1Q21 | 2Q21 | 3Q21F |
|---|---|---|---|
| Trading Days | 90 | 91 | 92 |
| Binance.US Volumes | $43,520M | $108,640M | $70,530M |
| Trading Revenues | $36.7M | $78.7M | $41.2M |
| Average Daily Volumes | **$484M** | **$1,194M** | **$767M** |
| Average Daily Revenue | **$0.4M** | **$0.9M** | **$0.4M** |
| Average Revenue Capture | 0.08% | 0.07% | 0.06% |





◆.US  |  Binance.US by the numbers

CONFIDENTIAL    22

# Binance.US continues to gain share against the competition

In less than a year, Binance.US's market share has grown 571% (from 2.2% to 13.6%) and is on track to become the 2nd largest exchange in the US

Spot Market Volume Market Share (CoinMarketCap)



### Market Share

| | Mid-Nov. 2020 | End of Aug. 2021 | % Change |
|---|---|---|---|
| Binance.US | 2.2% | 13.6% | +571% |
| Coinbase | 46% | 54% | +10% |
| Kraken | 26% | 18% | -29% |
| Bitstamp | 18% | 6% | -68% |
| Bittrex | 3% | 3% | – |
| FTX US | 0% | 3% | +3x |
| Gemini | 3% | 3% | – |
| Okcoin | 2% | 1% | -60% |

■ Binance.US   ■ Coinbase   ■ Kraken   ■ Bitstamp   ■ Bittrex   ■ FTX US   ■ Gemini   ■ Okcoin

Source:  CoinMarketCap

◆.US | Binance.US by the numbers

# At its core, Binance.US's exchange business is fundamentally profitable



Total Revenue

Gross Profit

Operating Profit





.US | Binance.US by the numbers

**CONFIDENTIAL**   25

# Binance.US's cash-flow-positive operations and upside from crypto asset appreciation creates a very strong corporate balance sheet

 .US

CONFIDENTIAL

# Future Growth Initiatives

 | Growth Strategy

CONFIDENTIAL   27

# Beyond increasing market share and continued expansion of broader crypto ecosystem, Binance.US has targeted strategies for <u>accelerated growth</u>



**Gain licenses and authorization to operate in ALL 50 US States**
- Obtaining outstanding licenses increases addressable market by 25%



**Become undisputed leader in high-quality digital asset listings**
- Today FTX = 22, Binance.US = 60, Kraken = ~90, Coinbase = ~100, Binance.com = 500+
- Leverage tech (e.g. Binance Smart Chain) and relationships to offer exclusive new coins and tokens



**Leverage available and future .COM technology to quickly launch new products and services**
- Spot trading represents only 33% of revenue/profit in .COM business
- Menu of Binance.COM's expansive product and service offering ready to launch



**Strategic and expanded focus on Institutional Investors**
- Combination of best liquidity and lowest fees positions .US well to gain market share



**Re-image retail experience and accelerate customer acquisition efforts**
- Customer-centric design
- ROI positive marketing investments

.US | Major Initiative Planned

**CONFIDENTIAL**   28

# Future Product Expansion

By leveraging Binance.COM's existing technology stack, Binance.US can effectively launch key products and services in as little as a few months *(subject to legal/regulatory approval and compliance)*

 Yield Products
- Staking

 Binance.US Card
- Visa/Mastercard for cryptocurrencies

 Binance.US Pay
- Peer-to-peer payments

 Derivatives
- Margin trading
- Deliverable futures
- Options
- Perpetual swaps

 NFT Marketplace
- Cryptographic tokens for unique assets

 Blockchain Products
- Mining pools
- Liquidity pools
- Crypto loans
- Swaps
- Mini-Apps/dApps

.US  |  Major Initiative Planned

**CONFIDENTIAL**  29

# Goals for Seed Round

 Diversify cap table with **world-class investors** who can **advise and guide** the next phase in .US growth

 **Add new, independent members to the Board** to improve overall business governance and oversight

 Gain access to a broader **"network of friends"** to support business growth and improve **government / regulator / business community** relationships

 **Secure strategic investments** from existing and perspective customers and partners

 **.US** | Major Initiative Planned

# Use of Seed Capital

 Fund product and service expansions
- Build / Buy / Partner

 Corporate Development / M&A Activity
- E.g. state licenses, derivatives platform, custody platform, potential DeFi/compliance JV, etc.

 Make strategic, ROI-positive investments in customer acquisition and retention
- Invest in Marketing and Brand: paid media, referrals, branding, advertising, partnerships, community, infrastructure, tools, competitive intelligence, etc.

 Invest in securing and keeping Top Talent
- Build out Executive Team with All-Stars
  - Employ the world's best Risk, Compliance, and Legal teams
- Invest in Key Business Initiatives: Institutional Team
- Invest in Key Business Capabilities: Design team, Marketing, Data and Analytics

.US | Risk Factors

CONFIDENTIAL 26

# Risks...                                    and Mitigation Strategies

- **Industry Risk**
  Potential for extended crypto bear market



- **Pursue Product and Customer Diversification**
  Expand revenue and profit pools with new products and services

- **Regulatory/Legal Risk**
  US regulatory actions could result in legal actions, corporate liability, registration requirements,  loss of licenses, etc.



- **Invest in Risk and Compliance Capabilities (i.e., people, AI, tools, and processes)**
  Build world-class Legal, Risk, and Compliance departments

- **Security Risk**
  Constant threat of hackers

- **Leverage World Class Security**
  Ensure highest level of security across entire platform

- **Competition**
  Speed of execution is critical; need to stay ahead of competition

- **Hire Global Talent**
  Attract hungry professional who can out maneuver and out hustle the competition