# EXHIBIT A-55

# Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 67 | Date Range: 5/29/2020 |

## Outline of Conversations



**pu41903004520200529** · 67 messages on 5/29/2020 · C. Coley <472369052> · Johnny Hemmesch <681833889> · Rena | BinanceUS <542980275> · Sales Team - Binance.US [internal] <419030045>

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY                                                                                    CC000391390

## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 15 | Date Range: 1/22/2021 |

## Outline of Conversations

 **pu41903004520210122** · 15 messages on 1/22/2021 · C. Coley <472369052> · Johnny Hemmesch <681833889> · Rena | BinanceUS <54298027​5> · Sales Team - Binance.US [internal] <41903004​5>

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY                                                                    CC000391898

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **pu41903004520210122**

| | | |
|---|---|---|
| JH | **Johnny Hemmesch <681833889>** | 1/22/2021, 3:40 PM |
| | Apparently we have nothing in place to prevent wash trading? Just tested myself, sold market order into my own bid. | |
| JH | **Johnny Hemmesch <681833889>** | 1/22/2021, 3:44 PM |
| | Only asking because Hehmeyer brought it up, not sure if this is being exploited on any level. The lower the fees for a MM the easier it might be to manipulate the market. | |
| RB | **Rena \| BinanceUS <542980275>** | 1/22/2021, 3:55 PM |
| | yikes | |
| CC | **C. Coley <472369052>** | 1/22/2021, 3:56 PM |
| | Lets bring this up with Chris Davis | |
| RB | **Rena \| BinanceUS <542980275>** | 1/22/2021, 3:56 PM |
| | I wonder if this is something Eventus will monitor? | |
| CC | **C. Coley <472369052>** | 1/22/2021, 3:57 PM |
| | 100% it will but it's still T+1 data | |
| RB | **Rena \| BinanceUS <542980275>** | 1/22/2021, 3:57 PM |
| | ☹️ T+1 | |
| JH | **Johnny Hemmesch <681833889>** | 1/22/2021, 3:58 PM |
| | will do | |
| CC | **C. Coley <472369052>** | 1/22/2021, 6:47 PM |
| | Guys - these guys are in my kitchen currently, are we doing much with them? https://www.blockheadcap.com/investment-management-team https://www.blockheadcap.com/investment-management-team | |
| RB | **Rena \| BinanceUS <542980275>** | 1/22/2021, 6:51 PM |
| | 0 in last 30 days | |
| JH | **Johnny Hemmesch <681833889>** | 1/22/2021, 6:51 PM |
| | Un momento, Ill check. Saw that in that chat wand was like huhhhhhhh | |
| CC | **C. Coley <472369052>** | 1/22/2021, 6:51 PM |
| | Let's give them another month or so of 0/3 I'll work on them | |
| CC | **C. Coley <472369052>** | 1/22/2021, 6:51 PM |
| | He was going to market buy last night on coinbase (but didnt) | |
| CC | **C. Coley <472369052>** | 1/22/2021, 8:58 PM |
| | are yall getting risk to respond to you via telegram? | |



Image: 2_419030045_572812.jpg (26 KB)

JH  **Johnny Hemmesch <681833889>**  1/22/2021, 9:00 PM
Yes this was fixed.

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY                                                                                                      CC000391900