# EXHIBIT A-56

| Name | Street Address 1 | Street Address 2 | City |
|---|---|---|---|
| Merit Peak Limited | 30 de Castro Street | Wickhams Cay 1, P.O. Box 4519 | Road Town |
| Sigma Chain AG | Gubelstrasse 11 | | ZUG |

| State / Region | Zip | Country | Date Submitted Corporate Application to BAM Trading | Point of Contact |
|---|---|---|---|---|
| Tortola | VG1110 | British Virgin Islands | 8/14/2019 12:33:12 | Vincenet Tsun-Ho Kwok |
| ZUG | 6300 | Switzerland | 8/22/2019 20:30:20 | Chen Guangying |