# EXHIBIT A-57

BHL-SEC-BUSD-0221710



# Binance.US Institutional Onboarding Application

Operated by BAM Trading Services Inc. in San Francisco, CA.
Please send any questions and additional supporting documents to Onboarding@Binance.US.

*Required

**Email address ***

merit.peak@protonmail.com

**1. Binance.US Login Email ***

merit.peak@protonmail.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL                    BHL-SEC-BUSD-0221710

8/15/2019                                    Binance.US Institutional Onboarding Application - Google Forms

### 2. Full Company Legal Name *

Must match the name on Certificate of Incorporation or equivalent Formation Document exactly; Binance.US currently accepts institutional applications from US entities only.

Merit Peak Limited

### 3. Jurisdiction of Formation *

US State/Territory of formation; Binance.US currently does not serve customers from certain Restricted States, including the State of New York. Please refer to our Terms of Service for more information.

British Virgin Islands

### 4. Date of Formation *

Must match the formation date of formation on the Certificate of Incorporation or equivalent Formation Document.
DD   MM   YYYY

15 / 01 / 2019

### 5. Organizational Identification Number *

A US entity must provide its EIN.

2004502

### 6. Link to governmental website containing company details that can verify authenticity of formation information *

E.g., an online search facility made available by a State Secretary.

Not Applicable

### 7. Control Person Full Legal Name *

Please identify an individual with significant responsibility for managing the legal entity customer; this person should also be listed as a Beneficial Owner in the Beneficial Ownership Form (kindly see below).

ZHAO, Changpeng

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL                                         BHL-SEC-BUSD-0221711

8/15/2019                                    Binance.US Institutional Onboarding Application - Google Forms

### 8. Control Person Title *

Owner

### 9. Principal Place of Business *
Please provide the address from which the company physically conducts its business.

30 de Castro Street, Wickhams Cay 1, P.O. Box 4519, Road Town, Tortola, British Virgin Islands

### 10. Please describe your company's business activities in detail. *

We are a proprietary trading firm

### 11. Company Website *
Put "Not Applicable" if none.

Not Applicable

### 12. What is the origin of your company's funds or assets with which you plan to trade on Binance.US? *

Our funds are our owner's self-made wealth from the digital asset business

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL                                                BHL-SEC-BUSD-0221712

13. Has your company ever been subject to any material investigation, subpoena, and/or penalty by the US CFTC, OFAC, FinCEN, the SEC, the IRS or any other US federal or state regulatory body, or ever done business in or otherwise had significant contact with Belarus, Burundi, Central African Republic, Crimea, Cuba, D.R. Congo, Iran, Iraq, Libya, North Korea, Russia, Somalia, Syria, South Sudan, Venezuela, Yemen or Zimbabwe? *

○ Yes

◉ No

14. Does your company plan to execute large numbers of offsetting transactions, either on Binance.US as part of market-making activities? If so, in which markets? *

No

15. Certificate of Incorporation or Equivalent Formation Document *

📄 CI - Merit Peak Lim...

16. Bylaws or Equivalent Governance Documents *
Need to define company structure and management policy in document.

📄 Merit Peak Limited...

17. Organizational Chart *
An organizational chart showing the complete corporate ownership tree of the legal entity customer.

📄 Merit Peak - signed...

18. Proof of Business Address *
Lease agreement, bank statement, utility bill, etc.

📄 Merit Peak Limited...

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL                                              BHL-SEC-BUSD-0221713

BHL-SEC-BUSD-0221710

### 19. Beneficial Ownership Form *

A filled, dated and signed Beneficial Ownership Form in the form of the template provided here: https://bit.ly/2Yqbl2y

📄 Merit Peak - signed...

### 20. ID Scans for all Beneficial Owners *

Passport biographical page scans or scans of equivalent government-issued IDs for all beneficial owners identified in the Beneficial Ownership Form; must be clear, in color and unexpired.

🖼️ CPZ - Passport cop...

### 21. Bank Verification Document *

A recent bank statement or online banking screenshots showing the bank name, the Company's name as the account holder and account number.

🖼️ Merit Peak Bank V...

### 22. Letter of Authorization *

A filled, dated and signed Letter of Authorization in substantially the form of the sample provided here: https://bit.ly/2YiwoQD

📄 BAM - Form Inst 1 -...

### 23. AML Program

Required if the legal entity performs any money transmission activities as defined by the US BSA and its implementing regulations and FinCEN guidances, including FIN-2013-G001 and FIN-2019-G001

## Prime Trust Corporate Custodial Account Opening Form

Your responses gathered in this section will be used by BAM Trading Services to open a Prime Trust Corporate Custodial Account on your behalf, for the purposes of fiat deposits and withdrawals on Binance.US. By submitting this form, you authorize BAM Trading Services to open your Prime Trust Corporate Custodial Account.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL                                                         BHL-SEC-BUSD-0221714

8/15/2019          Binance.US Institutional Onboarding Application - Google Forms

**1. Company Email ***

merit.peak@protonmail.com

**2. Company Phone Number ***
Please include country code.

N/A

**3. Tax ID Number ***

Redacted for Privacy

**4. Tax Country ***

N/A

**5. State / Region of Formation ***

N/A

**6. Company Address**

**a. Street Address 1 ***

30 de Castro Street

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL      BHL-SEC-BUSD-0221715

b. Street Address 2

c. City *

Wickhams Cay 1, P.O. Box 4519

d. State / Region *

Road Town, Tortola

e. Country *

British Virgin Islands

f. Zip Code *

00000

## 7. Company Person Contact Information

a. Name *

Vincenet Tsun-Ho Kwok

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL        BHL-SEC-BUSD-0221716

8/15/2019                                                Binance.US Institutional Onboarding Application - Google Forms

**b. Email ***

merit.peak@protonmail.com

**c. Tax ID Number ***
SSN for US Persons; Passport No. for Non-US Persons.

Redacted for Privacy

**d. Tax Country ***

N/A

**e. Date of Birth ***
DD   MM   YYYY

[redacted]

**f. Gender ***

○ Male

◉ Female

○ Unspecified

**g. Position / Title ***

Director

**h. Phone Number** *

Please include country code.

N/A

**i. Street Address 1** *

25 TIN HAU TEMPLE ROAD

**j. Street Address 2**

**k. City** *

Causeway Bay

**l. State / Region** *

Hong Kong

**m. Country** *

Hong Kong

**n. Zip Code** *

00000

## 8. Business Activity Information

### a. Nature of Business of the Company *

Proprietary Trading

### b. Purpose of the Account *

Proprietary Trading

### c. Please list any associations the Company (or any of its beneficial owners or signers) have with previous or current accounts with Prime Trust: *

N/A

### d. Sources of assets / income *

From owner's wealth from digital asset business

### e. Description of how the organization interacts with digital assets (if applicable), and how the account at Prime Trust will be used: *

Proprietary Trading

### f. Where does your firm do business *

British Virgin Islands

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL                    BHL-SEC-BUSD-0221719

8/15/2019    Binance.US Institutional Onboarding Application - Google Forms

**g. Anticipated types of assets deposited into account \***

Digital Assets

**h. Anticipated monthly volume (in USD) \***

00000

**i. Anticipated trading patterns (e.g. deposit bitcoin, withdraw USD) \***

N/A

**j. Anticipated monthly number of transactions (incoming) \***

00000

**k. Anticipated monthly number of transactions (outgoing) \***

00000

**Electronic Signature**

I hereby acknowledge that the information to be submitted is accurate and true, and that I authorize BAM Trading Services to open a Prime Trust Corporate Custodial Account for the Company for the purposes of fiat deposits and fiat withdrawals on Binance.US.

**Please type your full name: \***

Vincent Tsun-Ho Kwok

Submitted 14/08/2019, 12:33

https://docs.google.com/forms/d/1AckQux-PGi5CYT6v2M4UFhkqiBGj1UUX--nBcyWCSgg/edit#response=ACYDBNghbA6KlOb0uMX55CwOu...    11/12

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL                                BHL-SEC-BUSD-0221720

8/15/2019 Binance.US Institutional Onboarding Application - Google Forms

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL    BHL-SEC-BUSD-0221721