# EXHIBIT A-58



Binance.US Institutional Onboarding Application

QUESTIONS          **RESPONSES**    6

### 6 responses

SUMMARY | INDIVIDUAL

Accepting responses

sigmachainus@gmail.com     ▼   ‹   6   of   6   ›   🖶   🗑

Responses cannot be edited

# Binance.US Institutional Onboarding Application

Operated by BAM Trading Services Inc. in San Francisco, CA.
Please send any questions and additional supporting documents to Onboarding@Binance.US.

*Required

## Email address *

sigmachainUS@gmail.com

## 1. Binance.US Login Email *

sigmachainUS@gmail.com

SEC-PrimeTrust-E-0011951

## 2. Full Company Legal Name *

Must match the name on Certificate of Incorporation or equivalent Formation Document exactly; Binance.US currently accepts institutional applications from US entities only.

Sigma Chain AG

## 3. Jurisdiction of Formation *

US State/Territory of formation; Binance.US currently does not serve customers from certain Restricted States, including the State of New York. Please refer to our Terms of Service for more information.

Switzerland

## 4. Date of Formation *

Must match the formation date of formation on the Certificate of Incorporation or equivalent Formation Document.

DD    MM    YYYY

24 / 01 / 2019

## 5. Organizational Identification Number *

A US entity must provide its EIN.

██████████176

## 6. Link to governmental website containing company details that can verify authenticity of formation information *

E.g., an online search facility made available by a State Secretary.

https://www.shab.ch/#!/search/publications

## 7. Control Person Full Legal Name *

Please identify an individual with significant responsibility for managing the legal entity customer; this person should also be listed as a Beneficial Owner in the Beneficial Ownership Form (kindly see below).

Chen Guangying

SEC-PrimeTrust-E-0011952

## 8. Control Person Title *

President

## 9. Principal Place of Business *

Please provide the address from which the company physically conducts its business.

GUBELSTRASSE 11, 6300 ZUG, SWITZERLAND 6300

## 10. Please describe your company's business activities in detail. *

Sigma Chain AG shares the same beneficial owner as Binance.com and is the main market maker for Binance.com, we are in the market making business where we provide depth for order books.

## 11. Company Website *

Put "Not Applicable" if none.

Not Applicable

## 12. What is the origin of your company's funds or assets with which you plan to trade on Binance.US? *

Source of funds is from revenue generated from the differences of bid and ask price, when insufficient UBO Zhao Changpeng will input additional funds.

SEC-PrimeTrust-E-0011953

13. Has your company ever been subject to any material investigation, subpoena, and/or penalty by the US CFTC, OFAC, FinCEN, the SEC, the IRS or any other US federal or state regulatory body, or ever done business in or otherwise had significant contact with Belarus, Burundi, Central African Republic, Crimea, Cuba, D.R. Congo, Iran, Iraq, Libya, North Korea, Russia, Somalia, Syria, South Sudan, Venezuela, Yemen or Zimbabwe? *

○ Yes

◉ No

14. Does your company plan to execute large numbers of offsetting transactions, either on Binance.US as part of market-making activities? If so, in which markets? *

Yes, the current intention is to market make all pairs available or offered.

15. Certificate of Incorporation or Equivalent Formation Document *

 Company Registry ...

16. Bylaws or Equivalent Governance Documents *
Need to define company structure and management policy in document.

 AOA - Alvin HUI.pdf

17. Organizational Chart *
An organizational chart showing the complete corporate ownership tree of the legal entity customer.

 Organisational Cha...

18. Proof of Business Address *
Lease agreement, bank statement, utility bill, etc.

 ThirdPartyRetrieve...

SEC-PrimeTrust-E-0011954

## 19. Beneficial Ownership Form *

Please download the form template from the link, fill it, date it and sign it, then add it underneath this question: http://bit.ly/2P7JX66

 201908221934060...

## 20. ID Scans for all Beneficial Owners *

Passport biographical page scans or scans of equivalent government-issued IDs for all beneficial owners identified in the Beneficial Ownership Form; must be clear, in color and unexpired.



Guangying Passpo...    CZ PP - Alvin HUI.p...

## 21. Proof of Address for all Beneficial Owners *

Utility bills, Bank statements or scans of equivalent Proof of Address Documents for all beneficial owners issued within the last 3 months. (mobile bill alone is not an acceptable Proof of Address)



2019-08-22 16.35....    eStatement190808...

## 22. Bank Verification Document *

A recent bank statement or online banking screenshots showing the bank name, the Company's name as the account holder and account number.

 ThirdPartyRetrieve...

## 23. Letter of Authorization *

Please download the form template from the link, fill it, date it and sign it, then add it underneath this question: http://bit.ly/2HbkAdk

 CCF20190822 - Alv...

## 24. AML Program

Required if the legal entity performs any money transmission activities as defined by the US BSA and its implementing regulations and FinCEN guidances, including FIN-2013-G001 and FIN-2019-G001

## Prime Trust Corporate Custodial Account Opening Form

SEC-PrimeTrust-E-0011955

Your responses gathered in this section will be used by BAM Trading Services to open a Prime Trust Corporate Custodial Account on your behalf, for the purposes of fiat deposits and withdrawals on Binance.US. By submitting this form, you authorize BAM Trading Services to open your Prime Trust Corporate Custodial Account.

## 1. Company Email *

SigmachainUS@gmail.com

## 2. Company Phone Number *

Must provide a valid phone number, including all country and area codes. This is required for Prime Trust onboarding.

+65 69096254

## 3. Tax ID Number *

176

## 4. Tax Country *

Switzerland

## 5. State / Region of Formation *

Switzerland

## 6. Company Address 

## a. Street Address 1 *

GUBELSTRASSE 11

SEC-PrimeTrust-E-0011956

b. Street Address 2

................................................

c. City *

ZUG
................................................

d. State / Region *

ZUG
................................................

e. Country *

SWITZERLAND
................................................

f. Zip Code *

6300
................................................

## 7. Company Person Contact Information

a. Name *

Chen Guangying
................................................

SEC-PrimeTrust-E-0011957

## b. Email *

heina@binance.com

## c. Tax ID Number *
SSN for US Persons; Passport No. for Non-US Persons.

█████487

## d. Tax Country *

China

## e. Date of Birth *
DD    MM    YYYY

████████████

## f. Gender *

◯ Male

◉ Female

◯ Unspecified

## g. Position / Title *

President

SEC-PrimeTrust-E-0011958

## h. Phone Number *

Please include country code.

## i. Street Address 1 *

FLAT 401 BUILDING 8 LANE 385 LI JIN ROAD

## j. Street Address 2

PU DONG NEW DISTRICT

## k. City *

Shanghai

## l. State / Region *

Shanghai

## m. Country *

China

## n. Zip Code *

200001

SEC-PrimeTrust-E-0011959

## 8. Business Activity Information

### a. Nature of Business of the Company *

Market making, provide depth for order book in exchanges.

### b. Purpose of the Account *

For the purpose of depositing and withdraw USD into and out of Binance US account for the purpose of market making.

### c. Please list any associations the Company (or any of its beneficial owners or signers) have with previous or current accounts with Prime Trust: *

None

### d. Sources of assets / income *

Mainly from generating revenue through the difference in the bid and ask price gained during market making, and when it is insufficient Mr Zhao Changpeng will deposit more funds from his personal account.

### e. Description of how the organization interacts with digital assets (if applicable), and how the account at Prime Trust will be used: *

Mainly provide depth to the order books and prime trust account will mainly be used to store USD so that in the event that counter-party sells cryptocurrency Sigma have ready USD to buy.

SEC-PrimeTrust-E-0011960

## f. Where does your firm do business *

Switzerland

## g. Anticipated types of assets deposited into account *

USD for primetrust, all cryptocurrency offered in Binance US for Binance US wallet.

## h. Anticipated monthly volume (in USD) *

5000000

## i. Anticipated trading patterns (e.g. deposit bitcoin, withdraw USD) *

Both buying and selling of all pairs of cryptocurrency assets

## j. Anticipated monthly number of transactions (incoming) *

50000

## k. Anticipated monthly number of transactions (outgoing) *

50000

## Electronic Signature 

I hereby acknowledge that the information to be submitted is accurate and true, and that I authorize BAM Trading Services to open a Prime Trust Corporate Custodial Account for the Company for the purposes of fiat deposits and fiat withdrawals on Binance.US.

SEC-PrimeTrust-E-0011961

## Please type your full name: *

Chen Guangying

*Submitted 22/08/2019, 14:30*

SEC-PrimeTrust-E-0011962