# EXHIBIT A-59



| | |
|---|---|
| Grant P. Fondo<br>+1 650 752 3236<br>GFondo@goodwinlaw.com | Goodwin Procter LLP<br>601 Marshall Street<br>Redwood City, CA  94063 |
| Meghan K. Spillane<br>+1 212 459 7193<br>MSpillane@goodwinlaw.com | The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br><br>goodwinlaw.com |

**CONFIDENTIAL TREATMENT REQUESTED**
**BY BAM TRADING SERVICES INC.**
**PURSUANT TO 17 C.F.R. § 200.83**

January 27, 2023

**VIA FTP (ENF-CPU@SEC.GOV)**

Kathleen Hitchins
Senior Counsel, Division of Enforcement
U.S. Securities and Exchange
Commission
100 F Street, NE
Washington,  DC 20549-5720

ENF-CPU
U.S. Securities and Exchange
Commission
6315 Bren Mar Drive, Suite 175
Alexandria, VA 22312
ENF-CPU@sec.gov

**Re:     In the Matter of Binance.US (HO-13865)**

Dear Ms. Hitchins:

As you know, we represent BAM Trading Services Inc. ("BAM Trading") in the above captioned matter.  We write with respect to the subpoena issued by the U.S. Securities and Exchange Commission (the "SEC") to BAM Trading dated December 17, 2020 (the "Subpoena").  In response to the Subpoena and pursuant to our prior discussions regarding the Subpoena in September 2022, enclosed please find certain updated narratives prepared by BAM Trading's counsel responsive to Subpoena Request Nos. 22 and 23 as **Exhibit A**.  We have also attached as **Exhibit B** the log of productions to date.  As agreed, BAM Trading will also continue producing responsive documents and narratives on a rolling basis.

None of the documents or information we are providing is intended to constitute a waiver of any attorney-client privilege, attorney work product protection, or any other legal privilege or other protection.  Any production of privileged or otherwise protected documents is inadvertent.  We have not withheld any documents on the basis of privilege or other protected grounds from this production, nor have any documents within this production been redacted.

\*\*\*



Kathleen Hitchins
January 27, 2023
Page 2

**CONFIDENTIAL TREATMENT REQUESTED
BY BAM TRADING SERVICES INC.
PURSUANT TO 17 C.F.R. § 200.83**

Pursuant to 17 C.F.R. § 200.83, we respectfully request confidential treatment for (i) this letter, (ii) the materials transmitted with this letter, (iii) any memoranda, notes, correspondence, or other writings made by any member or employee of the Commission relating to any of the foregoing documents or any conference or telephone call with respect thereto, and (iv) any copies or extracts of any of the foregoing (collectively, the "Confidential Materials"). This request for confidential treatment is made for reasons of financial and business confidentiality under FOIA Exemption 4, 5 U.S.C. § 552(b)(4). This request is not to be construed as a waiver of any other protection from disclosure or confidential treatment accorded by law, and BAM Trading will rely on and invoke any such confidentiality protection. We respectfully request that the Confidential Materials be maintained in confidence, not be made part of any public record, and not be disclosed to any person as it contains confidential information. In accordance with 17 C.F.R.§ 200.83(d)(1), if any person (including any governmental employee who is not an employee of the Commission) should request access to or an opportunity to inspect this letter or any supplemental materials transmitted herewith, we request that we be immediately notified of any such request, be furnished with a copy of all written materials pertaining to such request (including, but not limited to, the request itself) and be given at least ten business days advance notice of any intended release so that BAM Trading may, if deemed necessary or appropriate, pursue any remedies available to it. In such an event, we request that you contact the undersigned by telephone, in addition to sending the required notice by mail.

[*remainder of page intentionally left blank*]



Kathleen Hitchins
January 27, 2023
Page 3

**CONFIDENTIAL TREATMENT REQUESTED
BY BAM TRADING SERVICES INC.
PURSUANT TO 17 C.F.R. § 200.83**

\*\*\*

Should you have any further questions regarding this matter, please do not hesitate to contact us.


Sincerely,

/s/ Grant P. Fondo
Grant P. Fondo
Meghan K. Spillane

cc:   Colby Steele, Senior Counsel, U.S. Securities and Exchange Commission
Paul Kim, Assistant Director, U.S. Securities and Exchange Commission
Ann Rosenfield, Senior Counsel, U.S. Securities and Exchange Commission
Matthew Solomon, Cleary Gottlieb Steen & Hamilton LLP
Alexander Janghorbani, Cleary Gottlieb Steen & Hamilton LLP

Enclosures (via FTP)

CONFIDENTIAL TREATMENT REQUESTED
BY BAM TRADING SERVICES INC.
PURSUANT TO 17 C.F.R. § 200.83

## Exhibit A:  Updated Narrative Response to Request Nos. 22 and 23

BAM Trading Services, Inc. ("BAM Trading") provides the following updated narrative descriptions in response to Request Nos. 22 and 23 of the Subpoena as part of BAM Trading's ongoing cooperation with the SEC's investigation.[1]  The descriptions below are based upon BAM Trading's reasonable investigation in response to the relevant Requests, and reflect BAM Trading's responses as of January 25, 2023.  BAM Trading expressly reserves the right to amend, revise, correct, supplement, or clarify any of the below narrative descriptions pursuant to additional facts or information gathered at any time after the date of this updated response.

***SEC Request No. 22****: Descriptions, schematics, or Documents sufficient to show how BAM Trading and any other Person(s) (including entities) provide BAM Trading's services, including, but not limited to, distribution of digital assets; facilitation of automated trading of digital assets; custody of funds and digital assets; compliance services; clearing services; market-making services; staking-related services; or other services Concerning digital assets.*

## Response to SEC Request 22 Regarding Market Making Services on the BAM Trading Platform

### I.     Market Making Services

BAM Trading does not itself act as a market maker.  Instead, several BAM Trading customers ("Users") provide market making services on the BAM Trading Platform pursuant to negotiated Market-Making Services Agreements with BAM Trading, and depending on the need for liquidity in various trading pairs.  As of January 25, 2023, there are 19 market makers enrolled in the Market Maker Program[2] and operating on the BAM Trading Platform.

As was described in BAM Trading's July 1, 2022 production cover letter,[3] in March 2022, BAM Trading substantially revised its Market Maker Program, launching its current Program with a select number of liquidity providers.  The program was announced to the public in September 2022.  BAM Trading institutional Users, as well as high performing retail Users, may apply to join BAM Trading's Market Maker Program through a form on the BAM Trading website,[4] or by contacting BAM Trading's institutional sales team directly.  To qualify for BAM Trading's Market Maker Program, prospective marker makers must complete Corporate Account Verification, BAM

---

[1] In its updated Response to SEC Request No. 22 produced on December 9, 2022, BAM Trading provided updated information regarding its compliance services.  See BTS00831892-BTS00831897.
[2] All capitalized terms used but not defined herein have the meanings set forth in prior responses.
[3] See BTS00831294.
[4] The Market Maker Program application form is available on BAM Trading's website at: https://form.asana.com/?k=0gYF56zpokAp8fyQqEzZcg&d=1145658490987932.

CONFIDENTIAL TREATMENT REQUESTED
BY BAM TRADING SERVICES INC.
PURSUANT TO 17 C.F.R. § 200.83

Trading's KYC process for institutional Users; meet certain criteria for historical trading activity, liquidity availability throughout the day, the number of assets for which they are providing market making services, and volume requirements; and enter into Market-Making Services Agreements with BAM Trading, which govern the relationships between BAM Trading and each market maker on an individual basis, including the fee structure. BAM Trading previously produced a list of its market makers as of July 1, 2022,[5] and the Market-Making Services Agreements it had entered into as of October 28, 2022.[6] Outside of the Market Maker Program, other institutional Users provide liquidity on BAM Trading's platform.

For your reference, BAM Trading has the following 19 market makers: (1) Wintermute Trading Ltd; (2) KBIT Global Ltd; (3) Storm King Trading Corp; (4) Tower Research; (5) James Jones; (6) HRTJ Limited; (7) Blazar Ltd; (8) Gravity Team Ltd; (9) Pulsar Global Limited; (10) Reliz Ltd; (11) Digital Wave Finance AG; (12) FXE Prime Ltd; (13) Skyfor; (14) Neon Pebble; (15) Odum Group; (16) L&L Group; (17) David Zheng; (18) Blocktraders; and (19) Sigma Chain AG.

Pursuant to the Market-Making Services Agreements, market makers qualify for BAM Trading's lowest trading fee tier for any "taker" activity they engage in (assuming that the Market Maker has reached BAM's highest VIP level otherwise),[7] and are eligible for zero fee trading, or a rebate (Negative Maker Trading Fee) for any "maker" activity they engage in across the "qualifying pairs" that contribute to the User's "market maker score" under the Market-Making Services Agreements.[8] The market maker is eligible to receive zero trading fees or a rebate on eligible pairs. The "market maker score" is a weekly ranking of the market makers in BAM Trading's Market Maker Program that takes into account each market maker's daily liquidity provided across "qualifying pairs," assuming the market maker meets certain quoting requirements as specified in the Agreement. Under the current fee structure for BAM Trading's Market Maker Program, following a short grace period for new market makers during which such new market makers are unranked, the Negative Maker Trading Fees for market makers in BAM Trading's Market Maker Program are as follows:

- The market makers ranked in the top 25% of market makers in the Market Maker Program are subject to -0.005% "maker" fees for all trading pairs (other than BTC and ETH pairs).

---

[5] See BTS00831310.

[6] See BTS00831652-BTS00831855.

[7] BAM Trading's current tiered fee structure is available on BAM Trading's website at: https://www.binance.us/fee/schedule. For avoidance of doubt, market makers in BAM Trading's Market Maker Program currently qualify for the "VIP 9" trading fee tier, which is currently BAM Trading's lowest trading fee tier. That means that market makers in BAM Trading's Market Maker Program pay 0.0375% or 0% "taker" fees depending on the trading pair they are trading.

[8] "Taker" and "maker" activities were described in full detail in BAM Trading's Response to SEC Request No. 27 produced on June 11, 2021. See BTS00037800-BTS00037802.

CONFIDENTIAL TREATMENT REQUESTED
BY BAM TRADING SERVICES INC.
PURSUANT TO 17 C.F.R. § 200.83

- The market makers ranked in the next 25% (i.e., the top 25–50%) of market makers in the Market Maker Program are subject to -0.002% "maker" fees for all trading pairs (other than BTC and ETH pairs).
- All market makers ranked in the top 75% (i.e., the top 50–75%) of market makers in the Market Maker Program are subject to 0% "maker" fees for all trading pairs.
- All remaining market makers (i.e., the bottom 25% of market makers in the Market Maker Program) are subject to 0% "maker" fees for certain supported trading pairs.[9]

**_SEC Request No. 23_**: _Descriptions, schematics, or Documents sufficient to explain or show the entire lifecycle of all types of orders and transactions submitted and/or executed on BAM Trading's platform, including but not limited to, the different permutations of how buy and sell orders may interact and execute on the BAM Trading Platform or in connection with the BAM Trading Platform._

## Updated Response to SEC Request 23 Regarding the BAM Trading Platform Trading Products

**I.     Trading Digital Assets for Other Digital Assets or Fiat Currency on the BAM Trading Platform[10]**

Since its original Response to SEC Request Nos. 23 and 24 produced on June 11, 2021,[11] BAM Trading has made certain changes to its over-the-counter trading ("OTC Trading") product and introduced a new trading product called "Convert." BAM Trading's current OTC Trading and Convert trading products are described below. This narrative does not alter descriptions of other trading products (e.g., OCBS) addressed in prior narratives.

_A.     OTC Trading_

As described in its original Response to SEC Request Nos. 23 and 24 produced on June 11, 2021,[12] the OTC Trading product allows Users to engage in trades (generally larger volume trades) in supported trading pairs as single block trades. In other words, instead of a User submitting an order to buy or sell digital assets at a certain price through the BAM Trading order book, and relying on the matching engine software to find a corresponding order to complete the trade, Users are able to enter into bespoke trades using the OTC Trading desk.

---

[9] The supported trading pairs are currently: AVAX/USD, BCH/USD, DOGE/USD, ETH/USD, ETH/USDT, LINK/USD, LTC/USD, and UNI/USD.
[10] In its original Response to SEC Request Nos. 23 and 24 produced on June 11, 2021, this section appeared as Section III. See BTS00037795-BTS00037800.
[11] See BTS00037793-BTS00037800.
[12] See BTS00037800.

CONFIDENTIAL TREATMENT REQUESTED
BY BAM TRADING SERVICES INC.
PURSUANT TO 17 C.F.R. § 200.83

The current OTC desk allows for automated trading whereby the User submits an order and receives an offer that the User has a certain amount of time to accept or decline.[13] For orders over a certain size (a limit which varies depending upon the digital asset), the OTC trade must be completed manually, and BAM Trading will interface between the User and the liquidity provider to obtain a quote, and deliver an offer to the User.  The User will receive the lowest quoted price from the OTC Trading counterparties (with a spread being collected by BAM Trading).

Currently, the sole counterparty for automated OTC Trading is Sigma Chain.  Sigma Chain became an OTC counterparty on February 23, 2022.  For manual OTC trades, GSR Markets Limited may also provide quotes and act as a counterparty where their quote is most competitive.  BAM Trading is in the process of onboarding additional OTC Trading counterparties.

A screenshot of the OTC Trading portal, taken on December 23, 2022, is provided below as Diagram 1:



###### B.     Convert

The Convert trading product provides Users with a simplified method for easily and directly converting their digital assets into other assets across over 5,600 supported trading pairs, instantly, with zero fees beyond a spread that BAM Trading collects as part of the conversion rate.  Similar to OTC, Convert operates separately from the spot market and allows Users to place a trade by inputting the amount of digital assets that the User would like to "convert" into a digital asset, or USD, and receive an offer that the User is free to accept or reject for a limited period of time.  The Convert trading product

---

[13] The prior OTC desk was not automated and Alameda was the sole counterparty to all OTC transactions.  As of November 9, 2022, Alameda Research Ltd ceased to be a User on the BAM Trading Platform altogether.

**CONFIDENTIAL TREATMENT REQUESTED**
**BY BAM TRADING SERVICES INC.**
**PURSUANT TO 17 C.F.R. § 200.83**

has been available on the BAM Trading Platform since April 2021. Sigma Chain is the sole liquidity provider for the Convert product.

BAM Trading is in the process of onboarding additional Convert counterparties.

A screenshot of the Convert trading product interface, taken on December 23, 2022, is provided below as <u>Diagram 2</u>:



In the Matter of Binance.US (HO-13865) EXHIBIT B

| Begin Bates | End Bates | Responsive to Subpoena Request(s) | Volume |
|---|---|---|---|
| BTS00000001 | BTS00000005 | N/A | BTS_Vol_001 |
| BTS00000006 | BTS00000066 | 9 | BTS_Vol_001 |
| BTS00000067 | BTS00000096 | 1, 5 | BTS_Vol_001 |
| BTS00000097 | BTS00000099 | 10 | BTS_Vol_001 |
| BTS00000100 | BTS00000222 | 35 | BTS_Vol_001 |
| BTS00000223 | BTS00000271 | 10 | BTS_Vol_001 |
| BTS00000272 | BTS00000274 | 30 | BTS_Vol_001 |
| BTS00000275 | BTS00000281 | 9, 35 | BTS_Vol_001 |
| BTS00000282 | BTS00000282 | 4 | BTS_Vol_001 |
| BTS00000283 | BTS00000287 | N/A | BTS_Vol_002 |
| BTS00000288 | BTS00000502 | 9 | BTS_Vol_002 |
| BTS00000503 | BTS00000510 | 9, 15, 13 | BTS_Vol_002 |
| BTS00000511 | BTS00000529 | 9, 10, 15, 31 | BTS_Vol_002 |
| BTS00000530 | BTS00002235 | 15, 31 | BTS_Vol_002 |
| BTS00002236 | BTS00002464 | 15, 18, 31, 39 | BTS_Vol_002 |
| BTS00002465 | BTS00003092 | 15, 31, 39 | BTS_Vol_002 |
| BTS00003093 | BTS00003098 | 15, 19, 31, 39 | BTS_Vol_002 |
| BTS00003099 | BTS00003101 | 15, 19, 25, 26, 31 | BTS_Vol_002 |
| BTS00003102 | BTS00003111 | 6, 15, 31 | BTS_Vol_002 |
| BTS00003112 | BTS00003196 | 6, 15, 31, 39 | BTS_Vol_002 |
| BTS00003197 | BTS00003977 | 15, 25, 26, 31 | BTS_Vol_002 |
| BTS00003978 | BTS00003989 | 15, 25, 26, 31, 39 | BTS_Vol_002 |
| BTS00003990 | BTS00004006 | 6, 15, 25, 26, 31 | BTS_Vol_002 |
| BTS00004007 | BTS00004018 | 10, 15, 31 | BTS_Vol_002 |
| BTS00004019 | BTS00004022 | 6, 10, 15, 30, 31 | BTS_Vol_002 |
| BTS00004023 | BTS00004058 | 6, 7, 10, 15, 19, 31, 39 | BTS_Vol_002 |
| BTS00004059 | BTS00004663 | 7, 15, 31 | BTS_Vol_002 |
| BTS00004664 | BTS00004672 | 6, 7, 15, 18, 31, 39 | BTS_Vol_002 |
| BTS00004673 | BTS00004689 | 7, 15, 31, 39 | BTS_Vol_002 |
| BTS00004690 | BTS00004692 | 7, 15, 19, 31 | BTS_Vol_002 |
| BTS00004693 | BTS00004835 | 6, 7, 15, 31 | BTS_Vol_002 |
| BTS00004836 | BTS00005010 | 6, 7, 15, 31, 39 | BTS_Vol_002 |
| BTS00005011 | BTS00005119 | 6, 7, 15, 25, 26, 31 | BTS_Vol_002 |
| BTS00005120 | BTS00005125 | N/A | BTS_Vol_003 |

In the Matter of Binance.US (HO-13865) EXHIBIT B

| Begin Bates | End Bates | Responsive to Subpoena Request(s) | Volume |
|---|---|---|---|
| BTS00005126 | BTS00005265 | 9 | BTS_Vol_003 |
| BTS00005266 | BTS00005271 | 30 | BTS_Vol_003 |
| BTS00005272 | BTS00005272 | 6, 15, 31, 39 | BTS_Vol_003 |
| BTS00005273 | BTS00005273 | 6, 15, 25, 26, 31, 39 | BTS_Vol_003 |
| BTS00005274 | BTS00005274 | 7, 10, 25, 26 | BTS_Vol_003 |
| BTS00005275 | BTS00005275 | 10, 25, 26 | BTS_Vol_003 |
| BTS00005276 | BTS00005278 | 2, 3, 11, 14 | BTS_Vol_003 |
| BTS00005279 | BTS00005337 | 12 | BTS_Vol_003 |
| BTS00005338 | BTS00005338 | 47 | BTS_Vol_003 |
| BTS00005339 | BTS00005339 | 6, 7, 15, 31, 39 | BTS_Vol_003 |
| BTS00005340 | BTS00005342 | 6, 7, 19, 25, 26, 39 | BTS_Vol_003 |
| BTS00005343 | BTS00005352 | 25, 26 | BTS_Vol_003 |
| BTS00005353 | BTS00005354 | 7, 25, 26, 39 | BTS_Vol_003 |
| BTS00005355 | BTS00005356 | 6, 7, 25, 26 | BTS_Vol_003 |
| BTS00005357 | BTS00005368 | 6, 7, 25, 26, 39 | BTS_Vol_003 |
| BTS00005369 | BTS00005385 | 1, 4, 5, 9 | BTS_Vol_003 |
| BTS00005386 | BTS00005386 | 6, 19, 25, 26 | BTS_Vol_003 |
| BTS00005387 | BTS00005387 | 6, 19, 25, 26, 39 | BTS_Vol_003 |
| BTS00005388 | BTS00005468 | 25, 26 | BTS_Vol_003 |
| BTS00005469 | BTS00005476 | 25, 26, 39 | BTS_Vol_003 |
| BTS00005477 | BTS00005499 | 6, 25, 26, 39 | BTS_Vol_003 |
| BTS00005500 | BTS00005506 | N/A | BTS_Vol_004 |
| BTS00005507 | BTS00005522 | 32 | BTS_Vol_004 |
| BTS00005523 | BTS00005523 | 17 | BTS_Vol_004 |
| BTS00005524 | BTS00005525 | 32 | BTS_Vol_004 |
| BTS00005526 | BTS00005579 | 12 | BTS_Vol_004 |
| BTS00005580 | BTS00005580 | 32 | BTS_Vol_004 |
| BTS00005581 | BTS00005612 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005613 | BTS00005613 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00005614 | BTS00005617 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005618 | BTS00005618 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00005619 | BTS00005621 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005622 | BTS00005624 | 6, 7 | BTS_Vol_004 |
| BTS00005625 | BTS00005626 | 6, 7, 39 | BTS_Vol_004 |

In the Matter of Binance.US (HO-13865) EXHIBIT B

| Begin Bates | End Bates | Responsive to Subpoena Request(s) | Volume |
|---|---|---|---|
| BTS00005627 | BTS00005627 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00005628 | BTS00005632 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005633 | BTS00005633 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00005634 | BTS00005634 | 6, 7 | BTS_Vol_004 |
| BTS00005635 | BTS00005641 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005642 | BTS00005642 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00005643 | BTS00005661 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005662 | BTS00005662 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00005663 | BTS00005667 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005668 | BTS00005670 | 6, 7 | BTS_Vol_004 |
| BTS00005671 | BTS00005676 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005677 | BTS00005677 | 7, 25, 26 | BTS_Vol_004 |
| BTS00005678 | BTS00005683 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005684 | BTS00005685 | 6, 7 | BTS_Vol_004 |
| BTS00005686 | BTS00005692 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005693 | BTS00005693 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00005694 | BTS00005702 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005703 | BTS00005703 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00005704 | BTS00005745 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005746 | BTS00005746 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00005747 | BTS00005759 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005760 | BTS00005761 | 6, 7 | BTS_Vol_004 |
| BTS00005762 | BTS00005786 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005787 | BTS00005788 | 6, 7 | BTS_Vol_004 |
| BTS00005789 | BTS00005800 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005801 | BTS00005801 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00005802 | BTS00005813 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005814 | BTS00005814 | 6, 7 | BTS_Vol_004 |
| BTS00005815 | BTS00005824 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005825 | BTS00005825 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00005826 | BTS00005830 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005831 | BTS00005832 | 6, 7 | BTS_Vol_004 |
| BTS00005833 | BTS00005871 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005872 | BTS00005873 | 6, 7 | BTS_Vol_004 |

In the Matter of Binance.US (HO-13865) EXHIBIT B

| Begin Bates | End Bates | Responsive to Subpoena Request(s) | Volume |
|---|---|---|---|
| BTS00005874 | BTS00005889 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005890 | BTS00005890 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00005891 | BTS00005903 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005904 | BTS00005905 | 6, 7 | BTS_Vol_004 |
| BTS00005906 | BTS00005931 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005932 | BTS00005933 | 6, 7 | BTS_Vol_004 |
| BTS00005934 | BTS00005935 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005936 | BTS00005937 | 6, 7 | BTS_Vol_004 |
| BTS00005938 | BTS00005949 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005950 | BTS00005951 | 6, 7 | BTS_Vol_004 |
| BTS00005952 | BTS00005975 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005976 | BTS00005977 | 6, 7 | BTS_Vol_004 |
| BTS00005978 | BTS00005984 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005985 | BTS00005985 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00005986 | BTS00006011 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006012 | BTS00006017 | 6, 7 | BTS_Vol_004 |
| BTS00006018 | BTS00006024 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006025 | BTS00006025 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00006026 | BTS00006030 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006031 | BTS00006031 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00006032 | BTS00006156 | 6, 7 | BTS_Vol_004 |
| BTS00006157 | BTS00006162 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006163 | BTS00006163 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00006164 | BTS00006171 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006172 | BTS00006174 | 6, 7 | BTS_Vol_004 |
| BTS00006175 | BTS00006179 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006180 | BTS00006184 | 6, 7 | BTS_Vol_004 |
| BTS00006185 | BTS00006222 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006223 | BTS00006226 | 6, 7 | BTS_Vol_004 |
| BTS00006227 | BTS00006248 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006249 | BTS00006249 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00006250 | BTS00006253 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006254 | BTS00006255 | 6, 7 | BTS_Vol_004 |
| BTS00006256 | BTS00006257 | 6, 7, 39 | BTS_Vol_004 |

In the Matter of Binance.US (HO-13865) EXHIBIT B

| Begin Bates | End Bates | Responsive to Subpoena Request(s) | Volume |
|---|---|---|---|
| BTS00006258 | BTS00006259 | 6, 7 | BTS_Vol_004 |
| BTS00006260 | BTS00006340 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006341 | BTS00006341 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00006342 | BTS00006350 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006351 | BTS00006353 | 6, 7 | BTS_Vol_004 |
| BTS00006354 | BTS00006366 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006367 | BTS00006367 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00006368 | BTS00006380 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006381 | BTS00006383 | 6, 7 | BTS_Vol_004 |
| BTS00006384 | BTS00006392 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006393 | BTS00006400 | NA | BTS_Vol_005 |
| BTS00006401 | BTS00006404 | 6, 7 | BTS_Vol_005 |
| BTS00006405 | BTS00006406 | 7 | BTS_Vol_005 |
| BTS00006407 | BTS00006409 | 6, 7 | BTS_Vol_005 |
| BTS00006410 | BTS00006411 | 6, 7, 39 | BTS_Vol_005 |
| BTS00006412 | BTS00006419 | 6, 7 | BTS_Vol_005 |
| BTS00006420 | BTS00006423 | 6, 7, 39 | BTS_Vol_005 |
| BTS00006424 | BTS00006429 | 6, 7 | BTS_Vol_005 |
| BTS00006430 | BTS00006432 | 7 | BTS_Vol_005 |
| BTS00006433 | BTS00006436 | 6, 7 | BTS_Vol_005 |
| BTS00006437 | BTS00006438 | 7 | BTS_Vol_005 |
| BTS00006439 | BTS00006440 | 6, 7 | BTS_Vol_005 |
| BTS00006441 | BTS00006446 | 7 | BTS_Vol_005 |
| BTS00006447 | BTS00006454 | 6, 7 | BTS_Vol_005 |
| BTS00006455 | BTS00006456 | 7 | BTS_Vol_005 |
| BTS00006457 | BTS00006464 | 6, 7 | BTS_Vol_005 |
| BTS00006465 | BTS00006469 | 7 | BTS_Vol_005 |
| BTS00006470 | BTS00006471 | 6, 7 | BTS_Vol_005 |
| BTS00006472 | BTS00006475 | 7 | BTS_Vol_005 |
| BTS00006476 | BTS00006477 | 6, 7 | BTS_Vol_005 |
| BTS00006478 | BTS00006479 | 7 | BTS_Vol_005 |
| BTS00006480 | BTS00006486 | 6, 7 | BTS_Vol_005 |
| BTS00006487 | BTS00006488 | 6, 7, 39 | BTS_Vol_005 |
| BTS00006489 | BTS00006490 | 6, 7 | BTS_Vol_005 |

In the Matter of Binance.US (HO-13865) EXHIBIT B

| Begin Bates | End Bates | Responsive to Subpoena Request(s) | Volume |
|---|---|---|---|
| BTS00006491 | BTS00006494 | 7 | BTS_Vol_005 |
| BTS00006495 | BTS00006498 | 6, 7 | BTS_Vol_005 |
| BTS00006499 | BTS00006501 | 7 | BTS_Vol_005 |
| BTS00006502 | BTS00007104 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007105 | BTS00007106 | 7 | BTS_Vol_005 |
| BTS00007107 | BTS00007108 | 6, 7 | BTS_Vol_005 |
| BTS00007109 | BTS00007110 | 7 | BTS_Vol_005 |
| BTS00007111 | BTS00007114 | 6, 7 | BTS_Vol_005 |
| BTS00007115 | BTS00007116 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007117 | BTS00007118 | 7 | BTS_Vol_005 |
| BTS00007119 | BTS00007123 | 6, 7 | BTS_Vol_005 |
| BTS00007124 | BTS00007127 | 7 | BTS_Vol_005 |
| BTS00007128 | BTS00007130 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007131 | BTS00007132 | 6, 7 | BTS_Vol_005 |
| BTS00007133 | BTS00007135 | 6, 7, 15, 31 | BTS_Vol_005 |
| BTS00007136 | BTS00007146 | 6, 7 | BTS_Vol_005 |
| BTS00007147 | BTS00007148 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007149 | BTS00007150 | 7 | BTS_Vol_005 |
| BTS00007151 | BTS00007153 | 6, 7 | BTS_Vol_005 |
| BTS00007154 | BTS00007155 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007156 | BTS00007157 | 6, 7 | BTS_Vol_005 |
| BTS00007158 | BTS00007159 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007160 | BTS00007161 | 7 | BTS_Vol_005 |
| BTS00007162 | BTS00007164 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007165 | BTS00007167 | 6, 7, 15, 31 | BTS_Vol_005 |
| BTS00007168 | BTS00007190 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007191 | BTS00007192 | 6, 7 | BTS_Vol_005 |
| BTS00007193 | BTS00007195 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007196 | BTS00007197 | 6, 7 | BTS_Vol_005 |
| BTS00007198 | BTS00007199 | 7 | BTS_Vol_005 |
| BTS00007200 | BTS00007201 | 6, 7 | BTS_Vol_005 |
| BTS00007202 | BTS00007203 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007204 | BTS00007207 | 7 | BTS_Vol_005 |
| BTS00007208 | BTS00007209 | 6, 7, 39 | BTS_Vol_005 |

In the Matter of Binance.US (HO-13865) EXHIBIT B

| Begin Bates | End Bates | Responsive to Subpoena Request(s) | Volume |
|---|---|---|---|
| BTS00007210 | BTS00007212 | 7 | BTS_Vol_005 |
| BTS00007213 | BTS00007214 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007215 | BTS00007218 | 6, 7 | BTS_Vol_005 |
| BTS00007219 | BTS00007220 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007221 | BTS00007222 | 7 | BTS_Vol_005 |
| BTS00007223 | BTS00007228 | 6, 7 | BTS_Vol_005 |
| BTS00007229 | BTS00007230 | 7 | BTS_Vol_005 |
| BTS00007231 | BTS00007232 | 6, 7 | BTS_Vol_005 |
| BTS00007233 | BTS00007234 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007235 | BTS00007236 | 6, 7 | BTS_Vol_005 |
| BTS00007237 | BTS00007240 | 7 | BTS_Vol_005 |
| BTS00007241 | BTS00007243 | 6, 7 | BTS_Vol_005 |
| BTS00007244 | BTS00007245 | 7 | BTS_Vol_005 |
| BTS00007246 | BTS00007247 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007248 | BTS00007249 | 6, 7 | BTS_Vol_005 |
| BTS00007250 | BTS00007251 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007252 | BTS00007252 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007253 | BTS00007256 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007257 | BTS00007257 | 7, 25, 26 | BTS_Vol_005 |
| BTS00007258 | BTS00007259 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007260 | BTS00007260 | 7, 25, 26 | BTS_Vol_005 |
| BTS00007261 | BTS00007261 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007262 | BTS00007264 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007265 | BTS00007265 | 7, 25, 26 | BTS_Vol_005 |
| BTS00007266 | BTS00007266 | 25, 26 | BTS_Vol_005 |
| BTS00007267 | BTS00007268 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007269 | BTS00007269 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007270 | BTS00007270 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007271 | BTS00007273 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007274 | BTS00007275 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007276 | BTS00007276 | 7, 25, 26 | BTS_Vol_005 |
| BTS00007277 | BTS00007280 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007281 | BTS00007281 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007282 | BTS00007282 | 7 | BTS_Vol_005 |

In the Matter of Binance.US (HO-13865) EXHIBIT B

| Begin Bates | End Bates | Responsive to Subpoena Request(s) | Volume |
|---|---|---|---|
| BTS00007283 | BTS00007283 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007284 | BTS00007284 | 25, 26 | BTS_Vol_005 |
| BTS00007285 | BTS00007285 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007286 | BTS00007286 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007287 | BTS00007291 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007292 | BTS00007292 | 25, 26 | BTS_Vol_005 |
| BTS00007293 | BTS00007293 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007294 | BTS00007309 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007310 | BTS00007311 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007312 | BTS00007312 | 7, 25, 26 | BTS_Vol_005 |
| BTS00007313 | BTS00007314 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007315 | BTS00007315 | 7, 25, 26 | BTS_Vol_005 |
| BTS00007316 | BTS00007316 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007317 | BTS00007317 | 25, 26 | BTS_Vol_005 |
| BTS00007318 | BTS00007318 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007319 | BTS00007319 | 7, 25, 26 | BTS_Vol_005 |
| BTS00007320 | BTS00007320 | 25, 26 | BTS_Vol_005 |
| BTS00007321 | BTS00007321 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007322 | BTS00007323 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007324 | BTS00007327 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007328 | BTS00007510 | 12 | BTS_Vol_005 |
| BTS00007511 | BTS00007520 | N/A | BTS_Vol_006 |
| BTS00007521 | BTS00014444 | 39 | BTS_Vol_006 |
| BTS00014445 | BTS00014520 | 35 | BTS_Vol_006 |
| BTS00014521 | BTS00014531 | N/A | BTS_Vol_007 |
| BTS00014532 | BTS00029806 | 39 | BTS_Vol_007 |
| BTS00029807 | BTS00030616 | 12 | BTS_Vol_007 |
| BTS00030617 | BTS00030627 | N/A | BTS_Vol_008 |
| BTS00030628 | BTS00030731 | 2 | BTS_Vol_008 |
| BTS00030732 | BTS00030782 | 12 | BTS_Vol_008 |
| BTS00030783 | BTS00030783 | 2 | BTS_Vol_008 |
| BTS00030784 | BTS00030794 | N/A | BTS_Vol_009 |
| BTS00030795 | BTS00030795 | 2 | BTS_Vol_009 |
| BTS00030796 | BTS00030799 | 12 | BTS_Vol_009 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BAM                    BTS00831960

**In the Matter of Binance.US (HO-13865) EXHIBIT B**

| Begin Bates | End Bates | Responsive to Subpoena Request(s) | Volume |
|---|---|---|---|
| BTS00030800 | BTS00030811 | N/A | BTS_Vol_010 |
| BTS00030812 | BTS00030812 | 2 | BTS_Vol_010 |
| BTS00030813 | BTS00031987 | 1, 9, 12, 11, 14, 32, 35, 39, 43 | BTS_Vol_010 |
| BTS00031988 | BTS00031999 | N/A | BTS_Vol_011 |
| BTS00032000 | BTS00033432 | 9 | BTS_Vol_011 |
| BTS00033433 | BTS00033444 | N/A | BTS_Vol_012 |
| BTS00033445 | BTS00033787 | 9 | BTS_Vol_012 |
| BTS00033788 | BTS00035177 | 15, 31 | BTS_Vol_012 |
| BTS00035178 | BTS00037792 | 8, 13, 21, 31, 38, 43, 44, 45 | BTS_Vol_012 |
| BTS00037793 | BTS00037802 | 23, 24, 27 | BTS_Vol_012 |
| BTS00037803 | BTS00037814 | N/A | BTS_Vol_013 |
| BTS00037815 | BTS00037986 | 15, 31 | BTS_Vol_013 |
| BTS00037987 | BTS00038148 | 18 | BTS_Vol_013 |
| BTS00038149 | BTS00042024 | 8, 13, 21, 31, 38, 43, 44, 45 | BTS_Vol_013 |
| BTS00042037 | BTS00042147 | 9 | BTS_Vol_014 |
| BTS00042148 | BTS00042179 | 47 | BTS_Vol_014 |
| BTS00042180 | BTS00042180 | 2, 3, 11, 14 | BTS_Vol_014 |
| BTS00042181 | BTS00042182 | 1, 4, 5 | BTS_Vol_014 |
| BTS00042183 | BTS00058736 | 8, 13, 21, 31, 38, 43, 44, 45 | BTS_Vol_014 |
| BTS00058737 | BTS00058743 | 22, 28, 29 | BTS_Vol_014 |
| BTS00058753 | BTS00058756 | 40 | N/A |
| BTS00058770 | BTS00058849 | 15, 31 | BTS_Vol_015 |
| BTS00058850 | BTS00080327 | 8, 13, 21, 38, 43, 44, 45 | BTS_Vol_015 |
| BTS00080339 | BTS00080340 | 18 | BTS_Vol_016 |
| BTS00080341 | BTS00083028 | 8, 13, 21, 38, 43, 44, 45 | BTS_Vol_016 |
| BTS00083048 | BTS00085328 | 8, 9, 13, 21, 38, 43, 44, 45 | BTS_Vol_017 |
| BTS00085329 | BTS00085333 | 16 | BTS_Vol_017 |
| BTS00085341 | BTS00087935 | 8, 13, 21, 38, 43, 44, 45 | BTS_Vol_018 |
| BTS00087948 | BTS00159072 | 8, 13, 21, 38, 43, 44, 45 | BTS_Vol_019 |
| BTS00159085 | BTS00160392 | 2 of 9/17/21 subpoena | BTS_Vol_020 |
| BTS00160393 | BTS00479514 | 8, 13, 21, 38, 43, 44, 45 | BTS_Vol_020 |
| BTS00479527 | BTS00537466 | 8, 13, 21, 38, 43, 44, 45 | BTS_Vol_021 |
| BTS00537467 | BTS00537467 | 1 of 9/17/21 subpoena | BTS_Vol_021 |
| BTS00539760 | BTS00540155 BTS00540155 | 47 | BTS_Vol_022 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BAM

In the Matter of Binance.US (HO-13865) EXHIBIT B

| Begin Bates | End Bates | Responsive to Subpoena Request(s) | Volume |
|---|---|---|---|
| BTS00540156 | BTS00606602 | 8, 13, 21, 38, 43, 44, 45 | BTS_Vol_022 |
| BTS00606615 | BTS00606705; BTS00540155 | 47 | BTS_Vol_023 |
| BTS00606706 | BTS00611699 | 8, 13, 21, 38, 43, 44, 45 | BTS_Vol_023 |
| BTS00611700 | BTS00611700 | 47 | BTS_Vol_023 |
| BTS00611714 | BTS00618060 | 8, 13, 21, 38, 43, 44, 45 | BTS_Vol_024 |
| BTS00618061 | BTS00618061 | 18 | BTS_Vol_024 |
| BTS00618062 | BTS00618064 | N/A - 10/22/21 oral request | BTS_Vol_024 |
| BTS00618065 | BTS00618065 | 47 | BTS_Vol_024 |
| BTS00618078 | BTS00656000 | 8, 13, 21, 38, 43, 44, 45 | BTS_Vol_025 |
| BTS00656016 | BTS00656017 | 2 | BTS_Vol_026 |
| BTS00656036 | BTS00659454 | 8, 13, 21, 38, 43, 44, 45 | BTS_Vol_027 |
| BTS00669457 | BTS00659459 | 1 of 1/14/202 subpoena | BTS_Vol_028a |
| BTS00659472 | BTS00692890 | 8, 13, 21, 38, 43, 44, 45 | BTS_Vol_028 |
| BTS00692911 | BTS00693356 | 8, 13, 21, 38, 43, 44, 45; 3, 4, 5 of 1/14/2022 subpoena | BTS_Vol_029 |
| BTS00693369 | BTS00695629 | 8, 13, 21, 38, 43, 44, 45; 2, 3, 4, 5 of 1/14/2022 subpoena | BTS_Vol_030 |
| BTS00695643 | BTS00695667 | 8, 13, 21, 38, 43, 44, 45; 2, 3, 4, 5 of 1/14/2022 subpoena | BTS_Vol_031 |
| BTS00695681 | BTS00755554 | 8, 13, 21, 38, 43, 44, 45, 47 | BTS_Vol_032 |
| BTS00755568 | BTS00759527 | 8, 13, 21, 38, 43, 44, 45, 47 | BTS_Vol_033 |
| BTS00759542 | BTS00830183 | 8, 13, 21, 38, 43, 44, and 45 | BTS_Vol_034 |
| BTS00830198 | BTS00831292 | 8, 13, 21, 38, 43, 44, and 45 | BTS_Vol_035 |
| BTS00831307 | BTS00831355 | 6/09/2022 subpoena FOIA | BTS_Vol_036 |
| BTS00831570 | BTS00831866 | 1, 2, 3, 9, 10, and 35; 10/5/22 oral request | BTS_Vol_037 |
| BTS00831885 | BTS00831889 | 1 of 10/28/2022 subpoena | BTS_Vol_038 |
| BTS00831892 | BTS00831897 | 22 (Narrative Update) | Email Production |
| BTS00831912 | BTS00831916 | 40 (Narrative Update) | Email Production |
| BTS00831929 | BTS00831929 | N/A – 01/04/23 request | BTS_Vol_039 |
| BTS00831948 | BTS00831952 | 22, 23 (Narrative Updates) of 12/17/2022 subpoena | Email Production |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BAM



| | |
|---|---|
| Grant P. Fondo<br>+1 650 752 3236<br>GFondo@goodwinlaw.com | Goodwin Procter LLP<br>601 Marshall Street<br>Redwood City, CA  94063 |
| Meghan K. Spillane<br>+1 212 459 7193<br>MSpillane@goodwinlaw.com | The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br><br>goodwinlaw.com |

**CONFIDENTIAL TREATMENT REQUESTED**
**BY BAM TRADING SERVICES INC.**
**PURSUANT TO 17 C.F.R. § 200.83**

January 27, 2023

**BY FEDERAL EXPRESS AND EMAIL (RULE83CTRS@SEC.GOV)**

Freedom of Information Act Officer
Office of Freedom of Information and Privacy Act Operations
U.S. Securities and Exchange Commission
100 F Street, NE
Mail Stop 2736
Washington, DC 20549

**Re:    In the Matter of Binance.US (HO-13865)**

Dear Sir/Madam:

The undersigned represent BAM Trading Services Inc. ("BAM Trading") in the above captioned matter.  Pursuant to Securities and Exchange Commission Rule 83, 17 C.F.R. § 200.83, we formally request that the U.S. Securities and Exchange Commission (the "Commission") afford confidential treatment to our January 27, 2023 letter to Kathleen Hitchins, Senior Counsel, Division of Enforcement, Bates-stamped numbers BTS00831945 – BTS00831962.  A copy of our letter to Ms. Hitchins is enclosed in an envelope marked "FOIA Confidential Treatment Requested."  This request also applies to any transcripts, notes, memoranda, or other materials of any sort which are made by any employee of the Commission or any other governmental agency and which incorporate, refer, or relate to the letter and enclosed document (collectively, the letter dated January 27, 2023 and the documents enclosed therein, and any materials referring to the letter and the contents of the enclosed document are referred to herein as the "Confidential Materials").

All of the Confidential Materials contain or constitute confidential information.  We therefore request and expect that all of the Confidential Materials will be kept in a non-public file and that access to the Confidential Materials by any third party not a member of the Commission or its staff will be denied.  Should the Commission receive any



FOIA Officer
January 27, 2023
Page 2

<span style="text-align:right; display:block;">**CONFIDENTIAL TREATMENT REQUESTED**
**BY BAM TRADING SERVICES INC.**
**PURSUANT TO 17 C.F.R. § 200.83**</span>

request for the Confidential Materials, whether pursuant to the Freedom of Information Act, 5 U.S.C. § 522, or otherwise, we understand and expect that we will be given an opportunity to object to such a disclosure. Moreover, should the Commission be inclined to disclose the Confidential Materials to any third party not a member of the Commission or its staff, it is our expectation and request that, in accordance with normal Commission practice, we will be given ten business days' advance notice of any such intent by the Commission so that our client may pursue any available remedies. In that event, we further request that you telephone undersigned counsel immediately in addition to sending the required notice by mail.

On behalf of BAM Trading, we request an acknowledgement of receipt of this written request that information not be disclosed under FOIA. Kindly acknowledge receipt of this letter by signing and dating the enclosed copy and returning it to Meghan K. Spillane in the enclosed self-addressed, stamped envelope.

Please contact any of us at the numbers provided above should you have any questions or concerns about this request for confidential treatment.

Sincerely,

/s/ Grant P. Fondo

Grant P. Fondo
Meghan K. Spillane

cc:   Kathleen Hitchins, Senior Counsel, U.S. Securities and Exchange Commission
Colby Steele, Senior Counsel, U.S. Securities and Exchange Commission
Paul Kim, Assistant Director, U.S. Securities and Exchange Commission
Ann Rosenfield, Senior Counsel, U.S. Securities and Exchange Commission
Matthew Solomon, Cleary Gottlieb Steen & Hamilton LLP
Alexander Janghorbani, Cleary Gottlieb Steen & Hamilton LLP

Acknowledged by: _____

Date: _____