# EXHIBIT A-60

DocuSign Envelope ID: 65756259-702E-4D84-8415-2831158D546F



# BAM MANAGEMENT US HOLDINGS INC.
## SHAREHOLDER RESOLUTION TO APPOINT DIRECTORS

WHEREAS, pursuant to the applicable and the Bylaws of BAM Management US Holdings Inc. ("BAM Management"), it is deemed desirable and in the best interests of BAM Management that the following actions be taken by the Shareholder of this corporation pursuant to this Written Consent:

NOW, THEREFORE, BE IT RESOLVED that the undersigned Shareholder of BAM Management hereby consent to, approve and adopt the following:

### ELECTION OF DIRECTORS

RESOLVED THAT, effective as of the date hereof, the following individuals be and they hereby are elected to the Board of Directors of BAM Management:

1. Changpeng Zhao (Chair)
2. Catherine Coley
3. Wei Zhou

RESOLVED FURTHER, that the officers of this corporation are, and each acting alone is, hereby authorized to do and perform any and all such acts, including execution of any and all documents and certificates, as said officers shall deem necessary or advisable, to carry out the purposes of the foregoing resolutions.

RESOLVED FURTHER, that any actions taken by such officers prior to the date of the foregoing resolutions adopted hereby that are within the authority conferred thereby are hereby ratified, confirmed and approved as the acts and deeds of this corporation.

This written consent shall be filed in the Minute Book of this corporation and become a part of the records of this corporation. This written consent may be signed by counterpart and electronic signature.

Approved:     **November 25, 2019**

DocuSigned by:
*Changpeng Zhao*
48787FC11D74433
_____
Changpeng Zhao
Shareholder


Shareholder Resolution 2019-01