# EXHIBIT A-62

Use this as a template for our Pre-Kor homework! **Copy and paste it into a new Google Doc and send to coley via TG or type out responses below.** Please send these responses to Coley either in TG or via Google Doc by EOD Monday January 6th, 2020:

1. Your shackles (items of your job that require SH answers, access, approval, funding)
    a. Example: Lauren needs old backed access, without this access she cannot approve proof of addresses. She also needs to take over analysis from Sam H. on Chainalysis alerts.
    b.

2. Your wants (items we don't have that would make your job and our company better)
    a. Example: Cayden would really like a closet for his workout clothes and sports juice. Compliance team would be more efficient if we paid Solidus to build a case management system.
    b. Example: Chris wants to see Binance.US be the premier US exchange and gain more users, because crypto represents the freedom of money which is an important personal value to him.
    c.

3. Your data metrics (what data can you use to show/prove what we are doing)
    a. Example: As the compliance team, we need to measure how many corporate applications we are getting approved. We created a tracker. This year, we completed 100, next year we'd like to complete 4,000.
    b.

4. Your career growth goals (what skills do you want to have learned by June, by January of next year)
    a. Example: Coley would like to learn how to run SEO campaigns so that the website can get more visits.
    b.

| SHACKLES | WANTS |
|---|---|
|  |  |
| DATA METRICS | CAREER GOALS |
|  |  |

Also…

- Who do you want to meet in Korea?
    ○ Example: Steven would like to meet 1:2 with Hsann and Alvin on Topic X, Y and Z. He's prepared agendas for these meetings.
    ○ Example: Jamie would like to meet with Darc over beers and work on her interpersonal relationship with him.

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY    CC000270182

Cayden

| SHACKLES | WANTS |
|---|---|
| -Constant change in direction of hiring<br>-Way below market benefits will not retain or attract top talent | -Funding for good benefits package<br>-Better dissemination of information upwards<br>-Quarterly headcount hiring review without unwarranted changes |
| **DATA METRICS**<br>Current headcount, where we will be in a quarter | **CAREER GOALS**<br>-TBD |

COMPLIANCE TEAM

| SHACKLES | WANTS |
|---|---|
| General<br>-Lack of respect and transparency between Asia/US teams<br><br>Specific Examples:<br>- Chainalysis/Elliptic data needs to be plugged in (Lauren)<br>- No Full Old Backend training<br>- Messy backend (*need* complete customer transaction history page) | - Solidus for improved compliance efficiency (required for regulators and transaction monitoring)<br>- Shut off Coinfirm, because it is inefficient and is not helping<br>- An org chart, which will help us explain the structure to Asia counterparts<br>- Confluence, to organize policies<br>- Search functionality in new backend for names, fixes on new backend<br>- Customers transaction history on one page (this will assist with the transaction monitoring process) |
| **DATA METRICS**<br>- L1, L2, L3 users<br>- Onboarding Institutional Accounts<br><br>- Weekly wire reports (future forward looking)<br>- Weekly investigation reports, SAR #s, # of alerts in CA (future forward looking)<br>- Reports of active retail accounts (future forward looking)<br>- Inactive Account (90 days) notify complianceUS team if the account has zero trading (abandoned shopping cart method). | **CAREER GOALS**<br>-Each person will send individually!! |

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY     CC000270183

Elaine - Finance

| SHACKLES | WANTS |
|---|---|
| - Not allow to expand US Finance Team domestically.<br>- Lacking of data transparency and reporting automations. I can't download the system report directly from PnK and Tableau. Some information I still have to wait for Clearance Team to do the calculations.<br>- Less autonomy to use accounting software to create efficiencies.<br>-Constantly work on two time zones can drive down productivity. Need more automations in place. | -Good total assets hold report in USD from Tableau. It should have all the information on the revenue streams and business costs (network & market). The value of the assets should be based on the cost base so it will be balanced.<br>-Real time data for company assets and customer funds. FIFO calculations for company assets. 1099 statements for customer funds.<br>-Need a report can be exported from .com's system and then upload to QuickBooks directly.<br>-Need PnK to have the functionality to track network and market costs.<br>-More accounting process automations: bill.com for AP invoices and payment automations. Digital Asset Accounting Software, Lumina, to calculate and track cost at the fair value in real time. Fathom - Add on functions to QuickBooks for the consolidated reporting.<br>-Possibility to work with Sovos tax on the actual tax filing and statement printing on 1099k and 1099b. |
| DATA METRICS<br>-Daily revenue by states<br>-Costs on network and market by coins every day<br>-Asset hold balance report | CAREER GOALS<br>-Able to build a team and lead the team.<br>-More time to do analytical work.<br>-Understand more product and engineering process to see how it will help with the accounting reporting process.<br>-Development on finance leadership for US |

I would like to meet *Hsann in Korea. It can be a 1 to 2 or 4 meeting.*

Marcos - Customer Success:

| SHACKLES | WANTS |
|---|---|
| - Personal KPI: 10x Tickets (hour)<br>- Bi-Weekly Meetings (Vivi & Five)<br>- Lack Backend Access (Edit FAQs, Edit Auto Replies, See ZenDesk Metrics) | - Add the Live Chat Feature (ZenDesk) and hire CS Team<br>- Setup a Social Media Tool (Conversocial)<br>- Hire a Technician in US (Help w/ Crypto)<br>- Hire a US IT (Access/Presence) |

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY          CC000270184

|  | - Weekly CS & Compliance Meetings.<br>- Add automated JIRA Email-Tickets (Reporting Features & Issues)<br>- 2-4 US:CS Agents (in-house) long term.<br>- Better transparency from the CS-CN and CS-US (metrics and issues).<br>- Season/Five to change CS-US KPI's: quality vs quantity. |
|---|---|
| **DATA METRICS**<br>- CS Metrics (# of tickets, # avg. hours spent, CSAT scores, # of avg. life-time per ticket).<br>- Production & Development Roadmap (New Features, Issues/Bugs) | **CAREER GOALS** |

Jamie:

| SHACKLES | WANTS |
|---|---|
| • My job title is in flux and is not descriptive of what I do, so its tough for me to gain respect and authority on subjects.<br>• I'm not in charge of my own initiatives, but rather am helping with a lot of other teams, so I worry I don't have enough to show for my work. | • My interactions both internally and externally would be greatly improved if I had a new title.<br>• Our team could benefit from knowing more about how the product works and how crypto works/what is happening in crypto.<br>• I'd like to be more hands on in preparing the data that comes from the exchange, so that I can update Coley on what is going on and what needs our focus.<br>• I think our product would be overall better if we had more US involvement in the development. I'd like to lead this effort and work closet with George and Hsann.<br>• I'd love access to the gym in the Presidio, or for some type of schedule I can go by to workout during the morning/day.<br>• I'd like us all to use Asana more or use it better. I will brainstorm ways for us to do this. |
| **DATA METRICS**<br>• I've analyzed over 30 coins through the DARAF, written 27 technical memos, and approved 27 coins for listing on the platform.<br>• I've written 2 major policies. | **CAREER GOALS**<br>• Work more with developers, and managing agile work environments.<br>• Outside of Binance.US, I'd like to remain an active voice in the crypto community and be a more visible figure. |

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY        CC000270185

| | |
|---|---|
| <ul><li>I've documented and performed a gap analysis on over 100 IT and business internal controls.</li><li>I've responded to inquiries from regulators.</li><li>I participate in and sometimes lead the product call and the fiat weekly call.</li><li>Future data metrics: I'd like to better track the site's performance, and how it compares to other exchanges. I'd like to track how initiatives we've led internally have increased the public metrics of the site.</li></ul> | <ul><li>Hone ability to prioritize projects, asks, and initiatives.</li><li>Learn more about liquidity, trading, order books, etc. as it relates to crypto. I also want time to make sure my research skills and technical skills stay sharp.</li><li>Understand more about Chinese culture.</li></ul> |

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY

CC000270186

Chris - Legal

| SHACKLES | WANTS |
|---|---|
| - Pulled in lots of different directions on a daily basis, which limits time to focus on items that exclusively require legal attention | - Additional legal support<br>- Better understanding of our internal controls/IT infrastructure<br>- Better understanding of how team members outside of the US support operations on a daily basis (e.g., George, Hsann, Frank, etc.)<br>- Better lines of communication with marketing |
| DATA METRICS | CAREER GOALS |
| - Management Information Systems<br>    - Compliance metrics for Board reporting<br>    - Monthly exchange data for Board reporting<br>    - State-by-state exchange data | - Focus more on product development/strategy work<br>- Spearhead Binance.US education initiatives<br>- Become more visible on the speaking circuit and allocate time for industry advocacy work |

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY　　　　CC000270187