# EXHIBIT A-63

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 76 | Date Range: 10/13/2020 |

## Outline of Conversations

 **pr74150096947236905220201013** • 76 messages on 10/13/2020 • C. Coley <472369052> • Jamie Hinz <741500969>

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY
CC000650405

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **pr7415009694723690522020101013**

| | | |
|---|---|---|
| CC | **C. Coley <472369052>** | 10/13/2020, 3:25 AM |

Cool - so no need for Modern Treasury to get SEN...

But does it make it easier to turn on SEN & silvergate retail together?

| | | |
|---|---|---|
| CC | **C. Coley <472369052>** | 10/13/2020, 3:25 AM |

or don't solve for making it easier - just solve to get SEN

| | | |
|---|---|---|
| JH | **Jamie Hinz <741500969>** | 10/13/2020, 3:25 AM |

Yes, SEN first

| | | |
|---|---|---|
| JH | **Jamie Hinz <741500969>** | 10/13/2020, 3:26 AM |

Not really because the tech and APIs are different for silvergate and SEN

| | | |
|---|---|---|
| CC | **C. Coley <472369052>** | 10/13/2020, 3:32 AM |

but Modern Treasury already has both integrated so it would be easy flip on for both?

| | | |
|---|---|---|
| JH | **Jamie Hinz <741500969>** | 10/13/2020, 3:33 AM |

The fastest way to get SEN, which is what everyone wants, is to continue down this path

| | | |
|---|---|---|
| JH | **Jamie Hinz <741500969>** | 10/13/2020, 3:33 AM |

and plug in MT later

| | | |
|---|---|---|
| CC | **C. Coley <472369052>** | 10/13/2020, 3:33 AM |

Integration with MT = apple

Integration with SEN = peach
Integration with Silvergate = Prune

Easier to integrate apple once?

| | | |
|---|---|---|
| CC | **C. Coley <472369052>** | 10/13/2020, 3:33 AM |

okay I hear you - just trying to see if my logic above is wrong

| | | |
|---|---|---|
| JH | **Jamie Hinz <741500969>** | 10/13/2020, 3:34 AM |

I've talked to the team about this, this is the fastest way. Introducing an entirely new set of APIs and an entirely new vendor is not going to solve it in a snap when the team has already worked this far on just SEN

| | | |
|---|---|---|
| CC | **C. Coley <472369052>** | 10/13/2020, 3:34 AM |

gotcha!

| | | |
|---|---|---|
| CC | **C. Coley <472369052>** | 10/13/2020, 3:35 AM |

And the manual approval/withdraw of PT USD to SEN USD for users...

Stablecoins fix this right?

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY

| | | |
|---|---|---|
| CC | C. Coley <472369052> | 10/13/2020, 3:37 AM |

Alameda
$5M in PT

Alameda moves $5M to BUSD
Closes PT accounts
Opens SEN accessible version
Has $5M in BUSD on there account and can move it pronto into USD, settle on SEN with our Float

| | | |
|---|---|---|
| JH | Jamie Hinz <741500969> | 10/13/2020, 3:37 AM |

The stablecoins thing I'm not sure about, lets look into it

| | | |
|---|---|---|
| CC | C. Coley <472369052> | 10/13/2020, 3:38 AM |

I still get stuck with which party sends the USD for us to replenish our Float after Alameda sells its BUSD

| | | |
|---|---|---|
| CC | C. Coley <472369052> | 10/13/2020, 3:38 AM |

Since we're not guarenteed to be the other side of that trade.

| | | |
|---|---|---|
| CC | C. Coley <472369052> | 10/13/2020, 3:39 AM |

I think it puts us in the same need to move USD from PT to SEN but at least wont slow down the user.

| | | |
|---|---|---|
| CC | C. Coley <472369052> | 10/13/2020, 3:39 AM |

just like sending USDT is faster across platforms than USD wires

| | | |
|---|---|---|
| CC | C. Coley <472369052> | 10/13/2020, 3:40 AM |

Can we confirm that a SEN wire (instant 24/7) does not need Jaiyi approval to pay it out?

| | | |
|---|---|---|
| JH | Jamie Hinz <741500969> | 10/13/2020, 3:47 AM |

Will check

| | | |
|---|---|---|
| JH | Jamie Hinz <741500969> | 10/13/2020, 3:48 AM |

Gerry says approval not needed

| | | |
|---|---|---|
| CC | C. Coley <472369052> | 10/13/2020, 3:48 AM |

but just needed for the initial fund movement from PT to SEN - so will need Jiayi or someone on deck during those days to make it instant for our users

| | | |
|---|---|---|
| JH | Jamie Hinz <741500969> | 10/13/2020, 3:48 AM |

Yeah

| | | |
|---|---|---|
| CC | C. Coley <472369052> | 10/13/2020, 3:49 AM |

cool - just planning when we announce it (have clearing team on 24/7 high alert)

| | | |
|---|---|---|
| JH | Jamie Hinz <741500969> | 10/13/2020, 3:50 AM |

Yeah I didn't get an ETA from that call

| | | |
|---|---|---|
| CC | C. Coley <472369052> | 10/13/2020, 3:50 AM |

hsann chasing on that unless you've got Gerry's ear

| | | |
|---|---|---|
| CC | C. Coley <472369052> | 10/13/2020, 3:50 AM |

how long will it take since we'll need to be prescriptive in our request for the float

| | | |
|---|---|---|
| JH | Jamie Hinz <741500969> | 10/13/2020, 3:51 AM |

Hsann and I will try to get the ETA

| | | |
|---|---|---|
| CC | C. Coley <472369052> | 10/13/2020, 3:51 AM |

nice.

| | | |
|---|---|---|
| CC | **C. Coley <472369052>** | 10/13/2020, 3:51 AM |
| | Project 1776 is for our independence. | |
| JH | **Jamie Hinz <741500969>** | 10/13/2020, 3:51 AM |
| | Got it, let me know what you need from me on that | |
| CC | **C. Coley <472369052>** | 10/13/2020, 3:52 AM |
| | is there a timeline on PNK migration? build to be useful for US team? | |
| JH | **Jamie Hinz <741500969>** | 10/13/2020, 3:52 AM |
| | don't have a final ETA yet, they aren't planning to hardcore shutdown old pnk anytime soon, will be months | |
| CC | **C. Coley <472369052>** | 10/13/2020, 3:53 AM |
| | might be needed to speed that up or speed up your access with Hsann's last day Nov 12th. Mark and (someone else) are on his team, but not sure if they know old PNK like Hsann or you | |
| JH | **Jamie Hinz <741500969>** | 10/13/2020, 3:54 AM |
| | Yeah, Ill make sure Hsann teaches me how to give people access | |
| JH | **Jamie Hinz <741500969>** | 10/13/2020, 3:54 AM |
| | But the migration is a dev team with special help from Yolanda, not Hsanns team | |
| JH | **Jamie Hinz <741500969>** | 10/13/2020, 3:55 AM |
| | Do we plan to have Mark or Elijah spend more time on US? | |
| CC | **C. Coley <472369052>** | 10/13/2020, 3:56 AM |
| | yes that's what wei said he's going to try to do. | |
| JH | **Jamie Hinz <741500969>** | 10/13/2020, 3:56 AM |
| | Okay | |
| JH | **Jamie Hinz <741500969>** | 10/13/2020, 3:56 AM |
| | They're great | |
| CC | **C. Coley <472369052>** | 10/13/2020, 3:56 AM |
| | Good to know Mark & Elijah give you no bonus points on PNK though | |
| JH | **Jamie Hinz <741500969>** | 10/13/2020, 3:56 AM |
| | They know pnk but like, devs are working on the migratation not ops people... | |
| JH | **Jamie Hinz <741500969>** | 10/13/2020, 3:56 AM |
| | They've both done a little US work already | |
| CC | **C. Coley <472369052>** | 10/13/2020, 3:56 AM |
| | got that | |
| CC | **C. Coley <472369052>** | 10/13/2020, 3:58 AM |
| | thinking from the angle that as we move away from Hsann wizardry around the old backend - can we migrate enough so you and US team have enough navigation in new Pnk before he leaves?<br><br>Easy Dashboard for Compliance & CS & Sales<br>Easy Emails/Notifications for Graham | |
| CC | **C. Coley <472369052>** | 10/13/2020, 4:02 AM |
| | Did Compliance/CS give you the 8 or so fields they need so we can put them in one page for a dashboard?<br><br>Name<br>UID | |

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY                                             CC000650408

Email
Plaid Link Variation: Instant ACH, Manual
Plaid Identity Status
ACH Limit
Fee Tier
VIP or Corporate Status
State Registered
Enabled/Disabled Status
Chargeback Status
Portfolio Balance or some variation
+ Jumio Tab
+ POA Tab
+ Device IP / ID Tab
+ Transaction History in Fiat and Crypto Tab
+ Messages Received Tab
+ Deposits/Withdrawals Tab

**JH** — **Jamie Hinz <741500969>** — 10/13/2020, 4:02 AM
Yeah I have the original doc from them

**CC** — **C. Coley <472369052>** — 10/13/2020, 4:03 AM
something that easy so you can help devs working on migration not create a frankenstein that is not useful given team has had much more experience now with users

**JH** — **Jamie Hinz <741500969>** — 10/13/2020, 4:03 AM
Building this and Hsann leaving are unrelated though timing wise

**CC** — **C. Coley <472369052>** — 10/13/2020, 4:04 AM
right but get the shell of it approved and reviewed by Hsann before he leaves so you dont forget anything he might secretly check on

**CC** — **C. Coley <472369052>** — 10/13/2020, 4:04 AM
new pnk completed will get more people off your back

**CC** — **C. Coley <472369052>** — 10/13/2020, 4:05 AM
dont want you in limbo between both systems without sensei of the systems

**CC** — **C. Coley <472369052>** — 10/13/2020, 4:06 AM
as you said, you've gotten this and its most recent form from all teams so it should be fine. I'm just double checking like a packing list.

**CC** — **C. Coley <472369052>** — 10/13/2020, 4:09 AM
May not be in the correct order but are these fair to say these are what occupy your to-do list at the moment:
1. SEN
2. Debit Card Forter Integration
3. SIFT/GIACT
4. new PNK dashboard
5. Modern Treasury + Silvergate or MVB
6. Staking, Listing Approvals, Wallet Uptime, BEP2 Withdrawals Up

**JH** — **Jamie Hinz <741500969>** — 10/13/2020, 4:10 AM
Yeah

**CC** — **C. Coley <472369052>** — 10/13/2020, 4:11 AM
Sweet - it's a lot but you've got support.

**CC** — **C. Coley <472369052>** — 10/13/2020, 4:12 AM
Assuming nothing other than SEN can happen on Dev side. So 2, 3, 5 can't happen until SEN live.

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY
CC000650409

| | | |
|---|---|---|
| JH | **Jamie Hinz <741500969>** | 10/13/2020, 4:12 AM |
| | Correct | |
| CC | **C. Coley <472369052>** | 10/13/2020, 4:13 AM |
| | but PRDs, legal/compliance/finance approvals can be done in meantime so when Devs free all items ready | |
| CC | **C. Coley <472369052>** | 10/13/2020, 4:13 AM |
| | cool | |
| JH | **Jamie Hinz <741500969>** | 10/13/2020, 4:14 AM |
| | Tyler is working on MT PRD but we need to decide on MVB or Silvergate as our final banking integration or both | |
| CC | **C. Coley <472369052>** | 10/13/2020, 4:15 AM |
| | Both but need to see if MT is needed for MVB or not | |
| CC | **C. Coley <472369052>** | 10/13/2020, 6:42 PM |
| | Hello!! | |
| JH | **Jamie Hinz <741500969>** | 10/13/2020, 7:22 PM |
| | Hey! | |
| CC | **C. Coley <472369052>** | 10/13/2020, 7:23 PM |
| | hey im game to sync in 7min | |
| JH | **Jamie Hinz <741500969>** | 10/13/2020, 7:23 PM |
| | Cool, same | |
| JH | **Jamie Hinz <741500969>** | 10/13/2020, 10:44 PM |
| | do you have agenda items for PT call? | |
| CC | **C. Coley <472369052>** | 10/13/2020, 10:51 PM |
| | i was going to ask you the same thing! | |
| CC | **C. Coley <472369052>** | 10/13/2020, 10:51 PM |
| | I've had my eyes off PT since the transition planning started last week | |
| JH | **Jamie Hinz <741500969>** | 10/13/2020, 10:52 PM |
| | I only have 2 items so far, so if you have others lmk | |
| CC | **C. Coley <472369052>** | 10/13/2020, 10:52 PM |
| | Debit Card we have the info but dont have the timeline of when we will open up | |
| | Wire items I hope are better - might check with CS | |
| | Slack migration is possible (might not be the right time to bring it up to them yet) | |
| JH | **Jamie Hinz <741500969>** | 10/13/2020, 10:54 PM |
| | Yeah Ill add wire issues | |
| JH | **Jamie Hinz <741500969>** | 10/13/2020, 10:54 PM |
| | Forter is delay on our side, they sent us the guide | |
| CC | **C. Coley <472369052>** | 10/13/2020, 10:55 PM |
| | just did a refresh to send you agenda items - right, like how has PT been since Eliott put the fear of God in them | |

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY                                                                                                                      CC000650410

| | | |
|---|---|---|
| JH | **Jamie Hinz <741500969>** <br> my wifi is being laggy | 10/13/2020, 11:22 PM |
| CC | **C. Coley <472369052>** <br> np - aiming to make it as similar to Fidelity and Talos as possible | 10/13/2020, 11:35 PM |

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY											CC000650411