# EXHIBIT A-64

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 26 | Date Range: 11/7/2019 |

## Outline of Conversations

 **pr4723690522165994120191107** · 26 messages on 11/7/2019 · C. Coley <472369052> · Wei Zhou <216599441>

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY

CC000274048

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **pr472369052216599441201911107**

| | | |
|---|---|---|
| **CC** | **C. Coley <472369052>** | 11/7/2019, 4:37 AM |

Hey there, on bank applications... need your help as I'm confused why we go through all of these measures with separating BAM vs .com and then have a non-US resident non-employee on the bank applications.

This will be a red flag for regulators and will open .com to US scrutiny. If Heina and CZ are prepared for it, is this what is best?

| | | |
|---|---|---|
| **WZ** | **Wei Zhou <216599441>** | 4:42 AM |

what's the proposed solution

| | | |
|---|---|---|
| **WZ** | **Wei Zhou <216599441>** | 4:44 AM |

you know what HQ Finance's position is right.

| | | |
|---|---|---|
| **CC** | **C. Coley <472369052>** | 4:45 AM |

No..?

| | | |
|---|---|---|
| **CC** | **C. Coley <472369052>** | 4:45 AM |

They want to have Heina as signatory on US BAM bank accounts.

| | | |
|---|---|---|
| **CC** | **C. Coley <472369052>** | 4:46 AM |

We could form it through SLA but it is going to bring spotlight to .com

| | | |
|---|---|---|
| **WZ** | **Wei Zhou <216599441>** | 4:47 AM |

Then you and Elaine do a call with Susan and talk in real time.

| | | |
|---|---|---|
| **CC** | **C. Coley <472369052>** | 4:47 AM |

Okay

| | | |
|---|---|---|
| **WZ** | **Wei Zhou <216599441>** | 4:48 AM |

I can join. But i would prefer not to

| | | |
|---|---|---|
| **CC** | **C. Coley <472369052>** | 4:48 AM |

We really only need Elaine on client account as that's the only account regulators will be looking at.

| | | |
|---|---|---|
| **WZ** | **Wei Zhou <216599441>** | 4:49 AM |

Does SH know that?

| | | |
|---|---|---|
| **WZ** | **Wei Zhou <216599441>** | 4:49 AM |

Talk to them in real time.

| | | |
|---|---|---|
| **CC** | **C. Coley <472369052>** | 4:49 AM |

Setting it up now

| | | |
|---|---|---|
| **CC** | **C. Coley <472369052>** | 4:50 AM |

No need to join - just wanted to make sure I was not missing another agenda to not separate BAM and .com

| | | |
|---|---|---|
| **WZ** | **Wei Zhou <216599441>** | 4:53 AM |

I'll be frank here, but no need to pound the separation thing too much. I think most people understand that by now.

| | | |
|---|---|---|
| **CC** | **C. Coley <472369052>** | 4:53 AM |

Regulators haven't seen it yet

---

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY

CC000274049

| WZ | **Wei Zhou <216599441>** | 4:53 AM |
|----|--------------------------|---------|
| | By frank, i dont mean the dummy in marketing | |

| WZ | **Wei Zhou <216599441>** | 4:53 AM |
|----|--------------------------|---------|
| | i am talking about internally | |

| CC | **C. Coley <472369052>** | 4:54 AM |
|----|--------------------------|---------|
| | Oh okay will back off marketing | |

| CC | **C. Coley <472369052>** | 4:54 AM |
|----|--------------------------|---------|
| | Franks causing sleepless nights to chase what he's done without asking | |

| CC | **C. Coley <472369052>** | 4:56 AM |
|----|--------------------------|---------|
| | ^^ sorry i confused my franks again. | |

| CC | **C. Coley <472369052>** | 4:57 AM |
|----|--------------------------|---------|
| | Understood there is not that much separation internally but a signatory that is not in the org chart of US company will raise flags. | |

| WZ | **Wei Zhou <216599441>** | 4:57 AM |
|----|--------------------------|---------|
| | talk to susan. For MtL apps. We want things to be as easy and no red flags as possible | |

| WZ | **Wei Zhou <216599441>** | 4:58 AM |
|----|--------------------------|---------|
| | She will come to me to confirm and I will say yes. | |

| CC | **C. Coley <472369052>** | 4:58 AM |
|----|--------------------------|---------|
| | Same page. | |

| WZ | **Wei Zhou <216599441>** | 4:58 AM |
|----|--------------------------|---------|
| | Yup | |

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY