# EXHIBIT A-65

**BAM Trading Services Inc**
**Balance Sheet**
As of December 31, 2019

|  | Total | Authorized Signer | Contact Information |
|---|---:|---|---|
| **100000 Cash and cash equivalents** | | | |
| 102000 Signature 5315 - Operating - BAM Trading | 37,948.60 | Guangying Chen | heina@binance.com |
| 102001 Silvergate 1113 - BAM Trading Operating Account | 100.00 | Guangying Chen | heina@binance.com |
| 102002 Silvergarte 1121 - BAM Trading - MTL License | 1,000,100.00 | Guangying Chen | heina@binance.com |
| 103000 Prime Trust 2595- BAM Marketing | 142,715.00 | Guangying Chen | heina@binance.com |
| 103001 Prime Trust 0274 - BAM Trading Services | 3,011,357.72 | Guangying Chen | heina@binance.com |
| 103002 Prime Trust 7735 - BAM Instant Settlement Reserve | 1,000,000.00 | Guangying Chen | heina@binance.com |
| **Total 100000 Cash and cash equivalents** | **$ 5,192,221.32** | | |
| **101100 Restricted cash and escrow receivables** | | | |
| 101102 Signature 5323 - Exchange Account - BAM Trading | 0.00 | Guangying Chen | heina@binance.com |
| 101103 Signature 5331 - Reserve Account - BAM Trading | 0.00 | Guangying Chen | heina@binance.com |
| 101104 Signature 6907 - Collateral Account (LoC) | 238,001.40 | Guangying Chen | heina@binance.com |
| **Total 101100 Restricted cash and escrow receivables** | **$ 238,001.40** | | |
| **Total Bank Accounts** | **$ 5,430,222.72** | | |