# EXHIBIT A-66

CC000288907

## Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 52 | Date Range: 12/24/2020 |

## Outline of Conversations

 **pr598353589472369052201224** • 52 messages on 12/24/2020 • C. Coley <472369052> • Emma Shi <598353589>

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY                                        CC000289050

**Messages in chronological order** (times are shown in GMT +00:00)

**pr598353589472369052200201224**

**CC**    **C. Coley <472369052>**     12/24/2020, 5:20 AM
That's one OTC trading between market maker and Merit Peak, you guys can track the trading history in pnk.

**CC**    **C. Coley <472369052>**     12/24/2020, 5:21 AM
Is this what's happening?

**CC**    **C. Coley <472369052>**     12/24/2020, 5:21 AM
What'd you sell to get $10M

**ES**    **Emma Shi <598353589>**     12/24/2020, 5:45 AM
this is a busd/usd trade

**CC**    **C. Coley <472369052>**     12/24/2020, 5:45 AM
can you explain how these work?

**CC**    **C. Coley <472369052>**     12/24/2020, 5:45 AM
from where i sit it just looks like magical money appears.

**CC**    **C. Coley <472369052>**     12/24/2020, 5:46 AM
walk me through who is the beneficiary of the trade and who instructs it

**CC**    **C. Coley <472369052>**     12/24/2020, 5:46 AM
like why dont we redeem at paxos

**ES**    **Emma Shi <598353589>**     12/24/2020, 5:48 AM
bc merit peak has high mint redeem limits at paxos

**ES**    **Emma Shi <598353589>**     12/24/2020, 5:48 AM
than other corporate accounts

**CC**    **C. Coley <472369052>**     12/24/2020, 5:49 AM
high limits meaning you can do a $10M mint with paxos - so you buy it on binance.us?

**ES**    **Emma Shi <598353589>**     12/24/2020, 5:49 AM
so internal mm get usd from the market, when they need to top up busd they send me the usd to mint it

**CC**    **C. Coley <472369052>**     12/24/2020, 5:49 AM
and they get the USD from the other side of OCBS trades

**CC**    **C. Coley <472369052>**     12/24/2020, 5:49 AM
do we know their PNL?

**ES**    **Emma Shi <598353589>**     12/24/2020, 5:49 AM
our internal mm?

**CC**    **C. Coley <472369052>**     12/24/2020, 5:50 AM
yeah

**ES**    **Emma Shi <598353589>**     12/24/2020, 5:50 AM
Idk

| | | |
|---|---|---|
| CC | **C. Coley <472369052>**<br>what do they need BUSD for? | 12/24/2020, 5:50 AM |
| CC | **C. Coley <472369052>**<br>if OCBS is always USD buy/sell | 12/24/2020, 5:50 AM |
| ES | **Emma Shi <598353589>**<br>to keep mm on ocbs and other busd pairs? | 12/24/2020, 5:50 AM |
| CC | **C. Coley <472369052>**<br>okay like the usdc to busd convert | 12/24/2020, 5:51 AM |
| CC | **C. Coley <472369052>**<br>got it | 12/24/2020, 5:51 AM |
| CC | **C. Coley <472369052>**<br>thanks - helpful. Just had to get explanation anytime someone breaking our limits with massive withdraws I have to ask - where you get that kind of money? | 12/24/2020, 5:51 AM |
| CC | **C. Coley <472369052>**<br>and where is it going? | 12/24/2020, 5:51 AM |
| ES | **Emma Shi <598353589>**<br>im going to withdraw the rest 10mm out today | 12/24/2020, 6:05 AM |
| ES | **Emma Shi <598353589>**<br>is it ok? | 12/24/2020, 6:05 AM |
| CC | **C. Coley <472369052>**<br>okay so we should see $10M BUSD injection as well today? | 12/24/2020, 6:05 AM |
| CC | **C. Coley <472369052>**<br>i've upped the SEN limits to $20M now | 12/24/2020, 6:06 AM |
| CC | **C. Coley <472369052>**<br>but i dont know what Merit Peak's personal withdrawal limits are | 12/24/2020, 6:06 AM |
| CC | **C. Coley <472369052>**<br>$7.5M i thought was the highest we have for corps | 12/24/2020, 6:06 AM |
| ES | **Emma Shi <598353589>**<br>i need to split it up | 12/24/2020, 6:07 AM |
| CC | **C. Coley <472369052>**<br>Okay but you'll not hit SEN limits only our withdrawal limits - is that right that the BUSD will come back to Binance.US? | 12/24/2020, 6:08 AM |
| ES | **Emma Shi <598353589>**<br>i send busd directly to treasury's wallet, that's upon them | 12/24/2020, 6:08 AM |
| CC | **C. Coley <472369052>**<br>BAM treasury? | 12/24/2020, 6:08 AM |
| CC | **C. Coley <472369052>**<br>or .com | 12/24/2020, 6:08 AM |
| ES | **Emma Shi <598353589>**<br>BAM treasury | 12/24/2020, 6:08 AM |

CONFIDENTIAL TREATMENT REQUESTED BY CATHERINE COLEY                    CC000289052

| | | | |
|---|---|---|---|
| CC | **C. Coley <472369052>** <br> thanks! | | 12/24/2020, 6:08 AM |
| CC | **C. Coley <472369052>** <br> Johnny and I were like whoa a lot of money movement and we both had calls with you and Susan yesterday and no one mentioned a thing | | 12/24/2020, 6:09 AM |
| ES | **Emma Shi <598353589>** <br> Susan knows | | 12/24/2020, 6:09 AM |
| ES | **Emma Shi <598353589>** <br> and I think it's better to ask her directly, since they controls the whole loop | | 12/24/2020, 6:09 AM |
| ES | **Emma Shi <598353589>** <br> merit peak is just part of the trade execution | | 12/24/2020, 6:10 AM |
| CC | **C. Coley <472369052>** <br> we are not system expert,   please ask the Tech and product team directly | | 12/24/2020, 6:10 AM |
| CC | **C. Coley <472369052>** <br> haha im on a wild goose chase to make sure we have knowledge of where $17M is moving around | | 12/24/2020, 6:11 AM |
| ES | **Emma Shi <598353589>** <br> heheh | | 12/24/2020, 6:11 AM |
| ES | **Emma Shi <598353589>** <br> I was kinda confused when you asked me how's the money moving around | | 12/24/2020, 6:11 AM |
| ES | **Emma Shi <598353589>** <br> bc to me it's literally money in money out | | 12/24/2020, 6:12 AM |
| CC | **C. Coley <472369052>** <br> but like why? | | 12/24/2020, 6:12 AM |
| ES | **Emma Shi <598353589>** <br> and i make sure i dont lose a penny | | 12/24/2020, 6:12 AM |
| CC | **C. Coley <472369052>** <br> you dont charge us 5bps - thank you! | | 12/24/2020, 6:12 AM |
| ES | **Emma Shi <598353589>** <br> my average charge is 3bps lol | | 12/24/2020, 6:12 AM |
| CC | **C. Coley <472369052>** <br> im just trying to get to the bottom of why USD needs to be BUSD vs. just keeping as BUSD and converting to USD. since all our bills are in USD | | 12/24/2020, 6:12 AM |
| ES | **Emma Shi <598353589>** <br> yea understand now | | 12/24/2020, 6:14 AM |