# EXHIBIT A-71

DocuSign Envelope ID: 03621A06-0632-4D99-9478-04887E7EAD7A

**BINANCE.US**

March 9, 2020

Wei Zhou
Binance Holdings Ltd.
wei@binance.com

Susan Li
Binance Holdings Ltd.
susan.li@binance.com

Dear Wei and Susan,

In connection with the audit of the financial statements of **BAM Trading Service, Inc. as of December 31, 2019 and for the year ended December 31, 2019**, we ask that you confirm the information attached in Appendix A and send directly to our auditors, Armanino LLP. The Crypto Asset listing below, under exhibit A, includes all assets held in wallets held by the Custodian (Binance Holdings Limited) on behalf of Binance.US as of December 31, 2019. Please provide an explanation in the space provided for any differences.

Additionally, in connection with the agreements noted below, we ask that you confirm that there was a **verbal understanding** that the terms and conditions included in the below agreements were in effect for the financial **year ended December 31, 2019** and send directly to our auditors, Armanino LLP. Please provide an explanation in the space provided for any differences.

**Master Service Agreement** – Dated: January 7, 2020 between BAM Trading Services Inc. and Binance Holding Limited
**Software License Agreement** – Dated: January 7, 2020 between BAM Technology Services Inc, on behalf of BAM Trading Services, Inc. and Binance Holdings Limited
**Trademark License Agreement** – Dated January 7, 2020 between BAM Trading Services Inc. and Binance Holding Limited
**Wallet Custody Agreement** – Dated January 7, 2020 between BAM Trading Services Inc. and Binance Holdings Limited

Please scan and e-mail your response to Tony.Li@armaninollp.com.

PLEASE DO NOT SEND PAYMENTS FOR THESE ITEMS TO OUR AUDITORS.

Your prompt response to this request will be appreciated.

Sincerely,

*Christopher Robins*

Christopher Robins,
BAM Trading Services, Inc

To: Armanino LLP
The information above as of and for the year ended **December 31, 2019** is correct with the following exceptions (if any):
_____
_____

Signature: *Susan Li*
Title: Finance VP
Date: 3/21/2020

DocuSign Envelope ID: 03621A06-0632-4D99-9478-04887E7EAD7A



## APPENDIX A

| Tokens held by Binance Holdings Limited as of December 31, 2019: ||
|---|---|
| **Crypto asset Identifier** | **Total Units of Crypto asset Held** |
| ADA | 41,876,383 |
| ALGO | 1,280,764 |
| ATOM | 136,883 |
| BAT | 3,034,078 |
| BCH | 4,552 |
| BNB | 289,622 |
| BTC | 2,274 |
| BUSD | 1,515,164 |
| DASH | 2,121 |
| DOGE | 62,709,122 |
| ENJ | 2,618,710 |
| EOS | 2 |
| ETC | 65,580 |
| ETH | 17,276 |
| ICX | 758,656 |
| IOTA | 4,588,125 |
| LINK | 992,618 |
| LTC | 27,665 |
| NANO | 415,084 |
| NEO | 75,112 |
| QTUM | 91,980 |
| REP | 2 |
| RVN | 13,552,897 |
| USD | 14,875,683 |
| USDT | 6,447,120 |
| VET | 343,841,655 |
| WAVES | 206,266 |
| XLM | 9,240,818 |
| XRP | 17,378,755 |
| ZEC | 7,555 |
| ZRX | 1,762,072 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BAM

BTS00530990