# EXHIBIT A-82

## Key Shard Voting Record - May 2023 to June 2, 2023

| | | |
|---|---:|---:|
| BAM 2 | 404 | 100% |
| BAM 1 | 354 | 88% |
| BHL 2 | 182 | 45% |
| BAM 4 | 165 | 41% |
| BAM 3 | 105 | 26% |
| BHL 1 | 78 | 19% |
| BHL 3 | 0 | 0% |
| | | |
| Total Requests | 404 | |

Confidential Treatment Requested by BAM Trading Services Inc.	BTS00833858