# EXHIBIT A-89

**BAM Management US Holdings Inc.**

Communication of Significant
Deficiencies and Material Weaknesses
In Internal Control and Other Matters

December 31, 2021



Armanino LLP
50 West San Fernando Street
Suite 500
San Jose, CA 95113-2438
408 200 6400     main
408 200 6401     fax
armaninoLLP.com



May 20, 2022

To the Board of Directors and Management of
BAM Management US Holdings Inc.
San Francisco, California

In planning and performing our audit of the consolidated financial statements of BAM Management US Holdings Inc. (the "Company") as of and for the year ended December 31, 2021, in accordance with auditing standards generally accepted in the United States of America, we considered the Company's internal control over financial reporting (internal control) as a basis for designing our auditing procedures for the purpose of expressing our opinion on the consolidated financial statements, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control. Accordingly, we do not express an opinion on the effectiveness of the Company's internal control.

Our consideration of internal control was for the limited purpose described in the preceding paragraph and would not necessarily identify all deficiencies in internal control that might be significant deficiencies or material weaknesses. In addition, because of inherent limitations in internal control, including the possibility of management override of controls, misstatements due to error or fraud may occur and not be detected by such controls. However, during the course of our financial statement audit we may become aware of certain deficiencies in internal control. To the extent that such deficiencies rise to the level of a significant deficiency or material weakness, we are required to bring them to the attention of those charged with governance.

*Material Weaknesses*

A material weakness is a deficiency, or combination of deficiencies, in internal control, such that there is a reasonable possibility that a material misstatement of the entity's financial statements will not be prevented, or detected and corrected on a timely basis.

We identified certain deficiencies in internal controls that we believe constitute material weaknesses. See details in the attached **Appendix I**.

*Significant Deficiencies*

A control deficiency exists when the design or operation of a control does not allow management or employees, in the normal course of performing their assigned functions, to prevent or detect misstatements on a timely basis. A significant deficiency is a deficiency, or a combination of deficiencies, in internal control that is less severe than a material weakness, yet important enough to merit attention by those charged with governance.

*Other Matters*

In addition, we noted certain matters involving the internal control and other operational matters that are presented for your consideration. This letter does not affect our report dated May 6, 2022 on the consolidated financial statements Management US Holdings Inc. We will review the status of these comments during our next audit engagement. Our comments and recommendations, all of which have been discussed with appropriate members of management, are intended to improve the internal control or result in other operating efficiencies. We will be pleased to discuss these comments in further detail at your convenience, perform any additional study of these matters, or assist you in implementing the recommendations.



An independent firm
associated with Moore
Global Network Limited

Armanino-BAM-000131

Our comments are summarized in the attached **Appendix I.**

This report is intended solely for the information and use of the Board of Directors, management and others within the organization, and is not intended to be and should not be used by anyone other than these specified parties.

*Armanino*
Armanino<sup>LLP</sup>

2

| | Area | Summary | Finding | Type | Level | Recommendation |
|---|---|---|---|---|---|---|
| | | | **Appendix 1** | | | |
| 1 | Digital Assets | Segregation of Funds | The Company currently holds Company and Customer assets in the same wallets/addresses/environment. | Recommendation | Recommendation | While we understand the Company has begun to sweep crypto earned to a separate revenue wallet, we still encourage management to fully segregate all customer assets from corporate assets as a best practice as we expect future potential regulatory requirements in this area. |
| 2 | Digital Assets | Pricing Check | The Company currently relies on the pricing provided by it's own internal system for financial reporting purposes. This can lead to a "conflict" of interest that manifests as inflated YE or trading prices. The Company also has concentration risk by relying on a single pricing source. | Control Design Gap | Other Matter | Armanino recommends instituting a control to validate prices applied to digital assets at period end (perhaps on a quarterly basis) and for a revenue transactions by reconciling to a pricing aggregator (Ex. Exchange rates) or multiple 3rd parties. |
| 3 | Digital Assets | Custodian Contract Compliance / Reporting | The Binance.US team does not have much visibility into on-chain activity related to it's exchange. The Company is dependent on the .COM custodian to tell them the addresses holding the assets, or other relevant metrics like withdrawals, miner fees, etc., with limited visibility into the process for pulling that data. In addition, Armanino noted that for one coin, Iota, multiple node sync failures existed throughout FY21. This prevented the direct observation of the YE balance - leading to the Company having to infer the YE total.<br><br>This indicates that the Custody agreement is not being followed from a reporting/data availability perspective. Further, this lack of visibility resulted in erroneous YE entry which double counted miner/network fees. | Deficiency | Aggregates to Material Weakness | Armanino recommends that the Binance.US team request analytical details from the .COM custodian, such as on-chain miner fees reports, withdrawal figures, etc. These reports should be reconcilable to the blockchain to reduce reliance on .COM custodian's reporting. |
| 4 | Digital Assets | Historical Balances | It was difficult and sometimes not possible to pull wallet balances en masse as of a historical point in time. This makes it very difficult to ensure the Company is fully collateralized at specific points in time. Additionally, this should be provided by the custodian as part of the custodial agreement. | IT Systems Gap | Aggregates to Material Weakness | Armanino recommends working with the custodian to provide the daily reconciliation and historical reporting functionality necessary for audit and operational purposes (as noted in the Wallet Custody Agreement). |
| 5 | Internal Control | Cash Reconciliations | Armanino noted the lack of formal reconciliation and review process to reconcile cash in banks (and what's allocated to customers and Company), charge backs, customer funds payable, and customer funds receivable. In addition, we noted inconsistent timing/cut-off for balances that should be tracked in UTC consistent with revenue recognition. We noted multiple post-close and audit adjustments to these accounts. | Control Design Gap | Material Weakness | Armanino recommends formalizing the reconciliation process for these 2 areas, utilizing templates (#1) and other feedback (#2, #3) that are generally applicable to all recons to be performed monthly. |
| 6 | Internal Control | Payroll | Armanino noted that there was no formal role requisition function in place. Additionally, approval of hires is provided in different communication chains (individual Slack conversations, channel Slack conversations, emails) and the high turnover in FY21 meant it was difficult to obtain documentation prior to the current employee's onboarding. | Deficiency | Other Matter | Armanino recommends Management to keep formal internal documentation of requisition requests and approvals of new hire and hire details. |

| | Area | Summary | Finding | Type | Level | Recommendation |
|---|---|---|---|---|---|---|
| | | | **Appendix 1** | | | |
| 7 | Internal Control | FS Review | Armanino noted there is formal response for approving new GL account creations. The Corporate Controller is only copied on the emails and assumed to have read the new account requests. | Deficiency | Other Matter | Armanino recommends CFO to provide formal approval of GL account creation and acknowledgement of having received and read requests for new accounts. |
| 8 | Internal Control | Entity Level Control | Armanino noted that the risk assessment was performed using data from 12/31/20 and 6/30/21 and annualized P&L and that there was no formal process of review documented.  In addition, Armanino noted that the control ("Annually Internal Audit prepares a fraud risk assessment. The results are reviewed with the CFO and CEO.) was not performed in FY21. The fraud risk assessment was prepared but not reviewed. | Recommendation | Recommendation | Armanino recommends Internal Audit to keep documentation of a formal process of review of the financial statement risk assessment. |
| 9 | Internal Control | Entity Level Control | Armanino noted that performance reviews occur but are not documented. | Deficiency | Other Matter | Armanino recommends Internal Audit to implement a system of documenting performance reviews. |
| 10 | Internal Control | Entity Level Control | Armanino noted that no review protocol exists for all wallet listings in FY21. | Deficiency | Other Matter | Armanino recommends a quarterly review of all wallet listings to be implemented. |
| 11 | Entity Level Controls | General | Armanino noted the absence of an anonymous hotline for employees offered in FY21. | Recommendation | Recommendation | Armanino recommends the implementation of an anonymous hot-line or online form/submission protocol. |
| 12 | Entity Level Controls | Equity | Noted equity transactions were not being tracked for proper recording during the year, such as stock-based compensation.  This was noted to be the result of insufficient communication between the Board/exectives and the finance/accounting team. | Control Design Gap | Material Weakness | Armanino recommends formalizing a process to ensure the finance team obtains all authorized equity transactions to ensure timely accounting/recording. |

**Confidential Treatment Requested by Armanino LLP**