**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. _____ |
| BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO, ) ) ) ) ) | |
| Defendants. ) ) | |

---

## DECLARATION OF SACHIN VERMA

I, Sachin Verma, declare the following pursuant to Title 28, United States Code, Section 1746:

1.      I am an active Certified Public Accountant with over 20 years of experience.  I am currently employed by the United States Securities and Exchange Commission ("SEC") in Washington, DC, as an Assistant Chief Accountant in the Division of Enforcement.  As part of my daily activities, I have performed numerous reviews of financial records in connection with SEC investigations.

2.      I submit this declaration in support of the SEC's Motion for a Temporary Restraining Order and Preliminary Injunctions.  The information set forth herein is based upon my personal review of financial records such as bank statements, deposits, cancelled checks, wire transfers, signature cards, and other account documents produced to the SEC by the defendants, Silvergate Bank,

1

Signature Bank, FedWire and other parties pursuant to subpoenas and document requests ("financial records") as of this date.  My classification and summarization of financial records in this Declaration may change based on additional information that may be produced at a later date.[1]  I have cited to bates stamped document where applicable ("record documents").

3.      During the period from April 18, 2019 to April 5, 2023 (the "Relevant Period"), the corporate Defendants and many other corporate entities owned by Defendant Zhao held numerous accounts with two banks in the United States-- Silvergate Bank and Signature Bank.

4.      According to their websites, both banks had proprietary networks designed to enable their digital currency and institutional investor customers to send U.S. dollars and euros 24 hours a day between their accounts and the accounts of other bank customers.  Silvergate promoted its SEN network as "Real-time USD and EUR settlement between counterparties, used by some of the largest exchanges in the world," and "enabling near real-time transfers and immediate availability of funds." Signature promoted its Signet Platform as leveraging blockchain technology to allow its commercial clients to make payments in U.S. dollars 24 hours a day, and "transactions made on the Signet Platform settle in real time, are safe and secure and incur no transaction fees."[2]

2

[1] Given the volume of the documents, they are not being attached, but can made available upon the Court's request to the SEC's counsel of record.
[2] Wayback Machine for January 2023:  Signet | Signature Bank (archive.org); Wayback Machine December 2022:  Silvergate Exchange Network Solutions | Silvergate Bank | San Diego (archive.org).

5.      I have reviewed account statements produced by Silvergate Bank for the following company accounts: Binance Holdings Limited, Binance Capital Management Co Ltd., BAM Management US Holdings Inc., BAM Trading Services Inc., Binance (Switzerland) AG, Sigma Chain AG, Merit Peak Limited, and Key Vision Development Limited.  Many of those accounts participated in the SEN network.

6.      I have reviewed account statements produced by Signature Bank for the following company accounts: Binance Holdings Limited, Binance Capital Management Inc., BAM Management US Holdings Inc., BAM Trading Services Inc., and Merit Peak Limited.  Dozens of other Binance and non-Binance entities, all beneficially owned by Zhao, also held accounts at Signature Bank.  Many of these bank accounts participated in the Signet network.

7.      Attachment 1 summarizes the monthly activity in the Silvergate and Signature bank accounts of the above-mentioned companies and provides an overview of significant amounts of money moving through these accounts during 2019-2023, including through SEN and Signet accounts described above.  Attachments 2 and 3 summarize the corporate domicile, the beneficial owner, officers and signatories during the relevant period.

**SILVERGATE ACCOUNTS**

8.      The following is a summary of account activity in the above-mentioned accounts at Silvergate Bank during the relevant period:

KEY VISION DEVELOPMENT LIMITED

a.      Key Vision Development Limited is a Seychelles company beneficially owned by Zhao.  The website address was identified as "Binance.com," the email address was identified as fiat.finance@binance.com, and the number of employees was disclosed as "1000 (Binance)."  The nature of its business was described as a cryptocurrency exchange to allow users to exchange digital assets.  The expected funds flow activity was described as "Deposits:  Fiat is wired to bank account, transfer fee paid at this point, Fiat will automatically convert to stablecoin (BUSD) when deposited.  Withdrawals: BUSD converted to USD and withdrawn to client's account."

b.      In 2020 and 2021, Key Vision deposits and withdrawals both exceeded $13 billion (or $11 billion if internal transfers between Key Vision accounts at Silvergate Bank are excluded).  Nearly all of the funds deposited into Key Vision accounts were transferred to an account in the name of Merit Peak Limited.  Silvergate closed Key Vision's accounts in mid-2021.

MERIT PEAK LIMITED

c.      Relevant Merit Peak Limited financial records show that Merit Peak Limited is a British Virgin Islands company beneficially owned by Zhao.[3] Its email address was identified as Solutions@Binance.com, and the nature of its business was described as OTC desk and proprietary trading of digital assets.  Silvergate closed Merit Peak's accounts in mid-2022.

---

[3] BHL-SEC-BUSD-0021710.

d.     Between 2019 and 2021, Merit Peak accounts received $22 billion, including approximately $11 billion from Key Vision, $7.2 billion from other Binance entities, and $1.2 billion from BAM Trading.  Merit Peak paid most of that money - $21.6 billion - to a foreign affiliate of Paxos TrustCompany, LLC ("Paxos") the issuer of BUSD, a so-called stablecoin.  This is summarized here:

| Merit Peak Limited | 2019-2021 Deposits | 2019-2021 Withdrawals |
|---|---|---|
| **Silvergate Bank Account** | | |
| Key Vision Development Limited | $11,076,701,000 | |
| Binance Entities | $7,187,710,000 | |
| BAM Trading Services Inc. | $1,207,794,133 | |
| Paxos Global PTE LTD | | $21,557,032,027 |
| Other | $2,475,399,939 | $390,573,045 |
| Total | $ 21,947,605,072 | $21,947,605,072 |
| | | |
| **Silvergate Bank Account** | $287,729,139 | $287,729,139 |
| | | |
| Total | $22,235,334,211 | $22,235,334,211 |

SIGMA CHAIN

e.     Sigma Chain AG is a Swiss company beneficially owned by Zhao.[4] Sigma Chain's described business was as a market maker providing liquidity to fiat exchanges.  Sigma Chain's account was closed in February 2023.

f.     Between 2019 and 2023, Sigma Chain's account received $494 million, including $184 million from Binance Holdings Limited, $145 million

---

[4] SEC-SGB-E-0022457.

from BAM Trading, $36 million from Binance Capital Management, and $15 million from Key Vision.  During that period, Sigma Chain paid $494 million, including $160 million to BAM Trading Services, $131 million to Binance Holdings Limited, $21 million to Merit Peak , $2 million to Binance (Switzerland) AG, $32 million to Guangying Chen, and $10 million to Simpson Marine.   This is summarized here:

| Sigma Chain Limited | 2019-2023 Select Deposits | 2019-2023 Select Withdrawals |
|---|---|---|
| **Silvergate Bank Account** | | |
| Binance Holdings Limited | $184,250,000 | $131,188,691 |
| BAM Trading Services Inc. | $145,000,100 | $160,000,600 |
| Binance Capital Management Co Ltd | $36,000,000 | |
| Key Vision Development Limited | $15,000,000 | |
| Merit Peak | | $21,000,100 |
| Guangying Chen | | $32,430,435 |
| Simpson Marine (S.E.A.) Pte Ltd | | $10,973,407 |
| Binance (Switzerland) AG | | $2,253,649 |
| Binance Capital Management Co Ltd | | $1,000,000 |
| Other | $113,382,576 | $134,780,183 |
| Total | $493,632,676 | $493,627,065 |

BAM MANAGEMENT US HOLDINGS INC.

g.     BAM Management US Holdings Inc., is a Delaware Company owned by BAM Management Company Limited, all of which is beneficially

owned by Zhao.[5]  The last transaction date is February 22, 2023.  Between 2019 and 2023 deposits and withdrawals exceeded $500 million.

BAM TRADING SERVICES, INC.

  h. BAM Trading Services Inc., is a Delaware company owned by BAM Management US Holdings, Inc.[6]  Between 2019 and 2023, deposits and withdrawals for these accounts exceeded $11 billion.  It received $4 billion from Prime Trust, $2.4 billion from Wintermute, $760 million from Subspace Capital LLC, $424 million from Coinbase, $380 million from KBIT Global, $349 million from Auros Tech Limited, $326 million from Tagomi Trading LLC, $318 million from Alameda Research Ltd Debtor in Possession, $160 million from Sigma Chain, $27 million from BAM Management Holdings, and $5 million from Merit Peak Limited. It sent $3.3 billion to Wintermute Trading, Limited, $1.5 billion to Alameda Research Ltd Debtor in Possession, $1.2 billion to Merit Peak Limited, $924 million to Auros Tech Limited, $683 million to Subspace Capital LLC, $665 million to KBIT Global Limited, $145 million to Sigma Chain.

BINANCE (SWITZERLAND) AG

  i. Binance (Switzerland) AG is a Swiss company beneficially owned by Zhao.[7]  This account was closed in February 2023.  Between 2019 and 2023, deposits and withdrawals for this account exceeded $300 million, most of which was received from Binance Holdings Limited, and paid out to a variety of

7

[5] BHL-SEC-BUSD-0220886.
[6] BTS00462320.
[7] SEC-SGB-E-0022453.

companies, including other Binance entities, and $20.6 million in 2022 to a company beneficially owned by Guangying Chen, and $27.8 million to a company beneficially owned by Zhao.  This is summarized here:

| Binance Switzerland AG | 2019-2023 Select Deposits | 2019-2023 Select Withdrawals |
|---|---|---|
| **Silvergate Bank Account** | | |
| Binance Holdings Limited | $290,950,000 | |
| Chaintecs Consulting Singapore Pte. | | $27,761,443 |
| Binance Europe Ltd. | | $23,781,131 |
| Binary Technology Development Pte. | | $20,612,531 |

BINANCE HOLDINGS LIMITED

      j.      Binance Holdings Limited is a Cayman Islands company beneficially owned by Zhao.[8]  Between 2019 and 2023, deposits and withdrawals for these accounts exceeded $6 billion.  These accounts received approximately $5.6 billion from Binance Holdings Limited Signature Bank account, $131 million from Sigma Chain, $95 million from Merit Peak Limited, $5 million from Key Vision, and $17 million from Binance Capital Management Co. Limited, and paid approximately $4.2 billion to Merit Peak, $442 million to Binance Capital Management Company Limited, $270 million to Binance (Switzerland) AG, $184 million to Sigma Chain, and $29 million to Key Vision.  This is summarized here:

---

[8] SEC-SGB-E-0022398.

| Binance Holdings Limited | 2019-2023 Select Deposits | 2019-2023 Select Withdrawals |
|---|---:|---:|
| **Silvergate Bank Accounts** | | |
| Binance Holdings Limited – Signature Bank | $5,672,812,271 | |
| Sigma Chain | $131,188,691 | $184,250,000 |
| Merit Peak | $95,063,978 | $4,205,230,000 |
| Binance Capital Management Co Ltd | $17,000,500 | $441,811,220 |
| Binance (Switzerland) AG | | $270,000,000 |
| Key Vision | $5,000,000 | $29,040,486 |

BINANCE CAPITAL MANAGEMENT COMPANY LIMITED

k.      Binance Capital Management Company Limited is a British Virgin Islands company beneficially owned by Zhao.[9]   Between 2020 and 2023, deposits and withdrawals for these accounts exceeded $480 million, primarily through deposits from Binance Holdings Limited, and it paid approximately $36 million to Sigma Chain, and $17 million to Binance Holdings.

SILVERGATE ACCOUNT CLOSURES

l.      On December 23, 2022, Silvergate informed Binance that it would be closing accounts for Binance (Switzerland) AG, Sigma Chain, Binance Capital Management Company, and Binance Holdings Limited, and directed the transfer of funds to be completed by February 22, 2023, at which point the

[9] SEC-SGB-E-0022071.

accounts would be closed.  As of March 31, 2023, all of the accounts had zero balances.

**SIGNATURE ACCOUNTS**

10.     Many of the foregoing companies also held accounts at Signature Bank. Account information from Signature Bank includes the following:

BAM MANAGEMENT US HOLDINGS INC.

a.     BAM Management US Holdings Inc., is a Delaware Company beneficially owned by Zhao.  Between 2022 and 2023, deposits and withdrawals exceeded $350 million.

BAM TRADING SERVICES

b.     BAM Trading Services is a Delaware Company beneficially owned by Zhao.  Between 2019 and 2023, deposits and withdrawals exceeded $500 million.

MERIT PEAK LIMITED

c.     Merit Peak bank accounts show no activity during the relevant period.

KEY VISION DEVELOPMENT LIMITED[i]

d.     Key Vision is a Seychelles company beneficially owned by Zhao. Between 2020 and 2023, deposits and withdrawals exceeded $5.6 billion.

BINANCE CAPITAL MANAGEMENT COMPANY LIMITED

e.     Binance Capital Management is a British Virgin Islands company beneficially owned by Zhao.  Between 2021 and 2023, deposits and withdrawals exceed $900 million.  Further information is summarized as follows:

| Binance Capital Management Company Limited | 2021-2023 Select Deposits | 2021-2023 Select Withdrawals |
|---|---|---|
| **Signature Bank Accounts** | | |
| Binance Holdings Limited | $783,000,000 | $50,069,978 |
| Swipewallet EU OU | $45,564,454 | $9,000,000 |
| Cyber Shaft Enterprises Limited | $4,695,079 | |
| Zhao Changpeng | | $62,500,000 |
| INSURED AIRCRAFT TITLE SERVICE, LLC | | $54,705,000 |
| Flowbank SA FFC Binary Technology Development PTE Ltd | | $46,975,166 |

BINANCE HOLDINGS LIMITED

f.      Binance Holdings Limited is a Cayman company beneficially

owned by Zhao.  Between 2020 and 2022, deposits and withdrawals were

approximately $12 billion.  Further information is summarized as follows:

| Binance Holdings Limited | 2020-2022 Select Deposits | 2020-2022 Select Withdrawals |
|---|---|---|
| **Signature Bank Accounts** | | |
| Bifinity UAB | $6,546,897,038 | |
| Worldpay B.V. | $1,859,393,758 | |
| Wallet ID: xxxx | $2,807,113,068 | |
| Binance Holdings Limited | | $5,557,501,000 |
| Merit Peak | | $2,586,980,000 |
| SWIPEWALLET EU OU | | $1,237,000,000 |

| | | |
|---|---|---|
| Binance Capital Management Co. Ltd. | | $714,000,000 |
| Binance Investments Company Limited | | $199,000,000 |
| Prime Link Management Limited | | $105,000,000 |
| Binance Holdings (IE) Limited | | $57,000,000 |
| Binance Technologies Limited | | $27,000,000 |
| Binance (Services) Holdings Limited | | $27,000,000 |
| Binance Technologies Limited | | $20,000,000 |

OTHER SIGNATURE BANK ACCOUNTS HELD BY ZHAO-OWNED ENTITIES

g.      Zhao was also the beneficial owner of numerous other foreign companies with accounts at Signature Bank.  These companies are foreign domiciled, including in Canada, UAE, Seychelles, Singapore, Lithuania, Kazakhstan, among others.  These accounts were opened by a Binance.com employee, with Zhao as the listed beneficial owner, and Guangying Chen as the listed signatory.  Some of these companies have "Binance" in their company name.  Other companies do not bear the Binance name, but accounts were opened in the same fashion, listing Zhao as the beneficial owner and Guangying Chen as the signatory.  Their links to Binance are consistent with a Binance organization chart[10].

---

[10] BHL-SEC-BUSD-0289617.

**SIGNIFICANT TRANSFERS**

11.     Binance Holdings Limited and Binance Capital Management show large deposits and withdrawals from and to Signature accounts for some Zhao-owned companies, and hundreds of millions of dollars have been transferred.

BIFINITY UAB TRANSFERS BILLIONS OF DOLLARS TO BINANCE COMPANIES

a.     Bifinity UAB (fka Binance UAB) is a company located in Lithuania and beneficially owned by Zhao.  The account opening documents state that Bifinity UAB is in the business of "provid[ing] revenue collection for Binance operators" conducting business in "Germany, UK, Netherlands and Switzerland."  The listed signatories on Bifinity accounts include Guangying Chen, and the account was opened by someone from Binance.com.[11]

b.     Between 2020 and 2022, Bifinity UAB paid $6.5 billion to a Binance Holdings Limited account.  In 2021, that Binance Holdings Limited account received $3 billion from Bifinity and $1.8 billion from WorldPay,[12] making up the majority of deposits for the year.  That money was transferred in 2021 out of Binance Holdings Limited to Merit Peak in direct wires for $2.5 billion and transferred $4.8 billion to another Binance Holdings account at Silvergate, which paid Merit Peak another $3.7 billion.

---

[11] SIGB-H-0001-00000063.

[12] WorldPay is a payments processing company that purports to provide Crypto trading platforms with the ability to move fiat money in and out of cryptocurrency. [https://www.protocol.com/fintech/worldpay-crypto-payments].  WorldPay paid Binance Holdings Limited $1.76 billion in 2021.

| 2021 Significant movements of money between Zhao-owned entities | Select Deposits | Select Withdrawals |
|---|---|---|
| **Binance Holdings Limited Signature Bank Account** | | |
| From Bifinity UAB Signature Bank Account | $3,012,000,000 | |
| From Worldpay B.V. | $1,859,393,757 | |
| To Binance Holdings Limited Silvergate Bank Account | | $4,879,000,000 |
| To Merit Peak Silvergate Account | | $2,586,980,000 |
| | | |
| **Binance Holdings Limited Silvergate Bank** | | |
| From Binance Holdings Limited Signature Bank | $4,880,495,434 | |
| To Merit Peak Silvergate Bank Account | | $3,735,000,000 |

c.      In 2022, Bifinity transferred another $3.5 billion to the same Binance Holdings Limited account.  $1.2 billion was transferred to an account held by Swipewallet EU OU, another Zhao-owned company.  Bifinity sent another $304 million directly to Swipewallet.  Swipewallet thereafter sent $1.5 billion in outgoing FX wires, in which USD is converted into a foreign currency before transmitting to the beneficiary.

d.      As for the rest of the money transferred by Bifinity, Binance Holdings Limited distributed approximately $911 million to other Binance Holdings accounts, $697 million to Binance Capital Management, and more than $415 million to other Zhao-owned companies.  One of those Zhou-owned entities thereafter paid $62.5 million to a personal account held by Zhao, and

14

in mid-March 2023 paid almost $47 million to a company beneficially owned by Guangying Chen.  On March 14, 2023, that account wired $29,613,891.93 to an account held by Binance AP Holdings which was then wired out to the company owned by Guangying Chen that same day, transfers that are summarized here:

| 2022 Significant movements of money between Zhao-owned entities | Select Deposits | Select Withdrawals |
|---|---|---|
| **Binance Holdings Limited Signature Bank Account** | | |
| From Bifinity UAB Signature Bank Account | $3,534,897,037 | |
| | | |
| To Swipewallet Eu Ou Signature Bank Account | | $1,237,000,000 |
| To Binance Holdings Limited Accounts | | |
| - Binance Holdings Limited Silvergate Bank Account | | $463,000,000 |
| - Binance Holdings Limited Signature Bank Account | | 448,000,000 |
| - Sub-total | | $911,000,000 |
| To Binance Capital Management Co. Ltd. Signature Bank Account | | 697,000,000 |
| To Zhao-owned companies | | |
| - Binance Investments Co. Ltd. Signature Bank Account | | 162,000,000 |
| - Prime Link Management Limited Signature Bank Account | | $85,000,000 |
| - Binance Holdings (IE) Limited Signature Bank Account | | $57,000,000 |

| 2022 Significant movements of money between Zhao-owned entities | Select Deposits | Select Withdrawals |
|---|---|---|
| - Binance Technologies Limited Signature Bank Account | | $27,000,000 |
| - Binance (Services) Holdings Limited Signature Bank Account | | $27,000,000 |
| - Swipewallet EU OU Signature Bank Account | | $23,400,000 |
| - Binance Technologies Limited Signature Bank Account | | $20,000,000 |
| - Other | | $13,695,750 |
| - Sub-total | | $415,095,750 |
| | | |
| **Swipewallet EU OU Signature Bank Account** | | |
| From Binance Holdings Limited Signature Bank | $1,273,000,000 | |
| From Bifinity UAB Silvergate Bank Account | $304,000,000 | |
| To Outgoing FX Wire | | $1,575,816,134 |
| | | |
| **Binance Capital Management Co. Ltd. Signature Bank Account (includes select 2023 withdrawals totaling $79,089,058\*)** | | |
| From Binance Holdings Limited Signature Bank Account | $697,000,000 | |
| To Zhao Changpeng Signature Bank Account ($60m in 2022 and $2.5m in 2023) | | $62,500,000* |
| To Flowbank SA FFC Binary Technology Development PTE Ltd (a company beneficially owned by Guangying Chen) | | $46,975,166* |

| 2022 Significant movements of money between Zhao-owned entities | Select Deposits | Select Withdrawals |
|---|---|---|
| To Binance (AP) Holding Limited Signature Bank Account; further transferred from Binance (AP) Holdings Limited on March 14, 2023 to Flowbank SA FFC FFC Binary Technology Development PTE Ltd (a company beneficially owned by Guangying Chen) | | $29,613,892* |

BINANCE COMMINGLED FUNDS AT MERIT PEAK FOR FURTHER TRANSFER TO PAXOS

12.    Millions of dollars from Binance related accounts were commingled in Merit Peak's accounts.  For example, in 2021, funds from Key Vision ($11.05 billion), Prime Trust ($1.1 billion) (through BAM Trading) and Bifinity UAB ($6.3 billion) (through Binance Holdings Limited) were transferred to Merit Peak and Merit Peak transferred all of that money as part of its transfers of almost $20 billion to a foreign affiliate of Paxos in 2021, summarized as follows:

| 2021 Merit Peak Select Account Activity | Select Deposits | Select Withdrawals |
|---|---|---|
| **Merit Peak Silvergate Bank Account** | | |
| From Key Vision Development Limited | $ 11,054,700,000 | |
| From Binance Holdings Limited | $ 6,321,980,000 | |
| From BAM Trading Services Inc. | $1,154,753,502 | |
| To Paxos Global PTE Ltd | | $19,975,961,032 |

LARGE AMOUNTS OF MONEY MOVE ACROSS BINANCE AND ZHAO-OWNED BANK ACCOUNTS

13.    The transactions in many of the Binance or Zhao-owned company accounts held at Silvergate Bank and Signature Bank show large amounts of money

flowing in and out of the accounts.  The large incoming credits are followed by outgoing debits within days, with the result that the accounts maintain a relatively much lower balance at month's beginning and end.

14.    For example, in one Silvergate Binance Holdings 2022 account statement, money is credited monthly from another Binance Holdings account, accounting for most of monthly credits, and most of those credits are debited to Binance Capital Management Limited and Binance Switzerland in interbank transfers.  In February 2022, for example, the account has a beginning balance of $7.6M and an ending balance of $7.7M, but in that month $20 million was deposited from another Binance Holdings account, $11M was wired to Binance Switzerland AG, and $6M was wired to Binance Capital Management, as summarized here:

| Feb 2022 Binance Holdings Limited Silvergate Bank Account | Deposits | Withdrawals |
|---|---|---|
| From Binance Holdings Limited | $20,000,000 | |
| To Binance (Switzerland) AG | | $11,000,000 |
| To Binance Capital Management Co Ltd | | $6,000,000 |
| Other | $94,478 | $2,944,633 |
| Total | $20,094,478 | $19,944,633 |

15.    This pattern of money flow repeats over months, as summarized here:

| Month | Op Bal U$ | Credits # | Credits US$ | Debits # | Debits US$ | Cl Bal US$ |
|---|---|---|---|---|---|---|
| Jun-19 | $0.00 | 2 | $500,100.00 | 4 | $10,100.00 | $489,990.00 |
| Jul-19 | $489,990.00 | 1 | $1,000,000.00 | 18 | $984,795.78 | $505,194.22 |
| Aug-19 | $505,194.22 | 0 | $0.00 | 30 | $285,127.80 | $220,066.42 |
| Sep-19 | $220,066.42 | 4 | $1,234,385.00 | 78 | $880,946.78 | $573,504.64 |
| Oct-19 | $573,504.64 | 8 | $1,017,019.00 | 38 | $1,221,165.05 | $369,358.59 |
| Nov-19 | $369,358.59 | 6 | $2,029,321.10 | 126 | $1,414,107.41 | $984,572.28 |
| Dec-19 | $984,572.28 | 14 | $843,123.60 | 86 | $1,118,487.47 | $709,208.41 |
| Jan-20 | $709,208.41 | 32 | $4,125,860.47 | 110 | $2,393,223.98 | $2,441,844.90 |
| Feb-20 | $2,441,844.90 | 24 | $13,198,338.39 | 128 | $3,269,227.65 | $12,370,955.64 |

18

| Month | Op Bal US$ | Credits # | Credits US$ | Debits # | Debits US$ | Cl Bal US$ |
|---|---|---|---|---|---|---|
| Mar-20 | $12,370,955.64 | 38 | $38,782,117.78 | 116 | $38,403,462.96 | $12,749,610.46 |
| Apr-20 | $12,749,610.46 | 32 | $37,816,051.50 | 104 | $33,842,419.03 | $16,723,242.93 |
| May-20 | $16,723,242.93 | 29 | $15,676,090.45 | 106 | $19,467,858.76 | $12,931,474.62 |
| Jun-20 | $12,931,474.62 | 90 | $40,970,092.70 | 104 | $20,622,814.43 | $33,278,752.89 |
| Jul-20 | $33,278,752.89 | 80 | $49,078,856.96 | 122 | $24,545,274.51 | $57,812,335.34 |
| Aug-20 | $57,812,335.34 | 68 | $96,371,547.65 | 145 | $93,282,559.04 | $60,901,323.95 |
| Sep-20 | $60,901,323.95 | 44 | $123,915,287.67 | 116 | $95,746,400.45 | $89,070,211.17 |
| Oct-20 | $89,070,211.17 | 31 | $55,147,022.33 | 166 | $20,301,712.96 | $123,915,520.54 |
| Nov-20 | $123,915,520.54 | 35 | $62,021,156.50 | 146 | $81,150,012.04 | $104,786,665.00 |
| Dec-20 | $104,786,665.00 | 20 | $91,943,354.54 | 175 | $129,090,458.91 | $67,639,560.63 |
| Jan-21 | $67,639,560.03 | 26 | $183,316,090.57 | 143 | $182,693,697.50 | $68,261,953.70 |
| Feb-21 | $68,261,953.70 | 22 | $156,404,925.86 | 111 | $174,525,739.29 | $50,141,140.27 |
| Mar-21 | $50,141,140.27 | 13 | $445,542,017.62 | 157 | $390,911,068.29 | $104,772,089.60 |
| Apr-21 | $104,772,089.60 | 13 | $730,177,804.24 | 181 | $727,463,722.90 | $107,486,170.94 |
| May-21 | $107,486,170.94 | 19 | $607,146,622.44 | 155 | $699,651,009.08 | $14,981,784.30 |
| Jun-21 | $14,981,784.30 | 22 | $1,345,148,277.92 | 190 | $1,356,483,954.81 | $3,646,107.41 |
| Jul-21 | $3,646,107.41 | 11 | $689,091,808.59 | 175 | $653,516,941.58 | $39,220,974.42 |
| Aug-21 | $39,220,974.42 | 10 | $201,614,930.58 | 141 | $194,182,505.70 | $46,653,399.30 |
| Sep-21 | $46,653,399.30 | 8 | $131,746,373.38 | 138 | $162,680,683.28 | $15,719,089.40 |
| Oct-21 | $15,719,089.40 | 14 | $182,695,791.41 | 141 | $176,397,036.13 | $22,017,844.68 |
| Nov-21 | $22,017,844.68 | 12 | $170,671,158.88 | 124 | $178,499,424.54 | $14,189,579.02 |
| Dec-21 | $14,189,579.02 | 20 | $213,074,672.89 | 112 | $220,832,010.62 | $6,432,241.29 |
| Jan-22 | $6,432,241.29 | 8 | $125,131,745.39 | 95 | $123,952,326.66 | $7,611,660.02 |
| **Feb-22** | **$7,611,660.02** | **5** | **$20,094,477.98** | **85** | **$19,944,633.00** | **$7,761,505.00** |
| Mar-22 | $7,761,505.00 | 10 | $63,055,614.46 | 118 | $68,472,212.11 | $2,344,907.35 |
| Apr-22 | $2,344,907.35 | 8 | $30,082,889.11 | 71 | $26,153,168.03 | $6,274,628.43 |
| May-22 | $6,274,628.43 | 6 | $20,029,852.77 | 96 | $25,375,756.65 | $928,724.55 |
| Jun-22 | $928,724.55 | 7 | $30,117,791.61 | 86 | $25,600,996.25 | $5,445,519.91 |
| Jul-22 | $5,445,519.91 | 5 | $75,001,495.75 | 70 | $72,794,948.93 | $7,652,066.73 |
| Aug-22 | $7,652,066.73 | 4 | $35,029,287.89 | 109 | $33,437,711.77 | $9,243,642.85 |
| Sep-22 | $9,243,642.85 | 9 | $30,207,449.20 | 114 | $30,444,908.01 | $9,006,184.04 |
| Oct-22 | $9,006,184.04 | 4 | $35,006,000.00 | 105 | $31,721,664.67 | $12,290,519.37 |
| Nov-22 | $12,290,519.37 | 10 | $23,711,567.49 | 66 | $35,520,037.16 | $482,049.70 |
| Dec-22 | $482,049.70 | 13 | $42,446,512.27 | 56 | $42,533,743.53 | $394,818.44 |
| Jan-23 | $394,818.44 | 14 | $26,595,081.18 | 50 | $26,833,171.71 | $156,727.91 |
| Feb-23 | $156,727.91 | 15 | $22,171,640.58 | 38 | $22,323,256.39 | $5,112.10 |

16.     At times the amounts being credited and debited during a single month amounts to movement of more than a billion dollars.  For example, in July 2021, one Signature Bank Binance Holdings account shows a starting balance of $468 million, deposits of $1 billion, withdrawals of $1.3 billion, and an ending balance of $179 million.  Incoming wires come from WorldPay and are paid out to Merit Peak,

another Binance Holdings account and other assorted payments in wires ranging

from $10 million to $100 million increments.

| July 2021 Binance Holdings Limited Signature Bank Account | Deposits | Withdrawals |
|---|---|---|
| From Wallet ID:xxxx | $561,043,603 | |
| From Wallet ID: xxxx | $265,807,069 | |
| From WORLDPAY B.V. | $169,925,973 | |
| From UAB FINANSINES PASLAUGOS CONTIS | $29,999,985 | |
| To Binance Holdings Limited   Silvergate Bank Account | | $689,000,000 |
| To Merit Peak Limited Silvergate Bank | | $569,980,000 |
| To UAB FINANSINES PASLAUGOS CONTIS | | $30,000,000 |
| To Amazon Web Services, Inc. ACCT | | $15,000,000 |
| To Stifel Bank | | $10,877,039 |
| Total | $1,026,776,630 | $1,314,857,039 |

17.    A monthly summary of this Binance Holdings Limited account shows

the following:

| Month | Op Bal U$ | Credits # | Credits US$ | Debits # | Debits US$ | Cl Bal US$ |
|---|---|---|---|---|---|---|
| Mar-20 | $0.00 | 0 | $0.00 | 0 | $0.00 | $0.00 |
| Apr-20 | $0.00 | 3 | $2,010,000.00 | 0 | $0.00 | $2,010,000.00 |
| May-20 | $2,010,000.00 | 0 | $0.00 | 0 | $0.00 | $2,010,000.00 |
| Jun-20 | $2,010,000.00 | 6 | $30,441.41 | 4 | $7,192.42 | $2,033,248.99 |
| Jul-20 | $2,033,248.99 | 17 | $1,886,088.85 | 0 | $0.00 | $3,919,337.44 |
| Aug-20 | $3,919,337.84 | 20 | $12,844,171.94 | 0 | $0.00 | $16,763,509.78 |
| Sep-20 | $16,763,509.78 | 42 | $65,278,772.49 | 8 | $65,500,000.00 | $16,542,282.27 |
| Oct-20 | $16,542,282.27 | 26 | $39,050,895.54 | 4 | $30,000,100.00 | $25,593,077.81 |
| Nov-20 | $25,593,077.81 | 24 | $61,431,540.62 | 3 | $30,000,000.00 | $57,024,618.43 |
| Dec-20 | $57,024,618.43 | 25 | $157,424,176.73 | 13 | $119,600,200.00 | $94,848,595.16 |
| Jan-21 | $94,848,595.16 | 23 | $229,631,928.69 | 17 | $170,000,000.00 | $154,480,523.85 |
| Feb-21 | $154,480,523.85 | 20 | $215,548,479.94 | 8 | $120,000,000.00 | $250,029,003.79 |
| Mar-21 | $250,029,003.79 | 25 | $290,254,504.27 | 6 | $440,000,000.00 | $100,283,508.56 |
| Apr-21 | $100,283,508.56 | 24 | $715,253,589.87 | 7 | $700,000,000.00 | $115,537,098.43 |
| May-21 | $115,537,098.43 | 20 | $984,363,749.60 | 11 | $608,040,407.68 | $491,860,440.35 |

| Month | Op Bal U$ | Credits # | Credits US$ | Debits # | Debits US$ | Cl Bal US$ |
|---|---|---|---|---|---|---|
| Jun-21 | $491,860,440.35 | 24 | $1,276,087,954.04 | 15 | $1,300,000,000.00 | $467,948,394.39 |
| Jul-21 | $467,948,394.39 | 32 | $1,026,776,629.74 | 16 | $1,314,857,039.46 | $179,867,984.67 |
| Aug-21 | $179,867,984.67 | 20 | $595,678,358.63 | 14 | $770,736,128.84 | $4,810,214.46 |
| Sep-21 | $4,810,214.46 | 18 | $1,547,000,000.00 | 24 | $1,546,000,000.00 | $5,810,214.46 |
| Oct-21 | $5,810,214.46 | 8 | $460,000,000.00 | 16 | $455,000,000.00 | $10,810,214.46 |
| Nov-21 | $10,810,214.46 | 9 | $290,000,000.00 | 14 | $294,000,100.00 | $6,810,114.46 |
| Dec-21 | $6,810,114.46 | 11 | $285,000,000.00 | 12 | $290,000,000.00 | $1,810,114.46 |
| Jan-22 | $1,810,114.46 | 9 | $235,000,000.00 | 14 | $234,000,000.00 | $2,810,114.46 |
| Feb-22 | $2,810,114.46 | 11 | $230,000,000.00 | 17 | $228,000,000.00 | $4,810,114.46 |
| Mar-22 | $4,810,114.46 | 12 | $325,000,000.00 | 26 | $328,050,000.00 | $1,760,114.46 |
| Apr-22 | $1,760,114.48 | 12 | $374,000,000.00 | 16 | $374,200,000.00 | $1,560,114.46 |
| May-22 | $1,560,114.46 | 16 | $1,105,359,334.17 | 17 | $276,050,000.00 | $830,869,448.63 |
| Jun-22 | $830,869,448.63 | | | 22 | $194,210,000.00 | $636,659,448.63 |
| Jul-22 | $636,659,448.63 | 1 | $2,230.00 | 15 | $217,700,000.00 | $418,961,678.63 |
| Aug-22 | $418,961,678.63 | 1 | $760.00 | 24 | $265,555,750.08 | $153,406,688.55 |
| Sep-22 | $153,406,688.55 | 2 | $446,330,382.26 | 27 | $345,200,000.00 | $254,537,070.81 |

## THE WIND DOWN AND TRANSFER OF FUNDS

18.     On January 1, 2023, eight Binance/Zhao-owned companies had $58.7 million on deposit.  During that same time frame, $840 million was deposited into, and $899 million was withdrawn, from those accounts.  At the end of March, those accounts had a zero balance except for one account with $180,000.  Between January and March 2023, multiple Binance accounts paid Binary Technology Development Private Limited more than $162 million in offshore wires, as summarized here:

| Paying Entity | Beneficiary FI - Flowbank SA London FFIC Binary Technology Development PTE LTD<br><br>US$ |
|---|---|
| BINANCE CAPITAL MANAGEMENT CO | $46,975,166 |
| BINANCE HOLDINGS LIMITED | $45,000,000 |
| BINANCE HOLDINGS LIMITED | $37,945,943 |
| BINANCE (AP) HOLDINGS LIMITED | $29,613,892 |

| Paying Entity | Beneficiary FI - Flowbank SA London FFIC Binary Technology Development PTE LTD<br><br>US$ |
|---|---|
| BINANCE HOLDINGS (IE) LIMITED | $1,686,560 |
| BINANCE (SERVICES) HOLDINGS | $1,122,835 |
| BINANCE INVESTMENTS CO. LTD | $2,200 |
| | $162,346,596 |

19.     As of May 27, 2023 all of these accounts have been closed or have a $0

balance.


        I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.


        Executed on June 5, 2023 in Washington, D.C.


                                                        *Sachin S. Verma*
                                        _____
                                                        Sachin Verma

**Attachment 1**

Bank Account Activity in select Binance related accounts at Silvergate Bank and Signature Bank

| Bank | Entity | Account | Deposits # | Deposits US$ | Withdrawals # | Withdrawals US$ | First Transaction Date | Last Transaction Date |
|------|--------|---------|-----------|--------------|---------------|-----------------|------------------------|----------------------|
| Silvergate Bank | BINANCE HOLDINGS LIMITED | xxxxxx6709 | 866 | $6,270,981,606 | 4,845 | $6,270,976,494 | 6/13/2019 | 2/22/2023 |
| Silvergate Bank | BINANCE HOLDINGS LIMITED | xxxxxx6717 | 34 | $146,203,978 | 26 | $146,203,978 | 6/21/2019 | 8/24/2020 |
| | | | | $6,417,185,584 | | $6,417,180,472 | | |
| | | | | | | | | |
| Signature Bank | BINANCE HOLDINGS LIMITED | xxxxxx5685 | 464 | $11,795,340,667 | 393 | $11,513,836,918 | 4/27/2020 | 10/28/2022 |
| Signature Bank | BINANCE HOLDINGS LIMITED | xxxxxx7894 | 31 | $464,452,500 | 291 | $463,936,859 | 12/17/2021 | 10/27/2022 |
| | | | | $12,259,793,167 | | $11,977,773,777 | | |
| | | | | | | | | |
| **TOTAL - BINANCE HOLDINGS LIMITED** | | | | **$18,676,978,750** | | **$18,394,954,249** | | |
| | | | | | | | | |
| Silvergate Bank | BINANCE CAPITAL MANAGEMENT CO LTD | xxxxxx1220 | 145 | $484,131,038 | 2,080 | $483,131,038 | 2/24/2020 | 2/22/2023 |
| | | | | | | | | |
| Signature Bank | Binance Capital Management Co. LTD | xxxxxx7217 | 11 | $17,196,736 | 150 | $17,196,736 | 8/13/2021 | 1/25/2023 |
| Signature Bank | Binance Capital Management Co. LTD | xxxxxx7908 | 61 | $904,981,456 | 308 | $904,981,456 | 12/29/2021 | 3/20/2023 |
| | | | | $922,178,192 | | $922,178,192 | | |
| | | | | | | | | |
| **TOTAL - BINANCE CAPITAL MANAGEMENT CO. LTD** | | | | **$1,406,309,230** | | **$1,405,309,230** | | |
| | | | | | | | | |
| Silvergate Bank | BAM MANAGEMENT US HOLDINGS INC | xxxxxx7846 | 47 | $276,818,473 | 30 | $276,818,473 | 3/22/2022 | 2/3/2023 |
| Silvergate Bank | BAM MANAGEMENT US HOLDINGS INC | xxxxxx4563 | 339 | $260,852,762 | 2,801 | $260,852,762 | 4/30/2019 | 2/22/2023 |
| Silvergate Bank | BAM MANAGEMENT US HOLDINGS INC | xxxxxx9810 | 6 | $9,500,000 | 6 | $9,500,000 | 1/22/2020 | 7/20/2020 |
| Silvergate Bank | BAM MANAGEMENT US HOLDINGS INC | xxxxxx7853 | 21 | $586 | 83 | $586 | 8/17/2022 | 2/22/2023 |
| | | | | $547,171,821 | | $547,171,821 | | |
| | | | | | | | | |
| Signature Bank | BAM MANAGEMENT US HOLDINGS INC | xxxxxx0684 | 24 | $336,763,392 | 24 | $336,094,401 | 5/24/2022 | 4/4/2023 |
| Signature Bank | BAM MANAGEMENT US HOLDINGS INC | xxxxxx8310 | 34 | $13,436,798 | 316 | $12,704,912 | 1/24/2023 | 4/5/2023 |
| Signature Bank | BAM MANAGEMENT US HOLDINGS INC | xxxxxx3338 | 2 | $453 | 1 | $453 | 2/3/2023 | 3/30/2023 |
| Signature Bank | BAM MANAGEMENT US HOLDINGS INC | xxxxxx3346 | 1 | $92 | 1 | $92 | 2/22/2023 | 3/30/2023 |
| | | | | $350,200,735 | | $348,799,857 | | |
| | | | | | | | | |
| **TOTAL - BAM MANAGEMENT US HOLDINGS INC.** | | | | **$897,372,556** | | **$895,971,678** | | |
| | | | | | | | | |
| Silvergate Bank | BAM TRADING SERVICES INC. SEN ACCOUNT | xxxxxx3432 | 22,629 | $10,069,945,157 | 22,989 | $10,069,945,157 | 7/2/2020 | 2/21/2023 |
| Silvergate Bank | BAM TRADING SERVICES INC. | xxxxxx1295 | 17,886 | $625,601,386 | 12,260 | $625,601,386 | 8/26/2021 | 2/22/2023 |
| Silvergate Bank | BAM TRADING SERVICES INC. | xxxxxx6245 | 904 | $479,138,011 | 14,410 | $479,138,011 | 8/26/2021 | 3/6/2023 |
| Silvergate Bank | BAM TRADING SERVICES INC. | xxxxxx1113 | 979 | $463,137,117 | 5,877 | $463,137,117 | 12/30/2019 | 2/22/2023 |
| Silvergate Bank | BAM TRADING SERVICES INC. | xxxxxx7416 | 259 | $33,718,466 | 7 | $33,718,466 | 1/21/2022 | 2/9/2023 |
| Silvergate Bank | BAM TRADING SERVICES INC. | xxxxxx1377 | 7 | $6,750,000 | 3 | $83,192 | 9/22/2021 | 3/6/2023 |
| Silvergate Bank | BAM TRADING SERVICES INC. | xxxxxx1121 | 2 | $1,000,100 | - | $0 | 12/30/2019 | 2/3/2023 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Silvergate Bank | BAM TRADING SERVICES INC. | xxxxxx3424 | 2 | $526 | 4 | $526 | 9/29/2020 | 2/3/2023 |
| | | | | $11,679,290,764 | | $11,671,623,856 | | |
| | | | | | | | | |
| Signature Bank | BAM TRADING SERVICES INC. | xxxxxx5315 | 28 | $230,931,536 | 382 | $229,250,897 | 11/25/2019 | 4/5/2023 |
| Signature Bank | BAM TRADING SERVICES INC. | xxxxxx2547 | 135 | $191,814,339 | 243 | $187,670,282 | 10/21/2022 | 4/5/2023 |
| Signature Bank | BAM TRADING SERVICES INC. | xxxxxx2555 | 208 | $45,404,285 | 4 | $39,100,000 | 7/27/2022 | 4/4/2023 |
| Signature Bank | BAM TRADING SERVICES INC. | xxxxxx5323 | 185 | $30,888,393 | 238 | $27,789,032 | 5/31/2022 | 4/4/2023 |
| Signature Bank | BAM TRADING SERVICES INC. | xxxxxx5331 | 7 | $15,139,830 | 5 | $15,139,593 | 5/31/2022 | 4/4/2023 |
| Signature Bank | BAM TRADING SERVICES INC. | xxxxxx7211 | 4 | $6,005,270 | 2 | $5,270 | 11/1/2022 | 4/4/2023 |
| Signature Bank | BAM TRADING SERVICES INC. (Collateral Account) | xxxxxx6907 | 2 | $1,238,101 | 1 | $238,001 | 12/12/2019 | 4/4/2023 |
| | | | | $521,421,755 | | $499,193,075 | | |
| | | | | | | | | |
| **TOTAL - BAM TRADING SERVICES INC.** | | | | **$12,200,712,519** | | **$12,170,816,931** | | |
| | | | | | | | | |
| Silvergate Bank | Merit Peak Limited | xxxxxx5271 | 1,122 | $21,947,605,072 | 882 | $21,947,605,072 | 4/18/2019 | 12/8/2021 |
| Silvergate Bank | Merit Peak Limited | xxxxxx5263 | 230 | $287,729,139 | 190 | $287,729,139 | 5/20/2019 | 12/7/2021 |
| | | | | $22,235,334,211 | | $22,235,334,211 | | |
| | | | | | | | | |
| Signature Bank | MERIT PEAK LIMITED | xxxxxx3512 | 1 | $100 | 1 | $100 | 5/6/2021 | 2/17/2023 |
| | | | | | | | | |
| **TOTAL - MERIT PEAK LIMITED** | | | | **$22,235,334,311** | | **$22,235,334,311** | | |
| | | | | | | | | |
| Silvergate Bank | KEY VISION DEVELOPMENT LIMITED | xxxxxx5981 | 7,323 | $11,288,369,703 | 408 | $11,288,369,703 | 9/30/2020 | 6/18/2021 |
| Silvergate Bank | KEY VISION DEVELOPMENT LIMITED | xxxxxx6500 | 197,206 | $2,086,776,079 | 43,183 | $2,086,776,079 | 10/16/2020 | 7/23/2021 |
| | | | | $13,375,145,782 | | $13,375,145,782 | | |
| | | | | | | | | |
| Signature Bank | KEY VISION DEVELOPMENT LIMITED | xxxxxx6221 | 512,239 | $5,366,444,576 | 134,836 | $5,366,444,576 | 8/10/2021 | 2/13/2023 |
| Signature Bank | KEY VISION DEVELOPMENT LIMITED | xxxxxx9952 | 1 | $500 | - | $0 | 8/19/2020 | 8/19/2020 |
| Signature Bank | KEY VISION DEVELOPMENT LIMITED | xxxxxx6795 | 9 | $250,017,808 | 17 | $250,000,000 | 1/4/2022 | 4/13/2022 |
| | | | | $5,616,462,884 | | $5,616,444,576 | | |
| | | | | | | | | |
| **TOTAL - KEY VISION DEVELOPMENT LIMITED** | | | | **$18,991,608,666** | | **$18,991,590,358** | | |
| | | | | | | | | |
| Silvergate Bank | SIGMA CHAIN AG | xxxxxx6683 | 168 | 493,632,676 | 664 | 493,627,065 | 6/13/2019 | 2/22/2023 |
| | | | | | | | | |
| Silvergate Bank | BINANCE (SWITZERLAND) AG | xxxxxx6667 | 135 | $308,644,449 | 702 | $308,644,448 | 6/13/2019 | 2/22/2023 |

\* Deposits and withdrawals totals include data up to March 31, 2023

## Attachment 2

**Select Information from Silvergate Bank Account Opening and Corporate Documents**

| Entity | Corporate Domicile | Accounts | Beneficial Owner | Principal Officers* | Bank Accounts Signatory* |
|---|---|---|---|---|---|
| Binance Holdings Limited | Delaware | xxxxxx6709<br>xxxxxx6717 (SEN) | Changpeng Zhao | Guangying Chen | Changpeng Zhao<br>Guangying Chen |
| Binance Capital Management Company Limited | British Virgin Islands | xxxxxx1220 | Changpeng Zhao | Changpeng Zhao | Changpeng Zhao<br>Guangying Chen |
| BAM Management US Holdings, Inc. | Delaware | xxxxxx7846<br>xxxxxx4563<br>xxxxxx9810 (SEN)<br>xxxxxx7853 | BAM Management Company Limited | Wei Zhou | Wei Zhou<br>Catherine Coley<br>Joshua Sroge<br>William Plon<br>Brian Shroder<br>Jasmine Yoonjung Lee |
| BAM Trading Services, Inc. | Delaware | xxxxxx3432 (SEN)<br>xxxxxx1295<br>xxxxxx6245<br>xxxxxx1113<br>xxxxxx7416<br>xxxxxx1377<br>xxxxxx1121<br>xxxxxx3424 | BAM Management US Holdings, Inc. | Guangying Chen | Guangying Chen<br>Jasmine Yoonjung Lee<br>Brian Walker Shroder<br>Catherine Coley<br>Elaine Stone<br>Joshua Sroge<br>William Plon |
| Binance Switzerland AG | Switzerland | xxxxxx6667<br>xxxxxx6675 (SEN) | Changpeng Zhao | Guangying Chen | Changpeng Zhao<br>Guangying Chen |
| Merit Peak Limited | British Virgin Islands | xxxxxx5271 (SEN)<br>xxxxxx5263 | Changpeng Zhao | Leslie Tam<br>Vincent Kwok<br>Guangying Chen | Changpeng Zhao<br>Guangying Chen |
| Sigma Chain | Switzerland | xxxxxx6683<br>xxxxxx6691 (SEN) | Changpeng Zhao | Guangying Chen | Guangying Chen |
| Key Vision Development Limited | Seychelles | xxxxxx5981 (SEN)<br>xxxxxx6500 | Changpeng Zhao | Changpeng Zhao<br>Guangying Chen | Changpeng Zhao<br>Guangying Chen |

* At least for one of several acocunts and for some points during the relevant period

**Attachment 3**

**Select Information from Signature Bank Account Opening and Corporate Documents**

| Entity | Corporate Domicile | Accounts | Beneficial Owner | Principal Officers* | Bank Accounts Signatory* |
|---|---|---|---|---|---|
| Binance Holdings Limited | Cayman Islands | xxxxxx5685<br>xxxxxx7894<br>xxxxxx5693 | Changpeng Zhao | Guangying Chen | Guangying Chen<br>Kaiser Ying Kit NG |
| Binance Capital Management Company Limited | British Virgin Islands | xxxxxx7908<br>xxxxxx7217 | Changpeng Zhao | Guangying Chen | Guangying Chen<br>Kaiser Ying Kit NG |
| BAM Management US Holdings, Inc. | Delaware | xxxxxx0684<br>xxxxxx8310<br>xxxxxx3338<br>xxxxxx3346 | Changpeng Zhao | | William Plon<br>Jasmine Lee<br>Brian Shroder |
| BAM Trading Services, Inc. | Delaware | xxxxxx5315<br>xxxxxx2547<br>xxxxxx2555<br>xxxxxx5323<br>xxxxxx5331<br>xxxxxx7211<br>xxxxxx6907 | Changpeng Zhao | | Guangying Chen<br>Catherine Coley<br>William Plon<br>Jasmine Lee |
| Bifinity UAB (fka Binance UAB) | Lithuania | xxxxxx9360<br>xxxxxx7924<br>xxxxxx8615<br>xxxxxx8381 | Changpeng Zhao | | Changpeng Zhao<br>Guangying Chen<br>Kaiser Ying Kit NG<br>Saulius Galatiltis |
| Merit Peak Limited | British Virgin Islands | xxxxxx3512<br>xxxxxx3520 | Changpeng Zhao | | Guangying Chen |
| Key Vision Development Limited | Seychelles | xxxxxx6221<br>xxxxxx9952<br>xxxxxx6795 | Changpeng Zhao | | Guangying Chen |
| SWIPEWALLET EU OU | Estonia | xxxxxx7878<br>xxxxxx7886<br>xxxxxx7319<br>xxxxxx7327 | Changpeng Zhao (80%) | | Guangying Chen<br>Kaiser Ying Kit Ng<br>Joselito Lizarondo |
| Cyber Shaft Enterprise Limited | Virgin Islands (UK) | xxxxxx7993 | Changpeng Zhao | | Kaiser Ying Kit Ng |
| Binary Technology Development PTE Limited | Singapore | xxxxxx1441 | Guangying Chen | | Guangying Chen<br>Adrian Rhui Keong<br>Darren Makarem |
| Binance Investment Company Limited | Seychelles | xxxxxx2361 | Changpeng Zhao | | Guangying Chen |
| Prime Link Management Limited | Virgin Islands (UK) | xxxxxx7225<br>xxxxxx7916 | Changpeng Zhao | | Guangying Chen<br>Kaiser Ying Kit NG |
| Binance Holdings (IE) Limited | Ireland | xxxxxx7139 | Changpeng Zhao | | Kaiser Ying Kit Ng |
| Binance Technologies Limited | Ireland | xxxxxx2030 | Changpeng Zhao | | Guangying Chen<br>Kaiser Ying Kit NG |
| Binance (Services) Holdings Limited | Ireland | xxxxxx4989 | Changpeng Zhao | | Kaiser Ying Kit Ng |
| Binance (AP) Holdings Limited | Ireland | xxxxxx8000 | Changpeng Zhao | | Kaiser Ying Kit Ng |

| | | | | | |
|---|---|---|---|---|---|
| Binance Asia Services Pte Ltd | Singapore | xxxxxx6693 | Changpeng Zhao | | Guangying Chen<br>Adrian Rhui Keong<br>Darren Makarem |
| Binance Canada Asset Management Inc | Canada | xxxxxx9031<br>xxxxxx9325 | Changpeng Zhao | | Guangying Chen<br>Lawrence Trong Loung Truong<br>Susan Scullion |
| Binance Canada Capital Markets Inc | Canada | xxxxxx9058<br>xxxxxx0912<br>xxxxxx9333 | Changpeng Zhao | | Guangying Chen<br>Lawrence Trong Loung Truong<br>Susan Scullion |
| Binance Canada Holdings Limited | Canada | xxxxxx9066<br>xxxxxx9341 | Changpeng Zhao | | Guangying Chen<br>Lawrence Trong Loung Truong<br>Susan Scullion |
| Binance Canada Limited | Canada | xxxxxx9368<br>xxxxxx9074 | Changpeng Zhao | | Guangying Chen<br>Lawrence Trong Loung Truong<br>Susan Scullion |
| Binance (AD) Limited | UAE | xxxxxx7814 | Changpeng Zhao | | Guangying Chen<br>Dominic Longman |
| Binance FZE | UAE | xxxxxx8934 | Changpeng Zhao | | Guangying Chen<br>Alexander Chehade |
| BV Investment Management Limited | UAE | xxxxxx9795 | Changpeng Zhao | | Guangying Chen<br>Vishal Sacheendran |
| BWIN Private Limited | Singapore | xxxxxx0808 | Changpeng Zhao | | Guangying Chen |
| Chaintecs Consulting Singapore Private Limited | Singapore | xxxxxx1433 | Changpeng Zhao | | Guangying Chen<br>Kaiser Ying Kit Ng<br>Adrian Rhui Keong<br>Darren Makarem |
| Infozone Technologies Private Limited | Singapore | xxxxxx1277 | Changpeng Zhao | | Guangying Chen<br>Adrian Rhui Keong<br>Darren Makarem |
| Tornado Singapore Technologies Private Limited | Singapore | xxxxxx0350 | Changpeng Zhao (80%) | | Guangying Chen<br>Adrian Rhui Keong<br>Darren Makarem |
| BN KZ Technologies Limited | Kazakhstan | xxxxxx8810 | Changpeng Zhao | | Guangying Chen<br>Anton Keen |
| Cyper Technologies SDN BHD | Malaysia | xxxxxx0378 | Changpeng Zhao | | Guangying Chen<br>Adrian Rhui Keong<br>Darren Makarem |

* At least for one of several acocunts and for some points during the relevant period