UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br> v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>    Defendants. | Civil Action No. 1-23-cv-01599 |

### Defendant Binance Holdings Limited's Motion for Michael D. Celio's Admission *Pro Hac Vice*

Pursuant to Civil Local Rule 83.2(d), Defendant Binance Holdings Limited respectfully moves for admission and appearance of attorney Michael D. Celio *pro hac vice* in the above-captioned matter.

This motion is supported by the Declaration of Michael D. Celio, filed herewith. As set forth in the accompanying declaration, Michael D. Celio is admitted, practicing, and a member in good standing of the State Bar of California. This motion is supported and signed by Daniel W. Nelson, an active and sponsoring member of the Bar of this Court.

Dated: June 6, 2023

                */s/ Daniel W. Nelson*
                Daniel W. Nelson
                D.C. Bar No. 433415
                GIBSON, DUNN & CRUTCHER LLP
                1050 Connecticut Avenue, N.W.
                Washington, D.C. 20036
                Telephone: (202) 887-3731

Facsimile:  (202) 530-9571
dnelson@gibsondunn.com

*Counsel for Defendant*
*Binance Holdings Limited*