UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,**<br><br>Defendants. | Civil Action No. 1-23-cv-01599 |

**Declaration of Michael D. Celio in Support of Motion for Admission *Pro Hac Vice***

I, Michael D. Celio, declare as follows:

1.  I am counsel for Defendant Binance Holdings Limited in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2.  My full name is Michael D. Celio.

3.  I am a partner with the law firm of Gibson, Dunn & Crutcher LLP. My office address is 1881 Page Mill Road, Palo Alto, California, 94304. My telephone number is (650) 849-5326.

4.  I am admitted, practicing, and a member in good standing of the Bar of the State of California (Bar Number 197998), and eligible to practice before the following courts:

    ○ U.S. Court of Appeals for the Second Circuit
    ○ U.S. Court of Appeals for the Sixth Circuit
    ○ U.S. Court of Appeals for the Seventh Circuit
    ○ U.S. Court of Appeals for the Ninth Circuit
    ○ U.S. District Court for the Central District of California

- U.S. District Court for the Eastern District of California
- U.S. District Court for the Northern District of California
- U.S. District Court for the Southern District of California
- U.S. District Court for the District of Colorado
- Supreme Court of the State of California

5. I have never been disciplined by any bar.

6. In the last two years, I have not been admitted *pro hac vice* in this Court.

7. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 6th day of June, 2023 in Palo Alto, California.

_____
Michael D. Celio

2