AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cv-1599 (ABJ) |
| Binance Holdings Limited et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission .

Date: 06/07/2023

*Jorge G. Tenreiro*
*Attorney's signature*

Jorge G. Tenreiro NY 4466991
*Printed name and bar number*

U.S. Securities and Exchange Commission
100 Pearl St.
New York, NY

*Address*

tenreiroj@sec.gov
*E-mail address*

(212) 336-9145
*Telephone number*

*FAX number*