UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION,   Plaintiff,   v.   BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,   Defendants. | Civil Action No. 1:23-cv-01599 |

**PLAINTIFF'S NOTICE OF FILING EXHIBIT INDEX TO MEMORANDUM OF LAW IN SUPPORT OF EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER FREEZING ASSETS, GRANTING OTHER RELIEF AND ORDER TO SHOW CAUSE WHY RELIEF SHOULD NOT CONTINUE**

Plaintiff, Securities and Exchange Commission ("SEC") respectfully submits as Attachment A an index of the exhibits filed in support of the SEC's Memorandum Of Law In Support Of Emergency Motion For A Temporary Restraining Order Freezing Assets, Granting Other Relief, And Order To Show Cause Why Relief Should Not Continue ("Memorandum"). (Dkt. No. 26).  Furthermore, the SEC will soon be filing a corrected version of the Memorandum with an errata sheet to correct typographical and citation errors.

| | | |
|---|---|---|
| Dated: June 8, 2023<br>　　　Washington, D.C. | By: | /s/ Matthew Scarlato<br>Matthew Scarlato (D.C. Bar No. 484124)<br>Jennifer L. Farer (D.C. Bar No. 1013915)<br>J. Emmett Murphy*<br>U.S. SECURITIES AND EXCHANGE COMMISSION<br>100 F Street N.E.<br>Washington, D.C. 20549<br>Phone:　(202) 551-3749 (Scarlato)<br>　　　　(202) 551-5072 (Farer)<br>　　　　(212) 336-0078 (Murphy)<br>Emails:　scarlatom@sec.gov<br>　　　　farerj@sec.gov<br>　　　　murphyJoh@sec.gov |

*Attorneys for the Plaintiff*

*\*Government attorney certification pursuant to Local Rule 83.2(d) pending*

Of Counsel:　Jorge G. Tenreiro
　　　　　　David L. Hirsch
　　　　　　David A. Nasse
　　　　　　Michael Baker
　　　　　　Kathleen Hitchens
　　　　　　Donna Norman
　　　　　　Colby Steele
　　　　　　Martin Zerwitz

　　　　　　SECURITIES AND EXCHANGE COMMISSION