INDEX OF EXHIBITS TO PLAINTIFF' MEMORANDUM OF LAW
IN SUPPORT OF MOTION FOR EMERGENCY RELIEF (Dkt. No. 26)

| EX. NO. | DESCRIPTION |
|---|---|
| A | Declaration of Colby Steele dated June 6, 2023 |
| A-1 | Binance Holdings Limited, Certificate of Incumbency dated February 12, 2020 |
| A-2 | Webcapture created on June 5, 2023 of Binance blog entitled "From Burgers to Bitcoin: How CZ Built a Leading Crypto Exchange in Just 180 Days," dated November 24, 2020. |
| A-3 | Webcapture created on June 5, 2023 of the Binance website page entitled "Binance Country Selector" |
| A-4 | BAM Trading Services Inc. Organizational Chart (BTS00462320) |
| A-5 | Webcapture created on June 5, 2023 of a Binance blog entitled "Binance.US Launches in Two New U.S. Territories," dated December 5, 2022. |
| A-6 | BAM Management US Holdings Inc. Organizational Chart dated February 27, 2019 |
| A-7 | Letter from counsel for BAM Trading dated February 1, 2023 (BTS00831965) |
| A-8 | Fintech Certification of Beneficial Ownership (SEC-SGB-E-00222398) |
| A-9 | Binance Holdings Organizational and Beneficial Ownership Chart (BHL-SEC-BUSD00000001-2) |
| A-10 | Webcapture of a Binance website entitled "What is BNB?." |
| A-11 | BNB Whitepaper dated June 16, 2017 (BHL-SEC-BUSD-0000003) |
| A-12 | Webcapture a Binance website entitled "The Binance.com ICO Experience, Lessons and Advice." |
| A-13 | Webcapture of a Binance website entitled "14th BNB Burn – Quarterly Highlights and Insights from CZ." |
| A-14 | Webcapture of a Binance website entitled "How to Use BNB to Pay for Fees and Earn 25% Discount." |
| A-15 | Webcapture of a Reddit "ask me anything" event. |
| A-16 | Webcapture of a Binance website entitled "BNB Price Prediction." |
| A-17 | Webcapture of a Binance entitled "Binance Labs to Invest in 7 Projects From the MVB Accelerator Program Co-led by BNB Chain." |
| A-18 | Webcapture of a Coincodex webpage entitled "Binance Coin (BNB) Exchanges." |
| A-19 | Offer of Employment dated May 8, 2019 (CC000333412) |
| A-20 | "Binance First Year in Review" dated July 19, 2018 (BHL-SEC-BUSD-0002022) |
| A-21 | Binance Chat Messages dated June 7, 2019 (BHL-SEC_BUSD-0054597) |
| A-22 | August 2019 Binance Financial Reporting Package (BHL-BUSD-SEC-0214986) |
| A-23 | Webcapture of the Binance.com website |
| A-24 | Webcapture of a Binance website entitled "FAQ" |

**INDEX OF EXHIBITS TO PLAINTIFF' MEMORANDUM OF LAW
IN SUPPORT OF MOTION FOR EMERGENCY RELIEF (Dkt. No. 26)**

| | |
|---|---|
| A-25 | Webcapture of a May 8, 2019 "AMA" with Changpeng Zhao. |
| A-26 | Binance chat messages dated December 31, 2020 with Mandarin to English translations (BHL-SEC-BUSD-0311735) |
| A-27 | Internal Binance chat dated June 8, 2019 (BHL-SEC-BUSD-0054606) |
| A-28 | Spreadsheet excerpt entitled "BAM Market Makers" (BTS000005523) |
| A-29 | Document entitled "Group Structure" (BHL-SEC-BUSD-0289617) |
| A-30 | Webcapture of a Binance website entitled "Binance Beginners Guide." |
| A-31 | Webcapture of a Binance webpage entitled "How and why assets move between Binance wallets." |
| A-32 | Webcapture of a Binance website entitled "How to withdraw fiat currency from Binance via Advcash." |
| A-33 | Webcapture SEC staff of a Binance website entitled "Centralized crypto exchanges recorded $14 trillion in trading volume this year." |
| A-34 | "Binance US Entry: Risks and Strategies" (BHL-SEC-BUSD-0235533) |
| A-35 | "Binance US Entry: Proposed Implementation" (BHL-SEC-BUSD-0235541) |
| A-36 | Binance chat messages dated October 18, 2018 (BHL-SEC-BUSD-0036086) |
| A-37 | Excerpt from an internal Binance chat dated December 24, 2018 (BHL-SEC-BUSD-0036504) |
| A-38 | Certified translation of a June 25, 2019 recording (BHL-SEC-BUSD-0235662) |
| A-39 | Binance chat messages dated July 15, 2020, (BHL-SEC-BUSD-0235733) |
| A-40 | Binance chat messages dated October 7, 2020 (BHL-SEC-BUSD-0391007) |
| A-41 | Binance chat messages dated June 14, 2019 (CC000406022) |
| A-42 | BAM Trading Services Inc. Organizational Chart (BTS00462320) |
| A-43 | Webcapture of a Binance webpage titled "BAM Platform Trading Rules." |
| A-44 | Chat messages dated July 29, 2019 (CC000407016) |
| A-45 | Chat messages dated July 24, 2009 (CC000407003) |
| A-46 | "Master Service Agreement" dated January 7, 2020 (BTS00039026) |
| A-47 | "Software License Agreement" dated January 7, 2020 (BTS00039043) |
| A-48 | "Binance.US Terms of Use" (BTS00831451) |
| A-49 | Letter from counsel for BAM Trading to Kathleen Hitchins dated June 11, 2021 (BTS00033433) |
| A-50 | Accounts Spreadsheet (SEC-Primetrust-E-0013680) |
| A-51 | Letter from counsel for BAM Trading to Kathleen Hitchins dated July 9, 2021 (BTS00042025) |

**INDEX OF EXHIBITS TO PLAINTIFF' MEMORANDUM OF LAW
IN SUPPORT OF MOTION FOR EMERGENCY RELIEF (Dkt. No. 26)**

| | |
|---|---|
| A-52 | "BAM Trading Services Inc. Financial Statements and Independent Auditor's Report" dated December 31, 2022 (BTS00833798) |
| A-53 | "Binance.US Seed Round Pitch Deck" (BTS00833689) |
| A-54 | Chat messages dated August 29, 2019 (CC000272028) |
| A-55 | Chat messages dated May 29, 2020 (CC000391390) |
| A-56 | Spreadsheet entitled "BAM Market Makers" Excerpt |
| A-57 | "Binance.US Institutional Onboarding Application" for Merit Peak (BHL-SEC-BUSD-0221710) |
| A-58 | "Binance.US Institutional Onboarding Application" for Sigma Chain (SEC-PrimeTrust-E-0011951) |
| A-59 | Letter to from counsel for BAM Trading Services Inc. to Kathleen Hitchens dated January 27, 2023 (BTS00831945) |
| A-60 | "BAM Management US Holdings Inc. Shareholder Resolution to Appoint Directors dated November 25, 2019 (BTS00044531) |
| A-61 | "BAM Trading Services Inc. Shareholder Resolution to Appoint Directors dated November 25, 2019 (BTS00044533) |
| A-62 | Document dated January 6, 2020 (CC000270182) |
| A-63 | Chat messages dated October 13, 2020 (CC00650405) |
| A-64 | Chat messages dated November 7, 2019 (CC000274048) |
| A-65 | BAM Trading Services Inc. Balance Sheet as of December 31, 2019 (BTS00509917) |
| A-66 | Chat messages dated December 24, 2020 (CC000289050) |
| A-67 | PrimeTrust Account Spreadsheet (SEC-Primetrust-E-0013680) |
| A-68 | Letter from counsel for BAM Trading to Jorge Tenreiro dated May 26, 2023 |
| A-69 | Letter from counsel for BAM Trading to Jennifer Farer dated June 2, 2023 |
| A-70 | "Wallet Custody Agreement" dated January 7, 2020 (BHL-SEC-BUSD-0203506) |
| A-71 | Letter from BAM Trading to Binance Holdings dated March 9, 2020 (BTS00530989) |
| A-72 | Letter from BAM Trading to Armanino LLP dated March 31, 2021 |
| A-73 | Letter and May 6, 2022, report to BAM Management US Holdings Inc. from Armanino LLP dated May 20, 2022 (Armanino-BAM-000149) |
| A-74 | "BAM Trading Services Financial Statements and Independent Auditor's Report" dated December 31, 2022 (BTS00833798) |
| A-75 | "BAM Management US Holdings Inc. Consolidated Financial Statements dated December 31, 2019 (BTS00031479) |

**INDEX OF EXHIBITS TO PLAINTIFF' MEMORANDUM OF LAW
IN SUPPORT OF MOTION FOR EMERGENCY RELIEF (Dkt. No. 26)**

| | |
|---|---|
| A-76 | "BAM Management US Holdings Inc." Communication with Those Charged with Governance" dated December 31, 2021 (Armanino-BAM-000136) |
| A-77 | Wells Submission of Binance Holdings dated March 15, 2023 |
| A-78 | Letter to from counsel for Binance Holding and Zhao to Jorge Tenreiro dated June 4, 2023 |
| A-79 | E-mail from Jorge Tenreiro to counsel for BAM Trading Services Inc. dated May 24, 2023 |
| A-80 | Letter from Jennifer Farer to counsel for BAM Trading dated May 30, 2023 |
| A-81 | Letter from counsel for BAM Trading to Jennifer Farer dated June 1, 2023 |
| A-82 | Chart of Key Shard Voting Record – May 2023 to June 2, 2023 (BTS00833858) |
| A-83 | Excerpt of transcript of SEC testimony of Brian Brooks on December 13, 2021 (AMENDED) |
| A-84 | "Binance.US Digital Asset & Custody Operations Policy" dated May 15, 2023 (BTS000833836) |
| A-85 | Letter from counsel for Binance Holdings Limited to Jennifer Farer dated June 1, 2023 |
| A-86 | Excerpt of transcript of SEC testimony of Catherine Coley on January 27, 2022 |
| A-87 | Excerpt of transcript of SEC testimony of Jamie Hinz on September 10, 2021 |
| A-88 | "BAM Management US Holdings Inc. Communication of Significant Deficiencies and Material Weaknesses in Internal Controls and Other Matters" dated December 31, 2019 (Armanino-BAM-000057) |
| A-89 | "BAM Management US Holdings Inc. Communication of Significant Deficiencies and Material Weaknesses in Internal Controls and Other Matters" dated December 31, 2021 Armanino-BAM-000131 |
| B | Declaration of Sachin Verma with attachments dated June 5, 2016 |
| C | Second Declaration of Sachin Verma with attachments dated June 5, 2016 |