AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Securities and Exchange Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-01599 |
| Binance Holdings Limited, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission                                        .

Date:    06/08/2023                                              /s/ David A. Nasse
                                                                          *Attorney's signature*

                                                        David A. Nasse (DC Bar No. 1002567)
                                                                *Printed name and bar number*
                                                            Securities and Exchange Commission
                                                                        100 F Street N.E.
                                                                     Washington, DC 20549

                                                                              *Address*

                                                                       nassed@sec.gov
                                                                         *E-mail address*

                                                                       (202) 551-4426
                                                                       *Telephone number*

                                                                         *FAX number*