# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   No. 1:23-cv-01599 |
| | ) |
| **BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,** | ) |
| | ) |
| **Defendants.** | ) |

## PLAINTIFF'S *ERRATA* REGARDING ITS MEMORANDUM OF LAW IN SUPPORT OF ITS EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER FREEZING ASSETS, GRANTING OTHER RELIEF, <u>AND ORDER TO SHOW CAUSE WHY RELIEF SHOULD NOT CONTINUE</u>

Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this *Errata* to the SEC's Memorandum Of Law In Support Of Its Emergency Motion For A Temporary Restraining Order Freezing Assets, Granting Other Relief, And Order To Show Cause Why Relief Should Not Continue ("Memorandum"), Dkt. No. 26., reflecting typographical and citation corrections that were identified during the review and preparation of the index of exhibits requested by the Court.  This *Errata* contains the following attachments:

- Attachment A:  The *Errata* to the Memorandum;

- Attachment B:  A corrected version of the Memorandum;

- Attachment C:  A redlined version of the Memorandum reflecting the corrections; and

- Attachment D:  An amended version of Exhibit A-83 to the Memorandum that includes additional pages cited in the Memorandum that were not contained in the original Exhibit A-83.

The corrected version of the Memorandum should be used as the operative Memorandum.

Dated: June 8, 2023          By:     /s/ Matthew Scarlato
          Washington, D.C.              Matthew Scarlato (D.C. Bar No. 484124)
                                        Jennifer L. Farer (D.C. Bar No. 1013915)
                                        J. Emmett Murphy*
                                        U.S. SECURITIES AND EXCHANGE
                                        COMMISSION
                                        100 F Street N.E.
                                        Washington, D.C. 20549
                                        Phone:        (202) 551-3749 (Scarlato)
                                                      (202) 551-5072 (Farer)
                                                      (212) 336-0078 (Murphy)
                                        Emails:       scarlatom@sec.gov
                                                      farerj@sec.gov
                                                      murphyJoh@sec.gov

                                        *Attorneys for the Plaintiff*

                                        *Government attorney certification pursuant to Local Rule 83.2(d) pending*

Of Counsel:   Jorge G. Tenreiro
              David L. Hirsch
              David A. Nasse
              Michael Baker
              Kathleen Hitchins
              Donna Norman
              Colby Steele
              Martin Zerwitz

              SECURITIES AND EXCHANGE
              COMMISSION