UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
SECURITIES AND EXCHANGE            )
COMMISSION,                         )
                                    )
                    **Plaintiff,**     )
                                    )
                    v.              )   **Civil Action No. 1:23-01599**
                                    )
BINANCE HOLDINGS LIMITED,           )
BAM TRADING SERVICES INC.,          )
BAM MANAGEMENT US HOLDINGS          )
INC., AND CHANGPENG ZHAO,           )
                                    )
                  **Defendants.**     )
_____)

## ERRATA SHEET

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF
U.S. SECURITIES AND EXCHANGE COMMISSION'S
EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER
FREEZING ASSETS AND GRANTING OTHER RELIEF AND ORDER
TO SHOW CAUSE WHY RELIEF SHOULD NOT CONTINUE**

    The following changes have been made to the Memorandum (Dkt. No, 26). Changes below are shown in **underline**/~~strikeout~~ format to indicate added and removed language, respectively.

| Errata No. | Page/ Section | Revision | Basis for Revision |
|---|---|---|---|
| 1 | 4/ I | The Binance.com Platform markets itself as offering over 350 crypto assets for trading that is available to customers in more than 100 countries, among other crypto asset-related services.<u>1</u> ~~Ex. 3 A~~ <br><u>1 www.binance.com</u> | Corrects a citation error. |
| 2 | 5/ I | He further explained that crypto asset exchanges are "a way to bypass the tightening regulation."~~ Id.~~<u>3</u> <br><u>3Eva Xioa, *Three months after launch, this unbanked crypto exchange made $7.5m in profit*, Tech In Asia (December 1, 2017), https://www.techinasia.com/cryptocurrency-exchange-binance</u> *available at* <u>https://archive.is/ayWPC</u>. | Corrects citation error. |

| Errata No. | Page/ Section | Revision | Basis for Revision |
|---|---|---|---|
| 3 | 6/II | Binance's BNB ICO was marketed and sold to investors globally, and Binance imposed no restrictions on U.S. investments in BNB or on the ability of BNB investors to immediately resell BNB to U.S. investors.  Steele Dec. ¶¶ 99-100. Ex. A-83 at 48-50 | Corrects citation error. |
| 4 | 8/II | (This discount was 50 percent in the first year after the BNB ICO).  *Id.* at 11. | Adds a pin citation. |
| 5 | 11/III. A. | "Trade.  Anywhere."  Ex. A-23 20. | Corrects a typographic error. |
| 6 | 12/III. B. | (*i.e.*, price, quantity, and time historical data for such trades).  Ex. A-24. *Id.* | Replaces a citation with *Id.* |
| 7 | 12/III. B. | Binance OTC (short for "over the counter") allows customers to transact directly with Binance, where Binance is the counterparty trading in its own account.  Ex. A-23, at 55 51. | Corrects a pin citation. |
| 8 | 12/III. B. | Since the launch of the Binance.com Platform, Merit Peak Limited ("Merit Peak")—a Zhao-owned entity—provided OTC trading services on the Binance.com Platform while it also provided market making services on the Binance.US Platform.  Ex. A-57 26. | Corrects a typographical error. |
| 9 | 13/III. E. | For spot trading, Binance typically charges between 0.015 percent and 0.2 percent of the nominal value of transactions, depending on various parameters.  Binance also charges fees for withdrawals and for trading on margin.8 Ex. A-https://www.binance.com/en/fee/trading | Corrects a typographical error. |
| 10 | 14/IV. | Among other things, Zhao and Binance were aware that they were subject to SEC regulatory actions due to their "[i]ssuance of BNB to US Persons," and "for [operating an] unregistered securities brokerage."  Ex. A-34, at BHL-SEC-BUSD-0235536 7-53-8.7. | Corrects a typographical error. |

| 11 | 14/IV. | As Zhao admitted in June 2019, their "goal" was "to reduce the losses to ourselves, and at the same time to ~~make~~ prevent the U.S. regulatory ~~authorities~~ entities not troubl~~ing~~e us." Ex. A-38. | Corrects a quotation translation. |
|---|---|---|---|
| 12 | 16/V. | Today, the Binance.US Platform is available in 46 U.S. states and 8 U.S. territories, including in this District.9 9. Ex. A-5; Binance.US Raises $200M+ in Seed Round at a $4.5B Valuation, https://blog.binance.us/binance-us-raises-200m-in-seed-round-at-a-4-5b-valuation/(last accessed on June 6, 2023). ~~https://support.binance.us/hc/en/us/articles/360046786914 List of Unsupported States~~ | Corrects a misplaced citation. |
| 13 | 18/V. B. | At the time of Binance.US Platform's launch, Binance personnel were primarily responsible for managing trading.  Ex. A-46~~57~~. | Corrects a typographical error. |
| 14 | 18/V. B. | As reflected in the Master Services Agreement, Binance is responsible for maintaining, supporting, developing, and implementing additional features and upgrades to the Binance.US Platform, including the platform's crypto asset trading services and features.  Id. ~~Ex. A-46.~~ | Replaces citation with Id. |
| 15 | 18/V. B. | Over time, Binance has transitioned certain of its responsibilities and functions to BAM Trading personnel (sometimes by converting Binance employees into BAM Trading employees), but nonetheless BAM Trading and Binance personnel have increasingly worked together to provide and maintain the Binance.US Platform's exchange functions.  Exs. A-83 at 49-50; ~~A-86 at 126-127,~~ 136-137, 150. | Duplicative citation. |
| 16 | 18/V. B. | Customers can enter different order types on the Binance.US Platform. Ex. A-23~~43~~. | Corrects a typographical error. |
| 17 | 19/V. B. | The Binance.US Platform's website, API, and mobile apps allow customers to enter orders, view account information, and otherwise access the platform's trading services and other functions.  ~~Id.~~ Ex. A-23 | Corrects a typographical error. |

| | | | |
|---|---|---|---|
| 18 | 19/V. B. | Sigma Chain AG ("Sigma Chain"), a Swiss entity wholly owned and controlled by Zhao and operated by Binance employees, has been the sole counterparty for the OCBS and Convert services since they were first offered in early 2020 and April 2021, respectively. *Id.* at BTS00037799.4. | Corrects pin citation. |
| 19 | 19/V. B. | Customers can enter different order types on the Binance.US Platform. Ex. A-234. | Corrects a typographical error. |
| 20 | 19/V.B. | The OCBS service permits customers to exchange U.S. Dollars for crypto assets, and the Convert service permits the exchange of one crypto asset for another of over 130 crypto assets. *Id.* at BTS00037799. Sigma Chain AG ("Sigma Chain"), a Swiss entity wholly owned and controlled by Zhao and operated by Binance employees, has been the sole counterparty for the OCBS and Convert services since they were first offered in early 2020 and April 2021, respectively. *Id.* at BTS00037799.4. | Corrects a typographical error. |
| 21 | 19/V. C. | To trade on the Binance.US Platform, a user must create a Binance.US account. Customers must deposit and maintain sufficient crypto assets or U.S. Dollars to cover their orders when placed. *Id.* at BTS00037798.3. | Corrects pin citation. |
| 22 | 20 V. C./ | The crypto assets are then held in omnibus wallets. Ex. A-51 at BTS00058742. | Adds a pin citation. |
| 23 | 25/VII. | From On January 1, 2023 to March 31, 2023, $840 million was deposited into eight Binance/Zhao-owned companies, and $899 million was withdrawn, from those accounts. *Id.* | Clarifies a date. |
| 24 | 26/VII. | Further, two foreign-domiciled Zhao-owned entities, Merit Peak and Sigma Chain, commingled funds from both Binance Platforms into their U.S. bank accounts, along with other funds. Verma Dec. ¶¶ 8(d)-(f), 12, & Attachment 2. | Adds a pin citation. |
| 25 | 26/VII. | It served as an "over-the-counter," or "OTC," trading firm on the Binance.com Platform, Ex. A-51 at BTS00058739. Ex. A-26, | Corrects a citation error. |
| 26 | 26/VII. | It was also a "market maker" for trading on the Binance.US Platform, providing liquidity for crypto asset trading on the platform. *Id.* at | Corrects a citation error. |

| | | BTS00058739. ~~Ex. A-56.~~ | |
|---|---|---|---|
| 27 | 26/VII. | Between 2019 and 2021, Merit Peak's account received over $22 billion. Verma Dec. ¶8~~6~~(d). | Corrects a typographical error. |
| 28 | 26/VII. | Further, Merit Peak received approximately $6.3 billion in funds from Binance~~d~~. Verma Dec. ¶12. | Corrects a typographical error. |
| 29 | 29/VIII.B | But as of at least the end of May 2023, Zhao remained a signatory on BAM Trading's Prime Trust accounts, **which held Binance.US Platform customer funds**. ~~Exs. A-67; A-68 at BAM-WH-CORR-034.~~ | Duplicative of citation in fn. |
| 30 | 30/VIII. B. | He concluded, the "biggest risk in this company is we are highly dependent on a bunch of technology that sits in Asia." ~~Ex. A-83 at 74-74, 114.~~ Ex. A-83A at 68, 114 and 120. | Corrects an Exhibit that had missing pages. |
| 31 | 30/VIII. B. | Zhao, however, refused BAM CEO B's attempts to migrate this technology, leading BAM CEO B to quit because, as he testified, "what became clear to me at a certain point was [Zhao] was the CEO of BAM Trading, not me." ~~Id.~~ Ex. A-83 at 74. | Corrects a misplaced citation. |
| 32 | 30/VIII. B. | According to the auditor, BAM Trading purportedly terminated the WCA on December 1, 2022. Ex. A-74~~84~~, at BTS008338 10~~17~~. | Corrects a misplaced citation. |
| 33 | 31/ VIII. B. | The Company is dependent on the [Binance].com custodian to tell them the addresses holding the assets, or other relevant metrics . . . with limited visibility into the process for pulling the data." Ex. A-89 at Armanino-BAM-000134. ~~Ex. A-83.~~ | Corrects a misplaced citation. |
| 34 | 31/ VIII.B.2 | BAM Trading has three other shard holders, but they reside in Canada, and two of them are former Binance employees with unknown current ties to Zhao or Binance. *Id.* Binance -- and not BAM Trading -- further continues to maintain three shards in an undisclosed location. *Id.* at BAM-WH~~O~~-CORR-32. | Corrects a typographical error. |
| 35 | 31/VIII. B. 5 | Binance continues to hold two key shards—**thereby giving Binance control without the need to involve BAM Trading employees**. Ex. A-68 at BAM-WH~~O~~-CORR-033 | Corrects a pin citation. |
| 36 | 31/VIII. B. 8 | BAM Trading's newly implemented crypto asset custody and operations policy demonstrate that Binance | Corrects a pin citation. |

| | | employees still manage requests from BAM Trading employees in numerous circumstances. *Id.* at BTS0083384<ins>4.1.</ins><del>1.</del> | |
|---|---|---|---|
| 37 | 38/I | "[T]he standards of public interest, not the requirements of private litigation, measure the propriety and need for injunctive relief." *SEC v. Stratton Oakmont, Inc.*, 878 F. <ins>Supp.</ins> 250, 255 (D.D.C. 1995) (quoting *Hecht Co. v. Bowles*, 321 U.S. 321, 331 (1944)). | Corrects citation. |
| 38 | 42/II.2 | "This is not a scenario where the funds of each investor were segregated and separately managed, allowing for profits to remain segregated." *Id.*; *see also Revak*, 18 F.3d at 87 (horizontal commonality exists where the fortunes of the investors are tied "to the success of the overall venture") <ins>(quoting *Hart v. Pulte Homes of Michigan Corp.*, 735 F.2d 1001, 1004 (6th Cir.1984))</ins>. | Corrects citation. |
| 39 | 43/II.2 | Binance has publicly committed to burning BNB on a quarterly basis based on the amount of Binance's revenues, which is intended to support the price of BNB. *Id.* *See Telegram*, 448 F. Supp. <ins>3d.</ins><del>2d.</del> at 371 ("An investor possesses an expectation of profit when their motivation to partake in the relevant 'contract, transaction or scheme' was 'the prospects of a return on their investment.'"). | Corrects citation. |
| 40 | 44/II.3 | *LBRY*, 2022 WL 16744741, at *6. "Th<ins>is</ins><del>e</del> structure, which any reasonable purchaser would understand, would lead purchasers of" BNB "to expect that they too would profit from their holdings of" BNB "as a result of" Binance's "assiduous efforts." *Id.* | Corrects typographical error. |
| 41 | 46/II.6 | "<del>[If]</del> it did not, then a party would itself be able to elude SEC jurisdiction by making simple changes to its corporate structure, an obviously untenable result." *Intercontinental Exch., Inc. v. SEC*, 23 F.4th 1013, 1024-25 (D.C. Cir. 2022) (explaining that "overlooking corporate affiliation here would allow a company that controls an exchange to evade SEC oversight by making a simple change to its corporate structure"). | Corrects typographical error. |

| 42 | 48/II.7 | 15 U.S.C. § 78c(a)(23)(A). | Corrects citation. |
|---|---|---|---|
| 43 | 50/II.8 | The SEC has a likelihood of success on the merits of its Exchange Act Section 15(a) charges against Binance and BAM Trading, and set forth sufficient facts from which an inference can be drawn that Binance and BAM Trading operated as unregistered brokers.  Section 15(a)(1) of the Exchange Act makes it "unlawful for any broker or dealer . . . to make use of the mails or any means or instrumentality of interstate commerce to effect any transactions in, or to induce or attempt to induce the purchase or sale of, any security" unless, in relevant part, such broker or dealer is registered with the Commission. | Corrects typographical error. |
| 44 | 50/II.8 | *See SEC v. Interlink Data Network of L.A., Inc.*, Civ. A. No. 93-3073R, 1993 WL 603274, at *10 (C.D. Cal. Nov. 15, 1993).  "The broker-dealer registration requirement is 'of the utmost importance in effecting the purposes of the [Exchange] Act,'" as it enables the SEC to "'exercise discipline over those who may engage in the securities business,'" and "'establishes necessary standards with respect to training, experience, and records.'"  *SEC v. River N. Equity LLC*, 415 F. Supp. 3d 853, 858 (N.D. Ill. 2019) (quoting *SEC v. Benger*, 697 F. Supp. 2d 932, 944 (N.D. Ill. 2010)). | Corrects citation. |
| 45 | 51/II.8 | The Exchange Act defines "broker" as "any person engaged in the business of effecting transactions in securities for the account of others." 15 U.S.C. § 78c(a)(4)(A). | Corrects citation. |
| 46 | 51/II.8 | These factors are not exclusive, and not all, nor any particular number of them, must be satisfied to qualify as a broker. *See SEC v. Benger*, 697 F. Supp. 2d at 932, 945 (N.D. Ill 2010). | Corrects citation. |
| 47 | 52/II.8 | Binance and BAM Trading were therefore each required to register with the SEC as a broker or operate pursuant to an exemption from registration, but did not do so.  SOF Sections III.A-D, E; V.C.-D. | Corrects citation. |

| 48 | 53/II.9 | Scienter is not needed to prove a violation of Section 17(a)(2) or (a)(3); a showing of negligence is sufficient.  See *Aaron v. SEC*, 446 U.S. 680, 697, 701-02 (1980); *Weiss v. SEC,* 468 F.3d 849, 855 (D.C. Cir. 2006); *see also* *Beck v. Dobrowski*, 559 F.3d 680, 682 (7th Cir. 2009) (negligence "is a failure, whether conscious or even unavoidable (by the particular defendant, who may be below average in his ability to exercise due care), to come up to the specified standard of care"). | Corrects citation. |
|---|---|---|---|
| 49 | 54/II.10 | *Harman*, 791 F.3d at 111-12; *but see In re Fed. Nat'l Mort. Ass'n Sec., Derivative, & Erisa Litig.*, 503 F. Supp. 2d 25, 44 (D.D.C. 2007) (to state a Section 20(a) claim, plaintiffs must adequately plead defendants' "culpable participation"). | Corrects citation. |
| 50 | 56/II.11 | Binance and BAM Management's contacts are also imputed to Zhao. *SEC v. Terraform Labs Pte Ltd.,* No. 22-368, 2022 WL 2066414, at *3 n.2. | Corrects a pin citation. |
| 51 | 58/II.11 | Defendants regularly solicited U.S. investors via their social media and other internet postings to trade on both of the Binance Platforms. SOF Sections III3.A., V5.A. | Corrects citation. |
| 52 | 58/II.11 | By then, Binance estimated that it had over 1.47 million U.S.-based investors on the Binance.com Platform, and it continued to maintain a substantial U.S. customer base for several years thereafter. SOF Section III3.A Ex. A-22, at BHL-SEC-BUSD-0215008. | Corrects citation. |
| 53 | 60/III | Zhao and Binance established the company as a "Tai Chi" entity designed protect Binance from U.S. regulatory scrutiny, and substantially controlled BAM Trading's operations, including its bank accounts and custody and control of U.S. investor crypto assets. *Id.* | Corrects citation. |