# EXHIBIT A-83A

# HO-13865

# *Brooks, Brian - Vol. I.20211213.365944-HQ*

### *12/13/2021 11:21 AM*

**Full-size Transcript**

**Prepared by:**

HO-13865

Tuesday, June 06, 2023

1

1    UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3    In the Matter of:                )

4                                     )  File No. HO-13865-A

5    BINANCE.US                       )

6

7    WITNESS:  Brian Brooks

8    PAGES:    1 through 212

9    PLACE:    Securities and Exchange Commission

10              100 F Street  N.E.

11              Washington, D.C. 20549

12   DATE:     Monday, December 13, 2021

13

14        The above-entitled matter came on for hearing,

15   via WebEx, pursuant to notice, at 11:21 a.m.

16

17

18

19

20

21

22

23

24              Diversified Reporting Services, Inc.

25                    (202)467-9200

48

```
 1   Trading accounts?
 2        A    Digital asset transfers to BAM Trading
 3   accounts?
 4        Q    The company's trading accounts.
 5        A    I -- I can't recall that happening in the time
 6   that I was there.
 7        Q    Okay.  And was anyone at .com required to give
 8   final signoff for digital asset transfers to third
 9   parties?
10        A    I -- I'm not even sure I understand the
11   question.  I mean, BAM Trading operated a matching
12   engine, right, that has buyers and sellers, so third
13   party buyers and sellers would come and that was the
14   source of liquidity, so we, you know, we were not
15   filling orders for customers, we were matching customer
16   orders, so I don't -- I'm not sure I would even know how
17   to answer the question.
18        Q    So were sometimes BAM Trading paid for
19   services through digital assets?
20        A    So with only one caveat, I can't -- I can't
21   recall that ever happening during my tenure.
22             The one caveat is there was this group of
23   employees, basically the Shanghai based technology team,
24   who I learned right at the very end of my tenure, had
25   apparently received part of their compensation in BNB
```

1   tokens, which were provided by Binance.com, which was a

2   source of real concern, you know, for the CFO and me

3   when we learned about that.  But -- and so if you

4   consider them to be third parties, that would be the one

5   caveat.  Other than that, I'm not aware of that ever

6   happening.

7        Q    Do you know who gave signoff to -- giving BNB

8   to these Shanghai based employees?

9        A    That long predated my arrival.  I have no

10  idea.

11       Q    Okay.  When did they receive the BNB?

12       A    When did who receive the BNB?

13       Q    When did the Shanghai based employees receive

14  the BNB?

15       A    Oh, I -- I don't know.  I mean, it was part of

16  their compensation.  I don't know if it was a quarterly

17  payment or an annual bonus payment or what that was.  As

18  I say, that came to my attention two or three weeks

19  before I left the company, so I -- I mean, I wasn't even

20  aware of it until the very end.

21       Q    Were the Shanghai based employees actual

22  employees of BAM Trading?

23       A    Well, they were employees of an entity that

24  had been set up for the purpose, called Boran.  My

25  understanding was that at one time they had been

1    Binance.com employees and then when the Binance.US

2    separation happened in 2019, the decision was made to

3    hive off that group of 50 or so people and they would be

4    allocated full-time to Binance.US, so the question was

5    if you had a group of Shanghai based people working for

6    Binance.US, could they actually legally in China work

7    for Binance.US or did we have to set up a subsidiary

8    entity that would be where their employment was tied?

9    And often in multinational corporations that's the way

10   it works, is that there's a local corporate entity to

11   which those employees are assigned, so Boran was an

12   entirely dedicated to Binance.US workforce, paid for by

13   Binance.US, but housed within this entity called Boran.

14        Q    Where was Boran incorporated?

15        A    I don't know.  I don't know.  But I mean, my

16   assumption, it was a Chinese legal entity is my

17   assumption, but I -- I don't know.

18        Q    Was Boran wholly owned by BAM Trading?

19        A    I'm not sure.

20        Q    Okay.  Do you know who would know?

21        A    I don't.

22        Q    How did you learn about Boran's structure?

23        A    Well, as I think I've just indicated, I don't

24   know very much about Boran's structure, other than to

25   know, you know, sort of like there's Morgan Stanley,

51

1    Morgan Stanley Asia, Morgan Stanley BD Amsterdam, et

2    cetera, et cetera, only to understand that its role in

3    the family of companies was like that; it was an

4    employee holding company set up for purposes of housing

5    these Chinese employees.

6            My focus, as you know from the document that

7    you have, was to migrate that entire function to an

8    onshore workforce.  Obviously, I wasn't there long

9    enough to complete that task, but you know, that's

10   essentially all I know about Boran.

11       Q    Did you learn about Boran outside of any

12   attorney/client communications or potential

13   attorney/client communications?

14       A    I mean, Boran was a commonly known thing at

15   BAM Trading, so I certainly talked about it with non-

16   lawyers, as well as with lawyers.  I mean, certainly the

17   CFO was aware that there was an entity called Boran.  He

18   was the person who brought to my attention this BNB

19   arrangement, you know, late in my time there.  But in

20   terms of whatever I would know about the corporate

21   structure or its rationale, that would have come from

22   counsel.

23       Q    Okay.  How many people work for Boran?

24       A    Fifty or 60, something like that.

25       Q    Okay.  We're going to go back to my original

52

1   question before we went off on talking about Boran here,

2   you know, which was the question about, you know, who

3   gives final signoff on certain kinds of business

4   decisions.  I'm adjusting the question to ask the

5   question of like if anyone at .com had to give final

6   signoff for these activities?  We were just talking

7   about digital asset transfers.

8           Did anyone at .com have to give final signoff

9   on new employee hiring decisions?

10      A    Well, when you say anybody at Binance, there

11  were certain executives, you know, for example, Manny

12  Alvarez would be one, I think our chief people officer

13  would be another, whereas at any company, at a certain

14  C-Suite level those candidates will meet with the board

15  in order that the board is comfortable with who the

16  senior executives were.

17          CZ and Wei, and later Gin, were members of the

18  board and so, you know, before those two got hired, they

19  would have met with CZ and -- and I think Wei.  But

20  again, those -- they were not sitting in those

21  capacities as Binance.com employees; they were sitting

22  in the capacity as board members of BAM Trading or Bam

23  Holdings or whatever the entity was.

24      Q    Aside from CZ, Wei, and Gin, would anybody

25  else at .com have to give final signoff on new employee

1    restate the question asked?  I don't have a memory of

2    that prior testimony.  I think he made some comments

3    about informal discussions with CZ and maybe someone

4    else, but I want -- feel free to ask any questions, but

5    --

6             THE WITNESS:  Yeah, I'm sorry, I don't

7    remember talking about informal reporting of BAM Trading

8    to .com.  I mean, the -- you know, there was one board

9    meeting that I participated in in late July or early

10   August of this year.  There were weekly videoconferences

11   with CZ, and some out of cycle conversations with me and

12   CZ, and occasionally, you know, Wei or somebody else.  I

13   guess I don't regard that as reporting; that's just

14   corporate communication.  But beyond that, I'm not sure

15   what you might be looking for.

16            BY MS. HITCHENS:

17        Q    Was there ever a time that you learned of some

18   more, sort of, informal reporting or communications

19   occurring between BAM Trading personnel and .com that

20   you hadn't previously been aware of?

21        A    Well, I -- so I would make a distinction

22   between reporting and communicate, right.  So Binance.US

23   had a series of dependencies on Binance.com, and so

24   there were -- there was really constant communication at

25   the operational level between people on Binance.US and

1    people on Binance.com because, for example, there was

2    going to be a website upgrade and, you know, we copied

3    and then customized a lot of their code pursuant to a

4    services agreement that had been entered into at the

5    time the companies were separated.  So there would be a

6    ton of integration communication around that.

7           Or you know, they would be -- I'm trying to

8    think of good examples.  There would be like a -- like a

9    hacker or a system's attack of some kind, a DDoS attack

10   or something, which would make the matching engine

11   inaccessible or something else would happen, which would

12   have an effect on us.  That kind of operational

13   interface, that happened every day involving large

14   numbers of people, again because as I'm sure you know,

15   under the licensing agreements and the services

16   agreements, a lot of the operating functions had these

17   interdependencies.  That's one of the reasons why when I

18   joined the company and saw that level of their

19   connection, I said this is going to be a problem and we

20   need to migrate the technology to full U.S. control for

21   a whole bunch of reasons.  Some of them being

22   operational, others being, you know, compliance,

23   privacy, et cetera.  But there was plenty of

24   communication.

25           So when you said reporting, I was thinking of

67

1    something different.  But in terms of communication,

2    there was a lot of that.

3        Q    Was there any sort of informal communication

4    that you were surprised by during your tenure that you

5    didn't originally know about and then subsequently

6    learned?

7        A    I -- I mean, I don't -- I guess I don't know

8    how to answer that.  I mean, certainly I was not privy

9    to all of the communication happening and so I'm sure

10   that some of it I learned about I would have been

11   surprised by in the sense that I hadn't previously known

12   about it and now I was learning about it for the first

13   time.

14            You know, the things that rose to the level of

15   surprise were things like when I learned that there were

16   Binance.US technology employees who were getting paid in

17   BNB tokens out of the Binance.com balance sheet.  That's

18   what I would consider a surprise.

19       Q    Any other surprises like that?

20       A    You know, I would say that there were a

21   handful of occasions where I would learn that, you know,

22   somebody at the company, sometimes in the U.S. but more

23   typically in -- in the Boran team, you know, would be

24   unhappy with some decision I had made or some initiative

25   we had launched

1    and -- and those people might go straight to CZ, and you

2    know, that -- that obviously was something which when I

3    learned about it, I would endeavor to shut it down on

4    the theory that CZ's not the CEO of this company, this

5    is a U.S. company, you work for me, not him, this has to

6    stop.  That happened occasionally.

7           The BNB token to me is -- rises to a different

8    level of seriousness, but you know, there were things

9    like that.

10      Q    Were there any other kinds of surprises,

11   besides these sort of backdoor type communications you

12   were describing?

13      A    Yeah.  I mean, look I -- I couldn't begin to

14   just pull from my memory random examples of things.  I

15   mean, again, it was a -- it was a short tour of duty

16   marked by, you know, certain pinnacle memories, and you

17   know, the -- the random things I don't really remember

18   all that well.

19      Q    Who at BAM Trading U.S. did you learn was

20   making communications to CZ without your knowledge?

21      A    It was not -- I will say it was not always

22   that they were -- I mean, it's happened in both

23   directions, right, so there would be sometimes that it

24   came in one direction, sometimes in another.  But you

25   know, I think Rena Shah had a fairly regular line of

69

1    communication into him, and to other people at

2    Binance.com.  You know, Chris Robins had fairly

3    regularly -- regular communications there.

4         On the inbound side, I think Josh Sroge, our

5    CFO, got inquiries from CZ fairly frequently, which you

6    know, in the early days weren't of great concern to me

7    because I've worked at bigger companies where, you know,

8    the board chair would reach out to some senior executive

9    to say, hey, I need some piece of information for

10   something, so I didn't regard that as particularly

11   surprising.  A little bit more surprising in the other

12   direction.

13        And then of course there were the guys who sat

14   in Shanghai, who did more of that.

15   Q    What -- who were the guys in Shanghai that

16   were making communications to CZ?  Do you remember their

17   names?

18   A    Yeah, well, I mean there was Frank a lot, and

19   Gerry somewhat.  Frank being the technology person,

20   Gerry being the product person.

21   Q    Okay.  Do you know who Rena Shah would contact

22   at .com to have these communications that we've been

23   talking about as, sort of the without your knowledge?

24   A    Yeah, I mean, Rena was deeply connected with a

25   lot of people over there.  I mean, she -- she, I think,

1    had actually been there before the COVID lockdowns and

2    actually had spent time with those people, I think, so

3    she had a lot of people there that she talked to.  A

4    lot.  But CZ was one of them.

5         Q    Okay.  And what about Christopher Robins, do

6    you know who he was speaking with at .com?

7         A    He -- I think his -- his outreach was more

8    limited, but it did include CZ, and then it also

9    included a guy named Han, who was a former Latham

10   partner who is CZ's general counsel.

11        Q    When you say CZ's general counsel, are you

12   saying he had personal counsel?

13        A    Well, it's a great question.  I think that Han

14   -- my understanding is, is he was formerly the

15   Binance.com general counsel, but I think that their

16   observance of those kinds of distinctions that you're

17   making as between personal and corporate might be less

18   formal than we would make in the United States.

19        Q    What's an example of that?

20        A    I'm not sure I can think of a particular

21   example, but I have an impressionistic memory that there

22   were times when it was not clear who the client was.

23        Q    Is that because you would hear maybe, you

24   know, something said and you didn't know if that was

25   coming from CZ personally or CZ at .com or from .com?

1    Are those sort of the breakdowns of --

2         A    No.

3         Q    -- what you're thinking

4         A    It's when -- no, I mean an example, I think,

5    would be -- and here I'm -- like this is

6    impressionistic, okay, based on memory but when we were

7    doing our venture round, right, there were a number of

8    issues that related to CZ's personal share ownership of

9    Binance.US, which was not Binance -- like remember, the

10   Twitter and Square analogy -- Binance.com did not own a

11   single share of any entity affiliated with Binance.US at

12   all, so in that sense the companies were as different as

13   Twitter and Square are, but there was a person who was

14   the majority shareholder of both companies, and that

15   person was CZ.  So at a certain point in the fundraise

16   there was an issue having to do with a note that --

17             MR. HOLSCHER:  I'm just going to interrupt, I

18   apologize.  If there's any related disclose that was

19   discussed with counsel -- I don't know if that's where

20   your answer is going?

21             THE WITNESS:  Yeah, this I don't think was

22   with counsel.

23             MR. HOLSCHER:  Okay.  I apologize to

24   interrupt.  I just wanted to make sure you didn't

25   impinge on a privilege.  Go ahead.

1          THE WITNESS:  That's a totally great -- that's

2    a great point.

3          So all I would say is there was an issue that

4    was being discussed.  This was just a business issue

5    between our venture funds and the company having to do

6    with what's going to happen with this note?  CZ was, you

7    know -- the company was the obligor, on the note CZ was

8    the obligee, and the question in the negotiation are we

9    going to buy him out?  Is he going to let us buy him

10   out?  What's going to happen?

11          And I don't even remember what any lawyer said

12   about that, but I do know that the lawyer who showed up

13   on that was Han.  And since that was not a Binance.com

14   issue, that was a CZ issue, we -- we were sort of

15   puzzled as to who the client was.  Again, I have no idea

16   what his position was, so I'm not disclosing any

17   communication with counsel, I just know he was the

18   person who was representing.

19          So it's just an example of, you know, there

20   were different layers of -- of that kind of

21   communication.

22     Q    Okay.  Do you know much about that note in

23   general?  Like why it was entered into?  Or and what

24   happened to it?

25     A    My --

```
 1              MR. HOLSCHER:  I'll counsel you, if you
 2   learned that from counsel --
 3              THE WITNESS:  Yeah, I understand.
 4              MR. HOLSCHER:  -- I don't want you to impinge
 5   upon any corporate attorney/client privilege.
 6              THE WITNESS:  Right.  Yeah.  My knowledge of
 7   it really doesn't have anything to do with that, it just
 8   has to do with the way that the company got
 9   bootstrapped.  So you know, the way companies typically
10   get started is somebody has to pay for it, so you know,
11   Hewlett & Packard used their personal checking account
12   in their mother's garage.  What happened with Binance.US
13   is CZ gave the company its first $10 million to get
14   launched, and that was done in the form of a note.
15              MS. HITCHENS:  Okay.
16              BY MS. HITCHENS:
17        Q    So I'm going to ask you about sort of making
18   distinctions.  Did you ever personality make any
19   distinction when reporting to Changpeng Zhao in their
20   capacity as a board director, as opposed -- his capacity
21   as a board director, as opposed to reporting to him in
22   other roles and capacities?  Did you ever personally
23   make a distinction?
24        A    I mean, I was 100 percent clear in my own mind
25   that -- I mean, until I quit, obviously, but I was 100
```

```
1    percent clear in my own mind that I worked for a board

2    of directors.  I personally, you know, very, very, very

3    strongly held the conviction that I did not work for

4    Binance.com, that nobody at Binance.com was my boss, and

5    that my role was to complete and highlight the corporate

6    separateness.  So when I talked to CZ, I considered

7    myself to be talking to him in his role as board chair

8    BAM Trading.  The same way that when I was, you know,

9    working at Fannie Mae I spoke to our board chair all the

10   time and I considered myself to be talking to the board

11   chair, not to somebody else but the board chair.

12        Q    Now, sitting here today and looking back on

13   your time at the company, do you look back and think,

14   oh, maybe there were distinctions when I was talking to

15   him?

16        A    Possibly not the distinction that you're

17   thinking about.  What -- what became clear to me at a

18   certain point was CZ was the CEO of BAM Trading, not me.

19    That's what became clear at a certain point.  That

20   wasn't because Binance.com somehow controlled us, but

21   again, he owns the vast majority of Binance.com so I put

22   that aside.

23             It was more of an issue of if I'm Steve

24   Ballmer and he's Bill Gates, who's really running this

25   company, right?  So it was not that oh, gee, CZ's acting
```

1    in a different capacity, it is more of do I have the

2    delegation and autonomy to carry out the mission of a

3    CEO as outlined in the mission document that you've

4    seen, right?  And at a certain point I concluded that I

5    did not.

6        Q    Can you just elaborate more why you're saying

7    now sitting here today you look back and think of him as

8    the CEO of BAM Trading?

9        A    Yeah.  I mean, look, he's obviously not

10   formally the CEO of BAM Trading, but in -- in my

11   judgment, right, there's a distinction between

12   management and governance.  The role of the board is

13   governance.  The role of the CEO is management, which

14   means day-to-day execution of a board approved strategy.

15

16        The time that the switch flipped in my mind

17   was, right, so I had joined the company with knowledge

18   of issues at the company and a belief that if those

19   issues could be fixed the company could be very

20   successful.  And I spent the first, you know, 80 days or

21   so working on those fixes, to the exclusion of almost

22   everything else.  The idea was we're going to get these

23   core foundational things realigned.

24        That was all fine.  And then at a certain day

25   I was -- a certain day late in that tenure, I was

76

1    overruled on all of them.  All of the things that we had

2    previously agreed and had worked on for 80 days were

3    suddenly repudiated with no further discussion, and on

4    that day, I realized, huh, I'm not actually the one

5    running this company, and the mission that I believe I

6    signed up for isn't the mission.  And as soon as I

7    realized that, I left.

8        Q    Well, can you tell me a little bit about that

9    day?

10       A    Sure.  I would say -- you know, when I say it

11   was a day, it was really the space of about eight to 10

12   days.  It began with our regular weekly meeting, you

13   know, which I described previously.  And you know, we

14   were going through the standard agenda items, how's the

15   fundraise going?  Who are the board members going to be?

16    What about the tech migration?  And in this particular

17   call, the issue was why are doing a tech migration?  And

18   what I remember about that call is that it was late in

19   the evening, and I said -- I said the tech migration is

20   one of the most important risks in this company.  It's

21   the reason the people believe that, you know, that in

22   fact the company's not an independent company, that in

23   fact it's controlled by, you know, somebody sitting in

24   China.  This is a foundational strategy, and I went

25   through all the reasons why we had agreed, and I

1    reminded him that we had agreed in this document.  And

2    the call ended with no good resolution, other than he

3    wanted to have a follow-up call the next day.  And I

4    remember this because it was a Saturday was the next

5    day.  And so I went to bed thinking, yikes, this is the

6    first time I felt we really had a misalignment here.  I

7    thought we agreed on what the direction was.

8            So the next morning, we reconvened on a video

9    again.  I was, you know, now worried.  I had not been

10   worried the night before until the end of the call, when

11   I realized we were misaligned.  Saturday morning, it was

12   all smiles again and it was like, you know what, I -- I

13   trust you.  I hired you for a reason.  Do what you think

14   you need to do.  And I thought okay, whew, great.

15           Then things developed over the coming week,

16   and then we had that board meeting that I described.

17   And on the board meeting -- on the board call with these

18   other people around, including my management team,

19   that's when the decision was articulated that not only

20   were not going to migrate the tech stack, but in fact,

21   we weren't going to do this venture round because he

22   didn't like the investors.  And by the way, we wouldn't

23   have any independent board members because he's the

24   majority shareholder he's entitled to hire and fire all

25   the board members.

1          That was when I said this really isn't going

2     to work.

3          Q    This is all occurring during the board meeting

4     when these statements were made about the complete

5     change of what you had been expecting from the Saturday

6     conversation; is that correct?

7          A    Yes.

8          Q    Well, you talked about having reached some

9     kind of agreement before this -- these events that just

10    transpired.  What was that agreement?

11         A    Well, so before I joined the company, you

12    know, the company has a controversial reputation.  It

13    has issues.  I mean, we know this, that's why you guys

14    are here, and I knew that, too, and so my willingness to

15    commit my time and reputation to this was really

16    contingent on let's agree that we're going to do a

17    certain set of things that will address some of the most

18    important issues, okay, beginning with the question of

19    who actually controlled this company?  Is this actually

20    a U.S. company subject to U.S. supervision, operating

21    within a universe that only allows some products and not

22    others, et cetera, et cetera, that was right, all of

23    that.

24          Then there was the technology issue.  Do we

25    have a TikTok problem?  Is all of the U.S. data

```
 1   accessible in China?  Is it possible that China could
 2   take this U.S. company and shut it down by shutting down
 3   our servers or whatever?  So that's what led to the
 4   creation of a document, I forget what the name of it is,
 5   but I mean, it's one of the documents you shared a
 6   couple of days ago that I assume you're going to show
 7   me.  That -- that document was my distillation of I will
 8   come if we agree that this is the plan.  And if it's not
 9   the plan, find somebody else.  That will be fine.
10           So you know, when I say agreement, that was a
11   document that I said let's agree on this as our
12   framework, and if we agree, great.  And if not, you'll
13   do fine.  You'll find somebody else.
14      Q   So when did that agreement get reached?  Was
15   it prior to you starting at the company before you sort
16   of signed your employment agreement?
17      A   Yeah.  Oh, yeah.  Yes.
18      Q   Okay.
19      A   Yes.  I mean, again, you have it.  The date is
20   whatever the date is.  I don't remember what it is, but
21   it was certainly before I joined the company.
22      Q   But in terms of the response that you got to,
23   sort of, your list of priorities that you -- it was your
24   proposal, but then when did you hear yes, we agree with
25   you, we're behind you on that list?
```

111

1       A    The -- the matching engine sits in Japan,

2  okay.  Other -- other code sits in Shanghai was my

3  understanding.

4       Q    Okay.  So how did you learn the location of

5  these servers?

6       A    I refer to my earlier answer; I had these

7  lengthy bootcamp sessions with all kinds of people who

8  were educating me on the business in my first three or

9  four weeks at the company.

10      Q    Do you recall any documentation about the

11  servers specifically and their location?

12      A    I don't.

13      Q    Okay.  So do you know who actually owns the

14  servers?

15      A    Who owns the physical servers?  I have no

16  idea.

17      Q    Okay.  And then who actually pays for the

18  servers?

19      A    Well, I mean look, I'm not 100 percent sure

20  which servers at this point we're even talking about.  I

21  mean, the servers on which our user data are housed will

22  be owned by Amazon Web Services and paid for by us under

23  contract.  The Matchbox matching engine server would be

24  owned by some affiliate of Binance Holdings for which we

25  have access through a services agreement that we pay

1   for.

2           In terms of the servers where the, for

3   example, you know, blockchain integrations for the next

4   token that we might list might happen, I have no idea

5   who owns that or how that gets paid for.

6       Q    In the meetings that you had with potential

7   investors and BAM Trading, did you recall those

8   potential investors ever asking about the location of

9   servers?

10      A    Not specifically, no.

11      Q    Did the location or servers ever come up

12  during those meetings?

13      A    I don't think so.  I mean, I -- you know,

14  technology in the meetings I was in wasn't discussed at

15  level of granularity.  You know, the way that I always

16  described it to people was, you know, that we had three

17  significant risk factors.  We had a strong technology

18  dependance on Binance.com through this set of contracts;

19  that we had, you know, one shareholder, you know; and

20  that we had this board structure, and what I said is the

21  purpose of the round is to facilitate the fixing of

22  those problems.  So it was a very common trope in this -

23  - in this message that we need to migrate the tech

24  stack, diversify the cap table, and add independent

25  directors.  That was sort of the mantra in these

113

1    meetings.

2         Q    So for -- you were not the only one from BAM

3    Trading who was participating in the investor meetings

4    or even communications.  Who at BAM Trading was

5    responsible for providing potential investors with the

6    details about the location of the servers or you know,

7    question -- very technical questions?

8         A    Well, again, it's beyond my knowledge that

9    anybody was even asking those questions, so when you ask

10   who was responsible for answering those questions, I'm

11   not sure anyone was because I'm not sure the questions

12   were asked.

13        To the extent that they were, you know, there

14   was a data room that was established that was hosted by

15   our outside law firm, Skatten, and the two people most

16   responsible for managing the diligence process were

17   Chris Robins, our general counsel, and Josh Sroge, our

18   CFO.

19        Q    So you were --

20        A    So for example, that  --

21        Q    -- previously --

22        A    -- that document you showed me -- just to

23   finish the answer, that document that you showed me a

24   few minutes ago, that would have been prepared likely

25   jointly by Chris and Josh.

114

1       Q     Thank you.

2             MR. HOLSCHER:  Kathleen, when you get -- when

3       you get spot, just take another five minute break when

4       you get a moment.  Just let us know a good time.

5             MS. HITCHENS:  Yeah, we'll try and move

6       through this and then take a break, okay?  Thank you,

7       Mark.

8             MR. HOLSCHER:  Okay.  I was just politely

9       asking if we could take a break in the next minute or

10      two, that's all.  Next few minutes would be great.

11            MS. HITCHENS:  Sure, I just wanted to ask one

12      follow-up question based on what --

13            MR. HOLSCHER:  Great.

14            MS. HITCHENS:  -- Brian was saying.

15            BY MS. HITCHENS:

16      Q     So which is, you mentioned that .com personnel

17      managed the offshore servers; is that correct?

18      A     .com managed the offshore servers?  I -- I

19      think what I said is I don't have any firsthand

20      knowledge of exactly what entity managed these servers.

21       I know that it wasn't us.  So you know, there was the

22      matching engine in Japan, presumably owned and

23      administered by some .com entity, but I have no idea

24      which one, and then there's other servers doing other

25      functions.  But again, I assume you will have a

1    technology deposition but that's not going to be me.  I

2    don't know the answer to that.

3         Q     Did any of the Shanghai -- BAM Trading

4    Shanghai employees and this Boran entity, did they help

5    manage the offshore servers?

6         A     I mean, they were software engineers so

7    managing servers, you know, which is a hardware and IT

8    function, I - I think would have been beyond their

9    remit.  These were guys who wrote code.

10        Q     Did they have access to those servers, do you

11   know?

12        A     You mean like physical access to the rooms

13   where the servers were?  I have no idea.

14        Q     No, access to be able to load code onto them

15   and their software and manage the server?

16        A     Oh, yeah, well I mean, they would have hit

17   like "control s" and that would have saved something to

18   something.  As sort of like, you know, right now, I

19   guess we all have access to a server because we're

20   interfacing on computer that runs over a server, but

21   it's beyond my knowledge as to what that was or where

22   that piece of hardware sat.

23        Q     But they didn't have, you know, to your

24   knowledge like higher clearance to sort of work with the

25   servers in any way?  You know, let's say you and I, you

1    know, we don't have the special permissions to, you

2    know, work with some of our technology but others do?

3        A    I --

4            MR. HOLSCHER:  Kathleen, I just -- I don't

5    want to make a formal objection, he's indicated it's a

6    no, so I hate to have him just speculate on how the --

7    how the various engineers work with the software and

8    hardware.  He just doesn't know.  I just worry --

9            MS. HITCHENS:  Sure.

10           MR. HOLSCHER:  -- it's not right for him to

11   speculate.

12           MS. HITCHENS:  Mark, there's no need to go on,

13   understood.  I want to get us to the bathroom, so just

14   one more question.

15           BY MS. HITCHENS:

16       Q    You know, where did the Boran employees sit in

17   Shanghai?  Do you know where their offices were located?

18       A    I -- I really have no idea.  I'm sure at some

19   point I might have seen a street address, but I couldn't

20   tell you.

21       Q    Did BAM Trading pay the lease for their office

22   space?

23       A    I -- I don't know.  I mean, again, I assume

24   you've seen the services agreement that dictated the

25   various things that were shared and the accounting

1    offsets and the payments and debits and credits that

2    occurred, that feels to me like a CFO question but I --

3    I don't know the answer to that.

4        Q    Okay.

5            MS. HITCHENS:  So let's go ahead and take a

6    five minute break.  We'll go off the record now at 1:50

7    p.m., Eastern, and we'll be back at 1:55 p.m., Eastern,

8    thank you.

9    (Whereupon, a brief recess was taken.)

10           MS. HITCHENS:  Well, let's go back on the

11   record, it is 1:56 p.m., Eastern.  Thank you very much,

12   took a bathroom break.

13           And I just want to confirm, Mr. Brooks, that

14   we've not have any substantive conversations during the

15   break; is that correct?

16           THE WITNESS:  Yeah.

17           MS. HITCHENS:  And apart from your attorney,

18   you didn't speak with anyone during the break; correct?

19           THE WITNESS:  Did not.

20           MS. HITCHENS:  And is anyone --

21           MR. HOLSCHER:  It was only --

22           MS. HITCHENS:  -- physically with you?

23           MR. HOLSCHER:  -- five minutes.  It's only

24   five minutes.  I think you can ask these each time, but

25   I'll let you know.  We're -- there's no one else here,

1    we're not consulting with anybody.  But we're also being

2    very quick.

3            MS. HITCHENS:  Thanks, Mark.  I'm trying to

4    belt and suspenders with this one.  Just want to make

5    sure no one's physically in the room with you or can

6    hear you?

7            MR. HOLSCHER:  (No response.)

8            MS. HITCHENS:  Okay.  And Bob, is that true

9    for you, no one is physically with you, or no one can

10   hear you; is that correct?

11           MR. POMMER:  That's correct.

12           MS. HITCHENS:  Great.

13           BY MS. FILIPP:

14       Q    So Mr. Brooks, do you have any understanding

15   as to what the code that runs Binance.US is?  Is it what

16   we've previously discussed with regards to the matching

17   engine and other software?  Or do you have a different

18   understanding of what, sort of, the Binance.US code is?

19       A    I -- I literally don't know how to answer that

20   question.  What the Binance.US code is, it's millions of

21   lines of computer code.

22       Q    Okay.

23       A    I mean, I'm -- I'm not sure what you're

24   looking for on that.

25       Q    Okay, that's fine.  In your contacts with

119

1   potential investors, did potential -- did they ever ask

2   you about who maintains the wallets for the Binance.US

3   digital assets?

4       A    Don't recall that.

5       Q    Okay.  Do you recall if potential investors

6   ever asked about the Binance Holdings custodial

7   agreement?

8       A    I mean, I have no memory of that.  Again, I

9   mean, you showed me a few minutes ago the diligence

10  questions that our lead investor put to us.  They were

11  the ones running the diligence process for the group of

12  investors.  I mean, those were -- those were the

13  questions that they asked us.

14      Q    They asked you questions about the custody

15  agreement; is that what you're saying?

16      A    No.  I'm saying that there's a document which

17  lists all the questions that they asked us, and you just

18  showed that document to me.

19      Q    Okay.  Just wanted to clarify, okay.  All

20  right, so did you ever hear potential investors

21  explicitly ask about who has access to Binance.US

22  customer data?

23      A    I mean, look the only memory I have of that

24  kind of discussion is, you know, in part because many of

25  these investors are people I had known for a long time,

1    as we opened the pitch by saying, "Let me tell you the

2    biggest risk in this company.  The biggest risk in this

3    company is we are highly dependent on a bunch of

4    technology that sits in Asia.  One of the things we're

5    going to do with the round proceeds is to migrate that

6    tech to the United States.  This is a giant risk

7    factor."  So to the extent they asked follow-up

8    questions, those would be memorialized in the diligence

9    questionnaire that you've already showed me, and our

10   answers were whatever they were.

11          But to be super clear, it's not like we were

12   running around representing that this technology is here

13   in the U.S. and super safe.  What we were saying is this

14   is the biggest honking risk factor in this company, is

15   the dependency on Chinese technology.  We will not

16   succeed unless we migrate it, we said to these guys, and

17   what we need is your help doing that.  And indeed, one

18   of our two lead investors gave us the outside technology

19   consultant who helped us develop our plan for migrating

20   all of the technology.  That was Red Point.  So.

21          Q    Was Red Point the investor who recommended the

22   consultant?  Or was Red Point the consultant?

23          A    Red Point had a new partner who was the former

24   CTO of GitHub and is one of the most famous computer

25   scientists in the world, and he worked with us to help

1    can Charles Schwab?  I mean, I don't know.  The real

2    issue is the sort of clearing price, the -- what's the

3    word that I'm looking for?  The -- the marginal cost of

4    an additional trade on an existing piece of software is

5    basically zero, so you know, it's easy to offer low

6    trading fees, it's hard to offer high trading fees in my

7    judgment.

8         Q    Did BAM Trading offer lower fees than Coinbase

9    for trading fees?

10        A    Yes.

11        Q    And how was BAM Trading able to do that at a

12   low cost?

13        A    I -- I think I just answered that question,

14   because the marginal costs of a marginal trade on a

15   software platform is zero.

16        Q    Was BAM Trading paying less for its, sort of,

17   tech stack than if it had created it in-house by virtue

18   of being able to license it from .com?

19        A    Well, it is definitely true that unlike

20   Coinbase, which had to build its own software, starting

21   in 2012 from scratch and invest in hundreds and hundreds

22   of engineers, we were able to basically launch as a

23   going concern, you know, and license a piece of software

24   that existed that somebody had built.  And it's almost

25   always true that when you're able to buy an existing

1    thing whose cost has already been fully amortized,

2    that's going to be a lot cheaper than if you have to

3    bear the cost of the initial startup expense yourself.

4         Q    So were the ongoing maintenance costs for the

5    Binance.US platform sort of less than Coinbase would

6    pay?

7         A    No idea.

8         Q    Okay.  Who would know?

9         A    I don't know.

10        Q    Okay.  Do you know if the cost would change

11   after the migration occurred?

12        A    The cost would likely go up.

13        Q    Okay.  And why is that?

14        A    Well, because the cost of operating one

15   platform is always lower than the cost of operating two

16   platforms, even if the two platforms are identical,

17   right.  So we would have to hire a team of people in the

18   United States to be the 50 people operating it.  U.S.

19   labor costs are far higher than Chinese costs are, as

20   I'm sure that you know.  And you know, from that point

21   on we would be responsible for our own design decisions,

22   and that would cost money.

23        Q    Were the service level agreements going to

24   sort of continue to exist after the migration?

25        A    Who can say that never happens, so I don't

126

1    know.

2         Q    Do you know whether they were contemplated to

3    exist?

4         A    I mean, we never got close to that, so I don't

5    think that discussion was ever had.

6         Q    Okay.  So basically, under the service level

7    agreements, it sounds like .com was able to sort of run

8    with the same personnel the Binance.US platform and then

9    the .com platform; is that correct?

10        A    No.  So let me just start over for a second.

11   So first of all, you've now said service level agreement

12   several times; service level agreements just refer to

13   timetables and deliverables.  That's not what these

14   were.  These were a services agreement and a licensing

15   agreement, not a service level agreement.  Just to

16   create common language here.

17            We had 50 employees that were not Binance.com

18   employees, these were the Boran people we previously

19   talked about who were responsible for our technology.

20   One of the things that they would do is when Binance.com

21   had a new release of the code base for this or that or

22   the other, whatever the particular update was that they

23   might be releasing, it was the Boran employees who then

24   spend time, you know, essentially copying that code,

25   making such minor adjustments as were needed for that

1    code to operate on our U.S., you know, front end

2    platform, and then would push it out to our customers.

3            So those were not Binance.com employees doing

4    that, they were Binance.US employees, Boran employees,

5    receiving updates from .com and then making those

6    changes for us.

7        Q    But those employees, though, did not work on

8    the matching engine; is that correct?

9        A    They didn't work on the matching engine,

10   that's right.

11       Q    So was .com using the -- you know, has its

12   matching engine folks, and they were also helping -- not

13   only helping to support the .com platform, ostensibly,

14   but those matching engine folks were also supporting the

15   .US platform?

16       A    No.  No, they were supporting the matching

17   engine.  We had a license --

18       Q    Okay.

19       A    -- that allowed us to use the matching engine.

20       Q    Okay.  Thank you for clarifying that.

21           So during your tenure at BAM Trading, did any

22   of the following happen: code changes occurred to the

23   Binance.US platform that were not announced to trading

24   personnel or to users?

25           MR. HOLSCHER:  I'm just going to counsel you