AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-cv-01599 |
| BINANCE HOLDINGS LIMITED, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc.                            .

Date:     06/09/2023

/s/ Andrew M. Leblanc
*Attorney's signature*

Andrew M. Leblanc - 479445
*Printed name and bar number*

Milbank LLP
1850 K Street, NW, Suite 1100
Washington D.C. 20006

*Address*

ALeblanc@milbank.com
*E-mail address*

(202) 835-7574
*Telephone number*

(202) 263-7574
*FAX number*