UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br> v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>       Defendants. | Civil Action No. 1-23-cv-01599-ABJ |

**Defendants BAM Trading Services Inc. and BAM Management US Holdings, Inc.'s Motion for George S. Canellos' Admission *Pro Hac Vice***

Pursuant to Civil Local Rule 83.2(c), Defendants BAM Trading Services Inc. and BAM Management US Holdings, Inc. respectfully move for admission and appearance of attorney George S. Canellos *pro hac vice* in the above-captioned matter.

This motion is supported by the Declaration of George S. Canellos, filed herewith. As set forth in the accompanying declaration, George S. Canellos is admitted, practicing, and a member in good standing of the New York State Bar. This motion is supported and signed by Andrew M. Leblanc, an active and sponsoring member of the Bar of this Court.

Dated: June 9, 2023						*/s/ Andrew M. Leblanc*
							Andrew M. Leblanc
							D.C. Bar No. 479445
							MILBANK LLP
							1850 K Street, NW, Suite 1100
							Washington D.C. 20006
							Telephone: (202) 835-7574
							Facsimile: (202) 263-7574
							Email: ALeblanc@milbank.com

							*Counsel for Defendants BAM Trading Services Inc. and BAM Management US Holdings, Inc.*