UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

BINANCE HOLDINGS LIMITED, BAM
TRADING SERVICES INC., BAM
MANAGEMENT US HOLDINGS INC.,
AND CHANGPENG ZHAO,

        Defendants.

Civil Action No. 1-23-cv-01599- ABJ

### Declaration of George S. Canellos in Support of Motion for Admission *Pro Hac Vice*

I, George S. Canellos, declare as follows:

1. I am counsel for Defendants BAM Trading Services Inc. and BAM Management US Holdings, Inc. in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is George S. Canellos.

3. I am a partner with the law firm of Milbank LLP. My office address is 55 Hudson Yards, New York, New York 10001. My telephone number is (212) 530-5792.

4. I am admitted, practicing, and a member in good standing of the New York State Bar (Bar Number 2343820), and eligible to practice in the following courts and jurisdictions:

- State of New York
- US District Court for the Southern District of New York
- US District Court for the Eastern District of New York

5. I have never been disciplined by any bar.

6. In the last two years, I have not been admitted *pro hac vice* in this Court.

7. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of June, 2023 in New York, New York.

_____
George S. Canellos