UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>　　　　　　Defendants. | Civil Action No. 1-23-cv-01599-ABJ |

**Defendants BAM Trading Services Inc. and BAM Management US Holdings, Inc.'s Motion for Adam J. Fee's Admission *Pro Hac Vice***

Pursuant to Civil Local Rule 83.2(c), Defendants BAM Trading Services Inc. and BAM Management US Holdings, Inc. respectfully move for admission and appearance of attorney Adam J. Fee *pro hac vice* in the above-captioned matter.

This motion is supported by the Declaration of Adam J. Fee, filed herewith. As set forth in the accompanying declaration, Adam J. Fee is admitted, practicing, and a member in good standing of the New York State Bar. This motion is supported and signed by Andrew M. Leblanc, an active and sponsoring member of the Bar of this Court.

| | |
|---|---|
| Dated: June 9, 2023 | <u>*/s/ Andrew M. Leblanc*</u><br>Andrew M. Leblanc<br>D.C. Bar No. 479445<br>MILBANK LLP<br>1850 K Street, NW, Suite 1100<br>Washington D.C. 20006<br>Telephone: (202) 835-7574<br>Facsimile: (202) 263-7574<br>Email: ALeblanc@milbank.com<br><br>*Counsel for Defendants BAM Trading Services Inc. and BAM Management US Holdings, Inc.* |