UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

BINANCE HOLDINGS LIMITED, BAM
TRADING SERVICES INC., BAM
MANAGEMENT US HOLDINGS INC.,
AND CHANGPENG ZHAO,

    Defendants.

Civil Action No. 1-23-cv-01599-ABJ

### Declaration of Adam J. Fee in Support of Motion for Admission *Pro Hac Vice*

I, Adam J. Fee, declare as follows:

1. I am counsel for Defendants BAM Trading Services Inc. and BAM Management US Holdings, Inc. in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Adam J. Fee.

3. I am a partner with the law firm of Milbank LLP. My office addresses are 2029 Century Park East, Los Angeles, CA 90067 and 55 Hudson Yards, New York, NY 10001. My telephone number is (424) 386-4401.

4. I am admitted, practicing, and a member in good standing of the New York State Bar and California State Bar, and eligible to practice in the following jurisdictions and courts:

- State of California
- State of New York

- US District Court for the Southern District of New York
- US District Court for the Central District of California
- US Court of Appeals for the Eleventh Circuit

5. I have never been disciplined by any bar.

6. In the last two years, I have not been admitted *pro hac vice* in this Court.

7. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of June, 2023 in Los Angeles, California.

_____
Adam J. Fee