UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>Defendants. | Civil Action No. 1-23-cv-01599-ABJ |

**[Proposed] Order**

At the District of Columbia this ____ day of June, 2023, having considered the Motion of Defendants BAM Trading Services Inc. and BAM Management US Holdings, Inc. seeking the admission *pro hac vice* of Adam J. Fee (ECF No. ____), and the Declaration of Adam J. Fee submitted in support of the Motion;

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED.

_____

Hon. Amy Berman Jackson
United States District Judge