UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>Defendants. | Civil Action No. 1-23-cv-01599-ABJ |

## Declaration of Matthew J. Laroche in Support of Motion for Admission *Pro Hac Vice*

I, Matthew J. Laroche, declare as follows:

1. I am counsel for Defendants BAM Trading Services Inc. and BAM Management US Holdings, Inc. in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Matthew J. Laroche.

3. I am a partner with the law firm of Milbank LLP. My office address is 55 Hudson Yards, New York, New York 10001. My telephone number is (212) 530-5514.

4. I am admitted, practicing, and a member in good standing of the New York State Bar (Bar Number 4873873), and eligible to practice in the following jurisdictions and courts:

- State of New York
- US District Court for the Southern District of New York
- US District Court for the Eastern District of New York

- US Court of Appeals for the Second Circuit

5. I have never been disciplined by any bar.

6. In the last two years, I have not been admitted *pro hac vice* in this Court.

7. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of June, 2023 in New York, New York.

Matthew J. Laroche