UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>*Defendants*. | Civil Action No. 1:23-CV-01599 |

NOTICE OF APPEARANCE

The Court will please enter the appearance of Abid R. Qureshi (DC Bar No. 459227) on behalf of Defendant Changpeng Zhao. Mr. Qureshi is a partner in the law firm of Latham & Watkins LLP with offices at 555 Eleventh Street NW, Suite 1000, Washington DC 20004, telephone (202) 637-2200. His email is abid.qureshi@lw.com.

For the avoidance of doubt, the filing of this Notice of Appearance shall not waive any jurisdictional defenses and objections, all of which are expressly preserved.

Date: June 12, 2023                                    Respectfully submitted,

                                                                    /s/ Abid. R. Qureshi
                                                                    Abid R. Qureshi (DC Bar No. 459227)
                                                                    Latham & Watkins LLP
                                                                    555 Eleventh Street NW, Suite 1000
                                                                    Washington DC 20004
                                                                    (202) 637-2200
                                                                    Abid.Qureshi@lw.com