IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 1:23-cv-01599-ABJ |

**NOTICE OF ENTRY OF APPEARANCE**

    I, Matthew T. Martens, hereby enter my appearance in this matter on behalf of BAM Trading Services Inc. and BAM Management US Holdings Inc.
.

Dated: June 12, 2023

                                               */s/ Matthew T. Martens*
                                               Matthew T. Martens, D.C. Bar # 1019099
                                               Wilmer Cutler Pickering Hale and Dorr LLP
                                               2100 Pennsylvania Ave., NW
                                               Washington, DC 20037
                                               Telephone: (202) 663-6000
                                               Fax: (202) 663-6363
                                               Matthew.Martens@wilmerhale.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of June 2023, a copy of the foregoing Notice of Entry of Appearance was filed electronically with the Clerk of the Court. This electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

*/s/ Matthew T. Martens*
Matthew T. Martens

ActiveUS 197628850v.1