AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-1599 |
| BINANCE HOLDINGS LTD. et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission.

Date: 06/12/2023

s/ John Emmett Murphy
*Attorney's signature*

John Emmett Murphy (NY 4459947)
*Printed name and bar number*
Securities and Exchange Commission
100 Pearl St.
New York, NY
10004
*Address*

murphyjoh@sec.gov
*E-mail address*

(212) 336-0078
*Telephone number*

*FAX number*