UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BINANCE HOLDINGS LIMITED, et al., <br><br> Defendants. | Civil Action No. 1:23-cv-01599-ABJ |

### MOTION FOR ADMISSION OF MATTHEW BEVILLE *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), Matthew T. Martens, a member of the bar of this Court and counsel for Defendants BAM Trading Services Inc. and BAM Management Holdings US Holdings Inc., hereby moves that Matthew Beville be granted leave to appear and practice *pro hac vice* in these proceedings on behalf of BAM Trading Services Inc. and BAM Management Holdings US Holdings Inc.

In support of this motion, Movant states as follows:

1. Mr. Beville's full name is Matthew Beville.

2. Mr. Beville is a licensed attorney practicing in the Washington, D.C. office of the law firm Wilmer Cutler Pickering Hale & Dorr LLP, 2100 Pennsylvania Ave., NW, Washington, DC 20037, telephone number (202) 663-6000.

3. Mr. Beville is a member in good standing of the District of Columbia and Florida bars.

4. Mr. Beville has not been disciplined by any bar and there are no pending disciplinary proceedings against him in any bar. He is not currently disbarred in any court, and he has not been denied admission to the courts of any state or any court of the United States.

5. Mr. Beville has been admitted *pro hac vice* in this Court zero times within the last two years.

6. Mr. Beville engages in the practice of law from an office located in the District of Columbia and is a member of the District of Columbia state bar (Bar No. 981256).

7. Mr. Beville intends to apply for admission to the bar of this Court in the near future, and is seeking *pro hac vice* admission so that he may appear in these proceedings in the interim.

8. A declaration signed by Mr. Beville, certifying the foregoing information, is attached hereto.

WHEREFORE, Movant requests that Matthew Beville be granted leave to appear and practice *pro hac vice* on behalf of the Defendants BAM Trading Services Inc. and BAM Management Holdings US Holdings Inc. in the above captioned matter.

Dated: June 12, 2023

Respectfully submitted,

*/s/ Matthew T. Martens*
Matthew T. Martens, D.C. Bar # 1019099
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037
Telephone: (202) 663-6000
Fax: (202) 663-6363
Matthew.Martens@wilmerhale.com

*Counsel for BAM Trading Services Inc. and BAM Management Holdings US Holdings Inc.*