UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BINANCE HOLDINGS LIMITED, et al., <br><br> Defendants. | Civil Action No. 1:23-cv-01599-ABJ |

**DECLARATION OF WILLIAM MCLUCAS
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, William McLucas, hereby declare and state as follows:

1. I submit this declaration in support of the motion of Matthew T. Martens for my admission to practice *pro hac vice* in the above captioned matter.

2. My full name is William McLucas. I am an attorney of the law firm Wilmer Cutler Pickering Hale & Dorr LLP, 2100 Pennsylvania Ave., NW, Washington, DC 20037. My telephone number is (202) 663-6000.

3. I am a member in good standing of the District of Columbia, New York, and Pennsylvania bars.

4. I have never been disciplined by any bar and there are no pending disciplinary proceedings against me in any bar. I am not currently disbarred in any court, and I have not been denied admission to the courts of any state or any court of the United States.

5. I have been admitted *pro hac vice* in this Court zero times within the last two years.

6. I engage in the practice of law from an office located in the District of Columbia and am a member of the District of Columbia bar (Bar No. 442995).

7. I intend to apply for admission to the bar of the U.S. District Court for the District of Columbia in the near future, and I am seeking *pro hac vice* admission so that I may appear in these proceedings in the interim.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of June, 2023 in Washington, D.C.

Respectfully submitted,

_____
William McLucas