UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

BINANCE HOLDINGS LIMITED, et al.,

    Defendants.

Civil Action No. 1:23-cv-01599-ABJ

## DECLARATION OF TIFFANY J. SMITH
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Tiffany J. Smith, hereby declare and state as follows:

1. I submit this declaration in support of the motion of Matthew T. Martens for my admission to practice *pro hac vice* in the above captioned matter.

2. My full name is Tiffany J. Smith. I am an attorney of the law firm Wilmer Cutler Pickering Hale & Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, NY 10007. My telephone number is (212) 230-8800.

3. I am a member in good standing of the District of Columbia and New York bars.

4. I have never been disciplined by any bar and there are no pending disciplinary proceedings against me in any bar. I am not currently disbarred in any court, and I have not been denied admission to the courts of any state or any court of the United States.

5. I have been admitted *pro hac vice* in this Court zero times within the last two years.

6. I am a member of the District of Columbia bar (Bar No. 442995), and I occasionally engage in the practice of law from an office located in the District of Columbia.

7.     I intend to apply for admission to the bar of the U.S. District Court for the District of Columbia in the near future, and I am seeking *pro hac vice* admission so that I may appear in these proceedings in the interim.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of June, 2023 in Washington, D.C.

Respectfully submitted,

_____
Tiffany J. Smith