UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

    v.

BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,

    Defendants.

Civil Action No. 1-23-cv-01599-ABJ

## [Proposed] Order

Upon consideration of Plaintiff U.S. Securities and Exchange Commission's Emergency Motion for a Temporary Restraining Order Freezing Assets, Granting Other Relief, and Order to Show Cause Why Relief Should Not Continue (the "Motion"), IT IS HEREBY ORDERED that Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc.'s proposed Stipulation and Consent Order is GRANTED and the Motion is DENIED as moot.

_____
HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE

Dated: _____

SERVE:

Jorge G. Tenreiro, Esq.
U.S. Securities and Exchange Commission
100 F Street N.E.
Washington, D.C. 20549

*Counsel for the Plaintiff*


William McLucas, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue NW
Washington D.C. 20037

George Canellos, Esq.
Milbank LLP
55 Hudson Yards
New York, NY 10001-2163

*Counsel for BAM Trading Services Inc. and BAM Management US Holdings Inc.*


Richard Grime, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306

*Counsel for Binance Holdings Limited*


Douglas Yatter, Esq.
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020

*Counsel for Changpeng Zhao*