# Exhibit 5



Log In      Get Started

How can we help you?

 Binance.US  >  Trading & Fees  >  Trading

Articles in this section

# List of Supported Assets

19 days ago · Updated

Follow

Binance.US strives to be a reliable and efficient marketplace providing access and trading across a healthy variety of digital assets. We will continue evaluating and offering coins, tokens and trading pairs on Binance.US in accordance with our Digital Asset Risk Assessment Framework, community feedback, and market demand.

We currently support 150+ digital assets:

| Asset | Networks | Trading Pairs |
| --- | --- | --- |
| 0x (ZRX) | ERC20 | ZRX/USD; ZRX/USDT |
| 1inch Network (1INCH) | ERC20/BEP20 | 1INCH/USD; 1INCH/USDT |
| Aave (AAVE) | ERC20/BEP20 | AAVE/USD; AAVE/USDT |
| Alchemy Pay (ACH) | ERC20/BEP20 | ACH/USD; ACH/USDT |
| Algorand (ALGO) | Algorand | ALGO/USD; ALGO/USDT; ALGO/BUSD |
| Alien Worlds (TLM) | ERC20/BEP20 | TLM/USD; TLM/USDT |
| Alpine F1 Team Fan Token (ALPINE) | BEP20 | ALPINE/USD; ALPINE/USDT |
| Ampleforth (FORTH) | ERC20 | FORTH/USD; FORTH/USDT |
| Ankr (ANKR) | ERC20/BEP20 | ANKR/USD |
| ApeCoin (APE) | ERC20 | APE/USD; APE/USDT |
| API3 (API3) | ERC20 | API3/USD; API3/USDT |
| Aptos (APT) | Aptos | APT/USD; APT/USDT |
| Aragon (ANT) | ERC20 | ANT/USD; ANT/USDT |
| Arbitrum (ARB) | Arbitrum/ERC20 | ARB/USD; ARB/USDT |
| Astar (ASTR) | Astar | ASTR/USD; ASTR/USDT |
| Audius (AUDIO) | ERC20 | AUDIO/USD; AUDIO/USDT |
| Avalanche (AVAX) | Avalanche C-CHAIN | AVAX/USD; AVAX/USDT |
| Axelar (AXL) | ERC20 | AXL/USD; AXL/USDT |
| Axie Infinity (AXS) | ERC20 | AXS/USD; AXS/USDT |
| Balancer (BAL) | ERC20/BEP20 | BAL/USD; BAL/USDT |

Help

| | | |
|---|---|---|
| Bancor (BNT) | ERC20/BEP20 | BNT/USD; BNT/USDT |
| Band Protocol (BAND) | Band Protocol (memo required)/BEP20 | BAND/USD; BAND/USDT |
| BarnBridge (BOND) | ERC20 | BOND/USD; BOND/USDT |
| Basic Attention Token (BAT) | ERC20/BEP20 | BAT/USD; BAT/USDT |
| Biconomy (BICO) | ERC20 | BICO/USD; BICO/USDT |
| Bitcoin (BTC) | Bitcoin/BEP2 (memo required)/BEP20 | BTC/USD; BTC/USDT; BTC/BUSD; BTC/USDC; BTC/UST; BTC/DAI |
| Bitcoin Cash (BCH) | Bitcoin Cash/BEP2 (memo required)/BEP20 | BCH/USD; BCH/USDT; BCH/BTC |
| BNB (BNB) | BEP2 (memo required)/ERC20/BEP20 | BNB/USD; BNB/USDT; BNB/BUSD; BNB/BTC |
| Boson Protocol (BOSON) | ERC20 | BOSON/USD; BOSON/USDT |
| Braintrust (BTRST) | ERC20 | BTRST/USD; BTRST/USDT |
| Cardano (ADA) | Cardano/BEP2 (memo required)/BEP20 | ADA/USD; ADA/USDC; ADA/USDT; ADA/BUSD; ADA/BTC; ADA/ETH |
| Cartesi (CTSI) | ERC20/BEP20 | CTSI/USD; CTSI/USDT |
| Celer Network (CELR) | ERC20/BEP20 | CELR/USD; CELR/USDT |
| Celo (CELO) | Celo | CELO/USD; CELO/USDT |
| ChainLink (LINK) | BEP2 (memo required)/ERC20/BEP20 | LINK/USD; LINK/USDT; LINK/BTC |
| Chiliz (CHZ) | ERC20 | CHZ/USD; CHZ/USDT |
| Clover Finance (CLV) | ERC20/BEP20 | CLV/USD; CLV/USDT |
| Compound (COMP) | ERC20/BEP20 | COMP/USD; COMP/USDT |
| Cosmos (ATOM) | Atom (memo required)/BEP20 | ATOM/USD; ATOM/USDT; ATOM/BTC |
| COTI (COTI) | ERC20/BEP20 | COTI/USD; COTI/USDT |
| Curve (CRV) | ERC20 | CRV/USD; CRV/USDT |
| DAI (DAI) | ERC20/BEP20 | DAI/USD |
| Dash (DASH) | Dash | DASH/USD |
| Decentraland (MANA) | ERC20 | MANA/USD; MANA/USDT; MANA/BUSD; MANA/BTC |
| DIA (DIA) | ERC20/BEP20 | DIA/USD; DIA/USDT |
| DigiByte (DGB) | DigiByte | DGB/USD; DGB/USDT |
| Dogecoin (DOGE) | Dogecoin/BEP20 | DOGE/USD; DOGE/USDT; DOGE/BTC |
| eCash (XEC) | BEP20 | XEC/USD; XEC/USDT |
| Elrond (EGLD) | Elrond/BEP20 | EGLD/USD; EGLD/USDT |
| Enjin Coin (ENJ) | ERC20 | ENJ/USD; ENJ/USDT |
| EOS (EOS) | EOS (memo required)/BEP20 | EOS/USD; EOS/USDT; EOS/BUSD |
| Ethereum (ETH) | ERC20/BEP2 (memo required)/BEP20/Optimism/Arbitrum | ETH/USD; ETH/USDT; ETH/BUSD; ETH/USDC; ETH/BTC; ETH/DAI |
| Ethereum Classic (ETC) | Ethereum Classic/BEP20 | ETC/USD; ETC/USDT |
| Ethereum Name Service (ENS) | ERC20 | ENS/USD; ENS/USDT |
| Fantom (FTM) | Fantom/ERC20/BEP20 | FTM/USD; FTM/USDT |
| FC Porto Fan Token (PORTO) | BEP20 | PORTO/USD; PORTO/USDT |
| Fetch.AI (FET) | Fetch.AI (memo required)/ERC20/BEP20 | FET/USD; FET/USDT |
| Filecoin (FIL) | Filecoin | FIL/USD; FIL/USDT |
| Floki Inu(FLOKI) | ERC20/BEP20 | FLOKI/USD; FLOKI/ USDT |
| Flow Network (FLOW) | BEP20/FLOW | FLOW/USD; FLOW/USDT |
| Flux (FLUX) | BEP20 | FLUX/USD; FLUX/USDT |
| Gala Games (GALA[v2]) | ERC20 | GALA/USD; GALA/USDT |

| | | |
|---|---|---|
| Galxe (GAL) | ERC20/BEP20 | GAL/USD; GAL/USDT |
| Geojam (JAM) | ERC20 | JAM/USD; JAM/USDT |
| Gitcoin (GTC) | ERC20 | GTC/USD; GTC/USDT |
| Golem (GLM) | ERC20 | GLM/USD; GLM/USDT |
| Harmony (ONE) | Harmony (must use shard0) | ONE/USD; ONE/USDT; ONE/BUSD |
| Hedera Hashgraph (HBAR) | Hedera Hashgraph (memo required) | HBAR/USD; HBAR/BUSD |
| Horizen (Zen) | Horizen | ZEN/USD; ZEN/USDT |
| ICON (ICX) | ICON | ICX/USD |
| iExec (RLC) | ERC20 | RLC/USD; RLC/USDT |
| Illuvium (ILV) | ERC20/BEP20 | ILV/USD; ILV/USDT |
| Immutable X (IMX) | ERC20 | IMX/USD; IMX/USDT |
| Internet Computer (ICP) | Internet Computer | ICP/USD; ICP/USDT |
| Internet of Services Token (IOST) | IOST (memo required) | IOST/USD; IOST/USDT |
| IOTA (MIOTA) | IOTA/BEP20 | IOTA/USD |
| Kadena (KDA) | Kadena | KDA/USD; KDA/USDT |
| Kava (KAVA) | Kava (memo required) | KAVA/USD; KAVA/USDT |
| Kusama (KSM) | Kusama/BEP20 | KSM/USD; KSM/USDT |
| Kyber Network Crystal v2 (KNC) | ERC20 | KNC/USD; KNC/USDT |
| Lazio Fan Token (LAZIO) | BEP20 | LAZIO/USD; LAZIO/USDT |
| League of Kingdoms (LOKA) | ERC20 | LOKA/USD; LOKA/USDT |
| Lido DAO (LDO) | ERC20 | LDO/USD; LDO/USDT |
| Lisk (LSK) | Lisk | LSK/USD; LSK/USDT |
| Litecoin (LTC) | Litecoin/BEP2 (memo required)/BEP20 | LTC/USD; LTC/USDT; LTC/BTC |
| Livepeer (LPT) | ERC20 | LPT/USD; LPT/USDT; LPT/BUSD |
| Loom Network (LOOM) | ERC20 | LOOM/USD; LOOM/USDT |
| Loopring (LRC) | ERC20 | LRC/USD; LRC/USDT; LRC/BTC |
| LTO Network (LTO) | ERC20/BEP20 | LTO/USD; LTO/USDT |
| Maker (MKR) | ERC20/BEP20 | MKR/USD; MKR/USDT |
| Marlin (POND) | ERC20/BEP20 | POND/USD; POND/USDT |
| Mask Network (MASK) | ERC20 | MASK/USD; MASK/USDT |
| Mines of Dalarnia (DAR) | ERC20/BEP20 | DAR/USD; DAR/USDT |
| MXC (MXC) | ERC20 | MXC/USD; MXC/USDT |
| My Neighbor Alice (ALICE) | ERC20/BEP20 | ALICE/USD; ALICE/USDT |
| Nano (XNO) | Nano | XNO/USD |
| NEAR Protocol (NEAR) | BEP20, NEAR Mainnet | NEAR/USD; NEAR/USDT; NEAR/BUSD |
| NEO (NEO) | NEP5 | NEO/USD; NEO/USDT |
| Numeraire (NMR) | ERC20 | NMR/USD; NMR/USDT |
| Oasis Network (ROSE) | Oasis | ROSE/USD; ROSE/USDT |
| Ocean Protocol (OCEAN) | ERC20/BEP20 | OCEAN/USD; OCEAN/USDT |
| OMG Network (OMG) | ERC20 | OMG/USD; OMG/USDT; OMG/BUSD |
| Ontology (ONT) | Ontology/BEP20 | ONT/USD; ONT/USDT |
| Optimism (OP) | Optimism | OP/USD; OP/USDT |
| Orchid (OXT) | ERC20 | OXT/USD; OXT/USDT |
| Origin Token (OGN) | ERC20 | OGN/USD; OGN/USDT |

| | | |
|---|---|---|
| OriginTrail (TRAC) | ERC20 | TRAC/USD; TRAC/USDT |
| Pax Gold (PAXG) | ERC20 | PAXG/USD; PAXG/USDT |
| Polkadot (DOT) | Polkadot | DOT/USD; DOT/USDT; DOT/BTC |
| Polygon (MATIC) | Polygon/ERC20/BEP20 | MATIC/USD; MATIC/USDT; MATIC/BUSD; MATIC/BTC |
| Polymesh (POLYX) | Polymesh (memo required) | POLYX/USD; POLYX/USDT |
| Prom (PROM) | ERC20/BEP20 | PROM/USD; PROM/USDT |
| Qtum (QTUM) | Qtum | QTUM/USD; QTUM/USDT |
| Quant Network (QNT) | ERC20 | QNT/USD; QNT/USDT |
| Radicle (RAD) | ERC20 | RAD/USD; RAD/USDT |
| Ravencoin (RVN) | Ravencoin | RVN/USD |
| Reef (REEF) | ERC20/BEP20 | REEF/USD; REEF/USDT |
| Ren (REN) | ERC20 | REN/USD; REN/USDT |
| Render Network (RNDR) | ERC20 | RNDR/USD; RNDR/USDT |
| Request (REQ) | ERC20 | REQ/USD; REQ/USDT |
| Santos FC Fan Token (SANTOS) | BEP20 | SANTOS/USD; SANTOS/USDT |
| Shiba Inu (SHIB) | ERC20/BEP20 | SHIB/USDT; SHIB/BUSD |
| SKALE Network (SKL) | ERC20 | SKL/USD; SKL/USDT |
| Smooth Love Potion (SLP) | ERC20/BEP20 | SLP/USD; SLP/USDT |
| Solana (SOL) | Solana | SOL/USD; SOL/USDC; SOL/USDT; SOL/BUSD; SOL/BTC |
| Stargate Finance (STG) | ERC20 | STG/USD; STG/USDT |
| Stellar Lumens (XLM) | Stellar Lumens (memo required) | XLM/USD; XLM/USDT |
| StormX (STMX) | ERC20 | STMX/USD; STMX/USDT |
| Storj (STORJ) | ERC20 | STORJ/USD; STORJ/USDT |
| SuperRare (RARE) | ERC20 | RARE/USD; RARE/USDT |
| Sushi (SUSHI) | ERC20/BEP20 | SUSHI/USD; SUSHI/USDT |
| Synthetix Network Token (SNX) | ERC20/BEP20 | SNX/USD; SNX/USDT |
| Syscoin (SYS) | Syscoin | SYS/USD; SYS/USDT |
| Tether (USDT) | ERC20/BEP2 (memo required)/BEP20/TRC20/Solana/Polygon/AVAXC | USDT/USD |
| Tezos (XTZ) | Tezos/BEP20 | XTZ/USD; XTZ/BUSD; XTZ/BTC |
| The Graph (GRT) | ERC20 | GRT/USD; GRT/USDT |
| The Sandbox (SAND) | ERC20 | SAND/USD; SAND/USDT |
| Theta Fuel (TFUEL) | Theta | THETA/USD; THETA/USDT |
| Theta Network (THETA) | Theta | THETA/USD; THETA/USDT |
| Threshold Network (T) | ERC20 | T/USD; T/USDT |
| True USD (TUSD) | ERC20 | TUSD/USD; TUSD/USDT |
| Uniswap (UNI) | BEP2 (memo required)/ERC20/BEP20 | UNI/USD; UNI/USDT; UNI/BTC |
| USD Coin (USDC) | ERC20/BEP20/TRC20/Solana/Polygon/AVAXC | USDC/USD; USDC/USDT; USDC/BUSD |
| Vechain (VET) | VeChain | VET/USD; VET/USDT |
| VeThor Token (VTHO) | VeChain | VTHO/USD; VTHO/USDT |
| Vite Network (VITE) | BEP20 | VITE/USD; VITE/USDT |
| Voxies (VOXEL) | Polygon | VOXEL/USD; VOXEL/USDT |
| Waves (WAVES) | Waves | WAVES/USD |

| WAX Network (WAXP) | WAX (memo required)/ERC20 | WAXP/USD; WAXP/USDT |
| --- | --- | --- |
| Wrapped Bitcoin (WBTC) | ERC20 | WBTC/BTC |
| yearn.finance (YFI) | ERC20 | YFI/USD; YFI/USDT |
| Zcash (ZEC) | Zcash/BEP20 | ZEC/USD; ZEC/USDT |
| Zilliqa (ZIL) | Zilliqa | ZIL/USD; ZIL/BUSD |

**Download the Binance.US app to trade on the go:** iOS | Android

Follow us to stay up to date with Binance.US news and announcements:

Binance.US on Twitter

Binance.US on Instagram

Binance.US on Telegram

Binance.US on Facebook

Binance.US on Reddit

**Legal disclaimer:** This material has been prepared for general informational purposes only and should NOT be: (1) considered an individualized recommendation or advice; or (2) relied upon for any investment activities. All information is provided on an as-is basis and is subject to change without notice. We make no representation or warranty of any kind, express or implied, regarding the accuracy, validity, reliability, availability, or completeness of any such information. Binance.US does NOT provide investment, legal, or tax advice in any manner or form. The ownership of any investment decision(s) exclusively vests with you after analyzing all possible risk factors and by exercising your own independent discretion. Binance.US shall not be liable for any consequences thereof.

**Risk warning:** Buying, selling, and holding cryptocurrencies are activities that are subject to high market risk. The volatile and unpredictable nature of the price of cryptocurrencies may result in a significant loss. Binance.US is not responsible for any loss that you may incur from price fluctuations when you buy, sell, or hold cryptocurrencies. Please refer to our Terms of Use for more information.

**Binance.US reserves the right in its sole discretion to amend or change or cancel this announcement at any time and for any reasons without prior notice.**

#### Was this article helpful?

Yes   No

10 out of 14 found this helpful

Have more questions? Chat with us!

Return to top ^

### Recently viewed articles

Binance.US Law Enforcement Guide

### Related articles

How to Trade on Binance.US (Market & Limit Orders)

What Do "Maker" and "Taker" Mean?

What are the Trading Fees on Binance.US?

Why Can't I Withdraw or Trade?

 Help

Binance.US Adds Additional BTC Trading Pairs for Cardano (ADA) and Tezos (XTZ)



© 2023 BAM Trading Services Inc. d.b.a. Binance.US - All rights reserved.

NMLS ID: 1906829

      

Help