# Exhibit 9



Sign in

Binance  >  Latest News

Search

Articles in this section

# Binance System Upgrade Complete: VIP User Promotion & 50,000 BNB Community Giveaway



Binance
4 years ago

**Fellow Binancians,**

Binance has completed its system upgrade and we will resume all trading activity at 1:00 PM (UTC).

From now until the commencement of trading, users will be able to cancel open orders, process deposits and use other account related functions. Please note that the withdrawal function will be available shortly after trading resumes.

To increase the security and protection of your account, we recommend that you read through 14 Tips to Enhance Security for Your Binance Account, as well as periodically changing your password, resetting your 2FA, and updating your anti-phishing code.

To express our gratitude for the Binance community's unwavering support, we will be providing VIP level ups and holding a 50,000 BNB giveaway.

**Trade over 1 BTC to share a 50,000 BNB prize pool**

Promotion Period: 2019/05/15 1:00 PM - 2019/05/18 0:00 AM (UTC)

All users with valid trading volume of 1 BTC or more (buy & sells) across any trading pairs on Binance during the promotion period will split a pool of 50,000 BNB.

**Enjoy a VIP level up for 7 days**

Promotion Period: 2019/05/15 1:00 PM - 2019/05/22 0:00 AM (UTC)

All existing VIP users will enjoy a one VIP level up on their current VIP level obtained by the standard qualified trading volume and BNB asset holding calculation. For example, a VIP 3 user will be promoted to VIP 4 during the promotion period. Please refer to our Binance VIP Level Standard to see if you qualify.

Terms:

- Binance reserves the right to cancel or amend the Activity or Activity Rules at our sole discretion.
- Valid trading volume refers to total buys and sells, excluding wash trades.
- Binance reserves the right to disqualify trades which are deemed to be wash trades or display attributes of market manipulation.
- Rewards will be issued within 2 weeks after the competition ends. You will be able to login and see your prize via Distribution History > Account Center.
- Sub-accounts will not be able to participate in this activity.

Risk warning: Cryptocurrency investment is subject to high market risk. Binance is not responsible for any direct, indirect or consequential losses as a result of the trading competition. Please make your investments with caution.

Thanks for your support!

Binance Team

2019/05/15


Find us on

Telegram: https://t.me/binanceexchange

Twitter: https://twitter.com/binance

Facebook: https://www.facebook.com/binance

Instagram: https://www.instagram.com/binanceexchange/

  

## Was this article helpful?

✓ Yes        ✗ No

728 out of 874 found this helpful

Have more questions? Submit a request

Return to top ↑

## Related articles

Introducing the Harmony (ONE) Token Sale on Binance Launchpad

Binance's 50,000 BNB Community Giveaway Has Now Concluded

System Upgrade Extension

Harmony (ONE) Trading Airdrop on Binance DEX - 25,000,000 ONE and 3,000 BNB to be Airdropped!

Harmony (ONE) Token Sale & Ticket Claim Will Begin Shortly

## Comments

0 comments

Article is closed for comments.

Binance                                                             English (US) ⌄