# Exhibit 10



Register now and get verified - Enjoy Welcome Rewards up to $100!

# Announcement

Search announcements

**Search**

Home  >  Support Center  >  Announcement  >  Latest Activities  >  Binance Launches

## Binance Launches 50,000 BNB Community Giveaway

2020-02-20 19:13

To express our gratitude for the Binance community's unwavering support, we will be giving away 50,000 BNB with two promotions below.

Promotion Period: 2020/02/24 00:00 AM -2020/02/27 00:00 AM  (UTC)

**Promotion A: Trade 1 BTC on Spot or Margin and Split a 40,000 BNB Prize Pool**

All users that trade the equivalent of 1 BTC or more (including buy & sells) on Binance Spot or Margin markets during the promotion period will split a pool of 40,000 BNB.

**Promotion B: Trade 1 BTC on Binance Futures and Split a 10,000 BNB Prize Pool**

All users that trade the equivalent of 1 BTC or more on Binance Futures during the promotion period will split a pool of 10,000 BNB.

If you have not opened a Binance Futures account yet, you can click here for an additional 10% discount on trading fees across all contracts for the first 30 days!

Terms & Conditions:

- Binance reserves the right to cancel or amend the Activity or Activity Rules at our sole discretion.
- Users can participate in both Promotion A and B and receive rewards for both activities.
- Promotions A & B include trading volume from all available pairs on Binance Spot & Margin markets and Binance Futures respectively.
- Binance reserves the right to disqualify trades that are deemed to be wash trades or illegal registration accounts, self-dealing or display attributes of market manipulation, etc.
- Sub-account and margin account trading volume will be combined with the master accounts standard trading volume in the final calculation. Each sub-account will not be viewed as an independent account when participating in this activity.
- Rewards will be distributed within 2 weeks after the competition ends. You will be able to login