# EXHIBIT C



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

———————

   I, *Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that*

## Douglas Kent Yatter

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* **July 24, 2002,** *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on June 6, 2023.*

*Maria T. Fasulo*

Clerk of the Court

*CertID-00122405*



𝕬𝖕𝖕𝖊𝖑𝖑𝖆𝖙𝖊 𝕯𝖎𝖛𝖎𝖘𝖎𝖔𝖓
𝕾𝖚𝖕𝖗𝖊𝖒𝖊 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝖙𝖍𝖊 𝕾𝖙𝖆𝖙𝖊 𝖔𝖋 𝕹𝖊𝖜 𝖄𝖔𝖗𝖐
𝕾𝖊𝖈𝖔𝖓𝖉 𝕵𝖚𝖉𝖎𝖈𝖎𝖆𝖑 𝕯𝖊𝖕𝖆𝖗𝖙𝖒𝖊𝖓𝖙
𝟦𝟧 𝕸𝖔𝖓𝖗𝖔𝖊 𝕻𝖑𝖆𝖈𝖊
𝕭𝖗𝖔𝖔𝖐𝖑𝖞𝖓, 𝕹.𝖄. 𝟣𝟣𝟤𝟢𝟣
(718) 875-1300

**HECTOR D. LASALLE**
PRESIDING JUSTICE

**MARIA T. FASULO**
CLERK OF THE COURT

**DARRELL M. JOSEPH**
DEPUTY CLERKS

**KENNETH BAND**
**MELISSA KRAKOWSKI**
**WENDY STYNES**
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*Maria T. Fasulo*

Maria T. Fasulo
Clerk of the Court

Revised January 2022