# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>　　Defendants. | Case No.  1:23-cv-01599 |

## DECLARATION OF BENJAMIN NAFTALIS
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Benjamin Naftalis, make the following declaration under 28 U.S.C. § 1746:

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth below.

2. I am a partner at Latham & Watkins LLP, attorneys for Defendant Changpeng Zhao in the above captioned matter.  My office address is 1271 Avenue of the Americas, New York, NY 10020. My business telephone number is (212) 906-1713. My email address is benjamin.naftalis@lw.com.

3. I am a member in good standing of the bar of the State of New York, No. 4305249, admitted on 3/7/2005.

4. I hereby certify that I have never been disciplined by any bar in any jurisdiction.

5. I have not previously been admitted *pro hac vice* in this Court in any matter.

6. I do not practice law from an office located in the District of Columbia and I am not a member of the District of Columbia bar.

7.   The name, address, telephone number, and email address of the sponsoring attorney of record for the Defendant in this matter is:

>   Abid R. Qureshi (D.C. Bar # 459227)
>   abid.qureshi@lw.com
>   LATHAM & WATKINS LLP
>   555 Eleventh Street, NW, Suite 1000
>   Washington, D.C. 20004-1304
>   Telephone: (202) 637-2200

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 9th day of June, 2023.

_____
Benjamin Naftalis
New York Bar No. 4305249
Latham & Watkins LLP
1271 Avenue of the Americas
New York NY 10020
Telephone: (212) 906-1713
benjamin.naftalis@lw.com

*Attorneys for Defendant Changpeng Zhao*