## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    *Plaintiff*,<br><br>          v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br><br>                    *Defendants.* | Civil Action No. 1:23-CV-01599 |

### NOTICE OF APPEARANCE

The Court will please enter the appearance of William R. Baker III (DC Bar No. 383944) on behalf of Defendant Changpeng Zhao.  Mr. Baker is a partner in the law firm of Latham & Watkins LLP with offices at 555 Eleventh Street NW, Suite 1000, Washington DC 2000, telephone (202) 637-2200.  His email is william.baker@lw.com.

For the avoidance of doubt, the filing of this Notice of Appearance shall not waive any jurisdictional defenses and objections, all of which are expressly preserved.

Date: June 12, 2023                               Respectfully submitted,

                                        **/s/** William R. Baker III
                                        William R. Baker III (DC Bar No. 383944)
                                        Latham & Watkins LLP
                                        555 Eleventh Street NW, Suite 1000
                                        Washington DC 20004
                                        (202) 637-2200
                                        william.baker@lw.com