# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>    Plaintiff,<br><br>v.<br><br>**BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,**<br><br>    Defendants. | Case No.  1:23-cv-01599 |

**DECLARATION OF MELANIE M. BLUNSCHI**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Melanie M. Blunschi, make the following declaration under 28 U.S.C. § 1746:

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth below.

2. I am a partner at Latham & Watkins LLP, attorneys for Defendant Changpeng Zhao in the above captioned matter. My office address is 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538. My business telephone number is (415) 395-8129. My email address is melanie.blunschi@lw.com.

3. I am a member in good standing of the bar of the State of California, No. 234264, admitted December 6, 2004.

4. I hereby certify that I have never been disciplined by any bar in any jurisdiction.

5. I have not previously been admitted *pro hac vice* in this Court in any matter.

6. I do not practice law from an office located in the District of Columbia and I am not a member of the District of Columbia bar.

7. The name, address, telephone number, and email address of the sponsoring attorney of record for the Defendant in this matter is:

>Abid R. Qureshi (D.C. Bar # 459227)
>abid.qureshi@lw.com
>LATHAM & WATKINS LLP
>555 Eleventh Street, NW, Suite 1000
>Washington, D.C. 20004-1304
>Telephone: (202) 637-2200

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 7th day of June, 2023.

>*/s/ Melanie M. Blunschi*
>Melanie M. Blunschi
>California Bar No. 234264
>Latham & Watkins LLP
>505 Montgomery Street, Suite 2000
>San Francisco, CA 94111-6538
>Telephone: (415) 395-8129
>melanie.blunschi@lw.com
>
>*Attorneys for Defendant Changpeng Zhao*