IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>    Defendants. | Case No. 1:23-cv-01599 |

## MOTION FOR ADMISSION OF
## HEATHER A. WALLER *PRO HAC VICE*

Pursuant to Rule 83.2(c) of the Local Rules of this Court, Abid R. Qureshi, undersigning sponsoring counsel, respectfully moves the Court for the admission *pro hac vice* of Heather A. Waller of Latham & Watkins LLP to appear for Defendant Changpeng Zhao in this action. For the avoidance of doubt, the appearance of Heather A. Waller shall not waive any jurisdictional defenses and objections, all of which are expressly preserved.

The movant, Abid R. Qureshi, is a member in good standing of the Bar of the District of Columbia (DC Bar No. 459227) and the United States District Court for the District of Columbia and he is authorized to file through the Court's Electronic Filing System. Mr. Qureshi is a partner in the law firm of Latham & Watkins LLP located at:

> 555 Eleventh Street, NW
> Suite 1000
> Washington, DC 20004-1304
> 202-637-2200
> Email: abid.qureshi@lw.com

This motion is accompanied by a declaration from Heather A. Waller, attached hereto as Exhibit A, providing the information required by Rule 83.2(c) of the Local Rules of this Court.

As set forth in the declaration, Heather A. Waller meets the requirements under Rule 83.2(c) for admission *pro hac vice*.

A proposed order is attached hereto as Exhibit B.

A certificate of good standing from the State Bar of Illinois is attached as Exhibit C.

For the foregoing reasons, the undersigned respectfully requests that this motion be granted and that Heather A. Waller be permitted to represent Defendant Changpeng Zhao.

Respectfully submitted on this 12th day of June, 2023.

/s/ *Abid R. Qureshi*
Abid R. Qureshi (D.C. Bar # 459227)
abid.qureshi@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200

*Attorney for Defendant Changpeng Zhao*

,