# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>Defendants. | Case No.  1:23-cv-01599 |

### [PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE*

UPON CONSIDERATION for Defendant's Motion for *Pro Hac Vice* Admission of Heather A. Waller, together with papers submitted in support thereof, the Court HEREBY ORDERS:

Defendant's Motion for *Pro Hac Vice* Admission of Heather A. Waller is GRANTED and Heather A. Waller is admitted *pro hac vice* to the United States District Court for the District of Columbia in the above-captioned case.

IT IS SO ORDERED.

This _____ day of _____, 2023.

_____
United States District Judge