UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED; BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO<br><br>*Defendants*. | Civil Action No. 1:23-CV-01599 |

NOTICE OF APPEARANCE

The Court will please enter the appearance of Michael E. Bern (DC Bar No. 994791) on behalf of Defendant Changpeng Zhao. Mr. Bern is a partner in the law firm of Latham & Watkins LLP with offices at 555 Eleventh Street NW, Suite 1000, Washington DC 2000, telephone (202) 637-2200. His email is michael.bern@lw.com.

For the avoidance of doubt, the filing of this Notice of Appearance shall not waive any jurisdictional defenses and objections, all of which are expressly preserved.

Date: June 12, 2023

Respectfully submitted,

/s/ Michael E. Bern
Michael E. Bern (DC Bar No. 994791)
Latham & Watkins LLP
555 Eleventh Street NW, Suite 1000
Washington DC 20004
(202) 637-2200
michael.bern@lw.com