# EXHIBIT BH-21

Investing > Stock Market > Market Sectors > Financials > Cryptocurrency Stocks > What Is Staking

# What Is Staking in Crypto?

**Staking is a way to put your crypto to work and earn rewards on it.**

By Lyle Daly – Updated Apr 21, 2023 at 9:55AM

If you're a crypto investor, staking is a concept you'll hear about often. Staking is the way many cryptocurrencies verify their transactions, and it allows participants to earn rewards on their holdings.

But what is crypto staking? Staking cryptocurrencies is a process that involves committing your crypto assets to support a blockchain network and confirm transactions.

Case 1:23-cv-01599-ABJ    Document 53-3    Filed 06/12/23    Page 3 of 56

It's available with cryptocurrencies that use the proof-of-stake model to process payments. This is a more energy-efficient alternative to the original proof-of-work model. Proof of work requires mining devices that use computing power to solve mathematical equations.

Staking can be a great way to use your crypto to generate passive income, especially because some cryptocurrencies offer high interest rates for staking. Before you get started, it's important to fully understand how crypto staking works.

# How staking in crypto works

With cryptocurrencies that use the proof-of-stake model, staking is how new transactions are added to the blockchain.

First, participants pledge their coins to the cryptocurrency protocol. From those participants, the protocol chooses validators to confirm blocks of transactions. The more coins you pledge, the more likely you are to be chosen as a validator.

Every time a block is added to the blockchain, new cryptocurrency coins are minted and distributed as staking rewards to that block's validator. In most cases, the rewards are the same type of cryptocurrency that participants are staking. However, some blockchains use a different type of cryptocurrency for rewards.

If you want to stake crypto, you need to own a cryptocurrency that uses the proof-of-stake model. Then you can choose the amount you want to stake. You can do this through many popular cryptocurrency exchanges.

Your coins are still in your possession when you stake them. You're essentially putting those staked coins to work, and you're free to unstake them later if you want to trade them. The unstaking process may not be immediate; with some cryptocurrencies, you're required to stake coins for a minimum amount of time.

Case 1:23-cv-01599-ABJ    Document 53-3    Filed 06/12/23    Page 4 of 56

Staking isn't an option with all types of cryptocurrency. It's only available with cryptocurrencies that use the proof-of-stake model.

Many cryptos use the proof-of-work model to add blocks to their blockchains. The problem with proof of work is that it requires considerable computing power. That has led to significant energy usage from cryptocurrencies that use proof of work. **Bitcoin** (**BTC -2.14%**) in particular has been criticized over environmental concerns.

Proof of stake, on the other hand, doesn't require nearly as much energy. This also makes it a more scalable option that can handle greater numbers of transactions.



Image source: The Motley Fool

# How to stake crypto

Staking cryptocurrency may seem a little confusing the first time around, but it's a simple process once you get the hang of it. Here's how to stake crypto step by step:

# 1. Buy a cryptocurrency that uses proof of stake.

As previously noted, not all cryptocurrencies offer staking. You need a cryptocurrency that validates transactions with proof of stake. Here are a few of the major

cryptocurrencies you can stake and a little bit about each one:

- **Ethereum** (**ETH -4.3%**) was the first cryptocurrency with a programmable blockchain that developers can use to create apps. Ethereum started out using proof of work, but it's transitioning to a proof-of-stake model.

- **Cardano** (**ADA -4.53%**) is an eco-friendly cryptocurrency. It was founded on peer-reviewed research and developed through evidence-based methods.

- **Polkadot** (**DOT -7.09%**) is a protocol that allows different blockchains to connect and work with one another.

- **Solana** (**SOL -3.89%**) is a blockchain designed for scalability since it offers fast transactions with low fees.

Start by learning more about any proof-of-stake cryptos that catch your eye, including how they work, their staking rewards, and the staking process with each one. Next, you can look for the crypto you want and buy it on cryptocurrency apps and exchanges.

## 2. Transfer your crypto to a blockchain wallet.

After you buy your crypto, it will be available in the exchange where you purchased it. Some exchanges have their own staking programs with select cryptocurrencies. If that's the case, you can just stake crypto directly on the exchange.

Otherwise, you'll need to move your funds to a blockchain wallet, also known as a crypto wallet. Wallets are considered the best way to safely store cryptocurrency. The fastest option here is to download a free software wallet, but there are also hardware wallets available for purchase.

When you have your wallet, choose the option to deposit crypto and then select the type of cryptocurrency you're depositing. This will generate a wallet address. Go to your exchange account and choose the option to withdraw your crypto. Copy and

Case 1:23-cv-01599-ABJ    Document 53-3    Filed 06/12/23    Page 6 of 56

paste that wallet address to transfer your crypto from your exchange account to your wallet.

# 3. Join a staking pool.

While staking can work differently depending on the cryptocurrency, most use staking pools. Crypto traders combine their funds in these staking pools to have a better chance of earning staking rewards.

Research the staking pools available for the cryptocurrency you have. There are a few things to look for here:

- **Reliability:** You don't earn rewards while your staking pool's servers are down. Pick one that has an uptime as close to 100% as possible.

- **Reasonable fees:** Most staking pools take a small cut of the staking rewards as a fee. Reasonable amounts depend on the cryptocurrency, but 2% to 5% is common.

- **Size:** Smaller pools are less likely to be chosen to validate blocks but offer larger rewards when they are chosen since they don't need to divide rewards as much. You don't want a pool that's too small and could potentially fail. On the other hand, some cryptos limit the amount of rewards a pool can earn, so the largest pools can become oversaturated. For most investors, mid-size pools are best.

Once you've found a pool, stake your crypto to it through your wallet. That's all you need to do, and you'll start earning rewards.

# What is proof of stake?

Proof of stake in crypto is a consensus mechanism -- a way for a blockchain to validate transactions. The nodes in a blockchain must be in agreement on the present state of the blockchain and which transactions are valid.

Case 1:23-cv-01599-ABJ    Document 53-3    Filed 06/12/23    Page 7 of 56

There are different consensus mechanisms that cryptocurrencies use. Proof of stake is one of the most popular for its efficiency and because participants can earn rewards on the crypto they stake.

Staking rewards are an incentive that blockchains provide to participants. Each blockchain has a set amount of crypto rewards for validating a block of transactions. When you stake crypto and you're chosen to validate transactions, you receive those crypto rewards.



5 stocks to buy under $49! Learn More »

# Benefits of staking crypto

Here are the benefits of cryptocurrency staking:

- It's an easy way to earn interest on your cryptocurrency holdings.

- You don't need any equipment for crypto staking like you would for crypto mining.

- You're helping to maintain the security and efficiency of the blockchain.

- It's more environmentally friendly than crypto mining.

The primary benefit of staking is that you earn more crypto, and interest rates can be very generous. In some cases, you can earn more than 10% or 20% per year. It's potentially a very profitable way to invest your money. And, the only thing you need is crypto that uses the proof-of-stake model.

Staking is also a way of supporting the blockchain of a cryptocurrency you're invested in. These cryptocurrencies rely on holders staking to verify transactions and keep everything running smoothly.

**ADVERTISEMENT**

## Top Stock Brokers for 2023



**FEES:**
$0 for stocks, $0 for options contracts

**ACCOUNT MIN**
$0

Open Account

On SoFi Active Investing's Secure Website



**FEES:**
$0 for stocks, ETFs, and options

**ACCOUNT MIN**
$0

Open Account

On Robinhood's Secure Website



4.5 stars ⓘ

# Risks of staking crypto

There are a few risks of staking crypto to understand:

- Crypto prices are volatile and can drop quickly. If your staked assets suffer a large price drop, that could outweigh any interest you earn on them.

- Staking can require that you lock up your coins for a minimum amount of time. During that period, you're unable to do anything with your staked assets such as selling them.

- When you want to unstake your crypto, there may be an unstaking period of seven days or longer.

The biggest risk you face with crypto staking is that the price goes down. Keep this in mind if you find cryptocurrencies offering extremely high staking reward rates.

For example, many smaller crypto projects offer high rates to entice investors, but their prices then end up crashing. If you're interested in adding crypto to your portfolio but you'd prefer less risk, you may want to opt for cryptocurrency stocks instead.

Although crypto that you stake is still yours, you need to unstake it before you can trade it again. It's important to find out if there's a minimum lockup period and how long the unstaking process takes so you don't get any unwelcome surprises.

## Why not all cryptocurrencies have staking

Cryptocurrencies need to use the proof-of-stake consensus mechanism to have staking. There are many that don't, and these cryptos can't be staked.

Proof of stake isn't the first or only consensus mechanism that cryptocurrencies can use. Proof of work was the first, since it originated with Bitcoin. Other early cryptocurrencies followed in its footsteps until **Peercoin** (CRYPTO:PPC) introduced proof of stake in 2012.

There's debate over which consensus mechanism is the more secure option. Although the computational power required by proof of work uses substantial energy, it also makes proof-of-work blockchains difficult to attack. Some cryptocurrencies choose proof of work for this reason.

Another, less common consensus mechanism is proof of burn, where miners must burn (destroy) crypto to validate transactions. No option is perfect, and cryptocurrency developers choose the one they like most for their specific projects.

---

**Investing in Cryptocurrency**
These technologies serve as the gateway between the digital blockchain and human society.

---

**How Is Cryptocurrency Taxed? (2022 and 2023 IRS Rules)**
This guide will explain everything you need to know about taxes on crypto trading and income.

---

**Is Cryptocurrency a Good Investment?**
Investing in virtual currency has produced jaw-dropping returns for some, but the field still presents risks.

---

**What Is the Next Cryptocurrency to Explode in 2023?**
Learn about the leading cryptos that are next to explode this year.

---

# When you should or shouldn't stake crypto

If you have crypto you can stake and you aren't planning to trade it in the near future, then you should stake it. It doesn't require any work on your part, and you'll be earning more crypto.

What if you don't have any crypto you can stake yet? Considering the returns you can make, it's worth researching cryptos with staking. There are many that offer this, but make sure to evaluate whether each cryptocurrency is a good investment. It only

makes sense to buy a crypto for staking if you also believe it's a good long-term investment.

The proof-of-stake model has been beneficial for both cryptocurrencies and crypto investors. Cryptocurrencies can use proof of stake to process large numbers of transactions at minimal costs. Crypto investors also get the opportunity to collect passive income from their holdings. Now that you know more about staking, you can start investigating cryptos that offer it.

# Where to invest $1,000 right now

When our analyst team has a stock tip, it can pay to listen. After all, the newsletter they have run for over a decade, *Motley Fool Stock Advisor*, has nearly tripled the market.*

They just revealed what they believe are the **ten best stocks** for investors to buy right now…

See the 10 stocks

*Stock Advisor returns as of June 5, 2023

Lyle Daly has positions in Bitcoin, Cardano, Ethereum, Polkadot, and Solana. The Motley Fool has positions in and recommends Bitcoin, Cardano, Ethereum, and Solana. The Motley Fool has a disclosure policy.

**INVEST SMARTER WITH THE MOTLEY FOOL**

Join Over Half a Million Premium Members Receiving… 

- New Stock Picks Each Month
- Detailed Analysis of Companies
- Model Portfolios
- Live Streaming During Market Hours
- And Much More

Get Started Now

**RELATED ARTICLES**

 This Stock's 150% Short Squeeze Has More Juice Yet

 Is Annaly Capital a Buy?

 Got $1,000? Here's How I'd Invest It Before the Next Rally

 Is SoFi Technologies Stock a Buy?

 Investing Tip: Ideas Are Everywhere

 Could Bitcoin Help You Become a Millionaire?

 Why I Just Bought This 8.3%-Yielding Infrastructure Fund

**MOTLEY FOOL RETURNS**



Market-beating stocks from our award-winning analyst team.

| **STOCK ADVISOR RETURNS** | **S&P 500 RETURNS** |
| --- | --- |
| **473%** | **125%** |

*Calculated by average return of all stock recommendations since inception of the Stock Advisor service in February of 2002. Returns as of 06/10/2023.*

*Discounted offers are only available to new members. Stock Advisor list price is $199 per year.*

Join Stock Advisor

## Our Guides



**Investing in Ethereum Stock**



**What is Ripple?**



**What Is**

# EXHIBIT BH-22

6/11/23, 1:33 PM
Case 1:23-cv-01599-ABJ Document 53-3 Filed 06/12/23 Page 15 of 56
Three months after launch, Binance nets $7.5m in profit :: Gold Prust :: Gold View

www.techinasia.com /cryptocurrency-exchange-binance

# Three months after launch, Binance nets $7.5m in profit

Eva Xiao7-9 minutes 12/1/2017

With the price of bitcoin soaring past US$10,000 this week, the idea of trading it for a less proven token sounds crazy. But for the nouveau riche of the cryptocurrency world, it's an opportunity to invest in faster-moving currencies.

"Most guys who are holding bitcoin are high-risk, early adopters. They have a high tolerance [for] swings," explains Changpeng Zhao, founder of Binance, a cryptocurrency exchange operating out of Tokyo. "Sometimes it's not even about the money. People just want more."

> Sometimes it's not even about the money. People just want more.

That's one of the drivers behind growing exchanges like Binance, which deals exclusively in cryptocurrency – no dollars or fiat currency of any kind. Instead, traders buy and sell bitcoin, ether, and a variety of tokens from different initial coin offerings (ICOs), a cryptocurrency-based crowdfunding model that's raised more than US$3.7 billion for blockchain projects this year. It's a way for bitcoin traders to diversify their holdings through riskier tokens with potentially higher returns.

Zhao says Binance's exchange processes about US$500 million in trade every day, of which the company takes a 0.1 percent fee – which drops to 0.005 percent if users pay commission in Binance Coin (BNB), Binance's own token. In its first quarter ending in October, the company reported a profit of about US$7.5 million in commission fees.

Not bad for an exchange that launched in July.

"This year, ICOs have definitely contributed to exchange volume," he says. The increasing number of bitcoin buyers has boosted trade as well, as it's the first cryptocurrency most people become familiar with. Still, there's a lot more room to grow, emphasizes Zhao.

"The crypto space even today is a very small part of the overall market potential," he says, pointing out that the traditional equity market is much larger. "This is just the beginning."

## Surviving China

The 40-year-old Zhao's foray into cryptocurrency can be traced back to poker. In Shanghai, he used to play in a private group that included Bobby Lee, now CEO of BTCC, one of the largest cryptocurrency exchanges in China. Ron Cao, managing director of venture capital firm Sky9 Capital, played as well. In 2013, Cao urged Zhao to get into bitcoin – this was around the time when Lee bought BTCC.

**See:** Q&A: Veteran VC Ron Cao reflects on almost 20 years of investing

"We had a group of guys that played poker together," remembers Zhao. "Ron and I have always been pretty good friends, and on a poker table, you can tell the other guy's personality pretty well. So we always had respect for each other."

The more you deal with fiat, the more authorities can control you.

He then left his job at Fusion Systems, an IT and business consultancy, and dove in as head of development at Blockchain, a software platform for digital assets. In 2014, he became CTO of OkCoin, a major exchange for fiat and cryptocurrency in China. A year later, he left that too amid controversy between his friend, bitcoin evangelist Roger Ver, and OKCoin.

This year, Zhao felt it was the right time to move into a purely cryptocurrency exchange (what he calls 'exchange 2.0'), as he watched the volume of cryptocurrency exchanges like Poloniex rise.

"If you do fiat to crypto […] you have to have a bank account that can accept money," he says. "That has its own advantages and problems. You have to deal with regulatory issues and usually you're tied to one country."



Changpeng Zhao, founder and CEO of Binance. Photo credit: Binance

Binance doesn't have to deal with banks at all. "We don't touch fiat so we don't have a bank," he explains. "But we have to deal with a lot of different wallets, [so] we have to integrate a lot of different wallets – we have to keep all of them secure."

The lack of fiat has helped Binance in others ways too, particularly during China's crackdown on ICOs and bitcoin exchanges in September. The fact that Binance was purely a cryptocurrency exchange meant that they weren't contributing to capital outflows – a large concern for the Chinese government.

"The more you deal with fiat, the more [authorities] can control you," says Zhao. "The bank will freeze your bank account. They can make the wire transfer slow."

The company was also lucky – a week before the ban was announced, Zhao's team moved all their servers out of China. Now, the founder is working on opening another office in Hong Kong and has moved the company's core team out of mainland China.

> When there's rumors of a China ban, people panic and sell.

"At least in China, [fiat-to-cryptocurrency exchanges] are not very possible in the foreseeable future. So crypto-to-crypto exchanges emerged," says Chris Zhou, cryptocurrency trader and head of China operations at BTC Media, a media outlet focusing on digital currency. Cryptocurrency-exclusive exchanges are "a way to bypass the tightening regulation."

"In the meantime, it is also a sign that people are trying to use bitcoin or ether as a standard cryptocurrency. To every other coin, this acts as a benchmark crypto. I think this is going to be a trend," he tells *Tech in Asia*.

The excitement around regulations this year has helped drive volume for the young exchange. Earlier this year, Japan recognized bitcoin as a form of money, opening the flood gates for Japanese investors and exchanges such as bitFlyer, which this week announced plans to expand into the US. Even China's ICO ban has boosted trade.

"When there [are] rumors of a China ban, people panic and sell," explains Zhao. "Even though the price might be going down, the volume will be high. Hence the commission fees charged by the exchange – the revenue from exchanges – will be high."

"The worse you can expect is no news. Then it just stays flat," he says. "There's no trade."

# Hacking fears



Binance's core team, including He Yi, Binance's co-founder and ex-OKCoin co-founder. Photo credit: Binance

Besides facing competition from the industry's more established and larger exchanges, such as Bittrex and ShapeShift, security will certainly be an ever-present challenge for Binance. The short history of cryptocurrency is riddled with exchange hacks, notably Mt. Gox, which reportedly lost US$460 million to hackers in 2014.

"I still use crypto exchanges, but I keep to my favorites and abstain from leaving too much money there because I've been burned by two exchange hacks and closures, namely Cryptsy and Mintpal," says T.M Lee, co-founder of CoinGecko, a data platform that tracks hundreds of cryptocurrencies.

"I lost a lot of altcoins there, which are worth a lot today – not much then," he adds.

I've been burned by two exchange hacks and closures.

Zhao says the company practices multifaceted security measures, from using network security to prevent social engineering attacks to securing its physical office locations. Different groups of white-hat hackers conduct penetration tests on Binance's system monthly, he adds.

Of course, savvy traders – or traders that have had bad experiences – won't rely on exchanges to keep their money safe. For those who aren't trading tokens every day, it is often deemed safer to store cryptocoins in their own wallets, where they have more control over withdrawal.

On top of security, Binance is prioritizing team expansion and opening more office locations. The company also runs an incubator called Binance Labs, and is working on its own ICO listing platform and developing a decentralized exchange.

**(Correction: This article was updated three hours after publishing to correct Binance's daily trade volume.)**

# EXHIBIT BH-23

11:24 ⏀

❮ All Inboxes   Important Service U...   ⋀   ⋁

Dear user,

We noted your account may be associated with the U.S. due to an IP address you connected from in the past. In-line with regulatory requirements, we are unable to provide services to U.S. citizens or residents.

If you believe your account has been incorrectly flagged, please reach out to us via our Customer Support.

If you are a U.S. citizen or resident, please transfer your assets out of your account within 90 days. You may consider using Binance U.S. or other U.S. platforms.

We thank you for your support and regret any inconvenience caused.

Binance Team
This is an automated message, please do not reply.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BHL

BHL-SEC-BUSD-0308230

# EXHIBIT BH-24

Search announcements            Search









Home  ›  Support Center  ›  Announcement  ›  Latest Binance News  ›  **Important C**

# Important Changes About Binance Identity Verification

2021-08-20 01:01

**Fellow Binancians,**

Binance reviews its products and services on an ongoing basis to determine changes and improvements in light of evolving global compliance standards. To enhance user protections and provide a safe crypto environment for everyone, Binance is making the following changes:

- Effective immediately, all **new users** are required to complete Intermediate Verification to access Binance products and service offerings, including cryptocurrency deposits, trades and withdrawals.

- **Existing users** who have not yet completed Intermediate Verification will have their account permissions temporarily changed to "Withdraw Only", with services limited to withdrawal, order cancellation, position close, and redemption. This will be carried out in phases to minimise user-experience disruption, from now through **2021-10-19 00:00 AM (UTC)**. Existing users will be informed directly with more details. Once users complete the Intermediate Verification, they will be able to resume full access to Binance products and services.

Binance strongly advises users to complete their Intermediate Verification promptly to avoid delays in the verification process and restrictions on their access.

Binance is announcing these measures to help support its efforts in Know Your Customer (KYC) and Anti-Money Laundering (AML). This will further enhance user protection and combat financial crime. To learn more about KYC, please click here.

**Risk warning:** Cryptocurrency trading is subject to high market risk. Please make your trades cautiously. Binance will make best efforts to choose high-quality coins, but will not be responsible for your trading losses.

Thanks for your support!

Binance Team

2021-08-20

Trade on-the-go with Binance's crypto trading app (iOS/Android)

Find us on



# EXHIBIT BH-25

# Framework for "Investment Contract" Analysis of Digital Assets

[1]

## I. Introduction

If you are considering an Initial Coin Offering, sometimes referred to as an "ICO," or otherwise engaging in the offer, sale, or distribution of a digital asset,[2] you need to consider whether the U.S. federal securities laws apply. A threshold issue is whether the digital asset is a "security" under those laws.[3] The term "security" includes an "investment contract," as well as other instruments such as stocks, bonds, and transferable shares. A digital asset should be analyzed to determine whether it has the characteristics of any product that meets the definition of "security" under the federal securities laws. In this guidance, we provide a framework for analyzing whether a digital asset has the characteristics of one particular type of security – an "investment contract."[4] Both the Commission and the federal courts frequently use the "investment contract" analysis to determine whether unique or novel instruments or arrangements, such as digital assets, are securities subject to the federal securities laws.

The U.S. Supreme Court's *Howey* case and subsequent case law have found that an "investment contract" exists when there is the investment of money in a common enterprise with a reasonable expectation of profits to be derived from the efforts of others.[5] The so-called "*Howey* test" applies to any contract, scheme, or transaction, regardless of whether it has any of the characteristics of typical securities.[6] The focus of the *Howey* analysis is not only on the form and terms of the instrument itself (in this case, the digital asset) but also on the circumstances surrounding the digital asset and the manner in which it is offered, sold, or resold (which includes secondary market sales). Therefore, issuers and other persons and entities engaged in the marketing, offer, sale, resale, or distribution of any digital asset will need to analyze the relevant transactions to determine if the federal securities laws apply.

The federal securities laws require all offers and sales of securities, including those involving a digital asset, to either be registered under its provisions or to qualify for an exemption from registration. The registration provisions require persons to disclose certain information to investors, and that information must be complete and not materially misleading. This requirement for disclosure furthers the federal securities laws' goal of providing investors with the information necessary to make informed investment decisions. Among the information that must be disclosed is information relating to the essential managerial efforts that affect the success of the enterprise.[7] This is true in the case of a corporation, for example, but also may be true for other types of enterprises regardless of their organizational structure or form.[8] Absent the disclosures required by law about those efforts and the progress and prospects of the enterprise, significant informational asymmetries may exist between the management and promoters of the enterprise on the one hand, and investors and prospective investors on the other hand. The reduction of these information asymmetries through required disclosures protects investors and is one of the primary purposes of the federal securities laws.

## II. Application of *Howey* to Digital Assets

6/10/23, 10:30 PM
Case 1:23-cv-01599-ABJ Document 53-3 Filed 06/12/23 Page 27 of 56
SEC.gov | Framework for "Investment Contract" Analysis of Digital Assets

In this guidance, we provide a framework for analyzing whether a digital asset is an investment contract and whether offers and sales of a digital asset are securities transactions. As noted above, under the *Howey* test, an "investment contract" exists when there is the investment of money in a common enterprise with a reasonable expectation of profits to be derived from the efforts of others. Whether a particular digital asset at the time of its offer or sale satisfies the *Howey* test depends on the specific facts and circumstances. We address each of the elements of the *Howey* test below.

## A. The Investment of Money

The first prong of the *Howey* test is typically satisfied in an offer and sale of a digital asset because the digital asset is purchased or otherwise acquired in exchange for value, whether in the form of real (or fiat) currency, another digital asset, or other type of consideration.[9]

## B. Common Enterprise

Courts generally have analyzed a "common enterprise" as a distinct element of an investment contract.[10] In evaluating digital assets, we have found that a "common enterprise" typically exists.[11]

## C. Reasonable Expectation of Profits Derived from Efforts of Others

Usually, the main issue in analyzing a digital asset under the *Howey* test is whether a purchaser has a reasonable expectation of profits (or other financial returns) derived from the efforts of others. A purchaser may expect to realize a return through participating in distributions or through other methods of realizing appreciation on the asset, such as selling at a gain in a secondary market. When a promoter, sponsor, or other third party (or affiliated group of third parties) (each, an "Active Participant" or "AP") provides essential managerial efforts that affect the success of the enterprise, and investors reasonably expect to derive profit from those efforts, then this prong of the test is met. Relevant to this inquiry is the "economic reality"[12] of the transaction and "what character the instrument is given in commerce by the terms of the offer, the plan of distribution, and the economic inducements held out to the prospect."[13] The inquiry, therefore, is an objective one, focused on the transaction itself and the manner in which the digital asset is offered and sold.

The following characteristics are especially relevant in an analysis of whether the third prong of the *Howey* test is satisfied.

### 1. Reliance on the Efforts of Others

The inquiry into whether a purchaser is relying on the efforts of others focuses on two key issues:

- Does the purchaser reasonably expect to rely on the efforts of an AP?

- Are those efforts "the undeniably significant ones, those essential managerial efforts which affect the failure or success of the enterprise,"[14] as opposed to efforts that are more ministerial in nature?

Although no one of the following characteristics is necessarily determinative, the stronger their presence, the more likely it is that a purchaser of a digital asset is relying on the "efforts of others":

- An AP is responsible for the development, improvement (or enhancement), operation, or promotion of the network,[15] particularly if purchasers of the digital asset expect an AP to be performing or overseeing tasks that are necessary for the network or digital asset to achieve or retain its intended purpose or functionality. [16]

  - Where the network or the digital asset is still in development and the network or digital asset is not fully functional at the time of the offer or sale, purchasers would reasonably expect an AP to further develop the functionality of the network or digital asset (directly or indirectly). This particularly would be the case where an AP promises further developmental efforts in order for the digital asset to attain or grow in value.

- There are essential tasks or responsibilities performed and expected to be performed by an AP, rather than an unaffiliated, dispersed community of network users (commonly known as a "decentralized" network).

- An AP creates or supports a market for,[17] or the price of, the digital asset.  This can include, for example, an AP that:  (1) controls the creation and issuance of the digital asset; or (2) takes other actions to support a market price of the digital asset, such as by limiting supply or ensuring scarcity, through, for example, buybacks, "burning," or other activities.

- An AP has a lead or central role in the direction of the ongoing development of the network or the digital asset.  In particular, an AP plays a lead or central role in deciding governance issues, code updates, or how third parties participate in the validation of transactions that occur with respect to the digital asset.

- An AP has a continuing managerial role in making decisions about or exercising judgment concerning the network or the characteristics or rights the digital asset represents including, for example:

  - Determining whether and how to compensate persons providing services to the network or to the entity or entities charged with oversight of the network.

  - Determining whether and where the digital asset will trade.  For example, purchasers may reasonably rely on an AP for liquidity, such as where the AP has arranged, or promised to arrange for, the trading of the digital asset on a secondary market or platform.

  - Determining who will receive additional digital assets and under what conditions.

  - Making or contributing to managerial level business decisions, such as how to deploy funds raised from sales of the digital asset.

  - Playing a leading role in the validation or confirmation of transactions on the network, or in some other way having responsibility for the ongoing security of the network.

  - Making other managerial judgments or decisions that will directly or indirectly impact the success of the network or the value of the digital asset generally.

- Purchasers would reasonably expect the AP to undertake efforts to promote its own interests and enhance the value of the network or digital asset, such as where:

  - The AP has the ability to realize capital appreciation from the value of the digital asset.  This can be demonstrated, for example, if the AP retains a stake or interest in the digital asset.  In these instances, purchasers would reasonably expect the AP to undertake efforts to promote its own interests and enhance the value of the network or digital asset.

  - The AP distributes the digital asset as compensation to management or the AP's compensation is tied to the price of the digital asset in the secondary market.  To the extent these facts are present, the compensated individuals can be expected to take steps to build the value of the digital asset.

  - The AP owns or controls ownership of intellectual property rights of the network or digital asset, directly or indirectly.

  - The AP monetizes the value of the digital asset, especially where the digital asset has limited functionality.

In evaluating whether a digital asset previously sold as a security should be reevaluated at the time of later offers or sales, there would be additional considerations as they relate to the "efforts of others," including but not limited to:

- Whether or not the efforts of an AP, including any successor AP, continue to be important to the value of an investment in the digital asset.

- Whether the network on which the digital asset is to function operates in such a manner that purchasers would no longer reasonably expect an AP to carry out essential managerial or entrepreneurial efforts.

- Whether the efforts of an AP are no longer affecting the enterprise's success.

6/10/23, 10:30 PM
Case 1:23-cv-01599-ABJ Document 53-3 Filed 06/12/23 Page 29 of 56
Framework for "Investment Contract" Analysis of Digital Assets

## 2. Reasonable Expectation of Profits

An evaluation of the digital asset should also consider whether there is a reasonable expectation of profits. Profits can be, among other things, capital appreciation resulting from the development of the initial investment or business enterprise or a participation in earnings resulting from the use of purchasers' funds.[18] Price appreciation resulting solely from external market forces (such as general inflationary trends or the economy) impacting the supply and demand for an underlying asset generally is not considered "profit" under the *Howey* test.

The more the following characteristics are present, the more likely it is that there is a reasonable expectation of profit:

- The digital asset gives the holder rights to share in the enterprise's income or profits or to realize gain from capital appreciation of the digital asset.

  - The opportunity may result from appreciation in the value of the digital asset that comes, at least in part, from the operation, promotion, improvement, or other positive developments in the network, particularly if there is a secondary trading market that enables digital asset holders to resell their digital assets and realize gains.

  - This also can be the case where the digital asset gives the holder rights to dividends or distributions.

- The digital asset is transferable or traded on or through a secondary market or platform, or is expected to be in the future.[19]

- Purchasers reasonably would expect that an AP's efforts will result in capital appreciation of the digital asset and therefore be able to earn a return on their purchase.

- The digital asset is offered broadly to potential purchasers as compared to being targeted to expected users of the goods or services or those who have a need for the functionality of the network.

  - The digital asset is offered and purchased in quantities indicative of investment intent instead of quantities indicative of a user of the network. For example, it is offered and purchased in quantities significantly greater than any likely user would reasonably need, or so small as to make actual use of the asset in the network impractical.

- There is little apparent correlation between the purchase/offering price of the digital asset and the market price of the particular goods or services that can be acquired in exchange for the digital asset.

- There is little apparent correlation between quantities the digital asset typically trades in (or the amounts that purchasers typically purchase) and the amount of the underlying goods or services a typical consumer would purchase for use or consumption.

- The AP has raised an amount of funds in excess of what may be needed to establish a functional network or digital asset.

- The AP is able to benefit from its efforts as a result of holding the same class of digital assets as those being distributed to the public.

- The AP continues to expend funds from proceeds or operations to enhance the functionality or value of the network or digital asset.

- The digital asset is marketed, directly or indirectly, using any of the following:

  - The expertise of an AP or its ability to build or grow the value of the network or digital asset.

  - The digital asset is marketed in terms that indicate it is an investment or that the solicited holders are investors.

  - The intended use of the proceeds from the sale of the digital asset is to develop the network or digital asset.

- The future (and not present) functionality of the network or digital asset, and the prospect that an AP will deliver that functionality.

- The promise (implied or explicit) to build a business or operation as opposed to delivering currently available goods or services for use on an existing network.

- The ready transferability of the digital asset is a key selling feature.

- The potential profitability of the operations of the network, or the potential appreciation in the value of the digital asset, is emphasized in marketing or other promotional materials.

- The availability of a market for the trading of the digital asset, particularly where the AP implicitly or explicitly promises to create or otherwise support a trading market for the digital asset.

In evaluating whether a digital asset previously sold as a security should be reevaluated at the time of later offers or sales, there would be additional considerations as they relate to the "reasonable expectation of profits," including but not limited to:

- Purchasers of the digital asset no longer reasonably expect that continued development efforts of an AP will be a key factor for determining the value of the digital asset.

- The value of the digital asset has shown a direct and stable correlation to the value of the good or service for which it may be exchanged or redeemed.

- The trading volume for the digital asset corresponds to the level of demand for the good or service for which it may be exchanged or redeemed.

- Whether holders are then able to use the digital asset for its intended functionality, such as to acquire goods and services on or through the network or platform.

- Whether any economic benefit that may be derived from appreciation in the value of the digital asset is incidental to obtaining the right to use it for its intended functionality.

- No AP has access to material, non-public information or could otherwise be deemed to hold material inside information about the digital asset.

## 3. Other Relevant Considerations

When assessing whether there is a reasonable expectation of profit derived from the efforts of others, federal courts look to the economic reality of the transaction.[20]  In doing so, the courts also have considered whether the instrument is offered and sold for use or consumption by purchasers.[21]

Although no one of the following characteristics of use or consumption is necessarily determinative, the stronger their presence, the less likely the *Howey* test is met:

- The distributed ledger network and digital asset are fully developed and operational.

- Holders of the digital asset are immediately able to use it for its intended functionality on the network, particularly where there are built-in incentives to encourage such use.

- The digital assets' creation and structure is designed and implemented to meet the needs of its users, rather than to feed speculation as to its value or development of its network.  For example, the digital asset can only be used on the network and generally can be held or transferred only in amounts that correspond to a purchaser's expected use.

- Prospects for appreciation in the value of the digital asset are limited.  For example, the design of the digital asset provides that its value will remain constant or even degrade over time, and, therefore, a reasonable purchaser would not be expected to hold the digital asset for extended periods as an investment.

- With respect to a digital asset referred to as a virtual currency, it can immediately be used to make payments in a wide variety of contexts, or acts as a substitute for real (or fiat) currency.

6/10/23, 10:30 PM
Case 1:23-cv-01599-ABJ Document 53-3 Filed 06/12/23 Page 31 of 56
Framework for "Investment Contract" Analysis of Digital Assets

- This means that it is possible to pay for goods or services with the digital asset without first having to convert it to another digital asset or real currency.

- If it is characterized as a virtual currency, the digital asset actually operates as a store of value that can be saved, retrieved, and exchanged for something of value at a later time.

- With respect to a digital asset that represents rights to a good or service, it currently can be redeemed within a developed network or platform to acquire or otherwise use those goods or services. Relevant factors may include:

- There is a correlation between the purchase price of the digital asset and a market price of the particular good or service for which it may be redeemed or exchanged.

- The digital asset is available in increments that correlate with a consumptive intent versus an investment or speculative purpose.

- An intent to consume the digital asset may also be more evident if the good or service underlying the digital asset can only be acquired, or more efficiently acquired, through the use of the digital asset on the network.

- Any economic benefit that may be derived from appreciation in the value of the digital asset is incidental to obtaining the right to use it for its intended functionality.

- The digital asset is marketed in a manner that emphasizes the functionality of the digital asset, and not the potential for the increase in market value of the digital asset.

- Potential purchasers have the ability to use the network and use (or have used) the digital asset for its intended functionality.

- Restrictions on the transferability of the digital asset are consistent with the asset's use and not facilitating a speculative market.

- If the AP facilitates the creation of a secondary market, transfers of the digital asset may only be made by and among users of the platform.

Digital assets with these types of use or consumption characteristics are less likely to be investment contracts. For example, take the case of an online retailer with a fully-developed operating business. The retailer creates a digital asset to be used by consumers to purchase products only on the retailer's network, offers the digital asset for sale in exchange for real currency, and the digital asset is redeemable for products commensurately priced in that real currency. The retailer continues to market its products to its existing customer base, advertises its digital asset payment method as part of those efforts, and may "reward" customers with digital assets based on product purchases. Upon receipt of the digital asset, consumers immediately are able to purchase products on the network using the digital asset. The digital assets are not transferable; rather, consumers can only use them to purchase products from the retailer or sell them back to the retailer at a discount to the original purchase price. Under these facts, the digital asset would not be an investment contract.

Even in cases where a digital asset can be used to purchase goods or services on a network, where that network's or digital asset's functionality is being developed or improved, there may be securities transactions if, among other factors, the following is present: the digital asset is offered or sold to purchasers at a discount to the value of the goods or services; the digital asset is offered or sold to purchasers in quantities that exceed reasonable use; and/or there are limited or no restrictions on reselling those digital assets, particularly where an AP is continuing in its efforts to increase the value of the digital assets or has facilitated a secondary market.

## III. Conclusion

The discussion above identifies some of the factors market participants should consider in assessing whether a digital asset is offered or sold as an investment contract and, therefore, is a security. It also identifies some of the factors to be considered in determining whether and when a digital asset may no longer be a security. These

factors are not intended to be exhaustive in evaluating whether a digital asset is an investment contract or any other type of security, and no single factor is determinative; rather, we are providing them to assist those engaging in the offer, sale, or distribution of a digital asset, and their counsel, as they consider these issues. We encourage market participants to seek the advice of securities counsel and engage with the Staff through www.sec.gov/finhub.

---

[1] This framework represents the views of the Strategic Hub for Innovation and Financial Technology ("FinHub," the "Staff," or "we") of the Securities and Exchange Commission (the "Commission"). It is not a rule, regulation, or statement of the Commission, and the Commission has neither approved nor disapproved its content. Further, this framework does not replace or supersede existing case law, legal requirements, or statements or guidance from the Commission or Staff. Rather, the framework provides additional guidance in the areas that the Commission or Staff has previously addressed. *See, e.g., Report of Investigation Pursuant to Section 21(a) of the Securities Exchange Act of 1934: The DAO* (Exchange Act Rel. No. 81207) (July 25, 2017) ("*The DAO Report*"); William Hinman, *Digital Asset Transactions: When Howey Met Gary (Plastic)*, Remarks at the Yahoo Finance All Markets Summit: Crypto (June 14, 2018), available at https://www.sec.gov/news/speech/speech-hinman-061418.

[2] The term "digital asset," as used in this framework, refers to an asset that is issued and transferred using distributed ledger or blockchain technology, including, but not limited to, so-called "virtual currencies," "coins," and "tokens."

[3] The term "security" is defined in Section 2(a)(1) of the Securities Act of 1933 (the "Securities Act"), Section 3(a) (10) of the Securities Exchange Act of 1934, Section 2(a)(36) of the Investment Company Act of 1940, and Section 202(a)(18) of the Investment Advisers Act of 1940.

[4] This framework is intended to be instructive and is based on the Staff's experiences to date and relevant law and legal precedent. It is not an exhaustive treatment of the legal and regulatory issues relevant to conducting an analysis of whether a product is a security, including an investment contract analysis with respect to digital assets generally. We expect that analysis concerning digital assets as securities may evolve over time as the digital asset market matures. Also, no one factor is necessarily dispositive as to whether or not an investment contract exists.

[5] *SEC v. W.J. Howey Co.*, 328 U.S. 293 (1946) ("*Howey*"). *See also United Housing Found., Inc. v. Forman*, 421 U.S. 837 (1975) ("*Forman*"); *Tcherepnin v. Knight*, 389 U.S. 332 (1967) ("*Tcherepnin*"); *SEC v. C. M. Joiner Leasing Corp.*, 320 U.S. 344 (1943) ("*Joiner*").

[6] Whether a contract, scheme, or transaction is an investment contract is a matter of federal, not state, law and does not turn on whether there is a formal contract between parties. Rather, under the *Howey* test, "form [is] disregarded for substance and the emphasis [is] on economic reality." *Howey*, 328 U.S. at 298. The Supreme Court has further explained that that the term security "embodies a flexible rather than a static principle" in order to meet the "variable schemes devised by those who seek the use of the money of others on the promise of profits." *Id.* at 299.

[7] Issuers of digital assets, like all issuers, must provide full and fair disclosure of material information consistent with the requirements of the federal securities laws. Issuers of digital assets should be guided by the regulatory framework and concepts of materiality. What is material depends upon the nature and structure of the issuer's particular network and circumstances. *See TSC Industries v. Northway*, 426 U.S. 438, 449 (1976) (a fact is material "if there is a substantial likelihood that a reasonable shareholder would consider it important" in making an investment decision or if it "would have been viewed by the reasonable investor as having significantly altered the 'total mix' of information made available" to the shareholder).

[8] *See The DAO Report*.

[9] The lack of monetary consideration for digital assets, such as those distributed via a so-called "bounty program" does not mean that the investment of money prong is not satisfied.  As the Commission explained in *The DAO Report*, "[i]n determining whether an investment contract exists, the investment of 'money' need not take the form of cash" and "in spite of *Howey's* reference to an 'investment of money,' it is well established that cash is not the only form of contribution or investment that will create an investment contract." *The DAO Report* at 11 (citation omitted).  *See In re Tomahawk Exploration LLC*, Securities Act Rel. 10530 (Aug. 14, 2018) (issuance of tokens under a so-called "bounty program" constituted an offer and sale of securities because the issuer provided tokens to investors in exchange for services designed to advance the issuer's economic interests and foster a trading market for its securities).   Further, the lack of monetary consideration for digital assets, such as those distributed via a so-called "air drop," does not mean that the investment of money prong is not satisfied; therefore, an airdrop may constitute a sale or distribution of securities.  In a so-called "airdrop," a digital asset is distributed to holders of another digital asset, typically to promote its circulation.

[10] In order to satisfy the "common enterprise" aspect of the *Howey* test, federal courts require that there be either "horizontal commonality" or "vertical commonality."  *See Revak v. SEC Realty Corp.*, 18 F.3d. 81, 87-88 (2d Cir. 1994) (discussing horizontal commonality as "the tying of each individual investor's fortunes to the fortunes of the other investors by the pooling of assets, usually combined with the pro-rata distribution of profits" and two variants of vertical commonality, which focus "on the relationship between the promoter and the body of investors").  The Commission, on the other hand, does not require vertical or horizontal commonality *per se*, nor does it view a "common enterprise" as a distinct element of the term "investment contract."  *In re Barkate*, 57 S.E.C. 488, 496 n.13 (Apr. 8, 2004); *see also* the Commission's Supplemental Brief at 14 in *SEC v. Edwards*, 540 U.S. 389 (2004) (on remand to the 11th Circuit).

[11] Based on our experiences to date, investments in digital assets have constituted investments in a common enterprise because the fortunes of digital asset purchasers have been linked to each other or to the success of the promoter's efforts.  *See SEC v. Int'l Loan Network, Inc.*, 968 F.2d 1304, 1307 (D.C. Cir. 1992).

[12] *Howey*, 328 U.S. at 298.  *See also Tcherepnin*, 389 U.S. at 336 ("in searching for the meaning and scope of the word 'security' in the [Acts], form should be disregarded for substance and the emphasis should be on economic reality.")

[13] *Joiner*, 320 U.S. at 352-53.

[14] *SEC v. Glenn W. Turner Enter., Inc.*, 474 F.2d 476, 482 (9th Cir.), *cert. denied*, 414 U.S. 821, 94 S. Ct. 117, 38 L. Ed. 2d 53 (1973) ("*Turner*").

[15] In this guidance, we are using the term "network" broadly to encompass the various elements that comprise a digital asset's network, enterprise, platform, or application.

[16] We recognize that holders of digital assets may put forth some effort in the operations of the network, but those efforts do not negate the fact that the holders of digital assets are relying on the efforts of the AP.  That a scheme assigns "nominal or limited responsibilities to the [investor] does not negate the existence of an investment contract."  *SEC v. Koscot Interplanetary, Inc.*, 497 F.2d 473, 483 n.15 (5th Cir. 1974) (citation and quotation marks omitted).  If the AP provides efforts that are "the undeniably significant ones, those essential managerial efforts which affect the failure or success of the enterprise," and the AP is not merely performing ministerial or routine tasks, then there likely is an investment contract.  *See Turner*, 474 U.S. at 482; *see also The DAO Report* (although DAO token holders had certain voting rights, they nonetheless reasonably relied on the managerial efforts of others).  Managerial and entrepreneurial efforts typically are characterized as involving expertise and decision-making that impacts the success of the business or enterprise through the application of skill and judgment.

[17] *See, e.g., Gary Plastic Packaging Corp. v. Merrill Lynch, Pierce Fenner & Smith*, 756 F.2d 230 (2d Cir. 1985).

[18] *See Forman*, 421 U.S. at 852.

6/10/23, 10:30 PM
Case 1:23-cv-01599-ABJ Document 53-3 Filed 06/12/23 Page 34 of 56
SEC.gov | Framework for Investment Contract Analysis of Digital Assets

[19] Situations where the digital asset is exchangeable or redeemable solely for goods or services within the network or on a platform, and may not otherwise be transferred or sold, may more likely be a payment for a good or service in which the purchaser is motivated to use or consume the digital asset. *See* discussion of "Other Relevant Considerations."

[20] As noted above, under *Howey*, courts conduct an objective inquiry focused on the transaction itself and the manner in which it is offered.

[21] *See Forman*, 421 U.S. at 852-53 (where a purchaser is not "'attracted solely by the prospects of a return' on his investment . . . [but] is motivated by a desire to use or consume the item purchased  .  .  . the securities laws do not apply.").

*Modified: March 8, 2023*

# EXHIBIT BH-26



Introducing BNB Auto-Burn: a new Protocol for the Quarterly BNB Burn

2021-12-21

At Binance we are committed to the development of the blockchain ecosystem.

Over the past few years, the blockchain ecosystem has evolved in many ways as a result of the community's feedback. Following in the footsteps of many other community-supported projects, BNB has been on its own evolutionary journey. We've been listening closely to the BNB Chain (former BSC) and BNB communities-and we are proud to announce the implementation of a new BNB Auto-Burn procedure effective immediately.

BNB is its own living, breathing ecosystem. Therefore, in alignment with the interests of the BNB community, Binance is today announcing the implementation of a new BNB Auto-Burn procedure.  The newly introduced BNB Auto-Burn is designed to further build a healthy blockchain ecosystem together with the BNB community.

# What is BNB and its role in the blockchain ecosystem?

Case 1:23-cv-01599-ABJ   Document 52-3   Filed 06/12/23   Page 37 of 56

BNB is the native token that "fuels" transactions on BNB Chain (similar to gas on Ethereum). BNB is also necessary to participate in the decentralized on-chain governance of the BNB Chain. Binance does not control or operate the BNB Chain.

BNB Chain (and thus, BNB) are supported by a community of users, developers, validators, and delegators. In addition to on-chain transaction fees and uses, BNB is commonly used and accepted as a form of payment, by many different exchanges and businesses. Binance is one of them, but does not and cannot dictate who can acquire BNB or the ways in which BNB is used. You can see other applications that are unrelated to Binance that use or support BNB here.

# How will BNB Auto-Burn work?

Currently, there are two main BNB burn mechanisms. First, a portion of the gas fees spent on BNB Chain is burnt in real time as introduced in BEP95. Since BNB Chain's Bruno upgrade on Nov 30, 2021, it burns approximately 860 BNB every day. Second, Binance burns BNB quarterly based on Accelerated BNB burn. Last quarter was the 17th burn, which removed 1,335,888 BNB from circulation.

Going forward, the quarterly burn will be replaced with BNB Auto-Burn to provide greater transparency and predictability to the BNB Community. BNB Auto-Burn will be both objective and verifiable, independent of revenues generated on the Binance CEX through the use of BNB, and will be automatically adjusted in that the burn amount will be based on the price of BNB, which, in turn, reflects the supply and demand for BNB, as well as the number of blocks produced during a quarter calculated on the basis of on-chain information. The formula will be as follows:

$$B \ = \ \frac{N \times 1000}{P + K}$$

B is the amount of BNB to burn. N is the total number of blocks produced on BNB Chain during the calendar quarter.① P is an average price of BNB against the US dollar.② K is a constant value as a price anchor, initially set at 1000.③ BNB Auto-Burn will be halted when the total circulation of BNB drops below 100 million.

① *BNB Chain's typical block time is about 3 seconds, so the number of blocks produced in an hour would be approximately 1200 (3,600 seconds per hour, divided by 3). Assuming there are three thirty-day months in a calendar quarter, N should be approximately 3600 ÷ 3 × 24 × 30 × 3 = 2,592,000, where 24 is the number of hours in a day, 30 the number of days in a month, and 3 the number of months in the quarter.*

② *P is the median value of a sampling on a widely accepted oracle price provider (e.g., ChainLink) on BNB Chain, and the sampling frequency is every 10,000 blocks, which is currently equivalent to approximately 8.3 hours.*

③ *The value of K is subject to change through a BNB Chain BEP proposal and community vote.*

The chart below shows the expected quarterly BNB Auto-Burn amount for a range of BNB average prices.  After the implementation of BNB Auto-Burn, the projected burn amount based on the above formula will be publicly available.



# The next stage of innovation

Since its introduction in 2017, BNB has evolved in so many ways as a result of the community's feedback and support. Here at Binance, we believe that with the introduction of the BNB Auto-Burn, the next phase in the development of BNB and BNB Chain has begun. More importantly, the move cements the continuing evolution of BNB, which enhances its ability to help Build 'N' Build the blockchain ecosystem.

As always, we thank the communities for the unwavering support and contributions to the ecosystem. Let's keep building!

# EXHIBIT BH-27



| # ▲ | Source | Pairs | Price | +2% Depth | -2% Depth | Volume | Volume % | Confidence | Liquidity Score | Updated |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | Binance | SAND/BNB | $238.02 | $15,248 | $24,275 | $139,655 | 0.04% | High | 556 | Recently |
| 26 | Binance | BNB/BIDR | $237.83 | $16,474 | $11,177 | $125,809 | 0.03% | High | 523 | Recently |
| 27 | Binance | EDU/BNB | $237.97 | $13,496 | $18,076 | $124,721 | 0.03% | High | 553 | Recently |
| 28 | Binance | COMBO/BNB | $238.02 | $2,682 | $2,814 | $124,113 | 0.03% | High | 668 | Recently |
| 29 | Binance | ZIL/BNB | $238.02 | $7,518 | $6,874 | $119,084 | 0.03% | High | 645 | Recently |
| 30 | Binance | HBAR/BNB | $238.02 | $9,705 | $15,562 | $117,188 | 0.03% | High | 518 | Recently |
| 31 | Binance | CTK/BNB | $238.02 | $7,597 | $5,073 | $115,584 | 0.03% | High | 676 | Recently |
| 32 | Binance | FTM/BNB | $238.02 | $6,270 | $10,898 | $115,213 | 0.03% | High | 563 | Recently |
| 33 | Binance | FIL/BNB | $238.02 | $11,747 | $15,450 | $107,536 | 0.03% | High | 627 | Recently |
| 34 | Binance | AVAX/BNB | $238.02 | $16,566 | $9,504 | $92,693 | 0.03% | High | 506 | Recently |
| 35 | Binance | DOT/BNB | $238.02 | $7,223 | $17,083 | $91,590 | 0.02% | High | 696 | Recently |
| 36 | Binance | LPT/BNB | $238.02 | $8,033 | $7,654 | $84,459 | 0.02% | High | 666 | Recently |
| 37 | Binance | VET/BNB | $238.02 | $9,338 | $20,830 | $79,394 | 0.02% | High | 528 | Recently |
| 38 | Binance | ATOM/BNB | $238.02 | $6,355 | $22,453 | $77,904 | 0.02% | High | 675 | Recently |
| 39 | Binance | CTSI/BNB | $238.02 | $2,850 | $7,107 | $74,565 | 0.02% | High | 561 | Recently |
| 40 | Binance | BNB/GBP | $241.73 | $19,041 | $20,740 | $72,822 | 0.02% | High | 520 | Recently |
| 41 | Binance | LOKA/BNB | $238.02 | $3,744 | $3,203 | $71,005 | 0.02% | High | 536 | Recently |
| 42 | KuCoin | BNB/KCS | $237.91 | $15,955 | $13,217 | $69,636 | 0.02% | High | 389 | Recently |
| 43 | Binance | NEO/BNB | $238.02 | $8,561 | $5,287 | $65,586 | 0.02% | High | 583 | Recently |
| 44 | Binance | AXS/BNB | $238.02 | $3,834 | $11,021 | $61,369 | 0.02% | High | 616 | Recently |
| 45 | Binance | XLM/BNB | $238.02 | $4,996 | $12,968 | $53,848 | 0.01% | High | 613 | Recently |
| 46 | Binance | FET/BNB | $238.02 | $10,792 | $9,331 | $53,698 | 0.01% | High | 564 | Recently |
| 47 | Binance | ICP/BNB | $238.02 | $4,186 | $14,396 | $53,171 | 0.01% | High | 558 | Recently |
| 48 | Binance | APE/BNB | $238.02 | $6,856 | $10,767 | $51,100 | 0.01% | High | 633 | Recently |
| 49 | Binance | FLOW/BNB | $238.02 | $9,206 | $6,352 | $49,568 | 0.01% | High | 697 | Recently |
| 50 | Binance | IDEX/BNB | $238.02 | $2,558 | $9,634 | $46,897 | 0.01% | High | 685 | Recently |
| 51 | Binance | RUNE/BNB | $238.02 | $10,011 | $5,683 | $46,638 | 0.01% | High | 623 | Recently |
| 52 | Binance | AAVE/BNB | $238.02 | $6,012 | $11,152 | $46,173 | 0.01% | High | 614 | Recently |
| 53 | Binance | SUSHI/BNB | $238.02 | $2,302 | $10,602 | $44,129 | 0.01% | High | 543 | Recently |
| 54 | Binance | NEAR/BNB | $238.02 | $4,479 | $9,398 | $42,683 | 0.01% | High | 592 | Recently |
| 55 | Binance | ONE/BNB | $238.02 | $5,764 | $4,891 | $42,363 | 0.01% | High | 650 | Recently |
| 56 | Binance | SXP/BNB | $238.02 | $7,110 | $12,906 | $41,094 | 0.01% | High | 579 | Recently |
| 57 | Binance | OP/BNB | $237.97 | $13,746 | $8,637 | $40,982 | 0.01% | High | 586 | Recently |
| 58 | KuCoin | BNB/USDC | $238.30 | $17,138 | $21,660 | $39,998 | 0.01% | High | 460 | Recently |
| 59 | Binance | ID/BNB | $237.97 | $2,089 | $8,683 | $38,592 | 0.01% | High | 630 | Recently |
| 60 | Binance | EOS/BNB | $238.02 | $3,254 | $4,564 | $35,773 | 0.01% | High | 619 | Recently |
| 61 | Binance | XMR/BNB | $238.02 | $45,165 | $40,409 | $34,896 | 0.01% | High | 605 | Recently |
| 62 | Binance | CHR/BNB | $238.02 | $4,817 | $9,957 | $34,421 | 0.01% | High | 619 | Recently |
| 63 | Binance | BSW/BNB | $238.02 | $14,101 | $16,714 | $34,443 | 0.01% | High | 527 | Recently |
| 64 | Binance | DAR/BNB | $238.02 | $2,778 | $5,597 | $33,744 | 0.01% | High | 576 | Recently |
| 65 | Binance | WOO/BNB | $238.02 | $6,465 | $10,808 | $32,205 | 0.01% | High | 611 | Recently |

BNB BNB

Price:$238.20   ▲ 0.18%

| # ▲ | Source | Pairs | Price | +2% Depth | -2% Depth | Volume | Volume % | Confidence ⓘ | Liquidity Score ⓘ | Updated |
|---|---|---|---|---|---|---|---|---|---|---|
| 67 | Binance | HIGH/BNB | $238.02 | $8,372 | $18,121 | $30,318 | 0.01% | High | 647 | Recently |
| 68 | Binance | EGLD/BNB | $238.02 | $4,755 | $8,885 | $27,787 | 0.01% | High | 614 | Recently |
| 69 | Binance | COS/BNB | $238.02 | $2,148 | $5,902 | $26,539 | 0.01% | High | 503 | Recently |
| 70 | Binance | KAVA/BNB | $238.02 | $7,401 | $1,597 | $26,504 | 0.01% | High | 642 | Recently |
| 71 | Binance | MC/BNB | $238.02 | $568 | $14,830 | $26,145 | 0.01% | High | 627 | Recently |
| 72 | Binance | BAKE/BNB | $238.02 | $3,539 | $4,024 | $26,496 | 0.01% | High | 646 | Recently |
| 73 | Binance | UNI/BNB | $238.02 | $19,071 | $8,407 | $25,016 | 0.01% | High | 564 | Recently |
| 74 | Binance | STX/BNB | $238.02 | $4,568 | $11,243 | $24,065 | 0.01% | High | 571 | Recently |
| 75 | Binance | COTI/BNB | $238.02 | $2,139 | $17,617 | $22,713 | 0.01% | High | 578 | Recently |
| 76 | Binance | RAY/BNB | $238.02 | $4,501 | $2,739 | $21,866 | 0.01% | High | 686 | Recently |
| 77 | Binance | LINK/BNB | $238.02 | $9,407 | $16,381 | $21,601 | 0.01% | High | 576 | Recently |
| 78 | Binance | ALGO/BNB | $238.02 | $4,116 | $13,272 | $21,425 | 0.01% | High | 546 | Recently |
| 79 | Binance | BCH/BNB | * $238.02 | $34,996 | $14,097 | $21,282 | 0.01% | High | 582 | Recently |
| 80 | Binance | MBOX/BNB | $238.02 | $4,053 | $6,296 | $21,059 | 0.01% | High | 526 | Recently |
| 81 | Binance | OCEAN/BNB | $238.02 | $6,499 | $17,518 | $19,663 | 0.01% | High | 505 | Recently |
| 82 | Binance | BEL/BNB | $238.02 | $2,107 | $8,830 | $17,908 | 0.00% | High | 530 | Recently |
| 83 | Binance | WIN/BNB | $238.04 | $19,755 | $40,116 | $17,415 | 0.00% | High | 577 | Recently |
| 84 | Binance | GMT/BNB | $238.02 | $7,564 | $9,384 | $16,700 | 0.00% | High | 598 | Recently |
| 85 | Binance | BNB/DAI | $237.32 | $15,772 | $18,362 | $13,865 | 0.00% | High | 607 | Recently |
| 86 | Binance | ANT/BNB | $238.02 | $6,580 | $22,453 | $15,769 | 0.00% | High | 647 | Recently |
| 87 | Binance | XVS/BNB | $238.02 | $3,506 | $2,077 | $15,274 | 0.00% | High | 528 | Recently |
| 88 | Binance | HOOK/BNB | $238.02 | $4,422 | $7,760 | $14,662 | 0.00% | High | 587 | Recently |
| 89 | Binance | DYDX/BNB | $238.02 | $3,313 | $7,884 | $13,263 | 0.00% | High | 645 | Recently |
| 90 | Binance | QNT/BNB | $238.02 | $4,720 | $3,517 | $12,830 | 0.00% | High | 539 | Recently |
| 91 | Binance | ANKR/BNB | $238.02 | $4,807 | $16,321 | $12,260 | 0.00% | High | 607 | Recently |
| 92 | Binance | MASK/BNB | $238.02 | $8,398 | $17,185 | $12,016 | 0.00% | High | 580 | Recently |
| 93 | Binance | THETA/BNB | $238.02 | $4,164 | $8,498 | $11,289 | 0.00% | High | 608 | Recently |
| 94 | Binance | IOTA/BNB | $238.02 | $3,426 | $5,194 | $10,331 | 0.00% | High | 688 | Recently |
| 95 | Binance | KLAY/BNB | $238.02 | $1,509 | $6,160 | $10,496 | 0.00% | High | 594 | Recently |
| 96 | Binance | PEOPLE/BNB | $238.02 | $4,953 | $4,904 | $9,536 | 0.00% | High | 699 | Recently |
| 97 | Binance | MINA/BNB | $238.02 | $1,261 | $8,753 | $9,424 | 0.00% | High | 583 | Recently |
| 98 | Binance | WAXP/BNB | $238.02 | $220 | $4,066 | $9,193 | 0.00% | High | 662 | Recently |
| 99 | Binance | SNX/BNB | $238.02 | $17,144 | $15,255 | $8,689 | 0.00% | High | 580 | Recently |
| 100 | Binance | BNB/UAH | $245.50 | $2,531 | $6,460 | $8,676 | 0.00% | High | 550 | Recently |

\* Price Excluded

Disclaimer: This page may contain affiliate links. CoinMarketCap may be compensated if you visit any affiliate links and you take certain actions such as signing up and transacting with these affiliate platforms. Please refer to Affiliate Disclosure.

| Load More |
|---|

 CoinMarketCap

| Products | Company | Support | Socials |
|---|---|---|---|

 BNB BNB

 Price: $238.20 ▲ 0.18%

Crypto API

Crypto Indices

Doodles

Jobs Board

Sitemap

Terms of use

Privacy Policy

Cookie preferences

Community Rules

Disclaimer

Methodology

Careers We're hiring!

Contact Support

FAQ

Glossary

Twitter

Telegram

Instagram

Interactive Chat

© 2023 CoinMarketCap. All rights reserved

  

# EXHIBIT BH-28



# Travala.com

Stays    Flights    Activities          Explore NFT NEW!   My Trip   Vote   Passport NEW!        Login    **Sign Up Now**

Home / Payment / **BINANCE COIN**

## Book Hotels with Binance Coin (BNB)

Are you aware that Travala.com now accepts Binance Coin (BNB) as a payment method for your hotel booking? At Travala.com, you can travel and book hotel accommodation at your desired destinations using BNB. The BNB payment is accepted and booking confirmed in minutes.

## What is Binance Coin (BNB)?

Used on the Binance Exchange as utility token, BNB allows users to earn discounts on trading fees and as gas on Binance Chain and the Binance DEX. However BNB is accepted as a payment method outside of the exchange with BNB widely used across the cryptosphere.
Created in 2017, BNB is a Top 10 token and with Changpeng Zhao at its helm, the future of BNB is very promising.

To learn more about Binance Coin, please visit  https://www.binance.vision/glossary/binance-coin

## How can I make payments for my hotel bookings with Binance Coin?

 Select your hotel

To see and pay for your room in Binance Coin, please select the currency tab on the website header menu, and choose Binance Coin.





Search and choose your destination, using the filter to select your preferred hotel, check-in and check-out date and the number of occupants and rooms.

Choose your hotel & Select your room



## 2  Fill out your details



Enter your personal details. You can either login (if you already have an account with Travala.com) or register your new account to enjoy savings on all of your future hotel bookings.

## 3  Pay for your hotel booking

After entering all of your information, click the crypto payment method and select Pay using Binance Coin. The screen will show the price in both Binance Coin and your chosen fiat currency.





Click on the button "Complete Reservation". A popup will appear to make the payment. Complete the booking by sending the amount in Binance Coin to the address shown.

You have now made your payment with Binance Coin.
You will then receive a hotel booking email confirmation.
Booking a hotel with Binance Coin is as simple as that and you're ready to travel!



**Book your hotel with Binance Coin today!**   Book now

## Customer Reviews

As the leading Binance Coin-friendly accommodation booking platform, Travala.com always strives to bring our customers a seamless booking experience. Pay for your stay anywhere in the world using Binance Coin.



## Other payment options

‹          ›

**Join Our Newsletter**
Sign up and we'll send the best deals to you

Your email    Subscribe



| TRAVALA.COM | SUPPORT | USEFUL LINKS | RESOURCES | COMMUNITY |
| --- | --- | --- | --- | --- |
| About Us | Help Center | Mobile App | Official Blog | Twitter |



We accept Credit Card, Debit Card
and Cryptocurrency payments.

| | |
|---|---|
| AVA Token | My Trip |
| Smart Program | Terms & Conditions |
| Invite Program | Privacy Policy |
| Price Guarantee | Cookie Policy |
| Affiliate Program | Contact us |
| Travel Credits | Partnership |
| Travel Gift Cards | Concierge |
| Travala Members | Media Contact |

Business Travel
Payment Options
Binance Travel
Partner Network
Bug Report
Sitemap
Activate NFT
Accommodations
Countries
Cities

Travel Advice
Travel Guides
Read Reviews
Our Partners
Coin Listing
Careers

Facebook
Telegram
Instagram
Reddit
Linkedin
Discord

© Copyright 2017 - 2023. Travala.com

# EXHIBIT BH-29

Can Work

Job Board    Blog    FAQ

Login    Create Account

# Access Global Freelance Talent with Smart-Contract Confidence

CanWork is a digital freelance marketplace that connects top tier freelancers with high value clients using BNB Smart Chain payments and a secure smart-contract escrow system.

Post a Job    Start Earning

 5+





## Meet some of our expert freelancers

See our top freelancers in their category.

 Content Creators     Software Developers     Designers & Creatives     Financial Experts     Marketing & Seo     Virtual Assistants



**Astrid Abreu** ✔
Graphic designer
⭐⭐⭐⭐⭐ (2)

Vector Artist   Vector Trace
Vector

[ View Astrid Abreu's Profile ]



**Ray Armas** ✔
Digital Artist
⭐⭐⭐⭐⭐ (20)

Illustration   NFT Art
CRYPTO ART   2D ANIMATION

[ View Ray Armas's Profile ]



**Omotayo WarDaddy** ✔
Product Designer & Illustrator
⭐⭐⭐⭐⭐ (30)

Product Design   Web Design
Illustrations   Mobile App

[ View Omotayo WarDaddy's ... ]

## Why freelance on CanWork ?

CanWork is the future of freelancing, we offer competitive
features and exciting benefits for clients and freelancers

**For Client**

### Top tier freelancers around the world at your finger tips

 **High quality freelancers**
Work with only vetted top tier freelancers on CanWork.

 **Zero cost of hiring freelancers**
Connect and hire top professional freelancers in the crypto space at no
cost. Simply post a job. (Negligible BNBChain transaction fee excluded),

 **Multiple secure payment options**
Pay with BNB and select BNB Chain tokens, all secured by the
CanWork smart-contract escrow system.

[ Hire Top Freelancer ]

**For Freelancers**

### Get paid for your skills and keep more of your earnings

 **Pay only 1% in Commission**
Pay almost nothing in commission when you engage with a client on
CanWork, you get to keep more of your earnings.





### Receive Instant Payment

Receive your payment in your compatible BNB Chain wallet instantly, after job is completed.



### Smart Contract and Escrow

CanWork Smart Contract and Escrow system assures freelancers of payment by securing payment upfront protected from volatility.



**Start Earning on CanWork**



## Explore listed tasks on CanWork Job Board

Pitch your abilities to clients and bid for projects available on job boards for free.

**View Job Board**

## How it Works ?

Find, pay into escrow, easy!

 **1**

 **2**

 **3**







**Post a request and find the right provider**

Choose from the hand-picked talent on CanWork, or Post a public job to attract the right person for your project.

**Agree to terms and get to work**

Once you and your provider have agreed on a task, pay upfront into the CanWork escrow, where payment will be securely held & safe from price volatility.

**A job well done!**

Mark the job as complete to release payment to your provider. Don't forget to leave a rating and review.

## We always love to hear feedback from you.

We have client & freelancer support availabe and an active community. Kindly reach out to us for feedback, questions or reviews.

**Contact Support**



## Blog Posts

Read recent news & events within the ecosystem and find helpful guides.



**CanWork May Update**

Escrow V3, Community Winners and more

By **Johan Lives, Chris McLoughlin**

[Read Publication →](#)



**Introducing CanWork Freelance Escrow V3**

Enhanced Security for a Trustless Freelance Ecosystem

By **Johan Lives**

[Read Publication →](#)



**CanWork April Update**

Growth, development and community competitions

By **Johan Lives**

[Read Publication →](#)

[Visit our blog](#)



### Join the largest community of freelancers earning cryptocurrency on blockchain technology

[Hire Pro Freelancers](#)  [Start Earning Crypto](#)

**Can**Work

Digital Freelance Marketplace

**Freelancers**

Content Creators

Software Developers

Designers & Creatives

Financial Experts

Marketing & Seo

Virtual Assistants

**Website**

Register

Sign In

Home

Job Board

Blog

Search

**Company**

Community

FAQs

Contact Us

Help & Support

**Socials**

Copyright 2018 - 2023 CanWork.io    Terms    Privacy

# EXHIBIT BH-30



aerotrips

Air Taxi & Charters    Flight Tours    Flight Training    Log In

# PILOT SHOP

**Powered by Aeron**

🔍 Search

AERON    BINANCE    ethereum    bitcoin    OKB    bitcoincash

New Arrivals    Aircraft    Merchandise    Global Flight Club

Sort by price: Low to high - High to low



**Gift Voucher for Free 1 Hour Initial Flight Lesson or Sightseeing Flight**
€249.00 **-12%**
€220.00 (~44,000,000.00 ARN)



**Aeron/Aerotrips Global Flight Club Annual Membership**
€299.00 (~59,800,000.00 ARN)



**MILE High Sunglasses - FLARE**
€65.99 (~13,198,000.00 ARN)



**RAM iPad Air & Air 2 Suction Cup Holder Bundle**
€98.00 **-10%**
€88.50 (~17,700,000.00 ARN)



**Pooleys GB-4 Soaring Kneeboard for Gliders**
€25.49 (~5,098,000.00 ARN)




**Silva 58 Kayak Compass For Sport Flying**
€82.50 (~16,500,000.00 ARN)



**Hi-Vis Waistcoat**
€13.49 (~2,698,000.00 ARN)



**24 Inch Windsock with Pole Fitting**
€60.00 (~12,000,000.00 ARN)



**Peltor Ear Defenders H520F**
€43.49 (~8,698,000.00 ARN)





**Marshalling Wand LED Light magnetic Base**
€33.00 (~6,600,000.00 ARN)

**Convenience Bags (10 pack)**
€29.24 (~5,848,000.00 ARN)

**Placard-Fastern Seat Belt (2 1/4 x 1/2)**
€4.49 (~898,000.00 ARN)



**Lady J Adaptor**
€16.44 (~3,288,000.00 ARN)



**Little John Portable Urinal**
€17.99 (~3,598,000.00 ARN)



**No-Push Decal**
€17.99 (~3,598,000.00 ARN)



**Placard-No Smoking (2 1/2 x 9 1/16)**
€4.49 (~898,000.00 ARN)



**ASA Black Plastic Moulded Chocks - Pair**
€50.61 (~10,122,000.00 ARN)



**Large 9"x12" Slap On Sun Visor**
€12.75 (~2,550,000.00 ARN)



**Powerbank 8000mAh - Portable Charging Device**
€34.49 (~6,898,000.00 ARN)



**Safety Wire Pliers**
€40.49 (~8,098,000.00 ARN)



**Standard Fuel Tester**
€16.49 (~3,298,000.00 ARN)



**LED Lenser K2 Key Ring Torch**
€16.44 (~3,288,000.00 ARN)

aerotrips

Air Taxi & Charters
About Us
Terms & Conditions
Privacy Policy

© Aerotrips.com

Member of  NBAA  EBAA

Air Taxi
Air Charters

Flight Tours
Sightseeing
Excursions
One Way

Flight Training
Flight Schools
Helicopter Schools
Type Ratings

Contacts
Office 401, Chrysanthou Mylona 1, 3030, Limassol, Cyprus
+357 978 78 194
info@aerotrips.com

We're on social media:  f  📷  ▶️