# EXHIBIT BH-51

6/9/23, 10:56 PM
Case 1:23-cv-01599-ABJ  Document 53-6  Filed 06/12/23  Page 2 of 59
Bitcoin Is Protecting Human Rights Around the World - Reason.com

reason.com /video/2021/02/05/bitcoin-is-protecting-human-rights-around-the-world/

# Bitcoin Is Protecting Human Rights Around the World

Alex Gladstein7-9 minutes

Bitcoin has won over some of America's best-known billionaires, and institutions worldwide are treating it as a serious financial asset. But bitcoin's rising price is only one part of the story.

Whether they know it or not, people who buy bitcoin are strengthening a tool for protecting human rights. This still relatively new form of electronic money is censorship-resistant, seizure-resistant, borderless, permissionless, pseudonymous, programmable, and peer-to-peer.

In bitcoin, transactions don't go through banks or financial intermediaries. They travel directly from one person to another.

Payment processing is done not by a regulated company such as Visa or Mastercard but by a decentralized global software network. Storage is handled not by a bank but by the users themselves.

Bitcoin issuance isn't determined by central bankers. The currency's creator, Satoshi Nakamoto, set it to have an ultimate limit of 21 million. No one can ever print more.

Bitcoin transactions can't be stopped, and you don't need to reveal your name or address or telephone number to participate. You just need internet access.

In 2017, the economist Paul Krugman described bitcoin as "some fancy technological thing that nobody really understands. There's been no demonstration yet that it actually is helpful in conducting economic transactions. There's no anchor for its value."

Krugman lives in a sheltered environment in a liberal democracy with constitutional protections. His native currency is globally dominant and relatively stable. It's easy for him to open a bank account, to use a mobile app to pay bills, or to grow his wealth by investing in real estate or stocks.

But not everyone has that level of privilege. Around 4.2 billion people live under authoritarian regimes that use money as a tool for surveillance and state control. Their currency is often debased, and they are, for the most part, cut off from the international system that Krugman enjoys. For them, saving and transacting outside the government's purview isn't shady business. It's a way to preserve their freedoms.

In China, if you type or utter one wrong word, the Communist Party might eliminate your financial services. This devastating outcome creates a chilling effect for dissidents and creative minds, who are forced to use the country's increasingly centralized digital economy.

In Hong Kong or Russia, donors to human rights organizations can see their bank accounts suspended and funds seized.

Over the past few months in Belarus and Nigeria, nationwide protests have broken out against tyranny and corruption. In both places, activists raising money to support the democracy movement have had their bank

accounts frozen.

Just a few days ago, in Burma's latest coup, the military shut down the banking system and turned off the ATMs.

For activists living under state repression, bitcoin provides a way to preserve their money in cyberspace, locked away by encryption, safe from devaluation, in a network that has never been hacked. For them, it's digital cash and digital gold rolled into one.

And in Cuba, Nigeria, China, Pakistan, Venezuela, Russia, Turkey, Argentina, Palestine, Zimbabwe, and elsewhere, bitcoin is catching on and helping people escape tyranny and currency collapse.

In the past few months, Belarusian activists have used bitcoin to defy the regime by sending more than 3 million dollars of unstoppable money directly to striking workers, who then convert it locally to rubles in peer-to-peer marketplaces to feed their families as they protest the country's dictatorship.

In October, a feminist coalition in Nigeria raised the equivalent of tens of thousands of dollars in bitcoin to buy gas masks and protest equipment as activist bank accounts were being turned on and off.

In Russia, the opposition politician Alexei Navalny has raised millions in bitcoin as Vladimir Putin maintains strict control over the traditional financial system. Putin can do a lot of things, but he can't freeze a bitcoin account.

In Iran and Palestine and Cuba, individuals face sanctions or embargoes because of the misdeeds of their corrupt rulers. Bitcoin gives them a lifeline for earning income or receiving remittances from abroad.

Some Venezuelans, having watched their country's currency evaporate due to hyperinflation, are converting their resources to bitcoin's digital format and then escaping. With their savings secured by a password that can be stored on a flash drive, phone, or even memorized, they've started new lives in other countries, taking advantage of a technology that refugees throughout history could only dream about.

The citizens of democracies also face financial controls, deplatforming, and an ever-expanding surveillance state. But those lucky enough to live in open societies can vote, sue, protest, and write, and those methods might allow them to protect their financial freedom and privacy. The billions who live under authoritarian governments don't have the same options.

Unlike democracy, bitcoin is universally available. You don't need to have a particular passport or bank card or voting status to use it. No government can turn off your bitcoin if it's threatened by your ideas.

We are in the middle of a great digital transformation, a time when cash, one of the last bastions of privacy and freedom, is disappearing. People rely increasingly on easily surveilled apps such as Apple Pay and AliPay —and, perhaps soon, central bank–issued digital currencies as their primary medium of exchange.

Bitcoin provides an alternative to our increasingly centralized financial system. It gives any activist or journalist a way to raise funds without censorship, a way to save despite the corrosive impact of excessive money printing, and a way to teleport value without permission.

Bitcoin Is Becoming Human Rights Activists' 'Freedom Money' : Reader View

Bitcoin wasn't as powerful five years ago, before it had global liquidity. But today, exchanges have popped up in every region, daily trading volume exceeds that of Apple and other popular stocks, and peer-to-peer marketplaces such as Paxful and LocalBitcoins have extended their reach, enabling users to sell bitcoin for local currency almost anywhere in the world.

Maybe you don't need bitcoin. Maybe you don't understand bitcoin. Maybe PayPal, Venmo, or your bank account serves your needs just fine.

But don't write off bitcoin as simply a vehicle for financial speculation. For millions of people around the world, it's an escape hatch from tyranny—nothing less than freedom money.

*Written and narrated by Alex Gladstein. Motion graphics by Lex Villena. Sound design by Isaac Reese and Regan Taylor.*

*Music: "Countdown" and "2049" by Synthwave Goose.*

*Photo Credits: Aristidis Vafeiadakis Zuma Press/Newscom, Vernon Yuen Zuma Press/Newscom, ID 12085637© Artem Samokhvalov| Dreamstime.com, ID 10620275© EmeraldUmbrellaStudio| Dreamstime.com, ID 53155927© Emma Frater Dreamstime.com, Photo 29566579 © Breakers Dreamstime.com, Roman Camacho Zuma Press/Newscom, ID 170668499© Michael Vi Dreamstime.com, ID 41034616© Bigapplestock| Dreamstime.com, ID 204283371© Brett Hondow| Dreamstime.com, ID 78877294© Jlcst| Dreamstime.com*

# EXHIBIT BH-52

Case 1:23-cv-01599-ABJ   Document 53-6   Filed 06/12/23   Page 6 of 59

www.thenationalnews.com /business/money/2022/07/27/why-cryptocurrencies-are-a-lifeline-for-people-in-developing-countries/

# Why cryptocurrencies are a lifeline for people in developing countries

Stefan Rust5-6 minutes

In simple terms, inflation is a general increase in prices and a subsequent fall in the purchasing power of money.

Even modest inflation is a difficult situation for any country and its people to tackle, especially when wage growth is not keeping pace with rising prices. However, hyperinflation, which occurs when inflation exceeds 50 per cent, is devastating for citizens of affected countries.

Like a war or a terrorist attack in a distant land, hyperinflation is often seen as a vague and obscure threat. While we wince at the thought of it, watch with morbid curiosity as it unfolds and feel empathy for those suffering, we remain relatively indifferent to the threat of hyperinflation until it reaches our doorstep.

## What is Bitcoin and how did it start?



But hyperinflation has been steadily gaining momentum in developing countries for decades. In these places, rapid currency devaluation has led to political instability.

Many citizens in these countries have turned to cryptocurrency as a lifeline for the purchase of essential goods, to store wealth or to protect their purchasing power.

Case 1:23-cv-01599-ABJ Document 53-6 Filed 06/12/23 Page 7 of 59

## Cryptocurrency brings stability

Venezuela has recorded uninterrupted inflation rates between a modest 6.3 per cent and a mind-boggling 130,060.2 per cent over the past 40 years.

More recently, it has gone through one of the world's most prolonged bouts of hyperinflation, which lasted four years, driven by socioeconomic and political issues.

The socialist government, led by President Nicolas Maduro, only recently stopped printing money after the widespread adoption of the US dollar as the preferred currency.

Reactive cryptocurrency adoption has been ubiquitous in Venezuela since its inflationary meltdown.

Cryptocurrency is now seen by many observers as the saviour of the Venezuelan economy, as it allows people to engage in peer-to-peer trading and to use it as a form of payment.

The government has even created the Decentralised Stock Exchange of Venezuela, where fiat currencies and digital assets can be traded.

Uncertainty holds the high throne during an economic crisis, especially in a country such as Lebanon, where inflation has paralysed the economy and is now running at 210 per cent.

Trust in the Lebanese pound has vanished. As citizens turned to the US dollar as an alternative, banks started increasing the exchange rate between the greenback and the Lebanese pound.

This directive led to many Lebanese — from politicians to media personalities to taxi drivers — to stash their savings in digital money to shield themselves from currency depreciation.

For the Lebanese, digital currencies are now even more tangible than the US dollar in their bank accounts.

Most transactions taking place in Lebanon's cryptocurrency communities are between a few hundred and a few thousand dollars' worth of stablecoins such as USDT and USDC, the value of which hovers at about $1 per unit.

These digital dollars can be traded for other cryptocurrencies such as Bitcoin or Ether.

## Cryptocurrencies — in pictures



The crypto market, which includes currencies such as Bitcoin, pictured, has lost $2 trillion of its value in six months. Unsplash

## Digital assets embraced as fiat falls

The adoption of cryptocurrency has proven to be a lifeline in developing economies, where rapidly devaluing currencies and political instability have offered citizens few options.

In these places, the attraction of an entirely decentralised financial system untethered to a government or the economy is clear.

People in these regions have gained more control over their money through the use of cryptocurrency, while access to capital has become easier.

Cryptocurrency and decentralised finance specifically do not have the same high barriers to entry that plague the traditional financial system. Anyone with an internet connection is able to participate.

Financial inclusion has long been one of the hard sells of cryptocurrency and today, we see that coming to fruition in developing countries around the world.

This does not mean that cryptocurrency is the answer to all economic woes, however.

Compared to stable currencies such as the US dollar, euro, British pound and Japanese yen, even US dollar-backed stablecoins present a high level of risk. This makes cryptocurrency less attractive inside stable economies.

But what cryptocurrencies and blockchain technology offer any economy is a level of objectivity — and this will become increasingly attractive, even in developed countries.

Cryptocurrency is politically agnostic. It allows the citizen of any country to participate in finance and preserve and grow their wealth, and it even allows them to make basic purchases through card payment providers and peer-to-peer systems.

We are, no doubt, in a period of growing pains for this nascent asset class. However, its possibilities and potential benefits are becoming more evident, while usage is growing every day.

*Stefan Rust is the founder of Laguna Labs, a blockchain development house, and former chief executive of bitcoin.com*

Updated: July 26, 2022, 9:00 PM

# EXHIBIT BH-53

6/9/23, 10:46 PM
Case 1:23-cv-01599-ABJ  Document 53-6  Filed 06/12/23  Page 11 of 50
Why Emerging Markets Are Early Adopters of Crypto as Legal Tender - International Banker

internationalbanker.com /brokerage/why-emerging-markets-are-early-adopters-of-crypto-as-legal-tender/

# Why Emerging Markets Are Early Adopters of Crypto as Legal Tender

internationalbanker11-14 minutes 11/29/2021



*By* **Lourdes S. Casanova**, *Gail and Rob Cañizares Director, and* **John Ninia**, *Cornell class of 2022 and Research Assistant, Emerging Markets Institute, Cornell University*

This article was originally published in the Autumn/November 2021 edition of International Banker

As the use of cryptocurrencies such as bitcoin continues to grow, emerging markets seem to be setting the tone for the future adoption of crypto as legal tender and defining the necessary regulatory context. In October 2021, bitcoin hit an all-time high of more than US$66,000 per coin, and the first bitcoin futures ETF (exchange-traded fund)[1] also began trading on American exchanges in the same month. These developments will accelerate the employment of bitcoin, while at the same time, central bank digital currencies (CBDCs) are being piloted in China and other emerging markets. This article outlines how emerging markets are becoming the frontiers for the adoption of cryptocurrencies such as bitcoin, CBDCs and other digital currencies.

## Emerging markets leading the charge toward bitcoin as legal tender

While China is attempting to ban cryptocurrencies, other countries such as El Salvador in Central America are embracing them. On September 7, 2021—with 2021 being the year that El Salvador marked the 20th anniversary of the dollarization of its economy—the country made bitcoin legal tender. Chivo is the bitcoin wallet launched by the El Salvador government to facilitate cheap and efficient payments using bitcoin's Lightning Network (LN). Despite some demonstrations in the streets, which may indicate the contrary, Chivo's success has been lightning fast. While in 2017, only 29 percent of the El Salvadoran population had bank accounts, two months after the new legal tender was introduced, 46 percent of the population, or two million citizens, had downloaded Chivo.

This speedy network allows bitcoin to be used for micro-transactions such as buying a cup of coffee. The Chivo Wallet also supports free cross-border payments[2], which will help the migrant workers of El Salvador and their families to save more than $400 million in remittance fees per year. All major chains and companies operating there, such as McDonald's[3], must accept the cryptocurrency, too. Other Latin American countries such as Panama, Cuba and Paraguay may soon follow El Salvador. Strangely enough, in both Panama and El Salvador, the US dollar (USD) is accepted as legal tender as well. It is not just countries with weak currencies —and this includes Argentina and Cuba—that are looking for more stable as well as transparent and reliable

alternatives. Currency devaluations usually bring havoc in their economies, with subsequent increases in unemployment and poverty. Avoiding this additional source of volatility has been the cause of emerging markets trying to find alternatives to weak currencies. And also, crypto adoption shows how technology can enable development and leapfrogging in the emerging world.

**While China launches its DCEP**

At the same time, China, a mining center of choice for crypto, has tried to ban cryptocurrencies multiple times; in September 2021, after citing concerns of gambling, fraud and money laundering, the country banned not only the mining of crypto but also its use. As China aims to cripple the power of bitcoin and cryptocurrency in general, it has been working on implementing its own government digital currency electronic payment (DCEP), also referred to as e-CNY or digital yuan/digital renminbi (RMB). Its DCEP is China's version of a sovereign e-currency pegged to the yuan, a central bank digital currency (CBDC). While a DCEP is not necessarily incompatible with a cryptocurrency such as bitcoin, China sees the latter as a potential threat and does not want any interference in its e-CNY experiment. However, this ban has had little impact on the price of bitcoin; right after the ban, the price surged to more than $66,000 per coin, a new all-time high.

Mobile-payments technology took off during the pandemic all over the world—evidenced by ecommerce platforms such as Argentina's Mercado Libre with Mercado Pago in Latin America and Nigeria's Jumia with JumiaPay in Africa, among others—by growing its presence in emerging markets where credit-card penetration is lower than in the developed world. In 2020, mobile payments totaled US$49 trillion in China, and four out of five transactions were online, with Alibaba's Alipay (55 percent) and Tencent's Tenpay (39 percent) at the helm of online payments. Because more than half of its population used mobile payments and it was the leading country in building a cashless society, China was ripe to adopt a DCEP.

A DCEP may seem similar to a cryptocurrency, but it has many differences. Mu Changchun, the People's Bank of China's (PBOC's) deputy director, made it clear that its DCEP is nothing like cryptocurrencies such as bitcoin or even stablecoins.[4] A stablecoin, such as tether or USDC (USD coin), is either pegged to a certain commodity or currency or has an algorithm implemented to reduce volatility and keep its price stable. Although China's DCEP would mimic this design, Mu Changchun said that the currency would not be pegged to a basket of currencies (as the yuan theoretically is) but to the yuan itself and could be used without an internet connection. Therefore, it does seem that this DCEP would be quite similar to the current stablecoins that already exist, but instead of being decentralized, China's DCEP would be regulated and issued by the Chinese government. It seems the real motive behind the bitcoin ban in China is to increase regulation and government oversight[5] of the Chinese economy and its DCEP. International visitors to the Winter Olympics 2022 in Beijing will be allowed to use the digital yuan. Moreover, the intention also seems to be that its DCEP be used on an international scale, and agreements have been signed with the Hong Kong Monetary Authority (HKMA) and Brussels-based SWIFT (Society for Worldwide Interbank Financial Telecommunication), although the digital RMB could work independently from SWIFT.

**But what is the difference between CBDCs and cryptos?**

A CBDC is simply a virtual form of a fiat currency. Therefore, unlike cryptocurrencies, it is centralized, as the issuing government controls it, while cryptos are decentralized. CBDCs seem extremely popular in emerging markets specifically because banking penetration and credit-card use are not as high as in developed

6/9/23, 10:46 PM
Case 1:23-cv-01599-ABJ Document 53-6 Filed 06/12/23 Page 13 of 50
Why Emerging Markets Are Early Adopters of Crypto as Legal Tender – International Banker

countries. Another benefit of CBDCs is that they can implement blockchain technology, which removes any threat of counterfeiting or chargebacks. Emerging markets are also drawn to CBDCs and cryptocurrencies as they are able to facilitate cross-border transactions with few to no fees.

China isn't the only country working on issuing a CBDC. Algorand (ALGO) is a blockchain-based crypto network that has been working to offer decentralized CBDC infrastructure and policies to countries around the world. The Marshall Islands recently issued its own CBDC known as SOV (Sovereign)[6]. It is being run on the ALGO protocol due to the speed, scalability and security that it offers. The SOV currency will circulate throughout the country alongside the USD. Other blockchain platforms and their cryptocurrencies, such as Cardano (ADA) and Ethereum (ETH), and their development teams have also been working on offering decentralized CBDC infrastructure. These platforms and currencies will continue to compete to offer central banks and governments decentralized, scalable and secure blockchains on which to implement their CBDCs. The Bahamas, the Eastern Caribbean Currency Union (ECCU) and Sweden are also in their pilot phases, and India is scheduling its CBDC for December 2021. Eighty-one countries[7], representing more than 90 percent of global gross domestic product (GDP), are currently exploring or have launched some form of digital currency.

**And what about a United States CBDC?**

While the United States has not announced plans to make bitcoin legal tender, there is some discussion about a blockchain-backed stablecoin. Fedcoin[8] proposes that the US government create a digital currency within the United States with a 1:1 exchange rate with the dollar. Much of the US' currency is digitized already, so a blockchain-backed Fedcoin would do well in its current economy and could help facilitate digital transactions. Tether[9] is an example of a stablecoin that claims to be backed by the USD. However, without government regulation, it is not very transparent and can be controversial. Originally, Tether claimed that each coin it issued was backed by one USD, but it was later discovered that only 74 percent[10] of tethers issued were backed. In Federal Reserve Chair Jerome Powell's recent announcement, he called for greater regulation of stablecoins.

While Fedcoin would be a DCEP because the government would regulate it, Facebook has been trying to create its own international stablecoin. Originally, Facebook was working on a currency known as Libra, pegged to a basket of currencies of different weightings to maintain stability. Since then, it has rebranded the currency to Diem and is focusing on pegging its currency to the USD. Amongst much controversy, on October 23, 2021, the Novi digital wallet, which will facilitate Diem transactions, was launched as a pilot in the United States and Guatemala.

**Why emerging markets are at the center of the crypto revolution**

There are many reasons why emerging markets will be crucial to determining the fate of crypto and blockchain execution worldwide. Due to their unbanked populations, high banking risks and, in general, lower bank and credit-card penetrations, the adoption of a CBDC or cryptocurrency can be beneficial in emerging markets[11]. The use of blockchain in emerging markets can also limit corruption and ensure transparency and fair treatment of employees within various industries throughout the entire supply chain. Smart contracts and blockchain have the capability to record all transactions and agreements on an immutable ledger to ensure transparency and fairness. This could help decrease corruption and mistreatment on an international scale.

Tokenization seems inevitable, so it is important that the US government begins discussing ways to catch up with emerging countries and retain the international power of the USD.

## References

[1] CNBC: "The first bitcoin futures ETF in the U.S. is set to begin trading in the week ahead," Jesse Pound, October 15, 2021.

[2] Yahoo: "Over Two Million Citizens Now Using Chivo Wallet in El Salvador," David Thomas, September 26, 2021.

[3] Forbes: "McDonald's Starts Accepting Bitcoin In El Salvador," Jemima McEvoy, September 7, 2021.

[4] Decrypt: "What Are Stablecoins and How Do You Use Them?", Matt Hussey and Scott Chipolina, July 30, 2021.

[5] Forbes: "China's Bitcoin Mining Drama Is Over. Why Is Bitcoin Still A Dud?", Kenneth Rapoza, July 18, 2021.

[6] SOV: "Fair sustainable money."

[7] Atlantic Council: "Central Bank Digital Currency Tracker."

[8] Yale University: "Fedcoin A Blockchain-Backed Central Bank Cryptocurrency," Sahil Gupta, Patrick Lauppe and Shreyas Ravishankar, October 5, 2017.

[9] Tether: "Digital money for a digital age."

[10] Bloomberg: "Tether Says Stablecoin Is Only Backed 74% by Cash Securities," April 30, 2019.

[11] International Finance Corporation: "Blockchain: Opportunities for Private Enterprises in Emerging Markets."

ABOUT THE AUTHORS

**Lourdes S. Casanova** has been a Senior Lecturer of Management at S.C. Johnson Graduate School of Business, Cornell University, since 2012. She is also the Gail and Roberto Cañizares Director of the Emerging Markets Institute. For the previous 23 years, she was a Lecturer in the Strategy Department of INSEAD.

**John Ninia** is a Senior at Cornell University and an Environment and Sustainability major concentrating in Environmental Economics. He is currently working with Lourdes Casanova, conducting research on the rise of artificial intelligence, cryptocurrencies and e-commerce within emerging markets.

# EXHIBIT BH-54

Case 1:23-cv-01599-ABJ   Document 53-6   Filed 06/12/23   Page 16 of 59



DECEMBER 19, 2012

# Income Biggest Barrier to Banking in Developing Countries

## Costs, proximity, and documentation among obstacles to account ownership

BY LEORA KLAPPER, DOUGLAS RANDALL AND **JENNY MARLAR**

---

WASHINGTON, D.C. -- In high-income countries, the rich and the poor alike have bank accounts, but this is not true in developing countries, according to a Gallup/World Bank study. The richest adults in developing countries are more than twice as likely as the poorest adults to have a bank account -- 62% vs. 24%, respectively.

*Has an Account at a Formal Financial Institution*
Among adults in developing countries, by within country income quintiles

|                       | % banked |
|-----------------------|----------|
| Poorest               | 24       |
| Second income quintile| 34       |
| Third income quintile | 42       |
| Fourth income quintile| 50       |
| Richest               | 62       |

102 developing countries, 2011

GALLUP®

Case 1:23-cv-01599-ABJ   Document 53-6   Filed 06/12/23   Page 17 of 59

These findings are from the World Bank Global Financial Inclusion Indicators (Global Findex) project, the first individual-level, internationally comparable data on how adults worldwide save, borrow, make payments, and manage risk. Gallup collected the data in 2011 in 148 countries and areas for the study, which is funded by the Bill & Melinda Gates Foundation. The country-level data were released in April, and the complete microdata set was made available Dec. 13 through the World Bank's Open Data Initiative, enabling researchers, policymakers, and private-sector leaders to conduct their own in-depth analyses.

More than 2.5 billion adults worldwide do not have a bank account, with the vast majority disproportionately located in the developing world. Lack of access to formal financial institutions makes it difficult for adults to securely save for the future and borrow to make important investments in their education or businesses. Financial inclusion is an important component of a country's financial development, which is linked to economic growth. This analysis includes 102 countries classified as "developing," that is, those countries the World Bank does *not* categorize as high income.

Despite the differences in account penetration -- defined as having an account at a bank, credit union, a cooperative, post office, or microfinance institution -- across income quintiles, respondents among all income groups cited lack of money as the No. 1 reason for not having a bank account. Even the wealthiest residents in developing countries may not feel they have enough money to justify opening a bank account. High banking costs are another frequently mentioned barrier. For many, the high costs that banks charge to open and maintain an account make owning one an unobtainable luxury.

*Please tell me whether each of the following is a reason why you personally do not have an account at a bank, credit union, or other financial institution … ?*

Within country income quintiles

| | Poorest | Second income quintile | Third income quintile | Fourth income quintile | Richest |
|---|---|---|---|---|---|
| Not enough money | 75% | 70% | 63% | 58% | 51% |
| Too expensive | 28% | 26% | 24% | 23% | 17% |
| Family member already has an account | 13% | 21% | 23% | 31% | 39% |
| Too far away | 23% | 22% | 21% | 18% | 14% |
| Lack of documentation | 17% | 17% | 20% | 17% | 17% |
| You don't trust them | 10% | 13% | 14% | 14% | 13% |
| Religious reasons | 4% | 4% | 5% | 6% | 4% |

102 developing countries, 2011

GALLUP

Although lack of money and expense are common reasons for not owning a bank account across all income groups, these reasons become less dominant as income rises. Individuals living in high-income households are likely to say they have no account because another family member already has one.

Among lower income groups, proximity to a bank is the most commonly cited reason for not having an account after financial reasons. Adults in low-income households are also more likely to live in rural areas, where bank penetration is low. Even if these residents have enough money to open a bank account, traveling to a bank to deposit or withdraw money may not be practical.

Approximately one in five adults cites lack of proper documentation as a barrier, regardless of income level. Many banks require proof of permanent residence or wages slips, and in countries where large numbers of people are informally involved in the economy, this documentation can be difficult to come by.

Bottom Line

Although having enough money is a major hurdle to account penetration in developing countries, other major obstacles, such as documentation requirements and bank branch penetration, can be overcome. Recent research by the World Bank shows adults living in countries with better enabling environments for accessing financial services -- including lower account costs and greater proximity to financial intermediaries -- are significantly more likely to report owning and frequently using a bank account. The research also finds that policies that promote basic or low-fee accounts or exempt some depositors from onerous documentation requirements are associated with high account ownership among rural residents and the poor.

The complete database and related report, along with the survey in 15 languages, are available at https://www.worldbank.org/globalfindex.

Access the complete country-level data set, report, and questionnaire at www.worldbank.org/globalfindex.

For complete data sets or custom research from the more than 150 countries Gallup continually surveys, please contact us.

## Survey Methods

Results are based on face-to-face and telephone interviews with approximately 1,000 adults per country, aged 15 and older, conducted in 2011, in 102 developing countries. For results based on the total samples, one can say with 95% confidence that the maximum margin of sampling error ranges from ±2 percentage points to ±5.1 percentage points.

For more complete methodology and specific survey dates, please review Gallup's Country Data Set details.

RELEASE DATE:   December 19, 2012
SOURCE:   Gallup https://news.gallup.com/poll/159380/income-biggest-barrier-banking-developing-countries.aspx
CONTACT:   Gallup World Headquarters, 901 F Street, Washington, D.C., 20001, U.S.A
+1 202.715.3030

# EXHIBIT BH-55

Consensus @ Consensus Report Rel – <u>Download</u>                    ✕

## Opinion

### Even if a Thousand Projects Don't Make It, Blockchain Is Still a Change Catalyst

While we wait for crypto/blockchain success stories, it's already apparent that Satoshi's innovation is a change agent.



*Gary Gensler*

**By Gary Gensler**

Dec 15, 2019 at 6:23 a.m. PST     Updated Sep 13, 2021 at 4:49 a.m. PDT

Gartner, an IT research and consulting firm, came up with a framework to look at the stages of adoption and market enthusiasm of emerging technologies. Though criticized by some for being unscientific, the Gartner 'Hype Cycle' has caught on in popular culture. Where might cryptocurrencies and blockchain technology be now in that cycle compared with emerging technologies of the past?

Measured by market valuations, cryptocurrencies have experienced several booms and busts. The Mt. Gox-led boom and bust of 2012 to 2014. The ICO boom and bust of 2017 to 2018. And more recently the tokenization and Facebook Libra led boom and, dare I say, bust of 2019.

> *This post is part of CoinDesk's 2019 Year in Review, a collection of 100 op-eds, interviews and takes on the state of blockchain and the world. Gary Gensler is a professor at the MIT Sloan School of Management, Co-Director of MIT's Fintech@CSAIL and Senior Advisor to the MIT Media Lab Digital Currency Initiative. He was formerly Chairman of the U.S. Commodity Futures Trading Commission, Under Secretary of the Treasury, and a partner at Goldman Sachs.*

Market values are but one measure and don't necessarily equate with underlying viability of an emerging technology. While expectations have waned, might cryptocurrencies and blockchain technology still be at inflated expectations? Many minimalists would contend so. NYU economist Nouriel Roubini isn't alone with his oft-noted doubts about cryptocurrencies.

Might the field be bouncing along the trough of disillusionment, awaiting signs of viable use cases?



Through the mist of 2019's hype of bold announcements, the crypto market's ups and downs, and departures of hundreds of projects from the field, though, some ground-truths are evident.

Satoshi Nakamoto – whomever she, he or they are – solved the payments riddle, how to securely move value peer-2-peer on the internet while avoiding double-spending.

Money is but a social and economic construct.

Regardless of cryptocurrency viability, we already live in an age of digital money.

Append-only ledgers and multi-party consensus (a.k.a. blockchain technology) provide an alternative which can address verification and networking costs.

Adoption rests on addressing comparative viability and value proposition of use-cases.

Bitcoin and other cryptocurrencies have evolved into a speculative asset class.

Even if a Thousand Projects Don't Make It, Blockchain Is Still a Change Catalyst - CoinDesk

A new form of crowdfunding, built upon smart contracts and ICOs, raised nearly $30 billion.

Crypto exchanges – not yet appropriately brought within public policy frameworks – have provided retail investors a direct way to trade crypto assets.

Crypto markets have been rife with scams, fraud, hacks and manipulation.

The potential this technology to be a catalyst for change is real.

This last point – crypto and blockchain technology acting as a catalyst for change - may not fulfill the heightened expectations of maximalists, but may be Nakamoto's most enduring early contribution. This new form of private money and its underlying shared ledger technology already have been catalysts for central banks, big finance and big tech. Along with fintech innovations, crypto initiatives have spurred incumbents to update payment solutions and explore new approaches to finance and multiparty database management.

The People' Bank of China's Digital Currency/Electronic Payments project and the US Federal Reserve's FedNow℠ Service real time payments projects both emerged in the wake of Facebook's Libra announcement. Facebook's ambitious initiative to create "a new global currency, which could meet the daily financial needs of billions of people" is spurring change even in the face of the many policy challenges it raises.

To many observers, the question remains what uses will cryptocurrencies and blockchain have beyond acting as a catalyst for change? Beyond bitcoin providing a scarce digital speculative store of value, and niche applications in digital exchanges, gaming, and gambling, what applications will be sustainable for cryptocurrencies as a new form of private money? What will actually benefit from the shared multiparty ledger systems facilitated by blockchain technology?

Actual adoption of crypto or blockchain technology projects rests on addressing comparative viability and value creation propositions. Foremost:

How will the technology's decentralization actually benefit the use case's economics?

How will governance and collective action amongst multiple parties be resolved?

What specific gaps or pain points would a native token fill compared with fiat payment system?

What are the benefits of any P2P transfers not facilitated by traditional systems?

What are competitors (both traditional and blockchain) doing to address purported pain points?

What are the tradeoffs of performance, privacy, security, governance & regulation?

How can broad adoption and user interface be realized?

Case 1:23-cv-01599-ABJ   Document 53-6   Filed 06/12/23   Page 24 of 59

**Recommended for you:**

- Telegram Users Can Now Transfer USDT Through Chats
- Bored Ape Collections Pump Ahead of Upcoming Sewer Pass NFT Mint
- Zcash Doesn't Need Your Trust

Though literally thousands of projects have yet to land on broadly adopted use cases, I remain intrigued by Satoshi's innovation's potential to spur change – either directly or indirectly as a catalyst. The potential to lower verification and networking costs is worth pursuing, particularly to lower economic rents and data privacy costs, and promote economic inclusion. Further, shared blockchain applications might help jumpstart multiparty network solutions in fields that historically have been fragmented or resilient to change. Even in this slightly less ambitious form – acting as an innovative irritant to incumbents and traditional technologies – cryptocurrencies and blockchain technology have already prompted real change and can continue to do so.

As an informed reader of CoinDesk, what do you think? Where might you place yourself on the scale from minimalist to maximalist?  Where might the Gartner team put cryptocurrencies and blockchain technology as we close out the 2020s?

**Newsletter →**    Every Wednesday

## The Protocol

Sign up for The Protocol, our weekly newsletter exploring the tech behind crypto one block at a time.

Enter your Email                                                          Sign Up

*By clicking 'Sign Up', you agree to recieve newsletter from CoinDesk as well as other partner offers and accept our terms of services and privacy policy.*

Learn more about **Consensus 2024**, CoinDesk's longest-running and most influential event that brings together all sides of crypto, blockchain and Web3. Head to **consensus.coindesk.com** to register and buy your pass now.

**DISCLOSURE**

*Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.*

*The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.*

 **Gary Gensler**

# EXHIBIT BH-56

The New York Times | https://www.nytimes.com/2019/02/23/opinion/sunday/venezuela-bitcoin-in...



Sign in to The New York Times with Google

Fahad Ali
bossman71@gmail.com

Continue as Fahad

To create your account, Google will share your name, email address, and profile picture with The New York Times. See The New York Times's privacy policy and terms of service.

# Bitcoin Has Saved My Family

"Borderless money" is more than a buzzword when you live in a collapsing economy.

Feb. 23, 2019

**By Carlos Hernández**
Mr. Hernández is a Venezuelan economist.

**Sign up for the Opinion Today newsletter** Get expert analysis of the news and a guide to the big ideas shaping the world every weekday morning. Get it sent to your inbox.

*This essay has been updated to reflect news developments.*

CIUDAD GUAYANA, Venezuela — On Tuesday, I went shopping for milk. With the chronic food shortages in Venezuela, that errand already is very complicated, but there's an extra layer of difficulty for me: I don't own bolívars, Venezuela's official currency.

I keep all of my money in Bitcoin. Keeping it in bolívars would be financial suicide: The last time I checked, the rate of daily inflation was around 3.5 percent. That's *daily* inflation; the annual inflation rate for 2018 was almost 1.7 million percent. I don't have a bank account abroad, and with Venezuela's currency controls, there's no easy way for me to use a conventional foreign currency like American dollars.

Things just keep getting crazier here. Venezuela now has two presidents. One of them, Nicolás Maduro, wants to take on the British billionaire Richard Branson in a competition of charity concerts. While we Venezuelans are going hungry, there have been violent standoffs over humanitarian aid piling up at the borders with Colombia and Brazil. And before I can buy milk, I need to convert Bitcoins into bolívars.

Actually, that part is easier than you might think. I go through the listings on LocalBitcoins.com, the exchange that most Venezuelans seem to use, looking for offers to buy my Bitcoins from people who use the same bank I do; that way the wire transfer can go through immediately. Once I accept the offer, the Bitcoins get deducted from my wallet and are held in escrow by the site. I send my banking information to the buyer and wait.

After the buyer sends me the bolívars via wire transfer, I release the Bitcoins from escrow and they are transferred to the buyer's Bitcoin wallet. We give each other a positive score, and that's it. The whole process takes about 10 minutes.

Turns out, I'm not the only Venezuelan using cryptocurrencies. The local market for Bitcoins broke a record on April 17, reaching $1 million worth on that day alone, Bloomberg reported. Venezuela has been ranking second worldwide in volume of activity on LocalBitcoins.com, after Russia. According to Coin Dance, a website that monitors cryptocurrency transactions, during the week ending on Feb. 16, people in Venezuela traded about $6.9 million on LocalBitcoins.com, compared with about $13.8 million in Russia. (I'm converting at the average Bitcoin exchange rate CoinMarketCap applied that week.) That's saying something for a country in its fifth year of a recession, whose economy contracted by some 18 percent in 2018.

I can't change too many Bitcoins at once, though. The government doesn't monitor cryptocurrency transactions (yet), but it does monitor transactions in bolívars — and any worth about $50 or more will automatically freeze your account until you can explain to your bank where the funds come from.

Still, you could say that cryptocurrencies have saved our family. I now cover our household's expenses on my own. My father is a government employee — in a printing department with no paper — and earns about $6 a month. My mother is a stay-at-home mom with no income. And cryptocurrencies helped my brother Juan, 28, escape Venezuela last summer.

For years, he tried to make it as a lawyer here, but in times of hyperinflation, everyone is constantly getting poorer, including a lawyer's clients. Juan was earning so little that he was actually spending money to work (buying stationery, taxi fare). Eventually he gave up.

Early last year, he started doing graphic design and translations online. But most websites pay for freelance work through PayPal and the like, which we can't use because exchange controls here allow Venezuelan banks to use only local currency. (For the outside world, even those of us who have bank accounts here are effectively unbanked.) So Juan had to turn to cryptocurrencies to get paid.

Thanks to those earnings, he started thinking about leaving Venezuela. He was able to buy what he needed for the trip to Colombia: clothes, a backpack, a smartphone. He put some money aside. He even gained a little weight, an anomaly around here these days.

Cryptocurrencies also helped him during the four-day trip itself. Venezuelan military personnel at the borders have a reputation for seizing the money of people who want to leave, but Juan's, being in Bitcoin, was accessible only with a password he had memorized. "Borderless money" is more than a buzzword for those of us who live in a collapsing economy and a collapsing dictatorship.

The plan was for him to send money home — through cryptocurrencies — after he earned enough. Western Union converts remittances into bolívars at the official government rate, which often is about half of the rate on the black market. Some intermediaries do convert at the black market rate, and many of my Venezuelan friends living abroad use those. But if you don't have a trusted trader, you can easily get scammed. And the government has been trying to shut down go-betweens like those for years. Using Bitcoin is cheaper, faster and safer.

We had it all figured out. But then Juan couldn't find a decent job in Colombia. After three months he ran out of money, and I had to send him Bitcoins so that he could come back to Venezuela.

And even cryptocurrencies can go only so far.

On Tuesday, after changing my Bitcoins into bolívars — about $5 worth — I went out for milk. I went to every one of the stores within walking distance of my house that hasn't shut down over the past year. Not one of the 20 had milk.

But I had to buy something, anything, before my bolívars lost value. So I bought cheese, from a store that had only cheese. Well, it also had transparent green plastic bags with no labels and what the seller said was corn flour. But I didn't dare to buy that.

Carlos Hernández is an economist and a contributor to Caracas Chronicles.

*Follow The New York Times Opinion section on Facebook, Twitter (@NYTopinion) and Instagram.*
A version of this article appears in print on , Section SR, Page 9 of the New York edition with the headline: Can Bitcoin Save Venezuelans?

# EXHIBIT BH-57



**Help keep Vox free**

Reader support helps keep our explainers free for all. Support our mission by making a gift today.

Yes, I'll Give

✕

CRYPTO    PERSONAL FINANCE    TECHNOLOGY

# Now might be a good time to consider quitting crypto

What the SEC's lawsuits against Binance and Coinbase mean for the future of cryptocurrencies — and for you.

By Whizy Kim | @whizyk | Jun 8, 2023, 6:30am EDT



The Securities and Exchange Commission unveiled a slew of charges this week against two large, popular cryptocurrency exchanges, Coinbase and Binance. | Gabby Jones/Bloomberg via Getty Images

*Whizy Kim is a reporter covering how the world's wealthiest people wield influence, including the policies and cultural norms they help forge. Before joining Vox, she was a senior writer at Refinery29.*

For a long time, the crypto industry has been a Wild West with few regulations and laws governing it — a fact that many crypto enthusiasts saw as a feature, not a bug.

Unlike registered securities — as in, **stocks** — cryptocurrencies and crypto exchanges didn't have to disclose much of anything to customers, and the list of **lies and frauds rocking the industry** has continued to pile up. That freewheeling era now appears to be coming to an end.

This week, the US Securities and Exchange Commission (SEC), a federal agency that regulates securities and protects investors, filed lawsuits against **Binance** and **Coinbase**, two of the world's biggest crypto exchanges, on which investors buy and trade a large offering of cryptocurrencies. The SEC's main allegation against Coinbase is that it's running an unregistered securities exchange — like if the Nasdaq independently operated without any regulatory oversight. Binance faces the same charge, as well as additional accusations that it appropriated billions of dollars in customers' funds for its CEO's trading firm, misled its customers, lied to regulators, and more. Binance has about 90 million users, according to **CoinMarketCap**, while Coinbase reported that it had **110 million verified users** as of 2022.

That the agency is going after such behemoths — after bringing cases against the most egregious bad actors, such as **Sam Bankman-Fried**, as well as celebrity crypto endorsers like Kim Kardashian (who paid a **$1.26 million fine**), **Lindsay Lohan**, and Jake Paul — sends a clear message. It's no longer calling out a few rotten apples; it's saying the whole enterprise needs to be scrutinized under a regulatory lens. (Disclosure: This August, Bankman-Fried's philanthropic family foundation, Building a Stronger Future, awarded Vox's Future Perfect a **grant** for a 2023 reporting project. That project is now on pause.)

At their core, the SEC's lawsuits against the two companies are the most decisive actions to date in the prolonged battle to settle what cryptocurrencies and crypto exchanges even are. Are they being used as digital money, or is crypto — whether it's ethereum, tether, or cardano — like a share of a company where investors are speculating on making a profit as "share" prices go up?

The latest legal action represents an existential threat to the entire industry. So, whether you have $20 or $200,000 in assets on a crypto exchange, should you be worried?

"It's a very scary situation for any customer," says John Reed Stark, a former SEC enforcement attorney. "I think anyone who has crypto on any exchange should take it off of that exchange immediately. Period, end of story."

In a lengthy statement, Binance **denied the SEC's allegations** and claimed that its litigation would "undermine America's role as a global hub for financial innovation and leadership." Coinbase CEO Brian Armstrong **tweeted** similarly that the approach of regulating crypto through enforcement was "harming America." In a statement to **Vox's Sara Morrison**, Coinbase's chief legal officer and general counsel Paul Grewal bemoaned what he called the SEC's "enforcement-only approach" and called for clarity in the agency's rules.

In Stark's view, chances are good that the SEC will prevail. "The SEC has brought **close to 150 cases** in the area of crypto," says Stark. While many of those cases are still pending, the SEC's track record so far has been extremely strong. If the latest lawsuits stand in court, the exchanges will have to become compliant under the SEC's regulatory rules — and if not, they could shut down in the US. It's possible that Binance and Coinbase (and other exchanges) could cease operations, but that doesn't necessarily mean customers would be unable to get their money out.

There would likely be an orderly wind-down of operations, according to crypto researcher and critic Molly White, who writes about the scandals and scams within the **cryptocurrency** industry on her site **Web3 Is Going Just Great**.

Below, we've provided the answers to a few more questions you might have about the current crypto turmoil, including what it means for you.

### What is the SEC upset about?

There are clear reasons for individual crypto investors to be concerned: The SEC has asked for an **emergency order from the court** to freeze Binance US's assets. According to Stark, this move suggests that the SEC has strong evidence of wrongdoing and believes it will win its case. It also shows that the agency believes investor funds might be at risk. There's a precedent for this fear: As you may remember, another crypto exchange, FTX, found it difficult to return customers' money because, as **bankruptcy proceedings have**

6/10/23, 11:55 PM
What the SEC Documents and Coinbase lawsuits mean for the future crypto of investors
Case 1:23-cv-01599-ABJ Document 53-6 Filed 06/12/23 Page 32 of 59

**revealed**, the firm's financial records are such a jumbled mess that it's hard to account for what's missing and what has possibly been stolen.

The SEC's take on crypto exchanges is clear: They are flouting the law as unregistered stock exchanges. Even Binance executives knew it, the **SEC's complaint** argues: Binance's former chief compliance officer admitted once that the company was "operating as a fking unlicensed securities exchange in the USA bro."

The complaint against US-based Coinbase, which came a day after the lawsuit against Binance, alleges that it's an unregistered securities exchange that's putting customers at risk without proper SEC-required disclosures and protections — a charge that would apply to any crypto exchange. The case against Binance, which operates internationally but has a separate US arm, goes deeper, laying out alleged deceptions. The 13 charges filed against the exchange and its CEO, Changpeng Zhao, include allegations that it misused and commingled its customers' funds — accusations not dissimilar to those **made against FTX and its former CEO, Sam Bankman-Fried** (who is also **facing criminal charges**).

The agency is also accusing a separate trading firm owned by Zhao of artificially inflating the volume of crypto being traded on Binance US, an illegal market manipulation tactic called wash trading. SEC chair Gary Gensler said in a **press release** that Zhao and his company had "engaged in an extensive web of deception, conflicts of interest, lack of disclosure, and calculated evasion of the law." The SEC's charges against Binance follow a **Commodities Futures Trading Commission lawsuit** filed earlier this year.

6/10/23, 11:55 PM
Case 1:23-cv-01599-ABJ Document 53-6 Filed 06/12/23 Page 33 of 59
What the SEC lawsuits against Binance and Coinbase mean for the future of crypto | Vox



Securities and Exchange Commission chair Gary Gensler, pictured testifying before the Senate Banking, Housing, and Urban Affairs Committee in 2022, has made clear his intention to bring crypto under the agency's regulatory control, insisting the tokens are securities. | Kevin Dietsch/Getty Images

## Why is the crackdown happening now?

Crypto exchanges have been around for a while. So, why now? "It's kind of a strategic time for the SEC to take these actions, with the recent-ish downfall of FTX, and Celsius and Voyager — these very high-profile collapses," says White. Coinbase received a **notice from the SEC in March** that all but declared the agency's intention to sue.

A lot of the crypto hype also has died down, particularly after the high-octane explosion of FTX last fall, which helped cement public wariness around the lack of transparency and risk management on exchanges. The SEC also recently received firm **backing from the Biden administration**, which has signaled its intention to work with agencies on regulating crypto.

"I also think that the SEC are getting to a stage where they really need to take some major action that would support the things that they've been saying more broadly about the crypto industry," White continued. Gensler has been making clear that he believes that most cryptocurrencies are securities since his appointment in 2021. In addition to its high-profile lawsuits, the SEC has been beefing up its **crypto enforcement unit** and its budget; in fiscal year 2021, the agency requested a **$1.9 billion budget** from Congress. For fiscal year 2024, it's asking for **$2.4 billion**.

Case 1:23-cv-01599-ABJ Document 53-6 Filed 06/12/23 Page 34 of 59
What the SEC crackdown on Coinbase and Binance means for the future of crypto | Vox

**What does this mean for people who have money in these exchanges?**

As Bloomberg columnist Matt Levine quipped in **Tuesday's column**, "If you are trading crypto, you simply cannot be too squeamish about strict adherence to US securities law."

Given the SEC's signaled intent to aggressively get crypto in line and under its authority, it's reasonable that investors with a great deal of money in crypto exchanges are spooked. The agency's complaints call out more than a dozen specific cryptocurrencies that it claims are being sold and offered as securities on Binance and Coinbase, including a popular token called Solana.

Some anxiety is apparent: The share price of Coinbase, a publicly traded company listed on the Nasdaq, initially fell by almost **20 percent** according to Yahoo Finance, though it has since rallied. On June 6, the day after the SEC announced its lawsuit against Binance and the day it announced its separate lawsuit against Coinbase, more than **$700 million** was withdrawn from Binance and about **$600 million** was withdrawn from Coinbase, according to cryptocurrency news site CoinDesk, which **broke the story** that culminated in FTX's downfall.

The situation right now doesn't yet compare to the panic last winter, when investors withdrew as much as **$3 billion** from Binance over a 24-hour period in the aftermath of Bankman-Fried's arrest. (Binance CEO Zhao was the **catalyst for a massive withdrawal of funds** from Bankman-Fried's exchange, FTX, eventually leading to the exchange's implosion and bankruptcy.)

Stark says the comparatively muted response among investors is both surprising and not. When it comes to any kind of investing, the sound financial advice is to be careful of risk and do your due diligence. Yet "due diligence" is almost impossible with crypto, precisely because it's unregulated. At the same time, crypto enthusiasts tend to be a group that distrusts government regulation; a common narrative among the crypto crowd is that decentralized, alternative digital currencies are actually safer than the US dollar because power and authority aren't concentrated in just a few institutions.

White says that whether someone should take their money out depends on whether they believe there's going to be a bank run that collapses the entire exchange, a la FTX. But FTX collapsed because it didn't have enough cash on hand for the billions in withdrawals that investors suddenly were trying to make — it was in **significant debt**, didn't have enough

money in reserves, and Bankman-Fried allegedly had been freely using customers' funds at his personal trading firm.

Binance, for its part, has said that all of its assets are fully backed; during last December's onslaught, in which $1.9 billion in funds were withdrawn, a company spokesperson said that it had **"more than enough funds"** to process withdrawals. As a public company, Coinbase reports audited quarterly financial statements showing how much money they have in reserves. "I feel like if there was a major risk of a quote-unquote bank run happening, we sort of would have seen it by now," White says.

White notes that there's always a risk with unregulated crypto exchanges that aren't required to disclose much of anything and aren't required to have risk management controls in place. That is, after all, the thrust of why the SEC is going after them.

"I think a lot of people within and outside of the cryptocurrency industry will argue that keeping cryptocurrency assets on exchanges is not necessarily the best idea to begin with," White says. The general advice is to keep your crypto in an **offline storage device** that you have direct access to. But for avid crypto traders, the point is to buy and sell quickly — to trade, not just leave crypto in an offline "wallet." And the risk and lack of transparency in crypto exchanges is probably no surprise to them, either. "I think that anyone who is shocked by [what Binance is being accused of] probably hasn't been paying that much attention," White says.

But plenty of lay investors have money in Coinbase and other exchanges, too, and the reality is that Coinbase and every other crypto exchange all lack investor protections — there are no audits or inspections from the SEC, no insurance, and no licensure requirements of people involved in crypto, says Stark.

### What's going to happen to cryptocurrency now?

The outcome of the SEC's complaints could take years to litigate, according to Ciamac Moallemi, a business professor at Columbia University. "I think one data point is to look at the accusations against Ripple," he says. The SEC **filed a complaint** accusing the digital payment network of selling unregistered securities back in December 2020. That case is still pending.

"Assuming that these complaints stand up in court, I don't think that there's a scenario in which Coinbase or Binance — particularly Binance — become compliant," White says. "The business model of cryptocurrency in general and cryptocurrency platforms really relies on

6/10/23, 11:55 PM
What the SEC's Binance and Coinbase lawsuits mean for the future of crypto | Vox
Case 1:23-cv-01599-ABJ Document 53-6 Filed 06/12/23 Page 36 of 59

not abiding by the regulations that are in place." Their business model is "regulatory arbitrage": using loopholes or structuring their companies in countries with friendly crypto regulations. FTX, for example, was **headquartered in the Bahamas**. One possible scenario here is that the lawsuits could culminate in Binance ceasing operations in the US, and Coinbase shutting down entirely.

Perhaps what should worry crypto traders most of all is just how **much of the crypto and Web3 hype has died down**, a potential sign that the boom days are over. The **crypto whales have made their billions** and are off to the next big thing, while the average crypto trader is left holding the bag. In November 2021, the crypto industry's market cap reached **$3 trillion**. Its market cap is now around $1.1 trillion, according to **CoinMarketCap**. "Every private equity firm is moving on — obviously to the area of **artificial intelligence**," says Stark. "And they're not coming back."

*You've read 1 article in the last 30 days.*

### Explanatory journalism is a public good

At Vox, we believe that everyone deserves access to information that helps them understand and shape the world they live in. That's why we keep our work free. **Support our mission and help keep Vox free for all by making a financial contribution to Vox today.**

| One-Time | Monthly | Annual |
|---|---|---|

- ○ $95/year
- ○ $250/year
- ○ Other

- ● **$120/year**
- ○ $350/year

**Yes, I'll give $120/year**

We accept credit card, Apple Pay, and Google Pay. You can also contribute via

PayPal

6/10/23, 11:55 PM
Case 1:23-cv-01599-ABJ-SEC Document 53-6 Filed 06/12/23 Page 37 of 59
What the SEC lawsuits against Binance and Coinbase mean for the future of crypto - Vox

# EXHIBIT BH-58

bnb-chain / **whitepaper**  Public

<> Code   Issues 29   Pull requests 7   Actions   Projects   Security   Insights

master

whitepaper / WHITEPAPER.md

RumeelHussainbnb Update links                          History

5 contributors

# BNB Smart Chain

A Parallel Blockchain to Beacon Chain to Enable Smart Contracts

*NOTE: This document is under development. Please check regularly for updates!*

## Table of Contents

- Motivation
- Design Principles
- Consensus and Validator Quorum
  - Proof of Staked Authority
  - Validator Quorum
  - Security and Finality
  - Reward
- Token Economy
  - Native Token
  - Other Tokens
- Cross-Chain Transfer and Communication
  - Cross-Chain Transfer
  - BC to BSC Architecture
  - BSC to BC Architecture
  - Timeout and Error Handling
  - Cross-Chain User Experience
  - Cross-Chain Contract Event
- Staking and Governance
  - Staking on BC
  - Rewarding
  - Slashing

- Relayers
  - BSC Relayers
  - Oracle Relayers
- Outlook

# Motivation

After its mainnet community launch in April 2019, Beacon Chain has exhibited its high speed and large throughput design. Beacon Chain's primary focus, its native decentralized application ("dApp") Binance DEX, has demonstrated its low-latency matching with large capacity headroom by handling millions of trading volume in a short time.

Flexibility and usability are often in an inverse relationship with performance. The concentration on providing a convenient digital asset issuing and trading venue also brings limitations. Beacon Chain's most requested feature is the programmable extendibility, or simply the Smart Contract and Virtual Machine functions. Digital asset issuers and owners struggle to add new decentralized features for their assets or introduce any sort of community governance and activities.

Despite this high demand for adding the Smart Contract feature onto Beacon Chain, it is a hard decision to make. The execution of a Smart Contract may slow down the exchange function and add non-deterministic factors to trading. If that compromise could be tolerated, it might be a straightforward idea to introduce a new Virtual Machine specification based on Tendermint, based on the current underlying consensus protocol and major RPC implementation of Beacon Chain. But all these will increase the learning requirements for all existing dApp communities, and will not be very welcomed.

We propose a parallel blockchain of the current Beacon Chain to retain the high performance of the native DEX blockchain and to support a friendly Smart Contract function at the same time.

# Design Principles

After the creation of the parallel blockchain into the BNB Chain ecosystem, two blockchains will run side by side to provide different services. The new parallel chain will be called "**BNB Smart Chain**" (short as "**BSC**" for the below sections), while the existing mainnet will be named "**Beacon Chain**" (short as "**BC**" for the below sections).

Here are the design principles of **BSC**:

1. **Standalone Blockchain**: technically, BSC is a standalone blockchain, instead of a layer-2 solution. Most BSC fundamental technical and business functions should be self-contained so that it can run well even if the BC stopped for a short period.

2. **Ethereum Compatibility**: The first practical and widely-used Smart Contract platform is Ethereum. To take advantage of the relatively mature applications and community, BSC chooses to be compatible with the existing Ethereum mainnet. This means most of the **dApps**, ecosystem components, and toolings will work with BSC and require zero or minimum changes; BSC node will require similar (or a bit higher) hardware specification and skills to run and operate. The implementation should leave room for BSC to catch up with further Ethereum upgrades.

3. **Staking Involved Consensus and Governance**: Staking-based consensus is more environmentally friendly and leaves more flexible option to the community governance. Expectedly, this consensus should enable better network performance over proof-of-work blockchain system, i.e., faster blocking time and higher transaction capacity.

---

☰ 355 lines (221 sloc) │ 39.3 KB                                              ···

decentralized, and trustless. It will concentrate on moving digital assets between BC and BSC, i.e., BEP2 tokens,

and eventually, other BEP tokens introduced later. The protocol should care for the minimum of other items stored in the state of the blockchains, with only a few exceptions.

# Consensus and Validator Quorum

Based on the above design principles, the consensus protocol of BSC is to fulfill the following goals:

1. Blocking time should be shorter than Ethereum network, e.g. 5 seconds or even shorter.
2. It requires limited time to confirm the finality of transactions, e.g. around 1-min level or shorter.
3. There is no inflation of native token: BNB, the block reward is collected from transaction fees, and it will be paid in BNB.
4. It is compatible with Ethereum system as much as possible.
5. It allows modern proof-of-stake blockchain network governance.

## Proof of Staked Authority

Although Proof-of-Work (PoW) has been recognized as a practical mechanism to implement a decentralized network, it is not friendly to the environment and also requires a large size of participants to maintain the security.

Ethereum and some other blockchain networks, such as MATIC Bor, TOMOChain, GoChain, xDAI, do use Proof-of-Authority(PoA) or its variants in different scenarios, including both testnet and mainnet. PoA provides some defense to 51% attack, with improved efficiency and tolerance to certain levels of Byzantine players (malicious or hacked). It serves as an easy choice to pick as the fundamentals.

Meanwhile, the PoA protocol is most criticized for being not as decentralized as PoW, as the validators, i.e. the nodes that take turns to produce blocks, have all the authorities and are prone to corruption and security attacks. Other blockchains, such as EOS and Lisk both, introduce different types of Delegated Proof of Stake (DPoS) to allow the token holders to vote and elect the validator set. It increases the decentralization and favors community governance.

BSC here proposes to combine DPoS and PoA for consensus, so that:

1. Blocks are produced by a limited set of validators
2. Validators take turns to produce blocks in a PoA manner, similar to Ethereum's Clique consensus design
3. Validator set are elected in and out based on a staking based governance

## Validator Quorum

In the genesis stage, a few trusted nodes will run as the initial Validator Set. After the blocking starts, anyone can compete to join as candidates to elect as a validator. The staking status decides the top 21 most staked nodes to be the next validator set, and such an election will repeat every 24 hours.

**BNB** is the token used to stake for BSC.

In order to remain as compatible as Ethereum and upgradeable to future consensus protocols to be developed, BSC chooses to rely on the **BC** for staking management (Please refer to the below "Staking and Governance" section). There is a **dedicated staking module for BSC on BC**. It will accept BSC staking from BNB holders and calculate the highest staked node set. Upon every UTC midnight, BC will issue a verifiable `ValidatorSetUpdate` cross-chain message to notify BSC to update its validator set.

While producing further blocks, the existing BSC validators check whether there is a `ValidatorSetUpdate` message relayed onto BSC periodically. If there is, they will update the validator set after an **epoch period**, i.e. a predefined number of blocking time. For example, if BSC produces a block every 5 seconds, and the epoch period is 240 blocks, then the current validator set will check and update the validator set for the next epoch in 1200 seconds (20 minutes).

## Security and Finality

Given there are more than ½*N+1 validators are honest, PoA based networks usually work securely and properly. However, there are still cases where certain amount Byzantine validators may still manage to attack the network, e.g. through the "Clone Attack". To secure as much as BC, BSC users are encouraged to wait until receiving blocks sealed by more than ⅔*N+1 different validators. In that way, the BSC can be trusted at a similar security level to BC and can tolerate less than ⅓*N Byzantine validators.

With 21 validators, if the block time is 5 seconds, the ⅔*N+1 different validator seals will need a time period of (⅔*21+1)*5 = 75 seconds. Any critical applications for BSC may have to wait for ⅔*N+1 to ensure a relatively secure finality. However, besides such arrangement, BSC does introduce **Slashing** logic to penalize Byzantine validators for **double signing** or **inavailability**, which will be covered in the "Staking and Governance" section later. This Slashing logic will expose the malicious validators in a very short time and make the "Clone Attack" very hard or extremely non-beneficial to execute. With this enhancement, ½*N+1 or even fewer blocks are enough as confirmation for most transactions.

## Reward

All the BSC validators in the current validator set will be rewarded with transaction **fees in BNB**. As BNB is not an inflationary token, there will be no mining rewards as what Bitcoin and Ethereum network generate, and the gas fee is the major reward for validators. As BNB is also utility tokens with other use cases, delegators and validators will still enjoy other benefits of holding BNB.

The reward for validators is the fees collected from transactions in each block. Validators can decide how much to give back to the delegators who stake their BNB to them, in order to attract more staking. Every validator will take turns to produce the blocks in the same probability (if they stick to 100% liveness), thus, in the long run, all the stable validators may get a similar size of the reward. Meanwhile, the stakes on each validator may be different, so this brings a counter-intuitive situation that more users trust and delegate to one validator, they potentially get less reward. So rational delegators will tend to delegate to the one with fewer stakes as long as the validator is still trustful (insecure validator may bring slashable risk). In the end, the stakes on all the validators will have less variation. This will actually prevent the stake concentration and "winner wins forever" problem seen on some other networks.

Some parts of the gas fee will also be rewarded to relayers for Cross-Chain communication. Please refer to the "Relayers" section below.

# Token Economy

BC and BSC share the same token universe for BNB and BEP2 tokens. This defines:

1. The same token can circulate on both networks, and flow between them bi-directionally via a cross-chain communication mechanism.
2. The total circulation of the same token should be managed across the two networks, i.e. the total effective supply of a token should be the sum of the token's total effective supply on both BSC and BC.

3. The tokens can be initially created on BSC in a similar format as ERC20 token standard, or on BC as a BEP2, then created on the other. There are native ways on both networks to link the two and secure the total supply of the token.

# Native Token

BNB will run on BSC in the same way as ETH runs on Ethereum so that it remains as "native token" for both BSC and BC. This means, in addition to BNB is used to pay most of the fees on Beacon Chain and Binance DEX, BNB will be also used to:

1. pay "fees" to deploy smart contracts on BSC

2. stake on selected BSC validators, and get corresponding rewards

3. perform cross-chain operations, such as transfer token assets across BC and BSC

## Seed Fund

Certain amounts of BNB will be burnt on BC and minted on BSC during its genesis stage. This amount is called "Seed Fund" to circulate on BSC after the first block, which will be dispatched to the initial BC-to-BSC Relayer(described in later sections) and initial validator set introduced at genesis. These BNBs are used to pay transaction fees in the early stage to transfer more BNB from BC onto BSC via the cross-chain mechanism.

The BNB cross-chain transfer is discussed in a later section, but for BC to BSC transfer, it is generally to lock BNB on BC from the source address of the transfer to a system-controlled address and unlock the corresponding amount from special contract to the target address of the transfer on BSC, or reversely, when transferring from BSC to BC, it is to lock BNB from the source address on BSC into a special contract and release locked amount on BC from the system address to the target address. The logic is related to native code on BC and a series of smart contracts on BSC.

# Other Tokens

BC supports BEP2 tokens and upcoming BEP8 tokens, which are native assets transferrable and tradable (if listed) via fast transactions and sub-second finality. Meanwhile, as BSC is Ethereum compatible, it is natural to support ERC20 tokens on BSC, which here is called "**BEP2E**" (with the real name to be introduced by the future BEPs,it potentially covers BEP8 as well). BEP2E may be "Enhanced" by adding a few more methods to expose more information, such as token denomination, decimal precision definition and the owner address who can decide the Token Binding across the chains. BSC and BC work together to ensure that one token can circulate in both formats with confirmed total supply and be used in different use cases.

## Token Binding

BEP2 tokens will be extended to host a new attribute to associate the token with a BSC BEP2E token contract, called "**Binder**", and this process of association is called "**Token Binding**".

Token Binding can happen at any time after BEP2 and BEP2E are ready. The token owners of either BEP2 or BEP2E don't need to bother about the Binding, until before they really want to use the tokens on different scenarios. Issuers can either create BEP2 first or BEP2E first, and they can be bound at a later time. Of course, it is encouraged for all the issuers of BEP2 and BEP2E to set the Binding up early after the issuance.

A typical procedure to bind the BEP2 and BEP2E will be like the below:

1. Ensure both the BEP2 token and the BEP2E token both exist on each blockchain, with the same total supply. BEP2E should have 3 more methods than typical ERC20 token standard:

- symbol(): get token symbol
- decimals(): get the number of the token decimal digits
- owner(): get **BEP2E contract owner's address.** This value should be initialized in the BEP2E contract constructor so that the further binding action can verify whether the action is from the BEP2E owner.

2. Decide the initial circulation on both blockchains. Suppose the total supply is *S*, and the expected initial circulating supply on BC is *K*, then the owner should lock S-K tokens to a system controlled address on BC.

3. Equivalently, *K* tokens is locked in the special contract on BSC, which handles major binding functions and is named as **TokenHub**. The issuer of the BEP2E token should lock the *K* amount of that token into TokenHub, resulting in *S-K* tokens to circulate on BSC. Thus the total circulation across 2 blockchains remains as *S*.

4. The issuer of BEP2 token sends the bind transaction on BC. Once the transaction is executed successfully after proper verification:

- It transfers *S-K* tokens to a system-controlled address on BC.
- A cross-chain bind request package will be created, waiting for Relayers to relay.

5. BSC Relayers will relay the cross-chain bind request package into **TokenHub** on BSC, and the corresponding request and information will be stored into the contract.

6. The contract owner and only the owner can run a special method of TokenHub contract, `ApproveBind`, to verify the binding request to mark it as a success. It will confirm:

- the token has not been bound;
- the binding is for the proper symbol, with proper total supply and decimal information;
- the proper lock are done on both networks;

7. Once the `ApproveBind` method has succeeded, TokenHub will mark the two tokens are bounded and share the same circulation on BSC, and the status will be propagated back to BC. After this final confirmation, the BEP2E contract address and decimals will be written onto the BEP2 token as a new attribute on BC, and the tokens can be transferred across the two blockchains bidirectionally. If the ApproveBind fails, the failure event will also be propagated back to BC to release the locked tokens, and the above steps can be re-tried later.

# Cross-Chain Transfer and Communication

Cross-chain communication is the key foundation to allow the community to take advantage of the dual chain structure:

- users are free to create any tokenization, financial products, and digital assets on BSC or BC as they wish
- the items on BSC can be manually and programmingly traded and circulated in a stable, high throughput, lighting fast and friendly environment of BC
- users can operate these in one UI and tooling ecosystem.

## Cross-Chain Transfer

The cross-chain transfer is the key communication between the two blockchains. Essentially the logic is:

1. the `transfer-out` blockchain will lock the amount from source owner addresses into a system controlled address/contracts;

2. the `transfer-in` blockchain will unlock the amount from the system controlled address/contracts and send it to target addresses.

The cross-chain transfer package message should allow the BSC Relayers and BC **Oracle Relayers** to verify:

1. Enough amount of token assets are removed from the source address and locked into a system controlled addresses/contracts on the source blockchain. And this can be confirmed on the target blockchain.

2. Proper amounts of token assets are released from a system controlled addresses/contracts and allocated into target addresses on the target blockchain. If this fails, it can be confirmed on source blockchain, so that the locked token can be released back (may deduct fees).

3. The sum of the total circulation of the token assets across the 2 blockchains are not changed after this transfer action completes, no matter if the transfer succeeds or not.



The architecture of cross-chain communication is as in the above diagram. To accommodate the 2 heteroid systems, communication handling is different in each direction.

## BC to BSC Architecture

BC is a Tendermint-based, instant finality blockchain. Validators with at least ⅔*N+1 of the total voting power will co-sign each block on the chain. So that it is practical to verify the block transactions and even the state value via **Block Header** and **Merkle Proof** verification. This has been researched and implemented as "**Light-Client Protocol**", which are intensively discussed in the Ethereum community, studied and implemented for Cosmos inter-chain communication.

BC-to-BSC communication will be verified in an "**on-chain light client**" implemented via BSC **Smart Contracts** (some of them may be "**pre-compiled**"). After some transactions and state change happen on BC, if a transaction is defined to trigger cross-chain communication,the Cross-chain "**package**" message will be created and **BSC Relayers** will pass and submit them onto BSC as data into the "build-in system contracts". The build-in system contracts will verify the package and execute the transactions if it passes the verification. The verification will be guaranteed with the below design:

1. BC blocking status will be synced to the light client contracts on BSC from time to time, via block header and pre-commits, for the below information:

- block and app hash of BC that are signed by validators
- current validatorset, and validator set update

2. the key-value from the blockchain state will be verified based on the Merkle Proof and information from above #1.

After confirming the key-value is accurate and trustful, the build-in system contracts will execute the actions corresponding to the cross-chain packages. Some examples of such packages that can be created for BC-to-BSC are:

1. Bind: bind the BEP2 tokens and BEP2E
2. Transfer: transfer tokens after binding, this means the circulation will decrease (be locked) from BC and appear in the target address balance on BSC
3. Error Handling: to handle any timeout/failure event for BSC-to-BC communication
4. Validatorset update of BSC

To ensure no duplication, proper message sequence and timely timeout, there is a "Channel" concept introduced on BC to manage any types of the communication.

For relayers, please also refer to the below "Relayers" section.

## BSC to BC Architecture

BSC uses Proof of Staked Authority consensus protocol, which has a chance to fork and requires confirmation of more blocks. One block only has the signature of one validator, so that it is not easy to rely on one block to verify data from BSC.

To take full advantage of validator quorum of BC, an idea similar to many Bridge or Oracle blockchains is adopted:

1. The cross-chain communication requests from BSC will be submitted and executed onto BSC as transactions. The execution of the transaction wil emit `Events`, and such events can be observed and packaged in certain "**Oracle**" onto BC. Instead of Block Headers, Hash and Merkle Proof, this type of "Oracle" package directly contains the cross-chain information for actions, such as sender, receiver and amount for transfer.
2. To ensure the security of the Oracle, the validators of BC will form anothe quorum of "**Oracle Relayers**". Each validator of the BC should run a **dedicated process** as the Oracle Relayer. These Oracle Relayers will submit and vote for the cross-chain communication package, like Oracle, onto BC, using the same validator keys. Any package signed by more than ⅔*N+1 Oracle Relayers' voting power is as secure as any block signed by ⅔*N+1 of the same quorum of validators' voting power.

By using the same validator quorum, it saves the light client code on BC and continuous block updates onto BC. Such Oracles also have Oracle IDs and types, to ensure sequencing and proper error handling.

## Timeout and Error Handling

There are scenarios that the cross-chain communication fails. For example, the relayed package cannot be executed on BSC due to some coding bug in the contracts. **Timeout and error handling logics are** used in such scenarios.

For the recognizable user and system errors or any expected exceptions, the two networks should heal themselves. For example, when BC to BSC transfer fails, BSC will issue a failure event and Oracle Relayers will execute a refund on BC; when BSC to BC transfer fails, BC will issue a refund package for Relayer to relay in order to unlock the fund.

However, unexpected error or exception may still happen on any step of the cross-chain communication. In such a case, the Relayers and Oracle Relayers will discover that the corresponding cross-chain channel is stuck in a particular sequence. After a Timeout period, the Relayers and Oracle Relayers can request a "SkipSequence" transaction, the stuck sequence will be marked as "Unexecutable". A corresponding alerts will be raised, and the community has to discuss how to handle this scenario, e.g. payback via the sponsor of the validators, or event clear the fund during next network upgrade.

## Cross-Chain User Experience

Ideally, users expect to use two parallel chains in the same way as they use one single chain. It requires more aggregated transaction types to be added onto the cross-chain communication to enable this, which will add great complexity, tight coupling, and maintenance burden. Here BC and BSC only implement the basic operations to enable the value flow in the initial launch and leave most of the user experience work to client side UI, such as wallets. E.g. a great wallet may allow users to sell a token directly from BSC onto BC's DEX order book, in a secure way.

## Cross-Chain Contract Event

Cross-Chain Contract Event (CCCE) is designed to allow a smart contract to trigger cross-chain transactions, directly through the contract code. This becomes possible based on:

1. Standard system contracts can be provided to serve operations callable by general smart contracts;
2. Standard events can be emitted by the standard contracts;
3. Oracle Relayers can capture the standard events, and trigger the corresponding cross-chain operations;
4. Dedicated, code-managed address (account) can be created on BC and accessed by the contracts on the BSC, here it is named as "**Contract Address on BC" (CAoB)**.

Several standard operations are implemented:

1. BSC to BC transfer: this is implemented in the same way as normal BSC to BC transfer, by only triggered via standard contract. The fund can be transferred to any addresses on BC, including the corresponding CAoB of the transfer originating contract.
2. Transfer on BC: this is implemented as a special cross-chain transfer, while the real transfer is from **CAoB** to any other address (even another CAoB).
3. BC to BSC transfer: this is implemented as two-pass cross-chain communication. The first is triggered by the BSC contract and propagated onto BC, and then in the second pass, BC will start a normal BC to BSC cross-chain transfer, from **CAoB** to contract address on BSC. A special note should be paid on that the BSC contract only increases balance upon any transfer coming in on the second pass, and the error handling in the second pass is the same as the normal BC to BSC transfer.
4. IOC (Immediate-Or-Cancel) Trade Out: the primary goal of transferring assets to BC is to trade. This event will instruct to trade a certain amount of an asset in CAoB into another asset as much as possible and transfer out all the results, i.e. the left source and the traded target tokens of the trade, back to BSC. BC will handle such relayed events by sending an "Immediate-Or-Cancel", i.e. IOC order onto the trading pairs, once the next matching finishes, the result will be relayed back to BSC, which can be in either one or two assets.
5. Auction Trade Out: Such event will instruct BC to send an auction order to trade a certain amount of an asset in **CAoB** into another asset as much as possible and transfer out all the results back to BSC at the end of the auction. Auction function is upcoming on BC.

There are some details for the Trade Out:

1. both can have a limit price (absolute or relative) for the trade;

2. the end result will be written as cross-chain packages to relay back to BSC;

3. cross-chain communication fees may be charged from the asset transferred back to BSC;

4. BSC contract maintains a mirror of the balance and outstanding orders on CAoB. No matter what error happens during the Trade Out, the final status will be propagated back to the originating contract and clear its internal state.

With the above features, it simply adds the cross-chain transfer and exchange functions with high liquidity onto all the smart contracts on BSC. It will greatly add the application scenarios on Smart Contract and dApps, and make 1 chain +1 chain > 2 chains.

# Staking and Governance

Proof of Staked Authority brings in decentralization and community involvement. Its core logic can be summarized as the below. You may see similar ideas from other networks, especially Cosmos and EOS.

1. Token holders, including the validators, can put their tokens "**bonded**" into the stake. Token holders can **delegate** their tokens onto any validator or validator candidate, to expect it can become an actual validator, and later they can choose a different validator or candidate to **re-delegate** their tokens[1].

2. All validator candidates will be ranked by the number of bonded tokens on them, and the top ones will become the real validators.

3. Validators can share (part of) their blocking reward with their delegators.

4. Validators can suffer from "**Slashing**", a punishment for their bad behaviors, such as double sign and/or instability.

5. There is an "**unbonding period**" for validators and delegators so that the system makes sure the tokens remain bonded when bad behaviors are caught, the responsible will get slashed during this period.

## Staking on BC

Ideally, such staking and reward logic should be built into the blockchain, and automatically executed as the blocking happens. Cosmos Hub, who shares the same Tendermint consensus and libraries with Beacon Chain, works in this way.

BC has been preparing to enable staking logic since the design days. On the other side, as BSC wants to remain compatible with Ethereum as much as possible, it is a great challenge and efforts to implement such logic on it. This is especially true when Ethereum itself may move into a different Proof of Stake consensus protocol in a short (or longer) time. In order to keep the compatibility and reuse the good foundation of BC, the staking logic of BSC is implemented on BC:

1. The staking token is BNB, as it is a native token on both blockchains anyway

2. The staking, i.e. token bond and delegation actions and records for BSC, happens on BC.

3. The BSC validator set is determined by its staking and delegation logic, via a staking module built on BC for BSC, and propagated every day UTC 00:00 from BC to BSC via Cross-Chain communication.

4. The reward distribution happens on BC around every day UTC 00:00.

## Rewarding

Both the validator update and reward distribution happen every day around UTC 00:00. This is to save the cost of frequent staking updates and block reward distribution. This cost can be significant, as the blocking reward is collected on BSC and distributed on BC to BSC validators and delegators. (Please note BC blocking fees will remain rewarding to BC validators only.)

A deliberate delay is introduced here to make sure the distribution is fair:

1. The blocking reward will not be sent to validator right away, instead, they will be distributed and accumulated on a contract;
2. Upon receiving the validator set update into BSC, it will trigger a few cross-chain transfers to transfer the reward to custody addresses on the corresponding validators. The custody addresses are owned by the system so that the reward cannot be spent until the promised distribution to delegators happens.
3. In order to make the synchronization simpler and allocate time to accommodate slashing, the reward for N day will be only distributed in N+2 days. After the delegators get the reward, the left will be transferred to validators' own reward addresses.

## Slashing

Slashing is part of the on-chain governance, to ensure the malicious or negative behaviors are punished. BSC slash can be submitted by anyone. The transaction submission requires **slash evidence** and cost fees but also brings a larger reward when it is successful.

So far there are two slashable cases.

### Double Sign

It is quite a serious error and very likely deliberate offense when a validator signs more than one block with the same height and parent block. The reference protocol implementation should already have logic to prevent this, so only the malicious code can trigger this. When Double Sign happens, the validator should be removed from the Validator **Set** right away.

Anyone can submit a slash request on BC with the evidence of Double Sign of BSC, which should contain the 2 block headers with the same height and parent block, sealed by the offending validator. Upon receiving the evidence, if the BC verifies it to be valid:

1. The validator will be removed from validator set by an instance BSC validator set update Cross-Chain update;
2. A predefined amount of BNB would be slashed from the **self-delegated** BNB of the validator; Both validator and its delegators will not receive the staking rewards.
3. Part of the slashed BNB will allocate to the submitter's address, which is a reward and larger than the cost of submitting slash request transaction
4. The rest of the slashed BNB will allocate to the other validators' custody addresses, and distributed to all delegators in the same way as blocking reward.

### Inavailability

The liveness of BSC relies on everyone in the Proof of Staked Authority validator set can produce blocks timely when it is their turn. Validators can miss their turn due to any reason, especially problems in their hardware, software, configuration or network. This instability of the operation will hurt the performance and introduce more indeterministic into the system.

There can be an internal smart contract responsible for recording the missed blocking metrics of each validator. Once the metrics are above the predefined threshold, the blocking reward for validator will not be relayed to BC for distribution but shared with other better validators. In such a way, the poorly-operating validator should be gradually voted out of the validator set as their delegators will receive less or none reward. If the metrics remain above another higher level of threshold, the validator will be dropped from the rotation, and this will be propagated back to BC, then a predefined amount of BNB would be slashed from the **self-delegated** BNB of the validator. Both validators and delegators will not receive their staking rewards.

## Governance Parameters

There are many system parameters to control the behavior of the BSC, e.g. slash amount, cross-chain transfer fees. All these parameters will be determined by BSC Validator Set together through a proposal-vote process based on their staking. Such the process will be carried on BC, and the new parameter values will be picked up by corresponding system contracts via a cross-chain communication.

# Relayers

Relayers are responsible to submit Cross-Chain Communication Packages between the two blockchains. Due to the heterogeneous parallel chain structure, two different types of Relayers are created.

# BSC Relayers

Relayers for BC to BSC communication referred to as "**BSC Relayers**", or just simply "Relayers". Relayer is a standalone process that can be run by anyone, and anywhere, except that Relayers must register themselves onto BSC and deposit a certain refundable amount of BNB. Only relaying requests from the registered Relayers will be accepted by BSC.

The package they relay will be verified by the on-chain light client on BSC. The successful relay needs to pass enough verification and costs gas fees on BSC, and thus there should be incentive reward to encourage the community to run Relayers.

## Incentives

There are two major communication types:

1. Users triggered Operations, such as `token bind` or `cross chain transfer` . Users must pay additional fee to as relayer reward. The reward will be shared with the relayers who sync the referenced blockchain headers. Besides, the reward won't be paid the relayers' accounts directly. A reward distribution mechanism will be brought in to avoid monopolization.
2. System Synchronization, such as delivering `refund package` (caused by failures of most oracle relayers), special blockchain header synchronization(header contains BC validatorset update), BSC staking package. System reward contract will pay reward to relayers' accounts directly.

If some Relayers have faster networks and better hardware, they can monopolize all the package relaying and leave no reward to others. Thus fewer participants will join for relaying, which encourages centralization and harms the efficiency and security of the network. Ideally, due to the decentralization and dynamic re-election of BSC validators, one Relayer can hardly be always the first to relay every message. But in order to avoid the monopolization further, the rewarding economy is also specially designed to minimize such chance:

1. The reward for Relayers will be only distributed in batches, and one batch will cover a number of successful relayed packages.

2. The reward a Relayer can get from a batch distribution is not linearly in proportion to their number of successful relayed packages. Instead, except the first a few relays, the more a Relayer relays during a batch period, the less reward it will collect.

## Oracle Relayers

Relayers for BSC to BC communication are using the "Oracle" model, and so-called "**Oracle Relayers**". Each of the validators must, and only the ones of the validator set, run Oracle Relayers. Each Oracle Relayer watches the blockchain state change. Once it catches Cross-Chain Communication Packages, it will submit to vote for the requests. After Oracle Relayers from ⅔ of the voting power of BC validators vote for the changes, the cross-chain actions will be performed.

Oracle Replayers should wait for enough blocks to confirm the finality on BSC before submitting and voting for the cross-chain communication packages onto BC.

The cross-chain fees will be distributed to BC validators together with the normal BC blocking rewards.

Such oracle type relaying depends on all the validators to support. As all the votes for the cross-chain communication packages are recorded on the blockchain, it is not hard to have a metric system to assess the performance of the Oracle Relayers. The poorest performer may have their rewards clawed back via another Slashing logic introduced in the future.

# Outlook

It is hard to conclude for BNB Chain, as it has never stopped evolving. The dual-chain strategy is to open the gate for users to take advantage of the fast transferring and trading on one side, and flexible and extendable programming on the other side, but it will be one stop along the development of BNB Chain. Here below are the topics to look into so as to facilitate the community better for more usability and extensibility:

1. Add different digital asset model for different business use cases
2. Enable more data feed, especially DEX market data, to be communicated from Binance DEX to BSC
3. Provide interface and compatibility to integrate with Ethereum, including its further upgrade, and other blockchain
4. Improve client side experience to manage wallets and use blockchain more conveniently

---

[1]: BNB business practitioners may provide other benefits for BNB delegators, as they do now for long term BNB holders.

# EXHIBIT BH-59



# EXHIBIT BH-60

 CoinMarketCap



Cryptos: 25,681   Exchanges: 642   Market Cap: $1,051,331,379,360   24h Vol: $30,114,907,736   Dominance: BTC: 47.7% ETH: 19.9%   ETH Gas: 26 Gwei

## Top Cryptocurrency Spot Exchanges

CoinMarketCap ranks and scores exchanges based on traffic, liquidity, trading volumes, and confidence in the legitimacy of trading volumes reported.
Read More

☆ Watchlist    Spot    Derivatives    DEX    Lending

| # ▲ | Exchange | Score | Trading volume(24h) | Avg. Liquidity | Weekly Visits | # Markets | # Coins | Fiat Supported |
|---|---|---|---|---|---|---|---|---|
| 1 | Binance | 9.9 | $6,674,386,624 ▲ 7.67% | 856 | 11,324,090 | 1697 | 386 | EUR, GBP, BRL and +8 more |
| 2 | Coinbase Exchange | 8.6 | $793,607,922 ▲ 0.71% | 794 | 26,084 | 530 | 244 | USD, EUR, GBP |
| 3 | Kraken | 8.2 | $392,859,838 ▲ 33.04% | 751 | 834,500 | 728 | 228 | USD, EUR, GBP and +4 more |
| 4 | KuCoin | 7.6 | $506,544,656 ▲ 5.32% | 556 | 1,666,543 | 1535 | 857 | USD, AED, ARS and +45 more |
| 5 | Bybit | 7.4 | $823,911,540 ▼ 0.58% | 633 | 2,715,006 | 590 | 396 | USD, EUR, GBP and +3 more |
| 6 | Bitstamp | 7.1 | $126,688,258 ▲ 53.08% | 597 | 213,704 | 163 | 74 | USD, EUR, GBP |
| 7 | OKX | 7.1 | $803,137,156 ▲ 2.58% | 584 | 1,923,244 | 747 | 341 | AED, ARS, AUD and +43 more |
| 8 | Bitfinex | 7.0 | $75,699,687 ▼ 4.31% | 555 | 937,630 | 414 | 189 | USD, EUR, GBP and +1 more |
| 9 | Gate.io | 6.9 | $492,349,248 ▼ 0.18% | 547 | 2,755,462 | 2828 | 1697 | KRW, EUR |
| 10 | Bitget | 6.8 | $786,144,886 ▼ 3.07% | 575 | 2,988,841 | 754 | 547 | USD, EUR, GBP and +12 more |
| 11 | Gemini | 6.7 | $13,999,474 ▲ 1.93% | 687 | 147,221 | 150 | 117 | USD, GBP, EUR and +4 more |
| 12 | bitFlyer | 6.6 | $38,987,120 ▲ 8.09% | 598 | 305,625 | 13 | 9 | USD, JPY, EUR |
| 13 | LBank | 6.6 | $613,137,520 ▲ 9.39% | 629 | 2,596,950 | 571 | 512 | EUR, USD, CAD and +7 more |
| 14 | Bithumb | 6.6 | $151,926,138 ▲ 10.24% | 436 | 210,887 | 237 | 230 | KRW |
| 15 | Huobi | 6.5 | $349,520,482 ▲ 3.54% | 476 | 1,464,319 | 792 | 612 | ALL, AUD, BRL and +47 more |
| 16 | Coincheck | 6.4 | $35,940,051 ▲ 49.41% | 639 | 210,090 | 3 | 2 | JPY |
| 17 | MEXC | 6.4 | $541,287,620 | 577 | 2,165,424 | 2108 | 1710 | -- |

| # ▲ | Exchange | Score | Trading volume(24h) | Avg. Liquidity | Weekly Visits | # Markets | # Coins | Fiat Supported |
|---|---|---|---|---|---|---|---|---|
| | | | ▲ 3.77% | | | | | |
| 18 | BitForex | 6.2 | $1,886,408,674 ▼ 5.75% | 656 | 1,333,828 | 287 | 253 | USD, EUR, GBP and +27 more ⓘ |
| 19 | Biconomy Exchange | 6.1 | $460,591,950 ▲ 9.09% | 766 | 628,582 | 121 | 116 | AED, AUD, BRL and +27 more ⓘ |
| 20 | Crypto.com Exchange | 6.0 | $69,786,332 ▼ 4.48% | 583 | 760,771 | 536 | 247 | EUR |
| 21 | BTCEX | 5.9 | $437,550,298 ▲ 4.11% | 686 | 868,593 | 340 | 258 | USD, EUR |
| 22 | Upbit | 5.9 | $780,098,734 ▼ 2.74% | 498 | 1,225,581 | 294 | 190 | KRW |
| 23 | BitMart | 5.9 | $350,969,571 ▲ 51.70% | 579 | 2,970,583 | 892 | 737 | USD, EUR |
| 24 | ProBit Global | 5.9 | $64,705,004 ▼ 7.58% | 450 | 389,167 | 700 | 541 | -- |
| 25 | XT.COM | 5.9 | $454,516,380 ▲ 11.95% | 642 | 1,832,805 | 706 | 435 | AUD, GBP, USD and +4 more ⓘ |
| 26 | Binance.US | 5.8 | $52,621,074 ▼ 10.01% | 552 | 439,258 | 309 | 155 | USD |
| 27 | CoinW | 5.8 | $976,663,699 ▲ 0.56% | 559 | 2,336,135 | 446 | 423 | ARS, HKD, PHP and +31 more ⓘ |
| 28 | LATOKEN | 5.8 | $135,744,412 ▲ 29.41% | 649 | 1,087,615 | 682 | 583 | USD, EUR, GBP and +2 more ⓘ |
| 29 | P2B | 5.7 | $403,286,791 ▲ 15.60% | 640 | 781,194 | 259 | 160 | -- |
| 30 | Cointr Pro | 5.7 | $277,907,184 ▼ 12.64% | 649 | 882,943 | 142 | 68 | USD, TRY, EUR and +27 more ⓘ |
| 31 | Korbit | 5.7 | $2,823,365 ▲ 8.50% | 479 | 22,432 | 120 | 122 | KRW |
| 32 | Pionex | 5.6 | $955,406,633 ▲ 3.77% | 587 | 696,803 | 354 | 276 | EUR, GBP, MYR and +15 more ⓘ |
| 33 | Hotcoin Global | 5.6 | $2,156,690,732 ▲ 3.36% | 501 | 1,141,748 | 376 | 309 | -- |
| 34 | Binance TR | 5.6 | $173,336,577 ▲ 75.17% | 422 | 291,854 | 130 | 97 | TRY |
| 35 | CoinEx | 5.6 | $46,863,427 ▼ 0.77% | 573 | 353,328 | 944 | 644 | -- |
| 36 | Toobit | 5.5 | $322,386,882 ▲ 0.23% | 593 | 994,571 | 85 | 57 | USD, EUR, GBP and +6 more ⓘ |
| 37 | Coinone | 5.5 | $39,419,659 ▲ 5.06% | 476 | 113,318 | 182 | 184 | KRW |

| # ▲ | Exchange | Score | Trading volume(24h) | Avg. Liquidity | Weekly Visits | # Markets | # Coins | Fiat Supported |
|---|---|---|---|---|---|---|---|---|
| 38 | DigiFinex | 5.4 | $670,933,385 ▲ 1.31% | 571 | 3,011,142 | 510 | 415 | USD, EUR, AED and +25 more ⓘ |
| 39 | WhiteBIT | 5.4 | $455,995,924 ▼ 7.82% | 518 | 2,642,050 | 240 | 197 | USD, EUR, UAH and +7 more ⓘ |
| 40 | Coinsbit | 5.3 | $256,803,111 ▲ 16.50% | 552 | 2,248,313 | 162 | 112 | USD, EUR |
| 41 | Poloniex | 5.3 | $51,461,074 ▲ 2.74% | 322 | 190,306 | 579 | 381 | -- |
| 42 | BingX | 5.3 | $258,358,914 ▲ 22.99% | 549 | 2,187,947 | 656 | 518 | USD, THB, MYR and +4 more ⓘ |
| 43 | Tapbit 💱 | 5.3 | $581,525,644 ▲ 14.06% | 657 | 275,053 | 287 | 236 | SGD, HKD, THB and +20 more ⓘ |
| 44 | Phemex 💱 | 5.3 | $68,714,173 ▼ 10.47% | 474 | 174,134 | 317 | 204 | -- |
| 45 | DIFX | 5.3 | $175,128,354 ▲ 0.07% | 569 | 637,792 | 43 | 44 | -- |
| 46 | WEEX | 5.2 | $32,174,300 ▼ 2.03% | 691 | 217,122 | 62 | 50 | -- |
| 47 | BitMEX | 5.2 | $290,906 ▼ 9.56% | 423 | 183,497 | 78 | 39 | -- |
| 48 | Azbit | 5.2 | $334,075,952 ▲ 0.12% | 546 | 361,048 | 110 | 70 | -- |
| 49 | Deepcoin | 5.2 | $267,112,604 ▲ 3.66% | 656 | 268,942 | 242 | 188 | -- |
| 50 | Bitvavo | 5.1 | $34,189,656 ▼ 7.68% | 478 | 318,399 | 192 | 193 | EUR |
| 51 | BtcTurk | Pro | 5.1 | $68,823,764 ▲ 11.85% | 450 | 127,284 | 180 | 80 | TRY |
| 52 | Currency.com | 5.1 | $137,354,117 ▼ 6.67% | 504 | 174,458 | 72 | 44 | USD, EUR, RUB and +1 more ⓘ |
| 53 | Coinstore | 5.1 | $281,475,744 ▲ 3.55% | 461 | 239,264 | 109 | 108 | EUR, GBP, USD and +15 more ⓘ |
| 54 | BKEX | 5.1 | $333,909,557 ▼ 3.22% | 642 | 1,359,041 | 603 | 584 | -- |
| 55 | Bitso | 5.1 | $18,336,847 ▲ 150.37% | 493 | 176,809 | 100 | 55 | MXN, ARS, BRL and +1 more ⓘ |
| 56 | Pexpay | 5.0 | $18,350,875 ▲ 104.53% | 575 | 136,227 | 56 | 38 | USD, EUR, RUB & KRW |
| 57 | C-Patex | 5.0 | $17,185,891 ▼ 16.91% | 577 | 884,140 | 11 | 11 | -- |
| 58 | IndoEx | 5.0 | $1,512,353,974 | 621 | 37,567 | 217 | 122 | -- |

| # ▲ | Exchange | Score | Trading volume(24h) | Avg. Liquidity | Weekly Visits | # Markets | # Coins | Fiat Supported |
|---|---|---|---|---|---|---|---|---|
| | | | ▲ 0.83% | | | | | |
| 59 | Bitbank | 5.0 | $14,356,558 <br> ▲ 3.13% | 582 | 111,816 | 43 | 30 | JPY |
| 60 | Bitrue | 5.0 | $784,870,876 <br> ▲ 6.05% | 408 | 139,720 | 1114 | 554 | USD, EUR, GBP <br> and +7 more ⓘ |

Show More

Find out how we work by clicking here. Read More

Be the first to know about
**crypto news every day**

Get crypto analysis, news and updates right to your inbox! Sign up here so you don't miss a single newsletter.

Subscribe now



## Products

Blockchain Explorer

Crypto API

Crypto Indices

Doodles

Jobs Board

Sitemap

## Company

About us

Terms of use

Privacy Policy

Cookie preferences

Community Rules

Disclaimer

Methodology

Careers   We're hiring!

## Support

Request Form

Contact Support

FAQ

Glossary

## Socials

Facebook

Twitter

Telegram

Instagram

Interactive Chat

© 2023 CoinMarketCap. All rights reserved