# EXHIBIT BH-81

ADVERTISEMENT



☰ Menu

SG ⌄

Finance & economics | Crackdown

# Regulators put the future of America's crypto industry in doubt

Firms will head to friendlier waters



Satoshi Kambayashi

Jun 8th 2023

Save  Share  Give

T AYLOR SWIFT's record-smashing "Eras" tour could end up being one of the most lucrative in musical history, possibly even minting the world's newest billionaire. But Ms Swift has another thing going for

6/11/23, 9:12 PM
Case 1:23-cv-01599-ABJ   Document 53-9   Filed 06/12/23   Page 3 of 225
Regulators put the future of America's crypto industry in doubt

her personal finances. When courted to invest in FTX, a now defunct crypto exchange, she reportedly balked: "Can you tell me that these are not unregistered securities?"

**Listen to this story.** Enjoy more audio and podcasts on iOS or Android.

0:00 / 0:00

American regulators are asking similar questions. On June 6th the Securities and Exchange Commission (SEC) sued Coinbase, the country's largest crypto exchange, for failing to register as a broker, exchange or clearinghouse of securities. When markets opened, Coinbase's share price dropped by a fifth. The day before the SEC had sued Binance, the world's largest crypto exchange—alleging both that it offered securities-trading services without the necessary registrations, and that it had placed customer funds in a trading outfit owned by its boss, Changpeng Zhao. Binance rejected all the allegations and said it would "vigorously defend" itself.



ADVERTISEMENT

Learn from *The Economist*'s data specialists in our online course

ECONOMIST EDUCATION

See more

At the core of both lawsuits is the idea that many cryptocurrencies are in fact securities. American law defines securities to include any "investment contract" that produces an asset for which an owner can expect to accrue returns depending on the effort of a promoter. The SEC has suggested bitcoin, the world's most valuable cryptocurrency, does not meet this standard. It has also avoided making definitive statements about ether, the second most valuable token. But Gary Gensler, the SEC's chairman, has made clear that he thinks most other cryptocurrencies fit the bill.

Absent legislation or friendlier regulators, the lawsuits place the fate of America's crypto industry in judicial hands. An entity's issuance of crypto tokens is strikingly similar to the issuance of equity shares. If the organisation does well, the value of its tokens goes up. This makes it hard to argue they are not securities. The flipside is that some cryptocurrencies, like bitcoin, do not have such a promoter, since there is no centralised outfit that stands to profit from the token's growth. And others, like some stablecoins, are used mainly for liquidity, such as facilitating trade within a crypto protocol, rather than investment.

Coinbase is listed in America. Binance, which has no formal headquarters, is a trickier case. It separated American operations from international ones, but regulators say it turned a blind eye to Americans trading on the international platform. The SEC's lawsuit notes a damning message sent by its chief operating officer to colleagues: "We are operating as a fking unlicensed securities exchange in the USA bro."

The exchanges, for their part, argue that the SEC is "regulating by enforcement" and has failed to provide clear guidelines on what is permitted. In this narrow sense, they may have a point. If the rules had been clear earlier then years of investment and talent could have been better allocated.

ADVERTISEMENT

There are two big implications of America's crackdown. First, if the SEC wins, America could in effect join the 25 of 45 markets tracked by the Atlantic Council, a think-tank, that have fully or partly banned crypto. Even if regulators create a path for firms to exist within the law, crypto's value will shrink, as it becomes more difficult to avoid the costly red tape that applies to regular financial institutions.

Second, more crypto firms will move to places with friendlier regulation and shun doing business in America altogether. Dubai will be one winner. It has set up a specialist crypto regulator and opened its arms to offices from Binance, Crypto.com and Bybit. The game of regulatory cat-and-mouse is not over just yet. ■

*For more expert analysis of the biggest stories in economics, finance and markets, sign up to* [Money Talks](#)*, our weekly subscriber-only newsletter.*

This article appeared in the Finance & economics section of the print edition under the headline "Crackdown"

**Finance & economics**
June 10th 2023

→ Who is keeping coal alive?

→ Japan's stockmarket rally may disappoint investors

→ Surging stockmarkets are powered by artificial intelligence

→ Amoral cities are flourishing in a turbulent geopolitical era

→ **Regulators put the future of America's crypto industry in doubt**

→ After debt-ceiling negotiations, America faces a debt deluge

→ A flawed argument for central-bank digital currencies



## From the June 10th 2023 edition

Discover stories from this section and more in the list of contents

→ Explore the edition

Save    Share    Give    Reuse this content



**SUBSCRIBER ONLY** | **MONEY TALKS**

## Expert analysis of the biggest stories in economics and markets

Delivered to your inbox every week

Sign up

**More from Finance & economics**



Stefani Reynolds/The New York Times/Redux/Eyevine

## After debt-ceiling negotiations, America faces a debt deluge

Its coffers depleted, the Treasury will flood the market with bills

---

## Amoral cities are flourishing in a turbulent geopolitical era

Our index ranks economic performance over the past three years



---

## A flawed argument for central-bank digital currencies

Europe's policymakers are wrong: the economy does not need a digital replacement for cash



---

Subscribe

Group subscriptions

The Trust Project

Help and contact us

6/11/23, 9:12 PM
Regulators put the future of America's crypto industry in doubt
Case 1:23-cv-01599-ABJ   Document 53-9   Filed 06/12/23   Page 7 of 225

**Reuse our content**

**Keep updated**

     

Published since September 1843 to take part in *"a severe contest between intelligence, which presses forward, and an unworthy, timid ignorance obstructing our progress."*

**The Economist**

About

Advertise

Press centre

**The Economist Group**

The Economist Group

Economist Intelligence

Economist Impact

Economist Events

Working Here

Economist Education Courses

Which MBA?

Executive Jobs

Executive Education Navigator

Terms of Use   Privacy   Cookie Policy   Manage Cookies   Accessibility   Modern Slavery Statement   Sitemap

California: Do Not Sell My Personal Information

Copyright © The Economist Newspaper Limited 2023. All rights reserved.

# EXHIBIT BH-82

# Policy Uncertainty and Corporate Investment

**Huseyin Gulen**
Purdue University

**Mihai Ion**
University of Arizona

Using a news-based index of policy uncertainty, we document a strong negative relationship between firm-level capital investment and the aggregate level of uncertainty associated with future policy and regulatory outcomes. More importantly, we find evidence that the relation between policy uncertainty and capital investment is not uniform in the cross-section, being significantly stronger for firms with a higher degree of investment irreversibility and for firms that are more dependent on government spending. Our results lend empirical support to the notion that policy uncertainty can depress corporate investment by inducing precautionary delays due to investment irreversibility. (*JEL* D80, E22, E66, G18, G31, G38)

Received January 2, 2014; accepted July 27, 2015 by Editor David Denis.

> *Business contacts in many parts of the country were reported to be highly uncertain about the outlook for the economy and for fiscal and regulatory policies. Although firms' balance sheets were generally strong, these uncertainties had led them to be particularly cautious and to remain reluctant to hire or expand capacity…*[1]

Politicians and regulatory institutions frequently make decisions that alter the environment in which firms operate. Since businesses often face a significant amount of uncertainty regarding the timing, content, and potential impact of policy decisions, it is important to investigate whether this policy-related uncertainty has important economic consequences. This topic has recently

We thank John Barron, Utpal Bhattacharya, Marianne Bertrand, Nicholas Bloom, David Denis, Diane Denis, Mara Faccio, Marydell Forbes, Andrew Greenland, Perihan Gulen, John Howe, Brandon Julio, Mohitosh Kejriwal, Ian Martin, John McConnell, Stephen McKeon, Brett Myers, Lubos Pastor, Raghavendra Rau, Stefano Rossi, Andrea Tamoni, Toni Whited, Jin Xu, Deniz Yavuz, and seminar participants at Fordham University, Georgia State University, Purdue University, Southern Methodist University, University of Arizona, Borsa Istanbul Finance and Economics Conference, Stanford Institute for Theoretical Economics (SITE) Conference, and the European Finance Association (EFA) Meetings for their helpful comments. We are responsible for any remaining errors. Send correspondence to Huseyin Gulen, Krannert Graduate School of Management, Purdue University, 403 West State Street, West Lafayette, IN 47907; telephone: (765) 496-2689; fax: (765) 494-9658. E-mail: hgulen@purdue.edu.

[1] From the minutes of the Federal Open Market Committee (FOMC) meeting in September 2012.

© The Author 2015. Published by Oxford University Press on behalf of The Society for Financial Studies. All rights reserved. For Permissions, please e-mail: journals.permissions@oup.com.

doi:10.1093/rfs/hhv050                Advance Access publication September 3, 2015

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

received increased attention from academics, policy makers, and the media, with many commentators arguing that the uncertainty induced by the political system is one of the main reasons for the sluggish recovery following the 2008–2009 financial crisis.[2] We contribute to this debate by empirically investigating the effect of policy-related uncertainty on corporate investments in the United States.

One of the main challenges in this line of research is finding an appropriate measure of policy uncertainty. The overall uncertainty faced by firms has been measured using a variety of variables, such as dispersion in analyst forecasts or volatility of stock returns, input and output prices, total factor productivity, or firm fundamentals.[3] However, measuring the portion of this uncertainty attributed to the political and regulatory system is a daunting task. While some studies have focused on particular types of policy (fiscal, monetary, social security), significantly less work has been done to measure the overall level of policy uncertainty in the economy.

Baker, Bloom, and Davis (2013) (henceforth BBD) fill this gap in the literature by constructing an index of aggregate policy uncertainty as a weighted average of three different components. The first and most heavily weighted component is derived from a count of newspaper articles containing key terms related to policy uncertainty. The second component measures uncertainty about future changes in the tax code using the dollar impact of tax provisions set to expire in the near future. The third and final component uses dispersion in economic forecasts of the CPI and government spending to proxy for uncertainty about fiscal and monetary policy. A visual inspection of the index (Figure 1) reveals that it spikes during events that are ex ante likely to cause increases in policy uncertainty, such as debates over the stimulus package, the debt ceiling dispute, major federal elections, wars, and financial crashes. It also exhibits considerable time-series variation in the periods between such major events. The next section contains a more detailed discussion of the construction of the index and the precautions taken by BBD to ensure that it does in fact capture aggregate policy uncertainty and not some other confounding factors.

We use the BBD index to estimate the effect of policy uncertainty on corporate investments. Besides the classic investment predictors (Tobin's q, cash flows, sales growth), we also control for several macroeconomic proxies for investment opportunities (e.g., forecasted GDP growth, composite leading indicators, and consumer confidence.) This is meant to alleviate endogeneity concerns stemming from the fact that uncertainty tends to be countercyclical and could therefore be capturing the effect of poor economic prospects.[4]

---

[2] For example, see Stock and Watson (2012) or "Investment Falls Off a Cliff: U.S. Companies Cut Spending Plans Amid Fiscal and Economic Uncertainty" (*Wall Street Journal*, November 19, 2012).

[3] See, for example, Leahy and Whited (1996), Ghosal and Loungani (1996), Minton and Schrand (1999), Bond and Cummins (2004), Bloom et al. (2012), and Stein and Stone (2012).

[4] See, for example, Bloom et al. (2012).

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

Additionally, we control for several measures of general economic uncertainty (e.g., the VXO index of implied volatility, cross-sectional dispersion in returns, and the Jurado, Ludvigson, and Ng (2015) index) to ensure that the effect we are estimating can be attributed to the political and regulatory system and not to some other source of uncertainty.

In our study, we find evidence of a persistent, negative relationship between policy uncertainty and investment. In our preferred specification, we estimate that a doubling in the level of policy uncertainty is associated with an average decrease in quarterly investment rates of approximately 8.7% relative to the average investment rate in the sample. This is a sizable effect, considering that during the recent financial crisis, the policy uncertainty index nearly tripled. A counterfactual analysis indicates that the increase in policy uncertainty between 2007 and 2009 may be accountable for roughly one-third of the 32% fall in capital investments observed during this period.

From a time-series perspective, we find that policy uncertainty can affect investment levels up to eight quarters into the future. Indeed, the effect seems to be progressively stronger (more negative) over the first four to five quarters, after which time it begins to decay, becoming positive at longer lags into the future. This is consistent with the idea that once uncertainty is resolved, firms increase investments to satisfy pent up demand. The fact that this rebound occurs over the span of two to three years shows that it can take a significant amount of time to recover from the effects of policy uncertainty.

To assess which one of the three subcomponents of the BBD index is driving this result, we also run our regressions separately using each one of them as our measure of policy uncertainty. We find that most of the explanatory power of the BBD index can be attributed to the news-based component, even though the component measuring tax-related uncertainty also has a significantly negative impact on investment. On the other hand, we find that the component measuring fiscal and monetary policy uncertainty through forecast dispersion is not a significant predictor of investment.

Our findings hold up to a battery of robustness tests. First, we verify that the BBD index is not simply picking up the effect of elections on investments (Julio and Yook 2012). Second, we use the cumulant estimator of Erickson, Jiang, and Whited (2014) to ensure that our results are not an artifact of measurement error in Tobin's q. Third, we address concerns about overfitting the data by showing evidence that the policy uncertainty variable can reliably predict investments out of sample. Fourth, based on the idea that the United States and Canadian economies are tightly linked, we regress the BBD index on a measure of policy uncertainty in Canada (also developed by BBD) to remove possible confounding macroeconomic forces from the index (to the extent that they are common to both countries). We find that all of our results hold if we use the residuals from this regression as our main measure of policy uncertainty. Finally, to further alleviate endogeneity concerns, we show that our results also hold in an IV specification in which a measure of political

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

polarization in the United States Senate is used as an instrument for policy uncertainty.

To identify possible mechanisms through which policy uncertainty propagates in the economy, we investigate whether the negative effect of policy uncertainty on capital investment exhibits heterogeneity in the cross-section. This investigation is motivated by the predictions made by the real options literature, which has received a great deal of attention from both academics and policy makers.[5] This literature emphasizes that if investment projects are (even partially) irreversible, uncertainty shocks can increase firms' incentives to delay investment until some of the uncertainty resolves (e.g., Bernanke 1983; Rodrik 1991; Dixit and Pindyck 1994). If this is the case, the slow-down effect should be stronger for firms with more irreversible investments. To test this prediction, we use four different proxies for investment irreversibility: the ratio of fixed to total assets, a measure of asset redeployability proposed by Kim and Kung (2013), an indicator variable for whether the firm operates in a "durables" industry, and a measure of sunk costs based on rent expense, depreciation, and fixed asset sales. Consistent with the above prediction, we find that the dampening effect of policy uncertainty on capital expenditures is stronger for firms that, according to these proxies, have a higher degree of investment irreversibility.

The second source of cross-sectional heterogeneity we explore is firms' dependence on government spending. If political uncertainty has a negative effect on corporate investments, then this effect should be stronger for firms that rely on the government more for their sales. Following Belo, Gala, and Li (2013), we use the BEA input-output tables to calculate the percentage of an industry's total sales purchased by the government (directly and indirectly). We find that the investments of firms operating in industries with a higher dependence on government spending are significantly more negatively affected by policy uncertainty.

The real options mechanism also makes a prediction about the evolution of the policy uncertainty effect over time. Specifically, even though firms may find it advantageous to delay investments in the face of uncertainty, if the uncertainty persists over a long period of time, firms may be compelled to eventually invest, either because many investment projects cannot be delayed indefinitely, or because the cash flows lost by postponing investments may

---

[5] From the minutes of the Federal Open Market Committee, in April 2008, "Several participants reported that uncertainty about the economic outlook was leading firms to defer spending projects until prospects for economic activity became clearer. The tightening in the supply of business credit was also seen as holding back investment, with some firms apparently reluctant to reduce their liquidity positions in the current environment."
From the remarks of Lawrence Summers, director of the White House National Economic Council, at the Brookings Institution on the Obama administration's economic program and the prospects for the American economy on March 13, 2009, "...unresolved uncertainty can be a major inhibitor of investment. If energy prices will trend higher, you invest one way; if energy prices will be lower, you invest a different way. But if you don't know what prices will do, often you do not invest at all. That is why we must move forwards as rapidly as possible to reduce uncertainty and carefully create a new cap-and-trade regime."

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

become too large to justify any further delays. To test this hypothesis, we investigate how conditional average investments evolve throughout high-policy-uncertainty spells. Consistent with our prediction, we find that while average investments decrease significantly in the first four to five quarters of a high-policy-uncertainty spell, they then recover to the point that after seven or more quarters of high policy uncertainty, conditional average investments are at the same level as observed during quarters with below-average policy uncertainty.

Our paper is related to the recent studies that use national or local elections as indicators of times with high political uncertainty.[6] The paper closest to ours is Julio and Yook (2012), who use a panel of countries to show that investments tend to drop significantly during election years. We improve on this strand of the literature in several important ways. First, while elections may be good exogenous indicators of higher uncertainty, they do not tell us how much policy uncertainty increases during these elections, and the election indicator variable assumes that policy uncertainty does not change during nonelection years. While this is not an issue for identification purposes, it can be a significant drawback from a measurement standpoint.[7] By using a variable designed to measure the actual level of policy uncertainty at every point in time, our paper should provide a more accurate picture of the magnitude of the effect of policy uncertainty on investments. Second, by studying how this effect varies in the cross-section, we shed light on the mechanisms by which uncertainty affects the economy. We show that firms' investment irreversibility and their reliance on government spending are crucial moderators of the policy uncertainty-investment relationship. Finally, we investigate how this relationship evolves through time and show evidence that policy uncertainty can have a long-lasting impact on the economy, affecting investments for up to two years into the future.

## 1. Measuring Policy Uncertainty

We measure policy-related economic uncertainty using an aggregate index developed by Baker, Bloom, and Davis (2013). Below we describe how this index is built and why it should be considered a reliable measure of the overall level of policy uncertainty present in the economy.

The BBD index is a weighted average of three components. The first component quantifies the volume of news discussing policy-related uncertainty, every month starting in January 1985. This is done using an automated search

---

[6] See, for example, Boutchkova et al. (2012), Durnev (2010), Julio and Yook (2012), and Jens (2012).

[7] This is clear to see for at least a couple of reasons. First, an election dummy variable does not take into account the fact that elections at different points in time or in different countries will have different implications for the level of policy uncertainty in the economy. Second, election years do not capture the variation in policy uncertainty that may occur between elections. Intuitively, this variation is likely significant given the infrequency of elections and the many uncertainty-inducing events that happened in nonelection years, such as debates over the stimulus package, the debt ceiling dispute, wars, and financial crashes.

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

of the archives of ten large newspapers, and counting the number of articles containing at least one of the terms "uncertainty" or "uncertain," at least one of the terms "economic" or "economy," and at least one of the terms "congress," "legislation," "white house," "regulation," "federal reserve," or "deficit." To control for the changing volume of news throughout time, for each of the ten newspapers, each month, the number of policy uncertainty articles is normalized by the total number of articles in that newspaper. These ten series are then normalized to unit standard deviation and summed within each month. The resulting index is then scaled to have an average value of 100 from 1985 to 2009.

The second component of the BBD index measures the level of uncertainty related to future changes in the tax code. This is done using data from the Congressional Budget Office on the tax provisions set to expire in the near future. BBD estimate this level of tax-related uncertainty every year by the discounted value of the revenue effects of all tax provisions set to expire in the following ten years. The third and final component of the BBD index captures forecaster disagreement about future monetary and fiscal policies. The authors use the Survey of Professional Forecasters provided by the Federal Reserve Board of Philadelphia to obtain forecasts of CPI, and purchases of goods and services by federal, state, and local governments. The forecast disagreement index is obtained by taking the average of the interquartile ranges of these two forecasts.

To obtain their overall measure of policy uncertainty, BBD first normalize each of the three components above and then calculate a weighted average of the resulting series, using a weight of one-half for the news-based component, one-sixth for the tax component, and one-third for the forecaster disagreement component. As we can see in Figure 1, this index exhibits clear spikes around events that are ex ante expected to increase policy-related uncertainty, such as recessions (shaded areas), financial crises, and wars.

In panel A of Table 1, we present the correlation coefficients between the overall BBD index and it subcomponents, as well as the correlations with the quarterly growth in real GDP and the VXO index of implied volatility from the CBOE. Not surprisingly, the overall index is highly correlated with each of its components, particularly with the news-based index (0.887). The news component is also strongly correlated with the tax component (0.357), but less so with the measures based on forecaster disagreement (which are themselves strongly correlated). Overall, this suggests that even though there may be some informational overlap between the components of the BBD index, they each contain unique information.

Finally, note that the overall BBD index, as well as its news-based component, are strongly negatively correlated with GDP growth and strongly positively correlated with the VXO index (i.e., with uncertainty about future equity returns.) This provides a first hint at the econometric challenges faced, since it suggests that policy uncertainty is likely to correlate with other measures of economic uncertainty, as well as with firms' investment opportunities. To

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023



**Figure 1**
**Policy uncertainty index**
This figure plots the Baker, Bloom, and Davis (2013) index of policy uncertainty (solid line), together with the
NBER recession periods (shaded areas), during the January 1987 to December 2013 period.

the extent that this is simply a feature of the economic environment, later
in the paper we discuss the precautions taken to ensure that our inference
is not clouded by these confounding effects. However, another possibility is
that this correlation is the artifact of measurement error: the BBD index may
inadvertently measure low investment opportunities or economic uncertainty
that is not policy related. BBD go to great lengths to minimize this possibility.
We present a summary of their attempts below.

Since the main component of the BBD index is built using newspaper
searches and not by directly estimating the second moment of any economic
variable, it is not immediately clear that the BBD methodology can actually
produce a reliable measure of uncertainty. To alleviate this concern, as a proof-
of-concept exercise, BBD use their news-search methodology to construct an
index of equity market uncertainty. To this end, they use the same newspaper
search procedure described in the previous section, only this time replacing the
terms related to policy with the terms "stock price," "equity price," or "stock
market." They find that the level of the resulting index has a correlation of 0.73

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

**Table 1**
**Summary statistics**

Panel A: Correlation matrix

|  | PU | PU news | PU Tax | PU CPI | PU GOV | Δ GDP | VXO |
|---|---|---|---|---|---|---|---|
| Policy uncertainty (PU) | 1.000 |  |  |  |  |  |  |
| PU news component | 0.887 | 1.000 |  |  |  |  |  |
| PU tax component | 0.626 | 0.357 | 1.000 |  |  |  |  |
| PU CPI component | 0.471 | 0.153 | 0.258 | 1.000 |  |  |  |
| PU Gov.Purch. component | 0.373 | 0.071 | 0.156 | 0.427 | 1.000 |  |  |
| Real GDP growth | −0.396 | −0.393 | −0.182 | −0.270 | 0.009 | 1.000 |  |
| VXO | 0.383 | 0.457 | 0.017 | 0.210 | −0.025 | −0.276 | 1.000 |

|  | Panel B1: Sample used in this study | | | | Panel B2: Compustat universe 1987–2013 | | | |
|---|---|---|---|---|---|---|---|---|
|  | N | Mean | Median | SD | N | Mean | Median | SD |
| CAPX | 441,326 | 26.5 | 1.5 | 87.4 | 572,204 | 24 | 1.1 | 83.5 |
| PPE | 425,108 | 648 | 34.2 | 2,123 | 639,932 | 609 | 24.3 | 2,075 |
| Total assets | 441,326 | 2,882 | 267 | 9,170 | 661,360 | 2,886 | 226 | 9,418 |
| Operating cash flows | 441,326 | 53.5 | 2.8 | 190 | 544,309 | 48.7 | 1.9 | 183 |
| Sales | 441,326 | 423 | 48.4 | 1,187 | 649,950 | 397 | 36.6 | 1,185 |
| CAPX/Lag total assets | 441,326 | 0.014 | 0.008 | 0.020 | 568,769 | 0.015 | 0.008 | 0.022 |
| Tobin's q | 441,326 | 1.869 | 1.350 | 1.545 | 643,699 | 1.937 | 1.319 | 1.733 |
| Cash flows/Lag total assets | 441,326 | 0.011 | 0.015 | 0.058 | 541,294 | 0.006 | 0.013 | 0.065 |
| Sales growth | 441,326 | 0.181 | 0.078 | 0.581 | 588,911 | 0.192 | 0.080 | 0.617 |
| PPE/Lag total assets | 425,108 | 0.265 | 0.187 | 0.245 | 617,089 | 0.259 | 0.172 | 0.254 |

Panel C: Classic investment regressions

|  | CAPX/TA | CAPX/TA | CAPX/TA |
|---|---|---|---|
| Tobin's q | 0.156*** |  | 0.157*** |
|  | (24.66) |  | (24.85) |
| Cash Flows |  | 0.0517*** | 0.0533*** |
|  |  | (14.98) | (16.26) |
| N | 441,326 | 441,326 | 441,326 |
| R-sq | 0.020 | 0.003 | 0.023 |

This table presents summary statistics for the main variables used in our analysis. The data extend from January 1987 to December 2013. Panel A presents correlations between the policy uncertainty index of Baker, Bloom, and Davis (2013), the index's subcomponents, the quarterly growth rate in real GDP and the CBOE index of implied volatility VXO. All variables in this panel are measured at the monthly frequency, except for the GDP growth rate which is measured quarterly. Panel B presents summary statistics both for the sample used in this study (panel B1) as well as for the entire Compustat universe (panel B2). In panel C we regress quarterly capital investments (CAPX/TA) on Tobin's q and operating cash flows.

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

with the VIX index provided by the CBOE, which is a widely accepted measure of uncertainty related to future equity returns.

While the above exercise provides evidence that frequency counts of newspaper articles can in principle yield informative measures of economic uncertainty, it is not clear that the specific search terms used by the BBD index actually provide an accurate measure of policy-specific uncertainty in the economy. To ensure that the best possible set of search terms is used, the authors lead a human audit of 10,463 newspaper articles with the purpose of identifying which of these articles actually discuss an increase in policy uncertainty and which do not. They then run automated searches of the same articles using 32,193 different combinations of key words and choose the combination that minimizes the sum of false positives and false negatives (with respect to the human audit).

The human audit provides two additional important pieces of information. First, the authors find that only 1.8% of the audited articles discuss a decrease in policy uncertainty as opposed to an increase. This is reassuring, considering that automated textual searches are not sophisticated enough to make this distinction on their own. Second, the authors calculate the difference between the index obtained through an automated search (using the optimal key terms) and the index obtained using the human audit. They find that this measurement error is not correlated with either GDP growth or the true index of policy uncertainty (the human audit). This is reassuring from an econometric point of view, since it implies that even though the BBD index may not be a perfect measure of policy uncertainty, the measurement error is not likely to induce a bias in our empirical analysis.

Another issue with the BBD index is the possibility that newspaper articles simply may not be a reliable source of information about the true level of policy uncertainty in the economy. For example, this possibility arises if left-leaning newspapers tend to emphasize policy uncertainty when Democrats are in power, or vice versa. To investigate this issue, BBD use the Gentzkow and Shapiro (2010) media slant index to split the ten newspapers into the five most left-leaning and the five most right-leaning ones. They then run their textual search separately on the two sets of newspapers and find that the two resulting measures of policy uncertainty track each other closely. This suggests that most of the variation in the news-based index is not a result of political slant.

To further address potential biases in newspaper reporting on policy uncertainty, BBD test their methodology on a different source of information altogether: the Beige Books released before FOMC meetings. These books summarize the information gathered by each Federal Reserve Bank on the business conditions in the districts they represent. For each Beige Book since 1985, a human audit was performed on all passages that contained the terms "uncertain" or "uncertainty" to verify how many times these terms were used in the context of policy-related uncertainty. The resulting count yielded an index that had a 0.8 correlation with the overall BBD index described in the previous section. This provides further reassurance that newspaper articles do not contain significant biases in their discussions of policy uncertainty.

## 2. Data and Methodology

The data used in our empirical analysis come from the quarterly Compustat files and extend from January 1987 to December 2013. The sample period is chosen to match the availability of the policy uncertainty index and the operating cash-flow variable from the statement of cash flows. Our baseline tests are augmentations of panel regressions common to the investment literature:

$$\frac{CAPX_{i,t+l}}{TA_{i,t+l-1}} = \alpha_i + \beta_1 PU_{i,t} + \beta_2 TQ_{i,t} + \beta_3 \frac{CF_{i,t}}{TA_{i,t-1}} + \beta_4 SG_{i,t} + \delta M_t + QRT_t + \varepsilon_{i,t+l}.$$

$$(1)$$

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

Here, $i$ indexes firms, $t$ indexes calendar quarters, and $l \in \{1, 2, 3, 4\}$ stands for the quarter lead between the dependent and independent variables. The $\alpha_i$'s are firm fixed effects and the $QRT$ term contains a set of calendar- and fiscal-quarter dummy variables meant to control for possible seasonality in capital investments. Standard errors are always clustered at the firm and calendar-quarter level to correct for potential cross-sectional and serial correlation in the error term $\varepsilon_{i,t+l}$ (Petersen 2009).

For each firm $i$, the policy uncertainty variable ($PU_{i,t}$) is measured as the natural logarithm of the arithmetic average of the BBD index in the three months of the firm's fiscal quarter ending in calendar quarter $t$. Since for each calendar quarter not all firms' fiscal quarters end on the same month, there is some cross-sectional variation in $PU_{i,t}$ for each $t$ (which is why the $PU_{i,t}$ term carries a firm index). However, this variation is minimal, because the vast majority of firms do have fiscal quarters ending at the same time (the last month of the calendar quarter). This means that we cannot include time fixed effects in our specifications, since doing so would mechanically absorb all the explanatory power of the policy uncertainty variable. In the absence of time fixed effects, we control for possible confounding macroeconomic forces explicitly, using various proxies for investment opportunities and general economic uncertainty. For now, we denote these controls by the term $M_t$ in Equation (1), and discuss them in more detail in the following section.[8]

The capital investment ($CAPX$) and operating cash-flow ($CF$) variables are both taken from the statement of cash flows and are normalized by beginning of the period total assets ($TA$). Tobin's q ($TQ$) is measured as the market value of equity plus the book value of assets minus book value of equity plus deferred taxes, all divided by book value of assets. Sales growth ($SG$) is calculated as the year-on-year growth in quarterly sales and is meant as an additional control for investment opportunities.

To be included in our analysis, firms must have nonmissing observations for all the accounting variables in Equation (1) for at least three years. This amounts to a sample of 10,278 unique firms with 441,326 firm-quarter observations. Panel B of Table 1 presents summary statistics for the main accounting variables used in our analysis. To reduce the impact of extreme outliers, all variables have

---

[8] It is not clear whether our analysis should be performed using the level of policy uncertainty or its first difference. In principle, both approaches could yield interesting results. Conceptually speaking, the EPU level is more appropriate for answering the question "How are firm investments affected when managers face high levels of policy uncertainty?," while a specification in differences is more suited for answering "How are firm investments affected by short-term policy uncertainty shocks?" Ultimately, while both questions are interesting, one of the main reasons we decided to focus on the first is that using quarterly changes can eliminate much of the relevant information contained in the level of uncertainty. Levels help capture the slow-moving, long-lasting relation between policy uncertainty and corporate investment. We believe that short-term changes in uncertainty influence investments when they accumulate to a large enough (or low enough) level of uncertainty. For example, we are not sure what the impact of a decrease (increase) in uncertainty would be if this decrease still leaves us at extremely high (low) levels of uncertainty. For these reasons, we decided to use the policy uncertainty index in levels in our analysis. Furthermore, in unreported tests, we verify that our results are robust to including the first differences of the index in our specifications.

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

been winsorized at the 1% and 99% level. Comparing panels B1 and B2, we can see that even though we have imposed several filters on the data, our final sample is similar to the entire Compustat universe.

## 3. The Average Effect of Policy Uncertainty on Investment

We begin our empirical analysis by estimating several benchmark investment regressions using only Tobin's q and operating cash flows as predictor variables. The results in panel C of Table 1 show that both variables have significant explanatory power, despite the q-theory prediction that only Tobin's q should. This common result has been the source of much debate in the literature, with some authors interpreting it as evidence that financial constraints have a significant effect on investment (e.g., Fazzari, Hubbard, and Petersen 1988), and others arguing that cash flows simply capture the effect of investment opportunities in a way that Tobin's q does not (e.g., Alti 2003; Erickson and Whited 2000). Even though our study is not concerned with the interpretation of the coefficient on cash flows, this debate points to the possibility that Tobin's q is not a perfect measure of investment opportunities. Hence, the concern for our study is that the policy uncertainty variable may also be capturing (at least to some extent) the effects of poor investment opportunities which are missed by the Tobin's q variable. Throughout the paper we discuss several attempts to alleviate this concern. For now however, we begin with a set of baseline estimates of the average effect of policy uncertainty on investment.[9]

In Table 2 we run four specifications of Equation (1), one for each $l \in \{1, 2, 3, 4\}$, to accommodate the possibility that the effect of policy uncertainty on investment may persist over multiple quarters or may manifest itself with a lag (results are in columns (1) to (4) in each panel). We present results for the overall policy uncertainty index in panel A and separately for each of its three components in panels B, C, and D. At this stage, we use two variables to control for possible confounding macroeconomic forces ($M_t$). First, we use the quarterly growth in real GDP as a proxy for current demand conditions. Second, we use an indicator variable equal to one if a presidential election is scheduled in the current calendar year, to ensure that the policy uncertainty variable is not simply picking up the negative impact of elections on investments documented by Julio and Yook (2012).

To facilitate the comparison of economic magnitudes across covariates, all variables have been normalized by their sample standard deviation. Therefore, each coefficient can be interpreted as the change in the dependent variable (as a proportion of its standard deviation) associated with a one-standard-deviation

---

[9] The benchmark regressions in Table 1 also find that Tobin's q predicts investments better than the cash-flow variable. While this may be at odds with the older investment studies (e.g., Fazzari, Hubbard, and Petersen (1988)), it is not incompatible with the more recent studies in the literature. For example, Chen and Chen (2012) find that operating cash flows were a stronger predictor of investment only until about 1980–1985. Since then, the effect has reversed and Tobin's q is a stronger explanatory variable than cash flows.

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

*The Review of Financial Studies / v 29 n 3 2016*

**Table 2**
**Policy uncertainty and capital investment**

| Dependent variable:<br>CAPX/Total assets | Panel A : Overall policy<br>uncertainty index | | | | Panel B : News-based component of<br>policy uncertainty index | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (3) | (4) | (1) | (2) | (3) | (4) |
| Policy uncertainty | −0.168*** | −0.171*** | −0.179*** | −0.174*** | −0.128*** | −0.137*** | −0.151*** | −0.153*** |
| | (−6.67) | (−6.75) | (−7.04) | (−7.11) | (−5.88) | (−6.16) | (−6.32) | (−6.54) |
| Tobin's q | 0.169*** | 0.159*** | 0.143*** | 0.128*** | 0.171*** | 0.160*** | 0.143*** | 0.128*** |
| | (24.43) | (23.63) | (22.18) | (18.65) | (24.49) | (23.66) | (22.15) | (18.59) |
| Cash flow | 0.0258*** | 0.0359*** | 0.0379*** | 0.0347*** | 0.0257*** | 0.0357*** | 0.0378*** | 0.0346*** |
| | (10.04) | (13.70) | (14.22) | (13.31) | (9.95) | (13.59) | (14.13) | (13.21) |
| Sales growth | 0.0409*** | 0.0448*** | 0.0397*** | 0.0305*** | 0.0414*** | 0.0452*** | 0.0400*** | 0.0307*** |
| | (14.69) | (15.52) | (13.84) | (10.54) | (14.38) | (15.41) | (13.90) | (10.62) |
| GDP growth | 0.0111 | 0.0199** | 0.0225** | 0.0324*** | 0.0137* | 0.0219** | 0.0241*** | 0.0335*** |
| | (1.43) | (2.31) | (2.48) | (3.39) | (1.76) | (2.55) | (2.63) | (3.44) |
| Election indicator | 0.00448 | −0.00517 | −0.0155 | −0.0251 | 0.00674 | −0.00291 | −0.0131 | −0.0227 |
| | (0.28) | (−0.33) | (−0.90) | (−1.23) | (0.41) | (−0.18) | (−0.77) | (−1.14) |
| N | 424,785 | 412,621 | 401,744 | 392,679 | 424,785 | 412,621 | 401,744 | 392,679 |
| R-squared | 0.039 | 0.038 | 0.033 | 0.028 | 0.038 | 0.037 | 0.033 | 0.028 |
| Firm fixed effects | yes | yes | yes | yes | yes | yes | yes | yes |
| Quarter dummies | yes | yes | yes | yes | yes | yes | yes | yes |
| Cluster by firm | yes | yes | yes | yes | yes | yes | yes | yes |
| Cluster by quarter | yes | yes | yes | yes | yes | yes | yes | yes |

(*continued*)

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2025

**Table 2**
**Policy uncertainty and capital investment (continued)**

| Dependent variable: CAPX/Total assets | Panel C : Policy uncertainty related to tax code | | | | Panel D : Policy uncertainty related to government spending and inflation | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (3) | (4) | (1) | (2) | (3) | (4) |
| Policy uncertainty | −0.0601*** | −0.0565*** | −0.0536*** | −0.0510*** | −0.0331 | −0.0236 | −0.0181 | −0.00558 |
| | (−14.12) | (−13.10) | (−11.78) | (−10.54) | (−0.98) | (−0.77) | (−0.62) | (−0.20) |
| Tobin's q | 0.166*** | 0.156*** | 0.142*** | 0.127*** | 0.177*** | 0.167*** | 0.152*** | 0.138*** |
| | (23.91) | (23.17) | (21.48) | (18.22) | (24.84) | (24.07) | (22.51) | (19.33) |
| Cash flow | 0.0269*** | 0.0370*** | 0.0391*** | 0.0359*** | 0.0256*** | 0.0356*** | 0.0376*** | 0.0344*** |
| | (10.65) | (14.39) | (14.88) | (13.87) | (9.91) | (13.59) | (14.12) | (13.13) |
| Sales growth | 0.0382*** | 0.0425*** | 0.0379*** | 0.0289*** | 0.0437*** | 0.0477*** | 0.0428*** | 0.0336*** |
| | (13.41) | (14.63) | (12.93) | (9.77) | (15.12) | (15.82) | (14.15) | (11.21) |
| GDP growth | 0.0146** | 0.0238*** | 0.0276*** | 0.0374*** | 0.0217*** | 0.0312*** | 0.0348*** | 0.0452*** |
| | (2.42) | (3.51) | (3.75) | (4.55) | (2.77) | (3.69) | (3.94) | (4.83) |
| Election indicator | 0.00391 | −0.00491 | −0.0144 | −0.0240 | 0.00927 | −0.000173 | −0.0103 | −0.0201 |
| | (0.29) | (−0.34) | (−0.83) | (−1.12) | (0.56) | (−0.01) | (−0.53) | (−0.89) |
| N | 424,785 | 412,621 | 401,744 | 392,679 | 424,785 | 412,621 | 401,744 | 392,679 |
| R-squared | 0.046 | 0.044 | 0.039 | 0.032 | 0.038 | 0.037 | 0.033 | 0.028 |
| Firm fixed effects | yes | yes | yes | yes | yes | yes | yes | yes |
| Quarter dummies | yes | yes | yes | yes | yes | yes | yes | yes |
| Cluster by firm | yes | yes | yes | yes | yes | yes | yes | yes |
| Cluster by quarter | yes | yes | yes | yes | yes | yes | yes | yes |

In this table we regress firm-level quarterly investment (CAPX/Lagged Total Assets) on Tobin's q, operating cash flows, sales growth, and the policy uncertainty index from Baker, Bloom, and Davis (2013) (panel A). In panels B through D, we replace the overall policy uncertainty index with each of its three components, respectively. The data are quarterly and extend from January 1987 to December 2013. See Section 2 for a detailed description of how we calculate each variable. In specifications marked (1), the dependent variable has a lead of one period (calendar quarter) with respect to the independent variables in specifications marked (2) it leads two periods, and so forth until (4). All specifications include calendar and fiscal quarter dummies, as well as firm fixed effects. All variables are normalized by their sample standard deviation. Standard errors are clustered at the quarter and firm level. *t*-statistics are reported in parentheses. *, **, and *** indicate statistical significance at the 10%, 5%, and 1% level, respectively.

increase in the right-hand-side variable. Since the policy uncertainty variable is logged, its normalizing constant is absorbed by the firm fixed effects. Hence, its coefficient can be interpreted as the number of standard deviations by which investment changes when policy uncertainty increases by 100%. Column 1 in panel A suggests that when policy uncertainty doubles, investment in the next quarter declines by 0.168 standard deviations. This is a 34-bp decrease, which is equivalent to 24.1% of the average investment level in the sample. Similarly, a doubling of the news-based and tax-code components is associated with a decline in investment of 18.6% and 8.7% with respect to the sample mean. Finally, panel D suggests that uncertainty related to government spending and inflation, at least as captured by forecaster disagreement, does not have a significantly negative effect on corporate investments.[10]

Our baseline results suggest that the majority of the explanatory power of the overall policy uncertainty index comes from its news-based component. This is not surprising, since the news index is in principle designed to capture the uncertainty associated with all policy decisions, including those captured by the tax-code component and by government spending and inflation components. For this reason, and to keep our tables to a reasonable number, we present results using only the news-based index for most of our remaining tests. This also serves to eliminate any possible confusion as to which of the components of the BBD index is driving our results. Nevertheless, our results are qualitatively the same if we use the overall index instead.

## 3.1 Omitted variables: Investment opportunities

The main challenge in interpreting our baseline results causally is the possibility that the policy uncertainty variable may capture the effect of low investment opportunities. Several authors have found empirical evidence that economic uncertainty is countercyclical.[11] Since policymakers often feel increasing pressure to make policy changes during bad economic conditions, it is plausible that policy uncertainty is also countercyclical and thereby negatively correlated with investment opportunities. If this is the case, the potential for an omitted-variables bias arises if our current control variables do not perfectly capture firms' investment opportunities.

To address this concern, we augment our baseline specifications with several variables that have been used in the literature as proxies for expectations about future economic conditions. First, we use data on one-year-ahead GDP forecasts from the Philadelphia Federal Reserve's biannual Livingstone survey to calculate a proxy for expected GDP growth, as perceived by professional forecasters. This variable is measured every June and December as the

---

[10] In unreported tests, we verify that these results are robust to controlling for measurement error in Tobin's q using the higher-order cummulant estimator of Erickson, Jiang, and Whited (2014).

[11] See Bloom (2014) for a survey of the evidence.

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

percentage change between the mean GDP forecast and the current GDP level. Second, we use the Conference Board's monthly Leading Economic Index, which is based on ten macroeconomic indicators that have been shown to have predictive power over future GDP. Our proxy is a year-on-year log change in this index. Third, we control for consumers' expectations about future economic prospects using the Michigan Consumer Confidence Index from the University of Michigan.[12]

We include these three control variables in our baseline specification from Equation (1), using the news-based component of the BBD index as our policy uncertainty measure. The results, presented in panel A of Table 3, show that policy uncertainty remains a significant predictor of capital investment, even though the economic magnitude of the effect decreases (compared with panel B of Table 2.) Our estimates indicate that a doubling of the level of policy uncertainty is associated with a decline in investment in the next quarter equivalent to 8.7% of the sample mean (0.06 standard deviations).[13] Note that this effect is quite large, considering, for example, that the policy uncertainty index nearly tripled throughout the recent financial crisis (late 2007 to late 2008).

### 3.2 Omitted variables: Economic uncertainty

A second potential concern with our results is that the BBD index may be capturing the effect of general economic uncertainty and not just the effect of policy-related uncertainty. Since the type of events that tend to increase policy uncertainty (e.g., recessions, wars, financial crises) also tend to increase overall macroeconomic uncertainty, it is possible that when businesses face policy uncertainty, they also face uncertainty about other aspects of their business (e.g. consumer demand.) For identification purposes, it is therefore important to explicitly control for any other sources of uncertainty that may affect firms' investment decisions at the same time that policy uncertainty affects them.

To address this concern, we control for several macroeconomic measures of uncertainty as proposed by Bloom (2009). First, we use the Livingstone survey of professional forecasters mentioned above to calculate a proxy of uncertainty about future economic growth. Specifically, the proxy is calculated every June and December as the coefficient of variation in GDP forecasts obtained from the survey. Second, to proxy for uncertainty about future profitability, we use the within-quarter cross-sectional standard deviation of firm-level profit growth (quarter-on-quarter change in net profit divided by average sales.) Finally, to

---

[12] In an earlier draft of this paper, we also used the Investor Sentiment Index of Baker and Wurgler (2007), to control for expectations by equity-market participants. Because this index was always statistically insignificant in our regressions, and because it is only available until December 2010, we decided to exclude it in order to preserve our sample size.

[13] Note that all controls from the baseline specification are present in these regressions. Many of them are not reported in order to preserve space, especially considering that their economic magnitudes are very similar to the ones obtained in our previous tests.

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

**Table 3**
**Alternative macroeconomic controls for investment opportunities and economic uncertainty**

| | Panel A : Add controls for investment opportunities | | | | Panel B : Add controls for economic uncertainty | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (3) | (4) | (1) | (2) | (3) | (4) |
| Policy uncertainty (news) | −0.0600** | −0.0659** | −0.0785*** | −0.0860*** | −0.0909*** | −0.0963*** | −0.110*** | −0.122*** |
| | (−2.15) | (−2.55) | (−2.85) | (−3.05) | (−3.11) | (−3.56) | (−3.79) | (−4.04) |
| GDP growth | 0.00393 | 0.00843 | 0.00843 | 0.0175* | 0.00275 | 0.00677 | 0.00686 | 0.0156* |
| | (0.49) | (1.00) | (0.97) | (1.91) | (0.43) | (0.98) | (0.93) | (1.83) |
| Expected GDP growth | 0.00837 | 0.0131* | 0.0152** | 0.0161** | 0.000461 | 0.00507 | 0.00644 | 0.00591 |
| | (1.26) | (1.96) | (2.16) | (2.22) | (0.08) | (0.83) | (1.04) | (0.93) |
| Leading economic index | −0.00326 | 0.00799 | 0.0156** | 0.0205*** | −0.0552*** | −0.0415*** | −0.0339*** | −0.0283*** |
| | (−0.41) | (1.08) | (2.53) | (3.22) | (−5.01) | (−3.84) | (−3.20) | (−2.69) |
| Consumer confidence | 0.00318*** | 0.00263*** | 0.00224*** | 0.00167** | 0.00105 | 0.000590 | 0.000265 | −0.000421 |
| | (4.25) | (3.99) | (3.28) | (2.21) | (1.48) | (0.86) | (0.39) | (−0.53) |
| GDP forecast dispersion | | | | | −0.00710 | −0.00836 | −0.00855 | −0.00992 |
| | | | | | (−0.85) | (−1.05) | (−1.03) | (−1.32) |
| Profit growth SD | | | | | −0.0366** | −0.0335** | −0.0224* | −0.0111 |
| | | | | | (−2.49) | (−2.45) | (−1.71) | (−0.79) |
| VXO | | | | | 0.0211** | 0.0194** | 0.0148* | 0.0113 |
| | | | | | (2.39) | (2.33) | (1.72) | (1.20) |
| Return SD | | | | | 0.0163** | 0.0169** | 0.0179*** | 0.0228*** |
| | | | | | (2.30) | (2.42) | (2.76) | (3.45) |
| JLN uncertainty measure | | | | | −0.0727*** | −0.0700*** | −0.0765*** | −0.0861*** |
| | | | | | (−3.97) | (−4.19) | (−4.77) | (−5.65) |
| Controls | yes | yes | yes | yes | yes | yes | yes | yes |
| N | 424,785 | 412,621 | 401,744 | 392,679 | 418,118 | 409,503 | 401,744 | 392,679 |
| R-squared | 0.040 | 0.039 | 0.035 | 0.030 | 0.044 | 0.043 | 0.039 | 0.034 |

In this table we present results obtained from estimating our baseline investment equation using several alternative macroeconomic proxies for investment opportunities (panel A) and economic uncertainty (panel B). The proxies for investment opportunities are: the realized real GDP growth, the expected GDP growth calculated biannually from the Livingstone survey of the Philadelphia Federal Reserve Bank, the Leading Economic Index released by The Conference Board, and the Michigan Consumer Confidence Index developed by the University of Michigan. The proxies for economic uncertainty are the coefficient of variation of the biannual GDP forecasts from the Livingstone survey of the Philadelphia Federal Reserve Bank, the cross-sectional standard deviation in firm-level profit growth, the monthly VXO implied volatility index from the CBOE, the cross-sectional standard deviation in firm-level monthly stock returns, and the comprehensive measure of macroeconomic uncertainty of Jurado, Ludvigson, and Ng (2015). See Section 3 for details on how each proxy was constructed. In specifications marked (1), the dependent variable has a lead of one period (calendar quarter) with respect to the independent variables in specifications marked (2) it leads two periods, and so forth until (4). All specifications include calendar and fiscal quarter dummies, as well as firm fixed effects. All variables are normalized by their sample standard deviation. Standard errors are clustered at the quarter and firm level; *t*-statistics are reported in parentheses. *, **, and *** indicate statistical significance at the 10%, 5%, and 1% level, respectively.

capture information about uncertainty as perceived by the equity markets, we use the monthly cross-sectional standard deviation of stock returns and the VXO (implied volatility) index from the Chicago Board Options Exchange.[14] In addition to these proxies, we also use a comprehensive measure of aggregate uncertainty developed by Jurado, Ludvigson, and Ng (2015). Their measure is based on the comovement in the unforecastable component of a large number of economic variables.

We introduce all five of these proxies in our baseline specification from Equation (1), along with all of the macroeconomic proxies for investment opportunities discussed in the previous section. The results, reported in panel B of Table 3, show that a negative relationship between investments and policy uncertainty remains statistically significant at all four lags. Using these estimates, a doubling in policy uncertainty is associated with a reduction in investment next quarter equivalent to 13.2% of the sample mean (0.09 standard deviations). The fact that the explanatory power of the policy uncertainty index is not absorbed by any of our proxies for aggregate economic uncertainty is particularly reassuring, since some of these proxies, such as the one developed by Jurado, Ludvigson, and Ng (2015), should in principle also capture the level of policy-related uncertainty in the economy. The results of these tests not only strengthen the robustness of the policy uncertainty effect on investments but also suggest that the BBD index contains information about macroeconomic uncertainty not captured by any of the other measures commonly used in the literature.

### 3.3 Out-of-sample predictability

In this section, we investigate whether policy uncertainty can be used to reliably predict investments out of sample. For this purpose, we use the methodology developed by Clark and West (2007) to test if adding policy uncertainty to several predictive investment models improves their out-of-sample fit. Specifically, we consider the following benchmark models:

$$M_0 : INV_{i,t+l} = \alpha_i + \varepsilon_{i,t+l},$$

$$M_1 : INV_{i,t+l} = \alpha_i + \theta X_{i,t} + \varepsilon_{i,t+l},$$

$$M_2 : INV_{i,t+l} = \alpha_i + \theta X_{i,t} + \gamma IO_{i,t} + \varepsilon_{i,t+l},$$

$$M_3 : INV_{i,t+l} = \alpha_i + \theta X_{i,t} + \gamma IO_{i,t} + \delta GEU_{i,t} + \varepsilon_{i,t+l},$$

where $INV_{i,t}$ is our main investment variable ($CAPX_{i,t+l}/TA_{i,t+l-1}$), $X_{i,t}$ contains all controls in our baseline specification, except for policy uncertainty (Tobin's q, operating cash flow, sales growth, real GDP growth, the election

---

[14] Following Bloom (2009), to ensure our proxies are not influenced by time-series changes in the characteristics of newly listed firms when calculating standard deviations of profit growth and returns, we only use firms that are in our sample for at least 20 years.

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

indicator, and the quarter dummies), $IO_{i,t}$ contains the investment opportunities proxies from Section 3.1, and $GEU_{i,t}$ contains the proxies for general economic uncertainty from Section 3.2. Note that $M_0$ is a random walk model at the level of the firm, $M_1$ is our baseline model with the policy uncertainty variable taken out, and $M_2$ and $M_3$ are the models tested in Sections 3.1 and 3.2 (once again without the policy uncertainty variable). For each $j \in \{0, 1, 2, 3\}$, let $M_{j,pu}$ be the model obtained from adding policy uncertainty as a control variable to model $M_j$.

Clark and West (2007) propose a test statistic for evaluating if two nested models have equal predictive accuracy and show simulation evidence that it has an approximately normal distribution. To implement their test, for each $j \in \{0, 1, 2, 3\}$, we estimate models $M_{j,pu}$ and $M_j$ every quarter starting in January 1992, each time using data from the past 20 quarters. For each quarter $t$ and each firm $i$, we store the $l$ quarter-ahead prediction errors from $M_{j,pu}$ and $M_j$ as $PE_{i,t,l}^{j,pu}$ and $PE_{i,t,l}^{j}$, respectively. The test statistic proposed by Clark and West (2007) is an adjusted difference in mean square prediction errors (MSPE), which simplifies to

$$Adj.\Delta MSPE_l^j = \frac{2}{N} \sum_{i,t} PE_{i,t,l}^j (PE_{i,t,l}^j - PE_{i,t,l}^{j,pu}), \qquad (2)$$

where N is the total number of predictions made by each model. To obtain this statistic and to control for the fact that the prediction errors may be correlated within firm and within quarter, we simply regress the vector of quantities $2PE_{i,t,l}^j (PE_{i,t,l}^j - PE_{i,t,l}^{j,pu})$ on a constant, clustering the standard errors at the firm and quarter level.

Table 4 summarizes our findings on the out-of-sample predictive power of the news-based component of the BBD index. In panel A, we report the test statistics $Adj.\Delta MSPE_l^j$ defined above, with each row corresponding to a different benchmark model ($j \in \{0, 1, 2, 3\}$) and each column corresponding to a different prediction horizon ($l \in \{1, 2, 3, 4\}$). The results show that the policy uncertainty variable significantly increases the predictive accuracy of all four benchmark models for predictions of up to four quarters into the future. In panel B, we use the same methodology described above to test whether the models used in our study ($M_{1,PU}$, $M_{2,PU}$, and $M_{3,PU}$) outperform the predictive performance of a simple random walk ($M_0$). The results indicate that this is in fact the case for all three models (rows) at all four horizons (columns).

Having shown that the policy uncertainty index can be reliably used to forecast investment out of sample, we now run a counterfactual exercise as an alternative way to gauge the economic consequences of policy uncertainty. For this purpose, we compare the investment levels predicted by our model from 2006 onward, with the investment levels predicted if policy uncertainty had stayed at its 2006 level. This comparison should give us an estimate of the economic impact of policy uncertainty during the financial crisis.

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

**Table 4**
**Out-of-sample predictability**

| Parsimonious model | Larger model | Panel A: Predictive improvement when adding News-based policy uncertainty index to benchmark models | | | |
|---|---|---|---|---|---|
| | | (1) | (2) | (3) | (4) |
| $M_0$ | $M_{0,pu}$ | 0.00586*** | 0.00694*** | 0.00551*** | 0.00595*** |
| | | (3.28) | (3.97) | (3.77) | (3.94) |
| $M_1$ | $M_{1,pu}$ | 0.00314*** | 0.00394*** | 0.00393*** | 0.00408*** |
| | | (4.03) | (4.37) | (4.33) | (4.23) |
| $M_2$ | $M_{2,pu}$ | 0.000298*** | 0.000302*** | 0.000236*** | 0.000158* |
| | | (3.33) | (3.62) | (3.06) | (1.67) |
| $M_3$ | $M_{3,pu}$ | 0.000193** | 0.000145** | 0.000113* | 0.000140** |
| | | (2.52) | (2.53) | (1.93) | (2.11) |

| Parsimonious model | Larger model | Panel B: Predictive improvement when adding controls to random walk model | | | |
|---|---|---|---|---|---|
| | | (1) | (2) | (3) | (4) |
| $M_0$ | $M_{1,pu}$ | 0.0521*** | 0.0500*** | 0.0423*** | 0.0344*** |
| | | (17.28) | (18.02) | (18.09) | (16.16) |
| $M_0$ | $M_{2,pu}$ | 0.0567*** | 0.0542*** | 0.0467*** | 0.0391*** |
| | | (17.24) | (17.37) | (16.12) | (15.13) |
| $M_0$ | $M_{3,pu}$ | 0.0605*** | 0.0571*** | 0.0488*** | 0.0411*** |
| | | (16.81) | (16.95) | (15.43) | (13.66) |

In this table we use the methodology of Clark and West (2007) to test if the policy uncertainty variable improves the out-of-sample predictive accuracy of the following benchmark models:

$$M_0 : INV_{i,t+l} = \alpha_i + \varepsilon_{i,t+l},$$

$$M_1 : INV_{i,t+l} = \alpha_i + \theta X_{i,t} + \varepsilon_{i,t+l},$$

$$M_2 : INV_{i,t+l} = \alpha_i + \theta X_{i,t} + \gamma IO_{i,t} + \varepsilon_{i,t+l},$$

$$M_3 : INV_{i,t+l} = \alpha_i + \theta X_{i,t} + \gamma IO_{i,t} + \delta GEU_{i,t} + \varepsilon_{i,t+l}.$$

For each $j \in \{0, 1, 2, 3\}$, $M_{j,pu}$ is the model obtained by adding the news-based policy uncertainty variable to model $M_j$. In panel A, we test if $M_{j,pu}$ is more accurate than $M_j$ for each $j \in \{0, 1, 2, 3\}$. The entries in the table are differences in mean square prediction error between the parsimonious model and the larger model. Larger values represent stronger evidence that the larger model is more accurate. In panel B we test if models $M_{j,pu}$, $j \in \{1, 2, 3\}$ provide more accurate predictions than the random walk model $M_0$. $t$-statistics are in parentheses. Standard errors are clustered at the firm and calendar quarter level to account for possible correlation in prediction errors within firm and within quarter.

To predict investment rates out of sample, we first run our baseline regression from Equation (1) using the investment irreversibility proxies from Section 3.1 as additional macroeconomic controls. Using only the firms that are present in our sample in the first quarter of 2007, we predict investment rates one quarter ahead, as:

$$\frac{\widehat{CAPX_{i,t+1}}}{TA_{i,t}} = \widehat{\alpha_i} + \widehat{\beta_1} PU_{i,t} + \widehat{\beta_2} TQ_{i,t} + \widehat{\beta_3} \frac{CF_{i,t}}{TA_{i,t-1}} + \widehat{\beta_4} SG_{i,t} + \widehat{\delta} M_{i,t} + \widehat{QRT_t}. \quad (3)$$

We obtain aggregate investment rates for each calendar quarter from 2004 to 2011 by taking cross-sectional weighted averages of the firm-level fitted values, using the firms' total assets in the previous quarter as weights. The resulting time series is plotted as the solid line in the top panel of Figure 2. We then apply the same averaging procedure to the the fitted values obtained

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023



**Figure 2**
**Predicted capital investment levels**
This figure depicts quarterly (top) and annual (bottom) cross-sectional weighted averages of fitted values from our baseline model. These fitted values are calculated both using the realized levels of policy uncertainty (solid line), as well as by keeping the policy uncertainty index fixed at the level observed in the last quarter of 2006 (dashed line). The averages are calculated using the previous quarter total assets as weights. Throughout, we use only the firms that are in the sample in the first quarter of 2007.

if the policy uncertainty index remained at the level it had been during the last quarter of 2006. This second time series is plotted as the dashed line in the top panel of Figure 2. In the bottom panel of the figure, we take annual, rather than quarterly, weighted averages for each of the two sets of fitted values described above. Both graphs suggest that if policy uncertainty had remained at its pre-2007 levels, the fall in investment from 2007 to 2009 would have been smaller by roughly one-third.

## 4. Cross-Sectional Heterogeneity

In the second part of our empirical analysis, we ask whether all firms are equally affected by policy uncertainty. We explore two reasons why this might not be the case. First, if reversing investment decision is not equally costly for all firms in the economy, then we should expect some cross-sectional variation in their reluctance to invest in the face of uncertainty. Second, if firms differ with

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

respect to their dependence on government spending, then political uncertainty should translate into different levels of demand uncertainty for different firms. If demand uncertainty has a negative effect on investments, then the effect of policy uncertainty should depend at least in part on the sensitivity of firms' sales to government spending. We test these two hypotheses below.

## 4.1 Investment irreversibility

The evidence from Section 3 that shows a negative relationship between policy uncertainty and investment has an intuitive explanation: all else equal, in order to reduce the uncertainty associated with investment profitability and make a more informed decision, managers have an incentive to postpone investments that can be delayed. Since, all else equal, higher ex ante uncertainty implies a stronger incentive to wait until more information is revealed, on average, we should observe a negative relationship between investment levels and uncertainty.[15] Notice, however, that the "all else equal" qualifier hides an important cross-sectional prediction: even though the benefit of waiting for more information is a function of the level of uncertainty observed, this function should be moderated significantly by the ease with which the firm can reverse its investments. Intuitively, a firm that can reverse its investments at no cost has no benefit from waiting until more information is revealed, and so its investment levels will not be influenced by the the level of uncertainty. On the contrary, a firm with completely irreversible investments would have a lot more to gain from waiting until some of the uncertainty is reduced, since they have more to lose if the project proves unprofitable and downscaling is necessary.

To test this prediction, we use several different proxies to measure the degree to which a firm's investments are irreversible (its costs of adjusting capital downwards). First, we use the firm's capital intensity ratio measured as net PPE divided by total assets. The assumption is that firms with high capital intensity tend to invest in projects that require large upfront costs, often for physical assets that are specific to their line of business. We acknowledge that this is a rough proxy, since it does not explicitly take into account determinants of adjustment costs, such as asset specificity or mobility (Kessides 1990). For example, costs to adjusting fixed assets are not as high if there is an active secondhand market for those assets. To address these shortcomings, we discuss below three additional proxies for investment irreversibility.

First, based on the argument that more redeployable capital has a higher liquidation value, we use an industry-level measure proposed by Kim and Kung (2013) as a proxy for the salability of assets across industries. To calculate this variable, we use the 1997 capital flows table from the Bureau of

---

[15] The real options literature formalizes this intuition. If a firm has the option to delay an investment, it will make that investment only when its NPV is higher than the value of the option to delay. As with financial options, the value of the real option to delay increases with the uncertainty associated with the value of the underlying asset. Hence, higher uncertainty implies investments need to clear a higher threshold before they are undertaken.

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

Economic Analysis (BEA). This table contains data on the capital expenditures of 123 industries, broken down into 180 asset categories. We first calculate a redeployability score for each asset category as the percentage of the 123 industries using it. The redeployability score for each industry is then calculated as a weighted average of the redeployability scores of the asset categories in which that industry invests. The weight given to each asset category is its percentage contribution to the industry's total expenditures. The intuition is that firms in industries with more redeployable assets will benefit from a more active secondhand market for these assets and will therefore be able to recover a higher proportion of their investments.[16]

Second, we draw on the industrial organization literature (Kessides 1990; Farinas and Ruano 2005) to build an industry-level measure of cost sunkness based on firms' rent expense and depreciation expense and their past sale of PPE. The reasoning is that sunk costs should be lower for firms which rent a higher proportion of their physical assets, for firms with rapidly depreciating capital, and for firms with assets with a more liquid secondhand market. We measure these three characteristics using firms' rent expense, their depreciation expense, and their sales of PPE in the past 12 quarters, all normalized by PPE at the beginning of the current quarter. We then aggregate these three proxies up to the three-digit SIC level by taking the industry-level means of the firm-level values. Finally, similar to Farinas and Ruano (2005), we combine the three proxies into one sunk-cost index, which, at any time $t$, takes a value of 0, 1, or 2, where 0 is for industries which have all three proxies above their cross-sectional medians at time $t$; 2 is for industries which have all proxies below these medians; and 1 is for the remaining industries. Thus, higher values of the index are associated with a higher degree of cost sunkness and therefore with higher levels of investment irreversibility.

Third, following Almeida and Campello (2007), we construct a proxy for asset liquidation values based on firms' sales cyclicality. Borrowing from Shleifer and Vishny (1992), the intuition is that firms operating in highly cyclical industries will tend to be simultaneously affected by negative demand shocks in bad economic times. Hence, such firms should experience lower recovery values for their used assets, because the buyers that should have the highest valuations for these assets (the firms in the same industry) are likely disinvesting themselves. Following this line of reasoning, we use the methodology in Sharpe (1994) to classify firms into high- and low-cyclicality industries, as a proxy for high and low investment irreversibility. To do this, we calculate the correlation between each firm's quarterly sales and GNP (over our entire sample period) and then aggregate these correlations at the three-digit SIC level by taking averages of the firm-level correlations. Finally, we create an indicator variable

---

[16] The 123 industries are based on the North American Industry System (NAICS). We match these industries to Compustat firms using the NAICS code, first merging at the five-digit level, and then sequentially merging the unmatched observations at the four-, three-, and two-digit level.

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

that equals one for industries with correlations above the sample median, and zero for the rest of the industries. Not surprisingly, given the well-documented cyclicality of durable goods industries, this methodology amounts to a nearly perfect split between durables and nondurables.

To test whether firms' investment irreversibility has a significant impact on the relationship between policy uncertainty and corporate investment, we add the interactions of the above four proxies with the news-based index of policy uncertainty to our baseline specification:

$$\frac{CAPX_{i,t+l}}{TA_{i,t+l-1}} = \alpha_i + \gamma_t + \beta_1 PU_{i,t} \cdot IR_{i,t} + \beta_2 IR_{i,t} + \beta_3 TQ_{i,t} + \beta_4 \frac{CF_{i,t}}{TA_{i,t-1}} + \beta_5 SG_{i,t} + \varepsilon_{i,t+l}. \tag{4}$$

We estimate this regression separately for each of the four irreversibility proxies discussed above ($IR_{i,t}$), and we present the results in the first four columns of Table 5 (panel A). Once again, the columns are marked (1) through (4) to indicate the lead, $l$, between the dependent and independent variables. For expositional clarity, we only report the coefficient of interest for each regression ($\beta_1$). The results provide strong empirical evidence that investment irreversibility magnifies the effect of policy uncertainty on investment. By design, for all four proxies discussed above, higher values signify higher levels of investment irreversibility. Hence, the results in the first four columns of Table 5 all indicate that the more irreversible a firm's investments, the more these investments are negatively affected by policy uncertainty.

Note that, for the purpose of these tests, we are no longer interested in estimating the average effect of policy uncertainty on investment. This allows us to replace the policy uncertainty term in Equation (1) with a time fixed effect ($\gamma_t$ in Equation (4)); this has the added benefit of controlling for any macroeconomic, cross-sectionally invariant forces, which may confound the effect of policy uncertainty.[17] However, the time fixed effects do not control for the possibility that these confounding forces may also operate through the investment irreversibility channel. For example, going back to our previous discussion of omitted variables biases, if changes in investment opportunities have a stronger effect on firms with more irreversible investments, then the $\beta_1$ coefficient in Equation (4) will be biased away from zero.

To account for this possibility, we repeat the above tests, this time including in each regression the interactions between the choice of irreversibility proxy $IR_{i,t}$ and all the proxies for investment irreversibility discussed in Section 3.1. The results, reported in the last four columns of Table 5 (panel A), provide further support to the idea that the effect of policy uncertainty on investment depends significantly on firms' investment irreversibility even after controlling

---

[17] This explains the absence of the vector of macroeconomic controls $M_t$ from Equation (4).

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

*The Review of Financial Studies / v 29 n 3 2016*

**Table 5**
**Cross-sectional heterogeneity in the effect of policy uncertainty**

|  | No controls for interactions with investment opportunities | | | | Controlling for interactions with investment opportunities | | | |
|---|---|---|---|---|---|---|---|---|

**Panel A : Interactions with investment irreversibility proxies**

|  | Panel A1 : Property, plant, and equipment (PPE) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | (1) | (2) | (3) | (4) | (1) | (2) | (3) | (4) |
| PU news x PPE | $-0.146^{***}$ | $-0.157^{***}$ | $-0.145^{***}$ | $-0.146^{***}$ | $-0.131^{***}$ | $-0.128^{***}$ | $-0.109^{***}$ | $-0.115^{***}$ |
|  | $(-15.70)$ | $(-16.82)$ | $(-15.72)$ | $(-15.91)$ | $(-11.57)$ | $(-11.31)$ | $(-9.90)$ | $(-10.45)$ |
| Controls | yes | yes | yes | yes | yes | yes | yes | yes |

|  | Panel A2 : Asset redeployability (AR) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | (1) | (2) | (3) | (4) | (1) | (2) | (3) | (4) |
| PU news x AR | $-0.0656^{***}$ | $-0.0757^{***}$ | $-0.0710^{***}$ | $-0.0746^{***}$ | $-0.0623^{***}$ | $-0.0649^{***}$ | $-0.0557^{***}$ | $-0.0620^{***}$ |
|  | $(-10.43)$ | $(-11.32)$ | $(-10.71)$ | $(-11.49)$ | $(-9.08)$ | $(-9.04)$ | $(-7.85)$ | $(-8.99)$ |
| Controls | yes | yes | yes | yes | yes | yes | yes | yes |

|  | Panel A3 : High vs. low sunk costs | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | (1) | (2) | (3) | (4) | (1) | (2) | (3) | (4) |
| PU news x Sunk index | $-0.0328^{***}$ | $-0.0481^{***}$ | $-0.0367^{***}$ | $-0.0353^{***}$ | $-0.0396^{***}$ | $-0.0527^{***}$ | $-0.0417^{***}$ | $-0.0436^{***}$ |
|  | $(-4.25)$ | $(-6.10)$ | $(-4.68)$ | $(-4.46)$ | $(-4.48)$ | $(-5.70)$ | $(-4.62)$ | $(-4.81)$ |
| Controls | yes | yes | yes | yes | yes | yes | yes | yes |

|  | Panel A4 : Durables vs. nondurables | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | (1) | (2) | (3) | (4) | (1) | (2) | (3) | (4) |
| PU News x Durable index | $-0.0589^{***}$ | $-0.0744^{***}$ | $-0.0750^{***}$ | $-0.0833^{***}$ | $-0.0336^{**}$ | $-0.0482^{***}$ | $-0.0393^{***}$ | $-0.0446^{***}$ |
|  | $(-4.68)$ | $(-5.76)$ | $(-5.75)$ | $(-6.39)$ | $(-2.23)$ | $(-3.12)$ | $(-2.60)$ | $(-2.94)$ |
| Controls | yes | yes | yes | yes | yes | yes | yes | yes |

**Panel B : Interactions with sensitivity to government spending (SGS)**

|  | (1) | (2) | (3) | (4) | (1) | (2) | (3) | (4) |
|---|---|---|---|---|---|---|---|---|
| PU news x SGS | $-0.0148^{*}$ | $-0.0346^{***}$ | $-0.0401^{***}$ | $-0.0310^{***}$ | $-0.0194^{*}$ | $-0.0427^{***}$ | $-0.0438^{***}$ | $-0.0317^{***}$ |
|  | $(-1.72)$ | $(-3.72)$ | $(-4.34)$ | $(-3.43)$ | $(-1.89)$ | $(-3.95)$ | $(-4.27)$ | $(-3.10)$ |
| Controls | yes | yes | yes | yes | yes | yes | yes | yes |

In this table we regress firm-level quarterly investment (CAPX/Lagged Total Assets) on Tobin's q, operating cash flows and sales growth, to which we add the investment irreversibility proxies discussed in Section 4.1, as well as their interaction with the news-based policy uncertainty index from Baker, Bloom, and Davis (2013) (see Equation (4)). For expositional clarity, we show only the coefficient estimates of the variables of interest (the interaction between policy uncertainty and the irreversibility proxies). In the last four columns, in all panels, we also control for interactions between all our proxies for investment opportunities from the previous table, and the investment irreversibility proxy used in each panel. In specifications marked (1), the dependent variable has a lead of one period (calendar quarter) with respect to the independent variables in specifications marked (2) it leads two periods, and so forth until (4). All specifications include calendar-quarter fixed effects, as well as firm fixed effects. All variables are normalized by their sample standard deviation. Standard errors are clustered at the quarter and firm level; *t*-statistics are reported in parentheses. *, **, and *** indicate statistical significance at the 10%, 5%, and 1% level, respectively.

for the possibility that investment opportunities may also operate through the irreversibility channel.[18]

## 4.2 Dependence on government spending

A second dimension of cross-sectional heterogeneity that may influence the effect of policy uncertainty on investment is the degree to which firms' revenues depend on government spending levels. Intuitively, holding everything else constant, the same level of policy uncertainty should translate to a higher level of demand uncertainty for firms that are more dependent on government contracts for their sales. Hence, if policy uncertainty causes delays in investment, it should do so more severely for firms with a higher sensitivity to government spending.

To test this hypothesis, we quantify the percentage of an industry's sales that can be attributed to government purchases by using data from the Benchmark Input-Output Accounts, released by the BEA.[19] Specifically, let $g_i$ be the total dollar amount of product from industry $i$ sold directly to the government sector (federal, local, and state governments). Also, let $a_{i,j}$ be the dollar amount of input from industry $i$ needed to produce one dollar of final use of industry $j$'s product. Finally, let $x_i$ be the total amount of input from industry $i$ needed, directly and indirectly, to satisfy the total government sector demand. It can easily be shown that:

$$x_i = \sum_j a_{i,j} \cdot g_j, \tag{5}$$

where $j$ runs through all the industries in the economy. To calculate these quantities, we obtain the $g_j$'s from the use table and the $a_{i,j}$'s from the industry-by-commodity table in the I-O accounts. We measure each industry's dependence on government spending by the ratio $x_i/y_i$, where $y_i$ is the industry's total output obtained from the use tables. These measures are updated every five years, starting in 1982, when new I-O accounts are released.

Since industries are identified by I-O codes in the I-O accounts, we use the concordance tables provided by the BEA to merge our measures of sensitivity to government spending with the Compustat data. The merging is done by three-digit SIC codes before 2002 and by NAICS codes thereafter. When multiple I-O industry codes concord to the same three-digit SIC or NAICS code, we take a weighted average of the corresponding exposures to government spending, in which the weights are given by the total outputs of the I-O industries involved.

---

[18] In unreported results, we also verify that these result are robust to controlling for interactions between investment irreversibility and general economic uncertainty.

[19] Our methodology closely follows that of Belo, Gala, and Li (2013).

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

Our empirical tests are analogous to the ones used in the previous section:

$$\frac{CAPX_{i,t+l}}{TA_{i,t+l-1}} = \alpha_i + \gamma_t + \beta_1 PU_{i,t} \cdot SGS_{i,t} + \beta_2 INT_{i,t} + \beta_3 TQ_{i,t}$$

$$+ \beta_4 \frac{CF_{i,t}}{TA_{i,t-1}} + \beta_5 SG_{i,t} + \varepsilon_{i,t+l}. \tag{6}$$

Here, $SGS_{i,t}$ stands for the measure of sensitivity to government spending described above and the $INT_{i,t}$ term is a vector collecting all the proxies for investment irreversibility from the previous section, as well as our measure of dependence on government spending. The $\beta_1$ coefficients from Equation (6) are reported in the first four columns of panel B in Table 5. The last four columns of the panel present the $\beta_1$ coefficients obtained after including in Equation (6) the interaction between $SGS_{i,t}$, and all the proxies for investment opportunities described in Section 3.1. Overall, our results suggest that the negative relationship between policy uncertainty and corporate investment is significantly stronger for firms more dependent on government spending.

Taken together, the evidence presented in this section finds strong empirical support for the idea that not all firms are affected by uncertainty in the same way. An accurate assessment of the economic consequences of policy uncertainty must take into account cross-sectional differences in firm characteristics that induce exposure to uncertainty. While this study investigates two such characteristics—investment irreversibility and sensitivity to government spending—we do not claim to have exhausted the list of factors that moderate the effects of uncertainty. Our intention is to provide evidence, based on solid theoretical underpinnings, that average estimates can mask a strong cross-sectional dispersion in firm-level exposure to policy-related uncertainty.

## 5. The Evolution of the Policy Uncertainty Effect over Time

Our results from Section 3 show that policy uncertainty affects investments at least four quarters into the future. In this section, we take a closer look at how the relationship between policy uncertainty and investments evolves over time. A natural starting point in this direction is to extend our previous analysis to include further lags between the two variables. To this end, we estimate a separate regression of investments on all the control variables discussed in Sections 3 and 4, each time extending the lag between the dependent and independent variables by one quarter. We run a total of 24 regressions, corresponding to lags 1 through 24, and we plot the coefficients of the policy uncertainty variable in the top panel of Figure 3.

The results reveal not only that policy uncertainty has a negative effect on investment levels up to five quarters into the future, but also that this relationship weakens for longer lags, becoming significantly positive after 13 quarters and staying that way for lags of up to 22 quarters. This is consistent with the idea that while uncertainty may cause delays in investments, once the

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023



**Figure 3**
**Effect of policy uncertainty on future investment**
This figure depicts the effect of policy uncertainty on future levels of corporate investments. In the top panel, this effect is calculated by regressing corporate investments on policy uncertainty and controls, using our entire sample of firms. The horizontal axis represents the lag between the dependent and independent variables in each regression. In the bottom panel, the effect is calculated separately for firms in the top three deciles of asset redeployability (dashed line) and for firms in the bottom three deciles of asset redeployability (solid line). Please see Section 5 for details.

uncertainty is resolved, investment levels increase to satisfy pent up demand. While this subsequent investment rebound seems to fully compensate for the initial delay, it is important to notice that this recovery period is quite long (almost three years). Overall, these results suggest that policy uncertainty can cause significant long-term fluctuations in investments of up to six years in duration.

As detailed in Section 4, we have reason to believe that different firms are affected by policy uncertainty to varying degrees. This suggests that the dynamic pattern discussed above could hide a significant amount of variation in the cross-section. To investigate this possibility, we rerun the above analysis separately for firms with high and low levels of investment irreversibility. In the interest of space, we report results using only the asset redeployability proxy, though we verify that the general result is similar for

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

all the other proxies.[20] The bottom panel of Figure 3 shows that, indeed, firms with low asset redeployability (bottom three deciles) exhibit a significantly stronger investments-uncertainty relationship than do firms with high asset redeployability (top three deciles), at both the short and long horizon.

Another approach to investigating the dynamic relationship between policy uncertainty and investments is to estimate vector autoregressions (VARs) at the aggregate level and calculate an impulse response function (IRF) to quantify how a shock to policy uncertainty affects future levels of investment. This approach has the added benefit of accounting for possible feedback loops between our main variables. To this end, we estimate a VAR using the log of the news-based component of the policy uncertainty index, as well as the Michigan Consumer Confidence Index and aggregate versions (cross-sectional means) of Tobin's q, operating cash flows to total assets, sales growth, and capital investments to total assets.[21] We also include the election-year indicator and the quarter dummies as exogenous variables. The VAR is run on quarterly data from 1987Q1 to 2013Q4, using eight lags. To calculate the IRF, we obtain orthogonal shocks using a Cholesky decomposition based on the exact variable ordering above.[22]

The resulting IRF is reported in the top panel of Figure 4. We find that at the aggregate level, a one unit shock to policy uncertainty has a significantly negative effect on capital investments for up to ten quarters into the future, although we do not observe a rebound in investments in the quarters after this period. Like the previous analysis, we test if these results mask any significant cross-sectional variation by running separate VARs for aggregate date using only high or low asset-redeployability firms. As shown in the bottom panel of Figure 4, we find that investments of firms with high asset redeployability exhibit virtually no response to policy uncertainty shocks, while firms with low asset redeployability exhibit a more amplified response.

## 6. The Effect of Prolonged Periods of High Uncertainty

As already discussed, the main mechanism by which we believe uncertainty affects investment is the real options channel. In Section 4, we explored implications of this hypothesis for the cross-section of investment rates. In this section, however, we explore a time-series prediction of the real options mechanism. Specifically, if uncertainty lowers investments by increasing the

---

[20] We chose the asset redeployability proxy in favor of the others because it is significantly less coarse than the "durables" and "sunkness" proxies, and unlike the PPE-based proxy, it does not ignore asset specificity.

[21] We restrict ourselves to using only the Michigan Consumer Confidence Index as a proxy for investment opportunities to keep the number of parameters to a reasonable level. Nevertheless, our results are robust to using all of the proxies discussed in Section 3.1.

[22] It is a well-known fact that IRFs are sensitive to the ordering of the variables in the Cholesky decomposition. Our results are qualitatively similar if we place the policy uncertainty as the last variable in the ordering as opposed to the first.

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023





**Figure 4**
**Estimated effect of a policy uncertainty shock on aggregate investment**
This figure depicts impulse response functions (IRFs) quantifying the effect of increasing policy uncertainty by one unit on aggregate corporate investments. The IRFs are obtained from estimating vector auto-regressions (VARs) using the following variables: policy uncertainty, the Michigan Consumer Confidence Index, and aggregate measures of Tobin's q, operating cash flows to total assets, sales growth, and capital investments to total assets. In the top panel, the aggregation is done using our entire sample of firms. In the bottom panel, we estimate separate VARs, using variables obtained by aggregating over only firms in the top three deciles of asset redeployability (dashed line) and only the bottom three deciles of asset redeployability (solid line). Please see Section 5 for details.

value of the option to wait, then after long periods of high uncertainty, the relationship between uncertainty and investment should weaken. This is because many investments cannot be delayed indefinitely, and as time lapses, the cash flows forgone by delaying investment can outstrip the value of waiting for more information.

To test this prediction, we use a somewhat conservative definition of "high" policy uncertainty as meaning above average, and we define a high-policy-uncertainty "spell" as an uninterrupted sequence of quarters, all experiencing high policy uncertainty. Unfortunately, even under this conservative definition, our sample period does not exhibit many prolonged periods of high policy uncertainty. For example, we observe a single spell that is longer than eight quarters. This feature of the data makes it difficult to pin down the exact way in which the policy uncertainty effect on investment is affected by long

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

high-policy-uncertainty spells. Nevertheless, we can still test the directional prediction that the effect of policy uncertainty tapers off by investigating the average investment levels at different times during high-policy-uncertainty spells. If it is indeed the case that the effect of policy uncertainty is weaker after long periods of high policy uncertainty, then, controlling for everything else, average investment levels should increase during the latter parts of high-policy-uncertainty spells.

To formalize this intuition, we obtain estimates of conditional averages of capital investment at different times during high-policy-uncertainty spells by including in our investment regressions a set of indicator variables, each identifying how deep we are into a spell at any given time. Specifically, for each calendar quarter $t$, we measure how long policy uncertainty has been high leading up to $t$ by looking backward and counting the number of consecutive quarters with above-average policy uncertainty up to quarter $t$. Denoting this quantity by $N_t$, we then construct a series of eight dummy variables $I^j$ such that for each $j \in \{1, 2, ..., 7, \}$, for any quarter $t$, $I_t^j = 1$ if $N_t = j$ and 0 otherwise, while $I_t^8 = 1$ if $N_t > 7$ and 0 otherwise. This last indicator variable will capture the conditional average investment in those quarters when policy uncertainty has been higher than average for at least eight quarters. We include all of these dummy variables in a one-quarter-ahead investment regression:

$$\frac{CAPX_{i,t+1}}{TA_{i,t-1}} = \alpha_i + \sum_{j=1}^{8} \gamma_j I_t^j + \beta_1 TQ_{i,t} + \beta_2 \frac{CF_{i,t}}{TA_{i,t-1}} + \beta_3 SG_{i,t} + \delta M_t + QRT_t + \varepsilon_{i,t+1}.$$

(7)

The eight $\gamma_j$ coefficients are plotted in the top panel of Figure 5, and they tell us the conditional average investment levels at different times during high-policy-uncertainty spells. Note that the indicator variable, which is excluded from regression 7, is $I_0$, which equals one when $N_t = 0$, i.e., when policy uncertainty is below-average. Hence, all of these conditional averages are relative to the average investment levels in quarters with below-average policy uncertainty. To minimize the possibility that the pattern observed in Figure 5 is an expression of other confounding forces, we include in the vector of controls $M_t$ all the investment opportunity proxies from Section 3.1, all the economic uncertainty proxies from Section 3.2, and all the investment irreversibility and government sensitivity proxies from Section 4.

The results, depicted in the top panel of Figure 5, show that as we progress deeper into high-policy-uncertainty spells, the average investment levels become progressively lower than those observed in quarters with below-average policy uncertainty. However, we find that this difference starts attenuating after four quarters of continuously high policy uncertainty, to the point of insignificance after six quarters or more into the spell. This rebound in average investments at the later end of high-policy-uncertainty spells supports the real options prediction that, after prolonged periods of uncertainty, the value of further delaying investments decreases, weakening the negative relationship

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023



**Figure 5**
**Conditional average investment throughout high PU spells**
This figure depicts conditional average investment levels during spells of high policy uncertainty. We say that policy uncertainty is high if it exceeds its sample average. The horizontal axis represents how deep into a spell of high policy uncertainty a given quarter is. The average investment levels depicted are conditional on all the main control variables introduced in our paper (please see Section 6 for details). In the top panel, the averages are calculated using all the firms in our sample. In the bottom panel, we calculate these averages separately using only firms in the top three deciles of asset redeployability (dashed line) and only firms in the bottom three deciles of asset redeployability (solid line).

between uncertainty and investment. Once again, in the bottom panel of Figure 5, we separately repeat the analysis for the subsample of firms with high versus low asset redeployability, and we find that the dynamic pattern documented above is significantly more pronounced for firms with high asset redeployability.

## 7. Further Tests to Mitigate Endogeneity Concerns

The extant literature on corporate investments has long recognized the difficulty of disentangling uncertainty from investment opportunities as predictors of future investment. A further challenge is to ensure that we identify the effect of policy-driven uncertainty and not the effect of other sources of economic uncertainty. Our approach to these challenges so far has been to explicitly control for these two confounding forces using various proxies for investment

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

opportunities and general economic uncertainty. The efficacy of this approach crucially depends on the accuracy of the proxies used. In the remainder of this section, we present several alternative methods of addressing the possibility that the proxies do not fully alleviate the endogeneity concerns inherent in our analysis.

### 7.1 Canadian policy uncertainty

One concern with the BBD index is that it may inadvertently capture economic uncertainty that is not policy related, but that may nevertheless affect corporate investments. If this is the case, our tests will suffer from a measurement error bias. As explained in Section 1, BBD have gone to great lengths to minimize this possibility. In this section, we attempt to further alleviate measurement-error concerns by leveraging the similarities between the Canadian and United States economies.

The extensive international trade activity between the United States and Canada has created a tight link between the two economies (see, for example, Romalis 2007).[23] For this reason, we expect many of the shocks that affect general economic uncertainty in the United States to also affect general economic uncertainty in Canada, albeit to a lesser extent. If this is the case, and if indeed the BBD index is in part a measure of non-policy-related economic uncertainty, then we can eliminate this contaminating part of the index by extracting the component of the United States policy uncertainty index orthogonal to the Canadian policy uncertainty index. We do this by running the following monthly time-series regression:

$$USPU_t = \alpha + \beta_1 CANPU_t + \beta_2 TQ_t + \beta_3 CF_t + \beta_4 SG_t + \theta INT_t + \delta M_t + QRT_t + \varepsilon_t. \tag{8}$$

Here, $USPU_t$ and $CANPU_t$ are the news-based policy uncertainty measures developed by BBD for the United States and Canada. $TQ_t$, $CF_t$, and $SG_t$ stand for the average levels of Tobin's q, operating cash flows, and sales growth in the economy. The term $INT_t$ is a vector including the economy-wide averages for the variables used in Section 4 as proxies for firms' investment irreversibility and dependence on government spending.[24] Finally, $QRT_t$ is a vector of fiscal and calendar quarter dummies, and $M_t$ collects the election year indicator, real GDP growth, and the three macroeconomic proxies for investment opportunities described in Section 4.1. As argued above, the residual term $\varepsilon_t$ should represent a cleaner measure of policy uncertainty in the United States, having been purged of general uncertainty shocks affecting

---

[23] For example, the correlation between the nominal GDP growth rates of the United States and Canada is 0.78.

[24] These averages are calculated for each calendar quarter in our sample period and then assigned to all three months in that quarter.

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

both countries. In fact, this procedure serves to eliminate the effects of any other confounding forces present in both measures of policy uncertainty ($USPU_t$ and $CANPU_t$).

We aggregate the monthly residuals in Equation (8) to the quarter level using the same methodology as before: for each firm $i$, let $RPU_{i,t}$ be the natural logarithm of the arithmetic average of the residuals corresponding to the three months of firm $i$'s fiscal quarter ending in calendar quarter $t$. In Table 6 we repeat the main tests from Sections 3 and 4, using $RPU_{i,t}$ as our measure of policy uncertainty. In panel A we present estimates from regressions of the form:

$$\frac{CAPX_{i,t+l}}{TA_{i,t+l-1}} = \alpha_i + \beta_1 RPU_{i,t} + \beta_2 TQ_{i,t} + \beta_3 \frac{CF_{i,t}}{TA_{i,t-1}}$$

$$+ \beta_4 SG_{i,t} + \theta INT_t + \delta M_t + QRT_t + \varepsilon_{i,t+l}. \tag{9}$$

In the interest of space, we report only the coefficients on the macroeconomic controls.[25] The effect of policy uncertainty on investments remains significant in all specifications, even though the economic magnitude decreases. However, note that, to the extent that $CANPU_t$ captures some of the variation in policy uncertainty in the United States and not just in Canada, the coefficients in Table 6 underestimate the strength of true relationship between policy uncertainty and investment.

As a falsification test, we estimate Equation (9) using Canadian firm-level accounting data from the Worldscope database and the $RPU_{i,t}$ measure of United States policy uncertainty. If we have extracted a component of the BBD index, which is orthogonal to any macroeconomic forces common to both countries, $RPU_{i,t}$ should not affect investments in Canada, since these macroeconomic confounding forces would likely influence Canadian firms as well. The results, shown in the last column of panel A, confirm that $RPU_{i,t}$ is not a significant predictor of investments for Canadian firms.

In panel B of Table 6, we test whether the policy uncertainty and investment relationship remains stronger for firms with more irreversible investments or a higher dependency on government spending, even when we use the new residual-based measure $RPU_{i,t}$. To this end, we run panel regressions

---

[25] The standard errors are bootstrapped to account for the fact that the policy uncertainty measure is estimated and the estimation error was ignored. To also account for the fact that our error term may exhibit correlation both within firm and within calendar quarter, we use a sequence of cluster bootstraps as suggested by Cameron, Gelbach, and Miller (2011): in the first bootstrap we resample with replacement from firm clusters; in the second we resample with replacement from quarter clusters, and in the third we resample with replacement from the entire dataset. The final variance matrix is calculated by adding the variance matrices obtained in the first two bootstraps and subtracting the variance matrix from the last.

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2025

**Table 6**
**Using Canadian policy uncertainty to mitigate endogeneity concerns**

Panel A: Average policy uncertainty effect

| Dependent variable: CAPX/Total assets | Without first moment controls | | | | With first moment controls | | | | Canada sample |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (3) | (4) | (1) | (2) | (3) | (4) | (1) |
| Policy uncertainty (news) | −0.0247*** | −0.0260*** | −0.0292*** | −0.0330*** | −0.0233*** | −0.0236*** | −0.0261*** | −0.0297*** | −0.00940 |
| | (−3.38) | (−2.78) | (−3.17) | (−3.87) | (−3.39) | (−2.97) | (−3.49) | (−4.25) | (−0.36) |
| Election indicator | 0.00395 | −0.000548 | −0.00583 | −0.0117 | 0.00267 | −0.000897 | −0.00569 | −0.0111 | |
| | (0.55) | (−0.07) | (−0.69) | (−1.16) | (0.31) | (−0.11) | (−0.74) | (−1.41) | |
| GDP growth | 0.0299*** | 0.0389*** | 0.0410*** | 0.0491*** | 0.0102 | 0.0134* | 0.0114 | 0.0182** | |
| | (4.59) | (5.18) | (5.52) | (6.38) | (1.43) | (1.71) | (1.53) | (2.33) | |
| Expected GDP growth | | | | | 0.00114 | 0.00681 | 0.00979 | 0.0114 | |
| | | | | | (0.15) | (0.83) | (1.12) | (1.27) | |
| Leading economic index | | | | | −0.00125 | 0.0107 | 0.0185*** | 0.0244*** | |
| | | | | | (−0.15) | (1.20) | (2.81) | (3.37) | |
| Consumer confidence | | | | | 0.0591*** | 0.0556*** | 0.0550*** | 0.0493*** | |
| | | | | | (7.88) | (7.36) | (8.28) | (6.44) | |
| Controls | yes | yes | yes | yes | yes | yes | yes | yes | yes |
| N | 342,950 | 333,001 | 323,863 | 316,025 | 342,950 | 333,001 | 323,863 | 316,025 | 12,144 |
| R-sq | 0.045 | 0.038 | 0.032 | 0.027 | 0.049 | 0.043 | 0.039 | 0.033 | 0.044 |
| Firm fixed effects | yes | yes | yes | yes | yes | yes | yes | yes | yes |
| Quarter dummies | yes | yes | yes | yes | yes | yes | yes | yes | No |
| Clustering | Cluster-bootstrapped standard errors using firm and quarter/year clusters | | | | | | | | |

In this table we replicate our main results in Tables 3 and 5, using as our policy uncertainty variable the OLS residuals obtained from regressing the news-based policy uncertainty index in the United States on the news-based policy uncertainty index in Canada, as well as on cross-sectional averages of the control variables used in Table 4. Panel A presents the average effect of this measure of policy uncertainty on capital investments in the United States. Panel B shows interaction effects of this policy uncertainty measure with investment irreversibility (a replication of the last four columns in Table 5). For expositional purposes, the table shows only the variable of interest from each regression. In specifications marked (1), the dependent variable has a lead of one period (calendar quarter) with respect to the independent variables in specifications marked (2) it leads two periods, and so forth until (4). We bootstrap the standard errors using a series of cluster-bootstraps as in Cameron, Gelbach, and Miller (2011). $t$-statistics are reported in parentheses. *, **, and *** indicate statistical significance at the 10%, 5%, and 1% level, respectively.

**Table 6**
**Using Canadian policy uncertainty to mitigate endogeneity concerns (continued)**

Panel B: Investment irreversibility

| | Panel B1 : Property, plant, and equipment (PPE) | | | |
| --- | --- | --- | --- | --- |
| | (1) | (2) | (3) | (4) |
| PU news x PPE | −0.0219*** | −0.0299*** | −0.0256*** | −0.0238*** |
| | (−3.06) | (−4.04) | (−3.45) | (−3.82) |
| Controls | yes | yes | yes | yes |

| | Panel B2 : Asset redeployability (AR) | | | |
| --- | --- | --- | --- | --- |
| | (1) | (2) | (3) | (4) |
| PU news x Asset redeployability | −0.0138*** | −0.0227*** | −0.0191*** | −0.0177*** |
| | (−2.62) | (−4.51) | (−3.70) | (−3.62) |
| Controls | yes | yes | yes | yes |

| | Panel B3 : High vs. low sunk costs | | | |
| --- | --- | --- | --- | --- |
| | (1) | (2) | (3) | (4) |
| PU news x Sunk index | −0.0114*** | −0.0162*** | −0.0161*** | −0.0146*** |
| | (−2.62) | (−3.38) | (−3.77) | (−3.29) |
| Controls | yes | yes | yes | yes |

| | Panel B4 : Durables vs. nondurables | | | |
| --- | --- | --- | --- | --- |
| | (1) | (2) | (3) | (4) |
| PU news x Durable index | −0.00421 | −0.00679** | −0.00594* | −0.00590* |
| | (−1.10) | (−2.12) | (−1.71) | (−1.67) |
| Controls | yes | yes | yes | yes |

Panel C : Sensitivity to government spending (SGS)

| | (1) | (2) | (3) | (4) |
| --- | --- | --- | --- | --- |
| PU news x Sensitivity to gov. spending | −0.00835* | −0.0162*** | −0.0174*** | −0.0150*** |
| | (−1.70) | (−3.84) | (−4.54) | (−3.87) |
| Controls | yes | yes | yes | yes |

| | All panels B and C | | | |
| --- | --- | --- | --- | --- |
| Firm fixed effects | yes | yes | yes | yes |
| Year fixed effects | yes | yes | yes | yes |
| Clustering | Cluster-bootstrapped standard errors using firm and quarter clusters | | | |

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

of the form:

$$\frac{CAPX_{i,t+l}}{TA_{i,t+l-1}} = \alpha_i + \gamma_t + \beta_1 RPU_{i,t} \cdot H_{i,t} + \beta_2 H_{i,t} + \beta_3 TQ_{i,t}$$

$$+ \beta_4 \frac{CF_{i,t}}{TA_{i,t-1}} + \beta_5 SG_{i,t} + \varepsilon_{i,t+l}. \tag{10}$$

Here, $H_{i,t}$ stands either for one of the irreversibility proxies in Section 4.1 (panel B) or for the measure of dependence on government spending in Section 4.2 (panel C). Once again, to preserve space, we only report the coefficient of interest from each regression ($\beta_1$). The results suggest that the interaction effects documented in Section 4 remain significant even when we use the $RPU_{i,t}$ measure of policy uncertainty. The interaction with the

durables versus nondurables indicator becomes marginally significant at some lags (panel B4), but as mentioned above, these results are likely underestimating the effect of policy uncertainty on investments.

## 7.2 Instrumental variable analysis

The classic approach used in the literature to address endogeneity concerns is through the use of instrumental variables. In the context of our study, a proper instrument is a variable that carries a significant relationship with policy uncertainty and affects investment only through this relationship. In this section we propose one such variable, based on a methodology commonly used in the political science literature to quantify the level of political polarization in the Unites States Senate.

Our measure of partisan polarization is based on the DW-NOMINATE scores of McCarty, Poole, and Rosenthal (1997). These scores are designed to track legislators' ideological positions over time. From McCarty (2011), "[…] DW-NOMINATE scores, are calculated based on a statistical model that uses data about who votes with whom and how often to locate legislators on ideological scales. Conservatives are those who generally vote with other conservatives, liberals are those who vote with other liberals, and moderates are those who vote with liberals and conservatives. The polarization measure for each chamber is simply the average distance between Democratic and Republican legislators on this scale." In particular, we focus on the first dimension of the DW-NOMINATE scores, which can be interpreted as the legislators' position on government intervention in the economy (Poole and Rosentahl 2000). Our instrument is calculated as the average of these scores for the Republican party members in the Senate minus the average for the Democratic party members in the Senate.[26]

Partisan polarization has been argued to "make it harder to build legislative coalitions, leading to policy gridlock" and to "produce greater variation in policy" (McCarty 2012).[27] Hence, holding everything else constant, we expect that higher levels of political polarization will result in a higher uncertainty related to policy decisions and therefore that our polarization measure satisfies the relevance condition as an instrument. On the other hand, it is not immediately apparent how the level of disagreement between politicians on the liberal-conservative dimension should drive firm investment in a way other than through its effect on political uncertainty. We thus feel fairly confident that our instrument satisfies the exclusion restriction as well.

---

[26] In an earlier draft of this paper we also used an analogous measure of polarization for the members of the House of Representatives. However, we found that the two measures of polarization (for the House and the Senate) have a correlation of 91%, and hence, we decided to use only the Senate polarization measure since it had slightly higher F-statistics in first-stage regressions.

[27] See also Rosenthal (2004), Gilmour (1995), Groseclose and McCarty (2000), and McCarty, Poole, and Rosenthal (2006).

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

In Table 7, we replicate our main results from Sections 3 and 4 using the above political polarization measure as an instrument for policy uncertainty. Since both the policy uncertainty variable and its instrument are cross-sectionally invariant, their values are repeated for all firms within each time period. This means that the usual two-stage least-squares methodology is not appropriate in this context, since it would mechanically overstate the correlation between the endogenous variable and its instrument. To circumvent this problem, we run a time-series regression in the first stage and a panel regression in the second stage, bootstrapping the standard errors to address the issues associated with using estimated regressors. Specifically, the first-stage regression takes the form:

$$PU_t = \alpha + \beta_1 POLAR_t + \beta_2 TQ_t + \beta_3 CF_t + \beta_4 SG_t + \theta INT_t + \delta M_t + QRT_t + \varepsilon_t. \tag{11}$$

This is the same monthly time-series regression as in Equation (8) in the previous section, except that the residual-based policy uncertainty variable $RPU_t$ has been replaced by the measure of political polarization described above ($POLAR_t$). The F-statistic for the $\beta_1$ coefficient in Equation (11) is 17.72, suggesting that our instrument satisfies the relevance condition.[28] In panel A of Table 7 we re-estimate the average effect of policy uncertainty on corporate investment using the fitted values from Equation (11) to capture the exogenous variation in policy uncertainty:

$$\frac{CAPX_{i,t+l}}{TA_{i,t+l-1}} = \alpha_i + \beta_1 \widehat{PU_{i,t}} + \beta_2 TQ_{i,t} + \beta_3 \frac{CF_{i,t}}{TA_{i,t-1}}$$
$$+ \beta_4 SG_{i,t} + \theta INT_t + \delta M_t + QRT_t + \varepsilon_{i,t+l}. \tag{12}$$

Note that the firm-level policy uncertainty term $\widehat{PU_{i,t}}$ is obtained by taking the natural logarithm of the arithmetic average of the fitted values from Equation (11) corresponding to the three months of firm $i$'s fiscal quarter ending in calendar quarter $t$. Panel A in Table 7 shows the $\beta_1$ coefficients obtained from running second-stage regressions as in (12), using leads of up to four quarters ($l \in \{1, 2, 3, 4\}$).[29] Our results show that the relationship between policy uncertainty and corporate investment remains significantly negative under this alternative IV specification. To test whether the relationship significantly depends on firms' investment irreversibility and on their sensitivity

---

[28] For brevity, we do not report the results from the first-stage regressions, but they are available upon request. The standard errors in the first-stage regressions are adjusted for autocorrelation using the Newey and West (1987) procedure with 12 lags.

[29] We account for the fact that the policy uncertainty variable $\widehat{PU_{i,t}}$ was estimated by bootstrapping standard errors using the same methodology as in Section 7.1.

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

**Table 7**
**Using instrumental variables to mitigate endogeneity concerns**

| Dependent variable:<br>CAPX/Total assets | Panel A: Average policy<br>uncertainty effect | | | |
|---|---|---|---|---|
| | (1) | (2) | (3) | (4) |
| Policy uncertainty (news) | −0.0327***<br>(−2.99) | −0.0314***<br>(−2.81) | −0.0264**<br>(−2.23) | −0.0223*<br>(−1.88) |
| Controls | yes | yes | yes | yes |
| Firm fixed effects | yes | yes | yes | yes |
| Quarter dummies | yes | yes | yes | yes |
| Clustering | Cluster-bootstrapped standard errors using firm and quarter clusters | | | |

| Dependent variable:<br>CAPX/Total assets | Panel B: Investment<br>irreversibility | | | |
|---|---|---|---|---|
| | Panel B1 : Property, plant, and equipment (PPE) | | | |
| | (1) | (2) | (3) | (4) |
| PU news x PPE | −0.126***<br>(−9.30) | −0.135***<br>(−10.99) | −0.133***<br>(−9.61) | −0.129***<br>(−10.69) |
| Controls | yes | yes | yes | yes |
| | Panel B2 : Asset redeployability (AR) | | | |
| | (1) | (2) | (3) | (4) |
| PU news x Asset redeployability | −0.0469***<br>(−11.69) | −0.0515***<br>(−14.62) | −0.0514***<br>(−13.58) | −0.0498***<br>(−13.46) |
| Controls | yes | yes | yes | yes |
| | Panel B3 : High vs. low sunk costs | | | |
| | (1) | (2) | (3) | (4) |
| PU news x Sunk index | −0.210***<br>(−3.86) | −0.213***<br>(−3.52) | −0.201***<br>(−3.49) | −0.194***<br>(−3.39) |
| Controls | yes | yes | yes | yes |
| | Panel B4 : Durables vs. nondurables | | | |
| | (1) | (2) | (3) | (4) |
| PU news x Durable index | −0.185***<br>(−4.05) | −0.194***<br>(−5.28) | −0.161***<br>(−3.97) | −0.153***<br>(−3.92) |
| Controls | yes | yes | yes | yes |
| | Panel C : Sensitivity to government spending (SGS) | | | |
| | (1) | (2) | (3) | (4) |
| PU news x Sensitivity to gov. spending | −0.170***<br>(−3.76) | −0.170***<br>(−4.29) | −0.148***<br>(−4.52) | −0.0867**<br>(−2.53) |
| Controls | yes | yes | yes | yes |
| | All panels B and C | | | |
| Firm fixed effects | yes | yes | yes | yes |
| Year fixed effects | yes | yes | yes | yes |
| Clustering | Cluster-bootstrapped standard errors using firm and quarter clusters | | | |

In this table we replicate our main results from Tables 3 and 5 using a two-stage least-squares approach, with a measure of political polarization in the United States Senate as an instrument for policy uncertainty. Panel A presents the average effect of policy uncertainty on capital investments in the United States. Panel B shows interaction effects of policy uncertainty with investment irreversibility (a replication of the last four columns in Table 5). For expositional purposes, the table only shows the variable of interest from each regression. In specifications marked (1), the dependent variable has a lead of one period (calendar quarter) with respect to the independent variables in specifications marked (2) it leads two periods, and so forth until (4). We bootstrap the standard errors using a series of cluster-bootstraps as in Cameron, Gelbach, and Miller (2011). $t$-statistics are reported in parentheses. *, **, and *** indicate statistical significance at the 10%, 5%, and 1% level, respectively.

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

to government spending, we use panel regressions of the following form:

$$\frac{CAPX_{i,t+l}}{TA_{i,t+l-1}} = \alpha_i + \gamma_t + \beta_1 \widehat{PU_{i,t}} \cdot H_{i,t} + \beta_2 INT_{i,t} + \beta_3 TQ_{i,t}$$

$$+ \beta_4 \frac{CF_{i,t}}{TA_{i,t-1}} + \beta_5 SG_{i,t} + \varepsilon_{i,t+l}. \quad (13)$$

We run these second-stage regressions for each choice of proxy for investment irreversibility or dependence on government spending ($H_t$) and report the $\beta_1$ coefficients in panels B and C of Table 7. Note that the vector $INT_{i,t}$ includes all five of the $H_{i,t}$ proxies and that the time fixed effect $\gamma_t$ replaces all stand-alone macroeconomic controls. Consequently, the appropriate first-stage regression for these tests is given by Equation (11), with all macroeconomic controls $M_t$ discarded. The F-statistic from this time-series regression is 20.34, suggesting once again that we do not have a weak instrument problem. The second-stage results reported in panels B and C of Table 7 show that investment irreversibility and the dependence on government spending remain significant moderators of the policy uncertainty-investment relationship.

## 8. Conclusion

In this study, we analyze the effect of policy-related uncertainty on the capital investments of U.S. public corporations, paying close attention to the way this effect manifests itself differently across firms. To capture the overall level of policy uncertainty in the economy, we employ a measure developed by Baker, Bloom, and Davis (2013); the measure is based in large part on frequency counts of key terms in newspaper articles. Using this measure, we document a strong negative relationship between policy uncertainty and capital investments. This result is robust to controlling for alternative measures of investment opportunities and macroeconomic uncertainty, as well as to using several methods of identifying exogenous variation in policy uncertainty.

To investigate the degree to which the negative effect of policy uncertainty on investment varies in the cross-section, we rely on real options theories, which suggest that uncertainty increases the benefits from delaying investment. Moreover, it does so more severely for firms with a high degree of investment irreversibility. We find strong evidence in support of this prediction using several different proxies for investment irreversibility. Another dimension of cross-sectional heterogeneity we explore is firms' sensitivity to government spending. Using the BEA Input-Output Accounts to calculate the fraction of an industry's sales that can be attributed to government-sector demand, we find that firms that are more dependent on government spending are significantly more negatively affected by policy uncertainty.

Analyzing how policy uncertainty affects investment over longer horizons, we find that the effect becomes progressively stronger (more negative) up to 4–5 quarters into the future, after which time it decays and eventually becomes

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

positive. While this rebound is consistent with firms increasing investments to satisfy pent up demand, we show that it takes two to three years for investments to recover from the initial effects of policy uncertainty. We also find that the uncertainty-investment relationship weakens after prolonged periods of continuously high policy uncertainty. This is consistent with the idea that many investment projects cannot be delayed indefinitely, as well as with the fact that as time goes by, cash flows lost from delaying investments can outstrip the benefits of waiting for uncertainty to subside.

Our results have three main implications. First, they suggest that when making policy decisions, regulators should be mindful of the fact that the uncertainty surrounding these decisions can be just as damaging as making the wrong decision. Second, our results indicate that in assessing the possible impact of policy-related uncertainty on corporations, we should be aware of the fact that different firms will be affected to different degrees, depending on characteristics such as investment irreversibility and reliance on government spending. Third, we find that policy uncertainty can have long-lasting effects, impacting investment levels for up to eight quarters into the future.

**References**

Almeida, H., and M. Campello. 2007. Financial constraints, asset tangibility, and corporate investment. *Review of Financial Studies* 20:1429–60.

Alti, A. 2003. How sensitive is investment to cash flow when financing is frictionless? *Journal of Finance* 58:707–22.

Baker, S. R., N. Bloom, and S. J. Davis. 2013. Measuring economic policy uncertainty. Working Paper, Stanford University.

Baker, M., and J. Wurgler. 2007. Investor sentiment in the stock market, *Journal of Economic Perspectives* 21:129–52.

Belo, F., V. D. Gala, and J. Li. 2013. Government spending, political cycles, and the cross section of stock returns. *Journal of Financial Economics* 107:305–24.

Bernanke, B. S. 1983. Irreversibility, uncertainty, and cyclical investment. *Quarterly Journal of Economics* 98:85–106.

Bloom, N. 2009. The impact of uncertainty shocks. *Econometrica* 77:623–85.

———. 2014. Fluctuations in uncertainty. *Journal of Economic Perspectives* 28:153–75.

Bloom, N., M. F., N. Jaimovich, I. Saporta-Eksten, and S. J. Terry. 2012. Really uncertain business cycles. National Bureau of Economic Research, w18245.

Bond, S. R., and J. G. Cummins. 2004. Uncertainty and investment: An empirical investigation using data on analysts' profits forecasts. Working Paper, FEDS.

Boutchkova, M., H. Doshi, A. Durnev, and A. Molchanov. 2012. Precarious politics and return volatility. *Review of Financial Studies* 25:1111–54.

Cameron, A. C., J. B. Gelbach, and D. L. Miller. 2011. Robust inference with multiway clustering. *Journal of Business & Economic Statistics* 29:238–49.

Chen, H. J., and S. J. Chen. 2012. Investment-cash flow sensitivity cannot be a good measure of financial constraints: Evidence from the time series. *Journal of Financial Economics* 103:393–410.

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

Clark, T. E., and K. D. West. 2007. Approximately normal tests for equal predictive accuracy in nested models. *Journal of econometrics* 138:291–311.

Dixit, A. K., and R. S. Pindyck. 1994. *Investment under uncertainty.* Princeton: Princeton UP.

Durnev, A. 2010. The real effects of political uncertainty: Elections and Investment Sensitivity to Stock Prices. Working Paper, McGill University.

Erickson, T., C. H. Jiang, and T. M. Whited. 2014. Minimum distance estimation of the errors-in-variables model using linear cumulant equations. *Journal of Econometrics* 183:211–21.

Erickson, T., and T. M. Whited. 2000. Measurement error and the relationship between investment and q. *Journal of political economy* 108:1027–57.

Farinas, J. C., and S. Ruano. 2005. Firm productivity, heterogeneity, sunk costs and market selection. *International Journal of Industrial Organization* 23:505–34.

Fazzari S., R. G. Hubbard, and B. Petersen. 1988. Financing constraints and corporate investment. *Brooking Papers on Economic Activity* 1:141–95.

Gentzkow, M., and J. M. Shapiro. 2010. What drives media slant? Evidence from US daily newspapers. *Econometrica* 78:35–71.

Ghosal, V., and P. Loungani. 1996. Product market competition and the impact of price uncertainty on investment: Some evidence from U.S. manufacturing industries. *Journal of Industrial Economics* 2:217–28.

Gilmour, J. 1995. *Strategic disagreement: Stalemate in American politics.* Pittsburgh: University of Pittsburgh Press.

Groseclose, T., and N. McCarty. 2000. The politics of blame: Bargaining before an Audience. *American Journal of Political Science* 45:100–19.

Jens, C. 2012. Investment around U.S. gubernatorial elections. Working Paper, Tulane University.

Julio, B., and Y. Yook. 2012. Political uncertainty and corporate investment cycles. *Journal of Finance* 67:45–84.

Jurado, K., S. Ludvigson, and S. Ng. 2015. Measuring uncertainty. *American Economic Review* 105:1177–216.

Kessides, I. 1990. Market concentration, contestability, and sunk costs. *Review of Economics and Statistics* 72:614–22.

Kim, H., and H. Kung. 2013. The asset redeployability channel: How uncertainty affects corporate investment. Working Paper, Cornell University.

Leahy, J., and T. M. Whited. 1996. The effect of uncertainty on investment: Some stylized facts. *Journal of Money, Credit and Banking* 28:64–83.

McCarty, N. M. 2011. The limits of electoral and legislative reform in addressing polarization. *California Law Review* 99:359–72.

———. 2012. The policy consequences of partisan polarization in the united states. Unpublished Manuscript, Princeton University.

McCarty, N. M., K. T. Poole, and H. Rosenthal. 1997. *Income redistribution and the realignment of American politics.* Washington, DC: SEI Press.

———. 2006. *Polarized America: The dance of ideology and unequal riches.* Cambridge: MIT Press.

Minton, B. A., and C. Schrand. 1999. The impact of cash flow volatility on discretionary investment and the costs of debt and equity financing. *Journal of Financial Economics* 54:423–60.

Newey, W., and K. West. 1987. A simple, positive semi-definite, heteroskedasticity and autocorrelation consistent covariance matrix. *Econometrica* 55:703–708.

Poole, K. T., and H. Rosenthal. 2000. *Congress: A political-economic history of roll call voting.* Oxford: Oxford University Press.

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

Petersen, M. A. 2009. Estimating standard errors in finance panel data sets: Comparing approaches. *Review of Financial Studies* 22:435–80.

Rodrik, D. 1991. Policy uncertainty and private investment in developing countries. *Journal of Development Economics* 36:229–42.

Romalis, J. 2007. NAFTA's and CUSFTA's impact on international trade, *Review of Economics and Statistics* 89:416–35.

Rosenthal, H. 2004. Politics, public policy, and inequality: A look back at the twentieth century. In *Social Inequality*, 861–92. Ed. Kathyrn M. Neckerman. NY: Russell Sage Foundation.

Sharpe, S. 1994. Financial market imperfections, firm leverage and the cyclicality of employment. *American Economic Review* 84:1060–74.

Shleifer, A., and R. Vishny. 1992. Liquidation values and debt capacity: A market equilibrium approach. *Journal of Finance* 47:1343–65.

Stein, L. C., and E. C. Stone. 2012. The effect of uncertainty on investment, hiring, and R&D: Causal Evidence from Equity Options. Working Paper.

Stock, J. H., and M. W. Watson. 2012. Disentangling the channels of the 2007-2009 recession. *Brookings Papers on Economic Activity* 81–156.

Downloaded from https://academic.oup.com/rfs/article/29/3/523/1887688 by guest on 11 June 2023

# EXHIBIT BH-83





DATE DOWNLOADED: Sun Jun 11 21:03:18 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Kira R. Fabrizio, The Effect of Regulatory Uncertainty on Investment: Evidence from
Renewable Energy Generation, 29 J. L. ECON. & ORG. 765 (2013).

ALWD 7th ed.
Kira R. Fabrizio, The Effect of Regulatory Uncertainty on Investment: Evidence from
Renewable Energy Generation, 29 J. L. Econ. & Org. 765 (2013).

APA 7th ed.
Fabrizio, K. R. (2013). The effect of regulatory uncertainty on investment: evidence
from renewable energy generation. Journal of Law, Economics, and Organization, 29(4),
765-798.

Chicago 17th ed.
Kira R. Fabrizio, "The Effect of Regulatory Uncertainty on Investment: Evidence from
Renewable Energy Generation," Journal of Law, Economics, and Organization 29, no. 4
(August 2013): 765-798

McGill Guide 9th ed.
Kira R. Fabrizio, "The Effect of Regulatory Uncertainty on Investment: Evidence from
Renewable Energy Generation" (2013) 29:4 J L Econ & Org 765.

AGLC 4th ed.
Kira R. Fabrizio, 'The Effect of Regulatory Uncertainty on Investment: Evidence from
Renewable Energy Generation' (2013) 29(4) Journal of Law, Economics, and Organization
765

MLA 9th ed.
Fabrizio, Kira R. "The Effect of Regulatory Uncertainty on Investment: Evidence from
Renewable Energy Generation." Journal of Law, Economics, and Organization, vol. 29,
no. 4, August 2013, pp. 765-798. HeinOnline.

OSCOLA 4th ed.
Kira R. Fabrizio, 'The Effect of Regulatory Uncertainty on Investment: Evidence from
Renewable Energy Generation' (2013) 29 J L Econ & Org 765          Please
note: citations are provided as a general guideline. Users should consult their
preferred citation format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
 Conditions of the license agreement available at
 *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
-- To obtain permission to use this article beyond the scope of your  license, please use:
 *Copyright Information*

JLEO, V29N4   765

# The Effect of Regulatory Uncertainty on Investment: Evidence from Renewable Energy Generation

Kira R. Fabrizio
Boston University

How are firms' investment decisions influenced by potential instability in the regulatory environment? Firms that anticipate regulatory change may alter their responses to current policies, potentially rendering those policies less effective. This article explores the pattern of investments in renewable generation assets in the US electricity industry following the implementation of Renewable Portfolio Standard (RPS) policies. Viewing these investments through the lens of transaction cost economics, the article investigates whether the likelihood of future regulatory change in a state dampened (or spurred) firm responses to RPS policies in that state. I find that firms invested less in new assets in states that had previously passed and repealed legislation to restructure the electricity industry, indicating that perceived regulatory instability reduces new investment and undermines policy goals. (*JEL* D02, D81, D23, D21, K2)

## 1. Introduction

How does uncertainty about future regulatory change influence firms' willingness to invest in new assets? I view the potential for regulatory changes as akin to opportunistic behavior by a contracting partner and use transaction cost economics (TCE) theory to predict the impact of uncertain regulatory environments on new sunk investments. Several studies examine regulation and public policy through the lens of TCE (e.g., see Levy and Spiller 1994; Crocker and Masten 1996), but there is little direct evidence for the impact of regulatory uncertainty on firm behavior.[1] This article argues that under conditions of asset specificity, the perception of regulatory instability restrains firm investments, undermining the effectiveness of regulatory initiatives.

The investments required by a particular regulatory policy may be specific to that policy, just as the investments required to fulfill a contract between firms may be specific to that contract. Should the policy (or contract) change, assets specific to that policy (or contract) will be worth substantially less.

---

1 thank the editor and two anonymous referees for excellent comments and suggestions. Participants at the 2011 ARCS/SBE conference and the 2010 Institutions and Innovation conference, and seminar participants at Boston University also provided useful feedback. Special thanks to Andy King, Tom Lyon, and Mike Toffel for their suggestions.

1. Prior studies that examine the impact of political risk on firm investment are described below.

*The Journal of Law, Economics, and Organization*, Vol. 29, No. 4
doi:10.1093/jleo/ews007
Advance Access published on April 2, 2012
© The Author 2012. Published by Oxford University Press on behalf of Yale University.
All rights reserved. For Permissions, please email: journals.permissions@oup.com

When firms perceive that new regulatory initiatives are unstable, specific investments appear more risky. Firms will be less willing to invest in specific assets when they perceive that future regulatory changes could reduce the value of those assets. Therefore, my central prediction is that policy initiatives launched in less-stable regulatory environments will create less new investment in specific assets.

My empirical setting is the enactment of state-level Renewable Portfolio Standard (RPS) policies in the US electric utility industry. State policymakers designed RPS regulations to encourage investment in renewable electricity generation, a specific asset that has much less value in the absence of an RPS. I use unit-level data on the installation year, location, and fuel type of all US electric generating plants to determine annual investments in new renewable generation assets in each state. Because 29 states adopted RPS policies between 1995 and 2006, I am able to estimate the effect of RPS enactment on investment in new renewable generation assets. I use a state's history of policy stability in electricity industry restructuring as a proxy for regulatory uncertainty. Prior policy reversals may indicate that state institutions are unable to constrain the state's political actors from altering established policies. Among the 24 states that passed restructuring policies between 1996 and 2001, eight states subsequently repealed those policies.[2] Such a prior exhibition of regulatory instability may cause firms to anticipate that subsequent policies will also be modified or repealed. I test whether the positive effect of RPS enactment on investments in renewable generation assets in a given state was *smaller* in states where such risks were perceived to be greater.

RPS enactment in a state did generate an increase in investment in new renewable generating assets, on average. However, my results show that investment increased *significantly less* in states with a history of regulatory reversal. In states that had not previously repealed restructuring legislation (including those states that never passed restructuring as well as those that passed and retained restructuring), the average increase in new renewable generation assets after RPS enactment was approximately 7.5 megawatts (MWs) per year more than in states that did not enact an RPS. In states with a history of regulatory repeal, the increase in investment after RPS enactment was not statistically significant relative to states that did not enact RPS. I confirmed my results with an instrumental variables analysis, predicting prior regulatory repeal with measures of state-level institutions that influence policy stability. Although these results are specific to this policy and industry setting, the theoretical implication extends to other settings where specific investments depend on (uncertain) policies, such as current carbon tax/abatement policies.

The remainder of the article is organized as follows. Section 2 briefly reviews TCE theory and, in particular, its application to political risk. Section 3 provides contextual details about electricity industry restructuring and its

---

2. I use the term "repeal" throughout to refer to a suspension or repeal of either wholesale or retail competition and rely on the identification of repeal and suspension from the US Energy Information Administration.

subsequent repeal, RPS policies, and why investments in renewable generation assets are policy-specific. Section 4 describes my empirical approach. Section 5 presents the data and describes the variables I used in my analysis. Section 6 provides my empirical results and Section 7 discusses my interpretation of those results. Section 8 reports additional robustness tests. I conclude in Section 9 by discussing the implications of my results for theory and public policy.

## 2. TCE and Regulatory Uncertainty

Investment in new electricity generation assets is a function of the anticipated future demand for electricity, the installed and anticipated new supply of electricity available to meet that demand, the current and anticipated prices at which the electricity could be sold in the market, and the regulatory framework that will govern the operating environment of the generating unit. This article draws on TCE to explore how regulatory instability affects firm investment in long-lived generation assets specific to a regulatory environment. TCE posits that asset specificity and uncertainty about future conditions increase the hazards of procurement through markets and contracts. This article extends that theory in two ways: first, by applying it to the implicit contract between regulators and firms (Williamson 1976) and second, by considering uncertainty originating in the institutional environment. Neither of these extensions is entirely novel; there is a small body of related cross-national research examining the impact of political risk on investment, which I discuss below.

The TCE literature has traditionally considered the hazards of procurement transactions between firms and the role of transaction characteristics in determining the risk of hold up and expropriation of one firm by a partner firm. When future conditions are uncertain, investing in relationship-specific assets exposes a firm to expropriation hazards (Williamson 1975, 1985). Because contracts are necessarily incomplete and individuals are boundedly rational, it is impossible to include conditions addressing all future contingencies. As the state of the world is revealed and cooperative adaptation is required, firms that make specific investments may be "held up" by opportunistic transaction partners who know that specific investments command less value in their next-best use. Firms that anticipate a potential loss in value under certain future conditions will be less willing to invest in relationship-specific assets.

Several studies have extended TCE to explore the effect of "political risk" on firm investment patterns (Henisz and Williamson 1999; Henisz 2000a). Political risk increases with the likelihood that a host country's political actions will diminish a firm's return on investment (either by seizing assets directly or by altering policies, taxes, or regulations). Different institutional environments—across countries or within countries over time—provide different levels of constraint on the parties in power (Williamson 1991). When institutions effectively restrain the opportunistic actions of parties in power, they reduce the risk of hold-up and *ex post* expropriation by state actors, creating conditions under which firms are more willing to make sunk investments. Based on case studies of the telecommunications industry in five countries, Levy and Spiller (1994)

describe the importance of restraints on regulators that "reduce the potential for administrative expropriation or a manipulation" to foster private investment. In a cross-national empirical analysis based on 147 countries, Henisz and Zelner (2001) study investment in telecommunications infrastructure and find that institutional determinants of political risk are important predictors of new investment.[3] Although this line of research has focused on cross-national differences in political risk, I believe the same logic applies to investment environments *within a country* when differences between states and regions alter the likelihood of expropriation by political actors.

The relationship between firms and political/regulatory actors can be viewed as an implied contract. Like any complex contract, it is necessarily incomplete and does not provide recourse for every possible future contingency. Terms can be altered over time through legislative initiatives and regulatory rulings. The legislature or the regulatory body often has unilateral power to change the regulatory contract. These changes may modify what regulators require of firms or it may change the terms by which firms are compensated. The regulatory contract therefore leaves firms vulnerable to opportunistic behavior by policy makers or regulators.

Firm investments can be specific to a particular regulatory policy, just as they can be specific to particular firm-to-firm relationships. Assets are policy specific when their value in their next-best use is substantially lower than their value under the governing policy. The risk that specific assets will lose value increases with the likelihood of future policy modifications. Thus, by applying TCE logic to the regulatory contract, I can predict that firms will be less willing to make sunk investments that are specific to a regulation when the regulatory environment is uncertain.

Two related literatures in economics examine uncertainty and investment: real options theory (Cikierman 1980; Bernanke 1983; McDonald and Siegel 1986; Pindyck 1988, 1991; Dixit and Pindyck 1994) and existing models of regulatory uncertainty (Brennan and Schwartz 1982; Kolbe and Tye 1991; Lyon 1991; Teisberg 1993; Gilbert and Newbery 1994; Lyon and Mayo 2005).[4] The primary prediction of the real options literature is that firms will delay investments in long-lived irreversible assets when there is sufficient uncertainty that resolves over time.[5] Because uncertainty created by the potential actions of regulators and legislators may *not* resolve over time, this theory

---

3. Related empirical evidence is supplied by Oxley (1991), who examines the impact of a country's intellectual property protection on firm governance choices in alliances, and Henisz (2000a) who demonstrates that firms are more likely to partner with local (host-country) firms in multinational investments when the level of political risk is high, presumably to protect their investments from government expropriation.

4. In addition, there is a literature on the multidimensional uncertainty regarding environmental impacts, costs and benefits that complicates environmental policymaking. See Pindyck (2007), for a review.

5. This proposition has empirical support in recent studies that investigate firm investment as a function of demand and price uncertainty (Cortazar et al. 1998; Guiso and Parigi 1999; Bloom et al. 2007; Kellogg 2010).

offers no prediction in my setting. Existing studies of regulatory uncertainty focus on the potential for regulators to retroactively "disallow" regulated utilities from recovering the costs of building new assets and how the risk of disallowance changes the incentives (allowed rate of return) needed to spur new efficient investments. As Teisberg (1993) and Lyon (1991) emphasize, regulatory uncertainty presents asymmetric risk to regulated firms because cost disallowances are uniformly negative shocks and there is no potential for positive regulatory action. My study takes a broader view by allowing the possibility that future regulatory and legislative actions might reduce the rents of regulated *and* unregulated firms making policy-specific investments. Nevertheless, the risks are similarly asymmetric.

By using TCE theory to consider the impact of regulatory uncertainty on investment, this article adds to the literature in several ways. First, it allows us to explicitly consider the conditions under which regulatory uncertainty impacts firm investments, even when uncertainty is not resolved over time, by focusing on the degree to which investment is specific to the regulation. Second, building on the assertion in TCE and New Institutional Economics that underlying institutional characteristics impact economic behavior, this article shows that sources of regulatory instability may vary even within a country due to state-level differences in formal and informal institutional characteristics. Finally, my article demonstrates the advantage of leveraging existing work in TCE to generate potential solutions to regulatory risk.

## 3. Policy Initiatives and Investments in Renewable Generation

### 2.1 Restructuring and Repeal

During the 1980s and 1990s, a wave of "deregulation" swept a variety of US industries: Trucking, airlines, natural gas, telecommunications, and electricity each experienced some form of restructuring intended to remove regulatory barriers to competition. In the electric utility industry, the generation segment had been traditionally regulated at the state level, whereas the transmission segment and interstate wholesale trade were regulated by the Federal Energy Regulatory Commission (FERC). Through the Public Utilities Regulatory Policy Act (PURPA) in 1978 and the Energy Policy Act in 1992, federal legislators began to open the wholesale power market to competition from independent power producers (IPPs). In 1996, FERC issued rules securing nondiscriminatory access to interstate transmission assets for any electricity generator, effectively opening wholesale electricity markets to competition. This was just part of a substantial shift to promote competition in the generation segment of the electricity industry. In response to federal initiatives and internal pressures, legislators and regulators in states such as California, Massachusetts, and New York began to consider removing entry barriers in the generation segment and creating competitive wholesale and retail markets to encourage competition, improve efficiency, and reduce electricity prices for end users. Ultimately, these three states and 21 others passed restructuring policies between 1996 and 2001 (Energy Information Administration 2000).



Source: Energy information Administration Website, 11/9/09,

Figure 1. Status of Electric Utility Restructuring by State.

When the California energy crisis unfolded in the summer of 2000, followed by the spectacular collapse of Enron in 2001, restructuring policies took much of the blame (Duane 2002). States that were considering restructuring either suspended activity or declared that they would not pass such a policy (Smith 2002). Many states that had already passed restructuring legislation came under pressure to suspend or repeal it. For example, the Arizona Corporation Commission (Arizona's regulatory body for public utilities) passed restructuring legislation in 1998. In 2002, it concluded that the wholesale market for electricity was not sufficiently competitive and that reliance on the market would not result in reasonable rates (Energy Information Administration 2000, EIA Status of State Restructuring). The commission subsequently suspended the state's restructuring activities. Eventually, almost one-third of the states that had passed a restructuring policy repealed it, formally suspending restructuring activity. The map in Figure 1 indicates which states (1) never passed, (2) passed and suspended, or (3) passed and sustained restructuring of the generation segment of the electric utility industry.

## 2.2 Renewable Portfolio Standards

In response to growing pressure to provide "clean" energy and lacking a federal policy to require investments in renewable generation assets, several states pursued their own renewable energy initiatives. Twenty-nine states and the District of Columbia enacted RPS policies between 1995 and 2006, to take effect between 2000 and 2025. Figure 2 provides a graphical depiction of RPS enactment. An RPS requires electric utilities to procure a certain percentage of their electricity from renewable energy sources such as wind, solar, and



Source: DOE DSIRE Website http://www.dsireusa.org/summarymaps

Figure 2. Status of State RPS Policies.

biomass. State policies differed in terms of the ultimate percentage of renewable energy required (from 10% to 40%), the starting year, and the target year for reaching the required percentage. All states established annual or biannual requirements for renewable energy sourcing (typically by approximating a linear increase toward the ultimate target) and authorized regulatory bodies to issue fines for noncompliance. In most states, regulators assess noncompliant utilities a fee equal to or exceeding the cost of compliance, equal to either the market rate for enough renewable energy credits (RECs) to fulfill the requirements or the cost of installing renewable generation assets. Several states allowed additional penalties for utilities that failed to meet their annual requirements.

RPS policies did not stipulate whether utilities should own renewable generation assets or purchase power from IPPs. Many utilities sought to meet their requirements by issuing requests for proposals to establish purchase agreements. RPS policies also allowed utilities to meet their requirements by purchasing RECs.[6] RPS policies required that qualified renewable electricity (or RECs) be purchased from renewable generation sources located in the same state or region of the country, limiting the geographic market for RECs and the electricity produced from renewable generation. Many, but not all, states mandated that only electricity from new generation assets was eligible to meet requirements and established installation dates before which assets

---

6. RECs are certificates generated along with renewable energy that provide a mechanism by which the "credit" for renewable electricity sources (embodied in the REC) may be sold separately from the electricity itself. Therefore, utilities can purchase RECs to fulfill their required portfolio without purchasing electricity produced from renewable resources.

would not be considered "new." Existing empirical evidence suggests that RPS policies had a significant and positive effect on renewable energy development (Yin and Powers 2010).

## 2.3 Investments in Renewable Generation

The decision to invest in generation assets generally depends on the anticipated future demand for electricity, the installed and anticipated supply of electricity available to meet that demand, and the current and anticipated price at which the electricity could be sold in the market. Any regulated utility seeking to build a new generating plant must apply to the state regulatory commission for approval, which is based on the anticipated need for additional generating capacity. IPPs need to demonstrate need for additional capacity in order to attract investors and may also need to demonstrate the need for additional capacity to state regulators if the plant will require ratepayers to pay for new transmission lines or interconnects. In addition, long-term contracts with utility buyers, often needed to secure funding for IPP-developed generation plants, require approval from state regulators. Even in the absence of these requirements, profit-maximizing firms would make investment decisions based on the expected demand for electricity, the expected supply available to meet that demand, and the expected market price at which the electricity generated could be sold.

Investments in renewable source generation assets specifically depend on these same criteria, as well as on stakeholder (regulator and customer) preferences and the gap between the cost of generation with renewable technology and the cost of generating with traditional technologies. With current technology, the costs of generating electricity from wind, solar, and biomass technologies exceed the cost of traditional fossil-fuel generation (Energy Information Administration 2010b). On the wholesale market (or in arms-length contracts), utilities would not be willing to pay more than the marginal (market setting) price for electricity, which is typically set by gas-fired generating units. Therefore, in the absence of policy interventions, electricity generated from renewable technologies and sold into the wholesale market would not recover the total cost of the generation unit. RPS policies (1) created demand for electricity generated from renewable generation resources that would not have existed in the absence of these policies and (2) provided an opportunity for renewable generating assets to command a higher price than the wholesale market-clearing price. As long as the supply of qualified renewable electricity in a market does not exceed the amount that utilities are required to purchase, a renewable generation unit owner operating under an RPS will earn rents.

Nevertheless, these investments are plagued by the types of hazards highlighted in TCE. First, the assets are long-lived. The expected life of renewable generation units installed when RPS policies became effective exceeds even the planned target dates of those policies. Second, the assets are location specific because they are responsive to local (state) regulations, prohibitively expensive to relocate, and sometimes tailored to local demand and transmission conditions. Although the electricity they generate can, in theory, be sold

anyplace within the locally connected transmission grid, contracting over greater distances increases contract complexity and incurs transmission losses. In addition, because RPS policies typically specify that renewable electricity must be generated within the same region and because many provide incentives for purchasing renewable energy produced instate, the number and geographic range of potential buyers is limited. Finally, these investments must be made under considerable uncertainty about future demand and the regulatory policies that influence demand.

Therefore, firms investing in renewable generation assets are investing in long-lived assets that will have significantly less value if the demand for renewable energy decreases in proximity to the generation asset. Electricity that renewable generating units create is indistinguishable from electricity generated from cheaper fossil fuels. If legislators remove or reduce the regulatory requirement to utilize renewable generation, forcing these generating units to compete with traditional electricity sources in the wholesale market, the units could obtain a substantially lower price for their electricity. The potential for regulatory changes or reversal puts potential investors and developers at significant risk. My central prediction is that the increase in investment in renewable generation assets following an RPS policy will be smaller in states where the level of regulatory risk is higher.

The level of investment in new renewable generation assets in response to an RPS policy is a result of both the decision of utility companies to comply with the policy, resulting in demand for renewable energy, and the decision of investing firms (utilities and IPPs) to invest in new assets. An observed lack of investment may result from *either* a lack of demand from utilities or an unwillingness to invest. Most RPS policies specify alternative compliance payments for utilities that do not meet the RPS requirements, and these payments are typically set at a level intended to meet or exceed the cost of compliance. As a result, utilities that anticipate the statute's full enforcement have an incentive to comply in the short term. Still, because my data do not include a record of utility company initiatives (such as requests for proposals) and because there is no consistent record of RPS enforcement, my empirical approach cannot distinguish whether the observed relationship between uncertainty and investment response to the RPS policy is attributable to the effect of uncertainty on utility company demand or the effect of uncertainty on firm investment in asset development.

## 3. Empirical Approach

To investigate whether RPS policies induced a smaller increase in investment in states with greater regulatory risk, I examined new investments in renewable generation assets in each state in 1990–2010. The empirical model controls for the underlying demand, supply, and stakeholder drivers of investment in renewable generation, as described below. I exploited variation in the presence and timing of RPS policies to estimate the impact of these policies on new investments in renewable generation in a state. I tested whether the (positive)

impact of an RPS policy on new investments was systematically smaller in states with more regulatory risk. States without an RPS policy (to date) provided a natural control group, allowing me to identify the effect of RPS policies on investments separately from changes in investments over time. Among the states that passed RPS policies, variation in regulatory risk across states allowed me to identify the effect of regulatory instability on the increase in investments following RPS enactment.

To accommodate the nonnegative distribution of the dependent variable (MW capacity of new renewable generation assets online in the state-year), I used Poisson quasi-maximum-likelihood estimation with conditional (state) fixed effects (Wooldridge 1999; Simcoe 2007). This method does not rely on the often-violated assumption of mean variance equivalence and provides robust standard errors that accommodate arbitrary patterns of correlation among the observations for each state.[7] The basic empirical model is as follows:

$$E\left(\text{Invest}_{st}\middle|X_{st}\alpha_s\right) = e^{\beta_1 \text{RPS}_{st}+\beta_2 \text{RPS}_{st}\times\text{Risk}_s+\beta_3 X_{st}+\delta_t+\alpha_s},$$

where $\text{Invest}_{st}$ is the amount of investment in new renewable generation assets in state $s$ in year $t$. $\text{RPS}_{st}$ is an indicator equal to one in each year following the effective date of an RPS policy in state $s$ and zero otherwise.[8] $\text{Risk}_s$ is the level of regulatory risk in state $s$, proxied by whether the state passed and repealed restructuring legislation, as described below. $X_{st}$ is a vector of state-year level control variables, also described below. The $\delta_t$ are year indicator variables that control for common patterns of investments in renewable generation assets over time, including the impact of federal incentives and policies that apply to all states. This empirical model provides the standard difference-in-differences estimation, estimating the increase in investment from before to after an RPS policy in a given state, relative to the control group of states without an RPS policy. However, by including the interaction of the RPS policy indicator with the state-level *Risk* measure, it also allows the level of regulatory instability in a state to moderate the effect of the RPS "treatment."

Two key identifying assumptions of my empirical approach are that the enactment of an RPS policy and the prior repeal of restructuring legislation are not correlated with unobserved factors that also affect the level of investment in renewable generation assets.[9] I included controls for the underlying drivers of investments in renewable generation assets that vary across states and over time. I also included (conditional) state-level fixed effects ($\alpha_s$) to

---

7. This method provides consistent parameter estimates under very general conditions and is appropriate for both count and nonnegative continuously distributed outcome variables (Wooldridge 1999).

8. I tested whether there was any effect of an RPS policy in the year prior to the effective date and found no evidence of a significant effect on investment.

9. For the models using the *StateGap* in place of the 0/1 RPS indicator, the assumption is that the level of unmet RPS policy-induced demand is not correlated with unobserved factors that also affect the level of investment.

control for time-invariant unobserved heterogeneity across states, including geographic and weather conditions. The next section provides a comparison of relevant subsamples to test for significant differences. The most significant remaining concern is that there is some unobserved, time varying factor(s) that is correlated with repeal and also with the increase in investment following RPS enforcement. Although this is difficult to rule out, section 7 describes the results of an instrumental variables analysis (reported in detail in the Appendix). Section 8 discusses the robustness of the results to a variety of additional control variables.

The other challenge to identification comes from the small number of units (states) that I observe over time and their dispersion across categories of interest. My empirical model proposes to separately identify the effects of restructuring, risk, RPS policies, and the interactions of the restructuring and risk with RPS policies. I describe the distribution of states and state-year observations across policy categories below. Empirically, the data are able to separately identify the effects of restructuring, regulatory instability (as indicated by a prior repeal of restructuring), and RPS policies by virtue of the cross-sectional differences (across states) and also by the variation in the timing (across states) of restructuring and the effective start dates of RPS policies.

## 4. Data and Measurement

### 4.1 Data and Sample

I combined publicly available secondary data to create a new panel data set at the state-year level, covering the period 1990–2010. These data detail the investments in renewable generation assets, policy histories, institutional structures of the governing and regulatory bodies, and conditions in the electricity market. The sample period captures the enactment of RPS policies—the first of which became effective in 2000—with a substantial pre-policy period.

### 5.2 Investments in Renewable Generation Assets

Annual investments in renewable energy (in MWs of capacity) were collected from the Platts (formerly UDI) Database of World Electric Power Producers.[10] I used the North American generating units data set, limited to units in the United States. This database provides a record of every retired, operational, and planned generating unit, including the size, location, fuel type, and the operator/owner company. Selecting the renewable generating units (i.e., wind, biomass, hydroelectric, landfill gas, photovoltaic, fuel cell, geothermal) in 1990–2010 yields 2018 units, 86% of which were operational, 12% of which were planned or under construction, and 2% of which were retired as of July 2009. Using the on-line year provided, I aggregated the data to create

---

10. These data are periodically updated. I used the database version as of July 2009.

a state-year panel data set reflecting the megawatts of new renewable generation brought online each year in each state in 1990–2010 ($Invest_{st}$).[11]

## 5.2 RPS Policies

The US Department of Energy's division of Energy Efficiency and Renewable Energy maintains a record of state-level RPS policies, the Database of State Incentives for Renewables and Efficiency (DSIRE). I used their September 30, 2009 update. Figure 2 gives a pictorial representation of the policy distribution. This database provides the enactment date of the policy and the year the portfolio standard took effect. The effective date of the policy is up to 10 years subsequent to enactment. I used the effective date as a measure of when the RPS policy was in place and created a variable, RPS, equal to 1 in each year following the effective date of the policy in a state that passed an RPS policy and zero otherwise. Although companies could be expected to start planning new investments in renewable resources between the enactment date and the effective date, such planning can take a number of years and the goal may be to have the unit come on line when the policy takes effect.

I also made use of a continuous measure of the unmet demand for renewable energy created by each state's RPS policy. First, I calculated the implied required renewable energy (in MWhs) to meet the mandated target by forecasting the total MWh sales in the state in the target year (based on 2010 sales and recent growth rates) and multiplying this by the percentage of energy required from renewable resources. Second, I calculated the amount of eligible energy available each year based on the record of previously installed units and a state policy's eligibility criteria. For example, if a state RPS policy specified that energy from generation units installed prior to 1999 was not eligible to meet requirements, I included only units installed in 1999 or later. I used the average capacity factors specified in Tidball et al. (2010) for each type of generation (wind, solar, etc.) to calculate the potential energy output from each eligible unit[12] and summed the potential eligible energy from installed units in each state-year. The difference between the implied required energy and the eligible energy from installed units is the unmet demand created by the RPS policy. I created a variable, *StateGap,* equal to this unmet demand in each year following the effective date of the RPS policy in a state and zero otherwise.[13] In all post-RPS policy years in the analysis, the amount of eligible

---

11. I use the online date of the generation facility because the decision to make an investment anticipates the demand for the capacity. Developers have an expectation about when a new plant can be operational and seek to match the online date with the need for the production. In the case of assets developed to meet anticipated demand due to RPS policies, the decision to invest maybe made even before the effective date of the RPS policy, in anticipation of the increase in demand subsequent to the effective date, so that the facility can be operational to meet this demand.

12. Potential MWh output is equal to the capacity factor times MW capacity of the unit time 8760 hours per year.

13. This variable is not available for Texas because the Texas RPS program includes a capacity requirement rather than a percentage-of-electricity-sales requirement.

energy from installed units fell short of the total RPS-required renewable energy. In analyses below, I also used an analogous regional measure equal to the unmet demand within the state's region but outside of the focal state. I calculate *RegionGap* as the aggregate unmet regional demand, based on the RPS requirements, eligibility requirements, and installed generating units outside the state but within the state's region.

## 5.3 Regulatory Risk

As reviewed above, the existing empirical literature that examines political risk and the resulting hazards of expropriation uses underlying institutional structures to measure constraints on political actors, typically in cross-national studies (e.g., Levy and Spiller 1994; Bergara et al. 1998). This literature, based in new institutional economics, emphasizes the value of checks and balances in the institutional environment to protect investments. Henisz (2000b) pioneered the use of an index measure of political constraint based on underlying institutions and the opportunity for checks and balances in different countries. Such indexes provide valuable measures of the political institutions that constrain political actors' power to alter the policy environment or otherwise opportunistically expropriate firms' rents.

I took a complementary approach here by relying not on an index measuring characteristics of the underlying institutions but on a prior outcome that reflects precisely what indexes seek to measure: the ability of political actors to alter the policy environment and cause the modification of recently enacted policy. I identified states in which political actors had previously suspended or repealed electricity industry restructuring policies, indicating that state-level institutions were not robust enough to prevent a regulatory reversal of a recently enacted policy. Specifically, I collected a history of restructuring proceedings in each state from the Energy Information Administration. I identified the date a restructuring law passed (if passed), and the date a restructuring law was repealed or suspended (if repealed or suspended). States debated and passed restructuring laws in the mid- and late-1990s. Repeals occurred between 2001 and 2008.[14] My proxy for regulatory risk is whether a state's legislators passed and later repealed restructuring legislation. The time-invariant indicator *Repeal* is equal to one for states that passed and repealed (or suspended) restructuring legislation and zero otherwise.[15]

Because legislation must be passed before it can be repealed, I controlled for whether a state passed restructuring legislation initially. While persistent (unobserved) attributes of a state associated with passing restructuring are

---

14. In all states, the effective date of an RPS policy followed the repeal of restructuring legislation.

15. I view the Repeal indicator as reflecting the underlying, consistent instability of policy in these states. In unreported analyses, I experimented with including a time-varying measure equal to 1 following repeal. The estimated coefficient on that measure was not significant and its inclusion did not impact the results.

controlled for with the state fixed effect, I also controlled for the passage of restructuring legislation with a time-varying measure, *Restruc*, equal to one in all years after a state passed a restructuring policy, zero in all years after repeal, and zero in all years for states that never passed restructuring legislation. This accounts for any difference in the incentive or ability to develop new renewable generating assets following restructuring. I also controlled for the interaction of restructuring and an RPS policy to allow for the possibility that there are differences in the impact of RPS policies in the set of states that did pass restructuring policies.[16]

## 5.4. Control Variables

In addition to the state fixed effects, I included controls for several time-varying state-level characteristics expected to influence the demand for, and the supply of, investments in new renewable generation assets. As described above, investments in generation depend on the balance between demand for electricity, the supply of electricity, and the market price. To account for the impact of anticipated demand and the demand/supply balance, I controlled for the reserve margin (*Reserve Margin*) in the region, which is a measure of unused capacity relative to peak demand, drawn from the NERC Electricity Supply and Demand database,[17] the annual state population (*Population*) (US Census Bureau), annual state level electricity sales (*Elec Sales*), and the growth rate of electricity sales (*Sales Growth*) in the state (Energy Information Administration 2010a). I also controlled for the average electricity price (*Elec Price*) in each year in the state (Energy Information Administration 2010a), which influences the expected market price and the relative costs of traditional and renewable energy. Because demand for renewable energy also depends on the preference of the customers, I controlled for the environmental disposition of a state's constituents using the percentage of Democrats in the state legislature in each year, from the US Census Bureau Statistical Abstract *(Percent Dem)*, and per capita Sierra Club membership. With or without RPS policies, investments in renewable generation may be higher in states where customers place a higher value on environmental stewardship. Utilities could make investments to satisfy regulator requests and offer green-power programs that allow customers to voluntarily pay more for renewable energy. Finally, I controlled for the ability of customers in a state to pay a premium for renewable power with the gross state product (GSP) (Bureau of Economic Analysis 2010), which reflects the wealth of a state's customers.

---

16. Of the 22 states for which I observe post-RPS years, five states did not pass restructuring legislation.

17. NERC data does not cover Alaska and Hawaii. For these states, I used data drawn from the EIA Electric Power Annual Report (EIA 2010a) to calculate a proxy for the reserve margin equal to MWhs of electricity generated divided by MWs of installed capacity times 8760 hours per year. This proxy is not directly comparable to the reserve margins provided by NERC, but is comparable over time within the state, as required for the empirical analysis presented here.

While the reserve margin controls for the overall supply/demand balance in the state, it does not capture the balance for renewable energy specifically. To control for the existing supply of renewable generation, I included the amount of eligible existing renewable generation capacity in a state (*State Cum MW*) and region (*Region Cum MW*), as of the prior year. I used region definitions consistent with the Department of Energy (Bird et al. 2009: 5) to "reflect the ability of renewable energy generators to meet state RPS demand within the presumed constraints of power markets or electricity-deliverability requirements." For each state-year after eligibility, I aggregated the new capacity (as of the prior year) for renewable generation (in-state and in-region). When the state policy did not require new assets to generate the electricity, I considered all previously installed (but not yet retired) units eligible. In robustness tests, I also explored controls for the potential wind, biomass, and solar energy in a state (Elliott, Wendell, and Gower 1991; NREL 1991; Walsh et al. 2000; U.S. Department of Agriculture 2003).[18]

Finally, I controlled for the presence of two institutions expected to influence investments in independent (nonutility owned) generation assets, regardless of fuel type. There are well-established transaction hazards associated with market transactions for the procurement of electricity (Joskow 1996). Two institutions established to alleviate these problems and encourage the development of a competitive market for electricity generation are state-level interconnection policies and regional independent system operators (ISOs). The DSIRE database provides a record of the interconnection policies enacted by each state. I created a variable, *Post_Interconnect*, equal to one in each year beginning with the effective date in each state that passed an interconnection standard and zero otherwise. Based on reports from the EIA, I also created a variable, *ISO*, equal to one for all state-years in which there was an established ISO and zero otherwise.

## 5.5 Summary Statistics

Table 1 reports summary statistics for the balanced panel of 49 states for the 21-year period, 1990–2010. Delaware is not included in the empirical analysis because there were no new investments in renewable generation assets during the sample period. Alaska and Hawaii lack data on wind and biomass potential but are included in the primary analysis. The measures of potential wind, biomass, and solar energy are state-level, time-invariant measures intended to reflect the potential for various renewable fuels in a state. Given the empirical specification, the state fixed effects absorb these time-invariant measures, although I return to discuss them in robustness checks. As the table reports, 45% of the observations were in states that passed restructuring legislation at some point, and 16% were in states that passed and repealed

---

18. These time-invariant measures are not included in the models with state-level fixed effects. Any effect of variation in natural resource endowments across states is absorbed in the state-fixed effects.

Table 1. Summary Statistics: Panel Data set Including 49 States Over 21 years ($N = 1029$, except for policy dates, which summarize observations with that policy)

| Variable | Mean | Standard deviation | Min | Max |
|---|---|---|---|---|
| Investment (MWs) | 44.93 | 176.01 | 0 | 2844.70 |
| RPS start year (if enacted) | 2007 | 2.90 | 2000 | 2012 |
| State RPS (0/1) | 0.55 | 0.50 | 0 | 1 |
| RPS (0/1) | 0.10 | 0.30 | 0 | 1 |
| StateGap[a] ($10^6$ MWhs) | 1.51 | 8.04 | 0 | 88.21 |
| Repeal date (if repealed) | 2003 | 1.84 | 2001 | 2008 |
| State repeal (0/1) | 0.16 | 0.37 | 0 | 1 |
| Restruct law date (if law passed) | 1998 | 1.44 | 1996 | 2001 |
| State restruc (0/1) | 0.45 | 0.50 | 0 | 1 |
| Restruc (0/1) | 0.28 | 0.45 | 0 | 1 |
| ISO (0/1) | 0.24 | 0.43 | 0 | 1 |
| Interconnect (0/1) | 0.24 | 0.43 | 0 | 1 |
| Electricity Price (cents per Kwh) | 7.62 | 2.79 | 3.37 | 29.20 |
| Population ('000) | 5676.15 | 6154.63 | 453.40 | 37295.12 |
| GSP (billions of current $) | 200.66 | 252.23 | 11.51 | 1921.56 |
| Electricity Sales ('000 MWhs in state-yr) | 66813.36 | 61551.95 | 4253.84 | 348132.50 |
| Electricity sales growth (%) | 1.57 | 3.20 | −21.49 | 18.69 |
| % Dem in legislature | 0.53 | 0.15 | 0.11 | 0.91 |
| Per Capita Sierra Club Membership (per '000) | 2.13 | 2.04 | 0.31 | 52.84 |
| Solar potential ($10^6$ MW/day) | 944.63 | 914.69 | 18.01 | 5233.73 |
| Wind potential (1000 sq km windy land area)** | 22.12 | 36.21 | 0 | 123.69 |
| Biomass potential ($10^6$ dry tons/year)** | 10.86 | 8.40 | 0.12 | 33.36 |

[a]$N = 1008$, excludes Texas because comparable state gap cannot be calculated due to policy structure.

[b]$N = 987$ because there are no data on wind and biomass potential for Alaska and Hawaii.

restructuring legislation. More than half (55%) of states passed RPS policies and 10% of the state-year observations in the analysis occurred when these policies were in effect. Although the average *StateGap* appears small, this is because this variable is equal to zero in all pre-RPS years and in all years for states that did not pass RPS policies. For the post-RPS years in states with a policy, *StateGap* ranges between 0.79 and 88.21, with a mean of 15.85. In my sample, I observed post-RPS years for 22 states, of which 17 passed restructuring legislation and 5 did not. Of those 17 states, 5 subsequently repealed restructuring.[19] The correlation matrix (see Table 2) suggests that passage of RPS policies and restructuring legislation were positively correlated and

---

19. It should be noted that, among states that did not pass RPS policies, three states passed restructuring legislation and two of the three later repealed restructuring. This allows us to separately identify the effects of restructuring and repeal from those of the RPS policies.

Table 2. Correlation Matrix ($N = 1029$, $N = 987$ for correlations with wind and biomass potential)

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Investment | | | | | | | | | | | | | |
| 2 RPS | 0.25 | | | | | | | | | | | | |
| 3 Repeal | -0.00 | 0.08 | | | | | | | | | | | |
| 4 Restruc | 0.13 | 0.44 | 0.32 | | | | | | | | | | |
| 5 ISO | 0.21 | 0.38 | -0.12 | 0.54 | | | | | | | | | |
| 6 Interconnect | 0.25 | 0.42 | 0.13 | 0.33 | 0.31 | | | | | | | | |
| 7 Electricity Price | 0.09 | 0.49 | -0.07 | 0.38 | 0.44 | 0.35 | | | | | | | |
| 8 Population | 0.26 | 0.19 | 0.10 | 0.26 | 0.25 | 0.18 | 0.20 | | | | | | |
| 9 GSP | 0.34 | 0.33 | 0.11 | 0.36 | 0.37 | 0.31 | 0.30 | 0.95 | | | | | |
| 10 Electricity Sales | 0.30 | 0.12 | 0.00 | 0.19 | 0.19 | 0.19 | 0.03 | 0.91 | 0.85 | | | | |
| 11 Electricity sales growth | -0.11 | -0.21 | 0.06 | -0.14 | -0.16 | -0.23 | -0.26 | -0.07 | -0.11 | -0.04 | | | |
| 12 Solar potential | 0.20 | 0.01 | 0.27 | 0.00 | -0.12 | -0.00 | -0.04 | 0.20 | 0.19 | 0.21 | 0.09 | | |
| 13 Wind potential | 0.20 | -0.05 | -0.02 | -0.08 | -0.00 | -0.02 | -0.24 | -0.11 | -0.09 | -0.06 | 0.09 | 0.54 | |
| 14 Biomass potential | 0.16 | -0.18 | -0.23 | -0.23 | -0.06 | -0.07 | -0.33 | 0.19 | 0.14 | 0.31 | 0.04 | 0.12 | 0.36 |

Law, Economics, and Organization

that RPS policies were enacted in states with higher-than-average electricity prices and higher GSPs. There appears to be little correlation between the passage of RPS and a state's natural resource endowments.

The importance of regulatory risk is evident in the summary statistics of the average level of investment in new renewable generation before and after RPS policies took effect. Table 3 reports the average annual MWs of new renewable generation before and after RPS policies for states with greater regulatory risk (i.e., with a prior repeal of restructuring) and lower regulatory risk (i.e., no prior repeal). These statistics are based on investments in states that did pass RPS policies. In the pre-RPS years, states that repealed restructuring had higher average annual investments, although the difference across the two groups of states was not statistically significant. In the post-RPS years, investments increased in both groups of states but increased significantly more in states that did not experience a prior regulatory repeal. This basic pattern in the data is consistent with the primary prediction: that RPS policies were followed by a significantly smaller increase in renewable generation investments in states with a greater regulatory risk of policy reduction or reversal.

The empirical analysis examined whether this aggregate pattern is robust. As noted above, the empirical strategy depends on the adequacy of untreated states (those without RPS policies and those that did not repeal prior restructuring legislation) as suitable controls. If there are unobserved differences across the sets of states, this could bias the coefficient on the indicators for RPS policy, repeal, and their interaction. I examined two pairs of state subsets to evaluate this concern. Table 4 presents the comparison of means for states that passed and maintained a restructuring policy and states that passed and repealed a restructuring policy. The difference of means tests are based on data from the year 1999, before the first RPS policy became effective. The mean level of annual investment in renewable generation was larger in states that repealed restructuring but the two subsets are statistically indistinguishable. The recent growth in investments in renewable generation assets, measured by the average increase in investment during the previous 5 years, was also larger in states that repealed restructuring, but again the subsets are statistically indistinguishable. The two sets of states were also indistinguishable

Table 3. Average Annual Renewable Generation Investments Pre- and Post-RPS Policies (includes observations only for states that passed RPS policies)

| | States without repeal | States with repeal |
|---|---|---|
| Pre-RPS annual MW investment | 28.31 | 44.95 |
| | (5.41) | (10.84) |
| Post-RPS Annual MW Investment | 203.93 | 108.40 |
| | (57.93) | (27.75) |
| Pre to Post Increase in MW Investment | 175.62 | 63.45 |
| | (28.71)** | (25.49)* |

Standard errors in parentheses; *significant at the 5% level; **significant at the 1% level.

Table 4. Summary Statistics: Comparison of States with Restructuring Policies that Did and Did Not Repeal Restructuring, 1999 data ($N = 14$ no repeal, $N = 8$ repeal)

| | Restructuring, No Repeal | | Restructuring, Repeal | | Difference |
|---|---|---|---|---|---|
| | Mean | Standard deviation | Mean | Standard deviation | |
| | (1) | (2) | (3) | (4) | (1)–(3) |
| Investment (MWs) | 9.88 | 36.79 | 45.32 | 92.31 | −35.44 |
| Increase in investment (MWs) | 6.33 | 39.71 | 35.68 | 73.39 | −29.36 |
| Electricity price (cents per Kwh) | 8.18 | 1.89 | 6.20 | 1.31 | 1.98* |
| Population | 8075.63 | 6152.29 | 6886.97 | 10782.34 | 1188.66 |
| GSP | 286.42 | 224.32 | 239.47 | 398.34 | 46.94 |
| Electricity sales (MWhs in state-year) | 89696.91 | 80482.24 | 66304.24 | 72693.22 | 23392.67 |
| Electricity sales growth (%) | 2.14% | 0.02 | 0.73% | 0.03 | 1.41% |
| Solar potential ($10^6$ MW/day) | 643.96 | 958.51 | 1502.44 | 228.96 | −858.48* |
| Wind potential (1000 sq km windy land area) | 16.62 | 36.10 | 20.16 | 34.76 | −3.54 |
| Biomass potential ($10^6$ dry tons/year) | 8.82 | 9.87 | 6.59 | 5.15 | 2.22 |
| % Dem in legislature | 56.5% | 0.15 | 52.3% | 0.16 | 4.2% |
| Sierra Club membership (per '000) | 2.11 | 0.82 | 2.64 | 1.48 | −0.53 |

*Significant at the 5% level.

in terms of population, GSP, the composition of the state legislature, and the natural resource potential for wind and biomass energy generation. The only significant differences across these states were higher average electricity prices in states that did not repeal restructuring and a greater potential for solar power generation in states that repealed restructuring. To the extent that these differences across repeal and nonrepeal states moderate the impact of the RPS policy, this would undermine the interpretation of my results. I return to these differences in section 8 when I discuss the robustness tests.

Table 5 provides the difference of means tests for states that did and did not enact an RPS policy, again comparing 1999 data. The average annual investment in renewable generation assets, and the recent growth in these investments, is statistically indistinguishable across the two groups. The natural resource potential was not significantly different, either. There were differences in the average electricity price and GSP (those that enacted an RPS were higher in both regards). Previous studies have found that natural resource potential, state-level restructuring, economic conditions, population growth, and political preferences drove state RPS adoption (Huang et al. 2007; Chandler 2009; Lyon and Yin 2010). I controlled for these characteristics and others in the analysis and will discuss them in detail in the robustness tests.

## 5. Results

The empirical approach is to estimate the effect of RPS policies on the annual level of investment in new renewable generation assets and test whether this effect differs systematically with regulatory instability in a state. Table 6

Table 5. Summary Statistics: Comparison of States that Did and Did Not Enact RPS Policies, 1999 data ($N = 22$ no RPS, $N = 27$ RPS)

| | Did not enact RPS | | Enacted RPS | | Difference |
|---|---|---|---|---|---|
| | Mean | Standard deviation | Mean | Standard deviation | |
| | (1) | (2) | (3) | (4) | (1)–(3) |
| Investment (MWs) | 21.17 | 55.59 | 21.02 | 59.18 | 0.14 |
| Increase in investment (MWs) | 19.63 | 56.20 | 11.51 | 54.57 | 8.12 |
| Electricity price (cents per Kwh) | 5.86 | 1.52 | 7.38 | 2.10 | −1.52** |
| Population | 3602.22 | 3330.16 | 7017.40 | 7238.83 | −3515.16* |
| GSP | 108.31 | 105.65 | 252.22 | 264.89 | −143.91* |
| Electricity sales (MWhs in state-year) | 54394.31 | 45422.86 | 77571.93 | 71286.20 | −23177.61 |
| Electricity sales growth (%) | 2.40% | 0.03 | 1.72% | 0.02 | 0.67% |
| Solar potential ($10^6$ MW/day) | 932.35 | 1008.66 | 954.64 | 867.92 | −22.29 |
| Wind potential (1000 sq km windy land area) | 23.41 | 37.52 | 21.08 | 36.52 | 2.33 |
| Biomass potential ($10^6$ dry tons/year) | 12.75 | 7.84 | 9.33 | 8.82 | 3.43 |
| % Dem in legislature | 48.98% | 0.16 | 54.33% | 0.15 | −5.35% |
| Sierra Club membership (per '000) | 1.31 | 0.91 | 2.53 | 1.00 | −1.22** |

*Significant at the 5% level; **Significant at the 1% level.

reports the results of estimates of the annual investment in new renewable generation assets as a function of RPS policies, regulatory risk, and controls. All specifications included conditional state fixed effects and year indicator variables. The reported standard errors are robust and clustered by state.[20]

Model 1 includes control variables reflecting a state's economic and policy characteristics and the RPS policy indicator. The coefficient on the RPS policy indicator is positive and significant, indicating an increase in investments in renewable generation assets in years following an RPS policy's effective date. Model 2 adds to this model the controls for the existing installed renewable generation in the state and region, neither of which are significant predictors of current investment. Because this is a nonlinear model, the estimated coefficients do not indicate the marginal effects, making interpretation of the results difficult without further calculation. (The impact of a change in one variable depends on the level of the other variables.) In order to provide a meaningful interpretation of the results, I used the simulation-based approach to statistical inference developed by King et al. (2000). The simulation approach, like traditional hypothesis testing, is based on the central limit theorem. The premise is that if enough samples are drawn from the sampling population and used for estimation, the resulting coefficient estimates will be distributed joint normally. The difference is that the researcher simulates the distribution of coefficient estimates directly by repeatedly drawing estimates from the multivariate normal distribution. The mean simulated coefficient vector converges

---

20. A Wooldridge test for serial correlation in panel data failed to reject the null of no first-order serial correlation ($p$ value $= 0.44$).

Table 6. Investment in New Renewable Generation as a Function of RPS Policy and Regulatory Risk

|  | (1) | (2) | (3) | (4) |
|---|---|---|---|---|
| RPS | 0.499 | 0.765 | 0.694 | 0.965 |
|  | (0.254)* | (0.324)* | (0.279)* | (0.456)* |
| Repeal X RPS |  |  | **−0.960** | **−1.255** |
|  |  |  | **(0.446)*** | **(0.440)**** |
| ISO | 0.648 | 0.717 | 0.591 | 0.650 |
|  | (0.323)* | (0.371) | (0.345) | (0.413) |
| Post interconnect | −0.529 | −0.630 | −0.506 | −0.648 |
|  | (0.222)* | (0.260)* | (0.232)* | (0.267)* |
| Restructure | 1.152 | 1.218 | 0.896 | 0.908 |
|  | (0.446)** | (0.473)* | (0.539) | (0.548) |
| Restructure X RPS |  |  | −0.037 | 0.091 |
|  |  |  | (0.434) | (0.488) |
| Electricity Price | 0.324 | 0.292 | 0.252 | 0.180 |
|  | (0.159)* | (0.145)* | (0.154) | (0.141) |
| Population | −0.000 | 0.000 | −0.001 | −0.000 |
|  | (0.000) | (0.000) | (0.000) | (0.000) |
| GSP | −0.002 | −0.004 | −0.001 | −0.003 |
|  | (0.001)* | (0.001)** | (0.001) | (0.001) |
| Electricity sales | 0.000 | 0.000 | 0.000 | 0.000 |
|  | (0.000) | (0.000) | (0.000) | (0.000) |
| Electricity sales growth | 1.801 | 1.938 | 1.448 | 1.615 |
|  | (3.922) | (3.899) | (3.901) | (3.955) |
| Reserve margin | −1.345 | −1.608 | −1.233 | −1.502 |
|  | (0.861) | (0.957) | (0.930) | (0.989) |
| % Democrat | 6.299 | 7.459 | 6.073 | 7.342 |
|  | (2.104)** | (2.246)** | (2.156)** | (2.259)** |
| Sierra Club membership | −0.013 | −0.011 | −0.015 | −0.013 |
|  | (0.028) | (0.030) | (0.027) | (0.029) |
| State cum MW |  | −0.182 |  | −0.235 |
|  |  | (0.108) |  | (0.114)* |
| Region cum MW |  | −0.000 |  | −0.000 |
|  |  | (0.000) |  | (0.000) |
| Observations | 1029 | 1029 | 1029 | 1029 |
| Log Likelihood | −26581 | −26257 | −26358 | −25910 |

Estimation is Quasi-maximum-likelihood Poisson with state-level conditional fixed effects. Year indicator variables included in every model. Robust standard errors in parentheses. *Significant at the 5% level; **Significant at the 1% level. Bold font indicates estimates of primary interest for hypothesis testing.

to the original estimated coefficient vector, and the distribution of the draws of coefficient vectors reflects the precision of the coefficient estimates (King et al. 2000). This allows the calculation of predicted values and associated confidence intervals. Using the Clarify software (Tomz et al. 2001), I calculated the average effect of an RPS policy on renewable generation asset investments for a state that passed restructuring legislation, with all other variables at their mean. As depicted in the first bar of Figure 3, RPS policies were associated with an average increase in investments of nearly 7 MWs annually during the sample period, a substantial increase considering that the mean level of annual investment was 45 MWs.



Figure 3. Estimated Impact of RPS Policy and Regulatory Risk on Investments in Renewable Generation.

Model 3 added the variable of interest, *Repeal*, which proxies for regulatory risk in the state, interacted with the RPS policy indicator. Model 4 adds to this model the controls for the existing installed renewable generation in the state and region. The coefficient estimates indicate that the increase in investment in renewable generation following an RPS policy was smaller in states that passed and repealed restructuring legislation. Figure 3 depicts the predicted increase in investments in bars (2) and (3). In states that repealed restructuring legislation, annual investments did not increase following an RPS policy (i.e., the small predicted increase is not statistically different from zero). In states without a history of restructuring repeal, annual investments in renewable energy assets increased by 7.5 MWs. This supports the prediction that the exogenous increase in demand associated with an RPS policy would inspire less investment in states with higher levels of regulatory risk.

Models using the alternative measure of RPS policies, equal to the gap between the policy mandated required renewable energy and the amount available in the state (*StateGap*), are reported in Table 7.[21] Model 1 includes the same controls as model 2 in Table 6 but uses the *StateGap* measure in place of the 0/1 RPS policy indicator. Results indicate that investments in renewable generation assets increased with the larger unmet demand driven by RPS

---

21. The number of observations is smaller in these estimates because the *StateGap* is not a relevant measure for the RPS policy in Texas, as noted above.

Effect of Regulatory Uncertainty on Investment    787

Table 7. Investment in New Renewable Generation as a Function of RPS Policy and Regulatory Risk

|                          | (1)          | (2)          | (3)          |
|--------------------------|--------------|--------------|--------------|
| StateGap                 | **0.174**    | **0.178**    | **0.190**    |
|                          | **(0.036)\*\*** | **(0.036)\*\*** | **(0.038)\*\*** |
| Repeal X StateGap        |              | **−0.033**   | **−0.041**   |
|                          |              | **(0.015)\*** | **(0.015)\*\*** |
| RegionGap                |              |              | **0.024**    |
|                          |              |              | **(0.011)\*** |
| Repeal X RegionGap       |              |              | **0.004**    |
|                          |              |              | **(0.018)**  |
| ISO                      | 0.999        | 0.992        | 1.123        |
|                          | (0.456)\*    | (0.466)\*    | (0.471)\*    |
| Post interconnect        | −0.420       | −0.529       | −0.623       |
|                          | (0.286)      | (0.297)      | (0.290)\*    |
| Restructure              | −0.192       | −0.422       | −0.386       |
|                          | (0.484)      | (0.519)      | (0.540)      |
| Restructure X State Gap  | −0.172       | −0.146       | −0.151       |
|                          | (0.036)\*\*  | (0.036)\*\*  | (0.039)\*\*  |
| Electricity price        | −0.032       | −0.073       | −0.020       |
|                          | (0.108)      | (0.112)      | (0.099)      |
| Population               | −0.001       | −0.001       | −0.001       |
|                          | (0.000)\*    | (0.000)      | (0.000)\*    |
| GSP                      | 0.003        | 0.003        | 0.004        |
|                          | (0.002)      | (0.002)      | (0.002)\*    |
| Electricity sales        | −0.000       | −0.000       | −0.000       |
|                          | (0.000)      | (0.000)      | (0.000)      |
| Electricity sales growth | 1.476        | 1.658        | 1.524        |
|                          | (2.925)      | (2.976)      | (2.905)      |
| Reserve margin           | −2.653       | −2.186       | −2.398       |
|                          | (1.391)      | (1.371)      | (1.361)      |
| % Democrat               | 6.144        | 6.183        | 4.417        |
|                          | (2.453)\*    | (2.400)\*    | (2.502)      |
| Sierra Club membership   | −0.032       | −0.034       | −0.033       |
|                          | (0.026)      | (0.025)      | (0.025)      |
| State Cum MW             | −1.113       | −1.101       | −0.955       |
|                          | (0.317)\*\*  | (0.312)\*\*  | (0.322)\*\*  |
| Region Cum MW            | 0.000        | 0.000        | 0.000        |
|                          | (0.000)      | (0.000)      | (0.000)      |
| Observations            | 1008         | 1008         | 1008         |
| Log likelihood          | −22732       | −22593       | −22282       |

Estimation is Quasi-maximum-likelihood Poisson with state-level conditional fixed effects. Year indicator variables included in every model. Robust standard errors in parentheses. *Significant at the 5% level; **Significant at the 1% level. Bold font indicates estimates of primary interest for hypothesis testing.

policies, as expected. Model 2 includes the interaction of interest, of the *State-Gap* with the *Repeal* indicator, analogous to model 4 in Table 6. These results confirm those derived using the categorical RPS policy measure: the increase in renewable generation assets associated with demand created by RPS policies was roughly 17% smaller in states with a history of policy repeal than in other states.

Using this alternative measure of RPS-induced demand also allows an additional test of the theory. To the extent that investments were made partly to serve demand for renewable energy within the same region, one would expect investments to increase with the analogous "gap" between available energy and mandated targets in the region but outside of the focal state. Furthermore, investments to serve regional demand (outside of the focal state) should not be influenced by policy instability in the focal state. To test this, I estimated the model again including the *RegionalGap* variable and *RegionalGap* interacted with *Repeal*. Results, reported in model (3) of Table 7, are consistent with this prediction. Investments in a focal state increased with the regional demand gap created by RPS policies in surrounding states, and this increase was unaffected by the repeal status in the focal state.

Given the heterogeneity in state RPS policies, one potential alternative explanation is that states that repealed restructuring legislation also enacted RPS policies that were systematically less stringent. This does not appear to be the case. As reported in Table 8, a difference in means test for the effective year of an RPS policy demonstrates that states that repealed restructuring subsequently enacted RPS policies with slightly earlier effective dates, though the difference is not statistically significant. A difference of means test for the required percentage of renewable energy in the effective year across policies, in states with and without a history of repeal, demonstrates a slightly higher mean target percentage in states that did repeal, but the difference is not statistically significant. The DSIRE database also includes the target percentage for each year following RPS enactment, assuming a linear trajectory between the start year and target years unless the law specified otherwise. A difference of means test of the required percentage of renewable energy in the year 2010 demonstrates that the mean was higher for states with a prior repeal than for other states (indicating a more aggressive policy), although again the difference is not statistically significant. Finally, comparing the percentage of energy that can be met with existing renewable generation assets reveals again that states with a history of repeal also passed slightly more aggressive policies on average (their allowances for existing renewable assets

Table 8. Comparison of RPS Policy Stringency in States That Did and Did Not Repeal ($N = 21$ for no repeal, $N = 6$ for repeal)

|  | Restructuring, no repeal | | Restructuring, repeal | | Difference |
|---|---|---|---|---|---|
|  | Mean (1) | Standard deviation (2) | Mean (3) | Standard deviation (4) | (1)-(3) |
| Target renewable % | 20.38 | 9.58 | 22.17 | 6.94 | −1.78 |
| Required % renewable in 2010 | 7.35 | 8.36 | 8.42 | 7.23 | −1.07 |
| Policy effective year | 2007.52 | 3.09 | 2006.67 | 2.50 | 0.86 |
| Allowed % existing renewables | 53.48 | 50.24 | 33.33 | 51.64 | 20.14 |

None of the reported differences are statistically significant.

were lower), though again the difference is not statistically significant. Based on this comparison, it does not appear that states with a history of regulatory repeal enacted less-stringent RPS policies.

## 6. Interpretation

The empirical results demonstrate that RPS policies had a significantly smaller effect in states that previously passed and repealed electric utility industry restructuring legislation. I interpret these results to mean that a prior repeal indicates underlying policy instability in a state and that RPS policies incited less investment in states where policy instability increased the risk of RPS policy reduction or repeal. It is natural to ask whether this is the correct interpretation. There could be something unobserved in the states that repealed prior restructuring legislation, unrelated to policy stability or regulatory risk, that created the pattern I observe.

Although it is not possible to rule this out entirely, I do not believe this is the case. The difference of means tests reported in Table 3 and Table 4, and the robustness tests described below, suggest that observed differences across states are not driving the results. To further test this interpretation, I explored several factors underlying the likelihood of policy repeal in a state and examined the extent to which these underlying factors drive investments. In an analysis reported in the appendix, I drew on existing literature to explore measures of state political and institutional structures as predictors of policy instability. I found that several aspects of state institutional and political structures are, indeed, significant predictors of repeal. In particular, I found the likelihood of repeal increased with (1) the presence of a Democratic governor, (2) the presence of a consumer advocate representing ratepayers, and (3) the election (rather than appointment) of regulatory commissioners. Because these state attributes are unlikely to be correlated with the error term (they do not independently drive investment decisions except through their influence on policy stability), they provide potentially useful instruments for repeal. Results from the two-stage instrumental variables Poisson estimation using these attributes as instruments (see Appendix) are consistent with those reported previously: The effect of an RPS policy on investment in renewable generation assets was significantly lower in states with a prior repeal. This provides stronger support for my primary results and for the interpretation that a history of policy instability deters firms from investing in regulation-specific assets.

## 7. Robustness Tests

The empirical strategy assumes that there are no unobserved time varying differences across states that are correlated with RPS policy enactment or restructuring repeal and also correlated with the error term. Although it is not possible to examine unobserved variables, I pursued several robustness tests based on the observed differences across states in order to examine whether these differences across states could have moderated the effect of the RPS policy on investment and generated the observed pattern. First, the summary statistics suggest that the average price of electricity was higher in states that *did not* repeal restructuring and that *did* enact an RPS policy. A higher average price of

electricity might encourage investments in renewable generation assets in response to an RPS policy, all else equal. The difference in means argues against this as an explanation for the demonstrated negative effect of prior repeal on investments because states without a prior repeal also had higher average prices than other states. I experimented with including a control for the electricity price interacted with the RPS policy indicator. Results in column (1) of Table 9 suggest that this is not a significant predictor of increased investment following an RPS policy, and the coefficient estimates on the variables of interest are unchanged.

Second, I added controls for the state-level potential for solar energy. Firms operating in states with more natural renewable energy resources could be expected to respond more to RPS policies, all else equal. The only difference in natural resource potential evident in the summary statistics is that states that repealed restructuring also had larger potential for solar energy generation, which could result in these states installing more solar generation in response to RPS policies. Again, this runs counter to the evidence that states that repealed restructuring saw less investment in response to RPS policies. I included the interaction of solar potential with the RPS policy indicator. Results are reported in column (2) of Table 9. The coefficient on the interaction term is not significant, and the coefficients of interest did not change.

Third, the estimated coefficient on the GSP variable was highly significant in models 1 and 2 of Table 6 but became insignificant when I introduced the repeal variables in models 3 and 4.[22] This may cause concern that the repeal variables reflect differences in GSP, although the summary statistics do not suggest any significant difference in GSP across states with and without a regulatory repeal. To explore this further, I estimated a model including GSP interacted with the RPS policy indicator. The results, in model 3 of Table 9, suggest that this control is not significant; the estimated coefficients on the variables of interest did not change.

Finally, because the ISO indicator variable is a significant predictor of investment, it is possible that the negative correlation of prior repeal and ISO presence could cause the negative coefficient estimate on the interaction of *Repeal* and *RPS*. The final model in Table 9 reports results including a control for the ISO indicator interacted with the RPS policy indicator. This interaction was not significant, and the coefficients on the variables of interest did not change.

## 8. Conclusions

This article examined how the perceived risk of future regulatory change affects firm responses to a policy initiative designed to increase investment in location-specific long-lived assets. The results indicate a strong empirical relationship. RPS policies were followed by significant increases in investments in renewable resource generation assets, as the policy intended. However, there was no increase in investments in states with a prior occurrence exhibiting regulatory policy instability. I conclude that firms may be unwilling

---

22. Due to rounding, the reported results for Model 4 make it appear as if the coefficient on GSP is statistically significant. However, the coefficient on GSP is $-0.00269$ and the standard error is 0.00141. The *p*-value is 0.056.

Effect of Regulatory Uncertainty on Investment 79

Table 9. Robustness Checks, Additional Controls

|  | (1) | (2) | (3) | (4) |
|---|---|---|---|---|
| RPS | 0.980 | 0.676 | 0.903 | 0.879 |
|  | (0.883) | (0.485) | (0.473) | (0.558) |
| Repeal X RPS | **−1.255** | **−1.221** | **−1.251** | **−1.196** |
|  | **(0.445)**\*\* | **(0.481)**\* | **(0.433)**\*\* | **(0.465)**\* |
| ISO | 0.649 | 0.719 | 0.680 | 0.653 |
|  | (0.397) | (0.422) | (0.384) | (0.410) |
| Post interconnect | −0.648 | −0.560 | −0.640 | −0.648 |
|  | (0.264)\* | (0.268)\* | (0.269)\* | (0.268)\* |
| Restructure | 0.908 | 0.932 | 0.917 | 0.913 |
|  | (0.547) | (0.562) | (0.539) | (0.538) |
| Restructure X RPS | 0.091 | −0.102 | 0.039 | 0.079 |
|  | (0.493) | (0.526) | (0.505) | (0.464) |
| Electricity price | 0.180 | 0.160 | 0.183 | 0.181 |
|  | (0.138) | (0.141) | (0.141) | (0.141) |
| Population | −0.000 | −0.000 | 0.000 | −0.000 |
|  | (0.000) | (0.000) | (0.000) | (0.000) |
| GSP | −0.003 | −0.003 | −0.003 | −0.003 |
|  | (0.002) | (0.001) | (0.002) | (0.002) |
| % Democrat | 7.340 | 7.271 | 7.384 | 7.383 |
|  | (2.257)\*\* | (2.232)\*\* | (2.239)\*\* | (2.235)\*\* |
| Sierra Club member | −0.013 | −0.013 | −0.013 | −0.013 |
|  | (0.029) | (0.029) | (0.029) | (0.029) |
| Electricity sales | 0.000 | 0.000 | 0.000 | 0.000 |
|  | (0.000) | (0.000) | (0.000) | (0.000) |
| Electricity Sales Growth | 1.614 | 1.646 | 1.653 | 1.613 |
|  | (3.946) | (3.884) | (3.906) | (3.947) |
| Reserve margin | −1.501 | −1.657 | −1.503 | −1.507 |
|  | (0.992) | (1.018) | (0.992) | (0.988) |
| State cum MW | −0.235 | −0.261 | −0.244 | −0.239 |
|  | (0.113)\* | (0.112)\* | (0.107)\* | (0.113)\* |
| Region cum MW | −0.000 | −0.000 | −0.000 | −0.000 |
|  | (0.000) | (0.000) | (0.000) | (0.000) |
| Elec price X RPS | −0.002 |  |  |  |
|  | (0.081) |  |  |  |
| Solar X RPS |  | 0.000 |  |  |
|  |  | (0.000) |  |  |
| GSP X RPS |  |  | 0.000 |  |
|  |  |  | (0.001) |  |
| ISO X RPS |  |  |  | 0.117 |
|  |  |  |  | (0.539) |
| Observations | 1029 | 1029 | 1029 | 1029 |
| Log likelihood | −25910 | −25829 | −25905 | −25908 |

Estimation is Quasi-maximum-likelihood Poisson with state-level conditional fixed effects. Year indicator variables included in every model. Robust standard errors in parentheses. \*Significant at the 5% level, \*\*Significant at the 1% level. Bold font indicates estimates of primary interest for hypothesis testing

to invest in assets that are long-lived and location- and policy-specific in an environment with significant regulatory uncertainty. Consistent with this interpretation, the investment-inducing effect of regional demand for renewable energy was not reduced by instate regulatory uncertainty.

As noted above, the relationship between uncertainty and investment may be a result of both the demand of utility companies for renewable energy and the willingness of investors (utilities and private firms) to develop new renewable generation assets. If utility companies perceive that an RPS policy is likely to change, they may be unwilling to make long-term commitments to purchase renewable energy. This would obviously deter investors considering the construction of new plants. Even when utility companies respond to an RPS by seeking new renewable energy sources, regulatory policy instability may deter investors from creating those sources. Both of these mechanisms could be responsible for the observed relationship between uncertainty and investment.

By using TCE theory to consider the implied contract between regulators and firms and by explicating how instability in the policy environment affects firms' willingness to invest in specific assets, this study confirms the value of applying TCE theory to analyses of regulatory environments. The evidence that uncertainty about future regulatory policies hampers investment reveals that the same transaction hazards that influence investments in private contracts also impact private–public contracts. In other words, policy makers influence private actors not only through the policies they enact but also through the institutional environment they create, including the level of uncertainty about future policy changes, enforcement, and repeals.

To encourage compliance and private investment, and to achieve public policy goals, regulators need to reduce ex post hazards by credibly committing to policy stability and predictability. One mechanism to enhance credibility and reduce ex post hazards is to create mutual dependence (Williamson 1983). In the case of RPS policies, this could take the form of regulatory bodies supporting investments that would lose a significant portion of their value if legislators reduced renewable energy requirements. By allowing regulated utilities to recover the costs of such investments in their rates, regulators would commit ratepayers to cover the costs and would create pressure to preserve the value of the investments. Investment in transmission assets specific to the location and generating characteristics of renewable energy resources is one example. Regulators could also make choices that make it difficult to reduce renewable energy requirements, such as electing not to approve proposed investments in new natural gas exploration, processing, and transport. An alternative avenue for regulatory commitment would be to adopt requirements and procedures that make repeal or renegotiation of RPS policies more arduous. For example, the Federal Administrative Procedure Act of 1946 and subsequent state-level Administrative Procedure Acts passed by all states in the 20th century created procedures and requirements that increased the difficulty of overturning existing policies (McCubbins et al. 1987; De Figueiredo and Vanden Bergh 2004). In the case of RPS policies, legislative procedures to raise the political access and stature of renewable energy producers would make it more difficult for legislators to abandon these policies. Actions that create a more certain policy environment, including encouraging or disallowing investments and creating procedural hurdles to change as described here, promote both utility demand for renewable generation assets and investors' willingness to invest in such projects.

The implications of this analysis are critical for policy makers. Policies are enacted to encourage firms to comply with a program's objectives. An uncertain policy environment can critically undermine a policy's effectiveness by making firms less willing to invest in new assets. Firms will be even less willing to make new investments when those investments will have substantially less value under an alternative regulatory scheme. If regulators cannot credibly commit to policy initiatives that require specific investments, the best alternative to achieve policy objectives may be for government to invest in the required assets directly. This would be analogous to firms internalizing transactions in response to unmitigated transaction hazards in private contracting. This is consistent with Williamson's conclusion that government itself will have to bear the investment burden when investments are sunk and there are substantial risks of expropriation associated with policy instability (Williamson 1991).

Although this study tests predictions in a particularly specialized setting—using data on electricity industry investments in response to specific policies—the predictions themselves are not industry specific. The primary insight that uncertainty about future policy stability reduces investment in specific assets is generalizable across industries and settings. For example, firms from multiple industries have expressed frustration with uncertainty about future federal regulation of carbon emissions. Companies claim they are paralyzed because, with ongoing uncertainty about what a carbon policy might entail, they cannot determine which strategies and (policy-specific) investments are optimal. Until policy makers are able to enact legislation and credibly commit to maintaining the policy they adopt, firms will be less willing to invest in developing and adopting new technologies.

## Appendix: Institutional Structure and Policy Repeal

Policy repeal does not occur randomly. As emphasized by new institutional economics, political institutions constrain the ability of one individual or preference group to exert their will and alter existing laws (North 1990). According to North, institutions are the "constraints that human beings impose on themselves" to provide the rules of the game that "shape human interaction" (North 1990: 3–5). These institutions include the formal rules and informal norms that describe which actions are allowed, and disallowed, to different members of society.

In order to examine the role of variation in political institutions in the repeal of electricity industry restructuring legislation, I compared observable characteristics of the relevant political institutions. The 2001 energy crisis in California demonstrated that restructuring the electricity market could result in substantial and unprecedented increases in wholesale electricity rates. Restructuring policies had been viewed as benefitting customers by increasing competition, providing customer choice, and ultimately decreasing rates. The energy crisis provided a new opportunity to debate the impact of restructuring, and some consumer groups lobbied heavily for the halt or repeal of restructuring legislation. For example, the Consumer Federation of America, the country's largest consumer advocacy group, used the California energy crisis to argue that the costs of restructuring outweighed the potential benefits (Rose 2002). This gave utility companies an opening to push back against restructuring legislation.

I am interested here in whether states that passed and retained restructuring legislation had institutional characteristics that differed systematically from states that passed and repealed restructuring legislation. Where there were institutions in place to support and promote the interests of customers, I would expect to see restructuring legislation preserved. Where these institutions were lacking, utilities could exert more influence on legislative outcomes. I accounted for two state institutions that play a prominent role in the electric utility industry: (1) the presence of a ratepayer advocate in the state and (2) the election, rather than appointment, of public utility commissioners. In the 1970s and 1980s, 31 US states created independent ratepayer advocate offices and empowered them to represent consumer interests in utility proceedings (Holburn and Vanden Bergh 2006). A ratepayer advocate's mission is to represent consumer interests, including low rates, reliability, and environmental issues. Electing public utility commissioners rather than appointing them through governors or state legislatures provides a direct role for customers' interests and makes commissioners more responsive to constituents' interests. Thirteen states have elected commissioners. I created indicators for states with ratepayer advocates based on data reported in Holburn and Vanden Bergh (2006) and for states with elected commissioners based on data from the NARUC Yearbook (NARUC 1996).

Existing research in positive political theory suggests that alignment of interests reduces political constraints (Henisz 2000a, 2000b). In my context, one might expect that states in which political power is more concentrated and aligned with consumer groups would be less likely to experience legislative repeal. Conversely, in states in which power is aligned with interests that favor utilities, policy repeal would be more likely. Based on data reporting the party affiliation of the governor and members of the legislature for each state in each year (U.S. Census Bureau 2010), I created measures indicating alignment between the governor and legislature, distinguishing between alignment under the Democratic Party and alignment under the Republican Party. The excluded condition is a state government in which the majority party in the legislature was different from the party of the governor. I also created indicator variables equal to one in the year and the year following a change in the controlling party of the state legislature, from Democrat to Republican (*Leg Change to Republican*) and from Republican to Democrat (*Leg Change to Democrat*), because a change in party leadership may increase the probability of policy repeal.

In order to evaluate the importance of these institutional characteristics in determining the likelihood of legislative repeal of restructuring, I regressed the *Repeal* indicator on the state-level measures of institutional characteristics and the interaction of each of these measures with an indicator of whether the state passed restructuring legislation (*Restruc*) and included all the controls in the models predicting investment. The results indicate that the strongest predictors of repeal in states that passed restructuring were (1) the presence of a Democrat governor, (2) the presence of a formal ratepayer advocate, and (3) when state regulatory commissioners were elected rather than appointed. Other state characteristics were not statistically significant. I conclude that these state institutional characteristics dispose a state to policy instability in the electric utility industry.

These exogenous and predetermined factors provide valid instruments for the repeal of restructuring legislation. I estimated a two-stage instrumental variables model, instrumenting for the interaction *Repeal X RPS* with (1) the three institutional indicators (Democratic governor, ratepayer advocate, and elected commissioners); (2) the institutional indicators interacted with the postrestructuring indicator (*Restruc*); and (3) the institutional indicators interacted with the RPS policy indicator.

Appendix Table 1 provides the second-stage estimate based on instrumental variables Poisson estimation using GMM (Mullahy 1997). The estimated coefficient on the interaction of *Repeal* and *RPS* was negative and significant,

Appendix Table 1: Poisson Instrumental Variable Analysis

|  | (1) |
| --- | --- |
| RPS | −0.177 |
|  | (0.724) |
| Repeal X RPS | **−5.780** |
|  | **(1.011)**\*\* |
| ISO | 0.353 |
|  | (0.470) |
| Post interconnect | −1.936 |
|  | (0.423)\*\* |
| Restructure | −1.904 |
|  | (0.554)\*\* |
| Restructure X RPS | 2.622 |
|  | (1.057)\* |
| Electricity price | −0.112 |
|  | (0.129) |
| Population | 0.000 |
|  | (0.001) |
| GSP | −0.003 |
|  | (0.003) |
| % Democrat | 6.988 |
|  | (2.793)\* |
| Sierra Club member | 0.296 |
|  | (0.509) |
| Electricity sales | 0.000 |
|  | (0.000)\*\* |
| Electricity sales growth | −6.439 |
|  | (5.578) |
| Reserve margin | −0.008 |
|  | (0.531) |
| State cum MW | −0.802 |
|  | (0.176)\*\* |
| Region cum MW | 0.000 |
|  | (0.000)\*\* |
| Constant | 0.598 |
|  | (2.152) |
| Observations | 1029 |

Bold font indicates estimates of primary interest for hypothesis testing. \*Significant at the 5% level; \*\*Significant at the 1% level. Estimation method is GMM for Poisson with instrumental variables.

confirming the results reported above. In fact, the magnitude and significance levels exceeded those reported above. These results provide stronger evidence that the detrimental effect of legislative repeal on investments following RPS policy enactment was not a spurious result of state selection into the repeal group.

## References

Bergara, Mario E., Witold J. Henisz, and Pablo T. Spiller. 1998. "Political Institutions and Electric Utility Investment: A Cross-Nation Analysis," 40 *California Management Review* 18–35.

Bernanke, Ben S. 1983. "Irreversibility, Uncertainty, and Cyclical Investment," 98 *Quarterly Journal of Economics* 85–106.

Brennan, Michael J., and Eduardo S. Schwartz. 1982. "Regulatory Policy Under Uncertainty," 13 *Bell Journal of Economics* 506–21.

Bureau of Economic Analysis (BEA). 2010. *US Department of Commerce, Regional Product Division.* http://bea.gov/histdata/RMyear.asp.

Bird, Lori, David Hurlbut, Pearl Donohoo, Karlynn Cory, and Claire Kreycik. 2009. "An Examination of the Regional Supply and Demand Balance for Renewable Electricity in the United States through 2015"Technical report NREL/TP-6A2–45041.

Bloom, Nick, Stephen Bond, and John Van Reenen. 2007. "Uncertainty and Investment Dynamics," 74 *Review of Economic Studies* 391–415.

Chandler, Jess. 2009. "Trendy Solutions: Why Do States Adopt Sustainable Energy Portfolio Standards?" 37 *Energy Policy* 3274–281.

Cortazar, Gonzalo, Eduardo S. Schwartz, and Marcelo Salinas. 1998. "Evaluating Environmental Investments: A Real Options Approach," 44 *Management Science* 1059–070.

Cikierman, Alex. 1980. "The Effects of Uncertainty of Investment under Risk Neutrality with Endogenous Information," 88 *Journal of Political Economy* 462–75.

Crocker, Keith J., and Scott E. Masten. 1996. "Administered Contracts Revisited: Transaction-Cost Economics for Public Utility Regulation," 9 *Journal of Regulatory Economics* 5–39.

De Figueiredo, Rui J. P., and Richard G. Vanden Bergh. 2004. "The Political Economy of State-Level Administrative Procedure Acts," 47 *Journal of Law and Economics* 569–88.

Dixit, Avinash K., and Robert S. Pindyck. 1994. *Investment Under Uncertainty.* New Jersey: Princeton University Press.

Duane, Timothy P. 2002. "Regulation's Rationale: Learning from the California Energy Crisis," 19 *Yale Journal on Regulation* 471–540.

Energy Information Administration (EIA). 2000. *The Changing Structure of the Electric Power Industry 2000: An Update.* Report #DOE/EIA-0562(00). Washington, DC: U.S. Department of Energy.

Energy Information Administration (EIA). 2010a. *Electric Power Annual, State Data Tables.* Washington, DC: US. Department of Energy.

Energy Information Administration (EIA). 2010b. *Electricity Market Module.* Report #DOE/EIA-0554 (2010). Washington, DC: U.S. Department of Energy.

Elliott, Dennis L., Larry L. Wendell and Gene L. Gower. 1991. *Assessment of the Available Windy Land Area and Wind Energy Potential in the Contiguous United States.* Pacific Northwest Laboratory. Washington, DC: U.S. Department of Energy.

Gilbert, Richard T. and David M. Newbery. 1994. "The Dynamic Efficiency of Regulatory Constitutions," 25 *The RAND Journal of Economics* 538–554.

Guiso, Luigi, and Giuseppe Parigi. 1999. "Investment and Demand Uncertainty," 2 *Quarterly Journal of Economics* 185–227.

Henisz, Witold J. 2000a. "The Institutional Environment for Multinational Investment." 16 *Journal of Law, Economics, and Organization* 334–64.

———2000b. "The Institutional Environment for Economic Growth," 12 *Economics and Politics* 1031.

Henisz, Witold J., and Oliver E. Williamson. 1999. "Comparative Economic Organization—Within and Between Countries," 1 *Business and Politics* 261–77.

Henisz, Witold J., and Bennet A. Zelner. 2001. "The Institutional Environment for Telecommunications Investment," 10 *Journal of Economics and Management Strategy* 123–47.

Holburn, Guy L. F., and Richard G. Vanden Bergh. 2006. "Consumer Capture of Regulatory Institutions: The Creation of Public Utility Consumer Advocates in the United States," 126 *Public Choice* 45–73.

Huang, Ming-Yuan, Janaki R. R. Alavalapati, Douglas R. Carter, and Matthew H. Langholtz. 2007. "Is the Choice of Renewable Portfolio Standards Random?" 35 *Energy Policy* 5571–5575.

Joskow, Paul L. 1996. "Introducing Competition into Regulated Network Industries: from Hierarchies to Markets in Electricity," 5 *Industrial and Corporate Change* 341–82.

Kellogg, Ryan. 2010. "The Effect of Uncertainty of Investment: Evidence from Texas Oil Drilling." NBER Working Paper 16541.

King, Gary, Michael Tomz, and Jason Wittenberg. 2000. "Making the Most of Statistical Analyses: Improving Interpretation and Presentation," 44 *American Journal of Political Science* 347–61.

Kolbe, A. Lawrence, and William B. Tye. 1991. "The Duquesne Opinion: How Much "Hope" is There for Investors in Regulated Firms?" 8 *Yale Journal on Regulation* 113–157.

Levy, Brian, and Pablo T. Spiller. 1994. "The Institutional foundations of Regulatory Commitment: A Comparative Analysis of Telecommunications Regulation," 10 *Journal of Law, Economics, and Organization* 201–46.

Lyon, Thomas P. 1991. "Regulation with 20-20 Hindsight: 'Heads I Win, Tails You Lose'?" 22 *The RAND Journal of Economics* 581–595.

Lyon, Thomas P., and Haitao Yin. 2010. "Why Do States Adopt Renewable Portfolio Standards?: An Empirical Investigation," 31 *Energy Journal* 133–57.

Lyon, Thomas P., and John W. Mayo. 2005. "Regulatory Opportunism and Investment Behavior: Evidence from the U.S. Electric Utility Industry," 36 *RAND Journal of Economics* 628–44.

McCubbins, Mathew D., Roger G. Noll, and Barry R. Weingast. 1987. Administrative Procedures as Instruments of Political Control," 3 *Journal of Law, Economics, and Organization* 243–77.

McDonald, Robert, and Daniel Siegel. 1986. "The Value of Waiting to Invest," 101 *Quarterly Journal of Economics* 707–28.

Mullahy, John. 1997. "Instrumental-Variable Estimation of Count Data Models: Applications to Models of Cigarette Smoking Behavior," 79 *Review of Economics and Statistics* 586–93.

NARUC. 1996. *Profiles of Regulatory Agencies of the U.S. and Canada, Yearbook 1995–1996.* Washington, DC: National Association of Regulatory Utility Commissioners.

NREL. 1991. *Solar Radiation Manual for Flat-Plate and Concentrating Collectors.* http://rredc.nrel.gov/solar/old_data/nsrdb/redbook/sum2/state.html. Golden, CO: National Renewable Energy Laboratory.

North, Douglass C. 1990. *Institutions, Institutional Change, and Economic Performance.* Cambridge, England: Cambridge University Press.

Oxley, Joanne E. 1991. "Institutional Environment and the Mechanisms of Governance: The Impact of Intellectual Property Protection on the Structure of Inter-firm Alliances," 38 *Journal of Economic Behavior and Organization* 283–309.

Pindyck, Robert S. 1988. "Irreversible Investment, Capacity Choice, and the Value of the Firm," 78 *American Economic Review* 969–85.

——— 1991. "Irreversibility, Uncertainty, and Investment," 29 *Journal of Economic Literature* 1110–148.

——— 2007. "Uncertainty in Environmental Economics," 1 *Review of Environmental Economics and Policy* 45–65.

Rose, C. D. 2002. "Power Deregulation Halt Sought by Group." *The San Diego Union-Tribune.*

Simcoe, Tim. 2007. *"XTPQML: Stata Module to Estimate Fixed-Effects Poisson (Quasi-ML) Regression with Robust Standard Errors."* Statistical Software Components S456821. Boston, MA: Boston College Department of Economics, revised Sept. 22, 2008.

Smith, Michael D. 2002. "Lessons to Be Learned from California and Enron for Restructuring Electricity Markets," 15 *Electricity Journal* 23–32.

Teisberg, Elizabeth Olmsted. 1993. "Capital Investment Strategies under Uncertain Regulation," 24 *RAND Journal of Economics* 591–604.

Tidball, Rick, Joel Bluestein, Nick Rodriguez, and Stu Knoke. 2010. "Cost and Performance Assumptions for Modeling Electricity Generation Technologies," NREL/SR-6A20-48595. Golden, CO: National Renewable Energy Laboratory.

Tomz, Michael, Jason Wittenberg, and Gary King. 2001. *CLARIFY: Software for Interpreting and Presenting Statistical Results*. Cambridge, MA: Harvard University Press.

U.S. Department of Agriculture. 2003. *Summary Report: 2003 National Resources Inventory*, Washington DC: National Resources Conservation Service.

U.S. Census Bureau. *Population Estimates*. http://www.census.gov/popest/states/NST-ann-est.html. Washington, DC: U.S. Census Bureau.

U.S. Census Bureau. 2010. *Statistical Abstracts: Composition of State Legislatures, by Political Party Affiliation*. Washington, DC: US Census Bureau.

Walsh, Marie E., Robert L. Perlack, Anthony Turhollow, Daniel de la Torre Ugarte, Denny A. Becker, Robin L. Graham, Stephen E. Slinsky, and Daryll E. Ray. 2000. *Biomass Feedstock Availability in the United States: 1999 State Level Analysis*. Oak Ridge, TN: Oak Ridge Laboratory. http://bioenergy.ornl.gov/resourcedata/index.html.

Williamson, Oliver E. 1975. *Markets and Hierarchies: Analysis and Antitrust Implications*. New York: Free Press.

——— 1976. "Franchise Bidding for Natural Monopolies—In General and with Respect to CATV," 7 *Bell Journal of Economics* 73–104.

——— 1983. "Credible Commitments: Using Hostages to Support Exchange," 73 *American Economic Review* 519–40.

——— 1985. *The Economic Institutions of Capitalism: Firms, Markets, Relational Contracting*. New York: Free Press.

——— 1991. "Comparative Economic Organization: The Analysis of Discrete Structural Alternatives," 36 *Administrative Science Quarterly* 269–96.

Wooldridge, Jeffrey M. 1999. "Distribution-Free Estimation of Some Nonlinear Panel Data Models," 90 *Journal of Econometrics* 77–97.

Yin, Haitao, and Nicholas Powers. 2010. "Do State Renewable Portfolios Standards Promote In-state Renewable Generation?" 38 *Energy Policy* 1140–149.

# EXHIBIT BH-84

Journal of Monetary Economics 81 (2016) 89–101



Contents lists available at ScienceDirect

# Journal of Monetary Economics

journal homepage: www.elsevier.com/locate/jme



# Lending on hold: Regulatory uncertainty and bank lending standards



Stefan Gissler, Jeremy Oldfather, Doriana Ruffino *

*Federal Reserve Board, United States*

ARTICLE INFO

*Article history:*
Received 21 January 2016
Received in revised form
29 March 2016
Accepted 30 March 2016
Available online 9 April 2016

*Keywords:*
Policy uncertainty
Credit cycles
Qualified mortgages

ABSTRACT

The 2011–2013 rule-making process for the regulation of qualified mortgages was correlated with a reduction in mortgage lending. In this paper, we document this correlation at the bank level. Using a novel measure of banks' perception of regulatory uncertainty, we offer suggestive evidence that banks that perceived higher regulatory uncertainty (or that were more adverse to it) reduced lending more severely. Other channels that might explain banks' lending behavior–investment/securitization, putbacks by government sponsored enterprises, and general economic uncertainty–are also considered.

Published by Elsevier B.V.

## 1. Introduction

Does higher regulatory uncertainty constrain credit? A growing body of literature suggests that uncertainty has real effects for the economy—it may decrease firms' investments (Gilchrist et al., 2014), dampen consumers' demand for goods and services in a downturn (Romer, 1990), and lead consumers to be more cautious (Eberly, 1994). Government interventions and regulatory policies are leading sources of uncertainty.[1] Although recent research shows that expectations over future policy changes do affect economic agents' current decisions—an argument made famous by Lucas (1976) and Kydland and Prescott (1977)—it has proven difficult to disentangle the effects of policy uncertainty from other macroeconomic factors.

In this paper we document a large decrease in mortgage lending by banks at a time of high regulatory uncertainty. We propose a novel approach to measure regulatory uncertainty (and banks' aversion toward it), and we provide suggestive evidence on the effect of regulatory uncertainty for mortgage lending.

Between 2011 and 2014, the Consumer Financial Protection Bureau (CFPB) proposed and implemented laws regarding minimum requirements that mortgage lenders must consider before extending credit to consumers. Any mortgage to fulfill these requirements—defined as a "qualified mortgage" (QM)—would grant a lender some degree of protection against legal actions by borrowers. However, the 2011 rule proposal regulating QM was rather vague: For example, it introduced a cap on a borrower's debt-to-income (DTI) ratio without specifying a value or even a likely range of values. A lender's legal protection, warranted by issuing a QM, was also undetermined. In 2013, the CFPB published the final set of requirements,

---

* Corresponding author.
*E-mail addresses:* Stefan.Gissler@frb.gov (S. Gissler), Jeremy.D.Oldfather@frb.gov (J. Oldfather), Doriana.Ruffino@frb.gov (D. Ruffino).
[1] Fernández-Villaverde et al. (2015) show how fiscal uncertainty about the timing and form of budgetary adjustments reduces investment, employment, and consumption. Baker et al. (2013) link the slow recovery from the Great Recession to higher policy uncertainty during the period from 2007 to 2009.

http://dx.doi.org/10.1016/j.jmoneco.2016.03.011
0304-3932/Published by Elsevier B.V.

S. Gissler et al. / Journal of Monetary Economics 81 (2016) 89–101



**Fig. 1.** *Loan issuances for selected DTI ratios.* This graph shows the ratio of loans issued in month $t$ and featuring a DTI ratio of 21 or less over the total number of loans issued at $t$. It also depicts the ratio of loans issued in month $t$ and featuring a DTI ratio of 37–43 over the total number of loans issued at $t$.

including a monthly DTI ratio of 43 percent or less. By meeting these requirements, a lender could prove a borrower's ability to repay a loan and, in return, receive "safe harbor" legal protection.

For 18 months, the absence of a bright-line rule created high uncertainty about the future value of the DTI cap. Fig. 1 illustrates changes in the composition of banks' mortgage portfolios (new loans) during this time. It compares the share of loans most likely affected by policy uncertainty—loans with DTI ratios greater than 36% and lower than 44%—with the safest loans to be originated—loans with DTI ratios below 21%.[2] At the time of uncertainty about the QM definition (between the vertical lines), the share of 37–43% DTI loans over total originations plummeted 6 percent. Meanwhile, the share of loans with DTI ratios below 21 rose by 12 percent. As uncertainty was resolved by the publication of the final rule, the shares reverted.[3]

We provide suggestive evidence for a causal interpretation of these findings, which we confirm at the bank level. Banks differed in their estimations of regulatory uncertainty as well as in their attitudes toward it. To measure these differences, we search for "uncertainty" and "negative" words in the text of over 2500 public comment letters submitted by large banks after each step of the rule development.[4] Our search shows that policy uncertainty and banks' attitude toward uncertainty varied greatly across lenders. When matched with monthly lending data, this result allows us to investigate differential changes in housing credit.

In particular, we measure a bank's uncertainty and its attitude toward such uncertainty by counting "uncertainty" and "negative" words in public bank comments submitted during the "due process of the law," respectively. We find that if a bank perceives higher uncertainty, or if it is more adverse to uncertainty than other banks, it is less likely to issue loans with DTI ratios between 37 and 43 prior to publication of the final rule. More uncertain banks issue fewer loans: An one standard deviation increase in uncertainty is correlated with a reduction of a bank's total monthly originations by 1.57 standard deviations.

As our results rely on the assumption that banks were uncertain about the future regulatory DTI ratio (and not just about any proposed criterion for qualified mortgages), we apply natural language processing (NLP) to uncover hidden topics in bank comments. We find that a borrower's DTI ratio and a lender's legal protection were the most prevalent topics. To instrument for these sources of uncertainty, we collect data on lawsuits on the subject "Truth in Lending Act." We show that banks that historically were sued more often displayed higher uncertainty, higher aversion to uncertainty, or both during the rule-making process.

Our findings are robust to several concerns. First, we obtain these findings from a large sample of banks, which includes banks that did not submit a comment. We treat the latter banks as uncertainty neutral, possibly inducing a selection bias. When we restrict the sample to banks that submitted a comment, our findings persist. Next, we control for bank-level putbacks by government sponsored enterprises (GSEs). Our concern is that the repurchases of "bad" loans requested by the GSEs might have added to QM uncertainty and contributed to reduce lending. Accounting for putback activities, and for the ultimate investment/securitization channel of a loan, does not alter our results.

---

[2] Banks' expectations about the future DTI cap were somewhat shaped by target DTI ratios from other proposals or agencies. For example, the maximum back-end DTI ratio proposed for qualified residential mortgages was 36. The Federal Housing Administration's underwriting standard was set at 43.

[3] Interestingly, the share of loans with DTI ratios between 37 and 43 declines—and the share of loans with DTI ratios below 21 increases—at the time of the rule proposal (the left vertical bar). Anecdotal evidence suggests that the costs of adjusting a bank's underwriting model, including the updating of its information system, are high enough to prompt a bank to act quickly in anticipation of the final rule.

[4] Uncertainty words or sentences from comments are, for example, "an explicit acknowledgement of that would be helpful," "additional guidance would be appreciated," "references credit history, debt-to-income ratio, and current obligations, but does not specify what metrics should be used," "we ask you to clarify," and "we will not know what we need to do to comply."

This paper is related to several strands of past research. First, we add to the literature on economic uncertainty and, in particular, to the growing literature on policy uncertainty. While most of these models define uncertainty broadly, some narrow its source and analyze specific events. For example, Julio and Yook (2012) document that high political uncertainty causes lower investment in election years. Pastor and Veronesi (2012) measure movements in stock prices after a policy change is announced. It is in this vein that we develop our paper. Methodologically, our paper is perhaps closest to the work of Baker et al. (2013), whose measure of uncertainty is also based on text analysis. In spirit, our findings align with those derived from models of real economic activity under uncertainty (see Garlappi et al., 2013, among others).

Our contribution to past research is threefold. First, we document a large portfolio re-allocation of newly issued loans at a time of high regulatory uncertainty. As uncertainty was resolved, banks' portfolio shares reverted to the original allocations. Second, we propose a novel measure of regulatory uncertainty that captures banks' sentiment toward such uncertainty. Third, our identification strategy suggests a causal link between the observed changes in lending and heightened regulatory uncertainty.

Section 2 provides detailed background information on the QM regulatory framework. Section 3 defines regulatory uncertainty and offers a channel through which regulatory uncertainty translates into lower lending. Section 4 describes the data. Results on how uncertainty changed the composition of banks' mortgage portfolios, and on how much total lending shrank as a result of it, are presented in Section 5. Section 6 shows that these results are robust to endogeneity and other concerns. Section 7 concludes.

## 2. The regulation of qualified mortgages

Enacted in 1968, the Truth in Lending Act (TILA) established requirements on the disclosure of terms and costs in consumer credit transactions. In 2010, TILA was substantially amended with the introduction of the Dodd-Frank Wall Street Reform and Consumer Protection Act (commonly referred to as Dodd-Frank).[5]

Title XIV of Dodd-Frank established that lenders may only issue a mortgage if they can ensure that borrowers will have the "ability to repay" (ATR) it. Qualified mortgages under this title would provide the lender with varying degrees of legal protection should the borrower decide to litigate under the ATR standards. The Board of Governors of the Federal Reserve System was made responsible for defining qualified mortgages under Dodd-Frank.

In May 2011, the Board of Governors of the Federal Reserve System proposed two alternative definitions for a "general qualified mortgage." The definitions included various ATR standards as well as loan-level characteristics and ensured that the lender would receive legal protection in the form of either a conclusive presumption (that is, "safe harbor") or a rebuttable presumption.[6] Only the rebuttable presumption alternative included a borrower's DTI ratio as a guideline for qualified mortgages. However, even this definition lacked a concrete limit on the DTI ratio.

In January 2013, the CFPB issued the final rule and resolved the statutory uncertainty. The rule required lenders to consider eight factors in assessing a borrower's ATR, including a monthly DTI ratio less than or equal to 43. Lenders issuing a qualified mortgage would secure "safe harbor" legal protection.

Anecdotal evidence suggests that lenders were surprised by the final rule on two fronts.[7] First, the rule included a clear DTI ratio cutoff. Prior to the second comment period, the CFPB had solicited opinions on the inclusion of a DTI ratio cutoff. In response, lenders expressed concerns that a too-low DTI ratio would constrain credit excessively. Instead, most lenders favored combining a DTI ratio requirement with other (less stringent) conditions. Second, the rule fixed the DTI ratio limit at 43. This limit was the upper bound of lenders' expectations. Indeed, an early proposal setting guidelines for qualified residential mortgages had indicated a DTI ratio limit of 36. The Federal Housing Administration's underwriting standard was, instead, set at 43. As lenders' uncertainty about the DTI ratio was spread over the range 37–43, we focus on this range for the analysis that follows.

The next section proposes a simple framework to study the effects on banks' behavior of a prolonged rule-making process marked by high regulatory uncertainty.

## 3. A framework for regulatory uncertainty

The following example helps to illustrate our preferred interpretation of regulatory uncertainty. A profit-maximizing bank chooses which loans to originate on the basis of loan-level, collateral-level, and borrower-level characteristics—including a borrower's DTI ratio. New regulation introducing changes to any of these characteristics, without also providing

---

[5] TILA is implemented through Regulation Z, which was issued by the Board of Governors of the Federal Reserve System and was subsequently amended by the Consumer Financial Protection Bureau (CFPB).

[6] A lender may be sued for breaching TILA regardless of the type of presumption. However, a "safe harbor" would have provided a lender with a clear path for disposing of spurious complaints pre-trial, whereas the precedence of a rebuttable presumption suggested that a case would not be resolved until the plaintiff was given the opportunity to present evidence in the trial stage. Consequently, a rebuttable presumption was perceived as the more costly alternative and, absent a bright-line rule on DTI, more difficult to defend successfully.

[7] "The measure has been among the most hotly contested post-financial crisis US rules […] and fears over the rules have contributed to currently tighter mortgage standards." From *The Financial Times*: US home loan rules to be unveiled (January 10, 2013).

a bright-line rule, might create uncertainty in a bank's future profits. And because the bank does not know the odds that a given DTI cap will eventually be adopted, it forms expectations over a range of likely cap values through a set of plausible probability distributions (that is, the bank is *subjectively* uncertain about the probability distributions relevant to its origination decision).[8] This uncertainty about the DTI cap translates into uncertainty about future profits, which a bank generally dislikes. In particular, an uncertainty-averse bank dislikes high variance in future expected profits (over the set of plausible probability distributions). Some factors that might affect the distribution of future expected profits include banks' worries about the monetary and legal implications of making a risky decision ex-ante. If so, the bank will make a decision that is "robust" to uncertainty or model misspecification, in the vein of Hansen and Sargent (2000). That is, the bank will limit originations within a presumed range of values for the DTI cap. Such worries over a tighter DTI cap may, however, vary significantly across banks. For example, banks that tend to issue safer loans, or that consider the eventuality of being sued for mortgage fraud improbable, might be less affected by regulatory uncertainty.

Our bank-specific measure of uncertainty accounts for (i) a bank's uncertainty about the odds of a given DTI cap being adopted (its prior beliefs), and (ii) a bank's attitude toward such uncertainty (its tastes). We compute this measure by counting "uncertainty" and "negative" words in public bank comments submitted during the "due process of the law" (see Section 4.2). Borrowing from the language introduced previously, the use of uncertainty words indicates that the bank evaluates future expected profits (as a function of the uncertain DTI cap) through multiple probability distributions. Negative words indicate that the bank dislikes mean-preserving spreads in future expected profits, over the set of probability distributions.

Note that one could also think of regulatory uncertainty as *objective* uncertainty, much like Fernández-Villaverde et al. (2015). In this world, banks share the same prior beliefs relevant to the origination decision and maximize profits in function of the regulatory cap (whose odds are known). Variations over the expected DTI cap determine the impact of the new regulations on profits—the "impact uncertainty" introduced by Pastor and Veronesi (2012). We could measure this impact by the count of uncertainty words. The count of negative words, instead, would measure a bank's exposure to the new policy and to its impact on profits.

We find that heterogeneity in banks' uncertainty to regulatory policy is due primarily to their attitude toward uncertainty. If differences in uncertainty words across banks are significant but modest, differences in negative words are quite large.

## 4. Data

This section details the mortgage data and introduces the uncertainty measure.

### 4.1. Mortgage data

We utilize monthly residential mortgage data from the Residential Mortgage Servicing Database (RMS). We focus on 30-year fixed rate retail and wholesale mortgages originated between 2009:Q3 and 2013:Q4. RMS provides comprehensive coverage of newly originated loans, including loan characteristics (closing date, mortgage rate, loan purpose, loan type, origination amount, original term, prepayment penalties, documentation, and recourse), collateral characteristics (loan-to-value ratio, appraisal amount, property type, property state and ZIP code), and borrower characteristics (debt-to-income ratio, credit score, and occupancy type). However, RMS does not include lender characteristics. To address this concern, we merge RMS data with regulatory and confidential data through the Home Mortgage Disclosure Act (HMDA). HMDA records mortgage applications, denials, approvals, and originations, as well as lender identifiers for depository institutions. We successfully match 1.86 million loans, or 33 percent of the loans in RMS.[9]

### 4.2. Uncertainty measure

We measure policy uncertainty by analyzing the text of over 2500 public comments submitted by banks and credit unions during the "due process of the law."[10] We search the comments for "uncertainty" and "negative" words from the sentiment dictionaries by Loughran and McDonald (2011). Our measure of a lender's uncertainty is the share of uncertainty and negative words over the total number of words in that lender's comment. As we anticipated in Section 3, we posit that our measure captures a bank's uncertainty about a given DTI cap (through the count of uncertainty words), its attitude toward such uncertainty (through the count of negative words), and even the effects from the mere introduction of a DTI cap.

---

[8] See Klibanoff et al. (2005) for a formal decision making model of subjective uncertainty.

[9] RMS includes 5.57 million retail and wholesale loans originated between July 1, 2009, and December 31, 2013. After merging the RMS data with the HMDA data and correcting for duplicates, we have 1.86 million loans left.

[10] In particular, comments on the proposed rule were submitted over the periods May 11–July 22, 2011; June 5–July 9, 2012; and August 10–October 9, 2012.

S. Gissler et al. / Journal of Monetary Economics 81 (2016) 89–101

Banks that did not submit a comment are given uncertainty equal to zero. Even if some of these banks were members of lobbying entities that did submit a comment, we cannot count such banks, as we were unable to obtain membership affiliations at the time the comments were submitted. Because this specification may bias our estimates—it was mostly large banks that submitted comments—we also present results for the restricted sample of banks that did submit a comment (Table 1).[11]

## 5. Results

We show how uncertainty changed the composition of banks' mortgage portfolios (Section 5.1) and how much total lending shrank as a result of it (Section 5.2).

### 5.1. The composition of banks' mortgage portfolios

In the time between the publication of the proposal and the publication of the final rule, the share of 37–43 DTI loans declined by one-third. Such a decline was more than offset by the sharp rise in the share of loans with DTI ratios below 21 (Fig. 1). Do these aggregate shares also mirror the changes in the composition of individual banks' portfolios? We specify the following bank-level model:

$$y_{i,t} = \beta_1 proposal_t + \beta_2 uncertainty_i + \beta_3(proposal_t * uncertainty_i) + \gamma_{i,t}x_{i,t} + \epsilon_{i,t}, \tag{1}$$

where $y_{i,t}$ is the ratio of loans featuring a DTI ratio of 37 to 43 over the total number of loans, or over the number of loans featuring a DTI ratio of 20 or less, by bank $i$ during month $t$. $proposal_t$ is a dummy that takes value 1 between May 2011 and December 2012 and 0 otherwise. $uncertainty_i$ is the share of uncertainty and negative words over the total number of words in bank $i$'s comment and 0 if a bank has not submitted a comment. $x_{i,t}$ includes bank-specific and time-specific fixed effects. Monthly fixed effects control for market-wide unobserved heterogeneity, and bank-specific fixed effects control for heterogeneity across lenders.

Table 2 shows the results for the variable of interest: the interaction term between a bank's uncertainty and the time dummy over the proposed rule period. The first column suggests that at least some of the changes in the portfolio composition seen in Fig. 1 are due to policy uncertainty. More uncertain banks decrease their ratio of 37–43 DTI loans over safer loans with a DTI ratio below 21.[12] If a bank's uncertainty during the time of the policy proposal is one standard deviation higher than the mean uncertainty value, the bank's share of 37–43 DTI ratio loans relative to loans with a DTI ratio below 21 decreases by 31 percent (column 1). However, uncertainty does not appear to lower the likelihood of a bank originating a 37–43 DTI-ratio loan more than any other loan: The point estimate in column 2 is negative but insignificant. This result could be explained by a decrease in the total number of originations, not only loans with a 37–43 DTI ratio (Section 5.2).

These results confirm the composition effect of Fig. 1. The decrease in the share of 37–43 DTI ratio loans was mainly offset by an increase in the share of < 21 DTI ratio loans. This effect persists when we focus on the subsample of banks that submitted a comment following the proposed rule (columns 3 and 4). A bank perceiving uncertainty that is one standard deviation higher than the mean uncertainty value decreases by 20 percent its share of loans with DTI ratio of 37–43 relative to loans with DTI ratio below 21 (column 3). Even within the restricted group, the decrease in the share of 37–43 DTI ratio loans relative to the overall portfolio is statistically insignificant (column 4).

In the next section we show that not only did regulatory uncertainty change the composition of banks' mortgage portfolios, but it also changed their size.

### 5.2. The size of banks' mortgage portfolios

In this section, we investigate how the level of bank lending changed over our period of interest. We measure the size of a bank's mortgage portfolio in two ways: by the logarithm of the total (dollar) loan amount and by loan issuances (that is, the total number of originations). We estimate the following model:

$$y_{i,t} = \beta_1 proposal_t + \beta_2 uncertainty_i + \beta_3(proposal_t * uncertainty_i) + \gamma_{i,t}x_{i,t} + \epsilon_{i,t}, \tag{2}$$

where $y_{i,t}$ is either measure listed above, computed monthly between July 2009 and December 2013 for bank $i$. On the right-hand side, the variable of interest remains the interaction term between a bank's uncertainty and the time dummy over the proposed rule period. We estimate the model by DTI classes and control for both bank and time fixed effects, $x_{i,t}$.

Table 3 presents the results. We find that the size of a bank's portfolio of newly originated loans shrinks as uncertainty rises. Column 4 reports the point estimate for 37–43 DTI ratio loans—the DTI class most likely affected by uncertainty about the DTI threshold. It shows that if a bank's uncertainty during the time of the policy proposal is one standard deviation higher than the mean uncertainty value, the bank's monthly loan amount decreases by 0.52 standard deviations (column 4,

---

[11] Size is the only bank-level characteristic that we found to be significantly different between banks that submitted a comment and banks that did not submit a comment. The two samples are observationally equivalent based on other standard bank-level and loan-level characteristics.

[12] Here, we deem a loan "safe" if its issuance would impart a creditor low costs or risks.

S. Gissler et al. / Journal of Monetary Economics 81 (2016) 89–101

**Table 1**

*Summary statistics*: This table provides summary statistics for the loan- and bank-level variables used in our analysis. Values are computed on the RMS-HMDA merged sample. Origination amount is the original loan amount. DTI is the back-end debt-to-income ratio. Loan issuances is the total number of loan originations. Loan amount is the sum of origination amounts. Uncertainty is a bank's uncertainty, as defined in the main text. Equity is a bank's equity as reported in the Call Report data. $N$ is the number of observations.

| Variable | (1) Mean | (2) STDEV | (3) Median | (4) $N$ |
|---|---|---|---|---|
| *Loan-level variables* | | | | |
| Origination amount ($K) | 319.7 | 331.5 | 232 | 301,801 |
| DTI | 32.31 | 13.89 | 31 | 301,801 |
| *Bank-level variables* | | | | |
| Loan issuances | 17,753 | 59,421.9 | 3 | 17 |
| Loan amount ($M) | 5.675 | 18.487 | 0.001 | 17 |
| Equity ($M) | 20.983 | 51.397 | 0.182 | 14 |
| Uncertainty | 0.0313 | 0.0152 | 0.0240 | 16 |

**Table 2**

*Composition of mortgage portfolio*: This table provides the results of regression (1). $proposal_t$ and $uncertainty_i$ are defined in the main text. The dependent variable is the logarithm of the ratio of the number of loans with $37 \leq DTI \leq 43$ over the number of loans with $DTI < 21$ (columns 1 and 3) or the logarithm of the ratio of loans featuring $37 \leq DTI \leq 43$ over the total number of loans (columns 2 and 4). The first two columns report estimates for the full sample of banks, and the last two columns report estimates for the subsample of banks that submitted a comment. Robust standard errors are reported. * denotes significance at the 10% level. ** denotes significance at the 5% level. *** denotes significance at the 1% level.

| Variable | (1) $\frac{37-43}{<21}$ | (2) $\frac{37-43}{N}$ | (3) $\frac{37-43}{<21}$ | (4) $\frac{37-43}{N}$ |
|---|---|---|---|---|
| proposal*uncertainty | −6.783*** | −2.027 | −14.03** | −5.546 |
| | (−3.11) | (−1.36) | (−2.03) | (−1.23) |
| time FE | Yes | Yes | Yes | Yes |
| bank FE | Yes | Yes | Yes | Yes |
| $N$ | 4129 | 8360 | 225 | 261 |
| $R^2$ | 0.568 | 0.638 | 0.457 | 0.567 |

**Table 3**

*Loan amount and issuances*: This table reports the results of regression (2). $proposal_t$ and $uncertainty_i$ are defined in the main text. The dependent variable is either the logarithm of the total (dollar) loan amount originated by bank $i$ in month $t$ by DTI classes (panel A), or the number of loan issuances by bank $i$ in month $t$ (panels B and C). The results are reported by DTI class. Panels A and B report estimates for the full sample of banks. Panel C reports estimates for the subsample of banks that submitted a comment. Robust standard errors are reported. * denotes significance at the 10% level. ** denotes significance at the 5% level. *** denotes significance at the 1% level.

| Variable | (1) < 21 | (2) 21–28 | (3) 29–36 | (4) 37–43 | (5) 44–50 |
|---|---|---|---|---|---|
| *Panel A: Loan amount, full sample* | | | | | |
| proposal*uncertainty | −11.95** | −15.57*** | −16.19*** | −17.76*** | −12.34** |
| | (−2.09) | (−2.90) | (−3.38) | (−3.42) | (−2.53) |
| time FE | Yes | Yes | Yes | Yes | Yes |
| bank FE | Yes | Yes | Yes | Yes | Yes |
| $N$ | 7165 | 9051 | 9297 | 8360 | 6136 |
| $R^2$ | 0.823 | 0.807 | 0.802 | 0.793 | 0.806 |
| *Panel B: Loan issuances, full sample* | | | | | |
| proposal*uncertainty | −5375.9** | −6480.3** | −6420.0*** | −4256.0*** | −2481.4*** |
| | (−2.29) | (−2.49) | (−2.58) | (−2.62) | (−2.86) |
| time FE | Yes | Yes | Yes | Yes | Yes |
| bank FE | Yes | Yes | Yes | Yes | Yes |
| $N$ | 7165 | 9051 | 9297 | 8360 | 6136 |
| $R^2$ | 0.658 | 0.525 | 0.489 | 0.539 | 0.253 |
| *Panel C: Loan issuances, restricted sample* | | | | | |
| proposal*uncertainty | −9048.8** | −10,727.0** | −10,297.0** | −5399.6** | −3137.4** |
| | (−2.09) | (−2.32) | (−2.32) | (−2.01) | (−2.02) |
| time FE | Yes | Yes | Yes | Yes | Yes |
| bank FE | Yes | Yes | Yes | Yes | Yes |
| $N$ | 248 | 261 | 258 | 261 | 238 |
| $R^2$ | 0.403 | 0.379 | 0.396 | 0.400 | 0.444 |



**Fig. 2.** *Origination amounts by DTI ratio:* This graph shows monthly origination amounts disaggregated by DTI class.

panel A) and the number of originations decreases by 1.57 standard deviations (column 4, panel B).[13] The results persist when we restrict the sample to banks that submitted a comment (panel C). For the restricted sample, we find that a one standard deviation increase in uncertainty is correlated with a reduction in monthly originations by 0.15 standard deviations.[14]

We do not claim, however, that regulatory uncertainty was the sole cause of banks' conservative lending behavior. In Fig. 2 we plot aggregate lending dynamics, which highlight another effect of regulating QM. For high DTI ratio loans ($ > 50$), uncertainty about the value of the future DTI cap was immaterial: after Dodd–Frank, banks knew that originating these (risky) loans would be too costly. The proposed rule, and its introduction of a cap on the DTI ratio, discouraged such originations even more because banks understood that they could not secure legal protection on these loans. Accordingly, Fig. 2 shows that origination amounts of loans with $DTI > 50$ dropped at the beginning of our sample and remained low throughout. This interpretation of the dynamics of Fig. 2 can be thought of as complementary to our main mechanism. One might argue that, for some range of values of the future DTI cap, the severe reduction in lending that we detect (Table 3) could be driven by uncertainty about the value of the cap and, at least in part, by the mere introduction of the said cap. Uncertainty about the value of the cap, however, ought to have been to leading cause of the observed dynamics in Fig. 2 within the presumed range of cap values. If not, origination amounts of loans with $37 \leq DTI \leq 43$ would not have begun to increase conspicuously following the final rule.

In the next section we further our analysis, with an eye to endogeneity concerns and to the interpretation of the results that we presented so far.

## 6. Robustness

Our main results so far are that banks that perceive higher policy uncertainty (or that are most adverse to it) change the composition of their mortgage portfolio and reduce its size. Here, we offer a number of robustness tests to validate these results and rule out several alternative explanations. First, we control for activities related to GSEs, including the ultimate investment/securitization of a loan and loan repurchases (Sections 6.1 and 6.2). Next, we correct for the main endogeneity concern that our uncertainty measure might generate (Section 6.3). Last, we challenge the assumption that our uncertainty measure represents a bank's attitude toward the DTI criterion and address concerns about measurement error (Section 6.4).

### 6.1. Exceptions to qualified mortgages

In this section we deepen our analysis and slice our sample by a loan's investor type: We consider loans held by the bank (portfolio loans) and loans sold to GSEs (GSE loans) separately. As only a small share of loans are generally held on the balance sheet, our results would be of lesser economic importance if they mainly mirrored changes to portfolio loans.[15] Moreover, controlling for the investor type matters, as one may argue that banks jointly determine a loan's investment/ securitization channel and underwriting characteristics.

---

[13] A one standard deviation increase in uncertainty would cause a bank to reduce its total monthly loan amount (panel A) by 0.31, 0.43, 0.47, and 0.36 standard deviations for DTI ratio classes $ < 21$ (column 1), 21–28 (column 2), 29–36 (column 3), and 44–50 (column 5), respectively. Also, a one standard deviation increase in uncertainty would cause a bank to reduce its total monthly loan issuances (panel B) by 1.07, 1.64, 1.79, and 0.61 standard deviations for DTI ratio classes $ < 21$ (column 1), 21–28 (column 2), 29–36 (column 3), and 44–50 (column 5), respectively.

[14] Within the restricted sample (panel C), a one standard deviation increase in uncertainty would cause a bank to reduce its total monthly loan issuances by 0.19, 0.21, 0.21, and 0.18 standard deviations for DTI ratio classes $ < 21$ (column 1), 21–28 (column 2), 29–36 (column 3), and 44–50 (column 5), respectively.

[15] Approximately 24 percent of our (full) sample loans are held in banks' portfolios.

To test to what extent the ultimate purchaser of a loan may affect underwriting characteristics, we repeat our experiment for both portfolio loans and GSE loans (restricted sample). The results of Table 4 confirm our initial findings: underwriting uncertainty is correlated to a decrease in total monthly issuances of both portfolio loans and GSE loans.

Note that Regulation Z 1026.43(e)(4)(ii), which implemented the final rule of January 2013, provides that GSE loans are entitled to a presumption of compliance with the ATR requirements without meeting the 43% DTI ratio. Because this

**Table 4**

GSE vs. portfolio loans: This table reports the results of regression (2). $proposal_t$ and $uncertainty_i$ are defined in the main text. The dependent variable is the number of loan issuances by bank $i$ in month $t$. The results are reported by DTI class. Panel A reports results for loans held by the bank 12 months after origination. Panel B reports results for loans sold to a GSE within 12 months from origination. The sample is restricted to banks that submitted a comment. Robust standard errors are reported. * denotes significance at the 10% level. ** denotes significance at the 5% level. *** denotes significance at the 1% level.

| Variable | (1) < 21 | (2) 21–27 | (3) 28–36 | (4) 36–43 | (5) 43–50 |
|---|---|---|---|---|---|
| *Panel A: Portfolio loans* | | | | | |
| proposal*uncertainty | −927.9 | −999.0 | −1374.9* | −1060.6* | −620.0* |
| | (−1.51) | (−1.59) | (−1.78) | (−1.85) | (−1.69) |
| TimeFE | Yes | Yes | Yes | Yes | Yes |
| BankFE | Yes | Yes | Yes | Yes | Yes |
| N | 225 | 240 | 234 | 245 | 212 |
| $R^2$ | 0.529 | 0.514 | 0.502 | 0.460 | 0.548 |
| *Panel B: GSE loans* | | | | | |
| proposal*uncertainty | −9958.4** | −11,936.5** | −10,123.1** | −5567.2** | −3306.5** |
| | (−2.37) | (−2.58) | (−2.48) | (−2.22) | (−2.38) |
| TimeFE | Yes | Yes | Yes | Yes | Yes |
| BankFE | Yes | Yes | Yes | Yes | Yes |
| N | 184 | 194 | 191 | 179 | 178 |
| $R^2$ | 0.426 | 0.406 | 0.407 | 0.478 | 0.478 |

**Table 5**

Loan-level results: This table reports the results of regression (2), at the loan level. $proposal_t$ and $uncertainty_i$ are defined in the main text. In columns 1–3, the dependent variable is an indicator that takes value 1 a loan has a DTI ratio of 37–43 and 0 otherwise. In columns 4–5, the dependent variable is the logarithm of the loan's origination amount. Loan-level controls includes the logarithm of the origination amount, the LTV ratio, and the borrower's income and FICO score. Repurchase is bank $i$'s (dollar) amount of repurchases and indemnifications as of month $t$. GSE is a dummy that takes value 1 if the loan is eventually sold to a GSE and 0 if the loan is held in the bank's portfolio. Robust standard errors are reported. * denotes significance at the 10% level. ** denotes significance at the 5% level. *** denotes significance at the 1% level.

| Variable | DTI 37–43 | | | Loan amount | |
|---|---|---|---|---|---|
| | (1) | (2) | (3) | (4) | (5) |
| proposal*uncertain | −0.899** | −0.770* | −0.990 | −5.900*** | −25.33*** |
| | (−2.37) | (−1.92) | (−1.04) | (−8.66) | (−16.09) |
| Amount | 0.000115*** | 0.000206*** | 0.000205*** | | |
| | (25.19) | (21.85) | (21.64) | | |
| LTV | 0.000398*** | 0.000281*** | 0.000281*** | 0.00608*** | 0.00606*** |
| | (9.48) | (5.81) | (5.80) | (70.54) | (70.23) |
| Income | −0.000183*** | −0.000248*** | −0.000249*** | 0.00119*** | 0.00118*** |
| | (−23.69) | (−15.76) | (−15.76) | (18.40) | (18.30) |
| FICO | −0.000549*** | −0.000600*** | −0.000599*** | 0.00111*** | 0.00112*** |
| | (−27.09) | (−26.83) | (−26.76) | (31.48) | (31.66) |
| Repurchase | −0.00216 | −0.00642*** | −0.00608*** | −0.0197*** | −0.0107*** |
| | (−1.63) | (−4.16) | (−3.90) | (−9.05) | (−4.88) |
| Repurchase*Prop. | 0.000272 | −0.0000537 | −0.000384 | 0.0171*** | 0.00774*** |
| | (0.18) | (−0.03) | (−0.18) | (6.08) | (2.73) |
| GSE | | −0.0270*** | 0.0140 | −0.310*** | 0.284*** |
| | | (−7.05) | (0.97) | (−28.94) | (9.51) |
| GSE*Prop. | | 0.0192 | −0.000360 | 0.181*** | −0.837*** |
| | | (1.34) | (−0.01) | (7.24) | (−12.78) |
| GSE*Uncertain | | | −0.914*** | | −13.13*** |
| | | | (−2.80) | | (−18.27) |
| GSE*Prop.*Uncertain | | | 0.379 | | 23.98*** |
| | | | (0.39) | | (14.58) |
| Constant | −0.378 | 0.609 | 0.609 | 3.948 | 3.985 |
| | (.) | (0.00) | (0.00) | (0.00) | (0.00) |
| N | 222,397 | 178,151 | 178,151 | 179,684 | 179,684 |
| $R^2$ | 0.024 | 0.029 | 0.029 | 0.218 | 0.221 |

S. Gissler et al. / Journal of Monetary Economics 81 (2016) 89–101

exception was introduced post resolution of regulatory uncertainty, we do not expect banks to have treated portfolio loans differently than GSE loans during the law-making process. Our results show that originations of both sets of loans were equally affected.

### 6.2. Putback activities by the GSEs and additional controls

Between 2009 and 2014, Fannie Mae and Freddie Mac requested banks to buy back loans if those loans' characteristics contrasted with representations made in the initial sales contract. Bank of America Corp., for example, settled unresolved putback demands with Fannie Mae for $10.3 billion. These activities may have added to QM regulatory uncertainty and, possibly, been the chief contributing factor to reduced lending.

To correct for any bias in our results due to putback activities by the GSEs, we use quarterly bank-level putbacks from the FR Y-9C (Call Report) data. The variable we employ is "repurchases and indemnifications of 1–4 family residential mortgage loans during the quarter". It indicates mortgage loans that a bank is obligated to repurchase (or otherwise indemnify the loan purchaser against loss) because of borrower defaults, loan defects, other breaches of representations and warranties, or for other reasons.

Besides putback activities, we control for loan-level characteristics other than the DTI ratio that may have affected how conservative bank originations became over the period of interest. We explicitly control for the loan-to-value ratio (LTV), the loan's origination amount, and the borrower's income and credit score (FICO). The loan's investor type is given by a dummy, GSE, which takes value of 1 if the loan is eventually sold to a GSE and 0 if the loan is held in the bank's portfolio. We control for putbacks through the variable Repurchase, defined above as bank $i$'s (dollar) amount of repurchases and indemnifications as of month $t$. We also interact a bank's repurchases and indemnifications with our dummy for the proposal period.

Our regression model is the analog of the model we specified earlier. We use two dependent variables: a dummy that takes value 1 if a loan has a DTI ratio between 37 and 43 and 0 otherwise (portfolio composition) and the logarithm of the loan's origination amount (portfolio size). Table 5 provides the results for the restricted sample. Columns 1 through 3 consider the likelihood of a loan to feature a DTI ratio between 37 and 43. Even when controlling for loan/borrower characteristics and putback activities by the GSEs, a more uncertain bank would issue a loan with a 37–43 DTI ratio decreases. Controlling for the investment/securitization channel (GSE) increases the standard errors slightly. As for the origination amount, columns 4 and 5 reveal that more uncertain banks originated smaller loans. This effect is especially true for portfolio loans as shown by the positive interaction between the GSE dummy, the dummy for the proposal period, and our uncertainty measure. For portfolio loans, the positive coefficient on the triple interaction almost offsets the coefficient on our variable of interest, Proposal * Uncertain.

### 6.3. Endogeneity

Several studies show that economic uncertainty is correlated to movements in aggregate indicators. Our measure of uncertainty about the DTI ratio presents an advantage: By varying across banks, it allows us to effectively control for macroeconomic uncertainty. Banks, however, may still differ in their perception of "general uncertainty" about the future outlook. If general uncertainty was correlated to the bank's DTI-related uncertainty—and if both sources of uncertainty were present in banks' comments—our results could be biased. To address this concern, we introduce an instrumental variable strategy that makes use of new data on mortgage lawsuits against banks.

Our choice of instrument is motivated by a key aspect of the rule proposal: When issuing a qualified mortgage, the bank secures "safe harbor" legal protection should the borrower decide to litigate under the ATR standards. Such legal protection might be more valuable to banks that have needed to defend themselves against mortgage fraud suits and that, possibly, have been slammed with fees. Legal protection might also be embraced by banks predominantly located in areas where borrowers are more prone to take legal actions or where the courts have been historically more lenient toward borrowers. Our conjecture is that differences across banks due to high legal costs for mortgage activities could explain differences in banks' perception of regulatory uncertainty.

We estimate banks' legal costs by collecting lawsuits against banks on the subject "Truth in Lending Act," starting in 2000. We obtain over 9000 circuit court cases from Public Access to Court Electronic Records (PACER), provided by the Federal Judiciary.[16]

To satisfy the exclusion restriction, the lawsuits brought against a bank cannot be correlated with the bank's general uncertainty over the period of interest (2010–2013). Also, these lawsuits might mirror the risky behavior of some banks during the economic boom, so that those banks might curb lending over our period of interest independently of regulatory uncertainty. To bypass this issue, we focus on cases terminated by 2004 (prior to the inception of the sub-prime lending boom): our measure of legal costs is given by the number of cases where a bank appeared as the defendant and that were terminated by 2004.

---

[16] For each case we save the filing date, the termination date, the bank's name (defendant) and ZIP code, the plaintiff's ZIP code, and the demand and disposition of the case. If the plaintiff is not self-representing, then we save the ZIP code of her attorney. The sample includes 70 banks, evenly distributed across district courts.

**Table 6**
*Instrumental Variable results*: Panels A and B report the results of regression (3). *proposal* and *cases* are defined in the main text. Panels C and D provide the results of regression (4). The interaction term $(proposal_t * uncertainty_i)^{IV}$ is given by the fitted values from the first-stage regression summarized in panels A and B. The results are reported by DTI class. All regressions include time fixed effects and bank fixed effects and control for each bank's repurchases and indemnifications at a quarterly frequency. Robust standard errors are reported. * denotes significance at the 10% level. ** denotes significance at the 5% level. *** denotes significance at the 1% level.

| Variable | (1) < 21 | (2) 21–28 | (3) 29–36 | (4) 37–43 | (5) 44–50 |
|---|---|---|---|---|---|
| *Panel A: First stage, full sample* | | | | | |
| proposal*cases | 0.00320*** | 0.00331*** | 0.00328*** | 0.00353*** | 0.00335*** |
| | (6.24) | (6.45) | (6.25) | (6.12) | (6.23) |
| N | 7165 | 9051 | 9297 | 8360 | 6136 |
| $R^2$ | 0.096 | 0.090 | 0.088 | 0.094 | 0.102 |
| *Panel B: First stage, restricted sample* | | | | | |
| proposal*cases | 0.0188*** | 0.0188*** | 0.0183*** | 0.0178*** | 0.0188*** |
| | (27.68) | (25.81) | (22.99) | (22.51) | (24.82) |
| N | 248 | 261 | 258 | 261 | 238 |
| $R^2$ | 0.972 | 0.971 | 0.964 | 0.956 | 0.971 |
| *Panel C: Second stage, full sample* | | | | | |
| $(proposal*uncertainty)^{IV}$ | −11,337.9** | −13,684.1*** | −13,339.4*** | −10,321.7*** | −11,377.0*** |
| | (−2.54) | (−2.81) | (−2.99) | (−3.22) | (−3.79) |
| N | 7101 | 8953 | 9201 | 8280 | 6072 |
| $R^2$ | 0.601 | 0.491 | 0.469 | 0.516 | 0.239 |
| *Panel D: Second stage, restricted sample* | | | | | |
| $(proposal*uncertainty)^{IV}$ | −5717.7 | −8944.3** | −8488.8** | −6984.2** | −2508.9* |
| | (−1.52) | (−2.13) | (−2.03) | (−2.31) | (−1.83) |
| N | 248 | 260 | 256 | 259 | 238 |
| $R^2$ | 0.402 | 0.378 | 0.395 | 0.399 | 0.443 |

Further, our measure of (a bank's) legal costs is uncorrelated with (the bank's) lending growth between 2004 and 2006, at the height of the housing boom.[17] We also measure the correlation between a bank's legal costs measure and repurchase activities between 2010 and 2013, as defined in Section 6.2. The correlation coefficient between the two variables is 0.18 and significant. For this reason, our identification strategy controls for bank repurchases.

We estimate the following model:

$$proposal_t * uncertainty_i = \delta proposal_t * cases_i + \gamma x_{it} + \epsilon_{i,t}. \qquad (3)$$

$proposal_t$ is a dummy that takes value 1 between May 2011 and December 2012 and 0 otherwise; $uncertainty_i$ is the share of uncertainty and negative words over the total number of words in bank $i$'s comment; and $cases_i$ is the number of cases where bank $i$ appeared as the defendant, and that were terminated by 2004. We only need to instrument the interaction term of the baseline model (Section 5.2), as time and bank fixed effects control for unobservable time-varying and bank-varying heterogeneity.[18] Table 6, panels A and B, reports estimates for different samples and DTI classes. We find that banks that were sued more often before the credit boom exhibit higher uncertainty after the rule proposal. Each additional lawsuit before the credit boom increases by 0.3 percent the number of uncertain or negative words in a comment on average (that is, an increase of about one standard deviation). When we restrict the sample to banks that submitted a comment, the point estimates are larger and still highly significant: An additional lawsuit terminated before 2004 increases by 1.8 percent the number of uncertain or negative words in a comment on average (that is, an increase of 1.2 standard deviations).

Using fitted values of the uncertainty measure, we estimate the following (second-stage) regression:

$$y_{i,t} = \beta_1 proposal_t + \beta_2 uncertainty_i + \beta_3 (proposal_t * uncertainty_i)^{IV} + \gamma x_{i,t} + \epsilon_{i,t} \qquad (4)$$

where $y_{i,t}$ is the total number of loan originations by bank $i$ in month $t$, computed monthly between July 2009 and December 2013.[19] $proposal_t$ is a dummy that takes value 1 between May 2011 and December 2012 and 0 otherwise. The interaction term $(proposal_t * uncertainty_i)^{IV}$ is given by the fitted values from the first-stage regression summarized in

---

[17] Lending growth is computed in two ways: by the (percentage) change in total (dollar) loan amount and by the (percentage) change in total number of loan originations. We find that, between 2004 and 2006, the correlation coefficient between a bank's legal costs measure and the (percentage) change in total (dollar) loan amount was 0.000264. Over the same time period, the correlation coefficient between a bank's legal costs measure and the (percentage) change in total number of loan originations was -0.000143. Both coefficients were insignificant.

[18] The first-stage regression would deliver the same results if we use the uncertainty measure on the left-hand side without conditioning on the proposal period. We choose to present this regression to be consistent with our previous regressions.

[19] The results of a regression where the dependent variable is the logarithm of the total (dollar) loan amount (not shown), are comparable to those of panels C and D (Table 6) and available upon request.

S. Gissler et al. / Journal of Monetary Economics 81 (2016) 89–101   99

**Table 7**
*Proposal terms frequency and similarity to uncertainty and negative terms*: This table reports the prevalence of our selected proposal terms as well as the similarity measure, $\bar{\rho}_i$, for all submitted comments and those specifically submitted by the banks in our analysis. *Count* is the total number of occurrences of the term and *Documents* is the total number of documents in which the term is found. The table is ordered by the similarity measure of the bank sample.

| Rank | $Term_i$ | Bank comments | | | All comments | | |
|---|---|---|---|---|---|---|---|
| | | Count | Documents | $\bar{\rho}_i$ | Count | Documents | $\bar{\rho}_i$ |
| 1 | proof | 14 | 5 | 0.2480 | 180 | 55 | 0.2621 |
| 2 | presumption | 190 | 10 | 0.2299 | 1584 | 161 | 0.1500 |
| 3 | rebuttable | 80 | 9 | 0.2242 | 881 | 143 | 0.1281 |
| 4 | tdti | 51 | 3 | 0.2060 | 135 | 17 | 0.1177 |
| 5 | residual | 8 | 5 | 0.1965 | 485 | 94 | 0.0455 |
| 6 | debt-to-income | 8 | 4 | 0.1821 | 211 | 91 | 0.0796 |
| 7 | burden | 24 | 10 | 0.1808 | 624 | 193 | 0.1650 |
| 8 | income | 106 | 16 | 0.1570 | 2568 | 275 | 0.1069 |
| 9 | obligation | 57 | 12 | 0.1356 | 858 | 171 | 0.2133 |
| 10 | ratio | 26 | 8 | 0.1309 | 919 | 165 | 0.0055 |
| 11 | simultaneous | 2 | 1 | 0.0967 | 148 | 57 | 0.1173 |
| 12 | dti | 45 | 5 | 0.0721 | 1308 | 104 | −0.0100 |
| 13 | ltv | 6 | 2 | 0.0688 | 142 | 40 | −0.0067 |
| 14 | creditor | 251 | 10 | 0.0418 | 2446 | 180 | 0.0963 |
| 15 | affiliate | 9 | 3 | 0.0395 | 322 | 74 | 0.0153 |
| 16 | point | 174 | 13 | 0.0343 | 2194 | 262 | 0.0932 |
| 17 | fee | 220 | 17 | 0.0182 | 3299 | 296 | 0.0864 |
| 18 | balloon | 24 | 6 | 0.0040 | 465 | 110 | −0.0320 |
| 19 | mortgage-related | 6 | 2 | 0.0035 | 127 | 59 | 0.0706 |
| 20 | debt | 61 | 8 | −0.0060 | 956 | 170 | 0.0379 |
| 21 | rural | 21 | 8 | −0.0273 | 342 | 108 | −0.0320 |
| 22 | small | 36 | 14 | −0.0680 | 1188 | 244 | −0.0166 |

Table 6, panels A and B. $x_{i,t}$ includes bank-specific and time-specific fixed effects. The results are reported in Table 6, panels C and D (restricted sample), by DTI classes.

The two-stage least squared (2SLS) estimates are larger than the corresponding ordinary least squared (OLS) point estimates (Table 3, panel B). The difference is particularly large for DTI classes 44–50. This difference might indicate that, even if uncertainty about mortgage requirements reduced a bank's propensity to originate high DTI ratio loans, general uncertainty by the bank did not especially discourage such loans. This finding is only partly surprising if we recall that the DTI ratio is only an imperfect measure of a borrower's risk. While a borrower's loan-to-value ratio or credit score reliably predict loan defaults, the DTI ratio cannot. It is plausible that, even at times of great general uncertainty, banks would be willing to extend credit to high-wealth, low-DTI individuals. Even concerns over putback activities by the GSEs (which we control for) do not seem conducive to more conservative underwriting standards, possibly because retail and wholesale loans in our sample tend be held on balance sheet more often than, say, correspondent loans.

Banks that submitted a comment, however, behaved differently. The 2SLS estimates of Table 6, panel D, are consistently lower than the corresponding OLS estimates (Table 3, panel C). These results suggest that banks that were so uncertain about future mortgage regulation that they submitted a public comment about it, curbed credit in response to both regulatory uncertainty and general uncertainty across all DTI classes.

In sum, within the full sample our proposed uncertainty measure provides a conservative estimate of the effects of regulatory uncertainty on bank lending (OLS estimates are upward biased). It remains to be determined, however, if such measure represents a bank's attitude toward the DTI criterion—and not its attitude toward other criteria proposed in the rule.

### 6.4. The source of uncertainty in public comments

Our results so far are based on the assumption that regulatory uncertainty (as we measure it from banks' comments) pertains to the unknown future DTI cap. In this section we show that comments covered a limited number of topics and that a borrower's DTI ratio and a lender's legal protection were predominant among them. We also show that uncertainty remained stable during the 18 months between the rule proposal and the final rule, thus providing support to our treatment of uncertainty as a constant over the period of interest.

To investigate the topics in banks' comments, we borrow from the NLP literature. NLP uncovers words or sentences that frequently appear in a given context.[20] We find over 8000 unique words and selectively examine the most pertinent to QM standards. We report selected words in Table 7, along with the number of times each word appears and the total number of

---

[20] We refer the reader to the online appendix for detailed information about NLP and its application to the present context.



**Fig. 3.** *Distribution of uncertainty by comment wave:* This graph shows the variation in the share of uncertainty and negative words in the public comments submitted over the periods May 11—July 22, 2011; June 5—July 9, 2012; and August 10—October 9, 2012.

documents in which it appears. The words "DTI," "TDTI," "debt-to-income," "residual," and "income" are used very frequently in comments.

Words unrelated to the DTI ratio, but crucial to the new regulation, appear too. For example, "fee" or "small" might refer to the issues of maximum fees and small creditors. The next step is to establish whether banks' uncertainty pertains to the DTI ratio, to fees, or to any other topic listed in Table 7. We tackle this next step by adapting the Latent Semantic Analysis models of Deerwester et al. (1990) and Landauer et al. (1998). We study how often the words in Table 7 are used together with words from the uncertainty dictionary employed in the construction of our uncertainty measure. Correlations between selected words and the uncertainty dictionary, $\bar{\rho}_i$, have a straightforward interpretation: High correlation values indicate that a word appears frequently next to uncertainty words (in the same paragraph or document).

In the body of comments, all and banks-only, words related to the legal protection that could be secured through QM were highly correlated with uncertainty. Whether such protection would be in the form of rebuttable presumption or safe harbor was of great concern to banks. Words about the DTI ratio follow immediately (rank 4 through 12). Banks rarely use other words, including "fee," in conjunction with uncertainty words.

The last step consists of verifying our assumption that uncertainty between the rule proposal and the final rule proxies uncertainty perceived during any of the three comment periods. While we cannot provide definitive proof of this assumption, we can measure the aggregate evolution of uncertainty over time (that is, all banks at once) depicted in Fig. 3. We find that median uncertainty remained stable during the 18 months leading up to the final rule—it did not decrease closer to the announcement of the final rule. Although we cannot rule out the possibility that bank-specific uncertainty also remained constant, Fig. 3 provides at least some support to our assumption.

## 7. Conclusion

It took regulators 18 months, between 2011 and 2013, to provide a definition of "qualified mortgage." During that period, credit standards tightened and it became increasingly difficult for borrowers to get credit. U.S. President Barack Obama echoed this reality and warned that "overlapping regulations keep responsible young families from buying their first home."[21]

Merging detailed mortgage data with a bank-specific measure of uncertainty, we find a positive correlation between a bank's cut in lending and its perception of prolonged uncertainty about future regulatory lending standards. We propose a simple framework in which a bank faces uncertainty about future expected profits, as a function of an unknown DTI cap. Within our framework, the bank does not know the odds that a given DTI cap will be eventually adopted, and it forms expectations over a range of likely cap values. Our preferred explanatory channel encompasses the effects of both a bank's uncertainty about the future DTI cap and its attitude toward such uncertainty. We also acknowledge that other factors might have contributed to the conservative lending behavior by banks that we observe. For example, the mere introduction of a DTI cap in the QM rule proposal may have discouraged originations of risky loans regardless of uncertainty about a specific DTI cap's realization.

---

[21] Remarks by U.S. President Barack Obama in the State of the Union Address, February 12, 2013.

*S. Gissler et al. / Journal of Monetary Economics 81 (2016) 89–101*

Our findings have important implications for policymakers. Sectors, where the adoption of new standards is especially costly, will anticipate the implementation of standards set through regulatory reforms. In the banking sector, particularly, because the high costs of adjusting underwriting models may be considered in the lending decision immediately following a rule proposal, long delays in finalizing a rule may unintentionally but severely distort economic activity.

## Acknowledgments

We thank participants to the 2015 Carnegie-Rochester-NYU conference, the Board of Governors of the Federal Reserve System's Finance Forum, and, especially, Marvin Goodfriend, Burton Hollifield, Rodney Ramcharan, and Nancy Wallace for helpful comments. This paper represents the views of the authors, and should not be interpreted as reflecting the views of the Board of Governors of the Federal Reserve System or other members of its staff.

## Appendix A.  Supplementary data

Supplementary data associated with this paper can be found in the online version at http://dx.doi.org/10.1016/j.jmoneco.2016.03.011.

## References

Baker, S.R., Bloom, N., Davis, S.J., 2013. Measuring Economic Policy Uncertainty. Working Paper (13–02).

Deerwester, S.C., Dumais, S.T., Landauer, T.K., Furnas, G.W., Harshman, R.A., 1990. Indexing by latent semantic analysis. J. Am. Soc. Inf. Sci. 41 (6), 391–407.

Eberly, J.C., 1994. Adjustment of consumers' durables stocks: evidence from automobile purchases. J. Polit. Econ., 403–436.

Fernández-Villaverde, J., Guerrón-Quintana, P.A., Kuester, K., Rubio-Ramírez, J., 2015. Fiscal volatility shocks and economic activity. Am. Econ. Rev. 105 (11), 3352–3384.

Garlappi, L., Giammarino, R., Lazrak, A., 2013. Ambiguity in Corporate Finance: Real Investment Dynamics. Working Paper.

Gilchrist, S., Sim, J.W. Zakrajšek, E., 2014. Uncertainty, Financial Frictions, and Investment Dynamics. NBER Working Paper.

Hansen, L.P., Sargent, T., 2000. Wanting robustness in macroeconomics. In: Handbook of Monetary Economics, vol. 3B, pp. 1097–1157.

Julio, B., Yook, Y., 2012. Political uncertainty and corporate investment cycles. J. Finance 67 (1), 45–83.

Klibanoff, P., Marinacci, M., Mukerji, S., 2005. A smooth model of decision making under ambiguity. Econometrica 73 (6), 1849–1892.

Kydland, F.E., Prescott, E.C., 1977. Rules rather than discretion: the inconsistency of optimal plans. J. Polit. Econ., 473–491.

Landauer, T.K., Foltz, P.W., Laham, D., 1998. An introduction to latent semantic analysis. Discourse Process. 25 (2–3), 259–284.

Loughran, Tim, McDonald, Bill, 2011. When is a liability not a liability? Textual analysis, dictionaries, and 10-Ks. J. Finance 66 (1), 35–65.

Lucas, R.E., 1976. Econometric policy evaluation: a critique. In: Carnegie-Rochester Conference Series on Public Policy, Elsevier, vol. 1, pp. 19–46.

Pastor, L., Veronesi, P., 2012. Uncertainty about government policy and stock prices. J. Finance 67 (4), 1219–1264.

Romer, C.D., 1990. The great crash and the onset of the Great Depression. Q. J. Econ. 105 (3), 597–624.

# EXHIBIT BH-85

K.7

# The Economic Effects of Trade Policy Uncertainty

Caldara, Dario, Matteo Iacoviello, Patrick Molligo, Andrea Prestipino, and Andrea Raffo

Please cite paper as:
Caldara, Dario, Matteo Iacoviello, Patrick Molligo, Andrea Prestipino, and Andrea Raffo (2019). The Economic Effects of Trade Policy Uncertainty. International Finance Discussion Papers 1256.

https://doi.org/10.17016/IFDP.2019.1256



# International Finance Discussion Papers
## Board of Governors of the Federal Reserve System

Number 1256
September 2019

Board of Governors of the Federal Reserve System

International Finance Discussion Papers

Number 1256

September 2019

# The Economic Effects of Trade Policy Uncertainty

Dario Caldara, Matteo Iacoviello, Patrick Molligo, Andrea Prestipino, and Andrea Raffo

NOTE:  International Finance Discussion Papers are preliminary materials circulated to stimulate discussion and critical comment.  References to International Finance Discussion Papers (other than an acknowledgment that the writer has had access to unpublished material) should be cleared with the author or authors.  Recent IFDPs are available on the Web at www.federalreserve.gov/pubs/ifdp/.  This paper can be downloaded without charge from the Social Science Research Network electronic library at www.ssrn.com.

# The Economic Effects of Trade Policy Uncertainty[*]

Dario Caldara      Matteo Iacoviello      Patrick Molligo

Andrea Prestipino    Andrea Raffo

August 30, 2019

## Abstract

We study the effects of unexpected changes in trade policy uncertainty ($TPU$) on the U.S. economy. We construct three measures of $TPU$ based on newspaper coverage, firms' earnings conference calls, and aggregate data on tariff rates. We document that increases in $TPU$ reduce investment and activity using both firm-level and aggregate macroeconomic data. We interpret the empirical results through the lens of a two-country general equilibrium model with nominal rigidities and firms' export participation decisions. In the model as in the data, news and increased uncertainty about higher future tariffs reduce investment and activity.

KEYWORDS: Trade Policy Uncertainty; Textual Analysis; Tariffs; Investment; Uncertainty Shocks.

JEL CLASSIFICATION: C1. D22. D80. E12. E32. F13. H32.

Latest version at https://www2.bc.edu/matteo-iacoviello/research_files/TPU_PAPER.pdf

[*]We thank the organizers of the Carnegie-Rochester-NYU Conference on Public Policy, our discussant Joseph Steinberg as well as George Alessandria, Aaron Flaaen, Beth Anne Wilson, and seminar and conference participants in various venues. All errors and omissions are our own responsibility. The views expressed in this paper are solely the responsibility of the authors and should not be interpreted as reflecting the views of the Board of Governors of the Federal Reserve System or of anyone else associated with the Federal Reserve System. At the time of writing, all authors worked at the Federal Reserve Board. Data and codes for this paper can be found at https://www2.bc.edu/matteo-iacoviello/research.htm. Corresponding author: Matteo Iacoviello (matteo.iacoviello@frb.gov)

# 1    Introduction

Trade negotiations and proposals for a new approach to trade policy have become the focus of increased attention among investors, politicians, and market participants. These developments have resulted in an increase in uncertainty about the outlook for global trade. For example, in January 2019, the Federal Reserve's Beige Book, a document that compiles anecdotal descriptions of economic conditions in the twelve Federal Reserve districts, contained several references—based on surveys of manufacturers, business contacts, and industry representatives—to uncertainty about the outlook for trade policy.

For decades prior to these trade developments, there was limited volatility in trade policy, and thus limited study of the impact of uncertainty regarding trade policy on the economy. This paper takes a comprehensive approach to fill that gap—developing measures of uncertainty at both the firm and aggregate levels, estimating the effects of these measures on investment, and then interpreting these effects through the lens of a two-country general equilibrium model with heterogenous firms.[1]

In the first part of the paper, we empirically measure trade policy uncertainty ($TPU$) and its effects. We build a firm-level measure of $TPU$ and link it to Compustat firm-level investment data. We show that increases in $TPU$ predict lower capital accumulation after one year. We then construct two aggregate $TPU$ indicators for the U.S. economy using newspaper coverage and data on volatility of import tariffs. We include these indicators in a VAR model and find that increases in trade policy uncertainty reduce investment and, more generally, economic activity.

The results from the firm-level and aggregate time series analysis predict roughly similar effects of unexpected increases in trade policy uncertainty on investment. Specifically, we find that a shock that is sized to capture the rise in trade policy uncertainty between 2017 and 2018 predicts a decline in the level of aggregate investment of between 1 and 2 percent. Moreover, such predictions are in line with recent survey evidence that directly asks firms how they reassessed capital expenditure plans in response to higher trade uncertainty.[2]

In the second part of the paper we use a two-country general equilibrium model with nominal rigidities and firms' export decisions to understand the channels by which changes in trade policy uncertainty affect investment and economic activity.[3] In our benchmark experiment, we consider a surprise increase in both expected future tariffs and uncertainty about future tariffs that is sized to match the trade developments observed in 2018. We find that both news—first moment shocks—and increased uncertainty—second moment shocks—about future tariffs reduce investment and output, as in the data. Quantitatively, news about higher future tariffs accounts for a larger fraction of

---

[1] There are important exceptions, of course, mostly focusing on other episodes of trade uncertainty. For instance, Handley and Limão (2017) estimate and quantify the impact of trade policy on China's export boom to the United States following its 2001 WTO accession, and Crowley, Meng, and Song (2018). Steinberg (2019) study the effects of trade uncertainty associated with the Brexit referendum.

[2] See the Survey of Business Uncertainty run by the Federal Reserve Bank of Atalanta (Altig et al., 2019).

[3] Our modeling of export decisions follows the work of Alessandria and Choi (2007).

the decline in macroeconomic variables (i.e. about two thirds) as it directly entails expectations for higher costs of imports and lower demand for exports (i.e. anticipated first-moment shocks). Higher uncertainty about tariffs also dampens investment and GDP by reducing firm entry into the export market and by triggering upward pricing bias for firms subject to price rigidity, which increases markups and reduces hours worked and output.

Our paper builds on the work of several authors that have studied, empirically and theoretically, the macroeconomic effects of uncertainty and uncertainty about trade. On the empirical side, we build on the insights of Hassan et al. (2017), Baker, Bloom, and Davis (2016), and Fernandez-Villaverde et al. (2015), and apply their ideas to the measurement of trade uncertainty and the understanding of its effects. We do so through a comprehensive approach that studies the effects of trade uncertainty both at the micro-level—exploiting heterogeneity across firms in their exposure to trade risk—and at the macro level—using measures of trade uncertainty based on newspaper searches and on stochastic volatility models. On the theoretical side, our work follows Handley and Limão (2017) and Crowley, Meng, and Song (2018), who study the impact of trade policy on China's export boom to the United States following its 2001 WTO accession, and Steinberg (2019), who studies trade uncertainty following Brexit. Unlike these papers, ours is the first to jointly investigate and quantify the effects of both first and second moment shocks to trade policy in a New Keynesian DSGE model. We find that the presence of nominal rigidities is key for the transmission of uncertainty shocks both directly, through the precautionary increase in markups stressed in Fernandez-Villaverde et al. (2015), and indirectly, through the interaction between sticky prices and wages and the discrete choice model of exporting. In fact, in the absence of nominal rigidities, an increase in uncertainty is expansionary and induces more entry into the export market because firms value their ability of adjusting inputs in response to changes in prices and wages.[4] However, when nominal rigidities impede large price and wage adjustments, this effect is swamped by the increased value of waiting in the face of uncertain future demand so that the intensive margins of entry into and exit from the export market both contribute substantially to the overall drop in economic activity in response to a rise in trade policy uncertainty.

Section 2 presents our measures of trade policy uncertainty. Section 3 describes the empirical effects of trade policy uncertainty. Sections 4 contains the model, and Section 5 shows the model experiments. Section 6 concludes.

---

[4] This is the well known Oi-Hartman-Abel effect that stems from the fact that firms' indirect profit functions are convex in prices and wages. See Alessandria et al. (2015) for a model in which this effect also interacts with firms' entry into and exit from the export market.

## 2   Measuring Trade Policy Uncertainty

In this section, we present three measures of trade policy uncertainty (henceforth $TPU$). We first describe the construction of our firm-level trade policy uncertainty measure. We then discuss two complementary measures of aggregate $TPU$, one based on newspaper coverage of $TPU$ related news, and the other based on the estimation of a stochastic volatility model for U.S. import tariffs.

### 2.1   Firm-Level Trade Policy Uncertainty

We construct a time-varying, firm-level measure of $TPU$, that we denote by $TPU_{i,t}$, based on text analysis of transcripts of quarterly earnings conference calls of publicly listed companies. Our approach is inspired by the analysis of firm-level political risk in Hassan et al. (2017).[5] Quarterly earnings conference calls follow a common format: the CEO or the CFO of the company opens with an overview of the particular firm's performance in the preceding quarter, and then transitions into a Q&A session with investors and analysts. The nature of the Q&A portion of the call is inherently more forward-looking, and it often covers uncertainty and risks faced by the firm. We run text searches of approximately 160,000 transcripts for 7,526 firms, collected from 2005 through the end of 2018.

Our methodology involves two steps. In the first step, we search each transcript for terms related to trade policy, such as *tariff*, *import duty*, *import barrier*, and *(anti-)dumping.*[6] We then construct the indicator $TP_{i,t}$ that measures, for each transcript, the frequency of these words, i.e. the number of mentions divided by the total number of words. The indicator $TP_{i,t}$ proxies for the intensity of trade policy related discussions, irrespective of whether they center on risk and uncertainty. In the second step, we isolate discussions about $TPU$ by further examining the pool of transcripts returning positive values for $TP_{i,t}$. We conduct an initial human audit of these transcripts to devise a list of terms indicating uncertainty, such as *risk*, *threat*, *uncertainty*, *worry*, *concern*, *volatile*, and

---

[5] Hassan et al. (2017) use earnings calls from 2002 through 2016 to study the effects of firm-specific policy uncertainty on current firm-specific investment. One of the political topics is trade uncertainty, which is constructed at the firm level using trade-specific terms in combination with uncertainty terms. There are three important differences between our approach and theirs. First, we focus specifically on $TPU$. Second, regarding the choice of words, our search places more emphasis on "tariffs" than "trade" since a preliminary audit of earnings calls covering the 2017-2018 period indicated that "trade" terms such as "all trade" or "trade relations" contained far more false positives than "tariff" words. Third, we emphasize the dynamic effect of trade uncertainty on capital accumulation. Figure A.1 in the Appendix compares our aggregate based on firms' earnings calls with the analogous measure constructed by Hassan et al. (2017). Their measure spikes in 2008Q4, a period of higher economic uncertainty, while our measure does not.

[6] The full list of trade policy terms is: *tariff\**, *import dut\**, *import barrier\**, *anti-dumping*, *trade treat\**, *trade agreement\**, *trade polic\**, *trade act\**, *trade relationship\**, *GATT*, *World Trade Organization/WTO*, and *free trade*. We also search for *import\**, *export\**, and *border\** within three words of either *ban\**, *tax\**, or *subsid\**. An asterisk indicates a search wild card.

4

*tension.*[7] The frequency of joint instances of trade policy and uncertainty terms in each transcript measures the overall uncertainty around trade policy perceived by a firm, $TPU_{i,t}$.[8]

Figures 1 and 2 highlight the large degree of variation in $TPU$ over time and across industries. We aggregate firm level trade uncertainty by first constructing, for each firm, a dummy variable $\mathcal{I}_{i,t}^{TPU}$ that takes value 1 if the transcript mentions trade policy uncertainty ($TPU_{i,t} > 0$), and 0 otherwise. Our aggregate measure $TPU_t^f$ is then given by the proportion of firms that mention $TPU$ in their conference calls, i.e. $TPU_t^f = \frac{\sum_{i=1}^{\#firms} \mathcal{I}_{i,t}^{TPU}}{\#firms}$. Figure 1 shows how companies and media's perceptions of trade uncertainty are remarkably well-aligned: in particular, the aggregated firm-level trade uncertainty measure, $TPU_t^f$, tracks very closely the aggregate index of trade policy uncertainty constructed from newspaper searches, discussed in the next subsection.

Figure 2 offers additional detail, showing for selected quarters the share of firms with $\mathcal{I}_{i,t}^{TPU} = 1$ within an industry.[9] Our measure has evolved along two dimensions during the sample period. First, the number of firms concerned with trade policy uncertainty has increased over time across nearly all industries. In the first quarter of 2010, less than 2% of firms discussed trade policy uncertainty in all industries but one. In the last quarter of 2018, about 15% of the firms' earnings calls contained discussions related to TPU. Second, stronger sectoral variation in $TPU$ is apparent in the data beginning in 2017.

## 2.2   Components of Firm-Level Trade Policy Uncertainty

Readings of the earnings calls offer a window into the different types of concerns expressed by firms mentioning trade policy uncertainty. To this end, we track the words surrounding each mention of trade policy uncertainty to understand why a given company expresses concerns about trade tensions. One firm may fret about the effects of rising input and transportation costs on its bottom line, another might worry about the broader impact on aggregate demand, and another may worry about its supply chain.

We extract from the earnings calls for which $\mathcal{I}_{i,t}^{TPU} = 1$ the bigrams within 20 words of the trade uncertainty terms. Next, we summarize the information in the bigrams using Latent Dirichlet Allocation (LDA), an unsupervised machine learning algorithm used to group documents according to the words or phrases that best predict the body of text. Our approach follows, among others,

---

[7] We require the uncertainty-related words to be within ten words of one or more of the initial trade policy-related terms.

[8] We also conduct a final audit of the $TPU_{i,t}$ measure to minimize instances of false positives. The final $TPU_{i,t}$ is a reliable measure of companies' uncertainty about trade policy, which does not appear to be contaminated by references to trade policy that are unrelated to risk.

[9] We use the Fama-French 12 industry classification. See http://mba.tuck.dartmouth.edu/pages/faculty/ken.french/Data_Library/det_12_ind_port.html. For any sector $J$, our measure of sectoral $TPU$ is then $STPU_{j,t} = \frac{\sum_{i \in Sector\ J} \mathcal{I}_{i,t}^{TPU}}{\#firms\ in\ J}$.

the work of Hansen, McMahon, and Prat (2017).[10]

Figure 3 provides a visualization of the first four topics covered by the earnings calls, where the size of the words in the cloud is approximately proportional to its probability in the topic, and topics form natural groupings of words recurring together in the same earnings call. Topic 1 mostly refers to the uncertainty surrounding the 2017 proposed border tax adjustment. Topic 2 mentions the potential impact of trade uncertainty on supply chains. Topics 3 and 4 refer to the potential risks associated with higher costs of raw materials as well as to the possibility of price increases stemming from higher expected tariffs.

## 2.3   Aggregate Trade Policy Uncertainty

We complement the firm-level index of $TPU$ with two measures of economy-wide $TPU$ measures constructed using aggregate data.

The first measure is based on searches of newspaper articles that discuss trade policy uncertainty. We run—starting in 1960—automated text searches of the electronic archives of seven newspapers: Boston Globe, Chicago Tribune, Guardian, Los Angeles Times, New York Times, Wall Street Journal, and Washington Post.

In constructing this aggregate index we closely follow the approach employed for the construction of the firm-level index, except for minor modifications of the search terms to better capture changes in vernacular. For instance, the news-based measure includes mentions of *import surcharges*, a term commonly used to refer to President Nixon's trade tariffs in the early 1970s. As before, we require that the trade policy terms appear along with uncertainty terms in the same article.[11] The final aggregate measure represents the monthly share of articles discussing trade policy uncertainty. We index the resulting series to equal 100 for an article share of 1 percent.[12]

The second measure of trade policy uncertainty is estimated using a stochastic volatility model

---

[10] As is standard practice in textual analysis we pre-process the selected transcripts by removing stop words, such as "the", and by stemming the remaining terms, a technique that reduces the terms to their root. For instance "discussing" becomes simply "discuss". By preprocessing the text in this way we limit the total vocabulary contained in each document to the most essential words.

[11] The full set of trade policy words is: *foreign competition*, *protectionism*, *tariff\**, *import dut\**, *import barrier\**, *trade treat\**, *trade polic\**, *trade act\**, *import fee\**, *tax\** (within 10 words of *foreign good\**, *foreign oil*, or *import\**), *import\** (within 10 words of *surtax\** or *surcharge\**), and *trade agreement\** (Not including *NAFTA* or *North American Free Trade Agreement*). We also exclude *GATT*, *WTO*, and *World Trade Organization*. The set of uncertainty words is: *concern\**, *fear\**, *pressure\**, *confusion*, *turmoil*, *challenge\**, *uncertain\**, *risk\**, *dubious*, *unclear*, *dispute\**, *issue\**, *potential\**, *probabl\**, *predict\**, and *danger\**

[12] Baker, Bloom, and Davis (2016) also construct an indicator, available from 1985, of trade policy uncertainty available at http://www.policyuncertainty.com/categorical_epu.html. There are three differences between their index and ours. First, our index adds an additional 25 years of data, extending back to 1960. Second, the search terms differ slightly, as we never search explicitly for mentions of legislation or institutions such as NAFTA and the WTO. Third, unlike the Baker, Bloom, and Davis (2016) measure, our index is much higher in 2017 and 2018 than during the negotiations that led to signing of North American Free Trade Agreement. Figure A.2 in the Appendix compares our news-based index with Baker et al.'s index.

for import tariff rates. Following Mendoza, Razin, and Tesar (1994) and Fernandez-Villaverde et al. (2015), we construct a quarterly measure of tariff rates, computed as $\tau_t = CD_t / (M_t + CD_t)$, where $CD$ denotes customs duties and $M$ denotes nominal imports of goods. The sample runs from 1960Q1 through 2018Q4. We focus on tariffs because data are readily available and have a natural counterpart in our DSGE models discussed later.

We posit that tariffs ($\tau_t$) evolve according to:

$$\tau_t = (1 - \rho_\tau) \mu_\tau + \rho_\tau \tau_{t-1} + \exp(\sigma_t) \varepsilon_t, \quad \varepsilon_t \sim N(0, 1), \tag{1}$$

$$\sigma_t = (1 - \rho_\sigma) \sigma + \rho_\sigma \sigma_{t-1} + \eta u_t, \quad u_t \sim N(0, 1) \tag{2}$$

where equation (1) is a fiscal rule for the level of tariffs that follows an autoregressive process with stochastic volatility, and equation (2) models stochastic volatility as an autoregressive process.[13]

Our formulation for the tariff rule incorporates two independent innovations to tariffs. The first innovation ($\varepsilon_t$) affects the tariff itself and, like a typical fiscal shock, captures taxes on imports not explained by past values of tariffs. The second innovation ($u_t$) affects the spread of values for tariffs and acts like a volatility shock: A value $\sigma_t$ higher than usual, for instance, indicates increased uncertainty about future tariff rates. The parameters of interest are the average log standard deviation of an innovation to fiscal shocks ($\sigma$), the unconditional standard deviation of the fiscal volatility shock ($\eta$), and the persistence of the two processes ($\rho_\tau$ and $\rho_\sigma$). We estimate the model using Bayesian techniques.[14]

Columns 2 to 4 in Table 1 report the median and 95 percent credible sets of the posterior distribution of the model parameters. Our estimates indicate that both the tariff rule and the tariff volatility process are very persistent. Innovations to the level of tariffs ($\varepsilon_t$) have an average standard deviation of $100 \times exp(-6.14) = 0.22$ percentage points. A one-standard deviation innovation to the volatility of tariffs ($u_t$) increases the standard deviation of innovations to tariff shocks to about $100 \times exp[-6.14 + 0.37] = 0.31$ percentage points.[15]

---

[13] We also experimented with a level equation that includes feedback from the state of the economy (measured as the cyclical component of output), the level of debt (as a ratio of GDP), and the current account (as a ratio of GDP). Overall, our parameter estimates were not much different but the sample size shrank. Hence, we decided to have the simpler rule as our benchmark specification. The White (1980) and Breusch and Pagan (1979) tests indicate that the null hypothesis of homoskedastic shocks to tariffs is rejected at the 1% level.

[14] In particular, we use the algorithm of Born and Pfeifer (2014) that employs a particle filter to estimate the unobserved stochastic volatility process. We take 60,000 draws from the posterior distribution of the parameters, discarding the first 10,000 draws.

[15] Fernandez-Villaverde et al. (2015) use a similar approach to estimate uncertainty about capital taxes and find that the average standard deviation of such taxes is 0.75 percentage points. Our estimates are about half as large, consistent with the conventional view that uncertainty about tariff policy over the past decades has been low compared to other fiscal policy instruments.

**An Historical Overview of Movements in Aggregate $TPU$.**

Figure 4 plots the news-based index of $TPU$, while Figure 5 shows the tariff volatility series. For the latter, we plot the median and the 90 percent posterior probability interval.[16] The resulting series can be interpreted as the percentage point increase in tariffs that would have resulted from a one-standard deviation innovation to the tariff shock at different points in time.

These two figures allow us to build an historical account of uncertainty about trade policy. The news-based $TPU$ and the tariff volatility series share two major spikes in the early 1970s, namely 1971Q4 and 1975Q1-1976Q1. The first spike coincides with what historians often refer to as the "Nixon shock," that is, a unique, unanticipated policy shift in which the U.S. Administration imposed an across-the-board tariff on dutiable imports—the first general tariff increase since the Smoot-Hawley tariff of 1930 (Irwin, 2013).[17] Notably, this event was relatively short lived and the import tariffs were eventually removed in late December of the same year.

The second spike begins with the January 1975 State of the Union address of President Ford in which he announced measures to address the energy crisis by, among other things, reducing oil imports. The interesting aspect of President Ford's actions is that they were implemented just weeks after Congress had voted on the 1974 Trade Act, which contained a strong push towards opening markets and granting more powers to the President to liberalize trade. Thus, the Ford Administration's use of trade policy instruments to deal with rising oil prices represented a surprising shift in the scope and use of trade policy.

While both $TPU$ measures seem to provide a relatively accurate historical account of U.S. trade policy, they also suffer from a few shortcomings. The tariff volatility measure requires, by construction, changes in tariff rates to signal changes in tariff uncertainty. Hence, it does not capture uncertainty originating from other trade policy actions such as antidumping procedures or (re)negotiations of major trade agreements.[18] The news-based $TPU$ index seems to better capture additional episodes of trade policy uncertainty that did not coincide with tariff volatility, such as the two spikes at the beginning of Kennedy's presidency—when he proposed a rethinking of America's trade policies—and around the negotiation of the North American Free Trade Agreement in the in the early 1990s.[19] Absent an empirical model, however, changes in the news-based $TPU$ index are difficult to describe in economic units, as with similar measures of economic policy uncertainty. For this reason, we later calibrate our model experiments using the estimated stochastic volatility process for tariff rates. Notwithstanding these methodological differences, it is reassuring that the two measures describe similar patterns in U.S. history of trade policy, with a contemporaneous correlation of 0.26.

---

[16] We transform the shocks to express them in the level of tariffs, $(100 \times \exp \sigma_t)$.

[17] The surcharge applied to about half of U.S. imports.

[18] See, for instance, Barattieri, Cacciatore, and Ghironi (2018) for an empirical analysis on the effects of antidumping measures in Canada and Turkey.

[19] See Table A.1 for further discussion of these episodes.

# 3   The Effects of Trade Policy Uncertainty

We now use the measures described in the previous section to get a quantitative sense of the macroeconomic effects of trade policy uncertainty. We proceed in two steps. First, we use firm-specific trade uncertainty to estimate the effects on investment of the recent spike in $TPU$. Second, we complement these results using historical relationships and by estimating a vector autoregressive (VAR) model of the U.S. economy.

## 3.1   Firm-level Responses to Trade Policy Uncertainty

We start by estimating the dynamic effects of changes in firm-specific $TPU_{i,t}$ on firm-level investment. Disaggregated data allow us to exploit the wide range of variation in actual and perceived trade policy uncertainty across firms and over time. To this end, we combine the firm-level $TPU_{i,t}$ measure with quarterly data from Compustat, which contain balance-sheet variables for the near-universe of publicly listed firms. Our strategy is to regress investment at various horizons against contemporaneous values of firm-level $TPU_{i,t}$. This strategy mimics the local projections approach developed by Jorda (2005), with the notable difference that we exploit firm-level variation both in the time-series and in the cross-section of the dependent and independent variables. More precisely, we estimate the following regression:

$$\log k_{i,t+h} - \log k_{i,t-1} = \alpha_i + \alpha_{s,t} + \beta_h \, TPU_{i,t} + \mathbf{\Gamma}' \mathbf{X}_{i,t} + \varepsilon_{i,t} \tag{3}$$

where $h \geq 0$ indexes current and future quarters. The goal is to estimate $\beta_h$, the dynamic effect on investment of variations in trade uncertainty at the firm level. As described above, trade uncertainty is $TPU_{i,t}$, that is, the number of mentions of trade uncertainty words divided by the total number of words in the firms' earnings calls. Our investment measure is $\log k_{i,t+h} - \log k_{i,t-1}$, where $k_{i,t}$ is the capital stock of firm $i$ at the start of period $t$, following Ottonello and Winberry (2018) and Clementi and Palazzo (2019). $\alpha_i$ and $\alpha_{s,t}$ denote firm and sector-by-quarter fixed effects, respectively. $\mathbf{X}_{i,t}$ are firm-level control variables: Tobin's Q, cash flows, openness, one lag of the growth rate of the capital stock, and one lag of the trade policy uncertainty measure. We also control for mentions of trade policy that are not related to uncertainty, i.e. $TPX_{i,t} = TP_{i,t} - TPU_{i,t}$.[20]

---

[20] Our variables are constructed as follows. We measure capital as net property, plant, and equipment (PPENTQ) except in the first period where we initialize the firm's capital stock using the gross level (PPEGTQ). This approach provides a stable estimate of quarterly capital growth over the sample. We measure Tobin's Q as the market value of equity plus the book value of assets minus book value of equity, all divided by the book value of assets (Gulen and Ion, 2015). Cash flows are calculated as cash and short-term investments (CHEQ) scaled by beginning-of-period property, plant, and equipment. Both Tobin's Q and cash flows are winsorized at the 1st and 99th percentiles. Finally, openness is the ratio of exports to usage—where usage is gross output plus imports less exports—at the industry level. Gross output by industry is from the Industry Economic Accounts Data published by the Bureau of Economic Analysis. Exports and imports data are from the U.S. Census Bureau U.S. International Trade and Goods and Services report. These industries account for roughly half of total capital expenditures among Compustat firms.

Our measure of firm-level $TPU$ runs from 2005Q1 through 2018Q4 and covers the near-universe of listed firms. However, we restrict our sample in two dimensions. First, we focus our analysis on the 2015Q1-2018Q4 period. As discussed in Section 2, in the years up to 2015, there has been little movement in aggregate and idiosyncratic $TPU$: only 1.3 percent of firm-quarter observations mention $TPU$ (i.e., $\mathcal{I}^{TPU} = 1$) for the years 2005-2018, while mentions jump to 5.1 percent from 2016 through 2018. Second, we include firms in the traded sectors of agriculture, mining, and manufacturing, thus leaving out wholesale and service sectors. Agriculture, mining, and manufacturing account for about one half of the firms in our sample and are the only sectors with data available to construct our openness measure. Between 2015 and 2018, firms in these sectors also mention trade uncertainty more frequently (4.7 vs 1.7 percent) than in remaining sectors. All told, our baseline specification includes a total of 9,835 observations on 1,292 firms.[21]

We estimate equation (3) at horizons $h = 0, 1, 2, 3, 4$. Figure 6 shows the response of firms' capital after an increase in $TPU$ from 0 to 0.035, the median value of $TPU$ among firms with positive $TPU$. Accordingly, the figure traces out the differential impact on capital between a firm that is concerned about $TPU$ and another one that is not concerned. Four quarters after the increase in TPU, the capital stock of firms that are worried are 2.5 percent lower.

Table A.2 reports quotes from the transcripts associated with some of the most influential observations in our sample that feature a large negative contribution of trade uncertainty to investment one quarter ahead. While some mentions of trade uncertainty refer to an aggregate component, most of the discussions refer to sector-specific policies, to country-specific policies that affect firms doing business in particular region, or to a combination of the two.

Figure 7 summarizes results for alternative specifications of our econometric framework. Panel 1 shows the response of investment after dropping $\mathbf{X}_{i,t}$ from the baseline specification, while still controlling for lagged investment and lagged $TPU$. Our results hold irrespective of whether we control for any contemporaneous correlation between $TPU$ and other variables capturing firms' investment opportunities, thus allaying the reverse-causation concern that firms mention $TPU$ as an excuse when business is not doing well.

Panel 2 shows that there is something special about investment and concerns about trade policy, rather than investment and trade policy per se. We replace in equation (3) $TPU_{i,t}$ with $TP_{i,t}$, the frequency of words mentioning trade policy, irrespective of whether uncertainty words are included or not. As the panel shows, unlike for $TPU_{i,t}$, higher $TP_{i,t}$ predicts, if anything, higher investment.

In our baseline specification, the average effect of aggregate trade uncertainty shocks is absorbed by the sector-by-quarter fixed effects ($\alpha_{s,t}$). Panel 3 relaxes this restriction by dropping $\alpha_{s,t}$. Under this specification, the effects of an increase in trade policy uncertainty are only slightly attenuated.

---

[21] A detailed description of the variable construction can be found in the Appendix. We further refine our sample by excluding observations for which (i) total assets (ATQ) are less than $1 million, (ii) capital expenditures (CAPXY) are negative, and (iii) acquisitions (AQCY) larger than 5 percent percent of assets.

**From Firm-level to Aggregate Effects: a back-of-the-envelope calculation**

Are the estimated effects small or large? To boot, our specification does not directly answer the question of how aggregate trade uncertainty affects aggregate investment, since the empirical approach "differences out" any aggregate general equilibrium effect. However, it is possible to make some predictions about aggregate effects by holding fixed any common general equilibrium effects such as endogenous policy responses or spillovers across firms. Between 2017 and 2018, the share of firms in our sample that mentioned trade policy uncertainty in their earnings calls went from 2.8 to 12.9 percent, a 10.1 percentage point increase. Multiplying 10.1 by the 2.53 percent response—after one year—of capital for a firm that is worried about $TPU$ yields an aggregate decline of capital of 0.26 percent. Since agriculture, mining, and manufacturing account for 43 percent of total assets (ATQ) in 2018, the decline in total capital for all listed firms can be estimated to be $0.101 \times 2.53 \times 0.43 = 0.11$ percent. Multiplying this number by the net stock of private nonresidential fixed assets, \$24 trillion, gives a dollar effect of \$26.4 billion.[22] This drop amounts to about a 1 percent decline in private nonresidential fixed investment.

**Trade Uncertainty, Actual Tariffs, and Industry Investment in 2018**

We conclude the firm-level analysis by zooming in on the industry effects of $TPU$ for the year 2018, the year in our sample witnessing the largest increase in trade policy uncertainty. Our goal is to complement the local projections above with a simple analysis of the differential industry effects of heightened trade tensions in 2018. We construct industry-level changes in capital growth between 2017 and 2018, grouping firms according to the Fama-French 49 industry classifications. By the same token, we construct a variable measuring the change in trade uncertainty at the industry level between 2017 and 2018. The first column of Table 2 reports the results of the cross-sectional regression:

$$\Delta \log k_{j,2018} - \Delta \log k_{j,2017} = \alpha + \beta \Delta STPU_{j,2018} + u_j.$$

where $\Delta \log k_{j,2018}$ denotes the log change from 2017 to 2018 in the capital stock for industry $j$, and $\Delta STPU_{j,2018}$ measures the standardized change from 2017 to 2018 in trade uncertainty for industry $j$.[23] The estimated value of $\beta$ is $-1.57$. To interpret this number, consider an industry that experienced an increase in $TPU$ that is two times the cross sectional standard deviation of

---

[22] This series is available in line 3 of Table 1.1 of the Fixed Assets Accounts Tables produced by the Bureau of Economic Analysis.

[23] Specifically, we denote by $\log k_{i,2018}$ the firm's capital stock at the end of 2018. The change in the capital stock for industry $j$ at the end of year $t$ is constructed as the weighted average of the change in the capital stock of the firms in the industry, $\Delta \log k_t = \sum_i \omega_i \Delta \log k_{it}$, where $\omega_i$ denotes the sectoral capital share of firm $i$ in industry $j$ at $t-1$. Trade uncertainty at the industry level is constructed as the yearly average of the share of industry earnings calls mentioning trade uncertainty. That is, $\Delta STPU_{j,t}$ is a standardized transformation of $\frac{\sum_{i \in Sector\ J} \frac{\sum_{q=1}^{4} \tau_{i,tq}^{TPU}}{4}}{\#firms\ in\ J} - \frac{\sum_{i \in Sector\ J} \frac{\sum_{q=1}^{4} \tau_{i,(t-1)q}^{TPU}}{4}}{\#firms\ in\ J}$.

sectoral $TPU$ changes in 2018. This industry is predicted to have reduced its capital growth by about 3.2 percent. Figure 8 offers a visual representation of the strong negative correlation between industry $TPU$ and industry investment in 2018.

In 2018 certain tariffs themselves increased, beckoning the question whether this instance of high $TPU$ simply captures the negative effects of higher tariffs. For each industry, we calculate the share of costs subject to new tariffs in 2018.[24] Column 2 controls for new tariffs in 2018, reporting the results of the following regression:

$$\Delta \log k_{j,2018} - \Delta \log k_{j,2017} = \alpha + \beta \Delta STPU_{j,2018} + \gamma NEWTARIFFS_{j,2018} + u_j.$$

The coefficient on new tariffs is statistically insignificant. In other words, the industry regression indicates that the impact of tariffs on industry investment has been small, while firms more worried about the escalation of trade tensions have reduced their investment.

## 3.2  Macroeconomic Effects of Trade Policy Uncertainty

There are two important challenges for our firm-level approach. First, how do we interpret firm-specific trade policy uncertainty when there is a large common component? One interpretation is that firm-specific trade uncertainty captures idiosyncratic exposure to a trade policy "shock" that has a strong aggregate component, but whose microeconomic ramifications affect firms and industries differently at different points in time. For instance, two firms in the same industry may buy inputs from suppliers in countries subject to differential trade policy shocks. Another interpretation is that firm-specific uncertainty may capture differential risk aversion and expectations of the managers regarding the same aggregate phenomenon. Under both interpretations, our cross-sectional evidence provides robust support to the notion that trade uncertainty may deter investment, even though the aggregate response is absorbed by the time effects.

Second, how do we convert firm-level responses into aggregate responses when the common component is important? In the previous section, we have provided an estimate of such aggregate effects by implicitly assuming an equivalence between micro and macro effects, and by ruling out any complex general equilibrium effects.

An alternative approach to identify the effects of aggregate trade policy uncertainty relies on the time-honored tradition of estimating a quarterly VAR in the tradition of Christiano, Eichenbaum, and Evans (2005). First, we report evidence based on a bivariate VAR model estimated on the news-based $TPU$ index and real business fixed investment per capita. Then we show that results hold in a model that measures trade uncertainty using tariff volatility shocks and in a larger model that includes a number of macro and financial variables that could help purge the $TPU$ index of

---

[24] We thank Aaron Flaaen at the Federal Reserve Board for constructing and sharing this measure with us. The share is constructed by combining input-output tables with the product list subject to new tariffs published by the U.S. Trade Representative.

movements unrelated to trade policy uncertainty: the tariff rate; real GDP per capita; the Jurado, Ludvigson, and Ng (2015) macroeconomic uncertainty index; the broad dollar index, and the tax rate on capital income.[25] We estimate the VAR over the sample 1960-2018. In all specifications, we apply a recursive identification scheme where we order $TPU$ measures first, reflecting our view that our series of tariff volatility are exogenous to the macroeconomy.

Figure 9 plots the responses of trade uncertainty and investment to a two-standard-deviation shock to trade uncertainty under the three VAR model specifications. The solid lines depict the median responses, while the shaded bands represent the corresponding 70 percent point-wise credible sets. The three models provide remarkably consistent results. In response to a $TPU$ shock, trade uncertainty rises on impact and remains elevated for about three years. This prolonged period of uncertainty reduces investment: depending on the model, private investment declines between 1 and 2 percent for about a year.[26]

**Validation of Tariff Volatility Shocks**

We conduct the VAR analysis on historical data from 1960 through 2018. While we argue that the $TPU$ shocks we identify are exogenous—validating our identification by controlling for some alternative drivers of the business cycle in the VAR, it is possible that our $TPU$ shocks are contaminated by other sources of macroeconomic instability.

To attenuate these concerns, we run two exercises. First, we look at the correlation between $TPU$ shocks and other traditional macroeconomic shocks, which are external to our VAR model. Second, we look at whether these external shocks Granger-cause the $TPU$ shocks.

We look at four sources of macroeconomic fluctuations that could be relevant for our application: oil shocks, monetary policy shocks, technology shocks, and (non-tariff) fiscal shocks. The oil shocks are from Hamilton (2003) and are based on a nonlinear transformation of the nominal price of crude oil. The monetary policy shocks are from Romer and Romer (2004) where we take the quarterly sum of their monthly variable. Technology shocks are the residual from an AR(1) model of the utilization-adjusted total factor productivity (TFP) (Fernald, 2012). Fiscal shocks are: the news shocks about military spending from Ramey (2011); and the capital tax volatility series of Fernandez-Villaverde et al. (2015).

Table 3 reports the pairwise correlations between these external shocks and the $TPU$ shock identified in the bivariate model, as well as results from the Granger causality tests. These results support the lack of systematic contemporaneous and lagged association between the identified $TPU$

---

[25] All models include two lags of the endogenous variables and a constant. We use the median of the filtered, instead of the smoothed, tariff volatility series estimated using the stochastic volatility model described in the previous section, so that we can condition on information at time $t$. Per capita variables are constructed using the quarterly civilian non-institutional population. We detrend data prior to estimation using a linear trend.

[26] For comparison, these effects are of similar magnitude to those documented by Fernandez-Villaverde et al. (2015) in their analysis of shocks to capital tax volatility.

shocks and other types of macroeconomic shocks. All correlations and Granger tests are not statistically different from zero and small in economic terms, except for some predictability from changes in TFP, which disappears when shocks are extracted from the multivariate model (not shown).

### 3.3   Taking Stock from the Empirical Evidence

We have presented a variety of methods to measure the empirical effects of movements in trade policy uncertainty. Our firm-level approach finds that firm-level variation in trade policy uncertainty, sized to reflect the developments in 2017-18, can account for an overall decline in investment of about 1 percent. Our estimated VAR also predicts a negative effect of trade uncertainty on investment. When the VAR shock is sized to reflect the trade tensions of 2017 and 2018, the predicted drag on investment is a bit larger, between 1 and 2 percent.

## 4   The Model

In this section, we study the transmission of trade policy risk and uncertainty in a two-country model with heterogenous firms. We augment a New-Keynesian open-economy framework à la Gali and Monacelli (2005) and Corsetti, Dedola, and Leduc (2010) to allow for a discrete choice model of entering and exiting the export market as in Alessandria and Choi (2007). Intermediate goods producing firms specialize in the production of a differentiated good that can be exported provided that the firm finds it profitable to incur an up-front sunk cost to enter the export market, and a smaller period-by-period continuation cost to stay in the export market.

The economy consists of a home (H) country and a foreign (F) country that are isomorphic in structure. We denote foreign variables with an asterisk. Agents in each economy include households, retailers, wholesale firms, distributors, capital good producers, producers of intermediate goods, and the government. The next sections describe the optimization problems solved by each type of agent.

### 4.1   Households

Households in the home country choose final good consumption $(C_t)$, differentiated labor supply and wages for their members ($l_{j,t}$ and $w_{j,t}$ for $j \in H$), and a portfolio of assets $\{B_t(s)\}_{s \in S}$ to maximize expected lifetime utility

$$E_s \sum_{t \geq s} \beta^{t-s} U\left(C_t, \{l_{j,t}\}_{j \in H}\right),\tag{4}$$

subject to the budget constraint

$$P_t^C C_t + \sum_{s \in S} B_t(s) + \int AC_{j,t}^w dj \leq \int l_{j,t} w_{j,t} dj + \sum_{s \in S} B_{t-1}(s) R_t^B(s) + \Pi_t^{HH} + T_t,\tag{5}$$

14

where $AC_{j,t}^w$ is the cost for household member $j$ of adjusting its wage, $R_t^B(s)$ is the return on asset $B_{t-1}(s)$, $\Pi_t^{HH}$ are the aggregate profits of the firms in the home country (which are owned by the home consumers), and $T_t$ is a lump-sum transfer from the government.[27] The wage adjustment cost function is increasing in the aggregate level of employment ($L_t$) and quadratic in the desired wage change:

$$AC_{j,t}^w = \frac{\rho_w}{2}\left(\frac{w_{jt}}{w_{jt-1}} - 1\right)^2 L_t.\tag{6}$$

In setting its wage, household member $j$ takes as given intermediate good producers' labor demand:

$$l_{j,t} = \left(\frac{w_{jt}}{W_t}\right)^{-\varepsilon_w} L_t,\tag{7}$$

where $\varepsilon_w$ governs the elasticity of substitution across differentiated labor inputs. Optimality requires the following saving condition:

$$1 = \beta E_t\left[\Lambda_{t,t+1} R_{t+1}^B(s)\right] \text{ for } s \in S\tag{8}$$

where $\beta\Lambda_{t,t+1} = \beta\frac{U_{C,t+1}}{U_{C,t}}$ is the real stochastic discount factor for the household in the home country.

In a symmetric equilibrium, the optimal decision to supply labor implies a wage Phillips curve of the form:

$$(\pi_t^w - 1)\,\pi_t^w = \frac{\varepsilon_w}{\rho_w}\left[-\frac{U_{l_j,t}}{U_{C,t}} - \frac{(\varepsilon_w - 1)}{\varepsilon_w} W_t\right] + \beta E_t\Lambda_{t,t+1}\left(\pi_{t+1}^w - 1\right)\pi_{t+1}^w\frac{L_{t+1}}{L_t}.\tag{9}$$

## 4.2   Retailers

Competitive consumption retailers in the home country combine consumption varieties to produce a final consumption good according to the constant-elasticity of substitution (CES) aggregator

$$C_t = \left[\int C_t(i)^{\frac{\varepsilon_R - 1}{\varepsilon_R}}\,di\right]^{\frac{\varepsilon_R}{\varepsilon_R - 1}},\tag{10}$$

where $\varepsilon_R \geqslant 0$ determines the elasticity of substitution between consumption varieties. Profits for the consumption retailers are given by $\Pi_{C,t}^R = P_t^C C_t - \int P_t^C(i) C_t(i)\,di$, where $P_t^C$ is the price index of the final consumption good and $P_t^C(i)$ is the price of each individual consumption variety $i$. Given the CES structure of the aggregator, the associated demand schedules are characterized by:

$$C_t(i) = \left[\frac{P_t^C(i)}{P_t^C}\right]^{-\varepsilon_R} C_t.\tag{11}$$

---

[27] The resource costs $AC_{j,t}^w$ can be interpreted as workers' payments to unions which are in charge of wage negotiations. These costs are then rebated lump sum to the households.

The zero profit condition for the consumption retailers gives the final consumption price index:

$$P_t^C = \left[ \int P_t^C(i)^{1-\varepsilon_R} \, di \right]^{\frac{1}{1-\varepsilon_R}}. \tag{12}$$

Similarly, competitive investment retailers in the home country combine investment varieties to produce a final investment good according to the CES aggregator

$$I_t = \left[ \int I_t(i)^{\frac{\varepsilon_R-1}{\varepsilon_R}} \, di \right]^{\frac{\varepsilon_R}{\varepsilon_R-1}} \tag{13}$$

where $\varepsilon_R \geqslant 0$ determines the elasticity of substitution between consumption varieties. Profits for the investment retailers are $\Pi_{I,t}^R = P_t^I I_t - \int P_t^I(i) I_t(i) \, di$, where $P_t^I$ is the price index of the final investment good and $P_t^I(i)$ is the price of each individual investment variety $i$. Given the CES structure of the aggregator, the associated demand schedules are characterized by

$$I_t(i) = \left[ \frac{P_t^I(i)}{P_t^I} \right]^{-\varepsilon_R} I_t. \tag{14}$$

The zero profit condition for the investment retailers gives the final investment price index

$$P_t^I = \left[ \int P_t^I(i)^{1-\varepsilon_R} \, di \right]^{\frac{1}{1-\varepsilon_R}}. \tag{15}$$

## 4.3 Wholesale Firms

Each country features a continuum of monopolistically competitive wholesale firms that produce differentiated consumption varieties. Wholesale firms combine bundles of consumption intermediates produced in the home country $\left( D_{Ht}^C \right)$ and bundles produced and exported by the foreign country $\left( D_{Ft}^C \right)$ according to the CES technology:

$$C_t(i) = \left[ \omega_C^{\frac{1}{\theta_C}} \left( D_{Ht}^C \right)^{\frac{\theta_C-1}{\theta_C}} + (1-\omega_C)^{\frac{1}{\theta_C}} \left( D_{Ft}^C \right)^{\frac{\theta_C-1}{\theta_C}} \right]^{\frac{\theta_C}{\theta_C-1}} \tag{16}$$

where $\theta_C \geqslant 0$ determines the elasticity of substitution between domestic and foreign bundles and $\omega_C$ governs the relative share of domestically produced consumption bundles.

Wholesale consumption firms profits are

$$\Pi_{C,t}^W(i) = P_t^C(i) C_t(i) - P_{Ht} D_{Ht}^C - P_{Ft}(1+\tau_t^m) D_{Ft}^C - AC_t^{PC}(i) \tag{17}$$

where $P_{Ht}$ and $P_{Ft}$ are, respectively, the price indexes of the domestic and foreign intermediates, $\tau_t^m$ is the tariff that the home country may impose on imported intermediates, and $AC_t^{PC}(i)$ is a

(quadratic) cost incurred to adjust prices as in Rotemberg (1982).[28]

For any given level of production $C_t(i)$, cost minimization yields the demand functions

$$D_{Ht}^C(i) = \omega_C \left[ \frac{P_{Ht}}{MC_t^C(i)} \right]^{-\theta_C} C_t(i), \tag{18}$$

$$D_{Ft}^C(i) = (1 - \omega_C) \left[ \frac{P_{Ft}(1 + \tau_t^m)}{MC_t^C(i)} \right]^{-\theta_C} C_t(i), \tag{19}$$

where $MC_t^C(i)$ is the marginal cost function faced by wholesale firms:

$$MC_t^C = \left[ \omega_C (P_{Ht})^{1-\theta_C} + (1 - \omega_C)(P_{Ft})^{1-\theta_C}(1 + \tau_t^m)^{1-\theta_C} \right]^{\frac{1}{1-\theta_C}}. \tag{20}$$

These expressions imply that higher tariffs in the domestic country raise the relative cost of imported intermediate inputs and hence shift demand away from imported inputs towards domestically-produced intermediate inputs, that is:

$$\frac{D_{Ht}^C(i)}{D_{Ft}^C(i)} = \frac{\omega_C}{(1 - \omega_C)} \left[ \frac{P_{Ht}}{P_{Ft}(1 + \tau_t^m)} \right]^{-\theta_C}. \tag{21}$$

Moreover, since tariffs are imposed on intermediate goods, higher tariffs raise wholesale firms' marginal costs.

The (dynamic) pricing decision of wholesale firms yields, after imposing symmetry across firms, the Phillips curve expression:

$$(\pi_t^c - 1)\pi_t^c = \frac{\varepsilon_R}{\rho_p} \left[ \mu_t^C - \frac{\varepsilon_R - 1}{\varepsilon_R} \right] + E_t \Lambda_{t,t+1}(\pi_{t+1}^c - 1)\pi_{t+1}^c \frac{C_{t+1}}{C_t} \tag{22}$$

where $\pi_t^c = \frac{P_t^C}{P_{t-1}^C}$ and $\mu_t^C = \frac{MC_t}{P_t^C}$.

Similarly, monopolistically competitive wholesale firms combine bundles of investment intermediates produced in the home country $\left( D_{Ht}^I \right)$ and bundles produced and exported by the foreign country $\left( D_{Ft}^I \right)$ to produce differentiated investment varieties according to the CES technology

$$I_t(i) = \left[ \omega_I^{\frac{1}{\theta_I}} \left( D_{Ht}^I \right)^{\frac{\theta_I - 1}{\theta_I}} + (1 - \omega_I)^{\frac{1}{\theta_I}} \left( D_{Ft}^I \right)^{\frac{\theta_I - 1}{\theta_I}} \right]^{\frac{\theta_I}{\theta_I - 1}} \tag{23}$$

where $\theta_I \geqslant 0$ determines the elasticity of substitution between domestic and foreign bundles and $\omega_I$ governs the relative shares of domestically produced investment bundles.

---

[28] As with the wage adjustment costs, we interpret the costs of adjusting prices incurred by firms as payments to pricing agencies that are rebated back lump sum to the households.

Profits for wholesale investment firms are

$$\Pi_{I,t}^{W}(i) = P_t^I(i) I_t(i) - P_{Ht} D_{Ht}^I - P_{Ft}(1 + \tau_t^m) D_{Ft}^I - AC_t^{PI}(i). \tag{24}$$

The optimality conditions associated with the (static) cost minimization decisions and (dynamic) pricing decisions are[29]

$$D_{Ht}^I(i) = \omega_I \left[\frac{P_{Ht}}{MC_t^I(i)}\right]^{-\theta_I} I_t, \tag{25}$$

$$D_{Ft}^I = (1 - \omega_I) \left[\frac{P_{Ft}(1 + \tau_t^m)}{MC_t^I(i)}\right]^{-\theta_I} I_t, \tag{26}$$

,

$$MC_t^I = \left[\omega_I (P_{Ht})^{1-\theta_I} + (1 - \omega_I)(P_{Ft})^{1-\theta_I}(1 + \tau_t^m)^{1-\theta_I}\right]^{\frac{1}{1-\theta_I}}, \tag{27}$$

$$(\pi_t^I - 1)\pi_t^I = \frac{\varepsilon_R}{\rho_p}\left[\mu_t^I - \frac{\varepsilon_R - 1}{\varepsilon_R}p_t^I\right] + E_t \Lambda_{t,t+1}(\pi_{t+1}^I - 1)\pi_{t+1}^I \frac{I_{t+1}}{I_t} \tag{28}$$

where $\pi_t^I = \frac{P_t^I}{P_{t-1}^I}$, $\mu_t^I = \frac{MC_t^I}{P_t^C}$, and $p_t^I = \frac{P_t^I}{P_t^C}$.

## 4.4   Distributors

Competitive distributors specialize in the production of (CES) bundles of consumption and investment intermediates purchasing intermediate varieties produced both in the home country and in the foreign country

$$D_{Ht}^C + D_{Ht}^I = D_{Ht} = \left[\int y_{Ht}(j)^{\frac{\varepsilon_D - 1}{\varepsilon_D}} di\right]^{\frac{\varepsilon_D}{\varepsilon_D - 1}}, \tag{29}$$

$$D_{Ft}^C + D_{Ft}^I = D_{Ft} = (N_t^*)^{-\lambda \frac{\varepsilon_D}{\varepsilon_D - 1}} \left[\int_{j \in E_t^*} y_{Ft}(j)^{\frac{\varepsilon_D - 1}{\varepsilon_D}} di\right]^{\frac{\varepsilon_D}{\varepsilon_D - 1}} \tag{30}$$

where $\varepsilon_D \geqslant 0$ determines the elasticity of substitution between varieties. As in Alessandria and Choi (2007), the aggregator for foreign varieties includes the fraction of foreign intermediates available in the home country $(N_t^*)$ to separate between love-of-variety effect embedded in the aggregator from the pure degree of market power $(\varepsilon_D)$. The set $E_t^*$ includes foreign exporting firms.

Profits of distributors are

$$\Pi_{Ht}^D = P_{Ht} D_{Ht} - \int P_{Ht}(j) y_{Ht}(i) di, \tag{31}$$

---

[29] The implicit assumption is that countries set a uniform tariff rate on both consumption and investment imported intermediates.

$$\Pi_{Ft}^D = P_{Ft}D_{Ft} - \int P_{Ft}(j)\, y_{Ft}(i)\, di. \tag{32}$$

The optimality conditions associated with profit maximization yield the demand schedules

$$y_{Ht}(i) = \left[\frac{P_{Ht}(j)}{P_{Ht}}\right]^{-\varepsilon_D} D_{Ht}, \tag{33}$$

$$y_{Ft}(i) = (N_t^*)^{-\lambda\varepsilon_D} \left[\frac{P_{Ft}^C(j)}{P_{Ft}^C}\right]^{-\varepsilon_D} D_{Ft}. \tag{34}$$

Finally, the associated price indexes are

$$P_{Ht} = \left[\int_{j \in E_t^*} P_{Ht}(j)^{1-\varepsilon_D}\, di\right]^{\frac{1}{1-\varepsilon_D}}, \tag{35}$$

$$P_{Ft} = (N_t^*)^{-\lambda\frac{\varepsilon_D}{\varepsilon_D-1}} \left[\int_{j \in E_t^*} P_{Ft}(j)^{1-\varepsilon_D}\, di\right]^{\frac{1}{1-\varepsilon_D}}. \tag{36}$$

## 4.5   Capital Goods Producers

The supply of aggregate capital is determined by the problem of competitive capital good producers facing investment adjustment costs as in Christiano, Eichenbaum, and Evans (2005). We incorporate investment adjustment costs since this specification bears predictions for investment dynamics that closely match the data both at the macro and at the micro level (see for instance Eberly, Rebelo, and Vincent, 2012). Let the increase in the aggregate capital stock be given by

$$I_t^k = K_t - (1-\delta)\, K_{t-1}. \tag{37}$$

Capital good producers use consumption goods and investment goods in order to produce final capital goods $I_t^k$. In particular they use one unit of investment goods $I_t$ for each unit of $I_t^k$ and they also face quadratic adjustment cost whenever they change the overall amount of $I_t^k$, given by $\frac{\kappa}{2}\left(\frac{I_t^k}{I_{t-1}^k}-1\right)^2$. Their problem is then to choose $I_t^k$ to solve:

$$\max E_s \sum_{t \geq s} \beta^{t-s} \Lambda_{t,s} \left(p_t^k I_t^k - I_t^k \left[p_t^I + \frac{\kappa}{2}\left(\frac{I_t^k}{I_{t-1}^k}-1\right)^2\right]\right), \tag{38}$$

.

Their optimality condition is:

$$p_t^k = p_t^I + \frac{\kappa}{2}\left(\frac{I_t^k}{I_{t-1}^k}-1\right)^2 + \kappa\left(\frac{I_t^k}{I_{t-1}^k}-1\right)\frac{I_t^k}{I_{t-1}^k} - E_t\beta\Lambda_{t,t+1}\kappa\left(\frac{I_{t+1}^k}{I_t^k}-1\right)\left(\frac{I_{t+1}^k}{I_t^k}\right)^2. \tag{39}$$

19

## 4.6   Producers of Intermediate Varieties

Our model of intermediate varieties producers follows Alessandria and Choi (2007). In each country, a unit mass of monopolistically competitive firms is indexed by $j \in [0, 1]$. Each firm produces output for the domestic market $(y_{Ht})$ and, if it decides to export, for the foreign market $(y_{Ht}^*)$, according to a constant returns to scale technology:

$$y_{Ht}(j) + m_t(j) y_{Ht}^*(j) \leq A_t z_t(j) k_t(j)^\alpha l_t(j)^{1-\alpha}, \tag{40}$$

where $m_t(j) \in \{0, 1\}$ is an indicator function denoting whether or not firm $j$ decides to export in the current period, $A_t$ is an autoregressive aggregate productivity shock, $z(j)$ is an idiosyncratic i.i.d. productivity shock, $k_t(j)$ is the producer's capital stock, and $l_t(j)$ is the amount of labor used in production.

Within-period profits are

$$\Pi_t^P(j) = P_{Ht}(j) y_{Ht}(j) + m_t(j) \varepsilon_t P_{Ht}^*(j) y_{Ht}^*(j) - W_t l_t(j) - P_t^I i_t(j) \tag{41}$$

where $\varepsilon_t$ is the nominal exchange rate, $P_{Ht}^*$ is the price charged in the export market (in foreign currency), and $W_t$ is the aggregate wage.

When a firm decides to export $(m_t = 1)$, it incurs a fixed cost $f(m_{t-1})$ in units of labor that depends on its export status in the previous period. Specifically, firms pay a sunk cost to enter the export market, denoted by $f(0)$, that is higher than the fixed cost of continuing exporting in each period $f(1)$. If a firm exits the export market, it must repay the sunk cost $f(0)$ to reenter.[30]

Firms accumulate capital according to the law of motion

$$k_{t+1}(j) \leq (1-\delta) k_t(j) + i_t(j) \tag{42}$$

where $\delta$ is the depreciation rate.

Each intermediate good producer solves the following dynamic recursive problem

$$V(z_t, m_{t-1}, k_t; S_t) = \max_{m_t, i_t, k_{t+1}, l_t, P_{Ht}, P_{Ht}^*} \Pi_t^P - W_t m_t f(m_{t-1}) + E_t \Lambda_{t,t+1} V(z_{t+1}, m_t, k_{t+1}; S_{t+1}) \tag{43}$$

given the production technology (40), the law of motion for capital (42), and the demand schedules in the domestic and foreign markets

$$y_{Ht}(i) = \left[ \frac{P_{Ht}(j)}{P_{Ht}} \right]^{-\varepsilon_D} D_{Ht} \tag{44}$$

---

[30] In the Alessandria and Choi (2007) formulation, the fixed costs are per variety cost of starting exporting. This assumption rules out economies of scale to exporting, that is, the possibility that a single firm pays the sunk cost and exports multiple varieties of intermediate goods.

$$y_{Ht}^*(i) = N_t^{-\lambda \varepsilon_D} \left[ \frac{P_{Ht}^*(j)}{P_{Ht}^*} \right]^{-\varepsilon_D} D_{Ht}^*. \tag{45}$$

The triple $(z_t, m_{t-1}, k_t)$ represents the individual state of the firm while the variable $S_t$ summarizes the aggregate state.

The optimal price setting requires charging a constant markup over marginal costs

$$p_{Ht}(j) = Q_t p_{Ht}^*(j) = \frac{\varepsilon_D}{\varepsilon_D - 1} \frac{W_t l_t}{(1-\alpha)[y_{Ht} + m_t y_{Ht}^*]} \tag{46}$$

The labor demand function, after taking into account these pricing rules and the demand functions for intermediate goods in (44) and (45), can be expressed as

$$l = (k_t)^{1-v} z^{(\varepsilon_D - 1)v} \left( \frac{W_t}{\xi} \right)^{-\varepsilon_D v} \Gamma_t(m_t)^v \tag{47}$$

where the term $\Gamma_t(m_t)$ captures how the size of the market that firms serve depends on its export decision $m_t$:

$$\Gamma_t(m_t) = p_{H,t}^{-\varepsilon_D} \left( D_{Ht} + m_t N_t^{-\lambda \varepsilon_D} D_{Ht}^* \right). \tag{48}$$

Above, the parameters $v$ and $\xi$ depend on the labor share and the elasticity of substitution across intermediate goods as follows:

$$v = \frac{1}{1 + \alpha(\varepsilon_D - 1)} \tag{49}$$

$$\xi = (1 - \alpha) \frac{\varepsilon_D - 1}{\varepsilon_D}. \tag{50}$$

Under our maintained assumption that intermediate goods are substitutes, i.e. $\varepsilon_D > 1$, both $v$ and $\xi$ are between 0 and 1.

The optimality condition for investment is

$$p_t^k = E_t \Lambda_{t,t+1} V_{k,t+1}(j). \tag{51}$$

Since the idiosyncratic technology shocks $z_t$ are i.i.d. across firms, equation (51) implies that $k_{t+1}$ depends on the firm's export status in the following period $(m_t)$, but is indepedent of $z_t$. Consequently, the distribution of capital across firms degenerates to two mass points

$$k_{t+1} = \begin{cases} K_{t+1}^0 & if \ m_t = 0 \\ K_{t+1}^1 & if \ m_t = 1 \end{cases} \tag{52}$$

The decision to enter the export market can be summarized by the productivity threshold $z_{mt}$ that equates the maximal values of exporting and not exporting for a firm entering time $t$ with export

status $m_{t-1} = m$ :

$$V^1(z_{mt}, m, K_{mt}; S_t) = V^0(z_{mt}, m, K_{mt}; S_t).$$ (53)

Using the pricing rule and the labor demand in equations (46) and (47), we can write (53) as:

$$
\begin{aligned}
p_t^k \left( K_{t+1}^1 - K_{t+1}^0 \right) + W_t f(m) &= \left[ z_{mt}^{(\varepsilon_D - 1)v} (1 - \xi) \left( \frac{W_t}{\xi} \right)^{1 - \varepsilon_D v} (K_{mt})^{1-v} \right] \left[ \Gamma_t(1)^v - \Gamma_t(0)^v \right] \\
&\quad + E_t \Lambda_{t,t+1} \left[ V\left( z', 1, K_{t+1}^1; S_{t+1} \right) - V\left( z', 0, K_{t+1}^0; S_{t+1} \right) \right]
\end{aligned}
$$ (54)

The left-hand side of (54) represents the extra costs faced by firms to export, that is, a larger capital investment required to serve a larger market, $\left( K_{t+1}^1 > K_{t+1}^0 \right)$, and the fixed cost to either enter ($m_{t-1} = 0$) or stay ($m_{t-1} = 1$) in the export market. The right-hand side represents the benefits of exporting, that is, the gains from serving a larger markert immediately, captured by the term $[\Gamma_t(1)^v - \Gamma_t(0)^v]$, and the expected larger continuation value of entering in the following period as an exporter. The continuation value includes the benefit for exporters of only paying the continuation costs $f(1) < f(0)$ to continue to export.

Finally, the fraction of exporters $(N_t)$ evolves according to the law of motion

$$N_t = [1 - \Phi(z_{1t})] N_{t-1} + [1 - \Phi(z_{0t})] (1 - N_{t-1}).$$ (55)

## 4.7   Government Policy and Equilibrium

To close the model we specify a rule for monetary and fiscal policies. The monetary authority follows a standard Taylor rule

$$R_t = \frac{1}{\beta} [\beta R_{t-1}]^{\rho_R} \left[ (\pi_t)^{\phi_\pi} (\widetilde{y}_t)^{\phi_y} \right]^{1 - \rho_R}$$ (56)

where $\rho_R$ governs the intertia in the policy rule, $\phi_\pi$ is the weight on consumer price inflation $(\pi_t)$, and $\phi_y$ is the weight on the output gap $(\widetilde{y}_t)$.

The government balances its budget period by period

$$\frac{\tau_t^m}{1 + \tau_t^m} P_{Ft} D_{Ft}^C = T_t$$ (57)

where tariffs $\tau_t^m$ are assumed to follow a first-order autoregressive process with stochastic volatility

$$\tau_t^m = (1 - \rho_\tau) \mu_\tau + \rho_\tau \tau_{t-1}^m + \exp\left( \sigma_{t-1}^m \right) \varepsilon_t^\tau + \varepsilon_{t-1}^N$$ (58)

$$\sigma_t^m = (1 - \rho_{\sigma^m}) \sigma^m + \rho_{\sigma^m} \sigma_{t-1}^m + \eta u_t$$ (59)

Finally, aggregate productivity follows a first-order vector autoregressive process

$$Z_t = M Z_{t-1} + \varepsilon_t^Z \tag{60}$$

where $M$ is a matrix of coefficients, $Z = [A_t, A_t^\star]'$, and $\varepsilon_t^Z = \left[\varepsilon_t^A, \varepsilon_t^{A^\star}\right]' \overset{i.i.d.}{\sim} N(0, \Sigma)$. As mentioned earlier, the idiosyncratic productivity shock is such that $z_t(j) \overset{i.i.d.}{\sim} N(0, \sigma_z^2)$.

The definition of equilibrium is standard.[31]

# 5   Model Results

Given our interest in quantifying the macroeconomic effects on trade policy risk and uncertainty, we solve the model using a third-order perturbation method. As discussed in Fernandez-Villaverde et al. (2015), innovations to volatility shocks have direct effects only through third-order terms.

## 5.1   Calibration

In our experiments, we assume that asset markets are incomplete and only noncontingent bonds are traded. We calibrate the model using standard values from the literature as well as drawing from the VAR evidence described above to discipline the stochastic process for tariffs. The calibration is described in Table (4).

We assume a GHH utility function that features habit in consumption:

$$U(C, L) = \frac{\left[(C_t - bC_{t-1}) - \psi L_t^\mu\right]^{1-\gamma_R}}{1 - \gamma_R} \tag{61}$$

where the habit formation parameter $b$ is set equal to 0.75, the Frisch elasticity parameter $\mu$ is 1, and the risk aversion parameter $\gamma_R$ is 2. We assume a discount factor $\beta$ of 0.99. The use of GHH preferences is well established in open-economy models (see, for instance, Mendoza (1991) and Raffo (2008)) as well as in analysis of news shocks (see, for instance, Jaimovich and Rebelo (2009)). We include habit in consumption simply to obtain hump-shaped responses in consumption, thus reducing the impact response of consumption to tariffs and tariff uncertainty shocks. We explore the role of our preference specification in the robustness section, when we compare our baseline results with those from an alternative specification that uses preferences of the form $\frac{C_t^{1-\gamma_R}}{1-\gamma_R} - \psi L_t^\mu$.

Turning to the calibration of the nominal rigidities, we set the wage and price stickiness parameters $(\rho_w, \rho_p)$ to a value that would replicate, in a linearized setup, the slope of the wage and price Phillips curve derived using Calvo stickiness with an average duration of wages and prices

---

[31] For details, see derivations in the Appendix.

of 8 quarters.[32] The elasticity of labor and good demands associated with these monopolistically competitive pricing decisions ($\varepsilon_w, \varepsilon_R$) is equal to 10.

In our baseline, we set the Armington elasticity of both consumption and investment goods ($\theta_C, \theta_I$) to 1.5, as in e.g. Backus, Kehoe, and Kydland (1994). We assume that the home bias in the production of both consumption and investment goods ($\omega_c$) is 0.85. We set the capital share of traded goods ($\alpha$) to 0.36, and the depreciation rate ($\delta$) to 0.025. We set the parameter governing investment adjustment costs ($\kappa$) to 10. Conditional on aggregate TFP shocks only, such a value allows the model to reproduce a standard deviation of investment that is about 3 times larger than that of GDP, consistent with data.

The calibrated parameters for the production of intermediate goods follow closely Alessandria and Choi (2007). We set the elasticity of intermediate goods demand $\varepsilon_D$ to 5, while the fixed costs $f(0)$ and $f(1)$ and the dispersion of idiosyncratic productivity ($\sigma_z$) are set to target quarterly starter and stopper ratios of $n_1 = n_0 = 3.5$ percent and an exporter premium of 12 percent. We assume that the love-of-variety is tied to the elasticity of substitution across varieties and set $\lambda = 0$.

In the Taylor rule (56), the inertia coefficient ($\rho_R$) is 0.85, the coefficient on inflation ($\phi_\pi$) is 1.5, and the coefficient on the output gap $\left(\phi_y\right)$ is set to 0.

Turning to the calibration of the exogenous processes in Table 4, we set the parameters describing the process for the tariff rate to the median estimates reported in Table 1. The parameters governing the remaining exogenous processes are taken from Alessandria and Choi (2007).

## 5.2   Model Experiments

We use our model to describe how a rise in trade tensions is transmitted to the macroeconomy. Given the estimated autoregressive process with stochastic volatility for import tariffs, in our baseline experiment we model a rise in trade tensions as both a first moment shock (i.e. an increase in the *expectation* of future tariffs) and a second moment shock (i.e. an increase in the *uncertainty* about future tariffs).[33] Throughout our quantitative analysis we retain the assumption of full retaliation by the foreign country.

As in the empirical section, our baseline model experiment is largely calibrated following the trade policy developments of 2018. We size the initial increase in both the expected level of future tariffs, i.e. shock $\varepsilon_1^N$ in (58), and the uncertainty of future tariffs, i.e. shock $u_1$ in (59), by using the threatened level of tariff rates on U.S. imports. Specifically, we assume that in the first period agents learn that trade negotiations between the two countries have begun. Agents forecast that, with equal

---

[32] Our value for price rigidity is in line with recent estimates of the slope of the Phillips curve as in Del Negro, Giannoni, and Schorfheide (2015). We later discuss the importance of price rigidity for the transmission of tariff uncertainty shocks and compare with the flexible price economy.

[33] We thank our discussant Joseph Steinberg for suggesting to combine both shocks in a single experiment. Bloom et al. (2018) follow a similar approach and provide evidence that recessions are best described as unexpected changes in productivity with negative first moments and positive second moments.

probability, tariffs will either remain at their steady-state level $\tau^{SS} = 0.02$, the current average tariff rate on U.S. imports, or rise to a higher value $\tau^{HIGH} = 0.08$, the threatened level of tariff rate on U.S. imports.[34] As a consequence of the news about future trade negotiations, agents expect that tariffs will rise by 3 percentage points, $\varepsilon_1^N = E_t \Delta \tau_{t+1}^m = 0.5 \left( 0.08 - 0.02 \right)$, and the standard deviation of future tariff changes also rises to 3 percentage points, $\exp \left( u_1 \right) \bar{\sigma} = \sigma \left( \Delta \tau_{t+1}^m \right) = 0.03$. Thereafter, tariff volatility $\sigma_t$ reverts back to its long-run value according to the stochastic process described in (59). We also assume that as agents observe no rise in tariffs they revise their beliefs that tariffs will increase in the subsequent period in a way that is consistent with the path for the volatility process $\sigma_t$. That is, $\varepsilon_t^N = p \left( \sigma_t \right) \left( 0.08 - 0.02 \right)$, where $p \left( \sigma_t \right)$ is the probability of observing a rise in tariffs by 6 percentage points in the subsequent period that implies an uncertainty about tariff rates in the subesequent period consistent with $\sigma_t$.

Figure 10 presents the response of the economy to this rise in trade tensions in our baseline experiment together with the effects in isolation of news of possible future higher tariffs and of higher tariff volatility.[35] A rise in trade tensions leads to a sizable decline in consumption, investment, GDP, and consumer price inflation. Real marginal costs of retailers decline, indicating that these firms increase markups in response to trade tensions.[36] The expectation of a smaller export market leads to a reduction in the fraction of exporters and a lower accumulation of capital by these firms compared to non-exporters. Monetary policy responds to these developments by cutting interest rates. This contraction in aggregate demand and trade happens in the absence of any increase in current tariffs, with news of higher future tariffs explaining about two-thirds of the declines in macroeconomic aggregates.

Quantitatively, our baseline findings are broadly in line with the empirical evidence discussed in Section 2. The decline in aggregate investment, which accounts for a significant portion of the contraction in GDP, falls within the range of responses estimated in our VAR section. And to the extent that the exporting firms in the model are representative of the Compustat firms that experienced sizable increases in their TPU, a rise in trade tensions would reduce exporters' capital accumulation to a greater extent than nonexporters', consistent with our regression results.[37] Additionally, the model responses also show a sizeable decline in the fraction of exporting firms, consistent with a larger hit to the exporting sectors that are exposed to higher trade uncertainty.

---

[34] Steinberg (2019) uses a dynamic trade model to assess the macroeconomic impact of uncertainty about Brexit on the U.K. economy.

[35] Although the third-order approximation used to solve the model involves non-linear interaction effects of different shocks, in our simulations these additional terms turn out to be quantitively small. Hence, the baseline experiment is roughly approximated by the sum of the responses to the tariff news and increased volatility shocks.

[36] Given our assumption of Rotemberg pricing, the gross markup equals the inverse of the marginal costs.

[37] While our estimates in the empirical section point to growing differences in investment over time, however, the response of relative investment in the model tends to turn positive fairly quickly. Our guess is firm-specific capital adjustment costs, which we ignore in the model setup, are likely to be an empirically important determinant of firm-level investment, thus accounting for the diverging time profile in the two responses. We leave this investigation to future research as it does pose significant aggregation challenges in terms of model solution.

We next turn to the discussion in isolation of the transmission of news about higher expected tariffs and of increased uncertainty about future tariffs.

## 5.3    Anticipation Effects of Tariff Shocks

A large literature studies the transmission of trade policies in macroeconomic models.[38] It is generally well known that tariffs shift demand from imports to domestically produced goods and act as a tax on labor and capital because they increase domestic consumption and investment prices. Temporary trade policy changes have additional macroeconomic consequences via intertemporal substitution effects. Here we make use of some of these mechanisms to study the effects of news about tariff shocks.

Figure 11 presents the effects of news about higher expected tariffs in both countries together with a sensitivity analysis to key parameters affecting transmission. Starting with the baseline experiment, higher expected tariffs involve an intertemporal substitution channel and an aggregate supply channel that work in opposite directions. Given that consumption and investment prices are expected to be higher in the future, the intertemporal substitution channel pushes current consumption and investment up. However, higher future tariffs also increase the expected cost of importing. Wholesale firms respond by increasing markups, which reduces labor supply and consumption. In addition, higher future tariffs also reduce the expected benefit of exporting by shrinking the expected size of the export markets (i.e. in the expression (54) the term $[\Gamma_t(1)^v - \Gamma_t(0)^v]$ falls). Given rigid wages, the fraction of exporters falls significantly. On balance, the strength of the aggregate supply channel dominates and the economy experiences a persistent decline in GDP.

The transmission of higher expected tariffs is qualitatively robust to a number of parameter variations. Starting from the economy with flexible prices and wages, news about higher expected tariffs reduces GDP, investment, and the fraction of exporters, and leaves consumption essentially unchanged. The decline in investment is about half as large as the decline observed in the baseline economy, indicating that nominal rigidities play an important role in the amplification of expected tariff shocks. As noted before, when prices and wages are rigid, wholesale firms increase domestic markups which acts as a tax on labor supply and consumption. Under flexible prices, markups are constant and this wedge in the labor supply condition is eliminated, inducing a smaller decline in labor supply and consumption. In addition, fewer intermediate good firms are forced to exit the export market—as wages adjust freely—and investment falls by less.

We next investigate the role of firm heterogeneity and of GHH preferences. When we shut down the Alessandria and Choi (2007) bloc of the model—by setting the sunk and continuation costs of exporting equal to zero—the baseline economy reduces to a standard macroeconomic model with Armington trade. Overall, the response of the main macroeconomic variables of interest is some-

---

[38] For recent contributions, see for instance Barattieri, Cacciatore, and Ghironi (2018), Chari (2018), and Erceg, Prestipino, and Raffo (2018)

what smaller than in the baseline economy, but transmission is not greatly affected.[39]  Similarly, with separable preferences, wealth effects on labor supply attenuate the decline of investment, consumption, and output, but do not affect transmission qualitatively.[40]  In particular, with separable preferences news about higher future tariffs increase labor supply through negative wealth effects, thus in part offsetting the labor wedge distortion originating from higher domestic markups.

## 5.4   Uncertainty Effects of Tariff Shocks

Figure 12 presents the effects of an increase in uncertainty about future tariffs in both countries together with a sensitivity analysis to key parameters affecting transmission.  Higher uncertainty about future tariffs reduces investment, consumption, and GDP through two main channels.  First, wholesale firms increase markups because of an upward bias pricing, as in Fernandez-Villaverde et al. (2015).  Second, intermediate good firms find it less profitable to export.  We next describe each channel in greater detail.

Price rigidities and markups are central to the transmission of tariff uncertainty shocks.  With Rotemberg price adjustment costs, the firm's marginal profit function is convex (i.e. the profit function is asymmetric in the optimal price), as the firm has to satisfy demand at a given price.  In other words, the firm's cost of charging a lower price than its competitors is much larger than the cost of charging a higher price.  Since higher uncertainty about future tariffs increases the variance of future desired prices, wholesale firms self-insure by increasing markups to avoid having a relatively low price in the future.  Higher markups reduce labor supply and consumption.  The simulations under flexible prices (red dashed lines) confirm the key role of price rigidities in accounting for the effects of unexpected changes in tariff volatility.  Absent price rigidities, investment, consumption, and GDP actually expand via standard Oi-Hartman-Abel effects.[41]

As discussed in Fernandez-Villaverde et al. (2015), the strength of this mechanism critically depends on the elasticity of substitution across goods ($\varepsilon_R$).[42]  To gauge the quantitative importance of this parameter, the dashed orange lines present simulations obtained by increasing $\varepsilon_R$ from 10 to 21, the benchmark value used in Fernandez-Villaverde et al. (2015), while adjusting the Rotemberg pricing cost to keep the same level of price rigidity as in the baseline experiment.  Higher substitutability across goods reduces the monopoly power of firms and gives even stronger

---

[39] This finding is broadly in line with the original Alessandria and Choi (2007) paper.

[40] In this experiment we also eliminate habit in consumption to facilitate comparison with preferences typically used in the literature.  The addition of consumption habit simply generates hump-shaped responses in consumption and GDP but does not affect transmission and magnitudes.

[41] See also Bloom (2009), Basu and Bundick (2012), and Alessandria et al. (2015)

[42] The strength of this mechanism also relies on a positive unconditional correlation between firms' demand and marginal costs.  Our simulations suggest that uncertainty about future tariffs causes a decline in both marginal costs and consumption.  This result may appear surprising because tariffs increase the price of intermediate inputs and, thus, increase marginal costs.  While that is the case, the increase in marginal costs is extremely short-lived and firms anticipate that marginal costs and demand eventually decline together, thus sharing positive comovement.

incentives to charge higher prices in response to higher uncertainty about tariffs. The associated declines in investment, consumption, and GDP are larger than in the baseline experiment.

Turning to the export decisions, higher uncertainty about future tariffs also reduces the incentive to export through market size effects. Recall from (54) that the relative size of the domestic and foreign markets is a key determinant of the willingness of firms to pay the fixed cost of exporting. An increase in tariff uncertainty reduces the expected value of having access to a larger market, thus decreasing the fraction of exporters and investment. As in the case of tariff news, we find that eliminating the fixed cost of exporting (i.e. eliminating the endogenous export decision) reduces somewhat the response of the main macroeconomic variables of interest (see dashed blue lines). Hence, we conclude that the endogenous export decision provides an amplification mechanism, but does not greatly affect the transmission of uncertainty shocks. The strength of this effect, however, critically depends on the degree of market power of intermediate good firms. As shown by the green line, when we increase the elasticity of substitution across varieties ($\varepsilon_D$) from 5 to 11 (which implies a decline in markups from 25 percent to 10 percent), the observed reduction in investment, GDP, and consumption in response to second moment shocks is lower. For the marginal exporter, equation (54) implies that an increase in uncertainty involves a horserace between two opposing forces. On the one hand, higher uncertainty about demand deters firms from paying the fixed cost of exporting as the expected gain of serving a larger market, $E_t \left[ \Gamma_{t+1} (1)^v - \Gamma_{t+1} (0)^v \right]$, declines. On the other hand, higher uncertainty about demand provides more incentives to expand production through the term $\left[ z_{mt}^{(\varepsilon_D - 1)v} (1 - \xi) \left( \frac{W_t}{\xi} \right)^{1-\varepsilon_D v} (K_{mt})^{1-v} \right]$, which captures Oi-Hartman-Abel effects. Reduced market power (i.e. a higher $\varepsilon_D$) makes the latter effects stronger.

Our last robustness exercise illustrates the importance of GHH preferences for the transmission of uncertainty shocks. When we adopt separable preferences, uncertainty shocks have negligible effects on macroeconomic variables. This result indicates that negative wealth effects are an important offsetting force that expands labor supply and supports consumption in response of uncertainty shocks, an intuition laid out in Bloom (2009) in the context of second moment productivity shocks. Indeed, these authors conjectured that with GHH preferences consumption would probably decline in their environment after an increase in uncertainty about productivity. Our findings suggest that GHH preferences are likely to be a key ingredient of general equilibrium models set up to reproduce declines in macroeconomic variables in response to changes in uncertainty, while preserving comovement among them.

# 6    Conclusion

The renegotiation of major trade arrangements in Europe and North America as well as the increasing number of trade disputes across countries suggest that the prospects for global trade integration are far from certain. In this paper, we provided a first attempt at quantifying the macroeconomic

effects of changes in trade policy uncertainty both empirically and theoretically. We presented three $TPU$ measures constructed for the United States from textual analysis of firm's earning calls as well newspaper coverage, and from aggregate data on import tariffs. Notwithstanding the different methodological approaches, all measures suggest that uncertainty about trade policy has recently shot up to levels not seen since the 1970s. We then assessed empirically the implications of unexpected increases in trade policy uncertainty on economic activity. Our firm-level estimates suggest that uncertainty about trade policy in 2018 only may have lowered aggregate U.S. investment by more than 1 percent. Our aggregate evidence based on VAR analysis points to even larger effects. Finally, we studied the transmission of trade policy uncertainty in a two-country general equilibrium model with heterogeneous firms and endogenous export decision. We find that both higher expected tariffs and increased uncertainty about future tariffs deters investment, as in the data. Our framework emphasizes the role of price rigidity (i.e. variable markups) and fixed costs of export as important mechanisms that amplify the effects of trade policy uncertainty.

# References

Alessandria, George and Horag Choi. 2007. "Do Sunk Costs of Exporting Matter for Net Export Dynamics?" *The Quarterly Journal of Economics* 122 (1):289–336. URL https://EconPapers.repec.org/RePEc:oup:qjecon:v:122:y:2007:i:1:p:289-336.

Alessandria, George, Horag Choi, Joseph P Kaboski, and Virgiliu Midrigan. 2015. "Microeconomic uncertainty, international trade, and aggregate fluctuations." *Journal of Monetary Economics* 69:20–38.

Altig, David, Nick Bloom, Steven Davis, Brent Meyer, and Nick Parker. 2019. "Tariff Worries and U.S. Business Investment, Take Two." Tech. rep., Atlanta Fed.

Backus, David K, Patrick J Kehoe, and Finn E Kydland. 1994. "Dynamics of the Trade Balance and the Terms of Trade: The J-Curve?" *American Economic Review* 84 (1):84–103. URL https://ideas.repec.org/a/aea/aecrev/v84y1994i1p84-103.html.

Baker, Scott R., Nicholas Bloom, and Steven J. Davis. 2016. "Measuring Economic Policy Uncertainty*." *The Quarterly Journal of Economics* 131 (4):1593. URL +http://dx.doi.org/10.1093/qje/qjw024.

Barattieri, Alessandro, Matteo Cacciatore, and Fabio Ghironi. 2018. "Protectionism and the Business Cycle." NBER Working Papers 24353, National Bureau of Economic Research, Inc. URL https://ideas.repec.org/p/nbr/nberwo/24353.html.

Basu, Susanto and Brent Bundick. 2012. "Uncertainty Shocks in a Model of Effective Demand." NBER Working Papers 18420, National Bureau of Economic Research, Inc. URL https://ideas.repec.org/p/nbr/nberwo/18420.html.

Bloom, Nicholas. 2009. "The impact of uncertainty shocks." *econometrica* 77 (3):623–685.

Bloom, Nicholas, Max Floetotto, Nir Jaimovich, Itay Saporta-Eksten, and Stephen J Terry. 2018. "Really uncertain business cycles." *Econometrica* 86 (3):1031–1065.

Born, Benjamin and Johannes Pfeifer. 2014. "Risk Matters: The Real Effects of Volatility Shocks: Comment." *American Economic Review* 104 (12):4231–39. URL http://www.aeaweb.org/articles?id=10.1257/aer.104.12.4231.

Breusch, T. S. and A. R. Pagan. 1979. "A Simple Test for Heteroscedasticity and Random Coefficient Variation." *Econometrica* 47 (5):1287–1294. URL http://www.jstor.org/stable/1911963.

Chari, V. V. 2018. "The Role of Uncertainty and Risk in Climate Change Economics." Staff Report 576, Federal Reserve Bank of Minneapolis. URL https://ideas.repec.org/p/fip/fedmsr/576.html.

Christiano, Lawrence J., Martin Eichenbaum, and Charles L. Evans. 2005. "Nominal Rigidities and the Dynamic Effects of a Shock to Monetary Policy." *Journal of Political Economy* 113 (1):1–45. URL http://www.jstor.org/stable/10.1086/426038.

Clementi, Gian Luca and Berardino Palazzo. 2019. "Investment and the Cross-Section of Equity Returns." *The Journal of Finance* 74 (1):281–321. URL https://onlinelibrary.wiley.com/doi/abs/10.1111/jofi.12730.

Corsetti, Giancarlo, Luca Dedola, and Sylvain Leduc. 2010. "Optimal monetary policy in open economies." In *Handbook of monetary economics*, vol. 3. Elsevier, 861–933.

Crowley, Meredith, Ning Meng, and Huasheng Song. 2018. "Tariff scares: Trade policy uncertainty and foreign market entry by Chinese firms." *Journal of International Economics* 114:96–115.

Del Negro, Marco, Marc P Giannoni, and Frank Schorfheide. 2015. "Inflation in the great recession and new keynesian models." *American Economic Journal: Macroeconomics* 7 (1):168–96.

Eberly, Janice, Sergio Rebelo, and Nicolas Vincent. 2012. "What explains the lagged-investment effect?" *Journal of Monetary Economics* 59 (4):370–380.

Erceg, Christopher, Andrea Prestipino, and Andrea Raffo. 2018. "The Macroeconomic Effect of Trade Policy." Tech. rep.

Fernald, John. 2012. "A Quarterly, Utilization-Adjusted Series on Total Factor Productivity." Working Paper Series 2012-19, Federal Reserve Bank of San Francisco. URL http://ideas.repec.org/p/fip/fedfwp/2012-19.html.

Fernandez-Villaverde, Jesus, Pablo Guerron-Quintana, Keith Kuester, and Juan Rubio-Ramrez. 2015. "Fiscal Volatility Shocks and Economic Activity." *American Economic Review* 105 (11):3352–84.

Gali, Jordi and Tommaso Monacelli. 2005. "Monetary policy and exchange rate volatility in a small open economy." *The Review of Economic Studies* 72 (3):707–734.

Gulen, Huseyin and Mihai Ion. 2015. "Policy Uncertainty and Corporate Investment." *The Review of Financial Studies* 29 (3):523–564. URL https://dx.doi.org/10.1093/rfs/hhv050.

Hamilton, James D. 2003. "What is an Oil Shock?" *Journal of Econometrics* 113 (2):363–398. URL http://www.sciencedirect.com/science/article/pii/S0304407602002075.

Handley, Kyle and Nuno Limão. 2017. "Policy uncertainty, trade, and welfare: Theory and evidence for china and the united states." *American Economic Review* 107 (9):2731–83.

Hansen, Stephen, Michael McMahon, and Andrea Prat. 2017. "Transparency and deliberation within the FOMC: a computational linguistics approach." *The Quarterly Journal of Economics* 133 (2):801–870.

Hassan, Tarek A., Stephan Hollander, Laurence van Lent, and Ahmed Tahoun. 2017. "Firm-Level Political Risk: Measurement and Effects." NBER Working Papers 24029, National Bureau of Economic Research, Inc. URL https://ideas.repec.org/p/nbr/nberwo/24029.html.

Irwin, Douglas A. 2013. "The Nixon shock after forty years: the import surcharge revisited." *World Trade Review* 12 (1):29–56.

Jaimovich, Nir and Sergio Rebelo. 2009. "Can news about the future drive the business cycle?" *American Economic Review* 99 (4):1097–1118.

Jorda, Oscar. 2005. "Estimation and Inference of Impulse Responses by Local Projections." *American Economic Review* 95 (1):161–182. URL http://www.aeaweb.org/articles?id=10.1257/0002828053828518.

Jurado, Kyle, Sydney C. Ludvigson, and Serena Ng. 2015. "Measuring Uncertainty." *American Economic Review* 105 (3):1177–1216. URL http://www.aeaweb.org/articles?id=10.1257/aer.20131193.

Mendoza, Enrique G. 1991. "Real business cycles in a small open economy." *The American Economic Review* :797–818.

Mendoza, Enrique G., Assaf Razin, and Linda L. Tesar. 1994. "Effective tax rates in macroeconomics: Cross-country estimates of tax rates on factor incomes and consumption." *Journal of Monetary Economics* 34 (3):297–323.

Ottonello, Pablo and Thomas Winberry. 2018. "Financial heterogeneity and the investment channel of monetary policy." Tech. rep., National Bureau of Economic Research.

Raffo, Andrea. 2008. "Net Exports, Consumption Volatility, and International Business Cycle Models." *Journal of International Economics* 75:14–29. URL https://www.sciencedirect.com/science/article/pii/S0022199607001158.

Ramey, Valerie A. 2011. "Identifying Government Spending Shocks: It's all in the Timing." *Quarterly Journal of Economics* 126 (1):1–50. URL http://ideas.repec.org/a/oup/qjecon/v126y2011i1p1-50.html.

Romer, Christina D. and David H. Romer. 2004. "A New Measure of Monetary Shocks: Derivation and Implications." *American Economic Review* 94 (4):1055–1084. URL http://www.aeaweb.org/articles.php?doi=10.1257/0002828042002651.

Rotemberg, Julio J. 1982. "Sticky prices in the United States." *Journal of Political Economy* 90 (6):1187–1211.

Steinberg, Joseph B. 2019. "Brexit and the macroeconomic impact of trade policy uncertainty." *Journal of International Economics* 117:175 – 195. URL http://www.sciencedirect.com/science/article/pii/S0022199619300121.

White, Halbert. 1980. "A Heteroskedasticity-Consistent Covariance Matrix Estimator and a Direct Test for Heteroskedasticity." *Econometrica* 48 (4):817–838. URL http://www.jstor.org/stable/1912934.

Table 1: Tariff Rule: Parameter Estimates

| Parameter | Median | 5-th ptile | 95-th ptile |
|---|---|---|---|
| $\rho_\tau$ | 0.99 | 0.99 | 0.99 |
| $\sigma$ | $-6.14$ | $-6.73$ | $-5.47$ |
| $\rho_\sigma$ | 0.96 | 0.87 | 0.99 |
| $\eta$ | 0.37 | 0.29 | 0.47 |

NOTE: The entries in the table denote the median, 5-th and 95-th percentiles of the posterior distribution of the parameters of the stochastic volatility model described in equations (1) and (2).

Table 2: Trade Uncertainty and Industry Investment in 2018

|  | (1) $\Delta log K_{2018} - \Delta log K_{2017}$ | (2) $\Delta log K_{2018} - \Delta log K_{2017}$ |
|---|---|---|
| $\Delta STPU_j$ in 2018 | -1.565** | -2.336** |
|  | (0.737) | (0.983) |
| New Tariffs in 2018 |  | 1.305 |
|  |  | (1.029) |
| Observations | 46 | 40 |
| R-squared | 0.093 | 0.135 |

NOTE: Standard errors in parenthesis. * and ** denote significance at the 10 and 5 percent level, respectively. Columns (1) to (2) regress change in industry investment (2018 vs 2017) against the standardized change in trade uncertainty at the industry level in 2018. Industries are grouped according to Fama and French 49-industries classification. We drop utilities, banks and financial institutions, as well as industries where we do not have data on new tariffs.

Table 3: Orthogonality Between Tariff Volatility Shocks and Other External Shocks

| *External Shocks* | Correlation | (p-value) | Granger F-test | (p-value) |
|---|---|---|---|---|
| Oil shocks[a] | −0.05 | (0.58) | 0.84 | (0.43) |
| Monetary policy shocks[b] | −0.05 | (0.70) | 0.78 | (0.46) |
| TFP growth shocks[c] | −0.12 | (0.11) | 2.71 | (0.07) |
| Defense spending shocks[e] | −0.01 | (0.80) | 0.51 | (0.60) |
| Capital tax vol. shocks[f] | −0.15 | (0.05) | 0.62 | (0.54) |

NOTE: The entries in the table denote the pairwise correlations and Granger-causality tests between the trade policy uncertainty shock identified under the bivariate VAR with the news-based $TPU$ index and a set of external instruments. The regressions underlying the pairwise Granger causality tests include a constant and two lags of each external instrument. Sample period for the $TPU$ shocks is 1960:Q3 to 2018:Q3.

[a] Crude oil supply shock from Hamilton (2003).

[b] Monetary policy shocks from Romer and Romer (2004); (1969:Q1–1984:Q4).

[c] Residuals from a first-order autoregressive model of the log-difference in the utilization-adjusted total factor productivity; see Fernald (2012).

[e] Defense spending news shocks from Ramey (2011).

[f] Capital tax volatility shocks from Fernandez-Villaverde et al. (2015).

Table 4: Calibration

| Parameter | Symbol | Value |
|---|---|---|
| *(a) Preferences* | | |
| Discount Factor | $\beta$ | 0.99 |
| Risk Aversion | $\gamma_R$ | 2 |
| Habit | $b$ | 0.8 |
| Inverse Frisch Elasticity | $\mu$ | 1 |
| *(b) Rigidities* | | |
| Cost of wage adjustment | $\rho_w$ | 3317 |
| Cost of price adjustment | $\rho_p$ | 771 |
| Elasticity of labor demand | $\varepsilon_w$ | 10 |
| Elasticity of goods demand | $\varepsilon_p$ | 10 |
| *(c) Technology – Retailers* | | |
| Elasticity of substitution between varieties | $\varepsilon_R$ | 10 |
| *(d) Technology – Wholesale Firms* | | |
| Trade elasticity consumption goods | $\theta_C$ | 1.5 |
| Home bias for consumption goods | $\omega_C$ | 0.85 |
| Trade elasticity investment goods | $\theta_I$ | 1.5 |
| Home bias for investment goods | $\omega_I$ | 0.85 |
| *(e) Technology – Distributors* | | |
| Elasticity of substitution between bundles | $\varepsilon_D$ | 5 |
| *(f) Technology – Intermediate Good Producers* | | |
| Capital share | $\alpha$ | 0.1 |
| Love-for-variety | $\lambda$ | 0.0 |
| Investment adjustment cost | $\kappa$ | 10 |
| Fixed sunk export cost | $f(0)$ | 0.0148 |
| Fixed continuation export cost | $f(1)$ | 0.003 |
| Idiosyncratic TFP volatility | $\sigma_z$ | 0.5 |
| *(g) Policy Parameters* | | |
| Coefficient on inflation | $\phi_\pi$ | 1.5 |
| Coefficient on output gap | $\phi_y$ | 0.0 |
| Inertia coefficient | $\phi_r$ | 0.85 |
| *(h) Technology process* | | |
| Autoregressive coefficient | $M_{11} = M_{22}$ | 0.95 |
| Spillover coefficient | $M_{12} = M_{21}$ | 0.0 |
| Standard deviation | $\sigma_Z$ | 0.007 |

NOTE: The entries in the table denote the calibrated parameters of the DSGE model.

Figure 1: TRADE POLICY UNCERTAINTY IN FIRMS EARNINGS CALLS



NOTE: In each quarter, aggregate *TPU* from earnings calls measures the fraction of firms mentioning trade policy uncertainty in their earnings call. Newspaper Trade Uncertainty is the percent share of articles from seven major newspapers mentioning trade uncertainty. The latter series is indexed to 100 for an article share of 1 percent.

Figure 2: TRADE POLICY UNCERTAINTY BY INDUSTRY OVER THE YEARS



NOTE: Firms are grouped according to the Fama-French 12 industries classification.

Figure 3: List of Trade Policy Uncertainty Topics Covered in Earnings Calls

**Topic 1**

**Topic 2**

**Topic 3**

**Topic 4**

Note: LDA Analysis on Transcripts from All Years. Most Common Bigrams, Grouped by Topic.

Figure 4: NEWS-BASED INDEX OF AGGREGATE TRADE POLICY UNCERTAINTY



NOTE: Quarterly news-based trade policy uncertainty index extending through 2019Q2. A value of 100 indicates that one percent of all newspaper articles discuss trade policy uncertainty. The vertical gray areas represent NBER recession dates. The y-axis uses a log scale.

Figure 5: TARIFF VOLATILITY MEASURE OF TRADE POLICY UNCERTAINTY



NOTE: The red line plots the median of the filtered series of tariff volatility—expressed in percentage points—estimated using a stochastic volatility model. The red shaded area surrounding the solid line represents the 90-percent point-wise credible sets, while the vertical gray areas represent NBER recession dates.

Figure 6: RESPONSE OF CAPITAL TO FIRM-LEVEL TPU



NOTE: Firm-Level response of investment at different horizons following an increase in firm-level $TPU$ from 0 to 0.035, its average value when $TPU$ is greater than 0. The shaded areas denote 1 standard error confidence interval. Standard errors are two-way clustered by firm and quarter.

Figure 7: RESPONSE OF CAPITAL TO FIRM-LEVEL TPU: ADDITIONAL ANALYSIS



NOTE: Robustness. The thin red line is the response in the baseline experiment of Figure 6. Shaded areas denote 1 s.e. confidence interval. Standard errors are two-way clustered by firm and quarter.

Figure 8: Investment and Industry $TPU$ in 2018



Note: Change in $TPU$ in 2018 and change in investment in 2018 across industries.

Figure 9: The Investment Effects of *TPU* and Tariff Volatility Shocks



(a) Bivariate VAR with News-Based TPU

(b) Bivariate VAR with Tariff Volatility

(c) Multivariate VAR with News-Based TPU

Note: The solid lines depict median responses of trade uncertainty indicators and private investment to a trade policy uncertainty shock of size two standard deviations. The VAR model is estimated on quarterly data from 1960 to 2018. The shaded bands represent the 70-percent point-wise credible sets.

46

Figure 10: IMPULSE RESPONSES TO NEWS AND UNCERTAINTY SHOCKS.



NOTE: Model Impulse Responses to News Shocks and Uncertainty Shocks. The horizontal axis measures quarters since the shock.

Figure 11: Impact of News about Future Tariffs.



Note: Robustness Analysis: Model Impulse Responses to News Shocks. The horizontal axis measures quarters since the shock.

Figure 12: Impact of Higher Uncertainty about Future Tariffs.



NOTE: Robustness Analysis: Model Impulse Responses to Uncertainty Shocks. The horizontal axis measures quarters since the shock.

# Appendix

## A.1   Description of Firm-Level and Industry Data

Our firm-level data source is the Compustat North America database. Our key variables are investment, cash flows, and Tobin's Q, which we construct following standard approaches to Compustat data in the literature (e.g. Ottonello and Winberry (2018)). Compustat variables names are shown in all capital letters.

1. *Data preparation.* We consider only firms with headquarters located in the United States (Compustat variable LOC is "USA"). We next drop observations with non-positive quarterly capital expenditures (CAPXY), total assets (ATQ) less than $1 million in chained 2009 dollars, and acquisitions (AQCY) are greater than 5% of assets. Lastly we drop observations where net property, plant, and equipment (PPENTQ) decreases and then increases (or vice versa) more than fifty percent between two successive quarters.

2. *Industries included.* We exclude firms in the utilities, banking, and finance sectors (firms with a 4-digit Standard Industrial Classification (SIC) code in the ranges 4900-4999 and 6000-6299). We also restrict the sample to sectors trading in agricultural, mining, and manufacturing goods (3-digit NAICS codes in the ranges 111-115, 211-212, and 311-339), omitting wholesale and service industries. These sectors are those for which we have complete data to construct our measure of openness, but they are also those with higher instances of $TPU$ Our final industry selection includes roughly half the original sample Compustat firms.

3. *Investment.* For our measure of investment $\log k_{i,t+h} - \log k_{i,t-1}$ (with $h \geq 0$) we define a firm's capital stock $k_{i,t}$ as gross property, plant, and equipment (PPEGTQ) in the first period for which there is data are available. Thereafter we use PPENTQ.

4. *Tobin's Q.* We define Tobin's Q as the ratio of a firm's total market value to its total asset value, where market value is the book value of assets plus the market value of stock (price at close (PRCCQ) * common shares CSHQQ)) less the book value of stock (CEQ). The final measure is thus equal to $\frac{ATQ+(PRCCQ*CSHOQ)-CEQQ}{ATQ}$. We winsorize the variable at the 1st and 99th percentile.

5. *Cash flows.* We measure cash flows using the ratio of cash and short-term investments (CHEQ) to beginning-of-period property, plant, and equipment, which is the first lag of PPENTQ in our sample. We winsorize the variable at the 1st and 99th percentile.

6. *Openness.* Openness is defined at the 3-digit level of the North American Industry Classification System (NAICS). We use a standard measure equal to the ratio of an industry's gross output to usage, where usage is gross output plus imports less exports. Using gross output by industry from the Bureau of Economic Analysis' Industry Economic Accounts Data and exports/imports by industry from the U.S. Census Bureau's U.S. International Trade and Goods and Services report (FT900).

## A.2    Stochastic Volatility Model: Robustness

In our bechmark empirical specification, we posit that tariffs follow an autoregressive process with (auturegressive) stochastic volatility. Table 1A compares our benchmark estimates to those obtained from two alternative models. Model 1 includes feedback from lagged values of detrended output and U.S. federal public debt. This approach follows closely the fiscal volatility rule adopted in Fernandez-Villaverde et al. (2015) and is meant to capture the idea that the state of the business cycle and the level of debt may influence behavior of government instruments, including tariffs. Model 2 allows for feedback from lagged values of detrended output and the U.S. net foreign asset position. This rule incorporates the idea that developments in the external position of the United States, approximated by the net foreign asset position, may also affect the setting of tariffs.

### Table 1A. Tariff Rule: Robustness

|  | Benchmark | Model 1 | Model 2 |
|---|---|---|---|
| $\rho_\tau$ | 0.99<br>[0.99; 0.99] | 0.99<br>[0.99; 0.99] | 0.98<br>[0.97; 0.99] |
| $\sigma$ | $-6.14$<br>$[-6.73; -5.47]$ | $-6.35$<br>$[-6.84; -5.76]$ | $-6.05$<br>$[-6.32; -5.78]$ |
| $\rho_\sigma$ | 0.96<br>[0.87; 0.99] | 0.93<br>[0.85; 0.97] | 0.85<br>[0.72; 0.92] |
| $\eta$ | 0.37<br>[0.29; 0.47] | 0.39<br>[0.32; 0.49] | 0.37<br>[0.29; 0.47] |

Note. Estimates refer to posterior medians. Numbers in brackets are the 90 percent probability interval.

Overall, we find that the inclusion of macroeconomic feedbacks does not greatly affect the estimation of the tariff rule parameters. The average standard deviation of tariffs varies from 100*exp(-6.14) = 0.24 percentage point in the bechmark model to 0.18 (Model 1) and 0.24 (Model 2). Model 2 also seems to have a slightly lower volatility persistence than our benchmark model (0.85 vs 0.96). A one-standard deviation shock to tariff volatility increases the volatility by about 10 basis points in all models.

# A.3   Additional Tables

Table A.1: Episodes of High Aggregate Trade Policy Uncertainty

| U.S. Administration | Policy Action | Quarter | Quotes or Additional Narrative Material |
|---|---|---|---|
| President Kennedy | Trade Negotiations | 1960q1 | "This is the year to decide. The Reciprocal Trade Act is expiring. We need a new law—a wholly new approach—a bold new instrument of American trade policy. Our decision could well affect the economic growth of our Nation for a generation to come. " |
| President Nixon | Tariff Increase | 1971q4 | "I am taking one further step to protect the dollar, to improve our balance of payments, and to increase jobs for Americans. As a temporary measure, I am today imposing an additional tax of 10 percent on goods imported into the United States. This is a better solution for international trade than direct controls on the amount of imports. This import tax is a temporary action...When the unfair treatment is ended, the import tax will end as well." |
| President Ford | Tariff Increase | 1975q2 | "...we need immediate action to cut imports. ...Therefore, I am using Presidential powers to raise the fee on all imported crude oil and petroleum products...To that end, I am requesting the Congress to act within 90 days on a more comprehensive energy tax program. It includes: excise taxes and import fees totaling $2 per barrel on product imports and on all crude oil; deregulation of new natural gas and enactment of a natural gas excise tax...I am prepared to use Presidential authority to limit imports, as necessary, to guarantee success...To provide the critical stability for our domestic energy production in the face of world price uncertainty, I will request legislation to authorize and require tariffs, import quotas, or price floors to protect our energy prices at levels which will achieve energy independence." |

NOTE: Narrative analysis of major increases in aggregate trade policy uncertainty.

Table A.2: Selected Quotes from Earnings Call Transcripts Mentioning Trade Policy Uncertainty

| Company Name | Sector | Quarter | $\Delta K_{+1}$ | TPU | Selected Quotes Mentioning Trade Policy Uncertainty |
|---|---|---|---|---|---|
| SUNPOWER | Electronic Equipment | 2017q3 | -14.6 | 2 | In September, the ITC is scheduled to decide whether to recommend the imposition of import tariffs or quotas on solar panels and to subsequently propose specific remedies in November. [...] the requested remedies could significantly impact the U.S. solar market, imposing a direct burden on manufacturers |
| BUILDERS FIRSTSOURCE | Construction Materials | 2017q2 | -11.0 | 3 | Q: [...] on the lumber import tariff how have you handled [...] the tariff and the price volatility? [...] A: Yes, could be a slight headwind to working capital. |
| RENEWABLE ENERGY GROUP | Petroleum and Natural Gas | 2017q3 | -9.5 | 2 | Q: I wanted to ask thoughts around the postponed EU vote last week around Argentina's challenge to the EU antidumping duties there and if there is the potential for gallons to potentially flow back into the EU from Argentina and Indonesia. A: Well, we were certainly watching that as it affects our European operation margins... |
| WEYERHAEUSER | Construction Materials | 2017q3 | -5.7 | 2 | On June 26, the Department of Commerce announced preliminary antidumping duties on Canadian lumber producers. For most producers, the duty will be approximately 7 percent and will also be assessed retroactively. [...] The government will continue its investigation through the remainder of the year, as the Department of Commerce and International Trade Commission collect and evaluate additional information in support of final determinations of the duties and a level of material injury to U.S. producers. These determinations are expected later this year. The U.S. coalition continues to work closely with the Department of Commerce, and we remain hopeful we will be able to reach a quota-based agreement. |
| RENEWABLE ENERGY GROUP | Petroleum and Natural Gas | 2017q4 | -6.2 | 2 | Finally, antidumping determinations are expected in early January. Based on these very positive preliminary rulings, we are confident that the final decision will be supportive of domestic biodiesel production. |
| BROADWIND ENERGY | Machinery | 2017q3 | -3.1 | 3 | Q. Have you done any type of quantitative impact or assessment on [...] the towers business, but potentially all of your segments, if such a [steel] tariff was put into place? A. It's not – would not be a good thing, because of the steel that we consume in our businesses. |
| RENEWABLE ENERGY GROUP | Petroleum and Natural Gas | 2017q2 | -5.4 | 2 | [...] Our industry trade group took on an initiative to pull domestic producers together in a coalition to just ask for a fair trade, a level playing field and countervailing duties and antidumping against 2 countries. |
| MOHAWK INDUSTRIES | Textiles | 2017q2 | -2.9 | 2 | Q. Great. Any potential impact from the proposed Canadian tariff? A. Listen, if you can tell me what the proposals will look like, I'll decide what it is. |
| CABOT CORP | Chemicals | 2016q2 | -2.3 | 2 | There is some concern about [inventories] – with anti-dumping duties against truck tires out of China that, that could cause the same phenomenon to happen again. But I think we are probably closer to natural inventory levels than certainly we were over the last 18 months or so as those passenger car duties were implemented. |
| INTL PAPER | Business Supplies | 2015q2 | -2.1 | 2 | Q. ... Just turning to Brazil. [...] Potentially, higher taxes and tariffs on energy usage. A. I mean, the Brazil packaging business is in the same market, experiencing the same dynamics as our paper business. So, demand has been a challenge. |
| FORD MOTOR | Automobiles and Trucks | 2017q1 | -.8 | 2 | Q. You clearly mentioned the prospects of an import tariff. There is [...] probability of a border tax adjustment, and if that doesn't happen, then we're just going to see import tariffs. A. [...] whether it's a border tax or border adjustment, as Bob mentioned, this is a multifaceted blueprint that's out there. |

NOTE: Selected mentions of firm-level trade policy uncertainty extracted from the earnings call which are followed by a decline in firm-level investment in the next calendar quarter. The $\Delta K$ column indicates the percent change in the firm's capital stock in the calendar quarter subsequent to the mention. The $TPU$ column lists the total number of mentions of trade policy uncertainty in the transcript of the earnings call.

A.4

## A.4   Additional Figures

Figure A.1: COMPARISON WITH HASSAN ET AL. (2017)



NOTE: Aggregate *TPU* from earnings calls in this paper and in Hassan et al. (2017)

Figure A.2: COMPARISON WITH BAKER, BLOOM, AND DAVIS (2016)



NOTE: News-based *TPU* in this paper and in Baker, Bloom, and Davis (2016).

# EXHIBIT BH-86

Trade and Investment under Policy Uncertainty: Theory and Firm Evidence

Author(s): Kyle Handley and Nuno Limão

Source: *American Economic Journal: Economic Policy* , November 2015, Vol. 7, No. 4 (November 2015), pp. 189–222

Published by: American Economic Association

Stable URL: https://www.jstor.org/stable/24739161

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at https://about.jstor.org/terms



is collaborating with JSTOR to digitize, preserve and extend access to *American Economic Journal: Economic Policy*

*American Economic Journal: Economic Policy 2015, 7(4): 189–222*
*http://dx.doi.org/10.1257/pol.20140068*

# Trade and Investment under Policy Uncertainty: Theory and Firm Evidence[†]

## By Kyle Handley and Nuno Limão*

*In a dynamic model with sunk export costs, a firm's export investment is lower under trade policy uncertainty, and credible preferential trade agreements (PTAs) increase trade even if current tariffs are low. Exploring Portugal's accession to the European Community as a policy uncertainty shock we find that the trade reform accounted for a large fraction of Portuguese exporting firms' entry and sales; the accession removed uncertainty about future EC trade policies; and this uncertainty channel accounted for a large fraction of the predicted growth. Our approach can be applied to other PTAs and sources of policy uncertainty. (JEL D22, F12, F14, F15, G31, L11)*

Firms face considerable uncertainty about future conditions, which can arise from purely economic shocks—e.g., to productivity or tastes—or from policy shocks—e.g., monetary or fiscal reforms. The role of future conditions is particularly important when firms must decide on costly irreversible investments. We examine the impact of policy uncertainty on a firm's decision to invest and export to new markets, which is an interesting setting for several reasons. First, global integration has considerably increased firms' exposure to foreign policy uncertainty. Second, while most trade analysis assumes policy is deterministic, we argue that it can be quite uncertain. Trade policy shocks are not frequent but when they happen they can be large and persistent, as witnessed in the 1930's trade war.[1] Third, there is growing evidence that firms must incur sunk costs to start exporting (cf. Roberts and Tybout

* Handley: Ross School of Business, University of Michigan, 701 Tappan St. R3390, Ann Arbor, MI 48109 (e-mail: handleyk@umich.edu); Limão: Department of Economics, University of Maryland, College Park, MD 20742, (e-mail: limao@econ.umd.edu).
I thank the Bank of Portugal for financial and research support to prepare the empirical application of this paper for its 2010 Annual Conference on Portuguese Development. The Bank of Portugal Research Group, the Portuguese Census (INE) and Mario Centeno provided valuable help with the firm level data. I also thank Yale University's Leitner Program, which hosted me during part of this project and the University of Maryland (UMD) Economics Department for funding to digitize data. We thank two anonymous referees for helpful comments as well as seminar and conference participants at Pennsylvania State University, the World Trade Organization (WHO), the Bank of Portugal, University of Notre Dame, University of Virginia, the Stanford Institute for Theoretical Economics, Washington Area International Trade Symposium (WAITS), European Trade Study Group (ETSG), and Becker-Friedman Institute Policy Uncertainty conferences and National Bureau of Economic Reseach (NBER) Spring Trade meeting. Jeronimo Carballo provided valuable research assistance. The usual disclaimer applies. We acknowledge financial support from the National Science Foundation (NSF) under grants SES-1360738 (Handley) and SES-1360780 (Limão).

† Go to http://dx.doi.org/10.1257/pol.20140068 to visit the article page for additional materials and author disclosure statement(s) or to comment in the online discussion forum.

[1] Fears of a similar war during the Great Recession of 2008–2009 prompted leaders of the G-20 to repeatedly pledge that "We will not repeat the historic mistakes of protectionism of previous eras." http://www.londonsummit. gov.uk/en/summit-aims/summit-communique/. While a trade war did not break out, the initial fears were not unfounded since nontariff barriers have often been used during downturns (Bown and Crowley 2013). Other

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

Case 1:23-cv-01599-ABJ   Document 53-9   Filed 06/12/23   Page 161 of 225

1997). To capture these elements we develop a tractable dynamic heterogeneous firms' model under policy uncertainty. We derive, estimate, and quantify the impacts of current and future trade policy on investment and export decisions by combining novel firm-level and trade policy data in the context of preferential trade agreements.

A broader motive to focus on trade is the rich policy and firm data available, which has the potential to inform us about the firm impacts of other types of policy uncertainty. The basic theoretical impacts of uncertainty on investment are understood (cf. Bernanke 1983), and recent evidence links aggregate uncertainty shocks to investment.[2] However, there is scant empirical evidence of the importance of policy uncertainty for firms, even though thousands of firms worldwide rank it as "one of the most important constraints in doing business" (World Bank Development Report 2005). The scant evidence is likely due to the inherent conceptual and empirical challenges surrounding this question. These include the difficulty in measuring policy uncertainty and clearly identifying its causal impact on specific investment decisions.[3] The international trade setting can help address these issues. First, it allows us to construct detailed measures of policy uncertainty that are easy-to-interpret and vary across countries, products, and time. Second, we can trace the effects of these measures to specific firm investment and sales decisions that also vary along all these dimensions and can thus help address endogeneity concerns.

We build on the option value insights in Dixit (1989) and Rodrik (1991) and extend them to a context with trade policy uncertainty (TPU) and heterogenous firms. We characterize policy by using a stochastic process that generates closed form solutions and clearly guides the empirical estimation and quantification. The theoretical framework can be applied to alternative sources of TPU including the timing and credibility of large trade policy reforms, be they unilateral (e.g., China, India, and Brazil's liberalizations), multilateral (e.g., completion or implementation of trade rounds) or bilateral (e.g., passage of the North American Free Trade Agreement (NAFTA)).[4]

In order to identify the effect of *changes* in policy uncertainty we focus on whether and how trade agreements reduce TPU and thus affect export investments. Our empirical analysis focuses on preferential trade agreements (PTAs)—the most important source of trade policy reform in the last 20 years.[5] Importantly, many such agreements claim to "reduce distortions to trade" *and* "ensure a predictable environment for business planning and investment."[6] As we will show, a key determinant for whether PTAs spur export investment is whether the tariff reductions they generate are credible or face some probability of reversal. This concern is pervasive for

---

sources of potentially large and permanent changes in protection include import bans due to safety concerns; and threats of tariffs to counter exchange rate manipulation or carbon emissions in production.

[2] Bloom, Bond, and Reenen (2007) and Bloom (2009) provide evidence that shocks to stock market volatility delay firm-level investment and attenuate its response to demand shocks.

[3] As Rodrik (1991) notes "the idea that policy instability can be detrimental to private investment is easy to accept (...). However, it is hard to deploy serious econometrics in support of the proposition."

[4] US trade agreements are subject to congressional modification if the president does not have "fast-track" authority (Conconi, Facchini, and Zanardi 2012), which can generate TPU.

[5] In 2014, there were 377 PTAs in force and 583 notified to the WTO. www.wto.org.

[6] For examples see the Global PTA Database at wits.worldbank.org/GPTAD. The WTO also aims to generate "Predictability through bindings and transparency [to] promote investment (...)" www.wto.org.

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

Case 1:23-cv-01599-ABJ   Document 53-9   Filed 06/12/23   Page 162 of 225

the many developing countries that obtain unilateral preferences from the United States or Europe.[7]

The empirical application focuses on Portugal's accession to the European Community (EC). This is a good setting to study the trade and investment effects of TPU for several reasons. First, the focus on a specific country and policy event allows us to cleanly identify the effect and carefully control for a number of factors. Second, the effects of TPU should be important for small, developing, open economies where trade is central both to consumers and firms.[8] So, this episode can be relevant for many developing countries currently seeking secure access to the United States and European markets.[9] Third, Portuguese trade increased dramatically after 1986 and that increase was largest towards the EC partners, *suggesting* that it was caused by the accession. Finally, the export expansion upon accession was characterized by considerable entry of Portuguese firms exporting into EC markets even in industries where applied tariffs did not change and we find this cannot be explained by standard determinants such as income or exchange rates, which indicates a potential role for the agreement in reducing TPU.

Our model shows how to measure, test, and quantify the impact of TPU on firm entry and trade. We estimate a structural equation where export entry depends on current policy and a measure of TPU: the percent loss in profits due to a negative tariff shock that reverts tariffs to their nonpreferential levels, which we observe. We find supporting evidence for several of the model's predictions by exploring variation in firm entry and policy across different export markets (EC-10 and Spain), industries, and time. The estimates indicate that Portuguese exporters believed that the probability of losing preferences was zero after EC accession but positive before. So the agreement eliminated that source of TPU.

Using the estimated structural parameters, we then quantify the impact of alternative policies. The trade policy changes due to accession accounted for 61 percent of the growth in entry and 87 percent of the growth in export value. If the accession had only reduced applied tariffs, but not TPU, it would have achieved only 20 percent of the total predicted firm entry and less than 30 percent for total exports. So, a substantial fraction of the growth was generated by the elimination of TPU. Moreover, about 65 percent of the growth in entry is due to securing previous tariff reductions, and more than half of this is accounted for by a mean preserving reduction in tariff risk.

Our work is related to research in different fields. We build on Dixit (1989) who shows that price uncertainty creates an option value of waiting before making sunk cost entry investments. These insights have mainly been used to analyze the impact of exchange rate uncertainty on exports (cf. Baldwin and Krugman 1989; and Das,

---

[7] US preferences to several developing countries are often conditional on a variety of criteria that can and have triggered nonrenewal for periods up to fourteen months.

[8] A large fraction of Portuguese firms are engaged in some form of international trade—about 24 percent—and account for a large fraction of private sector nonagricultural employment—58 percent or 46 percent if we focus only on exporters. These figures for 1987 are based on merged information from Quadros de Pessoal and Portuguese Trade statistics.

[9] For example, Peru and Colombia received US preferences subject to periodic renewal and subsequently agreed to lower barriers on US products to permanently secure those preferences and spur investment (cf. United States International Trade Commission (USITC) 2008). Similarly, several countries that seek (or sought) PTAs with the EC previously received some form of preference.

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

Case 1:23-cv-01599-ABJ   Document 53-9   Filed 06/12/23   Page 163 of 225

Roberts, and Tybout 2007); FDI (Russ 2007); or both (Fillat and Garetto 2014).[10] We, too, develop a dynamic model of trade with sunk costs, but we focus on TPU and provide closed form solutions that guide the estimation.

The impact of trade and tax policy uncertainty when there are sunk costs of investment, has received far less attention. For example, Rodrik (1991) develops a model of capital investment when firms believe an investment tax credit may be reversed in the future. If the probability or cost of a policy reversal is high, a reform to promote investment may produce the opposite outcome. The scant empirical evidence has mostly focused on aggregate outcomes; Baker, Bloom, and Davis (2013) find that increases in a news-based index of policy uncertainty are negatively correlated with aggregate employment, output, and investment in the United States. Our approach is different and our trade focus aims to identify the effects of policy uncertainty shocks as cleanly as possible.

We also contribute to the debate regarding the value of trade agreements. Early empirical work on the trade impacts of PTAs delivered mixed results, e.g., Frankel (1997) reports small and sometimes negative effects of EC membership on trade between members in the 1960s and 1970s but positive ones in the 1980s and 1990s. Our approach highlights that whether PTAs increase bilateral trade depends on whether their policies are credible.[11] The role of TPU is also explored by Handley (2014), who provides evidence that WTO tariff bindings reduce TPU and thus promote export entry.[12] Limão and Maggi (2015) theoretically examine the value of endogenous trade agreements under uncertainty in a perfectly competitive setting with risk averse individuals.

In Section I we derive the structural relationship between TPU and firm investment decisions. In Section II we describe the empirical approach, provide estimates and quantify the policy impacts. In the final section we summarize our results and discuss implications and possible extensions.

## I. Theory

To determine the impact of TPU on export entry investments we first determine operating profits for each firm conditional on exporting. Second, we examine a firm's decision to invest to enter that market and how it is affected by policy uncertainty.

### A. Demand and Operating Profits

The operating profit for a firm that exports a differentiated good, $v$, to country $i$ is determined as follows. At the start of each period a firm can observe the policy and demand that it will face in each market before it produces, which allows us to

---

[10] There is stronger evidence for a negative effect of exchange rate volatility on FDI (cf. Campa 1993, and Russ 2012) than exports (cf. Das, Roberts, and Tybout 2007; and Alessandria and Choi 2007). Impulliti, Irarrazabal, and O'Promolla (2013) show that firm productivity uncertainty can generate hysteresis in firms' export decisions.

[11] This can help explain why even though PTAs increase trade substantially on average (cf. Baier and Bergstrand 2007) not all PTAs do so (Baier, Bergstrand, and Vidal 2007). Egger et al. (2011) address the endogeneity of PTAs and zero bilateral flows in a unified way. Ruhl (2008) argues that PTAs can generate export entry by permanently lowering trade frictions, which strengthens response to future macro variable shocks.

[12] Sala, Schröder, and Yalcin (2010) study the impact of WTO bindings on exports theoretically.

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

focus on the export entry investment as the sole decision made under uncertainty. This timing, and the absence of any adjustment costs, implies that, after entry, firms simply maximize operating profits period by period and those profits can be derived similarly to standard deterministic monopolistic competition models.

One industry produces a homogeneous, freely traded good—the numeraire—and each of the remaining $V$ industries produce differentiated goods. Each industry $V$ has a fixed exogenous fraction $\mu_V$ of each country's total expenditure on goods and the rest is spent on the numeraire. Consumers have constant elasticity of substitution preferences over goods in each $V$ with $\sigma = 1/(1 - \rho) > 1$. Therefore, a firm $v$ faces the standard optimal demand, $q_{iv} = \tilde{A}_{iv} p_{iv}^{-\sigma}$, where $\tilde{A}_{iv}$ is an industry demand parameter, which is exogenous from the perspective of any given firm.[13] The consumer price, $p_{iv}$, includes trade costs. We focus on ad valorem import tariffs and note that they are product or industry specific. We denote the tariff factor that $i$ sets on $V$ by $\tau_{iV} \geq 1$, so free trade is represented by $\tau_{iV} = 1$. Therefore, producers of any $v \in V$ exporting to $i$ receive $p_{iv}/\tau_{iV}$.

The supply side is standard. There is a single factor, labor, which has constant marginal productivity in the numeraire sector, so the wage is normalized to unity. Differentiated goods are produced with a constant marginal cost, characterized by a labor coefficient of $c_v$, which is heterogenous across firms. The firm chooses prices to maximize operating profits in each period, $(p_{iv}/\tau_{iV} - c_v) q_{iv}$, leading to the standard mark-up rule over cost, $p_v = c_v/\rho$. Consumers in $i$ face this price augmented by the tariff, that is $p_{iv} = (c_v/\rho) \tau_{iV}$. Using the optimal price and demand we obtain, respectively, the export revenue received by the firm and the associated operating profit:

$$(1) \qquad p_{iv} q_{iv}/\tau_{iV} = (\tau_{iV})^{-\sigma} \tilde{A}_{iV} (c_v/\rho)^{1-\sigma}$$

$$(2) \qquad \pi(c_v, \tau_{iV}) = (\tau_{iV})^{-\sigma} A_{iV} c_v^{1-\sigma},$$

where $A_{iV} \equiv \tilde{A}_{iV}(1 - \rho) \rho^{\sigma-1}$ summarizes industry demand conditions in the foreign market.

### B. *Firm Value, Investment, and Export Entry Setup*

In each industry $V$ there is an exogenous constant mass of firms that produce for their home market and an endogenous subset of them that exports.[14] Firms face no uncertainty about their productivity when deciding whether to export (they already produce domestically). To focus on foreign demand uncertainty due to policy we assume the following. First, the single underlying source of uncertainty is the future

---

[13] Under this structure $\tilde{A}_{iv} = \mu_V Y_i (P_{iv})^{\sigma-1}$, where $P_{iv}$ is the standard CES price aggregator over varieties in each $V$ sold in $i$, and $Y_i$ is the aggregate expenditure on goods. The standard assumption is that each firm is sufficiently small relative to the total number in industry $V$ and country $i$ to take into account any effect that they may have on the price index or aggregate goods' expenditure.

[14] To focus on firms' foreign market entry decisions we assume there are no fixed costs to enter the domestic market. This simplification does not affect our basic empirical results since our identification approach controls for industry-time effects, and thus accounts for domestic entry into any particular industry.

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

tariff policy in the foreign market. Second, the exporting country is sufficiently small that changes in the policy it faces when selling to $i$ have no impact on the foreign aggregate demand term, $A_{iV}$.[15] Given these assumptions and the constant mass of domestic producers in $i$, we will treat $A_{iV}$ as constant in the theory when analyzing firms' decisions to export to this market. We can allow for unanticipated shocks to $A_{iV}$ and will control for them empirically.

Let us first consider a benchmark case where the policy is deterministic. A firm enters a new export market if the present discounted value of its profit exceeds the sunk investment cost of entry, i.e., $\pi(c_v, \tau_{iV}) \geq K_{iV}(1 - \beta)$. The discount factor $1 - \beta$ reflects the exogenous probability of a death shock to exporting.[16] Each industry has a continuum of firms with heterogenous marginal cost drawn from a distribution function $G_V(c)$. Thus, we can use the condition above to determine the marginal entrant without policy uncertainty.

$$(3) \qquad c_{iV}^D = \left[ \frac{(\tau_{iV})^{-\sigma}}{1 - \beta} \frac{A_{iV}}{K_{iV}} \right]^{1/(\sigma-1)}$$

The cutoff is common to all firms that face a similar tariff and sunk cost, so for $v \in V$ all firms with $c_v < c_{iV}^D$ enter. Reductions in tariffs increase demand and thus induce entry.

Trade policy is rarely deterministic and potential exporters can choose when to invest so TPU can generate an option value of waiting. The analysis below applies for each firm $v$ considering the decision to export to a given market $i$ so we drop these subscripts for simplicity. We model the entry decision as an optimal stopping problem. Firms can be divided into exporters and nonexporters. The expected value of being an exporter is denoted by $\Pi_e$; such a firm exits only when hit by a "death" shock since it has no other fixed costs after it enters.[17] Nonexporters decide to enter only when the value of exporting net of the sunk entry costs exceeds the expected value of waiting, $\Pi_w$. The investment and entry decision rule for a firm with cost $c$ can be defined as a function of the threshold tariff $\bar{\tau}$ that makes it indifferent between entering today or waiting.

$$(4) \qquad \Pi_e(c, \bar{\tau}) - K = \Pi_w(c, \bar{\tau})$$

So, any tariff below $\bar{\tau}(c)$ triggers entry by firms with cost $c$ or lower. To characterize the impact of uncertainty on this entry cutoff we describe the policy process and derive these value functions.

---

[15] This assumption is reasonable in the setting we examine empirically—a small country (Portugal) exporting to the EC—but should be relaxed in other settings. In Handley and Limão (2013), we extend this model and allow for general equilibrium effects of the policy, via impacts on the price index, in order to analyze the impact of China's entry into the WTO on its exports to the United States. Doing so introduces a price index adjustment, which attenuates the direct effects of tariff policy on entry decisions but does not overturn them.

[16] Similar qualitative results hold if we allow firms to place less weight on future profits due to an exogenous pure time preference factor.

[17] While the assumption of no per period fixed costs of exporting may seem extreme, Das, Roberts, and Tybout (2007) find these per period fixed costs are negligible, on average, across all sectors analyzed in their structural model of Colombian exporters. When we incorporate endogenous exit, the analysis is more complex but does not change the central results nor does it add much additional insight for the empirical application we pursue.

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

### C. *Trade Policy Regimes*

We model trade policy as an exogenous stochastic process that is tractable and rich enough to span alternative trade policy regimes. Each period there is some probability $\gamma$ of a policy shock (e.g., a new agreement, a new government, a macroeconomic shock, etc.). If the shock occurs, then a policymaker reconsiders the current policy and sets a new one denoted by $\tau'$, otherwise the policy is unchanged. Firms form expectations over future policies based on their belief of $\gamma$ and a probability measure of tariff outcomes, $H(\tau')$, with support $\tau' \in [\tau^L, \tau^H]$, where $\tau^H$ is the worst-case scenario. We assume that both $\gamma$ and $H$ are similar across firms within a given industry $V$ so that entry decisions depend only on a firms' productivity relative to the industry cutoff.

The stochastic path of the policy is characterized by the current tariff, $\tau_t$, and the "policy regime" described by the pair $\{\gamma, H\}$. Firms believe that the *regime* is time-invariant and take it as given. Our results will then apply to any given exogenous $\gamma$ and $H$ and will allow us to compare equilibrium firm behavior across different regimes. This characterization encompasses alternative regimes. When $\gamma \in (0,1)$, we have a setting with imperfectly anticipated shocks of uncertain magnitude. Alternatively, if $\gamma = 1$ and $H$ is degenerate at some $\tau'$, then a reform is perfectly anticipated and the government credibly committed to $\tau'$ in the following period. When $\gamma = 0$, the government has committed to the current tariff, $\tau_t$. The setup can also be used to capture staged tariff reductions—typical in trade agreements—provided that their implementation is uncertain.

### D. *Value of Credible versus Noncredible Policies*

We now derive the entry decisions and the impact of policy changes within a credible regime ($\gamma = 0$) versus a noncredible one ($\gamma > 0$, so a policy change is expected).

The expected value of a firm that exports at time $t$ conditional on it observing $\tau_t$ is given by

$$(5) \qquad \Pi_e(c, \tau_t) = \pi(c, \tau_t) + \beta[\underbrace{(1-\gamma)\Pi_e(c, \tau_t)}_{\text{No Shock}} + \underbrace{\gamma E \Pi_e(c, \tau')}_{\text{Shock}}],$$

which includes current operating profits in the *export market* and the discounted future value.[18] With probability $1 - \gamma$, there is no policy shock and the expected firm value is unchanged. With probability $\gamma$, there is a policy shock. So the third term on the right-hand side (RHS) of (5) is the ex ante expected value of exporting following a shock and $E$ denotes the expectation over the $H$ distribution.

---

[18] We do not explicitly include profits from domestic sales because in our setting they are independent of export conditions and constant over time. We can include them by adding the same constant term to the value of exporting and to the value of waiting, which will change none of the subsequent results.

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

Case 1:23-cv-01599-ABJ   Document 53-9   Filed 06/12/23   Page 167 of 225

The expected value of a firm waiting to export is given by

$$(6) \qquad \Pi_w(c) = 0 + \beta \Big[ \underbrace{(1 - \gamma)\Pi_w(c)}_{\text{No Shock}} + \underbrace{\gamma(1 - H(\overline{\tau}))\Pi_w(c)}_{\text{Shock above Trigger}}$$

$$+ \underbrace{\gamma H(\overline{\tau})(E[\Pi_e(c, \tau') \mid \tau' \leq \overline{\tau}] - K)}_{\text{Shock below Trigger}} \Big].$$

A nonexporter receives zero profits from that activity today; the continuation value stays at $\Pi_w$ if there is no shock or the shock entails a tariff above the trigger. If a policy shock arrives, it will be below $\overline{\tau}$ with probability $H(\overline{\tau})$ and the firm will choose to pay $K$ and start exporting.

To obtain the equilibrium values of exporting, $\Pi_e(c, \tau_t)$, and waiting, $\Pi_w(\tau_t)$, we solve the linear system given by (5), (6), $E\Pi_e(c, \tau')$ and $E[\Pi_e(c, \tau') \mid \tau' \leq \overline{\tau}]$ (given in Appendix A) and obtain

$$(7) \quad \Pi_e(c, \tau_t) = \frac{\pi(c, \tau_t)}{1 - \beta(1 - \gamma)} + \frac{\beta\gamma}{1 - \beta} \frac{E\pi(c, \tau')}{1 - \beta(1 - \gamma)}$$

$$(8) \quad \Pi_w(c) = \frac{\beta\gamma H(\overline{\tau}(c))}{1 - \beta(1 - \gamma H\overline{\tau}(c))} \left\{ \frac{E[\pi(c, \tau') \mid \tau' \leq \overline{\tau}(c)]}{1 - \beta(1 - \gamma)} \right.$$

$$\left. + \frac{\beta\gamma}{1 - \beta} \frac{E\pi(c, \tau')}{1 - \beta(1 - \gamma)} - K \right\} \quad \text{if } \tau_t \geq \overline{\tau}(c).$$

The interpretation of (7) is straightforward: after investment, the firm value from exporting conditional on $\tau_t$ equals the discounted value of expected profits. If $\gamma$ were zero this would be the deterministic value. But the policy changes with probability $\gamma$ and the ensuing per period expected profits are $E\pi(c, \tau')$. If the current tariff is above a given firm's trigger, $\tau_t > \overline{\tau}(c)$, then it does not export today and its value, $\Pi_w(c)$, would be zero if the tariff remained above that trigger, but with probability $\gamma H(\overline{\tau})$, the tariff will fall below the trigger leading the firm to incur $K$ and export. The expected value of exporting is then captured by the remaining terms in brackets.

Using (7) we see that reductions in the current tariff, $\tau_t$, increase the firm value, $\Pi_e$, at any $\gamma$. Moreover, that impact is higher under a credible policy regime ($\gamma = 0$) then when the policy is expected to change ($\gamma > 0$). This complementarity between reductions in current tariffs and uncertainty is one possible reason why countries that obtain temporary preferential tariffs spend considerable resources trying to eliminate any uncertainty about their future reversal.

### E. *Policy Impacts on Investment and Entry*

We now derive the impact of different policy changes on entry. Using (7), (8), and (4) we determine the threshold tariff $\overline{\tau}(c)$ such that a firm with cost $c$ is indifferent between waiting or exporting. Assuming $G(c)$ is strictly increasing, we can invert the threshold function $\overline{\tau}(c_t^U) = \tau_t$ to uniquely determine the cutoff cost for

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

any given current tariff. In Appendix A, we show that $c_t^U$ equals the product of an uncertainty factor and the deterministic cutoff

$$(9) \qquad c_t^U = U_t \times c_t^D$$

$$(10) \qquad U_t \equiv \left[ \frac{1 - \beta(1 - \gamma\omega(\tau_t))}{1 - \beta(1 - \gamma)} \right]^{\frac{1}{\sigma-1}} \leq 1.$$

We highlight two properties of the uncertainty factor $U_t$, which captures the frequency of policy shock arrivals and expectations about future tariffs. First, if $\gamma = 0$ then $U_t = 1$, and we are back to the deterministic cutoff, $c_t^D$. Second, if $\gamma > 0$ then there is lower entry whenever the current tariff is below the maximum, i.e., $\tau_t < \tau^{\max}$. To see this, note that when $\gamma > 0$, we obtain $c_t^U < c_t^D$ if and only if $\omega(\tau_t) < 1$. In Appendix A, we show that $\omega(\tau_t) - 1$ is the expected growth in operating profits conditional on a shock that increases tariffs, which is negative if and only if $\tau_t < \tau^{\max}$. This expected profit loss term will be central in the empirical application so we record it here:

$$(11) \qquad \omega(\tau_t) - 1 = -(1 - H(\tau_t)) \frac{\tau_t^{-\sigma} - E(\tau^{-\sigma} \mid \tau \geq \tau_t)}{\tau_t^{-\sigma}} \leq 0.$$

We make three observations First, because this is a proportional loss of operating profits, it is independent of a firm's productivity. Second, when tariffs are the only source of uncertainty, we can use information on the current tariff and a measure of the expectation of future tariffs *above* $\tau_t$ to construct $\omega$. So, even though the policy shock can trigger a lower or higher tariff, it is only the possibility of higher tariffs that affects entry.[19] Third, this term varies with tariffs across different industries, which will prove useful to identify the impact of uncertainty.

We conclude this section by noting that for any $\tau_t < \tau^{\max}$ entry is monotonically decreasing over all values of $\gamma$. This has two implications for the empirical analysis. First, we can test if any given event, e.g., an agreement, impacts entry via uncertainty without assumptions on whether $\gamma$ was zero before or after that event.[20] Second, if the current tariff is at the long-run mean, then reductions in $\gamma$ can be interpreted as mean risk compressions of the tariff (see Appendix A). This insight will allow us to decompose the quantitative effects of moving to a more credible policy regime into two components: pure risk and long-run mean changes of the policy.[21]

---

[19]This is an example of the "bad news" principle first identified by Bernanke (1983).
[20]More specifically, $d \ln c_t^U / d\gamma < 0$ if $\tau_t < \tau^{\max}$ as derived in Appendix A.
[21]In online Appendix A we also show that for *any* $\tau_t$ above the minimum there exist mean preserving compressions in the $H$ distribution that increase entry.

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

Case 1:23-cv-01599-ABJ   Document 53-9   Filed 06/12/23   Page 169 of 225

## II. Evidence

We explore the theoretical framework to address two questions. What are the effects of current policy and uncertainty on export entry? Do trade agreements reduce uncertainty?

### A. *Policy and Institutional Setting*

We focus on Portugal's accession to the European Community (EC) in 1986. One reason for doing so is that this agreement reduced some tariffs that Portuguese exports faced *and* secured preexisting preferences to the EC markets and Spain, which joined the EC in 1986.

Portugal's EC accession was signed on June 1985 and implemented on March 1, 1986. EC tariffs on Portuguese industrial goods did *not* change in 1986, they remained duty-free, as they had been since 1977. So the trade policy impact of the 1986 accession on such products will *not* be due to changes in applied tariffs. We will test if the impact of accession on those products was to make those preexisting preferences more credible, i.e., whether the accession lowered the probability that Portugal lost its EC preferences and faced the 8 percent average tariffs that other countries—those without preferential access to the EC—faced.[22]

Spain also joined the EC in 1986 and was required to liberalize its industrial tariffs against Portugal. Spanish tariffs on Portuguese goods prior to the agreement were 7.9 percent. So the impact of accession on Portuguese exports towards Spain will reflect a reduction in applied tariffs, but it will also reflect an uncertainty reduction component related to securing preexisting preferences. In 1980 Spain signed an agreement that began a partial liberalization of its tariffs towards certain countries including Portugal. But this agreement contained no definite timetable or scheduled reductions and was potentially incompatible with General Agreements on Tariff and Trade's (GATT) requirement that PTAs implement zero tariffs on substantially all trade.[23] Thus, before 1986, Portuguese exporters faced considerable uncertainty about whether they would maintain preferential access to Spain. Had they ever lost those preferences, Portuguese exports would face an average tariff of 14 percent.

### B. *Macro Evidence*

Following the 1986 accession, Portugal experienced a trade boom. Between 1985 and 1992 *total* Portuguese real exports grew by 90 percent and imports by about 300 percent.[24] Figure 1 shows that the share of Portugal's trade with Spain and the EC-10 rose rapidly from 52 percent in 1985 to 72 percent by 1992. Remarkably, the

---

[22] The accession did reduce applied protection on agricultural goods. This is why the average preferential tariff faced by Portuguese exporters in the EC was about 2.5 percent before 1986.

[23] This uncertainty about the elimination of tariffs is clear from a GATT report where one of its members noted that Spain's agreement with the European Free Trade Association (EFTA) "provided only an expectation that at some point in time the duties and other regulations of commerce would be eliminated, but no specific provisions existed in this respect. There was a great difference between an expectation and a specific plan and schedule." "Agreement between the EFTA countries and Spain," Report of the Working Party, L/5045, October 24, 1980, p.3.

[24] Authors' calculations based on data from Pinheiro (1997).

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms



FIGURE 1. PORTUGUESE TRADE SHARES WITH EC-10 AND SPAIN

*Notes:* 1972: EC industrial preferences agreed. 1985: Accession signed.

initial preferential agreement between the EC-10 and Portugal (agreed in 1972 and implemented by 1977) and Spain and Portugal (early 1980s), which reduced applied tariffs, left their trade share nearly unchanged at about 50 percent between 1972 and 1985.[25] This is consistent with the model if exporters believed that those preferences could be reversed before 1986 but became confident they were secure after accession. Starting in 1981 we have access to firm-level trade data from the Portuguese census. As a first pass, we check whether the growth in Portuguese exports towards the EC-10 and Spain is also accompanied by a growth in the number of exporting firms and whether either of these can simply be explained by standard trade gravity determinants. More specifically, we test if Portuguese exports to Spain or the EC-10 grew differentially relative to the rest of the world by interacting an EC accession time dummy ($= 1$ for 1986 and subsequent years) with EC-10 and Spain country dummies, and control for standard determinants of trade.[26] The first column of Table 1 shows an increase of 23 log points towards the EC-10 and 115 toward Spain following the accession. In column 2 we use the (ln) number of exporting firms to each market as the dependent variable and find it was significantly higher for EC-10 and Spain after accession.

We also note that the typical new Portuguese exporter to a given market (defined as a firm exporting to a country at $t$ but not $t - 1$) is smaller than a continuing

[25] We can detect more of an effect during this period if we focus on Portuguese export shares alone, which go from 50 to 62 percent in this 13 year period. But export growth is faster after the 1986 accession, and the EC share in Portugal exports goes up to 73 percent in only seven years. The strong increase in trade shares with the EC after 1985 was not merely a switch away from exporting to other markets. There is strong evidence of trade creation: total real exports in 1993 were almost twice as high as in 1985 (Pinheiro 1997).

[26] We also include bilateral fixed effects to address PTA endogeneity following Baier and Bergstrand (2007). These reduce to importer fixed effects since the only exporter is Portugal. Year effects control for Portuguese productivity and price changes.

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

Case 1:23-cv-01599-ABJ    Document 53-9    Filed 06/12/23    Page 171 of 225

TABLE 1—PORTUGUESE EXPORT GROWTH MARGINS 1981–1990

| Dependent variable (ln): | Exports (1) | Number of firms (2) | Exports/firm (3) |
|---|---|---|---|
| EC10 × Post_86 | 0.232*** | 0.451*** | −0.219*** |
| | [0.0829] | [0.0411] | [0.0710] |
| Spain × Post_86 | 1.146*** | 1.159*** | −0.0129 |
| | [0.199] | [0.132] | [0.113] |
| Real importer GDP (ln) | 1.045*** | 0.598*** | 0.447* |
| | [0.306] | [0.137] | [0.258] |
| Importer price index (ln) | 0.167** | 0.0185 | 0.148** |
| | [0.0776] | [0.0374] | [0.0655] |
| Exchange rate (ln) | 0.211*** | −0.00118 | 0.212*** |
| | [0.0763] | [0.0365] | [0.0653] |
| Observations | 1,305 | 1,305 | 1,305 |
| Adjusted $R^2$ | 0.92 | 0.97 | 0.75 |

*Notes:* Includes dummies for country and year. Robust standard errors are in brackets. The sample is aggregate values to each country of destination. Column 3 is the logarithm of total exports over number of firms. For variable definitions and sources see Appendix C. See online Appendix, Table D4 for summary statistics.
   ***Significant at the 1 percent level.
   **Significant at the 5 percent level.
   *Significant at the 10 percent level.

firm (about 6 times smaller for Spain and 20 times for the EC-10), which is consistent with our model of heterogenous firms with export entry costs. Moreover, size heterogeneity implies that *if* accession increased the number of entrants but not the average sales of continuing firms, then we should observe a reduction in average sales per firm as we do for the EC-10 in column 3 of Table 1. In the online Appendix D, we provide further evidence that a large share of the increase in the number of exporters and export volume is due to new entrants (as opposed to fewer exits), and is thus likely to have required considerable entry investments. We also find that even though individual entrants are smaller, they had a significant impact on aggregate exports in subsequent years.

## C. *Micro Evidence: Empirical Approach*

The macro evidence is suggestive but by itself it does *not* allow us to determine what *caused* the accession effect, whether TPU was reduced and if so how important this was relative to any changes in applied policies. First, factors other than trade policy may have affected exports and firm entry over the long period used in the gravity estimate.[27] Therefore, to minimize the role of other confounding factors we will subsequently focus on the growth between 1985–1987, and note that even over

[27]Even in the gravity estimate, the accession effect is *not* due to two alternative explanations: monetary integration and infrastructure investments. First, the sample we use for the gravity estimate ends in 1990—two years before the signing of the Maastricht Treaty setting out the *timetable* for the Euro and nine years before the exchange rates were irrevocably fixed. Second, even if accession affected exchange rates, these effects are controlled for by including its level and its volatility (see Handley and Limão 2012). Portugal received substantial EC support for transport infrastructure, but this *funding* only began in 1989. At best it could have started to reduce trade costs in 1990 and can't explain the large prior trade increases.

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

this short period the net growth in the number of exporting firms was on average 25 and 91 log points toward the EC-10 and Spain, respectively. Second, to identify a causal effect and estimate the relative importance of applied policies and TPU we must explore the model predictions using firm-level data and theory-consistent policy measures that vary across countries, products and time.

*Measuring Policy Uncertainty.*—We construct the profit loss measure in (11) by assuming a discrete tariff distribution $H$. We choose a tractable distribution that covers the main cases present in our data. After a policy shock, exporters consider three potential values for the random variable, $\tau_i$: the tariff faced in destination $i = \{EC\text{-}10, Spain\}$. The realized tariff values can (and do) vary over goods but for simplicity we omit those subscripts.

$$\tau_i = \tau_{si}, \quad \Pr(\tau_{si}) = p_{si} \text{ for } s = \{l, m, h\}$$

We take $\tau_{li}$ to be 1 for all goods and destinations, i.e., free trade. This captures the industrial goods that Portugal exported to the EC free of ad valorem tariffs both after the accession *and* before it. It also captures the lowest possible tariffs observed at any point. The high tariff, $\tau_{hi}$, is the potential worst-case tariff that the Portuguese exporters feared if they lost preferences. In the data we assume this is the MFN rate that the EC (or Spain) applied to GATT members before 1986. Note that $\tau_{hi}$ is different for the EC and Spain before 1986, so that will be one source of variation in the uncertainty measure.[28] The intermediate tariff, $\tau_{mi}$, captures *transitional* preferences granted to Portugal before 1986 by Spain in several types of goods and the EC-10 in agricultural goods. The latter preferences were transitional and *not* GATT legal in the absence of a permanent trade agreement. Therefore, although we did observe "medium" tariffs during the mid 1980's, the Portuguese exporters likely placed a negligible probability ($p_{mi} \approx 0$) on the event that conditional on a policy shock these would remain since either an agreement would be signed and tariffs would transition to the low state or negotiations would fail and no preferences would remain.

In online Appendix B, we show that if the tariff was initially high or medium then we can use (11) to derive

$$(12) \qquad \omega(\tau_{ti}) - 1 = -p_{hi}\big[1 - (\tau_{ti}/\tau_{hi})^\sigma\big].$$

The term in square brackets is the percentage profit reduction conditional on a shock that increases tariffs from $\tau_{ti}$ to $\tau_{hi}$, which happens with probability $p_{hi}$. The same term applies to cases when the initial tariff is low and $p_{mi}$ is negligible.[29] Moreover,

---

[28] This may somewhat underestimate the degree of uncertainty in these goods but seems a reasonable approximation of what the Portuguese exporters may have feared as the worst-case scenario before the agreement.

[29] Alternatively, if we consider only a two state world, $s = h, l$, the expression above applies to tariffs with either history. Note that the tariffs are different across markets and industries. In online Appendix B, we show that if $p_m$ were large then there would be an *additional* term where the high probability and tariff are replaced by the medium ones. We ignore this extra term since there is no obvious empirical counterpart for the medium probability term; it would be highly correlated with the high value; and we have good reasons to believe $p_m \approx 0$ given these were transitional tariffs that could not be sustained under GATT rules.

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

the applied tariff may change over time but the worst-case tariff, $\tau_{hi}$, is constant in the data over the short period of time we analyze. If there is no preferential tariff, as is the case for some goods, then the GATT rate and the applied rate are the same, $\tau_{ti} = \tau_{hi}$, and potential profit reductions are zero. In Section D we further describe how we use information on tariffs and the elasticity of substitution to construct this measure.

We cannot observe the probabilities that exporters place on a worst-case scenario, $\gamma_i p_{hi}$. However, we can estimate this as part of the entry equation, provided we assume it is roughly common across industries and countries. The similarity across countries in our application is more reasonable if we restrict our attention to $i =$ Spain, EC-10, the markets to which Portugal secured access. One of our goals is therefore to test if there was a regime change, i.e., if the probability of reversal to the worst-case scenario, $r \equiv \gamma p_h$, fell after accession.

*Unobserved Cutoffs and Firm Export Entry.*—We do not directly observe if firms have costs below the cutoff but we do observe the number of firms and their export status at the country-product level. Our model focuses on variation in policies over time and across products, and the cutoffs we derived are common across some sets of firms. In particular, producers exporting to $i$ face a tariff that does not discriminate by firm but rather by product or industry classification, denoted by $V$. So, in the model, producers of $v \in V$ face the *same* critical cutoff, denoted by $c_{tiV}^U$. Hence, we examine the fraction of exporters in an "industry" $V$ to each country pair. This approach has another advantage: it does not require us to be able to follow specific firms over time, which is important since we are unable to do this between 1985 and 1986 (see Appendix C).

The number of firms exporting in $V$ to market $i$ is at least equal to the mass of domestic producers in $V$, $n_{tV}$, times the fraction of those firms with costs below the cutoff, $G_V(c_{tiV}^U)$. Therefore the observed number of firms, $n_{tiV}$, can be written as

$$(13) \qquad \ln n_{tiV} = \ln G_V(c_{tiV}^U) + \ln n_{tV} + u_{tiV},$$

where $u_{tiV}$ is a random disturbance due to measurement error.[30]

*Baseline Model.*—We obtain an estimation equation that identifies key structural parameters as follows. We use a linear Taylor approximation of the cutoff in (9) *around* no uncertainty and use the definitions for the uncertainty factor, $U$, and the profit loss term, $\omega(\tau_{tiV})$, from (12). We substitute the resulting expression for $c_{tiV}^U$ on the RHS of (13). Finally, we assume that productivity follows a Pareto distribution

---

[30] The term can also capture the potential for "legacy" firms: those that survive until period $t$ even though they have costs above $c_{tiV}^U$. This cannot occur if current conditions are better than in the past, so a sufficient condition to rule out legacy firms is that $c_{tiV}^U \geq \max\{c_{TiV}^U \ \forall \ T < t\}$. In the mid-1980's, the conditions for Portuguese exporters were improving, as is clear from the observed high entry rates into EC countries. Therefore, we do not think legacy firms pose a significant issue in this particular setting. Furthermore, in Handley and Limão (2012) we argue that our approach and results are robust to certain instances where legacy firms are present.

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

with shape $k$ and minimum value of $1/c_V$, so $G_V(c_{tiV}^U) = (c_{tiV}^U/c_V)^k$. We then obtain the following for each $t$, $i$, and $V$

$$(14) \qquad \ln n_{tiV} = k\left[ -r_T \frac{\beta}{1-\beta} \frac{1-(\tau_{tiV}/\tau_{hiV})^\sigma}{\sigma-1} - \frac{\sigma}{\sigma-1} \ln \tau_{tiV} \right]$$

$$+ k\left[ \frac{1}{\sigma-1} \ln \frac{A_{iV}}{K_{iV}(1-\beta)} - \ln c_V \right] + \ln n_{tV} + \tilde{u}_{tiV}.$$

The term $r_T \equiv \gamma_T p_{Th}$ represents the probability of reversal to the worst-case tariff, and $\tilde{u}$ captures the random disturbance term and higher order terms from the cutoff's approximation. Recall that at any point in time firms treat the regime as time invariant. In the estimation we want to test if the regime changed after accession, so we include a $T$ subscript in $r_T$, where $T = 0$ denotes parameter values for years pre-accession and $T = 1$ post-accession. We discuss relaxing this and some of the identifying assumptions in the robustness section.[31]

Rewriting (14) in terms of parameters and observables, we obtain

$$(15) \quad \ln n_{tiV} = b_{\gamma T} \tilde{\omega}_{tiV} + b_\tau \ln \tau_{tiV} + a_{ti} + a_{iV} + a_{tV} + \tilde{u}_{tiV} \quad \text{for each } t, i, V,$$

where $\tilde{\omega}_{tiV} \equiv \dfrac{1-(\tau_{tiV}/\tau_{hiV})^\sigma}{\sigma-1}$ captures the uncertainty measure and its impact on entry is estimated by $b_{\gamma T} = -r_T k\beta/(1-\beta)$. The coefficient on the applied tariff is $b_\tau = -k\sigma/(\sigma-1)$. To identify the parameters of interest we must be able to control for certain key variables in the model, which we do using various fixed effects. The $a_{iV}$ and $a_{tV}$ terms represent country-industry and industry-time effects that absorb the foreign demand conditions in $A_{iV}$, the investment cost $K_{iV}$, and other time invariant costs of exporting (e.g., transport or other nontariff barriers we abstracted from in the theory), the productivity distribution heterogeneity across industries $c_V$, and industry time-varying effects, such as the domestic mass of producers, $n_{tV}$. The term $a_{ti}$ captures country-year effects that control for any unanticipated log-separable aggregate shocks, e.g., to aggregate expenditure.[32]

We estimate (15) in differences taking a period before and one after the accession.

$$(16) \quad \Delta_t \ln n_{tiV} = b_{\gamma 1} \tilde{\omega}_{1iV} - b_{\gamma 0} \tilde{\omega}_{0iV} + b_\tau \Delta_t \ln \tau_{tiV}$$

$$+ a_i + a_V + \Delta_t \tilde{u}_{iV} \quad \text{for each } i, V$$

---

[31] The baseline estimation relies on three assumptions to identify the effect of uncertainty: $k$ is common across $V$ (but $c_V$ need not be); $\sigma$ is common across $V$; and $r$ is common across $V$ and $i$.

[32] Recall from Section I that $A_{iV}$ is log-separable in importer aggregate expenditure, $Y_i$. So any unanticipated shocks to $Y_i$ are captured by $a_{ti}$. In the robustness section we also address the possibility of shocks to the price index.

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

We focus on $i = \{\text{EC-10, Spain}\}$ and first address two basic questions:

- Did the agreement generate more entry in industries with higher initial potential loss, $-b_{\gamma 0} > 0$?
- Did the agreement reduce the probability of a worst-case scenario: $-b_{\gamma 0} > -b_{\gamma 1}$, which implies $r_1 < r_0$; or even eliminate it: $b_{\gamma 1} = 0$, which implies exporters expect preferences not to be reversed, i.e., $r_1 = 0$?

In order to control for destination and industry shocks, our identification relies on differential tariffs and uncertainty that Portuguese exporters in each industry faced in the EC versus the Spanish market and focus on a short period: 1985–1987. Doing so required us to compile a rich dataset.

## D. *Data*

To estimate (16) we collected and digitized detailed data on trade policy for Spain and the original EC-10 countries before and after the agreement, as described in online Appendix B. The uncertainty measure we compute varies across industries and members of the agreement. For some industries the policy data are *recorded* at a fine level of disaggregation, so they could potentially be matched to six-digit classifications for the trade data, which includes over 5,000 products (using the classification that preceeded the Harmonized System). We do not test the model at this disaggregated level for a few reasons. First, the model suggests that we define industries according to a set of characteristics (such as productivity distribution) that is common across a set of firms and broader than the six-digit level. Second, most of the variation in the policy in this data occurs across industries, rather than within them.[33] Third, an exporter's perception of the worst-case tariff scenario is likely to be broader than what is implied by the worst case for a *single* six-digit good, since he may either export multiple goods and/or fear tariff changes simply because they are reclassified. Thus, our measure will reflect the uncertainty of other six-digit products in the same two-digit category.[34]

We construct the profit loss uncertainty term as described in Section C, i.e., taking $\tau_{hi}$ for a six-digit product to be the ad valorem GATT tariff that country $i = \text{EC-10}$ or Spain, had before the agreement.[35] We take $\tau_{0i}$ to be the tariff that $i$ actually applied to Portuguese exports in that product before the agreement, namely the preexisting preferential tariffs they provided to Portugal.[36] To construct the measure in (12), we use an elasticity consistent with the data for these countries

---

[33] About 80 percent of the variation in applied tariffs and 75 percent of variation in the uncertainty measure in exporting to the EC-10 before the agreement are accounted for by differences across two-digit industries (of which there are 99). Those fractions are lower for Spain but still more than half of the variation is accounted for by cross-industry differences.

[34] If we were to run the model at the six-digit level there would be a large number of zeroes. Since our estimation equation is in logs we would eventually have to drop those categories, which could be where uncertainty was most important.

[35] If that tariff was not bound in the GATT, then we use the autonomous ad valorem tariff that $i$ applied.

[36] For the EC-10 countries there is no cross-country variation in the policy measures because they have a common trade policy. There is, however, variation in applied tariffs for the EC-10 over time and variation between the EC-10 and Spain in policy within each industry.

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

TABLE 2—SUMMARY STATISTICS FOR FIRM-LEVEL BASELINE REGRESSIONS

|  | Total | Spain | EC-10 |
|---|---|---|---|
| Change in number of firms[a] | 33.0 | 91.1 | 24.7 |
|  | (55.1) | (62.6) | (48.7) |
| Change in number of varieties[a] | 35.7 | 101 | 26.4 |
|  | (60.7) | (69.1) | (53.3) |
| Change in exports[a] | 55.3 | 135 | 43.9 |
|  | (157) | (150) | (155) |
| Pre-tariff[b] (faced by Portugal) | 3.13 | 7.89 | 2.45 |
|  | (5.66) | (5.10) | (5.40) |
| Pre-tariff[b] (faced by GATT countries) | 9.14 | 14.07 | 8.44 |
|  | (5.29) | (7.75) | (4.43) |
| Post-tariff[b] (faced by Portugal) | 1.74 | 1.33 | 1.79 |
|  | (3.91) | (3.51) | (3.96) |
| Tariff change[b] (faced by Portugal) | −1.39 | −6.56 | −0.66 |
|  | (2.90) | (4.78) | (1.44) |
| Applied tariff standard deviation change[c] | −0.64 | −2.86 | −0.33 |
|  | (1.25) | (1.86) | (0.69) |
| Price index proxy change[c] | −0.19 | −1.52 | 0.00 |
|  | (0.88) | (2.06) | (0.00) |
| NTM share change[c] | −2.32 | −18.66 | 0.00 |
|  | (10.9) | (25.4) | (0.00) |
| Specific tariff share change[c] | −0.37 | −3.01 | 0.00 |
|  | (2.80) | (7.45) | (0.00) |
| Proportion of profits lost if preference reversed |  |  |  |
| Initial uncertainty (at pre-tariffs) | 15.5 | 16.0 | 15.4 |
|  | (10.9) | (9.52) | (11.1) |
| Post uncertainty (at post-tariffs) | 18.8 | 29.4 | 17.3 |
|  | (10.8) | (15.0) | (9.08) |
| Observations | 731 | 91 | 640 |

*Note:* Sample means and standard deviations in parentheses.

[a] $100 \times \Delta \ln(x)$, where $x = \{$firms, varieties, exports$\}$.

[b] $100 \times \ln(1 + t)$, where $t$ is the ad valorem rate; "Pre-tariff" is evaluated in 1985 (pre-accession); "Post-tariff" is the 1987 tariff faced by Portugal; "Tariff change" is a simple difference.

[c] See Appendix C for sources and details. Profit loss term is $1 - (\tau_{0V}/\tau_{hV})^{\sigma}$ ($\sigma = 3$). Loss measures in regressions divided by $\sigma - 1$ to normalize.

($\sigma = 3$). We then aggregate the $\omega$ measure and the applied tariff by taking the simple average over all six-digit products in each two-digit industry.

Our firm level data is from the Portuguese census (INE) and we describe it in online Appendix C. The dependent variable in (16) is the log growth in the number of firms exporting to each country $i$ in each two-digit industry. Since some firms export more than one product in a two-digit industry to some markets, one of our specifications will use this measure of varieties.

Table 2 provides summary statistics for the tariffs that Portuguese firms faced in Spain in both 1985 and 1987. The average industry in Portugal enjoyed preferential tariffs that were nearly 50 percent below the tariff Spain levied on the rest of the world. Moreover, this difference is not driven by any one set of goods or industries. Using the measure of profits lost we calculate that if Portugal lost these preferences, the typical exporter would see profits reduced by over 16 percent per annum. There

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

Case 1:23-cv-01599-ABJ   Document 53-9   Filed 06/12/23   Page 177 of 225

TABLE 3—FIRM-VARIETY ENTRY GROWTH INTO EC-10 AND SPAIN
(*By industry*)

| Dependent variable: | Change in (ln) number of firm varieties | | | | | |
|---|---|---|---|---|---|---|
| | (1) | (2) | (3) | (4) | (5) | (6) |
| Initial uncertainty | 4.399** | 5.626** | 4.301** | 4.431** | 4.351** | 4.752** |
| $(-b_{\gamma 0} > 0)$ | [1.772] | [2.756] | [1.810] | [1.788] | [1.839] | [1.854] |
| Applied tariff | −3.006** | −4.273* | −3.072** | −2.919** | −3.113** | −3.520*** |
| change $(b_\tau < 0)$ | [1.260] | [2.271] | [1.266] | [1.247] | [1.291] | [1.260] |
| Post uncertainty | | −1.51 | | | | |
| $(b_{\gamma 1} \leq 0)$ | | [3.277] | | | | |
| NTM share change | | | −0.166 | | | |
| | | | [0.256] | | | |
| Specific tariff share | | | | −0.579 | | |
| change | | | | [1.034] | | |
| Applied tariff SD | | | | | 0.468 | |
| change | | | | | [4.144] | |
| Price index | | | | | | 1.946 |
| Proxy change | | | | | | [2.066] |
| Observations | 731 | 731 | 731 | 731 | 731 | 731 |
| $R^2$ | 0.471 | 0.471 | 0.472 | 0.472 | 0.471 | 0.471 |
| Number of parameters | 101 | 102 | 102 | 102 | 102 | 102 |
| AIC | 1,083 | 1,085 | 1,084 | 1,084 | 1,085 | 1,084 |
| BIC | 1,551 | 1,558 | 1,557 | 1,557 | 1,558 | 1,558 |

*Notes:* Structural parameters and expected sign in parentheses below regressor names. All specifications include country and industry effects. Clustered standard errors are in brackets (industry × EC-10). The sample is Spain and EC 10 countries, 1987–1985. All regressions assume that $\sigma = 3$. AIC and BIC denote Akaike and Bayes Information Criterion. See Table 2 for summary statistics.
  *** Significant at the 1 percent level.
  ** Significant at the 5 percent level.
  * Significant at the 10 percent level.

is also scope for export increases due to a reduction in Spain's applied tariffs, which stood at 8 percent before 1986. Portugal enjoyed lower preferential tariffs from the EC-10 before the agreement, but the potential loss in profits measure was high— 15 percent on average. Table 2 also shows that the EC average tariff reduction was small since tariffs in industrial products were zero before accession.

### E. *Baseline Estimates*

Table 3 provides estimates of the parameters in (16). Entry is negatively affected by applied tariffs, as predicted by the theory. The coefficient on the uncertainty measure, $-b_{\gamma 0}$, is positive, implying that entry was strongest in the industries that initially faced higher potential profit lost in the worst-case scenario.[37] If protection measures other than tariffs were reduced and this reduction was correlated with the uncertainty measure, then the results in column 1 would suffer from omitted variable bias. We address this by controlling for changes in "nontariff barriers" and

---

[37] The policy measures vary across industry and for Spain versus the EC-10. But they do not vary across the EC-10 so we cluster the standard errors to allow for arbitrary correlation across EC-10 countries within each industry.

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

Case 1:23-cv-01599-ABJ   Document 53-9   Filed 06/12/23   Page 178 of 225

specific tariffs in columns 3 and 4, respectively. Both have the predicted negative sign but they are insignificant. Neither affects the baseline results for uncertainty and applied ad valorem tariffs. The results are also robust to including other policy measures (in columns 5 and 6), which we discuss below.

The results thus far exclude any uncertainty measure *after* the agreement. This reflects an implicit assumption that the coefficient on that variable is insignificant, i.e., that the agreement was credible and eliminated the preference reversal, $b_{\gamma 1} = 0$. We test this hypothesis in column 2 by including the potential profit loss term evaluated at the post agreement tariffs, $\tilde{\omega}_{1iV}$. We find that this variable has no significant effect, i.e., we can't reject that $r_1 = p_{h1}\gamma_1 = 0$, nor can we reject that the probability of a reversal has fallen, i.e., $r_1 < r_0$. The insignificance of uncertainty *after* the agreement and the fact that the restricted version is preferred by standard information criteria (in the last two rows), leads us to focus on column 1 as the baseline estimates.[38]

What is the relative impact of uncertainty and applied policy changes on entry? One simple measure of this impact is how much variation in entry each of the variables explains. For the full sample, we find that a one standard deviation reduction in applied tariffs leads to a 0.14 standard deviation increase in entry compared with an increase of 0.4 for uncertainty, which is almost three times larger. Using the model structure in the next section we will go considerably beyond this in quantifying the impact of each policy and their complementarity. But before doing so we discuss additional potential threats to identification and robustness.

### F. *Identification and Robustness*

The baseline estimates address several identification concerns, and we summarize the main ones here. We differenced out time invariant country-by-industry effects and explored variation over time and within industry across countries. One potential concern is preexisting growth trends in specific destination markets or industries (either European demand or Portuguese supply trends in specific industries). To ensure that any such trends do not bias our results we included industry and country effects in the baseline specification in *changes*. These industry and country effects also address other potential sources of bias.[39]

We also examine the robustness of the results along different dimensions, which we summarize here and discuss in detail in Handley and Limão (2012).

*Alternative Policy Uncertainty Measure.*—Suppose the relevant measure of uncertainty for exporters is different so our model is misspecified. One alternative

---

[38] The results that we discuss subsequently will be qualitatively unchanged if we included the post uncertainty variable. Moreover, while the magnitude of the tariff and initial uncertainty are somewhat different, their ratio is fairly similar with or without post uncertainty, and as we will see it is that ratio that is key to the quantification.

[39] First, they control for possible changes in fixed or sunk costs provided they are industry or destination market specific (e.g., accession could have lowered fixed or sunk costs of entry through streamlining of customs procedures or raised them through additional rules of origin). Second, the accession may have changed the share of intermediates used in Portugal's exports; even if this was differential across industries it would be captured by the industry effects. Third, the accession could have affected exchange rates, but this aggregate shock is addressed by the destination effects.

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

policy uncertainty measure is the standard deviation of the tariff faced by Portugal in each industry, i.e., $\Delta(stdev \ln \tau_{tiv})$ where $v \in V$. In column 5 of Table 3, we find this variable is insignificant and does not change the value or significance of the theoretically based uncertainty measure.

*Omitted Variable Bias.*—The theory allows the aggregate foreign demand shifter for any given industry to vary across countries, $A_{iV}$, but not over time. The model can be extended to allow for unanticipated shocks such that $A_{tiV} \equiv Y_{ti}(P_{tiV})^{\sigma-1}\mu_V(1-\rho)\rho^{\sigma-1}$. Such shocks are most plausible in the aggregate expenditure, $Y_{ti}$, and price index terms. Our differenced estimation equation and country and industries dummies control for shocks to $Y_{ti}$ and some of the potential shocks to $P_{tiV}$. Thus, we are only left with the residual variation in $\Delta \ln P_{tiV}$ at both the country *and* industry level. Portugal is small and therefore not likely to affect the price indices of destination markets. But during this period Spain liberalized against many other countries, which could have affected Spain's price index. If Spain's tariff reductions relative to the rest of the world were correlated with those it made towards Portugal then the baseline estimates would suffer from an omitted variable bias. To test this we collected additional data on changes in Spain's tariffs to the rest of the world to proxy for any residual variation in the price index.[40] In column 6 of Table 3, we find that this variable is not significant and does not change the baseline effects of either the uncertainty or applied tariff variables. The same is true if we also include all the other applied policy controls in columns 2, 3, and 4.

*Agriculture.*—Agricultural products are subject to more nontariff barriers than others. To some extent these are captured in the baseline by the industry effects. Moreover, including the change in one type of nontariff barrier does not affect the baseline results (column 3). If there was an unobserved change in agricultural product barriers *and* it was different across Spain and the EC-10, we would not be able to control for it. But our results are robust to dropping agricultural goods altogether.

*Elasticity of Substitution.*—The baseline assumes that the *typical* elasticity within any given industry $V$ is three. This value is consistent with median estimates (across sub industries in each $V$) calculated using the data in Broda, Limão, and Weinstein (2008) for Spain and the other EC-10 countries. Moreover, the median elasticity across two-digit industries (i.e., across $V$) does not exhibit substantial variation in these countries. There are three industries with somewhat higher elasticities, so we verified the baseline results are unchanged if we drop these industries. In addition, if we instead use $\sigma = 2$ or 4 we find results similar to the baseline (Table 4).

*Firm and Variety Growth.*—The dependent variable in the baseline is the growth in the number of varieties in an industry to a particular destination. So a firm exporting a single good in an industry $V$ to a market is counted as one variety, and if it

---

[40]No such tariff changes were made by the EC-10 against the rest of the world so this variable is zero for the EC-10.

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

TABLE 4—REVERSAL, ATTENUATION, AND ENTRY ESTIMATES

| Value of $\sigma$ = | 2 | 3 | 4 |
|---|---|---|---|
| Probability of reversal | 0.36 | 0.39 | 0.42 |
| (standard error) | (0.16) | (0.17) | (0.18) |
| Tariff elasticity attenuation factor | 0.56 | 0.56 | 0.55 |
| Entry growth, uncertainty removal (mean $\omega$) | 0.08 | 0.08 | 0.08 |
| Entry growth, uncertainty removal (min. $\omega$) | 0.24 | 0.24 | 0.24 |

*Notes:* We use the initial uncertainty estimate from Table 3 in calculations. Probability of reversal $= \frac{\hat{b}_{\gamma 0}}{\hat{b}_\tau} \frac{\sigma}{\sigma - 1} \frac{1 - \beta}{\beta}$ with standard error obtained using delta method ($\beta = 0.85$). Conditional on reversal $p_h$, the attenuation and theoretical uncertainty term $U$ can be derived using regression estimates independently of $\beta$ assumptions. We take $p_h = (\text{Pr. reversal})^{0.5}$ and compute attenuation and entry growth at mean $\omega$. The attenuation factor is the ratio of the entry elasticity to tariff changes at initial uncertainty relative to no uncertainty; see equation (24). We compute entry due to uncertainty removal as the log difference in the number of entrants at post-uncertainty versus initial uncertainty using $k \times [\ln(U_1) - \ln(U_0)]$ and assume post-uncertainty is removed, $U_1 = 1$.

exports two goods in that industry this will be counted as two. If most firms are single good or each good a firm exports entails a separate sunk cost, then this is reasonable. Otherwise we may want to measure entry by the number of firms exporting in an industry instead of varieties. In Table 2, we see a similar average growth of entry using either the variety or firm definition. Moreover, using the firm definition of entry leads to estimates very similar to those in the baseline, as we show below.

*Alternative Pre-Accession Period.*—The baseline results are robust to alternative definitions of the pre-accession period. We verify this by reestimating the baseline using the growth in varieties between 1987 and the *average* in three years prior to the accession (1983–1985). So the baseline results that use only 1985 as the preperiod are not driven by a "pretreatment" dip. A similar result holds if we use the firm entry definition. This will be reflected in similar reversal probabilities, as we show below.

In sum, the baseline estimates already address several identification concerns and are robust to other potential concerns.

### G. *Quantification and Counterfactuals*

Since the parsimonious baseline specification in Table 3 is closest to the theory and preferred by standard information criteria, we focus on it to estimate the probability of reversal and quantify the importance of uncertainty on entry.

*Policy Reversal Estimates.*—The coefficients for initial uncertainty and tariffs in column 1 of Table 3 map to the following structural parameters: $-b_{\gamma 0} = r_0 k \beta/(1 - \beta)$ and $b_\tau = -k\sigma/(\sigma - 1)$. So the estimated probability of reversal before the agreement is

$$(17) \qquad \hat{r}_0 = \frac{\hat{b}_{\gamma 0}}{\hat{b}_\tau} \frac{\sigma}{\sigma - 1} \frac{1 - \beta}{\beta}.$$

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

TABLE 5—PROBABILITY OF REVERSAL ROBUSTNESS

| Sample | 1987–1985 | | 1987–pre-mean | |
|---|---|---|---|---|
| Dependent variable (ln), number of: | Varieties | Firms | Varieties | Firms |
| Value of $\sigma = 2$ | 0.36 | 0.36 | 0.27 | 0.26 |
| 3 | 0.39 | 0.39 | 0.29 | 0.28 |
| 4 | 0.42 | 0.41 | 0.31 | 0.30 |

*Notes:* We assume $\beta = 0.85$, for any other value of $\beta$, simply divide by $0.15/0.85$ and multiply by the new $(1 - \beta)/\beta$. The 1987–1985 sample uses the growth between 1987 and 1985, which is the baseline. The 1987–pre-mean sample uses the growth between 1987 and the average of the three years before the agreement: 83, 84, 85.

The first row of Table 4 shows that for the baseline estimate $\hat{r}_0 = 0.39$ when $\beta = 0.85$.[41] Even though we did not constrain this parameter, its estimate falls in the theoretically feasible range between zero and one. Moreover, its standard error allows us to reject that it is zero. Recall that $r_0 \equiv p_{h0}\gamma_0$ so the estimate indicates that exporters in 1985 believed that the policy was neither fixed, i.e., $\gamma_0 \neq 0$, nor certain to improve, i.e., $p_{h0} \neq 0$, so the reform was not fully anticipated. The reversal probability is similar if we estimate it using $\sigma = 2$ or 4 as seen in the first column of Table 5.[42]

Given that $p_h\gamma$ captures the ex ante belief of exporters, we can't definitively argue that a particular estimate is too high or low. In order to provide additional quantification, it is useful to ask what reform scenarios the estimates are compatible with and whether any seem unreasonable. The baseline reversal estimate of $p_{h0}\gamma_0 = 0.39$ is consistent with two extreme beliefs before the agreement. Either the policy shock is fully anticipated, $\gamma_0 = 1$, and preferences are lost with probability $p_{h0} = 0.39$, or preferences will surely be lost, $p_{h0} = 1$, but the timing of the policy change is uncertain and has probability $\gamma_0 = 0.39$. We can bracket our subsequent quantification using these extremes but will focus on describing the intermediate case that seems more reasonable and where $\hat{\gamma}_0 = 0.62 = \widehat{p_{h0}\gamma_0}^{0.5}$ so the policy shock was likely but not certain, i.e., $\gamma \in (0.5, 1)$.

*Policy Impacts on Export Entry.*—We now quantify the policy impact on entry and decompose it into three effects:

$$(18) \quad \ln\frac{n(\tau_1, r_1)}{n(\tau_0, r_0)} = \underbrace{\ln\frac{n(\tau_0, r_1)}{n(\tau_0, r_0)}}_{\text{Credibility Effect}} + \underbrace{\ln\frac{n(\tau_1, r_0)}{n(\tau_0, r_0)}}_{\text{Noncredible } \Delta\tau} + \underbrace{\left[\ln\frac{n(\tau_1, r_1)}{n(\tau_1, r_0)} - \ln\frac{n(\tau_0, r_1)}{n(\tau_0, r_0)}\right]}_{\text{Complementarity}}.$$

[41] Taking the model literally this implies an annual exogenous death shock probability of 0.15. Other authors have assumed this parameter to be 0.125 (Constantini and Melitz 2008, 24) and Portuguese annual firm exit rates from production is about 0.17 (calculated from Quadros de Pessoal), which is an upper bound for the exogenous death shock probability since it includes endogenous exit decisions. If more realistically we model firms discount factor to allow for a positive real interest rate, $R$, then the discount factor is $\beta = (1 - \delta)/(1 + R)$, where $\delta$ is the annual probability of death, and $\beta = 0.85$ is equivalent to alternative reasonable combinations such as using the average real interest rate for Portugal in 1983–1995, $R = 0.03$, and an annual death shock probability $\delta = 0.125$.

[42] The second column of Table 5 shows that the firm entry definition generates reversal estimates similar to those of the variety entry specifications for each $\sigma$.

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

TABLE 6—ENTRY COUNTERFACTUALS AND QUANTIFICATION

|  | Total | Spain | EC |
|---|---|---|---|
| Predicted entry effect of tariff and uncertainty reductions | 0.12 | 0.28 | 0.10 |
| Share of predicted effect due to: |  |  |  |
| Uncertainty removal (at initial tariffs) | 0.65 | 0.28 | 0.80 |
| Tariff reduction (at initial uncertainty) | 0.19 | 0.40 | 0.11 |
| Complementarity | 0.16 | 0.32 | 0.09 |
| Share of predicted entry probability explained by policy | 0.61 | 0.33 | 1.03 |

*Notes:* We use the initial uncertainty estimate from Table 3 in calculations (but results are similar if $\sigma = 2, 4$). Predicted average entry probability is the sum tariffs reductions, $b_\tau \Delta \ln_\tau \tau$, and removal of uncertainty at initial tariffs. See Appendix B for further details. Entry growth from uncertainty removal is the log difference in the number of entrants at post-uncertainty versus initial uncertainty using $k \times [\ln (U_1) - \ln (U_0)]$ (we assume post-uncertainty is removed, $U_1 = 1$). Counterfactual shares of predicted entry hold initial tariffs and uncertainty fixed, respectively. The complementarity share captures the remaining entry growth from simultaneously reducing tariffs and uncertainty. The share of predicted entry probability explained by policy is the ratio of policy predictions relative to the one observed in the data.

The *credibility* effect measures the growth in entry from eliminating policy uncertainty at the initial tariffs; so it captures the effect from making prior tariff concessions by the EC and Spain permanent. The second term measures growth from a counterfactual noncredible agreement that reduced tariffs to $\tau_1$ but left the initial regime unchanged. The complementarity terms measures the effect of tariff reductions made credible in the agreement.

Table 6 shows that noncredible tariff changes have relatively small effects on entry (for computation details see Appendix A). Overall, the tariff policy impacts led to an increase in entry of 12 log points. Credibility accounts for 65 percent and complementarity for 16 percent of the policy impacts. Therefore, if tariffs had been reduced in a noncredible way (i.e., leaving initial uncertainty unchanged) entry would have grown by only about 2.3 log points.[43]

Our structural estimates also allow us to determine what fraction of the credibility effect can be attributed to a pure reduction in risk. To do so we rewrite the credibility effect as follows

$$(19) \quad \underbrace{\ln \frac{n(\tau_0, r_1)}{n(\tau_0, r_0)}}_{\text{Credibility Effect}} = \underbrace{\ln \frac{n(E(\tau'), r_1)}{n(E(\tau'), r_0)}}_{\text{Pure Risk Reduction}} + \left[ \ln \frac{n(\tau_0, r_1)}{n(E(\tau'), r_1)} - \ln \frac{n(\tau_0, r_0)}{n(E(\tau'), r_0)} \right].$$

The first term is the growth in entry due to credibly setting tariffs permanently at their long-run mean, $E(\tau')$, so it represents a mean preserving compression in tariffs, as argued in the theory section. If the initial tariff was at the long-run mean, i.e., $\tau_0 = E(\tau')$, then all of the credibility effect would be accounted for by risk reduction. If the initial tariffs are below the long-run mean, as is the case here, then the agreement will have an additional effect of locking in lower mean tariffs. The

---

[43] These results are for the overall sample. In the remaining columns we see that a noncredible tariff reduction would have generated only about 40 percent of the predicted entry for Spain and 11 percent for the EC.

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

TABLE 7—CREDIBILITY EFFECT FROM SECURING PREEXISTING REFORMS

|  | Total | Spain | EC |
|---|---|---|---|
| Entry growth: | | | |
| Total effect (ln points) | 8.4 | 8.6 | 8.3 |
| Share from risk reduction (at long-run mean) | 0.57 | 0.83 | 0.53 |
| Export growth: | | | |
| Total effect (ln points) | 21.2 | 21.8 | 21.1 |
| Share from risk reduction (at long-run mean) | 0.50 | 0.73 | 0.47 |

*Notes:* Calculations use an initial uncertainty estimate from the entry or total export regressions where $\sigma = 3$ and the probability of reversal is estimated at $r_0 = 0.39$ and $r_0 = 0.45$, respectively. Total growth from uncertainty removal is the log difference in entry or exports at post versus initial uncertainty using $k$ or $(k - \sigma + 1)$ times $[\ln(U_1) - \ln(U_0)]$ evaluated at the preperiod applied ($\tau_0$) and GATT tariff ($\tau_h$) means from Table 2 (we assume post-uncertainty is removed, $U_1 = 1$). The counterfactual shares from risk reduction evaluate $\ln(U_0)$ while holding applied tariffs at $\tau_0 = E(\tau)$ to obtain a mean preserving compression of the tariff distribution. We compute $E(\tau)$ from our estimates of $\gamma_0 p_h$ (results are similar if $\sigma = 2, 4$).

latter effect is captured by the term in brackets and is positive because more permanent reductions in tariffs relative to the mean—the first term in brackets—have larger effect on entry than temporary ones (the second term).[44] In Table 7, we see that the credibility effect is about 8 log points and 57 percent of that is due to a pure risk reduction. For the EC, where most tariffs were already at zero, the pure risk reduction still accounted for more than half of the credibility effect; for Spain, where initial tariffs were closer to the estimated mean, it accounted for 83 percent.

One final point regarding quantification is the fraction of entry *observed* in the data that the trade policy changes implied by the theory predict. As we see in Table 2, varieties increased by 36 log points in this period so the model accounts for about one-third of this. There was a substantial increase in the number of Portuguese producers in this period, 16 log points between 1985–1987 (authors calculations from Quadros de Pessoal). Recall that this is exogenous in our model. Thus, we can also ask what is the share of predicted entry probability explained by policy, $\Delta \ln(n_{iV}/n_V)$; we show in Table 6 that trade policy changes explain 61 percent of this value.[45]

*Policy Impacts on Export Value.*—Our focus thus far has been on entry but we can also employ our framework to analyze export values.[46] Industry $V$ exports to country $i$ are given by $R_{tiV} = n_{tV} G(c_{tiV}^U) \times \bar{R}_{tiV}$, where $\bar{R}_{tiV}$ is the average over firm sales in equation (1). Using the equilibrium cutoff, $c_{tiV}^U$, we obtain a gravity equation at the industry level, which we estimate in first differences—between 1987 and 1985—as done for entry.

[44] We estimate the pure risk reduction component using the credibility effect formula (25) in Appendix A, evaluated at $E(\tau_{iV}') \approx (1 - \hat{p}_{h0})\tau_{iV} + \hat{p}_{h0}\tau_{hiV}$. We employ the assumptions about the tariff process described in Section C (namely $\tau_I = 1$ and $p_m \approx 0$).

[45] The model explains almost all of this increase in the data for the EC and one-third in Spain indicating that for the latter other factors were also important, e.g., Spain's high income growth.

[46] Understanding the determinants of the extensive margin is important for several reasons. First, the extensive margin may dominate the response of trade flows to reductions in trade barriers (Chaney 2008). Second, conditional on survival, small export market entrants grow over time and make up a significant fraction of export growth, as we show is the case for Portugal in online Appendix D.

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

TABLE 8—TOTAL EXPORTS COUNTERFACTUALS AND QUANTIFICATION

|  | Total | Spain | EC |
|---|---|---|---|
| Predicted export effect of tariff and uncertainty reductions | 0.34 | 0.85 | 0.26 |
| Share of predicted total exports due to: |  |  |  |
|     Uncertainty removal (at initial tariffs) | 0.59 | 0.23 | 0.75 |
|     Tariff reduction (at initial uncertainty) | 0.28 | 0.53 | 0.17 |
|     Complementarity | 0.13 | 0.24 | 0.08 |
| Share of predicted total exports explained by policy | 0.87 | 0.72 | 0.96 |

*Notes:* Calculations use an initial uncertainty estimate from the total export regression where $\sigma = 3$ and the probability of reversal is estimated at 0.45; see Appendix B for details (results are similar if $\sigma = 2, 4$). Average predicted total exports are the sum of the tariff reduction, $B_\tau \Delta_t \ln \tau$, and the effect of uncertainty removal at initial tariffs. Total export growth from uncertainty removal is the log difference in exports at post-uncertainty versus initial uncertainty using $(k - \sigma + 1) \times [\ln(U_1) - \ln(U_0)]$ (we assume post-uncertainty is removed, $U_1 = 1$). Counterfactual shares of predicted exports hold initial tariffs and uncertainty fixed, respectively. The complementarity share captures the remaining export value growth from simultaneously reducing tariffs and uncertainty. The share of total export growth explained by policy is the ratio of policy predictions relative to exports observed in the data net of the aggregate growth in number of Portuguese firms.

$$(20) \qquad \Delta_t \ln R_{tiV} = B_{\gamma 1} \tilde{\omega}_{1iV} - B_{\gamma 0} \tilde{\omega}_{0iV}$$

$$+ B_\tau \Delta_t \ln \tau_{tiV} + a_i + a_V + \Delta_t \tilde{u}_{iV} \quad \text{for each } i, V$$

In Appendix B, we derive this interpretation for the coefficients: $B_{\gamma t} = -r_t \frac{\beta}{1 - \beta}(k - (\sigma - 1))$ and $B_\tau = -\frac{k\sigma}{\sigma - 1}$. The estimation confirms the entry results. Both policy variables have the expected sign and are statistically significant; moreover, uncertainty has no effect *after* the agreement. The exact parameter estimates for $B_{\gamma t}$ and $B_\tau$ themselves are not as interesting as the quantification exercises that they allow us to perform, so we focus on the latter. We derive the implied probability of reversal when $\sigma = 3$ to be $\hat{r}_0 = 0.45$—statistically identical to the estimate obtained using the entry equation. We then use this reversal estimate, assuming $\gamma = \sqrt{0.45}$, and the structure of the model to predict the impact of policy on exports.

Tables 7 and 8 quantify and decompose the policy impacts analogously to what we did for entry (see Appendix B for computation details). The total predicted export growth due to policy is given by the sum of the uncertainty removal at initial tariffs, $\ln[R_{iV}(r_1)/R_{iV}(r_0)]$, and the tariff reduction in the absence of uncertainty. This sum is 34 log points for the EC and Spain combined and accounts for 87 percent of the export growth in 1985–1987 (net of the increase in the number of portuguese firms, last row of Table 8).[47] The first column of Table 8 shows that credibility accounts for 59 percent of the predicted 34 log points, which is a large effect. To

---

[47] In Table 2 we see the average export growth is 55 log points, so if we net out 16 log points (the growth in the mass of Portuguese firms, which is exogenous in the model) we obtain 39 log points. The predicted export growth is higher than the growth due to entry, suggesting that the policy changes also affected average exports. Such an effect would arise naturally if firms could make technology upgrading or capacity building investments after entry. Such upgrading is likely given the large increase in export values for existing firms, that we derived previously. Handley and Limão (2013) extend this model to allow for technology upgrading and show that in this case there is an additional effect of reducing uncertainty on export values.

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

see this, notice that Portugal's exports to the EC-10 and Spain were 14.7 percent of its gross domestic product (GDP) in 1987 but would have only been 11.5 percent if uncertainty had remained at its 1985 level. We also calculate that about half of the credibility effect is attributable to a pure-risk reduction (Table 7, column 1).

One final point to note is that if the agreement had taken the form of a noncredible tariff reduction it would have increased exports by less than ten log points overall. The effect is weaker for the EC-10 (because its tariffs were already low) than for Spain. But even a noncredible reduction in Spain's high tariffs would have only lead to about half of the predicted growth to that market because Portuguese export-ers would not have entered as strongly.[48] This contrast in the sources of growth of exports provides another interesting motive to consider both the EC-10 and Spanish case since some recent PTAs may look more like the EC-10 case (e.g., Colombia securing preexisting preferences received in the US market) and others like Spain's (e.g., Korea obtaining US tariff reductions and securing them).

## III. Conclusion

Credibility is an important component of a policy reform; our approach and results show it is possible to measure and quantify the impact of trade policy credi-bility on firm investment and export decisions. The model delivers clear predictions for how to empirically compute policy uncertainty and estimate its impact. Applying our framework to a particular type of trade agreement we find that, before accession to the EC, Portuguese exporters believed there was a positive probability of losing preexisting preferences in the EC and Spanish markets, but the 1986 accession elim-inated this TPU; the overall trade policy changes account for a considerable share of firm entry and export value in the data; and if the agreement had only reduced the applied tariffs, but not TPU, it would have achieved only 20 percent of the total predicted growth for entry and less than 30 percent for total exports. So a substantial fraction of the growth was generated by the elimination of TPU. Moreover, about 65 percent of the growth in entry is due to securing previous tariff reductions, and more than half of this is attributable to a mean preserving reduction in risk.

These results have several implications. First, they point to one reason why unilateral preferences provided to developing countries by the United States and European Union are not always successful in promoting trade and investment—they are subject to uncertain renewal—and this may change if those preferences are secured through formal PTAs. Second, ex post analysis of PTAs often find large trade effects even if applied policies are low. From this it is often inferred that either those applied policies are correlated with other unmeasured but *applied* trade costs that were also reduced, or that their trade elasticity is very high. Our results suggest an alternative explanation: the reduction of TPU. This uncertainty may also help explain the border puzzle: why trade across an international border is considerably smaller than within a country even when trade costs appear similar.

---

[48] The tariff elasticity of exports values under uncertainty is 0.69 of its deterministic counterpart (see Appendix B).

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

Our framework can be extended and address other important questions. Interesting extensions include the effects of TPU on pricing (under variable markups) and the intensive margin (via technology upgrading). Handley and Limão (2013) incorporate technology upgrading in a two-country model to identify and quantify the role of the US threat to impose Smoot-Hawley tariffs on China.[49]

## Appendix

### A. *Theory Appendix*

*Value Function Solution.*—To obtain the equilibrium values of exporting, $\Pi_e(c, \tau_t)$, and waiting, $\Pi_w(\tau_t)$ in (7) and (8) we solve the linear system given by (5), (6) and the following two equations

$$E\Pi_e(c, \tau') = E\pi(c, \tau') + \beta E\Pi_e(c, \tau')$$

$$E[\Pi_e(c, \tau') \mid \tau' \leq \bar{\tau}] = E[\pi(c, \tau') \mid \tau' \leq \bar{\tau}]$$

$$+ \beta[(1 - \gamma)E[\Pi_e(c, \tau') \mid \tau' \leq \bar{\tau}] + \gamma E\Pi_e(c, \tau')].$$

*Cutoff Expression* $\left(c_t^U\right)$.—We use (7), (8), and (4) to solve for $c_t^U$ as a function of the current tariff

$$(21) \qquad c_t^U = \left\{ \frac{A}{K} \left[ \frac{\tau_t^{-\sigma}}{1 - \beta(1 - \gamma)} + \frac{\beta\gamma E(\tau^{-\sigma})}{(1 - \beta)[1 - \beta(1 - \gamma)]} \right. \right.$$

$$\left. \left. + \frac{\beta\gamma H(\tau_t)[\tau_t^{-\sigma} - E(\tau^{-\sigma} \mid \tau \leq \tau_t)]}{(1 - \beta)[1 - \beta(1 - \gamma)]} \right] \right\}^{\frac{1}{\sigma - 1}}.$$

Using this and the definition below for $\omega(\tau_t)$, we obtain (9) in the text.

*Profit Loss Expression and Bound.*— $(\omega(\tau_t) \leq 1)$

$$\omega(\tau_t) \equiv \left\{ E(\tau^{-\sigma}) + H(\tau_t)[\tau_t^{-\sigma} - E(\tau^{-\sigma} \mid \tau \leq \tau_t)] \right\} / \tau_t^{-\sigma}$$

$$= [H(\tau_t)E(\tau^{-\sigma} \mid \tau \leq \tau_t) + (1 - H(\tau_t))E(\tau^{-\sigma} \mid \tau \geq \tau_t) + H(\tau_t)\tau_t^{-\sigma}$$

$$- H(\tau_t)E(\tau^{-\sigma} \mid \tau \leq \tau_t)] / \tau_t^{-\sigma}$$

$$= [(1 - H(\tau_t))E(\tau^{-\sigma} \mid \tau \geq \tau_t) + H(\tau_t)\tau_t^{-\sigma}] / \tau_t^{-\sigma} \leq 1,$$

---

[49] Another interesting extension is to examine the interaction of uncertainty between trade policy and demand conditions, to analyze the role of TPU during the great trade collapse (Carballo, Handley, and Limão 2014).

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

where the last inequality follows from $(1 - H(\tau_t))E(\tau^{-\sigma} \mid \tau \geq \tau_t) + H(\tau_t)\tau_t^{-\sigma} \leq \tau_t^{-\sigma}$, and the fact that the LHS is a weighted average of two terms, one equal to $\tau_t^{-\sigma}$ and the other equal to $E(\tau^{-\sigma} \mid \tau > \tau_t)$, which is less than $\tau_t^{-\sigma}$. When the current tariff is at the maximum of the support of $H(\tau)$ such that $\tau_t = \tau_h$, then the difference in brackets and the term $(1 - H(\tau_t))$ are both zero.

*Entry Monotonically Decreasing in $\gamma$.*—To show this we simply take the derivative of (21) to obtain

$$(22) \qquad -\frac{d \ln c_t^U}{d\gamma}\bigg|_{\tau_t} = -\frac{\beta}{1 - \beta(1 - \gamma)} \frac{1 - \beta}{1 - \beta(1 - \gamma\omega(\tau_t))} \frac{\omega(\tau_t) - 1}{\sigma - 1} \geq 0,$$

which is nonnegative given $\omega(\tau_t) \leq 1$.

*Equivalence of $\gamma$ Increase and Mean Preserving Spread if $\tau_t = E(\tau')$.*—In Section IE we note that if $\tau_t = E(\tau')$ then increases in $\gamma$ induce a mean preserving *spread* of the tariff, so they correspond to a pure increase in risk. To see this, denote the tariff distribution conditional on the current tariff and policy regime by $F(\tau_{t+1} \mid \tau_t, \gamma)$, and note that if $\tau_t = E(\tau')$, then $E_t(\tau_{t+n} \mid \tau_t) = E(\tau')$ for any $\gamma$ since $E_t(\tau_{t+n} \mid \tau_t) = (1 - \gamma)^n \tau_t + (1 - (1 - \gamma)^n) E(\tau')$. So changes in $\gamma$ leave any $n$ period ahead mean unchanged. To show the mean preserving spread result of increasing $\gamma$, we derive $F(\tau_{t+1} \mid \tau_t, \gamma)$ as a function of the current tariff $\tau_t$ and the unconditional distribution $H(\tau)$, after a shock $\gamma$, as follows

$$F(\tau_{t+1} \mid \tau_t, \gamma) = \Pr(\tau_{t+1} < \tau) = \begin{cases} \gamma H(\tau) \text{ if } \tau < \tau_t \\ 1 - \gamma + \gamma H(\tau) \text{ if } \tau \geq \tau_t \end{cases}.$$

When $\tau_t = E(\tau')$ $(\equiv \int_{\tau_l}^{\tau_h} \tau dH(\tau))$ then an increase in $\gamma$ to $\gamma^{hi}$ induces a new distribution $F(\tau_{t+1} \mid \tau_t, \gamma^{hi})$ with the same mean, as shown above. We now show that $\int_{\tau_l}^{\tau} F(\tau_{t+1} \mid \tau_t, \gamma^{hi}) d\tau \geq \int_{\tau_l}^{\tau} F(\tau_{t+1} \mid \tau_t, \gamma) d\tau$ for any $\tau \leq \tau_h$ so $F(\tau_{t+1} \mid \tau_t, \gamma)$ second order stochastically dominates $F(\tau_{t+1} \mid \tau_t, \gamma^{hi})$. This clearly holds when $\tau < \tau_t$ since $\int_{\tau_l}^{\tau} \gamma^{hi} H(\tau) d\tau \geq \int_{\tau_l}^{\tau} \gamma H(\tau) d\tau$. To prove the condition, for $\tau \geq \tau_t$ we note that $\int_{\tau_l}^{\tau} F(\tau_{t+1} \mid \tau_t, \gamma) d\tau = (1 - \gamma)[\tau - \tau_l] + \int_{\tau_l}^{\tau} \gamma H(\tau) d\tau$ is increasing in $\gamma$ when $\tau_\tau = E(\tau')$

$$\frac{\partial}{\partial\gamma}\Big[\int_{\tau_l}^{\tau} F(\tau_{t+1} \mid \tau_t, \gamma) d\tau\Big] = -[\tau - E(\tau')] + \int_{\tau_l}^{\tau} H(x) d\tau$$

$$= -\tau + E(\tau') + [H(\tau)\tau - H(\tau_l)\tau_l] - \int_{\tau_l}^{\tau} \tau dH(\tau)$$

$$= -\tau(1 - H(\tau)) + E(\tau') - H(\tau_l)\tau_l$$

$$- (H(\tau) - H(\tau_l))E(\tau_{t+1} \mid \tau_l < \tau_{t+1} < \tau)$$

$$= (1 - H(\tau))[E(\tau_{t+1} \mid \tau_{t+1} > \tau) - \tau] \geq 0.$$

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

The second line uses integration by parts. The third simplifies and uses the definition of conditional mean. The last line follows by writing the unconditional mean as a weighted average of the conditional means $E(\tau') = H(\tau_l)\tau_l + (H(\tau) - H(\tau_l)) \times E(\tau_{l+1} \mid \tau_l < \tau_{l+1} < \tau) + (1 - H(\tau))(E(\tau_{l+1} \mid \tau_{l+1} > \tau)$, where we allow for $H$ to be continuous or discrete at the end points, and canceling terms.

*Current Tariff Impact on Profit Loss* $(d\omega(\tau_t)/d\tau_t \geq 0)$.—As $\tau_t$ increases, the profit lost from being hit with a shock to a higher tariff is reduced so $\frac{d\omega_t}{d\tau_t} > 0$

$$\frac{d\omega(\tau_t)}{d\tau_t} = \left[-\tau_t^{-\sigma}h(\tau_t) + h(\tau_t)\tau_t^{-\sigma} - \sigma H(\tau_t)\tau_t^{-\sigma-1}\right]/\tau_t^{-\sigma}$$

$$+ \left[(1 - H(\tau_t))E(\tau^{-\sigma} \mid \tau \geq \tau_t) + H(\tau_t)\tau_t^{-\sigma}\right](\sigma\tau^{\sigma-1})$$

$$= \left[-\sigma H(\tau_t)\tau_t^{-1}\right] + \sigma\tau^{\sigma-1}\left[(1 - H(\tau_t))E(\tau^{-\sigma} \mid \tau \geq \tau_t) + H(\tau_t)\tau_t^{-\sigma}\right]$$

$$= \sigma\tau^{\sigma-1}\left[-H(\tau_t)\tau_t^{-\sigma} + (1 - H(\tau_t))E(\tau^{-\sigma} \mid \tau \geq \tau_t) + H(\tau_t)\tau_t^{-\sigma}\right]$$

$$= \sigma\left[(1 - H(\tau_t))E(\tau^{-\sigma} \mid \tau \geq \tau_t)\right]/\tau^{1-\sigma} \geq 0.$$

In semi-elasticity terms, this becomes

$$(23) \qquad \frac{d\omega(\tau_t)}{d\ln\tau_t} = \frac{\sigma\left[(1 - H(\tau_t))E(\tau^{-\sigma} \mid \tau \geq \tau_t)\right]}{\tau^{-\sigma}} \in [0, \sigma].$$

This implies that as the current tariff $\tau_t$ increases, the proportional gap between the deterministic and uncertain cutoff narrows. We can see that if $\tau_t = \tau_h$, the derivative goes to zero. Then $\frac{d\ln c_t^U}{d\ln\tau_t} = -\frac{\sigma}{\sigma - 1}$, and the elasticity of the cutoff under uncertainty evaluated at the tariff maximum equals the elasticity at the deterministic cutoff.

*Attenuated Tariff Impact on Entry under Uncertainty.*— $\frac{d\ln c_t^U}{d\ln\tau_t} / \frac{d\ln c_t^D}{d\ln\tau_t} \in [0, 1]$ Using the expression for $c_t^U$ from the text, we log differentiate and derive

$$(24) \qquad \frac{d\ln c_t^U}{d\ln\tau_t} = \frac{d\ln c_t^D}{d\ln\tau_t} + \frac{d\ln U_t}{d\ln\tau_t}$$

$$\frac{d\ln c_t^U}{d\ln\tau_t} = -\frac{\sigma}{\sigma - 1} + \frac{1}{\sigma - 1}\frac{\beta\gamma}{1 - \beta(1 - \gamma\omega)}\frac{d\omega_t}{d\ln\tau_t}$$

$$\frac{d\ln c_t^U}{d\ln\tau_t} / \frac{d\ln c_t^D}{d\ln\tau_t} = 1 - \frac{\beta\gamma}{1 - \beta(1 - \gamma\omega)}\frac{d\omega_t}{d\ln\tau_t}\frac{1}{\sigma}$$

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

As we show in (23) $\frac{d\omega_t}{d\ln\tau_t}\frac{1}{\sigma} \in [0, 1]$, so entry is less responsive to tariff changes under uncertainty except at the two limiting cases when $\gamma = 0$ (deterministic $\tau$) and when $\tau_t$ is at the maximum.

### B. *Estimation and Quantification*

In this Appendix, we describe how to implement the decomposition of the policy effects in Tables 6, 7, and 8 and derive the estimating equation for total exports presented in the text.

*Decomposing and Quantifying the Policy Impacts on Entry.*—To estimate the average credibility effect component of equation (18), we use the relationship between $n$ and the cutoff in (13) and the equilibrium cutoff in (9) to obtain

$$(25) \qquad \ln\frac{n(\tau_{0iV}, r_1)}{n(\tau_{0iV}, r_0)} = k\big[\ln U(\tau_{0iV}, r_1) - \ln U(\tau_{0iV}, r_0)\big]$$

$$= -\frac{k}{\sigma - 1}\ln\left[\frac{1 - \beta\big(1 - \gamma_0\omega(\tau_{0iV})\big)}{1 - \beta(1 - \gamma_0)}\right],$$

where the second line uses $U(\tau_{0iV}, r_1 = 0) = 1$, as suggested by the baseline estimates. The expression in brackets can be rewritten in terms of the estimated parameters, $-b_{\gamma 0}$ and $b_\tau$, the data $\tilde{\omega}_{0iV}$ and a given $\gamma$, such as $\hat{\gamma}_0 = 0.62$, which we can then average over the observations. Doing so, we obtain the credibility effect of about 8 log points in Table 4. Given there were about 40,428 country $\times$ (firm-product) pairs in total in the sample this predicts an additional 3,167 pairs by 1987.

We also compute the counterfactual effect of a noncredible agreement that reduced only applied tariffs. First, because $\tau$ also affects the uncertainty term, $U$, we must determine how attenuated the entry elasticity is under uncertainty relative to no uncertainty, i.e., $\frac{d\ln n(\tau_0, r_0)}{d\ln\tau}\Big/\frac{d\ln n(\tau_0, r = 0)}{d\ln\tau}$. From (13) we see that this is equal to the ratio of the cutoff elasticities, $\frac{d\ln c^U}{d\ln\tau}\Big/\frac{d\ln c^D}{d\ln\tau}$, in equation (24) derived above. Using the definition of $\omega$ in (12), in (24) we obtain $\frac{d\omega_0}{d\ln\tau}\frac{1}{\sigma} = p_{h0}\left(\frac{\tau_{0iV}}{\tau_{hVi}}\right)^\sigma$, which we combine with estimated parameters and data. In Table 4, we show that this factor is 0.56, so under the initial uncertainty the same tariff reductions would have generated only about half as much entry than if uncertainty was absent (so only slightly over two log points overall, 1 for EC and 11 for Spain).[50]

The impact of applied policy on entry in the absence of uncertainty, the term $\ln\frac{n(\tau_1, r_1)}{n(\tau_0, r_1)}$ in (18), is given by multiplying the deterministic entry elasticity, $b_\tau$, and

---

[50]The result is not sensitive to the choice of $\sigma$. The magnitude of the attenuation does depend on how much of the reversal, $p\gamma$, is due to the arrival shock. The effect is bounded by the extremes: if the arrival shock is very likely ($\gamma = 1$), the attenuation is 0.71, if it is unlikely ($\gamma = 0.39$), then the attenuation is 0.35.

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

the change in applied tariffs. This yields an overall entry growth of about 4 log points (2 for the EC-10 and 20 for Spain since the latter had larger tariff reductions). Therefore the total predicted entry due to removal of applied tariffs and uncertainty is about 12 log points (4+8), slightly lower for EC-10 (10) and higher for Spain (28), as we report in Table 5.

*Aggregation to Industry Exports.*—The total export value to a given country in an industry $V$ is

$$(26) \qquad R_{tiV} = \left[ n_{tV} G_V\!\left( c_{tiV}^U \right) \right] \times \bar{R}_{tiV},$$

where average sales $\bar{R}_{tiV} \equiv A_{iV}\sigma\tau_{tiV}^{-\sigma}\tilde{c}$ are obtained by averaging (1) over all exporting firms and when $G_V\!\left( c_{tiV}^U \right) = \left( c_{tiV}^U / c_V \right)^k$, we have $\tilde{c} = \dfrac{k}{k-(\sigma-1)}\left( c_{tiV}^U \right)^{1-\sigma}$. Using the cutoff expression and simplifying we obtain

$$(27) \quad \ln R_{tiV} = (k-\sigma+1)\ln c_{tiV}^U - k\ln c_V + \ln n_{tV} + \ln\frac{k}{k-(\sigma-1)} - \sigma\ln\tau_{tiV}$$

$$+ \ln A_{iV} + \ln\sigma$$

$$= \frac{k-\sigma+1}{\sigma-1}\ln\left[\frac{1-\beta(1-\gamma\omega(\tau_{tiv}))}{1-\beta(1-\gamma)}\right] - \frac{k\sigma}{\sigma-1}\ln\tau_{tiV} + \alpha_{tiV},$$

where $\alpha_{tiV} = \dfrac{k-\sigma+1}{\sigma-1}\ln\dfrac{A_{iV}}{K_{iV}(1-\beta)} + \ln n_{tV} - k\ln c_V + \ln\dfrac{k}{k-(\sigma-1)} + \ln A_{iV} + \ln\sigma$. We take a first order approximation of the uncertainty term around $\gamma = 0$ and substitute that and the constructed measure $\tilde{\omega}_{tiV}$ in (27) to obtain

$$(28) \quad \ln R_{tiV} = B_{\gamma T}\tilde{\omega}_{tiV} + B_\tau\ln\tau_{tiV} + a_{ti} + a_{iV} + a_{tV} + \tilde{u}_{tiV} \qquad \text{for each } t,\, i,\, V$$

where $B_{\gamma T} = -r_T\dfrac{\beta}{1-\beta}(k-(\sigma-1))$, $B_\tau = -\dfrac{k\sigma}{\sigma-1}$ and the $a_x$ terms capture all the terms in $\alpha_{tiV}$ defined above. If we then difference this equation, we obtain (20).

*Decomposing and Quantifying the Policy Impacts on Industry Exports.*—The impact of removing uncertainty at initial tariffs on exports used in Table 7 is

$$(29) \quad \ln R_{tiV}|_{\gamma_1} - \ln R_{tiV}|_{\gamma_0} = -\frac{k-\sigma+1}{\sigma-1}\ln\left[\frac{1-\beta(1-\gamma_0\omega(\tau_{0iV}))}{1-\beta(1-\gamma_0)}\right].$$

The total impact of applied tariff changes under uncertainty is

$$(30) \quad \frac{\partial\ln R}{\partial\ln\tau} = -\frac{k\sigma}{\sigma-1}\left[1 - \frac{k-\sigma+1}{k}\frac{\beta\gamma}{1-\beta(1-\gamma\omega)}\frac{\partial\omega_t}{\partial\ln\tau_t}\frac{1}{\sigma}\right].$$

The leading term is the full elasticity of total exports to tariff changes and the term in brackets is the attenuation factor, which is equal to $\frac{\partial\ln R}{\partial\ln\tau}|_{\gamma_0>0} / \frac{\partial\ln R}{\partial\ln\tau}|_{\gamma_1=0}$, and is

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

reported in Table 8. As above for the entry equation, we can compute the attenuation factor from estimated parameters of the export equation and data. We compute the effect of the tariff reduction at initial uncertainty in Table 8 by multiplying the attenuation factor by the change in tariffs, as if uncertainty remained high.

## C. Data Appendix

### DATA APPENDIX TABLE

| Variable | Description | Source |
|---|---|---|
| **Aggregate regressions (Table 1, 1981–1990):** | | |
| Exports (ln) | Nominal value of exports in euro of all goods to country $i$ in year $t$ | a |
| Number of firms exporting (ln) | Number of uniquely identified shippers with positive exports to $i$ in year $t$ | a |
| Exports per firm (ln) | ln (Exports$_{it}$/Number of firms$_{it}$) | a |
| Real importer GDP (ln) | Country $i$, year $t$ in billions of importer currency | b |
| Importer price index (ln) | ln (nominal GDP) − ln (real GDP) in local currency | b |
| Annual exchange rate | Simple average of ln monthly rate, where latter is defined as ln ((escudo/importer currency)/200.482). The fixed conversion factor from escudo to euro is 200.482 and plays no role in the regressions | b |
| **Firm and policy data in estimates of Tables 2–8:** | | |
| Change in number of firms(ln) | ln (number firms exporting to $i$ in $V$, 1987) − ln (number firms exporting to $i$ in $V$, 1985) where $i$ is an EC-11 country and $V$ corresponds to a NIMEXE 2-digit industry | a |
| Change in number of firm-varieties(ln) | ln (number varieties exported to $i$ in $V$, 1987) − ln (number varieties exported to $i$ in $V$, 1985), "varieties" defined as distinct 8-digit NIMEXE products exported by each firm | a |
| Change in exports(ln) | ln (export value to $i$ in $V$, 1987) − ln (export value to $i$ in $V$, 1985) | a |
| Pre-tariff (GATT) | ln $\tau$ where $\tau$ is 1 + ad valorem rate at product level that GATT members faced in Spain or EC-10, which is then averaged to NIMEXE 2-digit industry | c,d |
| Pre-tariff (Portugal) | ln $\tau$ where $\tau$ is 1 + ad valorem rate at product level Portugal faced in Spain or EC-10, which is then averaged to NIMEXE 2-digit industry | c,d |
| Post-tariff (Portugal) | ln $\tau$ for immediate post-agreement period that Portugal faced in Spain or EC-10, constructed as described in previous section | c,d |
| Applied tariff standard deviation change | $\Delta$std (ln $\tau$) where the standard deviation is over tariffs Portugal faced in each NIMEXE 2-digit industry; the change is between the pre- and post-tariff | f |
| Uncertainty | $1 - (\tau_{tiV}/\tau_{hiV})^{\sigma}$ Proportional reduction in per period profits if the tariff faced by an exporter reverts from the preferential tariff received prior to accession (pre-tariff above) to the tariff received by all nonpreferential partners (i.e., the GATT member tariff) | g |
| NTM share change | Change in coverage ratio measured by fraction of products in 2-digit industry subject to a specific tariff or other NTB | c,d |
| Specific tariff share change | Difference in the share of lines in 2-digit industry with specific tariffs between post and pre-agreement period | f |

(*Continued*)

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

DATA APPENDIX TABLE (*Continued*)

| Variable | Description | Source |
|---|---|---|
| Price index proxy change | Difference in Spain's external tariff, $\ln(1 + \text{ad valorem rate})$, between post- and pre-agreement period | f |
| **Other data (figures and text):** | | |
| Import and export to GDP ratios | Referenced in text | h |
| Trade shares | Figure 1, IMF direction of trade statistics | |
| Export price index (ln) | 1985 base chain price index for exports | h |
| Employment | Number of employees | i |
| Firm identifier (*NPC*) | Unique code to match firms between 1981–1985. Portuguese customs changed this code in 1986 and it is consistent for 1986 onwards but not between 1985 and 1986 | INE |
| New exporter in year $t$ | Firm exporting to a market at $t$ but not in $t - 1$ for $t < 1986$ and $t > 1986$, used in online Appendix | i |
| Gross entry rate in year $t$ | (Total number new exporters in $t$)/(Number exporters $t - 1$). | i |
| Gross exit rate in year $t$ | (Number exporters with positive exports in $t - 1$ and none in $t$)/ (Number exporters with positive exports in $t$) | i |

*Notes:* Additional details are in the supplementary Appendix.
[a] Authors' calculations based on INE data.
[b] IMF International Financial Statistics (IFS), volatility uses monthly data.
[c] Spain: International Customs Journal, Spain, No. 24, 16th Edition, 1984.
[d] EC: Official Journal, L342, 31.12.1979, p. 1–382.
[e] Articles of Accession, Official Journal L 302, 15/11/1985.
[f] Calculations based on tariff schedules.
[g] Authors' calculations using equation (12) with $\sigma = 3$ in the baseline regressions.
[h] Authors' calculations from Pinheiro (1997). Indices are yearly price deflators of export goods to all destinations.
[i] Authors' calculations using trade data matched to firm employment data (Quadros Pessoal) by INE.

# REFERENCES

**Alessandria, George, and Horag Choi.** 2007. "Do Sunk Costs of Exporting Matter for Net Export Dynamics?" *Quarterly Journal of Economics* 122 (1): 289–336.

**Baier, Scott L., and Jeffrey H. Bergstrand.** 2007. "Do Free Trade Agreements Actually Increase Members' International Trade?" *Journal of International Economics* 71 (1): 72–95.

**Baier, Scott L., Jeffrey H. Bergstrand, and Erika Vidal.** 2007. "Free Trade Agreements *In* the Americas: Are the Trade Effects Larger than Anticipated?" *World Economy* 30 (9): 1347–77.

**Baker, Scott R., Nicholas Bloom, and Steven J. Davis.** 2013. "Measuring Economic Policy Uncertainty." http://www.policyuncertainty.com/media/BakerBloomDavis.pdf.

**Baldwin, Richard, and Paul Krugman.** 1989. "Persistent Trade Effects of Large Exchange Rate Shocks." *Quarterly Journal of Economics* 104 (4): 635–54.

**Bernanke, Ben S.** 1983. "Irreversibility, Uncertainty, and Cyclical Investment." *Quarterly Journal of Economics* 98 (1): 85–106.

**Bloom, Nicholas.** 2009. "The Impact of Uncertainty Shocks." *Econometrica* 77 (3): 623–85.

**Bloom, Nick, Stephen Bond, and John Van Reenen.** 2007. "Uncertainty and Investment Dynamics." *Review of Economic Studies* 74 (2): 391–415.

**Bown, Chad P., and Meredith A. Crowley.** 2013. "Import protection, business cycles, and exchange rates: Evidence from the Great Recession." *Journal of International Economics* 90 (1): 50–64.

**Broda, Christian, Nuno Limão, and David E. Weinstein.** 2008. "Optimal Tariffs and Market Power: The Evidence." *American Economic Review* 98 (5): 2032–65.

**Campa, José Manuel.** 1993. "Entry by Foreign Firms in the United States under Exchange Rate Uncertainty." *Review of Economics and Statistics* 75 (4): 614–22.

**Carballo, Jerónimo, Kyle Handley, and Nuno Limão.** 2014. "Trade Collapses: The Role of Economic and Policy Uncertainty in the Great Recession." Unpublished.

**Chaney, Thomas.** 2008. "Distorted Gravity: The Intensive and Extensive Margins of International Trade." *American Economic Review* 98 (4): 1707–21.

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

**Conconi, Paola, Giovanni Facchini, and Maurizio Zanardi.** 2012. "Fast-Track Authority and International Trade Negotiations." *American Economic Journal: Economic Policy* 4 (3): 146–89.

**Costantini, James A., and Marc J. Melitz.** 2008. "The Dynamics of Firm-Level Adjustment to Trade Liberalization." In *The Organization of Firms in a Global Economy*, edited by Elhanan Helpman, Dalia Marin, and Thierry Verdier, 107–41. Cambridge: Harvard University Press.

**Das, Sanghamitra, Mark J. Roberts, and James R. Tybout.** 2007. "Market Entry Costs, Producer Heterogeneity, and Export Dynamics." *Econometrica* 75 (3): 837–73.

**Dixit, Avinash.** 1989. "Entry and Exit Decisions under Uncertainty." *Journal of Political Economy* 97 (3): 620–38.

**Egger, Peter, Mario Larch, Kevin E. Staub, and Rainer Winkelmann.** 2011. "The Trade Effects of Endogenous Preferential Trade Agreements." *American Economic Journal: Economic Policy* 3 (3): 113–43.

**Fillat, José L., and Stefania Garetto.** 2014. "Risk, Returns, and Multinational Production." http://people.bu.edu/garettos/jlfsg_11_2014.pdf.

**Frankel, Jeffrey A.** 1997. *Regional Trading Blocs.* Washington, DC: Institute for International Economics.

**General Agreement on Tariffs and Trade.** 1980. "Agreement between the EFTA countries and Spain." Working Party Report GATT L/5045.

**Handley, Kyle.** 2014. "Exporting under trade policy uncertainty: Theory and evidence." *Journal of International Economics* 94 (1): 50–66.

**Handley, Kyle, and Nuno Limão.** 2012. "Trade and Investment under Policy Uncertainty: Theory and Firm Evidence." National Bureau of Economic Research (NBER) Working Paper 17790.

**Handley, Kyle, and Nuno Limão.** 2013. "Policy Uncertainty, Trade and Welfare: Theory and Evidence for China and the U.S." National Bureau of Economic Research (NBER) Working Paper 19376.

**Handley, Kyle, and Nuno Limão.** 2015. "Trade and Investment under Policy Uncertainty: Theory and Firm Evidence: Dataset." *American Economic Journal: Economic Policy.* http://dx.doi.org/10.1257/pol.20140068.

**Impullitti, Giammario, Alfonso A. Irarrazabal, and Luca David Opromolla.** 2013. "A theory of entry into and exit from export markets." *Journal of International Economics* 90 (1): 75–90.

**Limão, Nuno, and Giovanni Maggi.** 2015. "Uncertainty and Trade Agreements." *American Economic Journal: Microeconomics* 7 (4): 1–42.

**Pinheiro, Maximiano.** 1997. "Séries Longas para a Economia Portuguesa pós II Guerra Mundial." In *Séries Estatísticas Banco de Portugal I.* Lisbon: Banco de Portugal.

**Roberts, Mark J., and James R. Tybout.** 1997. "The Decision to Export in Colombia: An Empirical Model of Entry with Sunk Costs." *American Economic Review* 87 (4): 545–64.

**Rodrik, Dani.** 1991. "Policy uncertainty and private investment in developing countries." *Journal of Development Economics* 36 (2): 229–42.

**Ruhl, Kim J.** 2008. "The International Elasticity Puzzle." http://www.kimjruhl.com/research-papers/ElasticityMarch08.pdf.

**Russ, Katheryn Niles.** 2007. "The endogeneity of the exchange rate as a determinant of FDI: A model of entry and multinational firms." *Journal of International Economics* 71 (2): 344–72.

**Russ, Katheryn Niles.** 2012. "Exchange rate volatility and first-time entry by multinational firms." *Review of World Economics* 148 (2): 269–95.

**Sala, Davide, Philipp J. H. Schröder, and Erdal Yalcin.** 2010. "Market Access Through Bound Tariffs." *Scottish Journal of Political Economy* 57 (3): 272–89.

**United States International Trade Commission.** 2008. "Andean Trade Preference Act: Impact on U.S. Industries and Consumers and on Drug Crop Eradication and Crop Substitution." United States International Trade Commission (USITC) Technical Publication 4037.

**World Bank.** 2005. *World Development Report 2005: A Better Investment Climate for Everyone.* Washington, DC: The World Bank.

This content downloaded from
165.123.34.86 on Mon, 12 Jun 2023 01:07:13 +00:00
All use subject to https://about.jstor.org/terms

# EXHIBIT BH-87

The Journal of Economic Asymmetries 20 (2019) e00133



Contents lists available at ScienceDirect

# The Journal of Economic Asymmetries

journal homepage: www.elsevier.com/locate/jeca



# Economic policy uncertainty: A literature review

Saud Asaad Al-Thaqeb [a],[*], Barrak Ghanim Algharabali [b]

[a] College of Business Administration, Kuwait University, PO Box 5969, Safat, 13060, Kuwait City, Kuwait
[b] College of Business Administration, Kuwait University, Kuwait City, Kuwait

| ARTICLE INFO | ABSTRACT |
|---|---|
| *JEL classification:*<br>JEL<br>G30<br>G39<br><br>*Keywords:*<br>Capital investments<br>Corporate finance<br>Economic policy uncertainty<br>Macro<br>& micro economics<br>Risk management | The significance of uncertainty in policies related to economic decisions is higher than ever before in today's interconnected world. This study contributes to existing research by reviewing the literature on the impact of economic policy uncertainty on corporations and economies worldwide. We show the importance of measuring and tracking uncertainty by highlighting its influence on financial decisions. We examine the growing number of studies that use the economic policy uncertainty index (EPU) of Baker, Bloom, and Davis (2016) as a key factor in measuring uncertainty. We then review the impact of EPU on financial markets, macro and micro level, stock markets, corporate behavior, and risk management. Then, we document the asymmetric policy responses of economic uncertainty. Overall, policy uncertainty has a significant impact on firm financial policies as well as on consumer spending. Specifically, corporations act more conservatively during times of high uncertainty, thereby slowing investments in production and employment. In addition to the local effect of EPU, it spills over to other countries. |

## 1. Introduction

In the past few years, several major challenges have emerged, causing global political and economic uncertainty. These began with the "Arab Spring," which resulted in political turmoil in the Middle East and among the world's superpowers, and ended with the election of Donald Trump, who is calling for major changes in the global status quo, as president of the US. As the world continues to evolve at a rapid pace, such changes create a sense of political and economic instability, heightening uncertainty worldwide. In Europe, events like Russia's annexation of Crimea and the refugee crisis, which led to the rise of right-wing political ideologies and increased terror threats, have disrupted relationships within and among nations. Moreover, the recent vote for the UK's exit from the European Union, or "Brexit," has increased doubts about the future of the Euro and economic policies in Europe.

In the wake of the recent global financial crisis and the growing partisan policy disputes in the US, there are increasing and growing concerns about uncertain policies primarily related to economic decisions and financial decisions (Baker et al., 2016). This is largely based on the belief that uncertainties about US and European taxation, as well as fiscal, monetary, and other regulatory policies, significantly contributed to the global financial and economic downturn of 2008 and the slow recovery that followed. Issues like rising unemployment and income inequality, migration, and oil price fluctuations have further complicated global economies. Moreover, policy uncertainties have always played a critical role in shaping economic outcomes, as evidenced by the recent sluggish economic growth in many countries that are currently experiencing policy uncertainties.

The level of uncertainty is now higher and more important than ever before, since technology and globalization have transformed the way we live. Political division, polarization, and the increased role of government spending in the overall economy are major factors

---

* Corresponding author.
*E-mail addresses:* Althaqeb@cba.edu.kw (S.A. Al-Thaqeb), Balgharabali@cba.edu.kw (B.G. Algharabali).

https://doi.org/10.1016/j.jeca.2019.e00133
Received 18 July 2019; Received in revised form 3 September 2019; Accepted 3 September 2019
1703-4949/© 2019 Elsevier B.V. All rights reserved.

S.A. Al-Thaqeb, B.G. Algharabali

*The Journal of Economic Asymmetries 20 (2019) e00133*

leading to the recent spike in uncertainty (Baker et al., 2013). The world is interconnected, and what happens in one part can influence another. Complexity has increased significantly in today's world, which by itself leads to greater uncertainty. In light of these current events, this review helps pinpoint the impact of uncertainty on financial markets and the financial policies of corporations in particular. In this study, we review some of the major works in the literature related to Baker et al.'s (2016) economic policy uncertainty index. The beauty and innovation of Baker et al.'s (2016) index is that most of the factors that affect uncertainty are summed up in one simple index. Moreover, it is publicly available and easy to use. The availability of the index and its introduction in the past few years have transformed this research area, making it a hot topic.

The goal of this study is to open the door for further research in this field. Thus, we highlight the relationship between the economic policy uncertainty (EPU) index and the financial policies of publicly traded corporations around the world. This study reviews the literature related to the effects of economic policy uncertainty on firm decisions and financial markets. Specifically, we look at how these corporations react in times of uncertainty and point to further actions that should be taken. The study offers information for all market participants, and is one of the few studies that can help both lawmakers and investors build overall strategies to deal with high levels of uncertainty. The goal is to show what we know, what is needed, and what could be done to address these challenges.

Overall, the results from previous studies indicate that firms implement more conservative policies during times of high EPU when the cost of borrowing increases (Colak, Durnev, & Qian, 2017; Jens, 2017; Kelly, Pástor, & Veronesi, 2016; Pástor & Veronesi, 2012, 2013). Therefore, firms spend less on capital (Gulen & Ion, 2015), launch fewer initial public offerings (IPOs) (Colak et al., 2017), engage in fewer merger and acquisition (M&A) activities (Bonaime, Gulen, & Ion, 2018; Nguyen & Phan, 2017), implement more conservative pay-out policies (Panousi & Papanikolaou, 2012; Walkup, 2016), and hold more cash (Demir & Ersan, 2017; Im, Park, & Zhao, 2017; Phan, Nguyen, Nguyen, & Hegde, 2019). However, these relations have an asymmetric effect sometimes (Gupta, Lahiani, Lee, & Lee, 2018; Hassan, Shabi, & Choudhry, 2018; Istiak & Alam, 2019).

The tools and methods used in these studies are diverse, but the results around the world are generally consistent in their importance. There are a growing number of studies that highlight the influence of uncertainty in our lives. Yet, the literature is crowded with similar studies and calls for a broader vision. While the role of EPU in firm decisions and financial markets is important and frequently studied, it is necessary to have a broader understanding of how uncertainty impacts our decisions and how this is changing our lives. Therefore, further studies are needed to review and confirm the findings of earlier studies. With the availability of indices for different countries, researchers can explore if the results can be generalized to other countries or if further research and replication are needed.

The rest of this paper is organized as follows. Section 2 reviews the background of economic policy uncertainty in terms of definitions and measurements. Section 3 presents the influence of economic policy uncertainty by reviewing the literature addressing its impact on macro and micro economies, stock market returns, corporate capital investment and spending, corporate finance, and risk management. The section concludes by documenting the asymmetric policy responses of economic uncertainty. Section 4 concludes the paper.

## 2. Background

Since the publication of John Kenneth Galbraith's book "The Age of Uncertainty" in 1977, many significant events covered by the media and in academia have highlighted uncertainty as a significant issue in the financial world. There is no doubt about the importance of uncertainty; however, the literature does not agree upon a single definition of uncertainty. Moreover, the effect of uncertainty on corporations was not studied until a few years ago. Galbraith, 1977

Geopolitical uncertainty, industry-specific events, or even firm-specific news, such as unclear sales forecasts, rumors of a competent CEO's departure, or a change in management, are just a few examples of uncertainty. Therefore, some refer to uncertainty as the unpredictability of fiscal, regulatory, and monetary policies, which ultimately contributes to market volatility. More specifically, economic uncertainty can be defined as unexpected changes that influence the economic ecosystem, and how such changes in fiscal or monetary policies or any other government policies affect corporations (Abel, 1983).

Policy uncertainty is the economic risk associated with undefined future government policies and regulatory frameworks. This phenomenon further increases the risk that both businesses and individuals will delay their spending and investments due to market uncertainty. According to Baker et al. (2016), after the 2008 global financial crisis, uncertainty around government policies peaked due to business and household uncertainty regarding the government's future regulatory framework, spending, taxes, monetary policies, and healthcare. These authors suggest that policy uncertainty particularly delayed the possibility of recovery from the recession as businesses and households postponed their decisions about investment and consumption expenditures.

The ambiguity of future policies has only a long-term effect. It is evident that many factors affect uncertainty. Some issues affect uncertainty both in the short and long terms, such as currency fluctuations and changes in senior management, whereas other issues have only a short-term effect, such as variations in oil prices. Thus, the time horizon is a key factor in understanding the impact of the determinants of uncertainty. This calls for finding measurement of the uncertainties caused by these various factors.

As noted, uncertainty has a crucial impact on the spending and investments of governments, businesses, and households. This motivates many researchers to identify uncertainty measures, especially in relation to uncertainty in economic policies, which has resulted in several proxies for uncertainty. The goal is to monitor uncertainty using these indicators and capture the trends in fluctuations in government policies and regulations.

One of the oldest and most widely accepted measures is the standard deviation of stock prices and stock returns. The implied market volatility index (VIX) from the Chicago Board Options Exchange has been used for many years as a proxy for firm uncertainties in the equity market. However, VIX as a market measure captures only market uncertainty. Since market measures depend on the liquidity and depth of markets, they work best for mature markets and industries, and cannot be expanded and used in all countries. Another important measure of policy uncertainty is drawn from the Federal Reserve Bank of Philadelphia's survey of professional forecasters,

S.A. Al-Thaqeb, B.G. Algharabali

The Journal of Economic Asymmetries 20 (2019) e00133

which shows that the economic uncertainty in the US has been deteriorating in recent years. Still, this measure focuses on the policy component of uncertainty.

Recently, several new measures for economic uncertainty have been proposed. Manela and Moreira (2017) develop a news-based index of uncertainty using text from the Wall Street Journal (WSJ) and call it NVIX. They trace a text-based measure to find the implied volatility in the 1980s, a period prior to global economic recession. This index peaks during stock market crashes, world wars, periods of policy-based uncertainty, and fiscal crises. However, it captures only the news component of uncertainty.

Others focus on the sentiment part of uncertainty. Da, Engelberg, and Gao (2014) develop an uncertainty index based on investor sentiments and fears. The FEARS index, as they call it, is calculated using text data from an Internet search. According to the authors, the FEARS index shows a higher market forecast of returns and volatility in the short run. Likewise, Hassan, Hollander, van Lent, and Tahoun (2017) develop a measure for firm-level political risk using textual analysis of quarterly earnings conference call transcripts. Similarly, Scotti (2016) develops real-time activity indices for the US, Canada, Japan, the Euro area, and the UK. The indices include a surprise index, which traces an unexpected event by focusing on sentiments (measuring optimism and pessimism), and an economic uncertainty index, which focuses on state government and the economy. The result of the real activity uncertainty index shows that uncertainty has a milder effect on economic activity.

Others highlight the importance of political uncertainty. Julio and Yook (2012) explore the uncertainty around election years and propose using a dummy for these years. Jurado, Ludvigson, and Ng (2015) measure uncertainty using econometric techniques. They develop and introduce new indices for macro-economic uncertainty. These indices are based on many economic indicators, specifically, aggregate economic indicators and aggregate financial market indicators.

Although these measures all find acceptance, they still measure only certain types of uncertainty. The good part is that they highlight the importance of and differences between the factors that affect future uncertainty; they illustrate how news, politics, policies, and markets can affect policy uncertainty. However, most of them are not easy to use since they are neither publicly available nor easily replicated. Moreover, some are harder to expand for longer periods or cannot be replicated before being used in other countries. All these efforts guide the search for a wider measure of uncertainty that captures all these factors.

These prior efforts motivated Baker et al. (2016) to develop a proxy index for economic policy uncertainty that includes and measures most of the factors highlighted in earlier studies. The EPU index captures uncertainty from news, policy, market, and economic indicators. Baker et al. (2016) aggregate all these factors into a new index—the economic policy uncertainty index—by using the average of three parts: the extent of newspaper coverage for policy-related economic uncertainty, how many provisions in the federal tax code expire soon, and the disagreement among economic forecasters. The authors assert that the coverage of policy-related economic uncertainty in reputed newspapers can aid in understanding the EPU indicators. This can be measured by searching for newspaper articles containing the words "economic," "economy," "uncertainty," and "uncertain," along with "regulation" and "legislation," and one or more of the following terms: "congress," "legislation," "white house," "regulation," "federal reserve," or "deficit."

The EPU index is based on diverse indicators of economic policy uncertainty, such as the frequency of references to policy uncertainty in newspapers. This index corresponds well with events widely associated with times of extreme policy uncertainty, with spikes occurring around elections, wars, debt ceiling debates, the Eurozone crisis, and the Troubled Asset Relief Program (TARP) legislation. The measure is also highly correlated with the VIX. The authors show that market volatility increases during periods of high policy uncertainty, and spending and consumption decrease. This is in line with Bernanke (1983), who shows that uncertainty leads to employment cuts and shrinkage in investments. Moreover, EPU has a direct effect on overall economic growth (Bloom, 2009).

Baker et al. (2013) attempt to explain the increase in EPU index in the US since the 1960s. They attribute the uncertainty spikes in recent years to two main factors: the increased role of government spending in the overall economy, and political division and polarization. Government spending has almost doubled over the last 50 years and has reached 35% of overall spending. Thus, firms are more exposed to the impacts of political conditions because a significant portion of their cash flow comes from the government. Currently, there are both daily (for the UK and US) and monthly indices for **US equities and 24 international** markets.[1] On the other hand, there are different indices for different countries. Each index is usually based on information regarding news, taxes, and policies of the particular country. The authors of the EPU index are working to expand both the set of countries and the data range. In addition, they are developing a new index for immigration fear, which they hope to use in France, Germany, the UK, and the US. Davis (2016) builds on the work of Baker et al. (2016) to develop a global EPU index using weighted average data for 16 powerful nations, which represent most of the world's output. This global index correlates highly with recent events and upsurges in the latest financial crises.

In this study, we focus on presenting and highlighting empirical research on the topic of the EPU index, which is publicly available.[2] The availability of this index has motivated many scholars to work in this field, and has helped answer a wide array of related research questions. These efforts have led to wide acceptance of the index and opened the door for further research; as a result, the literature has expanded substantially. For example, the EPU index has been cited more than 2,500 times in studies published in the last three years. Therefore, this review attempts to summarize our understanding of the major studies in the field.

## 3. The influence of economic policy uncertainty

The literature on uncertainty and its effect on corporations has been limited until recently. Although it has overgrown in the last

---

[1] These 24 are: Global, Australia, Brazil, Canada, Chile, China, Colombia, Europe, France, Germany, Greece, Hong Kong, India, Ireland, Italy, Japan, South Korea, Mexico, the Netherlands, Russia, Singapore, Spain, Sweden, and the UK.

[2] More newspaper-based EPU indices are downloadable and regularly updated at http://www.policyuncertainty.com.

S.A. Al-Thaqeb, B.G. Algharabali

The Journal of Economic Asymmetries 20 (2019) e00133

three years due to the availability of the EPU index, there are still broad opportunities for further research and study, as many unanswered questions remain. In this section, we highlight these areas in the existing literature by reviewing some of the significant works regarding the impact of the EPU index on macro and micro levels, stock markets, corporate behavior, and risk management. The section concludes by discussing the asymmetric effect of economic uncertainty.

### 3.1. Macro and micro uncertainties

In addition to increased unemployment, uncertainty can affect household consumption and investment decisions (Bernanke, 1983). Besides, uncertainty impacts the whole economy by reducing economic growth (Bloom, 2009). Consumers can usually delay non-essential and some essential purchases relatively easily when income uncertainty is high (Eberly, 1994). At the same time, EPU has had a significant impact on GDP growth (Balcilar, Gupta, & Segnon, 2016b). Consequently, during times of high uncertainty, investment, and spending become less attractive to the average household (Bloom, 2009; Pástor & Veronesi, 2012). Therefore, during times of high uncertainty, the average household postpones investment because of reduced personal income or corporate profitability. This effect is stronger during recessions (Giglio, Kelly, & Pruitt, 2016) because the average household is less attracted to new market opportunities, price signals, or other incentives, increasing the impact of EPU on the whole economy (Foote, Hurst, & Leahy, 2000). The demand shock caused by the change in household behavior leads to a decrease in production and total wealth of the whole economy (Bloom, Bond, & Van Reenen, 2007, 2012). Therefore, uncertainty has a countercyclical relationship with the business cycle: it bottoms out during booms and peaks during recessions (Bloom, 2014). Thus, an increase in policy uncertainty will have a long-term impact on capital investments, and, as a result, long-lasting consequences on economic growth (Barrero, Bloom, & Wright, 2017).

According to Bloom (2014), fluctuations in uncertainty often contribute to slow hiring and investment, as companies are generally reluctant to make essential or costly decisions in unpredictable regulatory environments. To some extent, policy uncertainties may significantly increase the risk premiums in various financial markets, thereby increasing borrowing costs, undercutting productivity, and slowing employment, ultimately resulting in poor economic prospects (Brunnermeier, 2009; Gilchrist, Sim, & Zakrajšek, 2014). Thus, Caggiano, Castelnuovo, and Figueres (2017) show that the effect of uncertainty on unemployment is more significant than what had been estimated in previous studies, and that EPU significantly contributes to unemployment volatility, particularly during recessions. They argue that uncertainty shocks may be more important than monetary policy shocks for understanding the rise in unemployment during recessions (Caggiano, Castelnuovo, & Groshenny, 2014).

Consequently, EPU has significant micro- and macro-economic policy implications. More specifically, uncertainties about both monetary and fiscal policies have a massive impact on the overall economy. For example, when it comes to financial markets, Mueller, Tahbaz-Salehi, and Vedolin (2017) suggest that monetary policy uncertainties usually have an impact on exchange rates and financial trading markets. They illustrate some exchange rate trading strategies that can achieve high returns during periods of financial or monetary uncertainty. In other words, uncertainty about the future economic policy can alleviate the impact of monetary policy tools. Thus, EPU can affect and reduce the power of monetary policy changes.

Pierce and Schott (2016) observe that the effect of international trade on domestic employment depends on industry and trade exposure; more exposure results in a stronger effect. They show that the impact of uncertainty on employment depends on industry exposure to both economic policies and international trade. Therefore, EPU plays a more significant role in forecasting future economic growth (Handley & Limao, 2015). Along the same line, Karnizova and Li (2014) show that the EPU index has predictive power and can be used to forecast future recessions. Their results are robust for different periods and samples.

Uncertainty introduces new friction into financing that stops or at least slows economic growth. Bordo, Duca, and Koch (2016) show that EPU has an inverse relationship with the credit growth of banks. Consequently, uncertainty regarding future policies can stop or decrease bank credit growth by increasing the constraints on bank financing. Therefore, Nallareddy and Ogneva (2016) suggest that various labor relocation trends, the aggregate output into the economy, and changes in unemployment should be prioritized to predict new macro-economic indicators. The uncertainty around the growth of future corporate earnings has significant predictive power for GDP and influences both production and employment. Besides, it has a significant impact on banking and monetary policies.

Fernández-Villaverde, Guerrón-Quintana, Kuester, and Rubio-Ramírez (2015) show that uncertainty about fiscal policies has a strong influence on economic activity, where surprises in fiscal volatility shocks have negative consequences. Along the same line, Arellano, Bai, and Kehoe (2016) argue that the recent US economic crisis resulted in financial uncertainties that contributed to a decline in labor output, as well as increased volatility of production in various firms. These findings are consistent with and supported by many other studies (Ex: Gilchrist et al., 2014).

Additionally, the EPU index has a negative correlation with both inflation and production. Leduc and Liu (2016) show that inflation rates are low, and unemployment rates are high when uncertainty is high, leading to lower demand for consumption and spending. Consequently, this creates a demand shock in the whole economy. The theory of endogenous financial policy and growth best explains the uncertainty shocks that translate into aggregate demand shocks. Nevertheless, the predictability of future uncertainty can change over time and depends on the time horizon and data range. Jones and Olson (2013) show that the correlation between uncertainty and inflation changed from positive to negative during the mid to late 1990s.

As pointed out, there are more uncertainties during election periods than in other years (Julio & Yook, 2012). Whether presidential or local, during a political transition period various sectors of the economy lag in terms of production and policy analysis, which affects the economic status of the country in the long run (Pástor & Veronesi, 2013). Overall, EPU has harmful effects, as both the government and households avoid financial risk. Moreover, policy uncertainty further reduces the motivation for investors, households, and governments to invest. Thus, there is a negative impact of EPU in the economy at both the micro- and macro-economic levels. Therefore, governments around the world should put the right financial policies in place for bank borrowing, interest rates, and overall economic

S.A. Al-Thaqeb, B.G. Algharabali

*The Journal of Economic Asymmetries 20 (2019) e00133*

policies. Recurrent budgetary allocations, development allocations, and borrowing by the government should follow a well laid out policy framework to avoid any looming economic volatility (Mian, Sufi, & Khoshkhou, 2015).

### 3.2. Stock market returns

Some recent studies examine the specific effects of uncertainty, especially macro-economic and political uncertainty, on market returns. Boutchkova, Doshi, Durnev, and Molchanov (2012) highlight that exposure to national and global political risk and government instability may lead to less freedom and flexibility, as well as a potential decrease in firm efficiency. Also, they show that for specific industries, local and global political risks could lead to higher return volatility. Consequently, uncertainty in political conditions introduces challenges for businesses.

Therefore, some argue that the EPU index can be used to predict future returns in the financial market (Brogaard & Detzel, 2015). Pástor and Veronesi (2012) argue that economic uncertainty should be considered a risk factor and compensated with a premium. They show that returns are lower during periods of high uncertainty than in other periods. An investment strategy based on EPU index can produce significantly positive returns even after controlling for the Fama-French three-factor and Carhart four-factor models. Pástor and Veronesi (2013) use the options market to show that investors consider uncertainty in their pricing; as a result, stocks have lower prices during times of high uncertainty. Thus, the exposure to economic policy uncertainty may be a contributing factor to jump risk in the cross-section of returns. Likewise, Aye, Balcilar, Demirer, and Gupta (2018) show that EPU index has some predictive power for market shocks. So, EPU does not only affect the stocks returns but also volatility. Therefore, they argue that firm exposure to economic policy uncertainty can offer some explanation to the asymmetric volatility puzzle.

However, the effects of EPU depend on the country, the strength of the economy, and the size of the stock market (Christou, Cunado, Gupta, & Hassapis, 2017). The findings from prior research show that it still has a significantly negative relationship with the stock market (Ko & Lee, 2015). However, the impact of uncertainty is weaker in some countries (Li, Balcilar, Gupta, & Chang, 2016). In addition, there is disagreement on the direction and strength of the relationship between the EPU index and stock markets in emerging markets. Some show that the EPU index has more considerable influence in emerging markets due to credit constraints (Carrière-Swallow & Céspedes, 2013); however, others argue that the effect is lower in other emerging markets (Das & Kumar, 2018). Nevertheless, there is agreement that uncertainty can have a spillover effect to other countries (Balcilar, Demirer, Gupta, & Van Eyden, 2017b; Christou et al., 2017).

Moreover, EPU has a significantly negative relationship not only with the stock market but also with bond prices, production, and investment (Gilchrist et al., 2014; Pástor & Veronesi, 2013). Li, Zhang, and Gao (2015) use evidence from the US market to show the effect of EPU index on correlations between stock and bond markets. Fang, Yu, and Li (2017b) empirically show its long-term correlation with US equity markets. Holmes and Maghrebi (2016) show evidence that stock market volatility leads to higher unemployment rates, which means that policy uncertainty could indirectly lead to fewer jobs in the economy. The results reveal that EPU has a potentially harmful influence on the US stock and bond markets.

The effect of EPU is not limited to capital markets but also applies to bank valuations, where values decrease with uncertainty (He & Niu, 2017). Banks have lower valuations because they have low or even negative growth rates under high uncertainty. Besides, EPU has a significant impact on GDP growth (Balcilar et al., 2016b), commodity returns, and volatility (Shahzad, Raza, Balcilar, Ali, & Shahbaz, 2017). Similarly, the EPU has a highly significant positive correlation with the prices of oil companies over the long run (Fang, Chen, Yu, & Xiong, 2017a). Furthermore, it has some predictive power in terms of the returns of both the oil and stock markets (Balcilar et al., 2017a). Also, Balcilar, Gupta, and Pierdzioch (2016a) show that changes in future policies impact gold prices in the short run in terms of both returns and volatility. Therefore, they argue that movement in EPU index leads to movement in gold prices, consistent with other findings (Fang, Chen, Yu, & Qian, 2018).

Along the same line, firms dealing with high political risk reduce both their investments and employment. The presence of corruption harms market efficiency, income inequality, and economic growth. It reduces economic development and productivity and increases inequality (Lash, 2004). On the one hand, political uncertainty leads businesses to make fewer capital investments and decrease hiring. On the other hand, these businesses spend more on campaign contributions and lobbying to reduce these uncertainties (Hassan et al., 2017). Their political risk measure is highly correlated with EPU index. Further, there is a strong link between political risk and corporate lobbying; some companies try to reduce political uncertainty by establishing new and maintaining old political connections.

Recent literature examines the influence of political uncertainty in financial markets. Santa-Clara and Valkanov (2003) document the "presidential puzzle," the phenomenon where returns under Republican and Democratic presidencies differ dramatically. They find that annual returns are between 9% and 16% higher under Democratic administrations than under Republican administrations. While they do conclude that government spending growth is higher under Democratic leadership, the mechanism driving the return disparity remains an unanswered puzzle. This is in line with other studies that illustrate that the peak EPU index is close to presidential election periods (Baker et al., 2013; Julio & Yook, 2012).

Along the same lines, Belo and Yu (2013) show that high investment rates in the public sector forecast high-risk premiums on stocks at both the aggregate and firm levels. They address this issue directly by using EPU index and find that firm exposure to government spending predicts returns in the cross-section. They show that firms with a high degree of exposure to government spending outperform those with a low degree of exposure under Democratic presidencies and underperform under Republican presidencies. The same pattern holds in terms of cash flow. These results are unexplained by firm characteristics, common risk factors, or the business cycle. As Belo and Yu (2013) explain, there is higher government spending uncertainty under Democratic presidencies than Republican presidencies. This is introduced as a potential explanation for the higher returns for firms with substantial government exposure.

On the other hand, the market sentiment about future policies has a minor impact on consumer spending (Mian et al., 2015). The

S.A. Al-Thaqeb, B.G. Algharabali

*The Journal of Economic Asymmetries 20 (2019) e00133*

authors challenge many findings on the influence of government economic policy and investor sentiment on the aggregate micro- and macro-economy. Nevertheless, uncertainty in economic policy increases overall market volatility and firms are more exposed to the impacts of uncertainty during these periods. The impact is not limited to capital markets but has geographical spillover effects; it is one of the main factors driving investor sentiment. This calls for more research to understand the interconnection between these factors and reveal the main drivers.

### 3.3. Corporate capital investment and spending

The current highly polarized political climate in the US and around the world, as well as the ubiquitous uncertainty about future policies, is exacting an extensive economic price as well. Jens (2017) highlights the effect of the presidential election on firm investments, showing that investments decrease before and rebound after an election. In addition, this effect is stronger for close elections, and is not limited to investment but also applies to debt and equity issuances. Firms postpone raising capital through both debt and equity issuance until the uncertainty about presidential policies disappears, especially when such capital is linked to future investments. This result is consistent with Julio and Yook (2012), who show that capital investments decrease by 5% in an election year. Consequently, successful changes in the political ecosystem can boost economic growth and motivate investments in the financial markets (Boubakri, El Ghoul, & Saffar, 2015). Thus, an increase in policy uncertainty will have a long-term impact on capital investments, and, as a result, long-lasting consequences for economic growth (Barrero et al., 2017).

Consequently, EPU has a diverse number of effects on capital investment and spending in various parts of the world. According to Kahle and Stulz (2013), capital expenditures and corporate borrowing usually fall sharply in times of policy uncertainties and financial crises. Uncertainties may cause a shock to bank lending, thereby leading to a reduction in capital expenditures. Generally, EPU harms capital investment across the globe. High risk in terms of policy implications and unpredictable market trends in the financial sector further hamper foreign direct investment.

Gulen and Ion (2015) use the EPU index to argue the impact of uncertainty on corporate decisions. They find a negative relationship between EPU index and corporate capital investment. According to the same study, there was approximately a 32% drop in capital investment in the US during the global financial crisis period, between 2007 and 2009. The impact was more significant for firms that depend on government contracts or have high exposure in irreversible investments. A country will face difficulty attracting spending and capital investment from households and corporate firms in an economy when there is higher uncertainty in terms of economic policy and market fluctuations.

The shock of the EPU index in the US has global consequences and a spillover effect. Colombo (2013) shows that production and prices in Europe decrease after uncertainty shocks in the US. Therefore, they confirm that firms act more conservatively under uncertainty (Kim & Kung, 2016). Moreover, these firms may cancel or delay projects to avoid future risks. However, the effect of uncertainty on investment depends on the size of the firm (Kang, Lee, & Ratti, 2014), industry, and country (Boutchkova et al., 2012). The impact of uncertainty is more severe in emerging markets due to credit constraints (Carrière-Swallow & Céspedes, 2013). EPU may potentially drive a long-term beta in US industries and has a significant effect on industry beta. However, the effect depends on the industry type (Yu, Fang, Du, & Yan, 2017).

Similarly, uncertainty about future cash flow has a more significant effect than market financing constraints (Riddick & Whited, 2009). Jeong (2002) theoretically shows that policy uncertainty can increase the cost of capital and reduce production and investments. Moreover, this effect is more evident over the long run. The study's empirical results support this model in many countries around the world where the level of EPU index can play a significant role in the cost of capital and in both firm investment and production. This supports the findings of Rodrik (1991), who shows that companies in emerging economies reduce investment in the face of uncertainty.

Nonetheless, according to Kim and Kung (2016), asset redeployability needs to be considered in the economic analysis of how corporate investment is affected by uncertainty. Firm innovation decisions are vital to economic growth in financial markets. According to the growth option theory, some firms in competitive industries strategically invest more in R&D when faced with an increase in future uncertainty (Van Vo & Le, 2017). Likewise, Manela and Moreira (2017) also present support for the theoretical argument on the influence of future uncertainty on financial markets. The effect of uncertainty holds even after controlling for a mechanism of contemporaneous and forward-looking mitigation measures of stock market volatility.

Nevertheless, some factors can reduce the severe effect uncertainty has on corporate investment. Wang, Chen, and Huang (2014) show that Chinese firms depend on internal financing to alleviate these risks. Moreover, more profitable firms and those with fewer connections to the government are less affected by the changes in or uncertainty about future policies. Therefore, clarifying potential future policies by adding more transparency can support and increase corporate investment.

In this regard, EPU has a worldwide influence. As we can see, policy uncertainty has a direct impact on both developing and developed economies. The overall result of such high EPU leads to low economic growth, deterioration of capital investment, and less spending by households across the globe. However, some factors can reduce the risk of uncertainty. Therefore, more investigation is needed to discover more about the factors that can alleviate the risk of uncertainty.

### 3.4. Corporate finance

The literature shows that uncertainty can affect corporate choices both internally and externally: internally by reducing management's appetite for risk-taking (Bloom, 2009; Panousi & Papanikolaou, 2012) and pressuring for more conservative decisions; and externally by increasing friction in the financial markets and decreasing the supply of capital in the economy. In other words, during times of high EPU, management can choose to be more conservative or be forced to be more conservative by financial market conditions.

S.A. Al-Thaqeb, B.G. Algharabali

The Journal of Economic Asymmetries 20 (2019) e00133

Therefore, uncertainty has various effects on corporate and financial management actions in various parts of firms. Firms hold substantial and increasing amounts of debt, and thus, capital structure is one of any corporation's critical decisions. As noted, EPU has a negative impact on the cost of financing (Colak et al., 2017; Jens, 2017; Kelly et al., 2016; Pástor & Veronesi, 2012, 2013).

The same negative effect applies to mergers and acquisitions (M&A). During a period of high uncertainty, the number of M&A deals decreases, and the time required to complete the process increases (Bonaime, Gulen, & Ion, 2018; Nguyen & Phan, 2017). The outcomes are more evident in highly correlated firms and industries and more sensitive to changes in future economic policies (Bonaime, Gulen, & Ion, 2018). Nguyen and Phan (2017) show that uncertainty affects the type and size of payments, where more deals use stock and pay smaller premiums in periods of high uncertainty. However, this leads to higher value creation for the acquirer's shareholders. It is more challenging to value firms under higher uncertainty, as uncertainty increases financing costs.

Moreover, it leads to fewer IPOs and lower prices near election years (Colak et al., 2017). The effect also depends on geographical location: it is stronger when the state government has more influence on the local economy and geographical exposure of the company. Nevertheless, it increases the cost of capital.

Similarly, uncertainty has a significant impact on a firm's level and value of cash holdings. Im et al. (2017) show that firms hold more cash in times of high uncertainty. They explain that investors value cash holdings more during periods of high uncertainty, which is consistent with firms holding more cash as a precautionary measure, as documented in the literature (Phan et al., 2019). The results are not limited only to the US, but are also applicable in the BRIC countries (Demir & Ersan, 2017). Firms hold more cash to avoid uncertainty. Thus, precautionary motives can explain the significant and unique effect of holding more cash.

Similarly, uncertainties about future cash flows decrease firm profitability (Kahle & Stulz, 2013; Mian & Sufi, 2010). The average person's reduction in wealth has a significant impact on corporate profitability. Consequently, Panousi and Papanikolaou (2012) show that corporate management becomes more risk-averse under uncertainty; the risk aversion of senior management has a significantly positive relationship with uncertainty. Furthermore, firms implement conservative pay-out policies during periods of uncertainty.

However, according to Acemoglu, Johnson, Kermani, Kwak, and Mitton (2016), connections play a critical role in corporate governance and finance, as these can lessen uncertainty and, thereby lead to better returns for firms. For example, in the US in 2009, the appointment of Timothy Geithner as Treasury Secretary improved returns for firms he was connected with, following the news that his appointment could affect tax issues.

Hence, the negative effect of EPU is not limited to corporate policies but applies to firm innovations as well. Bhattacharya, Hsu, Tian, and Xu (2017) empirically investigate whether government rules and regulations or uncertainty have a significant impact on technological innovation. The results from a large-scale analysis of many countries show that innovation activities are significantly reduced in times of high uncertainty, such as during national elections. They argue that political conflicts and policy uncertainty reduce innovation, and show that both the number of patents and citations decrease near election years and in periods of high EPU.

Overall, the literature shows that firms act more conservatively in times of high uncertainty and implement careful corporate policies, decisions, and actions. Prior research shows that high EPU index also has a negative influence on capital expenditures, M&A activities, pay-out policies, cash holdings, and innovation. This phenomenon needs to be carefully analyzed by lawmakers and policy designers in their attempt to structure and write new rules to help businesses and individuals avoid the negative influence of uncertainty on corporate actions.

### 3.5. Risk management

Risk management strategies are pursued by firms to limit or offset the probability of losses due to fluctuations in the prices of commodities, currencies, or securities (Born & Pfeifer, 2014). Government policies have a strong influence on financial markets. Moreover, governmental intervention and actions can play a crucial role in stock markets (Bond & Goldstein, 2015). Bernal, Gnabo, and Guilmin (2016) use a panel data model to empirically examine the potential impact of EPU on risk spillover in the Euro-zone. The results show that EPU has several diverse impacts on Euro-zone country-level risk and may transition or spill over to other countries in the region. The effect is significantly higher in larger countries such as Germany and France. This creates a unique incentive for leading countries in the region to protect both their local economy and sovereign bond markets. Masson and Pattison (2009) argue that uncertainty issues provide an incentive for countries to coordinate among themselves because international coordination could lead to lower adverse effects on the economy and lower negative spillovers from other countries. However, the authors made it clear that as the number of countries that try to coordinate increases, the probability of successful coordination decreases.

Macro-economic changes can affect the earnings of some firms. Therefore, economic events play a prominent role in earnings and management forecasts, especially during adverse events (Bonsall, Bozanic, & Fischer, 2013). Therefore, according to Kelly et al. (2016), uncertainty can play a vital role in corporate risk management. They use the theoretical framework of Pástor and Veronesi (2013) to show that political events are often costly and affect the general state of the economy. Therefore, political uncertainty, in most cases, is fully priced in the equity options market structure; moreover, this effect can transfer and spill over to other countries. The effect of uncertainty is stronger in weaker economies, although the strength of the relationship depends on the size of the economy and the country's political uncertainty; both increase the effect, magnifying its impact.

Furthermore, currency risk, volatility, and fractionalization increase with uncertainty. Hence, risk management is essential for multinational companies (Balcilar, Gupta, Kyei, & Wohar, 2016c). There is a robust significant relationship between EPU and currency exchange rates, where uncertainty about the future influences exchange rates. EPU index has some forecasting power for return on investments in future currency exchange rates and can influence currency exchange rates (Dai, Zhang, Yu, & Li, 2017). Uncertainty leads to volatility in currency exchange returns. Belke and Kaas (2004) show that volatility in exchange rates could affect labor markets negatively. Thus, if uncertainty leads to more volatility in exchange rates, then it could also lead to fewer jobs indirectly. Mueller et al.

S.A. Al-Thaqeb, B.G. Algharabali                                    *The Journal of Economic Asymmetries 20 (2019) e00133*

(2017) suggest that monetary policy uncertainties usually impact exchange rates and financial trading markets. They show some exchange rate trading strategies that can achieve high returns during periods of high uncertainty, such as around the federal open market committee meetings.

Moreover, the influence of uncertainty is not limited to currency but can be expanded to other commodity markets. Fang et al. (2018) find a significantly positive relationship between gold and the EPU Index. Moreover, they highlight the importance of the relationship in futures markets.

Although researchers document the importance of uncertainty and its effects on the economy and financial markets, investors are not willing to hedge against it, despite the low costs of hedging and risk prevention in recent years. Dew-Becker, Giglio, Le, and Rodriguez (2017) show that investors are willing to pay hefty prices to hedge against future risks but not to avoid or hedge against uncertainty, even though it is much less expansive. Investors do not price macro-economic risk or appear to take any action to avoid it. As a result, the authors conclude that investor actions show that they do not care about future uncertainty when attempting to manage risk. Therefore, further investigation is needed to understand the real motivations for these actions. Moreover, it is necessary to design and structure new tools and models that motivate investors to manage the influence of uncertainty.

### 3.6. Economic uncertainty and asymmetric policy responses

There is a general consensus in the literature today that economic policy uncertainty has adverse effects on several economic factors and corporate financial management policies. However, recent studies in the literature have provided evidence that the EPU index's effects on several factors and policies are asymmetric. The issue with asymmetric effects is that they make matters more complex because EPU's effects are less predictable and may depend on additional factors or markets' location.

For example, Foerster (2014) stated that uncertainty's effects on economic activity and employment are asymmetric. He demonstrated that increases and decreases in uncertainty could affect and govern the relation, and that increases in uncertainty have a much more significant effect on the economy than do decreases in uncertainty. The author's findings reflected that substantial increases in uncertainty affect economic activity negatively, and the economy can take a long time to recover, while considerable decreases in uncertainty do not affect economic activity directly. Further, slight increases and decreases have very little or no effect on economic activity.

Uncertainty also has been shown to have significant asymmetric effects on domestic investment and money supply and demand in the G7 countries (Bahmani-Oskooee & Maki-Nayeri, 2019a). This significant relation holds with more uncertainty, but diminutions or may disappear when uncertainty decreases. The relation also holds regardless of the time horizon. Other studies have supported the same conclusions, that uncertainty's effects on other economic activities and financial policies are asymmetric (Ex: Bahmani-Oskooee and Maki-Nayeri., 2018 and 2019b).

Moreover, uncertainty's asymmetric effects are not limited simply to economic activity and employment. Istiak and Alam (2019) showed that economic policy uncertainty and oil prices have a significant influence on inflation expectations. However, the relation has asymmetric effects, in which the effects of uncertainty or increased oil prices on the degree of inflation expected may differ based on whether the period precedes or follows a financial crisis. Similarly, other studies have shown that the EPU index also has an asymmetric and countercyclical relation with international trade. Hassan et al. (2018) found that an increase in the EPU index's effect on trade is much more significant than the effect of a decrease of the same magnitude. Further, uncertainty's asymmetric effects also are found in insurance markets, in which the uncertainty surges lead to increases in non-life insurance premiums and decreases in life insurance premiums (Gupta et al., 2018). Therefore, the EPU index affects insurance premiums asymmetrically.

Scholars are still studying EPU's differential effects on various factors, but they also have begun to consider certain avenues that could help mitigate the influence of uncertainties and their asymmetric effects. For instance, Nagar, Schoenfeld, and Wellman (2019) offered some solutions to reduce economic policy uncertainty's information asymmetry effect on investors. Markets exhibit a smaller reaction to announcement shocks and more dispersion, measured by bid-ask spread, during periods of more considerable uncertainty. Moreover, the risks of low market liquidity and reduced market efficiency always accompany these periods. Therefore, the authors concluded by recommending that managers attempt to reduce the issues that are associated with uncertainties and asymmetries through more voluntary disclosures, although they showed that this would merely address uncertainty's negative consequences.

On the other hand, Wellman (2017) suggested that political connections could help alleviate uncertainty and information asymmetry's harmful effects. He argued that it is vital for firms to invest in such connections to decrease the degree of uncertainty. This can explain the value and benefits of establishing new connections with legislators and lawmakers. Similarly, Farooq and Ahmed (2019) showed that economic uncertainties have asymmetric effects on dividends in the US. Their findings demonstrated that firms pay more dividends during the period of a presidential election because of uncertainties in potential monetary, fiscal, and national policies. The authors argued that those higher dividends could help alleviate the risks associated with uncertainty. The effects of economic uncertainty also led Istiak and Serletis (2018) to recommend more transparency in journalism, social media, and policies, particularly with respect to taxation, to reduce economic uncertainty's risks.

Without appropriate economic policies in place, it is difficult for businesses and households to make efficient decisions concerning savings, spending, and investment. Uncertainty about monetary policy is a crucial factor of EPU (Bekaert, Hoerova, & Lo Duca, 2013). Under uncertainty and market asymmetries, monetary policy can be used as a risk management tool to prevent a financial crisis (Hayford & Malliaris, 2005). Therefore, Foresti (2018) stressed the importance of setting monetary and fiscal policies that reduce market asymmetries and risks. He argued that lawmakers' transparency and avoiding biases could reduce uncertainty.

According to Davis (2016), contemporary economic policies are significantly less predictable in complex regulatory systems, such as in an expanding regulatory state and in the presence of complex tax codes, as well as unpredictable healthcare, tax, and financial

S.A. Al-Thaqeb, B.G. Algharabali

The Journal of Economic Asymmetries 20 (2019) e00133

regulation policies. Many potential effects of uncertainty on the entire economy have been documented in the US and around the world. The era of increased uncertainty calls for action from political and corporate powers to adapt to a changing world. Consequently, economic policies should be made more predictable and transparent by keeping the regulatory and tax systems simple, clear, and easy to administer.

## 4. Conclusions

This study reviews the literature on economic policy uncertainty. We summarize the background and measurement of uncertainty and then review the impact of EPU index on macro and micro levels, stock markets, corporate behavior, and risk management. This review could facilitate researchers' understanding or development of further research in the field.

The overall analysis of the critical topic covered in this literature review shows that the study of economic policy uncertainty is dynamic and grows and changes quickly. This study focuses on global evidence; thus, the review offers insights for all market participants. Overall, EPU has a significant impact on firm financial decisions.

This study is especially relevant considering current political discussions, and the results consolidated here are also telling in today's environment. In summary, corporations act more conservatively during times of high uncertainty. Economic policy uncertainty is considered a risk in which government policies and regulatory frameworks are undefined for the near future. This phenomenon may lead businesses and individuals to delay spending and investments because of uncertainty in the market. EPU also hurts the cost of financing (Colak et al., 2017; Jens, 2017; Kelly et al., 2016; Pástor & Veronesi, 2012, 2013). Moreover, studies suggest that EPU has significant effects on corporate policies and decisions, such as reducing capital expenditures (Gulen and Ion 2015), fewer IPOs (Colak et al., 2017), fewer M&A activities (Bonaime, Gulen, & Ion, 2018; Nguyen & Phan, 2017), more conservative pay-out policies (Panousi & Papanikolaou, 2012; Walkup, 2016), and higher cash holdings (Demir & Ersan, 2017; Im et al., 2017; Phan et al., 2019). Nevertheless, some of these results show an asymmetric effect of uncertainty.

This study is one of the first to offer insights that can help both lawmakers and investors understand and build overall strategies to deal with economic policy uncertainty. However, there are still many unanswered questions, leading to many paths for future research. First, since there are many measures of uncertainty, which are the best methods for measuring EPU? Second, what factors most affect EPU and how can the EPU index be improved in the future? It is crucial to find the key determinants of policy uncertainty to reveal how to reduce their impact. In other words, what are the roles of interest rates and other tools of monetary and fiscal policies in the economy's performance and reducing uncertainty? Plus, the methodologies in this area (those usually used in EPU research) are mostly empirical. Therefore, there is a need to link these results and support them with theoretical models. The goal here is to find the mechanism of the economic consequences of EPU.

Moreover, it would be interesting to examine the relationship between distributed innovations, such as crypto-currencies—and EPU. For example, how will initial coin offerings and blockchain technology affect future economic policies? Can these technological innovations help firms govern better and reduce the risks of uncertainty? In other industries, can researchers test and see the effects of policy uncertainty and political connections in energy firms around the world, especially in terms of new green energy? Last, along with further information, the best way to hedge against policy uncertainties is to increase awareness. Is it possible to eradicate economic uncertainty through risk management techniques? These are some of the unresolved issues in the current literature. These questions need to be investigated in the future. Acknowledgment: I want to thank the Editor, Eisa Alnashmi and anonymous reviewers for their valuable suggestions and comments.

## Acknowledgment

I want to thank the Editor, Eisa Alnashmi and anonymous reviewers for their valuable suggestions and comments.

## References

Abel, A. B. (1983). Optimal investment under uncertainty. *The American Economic Review, 73*(1), 228–233.

Acemoglu, D., Johnson, S., Kermani, A., Kwak, J., & Mitton, T. (2016). The value of connections in turbulent times: Evidence from the United States. *Journal of Financial Economics, 121*(2), 368–391.

Arellano, C., Bai, Y., & Kehoe, P. J. (2016). *Financial frictions and fluctuations in volatility (No. w22990)*. Washington DC: National Bureau of Economic Research.

Aye, G. C., Balcilar, M., Demirer, R., & Gupta, R. (2018). Firm-level political risk and asymmetric volatility. *The Journal of Economic Asymmetries, 18*, e00110.

Bahmani-Oskooee, M., & Maki-Nayeri, M. (2019a). Asymmetric effects of policy uncertainty on domestic investment in G7 countries. *Open Economies Review*, 1–19.

Bahmani-Oskooee, M., & Maki-Nayeri, M. (2019b). Asymmetric effects of policy uncertainty on the demand for money in the United States. *Journal of Risk and Financial Management, 12*(1), 1.

Bahmani-Oskooee, M., & Nayeri, M. M. (2018). Policy Uncertainty and the demand for money in Australia: An asymmetry analysis. *Australian Economic Papers, 57*(4), 456–469.

Baker, S. R., & Bloom, N. (2013). *Does uncertainty reduce growth? Using disasters as natural experiments (No. w19475)*. Washington DC: National Bureau of Economic Research.

Baker, S. R., Bloom, N., & Davis, S. J. (2016). Measuring economic policy uncertainty. *Quarterly Journal of Economics, 131*(4), 1593–1636.

Balcilar, M., & Bekiros S Gupta, R. (2017a). The role of news-based uncertainty indices in predicting oil markets: A hybrid nonparametric quantile causality method. *Empirical Economics, 53*(3), 879–889.

Balcilar, M., Demirer, R., Gupta, R., & Van Eyden, R. (2017b). The impact of US policy uncertainty on the monetary effectiveness in the Euro area. *Journal of Policy Modeling, 39*(6), 1052–1064.

Balcilar, M., Gupta, R., Kyei, C., & Wohar, M. E. (2016c). Does economic policy uncertainty predict exchange rate returns and volatility? Evidence from a nonparametric causality-in-quantiles test. *Open Economies Review, 27*(2), 229–250.

Balcilar, M., Gupta, R., & Pierdzioch, C. (2016a). Does uncertainty move the gold price? New evidence from a nonparametric causality-in-quantiles test. *Resources Policy, 49*, 74–80.

S.A. Al-Thaqeb, B.G. Algharabali

*The Journal of Economic Asymmetries 20 (2019) e00133*

Balcilar, M., Gupta, R., & Segnon, M. (2016b). The role of economic policy uncertainty in predicting US recessions: A mixed-frequency markov-switching vector autoregressive approach. Economics the open-access. *Open-Assessment E-Journal, 10*(27), 1–20.

Barrero, J. M., Bloom, N., & Wright, I. (2017). *Short and long run uncertainty (No. w23676)*. Washington DC: National Bureau of Economic Research.

Bekaert, G., Hoerova, M., & Lo Duca, M. (2013). Risk, uncertainty and monetary policy. *Journal of Monetary Policy, 60*(7), 771–788.

Belke, A., & Kaas, L. (2004). The impact of exchange rate volatility on the european and US labor markets. *The Journal of Economic Asymmetries, 1*(2), 21–50.

Belo, F., & Yu, J. (2013). Government investment and the stock market. *Journal of Monetary Economics, 60*(3), 325–339.

Bernal, O., Gnabo, J.-Y., & Guilmin, G. (2016). Economic policy uncertainty and risk spillovers in the Eurozone. *Journal of International Money and Finance, 65*, 24–45.

Bernanke, B. S. (1983). Irreversibility, uncertainty, and cyclical investment. *Quarterly Journal of Economics, 98*(1), 85–106.

Bhattacharya, U., Hsu, P.-H., Tian, X., & Xu, Y. (2017). What affects innovation more: Policy or policy uncertainty? *Journal of Financial and Quantitative Analysis*, 1–33.

Bloom, N. (2009). The impact of uncertainty shocks. *Econometrica, 77*(3), 623–685.

Bloom, N. (2014). Fluctuations in uncertainty. *The Journal of Economic Perspectives, 28*(2), 153–175.

Bloom, N., Bond, S., & Van Reenen, J. (2007). Uncertainty and investment dynamics. *The Review of Economic Studies, 74*(2), 391–415.

Bloom, N., Floetotto, M., Jaimovich, N., Saporta-Eksten, I., & Terry, S. (2012). Really uncertain business cycles. *Econometrica, 86*(3), 1031–1065.

Bonaime, A., Gulen, H., & Ion, M. (2018). Does policy uncertainty affect mergers and acquisitions? *Journal of Financial Economics Forthcoming, 129*(3), 531–558.

Bond, P., & Goldstein, I. (2015). Government intervention and information aggregation by prices. *The Journal of Finance, 70*(6), 2777–2812.

Bonsall, S. B., Bozanic, Z., & Fischer, P. E. (2013). What do management earnings forecasts convey about the macroeconomy? *Journal of Accounting Research, 51*(2), 225–266.

Bordo, M. D., Duca, J. V., & Koch, C. (2016). Economic policy uncertainty and the credit channel: Aggregate and bank level U.S. evidence over several decades. *Journal of Financial Stability, 26*, 90–106.

Born, B., & Pfeifer, J. (2014). Policy risk and the business cycle. *Journal of Monetary Economics, 68*, 68–85.

Boubakri, N., El Ghoul, S., & Saffar, W. (2015). Firm growth and political institutions. *Journal of Multinational Financial Management, 31*, 104–125.

Boutchkova, M., Doshi, H., Durnev, A., & Molchanov, A. (2012). Precarious politics and return volatility. *Review of Financial Studies, 25*(4), 1111–1154.

Brogaard, J., & Detzel, A. (2015). The asset-pricing implications of government economic policy uncertainty. *Management Science, 61*(1), 3–18.

Brunnermeier, M. K. (2009). Deciphering the liquidity and credit crunch 2007–2008. *The Journal of Economic Perspectives, 23*(1), 77–100.

Caggiano, G., Castelnuovo, E., & Figueres, J. M. (2017). Economic policy uncertainty and unemployment in the United States: A nonlinear approach. *Economics Letters, 151*, 31–34.

Caggiano, G., Castelnuovo, E., & Groshenny, N. (2014). Uncertainty shocks and unemployment dynamics in US recessions. *Journal of Monetary Economics, 67*, 78–92.

Carrière-Swallow, Y., & Céspedes, L. F. (2013). The impact of uncertainty shocks in emerging economies. *Journal of International Economics, 90*(2), 316–325.

Christou, C., Cunado, J., Gupta, R., & Hassapis, C. (2017). Economic policy uncertainty and stock market returns in pacific-rim countries: Evidence based on a Bayesian Panel VAR model. *Journal of Multinational Financial Management, 40*, 92–102.

Colak, G., Durnev, A., & Qian, Y. (2017). Political uncertainty and IPO activity: Evidence from U.S. gubernatorial elections. *Journal of Financial and Quantitative Analysis*, 1–42.

Colombo, V. (2013). Economic policy uncertainty in the US: Does it matter for the Euro area? *Economics Letters, 121*(1), 39–42.

Da, Z., Engelberg, J., & Gao, P. (2014). The sum of all FEARS investor sentiment and asset prices. *Review of Financial Studies, 28*(1), 1–32.

Dai, Y., Zhang, J.-W., Yu, X. Z., & Li, X. (2017). Causality between economic policy uncertainty and exchange rate in China with considering quantile differences. *Theoretical and Applied Economics, 24*(3), 29–38.

Das, D., & Kumar, S. B. (2018). International economic policy uncertainty and stock prices revisited: Multiple and Partial wavelet approach. *Economics Letters, 164*, 100–108.

Davis, S. J. (2016). *An index of global economic policy uncertainty (No. w22740)*. Washington DC: National Bureau of Economic Research.

Demir, E., & Ersan, O. (2017). Economic policy uncertainty and cash holdings: Evidence from BRIC countries. *Emerging Markets Review, 33*, 189–200.

Dew-Becker, I., Giglio, S., Le, A., & Rodriguez, M. (2017). The price of variance risk. *Journal of Financial Economics, 123*(2), 225–250.

Eberly, J. C. (1994). Adjustment of consumers' durables stocks: Evidence from automobile purchases. *Journal of Political Economy, 102*(3), 403–436.

Fang, L., Chen, B., Yu, H., & Qian, Y. (2018). The importance of global economic policy uncertainty in predicting gold futures market volatility: A GARCH-MIDAS approach. *Journal of Futures Markets, 38*(3), 413–422.

Fang, L., Chen, B., Yu, H., & Xiong, C. (2017a). The effect of economic policy uncertainty on the long-run correlation between crude oil and the US stock markets. *Finance Research Letters, 4*, 56–63.

Fang, L., Yu, H., & Li, L. (2017b). The effect of economic policy uncertainty on the long-term correlation between US stock and bond markets. *Economic Modelling, 66*, 139–145.

Farooq, O., & Ahmed, N. (2019). Dividend policy and political uncertainty: Evidence from the US presidential elections. *Research in International Business and Finance, 48*, 201–209.

Fernández-Villaverde, J., Guerrón-Quintana, P., Kuester, K., & Rubio-Ramírez, J. (2015). Fiscal volatility shocks and economic activity. *The American Economic Review, 105*(11), 3352–3384.

Foerster, A. (2014). The asymmetric effects of uncertainty. *Economic Review*, 5–26 (Q III).

Foote, C., Hurst, E., & Leahy, J. (2000). Testing the (S, s) model. *The American Economic Review, 90*(2), 116–119.

Foresti, P. (2018). Monetary and fiscal policies interaction in monetary unions. *Journal of Economic Surveys, 32*(1), 226–248.

Galbraith, J. K. (1977). *The Age of uncertainty*. Boston: Houghton Mifflin.

Giglio, S., Kelly, B., & Pruitt, S. (2016). Systemic risk and the macroeconomy: An empirical evaluation. *Journal of Financial Economics, 9*(3), 457–471, 11.

Gilchrist, S., Sim, J. W., & Zakrajšek, E. (2014). *Uncertainty, financial frictions, and investment dynamics (No. w20038)*. Washington DC: National Bureau of Economic Research.

Gulen, H., & Ion, M. (2015). Policy uncertainty and corporate investment. *Review of Financial Studies, 29*(3), 523–564.

Gupta, R., Lahiani, A., Lee, C. C., & Lee, C. C. (2018). Asymmetric dynamics of insurance premium: The impacts of output and economic policy uncertainty. *Empirical Economics*, 1–20.

Handley, K., & Limao, N. (2015). Trade and investment under policy uncertainty: Theory and firm evidence. *American Economic Journal: Economic Policy, 7*(4), 189–222.

Hassan, T. A., Hollander, S., van Lent, L., & Tahoun, A. (2017). *Firm-level political risk: Measurement and effects (No. w24029)*. Washington DC: National Bureau of Economic Research.

Hassan, S., Shabi, S., & Choudhry, T. (2018). *Asymmetry, uncertainty and international trade*. No. 2018-24.

Hayford, M. D., & Malliaris, A. G. (2005). Recent monetary policy in the US: Risk management of asset bubbles. *The Journal of Economic Asymmetries, 2*(1), 25–39.

He, Z., & Niu, J. (2017). The effect of economic policy uncertainty on bank valuations. *Applied Economics Letters, 25*(5), 1–3.

Holmes, M. J., & Maghrebi, N. (2016). Financial market impact on the real economy: An assessment of asymmetries and volatility linkages between the stock market and unemployment rate. *The Journal of Economic Asymmetries, 13*, 1–7.

Im, H. J., Park, H., & Zhao, G. (2017). Uncertainty and the value of cash holdings. *Economics Letters, 155*, 43–48.

Istiak, K., & Alam, M. R. (2019). Oil prices, policy uncertainty and asymmetries in inflation expectations. *Journal of Economics Studies, 46*(2), 324–334.

Istiak, K., & Serletis, A. (2018). Economic policy uncertainty and real output: Evidence from the G7 countries. *Applied Economics, 50*(39), 4222–4233.

Jens, C. E. (2017). Political uncertainty and investment: Causal evidence from US gubernatorial elections. *Journal of Financial Economics, 124*(3), 563–579.

Jeong, B. (2002). Policy uncertainty and long-run investment and output across countries. *International Economic Review, 43*(2), 363–392.

Jones, P. M., & Olson, E. (2013). The time-varying correlation between uncertainty, output, and inflation: Evidence from a DCC-GARCH model. *Economics Letters, 118*(1), 33–37.

Julio, B., & Yook, Y. (2012). Political uncertainty and corporate investment cycles. *The Journal of Finance, 67*(1), 45–83.

Jurado, K., Ludvigson, S. C., & Ng, S. (2015). Measuring uncertainty. *The American Economic Review, 105*(3), 1177–1216.

*S.A. Al-Thaqeb, B.G. Algharabali*                                                                                          *The Journal of Economic Asymmetries 20 (2019) e00133*

Kahle, K. M., & Stulz, R. M. (2013). Access to capital, investment, and the financial crisis. *Journal of Financial Economics, 110*(2), 280–299.

Kang, W., Lee, K., & Ratti, R. A. (2014). Economic policy uncertainty and firm-level investment. *Journal of Macroeconomics, 39*(PA), 42–53.

Karnizova, L., & Li, J. C. (2014). Economic policy uncertainty, financial markets and probability of US recessions. *Economics Letters, 125*(2), 261–265.

Kelly, B., Pástor, L., & Veronesi, P. (2016). The price of political uncertainty: Theory and evidence from the option market. *The Journal of Finance, 71*(5), 2417–2480.

Kim, H., & Kung, H. (2016). The asset redeployability channel: How uncertainty affects corporate investment. *Review of Financial Studies, 30*(1), 245–280.

Ko, J.-H., & Lee, C.-M. (2015). International economic policy uncertainty and stock prices: Wavelet approach. *Economics Letters, 134*, 118–122.

Lash, N. A. (2004). Corruption and economic development. *The Journal of Economic Asymmetries, 1*(1), 85–109.

Leduc, S., & Liu, Z. (2016). Uncertainty shocks are aggregate demand shocks. *Journal of Monetary Economics, 82*, 20–35.

Li, X.-L., Balcilar, M., Gupta, R., & Chang, T. (2016). The causal relationship between economic policy uncertainty and stock returns in China and India: Evidence from a bootstrap rolling window approach. *Emerging Markets Finance and Trade, 52*(3), 674–689.

Li, X.-M., Zhang, B., & Gao, R. (2015). Economic policy uncertainty shocks and stock–bond correlations: Evidence from the US market. *Economics Letters, 132*, 91–96.

Manela, A., & Moreira, A. (2017). News implied volatility and disaster concerns. *Journal of Financial Economics, 123*(1), 137–162.

Masson, P. R., & Pattison, J. C. (2009). Financial regulatory reform: Using models of cooperation to evaluate current prospects for international agreement. *The Journal of Economic Asymmetries, 6*(3), 119–136.

Mian, A., & Sufi, A. (2010). The great recession: Lessons from microeconomic data. *The American Economic Review, 100*(2), 51–56.

Mian, A., Sufi, A., & Khoshkhou, N. (2015). *Government economic policy, sentiments, and consumption (No. w21316)*. Washington DC: National Bureau of Economic Research.

Mueller, P., Tahbaz-Salehi, A., & Vedolin, A. (2017). Exchange rates and monetary policy uncertainty. *The Journal of Finance, 72*(3), 1213–1252.

Nagar, V., Schoenfeld, J., & Wellman, L. (2019). The effect of economic policy uncertainty on investor information asymmetry and management disclosures. *Journal of Accounting and Economics, 67*(1), 36–57.

Nallareddy, S., & Ogneva, M. (2016). Predicting restatements in macroeconomic indicators using accounting information. *The Accounting Review, 92*(2), 151–182.

Nguyen, N. H., & Phan, H. V. (2017). Policy uncertainty and mergers and acquisitions. *Journal of Financial and Quantitative Analysis, 52*(2), 613–644.

Panousi, V., & Papanikolaou, D. (2012). Investment, idiosyncratic risk, and ownership. *The Journal of Finance, 67*(3), 1113–1148.

Pástor, L., & Veronesi, P. (2012). Uncertainty about government policy and stock prices. *The Journal of Finance, 67*(4), 1219–1264.

Pástor, L., & Veronesi, P. (2013). Political uncertainty and risk premia. *Journal of Financial Economics, 110*(3), 520–545.

Phan, H. V., Nguyen, N. H., Nguyen, H. T., & Hegde, S. (2019). Policy uncertainty and firm cash holdings. *Journal of Business Research, 95*, 71–82.

Pierce, J. R., & Schott, P. K. (2016). The surprisingly swift decline of US manufacturing employment. *The American Economic Review, 106*(7), 1632–1662.

Riddick, L. A., & Whited, T. M. (2009). The corporate propensity to save. *The Journal of Finance, 64*(4), 1729–1766.

Rodrik, D. (1991). Policy uncertainty and private investment in developing countries. *Journal of Development Economics, 36*(2), 229–242.

Santa-Clara, P., & Valkanov, R. (2003). The presidential puzzle: Political cycles and the stock market. *The Journal of Finance, 58*(5), 1841–1872.

Scotti, C. (2016). Surprise and uncertainty indexes: Real-time aggregation of real-activity macro-surprises. *Journal of Monetary Economics, 82*, 1–19.

Shahzad, S. J. H., Raza, N., Balcilar, M., Ali, S., & Shahbaz, M. (2017). Can economic policy uncertainty and investors sentiment predict commodities returns and volatility? *Resources Policy, 53*, 208–218.

Van Vo, L., & Le, H. T. T. (2017). Strategic growth option, uncertainty, and RandD investment. *International Review of Financial Analysis, 51*, 16–24.

Walkup, B. (2016). The impact of uncertainty on payout policy. *Managerial Finance, 42*(11), 1054–1072.

Wang, Y., Chen, C. R., & Huang, Y. S. (2014). Economic policy uncertainty and corporate investment: Evidence from China. *Pacific-Basin Finance Journal, 26*, 227–243.

Wellman, L. A. (2017). Mitigating political uncertainty. *Review of Accounting Studies, 22*(1), 217–250.

Yu, H., Fang, L., Du, D., & Yan, P. (2017). How EPU drives long-term industry beta. *Finance Research Letters, 22*, 249–258.

# EXHIBIT BH-88

 CoinMarketCap

  

Cryptos: 25,640    Exchanges: 641    Market Cap: $1,063,764,487,796.06    24h Vol: $24,159,481,524    Dominance: BTC: 47.6% ETH: 20.0%    ETH Gas: 47 Gwei

CoinMarketCap: Read what our contributors have to say. This content is provided by the community. DYOR!

Blog / How-to Guides / Marketing

# Stablecoins And BUSD: What Are They And How do they work?

 BUSD

 By **BUSD**

Created 10 months ago, last updated 9 months ago  •  6 mins read



## Table of Contents

- What is a stablecoin?
- 1. Fiat-backed stablecoins
- 2. Crypto-backed stablecoins
- 3. Algorithmic stablecoins
- What are stablecoins used for?
- What is BUSD (Binance USD)?
- How does BUSD work?
- BUSD price and market capitalization
- What are the benefits of BUSD over other stablecoins?
- How to buy BUSD?
- Trade on Binance, the world's leading crypto exchange
- Buy BUSD on Paxos
- Swap to BUSD with DApps

# What is a stablecoin?

A stablecoin is a cryptocurrency pegged to an asset with relatively low volatility, such as a fiat currency or other crypto asset. Stablecoins are designed to maintain a stable price so users can avoid market volatility risks.

Stablecoins can be categorized into three types identifiable by the underlying collateral: fiat-backed, crypto-backed, and algorithmic (non-collateralized).



## 1. Fiat-backed stablecoins

Fiat-backed stablecoins are cryptocurrencies pegged to traditional fiat currencies such as the US dollar or euro. They maintain a peg by keeping reserves that, in most cases, can be exchanged for a stablecoin. BUSD is one of the most trusted fiat-backed stablecoins available due to its transparency, attested reserves, and regulated status.

## 2. Crypto-backed stablecoins

The value of a crypto-collateralized stablecoin can be pegged to a fiat currency or another cryptocurrency. However, it maintains its reserves in crypto rather than fiat. Crypto-backed stablecoins usually over-collateralize their reserves as a measure against price swings in the value of the reserve asset.

For example, let's look at the USD-pegged, crypto-collateralized stablecoin DAI. DAI is backed by an over-collateralized supply of another cryptocurrency, such as ETH. DAI requires a minimum 150% collateralization ratio, meaning that the dollar value of ETH deposited in a smart contract must at least be worth 1.5 more than the DAI being borrowed. For example, for a user to borrow $1,000 worth of DAI they have to lock in $1,500 of Ether. If the market price of Ether drops to the point where the minimum collateralization ratio is no longer met, the collateral is automatically paid back into the smart contract to liquidate the position.

## 3. Algorithmic stablecoins

Algorithmic stablecoins are those that do not involve the use of any reserve asset. Instead, the on-chain algorithms and smart contracts manage the tokens' supply like a central bank. This non-collateralized model, without any reserve assets, uses market operations to maintain a stablecoin's value by increasing or decreasing its supply. However, successfully running an algorithmic stablecoin has often proved difficult.

TerraUSD, an algorithmic stablecoin, was one popular option. However, it dramatically lost its peg to the dollar in May 2022. Arbitrage maintained its 1:1 peg to the dollar for some time, as one TerraUSD was exchangeable for one dollar of LUNA. However, the decline in crypto markets led to a death spiral. This brought a loss of confidence and caused TerraUSD to lose more than 97% of its value.

# What are stablecoins used for?

Crypto traders and businesses can use stablecoins to try to minimize the risks caused by market volatility. Let's look at an example. Microsoft was an early adopter of Bitcoin and started accepting BTC payments in 2014. However, Microsoft stopped accepting BTC in 2016 and again in 2018 due to high volatility. To reduce the risk of volatility, Microsoft could have converted its holdings into a stablecoin like BUSD  and maintained their dollar value.

# What is BUSD (Binance USD)?

BUSD is a fiat-backed stablecoin pegged to the US dollar and issued by Paxos. BUSD is available for purchase and redemption at a rate of 1 BUSD to 1 USD. The stablecoin was launched in September 2019 in partnership with Binance and is now the seventh largest cryptocurrency by market cap and the third largest stablecoin.

BUSD is an ERC-20 token issued on Ethereum. There are also BEP-20 and BEP-2 Binance-Peg tokens available with multiple use cases on BNB Chain and Binance.com. Nomic Labs has audited its smart contract, and top US auditor Withum attests to its reserve account balance.

## How does BUSD work?

To maintain its one dollar value, Paxos holds an amount of US dollars equal to the total supply of BUSD. BUSD and USD are exchangeable at any time through Paxos. Let's look exactly how:

1. A user sends USD to Paxos' bank reserve account.
2. The issuer (Paxos) creates the equivalent amount of BUSD on Ethereum.
3. The newly minted BUSD is delivered to the user while the USD is held in the bank reserve account.
4. The mechanism always works in reverse too. Users can burn BUSD with Paxos and receive $1 in return.

By burning/minting BUSD using the smart contract, the mechanism can keep the supply and reserves at a constant 1:1 ratio.

## BUSD price and market capitalization

The price of BUSD is $ 1 per (BUSD / USD) with a market cap of around **$18B**. Click here to check the real-time live data.

## What are the benefits of BUSD over other stablecoins?

There are a number of reasons why BUSD is a popular choice with many traders and investors. However, always remember that stablecoins are only as stable as the value of the underlying collateral. There is no such thing as a guaranteed peg, so this should be taken into consideration too.

- **Regulation.** Paxos (BUSD's issuer) and BUSD are both regulated by the New York State Department of Financial Services(NYDFS). On top of it, BUSD is "greenlisted" by the NYDFS since August 2020, making it pre-approved for custody and trading by any of the NYDFS' virtual currency licensees.
- **Fully backed by cash with guaranteed deposits.** Every collateralizing deposit is held at FDIC-insured US banks.
- **Attested.** Every Paxos Standard bank account is overseen by US auditing firm Withum.
- **No fees.** BUSD is issued and redeemed without any extra charges.
- **Transparency.** Paxos publishes its BUSD monthly reserves report.
- **Security.** Paxos has **bankruptcy-remote accounts.** Even in the unlikely event that Paxos Trust became insolvent, it would not go through standard bankruptcy procedures. Assets held in custody by Paxos Trust would be returned to their rightful owners.
- **Appealing trading fees. (1) Zero maker fees.** On Binance. There are over 300 BUSD spot and margin trading pairs that now have zero maker fees for users who place orders on the order book. For market makers, they can enjoy appealing trading fees with BUSD. **(2) Zero transaction fees.** Besides, Binance offers zero transaction fees on all BUSD stablecoin pairs. If users hold other stablecoins but want to switch to BUSD, the process is totally free with Binance. **(3)Zero gas fee on BNB Chain.** In addition, users can withdraw Binance-Peg BUSD (BEP-20) with zero fees through BNB Smart Chain.

# How to buy BUSD?

There are different ways to buy BUSD. You can find a few options for purchasing BUSD on our BUSD landing page.

## Trade on Binance, the world's leading crypto exchange

The most convenient option is to buy BUSD on the secondary market – such as with an exchange like Binance. Binance provides many tradeable BUSD pairs and simple fiat gateways, making it easy to add BUSD to your portfolio. You can:

1. Trade 250+ cryptocurrencies for BUSD on Binance.
2. Use a bank wire transfer or a debit/credit card to purchase BUSD.
3. Convert other selected stablecoins to BUSD with zero fees.

## Buy BUSD on Paxos

BUSD is available on the Paxos platform for direct purchase and redemption 1:1 for US dollars or PAX.

## Swap to BUSD with DApps

In addition, you can also explore the BUSD landscape to interact with various DApps such as PancakeSwap. BUSD is a commonly used crypto when providing liquidity and is also widely used in swappable token pairs on DEXs.

**Contact BUSD team**

Interested in collaborating with us on BUSD and Binance-Peg or want to learn more? Contact us through this Request Form, and our team will get back to you within 3 working days.

For more detailed information about BUSD, refer to the following resources:

Buy BUSD | GitHub | What is BUSD | Twitter |BNB Chain (BEP20) | Ethereum (ERC20)| Request Form

Get started with BUSD today!

*Disclaimer: BUSD is issued on Ethereum by Paxos and regulated by the NYDFS. Binance provides the pegged token service to lock BUSD on Ethereum and issues an equivalent amount of Binance-peg BUSD on other networks. Check out the proof of assets for more details. Please note that Binance-Peg BUSD is a Binance product. It is not issued by Paxos nor regulated yet by the NYDFS.*

1.71K views                                                    ♡ 56 likes   |   ⊲ 33 shared

See the latest updates from across the crypto universe ›

 **BUSD**

## Other articles published on Aug 11, 2022

Announcements
🦎 **Super Rare and Epic Rarity NFT Hodlers Airdrop Reveal**

By Bit Hotel
10 months ago   •   2 mins read

Blog
**Salmonation Tokenomic Token to COIN made by carefull calculation, for developing the ecosystem. w...**

Sui , tokenomic , hiddengems , blockchain , supply , gems , crypto , coin , token , indonesia , koin , potential

By salmonation

10 months ago • 4 mins read

Announcements

## How to Participate in the ZinaX Crowdpool

Join the $200k ZinaX Crowdpool on Dodo BSC

By ZinariCoin

10 months ago • 2 mins read

Blog

## The History of Blockchain

By Decimal

10 months ago • 4 mins read

Announcements

## Tago Airdrop Event

By kommunitas

10 months ago • 1 min read

Announcements

## Financial Update for July 2022

Every month the Lisk Foundation provides a financial report in which monthly expenditures are transparently broken down.

By Lisk

10 months ago • 3 mins read

See all articles →

Join the thousands already learning crypto!

## Join our free newsletter for daily crypto updates!

Subscribe

# EXHIBIT BH-89

Benefits of BNB · BNB Burns · How to Use BNB

# What is BNB?

BNB is the cryptocurrency coin that powers the BNB Chain ecosystem. As one of the world's most popular utility tokens, not only can you trade BNB like any other cryptocurrency, you can also use BNB in a wide range of applications and use cases. Click here to learn more about BNB.

**Buy BNB Now**

Benefits of BNB | BNB Burns | How to Use BNB

## Benefits of BNB

Use BNB to pay for goods and services, settle transaction fees on Binance Smart Chain, participate in exclusive token sales and more.

Learn more about BNB and start saving on trading fees.

| Save **25%** | Save **25%** | Save **10%** |
|---|---|---|
| On Spot Trading fees | On Margin Trading fees | On Futures Trading fees |



 Lend through new token farming opportunities on **Binance Launchpool**

 Access exclusive token sales on **Binance Launchpad**

 Spend your BNB at more than 60 million merchants worldwide with **Binance Visa Card**

Send and receive crypto payments with **Binance Pay**

Apply for crypto loans using **Binance Loan**

Stake BNB to earn rewards and help secure the **BNB Chain** ecosystem

 Earn a flexible percentage yield by depositing **BNB** on **select BNB Chain projects**

# BNB Burns

BNB uses an Auto-Burn system to reduce its total supply to 100,000,000 BNB. The BNB Auto-Burn mechanism adjusts the amount of BNB to be burned based on BNB's price and the number of blocks generated on BNB Smart Chain (BSC) during the quarter. This offers greater transparency and predictability to the BNB community.

BNB lost in eligible cases can also be reimbursed through the BNB Pioneer Burn Program. This counts users' lost coins towards the official burn count and reimburses them with BNB.

BNB additionally uses a real-time burning mechanism based on gas fees. A fixed ratio of the gas fee collected is burned in each block, with the ratio decided by BSC validators.

You can learn more about BNB burns at **https://www.bnbburn.info/.**

# How to Use BNB



Benefits of BNB     BNB Burns     **How to Use BNB**

# How to Use BNB

Explore the ever-growing list of ways you can use BNB.

**Payment**    Travel    Entertainment    Service    Finance



### Pundi X
Pay via XPOS
→

### Monetha
Pay in BNB at Monetha merchants
→

### HTC
Buy a smartphone
→

### Coinpayments
Pay in BNB
→



### CoinGate
Pay in BNB
→



### Coinify
Pay in BNB
→



### NOWPayments
Pay in BNB and BUSD
→

If you want to integrate BNB into your product or platform, contact us at business@binance.com

## Get the cryptocurrency that powers the BNB ecosystem

Buy BNB Now

| About Us | Products | Service | Support | Learn | Community |
|---|---|---|---|---|---|
| About | Exchange | Downloads | Request a Feature | Learn & Earn | |
| Press | Academy | Desktop Application | Support Center | Browse Crypto Prices | |
| Careers | Binance Live | Buy Crypto | 24/7 Chat Support | Bitcoin Price | |
| Business Contacts | Charity | Institutional & VIP Services | APIs | Ethereum Price | |
| Community | Card | OTC Trading | Fees | Buy BNB | |
| Binance Blog | Labs | Referral | Trading Rules | Buy BUSD | |
| Building Trust | Launchpad | Affiliate | Binance Verify | Buy Bitcoin | |
| Legal | Research | BNB | Law Enforcement Requests | Buy Ethereum | |
| Terms | NFT | Listing Application | Binance Legal (Court Orders) | Buy Dogecoin | |
| Privacy | Binance Pay | P2P Merchant Application | Binance Airdrop Portal | Buy Ripple | |
| Risk Warning | Binance Gift Card | P2Pro Merchant | | Buy Tradable Altcoins | |

Benefits of BNB    BNB Burns    **How to Use BNB**

**Buy BNB Now**

### About Us

About

Press

Careers

Business Contacts

Community

Binance Blog

Building Trust

Legal

Terms

Privacy

Risk Warning

Announcements

News

Notices

Sitemap

Cookie Preferences

### Products

Exchange

Academy

Binance Live

Charity

Card

Labs

Launchpad

Research

NFT

Binance Pay

Binance Gift Card

BABT

Binance Tax

### Service

Downloads

Desktop Application

Buy Crypto

Institutional & VIP Services

OTC Trading

Referral

Affiliate

BNB

Listing Application

P2P Merchant Application

P2Pro Merchant Application

Historical Market Data

Proof of Reserves

### Support

Request a Feature

Support Center

24/7 Chat Support

APIs

Fees

Trading Rules

Binance Verify

Law Enforcement Requests

Binance Legal (Court Orders)

Binance Airdrop Portal

### Learn

Learn & Earn

Browse Crypto Prices

Bitcoin Price

Ethereum Price

Buy BNB

Buy BUSD

Buy Bitcoin

Buy Ethereum

Buy Dogecoin

Buy Ripple

Buy Tradable Altcoins

### Community

# EXHIBIT BH-90

‹ **Binance Blog**

# Binance and BNB Chain: What's the Difference?

2022-10-21

👍

70

## Main Takeaways

- Binance is a centralized organization behind an expansive ecosystem that includes the largest digital asset exchange in the world by trading volume, among a vast range of other products and services.

- BNB Chain was originally initiated by Binance but has since grown to become a community-driven, permissionless, and decentralized blockchain ecosystem.

- Binance is now simply one of the many contributors operating within the BNB Chain ecosystem rather than some kind of dominant force wielding unilateral power over it. Binance does not own or control BNB Chain.

*Binance is a company that exists to take crypto to the masses and help move the world to a decentralized digital future. Learn more about how Binance helped launch the world's largest smart-contract blockchain by transaction volume. BNB Chain now exists as a fully decentralized ecosystem run by its community and a distributed network of validators.*



**Share Posts**

     

◇ Binance and BNB Chain: What's the Difference?

Main Takeaways

What Is Binance?

What Is BNB Chain?

Binance Does Not Own or Control BNB Chain

Centralization Versus Decentralization

Working Towards Web3

Related Posts



Today, Binance runs the largest digital asset exchange in the world by trading volume. Back in 2017, it launched the BNB utility token, with the initial use case of allowing users to receive discounts when paying their trading fees. That token has since added hundreds of other use cases. One of them is paying fees to use BNB Chain, which, as of October 2022, is the largest smart-contract blockchain in terms of transaction volume, with an ecosystem of more than 1,300 active decentralized applications (DApps).

Because of the fact that Binance was originally involved in initiating the blockchain, many people mistakenly assume that Binance and BNB Chain can be spoken of as one and the same — that it is "Binance's chain". This, however, is not the case.

This article will explore the history of Binance, the history of BNB Chain, and explain why — in reality — the company founded by Changpeng Zhao and Yi He has no ownership of the decentralized blockchain ecosystem it once helped create, and still supports today.

## What Is Binance?

Binance was launched in July 2017 as a cryptocurrency exchange driven by a vision of providing a simple, usable platform for people to trade digital assets such as Bitcoin and Ethereum. Binance's co-founders were Changpeng Zhao, known as CZ, and Yi He.

Within 180 days of launch, they managed to grow Binance into the largest digital asset exchange in the world by trading volume. Five years later, the platform remains top of that chart, processing tens of billions of dollars in transactions per day. In April 2022, The Washington Post reported that Binance has four times the spot trading volume of its nearest competitor on a typical day.

Over the years, however, Binance has grown into more than a trading platform. Today, the exchange is just one part of the company's product suite, with Binance establishing itself as the world's leading blockchain ecosystem. This includes initiatives such as:

**Binance Labs** — an accelerator that incubates and invests in blockchain projects.

**Binance Pay** — a contactless, borderless and secure crypto payment technology.


70

**Share Posts**

     

Binance and BNB Chain: What's the Difference?

**Main Takeaways**

What Is Binance?

What Is BNB Chain?

Binance Does Not Own or Control BNB Chain

Centralization Versus Decentralization

Working Towards Web3

**Related Posts**



**Binance NFT Marketplace** — a platform to create and trade digital art and collectibles.

**Binance Charity** — a not-for-profit foundation advancing blockchain-enabled giving.

All these strands feed into Binance's mission to be the infrastructure service provider in the crypto space and contribute to building a world where blockchain helps people achieve financial freedom. Everyone should be able to make their own decisions and control their own affairs — no matter who they are or where they're from.

These are the ideas that fuel the Web3 revolution, the push towards the next generation of the internet where decentralized blockchain tech lets people control their own data and online lives. As CZ has said: "Centralized exchanges provide an incremental step for users to access crypto and can act as a bridge between centralized and decentralized systems." Binance stands at the forefront of that vision for change, paving the way to freedom for millions, and potentially billions of people around the world.

## What Is BNB Chain?

Build N Build (BNB) Chain is a distributed blockchain network upon which developers and innovators can build decentralized applications (DApps) as part of the move to Web3.

Decentralization is one of the core properties of Web3 blockchain technology and its applications. The key design principle of such systems is that there is no one person or organization in charge. Rather, the tech allows users to transact safely without having to rely on a third party to maintain trust. It also opens the door for computer software known as smart contracts to automate many of these interactions, allowing for the creation of decentralized applications that support a wide array of products — from financial services (DeFi) to games (GameFi) and digital collectibles (NFTs).

As of October 2022, BNB Chain is the world's largest smart-contract blockchain in terms of transaction volume and daily active users. At the time of writing, it has processed 3 billion transactions from 163 million unique addresses, and has an ecosystem of more than 1,300 active DApps. The decentralized nature of the network means anyone can build a product on BNB Chain without having to ask for permission, and potentially reach a massive audience.

The history of BNB Chain stretches back to April 2019 when Binance launched what was then known as Binance Chain. At that point, the BNB utility token — which was originally designed to lower the trading fees users pay on Binance — switched over from the Ethereum network, where it was launched in 2017, and became the token of Binance Chain. September 2020 then saw the launch of what was formerly called Binance Smart Chain. The key feature of this new chain was the addition of smart-contract functionality and the ability



70

### Share Posts

    

Binance and BNB Chain: What's the Difference?

Main Takeaways

◇ **What Is Binance?**

What Is BNB Chain?

Binance Does Not Own or Control BNB Chain

Centralization Versus Decentralization

Working Towards Web3

### Related Posts



for developers to build <u>DApps</u>.

All this came together with the February 2022 launch of BNB Chain, which consists of BNB Beacon Chain (previously Binance Chain) and BNB Smart Chain (previously Binance Smart Chain). The former is focused on governance (staking and voting) while the latter continues to serve as the infrastructure for building a sprawling ecosystem for large-scale decentralized apps. Crucially, BNB Chain exists as a community-driven, open-sourced, and decentralized ecosystem.

## Binance Does Not Own or Control BNB Chain

The nature of the relationship between BNB Chain and Binance can appear confusing to some people. The fact that BNB Chain came into existence following the earlier launches of Binance Chain (2019) and Binance Smart Chain (2020) leads to many simply assuming that it must be another Binance product or project — much like Binance Pay or Binance Labs. Similarly, because the BNB token was originally created to pay fees on Binance, it's also often assumed that there must be some kind of ownership or control of both the chain and the token on Binance's part.

However, there's one key difference between BNB Chain and Binance that needs to be understood: BNB Chain is a decentralized blockchain ecosystem whereas Binance is a centralized company seeking to serve the Web3 world.

In practical terms, no one person or organization has ownership of the BNB Chain. Yes, Binance introduced the original idea, contributed some code for BNB Chain, and remains a committed supporter. But at the same time, Binance's original vision for BNB Chain was for the network to be independent and decentralized. Anyone can gather BNB stakes to become a network validator. At the time of writing BNB Smart Chain is already on its way to 41 active validators.

On the other hand, Binance, even though it is a highly distributed and horizontally structured organization, is centralized. Ultimately, it is the company's leadership that has the power to determine the direction in which the ecosystem moves — even though it is the user's needs that are always at the center. Binance can't dictate what BNB Chain does, because that is up to the chain's community and validator consensus.

## Centralization Versus Decentralization

One of the advantages of Binance's centralized nature is that people know who is behind the services they are using. It also means they have someone to turn to if they need help. Binance prides itself on being user-focused, with customer service on hand 24/7 to assist with information, complaints, security, or any other matter. This is how Binance serves as a reliable on-ramp for millions of people embarking on their Web3



70

Share Posts

    

Binance and BNB Chain: What's the Difference?

Main Takeaways

What Is Binance?

◇ **What Is BNB Chain?**

Binance Does Not Own or Control BNB Chain

Centralization Versus Decentralization

Working Towards Web3

Related Posts



journey.

A user can never lose access to their crypto stored on Binance because of a forgotten or lost password. Customers can also use the platform's services safe in the knowledge that Binance meets all legal requirements when it comes to regulatory compliance and anti money-laundering policies.

BNB Chain, meanwhile, is — as discussed above — decentralized. This means it provides more freedom for users to explore Web3 with greater independence and full control of their own data and security. Anyone can access the chain and its apps without permission, as long as they have a crypto wallet and some BNB to pay for fees. But they also need to be more experienced as there's no one to turn to should anything go wrong.

Read more: [CZ on Centralization vs Decentralization (2022)](#)

## Working Towards Web3

Ultimately, Binance and BNB Chain are part of the same push to Web3. Both exist with the purpose of helping everyday people around the world achieve the freedom and security they deserve to control their own online transactions, data, and digital lives.

Binance exists with that very mission in mind. As a centralized digital asset exchange, it offers an easy and safe way into the world of crypto and Web3 for millions of people across the globe. When those users have become more experienced, they can then dive deeper into exploring the decentralized internet through the DApps on BNB Chain.

As Binance's CZ says: "We are a big proponent of decentralization. At Binance, we believe in taking incremental steps as well as providing users with options for all available tools. Binance invests heavily in the development of both CEX [centralized] and DeFi [decentralized] solutions and we will continue to be advocates for a future where freedom and security can go hand in hand."

BNB Chain as a decentralized network will always have a history and relationship with Binance the company, but there is zero ownership or control involved. The chain has its community and validators, and there's no one single entity that can dictate the decisions taken, least of all a centralized exchange. Above all else, Binance is but a humble part of the BNB ecosystem, rather than the other way around.



the Difference?

Main Takeaways

What Is Binance?

What Is BNB Chain?

Binance Does Not Own or Control BNB Chain

◇ Centralization Versus Decentralization

Working Towards Web3

## Related Posts



Introducing Biometric Authentication on Binance



Binance Labs Launches Season 4 of its Incubation Program with 14 Early-Stage

Read the following helpful articles to learn more about BNB Chain, DApps and CZ's views on centralization vs decentralization:

- Introducing BNB Chain: The Evolution of Binance Smart Chain

- What Are Decentralized Applications (DApps)?

- CZ on Centralization Vs. Decentralization (2022)

Start-ups



Binance Labs Closes $500M Investment Fund to Boost Blockchain, Web3, and Value-Building Technologies

## About Us
About
Press
Careers
Business Contacts
Community
Binance Blog
Building Trust
Legal
Terms
Privacy
Risk Warning
Announcements
News
Notices
Sitemap
Cookie Preferences

## Products
Exchange
Academy
Binance Live
Charity
Card
Labs
Launchpad
Research
NFT
Binance Pay
Binance Gift Card
BABT
Binance Tax

## Service
Downloads
Desktop Application
Buy Crypto
Institutional & VIP Services
OTC Trading
Referral
Affiliate
BNB
Listing Application
P2P Merchant Application
P2Pro Merchant Application
Historical Market Data
Proof of Reserves

## Support
Request a Feature
Support Center
24/7 Chat Support
APIs
Fees
Trading Rules
Binance Verify
Law Enforcement Requests
Binance Legal (Court Orders)
Binance Airdrop Portal

## Learn
Learn & Earn
Browse Crypto Prices
Bitcoin Price
Ethereum Price
Buy BNB
Buy BUSD
Buy Bitcoin
Buy Ethereum
Buy Dogecoin
Buy Ripple
Buy Tradable Altcoins

## Community