# EXHIBIT BH-91

# FEDS Notes

 Twitter    Share   RSS

December 16, 2022

## The stable in stablecoins

Garth Baughman, Francesca Carapella, Jacob Gerszten, and David Mills

## Introduction

Stablecoins have garnered much attention as a key part of the emerging decentralized finance (or "DeFi") ecosystem, and as a potential way to pay for goods and services. Stablecoins facilitate trades on crypto exchanges, serve as the underlying asset for many crypto loans, and allow market participants to avoid inefficiencies stemming from converting back to fiat currency for crypto trades. They essentially serve as both a means of payment and store of value for these transactions. As the name suggests, stablecoins attempt to provide a stable value relative to other crypto assets by pegging their value to a real-world asset, known as the reference asset, such as the US dollar.[1] This is done through a stablecoin's "stabilization mechanism," the process by which a stablecoin maintains its peg against the real-world asset. Existing stablecoins today utilize a variety of stabilization mechanisms.

In this note we describe the general lifecycle of a stablecoin from its issuance to its redemption. We then categorize various stabilization mechanisms and discuss how they work in practice. A key observation is that, although several stablecoins may peg their value to the same real-world asset, stabilization mechanisms can vary greatly in terms of maintaining stability with the reference asset, and so may have varying susceptibilities to the risk of runs from the stablecoin to the reference asset.[2]

## Background on stablecoins

Stablecoins are cryptocurrencies that peg their value to a real-world asset, typically the US dollar (USD).[3] Despite a recent retrenchment, stablecoins have experienced rapid growth over the past 22 months, as illustrated in Figure 1, with Tether (blue) and USD Coin (brown) accounting for the largest market capitalization as of November 10, 2022.[4]

### Figure 1. Market cap by stablecoin



Source: DeFi Llama.

Accessible version

Stablecoins' primary role is to provide media of exchange – means of payment – within the digital asset ecosystem, a role they serve because of their utility across *blockchains* (see Glossary). Over 80 percent of trade volume on major centralized crypto exchanges involves stablecoins as part of the traded pair, illustrating this medium-of-exchange role.[5] The role of stablecoins as media of exchange is intrinsically linked to their role as a store of value in crypto markets, which are otherwise populated with very volatile assets. As illustrated in Figure 2, the prices of the three largest stablecoins have experienced only small fluctuations relative to those of other crypto assets.[6]

## Figure 2. Stablecoin (LHS) and non-stablecoin prices (RHS)



Note: Prices are the daily close price at 00:00 GMT.

Source: CryptoCompare.

Accessible version

A stablecoin begins life at issuance. To initiate issuance, someone who wants a newly minted stablecoin sends some other asset in exchange to a designated party. This designated party may be a custodian, e.g. a bank, a wallet provider, or some other real-world party, or a smart contract, depending on the type of stablecoin. Upon confirmation that the assets have been received, the issuer creates (in jargon "mints") and allocates an equivalent amount of stablecoins to the user's account or wallet.[7] In the case of uncollateralized stablecoins, issuance happens via a smart contract but follows a different mechanism, described below, as assets are not generally kept in reserve.

Transfers of stablecoins typically take place on distributed ledgers and involve network participants. The sender of stablecoins initiates the transfer to a receiving user by instructing a smart contract accordingly. Network participants verify that the transfer is in line with the rules of the stablecoin protocol and validate the transfer, possibly charging transaction fees. Typically, a validated transaction is stored on a publicly visible distributed ledger, such as a blockchain. But, in some cases, a transaction can be recorded on the books of the entity providing custody and other services, known as a wallet provider.[8] This methodology was Facebook's proposal for the transfer of Libra/Diem, which was never launched, and can also be adopted for the transfer of stablecoins that are issued by and traded within institutions with the aim to settle internal transactions involving tokenized securities.[9]

The process of redeeming stablecoins is similar to their issuance, but in reverse. A user instructs a smart contract to send stablecoins to an account – a dedicated network address – specified by the issuer, who then withdraws them from circulation (in jargon -"burns" them). Once these units are burned, the custodian is instructed to transfer an equivalent amount of the assets transferred at issuance back to the user.[10]

## Stabilization mechanisms

With respect to the commitment to stabilize their value relative to another asset, stablecoin issuers are similar to a currency board, which is required to maintain a fixed exchange rate with a foreign currency and holding that foreign currency in reserves.[11] In the world of crypto currencies, a stablecoin's strategy to maintain its target price is referred to as its "stabilization mechanism." Stabilization mechanisms differ according to whether a stablecoin is collateralized by some type of asset or is uncollateralized. Collateralized stablecoins can be described according to two broad categories:

1. Off-chain collateralized stablecoins are backed by bank deposits or other cash-like assets traded in the traditional financial system. Because traditional assets are not represented by tokens on a blockchain, these stablecoins are referred to as "off-chain". The collateral assets require a custodian for their safekeeping until the user redeems the stablecoins. Off-chain stablecoins are typically fully collateralized by dollar-denominated assets. Examples include Tether and USD Coin.

2. On-chain collateralized stablecoins are backed by assets that can be represented by tokens on a blockchain, so the collateral can be held in smart contracts.[12] Hence, these stablecoins are referred to as "on-chain" and do not need either an issuer or a custodian to satisfy any claims. On-chain stablecoins are collateralized by crypto assets. Examples include Liquity USD (LUSD) and Dollar on Chain (DoC).*

In contrast, uncollateralized stablecoins are not backed by any external assets. Examples include Decentralized USD (USDD) and Terra Classic USD (USTC) (formerly Terra USD).

As shown in Figure 3, while off-chain collateralized stablecoins maintained the lion's share of the stablecoins market since 2020, uncollateralized stablecoins experienced the most rapid growth during the first half of 2022. The collapse of the uncollateralized stablecoin Terra in May 2022, however, reverberated throughout the digital asset ecosystem, causing the market capitalization of uncollateralized stablecoins to fall back to 2021 levels.

### Figure 3. Market cap by stabilization mechanism





Source: DeFi Llama.

Accessible version

## Off-chain collateralized

Issuers of off-chain collateralized stablecoins usually promise to redeem their tokens 1:1 in a real-world asset on demand, typically the USD. Redeemability of these tokens for USD is what inspires trust in this system, although redemptions are usually subject to minimum transaction sizes, fees, processing delays, or other requirements.[13]

The stabilization mechanism for off-chain collateralized stablecoins works through arbitrage. In normal times, there's a self-stabilizing nature to such stablecoins. Market participants, armed with a belief in the stablecoin's long-run peg, have an arbitrage incentive to keep the stablecoin from deviating too far from the peg. Any difference between the market price and the 1:1 redemption guarantee by the issuer offers a profit opportunity to current or potential holders of the stablecoin. If the market price is above 1:1, potential holders can earn a profit by converting USD to stablecoins with the issuer, then selling the stablecoins for USD on the secondary market and ending up with more USD than they started with.[14] If the market price is below 1:1, then holders can earn a profit by redeeming their current holdings at the issuer and taking the proceeds to the market to buy more stablecoin than they had originally. In either case, the actions of stablecoin holders to take advantage of the arbitrage opportunity work to drive the market price toward 1:1.

This mechanism breaks down, however, when the market loses faith in its ability to maintain the peg. Expecting the stablecoin to lose value, stablecoin holders have an incentive to request redemption of their stablecoins in an attempt to recover the collateral. The incentives of stablecoin holders are similar to those of depositors who withdraw their real-world currency from an uninsured brick-and-mortar bank if they

suspect it might fail, thus precipitating a run on such a bank. Once redemptions are underway, the value of the collateral assets might decrease further if such assets are sold to be converted into currency in a fire sale. This mechanism would amplify the run and potentially increase its speed as stablecoin holders have an incentive to front-run each other and redeem their stablecoins before others redeem as well, and, in doing so, cause the value of the collateral assets to fall.

A wide range of events might trigger a loss of confidence in the stablecoin's ability to maintain the peg. On the one hand, a drop in the price of the collateral assets, or a lack of trust in the custodian of those assets, could trigger a run. On the other hand, the trigger for a run can be merely a sudden lack of confidence in the stablecoin, which could be self-fulfilling and might be the result of a speculative or short sellers' attack on the stablecoin protocol analogous to the attacks that have threatened currency boards in the past.

It is worth emphasizing that the risk of a run driven purely by a change in market sentiment will only disappear when the collateral asset is the same as the one to which the stablecoin is pegged, for example, a dollar of stablecoin is fully backed by a dollar held in reserve. There still exist risks related to the custody of the collateral, which might trigger runs, but such risk is common to many financial arrangements, and is why modern financial market infrastructures are held to rigorous standards regarding custody, operational risk, and related factors.[15]

## On-chain collateralized

Similar to off-chain collateralized stablecoins, the stabilization mechanism for on-chain collateralized stablecoins relies on the option of the holder to redeem the stablecoins for the collateral assets on demand. At the time of writing, most traditional financial assets are not tokenized, resulting in all on-chain stablecoins being largely collateralized by crypto assets or other stablecoins, although some are attempting to include real-world assets, described below. Due to the high volatility of such assets, on-chain stablecoins are typically over-collateralized and their stabilization mechanisms rely on continuous valuation of collateral.[16]

Stablecoin protocols typically contain provisions for the re-valuation of collateral to ensure that the ratio of the market value of collateral to issued stablecoin is always greater than a given collateralization ratio, set by the stablecoin issuer. In particular, protocols demand that the users either provide additional collateral or reduce the amount of stablecoins held in order to meet the minimum collateral requirement. Should the user fail to take these actions, the protocol relies on smart contracts and economic incentives of users to guarantee that all circulating stablecoins are appropriately collateralized. In particular, the smart contract needs to find sufficient resources to buy back circulating stablecoins and burn them. Doing so ensures that all the stablecoins in circulation are appropriately collateralized. The resources necessary to implement the buyback can either be in the form of revenues accumulated via transaction fees or can be raised via auctions of held collateral or can be collected from the collateral buffer of the initiative, if any. One additional strategy to raise resources is to sell rights to future revenues against circulating stablecoins.

Some decentralized on-chain stablecoins employ as part of their design auxiliary tokens, which provide incentives to stablecoins holders to return their stablecoins to the initiative. Typically, a smart contract issues auxiliary tokens in exchange for the same number of stablecoins that need to be bought back to restore the proper ratio of collateral to stablecoins and burns these stablecoins. Such a mechanism rests on incentives of the holder of undercollateralized stablecoins to either deposit their coins with the issuer for some period of time – after which, presumably, the market price of the stablecoin returns to the desired range/peg – or exchange their coins for auxiliary tokens. In practice, an auxiliary token is typically designed either: i) to remunerate its holders with part of the revenues from transaction fees that the stablecoin initiative generates over time (this would make it similar to a bond, hence the auxiliary token is referred to as a bond token); ii) or to give its holder the right to participate in the governance of a stablecoin initiative

(this would make it similar to an equity claim, hence the auxiliary token is referred to as an equity or governance token).

The stabilization mechanisms for on-chain collateralized stablecoins rely on market participants' beliefs in the stablecoins' long-run pegs, as do the ones for off-chain collateralized stablecoins. However, on-chain collateralized stablecoin introduce an additional weakness, as the collateral is another cryptocurrency whose value can fluctuate significantly relative to the USD. Hence, on-chain collateralized stablecoins might experience more frequent and pronounced runs. Moreover, some of these stablecoins allow for investment strategies that resemble margin trading and leveraged exchange traded funds (ETFs) catering to users trying to increase the exposure to the price risk of specific cryptocurrencies. As a result, runs on the stablecoin might be amplified by the desire to liquidate positions whose losses are amplified by the leveraged trade.

Although the majority of collateral for these stablecoins is made up of on-chain crypto assets, recent legal and technological developments have allowed on-chain collateralized stablecoin protocols to begin onboarding real-world assets as collateral. Some methods involve having traditional legal entities, such as trusts, hold the assets and a tokenized version of the collateral is added to the on-chain treasury. Adding off-chain assets, such as U.S. Treasury Bills or investment-grade corporate bonds, helps on-chain stablecoins to offset the volatility of crypto-assets and reduce their exposure to other crypto-currencies.[17] As of July 2022, there are instances of on-chain stablecoin protocols opening credit facilities with traditional financial entities. In exchange for stablecoins, traditional financial firms could provide as collateral loans that they originated, which would become part of the stablecoin's collateral alongside the other on-chain crypto assets.[18]

## Uncollateralized or algorithmic

Uncollateralized stablecoins, also known as algorithmic stablecoins, aim to maintain exchange rate stability by employing a set of rules and strategies, usually implemented by smart contracts, to dynamically match the supply of the stablecoin with user demand. In contrast with collateralized stablecoins, few or no assets are held in reserve with the aim of supporting the stablecoin's exchange rate.[19] Rather, algorithmic stablecoins rely on smart contracts for the issuance and redemption of units, and for maintaining parity with the reference entity. Suppose, for example, that the peg to the USD is 1:1. Similar to expansion and contraction of the money supply for central banks, if the price of the coin goes above $1, new coins are issued to devalue each existing token; if the price of the coin goes below $1, coins are removed from circulation to increase the value of each token. However, while increasing the supply can be implemented by simply distributing new coins, decreasing supply can be more challenging. One option is for the smart contract to issue rights to future revenues in exchange for circulating stablecoins, which are taken out of circulation. This can be done by issuing an auxiliary token, or bond token, that can be exchanged for stablecoins and rewards its owner with future rights over the governance of the stablecoin initiative or with newly issued stablecoins once their price returns at or above the peg, as described in further detail below.

Algorithmic stablecoins can be divided into two subgroups according to the stabilization mechanism they adopt: the rebase model and the coupon model. The rebase model operates by adjusting the supply of stablecoins based on its prevailing market price, typically with a tolerance band above and below the peg. The total supply is reduced or increased at regular time intervals across all wallets that hold the coin, and it is proportional to the percentage of price increase/decrease from the peg.[20] Importantly, the rebase mechanism adjusts the supply until the peg is reached.

The supply adjustment, however, can guarantee that the stablecoin maintains the peg only if enough market participants believe that the price will revert to the peg eventually. To see this, consider a rebase

modeled stablecoin pegged to 1 USD. If its price increases to 1.1 USD (a 10% increase), the rebase protocol will automatically increase the total supply of stablecoins by 10%. The owner of a stablecoin has an incentive to sell at a higher price (1.1 USD) than the price he expects to prevail, that is the peg (1 USD). Hence, stablecoin owners who expect the price to eventually fall (i.e. expect other owners to sell) will sell anticipating a profit, thus causing the stablecoin price to decrease towards its peg. This stabilization mechanism works in the opposite direction as well, causing a loss rather than a capital gain for stablecoin holders.

However, the rebase mechanism is not able to keep the peg if market participants believe that the value of the stablecoin will fall. In this event, each stablecoin holder has an incentive to sell his/her stablecoins before other holders sell, as a large volume of sales would cause the stablecoin price to fall. Such incentives generate a run as a self-reinforcing prophecy and drive the price of the stablecoin to near zero, where the rebase mechanism fails.[21] An example of an algorithmic stablecoin adopting the rebase model is Ampleforth (AMPL).

The coupon model for algorithmic stablecoins, like the rebase model, is designed to maintain exchange rate stability by adjusting the supply of stablecoins to match demand. Unlike the rebase model, however, the coupon model operates by giving incentives to stablecoin owners to deliberately change their holdings. Incentive mechanisms are typically based on rewards, whose features differ according to the direction of deviation from the peg. For example, rewards can be the issuance of new stablecoins when their price rises above the peg and the sale of bonds/coupons when their price falls below the peg. In the first case, the stablecoins supply expands and continues to do so until their price returns at the peg. In the second case, the contraction in the supply of a stablecoin takes place by incentivizing users to exchange their stablecoins in favor of interest-bearing coupons or bond tokens, which will pay in periods of supply expansion when the price is above the peg. Changes in the supply of stablecoins can guarantee that their price reverts to the peg only if enough market participants expect it to happen, as it is the case for the rebase model. Likewise, if enough market participants believe that the value of the stablecoin will drift away from the peg, stablecoin holders have an incentive to sell their stablecoins before their price falls, thus generating a self-fulfilling run on the stablecoin. An example of an algorithmic stablecoin adopting the coupon model is Terra Classic USD (UST) (formerly Terra USD).[22] The coupon model is also referred to as the seigniorage model as its stabilization mechanism relies on the issuance of new coins and the sale of bond tokens in similar fashion to central bank's open market operations.

While most stablecoins utilize exclusively one of the three stabilization mechanisms described above, a newly emerging class of stablecoin aims to combine the stability and safety of collateralization with the capital efficiency of algorithmic models. These hybrid models incorporate a collateral ratio that changes depending on demand for the stablecoin and the stablecoin's price.[23]

## Conclusion

Stablecoins serve as both a means of payment and store of value for a range of DeFi transactions and could be used more generally to buy goods and services in the future.[24] Stablecoins tie their value to the value of a real-world asset such as the US dollar through a variety of stabilization mechanisms.

This note categorizes these stabilization mechanisms as one of three types: off-chain collateralization, on-chain collateralization, and algorithmic. Understanding a stablecoin's particular stabilization mechanism helps identify the potential risk of a run on the stablecoin in times of stress, when users might panic amid lack of information about or appreciation of the possible scenarios that might be triggered by a stablecoin breaking the peg.

Table : Glossary

| | |
|---|---|
| Blockchain | A distributed digital ledger of cryptographically signed transactions that are grouped into blocks. Each block is cryptographically linked to the previous one (making it tamper evident) after validation and undergoing a consensus decision. As new blocks are added, older blocks become more difficult to modify (creating tamper resistance). New blocks are replicated across copies of the ledger within the network, and any conflicts are resolved automatically using established rules. |
| Consensus Mechanism | A process to achieve agreement within a distributed system on the valid state. Also known as a consensus algorithm, consensus mechanism, consensus method. |
| Crypto-asset | A digital asset implemented using cryptographic techniques |
| Cryptocurrency | A crypto-asset designed to work as a medium of exchange that uses cryptography to secure financial transactions, control the creation of additional units, and verify the transfer of assets. |
| DeFi | Decentralized finance generally refers to open-source software programs running on open-access blockchains that aim to provide financial products without traditional financial intermediaries. DeFi applications are an important subset of "dApps". |
| dApps | Abbreviation for decentralized applications. Software applications built from smart contracts, often integrated with user interfaces using traditional web technology. Run on peer-to-peer network or blockchain network instead of centralized servers |
| Decentralized Autonomous Organization (DAO) | A blockchain enforced organizational structure that emphasizes on community, as compared to centralized, governance. DAOs usually involve mechanisms such as decision making based on votes by "governance token" holders, rather than control by management or a board of directors. |
| Digital asset | An electronic representation of value. |
| Governance token | Usually associated with a Decentralized Autonomous Organization, a governance token act as a decentralized governance body to vote on the direction of a blockchain project or DeFi protocol or for resetting specific parameters (e.g., the level of collateral needed for borrowing in a DeFi protocol). |
| On- and off- ramps | Centralized exchanges or other financial institutions that allow users to trade their fiat currency for digital assets, and vice versa. |
| Programmable blockchain | A blockchain that can be programmed to include logic and conditionality. These blockchains can run code stored on the blockchain, facilitating execution of transactions more complex than direct asset transfer, such as financial applications (e.g., lending and trading). |
| Protocol | The specific combinations of crypto-assets, smart contracts, and user applications that are necessary for a specific stablecoin to operate, including any related functional components like user interfaces, oracles, governance and voting mechanisms, development grants and foundations, and financial assets such as tokens, treasuries and funds. Some of those components may be automated, and some may be carried out by individuals and entities. |
| Smart Contract | A collection of code and data (sometimes referred to as functions and state) that is deployed using cryptographically signed transactions on the blockchain network. The smart contract is executed by nodes within the blockchain network; all nodes must derive the same results for the execution, and the results of execution are recorded on the blockchain. |
| Stablecoin (SC) | Digital assets that seek to maintain a constant value relative to some asset, most commonly the U.S. dollar or other major fiat currency (e.g., Tether, USDC) |
| Token | A representation of a particular asset that typically relies on a blockchain or other types of distributed ledgers. |
| Wallet | Software used to store and manage asymmetric-keys and addresses used for transactions.<br><br>A wallet may be hosted or unhosted. A "hosted wallet" (or "custodial wallet") is administered by a third party where (a) the value belongs to the owner of the virtual currency; (b) the value may be stored in a wallet or represented as an entry in the accounts of the host; (c) the owner interacts directly with the host, and not with the payment system; and (d) the host has total independent control over the value (although it is contractually obligated to access the value only on instructions from the owner).<br><br>An unhosted wallet (or a personal wallet) is software hosted on a person's computer, phone, or other device that allow the person to store and conduct transactions in crypto-assets and do not require an additional third party to conduct transactions. The value of the crypto-asset for the owner and is stored in a wallet where the owner interacts with the blockchain system directly and has total independent control over the value. A wallet may be hot or cold. A hot wallet is connected to the Internet and a cold wallet is offline. |
| Algorithmic Stablecoin | Algorithmic (or seignorage) stablecoins rely on some mechanism to maintain a peg, commonly involving relying on arbitrage to stabilize the price. A common stabilization mechanism is a mint-and-burn feature that is intended to provide arbitrageurs profit that expand or contract the total supply of the stablecoin. This mechanism fails if both the stablecoin and the crypto-asset token simultaneously drop in price, resulting in what is colloquially called a "death spiral." |

1. A real-world asset is any asset that does not only exist in the crypto ecosystem. Return to text

2. For a discussion of potential impacts of stablecoins, and digital assets more generally, on financial stability see Azar, Pablo D., Garth Baughman, Francesca Carapella, Jacob Gerszten, Arazi Lubis, JP Perez-Sangimino, David E. Rappoport, Chiara Scotti, Nathan Swem, Alexandros Vardoulakis, and Aurite Werman (2022). "The Financial Stability Implications of Digital Assets," Finance and Economics Discussion Series 2022-058, Board of Governors of the Federal Reserve System, https://doi.org/10.17016/FEDS.2022.058 Return to text

3. Despite being less common, stablecoins pegged to assets other than the US dollar exist. Examples are the Euro pegged stablecoin issued by Tether (EURt) and the gold pegged stablecoins issued by Tether (XAUt) and Paxos (PAXG). Return to text

4. Figure 1 also shows the collapse of TerraUSD (light green), which occurred in May 2022 and spilled over to smaller stablecoins (brown) and, to a lesser extent, to the larger ones, particularly Tether. Return to text

5. See Share of Trade Volume by Pair Denomination (theblock.co). https://www.theblock.co/data/crypto-markets/spot/share-of-trade-volume-by-pair-denomination Return to text

6. The three largest stablecoins, Tether, USD Coin, and Binance USD, comprise 91.4% of the total market cap of all stablecoins, as of November 10, 2022. Return to text

7. Stablecoin users are both individuals and other entities, such as major exchanges. Return to text

8. A digital currency wallet is a software application (or other mechanism) that provides a means for holding, storing, and transferring digital currency (see Treasury). Return to text

9. Tokenized securities are traditional financial securities that can be stored, sold, and exchanged on blockchain networks. For an application, see JPM Coin. Return to text

10. It is worth clarifying that redemption of stablecoins with the issuer is a separate process from the sale of stablecoins on the secondary market. The market value of stablecoins only comes in to play when stablecoins are sold on the secondary market, not when being redeemed by the issuer. Also, although outside of the scope of this Note, one should be aware that there is settlement risk in redemption, as payment-vs-payment settlement is not feasible when one leg is off-chain and the other is on-chain. Return to text

11. Examples of currency boards are those adopted in Estonia, Lithuania and Bulgaria in Europe, as these countries were preparing for European Union membership, and Argentina between 1991 and 2002 in Latin America, as a means for the Argentine government to end the chronic inflation it had been facing. Return to text

12. Asset tokenization is the process by which an issuer creates digital tokens on a blockchain. Tokens represent either digital or physical assets whose transfer takes place on the blockchain. A smart contract is a self-executing contract that exists on a blockchain. It is self-executing in the sense that the smart contract contains the instructions to achieve its specified effect without recourse to any executor. Return to text

13. Redemption fees have occasionally appeared the history of currency boards as well, as discussed by Fieleke (PDF), 1992. https://www.bostonfed.org/-/media/Documents/neer/neer692b.pdf Return to text

14. Due to costly on- and off-ramps to crypto markets, in practice this trade is typically conducted with other stablecoins, often on decentralized exchanges, rather than directly with USD. Return to text

15. An internationally agreed set of principles for this sort of risk management are maintained by the Committee on Payments and Market Infrastructure and the International Committee of Securities Commissions as the "Principles for Financial Market Infrastructures." See https://www.bis.org/cpmi/info_pfmi.htm Return to text

16. While, in principle, off-chain stablecoins could require the re-evaluation of the collateral, off-chain collateral is typically less volatile and can be liquidated in traditional financial markets with more certainty about the proceeds, which are then used to honor the redemption requests. Return to text

17. MakerDAO, the decentralized issuer of the Dai stablecoin, voted to allocate $500 million of its treasury to purchase U.S. Treasury bills and investment-grade corporate bonds. For more information about the decision, see Signal Request: Asset Allocation of MIP65/Clydesdale - Governance / Signal Archive - The Maker Forum (makerdao.com). https://forum.makerdao.com/t/signal-request-asset-allocation-of-mip65-clydesdale/15922/2 Return to text

18. For an example of a collateralized loan to a real-world entity, see MakerDAO's vote to open a $100 million credit facility to Huntingdon Valley Bank, a federally-chartered bank, in July 2022. For more information on the credit facility, see MIP6: Huntingdon Valley Bank Loan Syndication Collateral Onboarding Application - Collateral Onboarding / Collateral Onboarding Applications (MIP6)

- The Maker Forum (makerdao.com). https://forum.makerdao.com/t/mip6-huntingdon-valley-bank-loan-syndication-collateral-onboarding-application/14219  Return to text

19. Although some uncollateralized stablecoin protocols hold assets, as was the case for Terra USD for example, these assets 1) have significantly lower value than the market capitalization of the stablecoins themselves, and 2) are never part of a redemption process to which the issuer commits itself, as is the case for collateralized stablecoins. Return to text

20. This rebasing mechanism is non-dilutive as all wallets automatically have their coins increased or decreased, resulting in a constant share of the total supply by the wallet owner. Return to text

21. For example, if the price of the stablecoin decreases by 90% relative to the reference asset, dropping to near zero, the supply of stablecoins should be reduced by 90%. This is achieved by reducing the holdings of each stablecoin user by 90%. However, when each stablecoin is priced at near zero, the rebase mechanism is taxing away almost the entire value of the stablecoins' portfolio, which is then stuck at near zero. Return to text

22. Terra's protocol is unique in the class of stablecoins adopting a coupon model, as it incentivizes users to hold an auxiliary token through exogenous incentives – that is, incentives external to the algorithmic mechanism that is supposed to stabilize the peg. Such exogenous incentives rest on the usefulness of the auxiliary token within the Terra ecosystem, including its own full-fledge smart contract blockchain. Return to text

23. For an example of a hybrid stabilization, see the Frax stablecoin's whitepaper, Frax: Fractional-Algorithmic Stablecoin Protocol - Frax Finance ¤. https://docs.frax.finance/ Return to text

24. Fore a fulsome discussion of DeFi, see Carapella, Francesca, Edward Dumas, Jacob Gerszten, Nathan Swem, and Larry Wall (2022). "Decentralized Finance (DeFi): Transformative Potential & Associated Risks," Finance and Economics Discussion Series 2022-057, Board of Governors of the Federal Reserve System, https://doi.org/10.17016/FEDS.2022.057. Return to text

*Note: On January 11, 2022, this note was updated to correct a miscategorization of a stablecoin protocol. Return to text

**Please cite this note as:**

Baughman, Garth, Francesca Carapella, Jacob Gerszten, and David Mills (2022). "The stable in stablecoins," FEDS Notes. Washington: Board of Governors of the Federal Reserve System, December 16, 2022, https://doi.org/10.17016/2380-7172.3224.

*Disclaimer: FEDS Notes are articles in which Board staff offer their own views and present analysis on a range of topics in economics and finance. These articles are shorter and less technically oriented than FEDS Working Papers and IFDP papers.*

Last Update: December 16, 2022

# EXHIBIT BH-92

  

BINANCE · Buy Crypto EUR · Markets · Trade · Derivatives · Earn · Finance · NFT · Institutional · Feed · Q · Log In · Register

Register now and get verified - Enjoy Welcome Rewards up to $100! →

‹ **Binance Blog**

# BUSD: All You Need To Know About the Stablecoin

2021-11-16

Product

## Main Takeaway

- Stablecoins are cryptocurrencies with their values pegged to another asset.

- BUSD is a stablecoin founded by Paxos and Binance, and is one of the few stablecoins that are compliant with the strict regulatory standards of NYDFS.

- In addition, there are currently more than thirty-six exchanges and more than twenty wallets supporting BUSD, making it a reliable option for stablecoins.

*Stablecoins are an important crypto asset class that has been gaining popularity with traders and investors alike. One of the few stablecoins that provides monthly audits is BUSD, making it a highly regulated asset. Learn about what BUSD is used for, the advantages BUSD has to offer, and the advancements it has made in the space.*



370

**Share Posts**

    

◇ BUSD: All You Need To Know About the Stablecoin

◇ Main Takeaway

◇ What is BUSD Used for?

◇ Why is BUSD so Popular?

◇ Trade Stablecoins on Binance with Multi-Assets Mode

◇ Why Use BUSD Outside of the Binance Ecosystem?

◇ Is BUSD Safe?





370

Share Posts

    

 BUSD: All You Need To Know About the Stablecoin

 **Main Takeaway**

 What is BUSD Used for?

 Why is BUSD so Popular?

 Trade Stablecoins on Binance with Multi-Assets Mode

Why Use BUSD Outside of the Binance Ecosystem?

 Is BUSD Safe?

 Current State of BUSD

 Conclusion

The world of cryptocurrency is becoming more popular with each passing day. As more people around the world become acquainted with crypto assets like Bitcoin, BNB and Ethereum, other strong contenders that use different technologies are making their way into the crypto ring as well. One of the most prominent types of crypto used today are stablecoins, which are cryptocurrencies whose values are pegged to fiat currencies, such as the US dollar. Three main stablecoins that are widely used are Tether (USDT), USD Coin (USDC) and Binance USD (BUSD). Each of the stablecoins mentioned have a value equivalent to one US dollar.

Now that we have covered the basics of BUSD, let's take a deep dive into what it's used for, and why it is becoming a leader in the cryptocurrency space!

## What is BUSD Used for?

The BUSD stablecoin was founded by Paxos and Binance in an effort to create a cryptocurrency that would be backed by the US dollar. **A key characteristic of BUSD is that one unit of BUSD is equivalent to one US dollar.** To support this value, Paxos holds an amount of US dollars that is equal to the total supply of BUSD. Therefore, the price of the stablecoin fluctuates directly with the price of USD. **BUSD provides a monthly audited report of reserves in compliance with stringent regulatory standards to ensure the security and safety of user assets.**

Because of its stability in relation to the US dollar, BUSD empowers traders and crypto users with the ability to transact with other digital and blockchain-based assets while minimizing the risk of volatility. Due to the nature of cryptocurrency, crypto holders may experience volatile changes in their portfolio value. Using a stablecoin such as BUSD can help significantly to hedge against periods of market volatility.

Because of its intrinsic properties as a stablecoin, BUSD has been able to perform exceptionally well and establish itself as a leader in the cryptocurrency space. Since the launch of BUSD in 2019, the stablecoin has performed so well that it is now (at time of writing) an asset with a $10 billion market cap.

## Why is BUSD so Popular?

With an exceptionally large increase in crypto adoption in 2021 due to Bitcoin and altcoin price explosions, BUSD was adopted at unprecedented rates due to its reliability. As crypto innovations like DeFi and NFTs start to gain popularity, so has BUSD.

With over one million people already holding BUSD, it is clear that these early adopters trust the stablecoin and prefer using it for their DeFi activities. Specifically, **BUSD acts as a bridge between traditional finance and DeFi**, presenting a newfound level of monetary freedom that isn't offered by traditional currencies or institutions. In addition, stablecoins help protect their users from threats like inflation and offer attractive APYs for DeFi services. BUSD users can take on yield farming and liquidity pools with more financial protection from uncertainties than in fiat-related or crypto-heavy products.

## Trade Stablecoins on Binance with Multi-Assets Mode

**BUSD also allows users to trade with multiple contracts any time. Due to its interoperability and accessibility, BUSD gives traders the ability to trade with much greater ease, speed and flexibility. Furthermore, Binance also offers a feature called** Multi-Assets Mode **which allows trading with stablecoins, thus providing traders with even more flexibility and protection when trading. For more information on Multi-Assets Mode, see our article in** Binance Blog**.**

## Why Use BUSD Outside of the Binance Ecosystem?

BUSD is an incredibly useful monetary asset that can be used anywhere outside of Binance due to its exponential adoption. Its global adoption has created one of the largest networks in the cryptocurrency industry. Not only is it often used as an investment tool for derivatives trading, it's also a popular choice for people looking to stabilize their personal funds. As many countries around the world have unreliable currencies, BUSD and other stablecoins have become a safe haven for people looking to climb out of poverty.



370

Share Posts

    

BUSD: All You Need To Know About the Stablecoin

Main Takeaway

**What is BUSD Used for?**

Why is BUSD so Popular?

Trade Stablecoins on Binance with Multi-Assets Mode

Why Use BUSD Outside of the Binance Ecosystem?

Is BUSD Safe?

Current State of BUSD

Conclusion

BUSD is also trusted as a stable, reliable crypto-financial product due to its adherence to rigorous regulatory standards. Officials of the New York State of Financial Services (NYDFS) take on the responsibility of enforcing specific rules and measures on Paxos and Binance with regards to how the stablecoin operates, how it is backed, and how it is ultimately collateralized. Paxos also has the ability to create and burn BUSD tokens at will, as well as freeze and remove funds from people who exhibit nefarious or illicit activity.

Finally, as alluded to earlier, the primary reason why people around the world use BUSD is because **it is backed by an equal amount of USD**. As the US dollar is still the world's reserve currency and strongest fiat currency, it shares the same sentiment of being a stable and reliable option to store one's value.

Paxos ensures the value of BUSD by performing regular audits to ensure the US dollar reserves held is equal to the supply of BUSD at a 1:1 ratio. These audits are carried out alongside Withum, an accounting firm.

Many other stablecoins do not offer these assurances to their users. Therefore, the strict regulatory standards that BUSD adhere to set a new industry standard, making BUSD one of the best choices when it comes to stablecoins.

## Is BUSD Safe?

Since BUSD is one of the only stablecoins that is 1) subject to regular third party audits and 2) strictly regulated to maintain a 1:1 BUSD to USD ratio, it is considered by many to be one of the safest stablecoins available on the market.





370

Share Posts

    

BUSD: All You Need To Know About the Stablecoin

Main Takeaway

What is BUSD Used for?

Why is BUSD so Popular?

Trade Stablecoins on Binance with Multi-Assets Mode

Why Use BUSD Outside of the Binance Ecosystem?

Is BUSD Safe?

Current State of BUSD

Conclusion





370

Share Posts

    

BUSD: All You Need To Know About the Stablecoin

Main Takeaway

What is BUSD Used for?

Why is BUSD so Popular?

Trade Stablecoins on Binance with Multi-Assets Mode

Why Use BUSD Outside of the Binance Ecosystem?

**Is BUSD Safe?**

Current State of BUSD

Conclusion

## Current State of BUSD

Some of the latest developments seen on the BUSD scene includes implementations of the stablecoin as an on-site and offline payment / settlement options for private businesses. For example, certain hotels offer their guests the chance to book a stay using a QR code that allows users to pay using BUSD.

In the crypto industry, new partnerships have also emerged for BUSD including BitPay, Simplex, Moonpay, Alchemy and several more. In fact, Binance has recently released Binance NFT which supports BUSD quotations for NFT products. With more than thirty-six other established exchange platforms and more than twenty wallets supporting BUSD, trading with stablecoins continues to become easier for anyone anywhere.

Alchemy and several more. In fact, Binance has recently released Binance NFT which supports BUSD quotations for NFT products. With more than thirty-six other established exchange platforms and more than twenty wallets supporting BUSD, trading with stablecoins continues to become easier for anyone anywhere.

The amount of users that choose to work with BUSD has grown exponentially as the stablecoin enjoys rising adoption and interest from users. In the summer of 2021, the amount of daily active addresses averaged between ten and fifteen thousand, while the total number of BUSD holders is roughly 1.1 million.



## Conclusion

BUSD is one of the few stablecoins that are highly regulated. In addition, it is very accessible and can be used for different trading and investing strategies.

Read the following helpful articles for more information:

- (Support) What Is Multi-Assets Mode?

- (Blog) BUSD: A Case Study for Stablecoin Compliance and Security

BUSD: All You Need To Know About the Stablecoin

Main Takeaway

What is BUSD Used for?

Why is BUSD so Popular?

Trade Stablecoins on Binance with Multi-Assets Mode

Why Use BUSD Outside of the Binance Ecosystem?

Is BUSD Safe?

Current State of BUSD

Conclusion

## Related Posts



5 Cool Features On Binance Futures That You Should Try Out

Read the following helpful articles for more information:

- (Support) What Is Multi-Assets Mode?
- (Blog) BUSD: A Case Study for Stablecoin Compliance and Security
- (Blog) 3 Reasons Why You Should Trade BUSD-margined Futures Contracts
- (Blog) BUSD Reaches $10B Market Cap Milestone and Enters Top 10 Crypto Rankings
- (Academy) What is BUSD?
- (Academy) What Are Stablecoins?





5 Cool Features On Binance Futures That You Should Try Out



What Is Futures Funding Rate And Why It Matters



How Take-Profit and Stop-Loss Orders Can Help Traders Manage Risk Better

## About Us

About
Press
Careers
Business Contacts

## Products

Exchange
Academy
Binance Live
Charity

## Service

Downloads
Desktop Application
Buy Crypto
Institutional & VIP Services

## Support

Request a Feature
Support Center
24/7 Chat Support
APIs

## Learn

Learn & Earn
Browse Crypto Prices
Bitcoin Price
Ethereum Price

## Community





How Take-Profit and Stop-Loss Orders Can
Help Traders Manage Risk Better

## About Us

About
Press
Careers
Business Contacts
Community
Binance Blog
Building Trust
Legal
Terms
Privacy
Risk Warning
Announcements
News
Notices
Sitemap
Cookie Preferences

## Products

Exchange
Academy
Binance Live
Charity
Card
Labs
Launchpad
Research
NFT
Binance Pay
Binance Gift Card
BABT
Binance Tax

## Service

Downloads
Desktop Application
Buy Crypto
Institutional & VIP Services
OTC Trading
Referral
Affiliate
BNB
Listing Application
P2P Merchant Application
P2Pro Merchant
Application
Historical Market Data
Proof of Reserves

## Support

Request a Feature
Support Center
24/7 Chat Support
APIs
Fees
Trading Rules
Binance Verify
Law Enforcement Requests
Binance Legal (Court
Orders)
Binance Airdrop Portal

## Learn

Learn & Earn
Browse Crypto Prices
Bitcoin Price
Ethereum Price
Buy BNB
Buy BUSD
Buy Bitcoin
Buy Ethereum
Buy Dogecoin
Buy Ripple
Buy Tradable Altcoins

## Community

# EXHIBIT BH-93



CoinMarketCap

Cryptos: 25,640   Exchanges: 641   Market Cap: $1,063,841,774,421   24h Vol: $24,360,115,354   Dominance: BTC: 47.6% ETH: 20.0%   ETH Gas: 17 Gwei

## Binance USD BUSD

# $0.9998   ▲ 0.01% (1d)

☆ Add to watchlist                                                          +

☁ Track in portfolio                                                        +

| Market cap ⓘ | | ▲ 0.01% | $5B |
| | | | #14 |
| Volume (24h) ⓘ ⟩ | | ▼ 53.66% | $1B |
| | | | #5 |
| Volume/Market cap (24h) ⓘ | | | 30.71% |
| Circulating supply 🔵 | | | 4,780,579,197 BUSD |
| Total supply ⓘ | | | 4,780,579,197 BUSD |
| Max. supply ⓘ | | | ∞ |
| Fully diluted market cap ⓘ | | | $4,779,547,442 |

Sponsored

Buy ⌄    Gaming ⌄    Earn Crypto ⌄

### Contracts

🟡 BNB Beacon Chain (BEP2): BUSD-BD1 ⧉   More ⌄

### Official links

🌐 Website ⌄    GitHub

### Socials

🐦 Twitter

### Network information

🔍 Chain explorers ⌄    💼 Supported wallets ⌄

### BUSD to USD Converter

| BUSD | 1 | USD | 1.00 |

### Price performance                                              24h ⌄

| Low | | High |
| $0.9994 | | $1.00 |

| All-time high | | $1.11 |
| Mar 12, 2020 (3 years ago) | | -9.65% |
| All-time low | | $0.8861 |
| Mar 12, 2020 (3 years ago) | | +12.83% |

### Popularity

| In watchlists ⓘ | | 279,014x |
| | | 228th / 10.4K |

### Tags

Stablecoin    Asset-Backed Stablecoin    Binance Chain    Show all

Chart    News    About    Analytics    Markets

| | Price | Market Cap | 〜 ◊ | 1D 7D 1M 1Y ALL 🔲 LOG ⬇ |

0.9997



USD

Compare with

# Binance USD community

## Binance USD news

a day ago

**Binance.US suspends USD deposits, warns of fiat withdrawal pause**

Binance.US has made a significant announcement regarding its operations in response to pressure from the United States Securities and Exchange Commission (SEC). The exchange has decided to temporarily suspend U.S. dollar deposits and informed its customers that fiat (USD) withdra...

BitcoinWorld



2 days ago

**Crypto Market Chaos With SEC, Liquidation Amount In 24 Hours Passes $300 Million**

In the past 24 hours, the number of liquidations in the crypto market has surpassed the $300 million mark.

Coincu



2 days ago

**Tether dominating stablecoin market, this new hybrid exchange aims to take over the trading world**

Tether is dominating the stablecoin world. with regulators tightening their grip on top exchanges like Coinbase and Binance, experts are bullish Tradecurve will dominate

Crypto.News



2 days ago

**Bitcoin trades at slight discount on Binance.US as banking partners cut ties**

Bitcoin (BTC) is trading at a slight discount on Binance.US following the exchange&#8217;s announcement of its banking partners&#8217; decision to halt USD payment channels on June 13, amidst ongoing regulatory troubles, according to Kaiko data. Kaiko stated that BTC traded at a ...

CryptoSlate



2 days ago

**Cardano's IOG Dismisses SEC's Claim that ADA is a Security**

IOG believes that SEC's filing contains numerous factual inaccuracies.

CryptoPotato



2 days ago

**Bitcoin's price maintains $26.5K despite continued regulatory woes: CryptoSlate wMarket Update**

The cryptocurrency market saw mild net inflows of $0.23 billion over the last 24 hours and currently stands at $1.11 trillion — up 0.22%. During the reporting period, Bitcoin (BTC) market cap rose 0.55% to 515.53 billion, while Ethereum&#8217;s (ETH) market cap fell 0.14% to 221....

CryptoSlate





○ 3 days ago

**Past exploit threatens $200M liquidation if BNB falls below $220**

Binance&#8217;s BNB ecosystem would face a $200 million liquidation if its price were to fall below $220, according to DeFiLlama data. Over the past week, BNB has experienced a significant sell-off as crypto traders reduced their exposure to the token amid regulatory woes. On Jun...

CryptoSlate



See More

## About Binance USD

**What is BUSD?** ⌃

Binance USD (BUSD) is a 1:1 USD-backed stable coin issued by Binance (in partnership with Paxos), Approved and regulated by the New York State Department of Financial Services (NYDFS), The BUSD Monthly Audit Report can be viewed from the official website. Launched on 5 Sep 2019, BUSD aims to meld the stability of the dollar with blockchain technology. It is a digital fiat currency, issued as ERC-20 and supports BEP-2.

**How can you buy BUSD?** ⌄

**BUSD Use Case** ⌄

**BUSD Ecosystem** ⌄

**Paxos Reveals Assets Backing BUSD** ⌄

**BUSD and Charity** ⌄

## Binance USD analytics

[1m] [1y] [all]



Addresses by holdings ⓘ

● $0 - $1k    ● $1k - $100k    ● $100k+
94.4535%     4.8523%          0.6942%



Whale holdings ⓘ

● Whales     ● Others
91.8518%     8.1481%



Addresses by time held ⓘ

● Cruisers    ● Traders    ● Holders
51.6911%      8.057%       40.2519%

## Binance USD Markets

ALL | CEX | DEX      Spot | Perpetual | Futures     All pairs



| # ▲ | Exchange | Pair | Price | +2% Depth | -2% Depth | Volume (24h) | Volume % | Confidence ⓘ | Liquidity Score ⓘ | Updated |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Binance | BUSD/USDT ↗ | $0.9997 | $25,325,855 | $11,004,319 | $85,816,267 | 5.85% | High | 920 | Recently |
| 2 | Binance | BTC/BUSD ↗ | $0.9997 | $3,775,523 | $6,495,773 | $80,672,658 | 5.50% | High | 993 | Recently |
| 3 | Binance | ETH/BUSD ↗ | $0.9997 | $5,118,718 | $3,780,325 | $56,681,232 | 3.86% | High | 935 | Recently |
| 4 | Binance | ADA/BUSD ↗ | $0.9997 | $237,917 | $321,323 | $24,713,402 | 1.68% | High | 638 | Recently |
| 5 | Binance | SOL/BUSD ↗ | $0.9997 | $412,377 | $524,820 | $24,449,510 | 1.67% | High | 635 | Recently |
| 6 | Binance | MATIC/BUSD ↗ | $0.9997 | $204,541 | $349,549 | $20,356,142 | 1.39% | High | 675 | Recently |
| 7 | Binance | BNB/BUSD ↗ | $0.9997 | $626,157 | $624,629 | $17,721,337 | 1.21% | High | 674 | Recently |
| 8 | Binance | XRP/BUSD ↗ | $0.9997 | $780,794 | $757,959 | $16,859,030 | 1.15% | High | 717 | Recently |
| 9 | Binance | LINA/BUSD ↗ | $0.9997 | $26,111 | $55,236 | $9,528,714 | 0.65% | High | 538 | Recently |
| 10 | Binance | LTC/BUSD ↗ | $0.9997 | $357,250 | $612,822 | $8,854,610 | 0.60% | High | 723 | Recently |

Show more

Disclaimer: This page may contain affiliate links. CoinMarketCap may be compensated if you visit any affiliate links and you take certain actions such as signing up and transacting with these affiliate platforms. Please refer to Affiliate Disclosure.

## People also watch



| GoldMint | Band Protocol | Uniswap | Firo | Chainlink | Oasis Network | Blocknet |
|---|---|---|---|---|---|---|
| $0.09564 | $1.0282 | $4.0925 | $1.3505 | $5.2220 | $0.04379 | $0.06557 |
| ▲ 1.21% | ▲ 4.81% | ▲ 1.11% | ▲ 1.79% | ▲ 0.42% | ▼ 1.24% | ▲ 1.98% |

## Trending



| Pepe | Cardano | Polygon | Terra Classic | MAGIC |
|---|---|---|---|---|
| $0.0000009371 | $0.2777 | $0.6508 | $0.00008985 | $0.6974 |
| ▲ 1.04% | ▲ 4.73% | ▲ 8.42% | ▼ 1.44% | ▲ 3.61% |

## Binance USD Price Live Data

The live **Binance USD price today** is $0.999770 USD with a 24-hour trading volume of $1,467,871,632 USD. We update our BUSD to USD price in real-time. Binance USD is down 0.01% in the last 24 hours. The current CoinMarketCap ranking is #14, with a live market cap of $4,779,478,549 USD. It has a circulating supply of 4,780,579,197 BUSD coins and the max. supply is not available.

If you would like to know where to buy Binance USD at the current rate, the top cryptocurrency exchanges for trading in Binance USD stock are currently Binance, BTCEX, Bitrue, Bitget, and LBank. You can find others listed on our crypto exchanges page.

Cryptocurrencies › Coins › Binance USD

---

⊙ CoinMarketCap

**Products**

Blockchain Explorer

Crypto API

**Company**

About us

Terms of use

**Support**

Request Form

Contact Support

**Socials**

Facebook

Twitter

Crypto Indices

Doodles

Jobs Board

Sitemap

Privacy Policy

Cookie preferences

Community Rules

Disclaimer

Methodology

Careers   We're hiring!

FAQ

Glossary

Telegram

Instagram

Interactive Chat

© 2023 CoinMarketCap. All rights reserved

# EXHIBIT BH-94



# EXCHANGE REVIEW

FEBRUARY 2023

## About CryptoCompare

CryptoCompare is an FCA authorised and regulated global leader in digital asset data, providing institutional and retail investors with high-quality real-time and historical data. Leveraging its track record of success in data expertise, CryptoCompare's thought-leadership reports and analytics offer objective insights into the digital asset industry.

## About This Report

CryptoCompare's Exchange Review aims to capture the key developments within the cryptocurrency exchange market. Our review focuses on analyses related to exchange volumes, including those related to crypto derivatives trading, market segmentation by exchange fee models, and crypto to crypto vs fiat to crypto volumes. We also conduct an analysis of bitcoin trading into various fiats and stablecoins, an additional overview of top crypto exchange rankings by spot trading volume, as well as a focus on how volumes have developed historically for the top trans-fee mining and decentralized exchanges.

CryptoCompare's Exchange Review is conducted on a monthly basis and caters to both the crypto enthusiast interested in a broad overview of the crypto exchange market, as well as investors, analysts and regulators interested in more specific analyses.

Please note that in certain circumstances, historical figures found in previous monthly reports may be updated in more recent reports to reflect our most up to date database information.

For questions related to our research or any potential requests, feel free to contact our research department at **research@cryptocompare.com.**

## Explore the data on the CryptoCompare API

For those interested in accessing CryptoCompare's data for their own purposes, including cryptocurrency trade data, order book data, blockchain data, social data or historical data across thousands of cryptocurrencies and 200+ exchanges, please take a look at CryptoCompare's API here: **https://min-api.cryptocompare.com.**

## Disclaimer

Due to the nature of exchange API endpoints and the practice of backfilling data, there may be data discrepancies between this edition and previous reports. The data presented below is correct up to the release date of this report.

Note: We are constantly developing our products to ensure the most value to our readers. Recently we have applied more filters to ensure all volumes reported are as truly representative of the market ecosystem as possible, and have greatly increased the scope of this report, as such, this month's data will not be directly comparable to last. **All data included in this report is up to the 28th of February 2023, unless stated otherwise.**

1

Case 1:23-cv-01599-ABJ   Document 53-10   Filed 06/12/23   Page 2 of 89

# Contents

About This Report     1

Key Market Insights     3

Exchange News     4

Definitions     5

Exchange Benchmark Analysis     6

Macro Analysis and Market Segmentation     9

Derivatives     11

CME Institutional Volume     14

# Key Market Insights

In February, the digital asset markets experienced significant volatility. Although BTC and ETH had marginal positive returns of 0.02% and 1.21% respectively, their volatility was higher than in previous months. Both cryptocurrencies saw a maximum drawdown of 25.1% and 29.9% respectively during the month. The increased volatility led to an increase in trading activity, albeit a smaller increase than in January.

As the macroeconomic environment improves relative to last year, market participants have begun to take on more risk. Recent data suggests that the economy might remain strong for longer than anticipated, resulting in sustained higher interest rates that could increase downward pressure on markets.

## Binance Market Share Continues To Grow Despite BUSD Legal Issues

Binance's spot market share across top-tier exchanges grew for a fourth consecutive month, increasing from 59.4% in January to 61.8% in February, after the exchange saw a 13.7% increase in its spot volumes to $540bn. The increase was a surprising divergence from the performance of other exchanges, with Coinbase, Bitfinex, and Bitstamp all seeing a decline in volumes. Similarly, Binance's market share across derivative exchange also grew to 62.9%, its highest-ever recorded monthly market share.

## CME BTC Micro Futures Gain Traction

In February, BTC Micro Futures trading grew 59.4% to $477mn from the month prior. This contrasts with a 20.0% increase in BTC Futures to $25.0bn during the same time period. Interestingly, ETH Micro Futures trading only grew 7.33% to $33.9mn, while ETH Futures saw an increase of 24.4% to $10.0bn.

Options trading on BTC and ETH also saw a divergence – with BTC option volumes falling 26.6% to $625mn, whereas ETH option volumes rose a significant 57.1% to $103mn.

## USDT Biggest Winner of BUSD Legal Issues

Following the legal actions taken by the NYDFS and SEC against Paxos, the issuer of the BUSD stablecoin, USDT proved to be the largest winner as its BTC trading volumes in February rose 6.66% to 11.2mn BTC month-on-month. On the other hand, BUSD and USDC saw a decline in their BTC trading volumes of 16.4% and 14.3% to 3.90mn and 86.5k respectively.

## February Exchange News

| COMPANY | STORY | DATE |
|---|---|---|
| Kraken | Announcing the 2022 Kraken Transparency Report | February 1 |
| Binance | Binance Signs MoU With The Georgian Agency for Innovation and Technology | February 2 |
| Kraken | Announcing Kraken OTC Portal v 2.0 featuring automated settlement | February 2 |
| Binance | Binance Invests in South Korean Cryptocurrency Exchange GOPAX Through Its Industry Recovery Initiative | February 3 |
| Binance | Introducing Binance Tax: Streamline Your Tax Season Experience | February 6 |
| Kraken | Kraken to end on-chain staking services for U.S. clients | February 9 |
| BitMEX | BitMEX Partners with Onramper to Enable Seamless and Reliable Fiat-to-Crypto Onramp Transactions | February 17 |
| Gemini | Exploring Gemini ActiveTrader: a High-Performance Crypto Trading Platform | February 22 |
| Uniswap | Buy NFTs with any ERC20 token | February 22 |
| Coinbase | Introducing Base | February 23 |

Case 1:23-cv-01599-ABJ    Document 53-10    Filed 06/12/23    Page 1 of 31

# Definitions

| Metric | Definition |
|---|---|
| Top Tier Exchanges | Exchanges that have scored Grade B and above in CryptoCompare's biannual Exchange Benchmark. |
| Lower Tier Exchanges | Exchanges that have scored Grade C and below in CryptoCompare's biannual Exchange Benchmark. |
| Spot Volumes | Trading volumes on crypto assets with immediate delivery. |
| Derivatives Volumes | Trading volumes on crypto assts via derivative contracts (futures and options). |
| Futures Contracts | Derivative contracts where two parties agree to exchange the underlying asset at a specified (Calendars) or unspecified (Perpetuals) date in the future. |
| Options Contracts | Derivative contracts that give the holder the right, but not the obligation, to buy or sell an asset by a certain date at a specified price. |
| Open Interest | US-dollar value of outstanding derivative contracts that have not been settled for an asset. |

## Exchange Benchmark Analysis

CryptoCompare's biannual Exchange Benchmark aims to serve investors, regulators and industry participants by scoring and ranking exchanges based on their operational transparency, security, operational quality, regulatory standing, data provision, management team, and ability to monitor trades and illicit activity effectively.

We hence refer to the notion of "Top-Tier" vs "Lower-Tier" volumes and exchanges, as explained in greater detail in the Exchange Benchmark Report methodology.

> **Explore the Exchange Benchmark here**

This report assesses exchange activity via the above segmentation, particularly for spot markets. Apart from this, we study the market segmentation between different exchanges and assets, derivatives, and dive deeper into CME data, one of the largest derivatives exchanges across multiple asset classes.

## Top Tier vs Lower Tier Exchange Volumes



In February, total spot trading volumes increased 10.0% to $946bn, the second month of consecutive volume increases. Top-Tier spot volumes increased 9.23% to $873bn, and Lower-Tier spot volumes increased 20.4% to $72.1bn. Despite the increase, trading volumes remain at historically low levels.

Top-Tier exchanges now represent 92.4% of total spot volume based on CryptoCompare's October 2022 Exchange Benchmark Ranking, compared to 93% in January.



Trading activity across spot markets increased in February, reflecting a shift towards more risk taking as asset prices remain suppressed relative to all-time highs, and the macroeconomic environment appears to be improving compared to a year ago.

**A daily volume maximum of $50.2bn was traded on the 16th of February, up 3.01% from the intra-month high in January.**

Top-Tier exchanges traded a daily volume maximum of $46.5bn on the 16th of February, up 0.96% from January. Top-Tier exchanges are selected based on our rigorous Exchange Benchmark Methodology.



### *BUSD Sees a Marginal Fall in Volumes in February*

In February, total BUSD volumes fell 2.43% to $176bn, a lower-than-expected fall given the regulatory pressures suffered by BUSD over the last month. This includes an investigation by the NYDFS, an instruction by the regulator to cease the minting of new BUSD tokens, and a Wells Notice from the SEC.

This has resulted in a collapse of BUSD's market capitalisation, as BUSD holders redeem the token in exchange for USD, while no new tokens are able to be minted. As a result, BUSD's market cap fell 32.6% in February from $15.7bn to $10.6bn. However, volumes have not reacted in a similar fashion, with BUSD remaining the second most used stablecoin/fiat option across all centralised crypto exchanges, outlined on the chart below:



USDT appears to be the clear winner from BUSD's debacle, with an increase in market share from 68.7% to 72.0% month on month. Surprisingly, USDC's market share fell by 20 basis points. Of course, the outcome of the legal action towards BUSD and its issuer Paxos will take months to play out, and we believe USDC and other stablecoins will also gain from the news surrounding BUSD.

# Macro Analysis and Market Segmentation

**In February, spot volume from the 8 graded AA-A exchanges increased by 8.81% compared to January, with aggregated spot volumes totalling $608bn.**



**Considering individual exchanges, Binance (Grade A) was the largest Top-Tier spot exchange by volume in February, trading $540bn (up 13.7%). This was followed by Coinbase (Grade A) trading $39.9bn (down 29.1%) and Kraken (Grade A) trading $19.3bn (up 11.5%).**

Bitfinex (Grade AA) and Bitstamp (Grade A) followed, trading $4.09bn (down 14.9%) and $3.90bn (down 16.7%) in monthly volumes, respectively.



Binance, Coinbase, and Kraken were the top exchanges in terms of spot volume in February relative to other AA-A graded exchanges.

Among the Top-Tier exchanges, they represented approximately 68.6% of total volume (vs 69.9% in January). Binance remains the market leader, with 61.8% of Top-Tier market share.

## Bitcoin to Fiat Volumes



**Along with all other trading activity, BTC spot trading with USDT grew for a second consecutive month, increasing 6.66% in February to 11.2mn BTC. BTC-BUSD and BTC-USD followed, with a decline of -16.4% and -26.0% to 3.90mn BTC and 1.67mn BTC, respectively.**

USDC remained the next favoured stablecoin, albeit with a -14.3% fall to 86.5k BTC.



In January, BTC/USDT trading continues to represent the majority of BTC traded into fiat or stablecoin spot markets. Its dominance continued to grow in February, increasing from 57.4% to 63.7%.

## Derivatives



**Derivatives volumes increased by 1.47% in February to $2.07tn.** The derivatives market now represents 68.6% of the entire crypto market (vs 70.3% in January).



**Among the top 8 derivatives exchanges, Binance leads with a market share of 62.9% ($1.32tn) of total volumes in February.** This was followed by OKX (14.0% market share, $295bn) and Bybit (13.3% market share, $281bn).

### Binance Continues to Reach Record Market Share

The collapse of FTX in November 2022 was greatly accelerated the pace at which Binance has gained market share across both spot and derivative markets. Following an increase in spot and derivative volumes of 13.7% and 5.06% to $540mn and $1.32tn respectively, Binance's market share across both markets reached an all-time high in February. Binance's market share going back to January 2020 has been outlined below.

| Month | Binance Spot Top-Tier Market Share | Binance Derivatives Market Share* |
|-------|-----------------------------------|-----------------------------------|
| Jan-21 | 29.0% | 31.9% |
| Feb-21 | 35.6% | 36.5% |
| Mar-21 | 33.6% | 38.5% |
| Apr-21 | 38.0% | 40.4% |
| May-21 | 40.1% | 40.1% |
| Jun-21 | 33.9% | 49.2% |
| Jul-21 | 34.0% | 53.4% |
| Aug-21 | 39.1% | 52.8% |
| Sep-21 | 39.8% | 49.3% |
| Oct-21 | 41.9% | 53.8% |
| Nov-21 | 42.0% | 56.4% |
| Dec-21 | 35.6% | 54.6% |
| Jan-22 | 33.6% | 47.9% |
| Feb-22 | 35.0% | 43.9% |
| Mar-22 | 37.0% | 42.9% |
| Apr-22 | 34.3% | 46.6% |
| May-22 | 35.0% | 53.8% |
| Jun-22 | 36.7% | 53.0% |
| Jul-22 | 40.3% | 52.5% |
| Aug-22 | 39.3% | 55.6% |
| Sep-22 | 50.5% | 54.9% |
| Oct-22 | 48.1% | 53.6% |
| Nov-22 | 52.9% | 58.4% |
| Dec-22 | 55.2% | 61.7% |
| Jan-23 | 59.4% | 60.9% |
| Feb-23 | 61.8% | 62.9% |

*Market Share Includes: Binance, OKX, Bybit, Huobi, FTX, Bitget, AAX, Kraken, Deribit, CME*





**Binance was the largest derivatives exchange in February by monthly volume, trading $1.32tn (up 5.06% compared to January), followed by OKX ($295bn, up 3.37%) and Bybit ($281bn, down 6.80%).** Bybit and OKX continue to battle for the top exchange behind Binance, with the second consecutive month with a change in their ranking.



**Derivatives exchanges traded a daily maximum of $116bn on the 16ᵗʰ of February, a marginal 0.08% increase from January's intra-month high of $115bn.**

## CME Institutional Volume



In February, CME's BTC Futures volume rose 20.0% to $25.0bn, while CME's BTC Micro Futures traded $477mn in monthly volume, up 59.4% from the month prior.



212,361 BTC futures contracts were traded in February, up 7.07% since January. This only includes CME's Bitcoin Futures, where the underlying asset is 5 Bitcoin. It excludes Bitcoin Micro Futures, where the underlying asset is 1/10th of a Bitcoin.

A total of 202,079 Bitcoin Micro Futures were traded in February, up 40.7% compared to January.



26,002 BTC futures contracts were traded on the 21st of February, a daily maximum for the month.



There were 10,545 ETH futures contracts traded on the 21st of February, a daily maximum for the month.

123,928 ETH futures contracts were traded in February, up 14.4% since January. This only includes CME's Ethereum Futures, where the underlying asset is 50 ETH. It excludes Ethereum Micro Futures, where the underlying asset is $1/10^{th}$ of an Ether.

A total of 208,361 Ethereum Micro Futures were traded in February, down -1.80% compared to January.



CME's BTC options contracts fell 36.9% in February to 5,330 contracts traded after a 214% rise last month.



BTC options contract volumes reached a daily maximum of 718 contracts traded on the 16th of February, down 43.2% from the intra-month high in January.

Regarding total USD trading volume, CME's ETH futures reached $10.1bn in February (up 24.4% since January). Meanwhile, CME's BTC futures volumes rose 20.0% to $25.0bn. On aggregate ETH + BTC futures volumes rose 21.2% to $35.0bn. This does not include Micro Futures.



A combined volume of $4.05bn in BTC and ETH futures was traded on the 21st of February – a maximum for the month, up 25.1% from the intra-month high in January.



*To conclude, in February, cryptocurrency exchanges saw an increase of 4.01% in volumes across both derivative and spot markets. This coincides with marginally positive returns in BTC and ETH, and the increase in volatility and risk taking in crypto markets so far in 2023 compared to the end of last year. However, it is important to put this into context – with volumes still 71.0% below the all-time highs reached in May 2021.*

# Access More of Our Research and Insights

As the digital asset markets continue to grow, so does the need for high-quality research that brings greater clarity and transparency to this rapidly evolving industry. CryptoCompare's suite of research reports provides market participants with trusted, high-quality data and analysis.

**Recurring Reports:**

| Report | Description |
|---|---|
| **Exchange Review** | Captures key developments within the cryptocurrency exchange market — providing readers with an in-depth analysis of exchange volumes, trading activity, and derivatives open interest. |
| **Digital Asset Management Review** | Tracks and provides analysis of the most innovative institutional products in the industry, assesses volumes, assets under management (AUM), and product flow trends. |
| **Exchange Benchmark** | Brings clarity to the crypto asset exchange sector. Two years on, it has become the industry standard for assessing and evaluating cryptocurrency exchanges, with the methodology and rankings now being utilised to help create financial products and indices. |
| **Asset Report** | Provides professionals in the financial services space, particularly the investment management industry, with a summarised analysis of the latest movements in five of the largest cryptocurrencies. |
| **Market Outlooks** | A quarterly report that identifies the most important developments of the last quarter, which may thereafter set the tone for key trends to look out for in the following months. This includes references to the macroeconomic environment, DeFi, NFTs, stablecoins, and more. |
| **Stablecoins and CBDCs** | Captures the key developments within the stablecoins and CBDCs sector – providing analysis relating to the market capitalization and trading volume of stablecoins, segmented by their type based on collateral. |

**Topic Deep Dives:**

| Report | Description |
|---|---|
| **Centralised Exchange Retrospective** | Created in collaboration with Bybit —— it includes a retrospective analysis of the centralised exchange landscape and the key trends to look out for this year following the collapse of FTX in November 2022. |
| **UST's Fall From Grace** | Summarises the depegging of UST and the subsequent debacle of LUNA and the Terra ecosystem, including analysis of the ripple effects of the event and where it situates the digital asset industry. |

# EXHIBIT BH-95



Coins: 9999    Exchanges: 752    Market Cap: $1,108,060,528,365 1.9%↑    24h Vol: $27,480,310,991    Dom

Research    Market Coverage    NFTs & Games    Altchains & DeFi    Ramblings

Podcast    Airdrops    Reports    Analysis

ANALYSIS

# Potential Impact of CFTC's Lawsuit on Binance.US Users

4.1 ⭐ | by **Lim Yu Qian**

Updated April 06 2023



## How Many Users Does Binance.US Have?

Binance, one of the largest centralized cryptocurrency exchanges globally, has around 0.67 million users in the US as of February 2023. The exchange has a country-

specific website, Binance.US, which received around 2.18 million visits in the same month.

In other words, at least half a million US retail investors in crypto might potentially be affected, after the US Commodity and Futures Trading Commission (CFTC) filed a lawsuit against Binance on March 27, 2023. As the CFTC's lawsuit against Binance unfolds, it remains to be seen whether Binance will lose its market share in the US, with users possibly switching away from the exchange.

The number of Binance.US users had increased by 16.4% month-on-month (MoM) compared to the 0.58 million users recorded at the start of the year in January 2023. This came even as the US Securities and Exchange Commission (SEC) ordered Binance USD (BUSD) issuer Paxos to stop offering the stablecoin. Binance had made BUSD the default stablecoin in September 2022, by automatically converting USDC Coin (USDC), USDP and TrueUSD (TUSD).

Prior to that, monthly Binance.US users had increased to 0.85 million in November 2022, when activity in the crypto market picked up amid the collapse of Sam Bankman-Fried's FTX and its resulting contagion. Even with the exit of competitor FTX, the number of Binance.US users declined in the next two months.

Despite the slight recovery last month, the number of Binance.US users is still down by 25.6% over the past year, having remained below the 0.91 million users in March 2022. Binance has had fewer users in the US since then, due to crypto winter and the overall macroeconomic challenges that shifted retail investors into a more risk-averse mode.

## Methodology

The study examined monthly unique visitors to Binance.US based on Similarweb data from March 2022 to February 2023.

*If you use these insights, we would appreciate a link credit to this article on CoinGecko. A link credit allows us to keep*

*supplying you with future data-led content that you may find useful.*

Curious to find out more about our previous research studies? Check out this one we did on how much the SEC has charged celebrities so far, as US regulators crack down on crypto.

Tell us how much you like this article!

Vote count: 17

**Lim Yu Qian**

Yuqian is a cryptocurrency writer and marketer who specializes in mainstream cryptocurrency insights. She's especially fascinated by the philosophical and socioeconomic aspects of crypto and also goes by the name of Q. She holds a Bachelor of Social Sciences with Honors from the National University of Singapore. Follow the author on Twitter @solosbrqt

Read more from Lim Yu Qian

**Related Articles**



Analysis

**Top Decentralized Social Media in 2023**

Lim Yu Qian
May 10, 2023 • ⭐ 4.2 (68 votes)

# EXHIBIT BH-96

 

< Buying and selling crypto

# Cardano (ADA), Polygon (MATIC), Solana (SOL) Update

We regularly review the crypto we offer on Robinhood. Based on our latest review, we've decided to end support for Cardano (ADA), Polygon (MATIC), and Solana (SOL) on June 27th, 2023 at 6:59 PM ET. No other coins are affected and your crypto is still safe on Robinhood.

## What does this mean?

You can continue to buy, sell and hold ADA, MATIC, and SOL until the deadline. You will be able to transfer ADA, MATIC, and SOL until June 27th, 2023. (If you live in Hawaii or Nevada, you can't buy ADA, MATIC, and SOL. If you live in New York, you can't transfer ADA, MATIC, and SOL.)

After the deadline, any ADA, MATIC, and SOL still in your Robinhood Crypto account will be sold for market value and the proceeds will be credited to your Robinhood buying power.

## Are other coins affected?

No, this only affects ADA, MATIC, and SOL. All other crypto you hold on Robinhood will not be affected. And depending on what state you live in, you can still trade all other available coins.

## Is my crypto safe?

Yes. We protect all the coins owned by our customers with industry-leading security. Nearly all of your crypto is held in cold storage, and we never lend your coins or leverage against them.



# Do I have to sell my ADA, MATIC, and SOL?

No. If you don't want to sell your ADA, MATIC, and SOL, and you live in a state where transfers are available, you can send it to another wallet or crypto platform. However, any ADA, MATIC, and SOL that's still on Robinhood after the deadline will be automatically sold and credited to your Robinhood buying power.

**Still have questions? Contact Robinhood Support**

---

**Brokerage Customer Relationship Summary**
**FINRA's BrokerCheck**

---

**DEMOCRATIZE FINANCE FOR ALL™**

| Product | Company |
|---|---|
| Invest | About us |
| Crypto | Blog |
| Retirement | Affiliates |
| Options | Press |
| Cash Card | Careers |
| Learn | Commitments |
| Snacks | Our Customers |
| | Investor Relations |
| **Legal & Regulatory** | Support |
| | ESG |
| Terms & Conditions | Podcast |
| Disclosures | Investor Index |
| Privacy | |
| Law Enforcement Requests | |



Brokerage services are offered through Robinhood Financial LLC, (RHF) a registered broker dealer (member SIPC) and clearing services through Robinhood Securities, LLC, (RHS) a registered broker dealer (member SIPC). Cryptocurrency services are offered through Robinhood Crypto, LLC (RHC) (NMLS ID: 1702840). Robinhood Crypto is licensed to engage in virtual currency business activity by the New York State Department of Financial Services. The Robinhood spending account is offered through Robinhood Money, LLC (RHY) (NMLS ID: 1990968), a licensed money transmitter. A list of our licenses has more information. The Robinhood Cash Card is a prepaid card issued by Sutton Bank, Member FDIC, pursuant to a license from Mastercard®. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. RHF, RHY, RHC and RHS are affiliated entities and wholly owned subsidiaries of Robinhood Markets, Inc. RHF, RHY, RHC and RHS are not banks. Products offered by RHF are not FDIC insured and involve risk, including possible loss of principal. RHC is not a member of FINRA and accounts are not FDIC insured or protected by SIPC. RHY is not a member of FINRA, and products are not subject to SIPC protection, but funds held in the Robinhood spending account and Robinhood Cash Card account may be eligible for FDIC pass-through insurance (review the Robinhood Cash Card Agreement and the Robinhood Spending Account Agreement).

Options trading entails significant risk and is not appropriate for all customers. Customers must read and understand the Characteristics and Risks of Standardized Options before engaging in any options trading strategies. Options transactions are often complex and may involve the potential of losing the entire investment in a relatively short period of time. Certain complex options strategies carry additional risk, including the potential for losses that may exceed the original investment amount.

Commission-free trading of stocks, ETFs and options refers to $0 commissions for Robinhood Financial self-directed individual cash or margin brokerage accounts that trade U.S. listed securities and certain OTC securities electronically. Keep in mind, other fees such as trading (non-commission) fees, Gold subscription fees, wire transfer fees, and paper statement fees may apply to your brokerage account. Check out Robinhood Financial's Fee Schedule for details.

 **View important disclosures**

© 2023 Robinhood. All rights reserved.

# EXHIBIT BH-97

- **Nikkei 225**

## Robinhood Moves to Cut Support for Cardano, Polygon and Solana



The popular trading app Robinhood is ending support for three cryptocurrencies in Cardano (ADA), Polygon (MATIC), and Solana (SOL) from June 27, 2023.

"We regularly review the crypto we offer on Robinhood," the firm shared in an update. "Based on our latest review, we've decided to end support for Cardano (ADA), Polygon (MATIC), and Solana (SOL) on June 27th, 2023 at 6:59 PM ET."

Users have to withdraw or sell these assets for fiat or other eligible assets on Robinhood by the deadline.

Post that, these assets will be sold at market prices with the sale

proceeds going toward the users.

Per data from CoinGecko, the price of all three assets has been mixed with ADA falling 2.7%, MATIC dropping 0.4%, and SOL rising 1.1% in the past 24 hours.

The decision comes days after the U.S. Securities and Exchange Commission sued Binance and Coinbase for a variety of allegations, with securities law violations being common between the two charges brought by the regulator.

Both the lawsuits alleged that ADA, MATIC, and SOL were unregistered securities.

"This introduced a cloud of uncertainty around these assets and, as a result, our team has decided to end support for them," a Robinhood spokesperson shared with *Decrypt*. A similar message was issued to some of Robinhood's user base this morning.

Dan Gallagher, Robinhood's regulatory compliance head also testified before the House Agriculture Committee on Tuesday claiming that the firm was "actively reviewing" its crypto offerings.

SEC Chair Gensler Says Crypto Is Rife With 'Hucksters, Fraudsters, Scam Artists'

The trading app added support for Solana and Polygon in April 2022 with Cardano's listing coming in September 2022.

Robinhood will support three fewer crypto tokens from its initial list of 18 which includes Bitcoin (BTC), Ethereum (ETH), meme coins Dogecoin (DOGE) and Shiba Inu (SHIB), layer-1 tokens like Avalanche (AVAX) and Tezos (XTZ), and DeFi tokens like Aave (AAVE), Compound (COMP), and Uniswap (UNI).

-

# EXHIBIT BH-98

Coming September 2023: Permissionless II | Tickets



PRICES   RESEARCH   EVENTS   WEBINARS

AAVE 52.96 0.49%   AVAX 11.44 -2.30%   BNB 230.48 -2.91%   BTC 25818.00 -0.78%   ADA 0.28 1.38%   COMP 26.71 1.17%   SOL 14.94 -5.11%   UNI 4.13 0.48%   S&P

HOME   ‹   NEWS   ‹   BUSINESS

## Crypto.com to suspend US institutional exchange

The decision was made in light of "limited demand" among US institutions because of the "current market landscape"

BY JAMES CIRRONE  /  JUNE 9, 2023 12:34 PM



Emre Akkoyun/Shutterstock modified by Blockworks

SHARE

Crypto.com said Friday that it will shut down its institutional exchange service for US customers in less than two weeks, saying demand is drying up.

In a statement provided to Blockworks, Crypto.com explained that there is a lack of demand due to the market landscape in the US — no doubt a reference to the lawsuits against fellow exchanges Binance and Coinbase.

**Read more**: Crypto firms beefing up legal support amid regulatory crackdown

"We recently made a business decision to suspend the institutional offering of the Crypto.com Exchange in the U.S. as of 11:59pm EDT June 21, 2023 due to limited demand from institutions in the U.S. in the current market landscape. Impacted institutional users were given advance notice to support a smooth transition," the statement said.

Crypto.com also stressed that this closure does not affect its retail trading app, which includes its CFTC-regulated crypto derivatives product, UpDown Options.

The Singapore-based crypto exchange added that it could reopen the institutional trading platform in the future, though it declined to provide more details on what conditions would need to be met to open its doors again.

Crypto.com started the month of June with a win, announcing that it had received a license for digital payment token services in Singapore, allowing the exchange to offer its services in the country.

Blockworks previously reported that the head of product for Crypto.com, Abhi Bisarya, believes that AI will be "game-changing" for crypto exchanges.

---

**Get the day's top crypto news and insights delivered to your email every evening.** Subscribe to Blockworks' free newsletter **now.**

**Want alpha sent directly to your inbox? Get degen trade ideas, governance updates, token performance, can't-miss tweets and more from** Blockworks Research's Daily Debrief**.**

**Can't wait? Get our news the fastest way possible.** Join us on Telegram **and follow us on** Google News**.**

---

TAGS    CRYPTO EXCHANGES    CRYPTO.COM    UNITED STATES

---

NEWSLETTER

## Blockworks Daily

| Email address | SUBSCRIBE |

---

UPCOMING EVENT

# EXHIBIT BH-99

binance.com

# Licenses, Registrations and Other Legal Matters

8-11 minutes

---

## LICENSES AND REGISTRATIONS

Binance is committed to working closely and collaboratively with regulators from around the world. Binance currently holds the following regulatory licenses, registrations, authorisations and approvals:

## Europe

- **France**

Binance France SAS has been granted registration as a Digital Asset Service Provider (DASP) by the Autorité des Marchés Financiers (AMF) (registration number E2022-037). Binance France SAS can provide the following regulated services in France: digital assets custody; purchase/sale of digital assets for legal tender; exchange of digital assets for other digital assets; and operation of a trading platform for digital assets.

- **Italy**

Binance Italy S.R.L. has been granted a Digital Asset Service Provider (DASP) registration by the Organismo Agenti e Mediatori (OAM) (registration number PSV5). The registration enables

Binance Italy S.R.L. to provide crypto asset exchange and custody services.

- **Lithuania**

Bifinity UAB (formerly called Binance UAB) has been granted a Virtual Asset Service Provider (VASP) registration by the Registry of Legal Entities of the Republic of Lithuania and local Financial Intelligence Unit (FIU) (registration number 305595206). The registration enables Bifinity UAB to provide crypto asset exchange and custody services.

- **Spain**

Binance Spain, S.L. (Binance's Spanish subsidiary) has been granted registration as a [Virtual Asset Services Provider](#) by the Bank of Spain (registration number D661). The registration enables Binance Spain, S.L. to provide crypto asset exchange and custody services.

- **Poland**

Binance Poland Spółka z Ograniczoną Odpowiedzialnością has been granted [Virtual Asset Service Provider](#) (VASP) registration by the Polish Tax Administration Chamber of Poland in Katowice (registration number RDWW – 465). The registration enables the company to provide crypto asset exchange and custody services.

- **Sweden**

Binance Nordics AB has been granted registration as a [Financial Institution](#) for management and trading in virtual currency by the Swedish Financial Supervisory Authority (registration number 66822). The registration enables the company to provide a comprehensive range of products, including (amongst others) spot

trading, OTC convert, custody, staking, savings, card and pay services.

## Commonwealth of Independent States

- **Kazakhstan - Astana International Financial Centre (AIFC)**

  BN KZ Technologies Limited has been granted a license by the Astana Financial Services Authority (AFSA) to operate a [digital asset platform](#) and provide custody services in the Astana International Financial Centre (AIFC).

## Middle East

- **Abu Dhabi Global Market (ADGM)**

  Binance (AD) Limited has been granted a [Financial Services Permission](#) (FSP)  by the Financial Services Regulatory Authority to carry out the Regulated Activity of Providing Custody, in relation to Virtual Assets. Once Binance (AD) Limited has met the conditions set out in its FSP, it can commence providing custody services to Professional Clients.

  BV Investment Management Limited has been granted a [Financial Services Permission](#) (FSP) by the Financial Services Regulatory Authority to carry out the Regulated Activity of Managing a Collective Investment Fund. Once BV Investment Management Limited has met the conditions set out in its FSP, it can commence providing fund management services to Professional Clients.

- **Bahrain**

  Binance Bahrain BSC(c) has been granted a [Category 4 licence](#) as a Crypto-Asset  Service Provider (CASP) by the Central Bank of Bahrain. The licence enables Binance Bahrain BSC(c) to operate as a cryptoasset exchange services provider and a crypto-

asset custody service.

- **Dubai World Trade Center (DWTC)**

  Binance FZE has been granted a [Virtual Asset Service Provider (VASP) MVP licence](#) by the Virtual Asset Regulatory Authority (VARA). The MVP licence enables Binance FZE to offer products or services approved by VARA including but not limited to Exchange Services, Custodial Services, Broker-Dealer Services and Payments and Remittance Services to qualified investors initially.

### Asia-Pacific

- **Australia**

  InvestbyBit Pty Ltd (ABN 98 621 652 579) (trading as "Binance Australia") has been granted a Digital Currency Exchange (DCE) provider registration by the Australian Transaction Reports and Analysis Centre (AUSTRAC) (registration number 100576141-001). The registration enables InvestbyBit Pty Ltd to provide digital currency exchange services.

- **Indonesia**

  PT. ASET DIGITAL BERKAT (trading as TokoCrypto) has been granted a Registration of Trader Candidate by Bappebti (No. 001/BAPPEBTI/CP-AK/11/2019) on 21 November 2019. The registration enables PT. ASET DIGITAL BERKAT to carry out transaction activities relating to crypto assets, whether in its own name and/or to facilitate its customers

- **Japan**

  Binance has been actively engaging with the Financial Services Authority (FSA) and completed the acquisition of a licensed

exchange in Japan on 30 November 2022. The license enables Binance to operate as a Crypto Asset Exchange Service Provider through the local exchange in Japan.

- **New Zealand**

  Investbybit Limited (trading as Binance New Zealand) is registered on the New Zealand register of financial service providers (FSP1003864). The registration enables Binance New Zealand to provide the following financial services in New Zealand: (i) use fiat currency to purchase virtual assets; (ii) trade virtual assets; (iii) use fiat or virtual currencies to buy or sell NFTs (non-fungible tokens); and (iv) invest in virtual assets.

  Investbybit Limited is not licensed by a New Zealand regulator to provide these financial services. Investbybit Limited's registration on the New Zealand register of financial service providers or membership of the Insurance & Financial Services Ombudsman Scheme does not mean that Investbybit Limited is subject to active regulation or oversight by a New Zealand regulator.

- **Thailand**

  Gulf Binance Co., Ltd., ("Gulf Binance"), has been granted digital asset operator licenses by the Thailand Ministry of Finance through the Securities and Exchange Commission ("SEC") in Thailand. Gulf Binance is a joint venture between Binance and Gulf Innova Co., Ltd. ("Gulf") following a 2022 agreement between the two organizations to set up a digital asset exchange in Thailand. Having secured these licenses, Gulf Binance will be able to operate as a digital asset exchange and digital asset broker and is set to launch in Thailand in the fourth quarter of 2023.

**Americas**

- **Mexico**

Bmex Techfin, S. de R.L. de C.V. has been granted a Vulnerable Activity registration by the Tax Administration Service (SAT). This registration allows Binance to provide virtual assets services in Mexico and comply with the requirements of SAT's anti-money laundering and counter terrorist financing (AML/TF) regulation applicable to virtual assets service providers.

### Africa

- **South Africa**

Brickhouse Trading Ltd offers Futures and Options to users in South Africa in its capacity as a Juristic Representative of FiveWest OTC Desk (Pty) Limited (Authorised FSP 51619), an authorised financial services provider in South Africa. Brickhouse Trading Ltd is a member of the Binance group of companies.

### OTHER LEGAL MATTERS

### Restricted Jurisdictions

Binance does not onboard or provide services to residents of Restricted Jurisdictions or corporate accounts of entities incorporated or doing business in Restricted Jurisdictions.

"**Restricted Jurisdictions**" include, but are not limited to, the United States of America, Canada, Cuba, Crimea Region, Iran, Syria, and North Korea. Comprehensive rules related to restricted jurisdictions are available in the Binance TOUs.

### KYC

Binance requires mandatory KYC to be undertaken to onboard any users in order to comply with legal and regulatory obligations

including, but not limited to, rules governing anti-money laundering, counter-terrorism financing and sanctions; Binance has created a number of educational resources to help users understand the KYC process, why it's important and why we do it. These resources can be accessed here and here (with links to further resources embedded into those articles).

## Restrictions

We have notices regarding certain restrictions placed on our products and services which can be accessed here. Users impacted by these restrictions are strongly encouraged to review these notices and seek independent advice. Please see the Binance TOUs for a comprehensive list of restrictions and eligibility requirements to open and maintain an account on Binance.com.

## Customer Service

If you have any questions or complaints about Binance's products or services, please contact our customer service team who will be able to assist you. They are staffed 24 hours a day, 7 days a week and strive to address your concerns as quickly as possible.

# EXHIBIT BH-100

wsj.com

# Binance Hires Compliance Chief From Crypto Rival Kraken

*Mengqi Sun*

3-4 minutes

---

1. Risk & Compliance Journal

**Steven Christie, who oversaw global compliance at Kraken for more than four years, has joined cryptocurrency exchange Binance as its senior vice president of compliance**

Sept. 23, 2022 5:30 am ET

Binance, the world's largest cryptocurrency exchange by spot-trading volume, has snatched up the chief compliance officer from rival Kraken, as the industry continues to ramp up its compliance efforts.

Steven Christie, who oversaw global compliance at Kraken for more than four years, joined Binance as its senior vice president of compliance in May, a Binance spokeswoman said Thursday.

Mr. Christie leads Binance's global compliance team of more than 750 people, including its cyber investigations team, the spokeswoman said. Mr. Christie has worked in the crypto industry

since 2015, previously serving as the compliance chief at bitcoin custodian Xapo Bank, according to a biography from a 2019 blockchain event in which he participated.

San Francisco-based Kraken said Wednesday that it expects to hire a new chief compliance officer in the next few weeks. The company also said co-founder Jesse Powell [plans to step down from his role as chief executive](#) but will remain chairman.

Kraken said Dave Ripley, its current chief operating officer, will succeed Mr. Powell after the company completes a search for a new COO. Kraken is the fourth-largest crypto exchange by spot-trading volume, according to cryptoassets price-tracking website CoinMarketCap.

The management shake-up is the latest for Kraken as it faces increasing regulatory scrutiny. A New York Times report in July said the exchange is under federal investigation as it is suspected of violating U.S. sanctions by allegedly allowing users in Iran and elsewhere to buy and sell digital tokens. Representatives for Kraken didn't immediately respond to a request for comment.

[The demand for compliance and legal talent in the crypto industry](#) has continued in recent months, despite tumbling crypto prices and layoffs, as the industry faces increased regulatory pressure.

**Write to** Mengqi Sun at [mengqi.sun@wsj.com](mailto:mengqi.sun@wsj.com)

Copyright ©2023 Dow Jones & Company, Inc. All Rights Reserved. 87990cbe856818d5eddac44c7b1cdeb8

Appeared in the September 24, 2022, print edition as 'Binance Hires Compliance Chief From Rival'.

Sponsored Offers

- TurboTax:

  [Save up to $15 with TurboTax coupon May 2023](#)

- The Motley Fool:

  [Epic Bundle - 3x Expert Stock Recommendations](#)

- H&R Block Tax:

  [15% Off DIY Online Tax Filing Services | H&R Block Coupon](#)

- Top Resume:

  [10% TopResume Discount Code for expert resume-writing services](#)

- Walmart:

  [20% off your order with Walmart promo code](#)

- Groupon:

  [Ready, Set Summer at Groupon - Up to 75% Off + Extra 10% Off Travel](#)

# EXHIBIT BH-101

theblock.co

# Binance's Noah Perlman wants exchange to be 'beyond reproach'

*Andrew Rummer*

6-7 minutes

---

Exclusive

## Binance's new compliance chief sees mission to put crypto exchange giant 'beyond reproach'

[Companies](#) • May 11, 2023, 10:18AM EDT

Published 20 minutes earlier on



**Quick Take**

- Since its foundation in 2017, Binance's reputation has been hit by a series of clashes with authorities worldwide.

- Noah Perlman, Binance's recently appointed Chief Compliance Officer, says the exchange giant must go "above and beyond reproach going forward."





Noah Perlman has one of the toughest jobs in crypto.

As the recently appointed chief compliance officer at Binance, Perlman sees his role as putting the world's largest crypto exchange "beyond reproach" as it battles to restore its reputation with regulators.

That reputation has been hit by a series of run-ins with authorities worldwide, including getting banned from opening a division in the UK in 2021 and, more recently, a Commodity Futures Trading Commission lawsuit that accused Binance of operating in the U.S. illegally.

 THE BLOCK

Mariah Carey-backed crypto app Geojam signs with Hollywood agency WME: Exclusive

RT Watson

"The challenge is when you have these legacy issues, those

mistakes can look like it's still part of a pattern and practice from the old thing," Perlman said in an interview in London this week. "It's just hyper-important for us to be above and beyond reproach going forward — so that we can put those legacy items behind us."

An alumnus of both Wall Street bank Morgan Stanley and crypto exchange Gemini, Perlman started at Binance about three months ago and reports directly to CEO Changpeng Zhao. He's based in the U.S., but insists he has nothing at all to do with Binance US, the exchange's American unit. His remit covers the rest of the world, outside the U.S.

He agreed to come aboard after CZ, as Zhao is often known, convinced him that Binance has "turned the corner" on compliance. According to Perlman, those words have also been matched with action. The company has grown its compliance team to about 750 people and added new tools for checking clients' identities as they're onboarded.

## Binance's compliance challenges

Perlman likens the challenge of regulatory compliance to adjusting a dial to find an "equilibrium."

"You can turn the dial one way or another. I want to protect Binance from bad actors. Easy to do: just turn the dial all the way, then we've got no users. And so how to calibrate that is a challenge."

To reassure regulators that Binance's culture has indeed changed, Perlman says it's important to "overcommunicate" with them and ensure all decisions are clearly documented.

Binance's Chief Strategy Officer Patrick Hillmann, who sat in on

the interview, doubled down on the idea that Binance needs to overcommunicate to reassure both regulators and users. He added that the company is also trying to give more information when technical faults halt trading, for example.

## The information vacuum

"We've gotten the leadership team in the mindset — on the tech side too — that you have to go above and beyond," Hillmann said. "Just tell them what is the issue, even if it's stupid, if it's embarrassing, it's better to be out there and to explain this to people and make them understand."

When Binance leaves a "vacuum of information out there" it can "fill with speculation," he added.

Perlman expressed optimism that, while financial regulators are currently on the warpath following November's collapse of Binance rival FTX, their concerns will wane in time.

"Regulators are burned by something that's happened in the industry and so they're going to naturally calibrate tighter. And then it'll subside — and that's the equilibrium," Perlman said. "We're right now in a sort of post-FTX world where I can understand the focus being like, 'we don't trust you.'"

## Working at Binance

Binance has had a wild ride since its inception in 2017, with its share of trading volume peaking at 62% in February — up from 20% five years earlier.

While Hillmann is keen to stress the exchange's breakneck growth

from a 30-person startup to its current headcount of more than 8,000, that growth has created some disgruntled employees along the way.

[Binance's rating](#) on the company review site Glassdoor sits at 3.2 stars, compared with 3.7 stars for Coinbase and 3.4 stars for Gemini. Kraken, another crypto exchange, boasts 4.4 stars, although its listing comes with a warning that "this employer has taken legal action against reviewers."

Common complaints about Binance on Glassdoor concern its long hours, "toxic" culture and a perceived necessity to speak Chinese to get ahead. On the other hand, its high pay is almost universally praised.

Asked about how he's found Binance's culture since joining, Perlman's only comment is that "I've never seen a company so user-focused."

Hillmann gave an example to illustrate that commitment to users, enthusing that all members of the executive team — including CZ — have to spend time every month answering customer support tickets.

[Stronger compliance measures](#), of course, create pain for users, although Perlman is excited to make the process as slick as possible as Binance grows. "Can we make what is arguably a friction — maybe an unpleasant experience because we need [to ask about] your source of wealth — can we make that better?"


Disclaimer: The former CEO and majority shareholder of The Block has disclosed a series of loans from former FTX and Alameda founder Sam Bankman-Fried.

© 2023 The Block Crypto, Inc. All Rights Reserved. This article is provided for informational purposes only. It is not offered or intended to be used as legal, tax, investment, financial, or other advice.

# EXHIBIT BH-102

CoinMarketCap   

Cryptos: 25,682   Exchanges: 642   Market Cap: $1,046,098,321,016   24h Vol: $30,622,917,814   Dominance: BTC: 47.8% E

ⓘ Binance.US will pause USD fiat deposits and withdrawals starting June 13th, 2023. Cryptocurrency services will remain fully operational.

#  Binance.US

Spot Trading Volume(24h)

# $54,764,162.62

2,127 BTC

🔗 https://www.binance.us/en

🏛 Fees

🐦 @binanceUS

Do you work for an exchange?

**Submit reserve data**

## About Binance.US

### What Is Binance.US?

Binance.US is the U.S. registered arm of the world's largest cryptocurrency exchange by trading volume — Binance. The separate exchange was launched in response to U.S. regulations restricting the main exchange. While Binance owns the Binance.US name and intellectual property, the exchange is managed independently by BAM Trading Services. Both exchanges differ in terms of deposit and withdrawal methods, liquidity and trading fees.

Moreover, the U.S. platform offers users fewer cryptocurrencies and trading pairs than the global site, with 120+ assets, while the main exchange lists about 600. The platform is not available in all 50 states of America.

### Who Are the Binance.US Founders?

The exchange was launched in September 2019 and is managed independently by BAM Trading Services. The company's CEO is Brian Shroder, a former executive director of Ant Group Co. and Uber Technologies Inc. Shroder graduated from Harvard Business School with an MBA and holds dual BS degrees in Accountancy and Management from

Miami University.

## Where Is Binance.US Located?

Binance.US is based in Palo Alto, California.

## Binance.US Restricted Countries

The U.S.-based exchange is not available in Hawaii, Texas, New York and Vermont.

## What Coins Are Supported on Binance.US?

The platform provides access to more than 120 cryptocurrencies and offers over 60 trading pairs with digital assets like BTC, ETH, ADA, BCH, BNB, LINK, LTC and more.

## How Much Are Binance.US Fees?

Binance.US offers free Bitcoin trading, claiming to be the only major exchange to do so in the U.S. Trading pairs are categorized in three tiers — "Tier 0," "Tier I" and "Tier II" — fees on "Tier 0" pairs are 0%.

Fees on "Tier I" and "Tier II" pairs depend on the user's VIP level — ascertained by one's 30-day trading volume. For "Tier I," maker fee ranges from 0.0750% (VIP 1) to free (VIP 9), while taker fee ranges from 0.1500% (VIP 1) to 0.0375% (VIP 9). For "Tier II," maker fee ranges from 0.3000% (VIP 1) to free (VIP 9), and taker fee ranges from 0.4500% (VIP 1) to 0.0375% (VIP 9).

Furthermore, users can receive 25% off fees if they use BNB to pay.

## Is It Possible To Use Leverage or Margin Trading on Binance.US?

On the platform, users cannot trade futures or invest with a margin account.

**Hide**

## Markets

Pair   All ⌄

| | Spot | Perpetual | Futures |
|---|---|---|---|

| ▼ # | Currency | Pair | Price | +2% Depth | -2% Depth | Volume |
|---|---|---|---|---|---|---|
| 1 | Bitcoin | BTC/USD ↗ | $26,003.06 | $2,307,462.15 | $2,723,956.83 | $17,378,519 |
| 2 | Ethereum | ETH/USD ↗ | $1,741.00 | $469,360.50 | $629,204.54 | $6,198,999 |

| ▼ # | Currency | Pair | Price | +2% Depth | -2% Depth | Volume |
|---|---|---|---|---|---|---|
| 3 | Tether | USDT/USD ↗ | $1.0078 | $215,235.85 | $862,485.65 | $5,988,336 |
| 4 | Bitcoin | BTC/USDT ↗ | $25,796.38 | $675,242.62 | $1,746,413.23 | $5,182,473 |
| 5 | BNB | BNB/USD ↗ | $230.00 | $66,033.87 | $37,729.72 | $2,063,230 |
| 6 | Ethereum | ETH/USDT ↗ | $1,730.00 | $494,427.08 | $418,899.80 | $1,933,207 |
| 7 | BNB | BNB/USDT ↗ | $228.87 | $17,602.98 | $15,615.16 | $1,519,965 |
| 8 | Cardano | ADA/USD ↗ | $0.2753 | $20,362.41 | $65,850.08 | $1,117,540 |
| 9 | USD Coin | USDC/USD ↗ | $1.0098 | $277,540.30 | $218,593.40 | $1,029,247 |
| 10 | BNB | BNB/BTC ↗ | $227.89 | $10,911.52 | $11,875.02 | $905,713 |
| 11 | Polygon | MATIC/USD ↗ | $0.6345 | $5,304.44 | $9,407.60 | $873,978 |
| 12 | Solana | SOL/USD ↗ | $14.93 | $36,859.83 | $66,000.80 | $833,014 |
| 13 | Cardano | ADA/USDT ↗ | $0.2736 | $13,373.15 | $19,178.94 | $755,796 |
| 14 | Ethereum | ETH/BTC ↗ | $1,730.36 | $27,637.85 | $118,809.02 | $539,197 |
| 15 | Cardano | ADA/BTC ↗ | $0.2732 | $56,211.51 | $1,610.93 | $513,162 |
| 16 | Polygon | MATIC/USDT ↗ | $0.6306 | $5,945.90 | $25,922.90 | $387,938 |
| 17 | VeChain | VET/USD ↗ | $0.01565 | $23,899.54 | $29,069.29 | $384,515 |
| 18 | Dogecoin | DOGE/USD ↗ | $0.06112 | $70,798.75 | $145,278.10 | $349,084 |
| 19 | Solana | SOL/USDT ↗ | $14.83 | $24,703.37 | $26,789.03 | $313,764 |
| 20 | Litecoin | LTC/USD ↗ | $76.64 | $36,918.04 | $32,506.85 | $238,603 |
| 21 | Bitcoin | BTC/BUSD ↗ | $25,961.97 | $333.17 | $6,050.91 | $227,328 |
| 22 | VeChain | VET/USDT ↗ | $0.01559 | $7,525.80 | $5,457.26 | $225,370 |

| ▼ # | Currency | Pair | Price | +2% Depth | -2% Depth | Volume |
|---|---|---|---|---|---|---|
| 23 | USD Coin | USDC/USDT ↗ | $0.9989 | $41,745.38 | $46,608.72 | $216,730 |
| 24 | Ethereum | ETH/USDC ↗ | $1,724.10 | $32,464.37 | $12,569.06 | $196,175 |
| 25 | Shiba Inu | SHIB/USDT ↗ | $0.00000656 | $24,932.14 | $26,060.17 | $188,716 |
| 26 | Chainlink | LINK/USD ↗ | $5.1220 | $63,450.37 | $54,681.99 | $181,770 |
| 27 | Hedera | HBAR/USD ↗ | $0.0429 | $1,362.31 | - | $175,855 |
| 28 | Bitcoin | BTC/USDC ↗ | $25,743.81 | $46,267.04 | $22,664.04 | $190,722 |
| 29 | Render Token | RNDR/USD ↗ | $1.9110 | $1,468.40 | $2,462.54 | $170,022 |
| 30 | Fantom | FTM/USD ↗ | $0.2399 | $18,466.74 | $18,823.95 | $161,273 |
| 31 | Cosmos | ATOM/USD ↗ | $8.7420 | $2,420.25 | $1,078.23 | $147,036 |
| 32 | Stellar | XLM/USD ↗ | $0.0847 | $869.91 | $982.68 | $143,456 |
| 33 | Dogecoin | DOGE/USDT ↗ | $0.06083 | $46,024.16 | $41,974.45 | $142,765 |
| 34 | Avalanche | AVAX/USD ↗ | $11.55 | $987.00 | $2,859.62 | $133,374 |
| 35 | Ravencoin | RVN/USD ↗ | $0.0156 | $22,536.17 | $24,007.09 | $131,690 |
| 36 | Harmony | ONE/USD ↗ | $0.0106 | $5,507.00 | $7,645.11 | $101,116 |
| 37 | The Graph | GRT/USD ↗ | $0.0962 | $406.32 | $1,185.40 | $120,685 |
| 38 | Gala | GALA/USD ↗ | $0.02127 | $24,704.49 | $38,881.83 | $120,037 |
| 39 | Harmony | ONE/USDT ↗ | $0.01062 | $3,598.63 | $648.81 | $110,479 |
| 40 | Fantom | FTM/USDT ↗ | $0.2395 | $2,128.60 | $132.75 | $111,155 |
| 41 | Fetch.ai | FET/USDT ↗ | $0.1825 | $2,861.33 | $3,181.88 | $83,658 |

| ▼ # | Currency | Pair | Price | +2% Depth | -2% Depth | Volume |
|---|---|---|---|---|---|---|
| 42 | VeThor Token | VTHO/USD ↗ | $0.00092 | $22,291.39 | $5,857.53 | $95,004 |
| 43 | IOTA | IOTA/USD ↗ | $0.1455 | $425.84 | - | $89,892 |
| 44 | Avalanche | AVAX/USDT ↗ | $11.46 | $2,679.74 | $85,071.69 | $117,240 |
| 45 | Litecoin | LTC/USDT ↗ | $76.38 | $23,790.83 | $14,626.27 | $79,096 |
| 46 | Fetch.ai | FET/USD ↗ | $0.1796 | $595.56 | $103.31 | $59,340 |
| 47 | Cosmos | ATOM/USDT ↗ | $8.6597 | $8,019.67 | $6,472.34 | $64,851 |
| 48 | Polkadot | DOT/USD ↗ | $4.5000 | $17,917.25 | $17,343.41 | $63,121 |
| 49 | Solana | SOL/BTC ↗ | $14.81 | $558.31 | $2,334.60 | $57,490 |
| 50 | BNB | BNB/BUSD ↗ | $230.06 | $217.67 | $186.57 | $55,466 |

Disclaimer: This page may contain affiliate links. CoinMarketCap may be compensated if you visit any affiliate links and you take certain actions such as signing up and transacting with these affiliate platforms. Please refer to Affiliate Disclosure.

**Load More**

## Support

Request Form

Contact Support

FAQ

Glossary

## Socials

Facebook

Twitter

Telegram

Instagram

Interactive Chat

## Products

Blockchain Explorer

Crypto API

Crypto Indices

Doodles

Jobs Board

Sitemap

## Company

About us

Terms of use

Privacy Policy

Cookie preferences

Community Rules

Disclaimer

Methodology

Careers   **We're hiring!**

© 2023 CoinMarketCap. All rights reserved