INDEX OF EXHIBITS TO JOINT MEMORANDUM OF LAW ON BEHALF OF DEFENDANTS BINANCE HOLDINGS LIMITED AND CHANGPENG ZHAO IN OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR A RESTRAINING ORDER

| EX. NO. | DESCRIPTION | DKT. NO. |
|---|---|---|
| N/A | Joint Memorandum of Law on Behalf of Defendants Binance Holdings Limited and Changpeng Zhao in Opposition to Plaintiff's Emergency Motion for a Temporary Restraining Order | 43 |
| N/A | Declaration of Jeffrey H. Harris | 45 |
| N/A | Declaration of J. Gregory Eastman | 46 |
| N/A | Declaration of Mary Beth Maloney in Support of Joint Memorandum of Law on Behalf of Defendants Binance Holdings Limited and Changpeng Zhao in Opposition to Plaintiff's Emergency Motion for a Temporary Restraining Order | 53 |
| BH-1 | September 1, 2022 Binance Blog Post titled, "Who Is Guangying Chen, and Is Binance a 'Chinese Company'?" | 53-1 |
| BH-2 | Web archive of the October 25, 2022 Business Insider article titled, "Meet Changpeng 'CZ' Zhao, the CEO of Binance and the richest man in crypto who worked at a gas station before making his $30 billion fortune" | 53-1 |
| BH-3 | November 15, 2022 CNN article titled, "Who is Binance founder Changpeng 'CZ' Zhao, the billionaire who wants to 'rebuild' crypto?" | 53-1 |
| BH-4 | December 10, 2022 DailyCoin article titled, "Changpeng Zhao: The Man Named 'CZ'" | 53-1 |
| BH-5 | January 11, 2022 StartupTalky article titled, "Changpeng Zhao – Success Story of the Binance Founder" | 53-1 |
| BH-6 | April 5, 2022 Times Decrypt article titled, "Binance Coin – Meet the team" | 53-1 |
| BH-7 | The bylaws of BAM Management US Holding Inc., dated February 5, 2019 | 53-1 |
| BH-8 | The Certificate of Incorporation of Bam Trading Services Inc., dated January 31, 2019 | 53-1 |
| BH-9 | The bylaws of BAM Trading Services Inc. ("BAM"), dated February 5, 2019 | 53-1 |
| BH-10 | Binance.US webpage of state licenses | 53-1 |
| BH-11 | Web archive of Binance Terms of Use, effective on June 14, 2019, that was bates stamped BHL-SEC-BUSD-0000675 and produced to the Commission. | 53-2 |
| BH-12 | Web archive of the September 24, 2019 Binance.US announcement titled, "Binance.US Opens Trading For BTC, ETH, XRP, BCH, LTC, BNB and USDT" | 53-2 |
| BH-13 | Intentionally omitted | |
| BH-14 | Letter sent from Commission Senior Trial Counsel Jennifer Farer to BHL, dated May 30, 2023 | 53-2 |

| EX. NO. | DESCRIPTION | DKT. NO. |
|---|---|---|
| BH-15 | Letter sent from Stephanie Brooker, Kendall Day, and Richard Grime of Gibson Dunn and William Baker, Benjamin Naftalis, and Douglas Yatter of Latham & Watkins LLP to the Commission, dated June 4, 2023 | 53-2 |
| BH-16 | Letter sent from the Commission to William McLucas of WilmerHale LLP ("WilmerHale"), dated May 30, 2023 | 53-2 |
| BH-17 | Letter sent from William McLucas of WilmerHale on behalf of BAM to the Commission, dated June 1, 2023 | 53-2 |
| BH-18 | Letter sent from William McLucas of WilmerHale on behalf of BAM to the Commission, dated June 2, 2023 | 53-2 |
| BH-19 | Email chain between David Ware and Richard Grime from Gibson Dunn on one hand, and the Commission on the other hand.  The most recent email in the chain is dated June 5, 2023 | 53-2 |
| BH-20 | Proposed stipulation sent from Stephanie Brooker of Gibson Dunn on behalf of all defendants, dated June 11, 2023 | 53-2 |
| BH-21 | April 21, 2023 Motley Fool article titled, "What is Staking in Crypto" | 53-3 |
| BH-22 | November 30, 2017 Tech In Asia article titled, "Three months after launch, this unbanked crypto exchange made $7.5m in profit" | 53-3 |
| BH-23 | Binance.com's message to U.S. users, dated November 9, 2020, that was bates stamped BHL-SEC-BUSD-0308230 and produced to the Commission | 53-3 |
| BH-24 | Binance.com August 20, 2021 announcement titled, "Important Changes About Binance Identity Verification" | 53-3 |
| BH-25 | Commission's website article titled, "Framework for 'Investment Contract' Analysis of Digital Assets" | 53-3 |
| BH-26 | December 21, 2021 Binance Blog post titled, "Introducing BNB Auto-Burn: a new Protocol for the Quarterly BNB Burn" | 53-3 |
| BH-27 | Webpage found at: https://coinmarketcap.com/currencies/bnb/ | 53-3 |
| BH-28 | Travala advertisement titled, "Book Hotels with Binance Coin (BNB)" | 53-3 |
| BH-29 | CanWork advertisement titled, "Access Global Freelance Talent with Smart-Contract Confidence" | 53-3 |
| BH-30 | Aeron advertisement titled, "Pilot Shop" | 53-3 |
| BH-31 | Webpage found at: https://machix.com/ | 53-4 |
| BH-32 | October 22, 2021 BNB Chain blog post titled, "Introducing BEP-95 With a Real-Time Burning Mechanism" | 53-4 |
| BH-33 | Webpage found at https://github.com/bnb-chain/BEPs/pull/176 | 53-4 |
| BH-34 | Webpage found at https://paxos.com/busd/ | 53-4 |

| EX. NO. | DESCRIPTION | DKT. NO. |
|---|---|---|
| BH-35 | November 15, 2022 Binance Blog post titled, "Understanding BUSD and Binance-Peg BUSD" | 53-4 |
| BH-36 | PWG, FDIC and OCC report titled, "Report on STABLECOINS," dated November 1, 2021 | 53-4 |
| BH-37 | August 19, 2022 Binance Blog post titled, "Are Stablecoins the Safe Haven of Crypto? Protect Your Wealth With BUSD and BGBP Stablecoins" | 53-4 |
| BH-38 | Paxos article titled, "Outside of the Paxos platform, where can I use my Paxos stablecoins?" | 53-4 |
| BH-39 | September 23, 2021 CoinTelegraph article titled, "BUSD: A case study for stablecoin compliance and security" | 53-4 |
| BH-40 | February 13, 2023 CoinDesk article titled, "What's the Point of Stablecoins? The Reasons, Risks and Types to Know" | 53-4 |
| BH-41 | Software License Services Agreement between BAM Trading Services Inc. and Binance Holdings Limited, dated January 7, 2020 | 53-5 |
| BH-42 | Master Services Agreement between BAM Trading Services Inc. and Binance Holdings Limited, dated January 7, 2020 | 53-5 |
| BH-43 | Letter sent by Brian Shroder on behalf of BAM to the Commission dated December 30, 2022 | 53-5 |
| BH-44 | Commission's website post of Commissioner Hester Peirce's January 20, 2023 remarks before the Digital Assets at Duke Conference | 53-5 |
| BH-45 | July 21, 2021 CoinDesk article titled, "SEC Chair Hints Some Stablecoins Are Securities" | 53-5 |
| BH-46 | October 14, 2022 Reuters article titled, "SEC's Gensler says CFTC authority over stablecoins should be bolstered" | 53-5 |
| BH-47 | March 31, 2022 Commission "Response to Staff Accounting Bulletin" | 53-5 |
| BH-48 | October 7, 2021 Fintech Times article titled, "Binance: Helping to Build Financial Freedom in Africa with Cryptocurrency and Blockchain" | 53-5 |
| BH-49 | September 4, 2021 Financial Times article titled, "Cryptocurrencies: developing countries provide fertile ground" | 53-5 |
| BH-50 | January 13, 2023 Financial Express article titled, "What can cryptocurrencies ensure for economic development of third-world countries" | 53-5 |
| BH-51 | February 5, 2021 Reason article titled, "Bitcoin Is Protecting Human Rights Around the World" | 53-6 |
| BH-52 | July 26, 2022 National article titled, "Why cryptocurrencies are a lifeline for people in developing countries" | 53-6 |

| EX. NO. | DESCRIPTION | DKT. NO. |
|---|---|---|
| BH-53 | November 30, 2021 International Banker article titled, "Why Emerging Markets are Early Adopters of Crypto as Legal Tender" | 53-6 |
| BH-54 | December 19, 2012 Gallup article titled, "Income Biggest Barrier to Banking in Developing Countries" | 53-6 |
| BH-55 | December 15, 2019 CoinDesk article titled, "Even if a Thousand Projects Don't Make It, Blockchain Is Still a Change Catalyst" | 53-6 |
| BH-56 | February 23, 2019 New York Times article titled, "Bitcoin Has Saved My Family" | 53-6 |
| BH-57 | June 8, 2023, New Vox article titled, "Now Might Be A Good Time To Consider Quitting Crypto" | 53-6 |
| BH-58 | April 2020 BNB Smart Chain Whitepaper | 53-6 |
| BH-59 | Webpage found at: https://www.bnbchain.org/en/staking | 53-6 |
| BH-60 | Webpage found at: https://coinmarketcap.com/rankings/exchanges/ | 53-6 |
| BH-61 | Webpage found at: https://docs.bnbchain.org/docs/validator/create-val | 53-7 |
| BH-62 | Webpage found at: https://dappradar.com/rankings/protocol/binance-smart-chain | 53-7 |
| BH-63 | Webpage found at: https://www.binance.com/en | 53-7 |
| BH-64 | Webpage titled, "Welcome to Binance" | 53-7 |
| BH-65 | Webpage found at https://www.binance.com/en/mission | 53-7 |
| BH-66 | 2021 AICPA Auditing Standards AU-C Section 200 | 53-7 |
| BH-67 | Spreadsheet titled 2 H360 - BAM Trading Services Inc. | 53-7 |
| BH-68 | Spreadsheet titled 1 H360 - BAM Management US Holdings Inc. | 53-7 |
| BH-69 | Webpage found at https://www.primetrust.com/about | 53-7 |
| BH-70 | Webpage found at https://www.wintermute.com/about/ | 53-7 |
| BH-71 | Webpage found at https://subspace.network/ | 53-8 |
| BH-72 | Webpage found at https://www.coinbase.com/about | 53-8 |
| BH-73 | Webpage found at https://www.kbit.com/ | 53-8 |
| BH-74 | webpage found at https://www.auros.global/about/ | 53-8 |
| BH-75 | March 27, 2020 Forbes article titled, "Coinbase Buys Crypto Trading Firm Tagomi To Boost Institutional Trading Business" | 53-8 |
| BH-76 | Bloomberg web profile titled, "Alameda Research" | 53-8 |
| BH-77 | AU Section 350.05 on "Audit Sampling" | 53-8 |
| BH-78 | Webpage found at  https://gdpr.eu/what-is-gdpr/ | 53-8 |

4

| EX. NO. | DESCRIPTION | DKT. NO. |
|---|---|---|
| BH-79 | Entry for "Net Income" in the Financial Accounting Standards Board, "Master Glossary" | 53-8 |
| BH-80 | June 5, 2023 Wall Street Journal Article titled, "SEC Says Binance Misused Customer Funds, Ran Illegal Crypto Exchange in U.S." | 53-8 |
| BH-81 | June 8, 2023 Economist article titled, "Regulators put the future of America's crypto industry in doubt" | 53-9 |
| BH-82 | March 2016 article from the Review of Financial Studies titled, "Policy Uncertainty and Corporate Investment" | 53-9 |
| BH-83 | August 2013 article from the Journal of Law, Economics, & Organization titled, "The Effect of Regulatory Uncertainty on Investment: Evidence from Renewable Energy Generation" | 53-9 |
| BH-84 | August 2016 article from the Journal of Monetary Economics titled, "Lending on Hold: Regulatory Uncertainty and Bank Lending Standards" | 53-9 |
| BH-85 | January 2020 article from the Journal of Monetary Economics titled, "The economic effects of trade policy uncertainty" | 53-9 |
| BH-86 | January 2020 article from the American Economic Journal: Economic Policy titled, "Trade and investment under policy uncertainty: theory and firm evidence" | 53-9 |
| BH-87 | November 2019 article from the Journal of Economic Asymmetries titled, "Economic policy uncertainty: A literature review" | 53-9 |
| BH-88 | CoinMarketCap article titled, "Stablecoins And BUSD: What Are They And How do they work?" | 53-9 |
| BH-89 | Webpage found at https://www.binance.com/en/bnb | 53-9 |
| BH-90 | October 21, 2022 Binance Blog post titled, "Binance and BNB Chain: What's the Difference?" | 53-9 |
| BH-91 | December 16, 2022 Federal Reserve article titled, "The stable in stablecoins" | 53-10 |
| BH-92 | November 16, 2021 Binance Blog post titled, "BUSD: All You Need To Know About the Stablecoin" | 53-10 |
| BH-93 | CoinMarketCap webpage, found at https://coinmarketcap.com/currencies/binance-usd/ | 53-10 |
| BH-94 | Cryptocompare article titled, "February 2023 Exchange Review" | 53-10 |
| BH-95 | CoinGecko article titled, "Potential Impact of CFTC's Lawsuit on Binance.US Users" | 53-10 |
| BH-96 | Robinhood article titled, "Cardano (ADA), Polygon (MATIC), Solana (SOL) Update" | 53-10 |

| EX. NO. | DESCRIPTION | DKT. NO. |
|---|---|---|
| BH-97 | Yahoo Finance article titled, "Robinhood moves to cut support for Cardano, Polygon, and Solana" | 53-10 |
| BH-98 | Blockworks article titled, "Crypto.com to suspend US institutional exchange" | 53-10 |
| BH-99 | Webpage found at https://www.binance.com/en/legal/licenses | 53-10 |
| BH-100 | September 23, 2022 Wall Street Journal article titled, "Binance Hires Compliance Chief From Crypto Rival Kraken" | 53-10 |
| BH-101 | Block article titled, "Binance's new compliance chief sees mission to put crypto exchange giant 'beyond reproach" | 53-10 |
| BH-102 | CoinMarketCap webpage, found at https://coinmarketcap.com/exchanges/binance-us/ | 53-10 |
| N/A | [Proposed] Consent Order | 54 |