UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>BINANCE HOLDINGS LIMITED,  )<br>BAM TRADING SERVICES INC.,  )<br>BAM MANAGEMENT US HOLDINGS  )<br>INC., AND CHANGPENG ZHAO,  )<br>)<br>Defendants.  )<br>) | Civil Action No. 1:23-cv-01599-ABJ |

**PLAINTIFF'S NOTICE OF PROPOSED ORDER**

Plaintiff, Securities and Exchange Commission, in accordance with the Court's Minute Order of June 13, 2023 submits as Exhibit A a redline comparison between Defendants BAM Management US Holdings Inc. ("BAM Management") and BAM Trading Services Inc.'s ("BAM Trading") Proposed Stipulation (Dkt. No. 41-8) and the changes the SEC contends are necessary and acceptable as directed in the Court's Minute Order.  A clean version of the SEC's Proposed Stipulations is also attached as Exhibit B.

Dated: June 13, 2023      By:     /s/ Matthew Scarlato
       Washington, D.C.

Matthew Scarlato (D.C. Bar No. 484124)
Jennifer L. Farer (D.C. Bar No. 1013915)
J. Emmett Murphy
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street N.E.
Washington, D.C. 20549
Phone:     (202) 551-3746 (Scarlato)
            (202) 551-5072 (Farer)
            (212) 336-0078 (Murphy)
Emails:     scarlatom@sec.gov
            farerj@sec.gov
            murphyJoh@sec.gov

*Attorneys for the Plaintiff*

Of Counsel:     Jorge G. Tenreiro
                 David L. Hirsch
                 David A. Nasse
                 Michael Baker
                 Kathleen Hitchens
                 Donna Norman
                 Ann Rosenfield
                 Colby Steele
                 Martin Zerwitz

                 SECURITIES AND EXCHANGE COMISSION