UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES, INC., BAM MANAGEMENT US HOLDINGS, INC., and CHANGPENG ZHAO, <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 1:23-cv-01599-ABJ ) ) ) ) ) ) ) ) |

**NOTICE OF FILING**

Pursuant to the Court's minute order earlier today, please find enclosed a redline showing the differences between the consent decree [Dkt # 41-8] submitted by defendants BAM Trading Services Inc. and BAM Management US Holdings, Inc. (the "BAM Consent Decree") and the proposed consent decree [Dkt. #54] submitted by defendants Binance Holdings Limited and Changpeng Zhao (the "Binance Consent Decree").  As reflected in the redline, the differences between the two documents are minor and non-substantive.

For the sake of clarity, we have conferred with counsel for all defendants, and can represent that all defendants agree that the Binance Consent Decree is acceptable and should be treated as the operative proposed consent decree on behalf of all defendants.

Respectfully submitted,


/s/ Matthew T. Martens
Matthew T. Martens
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037
Tel: (202) 663-6921
Fax: (202) 663-6363
Matthew.Martens@wilmerhale.com