AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Securities and Exchange Commission, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-01599 |
| Binance Holdings Limited, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Binance Holdings Limited.

Date:  06/08/2023

/s/ Mary Beth Maloney
*Attorney's signature*

Mary Beth Maloney (pro hac vice)
*Printed name and bar number*

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
*Address*

MMaloney@gibsondunn.com
*E-mail address*

(212) 351-2315
*Telephone number*

(212) 351-6315
*FAX number*