AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| Securities and Exchange Commission, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-01599 |
| Binance Holdings Limited, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Binance Holdings Limited                                    .

Date:     06/08/2023                                    /s/ Michael D. Celio
                                                      *Attorney's signature*

                                    Michael D. Celio (pro hac vice)
                                    *Printed name and bar number*

                                    Gibson, Dunn & Crutcher
                                    1881 Page Mill Road
                                    Palo Alto, CA 94304
                                    *Address*

                                    MCelio@gibsondunn.com
                                    *E-mail address*

                                    (650) 849-5326
                                    *Telephone number*

                                    (650) 849-5026
                                    *FAX number*