AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Securities and Exchange Commission, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:23-cv-01599 |
| Binance Holdings Limited, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Binance Holdings Limited.

Date:  06/13/2023

/s/ Stephanie L. Brooker
*Attorney's signature*

Stephanie L. Brooker D.C. Bar No. 475321
*Printed name and bar number*

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N. W.
Washington, DC 20036-5306
*Address*

SBrooker@gibsondunn.com
*E-mail address*

(202) 887-3502
*Telephone number*

(202) 530-4216
*FAX number*