UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED,<br>BAM TRADING SERVICES INC.,<br>BAM MANAGEMENT US HOLDINGS, INC.,<br>AND CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599 (ABJ) |

## NOTICE OF FILING

Pursuant to the Court's June 13, 2023 minute order, please find enclosed BAM Trading Services Inc. and BAM Management US Holdings Inc.'s proposed list of ordinary course expenses.

Dated:  June 14, 2023                                                    Respectfully submitted,

/s/ Matthew T. Martens                                                   /s/ Andrew M. Leblanc
William R. McLucas (*pro hac vice*)                          Andrew M. Leblanc (D.C. Bar #479445)
Matthew T. Martens (D.C. Bar #1019099)              MILBANK LLP
Matthew Beville (*pro hac vice*)                                1850 K Street, NW, Suite 1100
WILMER CUTLER PICKERING HALE                     Washington, D.C. 20003
AND DORR LLP                                                          ALeblanc@milbank.com
2100 Pennsylvania Avenue NW
Washington, DC 20037                                              George S. Canellos (*pro hac vice*)
William.McLucas@wilmerhale.com                       Adam J. Fee (*pro hac vice*)
Matthew.Beville@wilmerhale.com                          Matthew J. Laroche (*pro hac vice*)
Matthew.Martens@wilmerhale.com                       MILBANK LLP
                                                                                       55 Hudson Yards
Tiffany J. Smith (*pro hac vice*)                              New York, NY 10001
WILMER CUTLER PICKERING HALE                     GCanellos@milbank.com
AND DORR LLP                                                          AFee@milbank.com
7 World Trade Center                                                MLaroche@milbank.com

250 Greenwich Street
New York, NY 10007
Tiffany.Smith@wilmerhale.com

*Attorneys for Defendants BAM Trading Services Inc. and BAM Management Holdings US Inc.*