# Exhibit 1

**Reasonable and necessary operating expenses, including:**

1. Accounting & audit fees
2. Bank & payment services
3. Bank reserves & collateral
4. Business travel expenses
5. Customer chargebacks & settlements
6. Compliance services expenses
7. Employee hiring, benefits & compensation
8. Insurance & insurance collateral
9. Legal / experts fees & expenses
10. Contract employee & professional services expenses
11. Regulatory licenses & filing fees
12. Marketing & public relations
13. Office supplies & services
14. Rent & utilities
15. Repairs & maintenance
16. Custody & related services expenses
17. Taxes & tax advisory expenses
18. Technical hardware & software fees and expenses
19. Web hosting
20. Licensing fees and royalty payments