AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) *Plaintiff* ) v. ) BINANCE HOLDINGS LIMITED, et al. ) *Defendant* ) | Case No. 1:23-cv-01599-ABJ |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BAM Trading Services Inc. and BAM Management US Holdings Inc.

Date: 06/14/2023

/s/ George S. Canellos
*Attorney's signature*

George S. Canellos - 2343820
*Printed name and bar number*

Milbank LLP
55 Hudson Yards
New York, NY 10001

*Address*

GCanellos@milbank.com
*E-mail address*

(212) 530-5792
*Telephone number*

(212) 822-5792
*FAX number*