AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) <br> *Plaintiff* ) <br> v. ) <br> BINANCE HOLDINGS LIMITED, et al. ) <br> *Defendant* ) | Case No. 1:23-cv-01599-ABJ |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BAM Trading Services Inc. and BAM Management US Holdings Inc.

Date:   06/14/2023

/s/ Adam J. Fee
*Attorney's signature*

Adam J. Fee - 345075
*Printed name and bar number*

Milbank LLP
55 Hudson Yards
New York, NY 10001
*Address*

AFee@milbank.com
*E-mail address*

(212) 530-5514
*Telephone number*

(212) 822-5514
*FAX number*