AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-01599-ABJ |
| BINANCE HOLDINGS LIMITED, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BAM Trading Services Inc. and BAM Management US Holdings Inc.

Date:    06/14/2023

/s/ Matthew J. Laroche
*Attorney's signature*

Matthew J. Laroche - 4873873
*Printed name and bar number*

Milbank LLP
55 Hudson Yards
New York, NY 10001

*Address*

MLaroche@milbank.com
*E-mail address*

(212) 530-5514
*Telephone number*

(212) 822-5514
*FAX number*