UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>    v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>              Defendants. | Civil Action No. 1-23-cv-0159-ABJ |

**Defendant Binance Holdings Limited's Motion for**
**M. Kendall Day's Admission *Pro Hac Vice***

Pursuant to Civil Local Rule 83.2(c), Defendant Binance Holdings Limited respectfully moves for admission and appearance of attorney M. Kendall Day *pro hac vice* in the above-captioned matter.

This motion is supported by the Declaration of M. Kendall Day, filed herewith.  As set forth in the accompanying declaration, M. Kendall Day is admitted, practicing, and a member in good standing of the District of Columbia Bar.  This motion is supported and signed by Daniel W. Nelson, an active and sponsoring member of the Bar of this Court.

Dated: June 15, 2023

/s/ Daniel W. Nelson
Daniel W. Nelson
D.C. Bar No. 433415
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone:  (202) 887-3731

                        Facsimile:  (202) 530-9571
                        dnelson@gibsondunn.com

*Counsel for Defendant*
*Binance Holdings Limited*