UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br> v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>     Defendants. | Civil Action No. 1-23-cv-01599-ABJ |

**Declaration of M. Kendall Day in Support of Motion for Admission *Pro Hac Vice***

I, M. Kendall Day, declare as follows:

1. I am counsel for Defendant Binance Holdings Limited in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Michael Kendall Day.

3. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP. My office address is 1050 Connecticut Avenue, N.W., Washington, D.C. 20036. My telephone number is (202) 955-8220.

4. I am admitted, practicing, and a member in good standing of the District of Columbia Bar (Bar Number 1614875), and eligible to practice before the following courts:

- ○ U.S. District Court for the District of Maryland
- ○ District of Columbia Court of Appeals
- ○ Supreme Court of the State of Virginia

5. I have never been disciplined by any bar.

6. In the last two years, I have not been admitted *pro hac vice* in this Court.

7. I do engage in the practice of law from an office located in the District of Columbia, and as noted above, I am a member in good standing of the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of June, 2023 in Washington, D.C.

_____
M. Kendall Day