# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>          Plaintiff,<br><br>     v.<br><br>**BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,**<br><br>          **Defendants.** | Civil Action No. 1-23-cv-01599-ABJ |

## [Proposed] Order

At the District of Columbia this __ day of June, 2023, having considered the Motion of Defendant Binance Holdings Limited seeking the admission *pro hac vice* of M. Kendall Day (ECF No. __), and the Declaration of M. Kendall Day submitted in support of the Motion;

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.

_____
Hon. _____
United States District Judge