UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>  v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>        Defendants. | Civil Action No. 1-23-cv-01599-ABJ |

### Defendant Binance Holdings Limited's Motion for Richard W. Grime's Admission *Pro Hac Vice*

Pursuant to Civil Local Rule 83.2(c), Defendant Binance Holdings Limited respectfully moves for admission and appearance of attorney Richard W. Grime *pro hac vice* in the above-captioned matter.

This motion is supported by the Declaration of Richard W. Grime, filed herewith. As set forth in the accompanying declaration, Richard W. Grime is admitted, practicing, and a member in good standing of the District of Columbia Bar. This motion is supported and signed by Daniel W. Nelson, an active and sponsoring member of the Bar of this Court.

Dated: June 15, 2023

                                                          /s/ Daniel W. Nelson
                                                          Daniel W. Nelson
                                                          D.C. Bar No. 433415
                                                          GIBSON, DUNN & CRUTCHER LLP
                                                          1050 Connecticut Avenue, N.W.
                                                          Washington, D.C. 20036
                                                          Telephone:  (202) 887-3731

Facsimile:  (202) 530-9571
dnelson@gibsondunn.com

*Counsel for Defendant*
*Binance Holdings Limited*