UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

    *Plaintiff*,

  v.

BINANCE HOLDINGS LIMITED,
BAM TRADING SERVICES INC.,
BAM MANAGEMENT US HOLDINGS
INC., AND CHANGPENG ZHAO,

    *Defendants*.

No. 1-23-cv-01599-ABJ

**JOINT STATUS REPORT**

Pursuant to the Court's June 13, 2023 Order, the parties have been diligently working towards an agreement relating to a proposed Consent Order, including many hours spent with Magistrate Judge Faruqui, yesterday and today. Progress has been made, and the parties are continuing to negotiate a proposed Consent Order.

.

Dated:  June 15, 2023                                                            Respectfully submitted,

| | |
|---|---|
| */s/ Michael Celio* | */s/ Matthew Scarlato* |
| Michael Celio (*pro hac vice*) | David A. Nasse |
| GIBSON, DUNN & CRUTCHER LLP | Matthew F. Scarlato (D.C. Bar No. 484124) |
| 1881 Page Mill Road | Jennifer L. Farer (D.C. Bar No. 1013915) |
| Palo Alto, CA 94304-1211 | SECURITIES AND EXCHANGE |
| MCelio@gibsondunn.com | COMMISSION |
| | 100 F Street, NE |
| Mary Beth Maloney (*pro hac vice*) | Washington, DC 20549-9040 |
| GIBSON, DUNN & CRUTCHER LLP | (202) 551-3749 (Scarlato) |
| 200 Park Avenue | nassed@sec.gov |
| New York, NY 10166-0193 | farerj@sec.gov |
| MMaloney@gibsondunn.com | scarlatom@sec.gov |
| | |
| Daniel W. Nelson (D.C. Bar #433415) | John Emmett Murphy |
| Jason J. Mendro (D.C. Bar #482040) | Jorge G. Tenreiro |
| Stephanie Brooker (*pro hac vice*) | SECURITIES AND EXCHANGE |
| M. Kendall Day (*pro hac vice forthcoming*) | COMMISSION |
| | 100 Pearl Street |
| Richard W. Grime (*pro hac vice forthcoming*) | New York, NY 10004 |
| | (212) 336-0078 (Murphy) |
| GIBSON, DUNN & CRUTCHER LLP | murphyjoh@sec.gov |
| 1050 Connecticut Avenue, N.W. | tenreiroj@sec.gov |
| Washington, D.C.  20036-5306 | |
| DNelson@gibsondunn.com | *Attorneys for Plaintiff Securities and* |
| JMendro@gibsondunn.com | *Exchange Commission* |
| SBrooker@gibsondunn.com | |
| KDay@gibsondunn.com | |
| RGrime@gibsondunn.com | |

*Attorneys for Defendant Binance Holdings Limited*

/s/ Abid Qureshi
Abid R. Qureshi (D.C. Bar No. 459227)
William R. Baker, III (D.C. Bar No. 383944)
Michael E. Bern (D.C. Bar No. 994791)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
abid.qureshi@lw.com
william.baker@lw.com
michael.bern@lw.com

Douglas K. Yatter (*pro hac vice pending*)
Benjamin Naftalis (*pro hac vice pending*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
douglas.yatter@lw.com
benjamin.naftalis@lw.com

Heather A. Waller (*pro hac vice pending*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 993-9767
heather.waller@lw.com

Melanie M. Blunschi (*pro hac vice pending*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 391-0600
Fax: (415) 395-8095
melanie.blunschi@lw.com

*Attorneys for Defendant Changpeng Zhao*

/s/ Andrew M. Leblanc
Andrew M. Leblanc
MILBANK LLP
1850 K Street N.W.
Suite 1100
Washington, DC 20006
(202) 835-7574
Fax: (202) 263-7574
aleblanc@milbank.com

George Canellos
Adam Fee
Matthew Laroche
MILBANK LLP
55 Hudson Yards
New York, NY 10001-2163
212-530-5792
gcanellos@milbank.com
afee@milbank.com
mlaroche@milbank.com

Matthew T. Martens
William R. McLucas (*pro hac vice pending*)
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6921
Fax: (202) 663-6363
matthew.martens@wilmerhale.com
william.mclucas@wilmerhale.com

Tiffany J. Smith (*pro hac vice pending*)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
tiffany.smith@wilmerhale.com

*Attorneys for Defendants BAM Trading Services Inc. and BAM Management Holdings US Inc.*