UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,        )<br>)<br>Plaintiff,        )<br>)<br>v.        )<br>)<br>BINANCE HOLDINGS LIMITED,        )<br>BAM TRADING SERVICES INC.,        )<br>BAM MANAGEMENT US HOLDINGS        )<br>INC., AND CHANGPENG ZHAO,        )<br>)<br>Defendants.        )<br>) | Civil Action No. 1:23-cv-01599-ABJ |

**NOTICE OF PROPOSED STIPULATION AND CONSENT ORDER**

Plaintiff, Securities and Exchange Commission, in accordance with the Court's Minute Order of June 13, 2023, respectfully submits a Proposed Stipulation and Consent Order, which has been agreed to by all parties, as Attachment 1.

Dated: June 16, 2023          By:     /s/ David A. Nasse
  Washington, D.C.                  David A. Nasse (D.C. Bar No. 1002567)
                                    Jorge G. Tenreiro
                                    Matthew Scarlato (D.C. Bar No. 484124)
                                    Jennifer L. Farer (D.C. Bar No. 1013915)
                                    J. Emmett Murphy

                                    SECURITIES AND EXCHANGE COMMISSION
                                    100 F Street N.E.
                                    Washington, D.C. 20549
                                    Phone: (202) 551-4426 (Nasse)

                                    *Attorneys for the Plaintiff*