UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>Defendants. | Civil Action No. 1-23-cv-01599-ABJ |

**DECLARATION OF ADAM J. FEE**

Adam J. Fee, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of the law firm Milbank LLP, counsel to Defendants BAM Trading Services Inc. ("BAM Trading") and BAM Management US Holdings Inc. (collectively with BAM Trading, "BAM"). I submit this declaration in support of Defendants BAM, Binance Holdings Limited, and Changpeng Zhao's Motion for an Order Directing Counsel for Plaintiff Securities and Exchange Commission to Comply with Applicable Rules of Conduct.

2. I have personal knowledge of the matters set forth in this declaration, and, if called as a witness, I could and would competently testify under oath to the facts stated herein.

3. Attached as **Exhibit 1** is a true and correct copy of a press release titled, "SEC Secures Emergency Relief to Protect Binance.US Customers' Assets," issued by the SEC on June 17, 2023.

4. Attached as **Exhibit 2** is a true and correct copy of the transcript of the hearing held before Judge Amy Berman Jackson on June 13, 2023 in the above-referenced matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2023
Los Angeles, California

_____
Adam. J. Fee