# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED,<br>BAM TRADING SERVICES INC.,<br>BAM MANAGEMENT US HOLDINGS, INC.,<br>AND CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599 (ABJ) |

## [PROPOSED] ORDER

Plaintiff Securities and Exchange Commission is directed to comply with all applicable rules of conduct concerning extrajudicial statements, including Rule 3.6 of the District of Columbia Rules of Professional Conduct.

**SO ORDERED.**

Dated this \_\_\_\_ day of _____, 2023

_____
**HON. AMY BERMAN JACKSON**
UNITED STATES DISTRICT JUDGE

SERVE:

Jorge G. Tenreiro, Esq.
U.S. Securities and Exchange Commission
100 F Street N.E.
Washington, D.C. 20549

*Counsel for the Plaintiff*


William McLucas, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037

George Canellos, Esq.
Milbank LLP
55 Hudson Yards
New York, NY 10001

*Counsel for BAM Trading Services Inc. and BAM Management US Holdings Inc.*


Richard Grime, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

*Counsel for Binance Holdings Limited*


Douglas Yatter, Esq.
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020

*Counsel for Changpeng Zhao*