IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiffs,

v.

BINANCE HOLDINGS LIMITED, et al.,

        Defendants.

Civil Action No. 1:23-cv-01599-ABJ

## NOTICE OF APPEARANCE

    I, William McLucas, hereby enter my appearance in this matter on behalf of BAM Trading Services Inc. and BAM Management Holdings US Holdings Inc.
.

Dated: June 21, 2023

                              */s/ William McLucas*
                              William McLucas (DC # 442995)
                              Wilmer Cutler Pickering Hale and Dorr LLP
                              2100 Pennsylvania Ave., NW
                              Washington, DC 20037
                              Telephone: (202) 663-6000
                              Fax: (202) 663-6363
                              William.McLucas@wilmerhale.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of June 2023, a copy of the foregoing Notice of Appearance was filed electronically with the Clerk of the Court. This electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

*/s/ William McLucas*
William McLucas