IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, et al.,<br><br>Defendants. | Civil Action No. 1:23-cv-01599-ABJ |

**NOTICE OF APPEARANCE**

I, Matthew Beville, hereby enter my appearance in this matter on behalf of BAM Trading Services Inc. and BAM Management Holdings US Holdings Inc.
.


Dated: June 21, 2023

*/s/ Matthew Beville*
Matthew Beville (DC # 981256)
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037
Telephone: (202) 663-6000
Fax: (202) 663-6363
Matthew.Beville@wilmerhale.com

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of June 2023, a copy of the foregoing Notice of Appearance was filed electronically with the Clerk of the Court. This electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

*/s/ Matthew Beville*
Matthew Beville