UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>*Defendants*. | Civil Action No. 1:23-CV-01599-ABJ |

**NOTICE OF APPEARANCE**

The Court will please enter the appearance of Douglas K. Yatter (admitted *pro hac vice* on June 13, 2023) on behalf of Defendant Changpeng Zhao. Mr. Yatter is a partner in the law firm of Latham & Watkins LLP with offices at 1271 Avenue of the Americas, New York, NY 10020, telephone (212) 906-1211. His email is douglas.yatter@lw.com.

For the avoidance of doubt, the filing of this Notice of Appearance shall not waive any jurisdictional defenses and objections, all of which are expressly preserved.

Date: June 23, 2023

Respectfully submitted,

/s/ *Douglas K. Yatter*
*Douglas K. Yatter* (*pro hac vice*) NY #4049409
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1211
douglas.yatter@lw.com