UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>*Defendants*. | Civil Action No. 1:23-CV-01599-ABJ |

NOTICE OF APPEARANCE

The Court will please enter the appearance of Eric S. Volkman (DC Bar No. 490999) on behalf of Defendant Changpeng Zhao. Mr. Volkman is a partner in the law firm of Latham & Watkins LLP with offices at 555 Eleventh St. NW, Suite 1000, Washington DC 20004, telephone (202) 637-2200. His email is eric.volkman@lw.com.

For the avoidance of doubt, the filing of this Notice of Appearance shall not waive any jurisdictional defenses and objections, all of which are expressly preserved.

Date: June 23, 2023                      Respectfully submitted,

/s/ *Eric S. Volkman*
Eric S. Volkman (DC Bar No. 490999)
Latham & Watkins LLP
555 Eleventh St. NW, Suite 1000
Washington DC 20004
(202) 637-2200
eric.volkman@lw.com