UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>*Defendants*. | Civil Action No. 1:23-CV-01599-ABJ |

NOTICE OF APPEARANCE

The Court will please enter the appearance of Heather A. Waller (admitted *pro hac vice* on June 13, 2023) on behalf of Defendant Changpeng Zhao. Ms. Waller is a partner in the law firm of Latham & Watkins LLP with offices at 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611, telephone (312) 876-6554. Her email is heather.waller@lw.com.

For the avoidance of doubt, the filing of this Notice of Appearance shall not waive any jurisdictional defenses and objections, all of which are expressly preserved.

Date: June 23, 2023

Respectfully submitted,

/s/ *Heather A. Waller*
Heather A. Waller (*pro hac vice*) IL 6302537
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-6554
heather.waller@lw.com