UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>*Defendants*. | Civil Action No. 1:23-CV-01599-ABJ |

NOTICE OF APPEARANCE

The Court will please enter the appearance of Melanie M. Blunschi (admitted *pro hac vice* on June 13, 2023) on behalf of Defendant Changpeng Zhao. Ms. Blunschi is a partner in the law firm of Latham & Watkins LLP with offices at 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538, telephone (415) 395-8129. Her email is melanie.blunschi@lw.com.

For the avoidance of doubt, the filing of this Notice of Appearance shall not waive any jurisdictional defenses and objections, all of which are expressly preserved.

Date: June 23, 2023                    Respectfully submitted,

/s/ *Melanie M. Blunschi*
Melanie M. Blunschi (*pro hac vice*) CA 234264
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
(415) 395-8129
melanie.blunschi@lw.com