UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SECURITIES AND EXHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 23-1599 (ABJ) |
| BINANCE HOLDINGS LIMITED, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of the parties' Joint Status Report [Dkt. # 87], the following schedule is hereby ORDERED:

**September 21, 2023**   Defendants' responsive pleadings are due.

**November 7, 2023**   Plaintiff must file any briefs in opposition to any motions to dismiss.

**December 12, 2023**   Reply briefs in support of any motions to dismiss are due.

Defendants Zhao and Binance Holdings Limited must file a single consolidated pleading to the extent possible.

Since the SEC has already engaged in the administrative discovery that ordinarily precedes the filing of a complaint under the Securities and Exchange Act, the Court has already authorized the SEC to engage in the extensive early discovery detailed in the consent interim order [Dkt. # 71], and the parties anticipate filing dispositive motions that may affect the shape of the case, the Court in its discretion will follow its usual practice at this stage of a case and decline to establish a schedule for merits discovery or other proceedings until the motions have been resolved.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE:  June 26, 2023