UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>  v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>            Defendants. | Civil Action No. 1-23-cv-01599 |

**NOTICE OF CHANGE OF ADDRESS**

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    PLEASE TAKE NOTICE that effective July 24, 2023, the Palo Alto office of Gibson, Dunn & Crutcher LLP will have a new address as follows:  Gibson, Dunn & Crutcher LLP, 310 University Avenue, Palo Alto, CA 94301. All telephone and facsimile numbers, as well as e-mail addresses, will remain the same.

DATED:  July 12, 2023

                                                        */s/ Michael D. Celio*
                                                        Michael Celio (*pro hac vice*)
                                                        Gibson Dunn & Crutcher LLP
                                                        310 University Avenue
                                                        Palo Alto, CA  94301
                                                        Telephone:  (650) 849-5326

                                                        *Counsel for Defendant Binance Holdings Limited*