UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

EEON,

                    Plaintiff,          17 Civ. 6611

   -against-

                                       SEALED
                                       OPINION

THE FEDERAL RESERVE BOARD,
THE FEDERAL RESERVE, DOE #1-20,000,

                  Defendants.

------------------------------------X

A P P E A R A N C E S:

    <u>Pro Se</u>

    Eeon
    18429 East Veterans Memorial Drive #1874
    Bonney Lake, Washington D.C., ZIP Code exempt

*FILED APR 0 4 2018 U.S. DISTRICT COURT S.D. OF N.Y.*

Sweet, D.J.

       Pro se plaintiff Eeon ("Eeon" or the "Plaintiff") has brought this qui tam action on behalf of Defrauded Homeowners of America ("DHOA"), Trust Interest Holders ("TIH"), and the United States (the "United States") against Defendants the Federal Reserve Board (the "Federal Reserve Board"), the Federal Reserve (the "Federal Reserve"), and Does 1-20,000 ("Does") (collectively, the "Defendants"), alleging, inter alia, violations of the False Claims Act (the "FCA"), 31 U.S.C. § 3729.

       The Plaintiff filed this action under seal on August 30, 2017. Plaintiff at no point served the Government in accordance with the procedural requirements set out in 31 U.S.C. § 3730(b)(2). Based on the facts and conclusions set forth below, this action is sua sponte dismissed with prejudice.

       Pursuant to 31 U.S.C. § 3730(b)(1), a private person may bring a civil [qui tam] action on behalf of the Government. Section 3730(b)(2) provides that, in bringing such an action,

> A copy of the complaint and written disclosure of substantially all material evidence and information the person possesses shall be served on the Government pursuant to Rule 4(i) of the Federal Rules of Civil Procedure. The complaint shall be filed in camera, shall remain under seal for at least 60 days, and shall not be served on the defendant until the court