UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>   v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>     Defendants. | Civil Action No. 1-23-cv-01599 (ABJ) |

### [PROPOSED] ORDER DENYING EEON'S PETITION TO INTERVENE

The Court, having considered the Petition to Intervene of Eeon and the attachments thereto, and the Response in Opposition of Binance Holdings Limited and Changpeng Zhao, hereby **DENIES** the Petition to Intervene.

**SO ORDERED.**

DATE: July __, 2023

_____

Hon. Amy Berman Jackson
United States District Judge