UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599-ABJ |

## [PROPOSED] ORDER DENYING PETITION TO INTERVENE

THIS MATTER is before the Court on the Petition to Intervene filed by Eeon (Dkt. No. 90), attachments thereto, and Plaintiff Securities and Exchange Commission's Opposition to the Petition to Intervene.

Having considered the filings and for good cause shown, the Court hereby DENIES the Petition to Intervene with prejudice.

SO ORDERED this _____ day of _____, 2023.

_____
Honorable Amy Berman Jackson