# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>　　　　Defendants. | Civil Action No. 1-23-cv-01599 (ABJ) |

## CERTIFICATE OF SERVICE

I, Daniel W. Nelson, certify that the Response of Defendants Binance Holdings Limited and Changpeng Zhao in Opposition to Eeon's Petition to Intervene, Dkt. 91, the attached proposed order, Dkt. 91-1, and this certificate have been sent to movant Eeon via First Class Mail at the address listed below:

　　**EEON**
　　304 South Jones Blvd
　　Las Vegas, NV 89107
　　PRO SE

　　　　　　　　　　　　　　　　　　　　　　　s/Daniel W. Nelson
　　　　　　　　　　　　　　　　　　　　　　　Daniel W. Nelson
　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Binance Holdings Limited*

1