UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED,<br>BAM TRADING SERVICES INC.,<br>BAM MANAGEMENT US HOLDINGS, INC.,<br>AND CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599 (ABJ) |

**[PROPOSED] ORDER GRANTING BAM TRADING SERVICES INC. AND BAM MANAGEMENT US HOLDINGS, INC.'S MOTION TO EXTEND DEADLINE FOR VERIFIED WRITTEN ACCOUNTING**

Upon consideration of the motion filed by BAM Trading Services Inc. ("BAM Trading") and BAM Management US Holdings Inc. ("BAM Management," and collectively "BAM") to extend the deadline for BAM to serve upon the Securities and Exchange Commission (the "Commission") a verified written accounting pursuant to Section IV of the Consent Order dated June 17, 2023:

IT IS HEREBY ORDERED that the deadline for BAM to serve upon the Commission a verified written accounting pursuant to Section IV of the Consent Order is hereby extended to Monday, August 7, 2023.

SO ORDERED:


Dated: August __, 2023

_____