# Exhibit 3

## <u>Requests for Production ("RFPs") Seek "All Documents and Communications"</u>
## <u>Concerning the Following Topics</u>

1.  "policies, procedures, protocols, controls, software, and any changes thereto, as to the deposit, custody, control, storage, transfer, movement, withdrawal, security, segregation, and availability of Customer Assets" (RFP No. 1);

2.  "deposit, custody, control, storage, transfer, movement, withdrawal, security, segregation, and availability of Customer Assets . . . including, but not limited to Communications with Binance and Zhao" (RFP No. 2);

3.  "type, identity, location, value, custody, control, restrictions, segregation, security of Customer Assets" (RFP No. 3);

4.  "any disaster recovery policies, procedures, protocols, and controls for Customer Crypto Assets" (RFP No. 4);

5.  "deposit, custody, control, storage, transfer, movement, withdrawal, security, segregation, and availability of Staking Assets" (RFP No. 5);

6.  "opening, creation, maintenance, custody, and control of any (i) crypto asset wallets, including, but not limited to, deposit wallets, hot wallets, cold wallets, hardware wallets, and any (ii) financial account" (RFP No. 6);

7.  "any freeze, closing, or transfer of any account or crypto asset wallet holding Customer Assets" (RFP No. 9);

8.  "all accounts holding any funds identified in the 'Restricted Cash' section of the Financial Statements and Independent Auditor's Report" (RFP No. 10);

9.  "any Private and Administrative Keys and New Private and Administrative Keys" (RFP No. 11);

10. "any relationship, prior employment, or Agreements – whether formal, information [sic], direct, or indirect – between any of the Binance Entities and any individual or entity having any possession, custody, or control over Customer Assets" (RFP No. 14);

11. "which entity and Person requested, instructed, authorized, approved, voted for, or signed for any transfer or withdrawal of Customer Assets " (RFP No. 15);

12. "Ceffu, including its ownership and management, its relationship and any Agreements with the BAM Entities, its role and responsibilities, and the services they perform"  (RFP No. 18);

13. "any insurance or other financial protection for any liability relating to the custody and control of Customer Assets" (RFP No. 19);

14.    "with third-party financial institutions or other custodians of Customer Assets, including, but not limited to, PrimeTrust LLC, Axos Bank, BitGo, Nuvei, Aegis, and Orum" RFP No. 20);

15.    "any Amazon Web Services ('AWS') datacenter, environment, or account that services or holds Customer Digital Assets" (RFP No. 21);

16.    "the Wallet Custody Agreement between BAM Trading and Binance that is referenced in BAM Trading's December 31, 2022 Financial Statements and Independent Auditor's Report" (RFP No. 22);

17.    "any person that had and has the role and responsibilities or otherwise has performed and is performing the services identified in the Wallet Custody Agreement" (RFP No. 23);

18.    "Binance's, Guangying Chen's, and/or Zhao's signatory authority or any other access to, authority, or control, whether formal, informal, direct, or indirect, over any wallet, account, Customer Assets, fiat or crypto assets of the BAM Entities, and any transfer or withdrawal of Customer Assets or fiat or crypto assets of the BAM Entities" (RFP No. 24);

19.    "the BAM Entities' efforts to 'account[] for and continually verif[y] the amount of crypto assets on its platform' and to 'hold[] customer crypto assets on a 1:1 basis'" (RFP No. 25);

20.    "any internal or external audits conducted for the BAM Entities" (RFP No. 26);

21.    "any BAM Entity's internal or external auditors' assessment of internal control deficiencies related to the custody and control of Customer Assets" (RFP No. 27);

22.    "any deposit, access, possession, custody, control, transfer, or withdrawal of Customer Assets involving any of the Binance Entities or Zhao" (RFP No. 28);

23.    "indicating the ownership interests in the BAM Entities, and changes thereto" (RFP No. 30);

24.    "the $250 million convertible note between the BAM Entities and Zhao" (RFP No. 31);

25.    "all crypto asset wallets governed by a 'TSS' protocol" (RFP No. 32);

26.    "all crypto asset wallets not governed by a 'TSS' protocol" (RFP No. 33); and

27.    "all policies, procedures, protocols, and controls Concerning or referenced in the Binance.US Digital Asset & Custody Operations Policy" (RFP No. 38).