# Exhibit 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, </br></br> Plaintiff, </br></br> v. </br></br> BINANCE HOLDINGS LIMITED, </br> BAM TRADING SERVICES, INC., </br> BAM MANAGEMENT US HOLDINGS, INC., </br> and CHANGPENG ZHAO, </br></br> Defendants. | Civil Action No. 1:23-cv-01599-ABJ |

### SECOND CONFIRMATION OF ERIK KELLOGG

I, Erik Kellogg, confirm that to the best of my knowledge and understanding:

1. I am the Chief Information Security Officer ("CISO") of BAM Trading Services, Inc. ("BAM Trading"). I have held this role since March 2022. In that role, I am responsible for, among other things, administering and managing the security of crypto assets held by BAM Trading on behalf of its customers and for its own account.

2. As provided in Section II of the June 17, 2023 Consent Order entered at Docket Number 71 in the above-captioned matter, and in supplement to my June 29, 2023 confirmation, all Private and Administrative Keys for all Customer Assets have been in the sole possession, custody, and control of BAM Trading officers and employees who are located in the United States, or by non-affiliated third-party custodians in the United States under the direction and control of BAM Management US Holdings and BAM Trading officers and employees located in the United States, since at least June 30, 2023.

July 7, 2023

_____
Erik Kellogg