UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED,<br>BAM TRADING SERVICES INC.,<br>BAM MANAGEMENT US HOLDINGS INC.,<br>AND CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599 (ABJ) |

**[PROPOSED] ORDER**

Upon consideration of Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc.'s (together, "BAM") Motion for a Protective Order (the "Motion"), IT IS HEREBY ORDERED THAT:

1. The Motion is granted in its entirety.

2. Plaintiff Securities and Exchange Commission's request that BAM produce "all communications" responsive to requests in the SEC's First Set of Requests for Production of Documents and Inspection to BAM, dated June 23, 2023, for BAM employees noticed for depositions by the SEC is quashed.

3. The SEC is precluded from deposing Brian Shroder, BAM's Chief Executive Officer, and Jasmine Lee, BAM's Chief Financial Officer, pursuant to the Consent Order.

4. During depositions pursuant to the Consent Order (Dkt. 71), the SEC may not question witnesses concerning topics outside the scope of the Consent Order, which would include inquiries concerning BAM's historical asset custody practices or the merits of this case.

                                                        HON. AMY BERMAN JACKSON
                                                        UNITED STATES DISTRICT JUDGE

Dated: _____

SERVE:  ALL COUNSEL OF RECORD