UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, *et al.*,<br><br>Defendants. | Civil Action No. 23-1599 (ABJ) |

ORDER REFERRING
MOTION TO MAGISTRATE JUDGE

It is **ORDERED** that the Motion for a Protective Order [Dkt. # 95] filed by defendants BAM Trading Services Inc. and BAM Management US Holdings Inc. shall be referred to Magistrate Judge Faruqui for resolution pursuant to LCvR 72.2(a). Henceforth, and until this referral is terminated, all filings related to this Motion shall include the initials of Magistrate Judge Faruqui in the caption next to the initials of the undersigned judge. *See* LCvR 5.1(d).

**SO ORDERED**.

AMY BERMAN JACKSON
United States District Judge

DATE: August 16, 2023

1