UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BINANCE HOLDINGS LIMITED, et al., <br><br> Defendants. | Civil Action No. 1:23-cv-01599-ABJ |

**MOTION FOR ADMISSION OF ANDREW RHYS DAVIES *PRO HAC VICE***

Pursuant to Local Rule 83.2(d), Matthew T. Martens, a member of the bar of this Court and counsel for Defendants BAM Trading Services Inc. and BAM Management Holdings US Holdings Inc., hereby moves that Andrew Rhys Davies be granted leave to appear and practice *pro hac vice* in these proceedings on behalf of BAM Trading Services Inc. and BAM Management Holdings US Holdings Inc.

In support of this motion, Movant states as follows:

1.  Mr. Davies's full name is Andrew Rhys Davies.

2.  Mr. Davies is a licensed attorney practicing in the New York office of the law firm Wilmer Cutler Pickering Hale & Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, NY 10007, telephone number (212) 230-8800.

3.  Mr. Davies is a member in good standing of the New York bar, and of the bars of the United States Supreme Court, U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the Fifth Circuit, U.S. Court of Appeals for the Sixth Circuit, U.S. Court of Appeals for the Eighth Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the

Eleventh Circuit, U.S. Court of Appeals for the Federal Circuit, U.S. District Court for the Southern District of New York, U.S. District Court for the Eastern District of New York, United States Court of Federal Claims, and U.S. Bankruptcy Court for the Southern District of New York.

4.  Mr. Davies has not been disciplined by any bar and there are no pending disciplinary proceedings against him in any bar. He is not currently disbarred in any court, and he has not been denied admission to the courts of any state or any court of the United States.

5.  Mr. Davies has been admitted *pro hac vice* in this Court zero times within the last two years.

6.  Mr. Davies does not engage in the practice of law from any office located in the District of Columbia, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

7.  A declaration signed by Mr. Davies, certifying the foregoing information, is attached hereto.

WHEREFORE, Movant requests that Andrew Rhys Davies be granted leave to appear and practice *pro hac vice* on behalf of the Defendants BAM Trading Services Inc. and BAM Management Holdings US Holdings Inc. in the above captioned matter.

Dated: August 22, 2023            Respectfully submitted,

*/s/ Matthew T. Martens*
Matthew T. Martens, D.C. Bar # 1019099
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037
Telephone: (202) 663-6000
Fax: (202) 663-6363
Matthew.Martens@wilmerhale.com

*Counsel for BAM Trading Services Inc. and BAM Management Holdings US Holdings Inc.*