UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BINANCE HOLDINGS LIMITED, et al., <br><br> Defendants. | Civil Action No. 1:23-cv-01599-ABJ |

**DECLARATION OF ANDREW RHYS DAVIES
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Andrew Rhys Davies, hereby declare and state as follows:

1. I submit this declaration in support of the motion of Matthew T. Martens for my admission to practice *pro hac vice* in the above captioned matter.

2. My full name is Andrew Rhys Davies. I am an attorney of the law firm Wilmer Cutler Pickering Hale & Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, NY 10007. My telephone number is (212) 230-8800.

3. I am a member in good standing of the New York bar, and of the bars of the United States Supreme Court, U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the Fifth Circuit, U.S. Court of Appeals for the Sixth Circuit, U.S. Court of Appeals for the Eighth Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the Eleventh Circuit, U.S. Court of Appeals for the Federal Circuit, U.S. District Court for the Southern District of New York, U.S. District Court for the Eastern District of New York, United States Court of Federal Claims, and U.S. Bankruptcy Court for the Southern District of New York.

4. I have never been disciplined by any bar and there are no pending disciplinary proceedings against me in any bar. I am not currently disbarred in any court, and I have not been denied admission to the courts of any state or any court of the United States.

5. I have been admitted *pro hac vice* in this Court zero times within the last two years.

6. I do not engage in the practice of law from any office located in the District of Columbia, am not a member of the District of Columbia Bar, and do not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of August, 2023 in New York, New York.

_____
Andrew Rhys Davies