UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    *Plaintiff*,<br><br>    v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>    *Defendants*. | No. 1-23-cv-01599-ABJ<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

    PLEASE TAKE NOTICE that the undersigned hereby withdraws her appearance in the above-captioned case on behalf of Defendant Binance Holdings Limited ("Binance"). Gibson Dunn & Crutcher LLP and its attorneys that have appeared will continue to appear on behalf of Binance in this action.

Dated: August 23, 2023

    Respectfully submitted:

    */s/ Mary Beth Maloney*
    Mary Beth Maloney (*pro hac vice*)

    GIBSON DUNN & CRUTCHER LLP
    200 Park Avenue
    New York, N.Y. 10166-0193
    (212) 351-2315
    MMaloney@gibsondunn.com

    *Attorneys for Binance Holdings Limited*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 23, 2023 the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

*/s/ Mary Beth Maloney*
Mary Beth Maloney
