UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br> v.<br><br>BINANCE HOLDINGS LIMITED, et al.,<br><br>     Defendants. | Civil Action No. 1:23-cv-01599-ABJ |

### NOTICE OF ENTRY OF APPEARANCE

I, Andrew Rhys Davies, hereby enter my appearance in this matter on behalf of Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc.

Dated: August 30, 2023

                 /s/ *Andrew Rhys Davies*
                 Andrew Rhys Davies (*pro hac vice*)
                 Wilmer Cutler Pickering Hale and Dorr LLP
                 7 World Trade Center
                 250 Greenwich Street
                 New York, NY 10007
                 andrew.davies@wilmerhale.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of August, 2023, a copy of the foregoing Notice of Entry of Appearance was filed electronically with the Clerk of the Court. This electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

*/s/ Andrew Rhys Davies*
Andrew Rhys Davies