UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED,<br>BAM TRADING SERVICES INC.,<br>BAM MANAGEMENT US HOLDINGS INC.,<br>AND CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599 (ABJ) |

**JOINT STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on August 14, 2023, Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc. (collectively, "BAM") filed a motion for a protective order (the "Motion for a Protective Order").

WHEREAS, on August 28, 2023, Plaintiff Securities and Exchange Commission ("SEC") filed an opposition to the Motion for a Protective Order (the "Opposition") and a motion to compel and for other relief (the "Motion to Compel").

WHEREAS, pursuant to Local Civil Rule 7(d) of the United States District Court for the District of Columbia, BAM's reply to the Opposition would be due on September 5, 2023, and, pursuant to Local Civil Rule 7(b) of the United States District Court for the District of Columbia, BAM's opposition to the Motion to Compel would be due on September 11, 2023.

WHEREAS, the parties agree that the interest of efficiency and judicial economy would be served by allowing BAM to file its reply to the Opposition and opposition to the Motion to Compel as a single memorandum.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. BAM shall file its reply to the Opposition and opposition to the Motion to Compel as a single memorandum not to exceed 45 pages on September 11, 2023.

Dated: September 5, 2023

/s/ David A. Nasse
Matthew Scarlato (D.C. Bar No. 484124)
Jennifer L. Farer (D.C. Bar No. 1013915)
J. Emmett Murphy
David A. Nasse (D.C. Bar No. 1002567)
Jorge G. Tenreiro
SECURITIES AND EXCHANGE COMMISSION
scalatom@sec.gov
farerj@sec.gov
murphyJoh@sec.gov
nassed@sec.gov
tenreiroj@sec.gov

*Attorneys for Plaintiff*

Respectfully submitted,

/s/ William R. McLucas
William R. McLucas (*pro hac vice*)
Matthew T. Martens (D.C. Bar #1019099)
Matthew Beville (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
William.McLucas@wilmerhale.com
Matthew.Beville@wilmerhale.com
Matthew.Martens@wilmerhale.com

Tiffany J. Smith (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tiffany.Smith@wilmerhale.com

/s/ George S. Canellos
George S. Canellos (*pro hac vice*)
Matthew J. Laroche (*pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY 10001
GCanellos@milbank.com
MLaroche@milbank.com

*Attorneys for Defendants BAM Trading Services Inc. and BAM Management Holdings US Inc.*

SO ORDERED:

_____
HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE