# EXHIBIT 5

# CONFIRMATION OF ROHIT V. WAD

I, Rohit V. Wad, confirm that:

1. I am the Chief Technology Officer for Binance and am employed by Ality Technologies DE LLC and function as the Chief Technology Officer for affiliated companies including Binance Holdings Limited ("BHL"). I am a resident of the United States. I have held this role since 7 March 2022. In that role, I am responsible for, among other things, the technology that secures crypto assets on the Binance.com platform.

2. I have read the confirmation of Erik Kellogg. Upon information and belief, and to the best of my current knowledge and belief, each of the representations set forth in the confirmation of Erik Kellogg is true and correct.

3. Since at least June 17, 2023, BHL has not maintained possession, custody or control of Customer Assets, as defined in paragraph I of the June 17, 2023 Consent Order entered at Docket Number 71 except as otherwise specified in the Consent Order and subject to the provisions of the Consent Order.

4. Since at least June 17, 2023, BHL has not directed transfers or withdrawals of Customer Assets, as defined in paragraph I of the June 17, 2023 Consent Order entered at Docket Number 71 except as otherwise specified in the Consent Order and subject to the provisions of the Consent Order.

Dated: 30 June 2023

DocuSigned by:
Rohit V. Wad
1AC011BF4E78466...

Rohit V. Wad

1