# EXHIBIT 8

# WILMERHALE

Matthew Beville

+1 202 663 6255 (t)
+1 202 663 6363 (f)
matthew.beville@wilmerhale.com

August 28, 2023

**VIA EMAIL AND SECURE FILE TRANSFER**

Jennifer L. Farer
Matthew F. Scarlato
Senior Trial Counsel
Division of Enforcement
U.S. Securities and Exchange Commission
100 F. Street, NE
Washington, DC 20549

Re:   *Binance Holdings Limited, et al. v. SEC*, No. 23 Civ. 1599 (ABJ)

Dear Ms. Farer and Mr. Scarlato:

We write on behalf of BAM Trading Services Inc. ("BAM Trading") and BAM Management US Holdings Inc. ("BAM Management" and collectively, "BAM") to provide a document in further response to the SEC's First Set of Requests for Production of Documents and Inspection (the "RFPs") to BAM, and in response to Mr. Scarlato's August 24, 2023 email requesting "the letter that Mr. Fernandez testified FGMK received from BAM on August 18, 2023." Enclosed please find a document bearing Bates numbers BAM_SEC_LIT_00004990 through BAM_SEC_LIT_00004995. The document is a copy of the letter referenced in Mr. Scarlato's August 24, 2023 email, which BAM is producing in response to requests 6, 9 and 22 of the RFPs.

Sincerely,

*/s/ Matthew Beville*

Matthew Beville

Enclosure

## **Exhibit A**

| **Bates Range** | **Request No.** |
|---|---|
| BAM_SEC_LIT_00004663 through BAM_SEC_LIT_00004668 | 6, 9, 22 |