# EXHIBIT 21

## Cash Reconciliation - Daily

| | | | | 6/30/2023 |
|---|---|---|---|---|
| **CUSTODIAL Bank Balances (per Bank Statement)** | Account/Reference Number | Financial Institution | BAM Entity | |
| Bitgo - Custody wallet for fiat | | Bitgo | BAM Trading | |
| Nuvei FBO customer funds | | Nuvei | BAM Trading | |
| Orum FBO customer funds | | Orum | BAM Trading | |
| Orum Customer funds collateral reserve account | | Orum | BAM Trading | |
| **Total Cash Balance (per Bank Statement)** | | | | |
| | | | | |
| ***Reconciling Items*** | | | | |
| Nuvei - Debit Card Pending Settlements | | Nuvei | BAM Trading | |
| Nuvei - Corporate Reserve | | Nuvei | BAM Trading | |
| Orum - Unallocated Wires | | Orum | BAM Trading | |
| MT - Unallocated Wires | | MT | BAM Trading | |
| PT - Unallocated Wires | | PT | BAM Trading | |
| Wyre - Unallocated Wires | | Wyre | BAM Trading | |
| CKO - Pending Settlements | | Checkout (CKO) | BAM Trading | |
| Corporate Prefund | | | BAM Trading | |
| Chargebacks net of recoveries - Corporate Prefund Adjustment | | | BAM Trading | |
| Total Corporate Prefund, net of CB | | Orum | BAM Trading | |
| **Total Adjusted Custodial Cash Balance per Bank** | | | | |
| | | | | |
| **Corporate Cash** | | | | |
| Axos - ███ Trading Operating) | | Axos | BAM Trading | |
| Axos - ███ Management Operating) | | Axos | BAM Management | |
| Axos - ███ (BD) | | Axos | B.US Securities | |
| Prime Trust | | Prime Trust | BAM Trading | |
| Bitgo Operating | | Bitgo | BAM Trading | |
| Nuvei Collateral | | Nuvei | BAM Trading | |
| Voyager Digital BAM Escrow | | HSBC Bank | BAM Trading | |
| Insurance Collateral Deposit - Trisura | | Comerica Bank | BAM Trading | |
| Insurance Collateral Deposit - Trisura | | BMO Harris Bank N.A. | BAM Trading | |
| | | | | |
| Reconciling Items | | | | |
| Corporate Prefunding | | Orum | BAM Trading | |
| | | | | |
| **Total Adjusted - Corporate Cash** | | | | |
| | | | | |
| **Total Consolidated Cash** | | | | |

# Exhibit A: June 30th Ending Balance Screenshots - Customer Fiat

## Bitgo - Custody wallet for fiat



## Nuvei FBO customer funds (8167)



**Orum FBO customer funds**



**Orum Customer funds collateral reserve account**



**Exhibit B: June 30th Ending Balance Screenshots - Corporate Fiat**

**Axos - 6672 (Trading Operating)**



**Axos - 7639 (Management Operating)**



**Axos - 8827 (BD)**



**Bitgo Operating**



## Nuvei Collateral



## Nuvei FBO Customer Funds

