# EXHIBIT 26

[redacted]

bid for voyager and celcius

[redacted]

no shared employees with Binance.COM

[redacted]

focused on growth...
- active users
- market share

[redacted]
- [redacted]
- [redacted]

matchbox engine - trading
asset custody software

[redacted]

3rd party services...
BitGo
Anchorage

[redacted]

[redacted]

Confidential Treatment Requested by FGMK Inc. Under FOIA, 5 U.S.C. § 552            FGMK_SEC_028926