UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

## ORDER

Upon consideration of Plaintiff Securities and Exchange Commission's ("SEC") Motion to Unseal Or, in the Alternative, to Withdraw Its Motion to Seal ("Motion to Unseal"), IT IS HEREBY ORDERED THAT:

1. The SEC's Motion to Unseal is granted.

2. The Clerk of the Court is directed to unseal the following:

    a. SEC's Motion to Compel and For Other Relief and Opposition to BAM Defendants' Motion for a Protective Order ("Motion to Compel") (Dkt. No. 102-2)

    b. SEC's Proposed Order to the Motion to Compel (Dkt. No.102-3)

    c. Exhibit 1 to the Declaration of Jenifer Farer ("Declaration") (Dkt. No. 102-6)

    d. Exhibit 2 to Declaration (Dkt. No. 102-7)

    e. Exhibit 3 to Declaration (Dkt. No. 102-8)

    f. Exhibit 4 to Declaration (Dkt. No. 102-9)

    g. Exhibit 5 to Declaration (Dkt. No. 102-10)

    h. Exhibit 6 to Declaration (Dkt. No. 102-11)

    i. Exhibit 7 to Declaration (Dkt. No. 102-12)

    j. Exhibit 8 to Declaration (Dkt. No. 102-13)

    k. Exhibit 9 to Declaration (Dkt. No. 102-14)

    l. Exhibit 11 to Declaration (Dkt. No. 102-16)

    m. Exhibit 12 to Declaration (Dkt. No. 102-17)

    n. Exhibit 13 to Declaration (Dkt. No. 102-18)

    o. Exhibit 22 to Declaration (Dkt. No. 102-27)

    p. Exhibit 27 to Declaration (Dkt. No. 102-32)

    q. Exhibit 28 to Declaration (Dkt. No. 102-33)

3. The Clerk of the Court is further directed to place the partially sealed or redacted version of the following documents as filed with the Motion to Unseal (Dkt. No. 110) on the public docket with their accompanying filings:

    a. Exhibit 10 to Declaration (Dkt. No. 102-15) *as redacted* (Dkt. No. 110-2)

    b. Exhibit 14 to Declaration (Dkt. No. 102-19) *as redacted* (Dkt. No. 110-3)

    c. Exhibit 15 to Declaration (Dkt. No. 102-20) *as redacted* (Dkt. No. 110-4)

    d. Exhibit 16 to Declaration (Dkt. No. 102-21) *as redacted* (Dkt. No. 110-5)

    e. Exhibit 19 to Declaration (Dkt. No. 102-24) *as redacted* (Dkt. No. 110-6)

    f. Exhibit 21 to Declaration (Dkt. No. 102-26) *as redacted* (Dkt. No. 110-7)

    g. Exhibit 26 to Declaration (Dkt. No. 102-31) *as redacted* (Dkt. No. 110-8)

    h. Memorandum in Support of the SEC's Motion Compel (Dkt. No. 102-4) *as redacted* (Dkt. No. 110-9)

      i.   Declaration of Jenifer Farer (Dkt. No. 102-5) *as redacted* (Dkt. No. 110-10)

4. This Court orders that, seven days from the entry of this Order, Defendants or any nonparty that claims a confidentiality designation regarding documents relating to the SEC's Motion to Compel provide the Court with their legal basis for maintaining those documents under seal in whole or in part.

5. This Court further orders that SEC shall have seven days to respond to any filing from Defendants or a nonparty as set forth in paragraph 4 of this Order.

SO ORDERED this 15th day of September, 2023.

 

_____
The Honorable Zia M. Faruqui
United States Magistrate Judge