UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:23-cv-01599<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF J. EMMETT MURPHY

I, J. Emmett Murphy, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a Trial Attorney for the Plaintiff Securities and Exchange Commission ("SEC"). I submit this Declaration in support of the SEC's Reply In Support of its Motion to Compel Discovery and Other Relief.

2. I have personal knowledge of the matters set forth in this Declaration, except as otherwise noted, and, if called as a witness, I could and would competently testify under oath to the facts stated herein.

3. On September 13, 2023, the SEC took the deposition of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ At this time, an official transcript of the deposition is unavailable, but based on my personal knowledge of the substance of the deposition, as supported by my attendance at the deposition and review of an unofficial, or "rough," transcript provided by the court reporter, ▮▮▮▮▮▮▮▮▮▮ in sum and substance, in relevant part, as follows:

   a. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1



b.

4. Attached as **Exhibit A** is a true and correct copy of excerpts of the August 31, 2023 deposition of ███████████████████████████

5. Attached as **Exhibit B** is a true and correct copy of excerpts of the August 24, 2023 deposition of Erik Kellogg, BAM Trading's Chief Information Security Officer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of September, 2023, in New York.

                                                s/ J. Emmett Murphy
                                                J. Emmett Murphy