# EXHIBIT 7

| | |
|---|---|
| **From:** | Farer, Jennifer |
| **To:** | Adler, Jeremy; mlaroche@milbank.com; Scarlato, Matthew; Nasse, David; Tenreiro, Jorge; Murphy, J. Emmett |
| **Cc:** | McLucas, William; Martens, Matthew T.; Beville, Matthew; Smith, Tiffany; gcanellos@milbank.com; Fee, Adam; DaSilva, Joe |
| **Subject:** | Re: SEC v. Binance Holdings Ltd., et al. (1:23-cv-01599) |
| **Date:** | Thursday, July 13, 2023 6:24:23 PM |

Counsel:

Please confirm that we will be receiving an additional document production this week that will be more of a substantive production than received last Friday. In addition, please provide a timeline for anticipated completion of production. As discussed during the meet and confer, a prolonged production schedule will necessarily require an extension of the expedited discovery period, as we need the documents and sufficient time to review for necessary depositions.

Please also provide available dates during the last week of July for depositions of Mr. Erik Kellogg (BAM's CISO) and Ms. Sara Sisenwein (BAM's Senior Director of Treasury Operations). Based on the current timing of document productions, we reserve the right to recall these witnesses as necessary.

Thank you.

**From:** Adler, Jeremy <Jeremy.Adler@wilmerhale.com>
**Sent:** Friday, July 7, 2023 8:17 PM
**To:** Farer, Jennifer <FarerJ@SEC.GOV>; mlaroche@milbank.com <mlaroche@milbank.com>; Scarlato, Matthew <scarlatom@SEC.GOV>; Nasse, David <nassed@SEC.GOV>; Tenreiro, Jorge <tenreiroj@SEC.GOV>; Murphy, J. Emmett <MurphyJoh@SEC.GOV>
**Cc:** McLucas, William <William.McLucas@wilmerhale.com>; Martens, Matthew T. <Matthew.Martens@wilmerhale.com>; Beville, Matthew <Matthew.Beville@wilmerhale.com>; Smith, Tiffany <Tiffany.Smith@wilmerhale.com>; gcanellos@milbank.com <gcanellos@milbank.com>; Fee, Adam <AFee@milbank.com>; DaSilva, Joe <JDaSilva@milbank.com>
**Subject:** RE: SEC v. Binance Holdings Ltd., et al. (1:23-cv-01599)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jennifer – apologies that the letter I sent did not reflect the below changes to the language, but we agree to having the below terms govern the documents produced by BAM prior to entry of a consent order, and with having the consent order apply retroactively once the court enters it.

Thanks,
Jeremy

**From:** Farer, Jennifer <FarerJ@SEC.GOV>
**Sent:** Friday, July 7, 2023 4:45 PM

**To:** mlaroche@milbank.com; Adler, Jeremy <Jeremy.Adler@wilmerhale.com>; Scarlato, Matthew <scarlatom@SEC.GOV>; Nasse, David <nassed@SEC.GOV>; Tenreiro, Jorge <tenreiroj@SEC.GOV>; Murphy, J. Emmett <MurphyJoh@SEC.GOV>
**Cc:** McLucas, William <William.McLucas@wilmerhale.com>; Martens, Matthew T. <Matthew.Martens@wilmerhale.com>; Beville, Matthew <Matthew.Beville@wilmerhale.com>; Smith, Tiffany <Tiffany.Smith@wilmerhale.com>; gcanellos@milbank.com; Fee, Adam <AFee@milbank.com>; DaSilva, Joe <JDaSilva@milbank.com>
**Subject:** RE: SEC v. Binance Holdings Ltd., et al. (1:23-cv-01599)

**EXTERNAL SENDER**

Matt,

We look forward to today's production.

We agree to the modified language below to govern BAM's production of documents and information until a protective order is entered. By agreeing to the below, the SEC does not waive and reserves the right to further negotiate the terms of a protective order to be entered by the Court that will govern the production and use of documents and information. Upon entry, the terms of that protective order will apply retroactively to govern the documents and information subject to the language below.

*Until a Protective Order is entered in this matter, BAM is providing these documents and information on the understanding that the SEC (i) may disclose it only to the Court, counsel representing the SEC in this matter (including both the investigations and litigated action), their support personnel, and other appropriate agencies, entities, and persons consistent with the SEC's routine uses of information; (ii) will use it only for purposes of this litigation and the SEC's routine uses of information, and (iii) will seek to file any of these documents and/or information under seal in any public filing.*

Please let us know if you have any questions or want to discuss.

Thank you.


**Jennifer L. Farer**
U.S. Securities and Exchange Commission
100 F Street N.E. | Washington, D.C. 20549

**From:** Laroche, Matthew <MLaroche@milbank.com>
**Sent:** Friday, July 7, 2023 1:56 PM
**To:** Farer, Jennifer <FarerJ@SEC.GOV>; Adler, Jeremy <Jeremy.Adler@wilmerhale.com>; Scarlato, Matthew <scarlatom@SEC.GOV>; Nasse, David <nassed@SEC.GOV>; Tenreiro, Jorge <tenreiroj@SEC.GOV>; Murphy, J. Emmett <MurphyJoh@SEC.GOV>
**Cc:** McLucas, William <William.McLucas@wilmerhale.com>; Martens, Matthew T. <Matthew.Martens@wilmerhale.com>; Beville, Matthew <Matthew.Beville@wilmerhale.com>;

Smith, Tiffany <Tiffany.Smith@wilmerhale.com>; Canellos, George <GCanellos@milbank.com>; Fee, Adam <AFee@milbank.com>; DaSilva, Joe <JDaSilva@milbank.com>
**Subject:** RE: SEC v. Binance Holdings Ltd., et al. (1:23-cv-01599)

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jennifer and Matt,

Thanks again for the time today and the extension until Monday on Section IV of the Consent Order.

We will be making a production today and propose that it (and any other productions prior to the Protective Order being filed) be subject to the below understanding.  Please let us know if this is ok with you.

*__Until a Protective Order is entered in this matter, BAM is providing these documents and information on the understanding that the SEC (i) may disclose it only to the Court, counsel representing the SEC in this matter, and their support personnel; (ii) will use it only for purposes of this litigation, and (iii) will seek to file any of these documents and/or information under seal in any public filing__*

Matt

---

**From:** Farer, Jennifer <FarerJ@SEC.GOV>
**Sent:** Friday, July 7, 2023 6:27 AM
**To:** Laroche, Matthew <MLaroche@milbank.com>; Adler, Jeremy <Jeremy.Adler@wilmerhale.com>; Scarlato, Matthew <scarlatom@SEC.GOV>; Nasse, David <nassed@SEC.GOV>; Tenreiro, Jorge <tenreiroj@SEC.GOV>; Murphy, J. Emmett <MurphyJoh@SEC.GOV>
**Cc:** McLucas, William <William.McLucas@wilmerhale.com>; Martens, Matthew T. <Matthew.Martens@wilmerhale.com>; Beville, Matthew <Matthew.Beville@wilmerhale.com>; Smith, Tiffany <Tiffany.Smith@wilmerhale.com>; Canellos, George <GCanellos@milbank.com>; Fee, Adam <AFee@milbank.com>; DaSilva, Joe <JDaSilva@milbank.com>
**Subject:** [EXT] Re: SEC v. Binance Holdings Ltd., et al. (1:23-cv-01599)

We will send a Webex.  Thanks.

---

**From:** Laroche, Matthew <MLaroche@milbank.com>
**Sent:** Thursday, July 6, 2023 9:49:01 PM
**To:** Farer, Jennifer <FarerJ@SEC.GOV>; Adler, Jeremy <Jeremy.Adler@wilmerhale.com>; Scarlato, Matthew <scarlatom@SEC.GOV>; Nasse, David <nassed@SEC.GOV>; Tenreiro, Jorge <tenreiroj@SEC.GOV>; Murphy, J. Emmett <MurphyJoh@SEC.GOV>
**Cc:** McLucas, William <William.McLucas@wilmerhale.com>; Martens, Matthew T. <Matthew.Martens@wilmerhale.com>; Beville, Matthew <Matthew.Beville@wilmerhale.com>; Smith, Tiffany <Tiffany.Smith@wilmerhale.com>; Canellos, George <GCanellos@milbank.com>; Fee, Adam <AFee@milbank.com>; DaSilva, Joe <JDaSilva@milbank.com>

**Subject:** RE: SEC v. Binance Holdings Ltd., et al. (1:23-cv-01599)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jennifer,

We can make noon tomorrow work.  Please let us know if you'd like us to circulate an invite.

Thanks,
Matt

---

**From:** Farer, Jennifer <FarerJ@SEC.GOV>
**Sent:** Thursday, July 6, 2023 5:07 PM
**To:** Adler, Jeremy <Jeremy.Adler@wilmerhale.com>; Scarlato, Matthew <scarlatom@SEC.GOV>; Nasse, David <nassed@SEC.GOV>; Tenreiro, Jorge <tenreiroj@SEC.GOV>; Murphy, J. Emmett <MurphyJoh@SEC.GOV>
**Cc:** McLucas, William <William.McLucas@wilmerhale.com>; Martens, Matthew T. <Matthew.Martens@wilmerhale.com>; Beville, Matthew <Matthew.Beville@wilmerhale.com>; Smith, Tiffany <Tiffany.Smith@wilmerhale.com>; Canellos, George <GCanellos@milbank.com>; Laroche, Matthew <MLaroche@milbank.com>; Fee, Adam <AFee@milbank.com>; DaSilva, Joe <JDaSilva@milbank.com>
**Subject:** [EXT] RE: SEC v. Binance Holdings Ltd., et al. (1:23-cv-01599)

Counsel,

We write in response to your July 5 letter and Responses and Objections to the SEC's First Set of Requests for Production of Documents and Inspection.

We had extended the deadline for your response in our effort to work with you in good faith and facilitate a substantive production of documents and information consistent with our initial meet and confer.  Your response on July 5, however, is inconsistent with the Consent Order entered by the Court.  Not only did you fail to produce any documents or substantive

information by the extended deadline, but your Responses and Objections improperly attempt to alter the scope and timing of discovery permitted under the Consent Order, including, but not limited to, by substituting interrogatory responses and the information required under Part IV of the Consent Order for the production of documents and information responsive to the SEC's document requests.  While we will endeavor to continue to work with you with respect to the discovery requests, the proposed approach set forth in your Responses and Objections is not acceptable to us and inconsistent with the terms of the Consent Order with respect to the timing and scope of discovery to which we are entitled.

Please let us know if you are free at noon tomorrow for a meet and confer to discuss.  If that time does not work for you, please propose an alternative time tomorrow when you are available, except for 9:30-12 and 3-3:30.  During tomorrow's meet and confer, we can discuss the request conveyed to Matt for an extension of the deadline for production of the items in Part IV, 1 and 2.  As an initial reaction, we are amenable to considering an extension, but we need at least the beginning of a rolling production of this information and responses to our requests for documents starting tomorrow.

Finally, please also provide dates that work during the week of July 24 for depositions of Mr. Erik Kellogg (BAM's CISO) and Ms. Sara Sisenwein (BAM's Senior Director of Treasury Operations).

Thank you.

**Jennifer L. Farer**

U.S. Securities and Exchange Commission

100 F Street N.E. | Washington, D.C. 20549

---

**From:** Adler, Jeremy <Jeremy.Adler@wilmerhale.com>
**Sent:** Wednesday, July 5, 2023 8:00 PM
**To:** Farer, Jennifer <FarerJ@SEC.GOV>; Scarlato, Matthew <scarlatom@SEC.GOV>; Nasse, David <nassed@SEC.GOV>; Tenreiro, Jorge <tenreiroj@SEC.GOV>; Murphy, J. Emmett <MurphyJoh@SEC.GOV>
**Cc:** McLucas, William <William.McLucas@wilmerhale.com>; Martens, Matthew T. <Matthew.Martens@wilmerhale.com>; Beville, Matthew <Matthew.Beville@wilmerhale.com>; Smith, Tiffany <Tiffany.Smith@wilmerhale.com>; gcanellos@milbank.com; mlaroche@milbank.com; Fee, Adam <AFee@milbank.com>; DaSilva, Joe <JDaSilva@milbank.com>
**Subject:** SEC v. Binance Holdings Ltd., et al. (1:23-cv-01599)

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

On behalf of BAM Trading Services, Inc. and BAM Management US Holdings, Inc. (the "BAM Defendants"), please see the attached correspondence along with the BAM Defendants' responses and objections to Plaintiff's first set of document requests.

All the best,

Jeremy

**Jeremy Adler | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 295 6417 (t)
+1 212 230 8888 (f)
jeremy.adler@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.