# EXHIBIT 9

WILMERHALE

Matthew Beville

+1 202 663 6255 (t)
+1 202 663 6363 (f)
matthew.beville@wilmerhale.com

August 14, 2023

**Via Email and Secure File Transfer**

Jennifer L. Farer
Matthew F. Scarlato
Senior Trial Counsel
Division of Enforcement
U.S. Securities and Exchange Commission
100 F. Street, NE
Washington, DC 20549

Re:     *Binance Holdings Limited, et al. v. SEC*, No. 23 Civ. 1599 (ABJ)

Dear Ms. Farer and Mr. Scarlato:

We write on behalf of BAM Trading Services Inc. ("BAM Trading") and BAM Management US Holdings Inc. ("BAM Management" and collectively, "BAM") to provide certain documents and information in response to the SEC's First Set of Requests for Production of Documents and Inspection (the "RFPs") to BAM and in response to Ms. Farer's email dated August 5, 2023. Specifically, Ms. Farer's August 5, 2023 email requested the following categories of documents for Ceffu, Binance.com, and the third-party custodians and/or software providers used by Binance.US for custody and control of customer assets and the assets of BAM entities:

- SOC reports;
- ISO certifications;
- User entity, access, and security controls;
- Change management controls;
- a list of all infrastructure environments, systems and software involved in wallet creation and management and custody of assets;
- identification of the technology that supports Binance.US that is located on the Binance.com AWS environment;
- and identification of all users with access to the relevant infrastructure, systems, and software.

Wilmer Cutler Pickering Hale and Dorr LLP, 2100 Pennsylvania Avenue NW, Washington DC 20037

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Jennifer L. Farer and Matthew Scarlato
August 14, 2023
Page 2

WilmerHale

      Enclosed please find documents bearing Bates numbers BAM_SEC_LIT_00004482 through BAM_SEC_LIT_00004661, which are responsive to the categories of documents identified in Ms. Farer's August 5, 2023 email as further described below. We are working to determine if any additional responsive materials exist in BAM Trading's files or that are available through the relevant third-party custodians and/or software providers.

1.    <u>SOC Reports</u>

      Enclosed at Bates nos. BAM_SEC_LIT_00004482 through BAM_SEC_LIT_00004610 are SOC reports for BitGo and Binance.US. BAM typically collects any security reports, credentials, certifications, and/or attestations during its security diligence process and when onboarding third party partners and vendors. Aegis, one of BAM's third party custody services providers, does not have a SOC 2 report. As discussed in further detail below, BAM required Aegis to complete an additional security questionnaire as a result.

      Enclosed at Bates nos. BAM_SEC_LIT_00004482 through BAM_SEC_LIT_00004570 is a System and Organization Controls Report Relevant to Security (SOC 2 Type 2) prepared for BitGo and dated October 1, 2020 through September 30, 2021.

      Enclosed at Bates nos. BAM_SEC_LIT_00004571 through BAM_SEC_LIT_00004610 is a System and Organization Controls (SOC) 2 Type 1 Report on Controls Relevant to the Security Trust Services Category prepared by Armanino LLP for Binance.US.

      Enclosed at Bates nos. BAM_SEC_LIT_00004611 through BAM_SEC_LIT_00004650 is an ISO/IEC 27001:2013 and ISO/IEC27701:2019 Stage 2 Report prepared by A-LIGN for BAM Trading Services Inc. d/b/a/ Binance.US dated December 15, 2022.

2.    <u>ISO Certifications</u>

      Enclosed at Bates nos. BAM_SEC_LIT_00004651 through BAM_SEC_LIT_00004652 is a Certificate of Registration provided by BSI to Block Technologies PTE. LTD. and dated March 22, 2022 certifying that Block Technologies operates an Information Security Management System which complies with the requirements of ISO/IEC 27001:2013. We understand that there was a period of time when Ceffu was referred to as Block Technologies.

      Enclosed at Bates nos. BAM_SEC_LIT_00004653 through BAM_SEC_LIT_00004654 is a Certification of Registration provided by A-LIGN to BAM Trading Services, Inc. (d/b/a) Binance.US dated December 23, 2022, certifying that Binance.US operates a Privacy Information Management System that conforms to the requirements of ISO/IEC 27701:2019.

**WILMERHALE**

Jennifer L. Farer and Matthew Scarlato
August 14, 2023
Page 3

Enclosed at Bates nos. BAM_SEC_LIT_00004655 through BAM_SEC_LIT_00004656 is a Certification of Registration provided by A-LIGN to BAM Trading Services, Inc. (d/b/a) Binance.US dated December 23, 2022, certifying that Binance.US operates an Information Security Management System that conforms to the requirements of ISO/IEC 27001:2013.

3. <u>Custody Solution Provider Security Questionnaires</u>

In addition to the materials BAM collects during its security diligence process described above, BAM also requires its custody solution providers to complete a Custody Solution Provider Security Questionnaire. The Custody Solution Provider Security Questionnaire covers policies and procedures related to the security of keys, among other things.

Enclosed at Bates no. BAM_SEC_LIT_00004657 is a spreadsheet showing Aegis's answers to a Custody Solution Provider Security Questionnaire provided to Aegis by BAM.

Enclosed as Bates no. BAM_SEC_LIT_00004658 is a spreadsheet showing BitGo's answers to the Custody Solution Provider Security Questionnaire provided to BitGo by BAM.

As previously explained during our August 4, 2023 meet and confer, the wallet custody software developed by BHL is marketed to third parties as "Ceffu." BAM licenses the BHL wallet custody software from BHL pursuant to a licensing agreement that predates the commercial offering of "Ceffu" as a third-party custodial solution.

Enclosed as Bates no. BAM_SEC_LIT_00004659 is a spreadsheet showing Ceffu's answers to the Custody Solution Provider Security Questionnaire provided to Ceffu by BAM.

4. <u>Standard Security DDQ</u>

As noted above, BAM required that Aegis complete an additional security questionnaire because Aegis does not have a SOC report. Enclosed as Bates no. BAM_SEC_LIT_00004660 is a spreadsheet showing Aegis's answers to a US Standard DDQ provided to Aegis by BAM. The US Standard DDQ includes covers topics including the physical location of client data, the types of anti-malware systems used, and what training program is used to help staff follow best practices.

5. <u>Identities of Users with Access to PNK</u>

Enclosed at Bates no. BAM_SEC_LIT_00004661 is a spreadsheet identifying the users who have access to PNK, BAM's internal ledger management system. Specifically, Column A of the spreadsheet identifies each PNK user by name or email address, and Column B of the spreadsheet identifies each user's department within BAM.

WilmerHale

Jennifer L. Farer and Matthew Scarlato
August 14, 2023
Page 4

We are making every effort to ensure that our responses are complete and accurate notwithstanding the extremely short deadlines allotted to provide this information. We will supplement our responses to the extent that we identify any additional responsive information. Moreover, until a Protective Order is entered in this matter, BAM is providing these documents and information on the understanding that the SEC (i) may disclose it only to the Court, counsel representing the SEC in this matter (including both the investigations and litigated action), their support personnel, and other appropriate agencies, entities, and persons consistent with the SEC's routine uses of information; (ii) will use it only for purposes of this litigation and the SEC's routine uses of information, and (iii) will seek to file any of these documents and/or information under seal in any public filing.

Sincerely,

*/s/ Matthew Beville*

Matthew Beville

Enclosure

**Exhibit A**

| Bates Range | Request No. |
|---|---|
| BAM_SEC_LIT_00004482 through BAM_SEC_LIT_00004570 | 1, 2, 3, 6, 20, 21, 26, 27 |
| BAM_SEC_LIT_00004482 through BAM_SEC_LIT_00004570 | 1, 2, 3, 6, 21, 26, 27 |
| BAM_SEC_LIT_00004611 through BAM_SEC_LIT_00004650 | 1, 2, 3, 6, 26, 27 |
| BAM_SEC_LIT_00004651 through BAM_SEC_LIT_00004652 | 1, 2, 3, 6, 26, 27 |
| BAM_SEC_LIT_00004653 through BAM_SEC_LIT_00004654 | 1, 2, 3, 6, 26, 27 |
| BAM_SEC_LIT_00004655 through BAM_SEC_LIT_00004656 | 1, 2, 3, 6, 26, 27 |
| BAM_SEC_LIT_00004657 | 1, 2, 3, 6, 11, 20 |
| BAM_SEC_LIT_00004658 | 1, 2, 3, 6, 11, 20 |
| BAM_SEC_LIT_00004659 | 1, 2, 3, 6, 11, 18 |
| BAM_SEC_LIT_00004660 | 1, 2, 3, 6, 11, 20 |
| BAM_SEC_LIT_00004661 | 13 |