# EXHIBIT 12

| | |
|---|---|
| **From:** | Farer, Jennifer |
| **To:** | McLucas, William; Scarlato, Matthew |
| **Cc:** | Adler, Jeremy; Martens, Matthew T.; Beville, Matthew; Nasse, David; Tenreiro, Jorge; Murphy, J. Emmett |
| **Subject:** | RE: Call |
| **Date:** | Thursday, August 3, 2023 11:58:00 AM |

Bill,

We are free between 1:30-4:30 this afternoon.

In addition to the timing of the accounting, we would like to discuss the production of information concerning Ceffu and the following statement from your July 31 letter: "You requested that BAM provide additional information concerning the creation of the New Private and Administrative Keys and security protocols related to them. As of the date of this letter, BAM has created new cold wallets with New Private and Administrative Keys. The New Private and Administrative Keys were created in consultation with Ceffu, and BAM submits that inquiries concerning how Ceffu creates wallets should be directed to Ceffu."

Please let us know when this afternoon works for you.

Thank you.

**Jennifer L. Farer**
U.S. Securities and Exchange Commission
100 F Street N.E. | Washington, D.C. 20549

---

**From:** McLucas, William <William.McLucas@wilmerhale.com>
**Sent:** Thursday, August 3, 2023 10:25 AM
**To:** Farer, Jennifer <FarerJ@SEC.GOV>; Scarlato, Matthew <scarlatom@SEC.GOV>
**Cc:** Adler, Jeremy <Jeremy.Adler@wilmerhale.com>; Martens, Matthew T. <Matthew.Martens@wilmerhale.com>; Beville, Matthew <Matthew.Beville@wilmerhale.com>
**Subject:** Call

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jennifer, Matt,
Do you have 10 minutes this morning for a meet and confer call on a motion for a few more days on the accounting that we need to file?

Thanks,
   Bill

**William R. McLucas | WilmerHale**
2100 Pennsylvania Avenue NW

Washington, DC 20037 USA

+1 202 663 6622 (t)

+1 202 663 6363 (f)

william.mclucas@wilmerhale.com

**Please consider the environment before printing this email.**

___

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.