# EXHIBIT 26



bid for voyager and celcius

no shared employees with Binance.COM

focused on growth...
- active users
- market share

-
-

matchbox engine - trading
asset custody software

3rd party services...
BitGo
Anchorage

Confidential Treatment Requested by FGMK Inc. Under FOIA, 5 U.S.C. § 552                    FGMK_SEC_028926