# EXHIBIT 27

| Accounts Name | Accounts Number | Contact Relationships Label | Associated Contacts Name | Associated Contacts Created Date | Associated Contacts Archived (Yes / No) | Contact Relationships Updated Date |
|---|---|---|---|---|---|---|
| PrimeTrust FBO BAM Trading Services Customers | 0274 | General Counsel | Catherine Coley | 06/25/2019 | Yes | 03/16/2021 |
| PrimeTrust FBO BAM Trading Services Customers | 0274 | Finance Director | Guangying Chen | 04/23/2020 | Yes | 03/16/2021 |
| PrimeTrust FBO BAM Trading Services Customers | 0274 | Authorized Person | William Plon | 10/07/2021 | Yes | 10/07/2021 |
| PrimeTrust FBO BAM Trading Services Customers | 0274 | Authorized Person | Brian Shroder | 10/07/2021 | No | |
| PrimeTrust FBO BAM Trading Services Customers | 0274 | Beneficial Owner | Changpeng Zhao | 04/23/2020 | No | |
| PrimeTrust FBO BAM Trading Services Customers | 0274 | authorized person | Jasmine Lee | 10/20/2022 | No | |
| | | | | | | |