# EXHIBIT 28



BAM Trading Services Inc. d/b/a Binance.US
611 Cowper Street, Suite 400
Palo Alto, CA 94301
legal@binance.us

December 30, 2022

Hon Ng
Binance Holdings Ltd.
c/o Sertus Chambers
Governors Square, Suite #5-204
23 Lime Tree Bay Avenue
P.O. Box 2547
Grand Cayman, KY1-1104, Cayman Islands

  Re: Termination of Wallet Custody Agreement

Dear Mr. Ng,

  We are writing to provide you with notice that BAM Trading Services, Inc. d/b/a Binance.US has terminated the Wallet Custody Agreement ("Agreement") executed on January 7, 2020 between Binance.US and Binance Holdings Limited. Binance.US is exercising the termination rights set forth in Section 14 of the Agreement and the termination is effective as of December 1, 2022.

  We will continue to operate under the terms of the Software License Agreement that the parties also entered into on January 7, 2020.

  Please let us know if you have any questions.

             Sincerely,

             DocuSigned by:

             *Brian Shroder*
             ACA2F0AF79BC412...
             Brian Shroder
             CEO & President