UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>       v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>          Defendants. | UNDER SEAL<br><br>No. 1:23-cv-01599-ABJ-ZMF |

**ORDER**

Upon consideration of the SEC's Motion for Leave to File Documents Under Seal (the "Seal Motion") and for good cause shown, the Court hereby grants the Seal Motion.

It is hereby **ORDERED** that the following documents be temporarily kept under seal: (a) the SEC's Reply in further support of the Motion to Compel and for Other Relief and Opposition to the BAM Defendants' Motion for a Protective Order (the "SEC Reply"); (b) the Declaration of J. Emmett Murphy in support of the SEC Reply, and (c) Exhibits A and B in support of the SEC Reply.

It is further **ORDERED** that Defendants file with the Court their position with supporting legal basis for maintaining any portions of the SEC Reply and supporting exhibits under seal by Friday, September 22, 2023.

Dated:  September 18, 2023

                                                The Honorable Zia M. Faruqui
United States Magistrate Judge