UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>Defendants. | Civil Action No. 1:23-cv-01599-ABJ-ZMF |

## NOTICE OF APPEARANCE

To the clerk of court and all parties of record:

PLEASE enter the appearance of Matt Gregory as counsel in the above-captioned matter on behalf of Defendant Binance Holdings Limited.  I certify that I am admitted or otherwise authorized to practice in this Court.

Dated:  September 21, 2023

Respectfully submitted,

/s/ Matt Gregory
Matt Gregory (D.C. Bar #1033813)
mgregory@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone:  (202) 887-3635
Facsimile: (202) 831-6088

*Counsel for Defendant*
*Binance Holdings Limited*