UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED,<br>BAM TRADING SERVICES INC.,<br>BAM MANAGEMENT US HOLDINGS INC.,<br>AND CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

**NOTICE OF BAM TRADING INC. AND
BAM MANAGEMENT US HOLDINGS INC.'S MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum in Support of Their Motion to Dismiss, Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc. (together, "BAM") will move before the Honorable Amy Berman Jackson, United States Judge of the United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, DC 20001, for an Order dismissing the claims in the Complaint asserted against BAM in the above-captioned matter.

This motion is supported by the accompanying Memorandum of Law in Support of the Motion to Dismiss, the Declaration of Matthew Beville, and the accompanying exhibits numbered 1 through 5.

Dated:  September 21, 2023                                   Respectfully submitted,

| | |
|---|---|
| */s/ William R. McLucas* | */s/ George S. Canellos* |
| William R. McLucas (*pro hac vice*) | George S. Canellos (*pro hac vice*) |
| Matthew T. Martens (D.C. Bar #1019099) | Matthew J. Laroche (*pro hac vice*) |
| Matthew Beville (*pro hac vice*) | MILBANK LLP |
| WILMER CUTLER PICKERING HALE AND DORR LLP | 55 Hudson Yards |
| 2100 Pennsylvania Avenue NW | New York, NY 10001 |
| Washington, DC 20037 | GCanellos@milbank.com |
| William.McLucas@wilmerhale.com | MLaroche@milbank.com |
| Matthew.Beville@wilmerhale.com | |
| Matthew.Martens@wilmerhale.com | *Attorneys for Defendants BAM Trading Services Inc. and BAM Management Holdings US Inc.* |
| Tiffany J. Smith (*pro hac vice*) | |
| WILMER CUTLER PICKERING HALE AND DORR LLP | |
| 7 World Trade Center | |
| 250 Greenwich Street | |
| New York, NY 10007 | |
| Tiffany.Smith@wilmerhale.com | |
| | |
| *Attorneys for Defendants BAM Trading Services Inc. and BAM Management Holdings US Inc.* | |