UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED,<br>BAM TRADING SERVICES INC.,<br>BAM MANAGEMENT US HOLDINGS INC.,<br>AND CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

### DECLARATION OF MATTHEW BEVILLE

I, MATTHEW BEVILLE, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney of the law firm Wilmer Cutler Pickering Hale & Dorr LLP, 2100 Pennsylvania Ave., NW, Washington, DC 20037. I am counsel to Defendants BAM Trading Service, Inc. ("BAM Trading") and BAM Management US Holdings Inc. ("BAM Management," together with BAM Trading, "BAM"). I submit this declaration in support of BAM's Motion to Dismiss.

2. I have personal knowledge of the matters set forth in this declaration, and if called as a witness, I could and would competently testify under oath to the facts stated herein.

3. A true and correct copy of BAM's Trading Rules, last updated in September 2019, is attached as **Exhibit 1**. *See* Compl. ¶¶ 233, 244–45.

4. On November 20, 2019, CoinDesk hosted a webinar titled "Crypto Exchanges, Markets and Liquidity Webinar" (the "CoinDesk Webinar"). Catherine Coley (BAM Trading's

then-CEO) was a guest on the CoinDesk Webinar.  A true and correct copy of a transcript of the CoinDesk Webinar is attached as **Exhibit 2**.  *See id.* ¶ 246.

5. A true and correct excerpt of BAM's July 2021 Trade Surveillance Manual is attached as **Exhibit 3**.  *See id.* ¶ 249.

6. A true and correct excerpt of BAM's September 2021 Seed Round Pitch Deck is attached as **Exhibit 4**.  *See id.* ¶¶ 248, 256–57, 265.

7. A true and correct copy of BAM's Terms of Use, which was operative when the Complaint was filed, is attached as **Exhibit 5**.  *See id.* ¶¶ 126, 153, 244, 346.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of September, 2023.

*/s/ Matthew Beville*
Matthew Beville