# Exhibit 3

# TRADE SURVEILLANCE MANUAL

Version 1

July 2021

CONFIDENTIAL

FOR TRADE SURVEILLANCE USE ONLY



# TABLE OF CONTENTS

**1. Purpose**…………………………………………………………………..2

**2. Trade Surveillance Program**………………………………………………..2

**3. Confidentiality**…………………………………………………………..2

**4. Surveillance Tools**……………………………………………………….3

**5. Automated Trade Surveillance**……………………………………………3

**6. Alerts**……………………………………………………………………4

**7. Reports**…………………………………………………………………4

**8. Review Procedures**……………………………………………………….5

**9. Disruptive Trading Practices Reviews**……………………………………6

**10. Audit Trail Reviews**…………………………………………………….6

**11. Real-Time Surveillance**…………………………………………………7

**12. Trade Supervision**………………………………………………………7

**13. Emergency Actions**………………………………………………………7

**14. Recordkeeping Requirements**………………………………………… 8



## PURPOSE

This surveillance manual sets forth the trade monitoring and supervision duties of Binance.US as part of its regulatory program. The manual is a reference for Binance.US Trade Surveillance Department ("Department") personnel performing Trade Surveillance activities and is governed by Binance.US Exchange ("Exchange") rules. Content is subject to change to anticipate upcoming regulatory changes and scenarios. Questions or concerns should be directed to the Trade Surveillance Manager, Head of Risk, or Chief Compliance Officer ("CCO").

## TRADE SURVEILLANCE PROGRAM

Under the Commodity Exchange Act ("CEA") and Commodity Futures Trading Commission ("CFTC"), Binance.US is subject to the Core Principles of the CEA and Regulatory Reporting Requirements.

Binance.US Trade Surveillance Program is responsible for trade surveillance to detect disruptive trading practices, prevent market manipulation, market congestion, and price distortion. Trade Surveillance licenses Eventus' Validus surveillance software and tools to monitor, observe, and review trade lifecycles while addressing all alerts generated within the Validus platform.

CFTC Core Principle 4 requires exchanges to collect and evaluate market data with the capacity to prevent disruptions. Binance.US Trade Surveillance Staff ("Staff") ensures that the Exchange responds appropriately to the fundamentals of underlying cryptocurrency markets.

## CONFIDENTIALITY

Confidential trade or transaction information should not be included in communications outside of the Department unless necessary. Staff should avoid including detailed market participant information and exercise extra caution to send communication only to the intended recipient. All confidential information sent through electronic files, i.e., spreadsheets, screenshots, or documents, should be encrypted and verified to ensure that the data is associated and directed to the intended recipient. Direct all

2

Pages Omitted