# Exhibit 4

CONFIDENTIAL



# Binance.US

*Seed Round Pitch Deck*

September 2021

Pages Omitted

◆ .US | Product Superiority

# Binance.US – named Forbes' "Best Overall Crypto Exchange" in 2021

**Advanced trading engine,** capable of processing more than 1.4 million orders per second

A multitude of **USD Fiat on/off ramps** including ACH deposit/withdrawals, card purchases and wire transfers

**60+ crypto assets** supported across **117 trading pairs**

**99.99% up time** across all platforms - web, app and API

**0 security breaches** since launch in October 2019

**Robust compliance framework:** KYC checks, AML screens, on-chain monitoring, trade surveillance, risk management, etc.

Forbes link:  https://www.forbes.com/advisor/investing/best-crypto-exchanges/



| Compliance

# Binance.US deploys both **human intelligence** *(~20% of US FTEs in Compliance and Risk)* and **artificial intelligence** / computing power to ensure highest level of compliance

Identity verification and KYC (Know Your Customer) screening

Anti Money Laundering (AML) screening

Blockchain monitoring and analytics

Trade surveillance, market manipulation, and transaction monitoring











Pages Omitted