# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED,<br>BAM TRADING SERVICES INC.,<br>BAM MANAGEMENT US HOLDINGS INC.,<br>AND CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

## [PROPOSED] ORDER

WHEREAS Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc. (together, "BAM") have moved to dismiss the claims asserted against them in the Complaint filed by Plaintiff the Securities and Exchange Commission (the "SEC") in the above-captioned matter, for failure to state a claim.

Now having considered BAM's motion and all relevant submissions and arguments by the parties, it is hereby ORDERED that BAM's motion is GRANTED; and it is further ORDERED that the claims asserted against BAM are hereby DISMISSED WITH PREJUDICE.

Dated: _____          _____
                                       Amy Berman Jackson
                                       UNITED STATES DISTRICT JUDGE