# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., and CHANGPENG ZHAO,<br><br>*Defendants*. | No. 1:23-cv-01599-ABJ-ZMF |

## [Proposed] Order

Upon consideration by the Court of Defendants Binance Holdings Limited and Changpeng Zhao's Joint Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), it is hereby **ORDERED** that their motion is **GRANTED** and that the Complaint [Dkt. #1] is **DISMISSED** with prejudice.

Date: _____           _____
                                      AMY BERMAN JACKSON
                                      United States District Judge