UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION**,**<br><br>       Plaintiff,<br><br>   v.<br><br>BINANCE HOLDINGS LIMITED,<br>BAM TRADING SERVICES INC.,<br>BAM MANAGEMENT US HOLDINGS INC.,<br>AND CHANGPENG ZHAO,<br><br>       Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

**REQUEST FOR EXTENSION OF TIME TO RESPOND
TO ORDERS TO SHOW CAUSE**

Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc. (collectively, "BAM") respectfully move the Court for an extension of the deadline for Defendants to file their position for maintaining all presently sealed or redacted documents relating to the SEC's Motion to Compel in their sealed or redacted form and to show cause to seal or redact any documents relating to the SEC's Reply in Support of Motion to Compel to Wednesday, September 27, 2023.

On September 14, 2023, the Securities and Exchange Commission ("SEC") filed a Motion to Unseal or, in the Alternative, to Withdraw its Motion to Seal that was filed at Dkt. No. 102 ("Motion to Unseal") [Dkt. No. 110].  On September 15, 2023, the Court issued an Order granting the SEC's Motion to Unseal and ordering Defendants to show cause to maintain all presently sealed or redacted documents relating to the SEC's Motion to Compel in their sealed or redacted form by September 22, 2023 [Dkt. No. 111].  On September 18, 2023, the SEC filed a

Sealed Motion for Leave to File Documents Under Seal in connection with its filing of its Reply in Support of Its Motion to Compel ("Sealing Motion") [Dkt. No. 112]. On September 18, 2023, the Court granted the SEC's Sealing Motion and ordered Defendants to show cause to seal or redact any documents relating to the SEC's Reply in Support of Motion to Compel by September 22, 2023 [Dkt. No. 115].

The parties, including Defendants Binance Holdings Limited and Changpeng Zhao, are continuing to meet and confer regarding which materials should be maintained under seal in connection with the SEC's filings. In order to allow sufficient time for the parties to confer, BAM respectfully requests an extension of the deadline to the Court's orders to show cause to Wednesday, September 27, 2023. This is BAM's first request for an extension of this deadline. BAM has conferred with the SEC concerning this request, and the SEC does not object.

In addition, BAM intends to file a motion to amend its previous Motion to Seal [Dkt. No. 107], to unseal certain documents or portions thereof that it previously requested that the Court maintain under seal. BAM respectfully requests that the Court not take any action on that motion at this time so that BAM may file such motion to amend.

| | |
|---|---|
| Dated: September 22, 2023 | Respectfully submitted, |

| | |
|---|---|
| */s/ William R. McLucas* | */s/ George S. Canellos* |
| William R. McLucas (*pro hac vice*) | Andrew M. Leblanc (D.C. Bar #479445) |
| Matthew T. Martens (D.C. Bar #1019099) | MILBANK LLP |
| Matthew Beville (*pro hac vice*) | 1850 K Street, NW, Suite 1100 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | Washington, D.C. 20003 |
| 2100 Pennsylvania Avenue NW | ALeblanc@milbank.com |
| Washington, DC 20037 | |
| William.McLucas@wilmerhale.com | George S. Canellos (*pro hac vice*) |
| Matthew.Beville@wilmerhale.com | Matthew J. Laroche (*pro hac vice*) |
| Matthew.Martens@wilmerhale.com | MILBANK LLP |
| | 55 Hudson Yards |
| Tiffany J. Smith (*pro hac vice*) | New York, NY 10001 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | GCanellos@milbank.com |
| 7 World Trade Center | MLaroche@milbank.com |
| 250 Greenwich Street | |
| New York, NY 10007 | *Attorneys for Defendants BAM Trading Services Inc. and BAM Management Holdings US Inc.* |
| Tiffany.Smith@wilmerhale.com | |

*Attorneys for Defendants BAM Trading Services Inc. and BAM Management Holdings US Inc.*