# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO, <br><br> Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

### [PROPOSED] ORDER GRANTING BAM TRADING SERVICES INC. AND BAM MANAGEMENT US HOLDINGS, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDERS TO SHOW CAUSE

Upon consideration of the motion filed by BAM Trading Services Inc. ("BAM Trading") and BAM Management US Holdings Inc. ("BAM Management," and collectively "BAM") to extend the deadline for Defendants to (a) file their position for maintaining all presently sealed or redacted documents relating to the SEC's Motion to Compel in their sealed or redacted form in response to Dkt. No. 111, and (2) to show cause to seal or redact any documents relating to the SEC's Reply in Support of Motion to Compel in response to Dkt. No. 115 to Wednesday, September 27, 2023;

IT IS HEREBY ORDERED that the deadline for Defendants to respond to the orders to show cause entered as Dkt. Nos. 111 and 115 is hereby extended to September 27, 2023.

SO ORDERED:

Dated: September __, 2023

_____