UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED,<br>BAM TRADING SERVICES INC.,<br>BAM MANAGEMENT US HOLDINGS INC.,<br>AND CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

**UNOPPOSED MOTION FOR CONTINUANCE**

Pursuant to Federal Rule of Civil Procedure 6(b) and LCvR 16.1(b), BAM Trading Service, Inc. ("BAM Trading") and BAM Management US Holdings Inc. ("BAM Management," together with BAM Trading, "BAM"), by and through BAM's undersigned counsel, hereby respectfully moves for a continuance until October 13, 2023 for the Court to hold a status conference, which is currently set for October 12, 2023. In support of this Motion, BAM states as follows:

1. On September 18, 2023, the Court held a discovery hearing. At that hearing, the Court notified the parties that it was available on either October 12, 2023, or October 13, 2023, and ordered that the parties to appear for a status conference on October 12, 2023, at 10:30 AM.

2. On September 25, 2023, counsel for BAM became aware of a scheduling conflict that would make it difficult for key members of BAM's legal team to attend the conference on October 12, 2023. Counsel for BAM would be available to attend the conference on the next day, October 13, 2023.

3. In accordance with LCvR 16.1(b), counsel for BAM promptly notified counsel for the Securities and Exchange Commission ("SEC") as soon as it became aware of the scheduling

conflict, and notified counsel for the SEC that it intended to file the instant Motion. The SEC does not object to the requested adjournment of the conference to October 13, 2023.

4. The requested continuance is made in good faith, and will not cause any delay or prejudice. Furthermore, good cause exists for the requested continuance until October 13, 2023, because the continuance would resolve the scheduling conflicts described above.

Accordingly, for good cause shown, BAM respectfully requests that this Honorable Court grant this unopposed Motion, and continue the scheduling conference currently scheduled for October 12, 2023, to October 13, 2023.

Dated:  September 26, 2023

/s/ William R. McLucas
William R. McLucas (*pro hac vice*)
Matthew T. Martens (D.C. Bar #1019099)
Matthew Beville (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
William.McLucas@wilmerhale.com
Matthew.Beville@wilmerhale.com
Matthew.Martens@wilmerhale.com

Tiffany J. Smith (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tiffany.Smith@wilmerhale.com

*Attorneys for Defendants BAM Trading Services Inc. and BAM Management Holdings US Inc.*

Respectfully submitted,

/s/ George S. Canellos
George S. Canellos (*pro hac vice*)
Matthew J. Laroche (*pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY 10001
GCanellos@milbank.com
MLaroche@milbank.com

*Attorneys for Defendants BAM Trading Services Inc. and BAM Management Holdings US Inc.*