# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED,<br>BAM TRADING SERVICES INC.,<br>BAM MANAGEMENT US HOLDINGS INC.,<br>AND CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

## [PROPOSED] ORDER GRANTING MOTION FOR CONTINUANCE

Upon consideration of Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc.'s (together, "BAM") unopposed motion for a continuance, it is ORDERED that the motion is GRANTED.  The status conference, which is currently set for October 12, 2023, is continued until October 13, 2023 at ___:_____ __m.

.

Dated: _____

                                                            Zia M. Faruqui
                                                            UNITED STATES MAGISTRATE JUDGE