## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION**,**<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

### ORDER

The Court has considered the amended motion to seal filed by Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc. (together, "BAM"). This motion is supported by good cause.

It is hereby **ORDERED** that the motion is granted, and the following portions of documents shall be redacted in the public versions, and the unredacted versions of these documents shall be maintained under seal: (a) Exhibits 3, 4, 6, and 7 to the declaration of Matthew Beville dated September 12, 2023, filed in support of BAM's Opposition to the Securities and Exchange Commission's Motion to Compel and Reply in Further Support of Their Motion for a Protective Order (the "Initial Beville Declaration"), as highlighted in Exhibits A, B, C, and D, respectively, of the Declaration of Matthew Beville dated September 27, 2023, filed in Support of this Amended Motion to Seal (the "Beville Declaration"), and (b) Exhibits 7 (Dkt. 95-8) and 9 (Dkt. 95-10) to BAM's Motion for Protective Order on August 18, 2023, as highlighted in Exhibits E and F to the Beville Declaration.

Dated: September 28, 2023

Zia M. Faruqui
UNITED STATES MAGISTRATE JUDGE