AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-CV-01599 |
| Binance Holdings Limited, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae Investor Choice Advocates Network ("ICAN")   .

Date:   09/28/2023

/s/ John T. Farnum
*Attorney's signature*

John T. Farnum (DC Bar 983831)
*Printed name and bar number*
Miles & Stockbridge, PC
1201 Pennsylvania Ave., Suite 900
Washington, DC 20004

*Address*

jfarnum@milesstockbridge.com
*E-mail address*

(202) 465-8385
*Telephone number*

(202) 465-8385
*FAX number*