# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

   v.

BINANCE HOLDINGS LIMITED, BAM
TRADING SERVICES INC., BAM
MANAGEMENT US HOLDINGS INC., and
CHANGPENG ZHAO,

        Defendants.

No. 1:23-cv-01599-ABJ-ZMF

## LCvR 26.1 DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

I, the undersigned, counsel of record for Paradigm Operations LP ("Paradigm"), certify that to the best of my knowledge and belief, Paradigm does not have any parent companies, subsidiaries, affiliates, or companies which own at least 10% of its stock, which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

/s/ Andrew Kim
Andrew Kim (D.C. Bar No. 1029348)
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, D.C. 20036
(202) 346-4000
AndrewKim@goodwinlaw.com

*Counsel for Paradigm Operations LP*