UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., and CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

**[PROPOSED] ORDER**

Before the Court is Paradigm Operations LP's Motion for Leave to File Brief as *Amicus Curiae* In Support of Defendants' Motions to Dismiss. Having considered the Motion, and all papers filed in support thereof and in opposition, the Court GRANTS the Motion.

SO ORDERED.

_____
AMY BERMAN JACKSON
United States District Judge