AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

SECURITIES AND EXCHANGE COMMISSION )
*Plaintiff* )
v. ) Case No. 1:23-cv-01599-ABJ-ZMF
BINANCE HOLDINGS LIMITED et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae Paradigm Operations LP.

Date: 09/28/2023

/s/ Andrew Kim
*Attorney's signature*

Andrew Kim (D.C. Bar # 1029348)
*Printed name and bar number*

Goodwin Procter LLP
1900 N Street, N.W.
Washington, D.C. 20036
*Address*

andrewkim@goodwinlaw.com
*E-mail address*

(202) 346-4000
*Telephone number*

(202) 346-4444
*FAX number*