# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff,*<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., and CHANGPENG ZHAO,<br><br>*Defendants.* | Case No. 1:23-CV-01599 |

## MOTION FOR ATTORNEY DAVID E. KIRK TO APPEAR *PRO HAC VICE*

Pursuant to Rule 83.2(c) of the Local Rules of this Court, John T. Farnum, a member of the bar of this Court, respectfully requests that the Court admit David E. Kirk, attorney at law at the law firm Kirk & Ingram LLP, for the limited purpose of appearing and participating in the above-captioned case as counsel to Investor Choice Advocates Network, for which counsel will be filing a motion for leave to submit a brief of *amicus curaie* on or about September 28, 2023.

Mr. Kirk is a member in good standing of the bars of the state of New York, the United States Court of Appeals for the Second Circuit, and the United States District Court for the Southern District of New York. Mr. Kirk's declaration and certificate of good standing pursuant to LCvR 83.2(c) is attached hereto.

Dated: September 28, 2023

                                                Respectfully submitted,

                                                **Miles & Stockbridge P.C.**

                                                */s/ John T. Farnum*
                                                John T. Farnum (DC Bar 983831)
                                                1201 Pennsylvania Avenue NW
                                                Suite 900
                                                Washington, DC 20004
                                                (202) 465-8385
                                                jfarnum@milesstockbridge.com

                                                *Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

*/s/ John T. Farnum*
John T. Farnum