IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., and CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599-ABJ |

## MOTION FOR ADMISSION PRO HAC VICE OF RODRIGO SEIRA

*Amicus Curiae*, Paradigm Operations LP, by and through its counsel Andrew Kim, Bar No. 1029348, an active member of the United States District Court for the District of Columbia, hereby moves pursuant to Local Rule 83.2(d) for the *pro hac vice* admission of Rodrigo Seira in the above-captioned case.  Rodrigo Seira is a member in good standing of the New York State Bar (Registration Number 5539846) and the Washington State bar (License Number 56563).  Mr. Seira has not been disciplined by any bars, and he has not been admitted *pro hac vic*e in this Court within the last two years.  He is employed as Special Counsel with Paradigm Operations LP, located at 548 Market Street, San Francisco, California  94104.  In support of this motion, Rodrigo Seira's declaration is filed herewith.

<div style="display:flex; justify-content:space-between;">
<div>Dated: September 28, 2023</div>
<div>Respectfully submitted,</div>
</div>

/s/ Andrew Kim
Andrew Kim (D.C. Bar No. 1029348)
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, D.C. 20036
(202) 346-4000
AndrewKim@goodwinlaw.com