IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>    v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., and CHANGPENG ZHAO,<br><br>      Defendants. | No. 1:23-cv-01599-ABJ |

**DECLARATION OF RODRIGO SEIRA
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Rodrigo Seira, hereby declare and state as follows:

1. I submit this declaration in support of the motion of Andrew Kim for my admission to practice pro hac vice in the above captioned matter.

2. My full name is Rodrigo Seira Silva-Herzog. I serve as Special Counsel with Paradigm Operations LP, 548 Market Street, San Francisco, California 94104. My telephone number is (415) 986-9283.

3. I am a member in good standing of the New York State bar (Registration Number 5539846) and the Washington State bar (License Number 56563). I have never been disciplined by any bar and there are no pending disciplinary proceedings against me in any bar. I am not currently disbarred in any court, and I have not been denied admission to the courts of any state or any court of the United States.

4. I have been admitted pro hac vice in this Court zero times within the last two years.

5. I do not engage in the practice of law from any office located in the District of Columbia. I am not a member of the District of Columbia bar and I do not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of September, 2023 in San Francisco, California.

*Rodrigo Seira*
Rodrigo Seira