IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., and CHANGPENG ZHAO,<br><br>        Defendants. | Civil Action No. 1:23-cv-01599-ABJ |

**[PROPOSED] ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF RODRIGO SEIRA AS ADDITIONAL COUNSEL**

Upon consideration of *Amicus Curiae* Paradigm Operations LP ("Paradigm") and sponsor Andrew Kim's motion to admit Rodrigo Seira pro hac vice in this action, it is hereby

**ORDERED** that Paradigm's motion is GRANTED; and it is further

**ORDERED** that Rodrigo Seira may enter an appearance *pro hac vice* in this action for the purpose of representing *Amicus Curiae* Paradigm Operations LP.

Dated:                                                                                                 _____
                                                                                                The Honorable Amy Berman Jackson
                                                                                                 United States District Judge