# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION

    *Plaintiff,*

        v.

BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., and CHANGPENG ZHAO,

    *Defendants.*

Case No. 1:23-CV-01599

## MOTION FOR ATTORNEY CHRIS DAVIS TO APPEAR *PRO HAC VICE*

Pursuant to Rule 83.2(c) of the Local Rules of this Court, John T. Farnum, a member of the bar of this Court, respectfully requests that the Court admit Chris Davis, attorney at law at the law firm Gray Reed & McGraw LLP, for the limited purpose of appearing and participating in the above-captioned case as counsel to Investor Choice Advocates Network, for which counsel will be filing a motion for leave to submit a brief of *amicus curaie* on or about September 28, 2023.

Mr. Davis is a member in good standing of the bar of the state of Texas. Mr. Davis's declaration and certificate of good standing pursuant to LCvR 83.2(c) is attached hereto.

Dated: September 28, 2023

                                                  Respectfully submitted,

                                                  **Miles & Stockbridge P.C.**

                                                  */s/ John T. Farnum*
                                                  John T. Farnum (DC Bar 983831)
                                                  1201 Pennsylvania Avenue NW
                                                  Suite 900
                                                  Washington, DC 20004
                                                  (202) 465-8385
                                                  jfarnum@milesstockbridge.com

                                                  *Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

*/s/ John T. Farnum*
John T. Farnum
