IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>*Plaintiff,*<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., and CHANGPENG ZHAO,<br><br>*Defendants.* | Case No. 1:23-CV-01599 |

### DECLARATION OF CHRIS DAVIS

1. My name is Chris Davis. I am a Partner with the law firm of Gray Reed. I am one of the attorneys representing *Amicus Curiae* Investor Choice Advocates Network. I make this declaration in support of the Motion Pursuant to Rule 83.2(c) of the Local Rules of this Court for Chris Davis to Appear *Pro Hac Vice*. I have personal knowledge of each statement set forth herein, and each such statement is true and correct. I am over the age of twenty-one years, and I am fully competent to make this declaration.

2. My full name is Christopher Allen Davis. My office address is 1601 Elm Street, Suite 4600, Dallas, Texas 75201. My office telephone number is (469) 320-6215.

3. I am a member of the Bar of the State of Texas and in good standing. Additionally, I am admitted to the United States District Courts for the Northern, Eastern, Western and Southern Districts of Texas.

4. I hereby certify that I have not been disciplined by any bar in which I have been admitted.

5. I have not been admitted *pro hac vice* in this Court in the last two years.

6. I do not engage in the practice of law from any office located in the District of Columbia.

7. My Declaration is accompanied by a certificate of good standing from the State Bar of Texas, where I regularly practice.

8. Concurrent with the filing of the Motion and this Declaration, I am tendering payment of $100 to the be deposited in the fund described in LCvR 83.2(c).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on Se

_____
CHRIS DAVIS