# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>*Plaintiff,*<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., and CHANGPENG ZHAO,<br><br>*Defendants.* | Case No. 1:23-CV-01599 |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY CHRIS DAVIS

This Court has reviewed the Motion for Admission of Attorney Chris Davis. Upon consideration of that motion, the Court grants attorney Chris Davis *pro hac vice* admission to this Court.

It is so ORDERED on this ___ day of_____ , 2023.

_____
The Honorable Amy Berman Jackson
United States District Judge