# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>BINANCE HOLDINGS LIMITED, et al., )<br>)<br>*Defendants*. ) | CIVIL ACTION NO. 1:23-cv-01599 |

## [PROPOSED] ORDER

Upon consideration of the Motion of Circle Internet Financial, LLC for Leave to File an *Amicus Curiae* Brief in Support of Neither Party on Defendants' Motions to Dismiss, and there appearing good cause to grant such leave,

IT IS HEREBY ORDERED that:

1. The motion is GRANTED; and

2. The *Amicus Curiae* Brief submitted by Circle is deemed submitted and shall be considered part of the record in this matter.

_____
The Honorable Amy Berman Jackson
United States District Court

Dated: _____, 2023