**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>*Plaintiff,*<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., and CHANGPENG ZHAO,<br><br>*Defendants.* | Case No. 1:23-CV-01599 |

**MOTION FOR ATTORNEY MICHAEL W. INGRAM TO APPEAR *PRO HAC VICE***

Pursuant to Rule 83.2(c) of the Local Rules of this Court, John T. Farnum, a member of the bar of this Court, respectfully requests that the Court admit Michael W. Ingram, attorney at law at the law firm Kirk & Ingram LLP, for the limited purpose of appearing and participating in the above-captioned case as counsel to Investor Choice Advocates Network, for which counsel will be filing a motion for leave to submit a brief of *amicus curaie* on or about September 28, 2023.

Mr. Ingram is a member in good standing of the bar of the state of California. Mr. Ingram's declaration and certificate of good standing pursuant to LCvR 83.2(c) is attached hereto.

Dated: September 28, 2023

                                                                Respectfully submitted,

**Miles & Stockbridge P.C.**

*/s/ John T. Farnum*
John T. Farnum (DC Bar 983831)
1201 Pennsylvania Avenue NW
Suite 900
Washington, DC 20004
(202) 465-8385
jfarnum@milesstockbridge.com

*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

*/s/ John T. Farnum*
John T. Farnum
