# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>*Plaintiff,*<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., and CHANGPENG ZHAO,<br><br>*Defendants.* | Case No. 1:23-CV-01599 |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY MICHAEL W. INGRAM

This Court has reviewed the Motion for Admission of Attorney Michael W. Ingram.

Upon consideration of that motion, the Court grants attorney Michael W. Ingram *pro hac vice* admission to this Court.

It is so ORDERED on this ___ day of_____ , 2023.

_____
The Honorable Amy Berman Jackson
United States District Judge