# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>　　　　Defendants. | Civil Action No. 1:23-cv-01599 |

## [PROPOSED] ORDER GRANTING INVESTOR CHOICE ADVOCATES NETWORK'S MOTION FOR LEAVE TO APPEAR AS *AMICUS CURIAE* AND FILE *AMICUS CURIAE* BRIEF

　　Before this Court is Investor Choice Advocates Network's motion for leave to appear as *amicus curiae* and to file an *amicus curiae* brief in support of Defendants in the above-captioned action. The motion is granted. Investor Choice Advocates Network may appear in this action as *amicus curiae*, and the *amicus curiae* brief that accompanied the motion shall be filed by the clerk of court.

　　IT IS SO ORDERED in Chambers on _____, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Amy Berman Jackson
　　　　　　　　　　　　　　　　　　　　　　　　　　　　US District Court Judge