# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>BINANCE HOLDINGS LIMITED, et al., )<br>)<br>*Defendants*. ) | CIVIL ACTION NO. 1:23-cv-01599 |

## MOTION FOR *PRO HAC VICE* ADMISSION OF JEREMY GRAY

Under this Court's Local Civil Rule 83.2(d), I, Jacob ("Yaakov") M. Roth, counsel for *Amicus Curiae* Circle Internet Financial, LLC, respectfully move that the Court permit Jeremy Gray to appear *pro hac vice* as counsel for *Amicus Curiae* Circle Internet Financial, LLC. Jeremy Gray's declaration and a proposed order are attached to this motion.

Dated:   September 29, 2023

Respectfully submitted,

/s/ Jacob ("Yaakov") M. Roth
Jacob ("Yaakov") M. Roth (Bar No. 995090)
yroth@jonesday.com
JONES DAY
51 Louisiana Ave. NW
Washington, DC  20001
Office (202) 879-3939
Fax (202) 626-1700

*Counsel for Amicus Curiae*