IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| *Plaintiff*, | )<br>) CIVIL ACTION NO. 1:23-cv-01599 |
| v. | )<br>) |
| BINANCE HOLDINGS LIMITED, et al., | )<br>) |
| *Defendants*. | ) |

## DECLARATION OF JEREMY GRAY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Jeremy Gray, hereby declare and state as follows:

1. My name, office address, and telephone number are:

    Jeremy Gray
    Circle Internet Financial, LLC
    99 High Street, Suite 1701
    Boston, MA 02110
    (617) 326-8326
    jeremy.gray@circle.com

2. I am a member in good standing and admitted to the following courts and bars:

    Illinois Bar (Bar No. 6289614) (Admitted 2006)

    U.S. Court of Appeals, 7th Circuit

    U.S. District Court for the Northern District of Illinois

3. I have never been disciplined by any bar and there are no pending disciplinary proceedings against me in any bar. I am not currently disbarred in any court, and I have not been denied admission to the courts of any state or any court of the United States.

4. I have not been admitted *pro hac vice* in this Court in the last two years.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Boston, MA this 28th day of September, 2023.

_____ /s/ Jeremy Gray
Jeremy Gray