# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| *Plaintiff*, | ) ) ) CIVIL ACTION NO. 1:23-cv-01599 |
| v. | ) ) |
| BINANCE HOLDINGS LIMITED, et al., | ) ) |
| *Defendants*. | ) |

## [PROPOSED] ORDER

This Court has reviewed the Motion for *Pro Hac* Vice Admission of Jeremy Gray. Upon consideration of that motion, the Court grants attorney Jeremy Gray pro hac vice admission to this Court.

It is so ORDERED on this ___ day of _____, 2023.

_____
The Hon. Amy Berman Jackson
United States District Judge