# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  *Plaintiff*,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, et al.,<br><br>  *Defendants*. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 1:23-cv-01599<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR *PRO HAC VICE* ADMISSION OF MARK W. RASMUSSEN

Under this Court's Local Civil Rule 83.2(d), I, Jacob ("Yaakov") M. Roth, counsel for *Amicus Curiae* Circle Internet Financial, LLC, respectfully move that the Court permit Mark W. Rasmussen to appear *pro hac vice* as counsel for *Amicus Curiae* Circle Internet Financial, LLC. Mark Rasmussen's declaration and a proposed order are attached to this motion.

Dated: September 29, 2023    Respectfully submitted,

                    /s/ Jacob ("Yaakov") M. Roth
                    Jacob ("Yaakov") M. Roth (Bar No. 995090)
                    yroth@jonesday.com
                    JONES DAY
                    51 Louisiana Ave. NW
                    Washington, DC  20001
                    Office (202) 879-3939
                    Fax (202) 626-1700

                    *Counsel for Amicus Curiae*