## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| *Plaintiff*, | ) ) ) CIVIL ACTION NO. 1:23-cv-01599 |
| v. | ) ) |
| BINANCE HOLDINGS LIMITED, et al., | ) ) |
| *Defendants*. | ) |

### DECLARATION OF MARK W. RASMUSSEN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Mark W. Rasmussen, hereby declare and state as follows:

1. My name, office address, and telephone number are:

   Mark W. Rasmussen
   JONES DAY
   2727 North Harwood Street
   Dallas, TX 75201
   (214) 969-4892
   mrasmussen@jonesday.com

2. I am a member in good standing and admitted to the following courts and bars:

   Texas (Bar No. 24086291) (Admitted 2013)

   New York (Bar No. 4385902) (Admitted 2006)

   U.S. Court of Appeals, 3rd Circuit

   U.S. Court of Appeals, 5th Circuit

   U.S. District Court for the Eastern District of New York

   U.S. District Court for the Southern District of New York

   U.S. District Court for the Eastern District of Texas

   U.S. District Court for the Northern District of Texas

   U.S. District Court for the Southern District of Texas

   U.S. District Court for the Western District of Texas

3. I have never been disciplined by any bar and there are no pending disciplinary proceedings against me in any bar. I am not currently disbarred in any court, and I have not been denied admission to the courts of any state or any court of the United States.

4. I have not been admitted pro hac vice in this Court in the last two years.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas, TX this 28th day of September, 2023.

_____
Mark W. Rasmussen