# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, et al.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 1:23-cv-01599<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR *PRO HAC VICE* ADMISSION OF HEATH P. TARBERT

Under this Court's Local Civil Rule 83.2(d), I, Jacob ("Yaakov") M. Roth, counsel for *Amicus Curiae* Circle Internet Financial, LLC, respectfully move that the Court permit Heath P. Tarbert to appear *pro hac vice* as counsel for *Amicus Curiae* Circle Internet Financial, LLC. Heath P. Tarbert's declaration and a proposed order are attached to this motion.

Dated: September 29, 2023

Respectfully submitted,

/s/ Jacob ("Yaakov") M. Roth
Jacob ("Yaakov") M. Roth (Bar No. 995090)
yroth@jonesday.com
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001
Office (202) 879-3939
Fax (202) 626-1700

*Counsel for Amicus Curiae*