### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>BINANCE HOLDINGS LIMITED, et al., )<br>)<br>*Defendants*. ) | CIVIL ACTION NO. 1:23-cv-01599 |

### DECLARATION OF HEATH P. TARBERT IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

I, Heath P. Tarbert, hereby declare and state as follows:

1. My name, office address, and telephone number are:

   Heath P. Tarbert
   Circle Internet Financial, LLC
   99 High Street, Suite 1701
   Boston, MA 02110
   (617) 326-8326
   heath.tarbert@circle.com

2. I am a member in good standing and admitted to the following courts and bars:

   Illinois (Bar No. 6343714) (Admitted 2023)

   District of Columbia (Bar No. 468065)

   New York (Bar No. 4149118)

3. I have never been disciplined by any bar and there are no pending disciplinary proceedings against me in any bar. I am not currently disbarred in any court, and I have not been denied admission to the courts of any state or any court of the United States.

4. I have not been admitted pro hac vice in this Court in the last two years.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, NY this 28th day of September, 2023.

_____
Heath P. Tarbert