# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| *Plaintiff*, | ) ) ) CIVIL ACTION NO. 1:23-cv-01599 |
| v. | ) ) |
| BINANCE HOLDINGS LIMITED, et al., | ) ) |
| *Defendants*. | ) |

## [PROPOSED] ORDER

This Court has reviewed the Motion for *Pro Hac* Vice Admission of Heath P. Tarbert. Upon consideration of that motion, the Court grants attorney Heath P. Tarbert pro hac vice admission to this Court.

It is so ORDERED on this ___ day of _____, 2023.

_____
The Hon. Amy Berman Jackson
United States District Judge