# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| *Plaintiff*, | ) ) ) CIVIL ACTION NO. 1:23-cv-01599 |
| v. | ) ) |
| BINANCE HOLDINGS LIMITED, et al., | ) ) |
| *Defendants*. | ) ) |

## DECLARATION OF ERIC TUNG IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Eric Tung, hereby declare and state as follows:

1. My name, office address, and telephone number are:

   Eric Tung
   JONES DAY
   555 South Flower Street, 50th Floor
   Los Angeles, CA 90071
   (213) 243-2151
   etung@jonesday.com

2. I am a member in good standing and admitted to the following courts and bars:

   California (Bar No. 275063) (Admitted 2011)

   U.S. Court of Appeals, 5th Circuit

   U.S. Court of Appeals, 6th Circuit

   U.S. Court of Appeals, 7th Circuit

   U.S. Court of Appeals, 9th Circuit

   U.S. Court of Appeals, 10th Circuit

   U.S. Court of Appeals, District of Columbia

   U.S. District Court for the Central District of California

      U.S. District Court for the Northern District of California

      U.S. District Court for the Southern District of California

3. I have never been disciplined by any bar and there are no pending disciplinary proceedings against me in any bar. I am not currently disbarred in any court, and I have not been denied admission to the courts of any state or any court of the United States.

4. I have not been admitted pro hac vice in this Court in the last two years.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Los Angeles, CA this 28th day of September, 2023.

                                                                    Eric Tung