# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> *Plaintiff*, <br><br> v. <br><br> BINANCE HOLDINGS LIMITED, et al., <br><br> *Defendants*. | ) ) ) ) ) ) CIVIL ACTION NO. 1:23-cv-01599 ) ) ) ) ) ) |

## [PROPOSED] ORDER

This Court has reviewed the Motion for *Pro Hac* Vice Admission of Eric Tung. Upon consideration of that motion, the Court grants attorney Eric Tung pro hac vice admission to this Court.

It is so ORDERED on this ___ day of _____, 2023.

_____
The Hon. Amy Berman Jackson
United States District Judge