# Declaration of Matthew Beville Ex. C

# EXHIBIT 6

## CONFIRMATION OF CHANGPENG ZHAO

I, Changpeng Zhao, confirm that:

1.  I have read the Confirmation of Erik Kellogg and the Confirmation of Rohit V. Wad. To the best of my knowledge and belief, the Confirmation of Eric Kellogg and the Confirmation of Rohit V. Wad are accurate.

2.  To the best of my knowledge and belief, since at least June 17, 2023, except as otherwise specified in the Consent Order and subject to the provisions of the Consent Order, BAM Trading and BAM Management have maintained sole possession, custody, and control of all Customer Assets in the United States and can transfer them solely for purposes set forth in the Consent Order.

3.  To the best of my knowledge and belief, since at least June 17, 2023, except as otherwise specified in the Consent Order and subject to the provisions of the Consent Order, all transfers and withdrawals of Customer Assets have been solely under the direction and control of BAM Trading and BAM Management, through officers and employees located in the United States, or a nonaffiliated third-party custodian located in the United States.

Date: 30 June 2023

Changpeng Zhao

1