# Declaration of Matthew Beville Ex. D

# EXHIBIT 7

1          UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLUMBIA

3

4  SECURITIES AND EXCHANGE          )
   COMMISSION,                      )
5                                   )
              Plaintiff,            )
6                                   )
        v.                          )
7                                   ) Case No.
   BINANCE HOLDINGS LIMITED, BAM )   1:23-cv-01599-ABJ
8  TRADING SERVICES INC., BAM       )
   MANAGEMENT US HOLDINGS, INC., )
9  AND CHANGPENG ZHAO,              )
                                    )
10            Defendants.           )
   _____)

11

12

13

14        VIDEOTAPED DEPOSITION OF ERIK KELLOGG

15            THURSDAY, AUGUST 24, 2023

16                 9:50 A.M.

17              Washington, DC

18

19

20

21

22

23

   REPORTED BY:
24 SHERRY L. BROOKS,
   CERTIFIED LIVENOTE REPORTER
25 JOB NO. 230824SLB

                                              1

11:25  1      A.    No.

11:25  2      Q.    What due diligence -- you mentioned the

3  diligence you did on them.

11:25  4            What diligence did you do?

11:25  5      A.    So that would have been -- that would have

6  been the asking to see third-party -- any -- whatever

7  third-party reports they are willing to provide us,

8  which is when they provided the ISO and SOC 2 report.

11:25  9            On top of that, we asked them to fill out

10  our own security due diligence questionnaire and then

11  a little bit later on we created a custody

12  solution-specific security questionnaire, which was

13  given and asked to be filled out for any current and

14  future custody solution providers.

11:26  15     Q.    And it's your understanding that the SOC 2

16  report that you received covered the solution that

17  Binance provided to Binance.US -- that Binance

18  Holdings provided to Binance.US?

11:26  19     A.    Yes.  That's my understanding.

11:26  20     Q.    And what was the date of that SOC 2

21  report?

11:26  22     A.    I don't recall.  It was -- it was -- I

23  don't recall.

11:26  24     Q.    What else did you do when you first

25  started to get an understanding and comfort about the

                                                            77

1  second.

11:29  2          THE VIDEOGRAPHER:  The time is 11:28 a.m.

3  We are now off the record.

11:29  4          (Discussion held off the record.)

11:30  5          THE VIDEOGRAPHER:  The time is 11:30 a.m.

6  We are now on the record.

11:30  7          MS. FARER:  Mr. Beville is going to ask a

8  clarifying question so that we're all on the same

9  page as to the testimony that you just provided.

11:30 10          MR. BEVILLE:  So, Erik, were you

11  describing a network tab?

11:30 12          THE WITNESS:  Yes.

11:30 13          MR. BEVILLE:  So were you describing

14  testing of the messages communicated across the

15  cables connecting the machines in your AWS

16  environment with the machines in the BHL AWS

17  environment?

11:30 18          THE WITNESS:  Yes.

11:30 19          MR. BEVILLE:  And so when you were

20  referring to auditing those messages, you were

21  capturing the actual electronic zeros and 1s moving

22  between the machines, decoding them, and confirming

23  they were as expected?

11:30 24          THE WITNESS:  Correct.

11:30 25          MS. FARER:  Thank you.

80

```
          and his team decide what products or services we

          built for customers.

11:37  3       Q.    ██████████████████████████

          █████████████████████ is the only person that can

      5   give you information about the changes in the key

      6   shard protocol for Binance's cold wallets?

11:37  7       A.    Yeah, at that time.

11:37  8       Q.    Why was he the only person that had that

      9   information?

11:37 10       A.    I don't know.

11:37 11       Q.    As the chief information security officer,

     12   by that point you've been there almost -- you know,

     13   at least six months.  How did you get comfortable in

     14   your role that all of the assets and keys were secure

     15   with so little insight about what was happening?

11:37 16       A.    I had no reason to believe otherwise at

     17   that time.  And we have done -- we did do -- my team

     18   did do some initial risk assessment on PNK being the

     19   controlling factor, you know, the number of shards

     20   needed to whitelist any wallet addresses to move

     21   assets off of our platform.

11:38 22       Q.    What did you do to test that?

11:38 23       A.    I asked the clearing team to do a test for

     24   me for the whitelisting just to see what that looked

     25   like.  We did security testing for access controls
```

86

1   around PNK itself.

11:38  2        Q.    And when you said you asked the team to do

3   a test for whitelisting -- correct me if I'm wrong,

4   but -- are you asking -- are you saying to transfer

5   to a whitelisted wallet or are you saying to

6   establish a whitelisted wallet?

11:38  7        A.    No, just to establish a new whitelisted

8   address.

11:38  9        Q.    Isn't it the case that to establish a

10  whitelisted address you need a full quorum of the key

11  shards, meaning all of the keys need to vote to

12  agree?

11:39 13        A.    Correct.

11:39 14        Q.    So how is it that you are asking your team

15  to implement this test if some of the key shards are

16  held by Binance.com?

11:39 17        A.    So I asked the clearing team to do this,

18  to test -- to make sure that if a whitelisted request

19  came through that all three of our shards were

20  activated or basically asked to approve of it because

21  our three shards were still part of that quorum at

22  the time.

11:39 23        Q.    Did you have any insight as to how the

24  other shards were being exercised?

11:39 25        A.    No.

87

11:39  1       Q.    So how were you able to get comfort with

2    that test if you didn't know what the other shards

3    were doing?

11:39  4       A.    This goes back to -- from the way this is

5    done the cold wallets can't transfer to any wallet

6    unless it is been whitelisted or it is whitelisted,

7    And so it was my understanding that the current

8    whitelisted addresses were all Bam wallets.

11:40  9       Q.    How did you develop that understanding?

11:40  10      A.    So I asked our data team to pull a report

11   of all of our existing cold wallets and their

12   existing whitelisted addresses and then a step

13   further to ask for report of all on-chain

14   transactions out of our cold wallets to ensure that

15   they were only going to the whitelisted addresses.

11:40  16            So if we saw any transactions going from a

17   cold wallet to a non-whitelisted address, it would

18   have raised a flag for us in that report.

11:40  19      Q.    Could there have been an instance when

20   there could have been a cold wallet transfer within

21   the exchange that wouldn't have been documented

22   on-chain?

11:41  23      A.    Not that I'm -- no.

11:41  24      Q.    Okay.

11:41  25      A.    All cold wallet transfers are on-chain.

88

         1  that the transfers from cold wallets can only go to

         2  whitelisted wallets?

11:42    3       A.    So those controls sit in the back of the

         4  BHL, which is why we did the -- the few times we ran

         5  that report to see what transactions, if any, were

         6  going to non-whitelisted wallets.

11:42    7       Q.    Okay.  So you -- sitting here today, do

         8  you know whether there are controls in place that

         9  require -- that transfer some cold wallets that can

        10  only go to whitelisted wallets?

11:42   11            MR. CANELLOS:  Today now we're talking?

11:42   12            MS. FARER:  Or at any point in time.

11:42   13            BY MS. FARER:

11:42   14       Q.    It's our understanding -- correct me if

        15  I'm wrong -- that has not changed?

11:42   16       A.    Right.  I have not seen any documentation

        17  aside from what was covered in the SOC 2 or ISO.

11:43   18            MR. BEVILLE:  And are you asking about

        19  documentation or are you asking about controls

        20  including software controls?

11:43   21            MS. FARER:  I'm asking essentially two

        22  parts.

11:43   23            BY MS. FARER:

11:43   24       Q.    Are there controls to ensure that that --

        25  that it is the case that the cold wallet transfers

                                                            90

          1   can only go to whitelisted wallets?  Are there
          2   controls in place for that?
11:43     3        A.    It's my understanding there are.
11:43     4        Q.    And what is the basis for that
          5   understanding?
11:43     6        A.    The conversations I've had with BHL and
          7   the third-party assessments I've seen.
11:43     8        Q.    And then to the second part, is there
          9   documentation of that control?
11:43    10        A.    Well, I don't know if it speaks
         11   specifically to the whitelisting.  That custody
         12   questionnaire we've provided to them, they have the
         13   ability to answer about controls.  It may have been
         14   in there, but that would be the extent of any
         15   documentation we have.
11:43    16        Q.    Okay.  So aside from information provided
         17   in a questionnaire potentially and speaking to
         18   someone, you have no confirmation that there is this
         19   control in place?
11:44    20        A.    Correct.
11:44    21             MR. CANELLOS:  Jennifer, forgive me for
         22   interrupting.  Just one quick -- one thing.
11:44    23             Maybe you could ask a little bit more
         24   about whitelisting because -- so, as I understand it,
         25   whitelisted -- what whitelisting means Bam has to

                                                              91

```
 1  understand it.  So I just want to -- I want to get a
 2  better understanding.
13:11  3          So the root account is like the holder of
 4  this environment.  So they have like overarching
 5  rights.  So how is it the case that if there's a
 6  server or software or something hosted or housed in
 7  this environment that they wouldn't have rights or
 8  access to it?
13:11  9     A.   So I'll give you two examples.  We'll do
10  the server example first.  So if -- if I built a
11  server within AWS on their -- ███████ is the name
12  of it, to give you an example.  That server is being
13  built by a local administrative account within the
14  server itself, and that is where the authentication
15  for access to that server lives.  It doesn't live in
16  the bigger AWS environment.  It's local to that --
17  that server.
13:12 18     Q.   But for that administrative account, that
19  was granted by the root account, though, right?
13:12 20     A.   Correct.
13:12 21     Q.   Okay.  So the root account still has
22  control over that administrative account?
13:12 23     A.   Right.  So that root account could delete
24  that administrator account, if you will, or change
25  its password or, you know, disable it.
```

127

13:12 1     Q.    Or change its administrative rights?

13:12 2     A.    It could change the administrative rights,

3  but that still wouldn't change the local

4  authentication within the server itself.

13:13 5      So the most that you would be able to do

6  -- the most that the root account could do is -- to

7  that server would be to stop the server or delete it

8  altogether, delete the administrative role or user

9  that created the server itself, or just basically

10  disable the server for some time or move it -- you

11  know, make some external configurations.

13:13 12      But whatever is inside that server,

13  whatever data is inside that is going to be limited

14  to any user accounts set up within the server itself.

15  So it's own -- it's its own environment inside the

16  server.

13:13 17      Now, you could configure -- right, if the

18  administrator went as far as to configure the system

19  to allow authentication from AWS, but that's not

20  really common practice.

13:13 21     Q.    Just explain what you mean by that last

22  part, that it -- an administrator could allow

23  authentication by AWS.

13:14 24     A.    So you could say -- you could tell a

25  server -- and it would depend on the type of server

128

1   on the operating system.  You could say don't use my

2   local authentication for the system, but use an

3   external authentication like database, which users

4   and permissions are allowed.

13:14  5           You could set that up to another system or

6   service within AWS.  But, again, that still doesn't

7   inherently give root any access to what's inside

8   those systems or servers.

13:14  9       Q.    So if it was set up to authenticate to

10  AWS, though, wouldn't the root have some kind of --

13:14 11       A.    That would -- someone would have to go

12  through and actually configure that, though.

13:14 13       Q.    Okay.  What is the configuration for the

14  .US AWS?

13:14 15       A.    Our configuration is that the root account

16  was only set up to create the first couple of

17  administrative accounts within AWS and set, you know,

18  just kind of a global security policy requiring a

19  ███████████████████

13:15 20           (Whereupon, Madam Reporter asked for

21  clarification from the witness.)

13:15 22       A.    ███████████████████████████████

13:15 23           BY MS. FARER:

13:15 24       Q.    And what's that?

13:15 25       A.    ██████████████████████████████████████████

129

14:05  1      Q.    -- for the license software for the

       2  wallets.  How is it the case that Block Technologies

       3  is providing the wallet software?

14:05  4      A.    I wouldn't say that they are.

14:05  5      Q.    So who do you think is providing the

       6  wallet software?

14:05  7      A.    Binance Holdings Limited, BHL.

14:05  8      Q.    Have you heard of an entity called CEFFU?

14:05  9      A.    Yes.

14:05 10      Q.    How does CEFFU relate to the wallet

      11  software?

14:06 12      A.    So I was under the impression -- and

      13  through conversations with ███ and in no other way --

      14  you know, in one of our conversations it came up that

      15  they were going to -- when I say they, BHL was going

      16  to sell their wallet services to the more general

      17  public.

14:06 18      Q.    Okay.  When did this conversation occur?

14:06 19      A.    Probably right near the start of this year

      20  of 2023.  Maybe the end of 2022.

14:06 21      Q.    Okay.

14:06 22      A.    And so --

14:06 23      Q.    And so wait.  So by that point in time

      24  it's your understanding that Binance Holdings was

      25  providing the wallet software?

                                                        171

14:06 1     A.   Yes, and it's my understanding now that

2     that has never changed.  It's always been BHL

3     providing our software.  What I have been confused

4     about through conversations is, what's it called?

5     Like what is the name of it?

14:06 6          And so that is where some of these -- the

7     name CEFFU came out, Block, and just general

8     misunderstandings of conversations about the name of

9     the service and just some loose plans that -- what

10    Binance was planning to do as far as sell their

11    wallet services to the more general public.

14:07 12         So that's where the CEFFU name started

13    coming up in our -- you know, in our reports and in

14    our internal communications as the way I was

15    referring to it, because for a time I -- I hadn't

16    misunderstood this.

14:07 17         But I understood that basically BHL was

18    becoming CEFFU and they were going to, you know,

19    start offering wallet services to -- to, again, the

20    world, you know, to offer this as -- and have a

21    customer base and all of that --

14:07 22         (Whereupon, Madam Reporter asked for

23    clarification from the witness.)

14:07 24    A.   To the world, just as an offering for

25    custody services or wallet services -- wallet

172

1   technology services.

14:07   2          BY MS. FARER:

14:07   3      Q.    Okay.  We're going to break this down.  So

4   in early 2023 you have this conversation with ▮ who

5   is the Binance ▮▮▮▮▮▮

14:08   6      A.    For the wallet services, right.  For BHL,

7   yes.

14:08   8      Q.    And at that point in time Binance Holdings

9   was providing the wallet software?

14:08  10      A.    Yes.  And to clarify, they've always

11   provided it.

14:08  12      Q.    Right.  I'm just trying to see how this

13   evolves.

14:08  14      A.    Yeah.

14:08  15      Q.    And this is the wallet software that we

16   were talking about previously that sits in this

17   Binance environment, ties to the TSS, that software?

14:08  18      A.    Correct.

14:08  19      Q.    And so ▮ tells you in 2023 what again?

14:08  20      A.    So he just mentioned, you know, we were

21   going to start selling wallet services as a service,

22   as a product.  And so I said great.  You know, so do

23   I -- you know, is it CEFFU?  You know, do I start

24   relating (sic) to our wallet services -- our wallet

25   solution as CEFFU?  And it was my understanding --

173

14:08  1         Q.     How did the name CEFFU come about?

14:08  2         A.     I don't know who -- I don't know who made

3    that name up.

14:09  4         Q.     No, but I mean in terms of like not how

5    they named it CEFFU, but like how does the

6    organization that is CEFFU come into the picture?

14:09  7         A.     So it was my understanding -- at that time

8    it was my understanding that BHL was going to spin

9    off a new business arm or branch based on their

10    wallet services technology and call it CEFFU.

14:09 11         Q.     Okay.  And so when we see references

12    throughout documents which we'll show you that say

13    CEFFU is the wallet -- the wallet software provider

14    for Binance.US, is that not accurate?

14:09 15         A.     It's not accurate.  It should say BHL.

14:09 16         Q.     And we just had a very extensive day

17    yesterday with an auditor where there was a

18    discussion about CEFFU being the wallet service

19    provider.

14:09 20         A.     Yeah, because that was around the time

21    that ███ and I had -- we had this conversation.  You

22    know, and I clarified.  I said, you know, as we talk

23    about this, you know -- because I was aware.

14:10 24                I mean, I -- you know, it's challenges of

25    information that I felt I needed, again, just as I

174

1   matured in the role and us as a company having audits

2   and being able to answer questions and having

3   third-party reports.

14:10   4        Just being able to reference the wallet

5   software, it made it sound like -- I got the

6   impression that we should be calling it CEFFU.  But,

7   you know, ████████████████   I -- you know, I don't

8   know where he got the indication or inclination, but

9   I took that as a lead to just start calling it CEFFU

10   from our perspective.

14:10   11        Q.    And you're saying that the offering that

12   was being discussed with ████, that was going to be

13   Binance taking its product commercial?

14:10   14        A.    Right.

14:10   15        Q.    That was going to be CEFFU?

14:10   16        A.    Right, but it was also, again, within my

17   understanding that we would -- like our solution

18   would have also -- would have been under that CEFFU

19   business arm.

14:11   20        Q.    Such that this new entity, CEFFU --

14:11   21             MR. CANELLOS:  Well, it could be a branch,

22   you said, right?

14:11   23        A.    Branch, yeah.  I mean, there was no --

24   there was very -- almost -- there was very little

25   discussion as to the business or the reasoning behind

175

```
 1   any of this.  It was more of like as we referred to
 2   our custody software what -- you know, what's the
 3   name of it?
 4           BY MS. FARER:
 5       Q.   Okay.  But I mean, new entity in the sense
 6   of this is not Binance Holdings?
 7       A.   No.  It was my understanding it was still
 8   going to be a Binance entity -- sorry.
 9       Q.   Right.
10           (Simultaneously speaking addressed by
11   Madam Reporter.
12           BY MS. FARER:
13       Q.   So let me ask:  So Binance Holdings is a
14   company, and so I'm saying a separate entity in that
15   CEFFU is a separate company from Binance Holdings.
16           MR. CANELLOS:  Are you asking that?
17           MS. FARER:  Yes.  That's my question.
18           MR. CANELLOS:  Is CEFFU a separate company
19   from Binance Holdings?
20       A.   I don't know.
21           BY MS. FARER:
22       Q.   What is your understanding of what CEFFU
23   is?
24       A.   Right now, I don't know what it is
25   anymore.  It was my -- at that time it was my
```

14:11   4
14:11   5
14:11   7
14:11   9
14:11  10
14:11  12
14:11  13
14:11  16
14:11  17
14:11  18
14:12  20
14:12  21
14:12  22
14:12  24

176

1    understanding that it may become a branch of BHL

2    where they commercially sell their services, was my

3    understanding at that time.  Now I'm not sure what

4    CEFFU is.

14:12   5        Q.    And at that time what time were you

6    referring to?

14:12   7        A.    So early 20 -- earlier this year.

14:12   8        Q.    And so why has your view changed that you

9    don't think you know what CEFFU is?

14:12   10       A.    Because I've since then directly asked █

11   are we -- do we have a relationship with CEFFU, and

12   he said no.

14:12   13       Q.    So all of the materials including that

14   which was provided to auditors referencing CEFFU

15   being the wallet software provider is -- they are

16   inaccurate?

14:12   17       A.    The name is inaccurate.

14:13   18             MR. CANELLOS:  Well, how is the name

19   inaccurate?

14:13   20       A.    Instead of CEFFU, it should say BHL.

21   Nothing is -- the fundamental technology, people,

22   processes, everything that makes up the BHL wallet

23   services that we use has never change.  Nothing has

24   ever changed on that.

14:13   25             It was simply referring to it -- when I

177

1  talked to it (sic) with auditors or external parties

2  or even internally with folks, what do we call this

3  besides wallet software?  And that's where, you know,

4  ███ was -- he said, well, we may be selling this

5  under -- we may be selling our wallet services under

6  the name CEFFU.

14:13  7          BY MS. FARER:

14:13  8      Q.   And so -- but at what point -- well,

9  scratch that.

14:13 10          Why did you then adopt that name in

11  describing Binance's -- Binance.US's wallet software?

14:13 12      A.   To me, it sounded like that's the way that

13  they were going to be branding their wallet software,

14  so I didn't see any reason why I don't start calling

15  it that.

14:14 16      Q.   So you understood it to be all one and the

17  same?

14:14 18      A.   Yes.

14:14 19      Q.   And are you now saying that that's not the

20  case?

14:14 21      A.   Yes -- well, no.  No.  I'm still saying I

22  believe -- I believe it's still all one and the same.

23  There was just a miscommunication about what they're

24  calling -- like that they're not -- CEFFU may very

25  well still go be a business line, for all I know.  I

178

```
        1   don't know.
14:14   2           (Whereupon, Madam Reporter asked for
        3   clarification from the witness.)
14:14   4       A.   Like a business branch.  BHL may start a
        5   new company.  I don't know.  What I know now is that
        6   we should have just always referenced it as the BHL
        7   software, custody software.
14:14   8           BY MS. FARER:
14:14   9       Q.   And how did you develop this understanding
       10   that you should have continued to just call it the
       11   Binance software?
14:14  12       A.   After our discussion with ███ after this
       13   came up recently.
14:14  14       Q.   So a subsequent conversation with ███
14:14  15       A.   Yes.
14:14  16       Q.   When was this?
14:15  17       A.   Two weeks ago.
14:15  18       Q.   Tell me about that conversation.
14:15  19       A.   I just -- I literally asked ███ and said
       20   do we have a relationship with CEFFU?  Who is our --
       21   who is our wallet security -- our wallet service
       22   provider?  He says no, it's not CEFFU.  And he said
       23   look at the name on the licensing agreement.
14:15  24       Q.   Have you informed your auditors that the
       25   wallet service provider -- wallet license -- or
```

179

```
        1   not ask questions while we're working through this.
14:19   2           MR. BEVILLE:  I think that we could
        3   clarify this very quickly with one or two questions.
14:19   4           MS. FARER:  Can we go off the record,
        5   please?
14:19   6           THE VIDEOGRAPHER:  The time is 2:19.  We
        7   are now off the record.
14:24   8           (A break was taken.)
14:40   9           THE VIDEOGRAPHER:  The time is 2:40 p.m.
       10   We are now on the record.
14:40  11           BY MS. FARER:
14:40  12       Q.   Okay.  Thank you for your patience and
       13   letting the lawyers do their thing.
14:40  14           Just so the record is clear because I know
       15   there was a little bit of back-and-forth.  And so
       16   your understanding is that the wallet custody
       17   solution that .Binance.US uses is that which is
       18   licensed by Binance.com; is that right?
14:41  19       A.   So Binance.US licenses BHL's software.
14:41  20       Q.   Okay.  Is that different than what I said?
14:41  21       A.   I thought you said -- it sounded like you
       22   said we use software that's licensed by .com.
14:41  23       Q.   Okay.  So -- thank you for clarifying if
       24   that's what I said.
14:41  25           So Binance.US licenses the software from
```

                                                    183

1  Binance.com, and it's your understanding that that

2  relationship has not changed?

14:41  3       A.    Correct.

14:41  4       Q.    Is there anything about the technology and

5  services relating to the wallet custody software

6  provided by .com that has changed during your tenure

7  at Binance.US?

14:42  8       A.    No.

14:42  9       Q.    I'm going to -- let's turn to some

10  documents.

14:42  11           MS. FARER:  I am going to show you what

12  was premarked yesterday as Exhibit 61.

14:42  13           BY MS. FARER:

14:43  14      Q.    Do you recognize this document?

14:43  15      A.    Yes.

14:43  16      Q.    Is this the declaration that you submitted

17  in support of the Bam entities opposition to the

18  SEC's motion for a temporary restraining order?

14:43  19      A.    Yes.

14:43  20      Q.    So I think what I want to do with this

21  document just to ground you is -- I think this will

22  help ground our conversation about some of the

23  software and wallets that we've been talking about

24  just so we can get to some of the details and with a

25  little bit more specificity --

184

1    programs -- those -- those -- those front ends and

2    controlling basically the keys to the keys would fall

3    -- yeah, that's part of us -- us securing the assets.

14:48   4        Q.    Okay.  But let's break that down.  So what

5    is Binance's role then with respect to security of

6    the keys?

14:48   7        A.    BHL.

14:48   8        Q.    Binance.com, BHL, yes.

14:48   9        A.    So their aspect is to securely store and

10   safeguard our private keys.

14:48  11        Q.    And what involvement do you have in that

12   process?

14:48  13        A.    I am not involved in how they build their

14   infrastructure and manage their infrastructure.

14:48  15        Q.    And when you say "not involved," to what

16   extent do you have any insight into how Binance

17   securely stores and safeguards Binance.US's private

18   keys?

14:49  19        A.    This would go back to our third-party

20   diligence processes.  So, again, the security

21   questionnaires, the relationship -- building

22   relationship with the security folks, asking for the

23   third-party audits, but doing that on an annual basis

24   or some periodic basis.  It's not a one and --

25   one-time thing.

188

14:49  1      Q.    Okay.  But I think as we talked about

2   earlier you don't have a means to verify the

3   information provided by Binance.com with respect to

4   storing and safeguarding the private keys?

14:49  5      A.    To an extent, right, that is part of our

6   job is to test to make sure that the solution is

7   acting or behaving as we're told.  I think I

8   mentioned the internal testing we were doing.  If

9   there's wallet-based controls we could test, we would

10  test those as well.  But outside of that, no, there's

11  no way for me to verify what they're telling me.

14:50  12      Q.    All right.  So let's start walking through

13  the declaration.  We can skip over sort of the

14  background on crypto.

14:50  15           I'd like to start at Section 2 where it

16  says the Bam Trading on page 9 with 26b.

14:50  17      A.    Okay.

14:50  18      Q.    And so it says:  "Because Bam Trading

19  holds customer assets on an omnibus basis,

20  transactions on the platform are recorded on" --

14:50  21           (Whereupon, Madam Reporter asked for

22  clarification from Counsel.)

14:50  23      A.    I'm sorry.  You said 27 on page 9?

14:50  24           BY MS. FARER:

14:50  25      Q.    26b.

189

1   specifics at all.

15:08   2       Q.    So help me understand then -- so PNK has a

3   number of controls -- which, again, I know are listed

4   here and we'll get through it -- that Binance.US has

5   implemented through the PNK software to coordinate

6   certain transfers of funds through the hot wallets;

7   is that right?

15:08   8       A.    Can you repeat the question?

15:08   9       Q.    Binance.US -- well, there are controls in

10   the PNK system that manage the movement of funds

11   through the hot wallets; is that right?  So, for

12   example, like there's like a threshold by which if

13   that threshold is reached the way it's described, is

14   there like an automatic transfer to the cold wallets?

15:08   15       A.    Right.

15:08   16       Q.    And that's something that's built into the

17   PNK system?

15:08   18       A.    Correct.

15:08   19       Q.    And so how is it that the -- I'm just

20   trying to understand the technology.  How is it that

21   these -- you know, these wallets are sitting in this

22   environment AWS that -- there are keys that govern

23   these wallets, but then there's like an overlaying

24   software that manages transfers.  Like, how does this

25   work?

202

15:09  1     A.    Yeah.  I don't -- so -- so it's my

2  understanding that PNK -- I talked about doing that

3  network capture where we look at the traffic on the

4  -- right.

15:09  5 ████████████████████████

██ ███████████████████████████

██ ██████████████████████████

██ ██████████████████████████

██ ███████████████████████

15:10  10     And so PNK I guess is just kind of -- I

11  look at it as the front end of the wallet service --

12  the wallet software.  And, again, asking how the back

13  end works and exactly what services are talking to

14  which, I just don't know.

15:10  15     But this is why our testing -- internal

16  testing was done quite a bit around trying to abuse

17  PNK, trying to find vulnerabilities within the -- you

18  know, the code, doing these network captures just to

19  see is the traffic as expected.  But that's where our

20  knowledge would fall short.

15:10  21     And then these are why I was having

22  conversations, again, to get more comfortable or just

23  get familiarity.  But, again, there is a level that

24  -- of proprietary knowledge of those systems that I

25  shouldn't know as a customer and, you know, I respect

203

1   that of any custodial solution.  So, again, how it

2   works on the back end, I just couldn't tell you.

15:11   3        Q.    So your view is that this wallet software

4   license that you have is a custody solution similar

5   to BitGo and Aegis?

15:11   6        A.    Yeah.  I look at those as -- yes, tools to

7   control the assets -- control our assets.

15:11   8        Q.    Okay.  And so similar to a third-party

9   custodian like BitGo and Aegis that has -- you know,

10   manages and secures the keys, your view is that

11   Binance.com does that for Binance.US?

15:11   12             MR. BEVILLE:  Objection to the extent it

13   characterizes BitGo and Aegis differently than what

14   Erik has done.

15:11   15             BY MS. FARER:

15:11   16        Q.    You can answer.

15:12   17        A.    So -- so yes.  So BitGo, Aegis, and BHL

18   are all just tools for us to custody our assets.  I

19   looked at them as tools and how we do that.  Now,

20   each one does it a little differently based on their

21   technology and their methods.

15:12   22             But the way we approach the risks and how

23   we approach securing those is, again, looking at them

24   in the same lens of, is this a tool?  And we put them

25   all through the same diligence for that reason, so

204

regrouping is complete to make sure that that shard

is not showing up on the other shards as a -- as a --

you know, an approved voting shard, right.  It would

just be removed from that group all together.

16:17   Q.    And who ensures that that is the case?  So

in the example you gave, right, if somebody lost

their shard and -- like, let's walk through that

hypothetical.

16:17         For example, somebody loses their shard.

What is the protocol for what occurs when a shard is

lost?

16:17   A.    So to clarify, this is something we're

building out currently with the custody oversight

team.  As now that we now -- recently have access to

the TSS portal and that control, our proposed process

will be to run through that exercise of

decommissioning through the current shards and then

readding a new shard, if needed, and depending on the

situation.

16:18         But then we would conduct all of our

normal functions.  We would -- we would try to

whitelist and see what happens in the voting, right?

That's how we would confirm and do some control

testing within our environment.

16:18         At the same time, we would be working and

240

1  asking BHL for any validation they could provide us,

2  whether they can just give us some verbal or written

3  validation that, yes, we see that you have X amount

4  of shards now; we see the activity of you dropping

5  the shards.

16:18  6      We would ask them maybe not for the logs

7  themselves, but for some sort of validating that they

8  see on the back end that that happened.

16:18  9      Q.   And if that wasn't occurring, could you

10  say to BHL decommission the shard?  Could they do it

11  on the back end?

16:18  12      A.   As far as I understand, no.  I was told

13  that only our shards can do that, only the actual

14  shards can do that.  So I'm sure we would -- they

15  would help support us through and we would work

16  together to figure out what the problem was.

16:19  17      Q.   Okay.  So you said that that's currently

18  in process of development.  What is the current state

19  of what occurs when you need to decommission a shard?

16:19  20      A.   So right now we would follow that exact

21  process.  We just don't have it formalized and

22  haven't run -- been able to run through any kind of

23  testing yet.

16:19  24      Q.   Okay.  So just so I understand, so when it

25  went from nine to seven, did this process that you

241

1  just described occur to decommission the shards?

16:19  2      A.    I could -- I would -- I have -- I did not

3  see it, but I -- I -- I don't know.  But that's my

4  understanding, is that this is -- this is the only

5  way that this TSS implementation works.

16:19  6      Q.    So how do you have comfort that one of the

7  decommissioned shards can no longer -- it have like a

8  voting right or be signing on the transactions?

16:20  9      A.    So, again, we would go off of what we're

10  seeing on every shard, like making sure that only the

11  shards that we think are in existence are existence

12  (sic).  ███████████████████████████

██  ███████████████████  █████████████████████

██  ███████████████████████████

16:20  15          We've done personal validation

16  verification, and without any reason to believe that

17  what we're -- without any reason to believe that

18  something else is going on and that we're not seeing

19  something -- you know, we're going off of what we've

20  seen on -- on those actual devices -- on the actual

21  shards themselves.

16:20  22      Q.    So your confirmation is that you have the

23  device.  When there is any type of activity that

24  needs to happen with a TSS protocol there has to be

25  some voting that occurs among the shard holders,

242

1  whether it be the full quorum, the four, like

2  whatever the case may be, depending on the activity.

16:21  3  ███████████████████████████████████

███████████████████████████████████████

██████████████████████

███  ████  ████████████

16:21  7      Q.   So there's no way that unless it's shown

8  on the screen that anyone else who may have had a

9  prior shard, copy of a shard -- well, strike that.

16:21  10      Can someone make a copy of a shard?

16:21  11      A.   To my understanding, no.  It's not

12  possible.

16:21  13      Q.   And what's the basis of that

14  understanding?

16:21  15      A.   Part of that is the TSS fundamental --

16  there's no copy of a shard.  If the shard is part of

17  the group, then it's got its -- then it's -- it

18  becomes part of the pool.

16:22  19      The system -- TSS functionality wouldn't

20  know what to do if it saw a duplicate -- like if it

21  saw the encryption algorithm for shard A.  And then

22  if that exact copy came across, TSS wouldn't know

23  what to do with it.  So there's the fundamental TSS

24  properties.  But outside of that -- I mean, like I

25  said --

243

16:22  1      Q.    Well, would it --

16:22  2      A.    -- we're going off of what we see in the

3   shard -- what we have in the actual -- at the shard

4   level and then, again, back tested.  You know, we do

5   monthly or periodically reports for ensuring all

6   TSS-related activity is -- is as expected on-chain.

16:22  7      Q.    Okay.  I'm going back to the copies.  So

8   if somebody was able to make a copy, if the original

9   shard just didn't participate in whatever the

10  requested activity was, couldn't it be the case that

11  you would just see the copy and nobody would know

12  that that was a copy?

16:23 13      A.    So now you're getting into theoreticals, I

14  think.  As a security professional, I can never say

15  that the risk of something happening is zero.  I've

16  been around in this space too long to -- to say that.

16:23 17            But, in my opinion, the amount of -- it's

18  just not plausible or realistic to think that that --

19  that that could be done, given what I know about TSS

20  and just PKI for -- private key infrastructure in

21  general.

16:23 22      Q.    And what about your knowledge gives you

23  that comfort?

16:23 24      A.    I mean, are you asking like --

16:23 25      Q.    Like break it down for us to why you think

                                                          244

1   implementation of the whitelisting system?  What is

2   your understanding about how that configuration is

3   established?

16:51  4      A.   Are we talking about the shards or PN- --

5   the hot wallets?  Are we talking about cold wallets

6   or hot wallets?

16:51  7      Q.   Any type of transfer that requires solely

8   going to a whitelisted wallet.  Like it was

9   represented to us that one of the controls in place

10  to protect against unauthorized transfers is that

11  certain wallets can only transfer to whitelisted

12  wallets.

16:52  13          So explain to us how that configuration is

14  built in to ensure that that is what occurs.

16:52  15     A.   So I can't speak to like the -- what --

16  how that functions on the back end, but when -- you

17  know, I've asked the -- previously we were doing some

18  of this assessment work.

16:52  19          And I've asked the clearing team to

20  purposely put in the wrong -- like a non-whitelisted

21  wallet address, and it just fails within the app.  It

22  doesn't go any further.  It just says not a valid

23  address.

16:52  24     Q.   Okay.  So you tested to ensure that the

25  transfer could only be made to a whitelisted wallet?

264

16:52  1          A.      Yes.

16:52  2          Q.      And for the BitGo wallets, do the

3     transfers only have to go to whitelisted wallets as

4     well?

16:53  5          A.      Yes.  Yes.  We treat all assets if it goes

6     cold, so the same principles apply.  You have to --

7     we don't -- aside from maybe some testing wallets for

8     testing connectivity or some new network or token,

9     all wallets in BitGo need to have a whitelisting on

10    them enabled.

16:53 11          Q.      And have you coordinated with BitGo to

12    ensure that that configuration is in place?

16:53 13          A.      I haven't felt the need that we needed to

14    coordinate with BitGo because we are the ones that

15    set those policies.  So, typically, the clearing or

16    treasury folks will go in there and add the

17    whitelisting as needed.  So we are the ones that are

18    actually hands-on pushing the buttons to whitelist

19    the addresses.

16:53 20                  There's no need for BitGo to be involved

21    with that process.

16:53 22          Q.      But how then -- like what's the

23    enforceability of that mechanism for transfers from

24    BitGo wallets?

16:54 25          A.      So the same.  So they have two controls

                                                              265

1    wallet is C3.  And then the next vertical line at the

2    bottom is C4.  Above that is C5.

17:47   3         And then if you go -- continue going up

4    and to the right it's 6, 7, 8, with C8 being the

5    farthest to the right.  Can you read that?

17:47   6    A.    I think so, yeah.

17:47   7    Q.    I can walk through it again.

17:47   8    A.    Okay.

17:47   9    Q.    That's no problem.  So for the C2 circles

10   that corresponds with the CUS-2 in the chart below.

11   And so where it says:  "Management has approved and

12   configured each asset listed on the Binance.US

13   platform to be held in each customers' deposit wallet

14   until a threshold is met," do you have any

15   documentation of that configuration?

17:48   16   A.    That should be in the digital asset

17   custody policy.

17:48   18   Q.    Okay.  So it's -- the policy is sort of

19   what it's supposed to be.  But in terms of like

20   technical configuration I just want to confirm,

21   circling back to what we talked about earlier, that

22   -- if there would be any way to validate that

23   configuration technically?

17:48   24   A.    I mean, yeah.  I mean, we could change the

25   value and then run the test to make sure that that is

296

1    automatically overflowing.

17:48  2         Q.    It would be by testing to verify that?

17:48  3         A.    Yes.

17:49  4         Q.    Okay.  And so in the CUS -- the C4 four

5    lines down about unauthorized movement of customer

6    funds being the risk address and the control

7    describes the TSS configuration and at the end where

8    it says "approvers approve the transaction on a

9    timely basis," is that referring to the 30 minutes

10   that you talked about earlier?

17:49 11         A.    That's how I understand it, yes.

17:49 12         Q.    ████████████████    ███████████████

███   ██████████████████████████████████████████████████

17:49 14               What is that?

17:49 15         A.    The private key authorization methodology

16   procedure?

17:50 17         Q.    Yes.

17:50 18         A.    And is that -- C7 as in -- where does that

19   fall on this diagram?

17:50 20         Q.    So that goes -- do you see the two green

21   circles at the top?

17:50 22         A.    The top, yes.

17:50 23         Q.    It's the one to the left.

17:50 24         A.    It's used for determining access to the

25   private keys to whitelist hot wallets.  I don't know

297

| | | |
|---|---|---|
| | 1 | -- they were just going to rebrand. |
| 18:29 | 2 | Q. Okay. And so the time period for that SOC |
| | 3 | report as noted in the first bullet was August 1st, |
| | 4 | 2022 to October 30th, 2022. |
| 18:30 | 5 | A. Okay. |
| 18:30 | 6 | Q. Did you receive any other report for a |
| | 7 | larger time period, a SOC 2 report for the CEFFU? |
| 18:30 | 8 | A. No. This was the only SOC 2 report I saw. |
| 18:30 | 9 | Q. So how did you get comfort that the |
| | 10 | controls in that report were sufficient given that it |
| | 11 | was for such a short period of time? |
| 18:30 | 12 | A. In my experience and in my opinion I don't |
| | 13 | see anything wrong with the time given. I think the |
| | 14 | more important factor is that they did have an |
| | 15 | external party come in and assess. There are types |
| | 16 | -- yeah. |
| 18:30 | 17 | I mean, just for the fact that they did |
| | 18 | actually get a SOC 2 which is actually a snapshot |
| | 19 | over a period of time, rather than a type 1 which is |
| | 20 | a singular snapshot as of a certain date. |
| 18:31 | 21 | And so, you know, when I talked to ███ |
| | 22 | about that SOC 2 report, my -- I asked have there |
| | 23 | been any significant changes from when the report was |
| | 24 | -- or the assessment was conducted, and he said no. |
| | 25 | So I left it at that. |

304

18:50  1        Q.    So as it (sic) sits here today, you have

2    -- you don't have insight into the environment that

3    hosts the technology for the security of the

4    background -- of the back end.

18:51  5              You don't have a third-party assessment

6    that evaluates the security of CEFFU, and you've

7    replied upon a questionnaire prepared by Binance

8    regarding the information of security?

18:51  9              I'm just trying to get an understanding of

10    the different pieces of information that you're

11    looking at.

18:51 12              MR. BEVILLE:  So I'm going to object to

13    the extent that mischaracterizes some of what Erik

14    says.

18:51 15              But please answer.

18:51 16        A.    So Binance did not create our security

17    questionnaire.  Me and my team created the

18    questionnaire.  We took input from various custodial

19    solution partners as well -- Binance, you know, had

20    some chance to -- to overview that with us, but they

21    did not create that.  That was ours.  That was Bam's

22    questionnaires.

18:51 23              BY MS. FARER:

18:51 24        Q.    Sorry.  To clarify, their response to your

25    questionnaire?

319

18:51  1      A.    Right.  So, yes.  So, additionally,

2  conversations that, you know -- again, once I was --

3  it was made clear that that was not our instance

4  (sic) of the technology, conversations led to, well,

5  what is different between what I see in the SOC

6  report and our -- and our implementation.

18:52  7           The answer was nothing is different.  So

8  we're taking that -- those conversations.  And of

9  course, the subsequent conversations dive into more

10  detail specifics about that.  It's not just take

11  their word for it.

18:52 12           As a security professional, I feel like I

13  know where certain topics need to be dug into versus

14  what -- what's -- what's realistic versus what's not.

18:52 15           And then, again, our internal control

16  systems and testing that we've done that we're able

17  to do, as well as the fact that we haven't found any

18  historical evidence of anything not functioning as we

19  were told, as we were presented.

18:52 20      Q.    Okay.  And who did you have those

21  conversations with about the difference between the

22  SOC 2 report and the solution you all have from

23  Binance.com?

18:53 24      A.    Again, that was ███

18:53 25      Q.    Okay.  I'm going to show you --

320

```
         1    time in taking it any further.
19:06    2              BY MS. FARER:
19:06    3         Q.    And why didn't you keep it?
19:06    4         A.    I don't know.  That wasn't my decision.
19:06    5         Q.    Who told you that the decision was not to
         6    keeps it?
19:06    7         A.    I don't remember who exactly.  It may have
         8    been someone on our business development team when I
         9    started asking to get a SOC report so I could start
        10    diving in more to their -- to the setup and, you
        11    know, doing our security diligence.
19:07   12              That's when I was told like they're not
        13    really responsive and we're going to probably kill
        14    the relationship with them anyways.  And that was the
        15    last we really dealt with Anchorage, that my security
        16    team dealt with Anchorage.
19:07   17         Q.    Did you ever receive the SOC report?
19:07   18         A.    No, that I remember.
19:07   19         Q.    Was the reason that you didn't go forward
        20    because they wouldn't provide a SOC report?
19:07   21         A.    No, not to my knowledge.  My -- like I
        22    said, by the time I was asking for the SOC report I
        23    was told that we're not going to move forward with --
        24    like keeping that relationship and the technology.
19:07   25         Q.    Okay.  Going down to BitGo, the last two
```

                                                          323

1   infrastructure of the service"?

19:20   2       A.    That I -- I have no clue what they're

3   referring to there.

19:20   4       Q.    Okay.  Has anything been done to address

5   these deficiencies?

19:20   6       A.    So as I mentioned, you know, trying to

7   work with BHL to get a -- a -- some sort of security

8   assessment, SOC 2 would be ideal for our instance

9   specifically.  Again, that's if that's what they're

10   referring to.

19:21   11       Q.    Okay.  You can put that one to the side.

12   I'm going to show you what is being marked Exhibit

13   71.

19:21   14             (Exhibit Number 71 was marked for

15   identification and was attached to the deposition.)

19:21   16             BY MS. FARER:

19:21   17       Q.    And given the strange -- well, not

18   strange.  But the way that the formatting came out

19   with the printing, this is a document that was

20   produced by either your counsel that was

21   characterized as a spreadsheet showing CEFFU's

22   answers to the custody solution provider security

23   questionnaire provided to CEFFU by Bam.

19:22   24       A.    Got you.  This is a much better export

25   than what our third-party platform prints out, so

332

1   yeah.

19:22   2        Q.    So this looks familiar to you?

19:22   3        A.    Yes.  This is the custodial security

4   questionnaire.

19:22   5        Q.    Okay.  So I just want to walk through some

6   of the points in this questionnaire.  So this is the

7   questionnaire that you referenced a couple of times

8   today?

19:22   9        A.    One of the questionnaires.  Correct, yes.

19:22   10       Q.    Oh, is there a different questionnaire?

19:22   11       A.    So there's also -- so for -- depending on

12   -- you know, we assess -- when a new third party --

13   you know, I know we focused on our custodial partner.

14   But any third party that comes -- that we come in

15   contact with we do an initial assessment of, you

16   know, do they need connectivity.

19:23   17            It's up to the security team and first

18   response of our third-party risk manager to decide if

19   we need to send out a security -- we have a general

20   security -- cybersecurity due diligence questionnaire

21   regard- -- you know, that's, you know, just kind of a

22   standard almost if there's ever going to be any kind

23   of pertinent or sensitive data being shared or

24   information being shared.

19:23   25            And then this questionnaire was in

333

```
 1  addition to that, which is specific to custodial
 2  standards and technology.
19:23  3       Q.   So -- but is there a -- that second
 4  questionnaire that you're talking about, is there a
 5  completed questionnaire by Binance.com?
19:23  6       A.   I would like to say yes, but I'd have to
 7  go back to our -- I'll look at our third-party
 8  management program if there is --
19:23  9            MS. FARER:  Okay.  And, Counsel, for the
10  record, we would like that produced.
19:23 11            BY MS. FARER:
19:23 12       Q.   Who completed Binance.com's response to
13  this questionnaire?
19:24 14       A.   I was given -- ███ gave -- I said, ███ we
15  need this questionnaire for our third-party
16  diligence, and he gave me a name or an email.  It
17  would be in our third-party platform who did it.  I
18  don't have the name off the top of my head, though.
19  It was not ███   It was someone on ███ team, I
20  think, or someone else within BHL who had filled this
21  out.
19:24 22       Q.   When you said your third-party platform,
23  what are you talking about?
19:24 24       A.   So for third-party risk management we use
25  a platform called Whistic, W-H-I-S-T-I-C.  And it's
```

334

|       |    |                                                     |
|-------|----|-----------------------------------------------------|
|       | 1  | about?                                               |
| 19:50 | 2  | MR. BEVILLE:  The bottom of page 2.                 |
| 19:50 | 3  | MS. FARER:  Please note?                             |
| 19:50 | 4  | MR. BEVILLE:  Please note.                           |
| 19:50 | 5  | BY MR. BEVILLE:                                      |
| 19:50 | 6  | Q.    And this reads:  "It should be noted that      |
|       | 7  | while Binance.com changed the name of the services   |
|       | 8  | for which they're (sic) offered, there is no change  |
|       | 9  | to any of the service functionality and no material  |
|       | 10 | impact to the services licensed by Binance.US.       |
| 19:50 | 11 | A.    That's right.                                  |
| 19:50 | 12 | Q.    Does this reflect that you informed the        |
|       | 13 | auditors at FGMK that the change to CEFFU was a name |
|       | 14 | change?                                              |
| 19:50 | 15 | A.    Yes.                                           |
| 19:50 | 16 | Q.    And there was no material change to the        |
|       | 17 | services received?                                   |
| 19:50 | 18 | A.    Correct.                                       |
| 19:50 | 19 | Q.    Okay.  There was also some discussion of       |
|       | 20 | the BHL SOC 2 report?                                |
| 19:51 | 21 | A.    Yes.                                           |
| 19:51 | 22 | Q.    I believe you testified that it was not        |
|       | 23 | specific to your AWS environment?                    |
| 19:51 | 24 | A.    That's right.                                  |
| 19:51 | 25 | Q.    But it was specific to the software used       |

352

1   in that environment?

19:51  2        A.    Correct.

19:51  3        Q.    Was that still valuable, from your

4   perspective, in assessing the security of the

5   product?

19:51  6        A.    Yes.

19:51  7              MR. BEVILLE:  No further questions.

19:51  8              MR. BAKER:  No questions.

19:51  9              MS. FARER:  I think as noted earlier we're

10   going to leave this open, and we note your objection

11   on the record to us leaving it open.

19:51 12              But for the reasons we've discussed that

13   we -- there's a number of outstanding requests both

14   before today but also that occurred during today with

15   outstanding information that was not produced to us

16   by the company, and that this witness would be the

17   person that would be able to provide us a significant

18   amount of additional information.

19:51 19              We didn't get to test him on these

20   documents.  We're going to leave it open.

19:51 21              MR. BEVILLE:  Again, we object.  We object

22   to that.  We don't think you have the right to keep

23   this open under the consent order or the Federal

24   Rules.  You had quite a long time with Erik today.

25   We will be getting you and meeting and conferring

353