# Declaration of Matthew Beville Ex. 6

# EXHIBIT 21

| Cash Reconciliation - Daily | | | | |
|---|---|---|---|---|
| | | | | 6/30/2023 |
| **CUSTODIAL Bank Balances (per Bank Statement)** | Account/Reference Number | | Financial Institution | BAM Entity |
| Bitgo - Custody wallet for fiat | | | Bitgo | BAM Trading |
| Nuvei FBO customer funds | | | Nuvei | BAM Trading |
| Orum FBO customer funds | | | Orum | BAM Trading |
| Orum Customer funds collateral reserve account | | | Orum | BAM Trading |
| **Total Cash Balance (per Bank Statement)** | | | | |
| | | | | |
| *Reconciling Items* | | | | |
| Nuvei - Debit Card Pending Settlements | | | Nuvei | BAM Trading |
| Nuvei - Corporate Reserve | | | Nuvei | BAM Trading |
| Orum - Unallocated Wires | | | Orum | BAM Trading |
| MT - Unallocated Wires | | | MT | BAM Trading |
| PT - Unallocated Wires | | | PT | BAM Trading |
| Wyre - Unallocated Wires | | | Wyre | BAM Trading |
| CKO - Pending Settlements | | | Checkout (CKO) | BAM Trading |
|   Corporate Prefund | | | | BAM Trading |
|   Chargebacks net of recoveries - Corporate Prefund Adjustment | | | | BAM Trading |
| Total Corporate Prefund, net of CB | | | Orum | BAM Trading |
| **Total Adjusted Custodial Cash Balance per Bank** | | | | |
| | | | | |
| **Corporate Cash** | | | | |
| Axos ▮ Trading Operating) | | | Axos | BAM Trading |
| Axos ▮ Management Operating) | | | Axos | BAM Management |
| Axos ▮ BD) | | | Axos | B.US Securities |
| Prime Trust | | | Prime Trust | BAM Trading |
| Bitgo Operating | | | Bitgo | BAM Trading |
| Nuvei Collateral | | | Nuvei | BAM Trading |
| Voyager Digital BAM Escrow | | | HSBC Bank | BAM Trading |
| Insurance Collateral Deposit - Trisura | | | Comerica Bank | BAM Trading |
| Insurance Collateral Deposit - Trisura | | | BMO Harris Bank N.A. | BAM Trading |
| | | | | |
| Reconciling Items | | | | |
| Corporate Prefunding | | | Orum | BAM Trading |
| | | | | |
| **Total Adjusted - Corporate Cash** | | | | |
| | | | | |
| **Total Consolidated Cash** | | | | |

# Exhibit A: June 30th Ending Balance Screenshots - Customer Fiat

**Bitgo - Custody wallet for fiat**



**Nuvei FBO customer funds**



**Orum FBO customer funds**



**Orum Customer funds collateral reserve account**



**Exhibit B: June 30th Ending Balance Screenshots - Corporate Fiat**



Axos - ▮▮▮ (Trading Operating)



Axos - ▮▮▮ (Management Operating)

**Axos -**  **(BD)**



**Bitgo Operating**



**Nuvei Collateral**



**Nuvei FBO Customer Funds**

