# Declaration of Matthew Beville

# Ex. 7

# EXHIBIT 26

bid for voyager and celcius
no shared employees with Binance.COM
focused on growth...
- active users
- market share
matchbox engine - trading
asset custody software
3rd party services...
BitGo
Anchorage

Confidential Treatment Requested by FGMK Inc. Under FOIA, 5 U.S.C. § 552 FGMK_SEC_028926