# Declaration of Matthew Beville Ex. 9

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>Defendants. | UNDER SEAL<br><br>Civil Action No. 1:23-cv-01599 |

### DECLARATION OF J. EMMETT MURPHY

I, J. Emmett Murphy, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a Trial Attorney for the Plaintiff Securities and Exchange Commission ("SEC"). I submit this Declaration in support of the SEC's Reply In Support of its Motion to Compel Discovery and Other Relief.

2. I have personal knowledge of the matters set forth in this Declaration, except as otherwise noted, and, if called as a witness, I could and would competently testify under oath to the facts stated herein.

3. On September 13, 2023, the SEC took the deposition of [REDACTED] one of BAM Trading's "key shard" holders for BAM's crypto asset wallets. At this time, an official transcript of the deposition is unavailable, but based on my personal knowledge of the substance of the deposition, as supported by my attendance at the deposition and review of an unofficial, or "rough," transcript provided by the court reporter, [REDACTED] testified, in sum and substance, in relevant part, as follows:

   a. [REDACTED] exercises limited discretion in approving transfer, staking, and

1

        whitelisting requests, all of which come from BAM's ▮▮▮▮ "the initiator."

   b.    The Apple ID for the shard holder device that the SEC recently reviewed linked to an email address that appears to be associated with a Binance employee ▮▮▮▮▮▮▮▮▮.

4.    Attached as **Exhibit A** is a true and correct copy of excerpts of the August 31, 2023 deposition of ▮▮▮▮ BAM Trading's Head of Clearing.

5.    Attached as **Exhibit B** is a true and correct copy of excerpts of the August 24, 2023 deposition of Erik Kellogg, BAM Trading's Chief Information Security Officer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of September, 2023, in New York.

                                          s/ J. Emmett Murphy
                                          J. Emmett Murphy