# Declaration of Matthew Beville

# Ex. 10

# EXHIBIT A

CONFIDENTIAL

```
 1                UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF COLUMBIA
 3
 4    SECURITIES AND EXCHANGE            )
      COMMISSION,                        )
 5                                       )
                       Plaintiff,        ) Case No.:
 6           v.                          ) 1:23-cv-01599-ABJ
                                         )
 7    BINANCE HOLDINGS LIMITED, BAM      )
      TRADING SERVICES INC., BAM         )
 8    MANAGEMENT US HOLDINGS INC., and   )
      CHANGPENG ZHAO,                    )
 9                                       )
                       Defendants.       )
10    _____)
11
12                  ** CONFIDENTIAL **
13
14           REMOTE VIDEOTAPED DEPOSITION OF
15                      TAO ZHANG
16                   AUGUST 31, 2023
17
18
19
20
21
22
23
      Reported by:
24    BRIDGET LOMBARDOZZI,
      CSR, RMR, CRR
25    Job No. 230831BLO
```

1

| | | |
|---|---|---|
| 14:12:51 | 1 | position, you get a pay raise, and you move |
| 14:12:55 | 2 | offices.  Correct? |
| 14:13:10 | 3 |     A.   Yes. |
| 14:13:11 | 4 |     Q.   How, if at all, did your day-to-day |
| 14:13:14 | 5 | responsibilities change at that point in July |
| 14:13:17 | 6 | 2021? |
| 14:14:08 | 7 |     A.   So there were more responsibilities in |
| 14:14:10 | 8 | my everyday responsibilities after July, because |
| 14:14:15 | 9 | prior to that I was only responsible for the fiat |
| 14:14:19 | 10 | reconciliation.  But after July, the transfer to |
| 14:14:28 | 11 | Binance.US, I -- I began to be more involved in |
| 14:14:30 | 12 | the cryptocurrency clearing work and also the |
| 14:14:38 | 13 | overall clearing responsibilities for the platform |
| 14:14:41 | 14 | Binance.US. |
| 14:14:56 | 15 |     Q.   When did you move [redacted]? |
| 14:15:03 | 16 |     A.   April 2023. |
| 14:15:12 | 17 |     Q.   So in July 2021, it sounds like your |
| 14:15:14 | 18 | responsibilities grew substantially. |
| 14:15:20 | 19 |     Did you have any experience with |
| 14:15:21 | 20 | cryptocurrencies before that point? |
| 14:15:24 | 21 |         MR. LAROCHE:  Objection to |
| 14:15:24 | 22 |    form. |
| 14:16:08 | 23 |     A.   I did, but before the change I was only |
| 14:16:16 | 24 | responsible for some of the clearing work for |
| 14:16:22 | 25 | cryptocurrencies, not all of them.  But then after |

49

```
16:06:15  1   can also provide a total amount for an individual
16:06:20  2   address.  So if we needed, they could provide us
16:06:25  3   with the detailed addresses and then we can
16:06:30  4   manually verify on blockchain to see if those
16:06:36  5   specific addresses have that specific amount.
16:06:45  6        Q.   Who were you referring to when you say
16:06:50  7   █████████████ ?
16:07:05  8        A.   I refer to the BHL ███████████ when I
16:07:09  9   was saying ████████████
16:07:23 10        Q.   And that's different from ████████████
         11   ████?
16:07:34 12        A.   Correct, they are different.
16:07:38 13        Q.   Who do you deal with on the ████████████
         14   ████?
16:07:59 15        A.   I do not know the specific names because
16:08:04 16   they're -- they are anonymous in ████████████.
16:08:15 17        Q.   So you have a ████████████████████████
         18   ████ from BHL where the individuals are anonymous?
16:08:40 19        A.   Yes.
16:08:50 20   █ █████████████████████████████████
16:08:51 21                MR. LAROCHE:  He's saying --
16:09:00 22             just -- just to be clear, are you
16:09:02 23             saying ████████████████████████████
16:09:04 24             of people that happens regularly or
16:09:06 25             just generally ████████████████████
```

70

**CONFIDENTIAL**



```
16:09:10  1                   ▌         you're talking about?
16:09:12  2                            MR. MURPHY:  I mean the
16:09:14  3          ▌                      ▌
16:09:19  4                            MR. MENDRO:  Objection to
16:09:19  5          form.
16:09:35  6           ▌   ▌
```

71



CONFIDENTIAL

72

```
16:16:35   4         Q.   So what role does the BHL ▓▓▓▓▓▓▓
16:16:38   5    have in transferring crypto assets from the
16:16:44   6    deposit wallets to the hot wallets?
16:16:47   7                   MR. LAROCHE:  Objection to
16:16:47   8         form.
16:17:23   9         A.   I think they were only doing some fixes
16:17:28  10    on the technical issues.  I don't think they
16:17:31  11    played any other roles.
16:17:37  12         Q.   Well, whatever fix they did on the
16:17:39  13    technical issue resulted in crypto assets getting
16:17:43  14    unstuck and transferring from the deposit wallet
16:17:47  15    to the hot wallet.  Right?
16:17:48  16                   MR. LAROCHE:  Objection; lack
16:17:52  17         of foundation.
16:18:19  18         A.   Yes, from the results.  That's -- that's
16:18:24  19    it.
16:18:25  20         Q.   And do you know what they did to do
16:18:28  21    that?
16:18:53  22         A.   They didn't tell us what they did with
16:18:57  23    it, so I don't know.  It is just that afterwards
16:19:01  24    they would tell -- tell us that it's been fixed.
16:19:08  25    And then when we go to check the deposit address,
```

73

```
16:19:11   1    we notice that the transfer has been successful.
16:19:17   2    It has been transferred to the hot wallet from the
16:19:20   3    deposit wallet.
16:19:25   4         Q.   Oh, so this was a transfer going from
16:19:28   5    the hot wallet to the deposit wallet?
16:19:50   6         A.   From the point of view of the
16:19:53   7    blockchain, it is a transfer from the deposit
16:19:58   8    address to a hot wallet.
16:20:09   9         Q.   How should it normally work in this
16:20:14  10    instance?  So what would normally cause the assets
16:20:25  11    above a certain threshold to transfer from the
16:20:29  12    deposit wallet to the hot wallet?
16:20:33  13                   MR. LAROCHE:  Objection to
16:20:33  14           form.
16:20:36  15         A.   Normally, as I said, there is a
16:21:25  16    threshold.  So when the amount reaches the
16:21:30  17    threshold in the deposit address, it automatically
16:21:35  18    transfers into the hot wallet.  There is no
16:21:42  19    interference needed.
16:21:47  20         Q.   And do you know the software or program
16:21:53  21    that accomplishes that in the normal instance?
16:22:10  22         A.   I don't know.
16:22:22  23         Q.   Can you explain to me how the reports
16:22:24  24    from the big data team relate to the data that is
16:22:32  25    on the PNK database?
```

74

**CONFIDENTIAL**

```
16:31:32  1              is 4:31 p.m.  Off the record.
16:40:59  2                     (Whereupon, a recess is
16:40:59  3              taken.)
16:41:00  4                     THE VIDEOGRAPHER:  The time
16:41:00  5              is 4:40 p.m.  Back on the record.
16:41:10  6      BY MR. MURPHY:
```



78

```
17:03:59   1   Sigmachain about this?
17:04:13   2          A.   Yes.
17:04:15   3          Q.   Who at Sigmachain did you talk to?
17:04:51   4          A.   Sorry, I don't know how to spell the
17:04:54   5   name.  So aside from communicating with
17:04:57   6   Sigmachain, I also communicated with the manager
17:05:01   7   of the clearing team from the main platform.
17:05:12   8          Q.   Sorry.  So just so I understand, there's
17:05:14   9   a person that you communicated with from
17:05:17  10   Sigmachain, but you don't know how to spell the
17:05:20  11   name?
17:05:34  12          A.   Correct.  I for -- I forgot how to spell
17:05:36  13   the name.
17:05:37  14          Q.   Do you know roughly how you would say
17:05:39  15   the name?
17:06:01  16          A.   I forget.  I need to check the record to
17:06:04  17   remember that.
17:06:06  18          Q.   And what would the record be that you
17:06:08  19   would check?
17:06:20  20          A.   Just the name.  I need to see the name
17:06:23  21   so that I can remember it.
```

[redacted]

87



| | | |
|---|---|---|
| 17:09:28 | 20 | Q.   And so the last communication you had |
| 17:09:30 | 21 | about the Sigmachain shortfall was last month I |
| 17:09:36 | 22 | think you said? |
| 17:09:36 | 23 | MR. LAROCHE:  Objection to |
| 17:09:36 | 24 | form. |
| 17:09:59 | 25 | A.   Yes, there was communication last month. |

88

```
18:19:11   1  Trading?
18:19:31   2      A.   My understanding is for BAM Trading as
18:19:34   3  well because she's also ████████ at this
18:19:36   4  moment.
18:19:42   5      Q.   Did you get another pay raise to come to
18:19:44   6  ████████?
18:20:04   7      A.   It is the portion that I'm getting from
18:20:07   8  ████████ that is the raise.
18:20:12   9      Q.   So your pay doubled again, if I'm
18:20:15  10  understanding you correctly?
18:20:18  11              MR. LAROCHE:  Objection.
18:20:38  12      A.   Yeah.  If you're talking by comparing
18:20:41  13  the number, yes.
18:20:43  14      Q.   So you continued to get whatever pay you
18:20:45  15  had been getting -- well, sorry.  Strike that.
18:20:51  16           Before you came to ████████, you were
18:20:54  17  getting paid by Boran?
18:21:05  18      A.   Yes.
18:21:07  19      Q.   And that salary was roughly double what
18:21:12  20  you had been being paid when you were back at BHL.
18:21:17  21  Correct?
18:21:29  22      A.   Yes.
18:21:29  23      Q.   And when you moved to ████████ you
18:21:35  24  continued getting that payment from Boran and
18:21:40  25  started getting another payment of roughly the
```

106

```
18:21:44   1    same amount from BAM Trading?
18:22:11   2         A.    Yes.
18:22:12   3         Q.    Is any of this salary paid in crypto?
18:22:25   4         A.    No.
18:22:25   5         Q.    Okay.  You understand that BAM Trading
18:22:38   6    and BAM Management have financial statements that
18:22:42   7    are audited by a -- an external auditor?
18:22:47   8                   MR. LAROCHE:  Objection to
18:22:47   9         form.
18:23:24  10         A.    What I know is that we are being
18:23:28  11    audited, but I don't know what is -- is this
18:23:34  12    financial statement referring to.
18:23:49  13         Q.    When you say that you know that "we are
18:23:53  14    being audited," you mean that BAM Trading has
18:23:57  15    hired an auditor that is not part of BAM Trading.
18:24:00  16    It's part of another auditing firm.  Right?
18:24:03  17                   MR. LAROCHE:  Objection.
18:24:27  18         A.    Yes.  I know the -- the one I know of is
18:24:34  19    an external auditing firm.
18:24:41  20         Q.    You're familiar with the auditing firm
18:24:45  21    FGMK?
18:24:54  22         A.    Yes, I -- I do.
18:24:56  23         Q.    And you've interacted with them as part
18:24:58  24    of their audit.  Correct?
18:25:08  25         A.    Yes.
```

107

```
20:38:41   1          A.   Yes.  From my -- my understanding that's
20:38:44   2     it, but this requirement was brought up by the
20:38:49   3     security team and I was just trying to pass the
20:38:54   4     information.
20:39:02   5          Q.   Who do you mean -- who do you mean by
20:39:04   6     "the security team"?
20:39:10   7          A.   It's still this Erik.
20:39:14   8          Q.   And did Erik tell you why he wanted
20:39:17   9     another person to be added as an initiator?
20:39:36  10          A.   It's also because that I needed a
20:39:38  11     backup.
20:39:41  12          Q.   Was there a specific person you were
20:39:44  13     asking ▓▓▓▓ to add?
20:40:07  14          A.   No.  We haven't decided who the person
20:40:13  15     is.  We needed to inform, make sure that ▓▓▓▓ is
20:40:20  16     aware and agrees to adding the person, and then we
20:40:27  17     intended to discuss who that person is later on.
20:40:33  18          Q.   Do you think it requires ▓▓▓▓
20:40:35  19     approval to decide who would be the new initiator?
20:40:39  20                    MR. LAROCHE:  Objection to
20:40:39  21          form.
20:41:11  22          A.   I'm not sure if you can say that, but I
20:41:14  23     know that it's only ▓▓▓▓ who can add a new
20:41:20  24     initiator.
20:41:24  25          Q.   And apologies if you've already said
```

144

**CONFIDENTIAL**

| | | |
|---|---|---|
| 20:41:26 | 1 | this, but do you know if ▆▆▆ can add additional |
| 20:41:29 | 2 | shardholders? |
| 20:41:47 | 3 |     A.   I don't know. |
| 20:41:48 | 4 |     Q.   Do you have any sense of what other |
| 20:41:51 | 5 | capabilities ▆▆▆ has as the administrator of the |
| 20:41:55 | 6 | TSS protocol? |
| 20:42:12 | 7 |     A.   I don't know. |
| 20:42:25 | 8 |     Q.   Do you know if ▆▆▆ has any other ability |
| 20:42:27 | 9 | to transfer crypto assets of customers of the |
| 20:42:35 | 10 | Binance.US platform today? |
| 20:42:38 | 11 |         MR. LAROCHE:  Objection to |
| 20:42:38 | 12 |    form; lack of foundation. |
| 20:43:10 | 13 |     A.   I don't think that ▆▆▆ has the |
| 20:43:14 | 14 | authority to transfer the assets of the customers. |
| 20:43:20 | 15 |     Q.   So just to be clear, I'll -- I'll just |
| 20:43:23 | 16 | ask it again to address any objection in the |
| 20:43:25 | 17 | question. |
| 20:43:27 | 18 |     Do you believe that ▆▆▆ has any |
| 20:43:30 | 19 | ability to transfer any crypto assets of customers |
| 20:43:37 | 20 | of the .US platform as things stand today? |
| 20:44:18 | 21 |     A.   No, I don't think that ▆▆▆ has this |
| 20:44:22 | 22 | ability. |
| 20:44:28 | 23 |         MR. MURPHY:  Okay, Mr. Zhang. |
| 20:44:29 | 24 |    I think that's all I have for today. |
| 20:44:32 | 25 |    I want to thank you.  I know it's an |

145