Declaration of Matthew Beville

Ex. 11

# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF COLUMBIA

 3

 4   SECURITIES AND EXCHANGE       )
     COMMISSION,                   )
 5                                 )
              Plaintiff,           )
 6                                 )
         v.                        )
 7                                 ) Case No.
     BINANCE HOLDINGS LIMITED, BAM ) 1:23-cv-01599-ABJ
 8   TRADING SERVICES INC., BAM    )
     MANAGEMENT US HOLDINGS, INC., )
 9   AND CHANGPENG ZHAO,           )
                                   )
10            Defendants.          )
     _____)
11

12

13

14        VIDEOTAPED DEPOSITION OF ERIK KELLOGG

15           THURSDAY, AUGUST 24, 2023

16                  9:50 A.M.

17               Washington, DC

18

19

20

21

22

23

     REPORTED BY:
24   SHERRY L. BROOKS,
     CERTIFIED LIVENOTE REPORTER
25   JOB NO. 230824SLB
```

1

1   Amazon environment that was not established by

2   Binance Holdings?

10:53   3        A.    If I'm understanding correctly, so Binance

4   -- so BHL helped to -- they spun up Bam's AWS

5   environment.  But -- so they helped set it up, and I

6   don't -- I wasn't here for that.  But they don't

7   manage anything as of today, as of a couple months

8   ago or -- right.

10:53   9        Q.    What access do they have to that AWS

10   environment that they set up for Binance.US?

10:53  11        A.    So the -- few folks -- a few BHL people

12   who have access are only allowed to access and help

13   support the services and/or systems within AWS that

14   run the matching engine, that comprise the matching

15   engine.

10:54  16        Q.    What about the wallet software?

10:54  17        A.    The wallet software is in a BHL on the AWS

18   environment.  It's separate from ours.

10:54  19        Q.    So the wallet software is not in a

20   Binance.US AWS environment?

10:54  21        A.    Components of it are, but, no, it is not.

22   The back end of it is not in our environment.

10:54  23        Q.    Okay.  So then circling back to my initial

24   question, the SOC reports -- I had initially asked if

25   the SOC reports cover all components of the

60

1  Binance.US services and infrastructure.  And, again,

2  I feel like we're getting caught up on

3  infrastructure, so please clarify, but even that

4  which is provided by third parties.

10:54  5        So in my view -- and, again, correct me if

6  I'm wrong -- the wallet software is a component of

7  the Binance.US system.  Is that not your

8  understanding?

10:55  9    A.    No.  The wallet software is to me -- we

10  treat it as any other third-party software or service

11  that we're using, but the components that -- that

12  control that software do live in our environment.  So

13  there's a part of that that -- which is P and K.

14  That lives in our AWS environment.  That is -- that

15  was included in these third-party assessments.

10:55  16    Q.    And what components of the wallet software

17  are in the Binance Holdings AWS environment that was

18  not included in the SOC report?

10:55  19    A.    I would consider it the back end of the

20  software.

10:55  21    Q.    And what does that back end do or how

22  would you define "back end"?

10:55  23    A.    I would define the back end that that's

24  what actually is the part that interacts with the

25  keys in the chain in the blockchain aspects.

61

10:56  1          I think just with -- as with any of the

2      third party that we would use, I couldn't tell you

3      exactly what a third-party spec and system were

4      doing.  We were told -- we were given the ability to

5      do what we need to do as a business with those assets

6      and we treat it as such.

10:56  7      Q.    Okay.  So just so I understand, the back

8      end is the part that interacts with the keys.  That's

9      what you're saying?

10:56 10      A.    I couldn't tell you exactly how their back

11     end works.  I couldn't tell you.

10:56 12      Q.    But I think you testified previously that

13     the back end interacts with the keys.  So are you

14     changing that testimony?

10:56 15      A.    I would say that there's some interaction

16     with the keys there.  I think it's obvious that the

17     back end interacts with the keys, at least to me.  So

18     yes.

10:57 19      Q.    Okay.  And Binance.US does not have access

20     to that environment?

10:57 21      A.    No, not -- we don't have access to the AWS

22     -- to their AWS.

10:57 23      Q.    To the AWS that hosts the component of the

24     software that interacts with the keys?

10:57 25      A.    Correct.

                                                              62

10:57 1       Q.    And Binance Holdings, that's their AWS

2    environment?

10:57 3       A.    Yes.

10:57 4       Q.    And who has access to that AWS

5    environment?

10:57 6       A.    I wouldn't know.  We're not involved in

7    their -- in their management of that system.

10:57 8       Q.    So just so I understand, sitting here

9    today, you don't know who from Binance Holdings has

10   access to the AWS environment that interacts with the

11   keys for the Binance.US wallet software?

10:58 12      A.    Correct.

10:58 13      Q.    And we're going to get into the systems a

14   little bit in more detail, but I'm just trying to get

15   the lay of the land.

10:58 16      A.    Um-hum.

10:58 17            MS. FARER:  Now maybe -- now might be a

18   good time for a quick break.

10:58 19            MR. BEVILLE:  Yeah.  That works.  We've

20   been going about an hour.

10:58 21            THE VIDEOGRAPHER:  The time is 10:58 a.m.

22   We are now off the record.

10:58 23            (A break was taken.)

11:11 24            THE VIDEOGRAPHER:  The time is 11:10 a.m.

25   We are now on the record.

63

12:07  1        Q.    How do you know that someone from Binance

       2   can't do that as well?

12:07  3        A.    You know, we have access to the portal and

       4   see which users are in there.  So to that extent, we

       5   know.

12:07  6        Q.    Do you have -- when you say you can see

       7   what users are in there, what do you mean?

12:07  8        A.    Okay.  ██████████████████████████████

       9   ████████████████████████

12:07 10        Q.    Do you have visibility into all means of

      11   access for that TSS portal?

12:07 12        A.    As far as I know, yes.

12:07 13        Q.    How are you supposed to gain comfort with

      14   that if it all sits in the Binance environment?

12:08 15        A.    Again, this is where we would fall back on

      16   the third-party risk assessments, our own security

      17   diligence, our conversations.  And it's standard for

      18   all of our custodial solution partners.

12:08 19        Q.    So your confirmation that Binance doesn't

      20   have access to the TSS portal is confirmation from

      21   Binance?

12:08 22        A.    And the third-party reports we saw.

12:08 23        Q.    The third-party reports you're referring

      24   to are the SOC 2 and ISO reports?

12:08 25        A.    Correct.

                                                              110

12:08  1          MS. FARER:  Counsel, we've made a number

2  of requests for production of documents relating to

3  access controls and the infrastructure here.

12:08  4          MR. BEVILLE:  We can discuss this on a

5  break.

12:08  6          MS. FARER:  Well, I'm going to put it on

7  the record that we would like a copy of those reports

8  given that is how Mr. Kellogg just testified that is

9  part of the way he gets comfort in the level of

10  access from Binance to this portal.

12:09  11          MR. BEVILLE:  Understood.  Do you want to

12  ask Mr. Kellogg about how he's accessed those

13  documents?

12:09  14          MS. FARER:  I'm happy to ask.

12:09  15          BY MS. FARER:

12:09  16     Q.    How have you accessed these documents?

12:09  17     A.    The SOC 2 report and ISO -- well, the SOC

18  2 report was provided to me from BHL, through our

19  standard third-party diligence.  But since I've had a

20  chance to review them, that's been revoked and I

21  haven't had a chance to -- I don't have them anymore.

22  I don't have the SOC anymore.  I can't get it.

12:09  23          In the ISO report we saw the

24  certification, the official certification from the

25  third party.

111

12:09   1        Q.    So have you ever had actual possession of

        2   these documents?

12:09   3        A.    No.  They've been shared with me from the

        4   -- BHL's infrastructure.

12:10   5              MR. CANELLOS:  What do you mean by

        6   "shared," I think, is the question?  Is it physical

        7   possession?  Is it some other --

12:10   8        A.    No.  So it was like a Google doc link from

        9   their Google environment.  And, you know, they can

       10   control -- like you can't -- you know, we couldn't

       11   download it.  You know, we couldn't print it.

12:10  12              They had strict controls around what I

       13   could actually do with the report besides pull it up

       14   and read it on my screen.  I couldn't do anything

       15   besides that.

12:10  16              BY MS. FARER:

12:10  17        Q.    And why wouldn't they give it to you to

       18   actually like save and have a copy of it?

12:10  19        A.    In my opinion, the potential proprietary

       20   information that could get out could -- could cause a

       21   security leak if any of that got like -- so it's not

       22   uncommon I would say that given the amount of

       23   sensitive and secure information that are in these

       24   types of reports that you don't necessarily hand them

       25   out.

                                                              112

12:10  1              I think that that goes case-by-case,

       2  business-by-business decision.

12:11  3         Q.    Is that what was explained to you as to

       4  why you couldn't have the report?

12:11  5         A.    Yes, but I also agreed with that point of

       6  view.

12:11  7         Q.    And what entities are covered by this SOC

       8  report that you saw?

12:11  9         A.    So on the name I believe it was Block

      10  Technologies.

12:11 11         Q.    And I want to turn to that in a second.

      12  But what other third-party vendors that service

      13  Binance only provided you a SOC 2 ISO or other

      14  security report through a screen share?

12:11 15              MR. BEVILLE:  Which Binance --

12:11 16              MR. NELSON:  Which entity are you

      17  referring to?

12:11 18              MS. FARER:  Binance.US.

12:11 19         A.    Well, I would say BitGo has a SOC 2 report

      20  that they did provide us, but they don't have any ISO

      21  reports.

12:11 22              BY MS. FARER:

12:11 23         Q.    They provided you a copy that you have?

12:12 24         A.    Correct.  Fire Blocks gave us a SOC 2

      25  report, but they do not have an ISO report.  And I'm

                                                              113

1  just giving you some examples of the other custodial

2  solutions that we are working with, whether they're

3  implemented yet or not.

12:12  4       Q.    I guess I'm just asking a very specific

5  question.  Are any of the other third-party service

6  providers that Binance.US uses -- did any of them say

7  I'm only sharing the SOC 2 report through a screen?

12:12  8       A.    Not that I'm aware of.  Not that I can --

12:12  9       Q.    Now, going back to the SOC 2 report that

10  you saw on the screen, you said it was for Block

11  Technologies?

12:12 12       A.    Yes.

12:12 13       Q.    And what is your understanding of what

14  that company is?

12:12 15       A.    It's my understanding that Block

16  Technologies was acquired by BHL for their wallet --

17  for part or some of their wallet technology and,

18  therefore, was -- that -- that -- that was the same

19  technology as what we have from BHL.

12:12 20       Q.    What is the basis of your understanding

21  that Block Technologies was acquired by BHL?

12:13 22       A.    Conversations with Bob.

12:13 23       Q.    And what is your understanding that -- I

24  guess, let met break this down.

12:13 25            When did this acquisition occur?

114

12:13  1      A.    That, I'm not sure.  I don't know.

12:13  2      Q.    Was there a Binance wallet solution in

3 place before Binance acquired Block Technologies in

4 place for Binance.US?

12:13  5      A.    I don't know.

12:13  6      Q.    So when you say -- I'm just trying to

7 understand when you said the Block Technology (sic)

8 solution was the same that you were using.  There

9 seems to be -- you were making a distinction between

10 some kind of wallet software.  So I'm just trying to

11 understand.

12:13  12      A.    Well, yes.  So my question was the same,

13 why is -- why is -- you know, why is this name on

14 this SOC report and why are you giving it to me when

15 I'm asking for a SOC report for the wallet technology

16 for the wallet services that we're getting from BHL?

17 And they gave that to me with the response that this

18 is the technology that you guys are using.

12:14  19      This is -- this is the technology.  You

20 know, Block was acquired by BHL for -- again, for

21 either parts or -- for some part of the wallet

22 technology, but it was applicable -- definitively

23 applicable to our implementation of BHL's wallet

24 software.

12:14  25      Q.    So sitting here today it is your

115

1  understanding that that SOC 2 report for Block

2  Technologies covers the solution that is provided to

3  Binance.US wallets?

12:14  4      A.    That is my understanding, yes.

12:14  5      Q.    And the basis of that understanding is

6  what?

12:14  7      A.    The conversations with Bob and the

8  relationship with the -- that we built.

12:14  9      Q.    What included in the report gave you the

10  understanding that that report covered what

11  Binance.US was using?

12:15  12      A.    Are you asking how do I know that the

13  auditors were actually auditing our infrastructure

14  versus something else?

12:15  15      Q.    Yes.

12:15  16      A.    I don't have anything to tell you.

12:15  17      Q.    Okay.

12:15  18            MR. BEVILLE:  So we've been going about an

19  hour.  It's getting close to lunch.  I just wanted to

20  put out a marker.

12:15  21            MR. NELSON:  At this point, apparently the

22  audio went out on the WebEx.  So I don't know who is

23  hosting that, but if you could check it.

12:15  24            MS. FARER:  Let's go off the record.

12:15  25            THE VIDEOGRAPHER:  The time is 12:15 p.m.

116

```
          1    any of this.  It was more of like as we referred to
          2    our custody software what -- you know, what's the
          3    name of it?
14:11     4              BY MS. FARER:
14:11     5         Q.    Okay.  But I mean, new entity in the sense
          6    of this is not Binance Holdings?
14:11     7         A.    No.  It was my understanding it was still
          8    going to be a Binance entity -- sorry.
14:11     9         Q.    Right.
14:11    10              (Simultaneously speaking addressed by
         11    Madam Reporter.
14:11    12              BY MS. FARER:
14:11    13         Q.    So let me ask:  So Binance Holdings is a
         14    company, and so I'm saying a separate entity in that
         15    CEFFU is a separate company from Binance Holdings.
14:11    16              MR. CANELLOS:  Are you asking that?
14:11    17              MS. FARER:  Yes.  That's my question.
14:11    18              MR. CANELLOS:  Is CEFFU a separate company
         19    from Binance Holdings?
14:12    20         A.    I don't know.
14:12    21              BY MS. FARER:
14:12    22         Q.    What is your understanding of what CEFFU
         23    is?
14:12    24         A.    Right now, I don't know what it is
         25    anymore.  It was my -- at that time it was my
```

                                                                176

```
 1  understanding that it may become a branch of BHL
 2  where they commercially sell their services, was my
 3  understanding at that time.  Now I'm not sure what
 4  CEFFU is.
```
14:12 5       Q.    And at that time what time were you
```
 6  referring to?
```
14:12 7       A.    So early 20 -- earlier this year.

14:12 8       Q.    And so why has your view changed that you
```
 9  don't think you know what CEFFU is?
```
14:12 10      A.    Because I've since then directly asked Bob
```
11  are we -- do we have a relationship with CEFFU, and
12  he said no.
```
14:12 13      Q.    So all of the materials including that
```
14  which was provided to auditors referencing CEFFU
15  being the wallet software provider is -- they are
16  inaccurate?
```
14:12 17      A.    The name is inaccurate.

14:13 18            MR. CANELLOS:  Well, how is the name
```
19  inaccurate?
```
14:13 20      A.    Instead of CEFFU, it should say BHL.
```
21  Nothing is -- the fundamental technology, people,
22  processes, everything that makes up the BHL wallet
23  services that we use has never change.  Nothing has
24  ever changed on that.
```
14:13 25            It was simply referring to it -- when I

177



16:43  1      A.    Correct.  Yes.

16:43  2      Q.    And, again, in terms of just the approval

3  process, have there been instances in which any of

4  the shard holders rejected a request?

16:43  5           MR. CANELLOS:  Approval of what?

16:43  6           MS. FARER:  Approval of a transfer that

7  went to their device.

16:44  8      A.    Not that I'm aware of, but a -- a -- a

9  reject (sic) of a certain transaction would not

10  necessarily warrant a security event.  It may just

11  have been, hey, communication between maybe ███

███ ████████████████████████  saying I put the wrong

13  address; don't accept that, or the shard holder

14  accidentally hitting the wrong button.

16:44  15          But as far as I know, nothing has been

16  brought to my attention from a security perspective

17  that someone rejected a request.

258



259

```
      1    .com (sic) team will notify .US (sic) immediately of

      2    any incident related to supporting license

      3    technologies or infrastructure" -- and then it goes

      4    on.

18:40 5          But my question is:  Is there such a

      6    process in place?

18:40 7     A.   So -- so we've communicated with them.

      8    But if we're talking about incidents -- yeah, so

      9    there's a few Slack channels that -- one example

     10    would be MBX Slack channel.  That has a few folks

     11    form BHL that are MBX engineers.

18:41 12         So if there's an issue that they've

     13    identified with a matching engine, they'll reach out

     14    to our engineering team through that channel which

     15    then they can help work through how to resolve that.

18:41 16    Q.   Is there a Slack channel devoted to the

     17    wallets?

18:41 18    A.   No.  There is --  Q.  So how do you

     19    communicate with .com relating to the wallets?

18:41 20    A.   So I typically don't.  That would be,

     21    again, under -- Frank's team usually is engineering.

     22    If it's a security-related event, my team had --

     23    there's a way that BHL -- we have a security team to

     24    security team channel.

18:41 25         But if it's an incident in the sense of a
```

                                                        311

1  malfunction or a misconfiguration of the -- one of

2  the -- you know, of a matching engine or maybe a

3  wallet, the matching engine has a dedicated channel.

18:42  4      The wallet services, there are a couple of

5  Slack channels dedicated to that.  I'd have to get

6  back to you if there's actually any BHL employees in

7  that Slack channel.

18:42  8      Q.   Okay.

18:42  9      MS. FARER:  And, Counsel, we would put

10  that request on the record for communications with

11  BHL regarding the wallets and we can talk about

12  scope.

18:42  13      We understand you have an objection to our

14  request for communications, but we maintain that this

15  is relevant and this is an opportunity based on

16  information that you all have provided to narrow our

17  request.

18:42  18      MR. BEVILLE:  This is exactly the -- we're

19  happy to discuss this.

18:42  20      BY MS. FARER:

18:42  21      Q.   Okay.  And then the last paragraph --

22  explain to me what this means.

18:43  23      A.   So I am -- I take this as to say that the

24  CEFFU BHL SOC 2 report doesn't cover Bam's AWS

25  infrastructure.

312

18:43  1      Q.     Okay.  And at the time when you read the

       2  SOC 2 report, did you understand that it did?

18:43  3      A.     No, which is why I don't really understand

       4  why this statement is here.

18:43  5      Q.     I'm confused.  So when you read the SOC --

       6  the SOC 2 report for CEFFU, did you believe that it

       7  covered the solution that Binance.US actually uses?

18:43  8      A.     Oh, at the time I was -- yes.  I -- yes.

       9  That was my understanding that it did.

18:43 10      Q.     Okay.  But this paragraph indicates that

      11  it does not?

18:44 12      A.     Right.

18:44 13      Q.     So aside from the SOC 2 report that was

      14  shared on screen with you and FGMK, is there some

      15  other report that you have received regarding the

      16  security for the controls for CEFFU?

18:44 17      A.     No.

18:44 18      Q.     So how in your role as chief information

      19  security officer do you have comfort in the security

      20  of those assets?

18:44 21      A.     So it's my understanding that it's still

      22  the same technology, same text stack.  Same --

      23  nothing is different except for the environment that

      24  it's hosted in.

18:44 25             And due to the fact that once we clear the

                                                              313

1    air that it -- that it -- once we got the

2    understanding that it wasn't, we were in discussions

3    with BHL for them to conduct a new SOC report on

4    specifically our environment, which they initially

5    agreed to.

18:45  6        Q.    When did that conversation occur?

18:45  7        A.    Either late last year or earlier this

8    year.  I don't remember the exact time.

18:45  9        Q.    And you said Binance.com initially agreed

10    to have your wallet software be reviewed for under

11    SOC 2?

18:45 12        A.    By a third party, yes.

18:45 13        Q.    And when you say initially agreed, has

14    that decision changed?

18:45 15        A.    Yeah.  Well, I haven't been told it's not

16    going to happen, but it -- we haven't made any

17    progress on that.

18:45 18        Q.    And why have you not made any progress on

19    that?

18:45 20        A.    I think -- I don't know.  I can't speak to

21    why the communications are slowed down on the -- on

22    the BHL side, but that's a big part of it.

18:45 23        Q.    What progress was made when you were under

24    the impression that this SOC 2 report was going to --

25    or the SOC 2 assessment was going to occur?

314

18:46  1        A.      Identifying which third-party assessors we

2    -- you know, we would consider going in for that.  So

3    it was a collaborative discussion, okay, recognize

4    that we need a SOC 2 report or some kind of security

5    report done specifically on our environment, our

6    implementation of the custody software.

18:46  7            And then it was already -- which they

8    initially agreed to, and then we were at the stage

9    of, okay, which vendors are they comfortable with,

10   you know, and that we are both comfortable with.

18:46 11        Q.      And was a vendor selected?

18:46 12        A.      We -- we didn't get that far.

18:46 13        Q.      Who were you talking to from Binance.com

14   about this issue?

18:46 15        A.      Bob again.

18:46 16        Q.      And when was the last time that you had a

17   communication with Bob about this issue?

18:46 18        A.      I don't remember.  I don't remember.

18:46 19        Q.      Based on how these conversations have

20   progressed, do you believe that a SOC 2 report for

21   the wallet software that Binance.US uses is going to

22   occur?

18:47 23        A.      I don't have reason to think it's not

24   going to occur.  Our discussions was while it -- my

25   opinion is it didn't have to be a SOC 2 report.

315

18:47 1          It just had to be some third-party

2     security based assessment, whether that's office

3     security, penetration testing, or an actual

4     formalized SOC 2 or ISO.  So the general consensus

5     like they agreed, yeah.  They were happy to move

6     forward with that.

18:47 7          Q.   And -- I'm sorry.  Maybe I didn't hear

8     you.  When was the last time you had a conversation

9     with them about this?

18:47 10         A.   I want to say it was earlier this year.

18:47 11         Q.   Okay.  So like January? February?  What

12    month are we talking about here?

18:48 13         A.   The initial discussions came up sometime

14    in Q1, and I think we were continuing to discuss

15    periodically over the following months.

18:48 16         Q.   Have you followed up and pressed on the

17    status of this report?

18:48 18         A.   No, not recently.

18:48 19         Q.   And why not?

18:48 20         A.   Like I said, you know, communication

21    requests have slowed down.  So I don't know if

22    they're trying to identify a better point of contact

23    for us to have for these kind of things or -- you

24    know, while I have -- you know, while -- while it's

25    been great to have Bob as a single point of contact,

316

```
 1    I've also asked if we can get more of a formal

 2    contact tree (sic) in place, you know, for support

 3    issues.

 4              And so I don't know if while they work

 5    through all of that they're trying to decide maybe

 6    who should be in that role.  So, again, I haven't

 7    gotten a lot of feedback from their side on this yet.

 8         Q.    And when you've tried to find an

 9    alternative point of contact, who have you inquired

10    about that with -- that was poorly worded.

11              Who have you asked for an additional point

12    of contact?

13         A.    So really Bob has been my only point of

14    contact.  So for me making requests, they go through

15    him, which, again, I think he recognizes the problem

16    -- or not a problem, but as kind of a bottleneck in

17    our request and moving things along.  But I just

18    don't know what kind of progress he's made on his

19    side for that.

20         Q.    So you've asked Bob for an additional

21    point of contact?

22         A.    Right.

23         Q.    Have you elevated this up within

24    Binance.US?

25         A.    Within Binance.US?
```

317

18:49  1       Q.    To try and find an avenue to move forward

2   with getting a third-party security assessment for

3   your wallet service provider that holds the majority

4   of crypto assets for .US?

18:49  5       A.    So yeah --

18:49  6             MR. CANELLOS:  Excuse me.  Who holds the

7   majority of assets?

18:50  8             MS. FARER:  Binance.com is the wallet who

9   holds the majority of the assets.  Mr. Kellogg

10   testified to that.  Is that an incorrect

11   characterization?

18:50 12             MR. CANELLOS:  You mean they provide the

13   software for the wallets?

18:50 14             MS. FARER:  Again, I ask for no speaking

15   objections.

18:50 16             MR. CANELLOS:  Well, then I'm objecting to

17   your mischaracterization of the witness's testimony.

18:50 18             BY MS. FARER:

18:50 19       Q.    You can answer.

18:50 20       A.    So I would say as a critical software

21   vendor for our custodial processes that I think I

22   would love to have more structure around our

23   communication, you know, tree (sic) and a bit more

24   formalized structure around them as a -- as a third

25   party.

318

18:50   1        Q.   So as it (sic) sits here today, you have

        2    -- you don't have insight into the environment that

        3    hosts the technology for the security of the

        4    background -- of the back end.

18:51   5             You don't have a third-party assessment

        6    that evaluates the security of CEFFU, and you've

        7    replied upon a questionnaire prepared by Binance

        8    regarding the information of security?

18:51   9             I'm just trying to get an understanding of

       10    the different pieces of information that you're

       11    looking at.

18:51  12             MR. BEVILLE:  So I'm going to object to

       13    the extent that mischaracterizes some of what Erik

       14    says.

18:51  15             But please answer.

18:51  16        A.   So Binance did not create our security

       17    questionnaire.  Me and my team created the

       18    questionnaire.  We took input from various custodial

       19    solution partners as well -- Binance, you know, had

       20    some chance to -- to overview that with us, but they

       21    did not create that.  That was ours.  That was Bam's

       22    questionnaires.

18:51  23             BY MS. FARER:

18:51  24        Q.   Sorry.  To clarify, their response to your

       25    questionnaire?

                                                            319

18:51  1      A.    Right.  So, yes.  So, additionally,

2    conversations that, you know -- again, once I was --

3    it was made clear that that was not our instance

4    (sic) of the technology, conversations led to, well,

5    what is different between what I see in the SOC

6    report and our -- and our implementation.

18:52  7           The answer was nothing is different.  So

8    we're taking that -- those conversations.  And of

9    course, the subsequent conversations dive into more

10   detail specifics about that.  It's not just take

11   their word for it.

18:52  12          As a security professional, I feel like I

13   know where certain topics need to be dug into versus

14   what -- what's -- what's realistic versus what's not.

18:52  15          And then, again, our internal control

16   systems and testing that we've done that we're able

17   to do, as well as the fact that we haven't found any

18   historical evidence of anything not functioning as we

19   were told, as we were presented.

18:52  20     Q.    Okay.  And who did you have those

21   conversations with about the difference between the

22   SOC 2 report and the solution you all have from

23   Binance.com?

18:53  24     A.    Again, that was Bob.

18:53  25     Q.    Okay.  I'm going to show you --

320

```
           1    it's no longer working.
19:32      2        Q.    And why was ███████████████      the
           3    person who had the shards?
19:32      4        A.    I don't know.
19:33      5        Q.    And why was ██████████?
19:33      6        A.    I don't know that either.
19:33      7        Q.    How did you coordinate picking up the
           8    shards █████?
19:33      9        A.    It was through -- ███ and I -- I was given
          10    ██████████████      information.
19:33     11        Q.    From who?
19:33     12        A.    I believe maybe ████
19:33     13        Q.    ██████████████ --
19:33     14        A.    I don't specifically remember.  It was
          15    somebody -- it was a Bam employee.  I just don't
          16    specifically remember if it was -- I believe it might
          17    have been ████████     the one that's -- as I
          18    understand it, he's the one that has -- he has a --
          19    he has a communication -- he's able to -- I don't
          20    know -- to get communication with ████████████
          ██    ██████   that is basically supporting our instance
          22    from the operational side.
19:34     23            And so we kind of view ████ as like the BHL
          24    support person for our wallet operations support, if
          25    needed.
                                                              342
```

19:34  1      Q.    ████████████████████?

19:34  2      A.    Yes.  That's how I understand it.  I've

     3  never -- I don't have any direct exposure to see any

     4  communications with anybody.  I mean, this is just

     5  from conversations.

19:34  6      Q.    Conversations with whom?

19:34  7      A.    With ████

19:34  8      Q.    So I thought we talked about earlier that

     9  your point of contact for the wallets was ███?

19:34 10      A.    Well, that is for the security and

    11  technology and -- of the -- of the -- of the -- of

    12  the wallets -- like the wallet system back end.

19:34 13      Q.    Okay.  So the role that ████████████

    14  ████ plays with the wallets is what?

19:34 15      A.    I don't know.  I wouldn't even say ███ has

    16  a role.  All I know is that at times ███ may -- if ██

    17  has requests that may affect our -- our shard

    18  operations that -- that ████ was the person that they

    19  would go to -- ██ would go to in the past.

19:35 20      Q.    And how much in the recent past?  Like

    21  when did that cut off, when the shards were delivered

    22  to you?

19:35 23      A.    I don't know -- I don't really know if

    24  this was really a -- like I said, I've never actually

    25  seen anything that would say that they've had any

343