IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, et al.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 1:23-cv-01599<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR *PRO HAC VICE* ADMISSION OF DANIEL KALEBA**

Under this Court's Local Civil Rule 83.2(d), I, Jacob ("Yaakov") M. Roth, counsel for *Amicus Curiae* Circle Internet Financial, LLC, respectfully move that the Court permit Daniel Kaleba to appear *pro hac vice* as counsel for *Amicus Curiae* Circle Internet Financial, LLC. Daniel Kaleba's declaration and a proposed order are attached to this motion.

| | |
|---|---|
| Dated:   October 4, 2023 | Respectfully submitted,<br><br>/s/ Jacob ("Yaakov") M. Roth<br>Jacob ("Yaakov") M. Roth (Bar No. 995090)<br>yroth@jonesday.com<br>JONES DAY<br>51 Louisiana Ave. NW<br>Washington, DC  20001<br>Office (202) 879-3939<br>Fax (202) 626-1700<br><br>*Counsel for Amicus Curiae* |