IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| *Plaintiff*, | ) ) ) CIVIL ACTION NO. 1:23-cv-01599 |
| v. | ) ) |
| BINANCE HOLDINGS LIMITED, et al., | ) ) |
| *Defendants*. | ) |

### DECLARATION OF DANIEL KALEBA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Daniel Kaleba, hereby declare and state as follows:

1. My name, office address, and telephone number are:

   Daniel Kaleba
   Circle Internet Financial, LLC
   99 High Street, Suite 1701
   Boston, MA 02110
   (617) 326-8326
   daniel.kaleba@circle.com

2. I am a member in good standing and admitted to the following courts and bars:

   California (Bar No. 223789) (Admitted 2002)

   U.S. Court of Appeals for the Ninth Circuit

   U.S. District Court for the Northern District of California

   U.S. District Court for the Central District of California

   U.S. District Court for the Eastern District of California

3. I have never been disciplined by any bar and there are no pending disciplinary proceedings against me in any bar. I am not currently disbarred in any court, and I

have not been denied admission to the courts of any state or any court of the United States.

4. I have not been admitted pro hac vice in this Court in the last two years.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Palo Alto, CA this 3 day of October, 2023.

_____
Daniel Kaleba