AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Securities and Exchange Commission, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-CV-01599 |
| Binance Holdings Limited, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae Circle Internet Financial, LLC.

Date: 10/04/2023

/s/ Alexis Zhang
*Attorney's signature*

Alexis Zhang (DDC Bar # 90008032)
*Printed name and bar number*

51 Louisiana Ave. NW
Washington, DC 20001-2113
*Address*

alexiszhang@jonesday.com
*E-mail address*

(202) 879-3939
*Telephone number*

(202) 626-1700
*FAX number*