AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Securities and Exchange Commission,<br>*Plaintiff*<br>v.<br>Binance Holdings Ltd. et al.,<br>*Defendant* | Case No. 23-cv-01599 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission.

Date: 10/05/2023

/s/ Elisa S. Solomon
*Attorney's signature*

Elisa S. Solomon (NY Bar # 5246236)
*Printed name and bar number*

U.S. Securities and Exchange Commission
100 Pearl Street
New York, NY 10004
*Address*

solomonel@sec.gov
*E-mail address*

(212) 336-0427
*Telephone number*

*FAX number*