# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| Plaintiff, | Civil Action No. 1-23-cv-01599 |
| v. | |
| **BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,** | |
| Defendants. | |

### Defendant Binance Holdings Limited's Motion for Amy W. Feagles's Admission *Pro Hac Vice*

Pursuant to Civil Local Rule 83.2(d), Defendant Binance Holdings Limited respectfully moves for admission and appearance of attorney Amy W. Feagles *pro hac vice* in the above-captioned matter.

This motion is supported by the Declaration of Amy W. Feagles, filed herewith. As set forth in the accompanying declaration, Amy W. Feagles is admitted, practicing, and a member in good standing of the bars of State of Maryland and the District of Columbia. This motion is supported and signed by Daniel W. Nelson, an active and sponsoring member of the Bar of this Court.

Dated: October 18, 2023

/s/ Daniel W. Nelson
Daniel W. Nelson
D.C. Bar No. 433415

2

GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-3731
Facsimile: (202) 530-9571
dnelson@gibsondunn.com

*Counsel for Defendant*
*Binance Holdings Limited*