UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,**<br><br>　　　　　　Defendants. | Civil Action No. 1-23-cv-01599 |

**Declaration of Amy W. Feagles in Support of Motion for Admission *Pro Hac Vice***

I, Amy W. Feagles, declare as follows:

1.　I am counsel for Defendant Binance Holdings Limited in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2.　My full name is Amy W. Feagles.

3.　I am a partner with the law firm of Gibson, Dunn & Crutcher LLP. My office address is 1050 Connecticut Avenue, N.W., Washington, D.C. 20036. My telephone number is (202) 887-3699.

4.　I am admitted, practicing, and a member in good standing of the bars of State of Maryland and the District of Columbia (Bar Number 1027681), and eligible to practice before the following courts:

　　◦　District of Columbia Court of Appeals

5.　I have never been disciplined by any bar.

2

6. In the last two years, I have not been admitted *pro hac vice* in this Court.

7. I do engage in the practice of law from an office located in the District of Columbia, and as noted above, I am a member in good standing of the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of October, 2023 in Washington, D.C.

_____
Amy W. Feagles