# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>                    **Plaintiff,**<br><br>      **v.**<br><br>**BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,**<br><br>                    **Defendants.** | **Civil Action No. 1-23-cv-01599** |

### [Proposed] Order

At the District of Columbia this __ day of October, 2023, having considered the Motion of Defendant Binance Holdings Limited seeking the admission *pro hac vice* of Amy W. Feagles (ECF No. __), and the Declaration of Amy W. Feagles submitted in support of the Motion;

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.


_____
Hon.
United States District Judge