AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-01599 (ABJ-ZMF) |
| BINANCE HOLDINGS LIMITED, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae                                                                                                                        .

Date:   10/19/2023

*Weisiyu Jiang*
*Attorney's signature*

Weisiyu Jiang (DC Bar ID. 1617670)
*Printed name and bar number*

Clifford Chance US LLP
2001 K Street, NW
Washigton, DC 20006
*Address*

Weisiyu.Jiang@cliffordchance.com
*E-mail address*

(202) 912-5303
*Telephone number*

(202) 912-6000
*FAX number*