UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br> )<br>*Plaintiff*, )<br> )<br>v. )<br> )<br>BINANCE HOLDINGS LIMITED, et al., )<br> )<br> )<br>*Defendants*. ) | CIVIL ACTION NO. 1:23-cv-01599 (ABJ-ZMF) |

## MOTION FOR *PRO HAC VICE* ADMISSION OF STEVEN F. GATTI

Under this Court's Local Civil Rule 83.2(c), I, Weisiyu Jiang, counsel for *Amicus Curiae* Chamber of Digital Commerce, respectfully request that the Court permit Steven F. Gatti to appear *pro hac vice* as counsel for *Amicus Curiae* Chamber of Digital Commerce. Steven Gatti's declaration and a proposed order are attached to this motion.

Dated: October 19, 2023

Respectfully submitted,

/s/
Weisiyu Jiang (DC Bar ID.1617670)
Clifford Chance US LLP
2001 K Street, NW
Washington, DC 20006
Tel: (202) 912-5303
Weisiyu.Jiang@cliffordchance.com

*Counsel for Amicus Curiae*