UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) ) CIVIL ACTION NO. 1:23-cv-01599 (ABJ-ZMF) |
| BINANCE HOLDINGS LIMITED, et al., | ) ) ) ) |
| *Defendants*. | ) |

### DECLARATION OF STEVEN F. GATTI IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Steven Gatti, hereby declare and state as follows:

1. My name, office address, and telephone number are:

   Steven F. Gatti
   CLIFFORD CHANCE US LLP
   2001 K Street NW, 10th Floor
   Washington, DC 20006
   (202) 912-5095
   Steven.Gatti@CliffordChance.com

2. I am a member of good standing and admitted to the following courts and bars:

   Maryland (Bar No. 9512120283) (Admitted 1995)

   New Jersey (Bar No. 018801995) (Admitted 1995)

   District of Columbia (Bar No. 453577) (Admitted 1997)

   United States District Court, District of Maryland (Bar No. 13103) (Admitted 1997)

3. I have never been disciplined by any bar and there are no pending disciplinary proceedings against me in any bar. I am currently not disbarred in any court, and I have not been denied admission to the courts of any state or any court of the United States.

4. I have not been admitted pro hac vice in this Court within the last two years.

5. I am a member of the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC this 19th day of October, 2023.

                                                      *Steven F. Gatti*
                                                      Steven F. Gatti