UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) *Plaintiff*, ) ) v. ) ) BINANCE HOLDINGS LIMITED, et al., ) ) ) *Defendants*. ) | CIVIL ACTION NO. 1:23-cv-01599 (ABJ-ZMF) |

**[PROPOSED] ORDER**

This court has reviewed the Motion for *Pro Hac Vice* admission of Steven F. Gatti. Upon consideration of that motion, the Court grants attorney Steven F. Gatti pro hac vice admission to this Court.

It is so ORDERED on this ___ day of _____, 2023.

_____
The Hon. Amy Berman Jackson
United States District Judge