UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:23-cv-01599 (ABJ-ZMF) |
| ) | |
| BINANCE HOLDINGS LIMITED, et al., ) | |
| ) | |
| *Defendants*. ) | |

**MOTION FOR *PRO HAC VICE* ADMISSION OF JESSE OVERALL**

Under this Court's Local Civil Rule 83.2(c), I, Weisiyu Jiang, counsel for *Amicus Curiae* Chamber of Digital Commerce, respectfully request that the Court permit Jesse Overall to appear *pro hac vice* as counsel for *Amicus Curiae* Chamber of Digital Commerce. Jesse Overall's declaration and a proposed order are attached to this motion.

Dated: October 19, 2023

                                                                 Respectfully submitted,

                                                                 _____/s/_____
                                                                   Weisiyu Jiang (DC Bar ID. 1617670)
                                                                   Clifford Chance US LLP
                                                                   2001 K Street, NW
                                                                   Washington, DC 20006
                                                                   Tel: (202) 912-5303
                                                                   Weisiyu.Jiang@cliffordchance.com

                                                                   *Counsel for Amicus Curiae*