UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>BINANCE HOLDINGS LIMITED, et al., )<br>)<br>)<br>*Defendants*. ) | CIVIL ACTION NO. 1:23-cv-01599(ABJ-ZMF) |

**DECLARATION OF JESSE OVERALL IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Jesse Overall, hereby declare and state as follows:

1. My name, office address, and telephone number are:

   Jesse Overall
   CLIFFORD CHANCE US LLP
   31 West 52nd Street
   New York, New York 10019
   (212) 878-8289
   Jesse.Overall@CliffordChance.com

2. I am a member of good standing and admitted to the following courts and bars:

   New York Bar (Bar ID. 5475835) (Admitted 2016)

3. I have never been disciplined by any bar and there are no pending disciplinary proceedings against me in any bar. I am currently not disbarred in any court, and I have not been denied admission to the courts of any state or any court of the United States.

4. I have not been admitted pro hac vice in this Court within the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar and do not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York this 19th day of October, 2023.

                                                             *Jesse Overall*
                                                               Jesse Overall