UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,  )<br>)<br>*Plaintiff*,  )<br>)<br>v.  )<br>)<br>BINANCE HOLDINGS LIMITED, et al.,  )<br>)<br>)<br>*Defendants*.  ) | CIVIL ACTION NO. 1:23-cv-01599 (ABJ-ZMF) |

## **[PROPOSED] ORDER**

This court has reviewed the Motion for *Pro Hac Vice* admission of Jesse Overall. Upon consideration of that motion, the Court grants attorney Jesse Overall pro hac vice admission to this Court.

It is so ORDERED on this ___ day of _____, 2023.

_____
The Hon. Amy Berman Jackson
United States District Judge