AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-01599 |
| BINANCE HOLDINGS LIMITED ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Circle Internet Financial, LLC.

Date: 10/19/2023

/s/ Daniel Kaleba
*Attorney's signature*

Daniel Kaleba (admitted pro hac vice)
*Printed name and bar number*

Circle Internet Financial
99 High Street
Suite 1701
Boston Massachusetts, 02110
*Address*

danielkaleba@circle.com
*E-mail address*

(617) 326-8326
*Telephone number*

*FAX number*