AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| SECURITIES AND EXCHANGE COMMISSION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-01599 |
| BINANCE HOLDINGS LIMITED | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Circle Internet Financial, LLC.

Date: 10/19/2023

/s/ Mark W. Rasmussen
*Attorney's signature*

Mark W. Rasmussen (admitted pro hac vice)
*Printed name and bar number*

Jones Day
2727 North Harwood Street
Suite 500
Dallas, Texas 75201-1515
*Address*

mrasmussen@jonesday.com
*E-mail address*

(214) 969-4892
*Telephone number*

(214) 969-5100
*FAX number*