UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

  v.

BINANCE HOLDINGS LIMITED,
BAM TRADING SERVICES INC.,
BAM MANAGEMENT US HOLDINGS INC.,
AND CHANGPENG ZHAO,

          Defendants.

No. 1:23-cv-01599-ABJ-ZMF

**ORDER**

The Court has considered the Motion to Seal Certain Documents Related to the Parties' Joint Status Report, dated October 10, 2023, filed by Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc. (together, "BAM") ("Motion to Seal"). This motion is supported by good cause.

It is hereby **ORDERED** that the motion is granted, and the following portions of documents shall be redacted in the public versions, and the unredacted versions of these documents shall be maintained under seal: (a) Exhibit 1 to the Joint Status Report, as highlighted in Exhibit A of the Declaration of Matthew Beville dated October 17, 2023, filed in Support of the Motion to Seal (the "Beville Declaration"), and (b) Exhibit 2 to the Joint Status Report, as highlighted in Exhibit B to the Beville Declaration.

Dated: October 20, 2023

Zia M. Faruqui
UNITED STATES MAGISTRATE JUDGE