UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR LEAVE TO FILE AN OMNIBUS BRIEF IN EXCESS OF THE LOCAL RULE'S PAGE LIMITS IN RESPONSE TO ALL DEFENDANTS' MOTIONS TO DISMISS**

Plaintiff Securities and Exchange Commission ("SEC") respectfully moves this Court for an order granting leave for the SEC to file an omnibus brief of no more than 80 pages in response to (1) the motion to dismiss the Complaint filed by Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc. (collectively, "BAM"), (Dkt. No. 117), and (2) the joint motion to dismiss the Complaint filed by Defendants Binance Holdings Limited and Changpeng Zhao (collectively, "Binance Defendants"), (Dkt. No. 118).  Defendants have represented to the SEC that they take no position on this Motion.

On June 6, 2023, the SEC filed its Complaint against Defendants that alleges 13 Claims for Relief.  (Dkt. No. 1.)  On September 21, 2023, BAM moved to dismiss all claims against BAM and filed a 45-page memorandum in support of its motion.  (Dkt. No. 117-1.)  That same day, the Binance Defendants moved to dismiss the claims against them and filed a 45-page memorandum in support of their motion.  (Dkt. No. 118.)  In their respective memoranda, Defendants raise numerous and

sometimes overlapping legal arguments in support of their motions.

The SEC's responses to these motions are due November 7, 2023. (Order, Dkt. No. 88.) Under Local Rule 7(e), the SEC is permitted 45 pages for each opposition brief, for a total of 90 pages. Rather than filing separate briefs responding to each motion, the SEC respectfully submits that it is in the interests of judicial economy to permit the SEC to respond to both motions in an omnibus brief, and, given the numerous arguments Defendants raise in their collective 90 pages of briefing, this Court should order an enlargement of Local Rule 7(e)'s 45-page limit to permit the SEC to file an omnibus response that does not exceed 80 pages.

Accordingly, the SEC respectfully requests that this Court grant this Motion.

Dated: October 20, 2023                             Respectfully submitted,

 

s/ Matthew Scarlato
Matthew Scarlato (D.C. Bar No. 484124)
Jennifer L. Farer (D.C. Bar No. 1013915)
J. Emmett Murphy
David A. Nasse (D.C. Bar No. 1002567)
Jorge G. Tenreiro
Elisa S. Solomon
SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE,
Washington, DC 20549
(202) 551-3479 (Scarlato)
scarlatom@sec.gov

*Attorneys for Plaintiff*