UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:23-cv-01599 (ABJ-ZMF) ) |
| BINANCE HOLDINGS LIMITED, et al., | ) ) ) |
| *Defendants*. | ) ) |

**[PROPOSED] ORDER**

Before the Court is the Chamber of Digital Commerce's Motion for Leave to File a Brief as *Amicus Curiae* in Support of Defendants' Motions to Dismiss. Having considered the Motion, and all papers filed in support thereof and in opposition, the Court GRANTS the Motion.

It is so ORDERED on this ___ day of _____, 2023.

_____
The Hon. Amy Berman Jackson
United States District Judge