AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| SECURITIES AND EXCHANGE COMMISSION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-01599 |
| BINANCE HOLDINGS LIMITED et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Investor Choice Advocates Network.

Date:   10/31/2023

/s/ David E. Kirk
*Attorney's signature*

David E. Kirk (admitted pro hac vice)
*Printed name and bar number*

Kirk & Ingram, LLP
43 West 43rd St. Suite 279
New York, NY 10036-7424
*Address*

dkirk@kirkingram.com
*E-mail address*

(302) 593-0650
*Telephone number*

*FAX number*