AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| SECURITIES AND EXCHANGE COMMISSION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-01599 |
| BINANCE HOLDINGS LIMITED et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Investor Choice Advocates Network                                                             .

Date:     10/31/2023                                                      /s/ Michael W. Ingram
                                                                                    *Attorney's signature*

                                                            Michael W. Ingram (admitted pro hac vice)
                                                                  *Printed name and bar number*

                                                                          Kirk & Ingram, LLP
                                                                     100 Wilshire Blvd., Suite 700
                                                                        Santa Monica, CA 90401
                                                                                    *Address*

                                                                       mingram@kirkingram.com
                                                                                *E-mail address*

                                                                              (310) 487-0270
                                                                              *Telephone number*


                                                                                *FAX number*