AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Securities and Exchange Commission, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-01599 |
| Binance Holdings Limited, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Binance Holdings Limited.

Date: 11/02/2023

/s/ Amy W. Feagles
*Attorney's signature*

Amy W. Feagles (pro hac vice)
*Printed name and bar number*

Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
*Address*

AFeagles@gibsondunn.com
*E-mail address*

(202) 887-3699
*Telephone number*

(202) 530-4246
*FAX number*