AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

SECURITIES AND EXCHANGE COMMISSION )
*Plaintiff* )
v. ) Case No. 1:23-cv-01599 (ABJ-ZMF)
BINANCE HOLDINGS LIMITED, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae Chamber of Digital Commerce.

Date: 11/06/2023

/s/ Steven F. Gatti
*Attorney's signature*

Steven F. Gatti (admitted pro hac vice)
*Printed name and bar number*

Clifford Chance US LLP
2001 K Street, NW
Washington, DC 20006
*Address*

steven.gatti@cliffordchance.com
*E-mail address*

(202) 912-5095
*Telephone number*

(202) 912-6000
*FAX number*