UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

**[PROPOSED] ORDER**

This matter is before the Court upon (1) Defendants BAM Trading Services Inc.'s and BAM Management US Holdings Inc.'s Motion to Dismiss, Dkt. No. 117; and (2) Defendants Binance Holdings Limited's and Changpeng Zhao's Joint Motion to Dismiss, Dkt. No. 118 ("Motions"). Plaintiff Securities and Exchange Commission has submitted an opposition to the Motions.

Having considered all of the parties arguments and submissions, the Motions are DENIED.

**SO ORDERED.**

Date: _____

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE