UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED,<br>BAM TRADING SERVICES INC.,<br>BAM MANAGEMENT US HOLDINGS INC.,<br>AND CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

**[PROPOSED] ORDER GRANTING MOTION FOR CONTINUANCE**

Upon consideration of Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc.'s (together, "BAM") unopposed motion for a continuance, it is ORDERED that the motion is GRANTED.   The hearing on the motions to dismiss in the above captioned matter, which is currently set for January 18, 2024, is continued until January 19, 2024 at ___:_____ __m.

Dated: _____

_____
Amy Berman Jackson
UNITED STATES DISTRICT JUDGE