IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            *Plaintiff*,<br><br>v.<br><br>BINANCE HOLDINGS LTD., ET AL<br><br>            *Defendants*. | Civil Action No. 1:23-cv-01599-ABJ-ZMF |

**[PROPOSED] ORDER**

Upon consideration of the Motion of Administrative Law Scholars for Leave to File an Amicus Curiae Brief, and there appearing good cause to grant such leave,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED, and

2. The Brief of Amici Curiae Administrative Law Scholars is deemed submitted and shall be considered part of the record in this matter.

_____
The Honorable Amy Berman Jackson
United States District Court
for the District of Columbia

Dated: November ___, 2023