UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>) CIVIL ACTION NO. 1:23-cv-01599-ABJ-ZMF<br>BINANCE HOLDINGS LIMITED, et al., )<br>)<br>*Defendants*. )<br>)<br>_____ ) | |

## PROPOSED ORDER

Before the Court is New Finance Institute's Motion for Leave to File Brief as Amicus Curiae In Support of Plaintiff's Opposition to Defendants' Motions to Dismiss. Having considered the Motion, and all papers filed in support thereof and in opposition, the Court GRANTS the Motion.

SO ORDERED.

_____
AMY BERMAN JACKSON
United States District Judge