AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-01599-ABJ-ZMF |
| BINANCE HOLDINGS LIMITED, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

New Finance Institute (Proposed Amicus Curiae).

Date: 11/14/2023

/s/ Timothy C. Parlatore
*Attorney's signature*

Timothy C. Parlatore (NY0332)

260 Madison Avenue, 17th Fl
New York, NY 10016
*Address*

timothy.parlatore@parlatorelawgroup.com
*E-mail address*

(212) 603-9918
*Telephone number*

(212) 603-9918
*FAX number*