**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION**,**<br><br>        Plaintiff,<br><br>    v.<br><br>BINANCE HOLDINGS LIMITED, et al.,<br><br>        Defendants. | Civil Action No. 1:23-cv-01599-ABJ |

## MOTION FOR ADMISSION OF DANIEL DAVIS *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), Robert T. Smith, a member of the bar of this Court, hereby moves that Daniel Davis be granted leave to appear and practice *pro hac vice* in these proceedings on behalf of BAM Trading Services Inc. and BAM Management Holdings US Holdings Inc.

In support of this motion, Movant states as follows:

1.        Mr. Davis's full name is Daniel Davis.

2.        Mr. Davis is a licensed attorney practicing in the Chicago office of the law firm Katten Muchin Rosenman LLP, 1919 Pennsylvania Ave., N.W., Suite 800. Washington, DC. His telephone number is (202) 625-3500.

3.        Mr. Davis is a member in good standing of the District of Columbia and Virginia bars.

4.        Mr. Davis has not been disciplined by any bar and there are no pending disciplinary proceedings against him in any bar. He is not currently disbarred in any court, and he has not been denied admission to the courts of any state or any court of the United States.

5.        Mr. Davis has been admitted *pro hac vice* in this Court zero times within the last

two years.

6.      Mr. Davis is a member of the District of Columbia bar (Bar No. 484717) and is engage in the practice of law from an office located in the District of Columbia.

7.      Mr. Davis was previously admitted to the bar of the U.S. District Court for the District of Columbia and intends to apply for admission to the bar of the U.S. District Court for the District of Columbia in the near future. Mr. Davis is seeking *pro hac vice* admission so that he may appear in these proceedings in the interim.

8.      A declaration signed by Mr. Davis, certifying the foregoing information, is attached hereto.

WHEREFORE, Movant requests that Daniel Davis be granted leave to appear and practice *pro hac vice* on behalf of the Defendants BAM Trading Services Inc. and BAM Management Holdings US Holdings Inc. in the above captioned matter.

Dated: December 8, 2023                    Respectfully submitted,


                                          */s/ Robert T. Smith*
                                          Robert T. Smith, D.C. Bar # 996033
                                          Katten Muchin Rosenman LLP
                                          1919 Pennsylvania Ave., N.W., Suite 800
                                          Washington, DC 20006-3404
                                          Washington, DC 20037
                                          Telephone: (202) 625-3500
                                          Fax: (202) 298-7570
                                          robert.smith1@katten.com