UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BINANCE HOLDINGS LIMITED, et al., <br><br> Defendants. | Civil Action No. 1:23-cv-01599-ABJ |

**MOTION FOR ADMISSION OF GARY DEWAAL *PRO HAC VICE***

Pursuant to Local Rule 83.2(d), Robert T. Smith, a member of the bar of this Court, hereby moves that Gary DeWaal be granted leave to appear and practice *pro hac vice* in these proceedings on behalf of BAM Trading Services Inc. and BAM Management Holdings US Holdings Inc.

In support of this motion, Movant states as follows:

1. Mr. DeWaal's full name is Gary DeWaal.

2. Mr. DeWaal is a licensed attorney practicing in the Chicago office of the law firm Katten Muchin Rosenman LLP, 50 Rockefeller Plaza, New York, NY 10020. His telephone number is (212) 625-3500.

3. Mr. DeWaal is a member in good standing of the New York bar.

4. Mr. DeWaal has not been disciplined by any bar and there are no pending disciplinary proceedings against him in any bar. He is not currently disbarred in any court, and he has not been denied admission to the courts of any state or any court of the United States.

5. Mr. DeWaal has been admitted *pro hac vice* in this Court zero times within the last two years.

6.  Mr. DeWaal does not regularly practice law from any office located in the District of Columbia and is not a member of the DC bar.

7.  A declaration signed by Mr. DeWaal, certifying the foregoing information, is attached hereto.

WHEREFORE, Movant requests that Gary DeWaal be granted leave to appear and practice *pro hac vice* on behalf of the Defendants BAM Trading Services Inc. and BAM Management Holdings US Holdings Inc. in the above captioned matter.

Dated: December 8, 2023                          Respectfully submitted,

                                                 /s/ Robert T. Smith
                                                 Robert T. Smith, D.C. Bar # 996033
                                                 Katten Muchin Rosenman LLP
                                                 1919 Pennsylvania Ave., N.W., Suite 800
                                                 Washington, DC 20006-3404
                                                 Washington, DC 20037
                                                 Telephone: (202) 625-3500
                                                 Fax: (202) 298-7570
                                                 robert.smith1@katten.com