UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION**,**<br><br>        Plaintiff,<br><br>  v.<br><br>BINANCE HOLDINGS LIMITED, et al.,<br><br>        Defendants. | Civil Action No. 1:23-cv-01599-ABJ |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF GARY DEWAAL *PRO HAC VICE*

This Court has reviewed the Motion for Admission of Attorney Gary DeWaal Pro Hac Vice. Upon consideration of that motion, the Court grants attorney Gary DeWaal pro hac vice admission to this Court.

It is so ORDERED on this ___ day of _____, 2023.


_____
The Honorable Amy Berman Jackson
United States District Judge