UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BINANCE HOLDINGS LIMITED, et al., <br><br> Defendants. | Civil Action No. 1:23-cv-01599-ABJ |

**MOTION FOR ADMISSION OF LEVI J. GIOVANETTO *PRO HAC VICE***

Pursuant to Local Rule 83.2(d), Robert T. Smith, a member of the bar of this Court, hereby moves that Levi J. Giovanetto be granted leave to appear and practice *pro hac vice* in these proceedings on behalf of BAM Trading Services Inc. and BAM Management Holdings US Holdings Inc.

In support of this motion, Movant states as follows:

1.  Mr. Giovanetto's full name is Levi J. Giovanetto.

2.  Mr. Giovanetto is a licensed attorney practicing in the Chicago office of the law firm Katten Muchin Rosenman LLP, 525 West Monroe Street, Chicago, Illinois 60661, telephone number (312) 902-5200.

3.  Mr. Giovanetto is a member in good standing of the District of Columbia and Illinois bars.

4.  Mr. Giovanetto has not been disciplined by any bar and there are no pending disciplinary proceedings against him in any bar. He is not currently disbarred in any court, and he has not been denied admission to the courts of any state or any court of the United States.

5.  Mr. Giovanetto has been admitted *pro hac vice* in this Court zero times within

the last two years.

6. Mr. Giovanetto is a member of the District of Columbia state bar (Bar No. 1001160), and occasionally engages in the practice of law from an office located in the District of Columbia.

7. A declaration signed by Mr. Giovanetto, certifying the foregoing information, is attached hereto.

WHEREFORE, Movant requests that Levi J. Giovanetto be granted leave to appear and practice *pro hac vice* on behalf of the Defendants BAM Trading Services Inc. and BAM Management Holdings US Holdings Inc. in the above captioned matter.

Dated: December 8, 2023                                   Respectfully submitted,

                                                          */s/ Robert T. Smith*
                                                          Robert T. Smith, D.C. Bar # 996033
                                                          Katten Muchin Rosenman LLP
                                                          1919 Pennsylvania Ave., N.W., Suite 800
                                                          Washington, DC 20006-3404
                                                          Washington, DC 20037
                                                          Telephone: (202) 625-3500
                                                          Fax: (202) 298-7570
                                                          robert.smith1@katten.com