UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BINANCE HOLDINGS LIMITED, et al., <br><br> Defendants. | Civil Action No. 1:23-cv-01599-ABJ |

**DECLARATION OF LEVI J. GIOVANETTO
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Levi J. Giovanetto, hereby declare and state as follows:

1. I submit this declaration in support of the motion of Robert T. Smith for my admission to practice *pro hac vice* in the above captioned matter.

2. My full name is Levi J. Giovanetto. I am an attorney of the law firm Katten Muchin Rosenman LLP, 525 West Monroe Street, Chicago, Illinois 60661. My telephone number is (312) 902-5200.

3. I am a member in good standing of the District of Columbia and Illinois bars.

4. I have never been disciplined by any bar and there are no pending disciplinary proceedings against me in any bar. I am not currently disbarred in any court, and I have not been denied admission to the courts of any state or any court of the United States.

5. I have been admitted pro hac vice in this Court zero times within the last two years.

6. I am a member of the District of Columbia bar (Bar No. 1001160), and I occasionally engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of December, 2023 in Chicago, Illinois.

Respectfully submitted,

_____
Levi J. Giovanetto