UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

BINANCE HOLDINGS LIMITED, et al.,

        Defendants.

Civil Action No. 1:23-cv-01599-ABJ

**MOTION FOR ADMISSION OF CHRISTIAN KEMNITZ *PRO HAC VICE***

Pursuant to Local Rule 83.2(d), Robert T. Smith, a member of the bar of this Court, hereby moves that Christian Kemnitz be granted leave to appear and practice *pro hac vice* in these proceedings on behalf of BAM Trading Services Inc. and BAM Management Holdings US Holdings Inc.

In support of this motion, Movant states as follows:

1.     Mr. Kemnitz's full name is Christian Todd Kemnitz.

2.     Mr. Kemnitz is a licensed attorney practicing in the Chicago office of the law firm Katten Muchin Rosenman LLP, 525 West Monroe Street, Chicago, Illinois 60661, telephone number (312) 902-5200.

3.     Mr. Kemnitz is a member in good standing of the Illinois bars.

4.     Mr. Kemnitz has not been disciplined by any bar and there are no pending disciplinary proceedings against him in any bar. He is not currently disbarred in any court, and he has not been denied admission to the courts of any state or any court of the United States.

5.     Mr. Kemnitz has been admitted *pro hac vice* in this Court zero times within the last two years.

6. Mr. Kemnitz does not regularly practice law from any office located in the District of Columbia and is not a member of the DC bar.

7. A declaration signed by Mr. Kemnitz, certifying the foregoing information, is attached hereto.

WHEREFORE, Movant requests that Christian Kemnitz be granted leave to appear and practice *pro hac vice* on behalf of the Defendants BAM Trading Services Inc. and BAM Management Holdings US Holdings Inc. in the above captioned matter.

Dated: December 8, 2023              Respectfully submitted,

*/s/ Robert T. Smith*
Robert T. Smith, D.C. Bar # 996033
Katten Muchin Rosenman LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006-3404
Washington, DC 20037
Telephone: (202) 625-3500
Fax: (202) 298-7570
robert.smith1@katten.com
