UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, et al.,<br><br>                Defendants. | Civil Action No. 1:23-cv-01599-ABJ |

**DECLARATION OF CHRISTIAN KEMNITZ
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Christian Kemnitz, hereby declare and state as follows:

1. I submit this declaration in support of the motion of Robert T. Smith for my admission to practice *pro hac vice* in the above captioned matter.

2. My full name is Christian Todd Kemnitz. I am an attorney of the law firm Katten Muchin Rosenman LLP, 525 West Monroe Street, Chicago, Illinois 60661. My telephone number is (312) 902-5200.

3. I am a member in good standing of the Illinois bar.

4. I have never been disciplined by any bar and there are no pending disciplinary proceedings against me in any bar. I am not currently disbarred in any court, and I have not been denied admission to the courts of any state or any court of the United States.

5. I have been admitted pro hac vice in this Court zero times within the last two years.

6. I do not regularly practice law from any office located in the District of Columbia and I am not a member of the DC bar.

-2-

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of December, 2023 in Chicago, Illinois.

Respectfully submitted,

_____
Christian Kemnitz