**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil Action No. 1:23-cv-01599-ABJ |
| v. | |
| BINANCE HOLDINGS LIMITED, et al., | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF**
**CHRISTIAN KEMNITZ *PRO HAC VICE***

This Court has reviewed the Motion for Admission of Attorney Christian Kemnitz Pro Hac Vice. Upon consideration of that motion, the Court grants attorney Christian Kemnitz pro hac vice admission to this Court.

It is so ORDERED on this ___ day of _____, 2023.

_____
The Honorable Amy Berman Jackson
United States District Judge