UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BINANCE HOLDINGS LIMITED, et al., <br><br> Defendants. | Civil Action No. 1:23-cv-01599-ABJ |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF DAVID LUGER *PRO HAC VICE***

This Court has reviewed the Motion for Admission of Attorney David Luger Pro Hac Vice. Upon consideration of that motion, the Court grants attorney David Luger pro hac vice admission to this Court.

It is so ORDERED on this ___ day of _____, 2023.

_____
The Honorable Amy Berman Jackson
United States District Judge