UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               *Plaintiff*,<br><br>   v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., and CHANGPENG ZHAO,<br><br>               *Defendants*. | No. 1:23-cv-01599-ABJ-ZMF |

**Errata**

The reply brief filed at ECF 190 by Defendants Binance Holdings Limited ("BHL") and Mr. Changpeng Zhao inadvertently omitted Exhibit A, which is referenced at page 2, footnote 1 of the brief. Defendants accordingly re-file this corrected version of the reply brief, which includes Exhibit A.

Dated:  December 12, 2023

Respectfully submitted,

  */s/ Daniel W. Nelson*
Daniel W. Nelson (D.C. Bar #433415)
Jason J. Mendro (D.C. Bar #482040)
Stephanie Brooker (*pro hac vice*)
M. Kendall Day (*pro hac vice*)
Richard W. Grime (*pro hac vice*)
Amy Feagles (*pro hac vice*)
Matt Gregory (D.C. Bar #1033813)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel: (202) 955-8500
Fax: (202) 467-0539
dnelson@gibsondunn.com
jmendro@gibsondunn.com
sbrooker@gibsondunn.com
kday@gibsondunn.com
rgrime@gibsondunn.com
afeagles@gibsondunn.com
mgregory@gibsondunn.com

*Attorneys for Defendant Binance Holdings Limited*