UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BINANCE HOLDINGS LIMITED, et al., <br><br> Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

### NOTICE OF ENTRY OF APPEARANCE

I, David Luger, hereby enter my appearance in this matter on behalf of BAM Trading Services Inc. and BAM Management US Holdings Inc.

Dated: December 13, 2023               Respectfully submitted,

/s/ David Luger
David Luger (*pro hac vice* IL ARDC # 6299381)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Fax: (312) 902-1061
David.Luger@katten.com

*Attorney for Defendants BAM Trading Services Inc. and BAM Management Holdings US Holdings Inc.*