UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BINANCE HOLDINGS LIMITED, et al.,<br><br>　　　　Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

### NOTICE OF ENTRY OF APPEARANCE

I, Daniel J. Davis, hereby enter my appearance in this matter on behalf of BAM Trading Services Inc. and BAM Management US Holdings Inc.

Dated: December 14, 2023

Respectfully submitted,

/s/ Daniel J. Davis
Daniel J. Davis, (*pro hac vice*) D.C. Bar # 484717
Katten Muchin Rosenman LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006-3404
Telephone: (202) 625-3500
Fax: (202) 298-7570
Daniel.Davis@katten.com

*Attorney for Defendants BAM Trading Services Inc. and BAM Management Holdings US Holdings Inc.*