UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION**,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BINANCE HOLDINGS LIMITED, et al.,<br><br>　　　　　Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

**NOTICE OF ENTRY OF APPEARANCE**

　　I, Levi Giovanetto, hereby enter my appearance in this matter on behalf of BAM Trading Services Inc. and BAM Management US Holdings Inc.

Dated: December 14, 2023　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Levi Giovanetto*
　　　　　　　　　　　　　　　　　　　　Levi Giovanetto *(pro hac vice)* (D.C. Bar #1001160)
　　　　　　　　　　　　　　　　　　　　Katten Muchin Rosenman LLP
　　　　　　　　　　　　　　　　　　　　525 West Monroe Street
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60661
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 902-5200
　　　　　　　　　　　　　　　　　　　　Fax: (312) 902-1061
　　　　　　　　　　　　　　　　　　　　Levi.Giovanetto@katten.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants BAM Trading Services Inc. and BAM Management Holdings US Holdings Inc.*