UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION**,**<br><br>           Plaintiff,<br><br>     v.<br><br>BINANCE HOLDINGS LIMITED, et al.,<br><br>           Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

**NOTICE OF ENTRY OF APPEARANCE**

I, Sheehan Band, hereby enter my appearance in this matter on behalf of BAM Trading Services Inc. and BAM Management US Holdings Inc.

Dated: December 14, 2023                    Respectfully submitted,

                                                           */s/ Sheehan Band*
                                                           Sheehan Band (*pro hac vice* IL # 6320262)
                                                           Katten Muchin Rosenman LLP
                                                           525 West Monroe Street
                                                           Chicago, IL 60661
                                                           Telephone: (312) 902-5200
                                                           Fax: (312) 902-1061
                                                           Sheehan.Band@katten.com

                                                           *Attorney for Defendants BAM Trading Services Inc. and BAM Management Holdings US Holdings Inc.*