UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED,<br>BAM TRADING SERVICES INC.,<br>BAM MANAGEMENT US HOLDINGS INC.,<br>AND CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

**CERTIFICATE REQUIRED BY FRCP 7.1 AND LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc., pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 26.1, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of BAM Management US Holdings Inc., which have any outstanding securities in the hands of the public and that BAM Trading Services Inc. is the wholly owned subsidiary of BAM Management US Holdings, Inc.  These representations are made in order that judges of this Court may determine need for recusal.

<table>
<tr><td>
Dated: December 18, 2023<br>
Washington, D.C.
</td><td>
By: <u>/s/ Levi Giovanetto</u><br>
Levi Giovanetto (pro hac vice) (D.C. Bar #1001160)<br>
Katten Muchin Rosenman LLP<br>
525 West Monroe Street<br>
Chicago, IL 60661<br>
Telephone: (312) 902-5200<br>
Fax: (312) 902-1061<br>
Levi.Giovanetto@katten.com<br>
<br>
*Attorney for Defendants BAM Trading Services Inc. and BAM Management Holdings US Holdings Inc.*
</td></tr>
</table>