**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    *Plaintiff*,<br><br> v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>    *Defendants*. | No. 1:23-cv-01599-ABJ-ZMF |

**Certificate Under Local Civil Rule 26.1**

 I, the undersigned counsel of record for Binance Holdings Limited ("BHL"), certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of BHL, which have any outstanding securities in the hands of the public.

 These representations are made in order that judges of this Court may determine the need for recusal.

Dated:  December 18, 2023

                         Respectfully submitted,

                          */s/ Daniel W. Nelson*
                          Daniel W. Nelson (D.C. Bar #433415)
                          GIBSON, DUNN & CRUTCHER LLP
                          1050 Connecticut Avenue, N.W.
                          Washington, DC 20036-5306
                          Tel: (202) 955-8500
                          Fax: (202) 467-0539
                          dnelson@gibsondunn.com

                          *Attorney for Defendant Binance Holdings Limited*