# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) |
| *Plaintiff*, | ) ) |
| v. | ) ) ) |
| | ) CIVIL ACTION NO. 1:23-cv-01599-ABJ-ZMF |
| BINANCE HOLDINGS LIMITED, et al., | ) ) ) |
| *Defendants*. | ) ) ) |

# MOTION FOR ADMISSION OF
# SCOTT D. BRENNER *PRO HAC VICE*

Pursuant to Rule 83.2 (c) of the local rules of this court., Timothy C. Parlatore, Under signing sponsor and council, respectfully moves the court for the admission *pro hac vice* of Scott D. Brenner, a partner of Parlatore Law Group, LLP, to appear for New Finance Institute, *amicus curiae*, in this action.

The movant, Timothy C. Parlatore, is a member in good standing of the bar of the State of New York (Reg. No. 4679429) and the District Court for the District of Columbia, and is authorized to file through the Court's Electronic Filing System.  Mr. Parlatore is the Managing Partner in the law firm of Parlatore Law Group, located at:

>260 Madison Avenue, 17th Floor
>New York, NY 10016
>212-679-6312
>timothy.parlatore@parlatorelawgroup.com

This motion is accompanied by a declaration from Scott D. Brenner, attached hereto as **Exhibit A**, providing the information required by Rule 83.2© of the Local Rules of this Court.

As set forth in the declaration, Scott D. Brenner meets the requirements under rule 83.2(c) for admission *pro hac vice*.

A proposed order is attached here too as **Exhibit B**.

A certificate of good standing from the State Bar of New York is attached as **Exhibit C**. For the foregoing reasons, the undersigned respectfully requests that this motion be granted and that Scott D Brenner be permitted to represent New Finance Institute, *amicus curiae*.

Respectfully submitted this 18th day of December, 2023.

/s/ *Timothy C. Parlatore*
Timothy C. Parlatore (NY0332)
*Counsel for Proposed Amicus Curiae New Finance Institute*
Parlatore Law Group, LLP
260 Madison Avenue, 17th Floor
New York, NY 10016
212-679-6312
timothy.parlatore@parlatorelawgroup.com