# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

    *Plaintiff*,

v.

BINANCE HOLDINGS LIMITED, et al.,

    *Defendants*.

CIVIL ACTION NO. 1:23-cv-01599-ABJ-ZMF

## DECLARATION OF SCOTT D. BRENNER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Scott D. Brenner, hereby state and declare the following under penalties of perjury.

1. My name, office address and telephone number are as follows:

   Scott D. Brenner
   PARLATORE LAW GROUP, LLP
   260 Madison Avenue, 17th Floor
   New York, N.Y. 10016
   646-330-4725
   scott.brenner@parlatorelawgroup.com

2. I am a member in good standing and admitted to the following courts and bars:

   New York (State Bar No. 2430270 Admitted November 13, 1991)
   Southern District of New York (SB4264 Admitted September 8, 1997)
   Eastern District of New York (SB4264 Admitted September 8, 1997)
   Connecticut (State "Juris" No. 404193 Admitted June 7, 1991)
   District of Connecticut (ct14057 Admitted September 2, 1994)
   United States Supreme Court (Bar Registration No. 238354) (Admitted June 4, 2001)

3. I have never been disciplined by any bar and there are no pending disciplinary proceedings against me in any bar. I am currently not disbarred in any court, and I have not been denied admission to the courts of any state or any court of the United States.

During a brief period between January 30, 2017 and April 18, 2017, however, my license in NYS was suspended for failure to file my biennial statement – during this period (beginning in 2015) I had reduced and eventually put my practice on hold to care for my father who was dying from a rare and aggressive anaplastic mutative cancer, and my mother who had Stage IV COPD. I thereafter took care of the filings and was reinstated to practice on April 18, 2017. I have remained in good standing in all courts since that time period, and presently in good standing before all of the foregoing courts. I am currently not under suspension or disbarment proceedings in any court, state or federal, nor are there any disciplinary proceedings pending against me.

4. I have not been admitted pro hac vice into this court within the last two years.

5. I am not a member of the DC Bar. I do not currently have a pending petition for full admission to this Court, but I do intend to file one in the near future.

6. As proposed *pro hac vice* counsel for New Finance Institute, *amicus curiae*, I do not anticipate participating at trial. However, in compliance with Local Rule 83.2b, in the event that I am called upon to act as sole or lead counsel in a contexted evidentiary hearing or trial on the merits, I further certify that I have previously acted as sole or lead counsel in a state trial court of general jurisdiction, wherein I represented parties in both bench and jury trials in open court whereupon an appealable order was entered.

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York
November 22, 2023

Scott D. Brenner

Scott D. Brenner, Esq. (SB4264)
(Admission Pending)
Parlatore Law Group, LLP
260 Madison Avenue, 17th Floor
New York, NY 10016
Telephone: (646) 330-4725
scott.brenner@parlatorelawgroup.com

/s/ *Timothy C. Parlatore*
Timothy C. Parlatore (NY0332)
Parlatore Law Group, LLP
1440 N. Edgewood Street
Arlington, VA 22201
Telephone: 212.603.9918
Email: timothy.parlatore@
      parlatorelawgroup.com
*Counsel for Proposed Amicus Curiae*
*New Finance Institute*