# EXHIBIT B

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>) CIVIL ACTION NO. 1:23-cv-01599-ABJ-ZMF<br>)<br>BINANCE HOLDINGS LIMITED, et al., )<br>)<br>*Defendants*. )<br>)<br>_____) | |

# [PROPOSED] ORDER GRANTING ADMISSION OF
# SCOTT D. BRENNER *PRO HAC VICE*

UPON CONSIDERATION of New Finance Institute's (amicus curiae) Motion for Pro Hac Vice Admission of Scott D. Brenner, together with papers submitted in support thereof, the Court HEREBY ORDERS:

New Finance Institute's (amicus curiae) Motion for Pro Hac Vice Admission of Scott D. Brenner is GRANTED and Scott D. Brenner is admitted Pro Hac Vice to the United States District Court for the District of Columbia in the above-captioned case.

IT IS SO ORDERED.

This \_\_\_\_ day of _____, 2023.

_____
United States Judge