UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

**COMPLAINT TABLE OF CONTENTS**

SUMMARY ............................................................................................................................. 1

VIOLATIONS ......................................................................................................................... 5

NATURE OF THE PROCEEDING AND RELIEF SOUGHT ............................................... 6

JURISDICTION AND VENUE .............................................................................................. 7

DEFENDANTS ....................................................................................................................... 8

CERTAIN OTHER ENTITIES ............................................................................................. 10

BACKGROUND ................................................................................................................... 12

I.     STATUTORY AND LEGAL FRAMEWORK ............................................... 12

     A.     The Securities Act's Registration and Disclosure Requirements ......... 13

     B.     The Exchange Act's Registration and Other Requirements ................ 13

          i.     Registration of Exchanges ....................................................... 14

          ii.    Registration of Broker-Dealers ................................................ 16

          iii.   Registration of Clearing Agencies ........................................... 16

|   |   | |
|---|---|---|
| | C. | Registration of Exchanges, Broker-Dealers, and Clearing Agencies Is Essential to the Proper Functioning of the U.S. Securities Markets and to the Protection of Investors .................................................................................................................. 17 |
| II. | BACKGROUND ON CRYPTO ASSETS AND CRYPTO TRADING PLATFORMS 19 | |
| | A. | Crypto Assets ................................................................................................... 19 |
| | B. | Consensus Mechanisms and Validation of Transactions on a Blockchain ........... 20 |
| | C. | The Offer and Sale of Crypto Assets ................................................................. 20 |
| | D. | Crypto Asset Trading Platforms ........................................................................ 21 |
| | E. | The DAO Report .............................................................................................. 22 |

FACTS ............................................................................................................................... 23

| | | |
|---|---|---|
| III. | UNDER ZHAO'S CONTROL, BINANCE PROVIDED EXCHANGE, BROKER-DEALER, AND CLEARING AGENCY SERVICES TO U.S. INVESTORS THROUGH THE BINANCE.COM PLATFORM ................................................................... 23 | |
| | A. | The Binance.com Platform Provides a Marketplace and Facilities for Trading Crypto Asset Securities. .................................................................................... 24 |
| | | i. Display and Order Book. ......................................................................... 24 |
| | | ii. Order Matching and Trading Rules ......................................................... 25 |
| | | iii. Binance OTC ........................................................................................... 25 |
| | B. | Binance Holds and Controls Customers' Funds and Crypto Assets. .................... 26 |
| | C. | Binance Clears and Settles Customers' Trades. .................................................. 27 |
| | D. | Binance's Receives Compensation. ................................................................... 27 |
| | E. | Zhao and Binance Actively Solicited Investors in the United States to Trade Crypto Assets on the Binance.com Platform. .................................................... 28 |
| | | i. Binance Marketed its Services Worldwide, Including Specifically to U.S. Customers. ............................................................................................... 28 |
| | | ii. Zhao and Binance Developed a Plan to Evade U.S. Legal Scrutiny While Continuing to Profit from U.S. Investors. ................................................ 29 |

   iii. Consistent with the Tai Chi Plan, Binance Encouraged and Assisted U.S. Customers to Circumvent Binance's Supposed Restrictions.................... 32

IV. ZHAO AND BINANCE ESTABLISHED THE BINANCE.US PLATFORM WHILE MAINTAINING SUBSTANTIAL INVOLVEMENT AND CONTROL OF ITS OPERATIONS......................................................................................................... 36

 A. Zhao and Binance Created U.S. Entities BAM Management and BAM Trading and Developed the Binance.US Platform. ............................................................ 36

 B. Binance Announced the Launch of the Binance.US Platform............................. 38

 C. Zhao and Binance Exerted Substantial Control Over and Were Integral Participants in the Operations of the Binance.US Platform and BAM Trading. ... 38

  i. Zhao and Binance Directed and Were Integrally Involved in the Operation of the Binance.US Platform's Trading Services. ...................................... 39

  ii. Zhao and Binance Directed Selection of Crypto Assets for Trading on the Binance.US Platform. ................................................................................ 40

  iii. Zhao and Binance Have Controlled BAM Trading's Bank Accounts and Finances. ................................................................................................... 41

  iv. Zhao and Binance Controlled Binance.US Platform Customers' Funds and Crypto Assets Deposited, Held, Traded, and/or Accrued on the Platform. ................................................................................................................... 43

  v. Zhao and Binance Directed BAM Trading to Engage Zhao-Controlled Market Makers on the Binance.US Platform. .......................................... 46

 D. Zhao Rejected BAM CEO A's and BAM CEO B's Efforts to Give BAM Trading "Independence" from Zhao and Binance. ........................................................... 48

V. UNDER ZHAO'S CONTROL, BAM TRADING AND BINANCE PROVIDE EXCHANGE AND CLEARING AGENCY FUNCTIONS TO U.S. CUSTOMERS, AND BAM TRADING ALSO PROVIDES BROKERAGE SERVICES TO U.S. CUSTOMERS.................................................................................................................... 51

 A. BAM Trading and Binance, Under Zhao's Control, Solicit Investors. ................ 51

 B. BAM Trading and Binance Together, Under Zhao's Control, Maintain and Provide a Marketplace and Facilities for Trading Crypto Asset Securities.......... 53

  i. Order Matching and Trading Rules of the Binance.US Platform............. 54

    ii. The Binance.US Platform's OTC Desk, OCBS, and Convert Services ... 54

  C. BAM Trading and Binance, Under Zhao's Control, Hold and Control Customers' Funds and Crypto Assets. ............................................................................................. 55

  D. BAM Trading Receives Compensation. ............................................................... 57

VI. BAM TRADING AND BAM MANAGEMENT ENGAGED IN ACTS AND PRACTICES THAT OPERATED AS A FRAUD AND DECEIT UPON, AND MADE FALSE AND MISLEADING STATEMENTS TO, INVESTORS. ............................... 58

  A. BAM Trading and BAM Management Touted Their Prohibition of Manipulative Trading on the Binance.US Platform to Investors. ............................................... 59

  B. BAM Trading and BAM Management Misleadingly Touted the Trading Volume of the Binance.US Platform and of Various Crypto Asset Securities to Investors. ................................................................................................................................. 61

  C. BAM Trading's and BAM Management's Statements Were Materially False and Misleading, and BAM Trading and BAM Management Engaged in Acts and Practices That Operated as a Fraud and Deceit Upon Purchasers. ....................... 63

  D. Sigma Chain's Wash Trading on the Binance.US Platform Further Demonstrated the Falsity of BAM Trading and BAM Management's Statements. .................... 65

  E. BAM Trading's and BAM Management's False and Misleading Statements and Deceptive Acts and Practices Were Material. ....................................................... 68

VII. BINANCE AND BAM TRADING ENGAGED IN UNREGISTERED OFFERS AND SALES OF SECURITIES. ............................................................................................... 69

  A. Binance Offered and Sold BNB as a Security ...................................................... 70

  B. Binance Offered and Sold BUSD as a Security. ................................................... 77

  C. Binance Offered and Sold Its BNB Vault and Simple Earn Programs as Securities. ................................................................................................................................. 79

  D. BAM Trading Offered and Sold Its Staking Program as a Security. .................... 81

VIII. THE CRYPTO ASSETS TRADED ON THE BINANCE.COM PLATFORM AND BINANCE.US PLATFORM INCLUDE ASSETS THAT WERE OFFERED AND SOLD AS SECURITIES. .............................................................................................. 85

  A. SOL ....................................................................................................................... 88

      B.     ADA ........................................................................................................... 92

      C.     MATIC ....................................................................................................... 94

      D.     FIL ............................................................................................................. 98

      E.     ATOM ..................................................................................................... 104

      F.     SAND ...................................................................................................... 108

      G.     MANA .................................................................................................... 111

      H.     ALGO ..................................................................................................... 114

      I.     AXS ......................................................................................................... 119

      J.     COTI ....................................................................................................... 121

IX.    BINANCE AND BAM TRADING WERE REQUIRED TO BUT DID NOT REGISTER AS AN EXCHANGE, BROKER-DEALER, OR CLEARING AGENCY. .................... 123

FIRST CLAIM FOR RELIEF ............................................................................................... 125

SECOND CLAIM FOR RELIEF .......................................................................................... 125

THIRD CLAIM FOR RELIEF .............................................................................................. 126

FOURTH CLAIM FOR RELIEF .......................................................................................... 127

FIFTH CLAIM FOR RELIEF ............................................................................................... 128

SIXTH CLAIM FOR RELIEF ............................................................................................... 128

SEVENTH CLAIM FOR RELIEF ........................................................................................ 129

EIGHTH CLAIM FOR RELIEF ........................................................................................... 129

NINTH CLAIM FOR RELIEF .............................................................................................. 130

TENTH CLAIM FOR RELIEF ............................................................................................. 131

ELEVENTH CLAIM FOR RELIEF ..................................................................................... 131

TWELFTH CLAIM FOR RELIEF ....................................................................................... 132

THIRTEENTH CLAIM FOR RELIEF ................................................................................... 133

PRAYER FOR RELIEF ....................................................................................................... 133

DEMAND FOR JURY TRIAL ............................................................................................ 136