UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE
OF DOCUMENTS INCORPORATED BY REFERENCE IN THE COMPLAINT**

Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this Notice of documents it believes are incorporated by reference in the SEC's Complaint (Dkt. No. 1), per the Court's January 10, 2024 minute order.

| Incorporated Document | Complaint Paragraph | Hyperlink |
|---|---|---|
| 1. Plaintiff considers the entire Binance.com website as incorporated in the Complaint, including the following: | | |
| a. "Terms of Use," Binance.com (Feb. 8, 2023) | Compl. ¶¶ 126, 153, 244 | Binance.com Terms of Use.pdf |
| b. Binance Exchange, Whitepaper V1.1 (June 16, 2017) | Compl. ¶¶ 82, 83, 290-92, 294-95, 298 | BNB White Paper v. 1.1.pdf |

1

| Incorporated Document | Complaint Paragraph | Hyperlink |
|---|---|---|
| c. "What is BNB Auto Burn," Binance.com (Jan. 12, 2022) | Compl. ¶ 295 | What Is BNB Auto-Burn _ _ Binance Academy.pdf |
| d. "Introduction to Binance Simple Earn," Binance.com (Sept. 22, 2022) | Compl. ¶ 328 | Introduction to Binance Simple Earn.pdf |
| e. "Binance Launches BNB Vault – Earn Daily Income from the BNB Ecosystem," Binance.com (Nov. 3, 2020) | Compl. ¶ 332 | Binance Launches BNB Vault - Earn Daily...pdf |
| f. "Introducing BNB Vault: One-Click Earning for Your BNB Holdings," Binance Blog (Nov. 2, 2020) | Compl. ¶ 334 | Introducing BNB Vault_ One-Click Earning for Your BNB Holdings _ Binance Blog.pdf |
| g. "Crypto Staking: Definition, Benefits, and Tips," Binance Blog (June 7, 2022) | Compl. ¶¶ 339-51 | Crypto Staking Definition, Benefits, and Tips.pdf |
| h. "How to buy BNB (BNB) Guide," Binance.com (June 7, 2023) | Compl. ¶¶ 287-314 | How to buy BNB (BNB) Guide – Binance.pdf |
| i. "BNB Vault Binance Tutorial," Binance.com | Compl. ¶¶ 331-37 | BNB Vault Video.wmv |
| j. "BNB Vault: One-click to earn multi-benefits with BNB," Binance.com (April 2, 2023) | Compl. ¶¶ 282-86, 325-38 | BNB Vault _ One-click to earn.pdf |
| k. "BNB/USDT Spot Trade, Info," Binance.com (as of June 5, 2023, last accessed Jan. 15, 2024) | Compl. ¶¶ 287-314 | Info_BNB Capture.pdf |
| l. "What Is Binance Earn and How to Use It," Binance.com (Oct. 30, 2020) | Compl. ¶¶ 315-24 | What Is Binance Earn and How to Use It _ Binance Support.pdf |

| Incorporated Document | Complaint Paragraph | Hyperlink |
|---|---|---|
| m. "Convert Cash to BUSD to Earn up to 15% Interest," Binance Blog (Mar. 1, 2020) | Compl. ¶¶ 315-24 | Convert Cash to BUSD to Earn up to 15% Interest _ Binance Blog.pdf |
| n. "Grow Your Crypto with a Rewards Rate of Up to 12.50 %," Binance.com (as of June 5, 2023, last accessed Jan. 15, 2024) | Compl. ¶¶ 315-24 | Grow Your Crypto |
| o. "Binance DeFi Staking Launches BUSD High-Yield Activity with Up to 13.33% APY," Binance.com (Mar. 24, 2022) | Compl. ¶¶ 315-24 | Binance DeFi Staking Launches BUSD High...ith Up to 13.pdf |
| p. "Launchpad vs. Launchpool: Which One Drives More Crypto Growth?," Binance.com (June 28, 2021) | Compl. ¶¶ 338, 441, 445, 497, 500-02 | Launchpad vs. Launchpool.pdf |
| q. "What Is Binance DeFi Staking and How to Use It," Binance.com (Aug. 19, 2020) | Compl. ¶¶ 339-51 | What Is Binance DeFi Staking and How to Use It.pdf |
| r. "ETH Staking & ETH Proof-of-Stake FAQs (7 months ago)," Binance.com (as of June 5, 2023, last accessed Jan. 15, 2024) | Compl. ¶¶ 339-43 | ETH Staking & ETH Proof-of-Stake FAQs – Binance.pdf |
| s. "Solana/USDT Spot Trade, Info," Binance.com (as of June 5, 2023, last accessed Jan. 15, 2024) | Compl. ¶ 364 | Info_Solana Capture.pdf |
| t. "How to buy Solana (SOL) Guide – Binance," Binance.com (Feb. 3, 2023) | Compl. ¶ 364 | How to buy Solana (SOL) Guide – Binance |
| u. "How to Buy Cardano (ADA) Guide," Binance.com (Apr. 4, 2023) | Compl. ¶¶ 378-83 | How to buy Cardano (ADA) Guide – Binance.pdf |

| Incorporated Document | Complaint Paragraph | Hyperlink |
|---|---|---|
| v. "ADA/USDT Spot Trade, Info," Binance.com (as of June 5, 2023, last accessed Jan. 15, 2024) | Compl. ¶¶ 378-83 | Info_ADA Capture.pdf |
| w. "MATIC/USDT Spot Trade, Info," Binance.com (as of June 5, 2023, last accessed Jan. 15, 2024) | Compl. ¶¶ 384-98 | Info_MATIC Capture.pdf |
| x. "How to Buy Polygon (MATIC) Guide," Binance.com (Mar. 14, 2023) | Compl. ¶¶ 384-98 | How to buy Polygon (MATIC) Guide – Binance Wayback.pdf |
| y. "How to Buy Filecoin (FIL) Guide," Binance.com (Nov. 11, 2022) | Compl. ¶¶ 399-426 | How to buy Filecoin (FIL) Guide – Binance.pdf |
| z. "FIL/USDT Spot Trade, Info," Binance.com (as of June 5, 2023, last accessed Jan 15, 2024) | Compl. ¶¶ 399-426 | Info_FIL Capture.pdf |
| aa. "How to Buy Cosmos (ATOM) Guide," Binance.com (May 28, 2023) | Compl. ¶¶ 427-37 | How to buy Cosmos (ATOM) Guide – Binance.pdf |
| bb. "ATOM/USDT Spot Trade, Info," Binance.com (as of June 5, 2023, last accessed Jan. 15, 2024) | Compl. ¶¶ 427-37 | Info_ATOM Capture.pdf |
| cc. "How to Buy the Sandbox (SAND) Guide," Binance.com (Mar. 13, 2023) | Compl. ¶¶ 438-50 | How to buy The Sandbox (SAND) Guide – Binance.pdf |
| dd. "SAND/USDT Spot Trade, Info," Binance.com (as of June 5, 2023, last accessed Jan. 15, 2024) | Compl. ¶¶ 438-50 | Info_SAND Capture.pdf |
| ee. "How to Buy Decentraland (MANA) Guide," Binance.com (Nov. 21, 2022) | Compl. ¶¶ 451-64 | How to buy Decentraland (MANA) Guide – Binance.pdf |

4

| Incorporated Document | Complaint Paragraph | Hyperlink |
|---|---|---|
| ff. "MANA/USDT Spot Trade, Info," Binance.com (as of June 5, 2023, last accessed Jan. 15, 2024) | Compl. ¶¶ 451-64 | Info_MANA Capture.pdf |
| gg. "How to Buy Algorand (ALGO) Guide," Binance.com (Nov. 25, 2022) | Compl. ¶¶ 465-85 | How to buy Algorand (ALGO) Guide – Binance.pdf |
| hh. "ALGO/USDT Spot Trade, Info," Binance.com (as of June 5, 2023, last accessed Jan. 15, 2024) | Compl. ¶¶ 465-85 | Info_ALGO Capture.pdf |
| ii. "How to Buy Axie Infinity (AXS) Guide," Binance.com (Nov. 21, 2022) | Compl. ¶¶ 486-95 | How to buy Axie Infinity (AXS) Guide – Binance.pdf |
| jj. "AXS/USDT Spot Trade, Info," Binance.com (last visited Jan. 15, 2024) | Compl. ¶¶ 486-95 | Info_AXS Capture.pdf |
| kk. "How to Buy COTI (COTI) Guide," Binance.com (Nov. 24, 2022) | Compl. ¶¶ 496-509 | How to buy COTI (COTI) Guide – Binance.pdf |
| ll. "COTI/USDT Spot Trade Info," Binance.com (as of June 5, 2023, last accessed Jan. 15, 2024) | Compl. ¶¶ 496-509 | Info_COTI Capture.pdf |
| 2. Plaintiff considers the entire Binance.US website as incorporated in the Complaint, including the following: | | |
| a. Binance.US Trading "Terms of Use," Binance.US (May 5, 2023) | Compl. ¶¶ 126, 153, 244, 346 | 2023_05_05_Binance. US Terms of Use.pdf |
| b. Binance.US Platform "Trading Rules," Binance.US (Sept. 18, 2019) | Compl. ¶¶ 233, 244-45 | BAM Platform Trading Rules.pdf |

| Incorporated Document | Complaint Paragraph | Hyperlink |
|---|---|---|
| c. "Staking on Binance.US - Frequently Asked Questions (4 months ago Updated)," Binance.US  (last accessed Jan 15, 2024) | Compl. ¶¶ 339-51 | [Staking on Binance.US - Frequently Asked Questions – Binance.pdf](#) |
| d. "Crypto Staking: Earn Rewards on Binance.US," Binance.US  (as of June 5, 2023, last accessed Jan 15, 2024)as | Compl. ¶ 344 | [Crypto Staking_ Earn Rewards on Binance.US.pdf](#) |
| e. "How to Stake, Unstake, & Manage Staking Rewards on Binance.US (7 months ago Updated)," Binance.US (last visited Jan. 15, 2024) | Compl. ¶¶ 339-51 | [How to Stake, Unstake, & Manage Staking Rewards on Binance.US – Binance.pdf](#) |
| 3. "Matic Whitepaper Version 1.1," Matic | Compl. ¶¶ 387, 390 | [MATIC Whitepaper.pdf](#) |
| 4. "Filecoin: A Cryptocurrency Operated File Storage Network," Protocol Labs | Compl. ¶ 400 | [Filecoin Whitepaper.pdf](#) |
| 5. "Cosmos Whitepaper: A Network of Distributed Ledgers," Cosmos (as of June 1, 2023) | Compl. ¶ 436 | [Whitepaper - Resources - Cosmos Network June 1 2023.pdf](#) |
| 6. "The Sandbox: Play. Create. Own. Govern. Earn," Sandbox (2020) | Compl. ¶ 445 | [The_Sandbox_Whitepaper_2020.pdf](#) |
| 7. "Decentraland: A blockchain-based virtual world", Decentraland | Compl. ¶ 461 | [Decentrland Whitepaper.pdf](#) |
| 8. Axie Infinity Whitepaper (last updated Nov. 2021) | Compl. ¶ 494 | [Axie Infinity - Axie Infinity Whitepaper.pdf](#) |