UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        *Plaintiff*,<br><br>   v.<br><br>BINANCE HOLDINGS LIMITED,<br>BAM TRADING SERVICES INC.,<br>BAM MANAGEMENT US HOLDINGS<br>INC., AND CHANGPENG ZHAO,<br><br>        *Defendants*. | No. 1:23-cv-01599-ABJ-ZMF |

**Notice from Binance Holdings Limited and Mr. Changpeng Zhao**

In response to the Court's Minute Order, dated January 10, 2024, Defendants Binance Holdings Limited and Mr. Changpeng Zhao respectfully notify the Court that the following documents are incorporated by reference in the Complaint.

| Title | Complaint Paragraph | Link To Included PDF | Web Link |
|---|---|---|---|
| *Simple Earn*, Binance.com | 328 | Link | https://tinyurl.com/ycxh7e7v |
| *Binance Launches BNB Vault – Earn Daily Income from the BNB Ecosystem*, Binance.com (Nov. 3, 2020) | 332 | Link | https://tinyurl.com/yjkwkcfv |
| *Introducing BNB Vault: One-Click Earning for Your BNB Holdings*, Binance Blog (Nov. 3, 2020) | 334 | Link | https://tinyurl.com/5aask7ym |

Dated:  January 17, 2023

Respectfully submitted,

 /s/ Daniel W. Nelson
Daniel W. Nelson (D.C. Bar #433415)
Jason J. Mendro (D.C. Bar #482040)
Stephanie Brooker (*pro hac vice*)
M. Kendall Day (*pro hac vice*)
Richard W. Grime (*pro hac vice*)
Amy Feagles (*pro hac vice*)
Matt Gregory (D.C. Bar #1033813)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel: (202) 955-8500
Fax: (202) 467-0539
dnelson@gibsondunn.com
jmendro@gibsondunn.com
sbrooker@gibsondunn.com
kday@gibsondunn.com
rgrime@gibsondunn.com
afeagles@gibsondunn.com
mgregory@gibsondunn.com

*Attorneys for Defendant Binance Holdings Limited*

        /s/ *Abid Qureshi*
Abid R. Qureshi (D.C. Bar No. 459227)
William R. Baker, III (D.C. Bar No. 383944)
Eric S. Volkman (D.C. Bar No. 490999)
Michael E. Bern (D.C. Bar No. 994791)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
abid.qureshi@lw.com
william.baker@lw.com
eric.volkman@lw.com
michael.bern@lw.com

Douglas K. Yatter (*pro hac vice*)
Benjamin Naftalis (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
douglas.yatter@lw.com
benjamin.naftalis@lw.com

Heather A. Waller (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 993-9767
heather.waller@lw.com

Melanie M. Blunschi (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 391-0600
Fax: (415) 395-8095
melanie.blunschi@lw.com

*Attorneys for Defendant Changpeng Zhao*