IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,,<br><br>Defendants. | No. 1-23-cv-01599-ABJ-ZMF |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Pursuant to D.C. Local Civil Rule 83.6, Matthew T. Martens, Andrew Rhys Davies, Matthew Beville, Tiffany J. Smith and William R. McLucas of Wilmer Cutler Pickering Hale and Dorr LLP hereby withdraw their appearance as counsel for Defendants BAM TRADING SERVICES INC. and BAM MANAGEMENT US HOLDINGS INC. in the above-captioned case.

Christian Kemnitz, Daniel J. Davis, David Luger, Levi Giovanetto and Sheehan H. Band of Katten Muchin Rosen, LLP have been substituted as counsel for Defendants.

Dated: January 23, 2024

Respectfully submitted,

*/s/ Matthew T. Martens*
Matthew T. Martens
Matthew Beville
William R. McLucas
WILMER CUTLER PICKERING HALE
AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6921
Fax: (202) 663-6363
matthew.martens@wilmerhale.com
matthew.beville@wilmerhale.com
william.mclucas@wilmerhale.com

Tiffany J. Smith
Andrew Rhys Davies
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888
tiffany.smith@wilmerhale.com
andrew.davies@wilmerhale.com