## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————————— )
SECURITIES AND EXCHANGE )
COMMISSION, )
)
**Plaintiff,** )
)
v. ) **No. 1:23-cv-01599-ABJ-ZMF**
)
BINANCE HOLDINGS LIMITED, )
BAM TRADING SERVICES INC., )
BAM MANAGEMENT US HOLDINGS )
INC., AND CHANGPENG ZHAO, )
)
**Defendants.** )
———————————————————————— )

## PLAINTIFF SECURITIES AND EXCHANGE
## COMMISSION'S NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to the Court's January 22, 2024 Minute Order, Plaintiff Securities and Exchange

Commission ("SEC") respectfully submits this Notice of Supplemental Authority setting forth

the following citations for certain cases it discussed at the January 22, 2024 hearing:

- *Owen v. Elastos Found.*, No. 1:19-cv-5462-GHW, 2021 WL 5868171, at *9-16 (S.D.N.Y. Dec. 9, 2021)

- *Patterson v. Jump Trading LLC*, No. 22-cv-03600-PCP, 2024 WL 49055, at *11-12 (N.D. Cal. Jan. 4, 2024)

- *Houghton v. Leshner*, No. 22-cv-07781-WHO, 2023 WL 6826814, at *2-5 (N.D. Cal. Sept. 20, 2023)

- *Zakinov v. Ripple Labs, Inc.*, No. 18-cv-06753-PJH, 2020 WL 922815, at *11-12 (N.D. Cal. Feb. 26, 2020)

Dated:  January 23, 2024                    Respectfully submitted,

s/Matthew Scarlato
Matthew Scarlato (D.C. Bar No. 484124)
Jennifer L. Farer (D.C. Bar No. 1013915)
J. Emmett Murphy
David A. Nasse (D.C. Bar No. 1002567)
Jorge G. Tenreiro
Elisa S. Solomon
SECURITIES AND EXCHANGE
 COMMISSION
100 F Street, NE
Washington, DC 20549
(202) 551-3749 (Scarlato)
scarlatom@sec.gov

*Attorneys for Plaintiff*