UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

        *Plaintiff*,

  v.

BINANCE HOLDINGS LIMITED,
BAM TRADING SERVICES INC.,
BAM MANAGEMENT US HOLDINGS
INC., AND CHANGPENG ZHAO,

        *Defendants*.

No. 1:23-cv-01599-ABJ-ZMF

### Notice of Withdrawal

Pursuant to LCvR 83.6(b), the undersigned hereby notifies the Court of his withdrawal from this action. The undersigned has retired from his role at Gibson, Dunn & Crutcher LLP, and will no longer be representing Defendant Binance Holdings Limited ("BHL") in this action. By and through the other attorneys listed on the docket, Gibson, Dunn & Crutcher will continue to represent BHL in this action. Accordingly, the undersigned requests that the Court remove his name from this action's official docket.

Dated: February 23, 2024                                      Respectfully submitted,

                                                              */s/ Richard W. Grime*
                                                              Richard W. Grime (*pro hac vice*)
                                                              GIBSON, DUNN & CRUTCHER LLP
                                                              1050 Connecticut Avenue, N.W.
                                                              Washington, DC 20036-5306
                                                              Tel: (202) 955-8500
                                                              Fax: (202) 467-0539
                                                              rgrime@gibsondunn.com