IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        *Plaintiff*,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO.<br><br>        *Defendants*. | Case No. 1:23-cv-1599-ZMF-ABJ |

## **ORDER**

     Before the Court is Defendant Binance Holdings Limited's ("BHL") Motion for Leave to File Under Seal ("Motion"), ECF No. 217. The Court has considered the Motion and holds that it is supported by good cause.

     Pursuant to Local Civil Rule 5.1(h), it is hereby ordered that the Motion is GRANTED, and the portions of Exhibit 6 to the February 15, 2024 Joint Status Report, as highlighted in Exhibit 2 to the Motion, shall be redacted in the public version of the Joint Status Report and accompanying Exhibits. The unredacted version shall remain under seal.

Dated:  February 29, 2024

                                                                                       The Honorable Zia M. Faruqui
                                                                                   United States Magistrate Judge