# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO, <br><br> Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

## ORDER

The Court has considered the renewed motion to seal filed by Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc. (together, "BAM"), ECF No. 219. This motion is supported by good cause.

It is hereby **ORDERED** that the following portions of documents shall be redacted in the public versions, and the unredacted versions of these documents shall be maintained under seal: (i) the Joint Status Report, as highlighted in Exhibit 1 of the Declaration of Matthew J. Laroche in Support of BAM's Motion to Seal (the "Laroche Declaration"); and (ii) Exhibits 1, 3, 7, 15, 16, 17, and 18 to the Joint Status Report, as highlighted in Exhibits A through H, respectively, of the Laroche Declaration.

Dated: March 1, 2024

ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE