# Exhibit 29

1           UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF COLUMBIA

3

4   SECURITIES AND EXCHANGE      )
    COMMISSION,                  )
5                                )
                    Plaintiff,   )
6                                )
            vs.                  )  Civil Action No.
7                                )  1:23-cv-01559-ABJ
    BINANCE HOLDINGS LIMITED,    )
8   BAM TRADING SERVICES INC.,   )
    BAM MANAGEMENT US HOLDINGS,  )
9   INC., AND CHANGPENG ZHAO,    )
                                 )
10                  Defendants.  )
    _____ )
11

12

13           ORAL VIDEOTAPED DEPOSITION OF

14                CHRISTOPHER BLODGETT

15            Friday, December 15, 2023

16                 Miami, Florida

17

18

19

20

21

22

23

    Reported by:
24  Rebecca Callow,
    RMR, CRR, RPR
25  Job No. 231215RJC

                                                    1

1

2                    ORAL VIDEOTAPED DEPOSITION OF

3    CHRISTOPHER BLODGETT, produced as a witness at the

4    instance of the Plaintiff and duly sworn, was taken in

5    the above-styled and numbered cause on the 15th day of

6    December 2023, from 9:31 a.m. to 2:31 p.m., before

7    Rebecca J. Callow, Registered Merit Reporter, Certified

8    Realtime Reporter, Registered Professional Reporter and

9    Notary Public for the State of Florida, reported by

10   computerized stenotype machine at the offices of

11   Winston & Strawn, 200 S. Biscayne Boulevard, Miami,

12   Florida 33131, pursuant to the Federal Rules of Civil

13   Procedure.

14

15

16

17

18

19

20

21

22

23

24

25

2

```
 1                        APPEARANCES

 2

 3   FOR PLAINTIFF:

 4        Securities and Exchange Commission

 5        100 Pearl Street

 6        Suite 20-100

 7        New York, New York 10004

 8        212.336.1100

 9             By:  J. Emmett Murphy

10                  emmettjoh@sec.gov

11                  Elisa Solomon

12   - and -

13        Securities and Exchange Commission

14        100 F Street NE

15        Washington, D.C. 20549

16             By:  Jennifer Lynn Farer (remotely)

17                  Hope Hall Augustini (remotely)

18

19   FOR BAM ENTITIES DEFENDANTS AND THE WITNESS:

20        Milbank LLP

21        55 Hudson Yards

22        New York, New York 10001

23        212.530.5000

24             By:  Matthew Laroche

25                  mlaroche@milbank.com
```

3

```
1                    APPEARANCES (Cont.)

2

3   FOR DEFENDANT CHANGPENG ZHAO:

4        Latham & Watkins LLP

5        555 Eleventh Street NW

6        Suite 1000

7        Washington, D.C. 20004

8        202.637.2200

9             By:  Natalie Hardwick Rao (remotely)

10                 natalie.rao@lw.com

11                 Eunice Muthoni Kaguba (remotely)

12                 eunice.kabuga@lw.com

13

14  FOR DEFENDANT BINANCE HOLDINGS LIMITED:

15       Gibson, Dunn & Crutcher LLP.

16       1050 Connecticut Avenue NW

17       Washington, D.C. 20036

18       202.955.8500

19            By:  Daniel W. Nelson (remotely)

20                 dnelson@gibsondunn.com

21                 Tim Velenchuk (remotely)

22                 tvelenchuk@gibsondunn.com

23  ALSO PRESENT:

24       Edwin Aragon, videographer

25       Andrew Skolnik (remotely)
```

4

10:21  1                    MR. LAROCHE:  Objection to form.

       2        A.    Yes.

       3   BY MR. MURPHY:

       4        Q.    And have you been told as part of your

10:22  5   responsibilities that you should help ensure that

       6   BHL does not have possession, custody, or control of

       7   BAM's crypto assets?

       8                    MR. LAROCHE:  Objection to form.

       9        A.    Yeah.

10:22 10   BY MR. MURPHY:

      11        Q.    You have been told that?

      12        A.    I don't recall, specifically, being told

      13   that.  My understanding, a consent order is sort of

      14   to, among other things, allow transfer of assets to

10:22 15   BHL or affiliated entities.

      16        Q.    And CZ would be considered among the

      17   affiliated entities?

      18        A.    Correct.

      19        Q.    Do you have a list of the affiliated

10:22 20   entities that you should be mindful of in adhering

      21   to the consent order?

      22        A.    In the immediate aftermath of the consent

      23   order, once we understood the requirements thereof,

      24   senior leadership from across the company --

10:23 25   operations, compliance, risk, finance, other

                                                              48

10:23  1    teams -- collaborated to develop the list.

2        Q.   And does that list exist now?

3        A.   Yes.

4        Q.   I mean, it sounds like something that was

10:23  5    put together as a control.

6        A.   Yeah.  It's a spreadsheet with the UIDs for

7    associated accounts.

8            MR. MURPHY:  Counsel, if that has

9        not been produced, we'd ask that it be

10:23 10       produced.

11           MR. LAROCHE:  Yeah.  Understood.

12       BY MR. MURPHY:

13       Q.   So it describes accounts.

14           UIDs.  What are UIDs?

10:23 15       A.   Unique identification.  It's a unique

16   number associated with any account, individual,

17   institutional, or otherwise.

18       Q.   Are those crypto accounts?

19       A.   Accounts on our platform.  So if you had an

10:24 20   account at Binance.US, you'd have a UID unique to

21   you.  If you were a hedge fund, you'd have a UID

22   unique to you.

23       Q.   Okay.  So those were unique IDs within the

24   PNK system tracking customer accounts?

10:24 25       A.   Correct.

49

10:24 1  Q. What about a list of just Binance-related

2 entities, generally, that you should make sure

3 you're not transferring assets to?

4   A. Okay.  So perhaps I wasn't clear.

10:24 5     The list of UIDs also included the

6 names of the entities.  And the reason UIDs are

7 important is because blocking or disabling accounts,

8 as would be required to comply with a consent order,

9 is a relatively simple and routine process.

10:24 10     If you have a UID, PNK has

11 well-established, long-standing tools that allow you

12 to, effectively, with the click of a button, disable

13 accounts.

14     So we identified BHL-affiliated

10:25 15 entities and effectively went down the list and

16 disabled them in compliance with the order.

17  Q. So it sounds like a good control.  I'm just

18 trying to get a sense of the process here.

19     It sounds like you started with a list

10:25 20 of BHL-related entities and then compared it to the

21 customer list.

22  A. I don't remember the specific way we went

23 about it.  But, certainly, on day one, there were a

24 number of very well-known BHL entities; institutions

10:25 25 like Sigma Chain.

50

11:08  1        A.    They're all over the world.  We have a tech

       2  hub, if you will, in Vancouver I think you recently

       3  visited.  Shanghai.  I believe we have resources in

       4  Singapore, Dubai, and obviously in the United States

11:08  5  as well.

       6        Q.    So you have members of your engineering

       7  team sitting in Vancouver, Dubai, Singapore -- and

       8  did you say Shanghai?

       9        A.    If I didn't, I would have added that.

11:09 10  Shanghai.

      11        Q.    Do you know who leads up the engineering

      12  team?

      13        A.    Frank Zhao.

      14        Q.    And do you understand that he's a BAM

11:09 15  employee?

      16        A.    Yes.

      17        Q.    Do you understand that all of the members

      18  of the engineering team that you referred to that

      19  are in excess of 50 people are BAM employees?

11:09 20        A.    So, similar to tech, I'm not in HR, so

      21  we're at the limit of my understanding.

      22              My understanding is we use a PEO, a

      23  professional employment organization.  I can't

      24  remember what the acronym stands for, but a PEO.

11:09 25  So -- we contract a number of our technical folks,

                                                                  74

```
11:09    1    so, for all intents and purposes, they're employees
         2    of BAM.
         3        Q.    But you referred, in the beginning of this
         4    deposition, to BHL being an entirely distinct
11:10    5    entity.  Right?
         6        A.    I did.
         7        Q.    And so you don't understand it to be the
         8    case that BHL employees are ultimately reporting up
         9    to you.
11:10   10        A.    Correct.
        11              THE WITNESS:  Sorry.
        12              MR. LAROCHE:  Yeah.  Can we
        13        just -- just so that's clear.  I wasn't
        14        just clear on the question.
11:10   15              I think what you're saying is, he
        16        doesn't -- he doesn't think that BHL
        17        employees report to him.  Is that the
        18        question?
        19              MR. MURPHY:  Yes.
11:10   20              MR. LAROCHE:  Okay.
        21        A.    That's an unequivocal, no.  The PEO is not
        22    a BHL-affiliated entity.
        23        BY MR. MURPHY:
        24        Q.    What entity is the PEO?
11:10   25        A.    What's it called?  It's called Boran or
```

75

11:10 1  Boron.

2      Q.   And you said it's not a BHL-affiliated

3  entity?

4      A.   Correct.

11:10 5      Q.   What's the basis of that understanding?

6      A.   I don't remember a specific conversation,

7  but -- or who I had it with.  I think it was someone

8  in legal or compliance.

9           But my understanding is we had a

11:11 10  third-party investigation, what have you, of Boran

11  to confirm the point that it was an independent,

12  i.e., non-affiliated entity.

13      Q.   And I don't want you to get into

14  communications with counsel.

11:11 15           Do you know who led this

16  investigation?

17      A.   I don't.

18      Q.   Do you know when it was completed?

19      A.   I don't.

11:11 20      Q.   Okay.  I am going to --

21           Do you know a person named Gerry Ho?

22      A.   Yes.

23      Q.   Can you tell me where he sits within the

24  BAM reporting chart?

11:12 25      A.   So he's head of product.  He previously

76

12:23   1      A.    So I'm effectively signing the check.  So I

2    need to review, you know, their request.  I need to

3    confirm that it's approved by the appropriate

4    parties.

12:23   5              I also exercise some judgment just to

6    gut-check on does the token and quantity, et cetera,

7    make sense, and then ultimately approve the

8    transaction, or at least my part of it.

9      Q.    You said you need to make sure, confirm

12:23  10    it's approved by the appropriate parties.

11              What do you mean by that?

12      A.    I think the best way to answer is just walk

13    through a typical transaction.

14      Q.    Great.

12:23  15      A.    Okay.  So customer activity from the

16    preceding day requires topping up a certain hot

17    wallet balance.  The clearing team will, you know,

18    identify the requisite token and quantity, and the

19    clearing team, typically Tao, will send for

12:24  20    approval a summary of the requested transaction;

21    again, token, quantity, you know, often the

22    description of the what and the why.

23              And then the approvers are our CFO and

24    our treasury, Rebecca Hirst and Sara Sisenwein.

12:24  25    They will review and approve the transaction.  Once

107

```
12:43    1        BY MR. MURPHY:
         2        Q.   Do you know the exact date that it
         3   converts?
         4        A.   I don't.  Late December, I think.
12:43    5        Q.   Are you aware of any discussions about
         6   potentially repaying CZ on the note?
         7        A.   Yes.
         8             And, explicitly, how we're unable to
         9   do so given the consent order.
12:43   10        Q.   Are you aware of any discussions by CZ, or
        11   any of his proxies, attempting to get paid on the
        12   note?
        13             MR. LAROCHE:  Objection to form.
        14             Go ahead.
12:43   15        A.   No.
        16        BY MR. MURPHY:
        17        Q.   No discussions whatsoever?
        18        A.   That I'm aware of, no.
        19        Q.   Did you discuss the terms of the note with
12:44   20   Brian Schroeder before he left the company?
        21        A.   No.
        22        Q.   Do you know the name of a woman name
        23   Brooke Xue, X-u-e?
        24        A.   No.
12:44   25        Q.   Are you aware of any other loans that BAM
```

121

12:44  1   has obtained, say, since the consent order was

       2   executed in June of 2023?

       3        A.   No.

       4        Q.   Are you aware of any requests that CZ made

12:44  5   to get repaid on the note within -- scratch that.

       6             Are you aware of any requests that CZ

       7   has made to get repaid on the note?

       8        A.   No.

       9        Q.   And where did you get your understanding

12:45 10   that CZ cannot be repaid on the note?

      11             MR. LAROCHE:  Objection to form.

      12        A.   I don't remember specifically.

      13             But, certainly, following the consent

      14   order, someone -- I don't remember who -- made it

12:45 15   abundantly clear that that would never happen under

      16   the consent order.

      17             MR. MURPHY:  Okay.  Let's go off

      18        the record.

      19             THE VIDEOGRAPHER:  Going off the

12:45 20        record at 12:45.

      21             (Recess taken.)

      22             THE VIDEOGRAPHER:  We're back on

      23        the record at 1:36.

      24   BY MR. MURPHY:

01:36 25        Q.   Okay.  Thanks for your time today,

                                                        122

```
02:03   1                        EXAMINATION

        2        BY MR. LAROCHE:

        3        Q.   You've testified that you've held the roles

        4   of VP of operations and chief operating officer at

02:03   5   BAM.  Is that right?

        6        A.   Yes.

        7        Q.   In those roles, have you become familiar

        8   with how, if at all, the SEC's lawsuit and motion

        9   for a temporary restraining order has impacted BAM's

02:04  10   business?

       11        A.   Yes.

       12        Q.   Please describe how, if at all, the SEC's

       13   lawsuit and TRO have impacted BAM's business.

       14        A.   So, at the highest level, it's dealt a

02:04  15   near-mortal blow.

       16             In simple terms, I would categorize

       17   the impacts in probably three buckets: people,

       18   trust, and economics.

       19             On the people front, we've, sadly, had

02:04  20   to terminate in excess of 200 people since June.

       21   Many honest, hardworking Americans.  And with

       22   significant severance and termination-related costs

       23   attached thereto.

       24             On the trust side, there's multiple

02:04  25   components to this.  Starting with customers, in the
```

                                                              145

02:05   1    immediate aftermath of the TRO, we saw somewhere in

2    the neighborhood of $1 billion of assets flee the

3    platform, crypto and fiat.

4                As it's been widely reported, our

02:05   5    trading volumes and business more generally have

6    imploded.  And, you know, we see, even in things

7    like customer reviews of our platform, many cite the

8    SEC's allegations, without evidence, of course, that

9    somehow we're bad actors and misusing customer

02:05  10    funds; take your pick.

11                Moving from individual customers to

12    institutional, as we discussed previously, custody

13    and security are both most important to the

14    institutions.

02:05  15                Again, the allegations of the SEC

16    severely undermined institutional trust in our

17    platform.  For example, prior to the TRO, we had, I

18    believe, in excess of 20 market makers operating on

19    the platform.  Subsequent to that, the number is

02:06  20    less than five.

21                Moving from customers to partners.

22    Again, as it's been widely reported, we lost our

23    fiat rail shortly after the TRO.

24                In the immediate wake of the TRO, our

02:06  25    banks demanded drastic increases in collateral.  But

146

02:06  1   eventually, ultimately, they fully terminated the

       2   relationship.  And as a result, our customers were

       3   prevented from depositing and withdrawing fiat to

       4   the platform, effectively choking the business.

02:06  5               And since we lost those two banking

       6   partners, we've been unable to find new partners to

       7   welcome with us.

       8               And who can blame them?  Because the

       9   second it becomes known that they're working with

02:07 10   Binance.US, they can reasonably expect a nasty

      11   subpoena from the SEC.

      12               And even if there's been no

      13   wrongdoing, tangling with the SEC involves

      14   considerable costs, time.  It obviously carries

02:07 15   immense reputational harm.

      16               And then I think --

      17               MS. SOLOMON:  Counsel, we'll let

      18         this proceed, but none of this appears to

      19         be relevant to the question at hand.  I

02:07 20         mean, I'm not directing you not to speak,

      21         but --

      22               THE WITNESS:  He's asking about

      23         the impact, and I'm describing the impact.

      24               MS. SOLOMON:  I understand.

02:07 25               And I'm directing the objection

                                                              147

02:07   1      to your counsel.

        2                  But, ultimately, this isn't

        3      really relevant to the custody of assets,

        4      as we've said is the topic here.

02:07   5                  THE WITNESS:  Of course.

        6                  MR. LAROCHE:  Understand.

        7      Understand the objection.

        8                  You can keep going.

        9                  THE WITNESS:  Sure.

02:07  10      A.    And then, obviously, trust with the

       11      regulators has been severely undermined, again, with

       12      no actual wrongdoing.

       13                  And the last category, economic.

       14      Again, a lot falls under this bucket.  Revenues have

02:08  15      imploded on the order of 75 percent-plus in the

       16      period since the TRO.  And our operating costs

       17      across the board have exploded.

       18                  As fond as I am of Mr. Laroche, our

       19      external legal fees alone are in the neighborhood of

02:08  20      $10 million.  Our auditor expenses have more than

       21      10X'd.  Our surety bonds have more than 5X or 6X.

       22      Things like D&O insurance, even, have exploded in

       23      price.

       24      Q.    So let me ask just a few follow-up

02:08  25      questions.

                                                            148

02:08  1                    You said that one of the impacts
       2    following the TRO has been a reduction in force.
       3        A.   Correct.
       4        Q.   Can you just explain how much of the
02:08  5    reductions have been since the TRO was filed?
       6                    MR. MURPHY:  So I'll also just
       7             restate the objection to the long speeches.
       8                    But go ahead.
       9                    MR. LAROCHE:  Sure.
02:08 10        A.   So in excess of 200 people, more than
      11    two-thirds of the company.
      12        BY MR. LAROCHE:
      13        Q.   And why did BAM reduce its force by
      14    two-thirds of the company?
02:09 15        A.   When your top line contracts in excess of
      16    75 percent, unfortunately, you need to make
      17    difficult decisions to bring costs in line with new
      18    business realities.
      19        Q.   What impact, if any, has BAM's reduction in
02:09 20    force had on its ability to respond to the SEC's
      21    discovery requests?
      22        A.   This came up previously.  Teams like
      23    finance, legal, compliance have been stretched to
      24    the limit, obviously, responding to owners'
02:09 25    requests.  And I'm sure the response times have been

                                                           149

02:09  1   impacted directly as a result.

2       Q.    I think one of the other impacts you've

3   described is the relationships -- BAM's

4   relationships with its customers and partners.

02:09  5       A.    Yes.

6       Q.    Can you explain how those relationships

7   have been impacted?

8       A.    I mean, in simple terms, to banks, we're

9   radioactive for the reasons articulated previously.

02:10  10           Why would you want to risk the ire of

11   the SEC to work with us and all the concomitant

12   costs and annoyances?

13       Q.    How do you know that?

14       A.    Because we've heard it directly from our

02:10  15   banking partners.  They're very wary of the

16   reputational and direct costs of working with us.

17       Q.    And I think the last impact you talked

18   about was economic.

19           Can you just talk about how the

02:10  20   economics have changed for the business since the

21   lawsuit and TRO were filed?

22       A.    Sure.  So, again, our top line, our

23   revenue, has shrunk by more than 75 percent, which

24   is a dramatic contraction, particularly given the

02:10  25   relatively short time period.  So our top line is

150

02:10  1   shrinking.

       2             And, unfortunately, things like OpEx,

       3   lower on the income statement, have exploded as a

       4   result of, again, things like direct legal expenses.

02:11  5   So less revenue, more costs equals far higher losses

       6   for a business.

       7       Q.   You mentioned things such as the audit

       8   costs increasing.

       9       A.   Yeah.

02:11 10       Q.   Why have the audit costs increased?

      11       A.   Perceived risk of working with us.

      12             An auditor's got to put their name and

      13   reputation on the line, so to speak, and the risk

      14   has just exploded since the TRO for them.

02:11 15             And the cost, as I mentioned, is, I

      16   believe, 10X in, you know, the year since our last

      17   audit.

      18             MR. LAROCHE:  I have nothing

      19       further.

02:11 20             MR. MURPHY:  So we're just going

      21       to take a very quick break and we'll --

      22       before we close this out.

      23             We can go off the record now.

      24             THE VIDEOGRAPHER:  Going off the

02:12 25       record at 2:12.

                                                            151

02:12  1                    (Recess taken.)

       2              THE VIDEOGRAPHER:  We are back on

       3       the record at 2:18.

       4                    FURTHER EXAMINATION

02:18  5    BY MR. MURPHY:

       6       Q.   Mr. Blodgett, you gave a lengthy answer in

       7    response to your counsel's question about hardships

       8    that BAM has been going through, and I just wanted

       9    to address -- I wanted to address a few follow-up

02:18 10    questions on that.

      11              Do you remember earlier we talked

      12    about the conference that you spoke at?  This was

      13    around November 2022.  Right?

      14              THE VIDEOGRAPHER:  I'm sorry,

02:18 15       Counsel.  Your microphone.

      16              MR. MURPHY:  Oh.  Sorry.

      17    BY MR. MURPHY:

      18       Q.   Do you remember we talked about that

      19    conference?

02:18 20       A.   Yes.

      21       Q.   And do you remember we talked about your

      22    reference to a war chest that Binance had?

      23       A.   Yes.

      24       Q.   And this was before the $250 million from

02:18 25    CZ.  Right?

                                                            152

02:18   1                    MR. LAROCHE:  Objection to form.

        2        BY MR. MURPHY:

        3        Q.   Isn't it true that you got $250 million

        4   because the company was not flush with cash at that

02:19   5   time?

        6                    MR. LAROCHE:  Objection to form.

        7        A.   No.

        8        BY MR. MURPHY:

        9        Q.   So what was the purpose of the

02:19  10   $250 million?

       11        A.   I mean, to fund general operational and

       12   growth initiatives.

       13                    But I would not say it's true because

       14   I don't know what our balance sheet looked like

02:19  15   before or after.

       16        Q.   So you just made a bunch of statements

       17   about top-line revenue going down, but you don't

       18   know what the actual balance sheet looked like

       19   before the TRO was filed.

02:19  20                    MR. LAROCHE:  Objection to form.

       21        A.   I couldn't rattle numbers off the top of my

       22   head.

       23        BY MR. MURPHY:

       24        Q.   You referred to concerns from institutional

02:19  25   investors.

                                                              153

02:19   1          A.    Yes.

        2          Q.    What are those -- which institutional

        3    investors communicated concerns to you?

        4          A.    As I mentioned, the majority of our market

02:19   5    makers on the platform left the platform, stopped

        6    operating.  So I can get you a list of them, but --

        7    do you want names?

        8          Q.    Well, you're aware of some market makers

        9    that the SEC has alleged have been taking part in

02:20  10    loss trading.

       11                Do you remember those allegations?

       12                MR. LAROCHE:  Objection to form.

       13          A.    Yes.

       14    BY MR. MURPHY:

02:20  15          Q.    Do you have any basis to doubt those?

       16                MR. LAROCHE:  Objection to form.

       17          A.    Any basis to doubt what?

       18    BY MR. MURPHY:

       19          Q.    Those allegations.

02:20  20                MR. LAROCHE:  You're asking for

       21          his assessment of the merits of the

       22          underlying claim?  I mean, like --

       23    BY MR. MURPHY:

       24          Q.    You referred in your answer to allegations

02:20  25    with no evidence.  Correct?

                                                             154

02:20  1      A.   Correct.

       2              MR. LAROCHE:  He's talking about

       3      the TRO.

       4      BY MR. MURPHY:

02:20  5      Q.   So do you have any doubt -- did you read

       6      the TRO?

       7      A.   Not line for line.

       8      Q.   Did you read it at all?

       9      A.   I'm sure I scanned it at one point.

02:20 10      Q.   Are there any allegations you can identify

      11      in the TRO that you believe are untrue?

      12      A.   Those relating to commingling or misuse of

      13      customer funds.

      14      Q.   Do you understand that BAM commingles

02:21 15      customer funds with its own assets?

      16      A.   I don't.

      17      Q.   You don't know one way or the other?

      18      A.   Correct.

      19      Q.   So you don't know if it's false.

02:21 20              MR. LAROCHE:  Objection to form.

      21      Misstates his testimony.

      22      A.   My understanding of the TRO, and the dearth

      23      of the evidence, is largely -- largely based on

      24      conversation with counsel.

      25      \\\

                                                        155