# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION**,**<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BINANCE HOLDINGS LIMITED,<br>BAM TRADING SERVICES INC.,<br>BAM MANAGEMENT US HOLDINGS INC.,<br>AND CHANGPENG ZHAO,<br><br>　　　　　　　Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

## ORDER

The Court has considered the amended renewed motion to seal filed by Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc. (together, "BAM"). *See* ECF No. 224. This motion is supported by good cause.

It is hereby **ORDERED** that the following portions of documents shall be redacted in the public versions, and the unredacted versions of these documents shall be maintained under seal: (i) the Joint Status Report, as highlighted in Exhibit A of the Declaration of Matthew J. Laroche in Support of BAM's Amended Renewed Motion to Seal (the "Laroche Declaration"); and (ii) Exhibits 1, 3, 7, 15, 16, 17, and 18 to the Joint Status Report, as highlighted in Exhibits A through H, respectively, of the Laroche Declaration.

Dated: March 8, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ZIA M. FARUQUI
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE