UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

        *Plaintiff*,

v.

BINANCE HOLDINGS LIMITED,
BAM TRADING SERVICES INC.,
BAM MANAGEMENT US HOLDINGS
INC., AND CHANGPENG ZHAO,

        *Defendants*.

No. 1:23-cv-01599-ABJ-ZMF

**Defendants' Joint Response
to Plaintiff's Notice of Supplemental Authority**

Defendants respectfully submit this joint response to the Notice of Supplemental Authority filed by the SEC on March 4, 2024, *see* Dkt. 221, concerning the recent default-judgment decision in *SEC v. Wahi*, No. 2:22-cv-1009 (W.D. Wash. Mar. 1, 2024), ECF 119.[1]

The *Wahi* opinion was issued in response to an unopposed motion for default judgment against one defendant, Sameer Ramani, and the decision simply recited the SEC's statutory arguments. *Compare* Mot. for Default Judgment 8–17, *SEC v. Wahi*, 2:22-cv-1009 (W.D. Wash. Jan. 18, 2024), ECF 118, *with* Order, *SEC v. Wahi*, 2:22-cv-1009 (W.D. Wash. Mar. 1, 2024), ECF 119, at 9–14. Thus, in *Wahi*, "none of the issues [wa]s actually litigated," *Arizona v. California*, 530 U.S. 392, 414 (2000), and the court had no occasion to grapple with the arguments raised by Defendants here. For example, the SEC's unopposed motion for default judgment in *Wahi* failed

---

[1] Defendants asked the SEC to withdraw its filing in light of this Court's order on January 22, 2024 that no post-hearing briefs will be accepted, *see* Minute Order, Case No. 1:23-cv-01599 (Jan. 22, 2024), but the SEC refused to do so, necessitating this response.

to cite the Southern District of New York's decision in *SEC v. Ripple Labs, Inc.*, 2023 WL 4507900, *1, 12–13 (S.D.N.Y. July 13, 2023), where the court rejected the SEC's argument that blind sales of crypto tokens constitute "investment contracts." *Wahi* also did not consider the D.C. Circuit's decision in *SEC v. Life Partners, Inc.*, 87 F.3d 536, 545 (D.C. Cir. 1996), which controls in this case. *See, e.g.*, Joint Mot. to Dismiss at 18, Dkt. 118. Nor did *Wahi* consider the implications of contested discovery for a product-by-product analysis of the current "ecosystem" of hundreds of different crypto assets as would be required here.

When the SEC filed the *Wahi* case in July 2022, a sitting Commissioner of its sister agency, the CFTC, publicly criticized its broad labeling of digital assets, "including those that could be described as utility tokens," as securities. Statement of CFTC Commissioner Pham (July 21, 2022), https://tinyurl.com/2p96hsv8. When two other defendants in *Wahi* filed a motion to dismiss that challenged the SEC's interpretation of the securities laws, *see* Mot. to Dismiss, *SEC v. Wahi*, No. 2:22-cv-1009 (W.D. Wash. Feb. 6, 2023), ECF 33, the SEC settled with those defendants before the motion was fully briefed, *see* Mot. to Approve Consent Judgment, *SEC v. Wahi*, No. 2:22-cv-1009 (W.D. Wash. May 30, 2023), ECF 107, 108. It then pursued default against Mr. Ramani, who never appeared in the case, resulting in the default-judgment decision that is the subject of the SEC's Notice. The SEC's attempt to bootstrap a default judgment in *Wahi* as purported "authority" for its arguments today should be rejected out of hand.

Dated:  March 8, 2024                                   Respectfully submitted,


                                                         /s/ Daniel W. Nelson
                                                        Daniel W. Nelson (D.C. Bar #433415)
                                                        Jason J. Mendro (D.C. Bar #482040)
                                                        Stephanie Brooker (*pro hac vice*)
                                                        M. Kendall Day (*pro hac vice*)
                                                        Amy Feagles (*pro hac vice*)
                                                        Matt Gregory (D.C. Bar #1033813)
                                                        GIBSON, DUNN & CRUTCHER LLP
                                                        1050 Connecticut Avenue, N.W.
                                                        Washington, DC 20036-5306
                                                        Tel: (202) 955-8500
                                                        Fax: (202) 467-0539
                                                        dnelson@gibsondunn.com
                                                        jmendro@gibsondunn.com
                                                        sbrooker@gibsondunn.com
                                                        kday@gibsondunn.com
                                                        afeagles@gibsondunn.com
                                                        mgregory@gibsondunn.com

                                                        *Attorneys for Defendant Binance Holdings Limited*

    */s/ Abid R. Qureshi*
Abid R. Qureshi (D.C. Bar No. 459227)
William R. Baker, III (D.C. Bar No. 383944)
Eric S. Volkman (D.C. Bar No. 490999)
Michael E. Bern (D.C. Bar No. 994791)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
abid.qureshi@lw.com
william.baker@lw.com
eric.volkman@lw.com
michael.bern@lw.com

Douglas K. Yatter (*pro hac vice*)
Benjamin Naftalis (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
douglas.yatter@lw.com
benjamin.naftalis@lw.com

Heather A. Waller (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 993-9767
heather.waller@lw.com

Melanie M. Blunschi (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 391-0600
Fax: (415) 395-8095
melanie.blunschi@lw.com

*Attorneys for Defendant Changpeng Zhao*

   /s/ *Daniel J. Davis*
Daniel J. Davis (D.C. Bar #484717) (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Ave NW
Washington DC 20006
daniel.davis@katten.com

Christian T. Kemnitz (*pro hac vice*)
Levi Giovanetto (D.C. Bar #1001160) (*pro hac vice*)
Sheehan H. Band (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
christian.kemnitz@katten.com
levi.giovanetto@katten.com
sheehan.band@katten.com

Gary DeWaal (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020
gary.dewaal@katten.com

George S. Canellos (*pro hac vice*)
Matthew J. Laroche (*pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY 10001
GCanellos@milbank.com
MLaroche@milbank.com

*Attorneys for Defendants BAM Trading Services Inc. and BAM Management Holdings US Inc.*