# Exhibit 2



**MATTHEW LAROCHE**
*Partner*
55 Hudson Yards | New York, NY 10001-2163
T: +1 (212) 530-5514
mlaroche@milbank.com | milbank.com

January 23, 2024

**VIA EMAIL**

Jennifer L. Farer
Matthew F. Scarlato
Senior Trial Counsel
Division of Enforcement
U.S. Securities and Exchange Commission
100 F. Street, NE
Washington, DC 20549

Re:  *SEC v. Binance Holdings Limited et al.*, **No. 1:23-cv-01599 (ABJ)**

Dear Counsel:

We write on behalf of BAM Trading Services Inc. ("BAM Trading") and BAM Management US Holdings Inc. ("BAM Management" and collectively, "BAM") in response to the SEC's December 22, 2023 letter. As set forth below, BAM has completed its search for documents in expedited discovery, including in response to the SEC's September 21, 2023 requests (the "September Requests"), will make one final production of slack communications by next week, and does not agree to search for additional documents as requested in the SEC's letter.

The SEC's letter identified 14 "pending requests" that it claims are "plainly responsive" to its existing expedited discovery requests. BAM previously produced documents responsive to many of these requests, including (i) Bullet 5, which seeks communications involving a BAM employee and Binance's wallet team (BAM_SEC_LIT_00016707 through BAM_SEC_LIT_00017482); (ii) Bullet 7, which seeks the key shard standard operating procedures (BAM_SEC_LIT_00000019 through BAM_SEC_00000021; BAM_SEC_LIT_00005304 through BAM_SEC_LIT00005308); (iii) Bullet 8, which seeks communications involving shardholders and a BAM employee (BAM_SEC_LIT_00005491 through BAM_SEC_LIT_00008906; BAM_SEC_LIT_00008912 through BAM_SEC_LIT_00008943); and (iv) Bullet 12, which seeks certain account opening documents (BAM_SEC_LIT_00001131 through BAM_SEC_LIT_00001155; BAM_SEC_LIT_00004997 through BAM_SEC_LIT_00005035; and BAM_SEC_LIT_00005036 through BAM_SEC_LIT_00005063).

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO

January 23, 2024                                                                                                                    Page 2

      BAM does not agree to search for additional documents in response to the SEC's 14 pending requests.  For over the past six months, BAM has worked in good faith to respond to the SEC's exceptionally broad expedited discovery requests and unsubstantiated concerns related to asset custody.  BAM has produced thousands of documents about every conceivable aspect of its asset custody practices; provided a verified accounting; responded to dozens of interrogatories and supplemented those interrogatories; submitted numerous declarations and certifications under oath concerning its asset custody practices and compliance with the Consent Order; provided the SEC with a monthly report summarizing its expenses by category; and facilitated the SEC's inspection of multiple shard devices and other systems.  The SEC has also deposed a dozen witnesses during expedited discovery, and obtained extensive discovery (including documents and deposition testimony) from third parties.

      As a result, any additional discovery would far exceed the bounds of the Consent Order and the Federal Rules of Evidence.  This is particularly the case given how much harm and burden the SEC's TRO and approach to expedited discovery has inflicted on BAM.  *See, e.g.*, Blodget Dep. Rough Tr. 136:3-142:9 (Dec. 15, 2023); Nov. 27, 2023 Conf. Tr. at 29:8-33:1.

      As to the remaining requests in the SEC's letter, (i) after BAM's forthcoming production, BAM will have produced all remaining documents in response to the September Requests and does not intend to make additional productions of Board materials; (ii) Nana Xing was employed by Binance.US between January 30, 2023 and September 30, 2023; (iii) BAM declines to provide additional information concerning the Aegis accounts, which, as witnesses testified, do not hold customer assets; (iv) BAM is not undertaking to identify the documents embedded or linked to the documents identified on page 4; and (v) BAM declines to provide a "written response" for each of the September Requests.

      Yours sincerely,

      Matthew Laroche

cc:     Counsel of record