# Exhibit 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>               v.<br><br>BINANCE HOLDINGS LIMITED,<br>BAM TRADING SERVICES, INC.,<br>BAM MANAGEMENT US HOLDINGS, INC.,<br>and CHANGPENG ZHAO,<br><br>               Defendants. | Civil Action No. 1:23-cv-01599-ABJ |

**CONFIRMATION OF ERIK KELLOGG**

I, Erik Kellogg, confirm that to the best of my knowledge and understanding:

1. I am the Chief Information Security Officer ("CISO") of BAM Trading Services, Inc. ("BAM Trading"). I have held this role since March 2022. In that role, I am responsible for, among other things, administering and managing the security of crypto assets held by BAM Trading on behalf of its customers and for its own account.

2. All Customer Assets, as defined in Section I of the June 17, 2023 Consent Order entered at Docket Number 71 in the above-captioned matter have been maintained by BAM Trading in the United States since at least June 17, 2023.[1]

3. BAM Trading and BAM Management have maintained sole possession, custody, and control of Customer Assets in the United States since at least June 17, 2023, except to the

---

[1] As provided in Section II.1 of the Consent Order, BAM Trading has taken possession of the Private and Administrative Keys for all Customer Assets and is in the process of re-allocating the Private and Administrative Keys to personnel in the United States. BAM Trading anticipates that this process will be completed by June 30, 2023 and will, in all cases, be completed within the time frame contemplated by the Consent Order.

1

extent that Customer Assets are held by non-affiliated third-party custodians located in the United States.

4. Since at least June 17, 2023 and subject to the provisions of the Consent Order, all withdrawals of Customer Assets off of the BAM Trading platform have been at the direction of BAM Trading customers, subject to controls implemented by BAM Trading and BAM Management through officers and employees located in the United States or through automated systems ultimately under the control of officers and employees located in the United States.

5. Since at least June 17, 2023 and subject to the provisions of the Consent Order, all transfers of Customer Assets within the BAM Trading platform have been under the direction and control of BAM Trading and BAM Management, through officers and employees located in the United States or through automated systems ultimately under the control of officers and employees located in the United States, or a non- affiliated third-party custodian located in the United States.

6. Since at least June 17, 2023, no Customer Assets have been or will be in the possession, custody, and control of any of the Binance Entities, as defined in Section II of the Consent Order.

June 29, 2023

_____
Erik Kellogg