# Exhibit 6

1          UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF COLUMBIA

3

4   SECURITIES AND EXCHANGE        )
    COMMISSION,                    )
5                                  )
              Plaintiff,           )
6                                  )
         v.                        )
7                                  )  Case No.
    BINANCE HOLDINGS LIMITED, BAM  )  1:23-cv-01599-ABJ
8   TRADING SERVICES INC., BAM     )
    MANAGEMENT US HOLDINGS, INC.,  )
9   AND CHANGPENG ZHAO,            )
                                   )
10             Defendants.         )
    _____)
11

12

13

14         VIDEOTAPED DEPOSITION OF ERIK KELLOGG

15              THURSDAY, AUGUST 24, 2023

16                   9:50 A.M.

17                 Washington, DC

18

19

20

21

22

23

    REPORTED BY:
24  SHERRY L. BROOKS,
    CERTIFIED LIVENOTE REPORTER
25  JOB NO. 230824SLB

                                                    1

```
 1                 A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFF:

 4        U.S. SECURITIES AND EXCHANGE COMMISSION

 5        BY:   Jennifer L. Farer, Esq.

 6              Matthew Scarlato, Esq.

 7              J. Emmett Murphy, Esq.        (Via WebEx)

 8              Assistant Chief Litigation Counsel

 9              Enforcement Division

10              100 F Street, NE

11              Washington, DC  20549-4010

12              (202) 551-3749

13              FarerJ@sec.gov

14              ScarlatoM@sec.gov

15

16   FOR DEFENDANTS BINANCE HOLDINGS LIMITED:

17        GIBSON, DUNN & CRUTCHER, LLP

18        BY:   Daniel W. Nelson, Esq.

19              Jason J. Mendro, Esq.        (Via WebEx)

20              Salah Hawkins, Esq.          (Via WebEx)

21              1050 Connecticut Avenue, NW

22              Washington, DC  20036

23              (202) 955-8500

24              DNelson@GibsonDunn.com

25
```

2

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE DEFENDANTS BAM TRADING SERVICES, INC. AND BAM

 4   MANAGEMENT HOLDINGS US, INC.:

 5        WILMER CUTLER PICKERING HALE AND DORR, LLP

 6        BY:  Matthew Beville, Esq.

 7             Zachary D. Hardwick, Esq.

 8             2100 Pennsylvania Avenue, NW

 9             Washington, DC  20037

10             (202) 663-6255

11             Matthew.Beville@WilmerHale.com

12             Zachary.Hardwick@WilmerHale.com

13                     and

14   FOR THE DEFENDANTS BAM TRADING SERVICES, INC. AND BAM

15   MANAGEMENT HOLDINGS US, INC.:

16        MILBANK, LLP

17        BY:  George S. Canellos, Esq.

18             55 Hudson Yards

19             New York, NY  10001

20             (212) 530-5792

21             GCanellos@Milbank.com

22

23

24

25
```

3

```
 1   APPEARANCES CONTINUED:

 2

 3

 4   FOR DEFENDANT CHANGPENG ZHAO:

 5        LATHAM & WATKINS, LLP

 6        BY:  William R. Baker, III, Esq.

 7             Ragad Alfaraidy, Esq.

 8             555 Eleventh Street, NW

 9             Suite 1000

10             Washington, DC  20004

11             (202) 637-2200

12             William.Baker@lw.com

13             Ragad.Alfaraidy@lw.com

14

15   ALSO PRESENT:

16        Hope Augustini - (WebEx)

17        Andrew M. Skolnik - (WebEx)

18

19   Videographer:

20        DESHAWN WHITE

21        GRADILLAS COURT REPORTERS

22        400 N. Brand Boulevard

23        Suite 950

24        Glendale, CA  91203

25        (424) 239-2800
```

4

```
 1                    I N D E X
 2   ERIK KELLOGG                              PAGE
 3     Examination by Ms. Farer                  8
 4     Examination by Mr. Beville              351
 5
 6
 7
 8                  E X H I B I T S
 9   EXHIBIT NO.    DESCRIPTION                 PAGE
10   Exhibit 67    Device Management and Handling  251
11                   Procedures (Confidential)
12   Exhibit 68    Blockchain Diagram          280
13   Exhibit 69    Binance US - Crypto Deposit Flow  292
14   Exhibit 70    CEFFU SOC Report/User Controls  302
15                   Memo (Confidential)
16   Exhibit 71    Section Heading/Control Heading/  332
17                   Control Text Document
18                   (Confidential)
19
20
21
22
23
24
25
```

                                                            5

11:22  1   Q. Yes.  So when you first started the --

   2 were you able to get information about the wallet

   3 generation?

11:23  4   A. No.

11:23  5   Q. Were you able to get an understanding

   6 about how the TSS protocol was established and

   7 implemented?

11:23  8   A. No.  I did not have any understanding how

   9 Binance implemented TSS -- Binance -- BHL.

11:23 10    (Whereupon, Madam Reporter asked for

   11 clarification from the witness.)

11:23 12   A. I did not get an understanding of how BHL

   13 implemented TSS.

11:23 14    BY MS. FARER:

11:23 15   Q. And are you aware of any documentation

   16 about how the wallets are created for Binance.US?

11:23 17   A. No.

11:23 18   Q. How about any documentation for the TSS --

   19 the establishment of the TSS protocol and its

   20 implementation for .US (sic)?

11:23 21   A. No.

11:24 22   Q. To what extent did you evaluate whether

   23 any keys were copied for the .US wallets?

11:24 24   A. I had no reason to believe there were

   25 duplicate keys.

75

11:24 1        Q.    Okay.  But in your role as chief

2     information security officer you were comfortable

3     that you don't know how wallets were created, you

4     don't know how the TSS protocol was implemented.

11:24 5              How did you get comfortable with the

6     protection of .US assets?

11:24 7        A.    Through those conversations with █

8     asking to see if there's any third-party security

9     reports they've had done or assessments done --

11:24 10       Q.    Did he provide you any reports?

11:24 11       A.    He did.

11:24 12       Q.    What did he provide you?

11:24 13       A.    I got to -- I had the SOC 2 report --

14    their SOC 2 report and their ISO reports.

11:24 15       Q.    And when you say "their," who is the

16    "their" that we're referring to?

11:25 17       A.    So it's my understanding that it's BHL.

11:25 18       Q.    So your understanding is that the wallet

19    software provider for .US is Binance Holdings?

11:25 20       A.    Correct.

11:25 21       Q.    What is the basis of that understanding?

11:25 22       A.    In my discussions with █, again, and the

23    third-party diligence we've done on them, but also

24    the licensing agreement we have in place with them.

11:25 25       Q.    Any other agreements?

76

11:25  1      A.    No.

11:25  2      Q.    What due diligence -- you mentioned the

3  diligence you did on them.

11:25  4            What diligence did you do?

11:25  5      A.    So that would have been -- that would have

6  been the asking to see third-party -- any -- whatever

7  third-party reports they are willing to provide us,

8  which is when they provided the ISO and SOC 2 report.

11:25  9            On top of that, we asked them to fill out

10  our own security due diligence questionnaire and then

11  a little bit later on we created a custody

12  solution-specific security questionnaire, which was

13  given and asked to be filled out for any current and

14  future custody solution providers.

11:26  15      Q.    And it's your understanding that the SOC 2

16  report that you received covered the solution that

17  Binance provided to Binance.US -- that Binance

18  Holdings provided to Binance.US?

11:26  19      A.    Yes.  That's my understanding.

11:26  20      Q.    And what was the date of that SOC 2

21  report?

11:26  22      A.    I don't recall.  It was -- it was -- I

23  don't recall.

11:26  24      Q.    What else did you do when you first

25  started to get an understanding and comfort about the

77

1   security of Binance.US wallets and crypto assets?

11:26   2        A.    We -- my team and I decided to -- or

3   discussed other things we can do to test, why we

4   can't -- we don't have any insight or visibility into

5   the BHL and AWS, we were ensuring what information --

11:27   6              (Whereupon, Madam Reporter asked for

7   clarification from the witness.)

11:27   8        A.    You know, we started brainstorming on

9   other ways we can ensure whatever data we are sending

10   to them is as expected, as designed by what we were

11   told, so what information is sent when we are

12   requesting a transfer or trying to access our assets.

11:27   13              That's information we can actually see on

14   our end.  So at various points in that communication

15   chain between our ARS and theirs we did some

16   exercises there.

11:27   17              BY MS. FARER:

11:27   18        Q.    Like what?  What kind of exercises?

11:27   19        A.    So set up some network capturing to see if

20   we actually capture the data that's being processed

21   and sent, so you can actually break that down.

11:27   22              So I was told that you're only sending a

23   wallet ID, token, and an amount.  They had some

24   packet captures to make sure that that's the type of

25   information that was only being sent.

78

11:28  1        Q.    Okay.  You're going to need to break that

    2    one down.  When you say a network capture, what do

    3    you mean?

11:28  4        A.    So it's an --

11:28  5        Q.    Like a screenshot?

11:28  6        A.    Kind of.  So let's see if I can explain

    7    it.  So when you send something from Point A to Point

    8    B, you know, it's going over a connection point,

    9    right?

11:28 10           In the physical world you're thinking

    11    about like a network cable.  You should be able to

    12    plug a device in that would actually copy the data

    13    that's being sent or take a snapshot of that data so

    14    you can actually read what's in there.

11:28 15           So this is useful -- this is something

    16    like a -- it's called the man in the middle attack.

    17    If someone is able to interject data into a -- in

    18    between your connections, they can send data that you

    19    weren't expecting.

11:28 20           So these are just some exercises we were

    21    doing just to ensure that the PNK system was

    22    functioning as we were told.

11:29 23           MR. BEVILLE:  Can I ask some questions to

    24    just clarify this that might be useful?

11:29 25           MS. FARER:  Let's go off the record for a

                                                              79

1 second.

11:29 2 THE VIDEOGRAPHER:  The time is 11:28 a.m.
3 We are now off the record.

11:29 4 (Discussion held off the record.)

11:30 5 THE VIDEOGRAPHER:  The time is 11:30 a.m.
6 We are now on the record.

11:30 7 MS. FARER:  Mr. Beville is going to ask a
8 clarifying question so that we're all on the same
9 page as to the testimony that you just provided.

11:30 10 MR. BEVILLE:  So, Erik, were you
11 describing a network tab?

11:30 12 THE WITNESS:  Yes.

11:30 13 MR. BEVILLE:  So were you describing
14 testing of the messages communicated across the
15 cables connecting the machines in your AWS
16 environment with the machines in the BHL AWS
17 environment?

11:30 18 THE WITNESS:  Yes.

11:30 19 MR. BEVILLE:  And so when you were
20 referring to auditing those messages, you were
21 capturing the actual electronic zeros and 1s moving
22 between the machines, decoding them, and confirming
23 they were as expected?

11:30 24 THE WITNESS:  Correct.

11:30 25 MS. FARER:  Thank you.

80

11:36   1          A.    Or -- we would have some confusion on the

    2    timeline, but it's either mid '22 -- mid '22 is when

    3    I was told and confirmed, but I didn't get any eyes

    4    on shards until much later, until this year.  So, you

    5    know, I'm going off of what I was told.

11:36   6          Q.    And who was telling you all of this?

11:36   7          A.    So there was some communication -- Gerry

    8    was -- was -- was important to the communications,

    9    Gerry Ho.

11:36  10          Q.    Who is Gerry Ho?

11:36  11          A.    He's our head of product.

11:36  12          Q.    And he's the head of product for which

   13    company?

11:36  14          A.    Bam.

11:36  15          Q.    For Bam.  Was he formally a Binance

   16    employee?

11:36  17          A.    I don't know.

11:36  18          Q.    And why was he the person giving you

   19    information about the shards?

11:36  20          A.    I don't know that either.  I just know

   21    that he was really the only person within Bam that

   22    could give me the information I was asking for.

11:37  23          Q.    And when you say head of product, what is

   24    that role?

11:37  25          A.    He decides kind of which -- I think him

                                                                85

1   and his team decide what products or services we

2   built for customers.

11:37   3        Q.    So the head of products who deals with

4   products and services is the only person that can

5   give you information about the changes in the key

6   shard protocol for Binance's cold wallets?

11:37   7        A.    Yeah, at that time.

11:37   8        Q.    Why was he the only person that had that

9   information?

11:37  10        A.    I don't know.

11:37  11        Q.    As the chief information security officer,

12  by that point you've been there almost -- you know,

13  at least six months.  How did you get comfortable in

14  your role that all of the assets and keys were secure

15  with so little insight about what was happening?

11:37  16        A.    I had no reason to believe otherwise at

17  that time.  And we have done -- we did do -- my team

18  did do some initial risk assessment on PNK being the

19  controlling factor, you know, the number of shards

20  needed to whitelist any wallet addresses to move

21  assets off of our platform.

11:38  22        Q.    What did you do to test that?

11:38  23        A.    I asked the clearing team to do a test for

24  me for the whitelisting just to see what that looked

25  like.  We did security testing for access controls

86

11:47  1        A.    That's my understanding, yes.

11:47  2        Q.    And when it made the change from nine to

3   seven and the number of shards from -- how did that

4   change occur?  Like what happened to the preexisting

5   set of keys in that protocol to then change to a

6   smaller set of keys required and a different

7   breakdown?

11:48  8              And, again, to give you context so we're

9   all on the same page here, as we explained, we need

10   to get comfort in understanding the evolution of the

11   keys and who's in control and that -- so that's what

12   we're trying to understand, like where the keys went.

11:48 13        A.    Right.  So at that time -- again, and I

14   didn't have hands-on with this.  Again, this was me

15   being -- I was being told this through questions with

16   BHL as well as Gerry was still trying -- we were

17   trying to get Gerry out of this -- why he was put in

18   this role as being the point person, we don't know; I

19   don't know.

11:48 20              But the goal was ultimately that the

21   responsibility should be under, obviously, CISO, and

22   we were working towards all of this.  It's my

23   understanding that we sent some of the shards -- we

24   sent our three shards back for -- we sent two shards

25   back.

95

11:49  1          And we don't know -- at that time I didn't

2    know what the process was for -- that's called

3    regrouping.  Whenever you change the number of shards

4    or you add or take away shards that's called

5    regrouping when we talk about TSS.

11:49  6          I didn't understand how the TSS -- I

7    didn't have any insight into that process, but we

8    know we sent -- we relied on BHL to support us for

9    those shards so we sent them back.

11:49 10          (Whereupon, Madam Reporter asked for

11   clarification from the witness.)

11:49 12     A.    We relied on BHL to support us for the

13   regrouping, and then they sent -- they sent us our

14   shards -- they mailed and shipped us -- they shipped

15   the employees -- the Bam employees the new shards.

11:49 16          So we had an employee that already had

17   one, so then they shipped the three additional shards

18   to our employees, if that makes sense.  So I don't

19   know what happened with all the shards they had.  I

20   don't know if they gave us new devices or -- that was

21   -- that's all -- I'm not aware.

11:50 22     Q.    So when you say a regrouping, were there

23   new keys generated?

11:50 24     A.    I don't know.  I was told that there are

25   new keys.

96

1  industry professionals and doing -- setting up your

2  own TSS protocol give you an understanding about the

3  TSS protocol that's in place here?  Because it's, as

4  you just described it, a Binance specific

5  implementation.

12:02  6      A.    Right.  So, again, I would be looking for,

7  you know, irregularities maybe in how I would maybe

8  expect to see the shards function.  An understanding

9  of how other companies implement TSS would be helpful

10  for me to understand just to do some comparative

11  analysis as I learn more about how BHL has built it.

12:02  12      Q.    So -- but you -- did you have an

13  opportunity to review the software or code?

12:02  14      A.    Nothing in the back end, no.  Just -- I've

15  seen -- and PNK was included in our security -- our

16  third-party security assessments, so PNK was

17  definitely involved.

12:03  18           So we've seen that aspect.  Now we are

19  looking at -- now that we have access to the TSS

20  portal itself we are reviewing that aspect as well,

21  but I have not seen any source code or anything of

22  the BHL infrastructure.

12:03  23      Q.    So how are you able to confirm that there

24  were not copies of any keys or key shards made?

12:03  25      A.    I -- we don't have that ability to -- this

106

1  dives into what level of -- what level of exposure or

2  access are you giving to any third party.

12:03  3        So this is where -- it would fall on the

4  line of -- unless I have a reason to believe there

5  was a copy -- if we thought there was any reason to

6  not believe that they are making copies, you know,

7  that would be -- then turn into a business decision

8  just keeping them as a partner, as a thirty-party

9  partner.

12:03 10        MR. BEVILLE:  Erik, it might be helpful

11  for you to talk about how you know which shards

12  exist.

12:04 13        THE WITNESS:  Right.  Okay.  So yeah, so

14  -- yeah, so -- thank you.

12:04 15     A.   For each shard that we have, we do have a

16  -- each shard shows you what other shards are active

17  in that pool.

12:04 18        So when we had nine shards you could see

19  -- and if you looked at a shard -- and I've seen a

20  screenshot of this recently -- more recently I've

21  gotten eyes on myself -- a couple of the shards have

22  verified this.

12:04 23        But when you have a shard and you're doing

24  -- a voting comes through, you see all the other

25  shards that are in the pool.  So for us there's seven

107

1  shards in the pool.

12:04  2          BY MS. FARER:

12:04  3      Q.    And how does it show up on the screen?

12:04  4      A.    Through -- you assign each shard a name,

5  so for some of ours they're fruit (sic).  For some of

6  the new ones we call them US manager, but they're

7  identified by a moniker we give them.

12:04  8          (Whereupon, Madam Reporter asked for

9  clarification from the witness.)

12:05  10     A.    US Management shard, one through three.

12:05  11         BY MS. FARER:

12:05  12     Q.    And so you've seen a shard -- like you've

13  seen the device and examine this yourself?

12:05  14     A.    Yes.

12:05  15     Q.    Tell us -- all right.  So let's walk

16  through the process of -- if a request came in for

17  approval from the shard holders, walk us through the

18  life cycle of that.

12:05  19     A.    So I need to clarify.  The request is put

20  in through the TSS portal, which is very limited --

21  only limited to senior clearing team members.  But

22  when they -- when they do put a request in, they'll

23  put the wallet and the amount and typically a memo of

24  why and then they'll hit the submit button.

12:05  25         And at that time all the shards will get

108

1  pinged to say, hey, there's a request and then they

2  have 30 minutes -- all seven shards have 30 minutes

3  to hit approve or deny.  And as shards are approving

4  in real time, the app on the other phones are -- is

5  showing which monikers, which devices have already

6  approved.

12:06  7       Q.    And so what is this TSS portal that you're

8  referring to?

12:06  9       A.    So that is just how we interact with the

10  TSS -- the shards.  So the three functions we can do

11  are create a new wallet, request a transfer, and/or

12  the third function is to do the regrouping ourselves.

12:06  13      Q.    And that TSS portal sits or is hosted

14  where?

12:06  15      A.    In the BHL's AWS.

12:06  16      Q.    So who can interact with this TSS portal?

12:06  17      A.    Currently, it's Tao and Rose from our

18  clearing team -- I'm sorry -- Tao and Nana (phonetic)

19  from the clearing team -- they're the senior clearing

20  members -- and we are working on a third treasury

21  team member.

12:07  22      Q.    So these two individuals are the only

23  people who can make those requests that you just

24  identified?

12:07  25      A.    Yes.

109

12:07  1      Q.    How do you know that someone from Binance

2  can't do that as well?

12:07  3      A.    You know, we have access to the portal and

4  see which users are in there.  So to that extent, we

5  know.

12:07  6      Q.    Do you have -- when you say you can see

7  what users are in there, what do you mean?

12:07  8      A.    Okay.  As in we see that Tao is a user and

9  Nana (phonetic) is a user.

12:07 10      Q.    Do you have visibility into all means of

11  access for that TSS portal?

12:07 12      A.    As far as I know, yes.

12:07 13      Q.    How are you supposed to gain comfort with

14  that if it all sits in the Binance environment?

12:08 15      A.    Again, this is where we would fall back on

16  the third-party risk assessments, our own security

17  diligence, our conversations.  And it's standard for

18  all of our custodial solution partners.

12:08 19      Q.    So your confirmation that Binance doesn't

20  have access to the TSS portal is confirmation from

21  Binance?

12:08 22      A.    And the third-party reports we saw.

12:08 23      Q.    The third-party reports you're referring

24  to are the SOC 2 and ISO reports?

12:08 25      A.    Correct.

110

12:10  1          I think that that goes case-by-case,

2   business-by-business decision.

12:11  3          Q.    Is that what was explained to you as to

4   why you couldn't have the report?

12:11  5          A.    Yes, but I also agreed with that point of

6   view.

12:11  7          Q.    And what entities are covered by this SOC

8   report that you saw?

12:11  9          A.    So on the name I believe it was Block

10   Technologies.

12:11  11          Q.    And I want to turn to that in a second.

12   But what other third-party vendors that service

13   Binance only provided you a SOC 2 ISO or other

14   security report through a screen share?

12:11  15               MR. BEVILLE:  Which Binance --

12:11  16               MR. NELSON:  Which entity are you

17   referring to?

12:11  18               MS. FARER:  Binance.US.

12:11  19          A.    Well, I would say BitGo has a SOC 2 report

20   that they did provide us, but they don't have any ISO

21   reports.

12:11  22               BY MS. FARER:

12:11  23          Q.    They provided you a copy that you have?

12:12  24          A.    Correct.  Fire Blocks gave us a SOC 2

25   report, but they do not have an ISO report.  And I'm

113

13:09  1      A.      ███  at BHL.

13:09  2      Q.     And for how long was ███  the root account

      3  holder?

13:09  4      A.     I don't know.  I just know that he's the

      5  one that I -- I -- I got it from.

13:09  6      Q.     Okay.  What rights does somebody who is

      7  the root account holder have?

13:10  8      A.     They're ultimately able to set permissions

      9  to AWS or deny permissions.  They can also turn on

     10  and off services.  They can also delete the entire

     11  AWS account.

13:10 12      Q.     What about for -- again, servers and

     13  software that are in the AWS environment, what rights

     14  do they have to those sort of subcomponents of the

     15  environment?

13:10 16      A.     So there's some variations, but basically

     17  just because you have root does not give you access

     18  to those systems.  Each individual system and service

     19  that you spin up within AWS has their own individual

     20  rights and permissions attached to that.  And it's

     21  not inherent that root automatically gets any kind of

     22  access to those services or systems.

13:11 23      Q.     Is it the case that the root account has

     24  administrative rights in the sense of -- sorry.  I'll

     25  ask for your patience.  Let me verbalize it so you

                                                            126

1   understand it.  So I just want to -- I want to get a

2   better understanding.

13:11  3            So the root account is like the holder of

4   this environment.  So they have like overarching

5   rights.  So how is it the case that if there's a

6   server or software or something hosted or housed in

7   this environment that they wouldn't have rights or

8   access to it?

13:11  9       A.    So I'll give you two examples.  We'll do

10   the server example first.  So if -- if I built a

11   server within AWS on their -- EC2 service is the name

12   of it, to give you an example.  That server is being

13   built by a local administrative account within the

14   server itself, and that is where the authentication

15   for access to that server lives.  It doesn't live in

16   the bigger AWS environment.  It's local to that --

17   that server.

13:12  18       Q.    But for that administrative account, that

19   was granted by the root account, though, right?

13:12  20       A.    Correct.

13:12  21       Q.    Okay.  So the root account still has

22   control over that administrative account?

13:12  23       A.    Right.  So that root account could delete

24   that administrator account, if you will, or change

25   its password or, you know, disable it.

127

13:12  1      Q.    Or change its administrative rights?

13:12  2      A.    It could change the administrative rights,

3  but that still wouldn't change the local

4  authentication within the server itself.

13:13  5            So the most that you would be able to do

6  -- the most that the root account could do is -- to

7  that server would be to stop the server or delete it

8  altogether, delete the administrative role or user

9  that created the server itself, or just basically

10  disable the server for some time or move it -- you

11  know, make some external configurations.

13:13  12           But whatever is inside that server,

13  whatever data is inside that is going to be limited

14  to any user accounts set up within the server itself.

15  So it's own -- it's its own environment inside the

16  server.

13:13  17           Now, you could configure -- right, if the

18  administrator went as far as to configure the system

19  to allow authentication from AWS, but that's not

20  really common practice.

13:13  21     Q.    Just explain what you mean by that last

22  part, that it -- an administrator could allow

23  authentication by AWS.

13:14  24     A.    So you could say -- you could tell a

25  server -- and it would depend on the type of server

128

```
 1  on the operating system.  You could say don't use my

 2  local authentication for the system, but use an

 3  external authentication like database, which users

 4  and permissions are allowed.

 5          You could set that up to another system or

 6  service within AWS.  But, again, that still doesn't

 7  inherently give root any access to what's inside

 8  those systems or servers.

 9      Q.   So if it was set up to authenticate to

10  AWS, though, wouldn't the root have some kind of --

11      A.   That would -- someone would have to go

12  through and actually configure that, though.

13      Q.   Okay.  What is the configuration for the

14  .US AWS?

15      A.   Our configuration is that the root account

16  was only set up to create the first couple of

17  administrative accounts within AWS and set, you know,

18  just kind of a global security policy requiring a

19  hardware YubiKey.

20          (Whereupon, Madam Reporter asked for

21  clarification from the witness.)

22      A.   Y-U-B-I-K-E-Y, all one word.

23          BY MS. FARER:

24      Q.   And what's that?

25      A.   It's an actual physical device that you
```

129

15:03  1      A.      Correct.

15:03  2      Q.      -- for the Binance.US AWS environment?

15:03  3      A.      Correct.

15:03  4      Q.      But that the AWS environment that hosts

5      the wallet custody software is held by Binance.com?

15:03  6      A.      Correct.

15:03  7      Q.      Do you know who has the root account --

8      who manages the root account for the Binance.com

9      environment that holds the software?

15:03 10      A.      I do not.

15:03 11      Q.      Do you know who has admin rights for that

12      environment?

15:03 13      A.      I do not.

15:04 14      Q.      And nobody from Binance.US has any access

15      to that environment?

15:04 16      A.      No.

15:04 17      Q.      Sorry.  I'm trying to short-circuit this,

18      because we covered a lot of this, in the hopes of

19      moving this along.  So just bear with me for a

20      minute.

15:04 21              Okay.  So a lot of subparts here.  30b.

22      We were talking about the PNK system.

15:04 23      A.      Okay.

15:05 24      Q.      So is it the case of the PNK system that

25      Binance.US uses was forked off of the Binance.com

199

1   system?

15:05   2       A.     Yes.

15:05   3       Q.     And when you fork this technology, does

4   the original developer of the technology maintain any

5   rights over the forked software?

15:05   6       A.     No.

15:05   7       Q.     Including any access rights?

15:05   8       A.     So when you fork something, you're

9   basically just taking a copy of it.  And when you --

10   when you drop that copy somewhere there's -- there's

11   no access rights or any permissions that come along

12   with that.

15:05   13          You're just -- really just copying the

14   code and it will inherent whatever permissions you

15   put that -- you copy -- you paste that -- or you copy

16   that source code to, so no original developers or

17   anything would come along with that fork or that

18   copy.

15:06   19      Q.     Okay.  Let me understand what you said in

20   the beginning part.  When you make the copy the

21   original permissions that are -- are copied over,

22   too?

15:06   23      A.     No, they are not.

15:06   24      Q.     They're not copied.  Okay.

15:06   25      A.     No.

                                                    200

15:06  1          Q.    Okay.  And so it is -- so it is a separate

2    copy that breaks off such that if somebody makes a

3    change to the original that doesn't also apply to the

4    forked copy?

15:06  5          A.    Correct.

15:06  6          Q.    Okay.  And so the keys that are associated

7    with the PNK -- so PNK has a number of controls,

8    which we'll get through, governing movement through

9    the hot wallets.  So I know we've talked about these

10    key shards for the cold wallets.

15:07 11               Tell me about the keys for the hot

12    wallets.  It's just not clear to me how they're

13    created and controlled.

15:07 14          A.    So this is kind of one of those areas that

15    I don't have information on as well given that it's

16    part of the BHL proprietary system.  I think I had

17    mentioned before there are limits that -- (inaudible)

18    information I'm not going to get and I don't feel

19    like I'm entitled to as a customer of the software.

15:07 20               So how they specifically do that on the

21    back end, I can't tell you.  I have an understanding

22    that it's all built off of proprietary AWS services

23    and technology.  But, again, you know, I glean that

24    from the reports that I've seen, the SOC 2 report and

25    conversations with ███ again.  But I don't know

201

1   specifics at all.

15:08   2        Q.    So help me understand then -- so PNK has a

3   number of controls -- which, again, I know are listed

4   here and we'll get through it -- that Binance.US has

5   implemented through the PNK software to coordinate

6   certain transfers of funds through the hot wallets;

7   is that right?

15:08   8        A.    Can you repeat the question?

15:08   9        Q.    Binance.US -- well, there are controls in

10   the PNK system that manage the movement of funds

11   through the hot wallets; is that right?  So, for

12   example, like there's like a threshold by which if

13   that threshold is reached the way it's described, is

14   there like an automatic transfer to the cold wallets?

15:08   15        A.    Right.

15:08   16        Q.    And that's something that's built into the

17   PNK system?

15:08   18        A.    Correct.

15:08   19        Q.    And so how is it that the -- I'm just

20   trying to understand the technology.  How is it that

21   these -- you know, these wallets are sitting in this

22   environment AWS that -- there are keys that govern

23   these wallets, but then there's like an overlaying

24   software that manages transfers.  Like, how does this

25   work?

202

15:09  1     A.   Yeah.  I don't -- so -- so it's my

2  understanding that PNK -- I talked about doing that

3  network capture where we look at the traffic on the

4  -- right.

15:09  5        There is -- it's built so that we have

6  basically an encryption or -- we have a -- we have an

7  encrypted key or a special authorization to access

8  that environment and specifically manipulate those

9  keys based off the functions built in the PNK.

15:10  10       And so PNK I guess is just kind of -- I

11  look at it as the front end of the wallet service --

12  the wallet software.  And, again, asking how the back

13  end works and exactly what services are talking to

14  which, I just don't know.

15:10  15       But this is why our testing -- internal

16  testing was done quite a bit around trying to abuse

17  PNK, trying to find vulnerabilities within the -- you

18  know, the code, doing these network captures just to

19  see is the traffic as expected.  But that's where our

20  knowledge would fall short.

15:10  21       And then these are why I was having

22  conversations, again, to get more comfortable or just

23  get familiarity.  But, again, there is a level that

24  -- of proprietary knowledge of those systems that I

25  shouldn't know as a customer and, you know, I respect

1   that of any custodial solution.  So, again, how it

2   works on the back end, I just couldn't tell you.

15:11 3       Q.    So your view is that this wallet software

4   license that you have is a custody solution similar

5   to BitGo and Aegis?

15:11 6       A.    Yeah.  I look at those as -- yes, tools to

7   control the assets -- control our assets.

15:11 8       Q.    Okay.  And so similar to a third-party

9   custodian like BitGo and Aegis that has -- you know,

10  manages and secures the keys, your view is that

11  Binance.com does that for Binance.US?

15:11 12       MR. BEVILLE:  Objection to the extent it

13  characterizes BitGo and Aegis differently than what

14  Erik has done.

15:11 15       BY MS. FARER:

15:11 16       Q.    You can answer.

15:12 17       A.    So -- so yes.  So BitGo, Aegis, and BHL

18  are all just tools for us to custody our assets.  I

19  looked at them as tools and how we do that.  Now,

20  each one does it a little differently based on their

21  technology and their methods.

15:12 22       But the way we approach the risks and how

23  we approach securing those is, again, looking at them

24  in the same lens of, is this a tool?  And we put them

25  all through the same diligence for that reason, so

                                                      204

16:10  1      A.    No.

16:10  2      Q.    Does that make -- does a smaller number of

3   shard holders make the wallets more or less secure?

16:10  4      A.    I think it's the same risk profile in my

5   opinion.  I don't think the number of -- you

6   certainly don't want a lot of shards unnecessarily.

7   I think it should be based off of like the number of

8   qualified employees who would be, I guess, qualified

9   to be a shard holder.

16:11 10          So, you know, again, I think from a risk

11  profile we wanted less shards.  But, again, I wasn't

12  involved in those conversations until -- to decide on

13  what number we would end up at.

16:11 14      Q.    Who was involved in those conversations?

16:11 15      A.    I don't know.  I am -- I was aware that

16  Gerry may have been involved, but I don't know if he

17  had any decision-making authority on that or -- you

18  know, I don't know what was going on at that time.

16:11 19      Q.    Okay.  How do you know that he was

20  involved?

16:11 21      A.    Because I don't know if you recall, Gerry

22  was for -- my point of -- internal point of contact

23  who knew the most about our shards and custody kind

24  of posture at that time.

16:11 25      Q.    So when you said we were the driver behind

235

1  air that it -- that it -- once we got the

2  understanding that it wasn't, we were in discussions

3  with BHL for them to conduct a new SOC report on

4  specifically our environment, which they initially

5  agreed to.

18:45  6      Q.    When did that conversation occur?

18:45  7      A.    Either late last year or earlier this

8  year.  I don't remember the exact time.

18:45  9      Q.    And you said Binance.com initially agreed

10  to have your wallet software be reviewed for under

11  SOC 2?

18:45 12      A.    By a third party, yes.

18:45 13      Q.    And when you say initially agreed, has

14  that decision changed?

18:45 15      A.    Yeah.  Well, I haven't been told it's not

16  going to happen, but it -- we haven't made any

17  progress on that.

18:45 18      Q.    And why have you not made any progress on

19  that?

18:45 20      A.    I think -- I don't know.  I can't speak to

21  why the communications are slowed down on the -- on

22  the BHL side, but that's a big part of it.

18:45 23      Q.    What progress was made when you were under

24  the impression that this SOC 2 report was going to --

25  or the SOC 2 assessment was going to occur?

                                                          314

18:46   1      A.    Identifying which third-party assessors we

2   -- you know, we would consider going in for that.  So

3   it was a collaborative discussion, okay, recognize

4   that we need a SOC 2 report or some kind of security

5   report done specifically on our environment, our

6   implementation of the custody software.

18:46   7            And then it was already -- which they

8   initially agreed to, and then we were at the stage

9   of, okay, which vendors are they comfortable with,

10   you know, and that we are both comfortable with.

18:46  11      Q.    And was a vendor selected?

18:46  12      A.    We -- we didn't get that far.

18:46  13      Q.    Who were you talking to from Binance.com

14   about this issue?

18:46  15      A.    ███  again.

18:46  16      Q.    And when was the last time that you had a

17   communication with ███ about this issue?

18:46  18      A.    I don't remember.  I don't remember.

18:46  19      Q.    Based on how these conversations have

20   progressed, do you believe that a SOC 2 report for

21   the wallet software that Binance.US uses is going to

22   occur?

18:47  23      A.    I don't have reason to think it's not

24   going to occur.  Our discussions was while it -- my

25   opinion is it didn't have to be a SOC 2 report.

315

18:47  1            It just had to be some third-party

       2  security based assessment, whether that's office

       3  security, penetration testing, or an actual

       4  formalized SOC 2 or ISO.  So the general consensus

       5  like they agreed, yeah.  They were happy to move

       6  forward with that.

18:47  7       Q.    And -- I'm sorry.  Maybe I didn't hear

       8  you.  When was the last time you had a conversation

       9  with them about this?

18:47 10       A.    I want to say it was earlier this year.

18:47 11       Q.    Okay.  So like January? February?  What

      12  month are we talking about here?

18:48 13       A.    The initial discussions came up sometime

      14  in Q1, and I think we were continuing to discuss

      15  periodically over the following months.

18:48 16       Q.    Have you followed up and pressed on the

      17  status of this report?

18:48 18       A.    No, not recently.

18:48 19       Q.    And why not?

18:48 20       A.    Like I said, you know, communication

      21  requests have slowed down.  So I don't know if

      22  they're trying to identify a better point of contact

      23  for us to have for these kind of things or -- you

      24  know, while I have -- you know, while -- while it's

      25  been great to have ███ as a single point of contact,

                                                          316

just work through this and then we could have the
discussions later.

19:27   3        MS. FARER:  Okay.  And maybe some of this
can be balanced by production of additional
information that we've been requesting.

19:27   6        BY MS. FARER:

19:27   7    Q.    All right.  Turning to the document,
Exhibit 71 in front of you -- okay.  So if we -- you
have to bear with me.  If you go to 6.1.2 -- do you
see that?  --

19:28  11    A.    Yes.

19:28  12    Q.    Okay -- it references an approved
communication channel.  What are the approved
communication channels?

19:28  15    A.    Wait a minute.  6.1.2?

19:28  16    Q.    Yes.

19:28  17    A.    Oh, so at the time the shards all had a
secured communications app on them.

19:29  19    Q.    At what time?

19:29  20    A.    When -- well, I guess up until we moved
all shards to the US.

19:29  22    Q.    And why did that change?

19:29  23    A.    I wasn't given a reason, so we received
the shards.  It was my understanding -- you know, at
that time I understood there to be a proprietary --

338

1   basically messaging app that were on the shards

2   themselves, which basically did not -- you know, it

3   blocked the identity of the shard holder.

19:29   4        But this way the shard holders could still

5   communicate as a group or -- to the original TSS

6   requester about each transaction or what have you.

7   That is our preferred method.  That is what we are

8   working towards getting back to that.

19:29   9        But it's my understanding that BHL was

10   providing that -- that secure app and they -- I don't

11   know if they didn't want to support it.  I don't know

12   why they removed it, but when we asked if we could

13   have access, they said no.

19:30   14        Q.   Who did you talk to about that?

19:30   15        A.   That at the time was Hanna (phonetic).

16   That was the only question I had for Hanna

17   (phonetic).

19:30   18        Q.   Who is Hanna (phonetic)?

19:30   19        A.   She is the person I got the three shards

20   from, the three shards I picked up in Dubai.

19:30   21        Q.   What's her last name?

19:30   22        A.   I believe Chen.

19:30   23        Q.   So Hanna (phonetic) Chen is the person you

24   spoke with about the -- about no longer having a

25   communications channel on the shard devices?

339

19:30  1          A.    Correct.

19:30  2          Q.    And so you directly picked up the shards?

19:30  3          A.    I picked three of them up, yes.

19:30  4          Q.    And is that because the fourth was already

       5    in the United States?

19:30  6          A.    So at the time --

19:30  7                THE WITNESS:  I can talk about the

       8    collaboration of how we moved things -- everything --

       9    all the shards to the states?

19:30  10               MR. BEVILLE:  Yes.

19:30  11         A.    There was three shards in Canada.  One

       12   shard has always existed in the states, as far as

       13   I've been here, and then the three shards I picked up

       14   from Hanna (phonetic) in Dubai.

19:31  15               So at the time that I was traveling to

       16   Dubai and back we were coordinating individual

       17   US-based employees to go individually pick up the

       18   shards from the folks -- from the people in Canada.

       19   So we already had the three shards in Canada.  We've

       20   had those under Bam -- Bam possession.

19:31  21               So it was just a matter of finding the

       22   right people to go pick them up and bring them to the

       23   states, and those are still the shard holders to this

       24   day.  And then the three shards I picked up when I

       25   got back to Chicago I dispersed one to someone on my

                                                                    340

1  security team and two others to other US-based Bam

2  employees.

19:31  3         BY MS. FARER:

19:31  4     Q.    Was there any other alteration to the

5  device or software holding the shards beyond removal

6  of this channel?

9:31  7     A.    So that app was not part of the shard app.

8  It was a separate app that was installed on the

9  phone.

19:32  10    Q.    Okay.  So each device that held a shard

11  had an approved communication channel and the

12  software through which the shards are -- through

13  which they operate?

19:32  14    A.    Correct.

19:32  15    Q.    And so when you got the device there was

16  no longer the communication channel?

19:32  17    A.    Right.  I noticed that.  So we sat

18  together for maybe ten minutes.  I turned each device

19  on to ensure the integrity of the device as much as I

20  could.  But that is something I noticed relatively

21  quick (sic), so I asked at that time.

19:32  22    Q.    For the other devices that were held by

23  Bam employees, did they still have the communication

24  channel on it?

19:32  25    A.    It's unclear if it's still installed, but

341

1    it's no longer working.

19:32    2        Q.    And why was Hanna (phonetic) Chen the

3    person who had the shards?

19:32    4        A.    I don't know.

19:33    5        Q.    And why was she in Dubai?

19:33    6        A.    I don't know that either.

19:33    7        Q.    How did you coordinate picking up the

8    shards from her?

19:33    9        A.    It was through -- her and I -- I was given

10   her telegram contact information.

19:33   11        Q.    From who?

19:33   12        A.    I believe maybe Tao.

19:33   13        Q.    Tao clearing (sic) --

19:33   14        A.    I don't specifically remember.  It was

15   somebody -- it was a Bam employee.  I just don't

16   specifically remember if it was -- I believe it might

17   have been Tao as Tao is the one that's -- as I

18   understand it, he's the one that has -- he has a --

19   he has a communication -- he's able to -- I don't

20   know -- to get communication with her or she is just

21   the one that is basically supporting our instance

22   from the operational side.

19:34   23        And so we kind of view her as like the BHL

24   support person for our wallet operations support, if

25   needed.

342

19:34  1      Q.      Hanna (phonetic) Chen?

19:34  2      A.      Yes.  That's how I understand it.  I've

3  never -- I don't have any direct exposure to see any

4  communications with anybody.  I mean, this is just

5  from conversations.

19:34  6      Q.      Conversations with whom?

19:34  7      A.      With Tao.

19:34  8      Q.      So I thought we talked about earlier that

9  your point of contact for the wallets was ███?

19:34 10      A.      Well, that is for the security and

11  technology and -- of the -- of the -- of the -- of

12  the wallets -- like the wallet system back end.

19:34 13      Q.      Okay.  So the role that Hanna (phonetic)

14  Chen plays with the wallets is what?

19:34 15      A.      I don't know.  I wouldn't even say she has

16  a role.  All I know is that at times Tao may -- if he

17  has requests that may affect our -- our shard

18  operations that -- that she was the person that they

19  would go to -- he would go to in the past.

19:35 20      Q.      And how much in the recent past?  Like

21  when did that cut off, when the shards were delivered

22  to you?

19:35 23      A.      I don't know -- I don't really know if

24  this was really a -- like I said, I've never actually

25  seen anything that would say that they've had any

343

1  kind of communications.

19:35  2      Q.    So what is the basis of your

3  understanding?

19:35  4      A.    Just what I was told, that we need to get

5  the shards to the United States, that I need to go --

6  that -- that I am the one that should be responsible

7  for it.  As a CISO it made sense that I be the one to

8  go, right?  So I said I'll go pick these up.  I don't

9  know why they elected Hanna (phonetic) to be the

10  person to drop them off or make the exchange.

19:35  11      Q.    No.  My question was:  What is the basis

12  for your understanding that Hanna (phonetic) Chen is

13  the point of contact for Tao for wallet questions?

19:36  14      A.    Again, just from conversations I've had.

19:36  15      Q.    With Tao?

19:36  16      A.    Um-hum.

19:36  17      MR. BEVILLE:  I think you're going to have

18  a lot of opportunity to discuss that.  I mean, we are

19  getting now well past the seven hours.  I don't want

20  to -- I'm trying not to cut you off, but it's quite

21  late in the day.

19:36  22      MS. FARER:  Okay.  We hear you.  I mean, I

23  will say that Hanna (phonetic) Chen having the

24  shards, she was involved in a lot of the control of

25  both crypto and Fiat for Binance.US.

344

358

```
 1                    REPORTER CERTIFICATE
 2   WASHINGTON, DC
 3
 4        I, Sherry L. Brooks, a Notary Public within and
 5   for the Jurisdiction aforesaid, do hereby certify
 6   that the foregoing deposition of ERIK KELLOGG
 7   appeared before me on Thursday, August 24, 2023,
 8   pursuant to notice, at the time and place indicated;
 9   that said deponent was by me duly sworn to tell the
10   truth, the whole truth, and nothing but the truth;
11   that the testimony of said deponent was correctly
12   recorded by machine shorthand by me and thereafter
13   transcribed under my supervision with computer-aided
14   transcription; that the deposition is a true record
15   of the testimony given by the witness; and that I am
16   neither of counsel nor kin to any party in said
17   action, nor interested in the outcome thereof.
18        IN WITNESS WHEREOF, I have hereunto set my hand
19   and official seal this 10th day of July 2023.
20
21   _____
22        SHERRY L. BROOKS, CLR and Notary Public
23
24   Commission Expires:  November 30, 2025
25
```