# Exhibit 7

```
 1                UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF COLUMBIA
 3
 4   SECURITIES AND EXCHANGE    )
     COMMISSION,                )
 5                              )
                   Plaintiff,   )
 6                              )
           vs.                  ) Civil Action No.
 7                              ) 1:23-cv-01559-ABJ
     BINANCE HOLDINGS LIMITED,  )
 8   BAM TRADING SERVICES INC., )
     BAM MANAGEMENT US HOLDINGS,)
 9   INC., AND CHANGPENG ZHAO,  )
                                )
10                 Defendants.  )
     _____)
11
12
13            ORAL VIDEOTAPED DEPOSITION OF
14                 CHRISTOPHER BLODGETT
15              Friday, December 15, 2023
16                    Miami, Florida
17
18
19
20
21
22
23
     Reported by:
24   Rebecca Callow,
     RMR, CRR, RPR
25   Job No. 231215RJC
```

1

```
 1
 2                ORAL VIDEOTAPED DEPOSITION OF
 3   CHRISTOPHER BLODGETT, produced as a witness at the
 4   instance of the Plaintiff and duly sworn, was taken in
 5   the above-styled and numbered cause on the 15th day of
 6   December 2023, from 9:31 a.m. to 2:31 p.m., before
 7   Rebecca J. Callow, Registered Merit Reporter, Certified
 8   Realtime Reporter, Registered Professional Reporter and
 9   Notary Public for the State of Florida, reported by
10   computerized stenotype machine at the offices of
11   Winston & Strawn, 200 S. Biscayne Boulevard, Miami,
12   Florida 33131, pursuant to the Federal Rules of Civil
13   Procedure.
14
15
16
17
18
19
20
21
22
23
24
25
                                                              2
```

```
 1                    APPEARANCES
 2
 3  FOR PLAINTIFF:
 4       Securities and Exchange Commission
 5       100 Pearl Street
 6       Suite 20-100
 7       New York, New York 10004
 8       212.336.1100
 9            By:  J. Emmett Murphy
10                 emmettjoh@sec.gov
11                 Elisa Solomon
12  - and -
13       Securities and Exchange Commission
14       100 F Street NE
15       Washington, D.C. 20549
16            By:  Jennifer Lynn Farer (remotely)
17                 Hope Hall Augustini (remotely)
18
19  FOR BAM ENTITIES DEFENDANTS AND THE WITNESS:
20       Milbank LLP
21       55 Hudson Yards
22       New York, New York 10001
23       212.530.5000
24            By:  Matthew Laroche
25                 mlaroche@milbank.com
```

3

```
 1                    APPEARANCES (Cont.)
 2
 3   FOR DEFENDANT CHANGPENG ZHAO:
 4        Latham & Watkins LLP
 5        555 Eleventh Street NW
 6        Suite 1000
 7        Washington, D.C. 20004
 8        202.637.2200
 9            By:  Natalie Hardwick Rao (remotely)
10                 natalie.rao@lw.com
11                 Eunice Muthoni Kaguba (remotely)
12                 eunice.kabuga@lw.com
13
14   FOR DEFENDANT BINANCE HOLDINGS LIMITED:
15        Gibson, Dunn & Crutcher LLP.
16        1050 Connecticut Avenue NW
17        Washington, D.C. 20036
18        202.955.8500
19            By:  Daniel W. Nelson (remotely)
20                 dnelson@gibsondunn.com
21                 Tim Velenchuk (remotely)
22                 tvelenchuk@gibsondunn.com
23   ALSO PRESENT:
24        Edwin Aragon, videographer
25        Andrew Skolnik (remotely)
```

4

```
 1                        INDEX
 2                                                  PAGE
 3  CHRISTOPHER BLODGETT
 4  Examination by Mr. Murphy ..........................8
 5  Examination by Mr. Laroche .......................145
 6  Further Examination by Mr. Murphy ................152
 7
 8
 9
10
11
12  Court Reporter's Certificate .....................165
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                      5
```

```
11:09   1   so, for all intents and purposes, they're employees
        2   of BAM.
        3       Q.   But you referred, in the beginning of this
        4   deposition, to BHL being an entirely distinct
11:10   5   entity.  Right?
        6       A.   I did.
        7       Q.   And so you don't understand it to be the
        8   case that BHL employees are ultimately reporting up
        9   to you.
11:10  10       A.   Correct.
       11               THE WITNESS:  Sorry.
       12               MR. LAROCHE:  Yeah.  Can we
       13           just -- just so that's clear.  I wasn't
       14           just clear on the question.
11:10  15               I think what you're saying is, he
       16           doesn't -- he doesn't think that BHL
       17           employees report to him.  Is that the
       18           question?
       19               MR. MURPHY:  Yes.
11:10  20               MR. LAROCHE:  Okay.
       21       A.   That's an unequivocal, no.  The PEO is not
       22   a BHL-affiliated entity.
       23   BY MR. MURPHY:
       24       Q.   What entity is the PEO?
11:10  25       A.   What's it called?  It's called Boran or
```

75

```
11:10    1   Boron.
         2       Q.   And you said it's not a BHL-affiliated
         3   entity?
         4       A.   Correct.
11:10    5       Q.   What's the basis of that understanding?
         6       A.   I don't remember a specific conversation,
         7   but -- or who I had it with.  I think it was someone
         8   in legal or compliance.
         9                But my understanding is we had a
11:11   10   third-party investigation, what have you, of Boran
        11   to confirm the point that it was an independent,
        12   i.e., non-affiliated entity.
        13       Q.   And I don't want you to get into
        14   communications with counsel.
11:11   15                Do you know who led this
        16   investigation?
        17       A.   I don't.
        18       Q.   Do you know when it was completed?
        19       A.   I don't.
11:11   20       Q.   Okay.  I am going to --
        21                Do you know a person named Gerry Ho?
        22       A.   Yes.
        23       Q.   Can you tell me where he sits within the
        24   BAM reporting chart?
11:12   25       A.   So he's head of product.  He previously
```

76

```
12:20    1  responsibilities?
         2      A.   So mostly for general awareness.  It's --
         3  like, the audited financials or the technical
         4  nuances of PNK.
12:20    5  
         6  
         7      Q.   Do you -- does the clearing team report to
         8  you?
         9      A.   They do.
12:20   10      Q.   And who is the head of the clearing team?
        11      A.   Tao's head of clearing.  He reports to
        12  Sara Sisenwein, who's head of treasury, and Sara
        13  reports to me.
        14      Q.   Tao reports directly to Sara?
12:20   15      A.   I believe so.  Don't quote me on that, but
        16  I think so.
        17      Q.   Do you know if that's a recent reporting
        18  line?
        19      A.   I'm not sure.
12:21   20      Q.   And is it your understanding that Tao
        21  requests transfers from the cold wallets to the hot
        22  wallets?
        23      A.   I mean, he's the primary director of those
        24  transfers, but he's not the approver.  So he's --
12:21   25  he's coordinating the effort.
```

105

```
12:38    1        A.   I would need more information.
         2        Q.   Yeah.  I'm asking.
         3             Is that the kind of thing you'd want
         4   to seek more information about?
12:38    5        A.   I mean, I don't know.
         6        Q.   You said that you understood there had been
         7   an investigation into this entity called Boran.
         8        A.   Yes.
         9        Q.   And what is your understanding about what
12:38   10   Boran is?
        11        A.   Again, this is HR's domain.
        12             But my understanding is it's a -- I
        13   think what's called a PEO, or a Professional
        14   Employers Organization, or something.
12:38   15             It's basically a third party with
        16   which you can contract to hire and manage what are
        17   effectively employees, but it streamlines some of
        18   the administrivia associated with -- with owning,
        19   managing, and compensating a globally distributed
12:39   20   team.
        21        Q.   And are there particular employees who you
        22   understand are being paid through Boran?
        23        A.   Sorry.  I don't know the specific roster,
        24   but I know that we have employees who are
12:39   25   compensated by Boran, yes.
```

117

```
01:51   1   that is identifying, informing, leading our product
        2   pipeline.
        3            Frank, ultimately his team, has a
        4   direct hand in deploying or executing our product
01:51   5   strategies.  So I'll communicate with him quite
        6   frequently on the status of, you know, new products
        7   under development, et cetera.
        8       Q.   Have you heard of a BHL wallet team that
        9   assists when BAM is having issues transferring
01:51  10   crypto assets out of or among wallets?
       11            MR. LAROCHE:  Objection to form.
       12       A.   I mean, not specifically.  It wouldn't
       13   surprise me if they have some kind of technical
       14   support, just like Google has technical support for
01:52  15   our Gmail instance, or Microsoft with Office.
       16       BY MR. MURPHY:
       17       Q.   But you've never heard of a BHL wallet team
       18   that, for example, Tao interacts with?
       19       A.   I mean, not that I recall.
01:52  20       Q.   We talked earlier about the list of
       21   entities and UIDs that was put together to prevent
       22   transfers to BHL-related entities under the consent
       23   order.
       24       A.   Yes.
01:52  25       Q.   And BHL entities, you would also be mindful
```

135

```
01:53   1    of entities that might not technically be affiliated
        2    with BHL but that would be related to CZ?
        3        A.    Correct.
        4        Q.    And I know we talked generally about this.
01:53   5              When was this list put together?
        6        A.    I mean, obviously, it followed the failed
        7    TRO hearing, so late June, early July, thereabouts.
        8    I mean, post-consent order, obviously.
        9              And we -- you know, we jumped on it in
01:53  10    good effort -- or in good faith best efforts,
       11    whatever.  So, shortly after the consent order.
       12        Q.    And so thank you for the time frame.
       13              And I'm just getting to the "we."  The
       14    "we," was it senior management?
01:53  15              Can you just give me --
       16        A.    Yeah.
       17        Q.    Exhaust your memory on who was involved and
       18    how it kind of went along.  I just want to make sure
       19    I have the details on this.
01:53  20        A.    Yeah.  Of course.
       21              So, certainly, a multifunctional
       22    effort, pretty much the entire C-suite and our
       23    respective leadership teams were involved.  I'd say
       24    the key leaders outside of ops would have been
01:54  25    our chief compliance officer, chief risk officer,
```

```
01:54    1  chief information security officer, chief financial
         2  officer, and our, you know, legal leadership.
         3       Q.   And what was the format of this?
         4            Was it -- like, for example, was it a
01:54    5  crowdsourced Google doc?
         6       A.   I mean, the final list was a spreadsheet.
         7  So yes.
         8       Q.   How do you typically populate, in a group
         9  effort, a spreadsheet like that?  I assume it's not
01:54   10  like lawyers emailing around a spreadsheet in Excel,
        11  but maybe it is.
        12       A.   No.  So we use G Suite, like, the Google
        13  environment and -- like, it's called Google Sheets.
        14  They're Excel equivalent.  It allows kind of
01:54   15  real-time collaboration of the same document.
        16            So picture an Excel spreadsheet with
        17  people from every department in the company filling
        18  it in.
        19       Q.   Thanks.
01:55   20            When was the last time you interacted
        21  with it?
        22       A.   Fuzzy on the dates, but probably late July,
        23  early August.
        24            Once we confirmed that the identified
01:55   25  accounts had been withdrawn, disabled, then -- I
```

137

```
01:55    1   wouldn't say I stopped worrying about it, but I
         2   didn't have any reason to enter the document again.
         3       Q.   Okay.  Revisiting -- again, now changing.
         4            Revisiting the earlier topic of
01:55    5   whether anyone from BAM is receiving pay from any
         6   BHL-related entity, I think you said that you're not
         7   aware of that happening.
         8       A.   Correct.
         9       Q.   And you're not aware of any BAM employee
01:56   10   getting paid from any CZ-related entity, just to be
        11   clear.
        12       A.   Correct.
        13       Q.   Have you heard of a company called BitPlay?
        14       A.   BitPlay?  No.
01:56   15       Q.   I think it's a gaming company that might be
        16   related to BHL.
        17       A.   No.
        18       Q.   It doesn't ring a bell?
        19       A.   No.
01:56   20       Q.   Your understanding here today is that you
        21   are testifying based on your own personal knowledge?
        22       A.   Yes.
        23       Q.   You didn't -- did you do any diligence
        24   before the deposition to understand information that
01:56   25   was in the possession of BAM writ large so you could
```

138

```
 1          I further certify that I am neither counsel
 2   for, related to, nor employed by any of the parties or
 3   attorneys to the action in which this proceeding was
 4   taken.  Further, I am not a relative or employee of any
 5   attorney or record in this cause, nor am I financially
 6   or otherwise interested in the outcome of the action.
 7
 8
 9          SUBSCRIBED AND SWORN TO under my hand and seal
10   of office on this the 27th day of December 2023.
11
12                    _____
13                    Rebecca J. Callow, RMR, CRR, RPR
14                    Notary Public: Miami, Florida
15                    My Commission No. HH 409626
16                    Expires: 6/12/2027
17
18
19
20
21
22
23
24
25
```