# Exhibit 8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, AM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599 ABJ-ZMF |

**DEFENDANTS BAM TRADING SERVICES INC. AND BAM MANAGEMENT US HOLDINGS INC.'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

On July 13, 2023, Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc. (collectively, "BAM") submitted responses and objections (the "Original Responses") to Plaintiff's First Set of Interrogatories (collectively, the "Interrogatories" and each an "Interrogatory"). Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Columbia (the "Local Rules"), any order entered in or applicable to the above-referenced litigation (the "Action"), or any other applicable law or rule, BAM submits these supplemental responses and objections (the "Supplemental Responses") to Plaintiff's Interrogatories, without waiver of and subject to any objections or defenses that BAM asserts in these Supplemental Responses, previously has asserted, or hereafter may assert in this Action. Until a Protective Order is entered in this matter, these Supplemental Responses are designated confidential pursuant to the agreement memorialized in email correspondence dated July 7, 2023. To the extent these Amended Responses use a

**CONFIDENTIAL**

capitalized term that is not defined herein, that capitalized term has the definition ascribed to it in BAM's Original Responses.

**INTERROGATORY NO. 2:**

Identify all Persons who have access to, possession, custody, or control of Private and Administrative Keys or New Private and Administrative Keys or other software or protocols Concerning the deposit, custody, control, security, transfer, segregation, or withdrawal of Customer Crypto Assets, including, but not limited to, (i) their employment history, including job titles, during the last seven years, including whether they have been employed, affiliated with, or otherwise received compensation from any of the BAM Entities, Binance Entities, or Zhao; (ii) their residence during the past three years and physical location while working for any of the BAM Entities, Binance Entities, or Zhao; and (iii) the time period in which they held such Private and administrative Private and Administrative Keys or New Private and Administrative Keys or other software or protocols responsive to this Interrogatory. This response should include the date when any Private and Administrative Key or New Private and Administrative Key holder who was a former employee or in any way affiliated with any of the Binance Entities ended such employment or affiliation and started employment with BAM Trading or BAM Management.

**ORIGINAL RESPONSE TO INTERROGATORY NO. 2:**

In addition to BAM's General Objections, BAM objects to this Interrogatory on the grounds that it is overbroad, unduly burdensome, and seeks information not within the relevant scope of or proportional to the needs of the Consent Order to the extent it seeks information concerning (i) employment histories over the last seven years; (ii) residences and physical locations during the last three years; (iii) historical possession of the Private and Administrative Keys; and (iv) the date on which employment or affiliation the Binance Entities was terminated. BAM further objects to this Interrogatory as vague and ambiguous on the ground that it seeks information on whether relevant persons "affiliated with" any of the BAM Entities, Binance Entities, or Zhao, and will interpret this Interrogatory as if that phrase is not included. BAM further objects to this Interrogatory on the ground that "other software or protocols" is vague and ambiguous and will interpret this Interrogatory as though that phrase is not included.

Notwithstanding the foregoing objections, on the document bearing Bates No. BAM_SEC_LIT_00000132, BAM identifies the BAM employees who previously had custody of

the Private and Administrative Keys, as well as the individuals who have custody of the New Private and Administrative Keys, their current BAM job title, whether they have been employed by the Binance Entities or Zhao, and their current country of residence.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

During meet and confers, the SEC requested the dates when individuals held the Private and Administrative Keys and New Private and Administrative Keys.  BAM responds that the individuals who previously had custody of the Private and Administrative Keys had possession of those keys until in or around June 2023 when they were transferred into the possession of BAM's security team or BAM employees who currently possess those keys.  The individuals who currently have custody of the New Private and Administrative Keys have possessed those keys since in or around June 2023.

**INTERROGATORY NO. 6:**

Identify and describe in detail BAM Trading's policies, procedures, protocols, and controls for the possession, custody, control, transfer, movement, security, segregation, availability, and any encumbrances or limitations of Customer Assets, including (i) the Person(s) involved in their development, maintenance, performance, operation, and enforcement; and (ii) any changes in those policies, procedures, protocols, and controls during the relevant time period.

**ORIGINAL RESPONSE TO INTERROGATORY NO. 6:**

In addition to BAM's General Objections, BAM objects to this Interrogatory on the grounds that it is overbroad, unduly burdensome, and seeks information not within the relevant scope of or proportional to the needs of the Consent Order to the extent it seeks historical information concerning BAM's policies, procedures, protocols, and controls concerning Customer Assets.  Notwithstanding the foregoing objections, BAM refers Plaintiff to its policies and procedures produced in discovery and the Declaration of Erik Kellogg, dated June 12, 2023 (Dkt. 42; the "Kellogg Declaration") and the Declaration Sara Sisenwein, dated June 12, 2023 (Dkt. 44;

the "Sisenwein Declaration") concerning the possession, custody, and control of digital and fiat assets, respectively.

With respect to Sisenwein Declaration, BAM provides the following updates: (i) since at least the entry of the Consent Order, BAM's banking partners are allowing users to withdraw funds (Sisenwein Decl. ¶ 5); (ii) BAM ceased processing deposits of cash on or about June 13, 2023 and will cease processing withdrawals of cash on or about July 20, 2023. The deadline for processing withdrawals was extended because BAM's banking partners were not permitting withdrawals for a period of time, but have since reenabled withdrawals (*id.* ¶ 13); (iii) BAM no longer maintains customer cash at Axos, Nuvei, Wyre, or Prime Trust (*id.* ¶¶ 15, 16); (iv) BAM customer fiat assets are currently held at BitGo Trust Company Inc. ("BitGo") and Orum Money Movement ("Orum"); (v) BAM customers can no longer deposit cash with Orum but can withdraw cash via ACH until on or about July 20, 2023 (*id.* ¶ 16(d); and (vi) BAM no longer has a banking relationship with Wyre (*id.* ¶ 16(f)).

With respect to the Kellogg Declaration, BAM (i) refers the SEC to Mr. Kellogg's certifications dated June 29, 2023 and July 7, 2023 and to BAM's Response to Interrogatory No. 2 (Kellogg Declaration ¶ 33(a)(i)); and notes that transfer requests are now sent to BAM personnel (not BHL personnel) who then issues the TSS-approval request (*id.* ¶ 33(c)(i)).   BHL personnel no longer have any role with respect to TSS-approval for BAM Customer Assets.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6:**

During meet and confers, the SEC made several requests related to the policies and procedures concerning BAM Customer Assets, including that BAM (i) identify the policies currently in place; (ii) summarize how policies are conveyed to employees; (iii) identify the commentor on Binance.US Digital Asset & Custody Security Standard; (iv) identify who received the Device Management and Handling Procedures and whether it is still in place; and (v) explain

when revised policies will be finalized and produced. The SEC has also requested that BAM provided updated information concerning the authorized signatories and account owners for BAM's accounts holding customer fiat assets.

*First*, the policies produced to date remain in place, including the Binance.US Digital Asset & Custody Operations Policy (BAM_SEC_LIT_00000001); Device Management and Handling Procedures (BAM_SEC_LIT_00000021); Binance.US Business Continuity and Disaster Recovery Plan (BAM_SEC_LIT_00000043); Binance.US Risk Methodology (BAM_SEC_LIT_00000094); and Binance.US Vendor Due Diligence Policy (BAM_SEC_LIT_00000130). While the Binance.US Digital Asset & Custody Security Standard policy is in draft form, BAM has summarized the procedures concerning the security of Customer Assets in other documents, including in the Declaration of Erik Kellogg and BAM's Original Responses. BAM also has policies focused on IT and cybersecurity (*see* BAM_SEC_LIT_00000366 through BAM_SEC_LIT_00000903).

*Second*, BAM's Security team, including Mr. Kellogg, BAM's Chief Information Security Officer, is responsible for ensuring that policies concerning Customer Assets are conveyed to the appropriate BAM personnel. This occurs in a variety of ways, including through briefings, communications, and making policies available to the necessary personnel. For security purposes, BAM's policies concerning Customer Assets are conveyed to employees on a need-to-know basis.

*Third*, the commentor on the Binance.US Digital Asset & Custody Security Standard (BAM_SEC_LIT_00000104), is Mr. Kellogg. As to the "Users" and "Requestors" identified in the draft, those functions are filled by members of the Clearing Team as described in our July 7, 2023 correspondence.

**CONFIDENTIAL**

*Fourth*, BAM's Security team provided the Device Management and Handling Procedures to the holders of the New Private and Administrative Keys. BAM's Security team also briefed those individuals on the procedures and best practices for security regarding the New Private and Administrative Keys. As noted, the Device Management and Handling Procedures remain in place.

*Fifth*, BAM is in the process of revising its policies, which involves drafting and/or review by BAM's Security team and appropriate BAM executives. This includes correcting any references to Ceffu, which has not provided and does not currently provide any services to BAM. There is no set timeline in place for approval of the revised policies.

*Finally*, with respect to the Kellogg Declaration, BAM states that it is now in control of the root account for the Amazon Web Services ("AWS") datacenter in northern Virginia that houses the servers running the wallet custody software used by BAM. Kellogg Declaration ¶ 30(a). With respect to the Sisenwein Declaration, BAM states that it no longer maintains customer cash at Orum; BAM customer fiat assets are currently held exclusively at BitGo. Sisenwein Decl. ¶ 16. The account admins for BAM's accounts at BitGo are identified in the document bearing Bates number BAM_SEC_LIT_00004664.

**INTERROGATORY NO. 22:**

For each blockchain for which the BAM Entities have any crypto asset wallets for company crypto assets or Customer Assets, identify and describe in detail the following:

    a.    how the wallets were established;

    b.    the Person(s) who set up, maintain, have any access to, custody, or control over the wallets;

    c.    how they are administrated and operated and by whom;

    d.    information about the coding and software that governs the wallets;

    e.    the Persons who hold the Private and Administrative Keys or New Private and Administrative Keys;