# Exhibit 9

**CONFIDENTIAL**

1      UNITED STATES DISTRICT COURT

2      FOR THE DISTRICT OF COLUMBIA

3

4      SECURITIES AND EXCHANGE        )
       COMMISSION,                    )
5                                     )
                      Plaintiff,      )  Case No.:
6           v.                        )  1:23-cv-01599-ABJ
                                      )
7      BINANCE HOLDINGS LIMITED, BAM  )
       TRADING SERVICES INC., BAM     )
8      MANAGEMENT US HOLDINGS INC., and )
       CHANGPENG ZHAO,                )
9                                     )
                      Defendants.     )
10     _____)

11

12              ** CONFIDENTIAL **

13

14          REMOTE VIDEOTAPED DEPOSITION OF

15                  TAO ZHANG

16              AUGUST 31, 2023

17

18

19

20

21

22

23

       Reported by:
24     BRIDGET LOMBARDOZZI,
       CSR, RMR, CRR
25     Job No. 230831BLO

                                                    1

**CONFIDENTIAL**

1              UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3

4    SECURITIES AND EXCHANGE          )
     COMMISSION,                      )
5                                     )
                    Plaintiff,        ) Case No.:
6          v.                         ) 1:23-cv-01599-ABJ
                                      )
7    BINANCE HOLDINGS LIMITED, BAM    )
     TRADING SERVICES INC., BAM       )
8    MANAGEMENT US HOLDINGS INC., and )
     CHANGPENG ZHAO,                  )
9                                     )
                    Defendants.       )
10   _____ )

11

12

13

14

15          Remote videotaped deposition of TAO ZHANG,

16   taken on behalf of Plaintiff, via remote Webex meeting,

17   commencing at 12:13 p.m. and ending at 8:45 p.m., on

18   Thursday, August 31, 2023, before Bridget Lombardozzi,

19   Certified Shorthand Reporter, Registered Merit Reporter,

20   Certified Realtime Reporter, and a Notary Public of the

21   States of New York and New Jersey, pursuant to notice.

22

23

24

25

2

**CONFIDENTIAL**

```
1    A P P E A R A N C E S (All appearing remotely):

2

3    For the Plaintiff:

4

5

6         UNITED STATES SECURITIES AND EXCHANGE COMMISSION

7         DIVISION OF ENFORCEMENT

8         BY:  J. EMMETT MURPHY, ESQUIRE

9              JENNIFER L. FARER, ESQUIRE

10             MATTHEW SCARLATO, ESQUIRE

11             DAVID A. NASSE, ESQUIRE

12             HOPE AUGUSTINI, ESQUIRE

13        100 F Street, NE

14        Mail Stop 5984

15        Washington, D.C.  20549

16        Telephone:  202.551.3749

17        Email:   scarlatoM@sec.gov

18                 farerj@sec.gov

19                 murphyje@sec.gov

20                 nassed@sec.gov

21                 augustinih@sec.gov

22

23

24

25
                                                      3
```

**CONFIDENTIAL**

```
1    A P P E A R A N C E S (Continued):

2

3    For Defendant Binance Holdings Limited:

4

5           GIBSON, DUNN & CRUTCHER LLP

6           BY:  JASON J. MENDRO, ESQUIRE

7                SALAH HAWKINS, ESQUIRE

8           1050 Connecticut Avenue, NW

9           Washington, D.C.  20036-5306

10          Telephone:  202.887.3652

11          E-Mail:  Jmendro@gibsondunn.com

12                   shawkins@gibsondunn.com

13

14

15

16   For Defendants BAM Trading Services Inc. and BAM

17   Management Holdings US Inc.:

18

19          WILMER CUTLER PICKERING HALE AND DORR LLP

20          BY:  MATTHEW BEVILLE, ESQUIRE

21          7 World Trade Center

22          250 Greenwich Street

23          New York, New York  10007

24          Telephone:  212.295.6475

25          E-mail:  matthew.beville@wilmerhale.com
```

4

**CONFIDENTIAL**

```
 1    A P P E A R A N C E S  (Continued):

 2

 3    For Defendants BAM Trading Services Inc. and BAM

 4    Management Holdings US Inc.:

 5

 6            MILBANK LLP

 7            BY:  MATTHEW LAROCHE, ESQUIRE

 8            55 Hudson Yards

 9            New York, New York  10001-2163

10            Telephone:  212.530.5514

11            E-mail:  mlaroche@milbank.com

12

13

14    For Defendant Changpeng Zhao and the Witness:

15

16            LATHAM & WATKINS LLP

17            BY:  HEATHER WALLER, ESQUIRE

18                 LAYAN CHARARA, ESQUIRE

19            555 Eleventh Street, NW

20            Washington, D.C.  20004-1304

21            Telephone:  202.637.2138

22            E-mail:  Heather.waller@lw.com

23                     layan.charara@lw.com

24

25
```

5

**CONFIDENTIAL**

| | | |
|---|---|---|
| 16:06:15 | 1 | can also provide a total amount for an individual |
| 16:06:20 | 2 | address.  So if we needed, they could provide us |
| 16:06:25 | 3 | with the detailed addresses and then we can |
| 16:06:30 | 4 | manually verify on blockchain to see if those |
| 16:06:36 | 5 | specific addresses have that specific amount. |
| 16:06:45 | 6 | Q.   Who were you referring to when you say |
| 16:06:50 | 7 | "the wallet team"? |
| 16:07:05 | 8 | A.   I refer to the BHL wallet team when I |
| 16:07:09 | 9 | was saying "wallet team." |
| 16:07:23 | 10 | Q.   And that's different from the big data |
| 16:07:25 | 11 | team? |
| 16:07:34 | 12 | A.   Correct, they are different. |
| 16:07:38 | 13 | Q.   Who do you deal with on the BHL wallet |
| 16:07:41 | 14 | team? |
| 16:07:59 | 15 | A.   I do not know the specific names because |
| 16:08:04 | 16 | they're -- they are anonymous in the group chat. |
| 16:08:15 | 17 | Q.   So you have a group chat with a wallet |
| 16:08:19 | 18 | team from BHL where the individuals are anonymous? |
| 16:08:40 | 19 | A.   Yes. |
| 16:08:50 | 20 | Q.   Is this a chat you use regularly? |
| 16:08:51 | 21 | MR. LAROCHE:  He's saying -- |
| 16:09:00 | 22 | just -- just to be clear, are you |
| 16:09:02 | 23 | saying chat with this specific group |
| 16:09:04 | 24 | of people that happens regularly or |
| 16:09:06 | 25 | just generally use whatever chat |

70

CONFIDENTIAL

```
16:09:10   1              function you're talking about?
16:09:12   2                        MR. MURPHY:  I mean the
16:09:14   3              specific chat group.
16:09:19   4                        MR. MENDRO:  Objection to
16:09:19   5              form.
16:09:35   6         A.   Yes.
16:09:58   7         Q.   I'm sorry, I didn't -- I didn't know
16:10:00   8    there was an answer to the question.  So hold on.
16:10:09   9              Are you -- so in this group chat
16:10:12  10    between -- there's a group chat that has you and
16:10:19  11    the BHL wallet team.
16:10:21  12              Are there other members of your clearing
16:10:23  13    team on that chat?
16:10:51  14         A.   Yes.  The members in our clearing team
16:10:53  15    and also the BAM operation team are all in that
16:11:02  16    chat.
16:11:03  17         Q.   Anyone else besides members of the BHL
16:11:07  18    wallet group, members of your clearing group, and
16:11:11  19    the operations team that are on that group chat?
16:11:35  20         A.   No.
16:11:37  21         Q.   How often do you use this chat?
16:12:24  22         A.   So this group chat is used when the
16:12:28  23    clearing team has any technical issues.  And then
16:12:35  24    for the clearing team there were no other
16:12:37  25    functions used in this group chat, but there are
```

71

CONFIDENTIAL

| | | |
|---|---|---|
| 16:12:42 | 1 | communications between the operations team and the |
| 16:12:45 | 2 | wallet team in the group chat. |
| 16:12:53 | 3 | Q.   So is it the kind of chat that you use |
| 16:13:00 | 4 | on a daily basis? weekly basis?  Less frequently? |
| 16:13:08 | 5 | More frequently? |
| 16:13:33 | 6 | A.   The communication is not regular, but |
| 16:13:39 | 7 | approximately there is one communication per week. |
| 16:13:45 | 8 | Q.   What was the last communication that you |
| 16:13:47 | 9 | remember in that chat group? |
| 16:14:05 | 10 | A.   The last time the communication happened |
| 16:14:15 | 11 | in last week and it should be other members in our |
| 16:14:20 | 12 | clearing team to communicate with them.  I wasn't |
| 16:14:24 | 13 | involved in that communication. |
| 16:14:30 | 14 | Q.   And I'm just trying to get a sense of |
| 16:14:32 | 15 | the kind of things that are discussed. |
| 16:14:34 | 16 | Do you know what that communication last |
| 16:14:35 | 17 | week was about? |
| 16:15:16 | 18 | A.   Yes, I know.  It -- it was the token |
| 16:15:20 | 19 | asset from one of our customers that was stuck in |
| 16:15:28 | 20 | the deposit address.  So basically when it reached |
| 16:15:35 | 21 | the threshold, it didn't automatically transfer |
| 16:15:39 | 22 | into the hot wallet.  So members of our clearing |
| 16:15:44 | 23 | team was asking the wallet team. |
| 16:15:54 | 24 | Q.   And how did the wallet team respond? |
| 16:16:17 | 25 | A.   So their response was that they went to |

72

**CONFIDENTIAL**

```
16:16:21  1   check the issue and after a period of time, they
16:16:26  2   would respond and say that the issue has been
16:16:28  3   resolved.
16:16:35  4        Q.   So what role does the BHL wallet team
16:16:38  5   have in transferring crypto assets from the
16:16:44  6   deposit wallets to the hot wallets?
16:16:47  7                  MR. LAROCHE:   Objection to
16:16:47  8            form.
16:17:23  9        A.   I think they were only doing some fixes
16:17:28 10   on the technical issues.   I don't think they
16:17:31 11   played any other roles.
16:17:37 12        Q.   Well, whatever fix they did on the
16:17:39 13   technical issue resulted in crypto assets getting
16:17:43 14   unstuck and transferring from the deposit wallet
16:17:47 15   to the hot wallet.   Right?
16:17:48 16                  MR. LAROCHE:   Objection; lack
16:17:52 17            of foundation.
16:18:19 18        A.   Yes, from the results.   That's -- that's
16:18:24 19   it.
16:18:25 20        Q.   And do you know what they did to do
16:18:28 21   that?
16:18:53 22        A.   They didn't tell us what they did with
16:18:57 23   it, so I don't know.   It is just that afterwards
16:19:01 24   they would tell -- tell us that it's been fixed.
16:19:08 25   And then when we go to check the deposit address,
```

73

**GRADILLAS COURT REPORTERS**
**(310) 859-6677**

CONFIDENTIAL

16:19:11  1   we notice that the transfer has been successful.

16:19:17  2   It has been transferred to the hot wallet from the

16:19:20  3   deposit wallet.

16:19:25  4         Q.   Oh, so this was a transfer going from

16:19:28  5   the hot wallet to the deposit wallet?

16:19:50  6         A.   From the point of view of the

16:19:53  7   blockchain, it is a transfer from the deposit

16:19:58  8   address to a hot wallet.

16:20:09  9         Q.   How should it normally work in this

16:20:14 10   instance?  So what would normally cause the assets

16:20:25 11   above a certain threshold to transfer from the

16:20:29 12   deposit wallet to the hot wallet?

16:20:33 13                    MR. LAROCHE:  Objection to

16:20:33 14             form.

16:20:36 15         A.   Normally, as I said, there is a

16:21:25 16   threshold.  So when the amount reaches the

16:21:30 17   threshold in the deposit address, it automatically

16:21:35 18   transfers into the hot wallet.  There is no

16:21:42 19   interference needed.

16:21:47 20         Q.   And do you know the software or program

16:21:53 21   that accomplishes that in the normal instance?

16:22:10 22         A.   I don't know.

16:22:22 23         Q.   Can you explain to me how the reports

16:22:24 24   from the big data team relate to the data that is

16:22:32 25   on the PNK database?

74

CONFIDENTIAL

| | |
|---|---|
| 18:37:35 | 1 |
| 18:37:37 | 2 |

18:37:35  1                    sure that the -- the transcript's

18:37:37  2                    right.

18:37:37  3                         MR. MURPHY:  Yeah.  I mean,

18:37:38  4                    to be fair, I'm really just going off

18:37:41  5                    the -- the -- his own description of

18:37:44  6                    responsibilities which says

18:37:46  7                    "initiating corporate and customer

18:37:48  8                    transfers between wallets."  But I

18:37:51  9                    also have your point that there are

18:37:52 10                    automatic transfers he testified to.

18:38:01 11  BY MR. MURPHY:

18:38:02 12       Q.   So maybe what -- maybe you can put that

18:38:03 13  all in context, Mr. Zhang.

18:38:05 14            What is -- what are your

18:38:06 15  responsibilities when it comes to initiating

18:38:08 16  transfers between these wallets?

18:39:39 17       A.   So as I mentioned earlier, our clearing

18:39:42 18  team, the procedures that involved us for our --

18:39:46 19  for our manual input was the transfer from cold

18:39:53 20  wallet to hot wallet.  And in terms of from hot

18:39:58 21  wallet to cold wallet, we can manually adjust the

18:40:07 22  threshold.  And other than that, the transfers

18:40:10 23  from, for example, the -- the deposit wallet to a

18:40:15 24  hot wallet, it is automatic and it doesn't need

18:40:19 25  manual input.

113

**CONFIDENTIAL**

18:40:21  1          Q.   Okay.  So let's talk about transfers
18:40:24  2     between cold wallets and hot wallets.
18:40:34  3          A.   Okay.
18:40:34  4          Q.   Are you responsible for initiating the
18:40:37  5     request -- strike that.
18:40:41  6               Are there any automatic transfers
18:40:43  7     between the cold wallet and the hot wallet?
18:41:06  8          A.   So the transfer from the cold wallet to
18:41:09  9     the --
18:41:10 10                    THE INTERPRETER:  Sorry,
18:41:12 11               correction.
18:41:13 12          A.   The transfer from the hot wallet to the
18:41:16 13     cold wallet, as long as it -- the asset reaches a
18:41:23 14     threshold, the transfer is automatic.
18:41:34 15          Q.   But are there any automatic transfers
18:41:36 16     from the cold wallet to the hot wallet?
18:42:00 17          A.   The transfer from cold wallet to the hot
18:42:05 18     wallet needs a manual application and the approval
18:42:16 19     of four key shards.
18:42:27 20          Q.   The key shards are part of a protocol
18:42:32 21     that splits up private keys.  Am I right?
18:42:37 22                    MR. LAROCHE:  Objection to
18:42:37 23               form.
18:43:15 24          A.   That is my understanding.  So it is a
18:43:18 25     private key being split into seven different key

                                                              114

CONFIDENTIAL

| | |
|---|---|
| 18:43:23 1 | shards. |
| 18:43:28 2 | Q.   And you need four of them to make a |
| 18:43:30 3 | transfer you said? |
| 18:43:52 4 | A.   To complete the transfer, it requires |
| 18:43:55 5 | five individuals:  So one as the person initiating |
| 18:44:03 6 | it and then it needs the approval of four key |
| 18:44:06 7 | shards.  These five people are four -- are five |
| 18:44:13 8 | different individuals. |
| 18:44:14 9 | Q.   Are you a key shardholder? |
| 18:44:23 10 | A.   No, I'm currently not. |
| 18:44:29 11 | Q.   What's the basis of your understanding |
| 18:44:31 12 | for saying that you need four key shardholders to |
| 18:44:37 13 | initiate a transaction out of the cold wallet? |
| 18:45:22 14 | A.   Because I was one of the key |
| 18:45:28 15 | shardholders.  That's how I knew that for a |
| 18:45:30 16 | transfer to be -- to go through, it requires four |
| 18:45:38 17 | key shards -- holders to approve.  And now I am |
| 18:45:42 18 | the person initiating the application for the |
| 18:45:45 19 | transfer.  So from my communication with other |
| 18:45:49 20 | current key shardholders, I know that it requires |
| 18:45:53 21 | four key shardholders to approve. |
| 18:45:59 22 | Q.   Do you know who the seven current key |
| 18:46:07 23 | shardholders are? |
| 18:46:13 24 | A.   Yes, I do. |
| 18:46:20 25 | Q.   Who are they? |

115

**CONFIDENTIAL**

| | | |
|---|---|---|
| 19:52:00 | 1 | for their withdrawal function.  So they cannot |
| 19:52:04 | 2 | transfer the asset from BAM Trading. |
| 19:52:18 | 3 | Q.   Are you aware of any other controls that |
| 19:52:20 | 4 | were put in place to comply with the consent |
| 19:52:24 | 5 | order? |
| 19:52:35 | 6 | A.   I'm not aware of. |
| 19:52:41 | 7 | Q.   When was the last time you spoke to |
| 19:52:43 | 8 | Heina Chen? |
| 19:52:58 | 9 | A.   About two weeks ago, but he or she |
| 19:53:01 | 10 | didn't respond to my message. |
| 19:53:07 | 11 | Q.   Why did you reach out to her? |
| 19:53:29 | 12 | A.   The reason why I reached out to her was |
| 19:53:31 | 13 | to ask her to add the access for an additional BAM |
| 19:53:41 | 14 | employee to access the TSS system. |
| 19:53:47 | 15 | Q.   Is that the -- does that mean -- what |
| 19:53:51 | 16 | does that mean, to give access to the TSS system? |
| 19:54:53 | 17 | A.   Because when we were talking earlier |
| 19:54:55 | 18 | about transferring from the cold wallets, it was |
| 19:54:58 | 19 | initiated on a system called TSS.  And currently |
| 19:55:05 | 20 | I'm the only one with the access to that system, |
| 19:55:13 | 21 | so I asked Heina to give access to another |
| 19:55:17 | 22 | employee in Binance.US.  And that is because Heina |
| 19:55:24 | 23 | is the admin -- administrator of TSS.  But this, |
| 19:55:30 | 24 | of course, request is from the security team of |
| 19:55:36 | 25 | our company and I was just conveying that |

133

CONFIDENTIAL

19:55:41  1    information to Heina.

19:55:48  2         Q.   And she didn't respond?

19:55:57  3         A.   No, she didn't.

19:56:04  4         Q.   What is your understanding of what Heina

19:56:05  5    is able to do in connection with the TSS system as

19:56:09  6    an administrator?

19:56:39  7         A.   I'm not sure what she can do on the TSS

19:56:43  8    system, but I'm only aware that she can assign the

19:56:48  9    access for people to access the TSS system.

19:56:55  10        Q.   Can she create a new shard?

19:56:58  11                  MR. LAROCHE:   Objection to

19:56:58  12             form.

19:57:08  13        A.   I don't know.

19:57:12  14        Q.   Does she know who all the shardholders

19:57:17  15   are?

19:57:17  16                  MR. LAROCHE:   Objection; lack

19:57:19  17             of foundation.

19:57:37  18        A.   I don't know if she knows.

19:57:38  19        Q.   Before you reached out to her two weeks

19:57:40  20   ago, prior to that what was the last time you

19:57:45  21   reached -- you -- you were in contact with Heina?

19:58:18  22        A.   I don't quite remember.  It might be

19:58:20  23   last month.

19:58:24  24        Q.   And what were you in contact with her

19:58:26  25   about last month or thereabouts?

                                                              134

**CONFIDENTIAL**

19:58:53   1          A.   It was also for this issue of add --
19:58:56   2   adding access.  And because she didn't respond to
19:59:01   3   me then, that's why I followed up two weeks ago.
19:59:08   4          Q.   When -- when was the last time you
19:59:10   5   actually were in contact with her such that she
19:59:13   6   responded to you?
19:59:34   7          A.   It's probably in June 2023.
19:59:41   8          Q.   And what were you communicating about
19:59:43   9   then?
20:00:09  10          A.   It was about turning over the key shards
20:00:12  11   to -- for BHL employees to turn the key shards to
20:00:20  12   BAM employees.
20:00:22  13          Q.   And were these communications over the
20:00:24  14   phone?
20:00:43  15          A.   I suppose it was still on Wea, the chat
20:00:47  16   tool.
20:00:59  17          Q.   And what did she say about this process
20:01:01  18   of handing over the key shards from BHL to people
20:01:05  19   in the U.S.?
20:01:37  20          A.   I think she responded in saying that she
20:01:40  21   is aware of that and I don't know if there were
20:01:44  22   other things.
20:01:50  23          Q.   How often were you communicating with
20:01:52  24   her in the months leading up to June 2023?
20:02:24  25          A.   So are you referring to that month

                                                          135

CONFIDENTIAL

20:35:34  1          Q.   One of them you handed personally your
20:35:36  2     shard as part of the handoff.  Correct?
20:35:54  3          A.   Yes.
20:35:54  4          Q.   How do you know who the other six
20:35:58  5     current shardholders are?
20:36:20  6          A.   I was told by the manager from our
20:36:22  7     security team.
20:36:24  8          Q.   Who was that?
20:36:29  9          A.   It's Erik.
20:36:31 10          Q.   Erik Kellogg?
20:36:36 11          A.   Yes.
20:36:41 12          Q.   And you have a role as initiator for the
20:36:47 13     transfers now.  Correct?
20:36:55 14          A.   Yes.
20:36:56 15          Q.   Does that require a device?
20:37:20 16          A.   No, it doesn't.  It is on a -- an
20:37:23 17     application on the computer.
20:37:29 18          Q.   So what was the function you were
20:37:34 19     looking to add for another person when you reached
20:37:37 20     out to Heina Chen a month ago?
20:37:45 21          A.   So the function would be the same as the
20:38:05 22     functions that I do now to submit the transfer
20:38:09 23     request.
20:38:13 24          Q.   So you wanted to add another initiator
20:38:17 25     so you're not the only initiator?

                                                              143

**CONFIDENTIAL**

| | | |
|---|---|---|
| 20:38:41 | 1 | A.   Yes.  From my -- my understanding that's |
| 20:38:44 | 2 | it, but this requirement was brought up by the |
| 20:38:49 | 3 | security team and I was just trying to pass the |
| 20:38:54 | 4 | information. |
| 20:39:02 | 5 | Q.   Who do you mean -- who do you mean by |
| 20:39:04 | 6 | "the security team"? |
| 20:39:10 | 7 | A.   It's still this Erik. |
| 20:39:14 | 8 | Q.   And did Erik tell you why he wanted |
| 20:39:17 | 9 | another person to be added as an initiator? |
| 20:39:36 | 10 | A.   It's also because that I needed a |
| 20:39:38 | 11 | backup. |
| 20:39:41 | 12 | Q.   Was there a specific person you were |
| 20:39:44 | 13 | asking Heina to add? |
| 20:40:07 | 14 | A.   No.  We haven't decided who the person |
| 20:40:13 | 15 | is.  We needed to inform, make sure that Heina is |
| 20:40:20 | 16 | aware and agrees to adding the person, and then we |
| 20:40:27 | 17 | intended to discuss who that person is later on. |
| 20:40:33 | 18 | Q.   Do you think it requires Heina's |
| 20:40:35 | 19 | approval to decide who would be the new initiator? |
| 20:40:39 | 20 | MR. LAROCHE:  Objection to |
| 20:40:39 | 21 | form. |
| 20:41:11 | 22 | A.   I'm not sure if you can say that, but I |
| 20:41:14 | 23 | know that it's only Heina who can add a new |
| 20:41:20 | 24 | initiator. |
| 20:41:24 | 25 | Q.   And apologies if you've already said |

144

**CONFIDENTIAL**

```
 1              REPORTER'S CERTIFICATION

 2

 3         I hereby certify that the witness in the

 4    foregoing deposition, TAO ZHANG was duly sworn through

 5    the Interpreter to testify to the truth, the whole truth

 6    and nothing but the truth, in the within-entitled cause;

 7    that said deposition was taken at the time and place

 8    herein named; and that the deposition is a true record

 9    of the witness's testimony as reported by me, a duly

10    certified shorthand reporter and a disinterested person,

11    and was thereafter transcribed into typewriting by

12    computer.

13            I further certify that I am not interested in

14    the outcome of the said action, nor connected with nor

15    related to any of the parties in said action, nor to

16    their respective counsel.

17            IN WITNESS WHEREOF, I have hereunto set my

18    hand this 6th day of September 2023.

19            Reading and Signing was:

20     ___ requested   ___ waived   _X_ not discussed.

21

22

23         _____

24         BRIDGET LOMBARDOZZI, CSR, RMR, CRR

25
                                                      148
```