# Exhibit 13

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3    - - - - - - - - - - - - -

 4    SECURITIES AND            )   CASE NO.

 5    EXCHANGE COMMISSION,      )   1:23-cv-01599-ABJ

 6           Plaintiff,         )

 7              v.              )

 8    BINANCE HOLDINGS          )

 9    LIMITED, BAM TRADING      )

10    SERVICES INC., BAM        )

11    MANAGEMENT US HOLDINGS    )

12    INC., AND CHANGPENG       )

13    ZHAO,                     )

14           Defendants.    )

15    - - - - - - - - - - - - -

16

17          VIDEOTAPED DEPOSITION OF GERRY HO

18           WEDNESDAY, NOVEMBER 29, 2023

19             PAGES 1 - 331; VOLUME 1

20

21       BEHMKE REPORTING AND VIDEO SERVICES, INC.

22             BY:  TAMBI BALCHEN, CRR, CSR 9166

23                 455 MARKET STREET, SUITE 1800

24             SAN FRANCISCO, CALIFORNIA  94105

25                        (415) 597-5600
```

1

2

3

4

5

6

7

8

9          Videotaped Deposition of GERRY HO, taken

10   on behalf of the Plaintiff, at 595 Burrard Street,

11   Suite 1200, Vancouver, B.C. Canada, commencing at

12   10:04 a.m., WEDNESDAY, NOVEMBER 29, 2023, before

13   Tambi Balchen, CRR, Certified Real-time Reporter,

14   Certified Shorthand Reporter No. 9166, pursuant to

15   Notice of Deposition.

16

17

18

19

20

21

22

23

24

25

```
 1   APPEARANCES OF COUNSEL:
 2   FOR THE PLAINTIFF:
 3        U.S. SECURITIES AND EXCHANGE COMMISSION
 4        BY:  MATTHEW SCARLATO, TRIAL ATTORNEY
 5             JENNIFER FARER, SENIOR TRIAL COUNSEL
 6             HOPE AUGUSTINI (via Zoom)
 7             BRIAN FALGIANO (via Zoom)
 8             ANDREW SKOLNIK (via Zoom)
 9             MELISA SOLOMON  (via Zoom)
10        100 F Street, NE
11        Washington, District of Columbia 20549-4473
12        Telephone:  (202) 551-3749
13        Email:  scarlatom@sec.gov
14
15   FOR DEFENDANT BAM TRADING SERVICES INC. AND BAM
16   MANAGEMENT US HOLDINGS INC.:
17        MILBANK LLP
18        BY:  MATT LAROCHE, ATTORNEY AT LAW
19             DAVID LOUISON, ATTORNEY AT LAW (via Zoom)
20        55 Hudson Yards
21        New York, New York  10001
22        Telephone:  212-530-5000
23        Email:  mlaroche@milbank.com
24
25
```

```
 1   FOR DEFENDANT BINANCE HOLDINGS LIMITED:

 2            GIBSON DUNN & CRUTCHER LLP

 3            BY:  JASON MENDRO, ATTORNEY AT LAW

 4                 LAURA PLACK, ATTORNEY AT LAW

 5            1050 Connecticut Avenue, N.W.

 6            Washington, D.C.  20036

 7            Telephone:  202-955-8500

 8            Email:  jmendro@gibsondunn.com

 9

10   FOR DEFENDANT CHANGPENG ZHAO:

11            LATHAM & WATKINS LLP

12            BY:  NATALIE HARDWICK RAO, ATTORNEY AT LAW

13                 WILLIAM BAKER, ATTORNEY AT LAW (via Zoom)

15                 ZIJUN ZHAO, ATTORNEY AT LAW (via Zoom)

16            555 Eleventh Street, N.W., Suite 1000

17            Washington, D.C.  20004

18            Telephone:  202-637-2200

19            Email:  natalie.rao@lw.com

20                    william.baker@lw.com

21

22   ALSO PRESENT:

23        SHAWN LAM, VIDEOGRAPHER

24        BRYCE SNAPE, FTI CONSULTING (via Zoom)

25
```

```
 1                       INDEX

 2   WEDNESDAY, NOVEMBER 29, 2023            Page

 3   PROCEEDINGS                              9

 4   GERRY HO - VOLUME 1

 5       Examination by MR. SCARLATO         11

 6

 7    P.M. SESSION                           141

 8       Examination Resumed by MR. SCARLATO  142

 9       Examination by MR. LAROCHE          326

10

11                   ---oOo---

12

13       QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

14                   PAGE   LINE

15                   (None.)

16

17                   ---oOo---

18

19

20

21

22

23

24

25
```

1        Q.  And when you received a bonus for your

2    employment you would be credited with a certain amount

3    of BNB; right?

4        A.  That's correct, yes.

5        Q.  And is that true even after you started

6    working with BAM in 2020?

7            MR. LAROCHE:  Objection to form.

8            THE WITNESS:

9        A.  Yes, that's correct.

10           MR. SCARLATO:

11       Q.  So when you started working with BAM in

12   August of 2020, you still maintained an account on

13   Binance.com; right?

14       A.  When you say "account", my personal account

15   or --

16       Q.  Yeah, personal account.

17       A.  Yes.

18       Q.  Okay.  Is that the only account you had on

19   Binance.com?

20       A.  Yes.

21       Q.  Do you still have it?

22       A.  Yes, I do.

23       Q.  Okay.  Did you ever have a trading account on

24   Binance.US?

25       A.  Not a trading account, no, not a trading

```
 1   account.
 2        Q.  Then what kind of account did you have?
 3        A.  Just a Q -- a quality assurance account.  So
 4   basically just to -- it's tied to my corporate e-mail
 5   and then just to test features.  I basically use that
 6   corporate e-mail to log in and test features, yeah.
 7        Q.  So you never sent or received crypto on that
 8   U.S. account; right?
 9        A.  I have not, no.
10        Q.  The .com account you have, right?
11        A.  Yes.
12        Q.  Okay.  Including up until -- when was the
13   last time?
14        A.  When I received a bonus or --
15        Q.  M'hmm.
16        A.  Yes, that was last year, yes.
17        Q.  2022?
18        A.  Yes, that's correct.
19        Q.  And what was your bonus in BNB in 2022?
20        A.  It was equivalent to 150,000 U.S. dollars.
21        Q.  And in 2022 you were working exclusively with
22   BAM; right?
23        A.  Yes, I was.
24        Q.  Do you have an understanding of how or who
25   was sending you the BNB as your bonus?
```

```
1          A.  Could you repeat the question, please?
2          Q.  Sure.  Just the mechanics of how you received
3     the BNB as a bonus.
4          A.  Mechanics.  Again, it will hit my -- it will
5     -- so my Binance.com account would be credited.
6          Q.  Okay.
7          A.  Yeah.
8          Q.  Do you know who was crediting it?
9          A.  I don't know, no.
10         Q.  Is there -- is it your understanding that
11    this crediting occurred just on the .com internal
12    ledger or something else?
13         A.  Could you say again, please?
14         Q.  Sure.  The crediting, when you say
15    "crediting" --
16         A.  Yes?
17         Q.  -- does that mean to your understanding that
18    the .com would just update its ledger to credit you
19    whatever BNB you were receiving; right?
20              MR. LAROCHE:  Objection to form.
21              THE WITNESS:
22         A.  Yes.
23              MR. SCARLATO:
24         Q.  But it wasn't like a transfer on a blockchain
25    or something like that?
```

```
1          A.  I don't believe so, no.
2          Q.  And did you receive a bonus in BNB in 2021?
3          A.  Yes, I did.
4          Q.  How much?
5          A.  That I don't recall, yeah.
6          Q.  Can -- do you remember the number of BNB
7    ballpark?
8          A.  Not -- not in BNB, no.
9          Q.  Okay.
10         A.  When you say "ballpark", a range; is that
11   right?
12         Q.  Yeah, just give me your best estimate
13   sitting --
14         A.  Sure.
15         Q.  -- here today of how much your BNB
16   compensation was in BNB or whatever --
17         A.  Sure.
18         Q.  -- is easiest sitting here today --
19         A.  Sure.
20         Q.  -- in 2021.
21         A.  Okay.  Anywhere between a range from 100 to
22   200,000 USD, so it could be within that range.
23         Q.  Okay, and was the mechanics of you receiving
24   that BNB bonus similar to what you testified about in
25   2022?
```

1        A.   That's correct, yes.

2        Q.   Your .com account was credited with the BNB?

3        A.   Yes, Matthew, yes.

4        Q.   And when you received the BNB bonus, do you

5   sell it or something else?

6        A.   Um, yes, I -- yeah, I converted, yes.

7        Q.   How soon after receiving it?

8        A.   For me --

9             MR. MENDRO:   Objection, form.   Just time

10   frame.

11            MR. SCARLATO:   Okay.

12       Q.   In 2021?

13            THE WITNESS:

14       A.   In 2021?   Within the time frame, I don't

15   recall, no.

16            MR. SCARLATO:

17       Q.   How about in 2020, did you receive a bonus in

18   BNB?

19       A.   Yes, I did.

20       Q.   Can you give me your best estimate of how

21   much you received in 2020?

22       A.   If I have to estimate, it will be under

23   100,000 U.S. dollars.

24       Q.   Okay, and how about in 2019?   Did you receive

25   a bonus in BNB?

```
1        A.  I don't recall.
2        Q.  Okay.  Were all of your bonuses that you
3   received since you started working with Binance in
4   BNB?
5        A.  Yes.
6        Q.  In 2020, who was determining how much of a
7   bonus you would get?
8            MR. LAROCHE:  Objection to form.
9            THE WITNESS:
10       A.  I don't know.
11           MR. SCARLATO:
12       Q.  Do you know at the time of your bonus in 2020
13  if you were working with the BAM entity yet?
14       A.  Could you repeat the question, please?
15       Q.  Sure.  What month did you get your bonus in
16  2020, do you know?
17       A.  2020?  It was definitely within H1, so
18  anywhere between January 'til May.  But for 2020, I
19  don't remember exactly when.
20       Q.  Okay, so that would have been before you
21  started working with BAM?
22       A.  Yes.
23       Q.  And how about in 2021, do you know who
24  determined what your bonus was?
25       A.  I don't.
```

```
1        Q.  Well, do you recall the process by which you
2   would be entitled to this bonus?
3            MR. LAROCHE:  Objection to form.
4            THE WITNESS:
5        A.  Yes, I was informed by Wei.  Yeah, Mr. Wei.
6            MR. SCARLATO:
7        Q.  Okay.  Did he determine the amount that you
8   would receive?
9        A.  That I don't know.
10       Q.  Okay, so what was your understanding of the
11  process that Wei went through before telling you how
12  much of a bonus you would receive in 2021?
13           MR. LAROCHE:  Objection to form.
14           THE WITNESS:
15       A.  Do you mean the process that he goes through
16  or --
17           MR. SCARLATO:
18       Q.  Yeah.  Like, is there a -- just to give you
19  an example to move the discussion, did he -- is there
20  like a performance review that is done or what?
21       A.  Yes.  There was a performance review and then
22  afterwards he will reach out to me to inform me how
23  much of a bonus I would receive.
24       Q.  And so who performed the performance review
25  of you in 2021?
```

1     A.  That was Mr. Wei himself.

2     Q.  Anybody else?

3     A.  Not that I know of, no.

4     Q.  Do you know if Ms. Coley had any role?

5     A.  I don't know.

6     Q.  How about in 2022?  Who conducted your

7  performance review?

8     A.  2022 ...  I don't recall.  Yeah, I don't

9  recall.

10     Q.  Okay.  Do you recall who determined how much

11  bonus you would receive in 2022 in any way?

12     A.  That I don't know.

13     Q.  How would you be informed what your bonus

14  would be?

15     A.  I was informed by .com's HR.

16     Q.  Who was that?

17     A.  It was a lady called Cynthia.  Yeah, Cynthia.

18     Q.  And Cynthia worked for Binance?

19     A.  Yes.

20     Q.  Well, you said in 2021 it was Wei that told

21  you what your bonus would be; right?

22     A.  That's correct, yes.

23     Q.  2022 was Cynthia?

24     A.  Correct, because Zhou Wei was no longer with

25  the firm.

```
 1        Q.   Okay.   In 2022 you were working exclusively
 2   with BAM; right?
 3        A.   Yes.
 4        Q.   So what's your understanding of why a .com
 5   Binance HR person was telling you what your bonus
 6   would be?
 7        A.   Sure.   Um, that I don't know, yeah.
 8        Q.   Did you ask?
 9        A.   No, I did not.
10        Q.   Did it seem unusual to you at the time?
11        A.   Not really because every Binance employee,
12   according to my knowledge, did receive an annual bonus,
13   yeah.
14        Q.   But by 2022 you were working for an entity
15   called Boran; right?
16        A.   That's correct.
17             MR. LAROCHE:   Objection to form.
18             MR. SCARLATO:
19        Q.   So typically, you would agree with me, an
20   employee would receive their bonus from the entity
21   they worked for; right?
22             MR. LAROCHE:   Objection.   Objection to form.
23             THE WITNESS:   Could you please repeat your
24   question?
25             MR. SCARLATO:   Sure.
```

```
 1          Q.  So would you expect as an employee of an
 2   entity that you would be paid by the entity that you
 3   were working for; is that fair?
 4          MR. LAROCHE:  Objection to form.
 5          THE WITNESS:
 6      A.  That I don't know, yeah.
 7          MR. SCARLATO:
 8      Q.  You do think that's fair?
 9          MR. LAROCHE:   No, he said "I don't know".
10          MR. SCARLATO:
11      Q.  You said "I don't know"?
12      A.  Yes.
13      Q.  Okay.
14          What's your understanding of why your bonuses
15   were paid in BNB as opposed to something else?
16      A.  I don't know.
17      Q.  Did you ask for that specifically?
18      A.  No.
19      Q.  How about in 2023, did you -- have you
20   received a bonus?
21      A.  In 2023?  2023, this year ...  Yes, I did,
22   yeah.
23      Q.  When?
24      A.  It was Q1 this year, yeah.
25      Q.  Okay.  How much did you receive in 2023?
```

```
 1        A.  150,000 U.S. dollars, yeah.
 2        Q.  And do you know who determined that your
 3   bonus would be 150,000 U.S. dollars?
 4        A.  That I don't know.
 5        Q.  Do you know who did your performance review
 6   that led to your -- that bonus?
 7            MR. LAROCHE:  Objection to form.
 8            THE WITNESS:
 9        A.  Roger, Roger Wang, yeah.
10            MR. SCARLATO:
11        Q.  Can you spell the last name?
12        A.  Sure.  Wang, W-a-n-g.
13        Q.  And who does Roger Wang work for?
14        A.  For Binance.com.
15        Q.  And was that in -- was the payment in BNB
16   again?
17        A.  Yes.
18        Q.  Okay, so it was just the equivalent of
19   $150,000?
20        A.  Yes.
21        Q.  Okay, got it.
22            Do you have an understanding of who -- well,
23   so by 2023 you were working for an entity affiliated
24   with BAM; right?
25            MR. LAROCHE:  Objection to form.
```

1              THE WITNESS:

2         A.   An affiliate for BAM, yes.

3              MR. SCARLATO:

4         Q.   The BAM Canadian entity?

5         A.   Yes.

6         Q.   Okay, but even in 2023 you were still paid?

7    -- your bonus was still determined by a Binance

8    employee?

9              MR. LAROCHE:   Objection to form.

10             MR. SCARLATO:

11        Q.   Right?

12             THE WITNESS:

13        A.   Sorry, Matthew, could you please repeat the

14   question?

15             MR. SCARLATO:  Sure.

16        Q.   So in 2023 --

17        A.   Yeah.

18        Q.   -- your bonus was determined by a Binance.com

19   employee; right?

20             MR. LAROCHE:   Objection to form.  Misstates

21   his testimony.

22             THE WITNESS:

23        A.   That's correct, yes.

24             MR. SCARLATO:

25        Q.   Okay.  And, I'm sorry, do you know who

```
 1   conducted your performance review that led to the 2023

 2   bonus?

 3            MR. MENDRO:   Objection to form.

 4            THE WITNESS:

 5       A.  I believe it was Roger Wang.

 6            MR. SCARLATO:

 7       Q.  It was Roger Wang?

 8       A.  Yes.

 9       Q.  Anybody else?

10       A.  Not that I'm aware of, no.

11       Q.  Anyone that worked for BAM?

12       A.  No, not that I'm aware of.

13       Q.  At the time the CEO was Brian Shroder, I

14   believe?

15       A.  Yes, that's correct.

16       Q.  Did you work -- did you report to Brian

17   Shroder --

18       A.  Yes --

19       Q.  -- at the time?

20       A.  -- I did.  I did.

21       Q.  But he didn't have any influence over your

22   performance review?

23            MR. LAROCHE:  Objection to form.

24            MR. MENDRO:   Objection to form.

25            THE WITNESS:
```

```
1         A.  I don't know.
2             MR. SCARLATO:
3         Q.  Well, leading up to your 2023 bonus, did you
4    meet with anyone to discuss your performance that
5    preceded it?
6         A.  No.
7         Q.  Have you had any performance reviews since
8    the 2023 Q1 bonus?
9         A.  I don't recall.
10        Q.  Well, when's your next performance review, do
11   you know?
12        A.  I don't know yet.  I don't know.
13        Q.  Okay, but you would expect in 2024 you'll get
14   another bonus; right?
15        A.  I'm not expecting it.
16        Q.  You're not?
17        A.  No.
18        Q.  Why not?
19        A.  Perhaps -- yeah, for the BAM business we are
20   not making profit, no -- not, yeah, enough profit.
21        Q.  And so did someone tell you to not expect a
22   bonus next year?
23        A.  Nobody told this, no.
24        Q.  You're just assuming it given what you said
25   about the state of the business?
```

```
 1        A.  Yes.
 2        Q.  Okay.  Roger Wang, so what was his role at
 3   Binance?
 4        A.  At Binance?  Right now, I think he's the COO
 5   of Binance.com, I think.
 6        Q.  Chief operating officer?
 7        A.  That's correct, yes.
 8        Q.  What was he at the time he told you what your
 9   bonus would be in 2023?
10        A.  I think he was still the COO, yes.
11        Q.  Okay, and what's your understanding of why he
12   was the one telling you what your bonus was
13   (inaudible/indiscernible) --
14             [The Court Reporter interjects for
15   clarification]
16             MR. SCARLATO:  Sure.
17        Q.  What's your understanding of why Roger Wang
18   was the one telling you what your bonus was in 2023?
19        A.  That I do not know.
20        Q.  You didn't ask?
21        A.  I didn't, yeah.
22        Q.  So it's not unusual for you to be talking to
23   Binance employees about the quality of your work for
24   BAM --
25        A.  Sure.
```

1        Q.  Any change after that?

2        A.  Yes.

3        Q.  What was it?

4        A.  In 2021, my base pay got increased.  Yes, my

5    base pay got increased.

6            And then also in 2021 I was granted something

7    called ETop.

8        Q.  E-T-o-p?

9        A.  Yes.

10       Q.  What's that?

11       A.  I don't remember what it stands for.

12       Q.  Okay.  Well, what's your understanding of

13   what you received pursuant --

14       A.  Sure.

15       Q.  -- to it?

16       A.  So for ETop, it's a reward program for top

17   performers or top personnel in the company.

18       Q.  Okay, and what's the reward that you'd

19   receive?

20       A.  Personally, I believe I will receive roughly

21   anywhere between 1300 to 1400 BNB.

22       Q.  How often?

23       A.  Once a year.

24       Q.  Okay.  And do you know who decided that you

25   would be entitled to this ETop?

```
 1        A.  It was Mr. Wei himself.
 2        Q.  And have you -- how often have you received
 3   it since 2021?
 4        A.  Once a year.
 5        Q.  Same amount of money or BNB?
 6        A.  Yes.  So that was split across -- that is
 7   divided into four.  So every year I would receive
 8   roughly around 375 BNB per year.
 9        Q.  And these ETop payments are separate and
10   apart from the bonus BNB payments we talked about
11   earlier?
12        A.  Yes.
13        Q.  Okay.  So you said in 2021 your salary
14   increased, too; right?
15        A.  Yes.
16        Q.  How much?
17        A.  That I don't recall.
18        Q.  Did it double?
19        A.  No.
20        Q.  Okay.  Do you know why you got that increase?
21        A.  It was just part of the annual adjustment,
22   yeah.
23        Q.  Meaning everyone got the same adjustment?
24        A.  For everyone, I don't know.
25        Q.  Who made the decision for you to get that
```

```
 1   adjustment, salary adjustment in 2021?
 2           MR. LAROCHE:  Objection to form.
 3           THE WITNESS:
 4       A.  Back then, it was my manager Wei himself.
 5           MR. SCARLATO:
 6       Q.  In 2021?
 7       A.  Yes.
 8       Q.  Did you receive any salary adjustments after
 9   2021?
10       A.  Yes, I did.
11       Q.  When?
12       A.  For 2022, yes.  And 2023, yes.
13       Q.  How much did you receive in adjustment in
14   2022?
15       A.  I think it was an increase from up to 88,000
16   RMB per month.
17       Q.  Who made that decision in 2022 to give you
18   that increase?
19       A.  Mr. Wei Zhou himself.
20       Q.  Mr. who?  Wei?
21       A.  Yeah, Wei.
22       Q.  Okay.
23       A.  Sorry, 2022 --
24       Q.  Sure.
25       A.  Yes, I think so.  Yes, Mr. Wei himself.
```

```
 1        Q.  Wei, okay.  And do you know the reason that
 2   Mr. Wei gave you that increase in 2022?
 3        A.  It was just part of the annual compensation
 4   review.
 5        Q.  So it was performance based, right?
 6        A.  I wouldn't say performance based, but it was
 7   just an annual salary review.
 8        Q.  Okay.  How about in 2023, you said there was
 9   another salary adjustment?
10        A.  Yes.
11        Q.  Okay, and why did you get that salary
12   adjustment?  Annual review again?
13        A.  No.  Um -- no.
14        Q.  Then why?
15        A.  I don't know why, yeah.
16        Q.  Okay.  And who made the decision for you to
17   get a salary increase in 2023?
18        A.  That I don't know.
19             MR. SCARLATO:  I'll maybe go another ten
20   minutes and then take lunch, is that good?
21             THE WITNESS:   Yeah, sure.  Yeah.
22             MR. LAROCHE:   Okay.
23             MR. SCARLATO:  I'll just finish this out.
24             THE WITNESS:   Yes.
25             MR. SCARLATO:
```

```
 1        Q.  So, just stepping back quickly to the ETop,
 2   what's your understanding of how you received those
 3   BNB ETop payments?
 4        A.  Sure.  My understanding, that it gets credited
 5   directly to my Binance.com account.
 6        Q.  Same as your other bonus in BNB; right?
 7        A.  Yes.
 8        Q.  Okay.  And do you have an understanding of
 9   who was transferring that BNB, the ETop BNB to you?
10        A.  That I don't know.
11        Q.  You just saw a credit in your account?
12        A.  Yes.
13        Q.  Okay.  So, to wrap it up, since you've been
14   working with BAM in 2020, you received a salary;
15   right?
16        A.  M'hmm.
17        Q.  Just say yes.
18        A.  Yes.  Sorry.
19        Q.  A BNB annual bonus, right?
20        A.  Yes.
21        Q.  And then once you started receiving this
22   ETop, you got additional BNB payments; right?
23        A.  Yes.
24        Q.  Anything else I'm missing compensation-wise?
25        A.  There is something called a floated and a
```

1    living allowance.

2            [The Court Reporter interjects for

3    clarification]

4            THE WITNESS:  Sorry, a floated and a living

5    allowance.

6            MR. SCARLATO:

7        Q.  Those are two separate things?

8        A.  According to my understanding, you can bundle

9    them together, yes.

10       Q.  So just describe what that -- what they are,

11   floated and --

12       A.  Living allowance, yes.

13       Q.  Please.

14       A.  Certainly.  So those are allowances for

15   employees based in China.  If they do move abroad, if

16   they do relocate away from China, they will get a

17   two-year temporary compensation.

18       Q.  So it's a standard Binance policy you're

19   saying?

20       A.  That's correct.

21       Q.  Okay, and what -- it's limited to two years

22   you said?

23       A.  I believe so, yes.

24       Q.  And so you got that after you agreed to move

25   to Vancouver?

1     A.  Yes.

2     Q.  How much is that allowance?

3     A.  Sure.  For myself, it's 3,700 U.S. dollars per

4  month; that's for the living allowance.

5         And for the floated allowance, it was 45,000

6  RMB per month.

7     Q.  And why is it -- what's the difference

8  between the two?

9     A.  I don't know.

10    Q.  Okay.

11    A.  Yeah.

12    Q.  But it's two -- okay, but you're getting two

13  separate payments, it sounds like; is that right?

14    A.  That I don't know, actually.

15    Q.  Well, you said one was in dollars, one's in

16  RMB; right?

17    A.  Correct, yes.

18    Q.  Okay.  So you get a U.S. wire transfer or

19  something like that?

20    A.  So, it was denominated in USD for living

21  allowance.  And then for the floated allowance it was

22  denominated in CNY.

23    Q.  In -- what was the last word you said?

24    A.  CNY, so Chinese Yuan or RMB, yeah.

25    Q.  So separate payment?  They were paid

```
 1    separately; right?
 2         A.  So when I got paid, it was all to get BNB
 3    (sic).  So -- yeah.
 4         Q.  It gets converted to BNB, is that what you're
 5    saying?
 6         A.  Yes.
 7         Q.  Okay.  Thank you.
 8              So, is this -- is that another example of
 9    these allowances where your .com account gets credited
10    with BNB; right?
11         A.  Yes.
12         Q.  And that is while you're working for the BAM
13    entity; right?
14         A.  Yes.
15         Q.  And how long have you -- so then you've
16    gotten these two allowances since you moved to
17    Vancouver in late 2022; right?
18         A.  May 2022, yes.
19         Q.  May 2022, okay.
20              All right.  Is there anything else about the
21    nature of these allowances that we did not cover?
22              MR. LAROCHE:  Objection to form.
23              MR. MENDRO:   Objection to form.
24              THE WITNESS:  Could you please clarify "the
25    nature"?
```

```
1              [The Court Reporter interjects for
2      clarification]
3              MR. SCARLATO:  Just all of them.
4              [The Court Reporter interjects for
5      clarification]
6              MR. MENDRO:   You can put me down, too.
7              MR. LAROCHE:  You can put everybody down.
8              MR. RAO:    That's, like, across the board.
9              THE WITNESS:  Yes, sorry, could you repeat
10     your question again?
11             MR. SCARLATO:
12         Q.  Since August 2020, you've been receiving
13     numerous payments from Binance; right?
14             MR. LAROCHE:  Objection to form.
15             MR. MENDRO:   Same objection.
16             MS. RAO:    Same.
17             THE WITNESS:
18         A.  Yes.
19             MR. SCARLATO:
20         Q.  Okay.  And what's your understanding of why
21     Binance was paying all the different things we just
22     described?
23             MR. LAROCHE:  Objection to form.
24             THE WITNESS:
25         A.  I don't know.
```

```
 1          A.  I believe so, yes.
 2              MR. SCARLATO:
 3          Q.  Okay.  Well, do you have personal knowledge
 4     of how other BAM employees in Vancouver are
 5     compensated?
 6          A.  No.
 7          Q.  Do you know if anyone in this office receives
 8     BNB bonus payments like you do?
 9              MR. LAROCHE:   Objection to form.
10              THE WITNESS:
11          A.  There is a few, yes.
12              MR. SCARLATO:
13          Q.  How many can you ballpark think of?
14          A.  According to my knowledge, probably around ten
15     employees, give or take.
16          Q.  Okay.  And do you know if those employees are
17     paid in a similar fashion in BNB that you are?
18          A.  Yes.
19          Q.  Do you know, for any of these BNB payments
20     that people in Vancouver receive, whether BAM
21     reimburses Binance in any way?
22              MR. LAROCHE:  Objection to form.
23              THE WITNESS:
24          A.  I don't know.
25              MR. SCARLATO:
```

```
 1          THE WITNESS:
 2     A.  Absolutely not.
 3          MR. SCARLATO:
 4     Q.  All right.  Then you continue on:  As we
 5  speak -- are you with me in Exhibit 104?
 6     A.  Yes.
 7     Q.  Heina is setting up the x3 new TSS device.
 8  Do you see that?
 9     A.  Yes.
10     Q.  Okay, so you knew that Heina was working to
11  create new devices for the key shards related to BAM;
12  right?
13     A.  Yes.
14     Q.  And how did you know that?
15     A.  Heina told me.
16     Q.  So you had talked to her before the message
17  in Exhibit 104?
18     A.  Yes.  So when I mentioned that I have very
19  rare interaction.  It's the first time I reach out to
20  her stating that, please, Brian Shroder has instructed
21  me to retrieve the remaining or, yeah, some of the key
22  shards.
23     Q.  M'hmm?
24     A.  And then she informed me that she needs to
25  somehow reset or do new TSS devices.
```

1      A.   Sorry, with Binance.com?

2      Q.   M'hmm.

3      A.   Yeah.  Oh, yes, I did, actually, and then my

4   apologies.  I'd like to retract my previous comment.

5      Q.   Which one?

6      A.   That I met Heina, -- I met her twice.  So one

7   is in September and the other time is earlier this

8   year, yes.

9      Q.   September what year?

10      A.   Not September.  Perhaps in April of this year,

11   yes.

12      Q.   Okay.  Where -- okay.  Describe the

13   circumstances.

14      A.   Yes.  It was to hand over something called a

15   staking ledger.

16      Q.   What's that?

17      A.   I think it's something to do, part of the

18   process to do with staking.  Again, I don't -- I don't

19   know the technical details, no.

20      Q.   Okay.  So if I'm understanding what you just

21   said, in April of this year you went to meet Heina to

22   get a staking ledger?

23      A.   Yes.

24      Q.   Where did you meet her?

25      A.   In Singapore.

1      Q.   Is that where she was living at the time?

2      A.   I don't know.

3      Q.   Who told you to do that?

4      A.   Brian Shroder did.

5      Q.   Okay.  Do you know why he told you to do

6  that?

7      A.   No, I don't.

8      Q.   Did you ask him?

9      A.   No, I did not, actually.

10      Q.   Okay.  Was it a surprise to you at the time?

11           MR. LAROCHE:  Objection to form.

12           THE WITNESS:

13      A.   At the time?  Yes.

14           MR. SCARLATO:

15      Q.   Okay.

16      A.   Yeah.

17      Q.   Well, what did you say when he asked you to

18  do it?

19      A.   Um, I initially declined.  I initially.

20      Q.   Why did you decline?

21      A.   Because I didn't know what I was to -- well,

22  I don't say I didn't know what I was doing, but, um,

23  yeah, I just didn't want to do it because I didn't

24  have a full understanding of what I was doing.  Yeah.

25      Q.   Okay.  Do you have an understanding of why

```
1    Brian asked you to do this?
2            MR. LAROCHE:  Objection to form.
3            THE WITNESS:
4        A.  I don't.
5            MR. SCARLATO:
6        Q.  You don't?
7        A.  I don't.
8        Q.  You didn't ask him?
9        A.  No.
10       Q.  Okay, so -- but you declined and then what
11   did you do?
12       A.  And then he persisted.
13       Q.  Okay.  What did he say when he -- in
14   persisting, what did he say?
15       A.  Um, he said that no one else can do it, yeah,
16   apart from me.
17       Q.  And why were you the only one that could do
18   it?
19       A.  Again, I'm purely assuming, that I could speak
20   verbal Chinese.  And then, number two, I've been with
21   -- I've been with Binance before and then I have
22   good -- again, I'm assuming, I have good references
23   perhaps.  I don't know.
24       Q.  You're guessing?
25       A.  I am.
```

1      Q.  You didn't ask him why?

2      A.  I didn't ask why.

3      Q.  So what did you say when he said you're the

4    only person?

5      A.  Again, initially I declined.  Um ...  I don't

6    know, yeah.

7      Q.  But you agreed to go?

8      A.  In the end, yes.

9      Q.  Okay.  And so it was just you going to --

10     A.  Yes.

11     Q.  -- Singapore I think you said?

12     A.  That's correct.

13     Q.  Okay.  And tell me, you went to Singapore and

14   then did what?

15     A.  Received a -- so I went to Singapore and then

16   I just received a staking ledger, a ledger, yeah,

17   that's relating to staking.

18     Q.  What did it look like?

19     A.  A USB stick.

20     Q.  Okay.

21     A.  Yeah.

22     Q.  And what was on -- what's the staking ledger?

23   What is it?

24     A.  I don't know.  Yeah.

25     Q.  Staking is a crypto asset, right?

1     A.   Correct.

2     Q.   Okay, and a ledger means what?

3     A.   Accounting, like basically a bookkeeping

4  ledger.

5     Q.   So it's just a ledger, not actual crypto

6  assets?

7          MR. LAROCHE:  Objection to form.

8          THE WITNESS:

9     A.   I -- yeah, I don't know.  It's a USB stick,

10  but I never opened it, yeah.

11          MR. SCARLATO:

12     Q.   Where did you meet Heina?

13     A.   Out -- outside a bank or vault, yeah.

14     Q.   Okay, and was this BAM's staking ledger?

15     A.   I don't know.

16     Q.   You never asked?

17     A.   Yeah.

18     Q.   Do you have a -- can you give me any other

19  details, sitting here today, about what was on this

20  USB drive --

21          MR. LAROCHE:  Objection to form.

22          MR. SCARLATO:

23     Q.   -- other than it's a staking ledger?

24          MR. LAROCHE:  Objection to form.

25          THE WITNESS:

1      A.  I don't, no.

2          MR. SCARLATO:

3      Q.  Did you ask Heina?

4      A.  No.

5      Q.  What did you and Heina discuss?

6      A.  We didn't really talk.  We just say, Hi, just

7  said, Hi, greeted each other.

8      Q.  And then she just gave you the ledger?

9      A.  Yeah.

10     Q.  And then what did you do?

11     A.  I put it in the -- I put it in the vault,

12  yeah, in the vault.

13     Q.  What vault?  What does that mean?

14     A.  Just like a storage place, yeah, in a vault.

15     Q.  Like a physical?

16     A.  Yeah.

17     Q.  Okay.  To protect it, I guess?

18     A.  Yes.

19     Q.  Okay, and is that what you took back with you

20  on the plane home?

21     A.  No.  I didn't take it with me in the end.

22     Q.  So you put it in the vault?

23     A.  Yes.

24     Q.  And then what?

25     A.  And then ultimately I gave it to Heina.  And

1    then afterwards (inaudible/indiscernible) Heina gave it

2    to Erik directly in Dubai.

3         Q.  So you gave it back to Heina after putting it

4    in the vault?

5         A.  Yes.

6         Q.  And then -- then what did you do after that?

7         A.  Um --

8         Q.  You went home?

9         A.  I think after that, since it was so close, I

10   went to Shanghai.

11        Q.  For business reasons?

12        A.  Both, actually, to visit my mother and visit

13   the office at the same time.

14        Q.  So when you went to Singapore first, did you

15   do anything other than meet Heina, put the staking

16   ledger in a vault and then go back to her?

17        A.  Nothing else.

18        Q.  Why was -- can you explain for me why that --

19        A.  I don't know why.  Yeah, I was just instructed

20   by Brian to do so.

21        Q.  Did he give you the vault that Heina needed?

22        A.  No.

23        Q.  Where did you get the vault?

24        A.  It was a physical vault in Singapore.

25        Q.  Where did you get it?  Where did you pick it

```
 1    up?
 2         A.   Um --
 3              MR. LAROCHE:   Objection to form.
 4              THE WITNESS:
 5         A.   It's not something that you can pick up, no.
 6    So it's -- it's like a vault.
 7              MR. SCARLATO:
 8         Q.   Like a heavy -- sorry, I just don't know what
 9    you mean.
10         A.   Sure.
11         Q.   So it's -- what does it look like?
12         A.   It's just an electronic vault where you gain
13    entry and then you put in -- you put in content into
14    the vault.
15         Q.   How big is it?
16         A.   It's just a box, a standard box size, yeah.
17         Q.   So where did you get this box?
18         A.   It's not a box.  It's within the vault itself.
19         Q.   Like a big bank vault?  I'm just trying to
20    understand.
21         A.   Yes, it's a vault, yeah.
22              MR. SCARLATO:  Okay.  Could we just go off
23    the record?
24              MR. LAROCHE:  Sure.
25              THE VIDEO OPERATOR:  Okay.  We are going off
```

```
 1    the record.
 2          · [indiscernible speaking]
 3          THE VIDEO OPERATOR:  This is the end of media
 4    number 5 in the deposition of Gerry Ho, and the time
 5    is 5:14 p.m.
 6    (Recess taken from 5:14 to 5:21 P.M.)
 7          THE VIDEO OPERATOR:   We are back on the
 8    record.  Here marks the beginning of media number 6 in
 9    the deposition of Gerry Ho.  The time is 5:21 p.m.
10          MR. SCARLATO:   Mr. Ho, hopefully this is the
11    homestretch, okay?  Thank you for your patience.
12          THE WITNESS:  Sure.
13          MR. SCARLATO:
14          Q.  I just want to make sure I understand the
15    story you just told me, okay?
16          A.  Yes.
17          Q.  So, you travelled to Singapore and you met
18    Heina outside a bank; right?
19          A.  Yes.
20          Q.  Okay.  So is the vault in the bank?
21          A.  It's not a bank, sorry.  It's just a normal
22    generic vault, yeah.
23          Q.  Okay.  Where people can store things?
24          A.  Correct.
25          Q.  Okay.
```

```
 1        A.  Yes.
 2        Q.  So you met her there and you put the -- what
 3   do you call it -- the staking ledger in the vault?
 4        A.  Again, I'm just assuming.  It's a USB stick,
 5   but I never opened up the USB stick, so it could be
 6   anything.  Yeah.
 7        Q.  But she gave it to you?
 8        A.  Yes.
 9        Q.  And you put it in the vault?
10        A.  Yes.
11        Q.  I guess because she couldn't?
12            MR. LAROCHE:  Objection to form.
13            THE WITNESS:
14        A.  I don't know.
15            MR. SCARLATO:
16        Q.  Okay.  Because you travelled all the way --
17        A.  Yes.
18        Q.  -- to Singapore, right?
19        A.  M'hmm.
20        Q.  So why wasn't it her instead of you?
21            MR. LAROCHE:  Objection to form.
22            THE WITNESS:
23        A.  Sorry?
24            MR. SCARLATO:
25        Q.  Why did it have to be you?
```

```
 1        A.  I don't know.

 2        Q.  You didn't ask?

 3        A.  I didn't ask.

 4        Q.  Okay.  And so you put the USB in the vault?

 5        A.  Yes.

 6        Q.  And then you left?

 7        A.  Yes.

 8        Q.  Okay, and what happened to the USB after

 9   that?

10        A.  That USB was returned to Heina, yes.

11        Q.  So somebody took it out of the vault?

12        A.  Yes, I did, yeah.

13        Q.  Same trip?

14        A.  Sorry?

15        Q.  So you go to Singapore the first time?

16        A.  Yes.

17        Q.  You put it in the vault?

18        A.  Yes, I did.

19        Q.  You leave?

20        A.  Yes.

21        Q.  Then when --

22        A.  And then --

23        Q.  -- does it come out?

24        A.  And then I stayed in Singapore for a few days

25   and then I gave the ledger back to Heina.
```

1      Q.  So there was a second time you met her to

2  take it out of the ledger -- to take it out of the

3  vault?

4      A.  Yeah.  Actually, no -- yeah.  Yeah, I gave

5  Heina to -- I gave the ledger to Heina, yes.

6      Q.  Okay, so that's two meetings with Heina?

7      A.  Yes.

8      Q.  Okay.  And then what did she do with the

9  ledger when you gave it back to her?

10         MR. LAROCHE:   Objection to form.

11         THE WITNESS:

12      A.  I don't know.

13         MR. SCARLATO:

14      Q.  Any time thereafter do you know what Heina

15  was doing with this staking ledger?

16      A.  I don't know.

17      Q.  Okay.  And you never asked anyone what was on

18  the USB device it sounds like?  That was a no?

19      A.  No.

20      Q.  Okay.  So after giving the ledger back to

21  Heina out of the vault, you left.  That was it?

22      A.  M'hmm.

23      Q.  Yes?  Okay, and you never asked why you had

24  to go all the way for that?

25      A.  No, I did not.

```
 1    PROVINCE OF B.C.     )

 2                         )

 3    CITY OF VANCOUVER    )

 4

 5              I hereby certify that the witness in the

 6    foregoing deposition, GERRY HO, was by me duly sworn

 7    to testify to the truth, the whole truth and nothing

 8    but the truth, in the within-entitled cause; that said

 9    deposition was taken at the time and place herein

10    named; and that the deposition is a true record of the

11    witness's testimony as reported by me, a duly

12    certified shorthand reporter and a disinterested

13    person, and was thereafter transcribed into

14    typewriting by computer.

15              I further certify that I am not interested in

16    the outcome of the said action, nor connected with nor

17    related to any of the parties in said action, nor to

18    their respective counsel.

19              IN WITNESS WHEREOF, I have hereunto set my

20    hand this 6th day of December, 2023.

21    READ AND SIGN:  NOT REQUESTED.

22

23

24

25              TAMBI BALCHEN, CRR, CSR NO. 9166
```