# Exhibit 15

1        UNITED STATES DISTRICT COURT

2        FOR THE DISTRICT OF COLUMBIA

3

4  SECURITIES AND EXCHANGE          )
   COMMISSION,                      )
5                                   )
           Plaintiff,               )
6                                   )
      v.                            ) Case No.
7                                   ) 1:23-cv-01599-ABJ
   BINANCE HOLDINGS LIMITED,        )
8  BAM TRADING SERVICES INC.,       )
   BAM MANAGEMENT US HOLDINGS       )
9  INC., AND CHANGPENG ZHAO,        )
                                    )
10         Defendants.              )
   _____)

11

12

13

14       VIDEOTAPED DEPOSITION OF ▮▮▮▮▮▮▮

15         Tuesday, October 24, 2023

16              Washington, D.C.

17

18

19

20

21

22

23  Reported by:

24  Okeemah S. Henderson, RPR

25  Job No. 231024CRN

                                            1

1     UNITED STATES DISTRICT COURT

2     FOR THE DISTRICT OF COLUMBIA

3

4 SECURITIES AND EXCHANGE  )
  COMMISSION,       )

5           )

6    Plaintiff,    )
            )

7  v.         ) Case No.
           ) 1:23-cv-01599-ABJ

8 BINANCE HOLDINGS LIMITED,  )
  BAM TRADING SERVICES INC.,  )
  BAM MANAGEMENT US HOLDINGS  )

9 INC., AND CHANGPENG ZHAO,  )
           )

10    Defendants.   )
  _____)

11

12

13

14   Videotaped deposition of █████████

15  taken on behalf of the Plaintiff, at 2100

16  Pennsylvania Avenue, NW, Washington, D.C.,

17  beginning at 11:16 a.m. Eastern time, on Tuesday,

18  October 24, 2023, before Okeemah S. Henderson,

19  Registered Professional Reporter.

20

21

22

23

24

25

2

```
1      APPEARANCES:
2      For Plaintiff:
3         UNITED STATES SECURITIES AND EXCHANGE COMMISSION
4             BY:  J. EMMETT MURPHY, ESQUIRE
5                  JENNIFER FARER, ESQUIRE
6                  MATTHEW SCARLATO, ESQUIRE (VIA WEBEX)
7             100 F Street, N.E.
8             Washington, D.C. 20549
9             (202) 551-3749
10
11     For Defendant
12     BAM TRADING SERVICES INC, AND BAM MANAGEMENT
13     HOLDINGS US INC.:
14             WILMER CUTLER PICKERING HALE AND DORR LLP
15             BY:  MATTHEW BEVILLE, ESQUIRE
16             2100 Pennsylvania Avenue NW
17             Washington, D.C. 20037
18             (202) 663-6000
19   And
20             MILBANK LLP
21             BY:  MATTHEW LAROCHE, ESQUIRE (VIA WEBEX)
22             55 Hudson Yards
23             New York, New York 10001
24             (212) 530-5000
25   (Appearances continued on next page.)
```

3

```
 1      APPEARANCES (Continued):
 2      For Defendant
 3      BINANCE HOLDINGS LIMITED:
 4              GIBSON, DUNN & CRUTCHER LLP
 5              BY:  AMY FEAGLES, ESQUIRE
 6                   TEDY KRISTEK, ESQUIRE
 7              1050 Connecticut Avenue NW
 8              Washington, D.C. 20036
 9              (202) 887-3699
10
11      For Defendant
12      CHANGPENG ZHAO:
13              LATHAM & WATKINS LLP
14              BY:  WILLIAM R. BAKER III, ESQUIRE
15                   EUNICE KABUGA, ESQUIRE
16              555 Eleventh Street
17              Washington, D.C. 20004
18              (202) 637-2201
19      Also Present:
20              JASON LEVIN, VIDEOGRAPHER
21              BRYCE SNAPE
22              HOPE AUGUSTINI (Via Webex)
23              KATHLEEN HITCHINS (Via Webex)
24              ELISA SOLOMON (Via Webex)
25              BRIAN FALGIANO (Via Webex)
```

4

```
 1                          INDEX
 2
 3   WITNESS              EXAMINATION BY          PAGE
 4   ███████████         MR. MURPHY           6, 115
 5                       MR. BEVILLE             113
 6
 7
 8                        EXHIBITS
 9                     (None marked.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

5

12:01:28   1    understand -- I -- I'm not familiar with

12:01:29   2    specifically how the technology interacts, no.

12:01:35   3    But I mean, obviously it does in some way because

12:01:40   4    the approval -- the transfer approvals go through

12:01:45   5    there but that's all I know is, like, front end

12:01:48   6    user interface.

12:01:49   7              Q.    Do you understand Binance to have

12:01:50   8    the private keys to the wallets holding Binance.US

12:01:56   9    assets?

12:02:00  10              A.    I believe as the custody provider

12:02:03  11    that they do.  I don't know for certain but I

12:02:05  12    believe so.

12:02:05  13              Q.    And do you -- you don't make any

12:02:12  14    distinction when you're saying that between

12:02:14  15    Binance.US company assets and Binance.US customer

12:02:18  16    assets?

12:02:21  17              A.    I'm not familiar with how it's

12:02:22  18    divided.

12:02:23  19              Q.    Do you understand Binance.com to

12:02:31  20    hold the majority of Binance.US assets?

12:02:35  21              A.    That's my understanding.

12:02:37  22              Q.    Are you aware that there's a

12:02:38  23    consent order in this case governing certain

12:02:45  24    aspects of the relationship -- scrap that.  Are

12:02:49  25    you aware that there's been a consent order in

                                                              42

12:18:09  1          Q.     Is the PNK system hosted on the

12:18:12  2     Binance.US AWS platform as well?

12:18:15  3          A.     To my knowledge, yes.

12:18:16  4          Q.     But the wallets are not, correct?

12:18:19  5          A.     I don't know the exact

12:18:23  6     configuration of how the wallet infrastructure is

12:18:26  7     set up.

12:18:27  8          Q.     But you know that the crypto asset

12:18:33  9     wallets are not within Binance.US AWS environment,

12:18:37 10     correct?

12:18:41 11          A.     I've heard that they are but I

12:18:43 12     think it's a separate -- yeah, no, I'm not

12:18:49 13     actually sure how it's set up, yeah.

12:18:50 14          Q.     I mean, it's something you would

12:18:52 15     know if the majority of the platform's assets were

12:18:57 16     within an environment that you were charged with

12:19:02 17     protecting, right?

12:19:02 18          A.     It is segregated from -- yeah,

12:19:08 19     exactly. It's not the same.  It's a separate

12:19:09 20     environment.

12:19:11 21            MR. BEVILLE:  Make sure you give me time

12:19:13 22     to object.  I'll object to form of that.

12:19:13 23     BY MR. MURPHY:

12:19:17 24          Q.     So just to be clear, the wallets

12:19:20 25     that hold the crypto assets of the Binance.US

                                                              46

| | | |
|---|---|---|
| 12:19:25 | 1 | platform are not within the Binance.US AWS |
| 12:19:28 | 2 | environment, correct? |
| 12:19:29 | 3 | A.    Not to my knowledge, no. |
| 12:19:31 | 4 | Q.    They are within some environment |
| 12:19:36 | 5 | hosted by BHL, correct? |
| 12:19:38 | 6 | A.    I believe so, yes. |
| 12:19:40 | 7 | Q.    Let's talk for a minute about the |
| 12:19:44 | 8 | key shards.  You're part of a custody oversight |
| 12:19:49 | 9 | team that oversees at least some aspect of the key |
| 12:19:52 | 10 | shards, correct? |
| 12:19:53 | 11 | A.    Correct. |
| 12:19:53 | 12 | Q.    Could you remind me again how would |
| 12:19:57 | 13 | you describe the roles of the custody oversight |
| 12:20:02 | 14 | team? |
| 12:20:02 | 15 | A.    It's a group of three BAM employees |
| 12:20:10 | 16 | who essentially work to develop policies for |
| 12:20:14 | 17 | handling of the key shard devices and associated |
| 12:20:18 | 18 | activity and also to train the key shard holders |
| 12:20:26 | 19 | and provide them with the handling instructions |
| 12:20:28 | 20 | when new shard holders are on boarded. |
| 12:20:28 | 21 | MR. MURPHY:  I'm writing notes to remind |
| 12:20:28 | 22 | myself where I'm going. |
| 12:20:28 | 23 | BY MR. MURPHY: |
| 12:20:38 | 24 | Q.    Who is on the custody oversight |
| 12:20:40 | 25 | team? |

47

12:28:39  1       there or not.

12:28:39  2              Q.    Would you expected it to be though?

12:28:47  3              A.    It would make sense to be, yeah.

12:28:52  4              Q.    I mean, the cold wallets hold the

12:28:55  5       majority of the company's assets, right?

12:28:57  6              A.    Yes.

12:28:58  7              Q.    So tell me about the process for

12:29:17  8       how the shards work in the company's day-to-day

12:29:21  9       business?

12:29:25 10              A.    They just walk through.

12:29:27 11              Q.    Yeah, yeah, sorry.  I know that was

12:29:29 12       really a vague question?

12:29:30 13              A.    That's fine.

12:29:30 14              Q.    But if you can explain how the

12:29:32 15       requests come in, how the shard holders respond to

12:29:35 16       it, give us a sense of that and I'll prompt you

12:29:37 17       with questions as you're going along as I need.

12:29:40 18              A.    Okay.  Yeah, there's a messaging

12:29:45 19       application on the shards called CCUS that we

12:29:49 20       started using earlier this month.  Tao is the one

12:29:57 21       who sends a message in there to the shard holders

12:30:04 22       saying what the transactions are going to be for

12:30:06 23       the day when there are transactions, and Sarah

12:30:13 24       Sisenwein is a secondary verifier of the

12:30:16 25       transactions on which she approves, then Tao will

                                                                    54

```
12:30:21   1      submit each one, one by one through the TSS web
12:30:24   2      portal.
12:30:25   3            And then when a transaction gets
12:30:29   4      submitted, it comes to the shard and it shows up
12:30:32   5      in the -- within the Super Cold app there's a
12:30:35   6      to-do list, and in there it will show as the
12:30:38   7      pending transaction, going to the pending
12:30:41   8      transaction and it shows the details of the to and
12:30:45   9      from wallet address, transaction ID, the amount
12:30:49  10      and the token and then it has the quorum of set
12:30:53  11      and shard holders at the bottom.
12:30:55  12            Once four people join, then the
12:30:58  13      confirmed button lights up and you're able to
12:31:01  14      confirm.  Once four people confirm, then the
12:31:06  15      transaction goes through.
12:31:07  16            Q.    Thanks.  That's helpful.  And the
12:31:10  17      to and from addresses are, like, a long string of
12:31:12  18      letters and numbers?
12:31:13  19            A.    Right.
12:31:14  20            Q.    I take it you don't know what those
12:31:16  21      addresses are?
12:31:18  22            A.    As far as like specifics about the
12:31:23  23      wallet?
12:31:24  24            Q.    Yeah, like, any specifics?
12:31:26  25            A.    Not -- no.
```

55

| | | |
|---|---|---|
| 12:32:37 | 1 | of the hot wallets, right? |
| 12:32:38 | 2 | A.      Correct. |
| 12:32:39 | 3 | Q.      Do you have any sense of how that |
| 12:32:40 | 4 | works on a day-to-day basis? |
| 12:32:42 | 5 | A.      No, that's outside of my purview. |
| 12:32:44 | 6 | Q.      You said that the white listed |
| 12:32:46 | 7 | wallets out of the cold -- to which transfers from |
| 12:32:50 | 8 | the cold wallets go were agreed to by the shard |
| 12:32:54 | 9 | holders? |
| 12:32:55 | 10 | A.      That's right. |
| 12:32:56 | 11 | Q.      Tell me about the process where you |
| 12:32:58 | 12 | agreed to what the white listed wallets were? |
| 12:33:01 | 13 | A.      Sure.  So that's -- it is largely |
| 12:33:02 | 14 | the same function as the -- as any asset transfer. |
| 12:33:06 | 15 | Essentially Tao submits the new white list and |
| 12:33:12 | 16 | when that's done for white listing new wallets it |
| 12:33:17 | 17 | requires a quorum of all seven shard holders to |
| 12:33:19 | 18 | approve. |
| 12:33:20 | 19 | So Thai would say these are the new |
| 12:33:23 | 20 | wallets, Sarah would confirm, and then all seven |
| 12:33:26 | 21 | shard holders would have to approve in order to |
| 12:33:28 | 22 | make them added to the white list. |
| 12:33:30 | 23 | Q.      Are you doing any independent |
| 12:33:32 | 24 | assessment of whether these are proper wallets to |
| 12:33:36 | 25 | be white listed? |

57

| | | |
|---|---|---|
| 12:33:37 | 1 | A.      Myself, no. |
| 12:33:39 | 2 | Q.      And are you doing any independent |
| 12:33:45 | 3 | assessment about the propriety of any given |
| 12:33:48 | 4 | transfer that Tao is asking you to approve on your |
| 12:33:52 | 5 | shard? |
| 12:33:52 | 6 | A.      No. |
| 12:33:52 | 7 | Q.      You mentioned that Sarah Sisenwein |
| 12:34:00 | 8 | was, I think your word was secondary review for |
| 12:34:03 | 9 | the transfers? |
| 12:34:04 | 10 | A.      Correct. |
| 12:34:04 | 11 | Q.      When did she start doing that? |
| 12:34:06 | 12 | A.      Beginning of October I believe |
| 12:34:09 | 13 | officially. |
| 12:34:09 | 14 | Q.      And were you told why she began |
| 12:34:13 | 15 | doing that? |
| 12:34:13 | 16 | A.      Yeah.  It's really just maturity of |
| 12:34:20 | 17 | the program, best practice to have a reviewer and |
| 12:34:23 | 18 | an approver.  Since we just started managing the |
| 12:34:26 | 19 | shards about a month prior, we're trying to mature |
| 12:34:30 | 20 | the process and make it more secure, and so we |
| 12:34:33 | 21 | can't wanted to introduce a secondary approver so |
| 12:34:39 | 22 | that Tao wasn't the single source of information. |
| 12:34:42 | 23 | Q.      So was this kind of an ad hoc |
| 12:34:44 | 24 | solution to the inability to add an official |
| 12:34:46 | 25 | approver to the TSS process? |

58

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

12:39:35   1          Q.     Are you aware of any difficulties

12:39:37   2     Binance.US personnel have had in communicating

12:39:41   3     with the BHL wallet team?

12:39:45   4          A.     Not to my -- I'm unaware.

12:39:47   5          Q.     Do you know who the other shard

12:39:55   6     holders are?

12:39:55   7          A.     I do, yes.

12:39:56   8          Q.     And as far as you know, is there a

12:40:02   9     process in approving transactions between the cold

12:40:06   10    wallets and hot wallets the same as yours?

12:40:09   11         A.     Correct.

12:40:09   12         Q.     So they review the request that

12:40:11   13    comes in but they don't make an independent

12:40:14   14    assessment about the property of the transfer?

12:40:19   15            MR. BEVILLE:  Objection to the extent

12:40:21   16    it's characterizing what he's testifying to.

12:40:23   17         A.     Yeah, I can't speak to what each

12:40:26   18    individual does beyond -- beyond what I described

12:40:30   19    earlier.

12:40:30   20    BY MR. MURPHY:

12:40:31   21         Q.     Would you expect their process to

12:40:33   22    be similar to yours?

12:40:33   23         A.     Yes.

12:40:34   24         Q.     And you wouldn't expect them -- as

12:40:38   25    far as you know, they don't have any additional

63

| | | |
|---|---|---|
| 12:40:41 | 1 | oversight role in assessing the transfers between |
| 12:40:45 | 2 | the wallets? |
| 12:40:46 | 3 | A.   Correct. |
| 12:40:46 | 4 | Q.   They approve them mechanically, |
| 12:40:49 | 5 | more or less? |
| 12:40:51 | 6 | A.   As far as I'm aware. |
| 12:40:52 | 7 | Q.   And rely on Sarah and Tao's |
| 12:40:58 | 8 | judgment in whether these transfers should be |
| 12:41:00 | 9 | made? |
| 12:41:00 | 10 | A.   Correct. |
| 12:41:01 | 11 | MR. BEVILLE:  Objection to form. |
| 12:41:01 | 12 | BY MR. MURPHY: |
| 12:41:03 | 13 | Q.   Do you have a sense of whether |
| 12:41:05 | 14 | Sarah and Tao are making different kinds of |
| 12:41:08 | 15 | assessments in deciding whether a transfer from |
| 12:41:13 | 16 | the cold wallet to the hot wallet should be made? |
| 12:41:16 | 17 | A.   I'm not familiar. |
| 12:41:16 | 18 | THE COURT REPORTER:  The answer. |
| 12:41:20 | 19 | A.   I'm not familiar with the process. |
| 12:41:20 | 20 | BY MR. MURPHY: |
| 12:41:23 | 21 | Q.   So you don't have any sense in what |
| 12:41:28 | 22 | judgments they are making in -- let me break this |
| 12:41:32 | 23 | up to avoid an objection on compound questions. |
| 12:41:35 | 24 | You're not aware of the factors that Tao |
| 12:41:41 | 25 | is taking into account when he is requesting a |

64

1                              CERTIFICATE

2

3              I, Okeemah S. Henderson, RPR, the officer before

4       whom the foregoing deposition was taken, do hereby certify

5       that the foregoing transcript is a true and correct record

6       of the testimony given; that said testimony was taken by me

7       stenographically and thereafter reduced to typewriting

8       under my direction; that reading and signing was not

9       requested; and that I am neither counsel for, related to,

10      nor employed by any of the parties to this case and have no

11      interest, financial or otherwise, in its outcome.

12              IN WITNESS WHEREOF, I have hereunto set my hand

13      and affixed my notarial seal this 27th day of October, 2023.

14      My commission expires:

15      August 31, 2024

16

17

18      _____

19              Okeemah S. Henderson, RPR

20              Official Court Reporter

21

22

23

24

25                                                              118