# Exhibit 16

```
 1                 UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLUMBIA

 3

 4   SECURITIES AND EXCHANGE              )
     COMMISSION,                          )
 5                                        )
                    Plaintiff,            )
 6                                        ) Case No.
              v.                          ) 1:23-cv-01599-ABJ
 7                                        )
     BINANCE HOLDINGS LIMITED,            )
 8   BAM TRADING SERVICES INC.,           )
     BAM MANAGEMENT US HOLDINGS           )
 9   INC., AND CHANGPENG ZHAO,            )
                                          )
10                  Defendants.           )
     _____)
11

12

13

14              VIDEOTAPED DEPOSITION OF

15                   ▉▉▉▉▉▉▉▉▉▉

16                 VIA VIDEOCONFERENCE

17             Tuesday, November 14, 2023

18

19

20

21

22

23
     Reported by:
24   JEFFREY BENZ, RMR, CRR
     STENOGRAPHIC REPORTER
25   Job No. 231114JBE

                                                           1
```

```
 1
 2
 3
 4        VIDEOTAPED DEPOSITION OF ██████████, taken by
 5   Plaintiff, via videoconference, on November 14, 2023
 6   commencing at 9:32 a.m., before Jeffrey Benz, a
 7   Certified Realtime Reporter, Registered Merit Reporter
 8   and Notary Public within and for the State of New York.
 9
10
...
25
                                                              2
```

```
 1  A P P E A R A N C E S:
 2
    FOR THE PLAINTIFF:
 3      SECURITIES AND EXCHANGE COMMISSION
        100 F Street N.E.
 4      Washington, D.C.  20549
    BY: ELISA SOLOMON, ESQ.
 5      JENNIFER L. FARER, ESQ.
        J. EMMETT MURPHY, ESQ.
 6      HOPE HALL AUGUSTINI, ESQ.
        202.551-3749
 7      solomonel@sec.gov
 8
    FOR DEFENDANT BINANCE HOLDINGS LIMITED:
 9      GIBSON DUNN & CRUTCHER LLP
        1801 California Street, Suite 4200
10      Denver, Colorado  80202
    BY: LAURA PLACK, ESQ.
11      303.298.5749
        lplack@gibsondunn.com
12
                  -and-
13
        3161 Michelson Drive, Suite 1200,
14      Irvine, California  92612
    BY: FAHAD ALI, ESQ.
15      949.451.3882
        fali@gibsondunn.com
16
17  FOR DEFENDANTS BAM TRADING SERVICES INC., and BAM
    MANAGEMENT HOLDINGS US INC.
18      WILMER CUTLER PICKERING HALE and DORR LLP
        1875 Pennsylvania Avenue, NW
19      Washington, D.C.
    BY: MATTHEW BEVILLE, ESQ.
20      202.663.6255
        matthew.beville@wilmerhale.com
21
                  -and-
22
        MILBANK LLP
23      55 Hudson Yards
        New York, New York  10001
24      MATTHEW LAROCHE, ESQ.
        212.530.5514
25      mlaroche@milbank.com
                                                        3
```

```
 1  A P P E A R A N C E S: (Ctd.)

 2

 3  FOR DEFENDANT CHANGPENG ZHAO:
         LATHAM & WATKINS LLP
 4       555 Eleventh Street, N.W.
         Washington, D.C.  20004
 5  BY:  WILLIAM R. BAKER, III, ESQ.
         202.637.1007
 6       william.baker@lw.com

 7               -and-

 8       1271 Avenue of the Americas
         New York, New York 10020
 9  BY:  ZIJUN ZHAO, ESQ.
         332.240.2308
10       zijun.zhao@lw.com

11

12  ALSO PRESENT:
         NANCY HOLMSTOCK, Videographer
13       BRIAN FALGIANO, SEC
         HAMILTON MARTIN, SEC
14       ANDREW RAJTIK, FTI Consultants

15

16

17

18

19

20

21

22

23

24

25
                                                              4
```

```
11:23   1    Tao, about getting set up as a shardholder?
        2         A.   No.
        3         Q.   Do you know a Heina Chen?  Does that name
        4    sound familiar?
11:23   5         A.   I know of Heina Chen, yes.
        6         Q.   Who is she?
        7         A.   Very broadly, I know that she works for the
        8    dot-com entity.
        9         Q.   Do you know what she does?
11:23  10         A.   My understanding is that she's in the --
       11    in -- somewhere in the finance department role.  I
       12    don't know specifically, though, any details about
       13    her.
       14         Q.   Do you know if she has any relationship to
11:24  15    the shardholder process?
       16              MS. PLACK:  Objection.  Form.
       17              MR. BEVILLE:  You can answer.
       18         A.   Okay.  Could you repeat your question?
       19         Q.   Sure.
11:24  20              Do you know if she has any connection to
       21    the shardholder process?
       22         A.   I don't believe so at this time.  I -- I
       23    think maybe at one point in time she may have had a
       24    connection.  I don't really know what the details of
11:24  25    that connection are, though.
```

71

| | | |
|---|---|---|
| 11:24 | 1 | Q.   Did someone mention to you that she had a |
| | 2 | prior connection to the shard process? |
| | 3 | A.   No, not specifically.  But my device has |
| | 4 | mention of her, I guess connected to her at -- |
| 11:25 | 5 | somehow in -- in the process, so. |
| | 6 | Q.   Can you explain what you mean that your |
| | 7 | device has some "mention" of her? |
| | 8 | A.   So my -- my device is a -- a legacy device, |
| | 9 | it sounds like, it's one of the original devices, and |
| 11:25 | 10 | it -- it currently has a -- an email address that has |
| | 11 | her name on it.  Has the -- what's it called?  The -- |
| | 12 | the iTunes email address that is used to set up the |
| | 13 | device.  But that -- as far as I know, that's just |
| | 14 | a -- that's just how it was set up.  And I'm |
| 11:25 | 15 | currently in the waiting process to get the device |
| | 16 | exchanged for a new device. |
| | 17 | Q.   When you say "the iTunes email address," do |
| | 18 | you mean the Apple ID, by chance? |
| | 19 | A.   Yes.  Yes. |
| 11:25 | 20 | Q.   Okay.  And when did you realize that -- or |
| | 21 | when did you come to know that she -- that her name |
| | 22 | and her Apple ID are associated with your device? |
| | 23 | MR. BEVILLE:  I'm going to instruct you not |
| | 24 | to answer in a way that discloses the substance of |
| 11:26 | 25 | any conversations we've had.  You can answer |

72

```
11:56   1        A.   No, again, like I said, the
        2   responsibility -- my understanding of the
        3   responsibility of a shardholder is that it's a very,
        4   very large responsibility.  The action that is being
11:57   5   taken is moving assets and -- in no different sense
        6   than I move -- if I have to move fiat for any reason,
        7   I -- I have the same sense in making fiat movements.
        8   It's a responsibility that takes -- it takes some
        9   conscious thought on it but -- and how you feel about
11:57  10   it.  And I -- I would say the same thing if we were
       11   talking about fiat or if we were talking about a
       12   shardholder.  It's -- it's the same for me.
       13        Q.   And, in your view, what does that
       14   responsibility entail?
11:57  15        A.   So I understand that there are seven
       16   shardholders, and that it requires, you know, four of
       17   the seven to make an approval process.  I -- I
       18   understand that the process behind of what's
       19   happening is moving assets from one place to another,
11:58  20   and it's very similar to me in a banking sense where
       21   we would -- if you would move funds from one account
       22   to another, and it's -- it's the same concept.
       23        Q.   Are there forms of review or diligence that
       24   you exercise when receiving the request on the -- for
11:58  25   your shard-related obligations?
```

88

11:58  1      A.  I would say yes to some degree, there are
       2  actions that I take in reviewing what the -- the
       3  approval that's being presented to me.  I also know,
       4  though, that prior to it getting to me that it's
11:58  5  already been vetted and gone through an approval
       6  process.  Before Tao submits the -- the request, I
       7  know that his supervisor is approving that request
       8  and has vetted the request as well.  So I have faith
       9  in the -- in the process that by the time it's come
11:59 10  to me, that, you know, I look at it -- generally
      11  speaking, I will look at the request and make sure
      12  that it kind of makes sense.
      13      I also know that every transaction that is
      14  processed is going to a white-listed address, so I
11:59 15  know that we had to vet and approve those
      16  white-listed addresses before we send the
      17  transaction.  So I know that the chance of -- of it
      18  being a rogue transfer is minimal, like nonexistent.
      19  And, you know, I -- I trust the process.  I trust the
11:59 20  people that I work with.  I have no reason to have
      21  any weird feelings about anything that Tao is doing.
      22  So I use my judgment, and -- but I also know that
      23  it's -- it's been vetted.
      24      Q.  So you mentioned that there's this vetting
12:00 25  process.  I believe you mentioned that Tao's

89

```
12:00   1  supervisor is involved.  Who is that?
        2       A.   That's Sara Sisenwein.
        3       Q.   And what -- what understanding do you have,
        4  if any, of what -- what her vetting process looks
12:00   5  like?
        6       A.   I can't really speak to the details of the
        7  process she goes through.  I just know that she goes
        8  through a process.
        9       Q.   Do you know if anyone else is involved in
12:00  10  this vetting process?
       11       A.   I'm not sure.
       12       Q.   Has Sara or -- has Sara or Tao ever
       13  communicated to you about that vetting process?
       14       A.   No.
12:01  15       Q.   How do you know that that process is taking
       16  place?
       17       A.   We've -- I talked about it with Sara.  As
       18  she's my supervisor, too, it has come up in
       19  conversation that it's been -- a process that has
12:01  20  been developed.
       21       Q.   And what information of anything did she
       22  share during that conversation about the process?
       23       A.   No, no details.  I don't -- I don't know
       24  the details around the process that she takes.
12:01  25       Q.   Did she ask you to make any specific checks
```

90

```
12:01   1  when reviewing transactions?
        2       A.   No, not specifically.
        3       Q.   I believe you mentioned that you have
        4  things that you check or a checklist.  What -- what
12:01   5  is your checklist?
        6       A.   So I didn't say that I had a checklist, but
        7  I -- I generally have things that I'm looking for.
        8  I -- I don't compare it against anything specific.  I
        9  just -- I look at the transaction that's being
12:02  10  processed.  I -- I will look at the amount to see if
       11  it makes sense.  Like, you know, logically speaking,
       12  if it's 5,000 versus 10 million, I would say there's
       13  a -- a difference.
       14            And it could be a transaction that is
12:02  15  large, but if for some reason I -- I have a -- for
       16  lack of a better word, I go by what I feel.  If it
       17  feels like the transaction might not be -- it might
       18  be weird or there might be something I want to ask
       19  about it, then I will certainly ask the questions
12:02  20  that I need to ask.
       21            I have no hesitation to -- to call Tao and
       22  say, Hey, you know, where can you point me to that
       23  tells me that this is a good transaction?  And I know
       24  that I can also go to Sara for any questions as well.
12:03  25       Q.   Do you recall any instance in which you've
```

91

12:03  1  asked Sara, Tao, or anyone else about a specific
       2  transaction that you were reviewing in the shard?
       3           Scratch that.
       4      A.   So --
12:03  5      Q.   That you were -- I'm sorry.  Let me just
       6  restate for clarification.
       7           Do you recall ever asking Sara or Tao about
       8  a transaction you were being asked to approve from
       9  the shard device?
12:03 10      A.   So when I first received the shard device,
      11  I asked Tao about the transactions, because I wasn't
      12  clear on how that process worked.  It wasn't a
      13  question of, was the transaction legitimate.  It was
      14  more around the process itself.  Since the process
12:03 15  has developed over the last several months, I have
      16  not had a time where I've had to question a
      17  transaction that looked weird or anything like that.
      18      Q.   Earlier, you know, I believe you said that
      19  there are -- you know, if there's something about the
12:04 20  transaction that, like, looks weird, what about a
      21  transaction might give you pause?
      22      A.   As I mentioned, it would be -- something
      23  that would stand out to me would be, Oh, hey, we are
      24  sending a transaction for 100 million Bitcoin.  I
12:04 25  mean, that's just an example.  I would probably pause

                                                            92

```
12:04    1  on a volume size of the transaction, because that
         2  doesn't seem to make sense to me in -- in the
         3  business that we -- the business activity that we're
         4  doing.
12:04    5       Q.   What would you consider to be a large
         6  transaction?
         7       A.   It would have to be really large.
         8  Probably -- I don't know for sure specifically.  All
         9  of the coins are different, and so they vary based on
12:05   10  the size that they are.  So I don't -- I don't really
        11  have a specific number in mind.
        12       Q.   Other than asking a question of Sara or Tao
        13  in connection to a transaction, are there other steps
        14  you could take if you did have a question about a
12:05   15  transaction?
        16       A.   No.  I think going to Sara or Tao directly
        17  is the -- the fastest source of information.
        18       Q.   I understand from your prior statement that
        19  you've never gone to -- or that you don't recall
12:05   20  going to Sara or Tao about a transaction.  So in --
        21  in your --
        22            MR. BEVILLE:  Objection.
        23       Q.   -- several months --
        24            Correct?  Is that correct?
12:06   25            MR. BEVILLE:  So objection to the extent
```

93

```
12:06   1    that you misstated her prior testimony.
        2              You can answer.
        3        A.    Can you repeat the question, please.
        4        Q.    Sure.
12:06   5              You previously stated that you have not
        6    gone to Sara or Tao with questions about specific
        7    transactions that gave you pause; is that correct?
        8        A.    That's correct.
        9        Q.    Are there any transactions in your several
12:06  10    months as a shardholder that have given you pause,
       11    that you've seen?
       12        A.    No, not that I recall.
       13              MS. PLACK:  Objection.
       14        Q.    You mentioned -- what is white-listing?
12:06  15        A.    Essentially, it means that an address has
       16    been vetted and is approved to send to.  So the way
       17    that the application works is that it's added to a
       18    list -- the address is added to a list.  And so if
       19    you were to try to send a transaction to an address
12:07  20    that's not on the white list, then it would not go
       21    through.
       22        Q.    So is that something -- whether or not an
       23    address is on the white list, is that something that
       24    you yourself have to check, or does the software
12:07  25    block transactions if it's to a nonwhite-listed
```

94

```
 1                C E R T I F I C A T E

 2

 3   STATE OF NEW YORK    )
                          )  Ss.:
 4   COUNTY OF NEW YORK   )

 5

 6        I JEFFREY BENZ, a Certified Realtime Reporter,

 7   Registered Merit Reporter and Notary Public within and

 8   for the State of New York, do hereby certify:

 9        That the witness whose examination is hereinbefore

10   set forth was duly sworn by me and that this transcript

11   of such examination is a true record of the testimony

12   given by such witness.

13        I further certify that I am not related to any of

14   the parties to this action by blood or marriage and that

15   I am in no way interested in the outcome of this matter.

16        IN WITNESS WHEREOF, I have hereunto set my hand

17   this 19th of November, 2023.

18

19   _____

20   JEFFREY BENZ, CRR, RMR

21

22

23

24

25
```