# Exhibit 17

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3
 4   SECURITIES AND EXCHANGE        )
     COMMISSION,                    )
 5                                  )
                  Plaintiff,        )
 6                                  ) Case No.
     vs.                            ) 1:23-cv-01599-ABJ
 7                                  )
     BINANCE HOLDINGS LIMITED,      )
 8   BAM TRADING SERVICES INC.,     )
     BAM MANAGEMENT US HOLDINGS     )
 9   INC., AND CHANGPENG ZHAO,      )
                                    )
10                Defendants.       )
     _____)
11
12
13
14             - C O N F I D E N T I A L -
15      VIDEOTAPED DEPOSITION OF ▮▮▮▮▮▮▮▮▮
16                 Washington, D.C.
17               September 13, 2023
18                    9:37 a.m.
19
20
21
22
23
24   Reported by:
     Bonnie L. Russo
25   Job No. 230913BOR
                                                        1
```

**CONFIDENTIAL**

```
 1  Videotaped Deposition of ▓▓▓▓▓▓▓▓▓▓ held at:
 2
 3
 4
 5
 6     Wilmer Cutler Pickering Hale and Door LLP
 7          2100 Pennsylvania Avenue, N.W.
 8          Washington, D.C.
 9
10
11
12
13
14
15
16
17
18  Pursuant to Notice, when were present on behalf
19  of the respective parties:
20
21
22
23
24
25
```

2

```
 1  APPEARANCES:
 2
 3  On behalf of the Plaintiff:
 4      JENNIFER FARER, ESQUIRE
 5      J. EMMETT MURPHY, ESQUIRE
 6      UNITED STATES SECURITIES AND
 7      EXCHANGE COMMISSION
 8      100 F Street, N.E.
 9      Washington, D.C. 20549
10      farerj@sec.gov
11
12  On behalf of the Defendant Binance Holdings
13  Limited:
14      JEFF LOMBARD, ESQUIRE (Via Zoom)
15      GIBSON DUNN & CRUTCHER LLP
16      310 University Avenue
17      Palo Alto, California 94301
18      jlombard@gibsondunn.com
19          -and-
20      SALAH HAWKINS, ESQUIRE (Via Zoom)
21      200 Park Avenue
22      New York, New York 10166
23      shawkins@gibsondunn.com
24
25
```

```
 1  APPEARANCES (CONTINUED):
 2  On behalf of Defendants BAM Trading Services,
 3  Inc. and BAM Management US Holdings:
 4      MATTHEW LAROCHE, ESQUIRE
 5      MILBANK LLP
 6      55 Hudson Yards
 7      New York, New York 10001
 8      mlaroche@milbank.com
 9           -and-
10      MATTHEW BEVILLE, ESQUIRE
11      WILMER CUTLER PICKERING HALE and DORR LLP
12      2100 Pennsylvania Avenue, N.W.
13      Washington, D.C. 20037
14      matthew.beville@wilmerhale.com
15
16  On behalf of Defendant Changpeng Zhao:
17      WILLIAM R. BAKER, III, ESQUIRE
18      EUNICE MUTHONI KABUGA, ESQUIRE
19      LATHAM & WATKINS LLP
20      555 Eleventh Street, N.W., Suite 1000
21      Washington, D.C. 20004
22      william.baker@lw.com
23      eunice.kabuga@lw.com
24
25
```

4

```
 1   APPEARANCES (CONTINUED):
 2
 3   Also Present:
 4   Bryce Snape, FTI
 5   Gene Aronov, Videographer
 6
 7   Also Present Via Zoom:
 8   Hope Augustini, SEC
 9   Sachin Verma, SEC
10   Brian Contractor Falgiano
11   Andrew M. Skolnik
12   Akila Bhargava
13   David Louison, Milbank LLP
14
15
16
17
18
19
20
21
22
23
24
25
```

5

1   Q. And you're saying that when you get
2   it, the confirm or reject buttons are live?
3   A. I believe it says approve instead of
4   confirm.
5   Q. Why do you think it says confirm
6   here then?
7   A. I thought it says approve, but I --
8   I'm not a hundred percent offhand. I thought
9   it did but...
10  Q. Okay. And here on the actual
11  transaction approval, you have wallet
12  addresses?
13  A. Yes.
14  Q. Do you perform any evaluation of the
15  addresses, either the sender or receiver, when
16  considering whether to approve?
17  A. I don't.
18  Q. What is your understanding of what
19  level of discretion you have in terms of to
20  approve or reject the transactions?
21  A. As I noted sort of before, I am
22  focused more on asset and asset amounts to
23  determine whether that the request that Tao
24  made agrees to the request that is actually --
25  that's being requested on the actual shard.

250

1  Q.   So let me just understand this.
2       So do you think that you're -- the
3  discretion that you can exercise for -- in
4  deciding whether to approve or reject a
5  transaction is limited to the asset and the
6  value?
7  A.   Sorry.  Could you ask the question
8  again.
9  Q.   Yes.  I am just trying to get an
10 understanding of the discretion that you have
11 to approve and, you know, reject transactions.
12      So is your discretion limited to the
13 two factors that you identified that you look
14 at, the asset itself and the value?
15 A.   When I am performing my review of
16 the request, yes, it's the asset and the asset
17 amount.
18 Q.   Could you reject a request for any
19 other reason?
20      MR. LAROCHE:  Objection to form.
21      THE WITNESS:  I could if -- I mean,
22 I have the option to confirm or reject.  Do I?
23 I don't.
24      BY MS. FARER:
25 Q.   So for your approval process as long

251

```
 1  as the asset and the value match, you approve?
 2       A.    Yes.
 3       Q.    And going back to -- you said you're
 4  familiar with the consent order; is that right?
 5       A.    Yeah.
 6       Q.    Okay.  What is your understanding of
 7  any limitations on transfers to Binance or Mr.
 8  Zhao --
 9       A.    I don't --
10       Q.    -- as set forth in the consent
11  order?  Sorry.  Just to put context.
12       A.    I don't recall the specifics of the
13  consent order off the top of my head.  I
14  believe it's my understanding that we are not
15  permitted to send any assets or -- to Binance
16  Holdings Limited, but I would need to rereview
17  the consent order to ensure I a hundred percent
18  understand it as it's written.
19       Q.    So how do you ensure that -- and I
20  will represent to you that is the term of the
21  consent order, that transfers to any -- a
22  defined term is the Binance entities, which
23  includes Binance Holdings, Mr. Zhao, and
24  affiliated entities and individuals.
25             How do you confirm the transfers
```

252

```
 1  you're reviewing are not going to a Binance
 2  entity as I just defined it?
 3              MR. LAROCHE:  Objection to form.
 4              THE WITNESS:  As I -- as I noted
 5  before, I am not the -- while I am the owner of
 6  the shard, I am not the owner of the actual
 7  process.  However, as part of the white listing
 8  process in which we do white list the address
 9  for which the wallets can actually send to, my
10  understanding is that you need all seven
11  approvers and that's from what I have seen is
12  the process.
13              And those are -- from what I
14  understand are the wallets that you can then
15  send assets to.
16              BY MS. FARER:
17      Q.   Okay.  So let's talk about the white
18  listing process then for a second.
19              But just finishing this train of
20  thought, so you don't independently evaluate
21  whether one of these transfers is going to one
22  of the Binance entities as I've defined it?
23              MR. LAROCHE:  Objection to form.
24              THE WITNESS:  Sorry.  Can you say
25  the question again.
```

253

```
1              BY MS. FARER:
2        Q.    Do you independently verify whether
3   or not one -- any of the transfers that you are
4   considering would be going to one of the
5   Binance entities?
6              MR. LAROCHE:  Same objection.
7              THE WITNESS:  As I noted before, I
8   am looking at asset and asset amount.
9              BY MS. FARER:
10       Q.    So is that a no?
11       A.    No, in the context of I am not
12  looking at the wallet address -- I am not
13  reviewing the wallet address at the time of
14  transfer but, as part of the white listing
15  process, I am approving the new wallets to be
16  white listed.
17       Q.    Right.  But I am just focused on the
18  requests for transfers for the cold wallets.
19             Are you conducting any review as
20  part of that process to determine whether or
21  not transfers are being requested to be made to
22  one of the Binance entities as I defined it?
23             MR. LAROCHE:  Objection.  Asked and
24  answered.
25             BY MS. FARER:
```

254

1      Q.   You can answer.  I am just asking
2  for a simple yes or no.
3           MR. LAROCHE:  Same objection.
4           THE WITNESS:  I -- as part of the
5  white listing process, which is part of the
6  actual transfer process, just because it
7  doesn't happen separate -- you know,
8  sequentially, immediately afterwards, it
9  doesn't mean there is not any review that gets
10 performed over what -- where assets are being
11 sent.
12          BY MS. FARER:
13     Q.   That's not my question.  I am asking
14 a very specific question.
15          When you're reviewing requests from
16 cold wallets, what, if anything, do you do
17 specifically at that time to evaluate whether a
18 request is being made for a transfer to Binance
19 or Mr. Zhao?
20          MR. LAROCHE:  Objection.  Asked and
21 answered.
22          THE WITNESS:  Specifically at that
23 time, my focus is on asset and asset amounts.
24          BY MS. FARER:
25     Q.   So is the answer that you do nothing

255

```
 1  to evaluate whether a transfer is being made to
 2  Binance and Mr. Zhao?
 3          And, again, it's very specific.  I
 4  understand.  We're going to get into the white
 5  listing.
 6          At the time you are reviewing the
 7  request, what, if anything, are you doing to
 8  evaluate whether a transfer request is being
 9  made for a transfer to Binance Holdings, Mr.
10  Zhao, or any of the Binance entities as I
11  defined it?
12     A.   As I said before, at the time I am
13  not looking at the address, but when we do the
14  white listing process, which I do include as
15  part of the overall review of our assets, I do
16  believe that that is -- that's incorporated.
17          When the actual transfer is
18  happening, I am not looking at the actual
19  address it's being sent to.
20     Q.   So how are you confirming that -- if
21  you're not looking at the actual address, how
22  are you confirming one of the addresses that
23  it's being sent to is a white listed address?
24          MR. LAROCHE:  Objection.  Asked and
25  answered.
```

256

1           MS. FARER:  This hasn't been asked
2  nor answered.
3           MR. LAROCHE:  This -- this question
4  has been asked several times at this point.
5           BY MS. FARER:
6      Q.   How are you evaluating whether the
7  wallet -- the recipient wallet is a white
8  listed address?
9      A.   I am not the process owner.  That's
10 a question for Tao who may do his own -- his
11 own assessment.  I don't know the answer.
12     Q.   My question is for you.  To what
13 extent are you evaluating, when you receive a
14 request, whether the recipient address is a
15 white listed address?
16     A.   I am not.
17     Q.   So going back then to my prior
18 question.  You referred to reliance upon the
19 white listing process.  How are you evaluating
20 whether requests are being made to a Binance
21 entity as defined if you're not evaluating
22 whether the recipient address is a white listed
23 address?
24          MR. LAROCHE:  Objection.  Asked and
25 answered at least five times.

257

CONFIDENTIAL

```
 1            You can answer it --
 2            MS. FARER:  Well, this particular
 3  question has not been asked.
 4            MR. LAROCHE:  You can -- if you've
 5  got anything to add, you can add it.
 6            THE WITNESS:  I --
 7            MS. FARER:  Counsel, I would ask you
 8  not to speak with the objection.  This
 9  particular question has not been asked and
10  answered.  I am just asking very specific
11  questions and waiting for a very specific
12  answer.
13            MR. LAROCHE:  You asked it five
14  times.  He gives the same answer every time.
15            MS. FARER:  Well, this is a
16  different --
17            MR. LAROCHE:  I don't know how this
18  is different, but go ahead.
19            MS. FARER:  Okay.
20            THE WITNESS:  I don't have anything
21  else to add.  I mentioned the process for what
22  I look at, and I don't know how it's different
23  from what I've -- what I've just mentioned.
24            BY MS. FARER:
25       Q.   Okay.  Well, I'll -- let's walk
```

258

```
 1  through.
 2          So you -- when I asked you the
 3  question of what you reviewed to consider
 4  whether a request is being made to a Binance
 5  entity, as I defined it, you said that you rely
 6  upon the white listing process.
 7          So then my question was:  What do
 8  you do to confirm that a wallet that you are --
 9  that is a recipient of a transfer request is a
10  white listed wallet.  And you're saying you
11  haven't done that.
12          So now my question is:  Aside from
13  reliance on the white listing process --
14  because you're not confirming that this is a
15  white listed address -- what, if anything, are
16  you doing to confirm that the transfer requests
17  are not for transfers to a Binance entity as
18  defined?
19          MR. LAROCHE:  Same -- same
20  objections.
21          THE WITNESS:  I have nothing else.
22          BY MS. FARER:
23      Q.  Okay.  Let's talk about the white
24  listing process.
25          So Tao does the -- initiates the
```

259

```
 1  Apple ID for the device.
 2          Okay.  So I'm going to -- if you can
 3  just read it into the record, but I will take a
 4  picture as well.
 5      A.   Yeah.  It's in Chinese, but then
 6  it -- underneath it says it's -- I believe it's
 7  ChenHeinaGrape@Gmail.com.
 8          MS. FARER:  Okay.  So I am going to
 9  take a picture of that.  Are we at Exhibit 79?
10          THE COURT REPORTER:  No.  80.
11          MS. FARER:  80.  Okay.
12          (Deposition Exhibit 80 was marked
13  for identification.)
14          BY MS. FARER:
15      Q.   And then while I have this, does
16  this ChenHeinaGrape@Gmail, does this refresh
17  your recollection at all about the name Heina
18  Chen?
19      A.   I never looked at the Apple ID
20  settings, so --
21      Q.   Okay.
22      A.   -- I mentioned I know the name
23  before, but I don't know.
24      Q.   Okay.  And I just hit on the iCloud
25  screen, and it says iCloud backup off for
```

292

```
 1                CERTIFICATE OF NOTARY PUBLIC
 2                I, Bonnie L. Russo, the officer before
 3    whom the foregoing deposition was taken, do
 4    hereby certify that the witness whose testimony
 5    appears in the foregoing deposition was duly
 6    sworn by me; that the testimony of said witness
 7    was taken by me in shorthand and thereafter
 8    reduced to computerized transcription under my
 9    direction; that said deposition is a true
10    record of the testimony given by said witness;
11    that I am neither counsel for, related to, nor
12    employed by any of the parties to the action in
13    which this deposition was taken; and further,
14    that I am not a relative or employee of any
15    attorney or counsel employed by the parties
16    hereto, nor financially or otherwise interested
17    in the outcome of the action.
18
19                     [Signature: Bonnie L. Russo]
20                     Notary Public in and for
21                     the District of Columbia
22    Dated: September 20, 2023
23    My Commission expires: August 14, 2025
24
25
                                                      368
```