# Exhibit 18

CONFIDENTIAL

```
 1                UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF COLUMBIA
 3
 4  SECURITIES AND EXCHANGE COMMISSION,)
                                       )
 5           Plaintiff,                )
                                       )
 6       v.                            )
                                       )
 7  BINANCE HOLDINGS LIMITED, BAM      ) Case No.:
    TRADING SERVICES, INC., BAM        ) 1:23-cv-01599-ABJ
 8  MANAGEMENT US HOLDINGS, INC., and  )
    CHANGPENG ZHAO,                    )
 9                                     )
             Defendants.               )
10  _____)
11
12
13               ** CONFIDENTIAL **
14
15           VIDEOTAPED DEPOSITION OF
16                ████████████
17               DECEMBER 7, 2023
18
19
20
21
22
23
24  Reported by:
    Susan L. Ciminelli, CRR, RPR
25  Job No. 231207TPO
```

1

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3
 4  SECURITIES AND EXCHANGE COMMISSION,)
                                      )
 5           Plaintiff,               )
                                      )
 6      v.                            )
                                      )
 7  BINANCE HOLDINGS LIMITED, BAM     ) Case No.:
    TRADING SERVICES, INC., BAM       ) 1:23-cv-01599-ABJ
 8  MANAGEMENT US HOLDINGS, INC., and )
    CHANGPENG ZHAO,                   )
 9                                    )
             Defendants.              )
10  _____)
11
12
13               ** CONFIDENTIAL **
14
15      Videotaped deposition of ▇▇▇▇▇▇▇▇▇▇▇▇,
16  taken on behalf of Plaintiff at WilmerHale,
17  2100 Pennsylvania Avenue, N.W., Washington, D.C.,
18  commencing at 10:19 a.m. and ending at 4:41 p.m.,
19  on Thursday, December 7, 2023, before Susan L.
20  Ciminelli, CRR, RPR, and Notary Public of the
21  District of Columbia, pursuant to notice.
22
23
24
25
                                                    2
```

**CONFIDENTIAL**

```
 1  A P P E A R A N C E S:
 2
 3  On behalf of the Plaintiff Securities and Exchange
 4  Commission:
 5       ELISA S. SOLOMON, ESQ.
 6       JENNIFER L. FARER, ESQ.
 7       Securities and Exchange Commission
 8       100 F Street, N.E.
 9       Washington, D.C. 20549
10       202.551.4941
11       solomone@sec.gov
12
13  On behalf of Defendants BAM Trading Services, Inc.
14  and BAM Management Holdings US, Inc.:
15       JEREMY ADLER, ESQ.
16       MATTHEW BEVILLE, ESQ.
17       Wilmer Cutler Pickering Hale and Dorr, LLP
18       2100 Pennsylvania Avenue, N.W.
19       Washington, D.C. 20006
20       202.663-6255
21       jeremy.adler@wilmerhale.com
22       matthew.beville@wilmerhale.com
23
24
25
```

3

```
 1  A P P E A R A N C E S (Continued):
 2
 3  On behalf of Defendant Binance Holdings Limited:
 4       AMY FEAGLES, ESQ.
 5       JACOB McGEE, ESQ.
 6       Gibson, Dunn & Crutcher, LLP
 7       1050 Connecticut Avenue, N.W.
 8       Washington, D.C. 20036-5306
 9       202.955.8500
10       afeagles@gibsondunn.com
11       jmcgee@gibsondunn.com
12
13  On behalf of the Defendant Changpeng Zhao:
14       LATHAM & WATKINS, LLP
15       NATALIE HARDWICK RAO, ESQ.
16       RAGAD ALFARAIDY, ESQ.
17       555 Eleventh Street, N.W., Suite 1000
18       Washington, D.C. 20004-1304
19       202.637.2200
20       natalie.rao@lw.com
21       ragad.alfaraidy@lw.com
22
23  ALSO PRESENT:
24       Bryce Scape, Consultant
25       Jason Levin, Videographer
```

4

```
 1                        I N D E X
 2   WITNESS                       EXAMINATION
 3   ████████████████
 4    By Ms. Solomon            8
 5
 6                       E X H I B I T S
 7   NUMBER           DESCRIPTION                    PAGE
 8   Exhibit 110 Declaration of ████████████████      25
 9   Exhibit 111 Table prepared by witness            29
10   Exhibit 112 BAM_SEC_LIT_00008385
11               Slack Chat                          169
12   Exhibit 113 BAM_SEC_LIT_00008399
13               Slack Chat                          178
14   Exhibit 114 BAM_SEC_LIT_00008421
15               Slack Chat                          182
16   Exhibit 115 BAM_SEC_LIT_00008435
17               Slack Chat                          185
18   Exhibit 116 BAM_SEC_LIT_00008333
19               Slack Chat                          201
20   Exhibit 117 BAM_SEC_LIT_00008405
21               Slack Chat                          219
22
23
24
25
                                                       5
```

CONFIDENTIAL

```
1         Q.      ███████████, are you confused when I say
2   what entities are you aware of that are Binance
3   entities?
4         A.      Yes.
5         Q.      Can I ask you what's your confusion, so I
6   can understand?
7         A.      I'm not aware of Binance really like tied
8   to the bank accounts.  The Binance entities you're
9   referencing.
10        Q.      Is it your testimony that you're not aware
11  of any Binance -- that you did not see a list of
12  Binance entities?
13        A.      I did not.
14        Q.      Does the phrase Binance entity, would that
15  include, as far as this topic is concerned, would
16  that include Binance Holdings Limited?
17        A.      I believe so.
18        Q.      You're looking to your counsel.  When you
19  were prepared for this topic, was it your
20  understanding that Binance entity includes Binance
21  Holdings Limited?
22        A.      Yes.
23        Q.      Are there any other entities that you can
24  think of that you understand are included as part of
25  what a Binance entity is for the purposes of this
```

101

1  topic?
2          MR. ADLER:  I'm going to continue to
3  object, but you can answer if you can.
4          THE WITNESS:  No.
5  BY MS. SOLOMON:
6      Q.    For -- did you review any list of entities
7  associated with Changpeng Zhao?
8      A.    No.
9      Q.    And I'll refer to Changpeng Zhao as CZ
10 before I mess up his name again.  And the topic also
11 refers to BAM entities.  What BAM entities do you
12 understand that's referring to?
13     A.    I don't know.
14     Q.    Well, we've made mention of BAM Management
15 and BAM Trading.
16     A.    If you have a list you've prepared, and we
17 want to go through it, we can address it.
18     Q.    I'm asking the question.  Are there any
19 other BAM entities that you're aware of, other than
20 BAM Trading and BAM Management?
21     A.    Under US?
22     Q.    Under -- yes, BAM.
23     A.    No, not to my knowledge.
24     Q.    Are there any other Binance entities that
25 I did not mention?

102

CONFIDENTIAL

1           MR. ADLER:  Objection to form.
2           THE WITNESS:  Are you speaking of US?
3  BY MS. SOLOMON:
4      Q.   I'm sorry, it is confusing, but I said
5  Binance.com.  Are there any other Binance.com
6  entities that we did not discuss?
7           MR. ADLER:  Objection to form.
8           THE WITNESS:  I'm not privy to that
9  information.
10 BY MS. SOLOMON:
11     Q.   To the best of your knowledge, are there
12 any other Binance entities?
13     A.   I do not know.
14     Q.   Are there any other entities that you're
15 aware of that are associated with CZ that we did not
16 discuss?
17          MR. ADLER:  Objection to form.
18          THE WITNESS:  I do not know.
19 BY MS. SOLOMON:
20     Q.   So your testimony is that you're not aware
21 of any other entities?
22     A.   I do not know.
23          MR. ADLER:  Objection to form.
24 BY MS. SOLOMON:
25     Q.   I'm asking if you know of or do not know

103

```
 1  of other entities associated with CZ.  So are you
 2  aware of any other entities -- and I'm rephrasing,
 3  just so I understand your answer.
 4          MR. ADLER:  Objection.
 5          MS. SOLOMON:  She said, I do not -- she
 6  said, I do not know.
 7  BY MS. SOLOMON:
 8      Q.  And I'm trying to understand what you mean
 9  by, do not know.  Do you not know of other entities?
10  Is that what you mean by that answer?
11      A.  Correct.
12      Q.  Okay.  In --
13          MR. BEVILLE:  Counsel, we put ████ up to
14  be the corporate designee on CZ's involvement in
15  these bank accounts.  She is prepared to testify, and
16  I think has testified who has control of the bank
17  accounts.
18          If she knows who has control of the bank
19  accounts, she doesn't need to know every entity in
20  the Binance universe.  And so, you know, I'm not
21  seeing the relevance of this line of questioning.
22  And I think we've been through all these questions at
23  least once.  And so you could get the answers to your
24  question, but this just does not seem like a
25  productive use of time.
```

104

```
 1  to any company with CZ's involvement, and that all
 2  fiat remain in the US.
 3       Q.   And are you aware of any changes that BAM
 4  made in response to the consent order?
 5       A.   Not that I can recall.
 6       Q.   Have you reviewed the consent order?
 7       A.   At a high level.
 8       Q.   I'm sorry, I didn't hear.
 9       A.   At a high level.
10       Q.   You read -- you mean, like, you skimmed
11  it?
12       A.   Uh-huh.
13       Q.   Did you discuss that consent order with
14  anyone else at BAM?
15       A.   Not that I recall.
16       Q.   So on an ongoing basis, do you understand
17  that BAM has taken any specific steps to comply with
18  the consent order that they were not taking
19  beforehand?
20       A.   I don't know.
21       Q.   Have you been involved in reviewing or
22  collecting documents to produce to the SEC?
23       A.   No.
24       Q.   Do you know if you've seen, like,
25  financial records or anything else that have been
```

112

```
 1      Q.    Did you read the consent order?
 2      A.    At a high level, yes.  And I think you
 3 asked me these questions earlier.
 4      Q.    I did.  And I'm asking a follow-up, trying
 5 to establish --
 6      A.    It's the same question.  Not a different
 7 question.
 8      Q.    Well, I asked a different question.  What
 9 do you understand that the consent order requires?
10      A.    I don't know how to answer that question.
11      Q.    Do you understand that the consent order
12 prohibits transfers to Binance.com and entities
13 associated with Binance.com?
14      A.    Yes.
15      Q.    Is anything in the white list process
16 something that would allow you to see whether or not
17 a transfer was being initiated to an entity
18 associated with Binance.com?
19            MR. ADLER:  Objection to form.
20            THE WITNESS:  In the BitGo white list
21 example, I shared that I wanted to see evidence that
22 it was a BitGo wallet and Tao provided that to me.
23 BY MS. SOLOMON:
24      Q.    And the information he provided, is there
25 anything in that information that would allow you to
```

206

```
 1  determine whether a user -- whether a wallet address
 2  is associated with Binance.com?
 3           MR. BEVILLE:  Objection, form, asked and
 4  answered.
 5           THE WITNESS:  Tao offered me a screenshot
 6  of the BitGo wallet -- out of the BitGo interface,
 7  validating that it was a BitGo wallet.
 8  BY MS. SOLOMON:
 9      Q.   And is there anything in that screenshot
10  that would allow you to determine whether or not that
11  wallet address is associated with a Binance.com
12  entity?
13           MR. ADLER:  Objection to form, asked and
14  answered.
15           MS. SOLOMON:  I don't think that the
16  answer fully -- which is why I'm following up.
17           THE WITNESS:  I don't recall.
18  BY MS. SOLOMON:
19      Q.   I just want to go over to staking to
20  clarify one issue from your prior testimony.  I
21  believe you said that you are involved in -- for
22  several approvals related to staking.  Do you also
23  serve as a Shard holder in connection to staking?
24      A.   Not always.
25      Q.   Could you elaborate what you mean?
```

```
 1              THE WITNESS:  I would need more
 2   information.
 3   BY MS. SOLOMON:
 4        Q.   If this conversation was happening today,
 5   and Tao sent you that wallet address, would you have
 6   a way to confirm whether or not that wallet address
 7   is associated with Binance.com?
 8              MR. ADLER:  Objection to form.
 9              THE WITNESS:  I could ask internally any
10   details I would like to know about a wallet address.
11   BY MS. SOLOMON:
12        Q.   In your course of approval as a Shard
13   holder, do you generally look into whether or not a
14   wallet address is associated with Binance.com?
15              MR. ADLER:  Objection to form.
16              THE WITNESS:  An example of white listing
17   wallets, I look to see where the wallet is.  The only
18   one I can recall is a recent one with BitGo.  And the
19   backup details I requested of Tao, which was the
20   screenshot that I discussed previously.
21   BY MS. SOLOMON:
22        Q.   Do you recall when that conversation was?
23        A.   No.
24        Q.   If you could produce that -- if you could
25   provide it to your counsel, and we request that we
```

213

1  receive it as a production, that would be helpful.
2           But going back to this transaction, which
3  you can correct me if I'm wrong, doesn't appear to be
4  related to white listing.  I believe on the first
5  page, Tao said, all to hot wallet.  So looking at
6  this address, in the course of your role as a Shard
7  holder, do you have access to information about
8  whether or not this is a wallet address that's
9  associated with a Binance.com entity?
10          MR. ADLER:  Objection to form.
11          THE WITNESS:  I can't answer that
12 question.  I don't know what that address is
13 referencing.  On the previous page, we're talking
14 about a movement from cold to hot wallets.
15 BY MS. SOLOMON:
16     Q.   Understood.
17     A.   I don't know what this other address has
18 to do with that.
19     Q.   Do you recall any instance in which, in
20 the course of your role as a Shard holder, where you
21 have looked or asked internally about whether or not
22 a wallet address is associated with Binance.com?
23     A.   I don't recall.
24     Q.   In the course of white listing, do you
25 recall any instance in which you have asked

214

```
 1  internally whether a wallet address is associated
 2  with Binance.com?
 3       A.    I have not asked that specifically, no.
 4       Q.    And in the course of your role as a first
 5  level approver of transactions, do you recall any
 6  instance in which you've asked for wallet addresses
 7  associated with Binance.com?
 8       A.    I don't recall.
 9       Q.    We talked about the P&K system before.
10  Does the phrase back end system of the P&K mean
11  anything to you?
12       A.    That's the P&K system.
13       Q.    Understood.  But the back end team, does
14  that mean anything to you?
15       A.    No.
16       Q.    Do you know who would have access to the
17  back end of the P&K system?
18       A.    I don't understand the words you're using
19  to describe the P&K system.
20       Q.    Okay.  Do you understand what I mean by
21  back end?
22       A.    Generally.
23       Q.    Okay.  What do you understand --
24       A.    P&K is the back end of our exchange.
25       Q.    Okay.  Are you familiar with the phrase
```

215

CERTIFICATE OF NOTARY PUBLIC

I, SUSAN L. CIMINELLI, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me in stenotypy and thereafter reduced to typewriting under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

Susan L. Ciminelli
Notary Public in and for the
District of Columbia

My commission expires:
November 30, 2026

Susan L Ciminelli
Notary Public, District of Columbia
My Commission Expires November 30, 2026

230