# Exhibit 19

WILMERHALE

**Matthew Beville**

+1 202 663 6255 (t)
+1 202 663 6363 (f)
matthew.beville@wilmerhale.com

November 20, 2023

**VIA EMAIL**

Jennifer L. Farer
Matthew F. Scarlato
Senior Trial Counsel
Division of Enforcement
U.S. Securities and Exchange Commission
100 F. Street, NE
Washington, DC 20549

**Re: *SEC v. Binance Holdings Limited, et al.*, No. 23 Civ. 1599-ABJ-ZMF**

Dear Ms. Farer and Mr. Scarlato:

We write on behalf of BAM Trading Services Inc. and BAM Management US Holdings Inc. (collectively, "BAM") to provide certain documents and information in response to the document requests and communications requests contained in Attachment A to the September 21, 2023 email from Jennifer Farer (respectively, the "Document Requests" and "Communications Requests"; together, the "Requests"). Enclosed please find documents bearing Bates numbers BAM_SEC_LIT_00010840 through BAM_SEC_LIT_00017482. Exhibit A identifies these documents and states which Document Requests and/or Communications Requests BAM is producing them in response to.

BAM is continuing to respond to the outstanding Requests. We appreciate the Staff's understanding given the significant volume of information sought and the particular issues highlighted below.

**I.      Enclosed Documents Produced in Response to the Requests**

The documents enclosed at BAM_SEC_LIT_00010840 through BAM_SEC_LIT_00016706 are emails and attachments from Erik Kellogg's custodial files for the period of November 1, 2022 to October 5, 2023. These documents are being produced in response to various Document and Communications Requests, and many of these documents are responsive to multiple Requests.

The documents enclosed at BAM_SEC_LIT_00016707 through BAM_SEC_LIT_00017482 are Telegram chats from the Telegram channel named "US wallet

WILMERHALE

Jennifer L. Farer and Matthew F. Scarlato
November 20, 2023
Page 2

support" for the period of January 1, 2023 to November 8, 2023.  These documents are being produced in response to Communications Request No. 4.

## II.      Ceffu

We understand that one of the Staff's principal concerns about BAM's asset custody practices relates to whether BAM uses services provided by Ceffu.  BAM has conducted an extensive search for documents in any way related to Ceffu as part of our efforts to respond to your concerns and discovery requests.  This included, but was not limited to, interviewing personnel involved in BAM's asset custody practices and searching for documents, including through Mr. Kellogg's email accounts.  This investigation has not revealed any evidence that BAM has ever used Ceffu's services.  Indeed, one of the only documents we identified related to Ceffu is a security report (included in today's production at BAM_SEC_LIT_000015586 – BAM_SEC_LIT_00015607) concerning Ceffu's services but not any services provided to BAM. Although this document does not apply to BAM, BAM nevertheless conducted additional diligence, including interviewing Mr. Kellogg, and consulted with counsel to BHL to confirm (again) that BAM does not use Ceffu's services and that this document is not a reflection of BAM's wallet custody software.

BAM's investigation concerning this issue confirms what BAM previously informed the Staff, Ceffu has never provided any services to BAM and is not and has never been BAM's wallet custody service provider.  Mr. Kellogg also confirmed this fact under oath during his deposition and explained why he mistakenly understood for a time that BHL's wallet software was being renamed as Ceffu.  *See* Kellogg Tr. 171:8-182:14.  Mr. Kellogg's testimony concerning Ceffu— *i.e.*, that Ceffu does not and has never provided services to BAM—represents BAM's corporate position on this issue.

## III.     Allowance Paid by Entity Affiliated with BHL

We also wish to inform you that we recently learned that certain BAM employees who relocated to Vancouver, including Gerry Ho and Rose Gao, receive an allowance that is currently being paid by an entity affiliated with BHL.  We understand that these employees do not currently provide any services to BHL or the entity paying the allowance.

*         *         *

We are making every effort to ensure that our responses are complete and accurate notwithstanding the extremely short deadlines allotted to provide this information.  We will supplement our responses to the extent that we identify any additional responsive information.

2

WILMERHALE

Jennifer L. Farer and Matthew F. Scarlato
November 20, 2023
Page 3


        Moreover, until a Protective Order is entered in this matter, BAM is providing these
documents and information on the understanding that the SEC (i) may disclose it only to the Court,
counsel representing the SEC in this matter (including both the investigations and litigated action),
their support personnel, and other appropriate agencies, entities, and persons consistent with the
SEC's routine uses of information; (ii) will use it only for purposes of this litigation and the SEC's
routine uses of information, and (iii) will seek to file any of these documents and/or information
under seal in any public filing.

Sincerely,

*/s/ Matthew Beville*


Matthew Beville

Enclosure

**Exhibit A**

| Bates Range | Request No. |
|---|---|
| BAM_SEC_LIT_00010840 – BAM_SEC_LIT_00016706 | Various Communications Requests |
| BAM_SEC_LIT_00016707 – BAM_SEC_LIT_00017482 | Communications Request No. 4 |