# Exhibit 20

SEC-SGB-E-0022892



**BSAF-039 Fintech <u>Entity</u> Counterparty Request**
Version 1.1

*As part of Silvergate Bank's ongoing client due diligence program, we require additional information related to one or more transaction as described below. Please complete **SECTIONS II – III** below for the identified transaction(s), associated counterparty and account updates. For questions or concerns, please contact your Private Client Service Manager.*

## SECTION I: DESCRIPTION OF REQUEST

| DATE OF REQUEST | Friday, February 14, 2020 | | |
|---|---|---|---|
| REQUEST DESCRIPTION | To obtain additional counterparty information to better understand transactional activities. | | |
| CLIENT NAME | BINANCE (SWITZERLAND) AG | | |
| COUNTERPARTY NAME (ENTITY) | BPlay LLC | | |
| ACCOUNT NUMBER | 5090016667 | | |
| TRANSACTION DATE[1] | TRANSACTION # | TRANSACTION AMOUNT | ACTIVITY TYPE |
| 1. 2020-01-15 | 2900332962 | $345,800 | FOREIGN OUTGOING WIRE |

## SECTION II: COUNTERPARTY INFORMATION AND VERIFICATION

| 1. COUNTERPARTY NAME[2] | BPlay LLC (유한회사 BPLAY) |
|---|---|
| 2. SIGNER(S)/ OWNER(S) NAME | Chen Guangying |
| 3. TAX IDENTIFICATION # | 341-81-01632 |
| 4. NATURE OF BUSINESS | Technology Consulting |
| 5. ADDRESS | Gyeongi-do, Seongnam-si, Bundang-gu, Bundangnaegok-ro 117, Krafton Tower, 4th Floor, South Korea |
| 6. PHONE NUMBER(S) | +86 137 6103 8500 |
| 7. E-MAIL ADDRESS | heina@binance.com |

## SECTION II: COUNTERPARTY INFORMATION AND VERIFICATION (CONT'D)

| 8. Initial date of relationship? | December 2, 2019 |
|---|---|

---

[1] An excel spreadsheet will be attached on request exceeding five transactions or more.

[2] As identified by your business records.

SEC-SGB-E-0022892

SEC-SGB-E-0022892



**BSAF-039 Fintech Entity Counterparty Request**
**Version 1.1**

| | |
|---|---|
| 9. Current relationship status? | ☒ Open (Active)<br><br>☐ Closed - If closed, provide reason and date of closure:<br>Click or tap here to enter text. |
| 10. Was counterparty information collected and verified? | ☒ Yes ☐ No |
| 11. What is the counterparty's IP address? | Counterparty does not have a website |
| 12. Was the IP address validated and does it coincide with the physical address? | ☐ Yes ☒ No<br>If no, where does the IP address trace to?<br>Click or tap here to enter text. |
| 13. What is the current balance of the account? | KRW 182,658,832 (around USD 152k equivalent) |
| 14. Is this counterparty a digital currency exchange? | ☐ Yes ☒ No |
| 15. Is this counterparty a Money Service Business (MSB)? | ☐ Yes ☒ No |
| 16. Was CIP information collected at account opening? | ☐ Yes ☒ No<br>If yes, please attach with this request.<br>If no, please explain: Click or tap here to enter text. |
| 17. After fiat was deposited into the clients account, how soon were funds converted to crypto? | Funds will be used for operational expenses of the entity. There are currently no plans to convert the funds into crypto. |
| 18. How soon was crypt traded off the platform? | Not applicable |
| 19. Was source of wealth determined? | ☒ Yes<br> • If yes, please provide wealth:<br>  Source of wealth is capitalization / loans from Binance (Switzerland) AG and/or its affiliates<br>☐ No<br> • If no, explain why it was not collected:<br>  Click or tap here to enter text. |
| 20. Were negative news/adverse media checks performed? | ☐ Yes ☒ No<br>If yes, were any negative results returned?<br>☐ Yes ☒ No<br>If yes, provide detailed description of the results:<br>Click or tap here to enter text. |

## SECTION II: COUNTERPARTY INFORMATION AND VERIFICATION (CONT'D)

SEC-SGB-E-0022893

SEC-SGB-E-0022892



### BSAF-039 Fintech Entity Counterparty Request
#### Version 1.1

| | |
|---|---|
| 21. Please describe the purpose/reason of the transaction(s) and the counterparty's relationship with you? | Counterparty is an affiliate of Binance (Switzerland) AG. Transaction is to fund operations of affiliate. |
| 22. Are there any concerns with these transactions and/ or relationship at this time? | ☐ Yes  ☒ No<br>If yes, please describe:<br>Click or tap here to enter text. |

## SECTION III: OFFICER CERTIFICATION

Completed by:  Guangying Chen                    Date: 3/6/2020

Title: Head of back office

| INTERNAL BANK USE ONLY | |
|---|---|
| (REQUESTOR INFORMATION) | |
| REQUESTOR'S NAME | Yosmari Gonzalez |
| COMMENTS | Alert # 21259 – Batch Date 01/22/2020 |
| INTERNAL BANK USE ONLY | |
| (BRANCH INFORMATION) | |
| DATE REQUEST RECEIVED | Click or tap to enter a date. |
| COMPLETENESS CHECKED BY | Click or tap here to enter text. |
| DATE CHECKED | Click or tap to enter a date. |

SEC-SGB-E-0022894