# Exhibit 21

```
 1              UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF COLUMBIA
 3   - - - - - - - - - - -
 4   SECURITIES AND              )
 5   EXCHANGE COMMISSION,        )  CASE NO.
 6           Plaintiff,          )  1:23-cv-01599-ABJ
 7              v.               )
 8   BINANCE HOLDINGS            )
 9   LIMITED, BAM TRADING        )
10   SERVICES INC., BAM          )
11   MANAGEMENT US HOLDINGS      )
12   INC., AND CHANGPENG         )
13   ZHAO,                       )
14           Defendants.         )
15   - - - - - - - - - - -
16
17           VIDEOTAPED DEPOSITION OF ROSE GAO
18              THURSDAY, NOVEMBER 30, 2023
19                PAGES 1 - 132; VOLUME 1
20
21           BEHMKE REPORTING AND VIDEO SERVICES INC.
22                  BY:  TAMBI BALCHEN, CRR, CSR 9166
23                     455 MARKET STREET, SUITE 1800
24                    SAN FRANCISCO, CALIFORNIA 94105
25                                    (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9            Videotaped Deposition of ROSE GAO, taken
10   on behalf of the Plaintiff, at 595 Burrard Street,
11   Suite 1200, Vancouver, B.C. Canada, commencing at 9:36
12   a.m., THURSDAY, NOVEMBER 30, 2023, before Tambi
13   Balchen, CRR, Certified Real-time Reporter, Certified
14   Shorthand Reporter No. 9166, pursuant to Notice of
15   Deposition.
16
17
18
19
20
21
22
23
24
25
```

```
 1  APPEARANCES OF COUNSEL
 2  FOR THE PLAINTIFF:
 3      U.S. SECURITIES AND EXCHANGE COMMISSION
 4      BY:  MATTHEW SCARLATO, TRIAL ATTORNEY
 5           JENNIFER FARER, SENIOR TRIAL COUNSEL
 6           HOPE AUGUSTINI (via Zoom)
 7           ELISA SOLOMON  (via Zoom)
 8      100 F Street, NE
 9      Washington, DC 20549
10      Telephone:  (202) 551-3749
11      Email:  scarlatom@sec.gov
12
13
14  FOR DEFENDANT BAM TRADING SERVICES INC. AND BAM
15  MANAGEMENT US HOLDINGS INC.:
16      MILBANK LLP
17      BY:  MATT LAROCHE, ATTORNEY AT LAW
18           ALISON KEMPF, ATTORNEY AT LAW (via Zoom)
19      55 Hudson Yards
20      New York, NY 10001
21      Telephone:  (212) 530-5000
22      Email:  mlaroche@milbank.com
23
24
25
```

```
 1   APPEARANCES CONTINUED:
 2   FOR DEFENDANT BINANCE HOLDINGS LIMITED:
 3         GIBSON DUNN & CRUTCHER LLP
 4         BY:  LAURA PLACK, ATTORNEY AT LAW
 5              FAHAD ALI, ATTORNEY AT LAW (via Zoom)
 6         1050 Connecticut Avenue, N.W.
 7         Washington, D.C.  20036
 8         Telephone:  (202) 955-8500
 9         Email:  lplack@gibsondunn.com
10                 fali@gibsondunn.com
11
12   FOR DEFENDANT CHANGPENG ZHAO:
13         LATHAM & WATKINS LLP
14         BY:  NATALIE HARDWICK RAO, ATTORNEY AT LAW
15              WILLIAM BAKER, ATTORNEY AT LAW (via Zoom)
16              ZIJUN ZHAO, ATTORNEY AT LAW (via Zoom)
17         555 Eleventh Street, N.W., Suite 1000
18         Washington, D.C.  20004
19         Telephone:  (202) 637-2200
20         Email:  natalie.rao@lw.com
21                 william.baker@lw.com
22
23    ALSO PRESENT:
24        SHAWN LAM, VIDEOGRAPHER
25        BRYCE SNAPE, FTI CONSULTING (via Zoom)
```

```
 1                        INDEX
 2  THURSDAY, NOVEMBER 30, 2023
 3  ROSE GAO - VOLUME 1                         PAGE
 4      Examination by MR. SCARLATO              9
 5
 6   P.M. SESSION
 7      Examination resumed by MR. SCARLATO     68
 8
 9
10
11                       ---oOo---
12
13      QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:
14                     PAGE    LINE
15                       (None.)
```

```
 1                       EXHIBITS
 2                  ROSE GAO - VOLUME 1
 3    NUMBER              DESCRIPTION              PAGE
 4
 5    Exhibit 109    E-mail communication dated
 6                   1/7/2023; Bates numbers
 7                   BAM_SEC_LIT_00016723 to
 8                   BAM_SEC_LIT_00016725
 9                   - 3 pages                     109
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1    Q.  Okay, so you got a -- was that an increase in
2 your salary when you moved to Canada?
3    A.  Yes.
4    Q.  Can you give me an approximate percentage
5 increase you received?
6    A.  I don't -- I can't really calculate that.
7    Q.  Can you describe for me what the living and
8 floating allowance you received?
9    A.  I receive a living and floating allowance in
10 crypto.
11   Q.  What kind of crypto?
12   A.  BNB.
13   Q.  How much?
14   A.  So for living allowance it should be the
15 equivalence of 3,000 U.S. dollars and for the floating
16 allowance, it should be the equivalence of 45,000 RMB
17 of crypto.
18   Q.  How often for each do you receive it?
19   A.  Every month.
20   Q.  Who did you negotiate that allowance, both
21 allowance compensation with?
22       MR. LAROCHE:  Objection to form.
23       THE WITNESS: (Through interpreter)
24   A.  There was no negotiation.  It's just the
25 company told me that there is this opportunity and

```
 1   there is this allowance, so I moved.
 2           MR. SCARLATO:
 3       Q.  Who told you that?
 4       A.  I do not remember.
 5       Q.  Was it someone working for Boran?
 6           MR. LAROCHE:  Objection to form.
 7           THE WITNESS: (Through interpreter)
 8       A.  I do not remember who specifically the person
 9   was, but it should be HR or my line manager.
10           MR. SCARLATO:
11       Q.  Do you know -- okay.  Who do you mean by your
12   line manager?
13       A.  Gerry.
14       Q.  Okay.  Can you describe how you receive the
15   BNB every month?
16       A.  It is through my personal account on Binance.
17       Q.  The .com platform?
18       A.  Correct.
19       Q.  Do you have an account on the .US platform?
20       A.  I have a test account.  This account was set
21   up by the company, so this test account is to see
22   whether the products on the platform are working
23   properly, so I have this test account.
24       Q.  But that's it?
25       A.  Correct.
```

1        Q.  So if you're working with .US, can you
2   explain for me why you're receiving your allowances in
3   BNB on the .com platform?
4            MR. LAROCHE:  Objection to form.
5            THE WITNESS: (Through interpreter)
6        A.  So, I think that I work for Binance US and
7   this compensation is given to me because of my work
8   for Binance US.
9            And as for how the compensation, the methods
10  of delivering this compensation, I do not really care.
11           MR. SCARLATO:
12       Q.  What's the purpose of receiving these
13  allowances?
14       A.  So because I sacrificed my work, my life and
15  my friends in China and to serve better in
16  communication for the company, so I moved to Canada.
17           And also the living expense has also gone up,
18  so the compensation is for that.
19       Q.  Do you know why these allowances are paid in
20  BNB as opposed to anything else?
21       A.  I do not know.
22       Q.  Okay.  Do you get any other compensation for
23  your work for .US?
24       A.  There is E Top.
25       Q.  What is that?

```
1         A.   I do not know the full name.
2         Q.   Okay, and what do you get pursuant to this
3    E Top?
4         A.   So every year I would receive this E Top and
5    it is divided into four years.
6         Q.   What do you get?
7         A.   BNB.
8         Q.   How much?
9         A.   I don't remember the specifics.
10        Q.   Okay.  How long have you been receiving the
11   E Top?
12        A.   I only received once, last year.
13        Q.   And how did you receive the BNB?
14        A.   Through my personal account on .com.
15        Q.   Do you know who pays the bonus, this E Top?
16        A.   I believe it was paid because of my work in
17   Binance US.
18        Q.   Where, do you know who is making this BNB
19   payment to you for the E Top?
20             MR. LAROCHE:  Objection to form.
21             THE WITNESS: (Through interpreter)
22        A.   I believe that it was paid because of my work
23   for Binance US so that it was Binance US who paid it.
24             MR. SCARLATO:
25        Q.   If you look at your .com account, can you
```

```
 1  tell who was transferring the BNB to your account?
 2       A.   No.
 3       Q.   Just one day the number of BNB in your
 4  account just goes up?
 5            MR. LAROCHE:  Objection to form.
 6            THE WITNESS: (Through interpreter)
 7       A.   Yes.
 8            MR. SCARLATO:  Two things:  We would again
 9  request similar records as we did yesterday for her
10  BNB payments.
11            And, second, with that, do you want to take
12  lunch?
13            MR. LAROCHE:   I'd love the lunch break,
14  yeah.
15            MR. SCARLATO:  Okay.
16            MR. LAROCHE:   I understand the request.
17  Yeah, let's take lunch.
18            MR. SCARLATO:  Okay.  Off the record, please.
19            THE VIDEO OPERATOR:   This marks the end of
20  media number 2 in the deposition of Rose Gao.  We are
21  going off the record, and the time is 12:42 p.m.
22  (At 12:42 P.M., a lunch recess was taken until 1:44
23  P.M. of the same day.)
24  (Nothing omitted nor deleted.  See next page.)
25
```

```
 1   PROVINCE OF B.C.    )
 2                       )
 3   CITY OF VANCOUVER   )
 4
 5
 6            I hereby certify that the witness in the
 7   foregoing deposition, ROSE GAO, was by me duly sworn
 8   to testify to the truth, the whole truth and nothing
 9   but the truth, in the within-entitled cause; that said
10   deposition was taken at the time and place herein
11   named; and that the deposition is a true record of the
12   witness's testimony as reported by me, a duly
13   certified shorthand reporter and a disinterested
14   person, and was thereafter transcribed into
15   typewriting by computer.
16            I further certify that I am not interested in
17   the outcome of the said action, nor connected with nor
18   related to any of the parties in said action, nor to
19   their respective counsel.
20            IN WITNESS WHEREOF, I have hereunto set my
21   hand this 7th day of December, 2023.
22
23
24
25              TAMBI BALCHEN, CRR, CSR NO. 9166
```