# Exhibit 22



Grant P. Fondo
+1 650 752 3236
GFondo@goodwinlaw.com

Goodwin Procter LLP
601 Marshall Street
Redwood City, CA  94063

Meghan K. Spillane
+1 212 459 7193
MSpillane@goodwinlaw.com

The New York Times Building
620 Eighth Avenue
New York, NY 10018

goodwinlaw.com

**CONFIDENTIAL TREATMENT REQUESTED**
**BY BAM TRADING SERVICES INC.**
**PURSUANT TO 17 C.F.R. § 200.83**

March 4, 2022

**VIA FTP (ENF-CPU@SEC.GOV)**

Kathleen Hitchins
Senior Counsel, Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549-5720

ENF-CPU
U.S. Securities and Exchange Commission
6315 Bren Mar Drive, Suite 175
Alexandria, VA 22312
ENF-CPU@sec.gov

Re:     In the Matter of Binance.US (HO-13865)

Dear Ms. Hitchins:

As you know, we represent BAM Trading Services Inc. ("BAM Trading") in the above captioned matter.  We write with respect to the subpoenas issued by the U.S. Securities and Exchange Commission (the "SEC") to BAM Trading dated December 17, 2020 (the "December 2020 Subpoena") and January 14, 2022 (the "January 2022 Subpoena") (collectively, the "BAM Subpoenas") in connection with that matter.  In response to and pursuant to our prior discussions regarding the BAM Subpoenas, enclosed please find BAM Trading's thirtieth production of documents, bearing Bates-stamp numbers BTS00693369 - BTS00695629. As agreed, BAM Trading will also continue producing responsive documents on a rolling basis.

As reflected on the log attached hereto as **Exhibit A**, this production includes certain BAM Trading business records that are primarily responsive to Request Nos. 8, 13, 21, 38, 43, 44 and 45 in the December 2020 Subpoena and Request Nos. 2, 3, 4, and 5 in the January 2022 Subpoena.  This production, along with this letter, are being provided contemporaneously via secure file transfer to ENF-CPU at the above-identified address.  The password to access the production will be provided by email.

In response to Request 2 of the January 2022 Subpoena, BAM Trading is producing today two documents at Bates numbers BTS00693370 and BTS00693371 indicating a BNB payment made in 2021 to employees of Boran Services Shanghai Limited ("Boran"), a personnel employment organization through which BAM Trading contracts operational services from individuals located in Shanghai, China.  In September 2021, Binance Holdings Limited invoiced BAM Trading for a payment it made in



Kathleen Hitchins
March 4, 2022
Page 2

**CONFIDENTIAL TREATMENT REQUESTED**
**BY BAM TRADING SERVICES INC.**
**PURSUANT TO 17 C.F.R. § 200.83**

BNB to Boran employees, identified in the spreadsheet produced at Bates number BTS00693370 in the line item labeled "Shanghai Tech Team Bonus." BAM Trading paid the invoice produced at BTS00693371 by transferring BNB from one of BAM Trading's wallets to the wallet address identified on the invoice. The table provided in **Exhibit C** describes the column headings in BTS00693370.

BAM Trading is performing an ongoing privilege review of previously-produced email communications, as well as email communications previously withheld in their entirety on the basis of privilege, and is producing privilege logs, describing the bases for withholding or redacting documents and communications, as appropriate. Please see attached as **Exhibit B** a privilege log addressing the privilege assertions made for the documents produced today, which constitutes the remainder of the responsive email communications. None of the documents or information we are providing in response to the Subpoenas are intended to constitute a waiver of any attorney-client privilege, attorney work product protection, or any other legal privilege or other protection. Any production of privileged or otherwise protected documents is inadvertent.

*          *          *

Pursuant to 17 C.F.R. § 200.83, we respectfully request confidential treatment for (i) this letter, (ii) the materials transmitted with this letter, (iii) any memoranda, notes, correspondence, or other writings made by any member or employee of the Commission relating to any of the foregoing documents or any conference or telephone call with respect thereto, and (iv) any copies or extracts of any of the foregoing (collectively, the "Confidential Materials"). This request for confidential treatment is made for reasons of financial and business confidentiality under FOIA Exemption 4, 5 U.S.C. § 552(b)(4). This request is not to be construed as a waiver of any other protection from disclosure or confidential treatment accorded by law, and BAM Trading will rely on and invoke any such confidentiality protection. We respectfully request that the Confidential Materials be maintained in confidence, not be made part of any public record, and not be disclosed to any person as it contains confidential information. In accordance with 17 C.F.R. § 200.83(d)(1), if any person (including any governmental employee who is not an employee of the Commission) should request access to or an opportunity to inspect this letter or any supplemental materials transmitted herewith, we request that we be immediately notified of any such request, be furnished with a copy of all written materials pertaining to such request (including, but not limited to, the request itself) and be given at least ten business days advance notice of any intended release so that BAM Trading may, if deemed necessary or appropriate, pursue any remedies available to it. In such an event, we request that you contact the undersigned by telephone, in addition to sending the required notice by mail.

*          *          *

Should you have any further questions regarding this matter, please do not hesitate to contact us.

Sincerely,

/s/Grant P. Fondo
Grant P. Fondo
Meghan K. Spillane



Kathleen Hitchins
March 4, 2022
Page 3

<u>**CONFIDENTIAL TREATMENT REQUESTED**</u>
<u>**BY BAM TRADING SERVICES INC.**</u>
<u>**PURSUANT TO 17 C.F.R. § 200.83**</u>

cc:     Paul Kim, Assistant Director, U.S. Securities and Exchange Commission
        Ann Rosenfield, Senior Counsel, U.S. Securities and Exchange Commission
        Adam Gottlieb, Senior Counsel, U.S. Securities and Exchange Commission
        Matthew Solomon, Cleary Gottlieb Steen & Hamilton LLP
        Alexander Janghorbani, Cleary Gottlieb Steen & Hamilton LLP

Enclosures (via FTP)

**In the Matter of Binance.US (HO-13865) EXHIBIT A**

| Begin Bates | End Bates | Responsive to Subpoena Request(s) | Volume |
|---|---|---|---|
| BTS00000001 | BTS00000005 | N/A | BTS_Vol_001 |
| BTS00000006 | BTS00000066 | 9 | BTS_Vol_001 |
| BTS00000067 | BTS00000096 | 1, 5 | BTS_Vol_001 |
| BTS00000097 | BTS00000099 | 10 | BTS_Vol_001 |
| BTS00000100 | BTS00000222 | 35 | BTS_Vol_001 |
| BTS00000223 | BTS00000271 | 10 | BTS_Vol_001 |
| BTS00000272 | BTS00000274 | 30 | BTS_Vol_001 |
| BTS00000275 | BTS00000281 | 9, 35 | BTS_Vol_001 |
| BTS00000282 | BTS00000282 | 4 | BTS_Vol_001 |
| BTS00000283 | BTS00000287 | N/A | BTS_Vol_002 |
| BTS00000288 | BTS00000502 | 9 | BTS_Vol_002 |
| BTS00000503 | BTS00000510 | 9, 15, 13 | BTS_Vol_002 |
| BTS00000511 | BTS00000529 | 9, 10, 15, 31 | BTS_Vol_002 |
| BTS00000530 | BTS00002235 | 15, 31 | BTS_Vol_002 |
| BTS00002236 | BTS00002464 | 15, 18, 31, 39 | BTS_Vol_002 |
| BTS00002465 | BTS00003092 | 15, 31, 39 | BTS_Vol_002 |
| BTS00003093 | BTS00003098 | 15, 19, 31, 39 | BTS_Vol_002 |
| BTS00003099 | BTS00003101 | 15, 19, 25, 26, 31 | BTS_Vol_002 |
| BTS00003102 | BTS00003111 | 6, 15, 31 | BTS_Vol_002 |
| BTS00003112 | BTS00003196 | 6, 15, 31, 39 | BTS_Vol_002 |
| BTS00003197 | BTS00003977 | 15, 25, 26, 31 | BTS_Vol_002 |
| BTS00003978 | BTS00003989 | 15, 25, 26, 31, 39 | BTS_Vol_002 |
| BTS00003990 | BTS00004006 | 6, 15, 25, 26, 31 | BTS_Vol_002 |
| BTS00004007 | BTS00004018 | 10, 15, 31 | BTS_Vol_002 |
| BTS00004019 | BTS00004022 | 6, 10, 15, 30, 31 | BTS_Vol_002 |
| BTS00004023 | BTS00004058 | 6, 7, 10, 15, 19, 31, 39 | BTS_Vol_002 |
| BTS00004059 | BTS00004663 | 7, 15, 31 | BTS_Vol_002 |
| BTS00004664 | BTS00004672 | 6, 7, 15, 18, 31, 39 | BTS_Vol_002 |
| BTS00004673 | BTS00004689 | 7, 15, 31, 39 | BTS_Vol_002 |
| BTS00004690 | BTS00004692 | 7, 15, 19, 31 | BTS_Vol_002 |
| BTS00004693 | BTS00004835 | 6, 7, 15, 31 | BTS_Vol_002 |
| BTS00004836 | BTS00005010 | 6, 7, 15, 31, 39 | BTS_Vol_002 |
| BTS00005011 | BTS00005119 | 6, 7, 15, 25, 26, 31 | BTS_Vol_002 |
| BTS00005120 | BTS00005125 | N/A | BTS_Vol_003 |
| BTS00005126 | BTS00005265 | 9 | BTS_Vol_003 |
| BTS00005266 | BTS00005271 | 30 | BTS_Vol_003 |
| BTS00005272 | BTS00005272 | 6, 15, 31, 39 | BTS_Vol_003 |
| BTS00005273 | BTS00005273 | 6, 15, 25, 26, 31, 39 | BTS_Vol_003 |
| BTS00005274 | BTS00005274 | 7, 10, 25, 26 | BTS_Vol_003 |
| BTS00005275 | BTS00005275 | 10, 25, 26 | BTS_Vol_003 |
| BTS00005276 | BTS00005278 | 2, 3, 11, 14 | BTS_Vol_003 |
| BTS00005279 | BTS00005337 | 12 | BTS_Vol_003 |
| BTS00005338 | BTS00005338 | 47 | BTS_Vol_003 |
| BTS00005339 | BTS00005339 | 6, 7, 15, 31, 39 | BTS_Vol_003 |
| BTS00005340 | BTS00005342 | 6, 7, 19, 25, 26, 39 | BTS_Vol_003 |
| BTS00005343 | BTS00005352 | 25, 26 | BTS_Vol_003 |
| BTS00005353 | BTS00005354 | 7, 25, 26, 39 | BTS_Vol_003 |
| BTS00005355 | BTS00005356 | 6, 7, 25, 26 | BTS_Vol_003 |

**In the Matter of Binance.US (HO-13865) EXHIBIT A**

| Begin Bates | End Bates | Responsive to Subpoena Request(s) | Volume |
|---|---|---|---|
| BTS00005357 | BTS00005368 | 6, 7, 25, 26, 39 | BTS_Vol_003 |
| BTS00005369 | BTS00005385 | 1, 4, 5, 9 | BTS_Vol_003 |
| BTS00005386 | BTS00005386 | 6, 19, 25, 26 | BTS_Vol_003 |
| BTS00005387 | BTS00005387 | 6, 19, 25, 26, 39 | BTS_Vol_003 |
| BTS00005388 | BTS00005468 | 25, 26 | BTS_Vol_003 |
| BTS00005469 | BTS00005476 | 25, 26, 39 | BTS_Vol_003 |
| BTS00005477 | BTS00005499 | 6, 25, 26, 39 | BTS_Vol_003 |
| BTS00005500 | BTS00005506 | N/A | BTS_Vol_004 |
| BTS00005507 | BTS00005522 | 32 | BTS_Vol_004 |
| BTS00005523 | BTS00005523 | 17 | BTS_Vol_004 |
| BTS00005524 | BTS00005525 | 32 | BTS_Vol_004 |
| BTS00005526 | BTS00005579 | 12 | BTS_Vol_004 |
| BTS00005580 | BTS00005580 | 32 | BTS_Vol_004 |
| BTS00005581 | BTS00005612 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005613 | BTS00005613 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00005614 | BTS00005617 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005618 | BTS00005618 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00005619 | BTS00005621 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005622 | BTS00005624 | 6, 7 | BTS_Vol_004 |
| BTS00005625 | BTS00005626 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005627 | BTS00005627 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00005628 | BTS00005632 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005633 | BTS00005633 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00005634 | BTS00005634 | 6, 7 | BTS_Vol_004 |
| BTS00005635 | BTS00005641 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005642 | BTS00005642 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00005643 | BTS00005661 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005662 | BTS00005662 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00005663 | BTS00005667 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005668 | BTS00005670 | 6, 7 | BTS_Vol_004 |
| BTS00005671 | BTS00005676 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005677 | BTS00005677 | 7, 25, 26 | BTS_Vol_004 |
| BTS00005678 | BTS00005683 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005684 | BTS00005685 | 6, 7 | BTS_Vol_004 |
| BTS00005686 | BTS00005692 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005693 | BTS00005693 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00005694 | BTS00005702 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005703 | BTS00005703 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00005704 | BTS00005745 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005746 | BTS00005746 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00005747 | BTS00005759 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005760 | BTS00005761 | 6, 7 | BTS_Vol_004 |
| BTS00005762 | BTS00005786 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005787 | BTS00005788 | 6, 7 | BTS_Vol_004 |
| BTS00005789 | BTS00005800 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005801 | BTS00005801 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00005802 | BTS00005813 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005814 | BTS00005814 | 6, 7 | BTS_Vol_004 |

**In the Matter of Binance.US (HO-13865) EXHIBIT A**

| Begin Bates | End Bates | Responsive to Subpoena Request(s) | Volume |
|---|---|---|---|
| BTS00005815 | BTS00005824 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005825 | BTS00005825 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00005826 | BTS00005830 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005831 | BTS00005832 | 6, 7 | BTS_Vol_004 |
| BTS00005833 | BTS00005871 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005872 | BTS00005873 | 6, 7 | BTS_Vol_004 |
| BTS00005874 | BTS00005889 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005890 | BTS00005890 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00005891 | BTS00005903 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005904 | BTS00005905 | 6, 7 | BTS_Vol_004 |
| BTS00005906 | BTS00005931 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005932 | BTS00005933 | 6, 7 | BTS_Vol_004 |
| BTS00005934 | BTS00005935 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005936 | BTS00005937 | 6, 7 | BTS_Vol_004 |
| BTS00005938 | BTS00005949 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005950 | BTS00005951 | 6, 7 | BTS_Vol_004 |
| BTS00005952 | BTS00005975 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005976 | BTS00005977 | 6, 7 | BTS_Vol_004 |
| BTS00005978 | BTS00005984 | 6, 7, 39 | BTS_Vol_004 |
| BTS00005985 | BTS00005985 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00005986 | BTS00006011 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006012 | BTS00006017 | 6, 7 | BTS_Vol_004 |
| BTS00006018 | BTS00006024 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006025 | BTS00006025 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00006026 | BTS00006030 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006031 | BTS00006031 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00006032 | BTS00006156 | 6, 7 | BTS_Vol_004 |
| BTS00006157 | BTS00006162 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006163 | BTS00006163 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00006164 | BTS00006171 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006172 | BTS00006174 | 6, 7 | BTS_Vol_004 |
| BTS00006175 | BTS00006179 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006180 | BTS00006184 | 6, 7 | BTS_Vol_004 |
| BTS00006185 | BTS00006222 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006223 | BTS00006226 | 6, 7 | BTS_Vol_004 |
| BTS00006227 | BTS00006248 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006249 | BTS00006249 | 6, 7, 25, 26, 39 | BTS_Vol_004 |
| BTS00006250 | BTS00006253 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006254 | BTS00006255 | 6, 7 | BTS_Vol_004 |
| BTS00006256 | BTS00006257 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006258 | BTS00006259 | 6, 7 | BTS_Vol_004 |
| BTS00006260 | BTS00006340 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006341 | BTS00006341 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00006342 | BTS00006350 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006351 | BTS00006353 | 6, 7 | BTS_Vol_004 |
| BTS00006354 | BTS00006366 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006367 | BTS00006367 | 6, 7, 25, 26 | BTS_Vol_004 |
| BTS00006368 | BTS00006380 | 6, 7, 39 | BTS_Vol_004 |

**In the Matter of Binance.US (HO-13865) EXHIBIT A**

| Begin Bates | End Bates | Responsive to Subpoena Request(s) | Volume |
|---|---|---|---|
| BTS00006381 | BTS00006383 | 6, 7 | BTS_Vol_004 |
| BTS00006384 | BTS00006392 | 6, 7, 39 | BTS_Vol_004 |
| BTS00006393 | BTS00006400 | NA | BTS_Vol_005 |
| BTS00006401 | BTS00006404 | 6, 7 | BTS_Vol_005 |
| BTS00006405 | BTS00006406 | 7 | BTS_Vol_005 |
| BTS00006407 | BTS00006409 | 6, 7 | BTS_Vol_005 |
| BTS00006410 | BTS00006411 | 6, 7, 39 | BTS_Vol_005 |
| BTS00006412 | BTS00006419 | 6, 7 | BTS_Vol_005 |
| BTS00006420 | BTS00006423 | 6, 7, 39 | BTS_Vol_005 |
| BTS00006424 | BTS00006429 | 6, 7 | BTS_Vol_005 |
| BTS00006430 | BTS00006432 | 7 | BTS_Vol_005 |
| BTS00006433 | BTS00006436 | 6, 7 | BTS_Vol_005 |
| BTS00006437 | BTS00006438 | 7 | BTS_Vol_005 |
| BTS00006439 | BTS00006440 | 6, 7 | BTS_Vol_005 |
| BTS00006441 | BTS00006446 | 7 | BTS_Vol_005 |
| BTS00006447 | BTS00006454 | 6, 7 | BTS_Vol_005 |
| BTS00006455 | BTS00006456 | 7 | BTS_Vol_005 |
| BTS00006457 | BTS00006464 | 6, 7 | BTS_Vol_005 |
| BTS00006465 | BTS00006469 | 7 | BTS_Vol_005 |
| BTS00006470 | BTS00006471 | 6, 7 | BTS_Vol_005 |
| BTS00006472 | BTS00006475 | 7 | BTS_Vol_005 |
| BTS00006476 | BTS00006477 | 6, 7 | BTS_Vol_005 |
| BTS00006478 | BTS00006479 | 7 | BTS_Vol_005 |
| BTS00006480 | BTS00006486 | 6, 7 | BTS_Vol_005 |
| BTS00006487 | BTS00006488 | 6, 7, 39 | BTS_Vol_005 |
| BTS00006489 | BTS00006490 | 6, 7 | BTS_Vol_005 |
| BTS00006491 | BTS00006494 | 7 | BTS_Vol_005 |
| BTS00006495 | BTS00006498 | 6, 7 | BTS_Vol_005 |
| BTS00006499 | BTS00006501 | 7 | BTS_Vol_005 |
| BTS00006502 | BTS00007104 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007105 | BTS00007106 | 7 | BTS_Vol_005 |
| BTS00007107 | BTS00007108 | 6, 7 | BTS_Vol_005 |
| BTS00007109 | BTS00007110 | 7 | BTS_Vol_005 |
| BTS00007111 | BTS00007114 | 6, 7 | BTS_Vol_005 |
| BTS00007115 | BTS00007116 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007117 | BTS00007118 | 7 | BTS_Vol_005 |
| BTS00007119 | BTS00007123 | 6, 7 | BTS_Vol_005 |
| BTS00007124 | BTS00007127 | 7 | BTS_Vol_005 |
| BTS00007128 | BTS00007130 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007131 | BTS00007132 | 6, 7 | BTS_Vol_005 |
| BTS00007133 | BTS00007135 | 6, 7, 15, 31 | BTS_Vol_005 |
| BTS00007136 | BTS00007146 | 6, 7 | BTS_Vol_005 |
| BTS00007147 | BTS00007148 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007149 | BTS00007150 | 7 | BTS_Vol_005 |
| BTS00007151 | BTS00007153 | 6, 7 | BTS_Vol_005 |
| BTS00007154 | BTS00007155 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007156 | BTS00007157 | 6, 7 | BTS_Vol_005 |
| BTS00007158 | BTS00007159 | 6, 7, 39 | BTS_Vol_005 |

**In the Matter of Binance.US (HO-13865) EXHIBIT A**

| Begin Bates | End Bates | Responsive to Subpoena Request(s) | Volume |
|---|---|---|---|
| BTS00007160 | BTS00007161 | 7 | BTS_Vol_005 |
| BTS00007162 | BTS00007164 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007165 | BTS00007167 | 6, 7, 15, 31 | BTS_Vol_005 |
| BTS00007168 | BTS00007190 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007191 | BTS00007192 | 6, 7 | BTS_Vol_005 |
| BTS00007193 | BTS00007195 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007196 | BTS00007197 | 6, 7 | BTS_Vol_005 |
| BTS00007198 | BTS00007199 | 7 | BTS_Vol_005 |
| BTS00007200 | BTS00007201 | 6, 7 | BTS_Vol_005 |
| BTS00007202 | BTS00007203 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007204 | BTS00007207 | 7 | BTS_Vol_005 |
| BTS00007208 | BTS00007209 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007210 | BTS00007212 | 7 | BTS_Vol_005 |
| BTS00007213 | BTS00007214 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007215 | BTS00007218 | 6, 7 | BTS_Vol_005 |
| BTS00007219 | BTS00007220 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007221 | BTS00007222 | 7 | BTS_Vol_005 |
| BTS00007223 | BTS00007228 | 6, 7 | BTS_Vol_005 |
| BTS00007229 | BTS00007230 | 7 | BTS_Vol_005 |
| BTS00007231 | BTS00007232 | 6, 7 | BTS_Vol_005 |
| BTS00007233 | BTS00007234 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007235 | BTS00007236 | 6, 7 | BTS_Vol_005 |
| BTS00007237 | BTS00007240 | 7 | BTS_Vol_005 |
| BTS00007241 | BTS00007243 | 6, 7 | BTS_Vol_005 |
| BTS00007244 | BTS00007245 | 7 | BTS_Vol_005 |
| BTS00007246 | BTS00007247 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007248 | BTS00007249 | 6, 7 | BTS_Vol_005 |
| BTS00007250 | BTS00007251 | 6, 7, 39 | BTS_Vol_005 |
| BTS00007252 | BTS00007252 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007253 | BTS00007256 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007257 | BTS00007257 | 7, 25, 26 | BTS_Vol_005 |
| BTS00007258 | BTS00007259 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007260 | BTS00007260 | 7, 25, 26 | BTS_Vol_005 |
| BTS00007261 | BTS00007261 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007262 | BTS00007264 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007265 | BTS00007265 | 7, 25, 26 | BTS_Vol_005 |
| BTS00007266 | BTS00007266 | 25, 26 | BTS_Vol_005 |
| BTS00007267 | BTS00007268 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007269 | BTS00007269 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007270 | BTS00007270 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007271 | BTS00007273 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007274 | BTS00007275 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007276 | BTS00007276 | 7, 25, 26 | BTS_Vol_005 |
| BTS00007277 | BTS00007280 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007281 | BTS00007281 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007282 | BTS00007282 | 7 | BTS_Vol_005 |
| BTS00007283 | BTS00007283 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007284 | BTS00007284 | 25, 26 | BTS_Vol_005 |

**In the Matter of Binance.US (HO-13865) EXHIBIT A**

| Begin Bates | End Bates | Responsive to Subpoena Request(s) | Volume |
|---|---|---|---|
| BTS00007285 | BTS00007285 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007286 | BTS00007286 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007287 | BTS00007291 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007292 | BTS00007292 | 25, 26 | BTS_Vol_005 |
| BTS00007293 | BTS00007293 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007294 | BTS00007309 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007310 | BTS00007311 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007312 | BTS00007312 | 7, 25, 26 | BTS_Vol_005 |
| BTS00007313 | BTS00007314 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007315 | BTS00007315 | 7, 25, 26 | BTS_Vol_005 |
| BTS00007316 | BTS00007316 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007317 | BTS00007317 | 25, 26 | BTS_Vol_005 |
| BTS00007318 | BTS00007318 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007319 | BTS00007319 | 7, 25, 26 | BTS_Vol_005 |
| BTS00007320 | BTS00007320 | 25, 26 | BTS_Vol_005 |
| BTS00007321 | BTS00007321 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007322 | BTS00007323 | 6, 7, 25, 26, 39 | BTS_Vol_005 |
| BTS00007324 | BTS00007327 | 6, 7, 25, 26 | BTS_Vol_005 |
| BTS00007328 | BTS00007510 | 12 | BTS_Vol_005 |
| BTS00007511 | BTS00007520 | N/A | BTS_Vol_006 |
| BTS00007521 | BTS00014444 | 39 | BTS_Vol_006 |
| BTS00014445 | BTS00014520 | 35 | BTS_Vol_006 |
| BTS00014521 | BTS00014531 | N/A | BTS_Vol_007 |
| BTS00014532 | BTS00029806 | 39 | BTS_Vol_007 |
| BTS00029807 | BTS00030616 | 12 | BTS_Vol_007 |
| BTS00030617 | BTS00030627 | N/A | BTS_Vol_008 |
| BTS00030628 | BTS00030731 | 2 | BTS_Vol_008 |
| BTS00030732 | BTS00030782 | 12 | BTS_Vol_008 |
| BTS00030783 | BTS00030783 | 2 | BTS_Vol_008 |
| BTS00030784 | BTS00030794 | N/A | BTS_Vol_009 |
| BTS00030795 | BTS00030795 | 2 | BTS_Vol_009 |
| BTS00030796 | BTS00030799 | 12 | BTS_Vol_009 |
| BTS00030800 | BTS00030811 | N/A | BTS_Vol_010 |
| BTS00030812 | BTS00030812 | 2 | BTS_Vol_010 |
| BTS00030813 | BTS00031987 | 1, 9, 12, 11, 14, 32, 35, 39, 43 | BTS_Vol_010 |
| BTS00031988 | BTS00031999 | N/A | BTS_Vol_011 |
| BTS00032000 | BTS00033432 | 9 | BTS_Vol_011 |
| BTS00033433 | BTS00033444 | N/A | BTS_Vol_012 |
| BTS00033445 | BTS00033787 | 9 | BTS_Vol_012 |
| BTS00033788 | BTS00035177 | 15, 31 | BTS_Vol_012 |
| BTS00035178 | BTS00037792 | 8, 13, 21, 31, 38, 43, 44, 45 | BTS_Vol_012 |
| BTS00037793 | BTS00037802 | 23, 24, 27 | BTS_Vol_012 |
| BTS00037803 | BTS00037814 | N/A | BTS_Vol_013 |
| BTS00037815 | BTS00037986 | 15, 31 | BTS_Vol_013 |
| BTS00037987 | BTS00038148 | 18 | BTS_Vol_013 |
| BTS00038149 | BTS00042024 | 8, 13, 21, 31, 38, 43, 44, 45 | BTS_Vol_013 |
| BTS00042037 | BTS00042147 | 9 | BTS_Vol_014 |
| BTS00042148 | BTS00042179 | 47 | BTS_Vol_014 |

**In the Matter of Binance.US (HO-13865) EXHIBIT A**

| Begin Bates | End Bates | Responsive to Subpoena Request(s) | Volume |
|---|---|---|---|
| BTS00042180 | BTS00042180 | 2, 3, 11, 14 | BTS_Vol_014 |
| BTS00042181 | BTS00042182 | 1, 4, 5 | BTS_Vol_014 |
| BTS00042183 | BTS00058736 | 8, 13, 21, 31, 38, 43, 44, 45 | BTS_Vol_014 |
| BTS00058737 | BTS00058743 | 22, 28, 29 | BTS_Vol_014 |
| BTS00058753 | BTS00058756 | 40 | N/A |
| BTS00058770 | BTS00058849 | 15, 31 | BTS_Vol_015 |
| BTS00058850 | BTS00080327 | 8, 13, 21, 38, 43, 44, 45 | BTS_Vol_015 |
| BTS00080339 | BTS00080340 | 18 | BTS_Vol_016 |
| BTS00080341 | BTS00083028 | 8, 13, 21, 38, 43, 44, 45 | BTS_Vol_016 |
| BTS00083048 | BTS00085328 | 8, 9, 13, 21, 38, 43, 44, 45 | BTS_Vol_017 |
| BTS00085329 | BTS00085333 | 16 | BTS_Vol_017 |
| BTS00085341 | BTS00087935 | 8, 13, 21, 38, 43, 44, 45 | BTS_Vol_018 |
| BTS00087948 | BTS00159072 | 8, 13, 21, 38, 43, 44, 45 | BTS_Vol_019 |
| BTS00159085 | BTS00160392 | 2 of 9/17/21 subpoena | BTS_Vol_020 |
| BTS00160393 | BTS00479514 | 8, 13, 21, 38, 43, 44, 45 | BTS_Vol_020 |
| BTS00479527 | BTS00537466 | 8, 13, 21, 38, 43, 44, 45 | BTS_Vol_021 |
| BTS00537467 | BTS00537467 | 1 of 9/17/21 subpoena | BTS_Vol_021 |
| BTS00539760 | BTS00540155 BTS00540155 | 47 | BTS_Vol_022 |
| BTS00540156 | BTS00606602 | 8, 13, 21, 38, 43, 44, 45 | BTS_Vol_022 |
| BTS00606615 | BTS00606705; BTS00540155 | 47 | BTS_Vol_023 |
| BTS00606706 | BTS00611699 | 8, 13, 21, 38, 43, 44, 45 | BTS_Vol_023 |
| BTS00611700 | BTS00611700 | 47 | BTS_Vol_023 |
| BTS00611714 | BTS00618060 | 8, 13, 21, 38, 43, 44, 45 | BTS_Vol_024 |
| BTS00618061 | BTS00618061 | 18 | BTS_Vol_024 |
| BTS00618062 | BTS00618064 | N/A- 10/22/21 oral request | BTS_Vol_024 |
| BTS00618065 | BTS00618065 | 47 | BTS_Vol_024 |
| BTS00618078 | BTS00656000 | 8, 13, 21, 38, 43, 44, 45 | BTS_Vol_025 |
| BTS00656016 | BTS00656017 | 2 | BTS_Vol_026 |
| BTS00656036 | BTS00659454 | 8, 13, 21, 38, 43, 44, 45 | BTS_Vol_027 |
| BTS00669457 | BTS00659459 | 1 of 1/14/202 subpoena | BTS_Vol_028a |
| BTS00659472 | BTS00692890 | 8, 13, 21, 38, 43, 44, 45 | BTS_Vol_028 |
| BTS00692911 | BTS00693356 | 8, 13, 21, 38, 43, 44, 45; 3, 4, 5 of 1/14/2022 subpoena | BTS_Vol_029 |
| BTS00693369 | BTS00695629 | 8, 13, 21, 38, 43, 44, 45; 2, 3, 4, 5 of 1/14/2022 subpoena | BTS_Vol_030 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BAM BTS00693366

**Exhibit C**

| Column Heading | Description |
|---|---|
| Date | Identifies the date of the expense line item. |
| Transaction Type | Identifies the transaction type of the expense line item. |
| Num | Identifies the internal number assigned to the expense. |
| Name | Identifies the name of the entity associated with the expense line item. |
| Memo/Description | Describes the expense line item. |
| Account | Identifies the primary BAM Trading account to which the expense will be assigned. |
| Split | Identifies a secondary BAM Trading account to which the expense will be assigned. |
| Amount | Identifies the amount of the expense in USD. |
| Balance | Identifies the total amount of expenses in USD. |