# Exhibit 23

# INVOICE

## Binance Operator

Invoice # 2021.BAM01

| | |
|---|---|
| **Due Date:** | September 30th, 2021 |
| **Balance Due:** | **2,437.355 BNB** |

Bill To:

**BAM Management US Holdings Inc**
1 Market Street, Spear Tower, Suite 3600, San Francisco, CA 94105

| DESCRIPTION | AMOUNT |
|---|---|
| Payment of employee bonus on behalf of BAM Management US Holdings Inc | $999,803 in BNB ($999,803/410.2 = 2437.355 in BNB) |
| **TOTAL** | **2,437.355 BNB** |

**Terms:**

BNB Address : bnb136ns6lfw4zs5hg4n85vdthaad7hq5m4gtkgf23
MEMO : 537121894

*BNB payment price on September 9th, 2021: $410.2

EXHIBIT ___102___            PLTF
WITNESS ___G. Ho___          DEFT.
CONSISTING OF ___1___ PAGES
DATE ___11-29-23___
BEHMKE REPORTING AND VIDEO SERVICES, INC.