# Exhibit 24



| | |
|---|---|
| Grant P. Fondo<br>+1 650 752 3236<br>GFondo@goodwinlaw.com | Goodwin Procter LLP<br>601 Marshall Street<br>Redwood City, CA  94063 |
| Meghan K. Spillane<br>+1 212 459 7193<br>MSpillane@goodwinlaw.com | The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br><br>goodwinlaw.com |

**CONFIDENTIAL TREATMENT REQUESTED
BY BAM TRADING SERVICES INC.
PURSUANT TO 17 C.F.R. § 200.83**

February 1, 2023

**VIA FTP (ENF-CPU@SEC.GOV)**

Kathleen Hitchins
Senior Counsel, Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-5720

ENF-CPU
U.S. Securities and Exchange Commission
6315 Bren Mar Drive, Suite 175
Alexandria, VA 22312
ENF-CPU@sec.gov

Re:　In the Matter of Binance.US (HO-13865)

Dear Ms. Hitchins:

　　As you know, we represent BAM Trading Services Inc. ("BAM Trading") in the above captioned matter.  We write with respect to the Interrogatories issued by the U.S. Securities and Exchange Commission (the "SEC") to BAM Trading on December 28, 2022.  Enclosed please find as **Exhibit A** responses prepared by BAM Trading's counsel addressing Interrogatory Nos. 1-9, 11, 13-16 and 24-28.  We have also attached as **Exhibit B** the log of productions to date.  As agreed, BAM Trading will also continue producing responsive documents and narratives on a rolling basis.

　　None of the documents or information we are providing is intended to constitute a waiver of any attorney-client privilege, attorney work product protection, or any other legal privilege or other protection.  Any production of privileged or otherwise protected documents is inadvertent.  We have not withheld any documents on the basis of privilege or other protected grounds from this production, nor have any documents within this production been redacted.

\*\*\*

Kathleen Hitchins
February 1, 2023
Page 2

**CONFIDENTIAL TREATMENT REQUESTED
BY BAM TRADING SERVICES INC.
PURSUANT TO 17 C.F.R. § 200.83**

Pursuant to 17 C.F.R. § 200.83, we respectfully request confidential treatment for (i) this letter, (ii) the materials transmitted with this letter, (iii) any memoranda, notes, correspondence, or other writings made by any member or employee of the Commission relating to any of the foregoing documents or any conference or telephone call with respect thereto, and (iv) any copies or extracts of any of the foregoing (collectively, the "Confidential Materials"). This request for confidential treatment is made for reasons of financial and business confidentiality under FOIA Exemption 4, 5 U.S.C. § 552(b)(4). This request is not to be construed as a waiver of any other protection from disclosure or confidential treatment accorded by law, and BAM Trading will rely on and invoke any such confidentiality protection. We respectfully request that the Confidential Materials be maintained in confidence, not be made part of any public record, and not be disclosed to any person as it contains confidential information. In accordance with 17 C.F.R.§ 200.83(d)(1), if any person (including any governmental employee who is not an employee of the Commission) should request access to or an opportunity to inspect this letter or any supplemental materials transmitted herewith, we request that we be immediately notified of any such request, be furnished with a copy of all written materials pertaining to such request (including, but not limited to, the request itself) and be given at least ten business days advance notice of any intended release so that BAM Trading may, if deemed necessary or appropriate, pursue any remedies available to it. In such an event, we request that you contact the undersigned by telephone, in addition to sending the required notice by mail.

[*remainder of page intentionally left blank*]

**CONFIDENTIAL TREATMENT REQUESTED**
**BY BAM TRADING SERVICES INC.**
**PURSUANT TO 17 C.F.R. § 200.83**

**Appendix II: List of Wallet Addresses**
**Used By Sigma Chain on the BAM Trading Platform**

| Type | Network | Address |
|---|---|---|
| deposit | XRP | rMvYS27SYs5dXdFsUgpvv1CSrPsCz7ePF5 |
| deposit | FLOW | 0xcfa6a464fe59b4f6 |
| deposit | ASTR | a1fsRfVzHFWDYZ9P7kooPTHaYLhqMxzuuCXUYGdB8byek8G |
| deposit | IOTA | 9SVKHP9JZ9NEIHVUVUGMILEFDZOENEWMRLVKBFILIDJFNQLZWO9MVEI9NIRLAPOZSCP9TQNJCXUZBJOYC |
| deposit | NEO | Aa2KeKKWaDRcnkuEdpzZmPJUrEQvJz1vTm |
| deposit | ALGO | 25ZDJW2PFKM6Q2SJBXXI4ODF4L2NIMNN3BJL4QH4VMDC4CUWZDRA24RQRY |
| deposit | THETA | 0xa68b437b38bfa3dad21915fd6513e5d8fda77574 |
| deposit | VET | 0xa68b437b38bfa3dad21915fd6513e5d8fda77574 |
| deposit | ETC | 0x002795c88402a27f3a7cb9d3f874ac5ce627268c |
| deposit | IOTA | BK9VMGFFI9YPDIDCKZS9SVAL9ICGO9BX9E9JEVHYTNLPMPADGXGQR9EWCCYOMGHRMOEEBMUJWHXJEGALC |
| deposit | XLM | GBUTD5DNV43JBJP7AA657H2CYPUCAAFBXCKX7QE4XXGYIYFZZX2EKKVF |
| deposit | ETH | 0xa037eeca57fb9dccf74141027a047307d5c0cc29 |
| deposit | IOTA | BBZZ9OSDPPBISFWVHUYVHBG9PZOWYGC9GLCYNNQHQYPEHKGZBNAIGUVURSEHDCIFWTRSVECXWTCKVBBFB |
| deposit | FTM | 0xa68b437b38bfa3dad21915fd6513e5d8fda77574 |
| deposit | ONT | Acj9si9XajMYZBwKx6xwuKV6YdNsCABtfu |
| deposit | BNB | bnb10749k3j3lk763s9amgfhtyf72pfggf22x7glc0 |
| deposit | ZEC | t1a3owSzFHpegGp2bjEnjEwETStMEWuKUE4 |
| deposit | POLYX | 2FGnvAxYdJM5xUN1wuzpKooXFGB5g3betyCtTfcWgFSbbihT |
| deposit | IOTA | CTOMQTLZNQHHJEYYJMFAWDTG9APQ9BNTTLRPYHJUHREEJMJWLUPMXTEWOQIDJBURPITAVCUO9QRVDAGIW |
| deposit | IOTA | AQZMGIZRZT9UMSOZQNCLJRUFVVCUFQYTHARIIFKFFRKUFZTOYBNUUSHWDTTWSYFPAEUQXPGGISLIVNIXC |

**CONFIDENTIAL TREATMENT REQUESTED
BY BAM TRADING SERVICES INC.
PURSUANT TO 17 C.F.R. § 200.83**

| Type | Network | Address |
|---|---|---|
| deposit | IOTA | BRAKHAQAWMFCSHPSTOIIYTBKUIWSGVGNRYCJX9MALVWPTP9SEJF9DOWCPLQBSPFOZNLSJUKJHCIBAVWCB |
| deposit | BAND | band1rlvlqcwv6f68hm39cmg3v83zcczqpf4z4xkshq |
| deposit | FET | fetch1aayp9dv6yv789pq2yv3vj3cfdsh830uc9qkcxy |
| deposit | ADA | DdzFFzCqrhsdr562hWtY3RQ742yhAZtXxpLk9hMHuk8LVz4gh2aMX4vnEeA7PY44uNnJVDAMEzd11kXjRxMx6RfEnq4sqPx9V1MhNRbN |
| deposit | EGLD | erd1059sz95srfmszsdf8yft0020t0nevnf7d4yy45r69xm2az2ggjdq0pwaz8 |
| deposit | ZIL | zil102p8dsztva2huqljsz6yuw3x7x6ssak55xn9u7 |
| deposit | BCH | 113UbqpM4VuaskvF3oty4DpTyaatVZj6ND |
| deposit | KAVA | kava1yk9ce88ryxt9sc3nlq8q0efk5eqg6cmgct7khy |
| deposit | IOTA | BYENNVMARXKUKFWIAPJJDILWRTVLCDEQIBNBQQXYEFIH9AHVLOXGJFDFLCNHFKYUDZYMAYKIVQNPLBUJZ |
| deposit | ONT | AaoEViHBS3pxV62xR9iLqpiKjEJwTwVN47 |
| deposit | IOTA | AFVQKVSMA9OTGPLLKA9WBRFUKXKBXCBMJXUSIMXBXEMOOLIIRIBAFS9EEJUVLOEWSTWROGHWWJVEXZJTY |
| deposit | XTZ | tz1a1uVpSonvqKaB5u2HTmss7MG88th6HEeU |
| deposit | QTUM | Qa4j4sdb8ySUjiSdg3ynydgVkNWApn7GNc |
| deposit | ROSE | oasis1qp09zp29fudfg2kl03flklz6p90l7pna7cr8ha0g |
| deposit | ETH | 0xa2327ace514c3eece5aef41a555e92538c2f0ca2 |
| deposit | HBAR | 0.0.38674 |
| deposit | LTC | La29fHaF82JNgNphJBgZwiFyFKRrXJdjj3 |
| deposit | NEO | Acj9si9XajMYZBwKx6xwuKV6YdNsCABtfu |
| deposit | LSK | lsk23t9o3bcws8thhduwoh6xfmaxd8e9wfpa79yeh |
| deposit | RVN | R9c9NwCA6WJZViskrHWKiwpxdmoTxfX5kx |
| deposit | DOGE | D6JncHGLBDdn1MWXvjWwqyvei2VH8hQva6 |
| deposit | ARBITRUM | 0xa68b437b38bfa3dad21915fd6513e5d8fda77574 |
| deposit | IOTA | BDESVCGRTXQFTEWIHLPUKPNCWQRBOUYHLTTATZLQDHURELLAMMPSUMYCLHRQLWOODJKUGAF9PSR9YFTKC |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BAM                    BTS00831979

**CONFIDENTIAL TREATMENT REQUESTED
BY BAM TRADING SERVICES INC.
PURSUANT TO 17 C.F.R. § 200.83**

| Type | Network | Address |
|---|---|---|
| deposit | ICX | hx0028b041a2e2bb90e6bdf9927d847f6656333425 |
| deposit | APT | 0x00747275ad153fca6ac7a1de5780c9b2853320074ebae515a05f509109196c1b |
| deposit | NEO | AaoEViHBS3pxV62xR9iLqpiKjEJwTwVN47 |
| deposit | MATIC | 0xa68b437b38bfa3dad21915fd6513e5d8fda77574 |
| deposit | EOS | useosbinance |
| deposit | VET | 0x002795c88402a27f3a7cb9d3f874ac5ce627268c |
| deposit | ICP | 0d17b6952eaf607f86f6e325dd71114d87ff18adacde970d410fd0c92b902986 |
| deposit | CELO | 0xa68b437b38bfa3dad21915fd6513e5d8fda77574 |
| deposit | IOTA | iota1qrlfz8rudfw42g48xcxmkjawz28s2mvl557659e2lj9333y6lrjmcvpcrww |
| deposit | NANO | nano_1117bbi93nz61orjk4d3exn8jynrz5jfgfgku8i3waiitpeif8shde394bb8 |
| deposit | BTC | 113UbqpM4VuaskvF3oty4DpTyaatVZj6ND |
| deposit | ONE | one107g2v78q4kq0cvdszz8pav3wy475wxgv6f62rm |
| deposit | IOTA | AXAZQVFNQNJBCEW9GM9JCAHGZOBBIUSUXF9YZSKNTCQGYSVHPXZQDDRORPLCBOPQLGTE9TZGELVVSHJQD |
| deposit | IOTA | CXCXACIOXQVW9CGW9OQIBHKUCMYHANPSASDHVXBOVXLITR9PE9EMDM9TQPVZTZHCQJZVRCMGMKXQSEID9 |
| deposit | IOTA | ASMLISWYUPAM9ZEPBJGGUGYBGXU9KCJCPJVAZVZDIZZPVJWVJR9PF9DCBCANHMWTID9KROERTKVTLONTD |
| deposit | ZEN | zna8rBsVCnzJU6EK8Bj9NgAqTbQ5JFvPHgN |
| deposit | ATOM | cosmos1scwcfre6h4c7epkyrdfegpeaz8umqldl50gn8w |
| deposit | IOTA | AJTVTIJFWHGZBCXIJYZXLF9TYJQUGHDXWJSPOXFPGR9IRSJYBPMJTQSWYKDCJEFARHGVVFZAAGCCANADW |
| deposit | IOTA | CICHFYFFWGCMRYIVCRWNGODDATBFDSSKRQNOLMARZTJZXQMWPNLBETISJDFNDOXDTVWCNPUERV9WWBSTX |
| deposit | HNT | 1318Nzs2RZu3x1q1EF1sCuhehNHMRthTLmfbwSsJS1CTgvedh3y |
| deposit | DOT | 15smz5gNP74g3mgvmQFarDCaXeDFzcnQKp6c65dDcLbnrHcL |

**CONFIDENTIAL TREATMENT REQUESTED
BY BAM TRADING SERVICES INC.
PURSUANT TO 17 C.F.R. § 200.83**

| Type | Network | Address |
|---|---|---|
| deposit | TRX | TA4rMkUDSPc1JaDJ6Ji99jdCV6KYah8azC |
| deposit | SOL | 21dKXfgoCfhESrQFGwGs9noyamKe5NRnKifXJkc8fcEL |
| deposit | IOTA | 9CZLBPWZJNEBTKKPEMDFCTYLNSACGEDDODVDEGJVEYKZNVAGQLYFOKRBRIUXHLEUWIJFLJFX9EBRWNGQX |
| deposit | SYS | sys1q02q6r96fk7q8ajdd9lw7c9gmavzgqc6dm4847z |
| deposit | DGB | D59UF9dmpoQqRF74UWQwYxgqUo9eHXg2wL |
| deposit | AVAXC | 0x173b76687894f10d41f4596d8630cb8794d068ac |
| deposit | NEAR | 00217643ef1742d8a71dcec51ad92cd38dbd648851db887d14727e4db9365d4c |
| deposit | DASH | XagvFFarP7avPGGFL9wwcjY2jdYY2kmK6i |
| deposit | KDA2 | k:24de68249d574504b756db1699c37d6ef7d450b00fe91807ba8addbb49ec044f |
| deposit | BSC | 0xa68b437b38bfa3dad21915fd6513e5d8fda77574 |
| deposit | ETC | 0xa68b437b38bfa3dad21915fd6513e5d8fda77574 |
| deposit | ETH | 0xa68b437b38bfa3dad21915fd6513e5d8fda77574 |
| deposit | VET | 0xa037eeca57fb9dccf74141027a047307d5c0cc29 |
| deposit | ETH | 0x002795c88402a27f3a7cb9d3f874ac5ce627268c |
| deposit | AVAXC | 0xa68b437b38bfa3dad21915fd6513e5d8fda77574 |
| deposit | FIL | f14vrwpwmquzeebx2f3pdhn7didn77biito3b5qqy |
| deposit | OPTIMISM | 0xa68b437b38bfa3dad21915fd6513e5d8fda77574 |
| deposit | WAVES | 3P1wzm5upHFTeGVdeRtZgiZZ8nVUfD2HSLt |
| deposit | WAX | binanceusdep |
| deposit | KSM | CbZTBgCru47KR6sNDxWn33KGNQZHJaWXDn8imat8bwabKZM |
| withdraw | EGLD | erd1hz08nxsj3mwnw4x4nneqz88y5karzn2ap9fpcmtn5lmvt9lzv4tsgj7ktv |
| withdraw | QTUM | QUXDstLLEJK2GTPtpBB1Ffogx1WEexJi92 |
| withdraw | ETH | 0x34b3edcbe55e321938a5ca456e54453cf66f9507 |
| withdraw | XRP | rMvYS27SYs5dXdFsUgpvv1CSrPsCz7ePF5 |

**CONFIDENTIAL TREATMENT REQUESTED
BY BAM TRADING SERVICES INC.
PURSUANT TO 17 C.F.R. § 200.83**

| Type | Network | Address |
|---|---|---|
| withdraw | ATOM | cosmos15v50ymp6n5dn73erkqtmq0u8adpl8d3ujv2e74 |
| withdraw | ADA | DdzFFzCqrhsjLhssh25Cm4KAYQqETdh4twvFo2QfFw4utNZbjgRAofkqhyPoA6cWHneokPeZuHPAhTMYD8tMywXRRbeAoSnbwDxom28i |
| withdraw | BAND | band1w4ml3tmn7t00603m2euqfj9ndm8h8q2rp4enfj |
| withdraw | FTM | 0xf9623fe14733b3ef4f102626a219c9e89a5b5aae |
| withdraw | ONE | one1anp7amm77vzdswg549fmd8mh44gv6zx6mgzad4 |
| withdraw | ETC | 0x002795c88402a27f3a7cb9d3f874ac5ce627268c |
| withdraw | ETC | 0xf9623fe14733b3ef4f102626a219c9e89a5b5aae |
| withdraw | FIL | f1kfsnytq7jtuvar5s7zyu2222gqidsrocv2pkxrq |
| withdraw | ZEC | t1eHNQx6eJYRf16zR8r9WiSj8QLgfho16TQ |
| withdraw | ADA | DdzFFzCqrhsiwPncatcJQPd5fg8Gdpr9TrBvLDDvK6PkCm4vvUd9smAoARHEXyJAN5Yb4hZdvLPrB9Y2TqqudMRHD87Vm6BzFYKNmvEk |
| withdraw | WAX | waxonbinance |
| withdraw | DGB | DNk8H21zKX7t29DgtRqZoCTvUKRzYApkfT |
| withdraw | XLM | GBUTD5DNV43JBJP7AA657H2CYPUCAAFBXCKX7QE4XXGYIYFZZX2EKKVF |
| withdraw | AVAXC | 0xf9623fe14733b3ef4f102626a219c9e89a5b5aae |
| withdraw | OPTIMISM | 0xf9623fe14733b3ef4f102626a219c9e89a5b5aae |
| withdraw | BNB | bnb10749k3j3lk763s9amgfhtyf72pfggf22x7glc0 |
| withdraw | EOS | binancecleos |
| withdraw | ETH | 0xf9623fe14733b3ef4f102626a219c9e89a5b5aae |
| withdraw | BTC | 1HqzSaTgtjjHRGChcHApQQN4sB2HUMugj6 |
| withdraw | BCH | 1HqzSaTgtjjHRGChcHApQQN4sB2HUMugj6 |
| withdraw | ADA | DdzFFzCqrhsdr562hWtY3RQ742yhAZtXxpLk9hMHuk8LVz4gh2aMX4vnEeA7PY44uNnJVDAMEzd11kXjRxMx6RfEnq4sqPx9V1MhNRbN |
| withdraw | ZIL | zil18nwjre2rzcd3nhqjswwnlv75ecmpdq8s07tvpc |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BAM　　　　BTS00831982

**CONFIDENTIAL TREATMENT REQUESTED**
**BY BAM TRADING SERVICES INC.**
**PURSUANT TO 17 C.F.R. § 200.83**

| Type | Network | Address |
| --- | --- | --- |
| withdraw | NANO | nano_3rc7wmwznyphchzkep8rmn5j3q96ikpm4ufu3oiu1esaowsqkcnujh9tmndr |
| withdraw | EGLD | erd1jazfmzj394c8pet7lfkus63rlgea2k9pwumgpr6faardr9mjfwss6anyyg |
| withdraw | RVN | RLH4VyazRQrf6mFo3sTMYSQaMAE4HyCZTg |
| withdraw | ETH | 0x21cea30e9abc6587f74e85ee2a66267e7d407c96 |
| withdraw | APT | 0x0b1640df729196fb58488349dc5d86f1565fb5d2ee533cf77facd4825898cd76 |
| withdraw | XTZ | tz1dHGghCtEwqNrfhWVPSQSuq6HUykwpGNTG |
| withdraw | ALGO | NWDNKDQ5A4IOZHEBWB5I6D5IQPQXW3ALFXVC3OYW3NKFRTUNGO2NBUBSA4 |
| withdraw | BCH | 1KFpoWTu5PQmk7zFyLszpjcYA8xTXBJ9ZV |
| withdraw | BTC | 1KFpoWTu5PQmk7zFyLszpjcYA8xTXBJ9ZV |
| withdraw | ROSE | oasis1qq70gqe8tn7vulhmsu4wkkjk96xw8p5q5c7tcrl4 |
| withdraw | POLYX | 2F8aakkWMbuLqFD1Zc2q3Bss88TTbeazX2MEoCfeUMqk6wo4 |
| withdraw | ICP | 7f5b5b2a9717b67ddeca8713e0026ac9c8ecedc1148e3643df51bb0e1ca8eb97 |
| withdraw | RVN | R9c9NwCA6WJZViskrHWKiwpxdmoTxfX5kx |
| withdraw | ONT | Ae94KErXocTUs3yyxf934XvhrE9vRAUJPs |
| withdraw | WAVES | 3PJ8ZMT75bxnXTegAr5Fbp9hkqNUF3JkFHy |
| withdraw | DASH | Xs1aATW4DL1TcbGwvHMZSrPbZdYjLGecmk |
| withdraw | BNB | bnb136ns6lfw4zs5hg4n85vdthaad7hq5m4gtkgf23 |
| withdraw | BSC | 0xf9623fe14733b3ef4f102626a219c9e89a5b5aae |
| withdraw | KSM | CrJtTXniQbGEz5qByLnbkWN522fRp8TSyksai9ioLxg7dzw |
| withdraw | ONE | one10uymsddkm8g3hc9lelp6nkgss7tx9mm3ls2lrl |
| withdraw | MATIC | 0xf9623fe14733b3ef4f102626a219c9e89a5b5aae |
| withdraw | ZEN | znm4cJAWRsvrr17tXBQqYJmfvyFi4gGZ9DE |
| withdraw | WAVES | 3P6wipbcNVSBqNcpqF4WnQ8QvvsjqnhKpCh |
| withdraw | XLM | GAHK7EEG2WWHVKDNT4CEQFZGKF2LGDSW2IVM4S5DP42RBW3K6BTODB4A |

**CONFIDENTIAL TREATMENT REQUESTED**
**BY BAM TRADING SERVICES INC.**
**PURSUANT TO 17 C.F.R. § 200.83**

| Type | Network | Address |
|---|---|---|
| withdraw | XTZ | tz1XimguSkYoHKafnhhgmwUgAkmGU9HA9Bhk |
| withdraw | VET | 0xac0392d8e5d0b95fd32d1960fcdb5496624ac212 |
| withdraw | DOGE | DSxntWC4mKVHHBSh8MzXFR2TmWeteCgAuN |
| withdraw | ICX | hx69453d198240bfb0cefede71f375f59b99370672 |
| withdraw | CELO | 0xf9623fe14733b3ef4f102626a219c9e89a5b5aae |
| withdraw | DOT | 16K443toog2WdCa3WNsv7o8VCgKyBDnBepcocGQavjJR3SMA |
| withdraw | BTC | 113UbqpM4VuaskvF3oty4DpTyaatVZj6ND |
| withdraw | ZEC | t1SYpzzXCa8zcGyet5dzzWJUK8mP85JxRpX |
| withdraw | SOL | 4oFaySkhSjt9P5pv79urSHNiiZ5XXmfqFLk79TLG6N5T |
| withdraw | ETH | 0xac0392d8e5d0b95fd32d1960fcdb5496624ac212 |
| withdraw | KDA2 | k:c3e8febb7972591d408cf369234a7b71a6f4e173d4f7e781816c626270236ad7 |
| withdraw | HNT | 13i4oQ81wAWjbV8NgVYuTazSaKmjpXoG7HThWkcYhHc5AEkgvqL |
| withdraw | HBAR | 0.0.16952 |
| withdraw | THETA | 0xf9623fe14733b3ef4f102626a219c9e89a5b5aae |
| withdraw | ARBITRUM | 0xf9623fe14733b3ef4f102626a219c9e89a5b5aae |
| withdraw | ONT | AReeCCQ3dXAL3bc4v5oLz7q491wutBw8hM |
| withdraw | DASH | Xku67dJibBhHn54zWMaVGE5BZtTJxxhtvU |
| withdraw | ATOM | cosmos1j8pp7zvcu9z8vd882m284j29fn2dszh05cqvf9 |
| withdraw | NANO | nano_1cdpuox368ir11y794aw3esjhqb4zent4k653righp9aigg7m9wn9mqhhyan |
| withdraw | LTC | LV1g2EWCKqW6AoqoA2nje9TU78wL1XL1GX |
| withdraw | TRX | TUMRTDvJbBkpy6CyLzLvAy33GwLPxZ9Goz |
| withdraw | NEO | AReeCCQ3dXAL3bc4v5oLz7q491wutBw8hM |
| withdraw | DASH | XagvFFarP7avPGGFL9wwcjY2jdYY2kmK6i |
| withdraw | XRP | rhQADfs6UxfP7iUPwsU7b3uwDVQLLgFcu8 |
| withdraw | ETH | 0x61189da79177950a7272c88c6058b96d4bcd6be2 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY BAM                    BTS00831984

**CONFIDENTIAL TREATMENT REQUESTED
BY BAM TRADING SERVICES INC.
PURSUANT TO 17 C.F.R. § 200.83**

| Type | Network | Address |
|---|---|---|
| withdraw | RVN | RSXjFcQgtJjjBt5y8SdYuxR4qdpoiqSP23 |
| withdraw | KAVA | kava1ys70jvnajkv88529ys6urjcyIe3k2j9r24g6a7 |
| withdraw | ALGO | JARY64XZL2YDHSB6NTTDHZWN4VLYBRJHGK2RRE47ZVW2CYSJAZXFKZTCYM |
| withdraw | ICX | hxb2d0da403832f9f94617f5037808fe655434e5b7 |
| withdraw | NEAR | d90697b44dcf9e08db3c38cc85cdedbdb224a8478c3afdc65f041d4d37f1efa7 |
| withdraw | FLOW | 0x084cd1afcc3efc5c |
| withdraw | XRP | rEb8TK3gBgk5auZkwc6sHnwrGVJH8DuaLh |
| withdraw | ETH | 0x002795c88402a27f3a7cb9d3f874ac5ce627268c |
| withdraw | SYS | sys1qvdwnx4lqtxt9swanchk6clxzzze6mu4h3c7e87 |
| withdraw | LTC | LavJo8nNLLzQNoSGMLjZTzVjHxvegGmyru |
| withdraw | VET | 0xf9623fe14733b3ef4f102626a219c9e89a5b5aae |
| withdraw | FET | fetch1jzz0qzvcg3raeltrk52e79m7a8uran5jw38qr9 |