# Exhibit 25

**HIGHLY CONFIDENTIAL**

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3
 4  SECURITIES AND EXCHANGE         )
    COMMISSION,                     )
 5                                  )
              Plaintiff,            )
 6                                  ) Case No.
        v.                          ) 1:23-cv-01599-ABJ
 7                                  )
    BINANCE HOLDINGS LIMITED; BAM   )
 8  TRADING SERVICES, INC., BAM     )
    MANAGEMENT US HOLDINGS, INC.,   )
 9  AND CHANGPENG ZHAO,             )
                                    )
10            Defendants.           )
    _____)
11
12
13
14              HIGHLY CONFIDENTIAL
15       VIDEOTAPED DEPOSITION OF JOEL MOORE
16                WASHINGTON, D.C.
17                DECEMBER 8, 2023
18
19
20
21
22
23
    REPORTED BY:
24  Tina Alfaro,
    RPR, CRR, RMR
25  JOB No. 231208TIA
```

1

**HIGHLY CONFIDENTIAL**

```
 1          Videotaped deposition of JOEL MOORE, held
 2   at the offices of:
 3
 4            WilmerHale
 5            2100 Pennsylvania Avenue, NW
 6            Washington, D.C. 20037
 7
 8          Taken pursuant to notice before Tina M.
 9   Alfaro, a Notary Public within and for the District
10   of Columbia.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2

**HIGHLY CONFIDENTIAL**

```
 1  APPEARANCES:
 2      ON BEHALF OF THE PLAINTIFF:
 3      SECURITIES AND EXCHANGE COMMISSION
 4      DIVISION OF ENFORCEMENT
 5      BY: JENNIFER FARER, ESQ.
 6          ELISA SOLOMON, ESQ.
 7          HOPE AUGUSTINI, ESQ. (remote)
 8          100 F Street, NE
 9          Washington, D.C. 20549
10
11      ON BEHALF OF BAM TRADING SERVICES, INC. AND
12      BAM MANAGEMENT US HOLDINGS, INC:
13      WILMER CUTLER PICKERING HALE AND DORR, LLP
14      BY: MATTHEW BEVILLE, ESQ.
15          ZACHARY HARDWICK, ESQ.
16          2100 Pennsylvania Avenue, NW
17          Washington, D.C. 20037
18              and
19      MILBANK, LLP
20      BY: MATTHEW LAROCHE, ESQ. (remote)
21          55 Hudson Yards
22          New York, NY 10001
23
24
25
```

3

**HIGHLY CONFIDENTIAL**

```
 1  APPEARANCES:  (cont'd)
 2  ON BEHALF OF BINANCE HOLDINGS LIMITED:
 3      GIBSON DUNN & CRUTCHER, LLP
 4      BY: RICHARD GRIME, ESQ.
 5          FAHAD ALI, ESQ. (remote)
 6          1050 Connecticut Avenue, NW
 7          Washington, D.C. 20036
 8
 9      ON BEHALF OF CHANGPENG ZHAO:
10      LATHAM & WATKINS
11      BY: WILLIAM BAKER, ESQ.
12          MOLLY ROSEN, ESQ.
13          555 11th Street, NW, Suite 1000
14          Washington, D.C. 20004
15
16  ALSO PRESENT:  Bryce Snape (FTI)
17                 Orson Braithwaite (videographer)
18
19
20
21
22
23
24
25
```

4

**HIGHLY CONFIDENTIAL**

```
11:07:08   1   that started?
11:07:13   2        A.   I don't remember the general time frame.
11:07:16   3   It was sometime in the past.
11:07:19   4        Q.   Do you know whether it was before or after
11:07:22   5   the consent order was entered in this case?
11:07:26   6        A.   Because I don't remember the exact date, I
11:07:30   7   don't know.
11:07:31   8        Q.   Was it in the past six months?
11:07:35   9        A.   I don't remember the exact date.
11:07:37  10        Q.   Okay.
11:07:40  11             Other than your unstaking from the Ledger
11:07:42  12   device, have you ever heard of anyone else
11:07:46  13   conducting any staking operations from the Ledger
11:07:48  14   device?
11:07:50  15        A.   Jerry Ho.
11:07:56  16             THE REPORTER:  Hill?
11:07:58  17             THE WITNESS:  Ho, H-O.
11:07:59  18        Q.   What functions did he perform with the
11:08:01  19   Ledger device?
11:08:01  20        A.   my understanding was that he performed
11:08:05  21   unstaking from the Ledger device and withdrawal
11:08:09  22   back to our TSS wallets.
11:08:12  23        Q.   What's the basis of that understanding?
11:08:18  24        A.   Because he told myself that that's what he
11:08:23  25   was doing.
```

48

```
 1                    C E R T I F I C A T E
 2              I, TINA M. ALFARO, Registered Professional
 3    Reporter, Certified Realtime Reporter, and
 4    Registered Merit Reporter, the officer before whom
 5    the foregoing deposition was taken, do hereby
 6    certify that the foregoing transcript is a true and
 7    correct record of the testimony given; that said
 8    testimony was taken by me stenographically and
 9    thereafter reduced to typewriting under my
10    direction; that reading and signing was requested;
11    and that I am neither counsel for, related to, nor
12    employed by any of the parties to this case and
13    have no interest, financial or otherwise, in its
14    outcome.
15              IN WITNESS WHEREOF, I have hereunto set my
16    hand on this 15th day of December, 2023.
17
18
19
20         *Tina M. Alfaro*
21    _____
22    Tina M. Alfaro, RPR, CRR, RMR
```