# Exhibit 26

| | |
|---|---|
| **From**: | Gerry Ho (via Google Docs) [drive-shares-dm-noreply@google.com] |
| on behalf of | Gerry Ho (via Google Docs) <drive-shares-dm-noreply@google.com> [drive-shares-dm-noreply@google.com] |
| **Sent**: | 6/22/2023 7:56:14 AM |
| **To**: | erik.kellogg@binance.us |
| **Subject**: | Document shared with you: "[CONFIDENTIAL] TSS Migration .com to .US" |

## Gerry Ho shared a document

 Gerry Ho (gerry@binance.us) has invited you to **edit** the following document:

 [CONFIDENTIAL] TSS Migration .com to .US

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because gerry@binance.us shared a document with you from Google Docs.



CONFIDENTIAL                                                                                                    BAM_SEC_LIT_00014554

1. **B.US TSS**
    a. **TSS x7**
        i. .US x1
        ii. Canada x3
            1. Physical pickup next week (Vancouver x2, Toronto x1)
        iii. .com x3
            1. [Device] New cellphone + TSS software instation setup
            2. [SIM] US sim card
            3. Erik pickup
                a. Time: Monday
                b. Location: Fountain view tower 2
                c. Communication:
    b. Staking Ledger
        i. Assets: ~$8.7m
            1. AVAX: ~$7.5M
            2. LPT: ~$852K
            3. SKL: ~$219K
        ii. Pickup, send it to Heina.

    c. .com's OKTA PNK Dashboard access (submit transfer request)
        i. Cold -> Hot
        ii. Staking -> Node
            1. Give access to:
                a. [Clearing] tao.z@binance.us   (Vancouver)
                b. [Clearing] nana.xing@binance.us  (Toronto)
                c. [Treasury] joel.moore@binance.us  (US)

P1 Solution (Friday July 1st 2023)
- Establish New wallets?!?!? (Cold and Hot) [SECTION II, 2]
    - Transfer "Customer Crypto Assets to the new wallets" will begin to establish new wallets, and … transfer all Customer Crypto Assets to the new wallets with new private and administrative keys
    - Hot
    - Cold

https://docs.google.com/spreadsheets/d/1k9N8cKRev0O54QWg9vUpV1Ya78KU3-Jri0ZRxigdo5w/edit#gid=0

7 Key shards
- .com
    - Employee 1
    - Employee 2
    - Employee 3
- .US

| Entity | | | | | | | |
|---|---|---|---|---|---|---|---|
| .com | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

To do:
- TSS x7
- Staking Ledger
- Okta PNK Initations (Staking + Cold)
- Cold (Compiling list)
- Hot (Compiling list)
- Pointless to transfer

Conditions:
- TSS
    - [Deadline] Friday, July 1st 2023
    - [Employees]
        - Residence: US
        - Nationality: US
        - Employment History: No .com
    - Risk
        - Diversify

- "BEGIN TO ESTABLISH NEW Wallets" with new private & admin keys
    - Hot
    - Cold


**P0 MUSTs** (BEFORE Friday July 1st 2023) (H needs confirmation, Optics packaging)
- **TSS**
    - .com x3
        - [Key creation]
            - [Wallet Provider] New device + key generation x3
            - [US] Sim Cards x3 (no wifi allowed)
            - [Pick up Dubai] ETA? Heina -> Erik (x3 TSS + Staking Ledger)
                - Time:
                - Location: Fountain view tower 2 4804
                - Communication:
    - Canada x3
        - Physical Pickup
        - SIM card?
    - US x1

- **Staking Ledger**
    - Gerry -> SG -> Dubai (password/lock)
    - ~$8.7m
        - AVAX-$7.5M
        - LPT-$852K
        - SKL-$219K
- Staking TSS 2/4
    - Tao
    - Nana
    - .com?
    - .com?
        -
- **[.com Okta] PNK Dashboard: transfer request/initiation for:**
    - Cold -> Hot

CONFIDENTIAL  BAM_SEC_LIT_00017755

- Staking -> node
    - Give access:
    - tao.z@binance.us
    - nana.xing@binance.us
    - joel.moore@binance.us

Questions
1. [Key creation] Create/generate new keys or transfer?
2. [.com Okta] code transfer
    a. .com Initiation
    b. Staking Initiation
3.

Stipulation & Consent Order - June 17th 2023- Case 1:23-cv-01599-ABJ Document 71

CONFIDENTIAL                                                                                          BAM_SEC_LIT_00017756