# Exhibit 27

| | |
|---|---|
| **From**: | Frank Zhou (Google Docs) [comments-noreply@docs.google.com] |
| on behalf of | Frank Zhou (Google Docs) <comments-noreply@docs.google.com> [comments-noreply@docs.google.com] |
| **Sent**: | 6/30/2023 12:33:48 AM |
| **To**: | erik.kellogg@binance.us |
| **Subject**: | Wallet Address Re... - @frank.z@binance.us @gerry@binance.us... |

Frank Zhou replied to an action item in the following document

Wallet Address Refresh Outline



1 comment

Hot Wallets: Due to the le

Erik Kellogg
• 4:50 PM, Jun 29 (CDT)

@frank.z@binance.us @gerry@binance.us please confirm

Assigned to Frank Zhou

Frank Zhou
• 2:28 AM, Jun 30 (CDT)
New

correct

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in this thread. Change what Google sends you. You can reply to this email to reply to the discussion.

**Cold wallets:**
Most assets are stored in cold wallets. Due to the cold assets being secured and isolated from other technology, they should be easier to change relative to the hot wallets.

Before we can give a projected timeline for all cold wallet address refreshes, we need to conduct testing. Testing will include the technology as well as the operational processes and asset flows.

We are going to start by testing with XRP as we do not support deposits on our platform. This also means minimal asset impact if testing fails.

Below is the current testing schedule:
1. New staking cold wallet & migration test: 7.3-7.7
    a. We will conduct an initial test on the XRP test net, no actual assets moved at this stage.
2. New staking & cold wallet address generation & whitelisting: 7.10-7.14
    a. Create new cold and staking wallets
    b. Configure whitelisting for each wallet
3. Asset transfer from old cold wallets to new cold wallets: 7.17-8.4
    a. Transfer assets from old wallets to new ones
4. New cold wallets transfer test: 8.7-8.11
    a. Testing the transfer of assets out of cold and into hot and staking wallets
5. Update hot wallet to new cold wallet flow: 8.14-8.25
    a. BHL will need to update the back-end with our new wallet addresses, this specific to the automated threshold settings we set in PNK.

As we progress through these phases we will have the data we need to provide a detailed timeline for all cold wallet addresses to be refreshed.


**Hot Wallets:**
Due to the level of technical complexity and integrations, we need the support of BHL/wallet provider to give us more information. Our initial conversations with them were met with forceful pushback on getting this done. They claim the amount of technical resources this would require is extremely cost prohibitive. Our engineering team continues to try to move the conversation forward, but we may need some sort of external intervention. We are trying to stress the point that we do not need to make these changes soon, but we do need an initial plan that talks us through the challenges.

We are exploring all options including migrating wallets to another custody solution, I.E. BitGo, Fireblocks, etc. This path requires detailed analysis based on various factors such as pricing, technical and operational complexity, latency, and security.