# Exhibit 28

| | |
|---|---|
| **From:** | Beville, Matthew |
| **To:** | Solomon, Elisa; Murphy, J. Emmett; mlaroche@milbank.com; Farer, Jennifer; Adler, Jeremy; McLucas, William; Martens, Matthew T.; Smith, Tiffany; gcanellos@milbank.com; Aleblanc@milbank.com; Mendro, Jason J.; abid.qureshi; Eric.Volkman@lw.com; michael.bern@lw.com; Benjamin.Naftalis@lw.com; Douglas.Yatter@lw.com; Heather.Waller@lw.com; Melanie.Blunschi@lw.com; DNelson@gibsondunn.com; Day, M. Kendall; SBrooker@gibsondunn.com; MCelio@gibsondunn.com; Grime, Richard W.; Kempf, Allison; Baeurle, Lucy; Louison, David |
| **Cc:** | Scarlato, Matthew; Nasse, David; Tenreiro, Jorge |
| **Subject:** | RE: SEC v. Binance, No. 1:23-cv-01599 - Brennan Deposition Scheduling |
| **Date:** | Friday, November 17, 2023 11:15:47 AM |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Elisa,

As you saw, we made a production Wednesday afternoon. We anticipate making an additional production on Monday and are working expeditiously to complete our response as soon as possible.

We also take issue with how you've inaccurately described our position in the October 31 Joint Status Report. BAM was clear that it "expect[ed] to produce documents responsive to most, if not all, of the remaining Document Requests (or inform the SEC that it has been unable to locate responsive documents after a reasonable search) on or before November 13, 2023." October 31, 2023 Joint Status Report at 5. We were equally clear "that there may be a small number of Requests for which BAM may require additional time to identify responsive documents, or for which it would be unduly burdensome for BAM to produce responsive documents" and that we proposed for "the parties meet and confer after November 13, 2023 to discuss alternative means of providing the information sought by those Requests." *Id*. BAM has made significant progress in responding to the Staff's 70+ requests and, as reflected in our November 15 transmittal letter, much of the delay in responding to the remaining items has been due to unexpected difficulties such as foreign language documents, processing issues, and addressing privilege questions. This posture is entirely consistent with our position in the Joint Status Report.

With respect to the inspection, any delay in providing dates and locations is due to the Staff's failure to provide us with a specific list of the systems, features, and events that it wants to inspect. You have repeatedly agreed to provide such a list, but have not done so. As we made in clear in our November 10 meet and confer, we are happy to coordinate an inspection, but cannot do so until the Staff provides us with sufficient detail about what it expects the inspection to entail.

Similarly, we left the November 10 meet and confer with the understanding that the Staff was going to provide us with a more specific list of items on which it was seeking additional testimony, given the breadth of your proposed 30(b)(6) topics and the extensive testimony already provided in this matter, and BAM, in turn, could identify testimony it believed addressed those items or otherwise propose a witness to address them. The Staff has not done so. As we explained in our November 10 call, BAM cannot productively respond to the Staff's broad 30(b)(6) topics until it knows exactly what additional information the Staff is seeking to obtain.

Finally, we will confer with our client and provide an update on when the supplemental deposit

wallet information will be available.

Best,
Matt

---

**From:** Solomon, Elisa <SolomonEl@SEC.GOV>
**Sent:** Wednesday, November 15, 2023 4:27 PM
**To:** Beville, Matthew <Matthew.Beville@wilmerhale.com>; Murphy, J. Emmett <MurphyJoh@SEC.GOV>; mlaroche@milbank.com; Farer, Jennifer <FarerJ@SEC.GOV>; Adler, Jeremy <Jeremy.Adler@wilmerhale.com>; McLucas, William <William.McLucas@wilmerhale.com>; Martens, Matthew T. <Matthew.Martens@wilmerhale.com>; Smith, Tiffany <Tiffany.Smith@wilmerhale.com>; gcanellos@milbank.com; Aleblanc@milbank.com; Mendro, Jason J. <JMendro@gibsondunn.com>; abid.qureshi <abid.qureshi@lw.com>; Eric.Volkman@lw.com; michael.bern@lw.com; Benjamin.Naftalis@lw.com; Douglas.Yatter@lw.com; Heather.Waller@lw.com; Melanie.Blunschi@lw.com; DNelson@gibsondunn.com; Day, M. Kendall <KDay@gibsondunn.com>; SBrooker@gibsondunn.com; MCelio@gibsondunn.com; Grime, Richard W. <RGrime@gibsondunn.com>; Kempf, Allison <akempf@milbank.com>; Baeurle, Lucy <lbaeurle@milbank.com>; Louison, David <dlouison@milbank.com>
**Cc:** Scarlato, Matthew <scarlatom@SEC.GOV>; Nasse, David <nassed@SEC.GOV>; Tenreiro, Jorge <tenreiroj@SEC.GOV>
**Subject:** RE: SEC v. Binance, No. 1:23-cv-01599 - Brennan Deposition Scheduling

**EXTERNAL SENDER**

Matt,

In the joint status report submitted on October 31, BAM represented to the Court that its document productions would be substantially complete on or before November 13, such that the SEC would have time to review the documents, and confer with you on all open issues, by November 20, the date originally proposed by BAM for the November 27 hearing.  Please advise if BAM intends to complete production this week, and if not, whether it intends to inform the court of its delay.  The hearing will not be productive if the SEC does not have ample time to review BAM's production, especially in light of the upcoming Thanksgiving holiday.  Please let us know ASAP what we can expect in terms of productions and when we can expect them.

We are also still waiting for (1) BAM's written position on the 30(b)(6) topics and (2) proposed dates, personnel, and locations for the inspection of BAM's systems – please inform us if there anything you need from us in order to coordinate the inspection.

Finally, in the cover letter to BAM's November 7 production, you stated that you were still working to associate the deposit wallets listed in the spreadsheets included in that production with the anonymized User IDs.  Please inform us if you have an estimate for when you will provide this data.

Thanks,

Elisa

**From:** Beville, Matthew <Matthew.Beville@wilmerhale.com>
**Sent:** Thursday, November 9, 2023 11:06 PM
**To:** Murphy, J. Emmett <MurphyJoh@SEC.GOV>; mlaroche@milbank.com; Farer, Jennifer <FarerJ@SEC.GOV>; Adler, Jeremy <Jeremy.Adler@wilmerhale.com>; McLucas, William <William.McLucas@wilmerhale.com>; Martens, Matthew T. <Matthew.Martens@wilmerhale.com>; Smith, Tiffany <Tiffany.Smith@wilmerhale.com>; gcanellos@milbank.com; Aleblanc@milbank.com; Mendro, Jason J. <JMendro@gibsondunn.com>; abid.qureshi <abid.qureshi@lw.com>; Eric.Volkman@lw.com; michael.bern@lw.com; Benjamin.Naftalis@lw.com; Douglas.Yatter@lw.com; Heather.Waller@lw.com; Melanie.Blunschi@lw.com; DNelson@gibsondunn.com; Day, M. Kendall <KDay@gibsondunn.com>; SBrooker@gibsondunn.com; MCelio@gibsondunn.com; Grime, Richard W. <RGrime@gibsondunn.com>; Kempf, Allison <akempf@milbank.com>; Baeurle, Lucy <lbaeurle@milbank.com>; Louison, David <dlouison@milbank.com>
**Cc:** Scarlato, Matthew <scarlatom@SEC.GOV>; Nasse, David <nassed@SEC.GOV>; Tenreiro, Jorge <tenreiroj@SEC.GOV>; Solomon, Elisa <SolomonEl@SEC.GOV>
**Subject:** RE: SEC v. Binance, No. 1:23-cv-01599 - Brennan Deposition Scheduling

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Emmett,

We have a letter on the 30(b)(6) that is nearly complete, but think that it would be productive to discuss before we finalize.

On the inspection, we are happy to discuss tomorrow. In particular, we are still waiting on you to outline what you envision the inspection to cover.

Best,
Matt

**From:** Murphy, J. Emmett <MurphyJoh@SEC.GOV>
**Sent:** Thursday, November 9, 2023 2:24 PM
**To:** mlaroche@milbank.com; Farer, Jennifer <FarerJ@SEC.GOV>; Beville, Matthew <Matthew.Beville@wilmerhale.com>; Adler, Jeremy <Jeremy.Adler@wilmerhale.com>; McLucas, William <William.McLucas@wilmerhale.com>; Martens, Matthew T. <Matthew.Martens@wilmerhale.com>; Smith, Tiffany <Tiffany.Smith@wilmerhale.com>; gcanellos@milbank.com; Aleblanc@milbank.com; Mendro, Jason J. <JMendro@gibsondunn.com>; abid.qureshi <abid.qureshi@lw.com>; Eric.Volkman@lw.com; michael.bern@lw.com; Benjamin.Naftalis@lw.com; Douglas.Yatter@lw.com; Heather.Waller@lw.com; Melanie.Blunschi@lw.com; DNelson@gibsondunn.com; Day, M. Kendall <KDay@gibsondunn.com>; SBrooker@gibsondunn.com; MCelio@gibsondunn.com; Grime, Richard W.

<RGrime@gibsondunn.com>; Kempf, Allison <akempf@milbank.com>; Baeurle, Lucy <lbaeurle@milbank.com>; Louison, David <dlouison@milbank.com>
**Cc:** Scarlato, Matthew <scarlatom@SEC.GOV>; Nasse, David <nassed@SEC.GOV>; Tenreiro, Jorge <tenreiroj@SEC.GOV>; Solomon, Elisa <SolomonEl@SEC.GOV>
**Subject:** RE: SEC v. Binance, No. 1:23-cv-01599 - Brennan Deposition Scheduling

**EXTERNAL SENDER**

Matt,

We are available for a call tomorrow morning at 9:30, but we need your written position on the 30(b)(6) before we can have a meaningful conference on topics. You had told us to expect that last week (which was also the timing reported to the Court in our Joint Status Report). We also would like to discuss the inspection of BAM's systems so let's add that to the agenda for tomorrow morning.

Also, confirmed Vancouver depositions for 9:30 local time. Thanks.

Emmett

---

**From:** Laroche, Matthew <MLaroche@milbank.com>
**Sent:** Thursday, November 9, 2023 12:30 PM
**To:** Farer, Jennifer <FarerJ@SEC.GOV>; Beville, Matthew <Matthew.Beville@wilmerhale.com>; Murphy, J. Emmett <MurphyJoh@SEC.GOV>; Adler, Jeremy <Jeremy.Adler@wilmerhale.com>; McLucas, William <William.McLucas@wilmerhale.com>; Martens, Matthew T. <Matthew.Martens@wilmerhale.com>; Smith, Tiffany <Tiffany.Smith@wilmerhale.com>; Canellos, George <GCanellos@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Mendro, Jason J. <JMendro@gibsondunn.com>; abid.qureshi <abid.qureshi@lw.com>; Eric.Volkman@lw.com; michael.bern@lw.com; Benjamin.Naftalis@lw.com; Douglas.Yatter@lw.com; Heather.Waller@lw.com; Melanie.Blunschi@lw.com; DNelson@gibsondunn.com; Day, M. Kendall <KDay@gibsondunn.com>; SBrooker@gibsondunn.com; MCelio@gibsondunn.com; Grime, Richard W. <RGrime@gibsondunn.com>; Kempf, Allison <akempf@milbank.com>; Baeurle, Lucy <lbaeurle@milbank.com>; Louison, David <dlouison@milbank.com>
**Cc:** Scarlato, Matthew <scarlatom@SEC.GOV>; Nasse, David <nassed@SEC.GOV>; Tenreiro, Jorge <tenreiroj@SEC.GOV>; Solomon, Elisa <SolomonEl@SEC.GOV>
**Subject:** RE: SEC v. Binance, No. 1:23-cv-01599 - Brennan Deposition Scheduling

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jen, Emmett, and Matt,

The Vancouver depositions will be in WeWork space at 595 Burrard Street, Vancouver on the 16th floor. Can we start at 9:30am PST both days?

Following-up on our request from earlier this week, are you available tomorrow morning to meet and confer on the 30(b)(6) deposition and deposition scheduling?

Thanks,
Matt

**From:** Farer, Jennifer <FarerJ@SEC.GOV>
**Sent:** Friday, November 3, 2023 6:30 PM
**To:** Laroche, Matthew <MLaroche@milbank.com>; Beville, Matthew <Matthew.Beville@wilmerhale.com>; Murphy, J. Emmett <MurphyJoh@SEC.GOV>; Adler, Jeremy <Jeremy.Adler@wilmerhale.com>; McLucas, William <William.McLucas@wilmerhale.com>; Martens, Matthew T. <Matthew.Martens@wilmerhale.com>; Smith, Tiffany <Tiffany.Smith@wilmerhale.com>; Canellos, George <GCanellos@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Mendro, Jason J. <JMendro@gibsondunn.com>; abid.qureshi <abid.qureshi@lw.com>; Eric.Volkman@lw.com; michael.bern@lw.com; Benjamin.Naftalis@lw.com; Douglas.Yatter@lw.com; Heather.Waller@lw.com; Melanie.Blunschi@lw.com; DNelson@gibsondunn.com; Day, M. Kendall <KDay@gibsondunn.com>; SBrooker@gibsondunn.com; MCelio@gibsondunn.com; Grime, Richard W. <RGrime@gibsondunn.com>; Kempf, Allison <akempf@milbank.com>; Baeurle, Lucy <lbaeurle@milbank.com>; Louison, David <dlouison@milbank.com>
**Cc:** Scarlato, Matthew <scarlatom@SEC.GOV>; Nasse, David <nassed@SEC.GOV>; Tenreiro, Jorge <tenreiroj@SEC.GOV>; Solomon, Elisa <SolomonEl@SEC.GOV>
**Subject:** [EXT] RE: SEC v. Binance, No. 1:23-cv-01599 - Brennan Deposition Scheduling

Matt,

Thanks for accommodating our request on the Vancouver dates. Can you please send the address for the depositions in Vancouver? We need it to finalize our travel.

Thanks.

**Jennifer L. Farer**
U.S. Securities and Exchange Commission
100 F Street N.E. | Washington, D.C. 20549

**From:** Laroche, Matthew <MLaroche@milbank.com>
**Sent:** Thursday, November 2, 2023 3:47 PM
**To:** Farer, Jennifer <FarerJ@SEC.GOV>; Beville, Matthew <Matthew.Beville@wilmerhale.com>; Murphy, J. Emmett <MurphyJoh@SEC.GOV>; Adler, Jeremy <Jeremy.Adler@wilmerhale.com>; McLucas, William <William.McLucas@wilmerhale.com>; Martens, Matthew T. <Matthew.Martens@wilmerhale.com>; Smith, Tiffany <Tiffany.Smith@wilmerhale.com>; Canellos, George <GCanellos@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Mendro, Jason J.

<JMendro@gibsondunn.com>; abid.qureshi <abid.qureshi@lw.com>; Eric.Volkman@lw.com; michael.bern@lw.com; Benjamin.Naftalis@lw.com; Douglas.Yatter@lw.com; Heather.Waller@lw.com; Melanie.Blunschi@lw.com; DNelson@gibsondunn.com; Day, M. Kendall <KDay@gibsondunn.com>; SBrooker@gibsondunn.com; MCelio@gibsondunn.com; Grime, Richard W. <RGrime@gibsondunn.com>; Kempf, Allison <akempf@milbank.com>; Baeurle, Lucy <lbaeurle@milbank.com>; Louison, David <dlouison@milbank.com>
**Cc:** Scarlato, Matthew <scarlatom@SEC.GOV>; Nasse, David <nassed@SEC.GOV>; Tenreiro, Jorge <tenreiroj@SEC.GOV>; Solomon, Elisa <SolomonEl@SEC.GOV>
**Subject:** RE: SEC v. Binance, No. 1:23-cv-01599 - Brennan Deposition Scheduling

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks Jen. We'll get back to you soon on Mr. Moore's date (he's traveling). We can confirm the dates below. Note we moved up the Vancouver dates per your request.

1. Katrina Fava: Confirmed for November 14 remote from Las Vegas.
2. Sara Sisenwein: Confirmed for November 17 in DC.
3. Gerry Ho: November 29 in Vancouver
4. Rose Gao: November 30 in Vancouver (with interpreter)

Thanks,
Matt

**From:** Farer, Jennifer <FarerJ@SEC.GOV>
**Sent:** Tuesday, October 31, 2023 11:09 AM
**To:** Beville, Matthew <Matthew.Beville@wilmerhale.com>; Laroche, Matthew <MLaroche@milbank.com>; Murphy, J. Emmett <MurphyJoh@SEC.GOV>; Adler, Jeremy <Jeremy.Adler@wilmerhale.com>; McLucas, William <William.McLucas@wilmerhale.com>; Martens, Matthew T. <Matthew.Martens@wilmerhale.com>; Smith, Tiffany <Tiffany.Smith@wilmerhale.com>; Canellos, George <GCanellos@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Mendro, Jason J. <JMendro@gibsondunn.com>; abid.qureshi <abid.qureshi@lw.com>; Eric.Volkman@lw.com; michael.bern@lw.com; Benjamin.Naftalis@lw.com; Douglas.Yatter@lw.com; Heather.Waller@lw.com; Melanie.Blunschi@lw.com; DNelson@gibsondunn.com; Day, M. Kendall <KDay@gibsondunn.com>; SBrooker@gibsondunn.com; MCelio@gibsondunn.com; Grime, Richard W. <RGrime@gibsondunn.com>; Kempf, Allison <akempf@milbank.com>; Baeurle, Lucy <lbaeurle@milbank.com>; Louison, David <dlouison@milbank.com>
**Cc:** Scarlato, Matthew <scarlatom@SEC.GOV>; Nasse, David <nassed@SEC.GOV>; Tenreiro, Jorge <tenreiroj@SEC.GOV>; Solomon, Elisa <SolomonEl@SEC.GOV>
**Subject:** [EXT] RE: SEC v. Binance, No. 1:23-cv-01599 - Brennan Deposition Scheduling

Matt,

Following up on deposition dates, please find our confirmations or requests for new dates below.

1. Joel Moore: As previously requested, please provide an alternative date. We are available November 13, 15, 20-22.
2. Sara Sisenwein: Confirmed for November 17 in DC.
3. Katrina Fava: Confirmed for November 14 – we will let you know whether the deposition will be remote or in Las Vegas.

4. Rose Gao: November 29 in Vancouver*
5. Gerry Ho: December 1 in Vancouver*
    *This week in Vancouver works for us for these two depositions. Please check if there is availability to schedule these earlier in the week and, if possible, back-to-back, to accommodate travel considerations. Please let us know ASAP on these dates, as it takes time to coordinate the international government travel.

6. Chris Blodgett: Week of December 11, to be confirmed closer to the date – We can work out a date that week. If there is any availability sooner, accounting for Mr. Blodgett's schedule being a bit in flux, please let us know.

We'd appreciate if you could get back to us on the request for new dates as set forth above as soon as possible.

Thanks.

**Jennifer L. Farer**
U.S. Securities and Exchange Commission
100 F Street N.E. | Washington, D.C. 20549

---

**From:** Beville, Matthew <Matthew.Beville@wilmerhale.com>
**Sent:** Friday, October 27, 2023 5:18 PM
**To:** mlaroche@milbank.com; Murphy, J. Emmett <MurphyJoh@SEC.GOV>; Adler, Jeremy <Jeremy.Adler@wilmerhale.com>; McLucas, William <William.McLucas@wilmerhale.com>; Martens, Matthew T. <Matthew.Martens@wilmerhale.com>; Smith, Tiffany <Tiffany.Smith@wilmerhale.com>; gcanellos@milbank.com; Aleblanc@milbank.com; Mendro, Jason J. <JMendro@gibsondunn.com>; abid.qureshi <abid.qureshi@lw.com>; Eric.Volkman@lw.com; michael.bern@lw.com; Benjamin.Naftalis@lw.com; Douglas.Yatter@lw.com; Heather.Waller@lw.com; Melanie.Blunschi@lw.com; DNelson@gibsondunn.com; Day, M. Kendall <KDay@gibsondunn.com>; SBrooker@gibsondunn.com; MCelio@gibsondunn.com; Grime, Richard W. <RGrime@gibsondunn.com>; Kempf, Allison <akempf@milbank.com>; Baeurle, Lucy <lbaeurle@milbank.com>; Louison, David <dlouison@milbank.com>
**Cc:** Scarlato, Matthew <scarlatom@SEC.GOV>; Farer, Jennifer <FarerJ@SEC.GOV>; Nasse, David <nassed@SEC.GOV>; Tenreiro, Jorge <tenreiroj@SEC.GOV>; Solomon, Elisa <SolomonEl@SEC.GOV>
**Subject:** RE: SEC v. Binance, No. 1:23-cv-01599 - Brennan Deposition Scheduling

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi all,

To close the loop on this, we would propose the following dates for the outstanding witnesses:

7. Joel Moore: November 8 in DC
8. Sara Sisenwein: November 16 or 17 in DC
9. Katrina Fava: November 14, remote or in Las Vegas
10. Rose Gao: November 29 in Vancouver
11. Gerry Ho: December 1 in Vancouver
12. Chris Blodgett: Week of December 11, to be confirmed closer to the date

We will separately circulate a letter addressing the 30(b)(6) notice next week.

Best,
Matt

**From:** Beville, Matthew
**Sent:** Wednesday, October 25, 2023 8:51 AM
**To:** Laroche, Matthew <MLaroche@milbank.com>; Murphy, J. Emmett <MurphyJoh@SEC.GOV>; Adler, Jeremy <Jeremy.Adler@wilmerhale.com>; McLucas, William <William.McLucas@wilmerhale.com>; Martens, Matthew T. <Matthew.Martens@wilmerhale.com>; Smith, Tiffany <Tiffany.Smith@wilmerhale.com>; gcanellos@milbank.com; Aleblanc@milbank.com; Mendro, Jason J. <JMendro@gibsondunn.com>; abid.qureshi <abid.qureshi@lw.com>; Eric.Volkman@lw.com; michael.bern@lw.com; Benjamin.Naftalis@lw.com; Douglas.Yatter@lw.com; Heather.Waller@lw.com; Melanie.Blunschi@lw.com; DNelson@gibsondunn.com; Day, M. Kendall <KDay@gibsondunn.com>; SBrooker@gibsondunn.com; MCelio@gibsondunn.com; Grime, Richard W. <RGrime@gibsondunn.com>; Kempf, Allison <akempf@milbank.com>; Baeurle, Lucy <lbaeurle@milbank.com>; Louison, David <dlouison@milbank.com>
**Cc:** Scarlato, Matthew <scarlatom@SEC.GOV>; Farer, Jennifer <FarerJ@SEC.GOV>; Nasse, David <nassed@SEC.GOV>; Tenreiro, Jorge <tenreiroj@SEC.GOV>; Solomon, Elisa <SolomonEl@SEC.GOV>
**Subject:** RE: SEC v. Binance, No. 1:23-cv-01599 - Brennan Deposition Scheduling

Emmett,

I can separately confirm Chris Blodgett for November 3. If for some reason the 3rd doesn't work out, we would have to push Chris's depo to early December. Sara Sisenwein is available the week of November 13.

Best,
Matt

**From:** Laroche, Matthew <MLaroche@milbank.com>
**Sent:** Wednesday, October 25, 2023 8:37 AM
**To:** Murphy, J. Emmett <MurphyJoh@SEC.GOV>; Adler, Jeremy <Jeremy.Adler@wilmerhale.com>; McLucas, William <William.McLucas@wilmerhale.com>; Martens, Matthew T.

<Matthew.Martens@wilmerhale.com>; Smith, Tiffany <Tiffany.Smith@wilmerhale.com>; Beville, Matthew <Matthew.Beville@wilmerhale.com>; gcanellos@milbank.com; Aleblanc@milbank.com; Mendro, Jason J. <JMendro@gibsondunn.com>; abid.qureshi <abid.qureshi@lw.com>; Eric.Volkman@lw.com; michael.bern@lw.com; Benjamin.Naftalis@lw.com; Douglas.Yatter@lw.com; Heather.Waller@lw.com; Melanie.Blunschi@lw.com; DNelson@gibsondunn.com; Day, M. Kendall <KDay@gibsondunn.com>; SBrooker@gibsondunn.com; MCelio@gibsondunn.com; Grime, Richard W. <RGrime@gibsondunn.com>; Kempf, Allison <akempf@milbank.com>; Baeurle, Lucy <lbaeurle@milbank.com>; Louison, David <dlouison@milbank.com>
**Cc:** Scarlato, Matthew <scarlatom@SEC.GOV>; Farer, Jennifer <FarerJ@SEC.GOV>; Nasse, David <nassed@SEC.GOV>; Tenreiro, Jorge <tenreiroj@SEC.GOV>; Solomon, Elisa <SolomonEl@SEC.GOV>
**Subject:** RE: SEC v. Binance, No. 1:23-cv-01599 - Brennan Deposition Scheduling

**EXTERNAL SENDER**

Emmett, Matt, and Jen,

Will Brennan is available for his deposition on next Tuesday (10/31), which would be in person at Milbank's Office in New York. Can you please confirm this is still good for you? Preferably, we start at 9am. We're working on dates for others.

Thanks,
Matt

**From:** Murphy, J. Emmett <MurphyJoh@SEC.GOV>
**Sent:** Monday, October 23, 2023 1:29 PM
**To:** Adler, Jeremy <Jeremy.Adler@wilmerhale.com>; McLucas, William <William.McLucas@wilmerhale.com>; Martens, Matthew T. <Matthew.Martens@wilmerhale.com>; Smith, Tiffany <Tiffany.Smith@wilmerhale.com>; Beville, Matthew <Matthew.Beville@wilmerhale.com>; Canellos, George <GCanellos@milbank.com>; Laroche, Matthew <MLaroche@milbank.com>; Leblanc, Andrew <ALeblanc@milbank.com>; Mendro, Jason J. <JMendro@gibsondunn.com>; abid.qureshi <abid.qureshi@lw.com>; Eric.Volkman@lw.com; michael.bern@lw.com; Benjamin.Naftalis@lw.com; Douglas.Yatter@lw.com; Heather.Waller@lw.com; Melanie.Blunschi@lw.com; DNelson@gibsondunn.com; Day, M. Kendall <KDay@gibsondunn.com>; SBrooker@gibsondunn.com; MCelio@gibsondunn.com; Grime, Richard W. <RGrime@gibsondunn.com>
**Cc:** Scarlato, Matthew <scarlatom@SEC.GOV>; Farer, Jennifer <FarerJ@SEC.GOV>; Nasse, David <nassed@SEC.GOV>; Tenreiro, Jorge <tenreiroj@SEC.GOV>; Solomon, Elisa <SolomonEl@SEC.GOV>
**Subject:** [EXT] SEC v. Binance, No. 1:23-cv-01599

Counsel,

As discussed with counsel for each of the parties, the deposition of Justin Brecese will begin tomorrow at 11am at Wilmer's DC office, and we will be doing an inspection of the witness's

shard device before the deposition, beginning at 9am. You should be getting a Webex link from the court reporting service (for those who plan to dial in remotely). If you have any issues with remote access email Brandon Birungi-Sengendo at Gradillas Court Reporters (sec@gradillas.com).

Regards,

Emmett