# Exhibit 30

```
1                UNITED STATES DISTRICT COURT
2                 FOR THE DISTRICT OF COLUMBIA
3
4   SECURITIES AND EXCHANGE       )
    COMMISSION,                   )
5                                 )
              Plaintiff,          )
6                                 )
         v.                       )
7                                 ) Case No.
    BINANCE HOLDINGS LIMITED, BAM ) 1:23-cv-01599-ABJ
8   TRADING SERVICES INC., BAM    )
    MANAGEMENT US HOLDINGS, INC., )
9   AND CHANGPENG ZHAO,           )
                                  )
10            Defendants.         )
    _____)
11
12
13
14          VIDEOTAPED DEPOSITION OF ERIK KELLOGG
15                THURSDAY, AUGUST 24, 2023
16                       9:50 A.M.
17                     Washington, DC
18
19
20
21
22
23
    REPORTED BY:
24  SHERRY L. BROOKS,
    CERTIFIED LIVENOTE REPORTER
25  JOB NO. 230824SLB
```

1

```
 1                    A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFF:

 4        U.S. SECURITIES AND EXCHANGE COMMISSION

 5        BY:   Jennifer L. Farer, Esq.

 6              Matthew Scarlato, Esq.

 7              J. Emmett Murphy, Esq.           (Via WebEx)

 8              Assistant Chief Litigation Counsel

 9              Enforcement Division

10              100 F Street, NE

11              Washington, DC  20549-4010

12              (202) 551-3749

13              FarerJ@sec.gov

14              ScarlatoM@sec.gov

15

16   FOR DEFENDANTS BINANCE HOLDINGS LIMITED:

17        GIBSON, DUNN & CRUTCHER, LLP

18        BY:   Daniel W. Nelson, Esq.

19              Jason J. Mendro, Esq.           (Via WebEx)

20              Salah Hawkins, Esq.             (Via WebEx)

21              1050 Connecticut Avenue, NW

22              Washington, DC  20036

23              (202) 955-8500

24              DNelson@GibsonDunn.com

25
```

```
 1  APPEARANCES CONTINUED:
 2
 3  FOR THE DEFENDANTS BAM TRADING SERVICES, INC. AND BAM
 4  MANAGEMENT HOLDINGS US, INC.:
 5        WILMER CUTLER PICKERING HALE AND DORR, LLP
 6        BY:  Matthew Beville, Esq.
 7             Zachary D. Hardwick, Esq.
 8             2100 Pennsylvania Avenue, NW
 9             Washington, DC  20037
10             (202) 663-6255
11             Matthew.Beville@WilmerHale.com
12             Zachary.Hardwick@WilmerHale.com
13                       and
14  FOR THE DEFENDANTS BAM TRADING SERVICES, INC. AND BAM
15  MANAGEMENT HOLDINGS US, INC.:
16        MILBANK, LLP
17        BY:  George S. Canellos, Esq.
18             55 Hudson Yards
19             New York, NY  10001
20             (212) 530-5792
21             GCanellos@Milbank.com
22
23
24
25
```

3

```
 1  APPEARANCES CONTINUED:
 2
 3
 4  FOR DEFENDANT CHANGPENG ZHAO:
 5       LATHAM & WATKINS, LLP
 6       BY:   William R. Baker, III, Esq.
 7             Ragad Alfaraidy, Esq.
 8             555 Eleventh Street, NW
 9             Suite 1000
10             Washington, DC  20004
11             (202) 637-2200
12             William.Baker@lw.com
13             Ragad.Alfaraidy@lw.com
14
15  ALSO PRESENT:
16       Hope Augustini - (WebEx)
17       Andrew M. Skolnik - (WebEx)
18
19  Videographer:
20       DESHAWN WHITE
21       GRADILLAS COURT REPORTERS
22       400 N. Brand Boulevard
23       Suite 950
24       Glendale, CA  91203
25       (424) 239-2800
```

4

13:37   1              If a BPO has changed from a customer
        2   service BPO to a compliance BPO, we would have to
        3   change their roles.
13:37   4       Q.   And who are these -- so these operations
        5   people, you mentioned the one, Andre.  The entire
        6   team involved in these approvals, are they .US
        7   people?
13:37   8       A.   Yes.
13:37   9       Q.   Have they always been .US people since
       10   you've been there?
13:37  11       A.   As far as I know, yes.
13:37  12       Q.   And what is the basis of that
       13   understanding?
13:37  14       A.   From the time that we've asked to do any
       15   kind of assessment work or work within PNK.  I've
       16   never interacted with a BHL people before that for
       17   anything with PNK.
13:37  18       Q.   To what extent do you know whether this
       19   operations team interacts with Binance with respect
       20   to, you know, their role in granting and changing
       21   rates?
13:37  22       A.   I'm not involved with their day-to-day, so
       23   I couldn't tell you.
13:38  24       Q.   So you don't know whether the -- any of
       25   the operations folks interact with Binance with

148

```
        1  respect to the changing of any rights for the PNK
        2  system?
13:38   3       A.    It's my understanding that they don't and
        4  I've never seen anything to -- that would indicate
        5  that they are asking BHL for any input whatsoever
        6  when it comes to our PNK.
13:38   7       Q.    Okay.  And what's the basis of that
        8  understanding?
13:38   9       A.    Conversations and communications with the
       10  teams.  My own team -- it's not just myself.  You
       11  know, my entire team has been involved -- most of my
       12  team has been involved in the PNK audits from the
       13  technical side and on our back ends and including --
       14  and then including helping set up and establish our
       15  internal processes for, you know, these reviews,
       16  right?
13:38  17             So PNK was similar to the -- any other
       18  request.  There was practices being followed but
       19  nothing formalized.  And so when my team came in and
       20  helped formalize these processes, I would think that
       21  we would have had an indication that BHL was
       22  involved.
13:39  23       Q.    Why would you think that?
13:39  24       A.    The questions we were asking, the
       25  day-to-day involvements, I just had no indication
```

149

```
        1  that BHL was involved.
13:39   2        Q.    And when you say when there were involved,
        3  what do you mean by that?
13:39   4        A.    No communication about PNK that we can
        5  discern.
13:39   6        Q.    In terms of approving like access
        7  requests?  But do you have a sense that any BHL
        8  people were -- had access to PNK?
13:39   9        A.    Oh, there were BHL people who had direct
       10  access to PNK, yes.
13:39  11        Q.    Okay.  That's what I wanted to -- I wanted
       12  to make the clarification.
13:39  13              So you don't have any knowledge that the
       14  operations team that fields the requests for access
       15  were Binance people, but -- is that correct?
13:40  16        A.    So -- so my understanding is that any
       17  requests to our PNK were always approved and reviewed
       18  by Bam personnel, but there were BHL people who had
       19  access to our PNK.
13:40  20        Q.    Okay. And so the operations team, are
       21  they all based in the United States who have -- who
       22  field these requests for access?
13:40  23        A.    Yes.  As -- as far as I know, yes.
13:40  24        Q.    Do Binance people still have access to
       25  PNK?
```

150

```
13:40  1        A.    No.
13:40  2        Q.    When was the last point in time that
       3  someone from Binance had access to PNK?
13:40  4        A.    It would have been earlier this year, I
       5  believe February of '23.  February of '23.
13:41  6        Q.    And who was that person?
13:41  7        A.    I believe the email address was -- and I'm
       8  not going to be able to spell this, Jaishon
       9  (phonetic) -- Jaishon@Binance.com.
13:41 10        Q.    And do you know who that person was, what
      11  their role was?
13:41 12        A.    No.
13:41 13        Q.    What were the criteria by which the
      14  operations people evaluate requests for access?
13:41 15        A.    They have their own -- we didn't help them
      16  set it up, and I don't know what they are.
13:41 17        Q.    Where would we find that information?
13:41 18        A.    I think you'd have -- I think you'd have
      19  to talk to one of those folks directly or see if they
      20  have any formalized documentation on their criteria
      21  for handing out access.
13:42 22        Q.    But isn't it also the role of -- doesn't
      23  access to this system also fall within your
      24  wheelhouse?
13:42 25        A.    To an extent.  We would definitely want to
```

151

|  |  |
|---|---|
|  | 1    absolutely no context. |
| 14:58 | 2         Q.    Okay.  Well, I guess in evaluating |
|  | 3    compliance with the consent order and that certain |
|  | 4    assets can't be transferred to the control of a |
|  | 5    Binance entity, how are you getting comfortable that |
|  | 6    assets that may go to a Binance affiliated validator |
|  | 7    are not within the control of a Binance entity? |
| 14:58 | 8         A.    So I would rely on input from our staking |
|  | 9    team -- our internal staking team, as far as who they |
|  | 10   were using and then more than likely our operations |
|  | 11   and compliance folks for the -- as far as are they |
|  | 12   affiliated with BHL or CZ, Changpeng Zhao. |
| 14:59 | 13        Q.    Okay.  We'll circle back to that.  Okay. |
|  | 14   So then for -- can you explain to me the -- break |
|  | 15   down C, like how portions of rewards are transferred. |
|  | 16   Like what is the software that coordinates that? |
| 14:59 | 17        A.    Yes.  This is something -- yeah, I don't |
|  | 18   have a whole lot of insight.  I know that I -- we |
|  | 19   take a fee.  I know that we take fees and we make |
|  | 20   some fees off of this, but I really don't know the |
|  | 21   breakdown of what or how really that happens. |
| 14:59 | 22        Q.    Are there separate fee wallets associated |
|  | 23   with staking? |
| 14:59 | 24        A.    I know there's fee wallets, but I don't |
|  | 25   necessarily know if they're specific to staking.  I |

196

|       |    |                                                                |
|-------|----|----------------------------------------------------------------|
|       |  1 | will hold some or all of the keys, and still the               |
|       |  2 | customer who is using that solution is still                   |
|       |  3 | ultimately in control of the assets.                           |
| 15:01 |  4 | Q.   Are there other levels of control for                     |
|       |  5 | customer or company assets between -- that are --              |
|       |  6 | like fall short of view?  Like, do you govern other            |
|       |  7 | people who control those assets?  Are there other              |
|       |  8 | layers of control such that like ultimate means the            |
|       |  9 | top of a pyramid but there may be others who have              |
|       | 10 | control short of Bam's control?                                |
| 15:02 | 11 | A.   No.  The buck stops -- I mean, for our                    |
|       | 12 | assets with BHL it is -- it is -- it is driven                 |
|       | 13 | through PNK only, and then for cold it's the hardware          |
|       | 14 | shards, key shards.  There is no other way to                  |
|       | 15 | manipulate our keys for BHL.                                   |
| 15:02 | 16 | And then looking at a BitGo or Aegis, the                      |
|       | 17 | same concept applies.  The only way to access or               |
|       | 18 | manipulate our keys or the ability to sign a                   |
|       | 19 | transaction is through that web portal and there is            |
|       | 20 | no other -- there is no other ability or access point          |
|       | 21 | to do so.                                                      |
| 15:02 | 22 | Q.   Okay. So let's go to page 10, 30a.  So                    |
|       | 23 | this is what we're talking about, the AWS data                 |
|       | 24 | center.  And so you're saying, sitting here today,             |
|       | 25 | that the -- that Binance.US has the root account --            |

198

```
15:03  1        A.     Correct.
15:03  2        Q.     -- for the Binance.US AWS environment?
15:03  3        A.     Correct.
15:03  4        Q.     But that the AWS environment that hosts
       5   the wallet custody software is held by Binance.com?
15:03  6        A.     Correct.
15:03  7        Q.     Do you know who has the root account --
       8   who manages the root account for the Binance.com
       9   environment that holds the software?
15:03 10        A.     I do not.
15:03 11        Q.     Do you know who has admin rights for that
      12   environment?
15:03 13        A.     I do not.
15:04 14        Q.     And nobody from Binance.US has any access
      15   to that environment?
15:04 16        A.     No.
15:04 17        Q.     Sorry.  I'm trying to short-circuit this,
      18   because we covered a lot of this, in the hopes of
      19   moving this along.  So just bear with me for a
      20   minute.
15:04 21               Okay.  So a lot of subparts here.  30b.
      22   We were talking about the PNK system.
15:04 23        A.     Okay.
15:05 24        Q.     So is it the case of the PNK system that
      25   Binance.US uses was forked off of the Binance.com
```

199

```
            1  system?
15:05       2       A.   Yes.
15:05       3       Q.   And when you fork this technology, does
            4  the original developer of the technology maintain any
            5  rights over the forked software?
15:05       6       A.   No.
15:05       7       Q.   Including any access rights?
15:05       8       A.   So when you fork something, you're
            9  basically just taking a copy of it.  And when you --
           10  when you drop that copy somewhere there's -- there's
           11  no access rights or any permissions that come along
           12  with that.
15:05      13            You're just -- really just copying the
           14  code and it will inherent whatever permissions you
           15  put that -- you copy -- you paste that -- or you copy
           16  that source code to, so no original developers or
           17  anything would come along with that fork or that
           18  copy.
15:06     19       Q.    Okay.  Let me understand what you said in
           20  the beginning part.  When you make the copy the
           21  original permissions that are -- are copied over,
           22  too?
15:06     23       A.    No, they are not.
15:06     24       Q.    They're not copied.  Okay.
15:06     25       A.    No.
```

200

```
      1  The approver name is always one of the first things I
      2  look at.
15:24 3            But, again, I have, you know, pretty
      4  frequent conversations with these teams to ask:  What
      5  is this?  What is this?  But our goal is to continue
      6  to build out more automated alerting systems with
      7  identified thresholds.
15:25 8       Q.   And so for the requirements of the consent
      9  order, are there built-in alerts to monitor for any
     10  transactions that may not be in line with the consent
     11  order?
15:25 12      A.   So prior to the consent order we built a
     13  monitoring system, so for any transaction that's
     14  equivalent to $100,000 USD or higher would generate a
     15  real time alert.  And that was specific to any
     16  transactions initiated within PNK.
15:25 17      Q.   Okay.  I think that's not exactly
     18  answering my question.
15:25 19           So for the requirements of the consent
     20  order that prohibit transactions to Binance entities,
     21  are there controls that have been incorporated to
     22  send alerts to you?
15:26 23      A.   I do not have any alerts built up for
     24  that.
15:26 25      Q.   So how are you monitoring for any
```

214

```
15:26    1  transactions that may not be in line with the consent
         2  order?
         3      A.   So here's where we would rely, again, on
         4  the mix between clearing treasury teams,
         5  understanding what they're sending and to whom, as
         6  well as the compliance team okaying who those other
         7  set of the transactions are.
15:26    8           But that would be the extent of it.  We --
         9  I would gain confidence that our clearing and
        10  treasury teams, along with our compliances approval
        11  -- we are adhering to that TRO -- or to that order
        12  and have not sent any transactions to a .com entity.
15:26   13      Q.   But it sounds like any review at this
        14  point is manual; is that correct?
15:27   15      A.   Yes.
15:27   16      Q.   And so this manual review would be
        17  conducted by the clearing and treasury team?
15:27   18      A.   Yes, to an extent.  If any non-Bam
        19  personnel were to show up in our alerts for --
        20  requesting transfers, that would be -- that would be
        21  real time alerting.  But there is no alerts built out
        22  to signal that we may be transacting with a
        23  Binance.com entity.
15:27   24           The amount of work we would have to take
        25  to build something like that, it would require a lot
```

215

```
         1  always looking for ways to gain more comfort and
         2  familiarity, but there is also an understanding that
         3  we have to respect certain IP as far as privacy,
         4  especially for -- for something as sensitive as a
         5  wallet technology stack.
19:42    6       Q.   Okay.  I have three more questions -- I
         7  promise.
19:42    8            Just talking about the consent order for
         9  which you submitted the confirmation that all of the
        10  customer assets including private administrative keys
        11  were repatriated, transferred to the United States in
        12  Bam's possession, and any copies held by any of the
        13  other defendants were destroyed or sent back.
19:43   14            Are you familiar with those provisions of
        15  the consent order --
19:43   16       A.   Yes.
19:43   17       Q.   -- in your certification?
19:43   18       A.   Yes.
19:43   19       Q.   Okay.  How did you identify all of the
        20  assets and devices that fell into those categories to
        21  be able to make that confirmation?
19:43   22       A.   So for the cold wallet, it's the shards
        23  and the keys and then being able to see that there
        24  are only seven present in our voting pool.
19:43   25            As far as access to hot wallets, there is
```

349

```
       1  only Bam personnel that have access to PNK at all for
       2  hot wallets.  And the -- you know, I believe the --
       3  we are -- while there is no -- no one besides Bam
       4  personnel can access PNK, we still understand that
       5  there is some consideration for still changing the
       6  keys associated with the hot wallets.
19:44  7           But the amount of work that's involved
       8  with that, you know, it is a large undertaking.  So
       9  we are working through various options to get that
      10  done -- of looking at and discovering ways to get
      11  that done.
19:44 12       Q.   Okay.  And what is the timing on the
      13  evaluation and process to begin establishing new
      14  wallets?
19:44 15       A.   It has been ongoing.  We don't have a -- a
      16  timeline right now, but we are -- we are working hard
      17  to figure out a solution for this.
19:45 18       Q.   Okay.  And then my last question:  How did
      19  you confirm with Binance.com and CZ that there were
      20  no copies or other assets in their possession,
      21  custody, and control that needed to be either
      22  deleted, destroyed, or transferred to you, beyond the
      23  shards that you obtained?
19:45 24       A.   So, again, I've never spoken with CZ or
      25  .com.  But the fact that we see the seven shards in
```

350