# Exhibit 31

## Auth Manage

Current vault: USCustomerStaking3

Add

| email | role | action |
|---|---|---|
| tao.z@binance.us | spender | remove |
| joel.moore@binance.us | hotwallet | remove |
| katrina.fava@binance.us | hotwallet | remove |

## Auth Manage

Current vault: USCustomerStaking2

Add

| email | role | action |
|---|---|---|
| tao.z@binance.us | spender | remove |
| joel.moore@binance.us | hotwallet | remove |
| katrina.fava@binance.us | hotwallet | remove |

## Auth Manage

Current vault: USCustomerStaking1

Add

| email | role | action |
|---|---|---|
| tao.z@binance.us | spender | remove |
| joel.moore@binance.us | hotwallet | remove |
| katrina.fava@binance.us | hotwallet | remove |

Highly Confidential
BAM_SEC_LIT_00293277



## Auth Manage

Current vault: USCorporateStaking

[Add]

| email | role | action |
|---|---|---|
| tao.z@binance.us | spender | remove |
| joel.moore@binance.us | hotwallet | remove |
| katrina.fava@binance.us | hotwallet | remove |

## Auth Manage

Current vault: USColdWallet

[Add]

| email | role | action |
|---|---|---|
| tao.z@binance.us | spender | remove |
| joel.moore@binance.us | hotwallet | remove |
| katrina.fava@binance.us | hotwallet | remove |

## Auth Manage

Current vault: US STAKING

[Add]

| email | role | action |
|---|---|---|
| tao.z@binance.us | spender | remove |
| joel.moore@binance.us | hotwallet | remove |
| katrina.fava@binance.us | hotwallet | remove |

Highly Confidential                                           BAM_SEC_LIT_00293278

**Auth Manage**

Current vault: US

[Add]

| email | role | action |
|---|---|---|
| tao.z@binance.us | spender | remove |
| katrina.fava@binance.us | hotwallet | remove |

**Auth Manage**

Current vault: US staking new

[Add]

| email | role | action |
|---|---|---|
| tao.z@binance.us | spender | remove |
| joel.moore@binance.us | hotwallet | remove |

**Auth Manage**

Current vault: staking test vault

[Add]

| email | role | action |
|---|---|---|
| tao.z@binance.us | spender | remove |
| katrina.fava@binance.us | hotwallet | remove |

**Auth Manage**

Current vault: Infstone Staking

[Add]

| email | role | action |
|---|---|---|
| tao.z@binance.us | spender | remove |
| katrina.fava@binance.us | hotwallet | remove |

Highly Confidential                                                                                           BAM_SEC_LIT_00293279



Highly Confidential                                                                                                     BAM_SEC_LIT_00293280



Highly Confidential

BAM_SEC_LIT_00293281



Highly Confidential

BAM_SEC_LIT_00293282



Highly Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　BAM_SEC_LIT_00293283