# Exhibit 32

Page 1

UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____

IN RE:

SEC v BINANCE HOLDINGS LIMITED, et als

_____

  **CONFIDENTIAL - SUBJECT TO CONFIDENTIAL DESIGNATION**

VIDEOTAPED DEPOSITION OF:

WILLIAM JAMES BRENNAN

October 31, 2023

GRADILLAS COURT REPORTING

Job No. 231031BLO

Page 76

1   I take it some of them would be like nearly
2   instantaneous, correct?
3              MR. LAROCHE:  Objection to
4        form.
5        A.   It's just a high -- you know, it varies,
6   depending on from day-to-day and from transaction
7   to transaction.  It may only take a few seconds to
8   approve one transaction, but it can be -- you
9   know, it can take 20 minutes to approve the next
10  transaction.
11       Q.   Because of coordinating people?
12       A.   Yeah.  Coordinating people or, you know,
13  any -- sometimes a transaction is stuck.  You need
14  to resubmit it.  It's --
15       Q.   There's glitches and bugs?
16       A.   There's -- there's reasons why the
17  transaction didn't -- didn't go through and, you
18  know, needs to be resubmitted.
19       Q.   But your involvement is -- sometimes
20  will just be a minute or two in -- in pushing
21  through the transaction?
22             MR. LAROCHE:  Objection to
23       form.
24       A.   My involvement, you know, will be to,
25  you know, confirm, you know, the protocol asset,

1  make sure everything -- no, there's no red flags
2  before approving the transaction .
3      Q.   You're talking about the white -- the
4  cold wallet transfers now?
5      A.   Any type of action I take as a -- as an
6  approver, I will -- you know, I'm staying vigilant
7  for any type of issue that -- that I may say.
8      Q.   Okay.  So let's just focus on the cold
9  wallet transfers now.  Okay?
10     A.   Okay.
11     Q.   So you get the request for approval,
12 right?
13     A.   (Indicating.)
14     Q.   And you've approved everyone that you've
15 gotten, right?
16     A.   I believe so, yes.
17     Q.   You'd remember if you said I'm not going
18 to approve this, right?
19              MR. LAROCHE:  Objection to
20     form.
21     A.   I don't -- I don't have anything to add.
22     Q.   I'm asking you, would you remember?  I'm
23 not asking if you have anything to add.  I'm
24 asking would you remember, you think, if you had
25 said I'm not going to transfer approving this

```
 1   right to call you back and keep this deposition
 2   open.  Your counsel will disagree and -- and
 3   object to that and that's just what we do at the
 4   end of these depositions but I just have to make a
 5   record of that.
 6                   MR. LAROCHE:  Yeah, we object
 7           but we understand.  And I think -- I
 8           think just two housekeeping things.
 9           We're designating the transcript
10           confidential for now and we reserve
11           the right for reviewing and
12           correcting.
13                   But I think that's all from
14           us.
15                   MR. HAWKINS:  And we join, of
16           course, in not keeping it open.
17                   MR. MURPHY:  Okay.  All
18           right.  Thank you for your time today.
19                   THE WITNESS:  Thank you.
20                   MR. MURPHY:  We're off the
21           record.
22                   THE VIDEOGRAPHER:  The time
23           right now is 2:56 p.m.  We are off the
24           record.
25
```