# Exhibit 33

CONFIDENTIAL

```
 1                UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF COLUMBIA
 3
 4   SECURITIES AND EXCHANGE            )
     COMMISSION,                        )
 5                                      )
                       Plaintiff,       ) Case No.:
 6         v.                           ) 1:23-cv-01599-ABJ
                                        )
 7   BINANCE HOLDINGS LIMITED, BAM      )
     TRADING SERVICES INC., BAM         )
 8   MANAGEMENT US HOLDINGS INC., and   )
     CHANGPENG ZHAO,                    )
 9                                      )
                       Defendants.      )
10   _____)
11
12                   ** CONFIDENTIAL **
13
14           REMOTE VIDEOTAPED DEPOSITION OF
15                      TAO ZHANG
16                   AUGUST 31, 2023
17
18
19
20
21
22
23
     Reported by:
24   BRIDGET LOMBARDOZZI,
     CSR, RMR, CRR
25   Job No. 230831BLO
```

1

CONFIDENTIAL

```
 1                UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF COLUMBIA
 3
 4   SECURITIES AND EXCHANGE         )
     COMMISSION,                     )
 5                                   )
                      Plaintiff,     ) Case No.:
 6           v.                      ) 1:23-cv-01599-ABJ
                                     )
 7   BINANCE HOLDINGS LIMITED, BAM   )
     TRADING SERVICES INC., BAM      )
 8   MANAGEMENT US HOLDINGS INC., and)
     CHANGPENG ZHAO,                 )
 9                                   )
                      Defendants.    )
10   _____)
11
12
13
14
15        Remote videotaped deposition of TAO ZHANG,
16   taken on behalf of Plaintiff, via remote Webex meeting,
17   commencing at 12:13 p.m. and ending at 8:45 p.m., on
18   Thursday, August 31, 2023, before Bridget Lombardozzi,
19   Certified Shorthand Reporter, Registered Merit Reporter,
20   Certified Realtime Reporter, and a Notary Public of the
21   States of New York and New Jersey, pursuant to notice.
22
23
24
25
                                                              2
```

**CONFIDENTIAL**

```
 1  A P P E A R A N C E S (All appearing remotely):
 2
 3  For the Plaintiff:
 4
 5
 6        UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 7        DIVISION OF ENFORCEMENT
 8        BY:   J. EMMETT MURPHY, ESQUIRE
 9              JENNIFER L. FARER, ESQUIRE
10              MATTHEW SCARLATO, ESQUIRE
11              DAVID A. NASSE, ESQUIRE
12              HOPE AUGUSTINI, ESQUIRE
13        100 F Street, NE
14        Mail Stop 5984
15        Washington, D.C.   20549
16        Telephone:   202.551.3749
17        Email:   scarlatoM@sec.gov
18                 farerj@sec.gov
19                 murphyje@sec.gov
20                 nassed@sec.gov
21                 augustinih@sec.gov
22
23
24
25
                                                      3
```

CONFIDENTIAL

```
 1   A P P E A R A N C E S (Continued):
 2
 3   For Defendant Binance Holdings Limited:
 4
 5           GIBSON, DUNN & CRUTCHER LLP
 6           BY:   JASON J. MENDRO, ESQUIRE
 7                 SALAH HAWKINS, ESQUIRE
 8           1050 Connecticut Avenue, NW
 9           Washington, D.C.  20036-5306
10           Telephone:  202.887.3652
11           E-Mail:  Jmendro@gibsondunn.com
12                    shawkins@gibsondunn.com
13
14
15
16   For Defendants BAM Trading Services Inc. and BAM
17   Management Holdings US Inc.:
18
19           WILMER CUTLER PICKERING HALE AND DORR LLP
20           BY:   MATTHEW BEVILLE, ESQUIRE
21           7 World Trade Center
22           250 Greenwich Street
23           New York, New York  10007
24           Telephone:  212.295.6475
25           E-mail:  matthew.beville@wilmerhale.com
```

4

**CONFIDENTIAL**

```
 1   A P P E A R A N C E S (Continued):
 2
 3   For Defendants BAM Trading Services Inc. and BAM
 4   Management Holdings US Inc.:
 5
 6           MILBANK LLP
 7           BY:  MATTHEW LAROCHE, ESQUIRE
 8           55 Hudson Yards
 9           New York, New York  10001-2163
10           Telephone:  212.530.5514
11           E-mail:  mlaroche@milbank.com
12
13
14   For Defendant Changpeng Zhao and the Witness:
15
16           LATHAM & WATKINS LLP
17           BY:  HEATHER WALLER, ESQUIRE
18                LAYAN CHARARA, ESQUIRE
19           555 Eleventh Street, NW
20           Washington, D.C.  20004-1304
21           Telephone:  202.637.2138
22           E-mail:  Heather.waller@lw.com
23                    layan.charara@lw.com
24
25
```

5

**CONFIDENTIAL**

```
 1   ALSO PRESENT:
 2
 3           BRIAN FALGIANO, Sec Federal Contractor
 4           IAN RITTINGER, SEC Tech Support
 5           SARAH HOWARD, Videographer
 6           BO LIU, Mandarin Chinese Interpreter
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

6

| | | |
|---|---|---|
| 19:47:37 | 1 | function called to generate a user Rubi address. |
| 19:47:42 | 2 | And I was using the company account and I was in |
| 19:47:47 | 3 | the system and I used that function.  And after |
| 19:47:51 | 4 | using that function, a new deposit address will be |
| 19:47:55 | 5 | generated.  And I sent that address to BHL. |
| 19:48:10 | 6 | So I would like to clarify.  When I said |
| 19:48:14 | 7 | "Rubi," I was actually saying a Chinese word |
| 19:48:23 | 8 | calling -- meaning to deposit the -- the -- the |
| 19:48:25 | 9 | asset.  So, actually, the -- the function is |
| 19:48:29 | 10 | called to generate a deposit address for user. |
| 19:48:35 | 11 | And I used that function. |
| 19:48:48 | 12 | Q.   Okay.  You -- do you have an |
| 19:48:56 | 13 | understanding that BAM Trading and BAM Management |
| 19:49:01 | 14 | entered into a consent order with the SEC |
| 19:49:06 | 15 | concerning, among other things, the safekeeping of |
| 19:49:12 | 16 | customer assets? |
| 19:50:17 | 17 | A.   I know there is a -- there is an order. |
| 19:50:21 | 18 | I haven't read the -- the whole of the order.  And |
| 19:50:27 | 19 | what I know is that this order bans the BHL and |
| 19:50:37 | 20 | BAM Trading from transferring cryptocurrencies. |
| 19:50:52 | 21 | Q.   Do you know what controls have been put |
| 19:50:54 | 22 | in place since the order to make sure that assets |
| 19:50:58 | 23 | are not transferred to BHL? |
| 19:51:45 | 24 | A.   So we terminated the -- the functions on |
| 19:51:51 | 25 | the PNK system for BHL accounts such as Sigmachain |

132

| | | |
|---|---|---|
| 19:52:00 | 1 | for their withdrawal function.  So they cannot |
| 19:52:04 | 2 | transfer the asset from BAM Trading. |
| 19:52:18 | 3 | Q.   Are you aware of any other controls that |
| 19:52:20 | 4 | were put in place to comply with the consent |
| 19:52:24 | 5 | order? |
| 19:52:35 | 6 | A.   I'm not aware of. |
| 19:52:41 | 7 | Q.   When was the last time you spoke to |
| 19:52:43 | 8 | Heina Chen? |
| 19:52:58 | 9 | A.   About two weeks ago, but he or she |
| 19:53:01 | 10 | didn't respond to my message. |
| 19:53:07 | 11 | Q.   Why did you reach out to her? |
| 19:53:29 | 12 | A.   The reason why I reached out to her was |
| 19:53:31 | 13 | to ask her to add the access for an additional BAM |
| 19:53:41 | 14 | employee to access the TSS system. |
| 19:53:47 | 15 | Q.   Is that the -- does that mean -- what |
| 19:53:51 | 16 | does that mean, to give access to the TSS system? |
| 19:54:53 | 17 | A.   Because when we were talking earlier |
| 19:54:55 | 18 | about transferring from the cold wallets, it was |
| 19:54:58 | 19 | initiated on a system called TSS.  And currently |
| 19:55:05 | 20 | I'm the only one with the access to that system, |
| 19:55:13 | 21 | so I asked Heina to give access to another |
| 19:55:17 | 22 | employee in Binance.US.  And that is because Heina |
| 19:55:24 | 23 | is the admin -- administrator of TSS.  But this, |
| 19:55:30 | 24 | of course, request is from the security team of |
| 19:55:36 | 25 | our company and I was just conveying that |

133