# Exhibit 34

# In The Matter Of:

*Securities and Exchange Commission v.*
*Binance Holdings Limited, et al.*

*Gerry Ho*
*Vol. 1*
*November 29, 2023*

*Behmke Reporting and Video Services, Inc.*
*455 Market Street, Suite 1800*
*San Francisco, California 94105*
*(415) 597-5600*

Original File 41900Ho_NL.txt
**Min-U-Script® with Word Index**

Case 1:23-cv-01599-ABJ-ZMF   Document 228-34   Filed 03/08/24   Page 3 of 6
Securities and Exchange Commission v.
Binance Holdings Limited, et al.
Gerry Ho - Vol. 1
November 29, 2023

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF COLUMBIA
 3  - - - - - - - - - - - - -
 4  SECURITIES AND         )  CASE NO.
 5  EXCHANGE COMMISSION,   )  1:23-cv-01599-ABJ
 6         Plaintiff,      )
 7         v.              )
 8  BINANCE HOLDINGS       )
 9  LIMITED, BAM TRADING   )
10  SERVICES INC., BAM     )
11  MANAGEMENT US HOLDINGS )
12  INC., AND CHANGPENG    )
13  ZHAO,                  )
14         Defendants.     )
15  - - - - - - - - - - - - -
16
17          VIDEOTAPED DEPOSITION OF GERRY HO
18             WEDNESDAY, NOVEMBER 29, 2023
19               PAGES 1 - 331; VOLUME 1
20
21       BEHMKE REPORTING AND VIDEO SERVICES, INC.
22             BY:  TAMBI BALCHEN, CRR, CSR 9166
23                  455 MARKET STREET, SUITE 1800
24                  SAN FRANCISCO, CALIFORNIA  94105
25                                    (415) 597-5600
```

Page 2

```
 9         Videotaped Deposition of GERRY HO, taken
10  on behalf of the Plaintiff, at 595 Burrard Street,
11  Suite 1200, Vancouver, B.C. Canada, commencing at
12  10:04 a.m., WEDNESDAY, NOVEMBER 29, 2023, before
13  Tambi Balchen, CRR, Certified Real-time Reporter,
14  Certified Shorthand Reporter No. 9166, pursuant to
15  Notice of Deposition.
```

Page 3

```
 1  APPEARANCES OF COUNSEL:
 2  FOR THE PLAINTIFF:
 3      U.S. SECURITIES AND EXCHANGE COMMISSION
 4      BY:  MATTHEW SCARLATO, TRIAL ATTORNEY
 5           JENNIFER FARER, SENIOR TRIAL COUNSEL
 6           HOPE AUGUSTINI (via Zoom)
 7           BRIAN FALGIANO (via Zoom)
 8           ANDREW SKOLNIK (via Zoom)
 9           MELISA SOLOMON  (via Zoom)
10      100 F Street, NE
11      Washington, District of Columbia 20549-4473
12      Telephone:  (202) 551-3749
13      Email:  scarlatom@sec.gov
14
15  FOR DEFENDANT BAM TRADING SERVICES INC. AND BAM
16  MANAGEMENT US HOLDINGS INC.:
17      MILBANK LLP
18      BY:  MATT LAROCHE, ATTORNEY AT LAW
19           DAVID LOUISON, ATTORNEY AT LAW (via Zoom)
20      55 Hudson Yards
21      New York, New York  10001
22      Telephone:  212-530-5000
23      Email:  mlaroche@milbank.com
```

Page 4

```
 1  FOR DEFENDANT BINANCE HOLDINGS LIMITED:
 2      GIBSON DUNN & CRUTCHER LLP
 3      BY:  JASON MENDRO, ATTORNEY AT LAW
 4           LAURA PLACK, ATTORNEY AT LAW
 5      1050 Connecticut Avenue, N.W.
 6      Washington, D.C.  20036
 7      Telephone:  202-955-8500
 8      Email:  jmendro@gibsondunn.com
 9
10  FOR DEFENDANT CHANGPENG ZHAO:
11      LATHAM & WATKINS LLP
12      BY:  NATALIE HARDWICK RAO, ATTORNEY AT LAW
13           WILLIAM BAKER, ATTORNEY AT LAW (via Zoom)
             ZIJUN ZHAO, ATTORNEY AT LAW (via Zoom)
         555 Eleventh Street, N.W., Suite 1000
         Washington, D.C.  20004
         Telephone:  202-637-2200
         Email:  natalie.rao@lw.com
                 william.baker@lw.com


     ALSO PRESENT:
         SHAWN LAM, VIDEOGRAPHER
         BRYCE SNAPE, FTI CONSULTING (via Zoom)
```

Case 1:23-cv-01599-ABJ-ZMF   Document 228-34   Filed 03/08/24   Page 4 of 6

Securities and Exchange Commission v.
Binance Holdings Limited, et al.

Gerry Ho - Vol. 1
November 29, 2023

Page 205

1 utilized TSS protocols with respect to its customer
2 assets?
3 A. Yes.
4 Q. Tell me what you know about that.
5 A. Again, I would like to repeat myself that I
6 have a very high-level, high surface-level
7 understanding of TSS.
8     But what TSS is, according to my knowledge,
9 it's a multi-signature process of, yeah, assets.
10 Q. And what does that process do?
11 A. Certainly. When it comes to white listing an
12 address or making a -- or, sorry, or authorizing a
13 transaction, that's when TSS comes into play.
14 Q. Okay, and these are transactions that occur
15 where?
16 A. From the, according to my limited knowledge,
17 it's from the cold wallet.
18 Q. So you're talking specifically as to BAM,
19 right?
20 A. Yes.
21 Q. And just tell me what a cold wallet is, to
22 your understanding?
23 A. To my understanding, cold wallet is a safer
24 custody of assets, meaning that it's plugged; it's
25 disconnected from the majority of the funds which is

Page 206

1 the hot wallet.
2 Q. Okay. And what role, if any, did you have
3 with respect to BAM's cold wallets?
4 A. Sorry, what role did I have?
5 Q. Yes.
6 A. None at all.
7 Q. Okay, and so then on what basis do you have
8 an understanding of how it worked?
9 A. Just from my own personal and professional
10 curiosity, yeah.
11 Q. But it's fair to say there came a time that
12 you were responsible for assigning key shard holders
13 for BAM; is that right?
14     MR. LAROCHE: Objection to form.
15     THE WITNESS:
16 A. Not -- not just myself, no.
17     MR. SCARLATO:
18 Q. Well, let's take it broader then.
19 A. Sure.
20 Q. Okay, so when you came to BAM in August of
21 2020, were you involved in the key sharding process at
22 all?
23 A. Not at all, no.
24 Q. Okay. When did you come to know how it
25 worked at BAM?

Page 207

1     MR. MENDRO: Objection to form.
2     THE WITNESS:
3 A. Very late on. I don't recall exactly when.
4     MR. SCARLATO:
5 Q. Do you know the circumstances?
6 A. Yes, I do. When Brian Shroder wanted to get
7 a better understanding of how the cold wallet or hot
8 wallet works, he reached out to me and then I informed
9 him that I was never involved, I've never seen one, I
10 never touched -- I physically touched a TSS device. I
11 haven't seen one. I don't know how it works, so --
12 yeah.
13     Then I said -- I made a speculation that the
14 best person to speak to is perhaps the head of
15 clearing; he would have a more intimate knowledge of
16 how the TSS works.
17 Q. And so that's the back and forth you had with
18 Mr. Shroder, is that what you were just saying?
19 A. Sorry, Matthew?
20 Q. That was your response to Mr. Shroder?
21 A. Yes, that's correct.
22 Q. Okay.
23 A. Yeah.
24 Q. And who was the head of clearing at that
25 point in time?

Page 208

1 A. I believe it was Mr. Zhang Tao or Tao Zhang.
2 Zhang Tao.
3 Q. Who's still the head of clearing; right?
4 A. Yes.
5 Q. And that's Tao, T-a-o; right?
6 A. Yes, that's right, the same.
7     [The Court Reporter interjects for
8 clarification]
9     MR. SCARLATO: T-a-o. First name. No, wait,
10 I'm sorry. It says John. It wasn't John Tao.
11 Q. Say his name again for the Court reporter.
12 A. Sorry. Zhang Tao, Z-h-a-n-g, Zhang Tao. Z
13 for Zebra -h- --
14 Q. -a-n-g.
15 A. Zhang Tao.
16 Q. That's the last name, okay.
17     Did you go talk to Tao after that?
18 A. I did, yes.
19 Q. And what did he tell you?
20 A. Again, what I've informed you, Matthew, very
21 surface level saying that -- I asked him, Can anyone
22 make a withdrawal? He said, no, yeah, it has to be
23 from the finance or clearing team.
24     And then, number two, is there a double --
25 double checking process? And he said: Yes, there is a

Case 1:23-cv-01599-ABJ-ZMF   Document 228-34   Filed 03/08/24   Page 5 of 6

Securities and Exchange Commission v.
Binance Holdings Limited, et al.

Gerry Ho - Vol. 1
November 29, 2023

Page 209

1  multi-signature process called TSS.
2  Q.  So that's the first time you learned about
3  it?
4  A.  Yes, that's correct.
5  Q.  Okay, and is it fair to say at that time
6  Mr. Zhang was the most knowledgeable person at BAM --
7      MR. LAROCHE: Objection to form.
8      MR. SCARLATO:
9  Q.  -- about the TSS protocol?
10     MR. LAROCHE: Objection to form.
11     THE WITNESS:
12 A.  To my knowledge, yes.
13     MR. SCARLATO:
14 Q.  Okay. And so did there come a time after
15 that that you were involved in the key shard process
16 in any way?
17 A.  Myself? No.
18 Q.  Never, okay.
19 A.  But could you also clarify what you mean by
20 the -- become the process, part of the process of TSS?
21 Q.  You want me to clarify what I meant by
22 process --
23 A.  Yeah.
24 Q.  -- is that what you're saying?
25 A.  Yeah.

Page 210

1  Q.  Okay, fair enough. Just the manner by which,
2  you know, the key sharding occurred and then was used
3  in furtherance of BAM's business; were you ever
4  involved?
5  A.  No.
6  Q.  So at the time you talked to Tao that you
7  just testified about, who was responsible for TSS
8  protocols at BAM?
9  A.  He did not disclose me the names, but at the
10 time I assumed he was -- I did view that he was one of
11 them because he was head of clearing.
12 Q.  But that was an assumption? He didn't tell
13 you that? You said you assumed.
14 A.  That's correct.
15 Q.  So after that conversation, did you have any
16 role with respect to BAM's key shards ever?
17 A.  Not in terms of white listing or approving the
18 transaction, no.
19 Q.  Okay.
20 A.  But Brian did ask me to help out to decide who
21 will be the new key shard holders along with Erik
22 Kellogg.
23 Q.  When was that?
24 A.  It was this year, 2023.
25 Q.  And what prompted that discussion?

Page 211

1  A.  I don't know.
2  Q.  Do you remember the month?
3  A.  Pardon, sorry?
4  Q.  Do you remember what month this discussion
5  occurred?
6  A.  I really don't know, I'm sorry.
7  Q.  At the time, did you know how many key shard
8  holders BAM had?
9  A.  I think it was seven.
10 Q.  Okay.
11 A.  Seven.
12 Q.  All right. Are you aware if at any time BAM
13 had nine key shard holders?
14 A.  No.
15 Q.  So, to your understanding, at the time of the
16 conversation you had with Mr. Shroder, there were
17 seven?
18 A.  Sorry?
19 Q.  You said there were seven when you had this
20 conversation with Mr. Shroder; right?
21 A.  Yeah. Yes.
22 Q.  Okay, and what did you do after that?
23 A.  I -- me and Erik decided who will be the best
24 seven personnel for the key shard holders.
25 Q.  So the decision was made by you and Erik

Page 212

1  Kellogg?
2  A.  That's fair to say, yes.
3  Q.  And what was the criteria that you used to
4  decide?
5  A.  Sure. One of the criterion I was given by
6  Brian was that they have to be a U.S. resident of
7  that -- yeah.
8      And then, number two, someone that is
9  trustworthy using my best judgment, someone that's
10 trustworthy and dependable.
11     And then number three, which I suggested, was
12 not to have them in the same department or work that
13 intimately, so best to distribute them across
14 departments to avoid any collusion, yeah.
15 Q.  Did anyone other than Erik and you have
16 decision-making authority as to who these shard
17 holders would be?
18     MR. LAROCHE: Objection to form.
19     THE WITNESS:
20 A.  Not that I'm aware of, no.
21     MR. SCARLATO:
22 Q.  To what extent, if any, did anyone at Binance
23 including CZ have in the decision who those seven
24 shard holders would be?
25 A.  None at all.

Case 1:23-cv-01599-ABJ-ZMF   Document 228-34   Filed 03/08/24   Page 6 of 6

Securities and Exchange Commission v.
Binance Holdings Limited, et al.

Gerry Ho - Vol. 1
November 29, 2023

Page 301

1  Q.  Do you know who gives instructions to BAM's
2   key shard holders?
3  A.  I -- for right now or previously?
4  Q.  Right now.
5  A.  I don't know.
6  Q.  Okay.  Historically did you know?
7  A.  No.
8  Q.  Okay.  Well, it's fair to say not all of
9   BAM's assets are in the custody or control using these
10  key shards; right?
11     MR. LAROCHE: Objection to form.
12     THE WITNESS:
13 A.  In what context, please?
14     MR. SCARLATO:
15 Q.  In any context.  Right now --
16 A.  Yeah --
17 Q.  -- presently, BAM has assets that are not
18  controlled by the key shards; right?
19     MR. LAROCHE: Objection to form.
20     MR. MENDRO: Objection to form.
21     THE WITNESS:
22 A.   BAM has assets, do you mean uses funds or
23  corporate treasury, like --
24     MR. SCARLATO:
25 Q.  I mean like the hot wallets, right, those

Page 302

1   aren't controlled by the key shards; right?
2      MR. LAROCHE: Objection to form.
3      MR. MENDRO: Objection to form.
4      THE WITNESS:
5  A.  I don't think so, no.
6      MR. SCARLATO:
7  Q.  Okay.  Well, are you aware if Binance has the
8   ability to move assets out of BAM's hot wallets?
9  A.  No.
10 Q.  Do you know if Binance has any copies of
11  BAM's private keys or key shards?
12 A.  I don't know.
13 Q.  Sitting here today, do you have any reason to
14  believe that Binance has influence or involvement in
15  any way over BAM's custody or control of BAM's
16  customer assets?
17 A.  No.
18 Q.  No, it doesn't or you don't know?
19 A.  I don't know, no.
20 Q.  Are you aware of BAM employees who currently
21  take direction from Binance employees?
22 A.  Not that I'm aware of, no.
23 Q.  Do you?
24 A.  No, for sure.
25 Q.  Are you aware of Sigma Chain's role, if any,

Page 303

1   right now in BAM's -- in the platform or in BAM's
2   operations?
3      MR. LAROCHE: Objection to form.
4      THE WITNESS:
5  A.  Right now?  I know they are a market maker on
6   the spot exchange.  That's all I know.
7      MR. SCARLATO:
8  Q.  Do you know of any other account on the
9   Binance.US platform that's owned or controlled by
10  Binance.com?
11 A.  Not that I'm aware of, no.
12 Q.  Do you have any personal knowledge of any
13  loans that CZ gave to BAM?
14     [The Court Reporter interjects for
15  clarification]
16     MR. SCARLATO:
17 Q.  As to any loan that CZ gave to BAM?
18 A.  Yes, I do.
19 Q.  What do you know?
20     MR. MENDRO: I'll just object because this is
21  beyond the scope of the Consent Order, too.
22     MR. SCARLATO:
23 Q.  Okay, but you can still answer, sir?
24     THE WITNESS:
25 A.  Sure.  I vaguely do know that there was a loan

Page 304

1   or cash injection back in roughly December of last
2   year.
3      MR. SCARLATO:
4  Q.  How do you know that?
5  A.  Because I was asked -- because I was told by
6   Brian last year during Christmas period, Brian Shroder.
7      [The Court Reporter interjects for
8   clarification]
9      THE WITNESS: Christmas, yeah.
10     MR. SCARLATO:
11 Q.  Did Brian tell you why CZ made that loan?
12 A.  He did not tell me why.
13 Q.  Did you have any other conversations about
14  CZ's loan to BAM?
15 A.  No.
16 Q.  Okay.  Do you have any knowledge as to how
17  BAM is currently storing keys for its customer deposit
18  wallets?
19     MR. LAROCHE: Objection to form.
20     THE WITNESS:
21 A.  I don't know.
22     MR. SCARLATO:
23 Q.  Okay.  How about how BAM is storing its hot
24  wallet keys?
25 A.  That I don't know.