# Exhibit 35

DocuSign Envelope ID: E8AEA4D8-B7CF-4BF5-B2A5-D32541162F0A



Krishna Juvvadi
Head of Legal
BAM Trading Services Inc. d/b/a Binance.US
252 NW 29th Street, Suite 905
Miami, Florida 33127
krishna.juvvadi@binance.us

August 18, 2023

**VIA EMAIL**

Michael Fernandez
FGMK, LLC
333 W. Wacker Drive, 6th Floor
Chicago, Illinois 60606

      Re:    *BAM Trading's Representations of Digital Asset Custody*

Dear Michael,

      I write in response to your June 15, 2023 letter regarding how BAM Trading Services, Inc. ("BAM Trading" or the "Company") historically held digital assets maintained on behalf of its customers and how the Company has described those practices to FGMK and the Securities and Exchange Commission ("SEC").

      As described below, we believe that much of the confusion regarding these issues arises from the different purposes for which you and the SEC were evaluating custody of BAM Trading's assets and the existence of a contract governing custody of customer assets that did not actually reflect or govern the relationship of the parties. Since its inception, BAM Trading has relied on wallet custody software developed by Binance Holdings Limited ("BHL") to maintain custody of digital assets held by the Company and its customers. Until December 1, 2022, BAM Trading and BHL were also parties to a Wallet Custody Agreement (the "Agreement") that purported to govern the use of that software. However, while that agreement was legally binding, the custodial arrangement of the parties was not implemented pursuant to the terms described in the Agreement. Specifically, BAM Trading possessed far more legal control than was described in the Agreement.

I.      CUSTODY OF BAM TRADING'S DIGITAL ASSETS

      The following summarizes how BAM Trading maintains custody of customer crypto through the BHL wallet custody software.[1] Where relevant, we note how these practices have changed since March 2022. The Company holds customer and proprietary digital assets in wallets created and maintained by the BHL wallet custody software in an Amazon Web Services ("AWS")

---

[1] As you are aware, BAM Trading also maintains certain digital assets at BitGo and Aegis, which we are not describing here. Unless otherwise noted, we are also not addressing certain technical issues related to the implementation of BAM Trading's staking program.

DocuSign Envelope ID: E8AEA4D8-B7CF-4BF5-B2A5-D32541162F0A



datacenter in Northern Virginia.[2]  The AWS account holding these wallets is associated with BHL. However, as described below, BAM Trading maintains exclusive control over the movement of these assets and no BHL personnel can authorize the movement of assets from those wallets or change the permissions for BAM Trading's wallets.

### A.  Deposit Wallets

Digital assets deposited by customers from external wallets are held in customer-specific "deposit wallets."  If the balance of these wallets exceeds predefined thresholds, set exclusively by BAM Trading personnel, the entire wallet balance is transferred from the customer-specific deposit wallet to an omnibus "hot wallet."

### B.  Hot Wallets

BAM Trading's omnibus hot wallets are used to conduct on-chain activity associated with BAM Trading's business, including transferring customers' digital assets to external wallets. Customer initiated transfers of less than $1 million (which may vary due to customer-level KYC attributes) are automatically approved by BAM Trading's system.  Transactions larger than $1 million (or the customer-specific limit) must be manually reviewed and authorized by two different members of BAM Trading's Clearing team through BAM Trading's "PNK" interface.  Transfers initiated by BAM Trading personnel, such as movements of corporate assets, must also be reviewed and authorized by two different members of BAM Trading's Clearing team through PNK.  Until February 2023, two BHL personnel retained legacy access to BAM Trading's PNK system.  However, these personnel did not approve any transfers from PNK since at least March 2022.

BAM Trading has configured its hot wallets to hold approximately five-times the daily-average transaction volume for each asset listed on the BAM Trading platform.  If the balance held in a hot wallet exceeds the thresholds set by Company personnel, the excess balance is automatically transferred to one of BAM Trading's cold wallets.

### C.  Cold Wallets

BAM Trading's cold wallets rely on Threshold Signature Scheme ("TSS") encryption to securely hold assets when they are not immediately needed to conduct on-chain transactions or to facilitate transfers off the platform.  The Company's TSS protocol is currently configured to rely on seven "key shards," all of which are held by BAM Trading personnel.  Four shards are required

---

[2]  Until early 2023, the Company held certain assets in an AWS datacenter in Tokyo.  There were no cold wallets associated with the Tokyo datacenter, but the custody practices were otherwise identical.

CONFIDENTIAL                                                                                                                                        BAM_SEC_LIT_00004991



to approve any transfers from the cold wallets.[3] Transfers are initiated by BAM Trading personnel through a TSS portal.

From approximately January 2023 until July 2023, BAM Trading held four shards and BHL held the remaining three shards; four shards were necessary to approve any transfer. Under this arrangement, all transfers from BAM's cold wallets required the involvement of at least one BAM Trading employee. During this time, BHL personnel were responsible for initiating transfers through a TSS portal.

Prior to January 2023, BAM Trading held three shards, but a majority of the shards were held by BHL personnel. During this time, three shards were required to approve any transfers from the cold wallets, which were initiated by BHL personnel, and both BAM Trading and BHL had the technical ability to approve transfers from BAM Trading's cold wallets, although in practice, such transfers were always initiated by BAM Trading personnel.

At all times, BAM Trading's cold wallets have been further configured to only permit transfers to a list of preapproved wallets. This list includes only the Company's hot wallets and wallets used to facilitate the Company's staking program. Adding additional "whitelisted" wallets requires the unanimous approval of all shardholders. As a result, since at least March 2022, any transfers from BAM Trading's cold wallets could only be made to wallets designated and approved by BAM Trading.

II.  THE WALLET CUSTODY AGREEMENT

As you are aware, BAM Trading executed the Agreement with BHL on January 7, 2020. At the same time, BAM Trading and BHL also entered a Software License Agreement and a Master Services Agreement. Under the Agreement, BHL was to "serve as a custodian" for BAM Trading's digital assets, with the understanding that BAM Trading would "not exercise day-to-day oversight" of BHL's activities.[4] In addition, BHL also agreed to, among other things:

- **Agreement § 3.1.1**: "[E]stablish and maintain Marketplace User Custody Accounts and Marketplace Custody Account as instructed by [BAM Trading]." The Agreement provides that these Marketplace User Custody Accounts would involve the creation of segregated Virtual Currency Wallets that were dedicated to each BAM Trading customer—defined as a "Marketplace User Account Holder."

---

[3]  BAM Trading also maintains TSS-enabled staking wallets. The TSS protocol for these staking wallets relies on four key shards. BAM Trading currently holds all four shards. Until July 2023, two shards were held by BAM Trading and two shards were held by BHL. Two shards have always been needed to authorize a staking operation. Like the Company's cold wallets, the TSS-enabled staking wallets are further configured to only permit transfers to a list of preapproved wallets and adding additional "whitelisted" wallets requires the unanimous approval of all shardholders. The only whitelisted wallets for BAM Trading's staking wallets are BAM Trading's cold wallets; as a result, assets in these staking wallets cannot be transferred away from the BAM Trading platform.

[4]  It is unclear what the parties contemplated when they agreed that BAM Trading would "not exercise day-to-day oversight" of BHL's activities. However, as discussed, BAM Trading has actively managed the custody of the assets maintained in the BHL wallet custody software since at least March 2022.

3

CONFIDENTIAL    BAM_SEC_LIT_00004992



- **Agreement § 3.1.2**: Hold "in safe custody, the Assets in each Custody Account," by among other things, "safekeeping all private keys, physical keys, access codes, access devices, combinations, and similar security codes, devices, and identifiers."
- **Agreement § 3.1.3**: "[T]imely, accurately, and safely transfer Assets from any Custody Account in accordance with the provisions of this Agreement and any Proper Instructions."
- **Agreement § 3.1.5**: "[M]aintain capital adequacy requirements to the extent required by Applicable law."
- **Agreement § 3.1.9**: "[O]n a daily basis, transfer 10% of [BAM Trading's] fees to [BAM Trading's] Secure Asset Fund for Users."

However, contrary to the terms of the Agreement, since at least March 2022 or earlier, BHL either did not perform these tasks at all or did not perform them in the manner suggested by the language of the Agreement. Specifically:

- Despite the provisions of Section 3.1.1 of the Agreement, BHL did not create segregated accounts and dedicated wallets for each of BAM Trading's customers. As we noted above, BAM Trading primarily maintains digital assets in omnibus wallets that contain both customer and corporate assets; individual ownership records are tracked via an internal ledger.
- Despite the provisions of Section 3.1.2 of the Agreement, BHL did not maintain access to all of the private keys and access devices for assets maintained in the wallet custody software. Since at least March 2022, the keys for the hot wallets have been maintained in a BHL AWS environment, but controlled by BAM Trading's PNK system and subject to the exclusive control of BAM Trading. Further, since at least March 2022, BAM Trading has maintained sufficient key shards to independently authorize transfers from BAM Trading's cold wallets.[5]
- For the same reason, BHL was not in fact responsible for all transfers from BAM Trading's digital asset wallets, as suggested by Section 3.1.3 of the Agreement. Since at least March 2022, BAM Trading has been responsible for all external transfers and has had practical control of all internal transfers from its cold wallets.
- Finally, BHL has never been involved in maintaining BAM Trading's capital requirements, as suggested by Agreement Section 3.1.5, and has never transferred fees to a Secure Asset Fund for Users as contemplated by Agreement Section 3.1.9.

For these reasons, while BAM Trading has always used BHL's wallet custody software, the custodial arrangement was not implemented as contemplated by the Agreement and it was not fully operationalized. Instead, the Company believes that its use of the BHL wallet custody software is more appropriately governed by its Software License Agreement with BHL, which expressly covers software designed to provide "[d]igital currency wallet services." In light of these factors, BAM Trading formally terminated the Agreement as of December 1, 2022.

---

[5] This is consistent with Note 9 of the Company's 2022 audited financial statements. While the introductory language notes the existence of the Agreement, the following description focuses on BAM Trading's role in safeguarding assets and the associated private keys.

DocuSign Envelope ID: E8AEA4D8-B7CF-4BF5-B2A5-D32541162F0A



As the Company described the arrangement to the SEC, we also believe that the relationship between BAM Trading and BHL provided the Company with actual and *legal* control over the digital assets maintained on behalf of its customers since at least March 2022 and that, from a legal perspective, it was the custodian of those assets. For these purposes, we understand "custody" and "control" to refer to BAM Trading's exclusive ability to transfer or withdraw assets to external accounts. As described above, while BHL historically had some involvement in transfers of assets from BAM Trading's cold wallets, those transfers could only be made to preapproved wallets identified by BAM Trading and BAM Trading retained exclusive control over its hot wallets, from which external transfers had to be made.

We understand that this analysis of the concept of control is different from that set forth under the AICPA's guidance for accounting for and auditing of digital assets. The AICPA guidance is directed at whether the "depositor" or "custodian" should recognize a digital asset on its balance sheet. This analysis is heavily informed by and focuses on the nature of the *agreement* between the depositor and the custodian. In determining whether the digital assets should be recognized on-balance sheet, the AICPA guidance also asks a number of questions regarding whether the custodial relationship results in a transfer of ownership. However, while these questions are important for the accounting determination, they largely do not focus on the allocation of technical control between the platform and a service provider, which was the focus of our explanation in our discussions with the SEC. Thus, we understand that, given these factors, the Company's 2022 financial statements identified BHL as the custodian because the Agreement was legally valid until it was terminated.

We believe that the representations that BAM Trading made to FGMK and to its prior auditor about the Agreement were accurate. In its May 10, 2023 Management Representation Letter to FGMK, BAM Trading represented that "[p]rior to termination of the [Agreement] on December 1, 2022, crypto assets were recorded as receivables and measured at their fair value, as determined by market prices or other relevant valuation methods. After the termination of the wallet custody agreement, the Company accounts for digital assets as intangible assets that are evaluated for impairment." This representation accurately describes the accounting treatment of the Company's digital assets before and after the termination of the Agreement and does not address how control was allocated between BAM Trading and BHL.

Similarly, in its May 20, 2022 Management Representation Letter to Armanino, the Company represented that "through [the Agreement], the Company has right of ownership of all corporate digital assets and right of control over all custodial digital assets." This representation is also entirely accurate. While it notes the existence of the Agreement, it makes clear that BAM Trading did, in fact, control the digital assets maintained held in the wallet custody software.

* * *

We hope that this information resolves your questions regarding the Agreement and any apparent tension between our statements to you and the SEC. We are happy to provide any additional information you may require.

CONFIDENTIAL                                                                                                                    BAM_SEC_LIT_00004994



Sincerely,

**Krishna Juvvadi**

Head of Legal

BAM Trading Services Inc. d/b/a Binance.US



CONFIDENTIAL                                                                                         BAM_SEC_LIT_00004995