UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>    Defendants. | No. 1-23-cv-01599-ABJ-ZMF |

**JOINT MOTION FOR A PROTECTIVE ORDER
GOVERNING DISCOVERY**

Plaintiff Securities and Exchange Commission ("SEC"), Defendant Binance Holdings Limited, Defendant BAM Trading Services Inc., Defendant BAM Management US Holdings Inc., and Defendant Changpeng Zhao (collectively, the "Parties"), through undersigned counsel jointly move for the entry of the proposed protective order accompanying this Motion to govern the disclosure, dissemination, and use of material disclosed in discovery in the above-captioned litigation (hereafter the "Litigation"), including discovery pursuant to the June 17, 2023 Consent Order (Dkt. No. 71) (hereafter the "Consent Order").

Documents and other information disclosed by any Party or non-party during this Litigation may contain confidential or other nonpublic information designated as "Protected Material" as specified in the proposed protective order. The Parties have agreed to a proposed protective order that identifies how such information will be protected and disclosed during the course of this Litigation, including in court filings and proceedings.

1

The Parties' current proposal for use of Protected Material in court filings and proceedings—which was revised pursuant to the Court's November 14, 2023 Minute Order—includes a new procedure providing that any Party or non-party who includes Protected Material in a filing will also contemporaneously file a motion to seal. The proposed procedure further provides that the Party or non-party who designated the particular Protected Material ("Designating Party") bears the responsibility of filing a brief with the Court substantiating the grounds for sealing. Specifically, when the Designating Party includes in a filing information it has designated Protected Material, the Designating Party will submit a brief in support of sealing contemporaneously with the filing and motion to seal. If a Designating Party's Protected Material is included in the filing of a different Party or non-party, the Designating Party will file a brief in support of sealing or a notice withdrawing the confidentiality designations within seven (7) days.

This proposed procedure is intended to address that (i) the Court requires any materials intended to be filed under seal to be accompanied by a motion to seal, *see* November 14, 2023 Minute Order; and (ii) a Party that includes in its own filing Protected Material designated by another Party or non-party is not in the best position to substantiate sufficiently the request for confidentiality and should not assume the procedural or substantive burden of justifying sealing in such a situation. Further, the proposed procedure is intended to allow the Designating Party a fair opportunity to review other Parties' submissions and related exhibits (including when they are filed before weekends and holidays), to confer with the filing Party or non-party and affected clients, to prepare briefing in support of sealing, and to prepare redactions for public versions of the filings.

The Parties submit that the proposed protective order, including the proposed procedure for use of Protected Material in court filings and proceedings, complies with the Local Rules and

properly balances the interests of facilitating open proceedings and affording any Designating Party an opportunity to brief the Court on circumstances in which it believes its Protected Material merits protection from disclosure.

Dated: March 12, 2024

Respectfully submitted,

*/s/ Elisa Solomon*
Matthew Scarlato (D.C. Bar No. 484124)
Jennifer L. Farer (D.C. Bar No. 1013915)
David A. Nasse (D.C. Bar No. 1002567)
SECURITIES AND EXCHANGE COMMISSION
(202) 551-3749 (Scarlato)
scarlatom@sec.gov

J. Emmett Murphy
Elisa Solomon
Jorge G. Tenreiro
SECURITIES AND EXCHANGE COMMISSION
100 Pearl Street
New York, NY 10004
(212) 336-0078 (Murphy)
murphyjoh@sec.gov
tenreiroj@sec.gov
solomonel@sec.gov

*Attorneys for Plaintiff*

*/s/ Daniel J. Davis*
Daniel J. Davis (D.C. Bar #484717) (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Ave NW
Washington DC 20006
daniel.davis@katten.com

Christian T. Kemnitz (*pro hac vice*)
Levi Giovanetto (D.C. Bar #1001160) (*pro hac vice*)
Sheehan H. Band (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
christian.kemnitz@katten.com
levi.giovanetto@katten.com
sheehan.band@katten.com

Gary DeWaal (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020
gary.dewaal@katten.com

George S. Canellos (*pro hac vice*)
Matthew Laroche (*pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY 10001-2163
212-530-5792
gcanellos@milbank.com
mlaroche@milbank.com

*Attorneys for Defendants BAM Trading Services Inc. and BAM Management Holdings US Inc.*

*/s/ Daniel W. Nelson*
Daniel W. Nelson (DC Bar No. 433415)
Jason J. Mendro (DC Bar No. 482040)
M. Kendall Day (*pro hac vice*)
Amy Feagles (*pro hac vice*)
Matt Gregory (DC Bar No. 1033813)
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
DNelson@gibsondunn.com
RGrime@gibsondunn.com
JMendro@gibsondunn.com
SBrooker@gibsondunn.com
KDay@gibsondunn.com
AFeagles@gibsondunn.com
MGregory@gibsondunn.com

*Attorneys for Defendant Binance Holdings Limited*

4

/s/ *Abid R. Qureshi*
Heather A. Waller (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 993-9767
heather.waller@lw.com

Abid R. Qureshi (D.C. Bar No. 459227)
William R. Baker, III (D.C. Bar No. 383944)
Eric S. Volkman (D.C. Bar No. 490999)
Michael E. Bern (D.C. Bar No. 994791)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
abid.qureshi@lw.com
william.baker@lw.com
eric.volkman@lw.com
michael.bern@lw.com

Douglas K. Yatter (*pro hac vice*)
Benjamin Naftalis (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
douglas.yatter@lw.com
benjamin.naftalis@lw.com
Melanie M. Blunschi (*pro hac vice)*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 391-0600
Fax: (415) 395-8095
melanie.blunschi@lw.com

*Attorneys for Defendant Changpeng Zhao*