UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Securities and Exchange Commission respectfully submits this Notice of Supplemental Authority to inform the Court of a recent ruling in *SEC v. Coinbase, Inc.*, No. 23-cv-4738, Dkt. No. 105 (S.D.N.Y. Mar. 27, 2024), which is attached as Exhibit A.

Dated: March 27, 2024

Respectfully submitted,

s/ Matthew Scarlato
Matthew Scarlato (D.C. Bar No. 484124)
Jennifer L. Farer (D.C. Bar No. 1013915)
J. Emmett Murphy
David A. Nasse (D.C. Bar No. 1002567)
Jorge G. Tenreiro
Elisa S. Solomon
SECURITIES AND EXCHANGE
 COMMISSION
100 F Street, NE
Washington, DC 20549
(202) 551-3749 (Scarlato)
scarlatom@sec.gov

*Attorneys for Plaintiff*