UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>*Defendants*. | No. 1:23-cv-01599-ABJ-ZMF<br><br>*** SEALED*** |

### ORDER GRANTING BAM'S MOTION FOR RELIEF FROM THE CONSENT ORDER

Pending before the Court is BAM Trading Services Inc.'s and BAM Management US Holdings Inc.'s (together, "BAM") Motion for Relief from the Consent Order (Dkt. No. 71) to permit the exchange of BAM-custodied BEP-2 unstaked and staked assets (the "Unstaked BEP-2 Assets" and "Staked BEP-2 Assets," respectively). Upon due consideration of the Motion, the Court concludes that the Motion should be granted.

Accordingly, it is hereby **ORDERED** that BAM's Motion is **GRANTED** as follows:

1) BAM is authorized to receive from Binance Holdings Limited ("BHL") native tokens of equivalent value (on a token-by-token basis) to BAM's Unstaked BEP-2 Assets. After BAM has received those native tokens of equivalent value, BAM may then transfer its Unstaked BEP-2 Assets to BHL. For the avoidance of doubt, BAM may not transfer the Unstaked BEP-2 Assets to BHL until it receives native tokens of equivalent value (on a token-by-token basis) from BHL. BAM will identify the Unstaked BEP-2 Assets to the SEC in advance of the transactions,

and BAM may engage in the foregoing transactions notwithstanding the provisions of the Consent Order.

2)      For BAM's Staked BEP-2 Assets, BAM is authorized to conduct on-chain transfers via smart contracts that will result in the "burning" of the BEP-2 assets and the minting of BEP-20 assets to replace the BEP-2 assets. BAM will identify the Staked BEP-2 Assets to the SEC in advance of the transactions, and BAM may engage in the foregoing transactions notwithstanding the provisions of the Consent Order.

3)      BAM is relieved from any Consent Order requirements with respect to exchanges of BEP-2 tokens for native chain tokens that it conducted with a non-Binance Entity third-party liquidity provider.

4)      BAM is permitted to conduct the above transactions notwithstanding the provision in Section II.6 in the Consent Order stating "that BAM Trading may continue to transfer Customer Assets to external wallets or accounts solely at the direction of the beneficial owners of such Customer Assets or to support redemptions or transfers directed by such customers subject to the prohibition above that BAM Trading and BAM Management, including their officers and employees, may not in any circumstance transfer Customer Assets to or for the benefit of any of the Binance Entities."

Dated: May 10, 2024

_____
Amy Berman Jackson
UNITED STATES DISTRICT JUDGE