UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        *Plaintiff*,<br><br>  v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>        *Defendants*. | No. 1:23-cv-01599-ABJ-ZMF |

**BAM MANAGEMENT US HOLDINGS INC.'S AND BAM TRADING SERVICES INC.'S SECOND NOTICE REGARDING THE COURT'S MAY 10, 2024 ORDER**

Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc. (collectively, "BAM") write to notify the Court and Plaintiff Securities and Exchange Commission ("SEC") that the transactions authorized by the Court's order, dated May 10, 2024 (the "May 10 Order") are now complete.  Consistent with BAM's May 10, 2024 notice to the Court, BAM is filing on the public docket the following documents currently under seal related to the transactions, which are attached as Exhibits 1 through 4 to this notice.  BAM also respectfully requests that the Court unseal its May 10 Order.

- Exhibit 1: BAM's Motion to Seal, Motion for Relief from the Consent Order and related attachments, dated May 8, 2024.

- Exhibit 2: SEC's Motion to Seal and Response to BAM's Motion for Relief from the Consent Order, dated May 9, 2024.

- Exhibit 3: BAM's Supplemental Notice Regarding Certain Sealed Documents, dated May 10, 2024.

- 2 -

- Exhibit 4: BAM's Notice Regarding the Court's May 10, 2024 Order, dated May 15, 2024.

Dated: May 17, 2024

/s/ Daniel J. Davis
Daniel J. Davis (D.C. Bar #484717) (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Ave NW
Washington DC 20006
daniel.davis@katten.com

Christian T. Kemnitz (*pro hac vice*)
Levi Giovanetto (D.C. Bar #1001160) (*pro hac vice*)
David Luger (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
christian.kemnitz@katten.com
levi.giovanetto@katten.com
david.luger@katten.com

Gary DeWaal (pro hac vice)
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020
gary.dewaal@katten.com

*Attorneys for Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc.*

Respectfully submitted,

/s/ George S. Canellos
George S. Canellos (*pro hac vice*)
Matthew J. Laroche (*pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY 10001
GCanellos@milbank.com
MLaroche@milbank.com

*Attorneys for Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc.*