# EXHIBIT 3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    *Plaintiff*,<br><br> v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>    *Defendants*. | No. 1:23-cv-01599-ABJ-ZMF |

## BAM MANAGEMENT US HOLDINGS INC.'S AND BAM TRADING SERVICES INC.'S SUPPLEMENTAL NOTICE REGARDING CERTAIN SEALED DOCUMENTS

On May 8, 2024, Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc. (collectively, "BAM"), moved the Court, pursuant to the Protective Order Governing Discovery, entered on March 13, 2024 (Dkt. 231 (the "Protective Order")), Local Civil Rule 5.1(h), and the Court's inherent authority, to enter an order maintaining under seal BAM's Motion for Relief from the Consent Order and accompanying papers (together, the "Motion for Relief"). Dkt. 237. On May 9, 2024, Plaintiff Securities and Exchange Commission ("SEC") moved the Court to maintain its response to the Motion for Relief under seal (the "Response"). Dkt. 238. The same day, the Court granted the parties' request to maintain the Motion for Relief and Response under seal. Dkt. Minute Order, May 9, 2024. On May 10, 2024, the Court issued an order granting BAM's Motion for Relief and filed it under seal (the "Order"). Dkt. 241.

Under Section 11(b) of the Protective Order, the party seeking to file under seal "shall promptly, and within 24 hours, file on the docket a public version of the filing, with Protected Material redacted pending resolution of the accompanying motion to seal." BAM proposes that

the Court maintain the Motion for Relief, Response, and Order fully under seal until BAM completes the transactions identified in its Motion for Relief. Once those transactions are complete, which will likely occur on or before May 15, 2024, BAM proposes that the parties file their respective submissions on the public docket without redactions by the following business day and that the Court unseal the Order. BAM will notify the Court and the parties should it anticipate that the proposed transactions will not be completed by May 15, 2024. BAM believes that maintaining the documents fully under seal in the interim will help to ensure that potential criminal actors cannot use those filings to target the planned transactions involving a significant amount of BAM customer assets.

BAM has conferred with the SEC, which does not object to this request.

## **CONCLUSION**

For the foregoing reasons, BAM respectfully requests that the Motion for Relief, Response, and Order be maintained under seal until the transactions described therein are complete.

- 3 -

Dated: May 10, 2024                                                      Respectfully submitted,


*/s/ Daniel J. Davis*                                                              */s/ George S. Canellos*
Daniel J. Davis (D.C. Bar #484717) (*pro hac vice*)   George S. Canellos (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP              Matthew J. Laroche (*pro hac vice*)
1919 Pennsylvania Ave NW                             MILBANK LLP
Washington DC 20006                                  55 Hudson Yards
daniel.davis@katten.com                              New York, NY 10001
                                                     GCanellos@milbank.com
                                                     MLaroche@milbank.com
Christian T. Kemnitz (*pro hac vice*)
Levi Giovanetto (D.C. Bar #1001160) (*pro hac vice*)  *Attorneys for Defendants BAM Trading Services Inc. and BAM Management Holdings US Inc.*
David Luger (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
christian.kemnitz@katten.com
levi.giovanetto@katten.com
david.luger@katten.com

Gary DeWaal (pro hac vice)
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020
gary.dewaal@katten.com

*Attorneys for Defendants BAM Trading Services Inc. and BAM Management Holdings US Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 10, 2024, I filed the foregoing document under seal through the Court's ECF system, and caused to be served via email copies of the following document upon Plaintiff the Securities and Exchange Commission and Defendants Binance Holdings Limited and Changpeng Zhao:

a) BAM Management US Holdings Inc.'s and BAM Trading Services Inc.'s Supplemental Notice Regarding Certain Sealed Documents

Dated: May 10, 2024                                    /s/ *Matthew Laroche*
                                                                Matthew Laroche