# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    *Plaintiff*,<br><br>  v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>    *Defendants*. | No. 1:23-cv-01599-ABJ-ZMF |

**BAM MANAGEMENT US HOLDINGS INC.'S AND BAM TRADING SERVICES INC.'S NOTICE REGARDING THE COURT'S MAY 10, 2024 ORDER**

  Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc. (collectively, "BAM") write to provide an update to the Court and Plaintiff Securities and Exchange Commission ("SEC") concerning the transactions authorized by the Court's order, dated May 10, 2024. BAM personnel are continuing to work with personnel of Binance Holdings Limited ("BHL") to ensure that the transactions are conducted securely, safely, and consistent with the terms of the Court's order. BAM presently expects that those transactions will be complete within the next week and will notify the Court and SEC upon completion. Consistent with BAM's May 10, 2024 notice to the Court, BAM will file any documents currently under seal related to the transactions on the public docket one business day after the transactions are complete.

- 2 -

Dated: May 15, 2024 	Respectfully submitted,

*/s/ Daniel J. Davis*
Daniel J. Davis (D.C. Bar #484717) (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Ave NW
Washington DC 20006
daniel.davis@katten.com

Christian T. Kemnitz (*pro hac vice*)
Levi Giovanetto (D.C. Bar #1001160) (*pro hac vice*)
David Luger (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
christian.kemnitz@katten.com
levi.giovanetto@katten.com
david.luger@katten.com

Gary DeWaal (pro hac vice)
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020
gary.dewaal@katten.com

*Attorneys for Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc.*

*/s/ George S. Canellos*
George S. Canellos (*pro hac vice*)
Matthew J. Laroche (*pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY 10001
GCanellos@milbank.com
MLaroche@milbank.com

*Attorneys for Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc.*

- 3 -

## CERTIFICATE OF SERVICE

     I hereby certify that on May 15, 2024, I filed the foregoing document under seal through the Court's ECF system, and caused to be served via email copies of the foregoing document upon Plaintiff the Securities and Exchange Commission and Defendants Binance Holdings Limited and Changpeng Zhao.


Dated: May 15, 2024                              /s/ *Matthew Laroche*
                                                       Matthew Laroche