# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, *et al.*,<br><br>*Defendants*, | No. 1:23-cv-01599-ABJ-ZMF |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Civil Rule 83.6(b) the undersigned, Alexis Zhang, respectfully notices the withdrawal of her appearance as counsel for Amicus Curiae Circle Internet Financial LLC in the above-captioned matter. By and through the other attorneys listed on the docket, Jones Day will continue to appear on behalf of Circle in this action.

Dated: June 20, 2024

Respectfully submitted,

/s/ Alexis Zhang
Alexis Zhang (*pro hac vice*)
JONES DAY
51 Louisiana Ave., NW
Washington, D.C. 20001
T: (202) 879-3939
F: (202) 626-1700

CIRCLE INTERNATIONAL FINANCIAL
99 High Street
Suite 1701
Boston, MA 02110
T: (800) 398-7172

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record.

Respectfully submitted,

 /s/ Alexis Zhang
Alexis Zhang (*pro hac vice*)
JONES DAY
51 Louisiana Ave., NW
Washington, D.C. 20001
T: (202) 879-3939
F: (202) 626-1700