# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   *Plaintiff,*<br><br> v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>   *Defendants.* | Civil Action No. 1-23-cv-01599-ABJ-ZMF |

## NOTICE OF APPEARANCE

To the clerk of court and all parties of record:

PLEASE enter the appearance of Jeremy M. Christiansen as counsel in the above-captioned matter on behalf of Defendant Binance Holdings Limited. I certify that I am admitted or otherwise authorized to practice in this Court.

Dated: July 29, 2024          Respectfully submitted,

                  /s/ Jeremy M. Christiansen
                 Jeremy M. Christiansen (D.C. Bar #1044816)
                 jchristiansen@gibsondunn.com
                 GIBSON, DUNN & CRUTCHER LLP
                 1050 Connecticut Avenue, N.W.
                 Washington, D.C. 20036-5306
                 Telephone: (202) 887-3623
                 Facsimile: (202) 467-0539

                 *Counsel for Defendant*
                 *Binance Holdings Limited*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 29, 2024, I caused a copy of the foregoing Notice of Appearance to be filed with the Clerk of Court via the CM/ECF system, which will give notice to all counsel of record.

                                                             /s/ Jeremy M. Christiansen
                                                             Jeremy M. Christiansen
                                                             (D.C. Bar #1044816)