UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>Defendants. | Civil Action No. 1-23-cv-01599 |

## NOTICE OF APPEARANCE

To the clerk of court and all parties of record:

PLEASE enter the appearance of William A. Burck as counsel in the above-captioned matter on behalf of Defendant Changpeng Zhao. I certify that I am admitted or otherwise authorized to practice in this Court.

Dated: August 21, 2024

Respectfully submitted,

/s/ William A. Burck
William A. Burck
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW
Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000
williamburck@quinnemanuel.com

*Counsel for Defendant Changpeng Zhao*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 21, 2024, I caused a copy of the foregoing Notice of Appearance to be filed with the Clerk of Court via the CM/ECF system, which will give notice to all counsel of record.

/s/ William A. Burck
William A. Burck
(D.C. Bar #979677)