IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

        *Plaintiff,*

v.

BINANCE HOLDINGS LIMITED,
BAM TRADING SERVICES INC.,
BAM MANAGEMENT US HOLDINGS
INC., AND CHANGPENG ZHAO

        *Defendants.*

Case No.: 1:23-cv-01599-ABJ

**NOTICE OF WITHDRAWAL**

    Pursuant to Local Civil Rule 83.6(b), please take notice that Heather A. Waller of the firm Latham & Watkins LLP is withdrawing as counsel of record for Defendant Changpeng Zhao ("Defendant") in the above-captioned matter. This withdrawal will not unduly delay trial, which has not yet been scheduled. Additionally, no party will be unfairly prejudiced by this withdrawal, and it is not counter to the interests of justice. Attorneys William A. Burck and Avi Perry of Quinn Emanuel Urquhart & Sullivan LLP will continue to represent Defendant in this matter.

Dated: August 22, 2024                      Respectfully submitted,

/s/ *Heather A. Waller*
Heather A. Waller (*pro hac vice*)
IL Bar No. 6302537
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-6554
Facsimile: (312) 993-9767
E-mail: heather.waller@lw.com

*Attorney for Defendant Changpeng Zhao*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2024, I caused a true and correct copy of the foregoing Notice of Withdrawal to be filed via the Court's CM/ECF system.

*/s/ Heather A. Waller*
Heather A. Waller (*pro hac vice*)