# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        *Plaintiff,*<br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO<br><br>        *Defendants.* | Case No.: 1:23-cv-01599-ABJ |

## NOTICE OF WITHDRAWAL

Pursuant to Local Civil Rule 83.6(b), please take notice that Douglas Yatter of the firm Latham & Watkins LLP is withdrawing as counsel of record for Defendant Changpeng Zhao ("Defendant") in the above-captioned matter. This withdrawal will not unduly delay trial, which has not yet been scheduled. Additionally, no party will be unfairly prejudiced by this withdrawal, and it is not counter to the interests of justice. Attorneys William A. Burck and Avi Perry of Quinn Emanuel Urquhart & Sullivan LLP will continue to represent Defendant in this matter.

Dated: August 22, 2024                      Respectfully submitted,

*/s/ Douglas Yatter*
Douglas Yatter (*pro hac vice*)
NY Bar No. 4049409
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1211
Facsimile: (212) 751-4864
E-mail: douglas.yatter@lw.com

*Attorney for Defendant Changpeng Zhao*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2024, I caused a true and correct copy of the foregoing Notice of Withdrawal to be filed via the Court's CM/ECF system.

/s/ Douglas Yatter
Douglas Yatter (*pro hac vice*)