UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,

    Defendants.

Case No. 1-23-cv-01599

## MOTION FOR EMILY KAPUR'S ADMISSION *PRO HAC VICE*

I, Avi Perry, a member in good standing of the Bar of the U.S. District Court for the District of Columbia, respectfully request permission for Emily Kapur to appear *pro hac vice* and participate as counsel for Defendant Changpeng Zhao in the above-captioned action.

DATED: August 29, 2024

*/s/ Avi Perry*
Avi Perry
D.C. Bar #90023480
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW
Suite 900
Washington, D.C. 20005
Tel: (202) 538-8330
aviperry@quinnemanuel.com

*Counsel for Defendant Changpeng Zhao*