UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>        Defendants. | Civil Action No. 1-23-cv-01599 |

**[PROPOSED] ORDER GRANTING MOTION
FOR EMILY KAPUR TO APPEAR *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(e), the Court grants the motion for Emily Kapur to appear *pro hac vice* and appear as counsel for Defendant Changpeng Zhao in the above-captioned action.

**IT IS SO ORDERED.**

Date: _____      _____

                                                              The Honorable Amy Berman Jackson
                                                              United States District Judge