UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>Defendants. | Case No. 1-23-cv-01599-ABJ |

## NOTICE OF APPEARANCE

The Court will please enter the appearance of Emily Kapur (*pro hac vice*) on behalf of Defendant Changpeng Zhao. Ms. Kapur is a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, at 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065. Her email is emilykapur@quinnemanuel.com.

DATED: August 30, 2024

Respectfully submitted,

*/s/ Emily Kapur*
Emily Kapur
California Bar No. 306724
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr.
5th Floor
Redwood Shores, California 94065
Tel: (650) 801-5122
emilykapur@quinnemanuel.com.

*Counsel for Defendant Changpeng Zhao*