IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>　　　　　*Defendants*. | Case No. 1:23-cv-01599-ABJ-ZMF |

**NOTICE OF CHANGE OF ADDRESS**

　　The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-captioned case be updated accordingly. My new address is as follows:

　　　　Gibson, Dunn & Crutcher LLP
　　　　1700 M Street, N.W.
　　　　Washington, D.C.  20036-4504

| | |
|---|---|
| Dated:  September 11, 2024 | Respectfully submitted,<br><br>*/s/ Jeremy M. Christiansen*　　　　　　<br>Jeremy M. Christiansen (D.C. Bar # 1044816)<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M Street, N.W.<br>Washington, D.C.  20036-4504<br>Telephone: (202) 887-3623<br>Facsimile: (202) 467-0539<br>jchristiansen@gibsondunn.com<br><br>*Attorney for Defendant Binance Holdings Limited* |