IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>*Defendants*. | Case No. 1:23-cv-01599-ABJ-ZMF |

**NOTICE OF CHANGE OF ADDRESS**

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-captioned case be updated accordingly. My new address is as follows:

> Gibson, Dunn & Crutcher LLP
> 1700 M Street, N.W.
> Washington, D.C.  20036-4504

Dated:  September 11, 2024

Respectfully submitted,

/s/ Stephanie Brooker
Stephanie Brooker (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C.  20036-4504
Telephone: (202) 887-3502
Facsimile: (202) 530-4216
sbrooker@gibsondunn.com

*Attorney for Defendant Binance Holdings Limited*