UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO, <br><br> Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

## [PROPOSED] ORDER

Upon consideration of the parties' briefing on Plaintiff Securities and Exchange Commission Motion's for Leave to Amend the Complaint, it is HEREBY ORDERED THAT

1. The SEC's Motion is GRANTED.

2. The SEC shall file its Amended Complaint on the docket.

3. In accordance with the Court's August 13, 2024 Scheduling Order, Dkt. No. 254, Defendants' responsive pleadings to the Amended Complaint are due within 30 days of this Order.

**SO ORDERED**

_____
The Honorable Amy Berman Jackson
United States District Judge

DATE: _____