AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Securities and Exchange Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23-cv-01599 |
| Binance Holdings Ltd. et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission.

Date: 09/25/2024

s/ Rachel E. Yeates
*Attorney's signature*

Rachel E. Yeates (CO Bar No. 45759)
*Printed name and bar number*

Securities and Exchange Commission
1961 Stout St., Ste. 1700
Denver, CO 80294
*Address*

yeatesr@sec.gov
*E-mail address*

(303) 844-1060
*Telephone number*

*FAX number*