# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

**[PLAINTIFF'S PROPOSED] SCHEDULING ORDER**

Having reviewed the parties' October 4, 2024 Joint Rule 26(f) Report, pursuant to Rule 16(b), it is hereby ORDERED that:

1. <u>Initial Disclosures</u>:  The parties shall make their initial disclosures pursuant to Rule 26(a)(1) no later than October 25, 2024.

2. <u>Joining Additional Parties and Amending Pleadings</u>:  Any additional parties must be joined and any amendments to the pleadings must be filed within 90 days of Defendants' answers to the operative complaint in this action.

3. <u>Discovery Period and Scope of Discovery</u>:  Fact discovery shall close on October 24, 2025, and all written discovery must be served by September 9, 2025.  The parties may conduct fact discovery on all of the SEC's claims in its Complaint that are proceeding pursuant to the Court's June 28, 2024 Memorandum Opinion and Order, Dkt. No. 248.  Specifically, the SEC may pursue discovery on all of its Exchange Act and Securities Act claims, with the exception of discovery concerning (i) secondary sales of BNB by sellers other than Binance; (ii)

Count Two concerning BUSD; and (iii) and Count Three as to Binance's Simple Earn program. As to all other claims, discovery shall proceed, including as to Binance's BNB sales to employees and Defendants' intermediating transactions in the third-party crypto assets identified in Section VIII of the Complaint.

4. <u>Depositions</u>: Depositions may commence on all issues within the scope of discovery as described above in No. 3. Absent leave of court or stipulation of the parties, the SEC may take up to 25 fact depositions, and the Defendants, collectively, may take up to 25 fact depositions.

5. <u>Supplemental Report</u>: Within 14 days of Defendants' answers to the operative complaint, the parties shall submit a supplemental report indicating their position as to whether and to what extent this Scheduling Order should be modified.

6. <u>Expert Discovery</u>: Expert discovery shall begin after the close of fact discovery, and end on February 27, 2026, with the following interim deadlines:

   a) Expert disclosures for parties with the burden of proving a claim or defense: November 24, 2025

   b) Opposition expert disclosures: January 9, 2026

   c) Reply expert disclosures: January 30, 2026

   d) Expert depositions completed: February 27, 2026

7. <u>Summary Judgment</u>: The parties shall file summary judgment motions, if any, by April 24, 2026. The parties shall file their opposition briefs by June 5, 2026, and reply briefs are due July 3, 2026.

8. <u>Pretrial Conference</u>: The Court shall hold a Pretrial Conference at least four months after an opinion denying summary judgment.

9. <u>Trial</u>:  At the Pretrial Conference, the Court will set a trial date within 30 to 60 days afterwards, if practicable.

10. <u>Discovery Management</u>:

a) For discovery disputes that the parties are unable to resolve, a party seeking relief shall file a motion not to exceed 10 pages in length.  The opposing party shall then file their opposition brief within five business days that shall not exceed 10 pages in length.  No further briefing is permitted absent leave of Court.

b) Any party that produces documents in a language other than English shall produce English translations if the producing party has created or otherwise maintains English translations.

**SO ORDERED**

_____
The Honorable Amy Berman Jackson
United States District Judge

DATE: _____

3