UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>    v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>                Defendants. | No. 1-23-cv-01599-ABJ-ZMF |

**JOINT NOTICE OF CONSENT TO THE SEC'S MOTION FOR
LEAVE TO FILE THE PROPOSED AMENDED COMPLAINT**

      Pursuant to the Court's August 13, 2024 Scheduling Order (Dkt. No. 254), Defendants Binance Holdings Limited, BAM Trading Services Inc., BAM Management US Holdings Inc., and Changpeng Zhao, through the undersigned counsel, jointly consent to the SEC's motion for leave to file its proposed amended complaint (Dkt. No. 273-2). Defendants intend to move to dismiss the SEC's amended claims by November 1, 2024.

1

Dated: October 11, 2024

*/s/ Daniel W. Nelson*
Daniel W. Nelson (D.C. Bar #433415)
Jason J. Mendro (D.C. Bar #482040)
M. Kendall Day (pro hac vice)
Amy Feagles (pro hac vice)
Matt Gregory (D.C. Bar #1033813)
Jeremy M. Christiansen (D.C. Bar #1044816)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500
dnelson@gibsondunn.com
jmendro@gibsondunn.com
kday@gibsondunn.com
afeagles@gibsondunn.com
mgregory@gibsondunn.com
jchristiansen@gibsondunn.com

*Attorneys for Defendant Binance Holdings Limited*

*/s/ William A. Burck*
William A. Burck
Avi Perry
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC 20005
(202) 538-8000
williamburck@quinnemanuel.com
aviperry@quinnemanuel.com

Emily Kapur (pro hac vice)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr.
5th Floor
Redwood Shores, California 94065
(650) 801-5000
emilykapur@quinnemanuel.com

*Attorneys for Defendant Changpeng Zhao*

Respectfully submitted,

*/s/ Daniel J. Davis*
Daniel J. Davis (D.C. Bar #484717) (pro hac vice)
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Ave NW
Washington DC 20006
daniel.davis@katten.com

Christian T. Kemnitz (pro hac vice)
Levi Giovanetto (D.C. Bar #1001160) (pro hac vice)
David Luger (pro hac vice)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
christian.kemnitz@katten.com
levi.giovanetto@katten.com
david.luger@katten.com

George S. Canellos (pro hac vice)
Matthew Laroche (pro hac vice)
MILBANK LLP
55 Hudson Yards
New York, NY 10001
(212) 530-5792
gcanellos@milbank.com
mlaroche@milbank.com

*Attorneys for Defendants BAM Trading Services Inc. and BAM Management Holdings US Inc.*