UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>*Defendants*. | No. 1:23-cv-01599-ABJ-ZMF<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

PLEASE TAKE NOTICE, pursuant to LCvR 83.6(b), the undersigned notifies the Court and hereby withdraws her appearance in the above-captioned case on behalf of Defendant Binance Holdings Limited ("Binance"). Gibson, Dunn & Crutcher LLP and its attorneys that have appeared will continue to represent Binance in this action.

Dated: October 22, 2024

Respectfully submitted,

 */s/ Stephanie L. Brooker*

Stephanie L. Brooker (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036-4504
Tel: (202) 887-3502
Fax: (202) 530-4216
sbrooker@gibsondunn.com