## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>*Defendants*. | **No. 1:23-cv-01599-ABJ-ZMF**<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

PLEASE TAKE NOTICE, pursuant to LCvR 83.6(b), the undersigned notifies the Court and hereby withdraws his appearance in the above-captioned case on behalf of Defendant Binance Holdings Limited ("Binance"). Gibson, Dunn & Crutcher LLP and its attorneys that have appeared will continue to represent Binance in this action.

Dated: October 22, 2024

Respectfully submitted,

  */s/ Michael D. Celio*

Michael D. Celio (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301
Tel: (650) 849-5326
Fax: (650) 849-5026
mcelio@gibsondunn.com