# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>*Defendants*. | No. 1:23-cv-01599-ABJ-ZMF |

### [Proposed] Order[1]

Upon consideration by the Court of Defendants Binance Holdings Limited and Changpeng Zhao's Joint Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6), 12(b)(7), and 12(f), it is hereby **ORDERED** that their motion is **GRANTED** and that the Amended Complaint is **DISMISSED WITH PREJUDICE**.

Date: _____

_____
AMY BERMAN JACKSON
United States District Judge

---

[1] This Proposed Order reflects that Binance Holdings Limited and Mr. Zhao have renewed the arguments from their first motion to dismiss.