UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

    *Plaintiff*,

v.

BINANCE HOLDINGS LIMITED,
BAM TRADING SERVICES INC.,
BAM MANAGEMENT US HOLDINGS
INC., AND CHANGPENG ZHAO,

    *Defendants*.

No. 1:23-cv-01599-ABJ-ZMF

**[Alternative Proposed] Order**

Upon consideration by the Court of Defendants Binance Holdings Limited and Changpeng Zhao's Joint Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6), 12(b)(7), and 12(f), it is hereby **ORDERED** that their motion is **GRANTED**, that the SEC's requests for injunctive relief against Mr. Zhao and disgorgement are **STRICKEN**, and that the following claims are **DISMISSED WITH PREJUDICE:**

1. All claims under Count One other than those based on the BNB ICO;

2. All claims under Count Two;

3. All claims under Count Three concerning Simple Earn;

4. All claims under Counts Five through Twelve.

Date: _____

_____
AMY BERMAN JACKSON
United States District Judge