UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>*Defendants*. | No. 1:23-cv-01599-ABJ-ZMF |

### DOCUMENTS CITED IN MOTION TO DISMISS

In support of their Motion to Dismiss, Defendants Binance Holdings Limited and Changpeng Zhao provide below a linked list of the documents cited in that Motion. Table 1 includes online documents incorporated by reference in the Amended Complaint and cited in Defendants' Motion to Dismiss. Table 2 includes other webpages cited in Defendants' Motion to Dismiss. PDF versions of all documents listed below are also attached as exhibits to the Motion to Dismiss.

Consistent with the procedure outlined in the Court's January 10, 2024 Minute Order, Defendants will file another linked list with their Reply encompassing all documents referenced in their Motion to Dismiss and in their Reply. At that time, Defendants will also submit a thumb drive containing the consolidated, hyperlinked list and all listed documents in PDF form, consistent with the Court's January 10, 2024 Minute Order, absent other direction by the Court.

TABLE 1: Online Documents Incorporated by Reference in the Amended Complaint

|  | Title | Complaint Paragraph(s) | Web Link |
|---|---|---|---|
| 1 | *Introducing the Sandbox (SAND) Token Sale on Binance Launchpad* (Aug. 5, 2020) | 658 | https://www.binance.com/en/support/announcement/introducing-the-sandbox-sand-token-sale-on-binance-launchpad-b8e11c5870ba4d16810839473e69a90d |
| 2 | *How to Buy BNB* (Feb. 28, 2022) | 369, 370 | https://tinyurl.com/2v2f3prr[1] |
| 3 | *Binance AMA with CZ: Highlights* | 356 | https://tinyurl.com/44zeb6pd |
| 4 | *Binance – Interview with CEO Changpeng Zhao* | 375 | https://tinyurl.com/y4rb79zh |
| 5 | Press Release, Animoca Brands, ASX Release | 643 | https://tinyurl.com/6fc84hhj |
| 6 | *The Sandbox Tokens: $SAND* | 653 | https://tinyurl.com/5f8849yv |
| 7 | *Decentraland White Paper* | 679 | https://tinyurl.com/584rncnk |
| 8 | *Axie Infinity Shards (AXS)* | 735 | https://tinyurl.com/bddzhabz |
| 9 | *What Is Solana (SOL)?* | 545 | https://tinyurl.com/44z55shf |
| 10 | *What Is Cardano (ADA)? A* | 559 | https://tinyurl.com/y6jmx453 |

---

[1] This URL links to a Wayback Machine capture of the *How to Buy BNB* webpage as of February 22, 2022, not to the current version of that webpage.

|    | Title | Motion Page Number | Web Link |
|----|-------|--------------------|----------|
|    | *Guide for Beginners* | | |
| 11 | *What is Cardano (ADA)?* | 560 | https://tinyurl.com/4sc9c48u |
| 12 | *AMA with Polygon Cofounder and COO Sandeep Nailwal* | 581 | https://tinyurl.com/5x2djn3m |
| 13 | *Filecoin Primer* | 602 | https://tinyurl.com/ywbtw8ak |
| 14 | *What is Filecoin (FIL)* | 616 | https://tinyurl.com/bdftsyuu |
| 15 | *Cosmos Plan* | 625 | https://tinyurl.com/mrxzx7yp |
| 16 | Cosmos Network (ATOM) | 639 | https://www.binance.com/en/research/projects/cosmos-network |
| 17 | *Algorand (ALGO)* | 722 | https://www.binance.com/en/research/projects/algorand |
| 18 | *Binance.US Lists COTI (COTI)* | 773 | https://tinyurl.com/8z6x478r |
| 19 | *Introduction to Binance Simple Earn* (Sept. 22, 2022) | 436 | https://www.binance.com/en/support/faq/introduction-to-binance-simple-earn-8df6abf5930e4ef4977d84f45d99d491 |
| 20 | *Binance Simple Earn Terms* (May 29, 2024) | 436 | https://www.binance.com/en/terms-simple-earn |

TABLE 2: Other Webpages Cited in the Motion to Dismiss.

|    | Title | Motion Page Number | Web Link |
|----|-------|--------------------|----------|
| 21 | *IOHK | Contact* | 42 n. 26 | https://tinyurl.com/yryjt7kp |
| 22 | *Protocol Labs Company Profile*, LinkedIn | 42 n. 26 | https://tinyurl.com/ya7x8hpe |

| 23 | *Terms and Conditions*, Decentraland | 42 n. 26 | https://tinyurl.com/h8sb72xe |
| --- | --- | --- | --- |
| 24 | *Sky Mavis Overview*, PitchBook | 42 n. 26 | https://tinyurl.com/bdfbux22 |

Dated:  November 4, 2024   Respectfully submitted,


 /s/ Daniel W. Nelson
Daniel W. Nelson (D.C. Bar #433415)
Jason J. Mendro (D.C. Bar #482040)
M. Kendall Day (*pro hac vice*)
Amy Feagles (*pro hac vice*)
Matt Gregory (D.C. Bar #1033813)
Jeremy M. Christiansen (D.C. Bar # 1044816)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Tel: (202) 955-8500
Fax: (202) 467-0539
dnelson@gibsondunn.com
jmendro@gibsondunn.com
kday@gibsondunn.com
afeagles@gibsondunn.com
mgregory@gibsondunn.com
jchristiansen@gibsondunn.com


*Attorneys for Defendant Binance Holdings Limited*

       /s/ William A. Burck
William A. Burck
Avi Perry
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Tel.: (202) 538-8120 (Burck)
williamburck@quinnemanuel.com
aviperry@quinnemanuel.com

Emily Kapur (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr.
5th Floor
Redwood Shores, CA 94065
Tel: (650) 801-5122
emilykapur@quinnemanuel.com

*Attorneys for Defendant Changpeng Zhao*