# Exhibit 1

Home › Support Center › Announcement › Latest Binance News › Introducing The Sandbox (SAND) Token Sale on Binance...

# Introducing The Sandbox (SAND) Token Sale on Binance Launchpad

2020-08-05 04:00

Fellow Binancians,

Binance is excited to announce the next project on Binance Launchpad – The Sandbox (SAND). The token sale for The Sandbox will follow a lottery format, with the recording of user BNB balances starting at 2020/08/06 0:00 AM (UTC).

Binance will record user BNB balances for 7 days from 2020/08/06 0:00 AM (UTC) to 2020/08/13 0:00 AM (UTC). The final BNB holding amount for each user will be determined as the average of the 7 days, using the Daily Average BNB Balance calculation previously announced here.

**SAND Token Sale Details:**

- Token Name: The Sandbox (SAND)
- Launchpad Hard Cap: 3,000,000 USD
- Total Token Supply: 3,000,000,000 SAND
- Total Tokens Allocated to Binance Launchpad: 360,000,000 SAND (12% of Total Token Supply)
- Public Sale Token Price: 1 SAND = 0.008333 USD (price in BNB will be determined prior to the lottery draw date)
- Token Sale Format: Lottery
- Max Number of Winning Lottery Tickets: 15,000
- Allocation Per Winning Ticket: 200 USD (24,000 SAND)
- Supported Sessions: BNB only

**Lottery Timeline:**

- 2020/08/06 0:00 AM (UTC) to 2020/08/13 0:00 AM (UTC): During this period, user BNB balances are calculated in hourly snapshots for each day over a 7-day period. Your final average daily BNB balance over these 7 days will determine the number of tickets that you will be able to claim.
- 2020/08/13 0:00 AM (UTC): Ticket claim will open at this time for all eligible users for a 24 hour period. Users must also sign the Token Purchase Agreement at the same time, prior to completing the ticket claim. Please note that users will only be able to claim tickets once.
- 2020/08/14 0:00 AM (UTC): Ticket claim closes and the lottery draw begins.
- 2020/08/14 0:00 AM (UTC): Winning tickets are announced and the respective BNB will be deducted from each winning users' accounts. Please ensure you have sufficient BNB in your spot exchange account to be deducted within 24 hours if you have a winning ticket. Please note that BNB in open orders, margin accounts, lending products, sub-accounts, futures accounts, fiat accounts, or card accounts will not be eligible to be deducted.

**Lottery Ticket Allocation**

Users will be able to claim up to a maximum of 10 lottery tickets based on their daily average BNB holdings (represented by X below) over the 7-day period leading up to the ticket claim date.

For example, 50 ≤ X < 100 means that your average BNB balance over the entire specified period is kept at 50 BNB or more, but does not exceed 100 BNB.

| Daily Average BNB Balance (X) | No. of Lottery Tickets |
|---|---|
| 50 ≤ X < 100 | 1 |
| 100 ≤ X < 150 | 2 |
| 150 ≤ X < 200 | 3 |
| 200 ≤ X < 250 | 4 |
| 250 ≤ X < 300 | 5 |
| 300 ≤ X < 350 | 6 |
| 350 ≤ X < 400 | 7 |
| 400 ≤ X < 450 | 8 |
| 450 ≤ X < 500 | 9 |
| ≥500 | 10 |

To learn more about The Sandbox (SAND), read Binance Research's in-depth report here.

For more details on our 14th Launchpad project The Sandbox, read our blog post here.

**The Sandbox Project Links:**

Website: https://www.sandbox.game

Whitepaper: The Sandbox (SAND)

Telegram: https://t.me/sandboxgame

Twitter: https://twitter.com/thesandboxgame

Medium: https://medium.com/sandbox-game

Discord: https://discord.gg/vAe4zrY

Reminder: Users need to complete their account verification and also be from an eligible jurisdiction to participate in this token sale.

* Users from the following countries or regions will not be able to participate in token sales on the Binance Launchpad platform:

Australia, Belarus, Democratic Republic of Congo, Cuba, Iraq, Iran, North Korea, Sudan, Syria, United States of America and its territories (American Samoa, Guam, the Northern Mariana Islands, Puerto Rico, and the U.S. Virgin Islands), Zimbabwe.

**Risk warning:**

All investments are subject to high market risk. Please make your investments very cautiously. Binance will choose high-quality projects, but will not be responsible for any investment losses.

Thanks for your support!

Binance Team

2020/08/05

Trade on the go with Binance's mobile crypto trading app:

Download for Android

Download for iOS

Find us on

Telegram: https://t.me/binanceexchange

Twitter: https://twitter.com/binance

Facebook: https://www.facebook.com/binance

Instagram: https://www.instagram.com/binance


238,063,187 users chose us. Find out why today.

Register Now

Buy Now BNB550 Swap USDC SELL SUL Buy ETH

## Community

About Us

About
Careers
Announcements
News
Press
Legal
Terms
Privacy
Building Trust
Blog
Community
Notices
Downloads
Desktop Application

### Products

Exchange
Buy Crypto
Pay
Academy
Live
Tax
Gift Card
Launchpool
Auto-Invest
ETH Staking
NFT
BABT
Research
Charity

### Business

P2P Merchant Application
P2Pro Merchant Application
Listing Application
Institutional & VIP Services
Labs

### Learn

Learn & Earn
Browse Crypto Prices
Bitcoin Price
Ethereum Price
Browse Crypto Price Predictions
Bitcoin Price Prediction
Ethereum Price Prediction
Ethereum Upgrade (Pectra)
Buy Bitcoin
Buy BNB
Buy XRP
Buy Dogecoin
Buy Ethereum
Buy Tradable Altcoins

### Service

Affiliate
Referral
OTC Trading
Historical Market Data
Proof of Reserves

### Support

24/7 Chat Support
Support Center
Product Feedback & Suggestions
Fees
APIs
Binance Verify
Binance Airdrop Portal
Law Enforcement Requests

English

USD-$

Theme

Binance© 2024     Cookie Preferences

We use "Strictly Necessary" cookies to keep our
site reliable and secure. We'd like to set additional
cookies to understand site usage, make site
improvements, to remember your settings and to
assist in our marketing efforts.

Accept Cookies & Continue

Reject Additional Cookies

Manage Cookies