# Exhibit 2

11/2/24, 8:57 AM
Buy BNB | Buy Binance at Buy BNB with Credit Card | Binance.com
Case 1:23-cv-01599-ABJ-ZMF   Document 285-5   Filed 11/04/24   Page 2 of 7

The Wayback Machine - https://web.archive.org/web/20220228151559/https://www.binance.com/en/buy...



Log In   Register   Downloads   English   USD

# How to Buy BNB

Binance is the best place to buy, sell, trade, and hold BNB easily. Signing up for a Binance account will allow you to buy, sell, and hold cryptocurrency.

Buy BNB here

## What is BNB

BNB is the native token of Binance Smart Chain and Binance Chain. First minted in July 2017 on Ethereum, BNB is a utility token that allows holders to pay discounted fees for trading on Binance's exchange. BNB does not, however, provide users with a share of Binance's profits, represent an investment in Binance, or provide any compensation.

All transactions on Binance Smart Chain and Binance Chain are payable in either BEP-20 or BEP-2 BNB. The coin has a limited supply of 200 million, and Binance conducts quarterly burns of BNB as a deflationary measure. The burning events will occur until the total supply is reduced to 100 million.

Apart from trading fee discounts and enabling transactions, BNB can be used for travel expenses and is spendable on products and services using the Binance Visa card. Holders can also donate BNB to charity via the Binance Charity Foundation (BCF) project.

### Where Do I Actually Buy BNB

If you've made up your mind and are ready to make a purchase, then skip this article and buy BNB from Binance directly.

BNB to USD Converter →

## How to buy BNB





## Buy BNB with Bank Transfer

Buy stablecoins listed on Binance by wiring money from your account to the providers of these coins. Then, use these stablecoins to buy BNB on Binance exchange.



## Trade BNB

Binance supports the deposit of more than 300 cryptocurrencies, several of which you can exchange for BNB at some of the best rates in the market.



## Buy BNB with Credit Card

You can directly purchase BNB with credit card or debit card on Binance. We offer the best route to buy BNB using Visa or MasterCard.



## Purchase BNB Directly

You can purchase it directly from another individual in person or over the web on your own terms. Go to Binance P2P exchange to buy BNB locally.

### Reasons to Buy BNB

- Make it part of a short or long-term trading strategy
- Hold your coin and use it as a store of value
- Use it to pay for goods and services
- Send money to friends and family

## Buy and sell BNB on the Move





Download the Binance crypto trading app and trade your BNB plus 300+ cryptocurrencies, anytime and anywhere.



## Check BNB Price Now

Find the live BNB to USD (BNBUSD) price today to help you with your decisions. We update our BNB to USD price in real-time.

BNB Real-time Price →

# Binance: Where The World Trades BNB

### Fast
Binance's world-class matching engine supports up to 1,400,000 orders per second. This ensures that your crypto trading experience is quick and reliable.

### Simple
Trading crypto on Binance is easy and intuitive. You only need a few steps to buy BNB instantly.

### Secure & Trusted
Millions of global crypto users trust us. Our multi-tier & multi-cluster system architecture and SAFU (Secure Assets Fund for Users) insurance fund protect your account.

### Liquid
Binance is the world's most liquid cryptocurrency exchange, with the biggest volumes across multiple crypto p



## Still Have Questions?

Trading is simple and we are here to help you! If you have any questions about buying BNB and other cryptocurrencies or using the Binance platform, our Support Center is available to answer all of your questions.

Go to support →

## What to Do After I Buy BNB

### Store/Hold BNB

Many users hold on to their BNB with the expectation of it increasing in value. You can store your BNB safely on your Binance wallet or on our crypto wallet app Trust Wallet, the most user-friendly and secure mobile wallet.

### Trade BNB

You can trade BNB for 300+ cryptocurrencies on Binance's industry-leading, fast, and secure trading platform. Binance offers many trading pairs for BNB trading to meet your needs.

### Earn BNB

Earn Rewards by staking coins. Staking is a great way to maximize your holdings in staking coins that would otherwise be sitting in a wallet or trading account.

### Send BNB

Yes, Binance Pay allows you to easily transfer value around the world, fast. You can buy BNB online and send to anyone and anywhere with their BNB address at ZERO fees.

### Spend BNB

You can also buy goods and services with your BNB. More and more vendors and retailers accept BNB every day. Visit any of the listed merchants to buy your favorite things with BNB using Binance Pay.

### Donate BNB



Binance Charity accepts BNB donations for global projects that aim to improve the lives of people in the bottom billion. You can donate BNB so no one misses out on the growth made possible by blockchain.

Learn More About BNB

You can read more in-depth articles on BNB and study how cryptocurrencies like BNB work on Binance Academy

What do most people do after buying BNB?

There are three popular options:

1

You can use it to pay for goods or services. An increasing number of small merchants and large businesses are now accepting BNB payments.

2

You can trade it, trading BNB for stablecoins (BUSD, USDC, etc.)

3

You can hold onto it.

## Start buying BNB

If you're ready to take the next step and want to buy some BNB, take the next step with Binance!

Start now

Cryptocurrency investment activities, including actions done to buy BNB online via Binance, are subject to market risk. Binance provides easy and convenient ways for you to buy BNB instantly, and we put our best efforts to fully inform our users about each and every cryptocurrency we offer on the exchange, but we are not responsible for the results that may arise from your BNB purchase. This page and any information in it is not meant to be interpreted as an endorsement of any particular cryptocurrency or method of acquiring it.



| | | | | |
|---|---|---|---|---|
| Buy Bitcoin | Buy Ethereum | Buy Ripple | Buy Litecoin | Buy Bitcoin Cash |
| Buy Tether USDT | Buy EOS | Buy BNB | Buy Stellar Lumens | Buy TRON | Buy Cardano |
| Buy Monero | Buy ChainLink | Buy NEO | Buy MIOTA | Buy Cosmos |
| Buy Ethereum Classic | Buy XEM | Buy Zcash | Buy Ontology | Buy Dogecoin |
| Buy DeFi Tokens | Buy Polkadot | Buy Solana | Buy Shiba coin | Buy Polygon (MATIC) |
| Buy Chiliz | Buy Theta | Buy GameFi Tokens | Buy Fantom | Buy Altcoins |
| Trade Bitcoin Futures | Trade Ether Futures | | | |