# Exhibit 6



TL;DR: SAND is the ERC-20 token that is used within The Sandbox as the basis for all of the ecosystem's transactions and interactions.



If you are looking forward to reading an article on the granular material blanketing the beaches, let me stop you right there. You're in the wrong post.

$SAND, at least for us gamers and crypto enthusiasts, is the token that is used within **The Sandbox,** which follows the **ERC-20 standard**. However, before we can even get to discuss $SAND token, how it works, and all its versatile functions, we first need to analyze what a smart contract entails.

## SAND Smart Contract



A smart contract is a piece of code that runs on a blockchain. The Sandbox is currently running on **Ethereum** blockchain, but we are working to support multiple chains in the near future. So why is it called a *contract*? Because it works like a traditional agreement; it is a computer protocol that enforces the performance of transactions without the need of a third party. As the code is kept in the Ethereum blockchain, it is immutable. For that reason, it is the perfect instrument to control valuable things, like Ether or other digital assets. The inventor of Ethereum, Vitalik Buterin, defined them in the Ethereum White Paper, where he explained that smart contracts are *"systems which automatically move digital assets according to arbitrary pre-specified rules."*

So far so good… But what is $SAND then? $SAND is a **Token**. In case you don't know, a token is a cryptocurrency that is hosted on top of an existing blockchain–in this case Ethereum–and it represents an asset that has a utility. In simpler words, tokens are like the coins you buy at an arcade to play video games. You can't use a FIAT currency to play with those machines,

so you buy *special coins*. Got it? That said, **$SAND** is the token that is used by gamers, developers and publishers throughout **The Sandbox** ecosystem as our main currency, with which you'll be able to perform any type of interactions and transactions. Let's get into the deets, shall we?



## $SAND: so nice and smooth

To start with, $SAND is an ERC-20 Ethereum-powered utility token that will be the medium of exchange within **The Sandbox**. It can be transferred an unlimited number of times between users for P2P transactions such as the purchase or sale of LANDs or game ASSETs (LANDs are portions of the Metaverse open to player ownership, while ASSETs are tokens created by players). In addition, an interesting feature of this token is that it can accrue in value over time, due to the fact that it is scarce. There will be a limited supply of 3 billion units of $SAND available. On top of these amazing features, players will be able to stake $SAND within our game. This means that users will be able to stake $SAND inside games within **The Sandbox** to increase their chances of finding game resources.

## How to acquire SAND?



Currently, players and creators have at their disposal a myriad of methods to acquire $SAND. They will be able to acquire it using their credit or debit cards, through the exchange of Ether, and players will even be able to earn $SAND tokens while playing the different games uploaded into The Sandbox ecosystem.

Discover all the different ways you can get $SAND in this article: https://medium.com/sandbox-game/how-to-get-sand-the-key-to-the-sandbox-virtual-world-b9d624eba148

## $SAND has nothing to do with The Caribbean



As we mentioned above, $SAND implements the ERC-20 standard, a technical guideline that regulates the issuance and implementation of Tokens on the Ethereum Blockchain. This standard makes it easier for developers to predict with more accuracy the interaction between different Tokens and applications. It also defines how ERC-20 tokens are transferred within the Ethereum Blockchain.

Apart from that, $SAND implements the current draft of EIP-1776, a proposal we put forward to standardize native meta-transactions (see image below), which allow users of EOA based wallets (like Metamask) to perform actions on Ethereum without the need to own Ether — the currency that at the moment constitutes a necessary condition to perform a transaction in that blockchain. Through the use of ERC-1776, The Sandbox allows platform users to initate transactions on the Ethereum blockchain while transaction gas fees are paid by the platform, optimizing overall user experience.

## Basic SAND functions (Yes, you can make castles with it)



## Marketplace and In-game Currency

The **$SAND** token constitutes the currency used to perform any type of transaction within **The Sandbox**. It will allow users to purchase services or assets and to trade and play — it will constitute the medium of exchange and will act as a value accrual token. In addition, **$SAND** will be required whenever a user wants to mint an asset, depending on the rarity (global power) and scarcity (amount of copies) of that specific asset.

## ASSETS and UGC Policies

**The Sandbox** is a game centered on user-generated content. Each ASSET (Non-Fungible Token) will be a personal creation from one of our players. Since we take quality content very seriously, we decided to implement **Asset Curation.** This is a staking fee mechanism to prevent the issuance of copies or inappropriate content to appear in the game, because that would have a negative impact on our ASSETs. This system also allows curation to scale with the community, rewarding **$SAND** owners with a community role and a

potential revenue stream. Creators can eventually be penalized if they don't respect the rules set by this community.

On top of that, the system we created charges a small amount of **$SAND** to anyone who wishes to upload a new creation. This will deter potential low-quality asset creators from uploading mediocre creations since they might not earn back what they spent paying this fee.

## Crowdfunding

Our decentralized platform will articulate the perfect scenario for crowdfunding, as creators will be free to post ideas to be developed and receive funding from the community in **$SAND** tokens. This will allow the community to decide what ideas will be pursued and brought to life by the artists. (It goes without saying that there will be regulations and limitations regarding under which conditions a creator will receive said funding.) Further, artists can get paid to produce bespoke voxel models. Of course, they will be free to sell or trade their creations in The Sandbox Marketplace.

## Governance

As we mentioned before, The Sandbox is a user-centered game. It is our goal to create a fantastic Metaverse without a central authority, where all users will be free to vote and decide together with us the future of the game. Users will be able to govern themselves within our ecosystem. **SAND** will help us achieve that goal: it will allow its owners to vote on the theme of a new upcoming creation contest, sale event, or on the next features for the Creation Software. If there is a decision to make, your opinion as a **$SAND** owner will matter.

*$SAND is the main utility token within* ***The Sandbox.***

In the Metaverse of the future, where everything is new and improved, the currency should be as well. Will you be the first $SAND millionaire? Will you build your empire within this fantastic ecosystem?

Now that you know what $SAND is, make sure to check out our community at Telegram, Discord, Facebook and Twitter and join the discussion!



Blockchain   UGC   Sandbox   Nft   Erc20



## Written by The Sandbox



86K Followers · Editor for The Sandbox

A Decentralized Gaming Ecosystem Made By Players (sandbox.game // twitter.com/thesandboxgame)

## More from The Sandbox and The Sandbox



 The Sandbox

### Your Guide to Alpha Season 4

Everything you need to know about navigating The Sandbox's biggest event, all i...

Oct 7 · 75



The Sandbox in The Sandbox

### What is The Sandbox?

Discover the Sandbox metaverse.

Jun 30, 2020 · 1K · 7 



 The Sandbox in The Sandbox

### Study reveals how avatars shape digital identity in the metaverse

Learn 10 key facts about the role of avatars in creativity, representation, fun, and utility in t...

Mar 29, 2023 · 90 · 3



The Sandbox

### Avatar Owner Monthly Rewards: October Edition

Prepare for liftoff in Alpha Season 4 with this month's exclusive reward for avatar owners!...

Oct 8 · 12 

See all from The Sandbox

See all from The Sandbox

## Recommended from Medium



OVERTAKE

**Overtake Ambassador Program: S2 Round 2 Begins! 🎮 🔥**

Oct 14



Austin Starks in DataDrivenInvestor

**I used OpenAI's o1 model to develop a trading strategy. It is…**

It literally took one try. I was shocked.

Sep 15  ·  5.3K  ·  138

## Lists



**My Kind Of Medium (All-Time Faves)**
97 stories · 543 saves



**MODERN MARKETING**
193 stories · 900 saves











