# Exhibit 8





# AXIE INFINITY SHARDS (AXS)

Axie Infinity Shards are an ERC 20 governance token for the Axie universe. Holders will shape the future of Axie Infinity by signaling their support for upgrades to the ecosystem and directing usage of a Community Treasury.

### AXS Vision Document  |  AXS Audit Report

## What is AXS?

Axie Infinity Shards(AXS) are the glue that binds all Axie community members together

AXS holders will be able to claim rewards if they stake their tokens, play the game, and participate in key governance votes. Players will also be able to earn $AXS when they play various games within the Axie Infinity Universe and through user generated content initiatives.



**Staking**





Through staking, players can lock up their



### Payment

AXS is accepted as currency within the Axie NFT marketplace. AXS may also be used to determine eligibility for participation in certain sales/auctions conducted by the Axie team.



### Governance

The Community Treasury receives fees generated from activities such as trading on the Axie marketplace and breeding new Axies. This treasury will be governed by AXS stakers once the network has become sufficiently decentralized.

## Staking AXS

AXS staking acts as an incentive for holding AXS and supporting the ecosystem. Stakers receive freshly issued AXS and will be able to signal their support for various proposals to improve Axie Infinity. AXS stakers will eventually direct usage of The Community Treasury

Confused?
**MEET THE COMMUNITY**



## Allocation





## Unlock Schedule









MARKETPLACE    NEWS    WHITEPAPER    CODE OF CONDUCT

PRIVACY POLICY    TERMS OF USE

