# Exhibit 19

# Introduction to Binance Simple Earn

2022-09-21 23:30

Tutorial Video

## What is Simple Earn?

Simple Earn allows you to earn daily rewards by depositing your digital assets for flexible or locked terms. You can subscribe or redeem at almost any time, so you can retain flexibility and liquidity over your assets while earning daily rewards. For more details, please refer to the Terms & Conditions for each product.

Locked Products provide higher rewards in exchange for your assets being committed for fixed terms with predetermined redemption dates. You can still choose to redeem your full balance at any time before the redemption date, but you will forgo any rewards you have accrued or received up to that point.

## What is the difference between the previous Binance Savings and Binance Staking platforms and the new Simple Earn platform?

Flexible Savings, Locked Savings, and Locked Staking have been replaced by Simple Earn. Simple Earn simplifies and enhances your subscription experience by integrating various options into a one-stop platform for you to earn daily rewards.

You can easily subscribe to flexible-term and locked-term products on a single platform. Rewards distribution, subscription, and redemption processes are now more streamlined and easier to use. For more details on how the different products work, please refer to:

[Get Started with Binance Flexible Products](#)

[Get Started with Binance Locked Products](#)

Please note that your existing Flexible Savings and Locked Staking positions have been automatically transitioned into Simple Earn Flexible and Locked Products respectively on 22 September 2022. You can manage all your existing positions from your Earn Wallet.

## How is Binance able to pay users daily rewards?

Daily rewards are distributed from Binance's own funds and are determined based on the assessment and evaluation of prevailing market conditions.

The assets you deposit in Simple Earn are used for a variety of purposes, including by other business units within Binance.

Assets may be used for on-chain staking in a tightly controlled manner. Binance may stake through official staking pools, or operate validators and nodes to participate in Proof-of-Stake (POS) network staking. The staking pool selection is determined via stringent risk assessment protocols. Validators and nodes operated by Binance are set up with security as the utmost priority.

Assets may also be used by other business units in Binance for operational purposes. However, business units must adhere to stringent policies and explicit limitations around utilizing user assets deposited in Simple Earn. This may include assets that are loaned to other Binance users (e.g. Margin and Crypto Loan products) and other operational demands.

Binance may also run promotional campaigns from time to time that are sponsored by partnered projects in order to attract more users onto our platform. Thanks to our partners, Binance Earn may run short-term Simple Earn product offerings with higher APRs to benefit users.

## How does Binance determine APR for Simple Earn?

Simple Earn APR rewards are determined with various carefully designed factors to ensure that rewards paid to Simple Earn users are sustainable and competitive. Moreover, the APR offered to Simple Earn users is discretionary and doesn't reflect any indication of profitability within Binance's various operations.

For example, Binance may have regard to its competitor's offerings in deciding on appropriate levels of APR. Advertised rewards are not actual or predicted returns/yield in any fiat currency.

Binance may also maintain a promotional rewards reserve to run promotional campaigns and introduce short-term promotional APR offerings on selected tokens from time to time.

Simple Earn APR rewards offered to users are either Real-Time APR and Bonus Tiered APR rewards for Flexible Products or Locked Product APR for Locked Products.

Please refer to the Flexible and Locked Products FAQ to learn more about how these rewards are calculated.

Disclaimer:

This document may have been translated and published in different languages. In the event of any inconsistency, misstatements, omissions, or errors appearing in any translated version, the English version shall prevail.