# Exhibit 20

# Binance Simple Earn Terms

Last Updated: 29 May 2024

**A. Acceptance of these Terms**

1. By Subscribing to Simple Earn Services, you acknowledge and agree that you will be bound by and will comply with these simple earn service terms ("**Simple Earn Terms**"), as updated and amended from time to time. By accessing and/or using the Simple Earn Services, you agree that you have read and understood these Simple Earn Terms, together with any additional documents or terms referred to in these Simple Earn Terms. If you do not understand and accept these Simple Earn Terms in their entirety, you should not use the Simple Earn Services.

**B. Scope of these Terms and Changes**

2. These terms specifically govern your access to and use of the Digital Asset "Simple Earn" service and any ancillary services made available by Binance ("**Simple Earn Services**") in accordance with these Simple Earn Terms. Simple Earn Services comprise of the following:
   a. Flexible Simple Earn; and
   b. Locked Simple Earn

3. These Simple Earn Terms are supplemental to and shall be read together with the Binance Terms of Use available [here](#) ("**Terms of Use**") and the provisions set out in the Terms of Use shall continue to apply. All terms and clauses contained in the Terms of Use (except to the extent expressly modified herein) are incorporated by reference and have the same force and effect as if set out in their entirety in these Simple Earn Terms. These Simple Earn Terms constitute Product Terms. References in the Terms of Use to the Binance Services shall include references to the Simple Earn Services contemplated hereunder. In the event of any conflict or inconsistency between these Simple Earn Terms and the Terms of Use, these Simple Earn Terms shall prevail with respect to the services contemplated hereunder, unless expressly stated otherwise.

4. Binance may make changes to these Simple Earn Terms (or any terms or information incorporated by reference) at any time in accordance with the Terms of Use.

**C. Disclosure and Consent**

5. By Subscribing to a Simple Earn Offer you can earn Simple Earn Rewards, in exchange for providing Binance with your Simple Earn Assets. Simple Earn Rewards are not guaranteed or fixed, and the rates and timing of Simple Earn Rewards may vary.

6. Simple Earn Assets used to Subscribe for a Simple Earn Offer will not be segregated from the Digital Assets of others. Simple Earn Assets may be commingled in hot wallets and cold wallets with Digital Assets belonging to Binance Group Entities and clients of Binance Group Entities globally. You will not have a right to recover any specific Digital Assets but please see Section F "Redemption from Flexible Simple Earn" and Section I "Redemption from Locked Simple Earn" below.

7. Simple Earn Assets may, at Binance's sole discretion and without prior notice, be used for operating purposes by Binance Group Entities including, but not limited to, loans to other clients of Binance and Binance Affiliates globally under Margin and Loan products. In addition, Simple Earn Assets that are Subscribed to Locked Simple Earn may also be used by Binance Group of Entities in on-chain staking activities in a tightly controlled manner.  Any use of Simple Earn Assets for operating purposes will be subject to stringent policies and explicit limitations as to how Simple Earn Assets are deployed.

8. Your Simple Earn Assets can be redeemed in accordance with the terms of the Simple Earn Offer that you have Subscribed to and Binance will return your redeemed Simple Earn Assets in full, in the same quantity and type of Digital Asset with which you Subscribed.  However, the use of Simple Earn Assets for operating purposes (including for loans under Margin and Loan products and for on-chain staking activities) may be subject to various risks.  In exceptional circumstances these risks could negatively impact the ability of Binance to return your Simple Earn Assets in full or at all.

9. Please refer to the [risk factor statement](#) for a summary overview of some (but not all) of the risks that may result from subscribing Digital Assets to a Simple Earn Offer, including risks that may arise from the use of your Simple Earn Assets by Binance Group Entities for operating purposes.

10. Although Binance takes all reasonable precautions to minimise the risks described in the [risk factor statement](#) and to safeguard the return of Simple Earn Assets to users in accordance with these Simple Earn Terms, in extreme and exceptional circumstances Binance may not have

sufficient assets readily available to return Simple Earn Assets to users in a timely manner. This could result in you losing some or all of your Simple Earn Assets. These exceptional circumstances could arise, for example, following a catastrophic hack or technical failure, a significant number of borrowers to whom loans have been made under Margin and Loan products defaulting at the same time, depletion of the Margin insurance fund, systemic risk or other black swan events that affect the cryptocurrency market as a whole.

11. No Binance Group Entity makes any representation or warranty that Simple Earn is appropriate (a) for any user or in any location, or (b) that the transactions and services described in these Simple Earn Terms are (or will continue to be) available or appropriate for any user or in any location. You are strongly encouraged to carefully review these Simple Earn Terms and seek independent professional advice as to whether Simple Earn Services are appropriate for you having regard to your personal circumstances and objectives, financial position and risk tolerance.

12. By accepting these Simple Earn Terms, you hereby unconditionally and irrevocably; (a) confirm that you understand, accept and assume full responsibility for participating in Simple Earn together with any and all associated risks with your subscription to a Simple Earn Offer, including without limitation the risks described in the risk factor statement, (b) explicitly consent to, and grant Binance Group Entities all necessary rights for, Binance Group Entities using your Simple Earn Assets as described in these Simple Earn Terms and any associated risks, and (c) have carefully assessed whether, and determined that, Simple Earn Services are appropriate for you.

## D. How to participate in Simple Earn

13. When you provide Digital Assets to Binance for the purposes of Simple Earn, you will be prompted to agree to and confirm some or all of the following terms on the Platform:
    a. the type of Digital Assets that you will use to Subscribe;
    b. the amount of the designated Digital Assets that you will use to Subscribe;
    c. the Simple Earn Rewards Rate applicable at the time of Subscription, which is subject to change at a future date in accordance with these Simple Earn Terms;
    d. whether the Simple Earn Offer is Flexible Simple Earn or Locked Simple Earn; and
    e. if you subscribe to Locked Simple Earn, the Locked Simple Earn Term and the Locked Distribution Frequency.

14. You will not be able to Subscribe to Locked Simple Earn between 23:50 UTC and 00:10 UTC each day. Upon your Subscription to a Simple Earn Offer your assets will be treated as received by Binance, provided that Binance reserves the right, at any time and from time to time in its sole discretion and without prior notice, to:
    a. reject or remove any Digital Asset or Simple Earn Assets from the program;
    b. specify a minimum or maximum amount of Simple Earn Assets that are required to Subscribe to a Simple Earn Offer;
    c. specify, introduce, alter or revoke Subscription Limits that may apply from time to time;
    d. mandatorily redeem or otherwise return all or some Simple Earn Assets of any user.

## E. Flexible Simple Earn

15. Digital Assets that are Subscribed to Flexible Simple Earn can be redeemed at any time. Simple Earn Rewards for Flexible Simple Earn comprise Real-Time Rewards and Bonus Tiered Rewards (where applicable).

16. **"Real-Time Rewards"** are Simple Earn Rewards that:
    a. start accruing at the Real-Time Rewards Rate from the minute you Subscribe;
    b. will be distributed to your Simple Earn Account the minute after they accrue;
    c. are calculated every minute in respect of the relevant Simple Earn Assets in your Simple Earn Account on a compounding basis;
    d. are distributed in the form of the Digital Asset with which you have Subscribed, unless the relevant Simple Earn Offer expressly states otherwise; and
    e. are rounded down to a number of decimal places determined by Binance in its sole discretion, which may vary for different Digital Assets.

17. The Real-Time Rewards Rate may vary from minute to minute. Any variation to the Real-Time Rewards Rate will apply from the next whole minute and will continue to apply until the next variation takes effect. The Real-Time Rewards Rate is determined by Binance taking into account a variety of factors and may be varied from time to time at Binance's discretion.

18. Binance may from time to time in its sole discretion offer Bonus Tiered Rewards in respect of one or more Simple Earn Offers, which will be payable in addition to the applicable Real Time Rewards.

19. **"Bonus Tiered Rewards"** are Simple Earn Rewards that:
    a. start accruing at the Bonus Tiered Rewards Rate from the day after you Subscribe for the relevant Flexible Simple Earn Offer. Bonus Tiered Rewards will accrue on a daily basis and will be calculated pro rata based on a 365-day calendar year. No Bonus Tiered Rewards will accrue or be paid in respect of the day on which you Subscribe for the relevant Flexible Simple Earn Offer;
    b. will be distributed to your Spot Account the day after they accrue, between 00:00 UTC to 08:00 UTC;
    c. are calculated daily based on the relevant Simple Earn Assets in your Simple Earn Account as at 00:00 UTC, but excluding all Bonus Tiered Rewards. In other words,   Bonus Tiered Rewards are not compounding;

   d. are calculated with reference to the Bonus Tiered Reward Rate applicable at 00:00 UTC on the day that the Bonus Tiered Rewards accrue;

   e. are distributed in the form of the Digital Asset with which you Subscribed, unless the relevant Simple Earn Offer expressly states otherwise; and

   f. are rounded down to a number of decimal places determined by Binance in its sole discretion, which may vary for different Digital Assets.

20. The Bonus Tiered Rewards Rate may vary from time to time as determined by Binance in its sole discretion. Any variation to the Bonus Tiered Rewards Rate will apply from the time and date specified by Binance, in the absence of which a variation will take effect at 00:00 UTC on the day on which Binance announces the variation to the Bonus Tiered Rewards Rate.

21. Your eligibility to receive all or part of any applicable Bonus Tiered Rewards Rate may be conditional upon you satisfying or complying with any applicable Bonus Criteria and will be subject to any applicable Bonus Terms.

## F. Redemption from Flexible Simple Earn

22. Redemption of Simple Earn Assets from Flexible Simple Earn can be requested at any time. Your Simple Earn Assets will be returned to your Spot Account immediately upon Redemption request and you will continue to accrue and be distributed Real-Time Rewards in respect of the Redeemed Simple Earn Assets until they are returned to your Spot Account. If you Redeem only a portion of your Simple Earn Assets, the Simple Earn Assets that you do not Redeem will continue to earn Real-Time Rewards.

23. Bonus Tiered Rewards will not accrue or be distributed to your Spot Account for the redeemed assets in respect of the day on which you elect to Redeem your Simple Earn Assets from Flexible Simple Earn. If you Redeem only part of your Simple Earn Assets, you will not earn Bonus Tiered Rewards for the Redemption day in respect of the portion of assets Redeemed, but you will continue to earn Bonus Tiered Rewards in respect of the assets that are not Redeemed.

24. The return to your Spot Account of Simple Earn Assets that you have Redeemed from Flexible Simple Earn may be delayed in exceptional circumstances, which may include without limitation, extreme market volatility, network outages and delays, validator or protocol failure, a significant number of simultaneous instructions to Redeem from other Binance users, or other unanticipated events. Please refer to the risk factor statement for more information about some (but not all) of the risks that may be associated with participating in Simple Earn.

25. Binance may at its discretion specify a minimum and maximum amount of Simple Earn Assets that are available for Redemption from Flexible Simple Earn each day. Binance may also at its discretion vary the minimum and maximum amount from time to time without prior notice to you.

**Flexible Simple Earn: Example**

> You Subscribe to a Simple Earn Offer for Digital Asset "ABC". The Bonus Tiered Rewards Rate is 10%. The Bonus Term is that the Bonus Tiered Rewards are applied only to a maximum of 5,000 ABC that you used to Subscribe. You Subscribe using 10,000 Digital Asset ABC to Flexible Simple Earn.
>
> You Subscribe on a Monday at 12:00 UTC.

## G. Flexible Auto-Subscribe

26. You may instruct Binance to automatically transfer one or more Eligible Simple Earn Digital Assets from your Spot Account to your Simple Earn Accounts ("**Flexible Auto-Subscribe**").

27. If you elect to Flexible Auto-Subscribe in respect of one or more Eligible Simple Earn Digital Assets, Binance will transfer all Digital Asset holdings of the relevant Eligible Simple Earn Digital Assets from your Spot Account to your Simple Earn Account at 02:00 UTC and 16:00 UTC each day.

28. Immediately upon transfer to your Simple Earn Account, the Eligible Simple Earn Digital Assets will be Subscribed to Flexible Simple Earn Offers that are made available to you by Binance, and will form part of your Simple Earn Assets. Simple Earn Rewards will be calculated and distributed to your Simple Earn Account and Spot Account in accordance with these Simple Earn Terms.

29. Binance reserves the right to decline to act or to cease acting on your instructions to Flexible Auto-Subscribe, at any time in its sole discretion and without prior notice. Binance may refuse to act or cease acting on Flexible Auto-Subscribe instructions for any reason or no reason at all, including without limitation, if the Subscription Limit for a particular Flexible Simple Earn Offer has been reached.

## H. Locked Simple Earn

30. Digital Assets that are Subscribed to Locked Simple Earn cannot be redeemed until the end of the relevant Locked Simple Earn Term. Simple Earn Rewards for Locked Simple Earn:

    a. start accruing at the Locked Simple Earn Rewards Rate from the day after you Subscribe for the relevant Locked Simple Earn Offer. Simple Earn Rewards will accrue on a daily basis and will be calculated pro rata based on a 365-day calendar year. No Simple Earn Rewards will accrue or be paid in respect of the day on which you Subscribe for the relevant Locked Simple Earn Offer;

    b. are distributed in the form of the Digital Asset with which you Subscribed for the Simple Earn Offer, unless the relevant Simple Earn Offer expressly states otherwise;

    c. are calculated on a daily based on the Simple Earn Assets in your Simple Earn Account as at 00:00 UTC, excluding all Simple Earn Rewards. In other words, Simple Earn Rewards in respect of Locked Simple Earn are not compounding;

    d. will be calculated by reference to the Locked Simple Earn Rewards Rate applicable at 00:00 UTC on the day that the Simple Earn Rewards accrue;

    e. will be distributed to your Spot Account, at the pre-determined Locked Distribution Frequency for the relevant Locked Simple Earn Offer;

    f. are rounded down to a number of decimal places determined by Binance in its sole discretion which may vary for different Digital Assets.

31. The Locked Simple Earn Rewards Rate may vary from time to time as determined by Binance in its sole discretion. Any variation to the Locked Simple Earn Rewards Rate will apply from the time and date specified by Binance, in the absence of which a variation will take effect at 00:00 UTC on the day on which Binance announces the variation to the Locked Simple Earn Rewards Rate.

32. For certain Digital Assets, Binance may from time to time in its discretion offer Locked Simple Earn at a fixed Locked Simple Earn Rewards rate ("**Fixed Rate Offer**"). If you Subscribe for a Fixed Rate Offer, the Locked Simple Earn Rewards Rate will remain the same for the entire duration of the Locked Simple Earn Term. For the avoidance of doubt, any alternative rates that may be offered by Binance from time to time in respect of Fixed Rate Offers for the same Digital Assets will not apply to or in any way affect any existing Fixed Rate Offer subscriptions. Rather, such alternative rates will only be applicable to any new Fixed Rate Offer that you choose to subscribe to. You will be able to see if the Locked Simple Earn Offer has a variable rate or is a Fixed Rate Offer on the Product Rules Page (available when you Subscribe).

## I. Redemption from Locked Simple Earn

33. Binance will automatically return Simple Earn Assets to your Spot Account no later than 72 hours after the end of the Locked Simple Earn Term, unless you have elected to participate in Locked Auto-Subscribe. You are not required to request the Redemption of your Simple Earn Assets at the end of the Locked Simple Earn Term.

34. Binance may, in its sole discretion from time to time, permit you to Early Redeem all (but not part only) of your Simple Earn Assets prior to the end of the relevant Locked Simple Earn Term. Your right to Early Redeem may be suspended or withdrawn at any time in Binance's sole discretion, without prior notice to you. If you Early Redeem your Simple Earn Assets before the Settlement Date, you (a) acknowledge and agree that you will forfeit all Simple Earn Rewards that have accrued and been distributed to you in respect of the Simple Earn Assets that are Early Redeemed and (b) hereby authorise Binance to deduct, from the Simple Earn Assets that are to be returned to your Spot Account in connection with the Early Redemption, an amount equal to any and all such Simple Earn Rewards that have been distributed to your Spot Account in respect of the Simple Earn Assets that have been Early Redeemed.

35. Simple Earn Assets that are Early Redeemed are generally expected to be returned to your Spot Account no later than 72 hours after the Redemption request. However, the return of Early Redeemed Simple Earn Assets may be delayed in exceptional circumstances, which may include without limitation events of extreme market volatility, network outages and delays, validator or protocol failure, a significant number of simultaneous instructions to Redeem from other Binance users, or other unanticipated events. Please refer to the risk factor statement for more information about some (but not all) of the risks that may be associated with participating in Simple Earn.

36. Binance may at its discretion from time to time specify a maximum amount of Simple Earn Assets that are available for Early Redemption from Locked Simple Earn each day. Binance may also at its discretion vary the maximum amount from time to time without prior notice to you.

## J. Locked Simple Earn Auto-Subscribe

37. When you Subscribe to Locked Simple Earn, Binance may permit you to automatically Subscribe your Locked Simple Earn Assets as at each Settlement Date to a new Locked Simple Earn Offer ("**Locked Auto-Subscribe**") without requiring any further action from you. Simple Earn Rewards generated from any previous Simple Earn Offer will not be used when you Locked Auto-Subscribe.

38. If you elect to Locked Auto-Subscribe:

    a. your Simple Earn Assets as at the Settlement Date of a Locked Simple Earn Term will automatically be Subscribed to a new Locked Simple Earn Term, commencing on the calendar day immediately following the Settlement Date, without any further action on your part;

    b. your Simple Earn Assets will begin to accrue Simple Earn Rewards from and including the first day of the new Locked Simple Earn Term;

    c. the duration of the new Locked Simple Earn Term will be the same as the preceding Locked Simple Earn Term;

    d. the Locked Simple Earn Rewards Rate for the new Locked Simple Earn Term may be different from the Locked Simple Earn Rewards Rate that applied in the preceding Locked Simple Earn Term.

39. You can amend your Locked Auto-Subscribe instructions at any time on or before 23:59 UTC on the day immediately before the Settlement Date of a Locked Simple Earn Term.

40. Binance reserves the right to decline to act or to cease acting on your instructions to Locked Auto-Subscribe, at any time in its sole discretion and without prior notice.  Binance may refuse to act or cease acting on Locked Auto-Subscribe instructions for any reason or no reason at all, including without limitation if the Subscription Limit for a particular Locked Simple Earn Offer has been reached.

### K. Launchpool Rewards

41. Simple Earn Assets in the form of BNB which are used to Subscribe to Simple Earn Services may also be allocated to one or more Launchpool offers, as determined by Binance in its sole discretion. If your Simple Earn Assets are allocated to Launchpool:
    a. you will receive rewards from participating in Launchpool in accordance with any applicable Launchpool terms and conditions which are published online from time to time; and
    b. you will be deemed to have agreed to any applicable Launchpool terms and conditions which are published online from time to time.

42. If you subscribe to a Simple Earn Offer with BNB and there are multiple concurrent Lauchpool Offers at any time during the term of your subscription, your Simple Earn Assets will be allocated equally to each Launchpool project that you are eligible to participate in, unless specified otherwise. Binance reserves the right, at all times in its discretion and without prior notice, to determine the allocation of Simple Earn Assets to Launchpool offers.

43. Notwithstanding any allocation of your Simple Earn Assets in the form of BNB to Launchpool offers, your Simple Earn Assets can be redeemed in accordance with these Simple Earn Terms as described above and your participation in any Launchpool offers will be redeemed simultaneously.

### L. Changes to Simple Earn Rewards Rate

44. **The Simple Earn Rewards Rate for Locked Simple Earn Offers and Flexible Simple Earn Offers may fluctuate from time to time, including during a Locked Simple Earn Term.  Binance does not in any way represent or guarantee that the Simple Earn Rewards Rate  applicable at the time you Subscribe for a Simple Earn Offer or anytime thereafter will remain constant, whether during the Locked Simple Earn Term or otherwise. The applicable Simple Earn Rewards Rate may fluctuate up or down from time to time. You hereby acknowledge and agree that any representation, whether express or implied, regarding the possible rewards associated with a Simple Earn Offer, applicable or otherwise shown at (or after) the time of Subscribing, Locked Auto-Subscribing or Flexible Auto-Subscribing to a Simple Earn Offer (i) is an estimate based on observations of available on-chain reward rates, general market rates, as well as special rates during promotion periods and is subject to significant risks and uncertainties , (ii) is not guaranteed in any way by any Binance Group Entity or indicative of future performance or rewards, (iii) is calculated based on the Simple Earn Rewards Rate, which may change from time to time in Binance's sole discretion and (iv) is not in any way a form of advice, solicitation or offering for Simple Earn and should not be interpreted as such.**

45. Changes to the Simple Earn Rewards Rate will be published on the Platform from time to time. **YOU MUST REFER TO THE BINANCE WEBSITE REGULARLY. NO BINANCE GROUP ENTITY WILL HAVE ANY LIABILITY WHATSOEVER FOR ANY LOSSES ARISING FROM, OR CONNECTED WITH, CHANGES TO THE SIMPLE EARN REWARDS RATE, WHETHER OR NOT YOU WERE AWARE OF THOSE CHANGES.**

### L.  Reporting and Valuation

46. **You can access reports on your Simple Earn Assets and Simple Earn Rewards on the Platform at any time. You will be able to see and download reports showing the amount and value of your Simple Earn Assets, as well as any subscriptions, Redemptions and distributions of Simple Earn Rewards. The valuation of your Simple Earn Assets displayed on the Platform is based on the current spot price on the Platform.**

### M. Disputes, Governing Law, Jurisdiction and Arbitration

47. For the avoidance of doubt, the clauses relating to *Complaints, Notice of claim, Agreement to arbitrate; Governing law; and Class action waiver* of the Terms of Use shall apply to any disputes or claims relating to, arising out of or in connection with these Simple Earn Terms, including your assent to these Simple Earn Terms.

### N. Definitions

48. Unless otherwise defined, capitalised words used in these Simple Earn Terms shall have the same meaning given to them in the Terms of Use. The rules of interpretation set out in the Terms of Use shall apply to these Simple Earn Terms, except that references to clauses are to clauses in

these Simple Earn Terms, unless otherwise stated.

**Binance Group Entities** means Binance and each Binance Affiliate.

**BNB** means the Digital Asset with the ticker "BNB" and variously referred to as "BNB Coin" or "Build'n'Build".

**Bonus Criteria** means any criteria that Binance may in its discretion require you to meet in order to be eligible to receive Bonus Tiered Rewards.

**Bonus Terms** means all terms and conditions that apply to Bonus Tiered Rewards, as disclosed on the Platform, including but not limited to, Bonus Criteria, any limitations on the amount of Bonus Tiered Rewards that may be distributed to you, the maximum amount of Simple Earn Assets that are eligible to accrue Bonus Tiered Rewards or the period during which Bonus Tiered Rewards will accrue.

**Bonus Tiered Rewards** has the meaning given to it in clause 19.

**Bonus Tiered Rewards Rate** means the annual percentage rate at which Bonus Tiered Rewards are earned, as determined by Binance in its sole discretion from time to time.

**Early Redeem** means the redemption of your Simple Earn Assets from a Locked Simple Earn Offer before the Settlement Date.

**Eligible Simple Earn Digital Assets** means Digital Assets that are designated by Binance from time to time in its sole discretion as being assets which Binance in its discretion may permit you to Flexible Auto-Subscribe from time to time.

**Fixed Rate Offer** has the meaning given to it in clause 32.

**Flexible Auto-Subscribe** has the meaning given in clause 26.

**Flexible Simple Earn** or **Flexible Simple Earn Offer** means a Simple Earn Offer with the features described in section E.

**Launchpool Rewards** means the Digital Assets or any other related rewards, which are distributed in accordance with the Launchpool Terms.

**Launchpool Terms** means the terms and details of a Launchpool offer as published on the Binance website.

**Loan** means the cryptocurrency lending platform offered by Binance or any Binance Group Entity, permitting users to use their Digital Assets as collateral in order to borrow other Digital Assets for a predetermined duration.

**Locked Auto-Subscribe** has the meaning given to it in clause 36.

**Locked Distribution Frequency** means the time or frequency at which Simple Earn Rewards in respect of a Locked Simple Earn Offer will be distributed to your Spot Account.

**Locked Simple Earn** or **Locked Simple Earn Offer** means a Simple Earn Offer with the features described in section H.

**Locked Simple Earn Rewards Rate** means the Simple Earn Rewards Rate for Digital Assets that are Subscribed to Locked Simple Earn.

**Locked Simple Earn Term** means the pre-determined period for which your Simple Earn Assets must be Subscribed to and maintained in a Locked Simple Earn Offer and not Redeemed, in order for you to be entitled to Simple Earn Rewards in respect of the Locked Simple Earn Offer.

**Margin** means the margin facility offered by Binance or any Binance Group Entity, allowing users to borrow Digital Assets from the platform by leveraging their existing Digital Asset holdings as collateral.

**Product Rules Page** means the product rules information relating to the Simple Earn Services, which is made available to you during the Subscription process.

**Real-Time Rewards** has the meaning given to it in clause 16.

**Real-Time Rewards Rate** means the annual percentage rate at which Real-Time Rewards are earned by you in respect of Simple Earn Assets that are Subscribed to a Flexible Simple Earn Offer.

**Redeem** means ending your participation in a Simple Earn Offer in respect of all or part of your Simple Earn Assets, by requesting the return of such Simple Earn Assets in accordance with these Simple Earn Terms and the terms of the relevant Simple Earn Offer, and **"Redemption"** shall be construed

accordingly.

**Settlement Date** means the last day of a Locked Simple Earn Term.

**Simple Earn Account** means a Binance Account that records Simple Earn Assets held to your credit.

**Simple Earn Assets** means the Digital Assets used by you to Subscribe for a Simple Earn Offer.

**Simple Earn Rewards** means the Digital Assets that will be earned by and distributed to you, as consideration for providing your Simple Earn Assets to Binance.

**Simple Earn Rewards Rate** means the annual percentage rate at which Simple Earn Rewards are earned by you, comprising the Real Time Rewards Rate, the Bonus Tiered Rewards Rate (if applicable) or the Locked Simple Earn Rewards Rate, as applicable.

**Simple Earn Services** has the meaning given to it in clause 2.

**Simple Earn Offer** means an offer by Binance to pay you Simple Earn Rewards in return for you providing Binance with Simple Earn Assets, in accordance with these Simple Earn Terms.

**Spot Account** means the Binance Account that you use for spot transactions.

**Subscribe** means accepting and subscribing Digital Assets to a Simple Earn Offer, and **"Subscription"** shall be construed accordingly.

**Subscription Limits** means the maximum amount of Simple Earn Assets that may be used to Subscribe to a Simple Earn Offer, as determined by Binance at its sole discretion, from time to time.

Community

English
USD-$
Theme

About Us
About
Careers
Announcements
News
Press
Legal
Terms
Privacy
Building Trust
Blog
Community
Risk Warning
Notices
Downloads
Desktop Application

Products
Exchange
Buy Crypto
Pay
Academy
Live
Tax
Gift Card
Launchpool
Auto-Invest
ETH Staking
NFT
BABT
Research
Charity

Business
P2P Merchant Application
P2Pro Merchant Application
Listing Application
Institutional & VIP Services
Labs

Learn
Learn & Earn
Browse Crypto Prices
Bitcoin Price
Ethereum Price
Browse Crypto Price Predictions
Bitcoin Price Prediction
Ethereum Price Prediction
Ethereum Upgrade (Pectra)
Buy Bitcoin
Buy BNB
Buy XRP
Buy Dogecoin
Buy Ethereum
Buy Tradable Altcoins

Service
Affiliate
Referral
OTC Trading
Historical Market
Proof of Reserves

Support
24/7 Chat Support
Support Center
Product Feedback
Fees
APIs
Binance Verify
Trading Rules
Binance Airdrop
Law Enforcement

Binance© 2024    Cookie Preferences