# Exhibit 21

 INPUT|OUTPUT

ABOUT ⌄          PRODUCTS          COMMUNITY ⌄          CARE

 IOHK | CONTACT

## Office address

IOG Singapore Pte Ltd

4 Battery Road,

#25-01 Bank of China Building,

Singapore (049908)

*Usage of IOHK channel content for promotional purposes is prohibited. We allow limited reasonable usage of content from IOHK channels for educational or reporting purposes when properly attributed. If you have any specific requests, please fill out the form below.*

  

 


MEDIA ❯


EVENT INVITATIONS ❯





ABOUT    PRODUCTS    COMMUNITY    CARE

Name

Jane Doe

Email*

jane.doe@example.com

Message

Type here...

☐ I have read and hereby agree to the Privacy Policy

Submit



**PRODUCTS**

Cardano

Daedalus

Atala
PRISM

Lace

**MEDIA**

Media

Media kit

**COURSES**

Plutus
Pioneers

IOG
Academy

**LEGAL**

DMCA
Policy

Privacy
Policy

Terms &
Conditions

**SOCIAL**

X

Facebook

GitHub

LinkedIn

YouTube

