# Exhibit 22



| Articles | People | Learning | Jobs | Games |

Join now  Sign in

## Protocol Labs

Software Development

San Francisco, California · 28,212 followers

Protocol Labs drives breakthroughs in computing to push humanity forward.

**Follow**

 Discover all 121 employees

## About us

Protocol Labs is an innovation network driving breakthroughs in computing to push humanity forward. We connect more than 600 tech startups, funds, accelerators, foundations, open source projects, service providers, and other organizations. Our work spans the entire R&D pipeline, across fields like web3, AI, AR, VR, neurotech, hardware, and more.

Subscribe to our newsletter to get the latest updates from around the network: https://bit.ly/PLUpdatesSub

**Website**  https://protocol.ai

**Industry**  Software Development

| | |
|---|---|
| **Company size** | 201-500 employees |
| **Headquarters** | San Francisco, California |
| **Type** | Privately Held |
| **Founded** | 2014 |

## Locations

`Primary`
San Francisco, California 94102, US
Get directions ↗

## Employees at Protocol Labs


**Chris Brocoum**
Head of Finance at Protocol Labs


**Jason Rosenthal**
Operating Partner, a16z crypto


**Ethan Bernstein**
Professor of Leadership and Organizational Behavior at HBS


**Matthew Rothenberg**
Engineering Leadership

See all employees

## Updates

 **Protocol Labs**
28,212 followers
1w

LabWeek Web3 is designed by builders. For builders.

Which focus area are you the most excited to dig into?      ...see more



 24

 Like              💬 Comment              ↗ Share

 **Protocol Labs**
28,212 followers
2d

Reminder!

Reserve your spot at our Protocol Labs Cowork Hub, which will serve as the center of LabWeek Web3 in Bangkok.

This space will offer additional opportunities to host events, meetings, workshops, etc.

#LWweb3



**Protocol Labs Cowork Hub · Luma**
lu.ma

👍 3

󰔓 Like          💬 Comment          ↗ Share

---



**Protocol Labs**
28,212 followers
3d · Edited

One of the key themes behind LabWeek Web3 is digital human rights.

Co-founder and CEO of **Anytype**, **Zhanna Sharipova**, is pushing for a shift towards a user …see more



  8

Like    Comment    Share

**Protocol Labs**
28,212 followers
4d

At LabWeek Web3, we invite you to join in on conversations that will steer the future of web3, like this one on the future of digital social identity.

…see more



👍❤️ 9

 👍 Like              💬 Comment                    ↗ Share

**Protocol Labs** reposted this                                            •••

 **DeStor**
490 followers
4d

We're partnering with Impossible Cloud to launch decentralized cloud backup solutions that deliver performance, flexibility, and long-term savings.
https://hubs.la/Q02WhDfW0

DeStor Cloud Backup solutions are designed for enterprises requiring high-volume, secure, and scalable storage for big data, backups, and archives. By leveraging the power of decentralized technology, businesses gain unprecedented control over their data, avoiding the vulnerabilities of centralized systems and reducing costs by up to 80% compared to traditional cloud providers.

#Decentralization #DecentralizedStorage #DeStor #CloudStorage #CloudBackup



7

👍 Like          💬 Comment          ↗ Share

**Protocol Labs**
28,212 followers
5d

Democratizing cloud computing is a critical step towards ensuring internet freedom.

Join FIL Bangkok 2024 to dive into this topic and catch up with Fluence's Founders discu: ...see more



👍 6

👍 Like           💬 Comment           ↗ Share



**Protocol Labs**
28,212 followers
1w

There's more than $105,000 in prizes available at the **Funding the Commons** x **Earth Commons** Hackathon!

With virtual participation throughout and optional in-person collaboration in Bangkok on Nov. 6-7, the hackathon offers mentorship, workshops, and a platform for teams to push boundaries and create impactful projects.

Apply to the hackathon here.



**Funding the Commons & Earth Commons Hackathon | Hackathon | DoraHacks**
dorahacks.io

👍 6

👍 Like    💬 Comment    ➤ Share


**Protocol Labs**
28,212 followers
1w

Attention: Builders

We're just ⬚ days away from LabWeek Web3!

Get ready to explore solutions in securing digital human rights.

Bangkok, Thailand
Nov. 7-13, 2024

https://lnkd.in/etZ5tw55

#LWweb3



👍 13

👍 Like    💬 Comment    ➤ Share


**Protocol Labs**
28,212 followers
1w

Many AI models, especially in climate science, operate as 'black boxes,' leaving their inner workings a mystery to both scientists and the public.

**EQTY Lab** is changing this with ClimateGPT.

They've developed an innovative tool called the "AI Lineage Explorer," which acts as a digital diary, recording every step in the AI's development.

Learn more.   https://lnkd.in/gEct5vKC



 2

 Like           Comment           Share



**Protocol Labs**
28,212 followers
1w

ICYMI: Glow Protocol recently achieved a major milestone with the onboarding of its first international solar farm.

Learn about the 1.3-megawatt installation in Rajasthan, India that has contributed $1.6M to Glow's rewards pool.

**Cointelegraph**



**Glow Protocol triples carbon credit production overnight via India expansion**
cointelegraph.com

👍 5

Like   Comment   Share

## Similar pages


**Wikimedia Foundation**
Software Development
San Francisco, CA


**Filecoin Foundation**
Software Development


**Kraken Digital Asset Exchange**
Financial Services


**DuckDuckGo**
Software Development
Paoli, PA

Show more similar pages ⌄

# Browse jobs

**Operational Specialist jobs**

79,719 open jobs

**Human Resources Generalist jobs**

29,024 open jobs

**Recruiter jobs**

321,337 open jobs

**Analyst jobs**

760,055 open jobs

**Project Manager jobs**

312,603 open jobs

**Manager jobs**

2,003,890 open jobs

**Engineer jobs**

608,159 open jobs

**Marketing Director jobs**

73,456 open jobs

**Event Manager jobs**

47,477 open jobs

**Vice President of Engineering jobs**

4,893 open jobs

Show more jobs like this

# Funding

Protocol Labs · 6 total rounds

**Last Round**

Series unknown · Mar 1, 2019

See more info on crunchbase

More searches

LinkedIn © 2024

| | |
|---|---|
| Accessibility | About |
| Privacy Policy | User Agreement |
| Cookie Policy | Your California Privacy Choices |
| Brand Policy | Copyright Policy |
| Community Guidelines | Guest Controls |
| | Language |