# Exhibit 24

**Sky Mavis**



SkyMavis

## Sky Mavis Overview

Update this profile

This is a profile preview from the PitchBook Platform.

Request a free trial

Year Founded
**2018**

Status
**Private**

Employees
**187**

Latest Deal Type
**Later Stage VC**

Investors
**59**

- Overview
- Timeline
- Valuation & Funding
- Cap Table
- Comparisons
- Competitors
- Research & Analysis
- Related News
- Patents
- Service Providers
- Signals
- Investors
- Lead Partners on Deals
- Acquisitions
- Subsidiaries
- Exits
- FAQs
- Data Transparency

## Sky Mavis General Information

### Description

Operator of a blockchain studio intended to build games and practical applications. The company creates virtual worlds with player-owned economies, and marketplaces for trading digital assets, enabling gamers to get economic freedom by selling or buying collectibles.



### Contact Information

**Website**
www.sk...

**Ownership Status**
Privately...

**Financing Status**
Venture ...

**Corporate Office**
3 Fraser ...
Suite 05-...
Singapor...
Singapore





**Primary Industry**
Entertai...

**Other Industries**
Other Fi...

**Vertical(s)**
Gaming, Cryptocurrency/Blockchain, FinTech

**Corporate Office**
3 Fraser Street
Suite 05-24, D...
Singapore, 189...
Singapore

Hi there! Can I help you with your research?



## Sky Mavis Timeline







## Sky Mavis Valuation & Funding



| Deal Type | Date | Amount | Raised to Date | P |
|---|---|---|---|---|
| 4. Later Stage VC | | | [illegible] | |
| 3. Later Stage VC (Series B) | 17-Jul-2023 | [illegible] | [illegible] | [illegible] |
| 2. Early Stage VC (Series A) | 05-Oct-2021 | $7.58M | $9.1M | [illegible] |
| 1. Seed Round | 08-Nov-2019 | $1.5M | $1.5M | |

To view Sky Mavis's complete valuation and funding history, request access »

## Sky Mavis Comparisons



| | Sky Mavis | [illegible] | Add Comparison |
|---|---|---|---|
| Description | Operator of a blockchain studio intended to... | [illegible] | |
| Primary Industry | Entertainment Software | [illegible] | |
| HQ Location | Singapore, ... | Vancouver,... | |
| Employees | | | |




## Sky Mavis Competitors (2)

| Company Name | Financing Status | Location | Employees | Ra |
|---|---|---|---|---|
| Dapper Labs | Venture Capita... | Vancouv... | | |
| Mythical Games | Venture Capita... | Los Ang... | | |

You're viewing 2 of 2 competitors. Get the full list »

## Sky Mavis Related Research & Analysis

Explore institutional-grade private market research from our team of analysts.






**Gaming Report**

August 13, 2024




## Sky Mavis Signals



Weekly Growth

Median

Key Data Points

Similarweb Unique Visitors

Majestic Referring Domains

## Sky Mavis Investors (59)

| Investor Name | Investor Type | Holding | Inve |
|---|---|---|---|
| Accel | Venture Capital | Minority | |
| Andreessen Horowitz | Venture Capital | Minority | |
| Ascend Vietnam Ventures | VC-Backed Company | Minority | |
| BasementDAO | Venture Capital | Minority | |
| Binance Labs | Venture Capital | Minority | |

You're viewing 5 of 59 investors. Get the full list »

## Sky Mavis Investments (6)

| Company Name | Deal Date | Deal Type | Deal Size |
|---|---|---|---|
| Reforged Labs | 12-Aug-2... | | |
| Puffverse | 24-Apr-2... | | |
| Pixels | 09-Feb-2... | | |
| Moku | 01-Jan-20... | | |
| Endless Clouds | 05-Dec-2... | Early Stage VC | |

You're viewing 5 of 6 investments. Get the full list »

Ready to get started?

Request a free trial

## Sky Mavis FAQs

**When was Sky Mavis founded?**

Sky Mavis was founded in 2018.

**Where is Sky Mavis headquartered?**

Sky Mavis is headquartered in Singapore, Singapore.

**What is the size of Sky Mavis?**
Sky Mavis has 187 total employees.

**What industry is Sky Mavis in?**
Sky Mavis's primary industry is Entertainment Software.

**Is Sky Mavis a private or public company?**
Sky Mavis is a Private company.

**What is Sky Mavis's current revenue?**
The current revenue for Sky Mavis is [illegible].

**How much funding has Sky Mavis raised over time?**
Sky Mavis has raised $20.1M.

**Who are Sky Mavis's investors?**
Accel, Andreessen Horowitz, Ascend Vietnam Ventures, BasementDAO, and Binance Labs are 5 of 59 investors who have invested in Sky Mavis.

**Who are Sky Mavis's competitors?**
Dapper Labs and Mythical Games are competitors of Sky Mavis.

## Data Transparency



**Meet our data hygiene team**



Discover how our experts ensure you're getting the most accurate financial data in the industry.

Read blog »

**How PitchBook sources data**

Our data operations team has logged over 3.5 million hours researching, organizing, and integrating the information you need most.

Discover our process »

**Products**

Chrome Extension

CRM Integration

Direct Data

Excel and Powerpoint Plugins

Morningstar Institutional Equity Research

PitchBook Credit

PitchBook Desktop

PitchBook Institutional Research

PitchBook Mobile

Product Releases

**PitchBook for**

Hedge Funds

Private Equity

Private Market Valuations

Startups

**Solutions**

Asset Allocation

Benchmarking

Business Development

Deal Execution

Deal Sourcing

Due Diligence

Fundraising

Networking

Private Market Intel

**Blog**

**Webinars**

**Video Library**

**Data**

Advisors

Companies

Data Operations

Deals

Debt

Financials

Funds

Investors

Lenders

Limited Partners

M&A

Professionals

**News & Analysis**

Advertise

LCD News & Research

News Archive

News Team

Newsletter

Report Methodologies

Reports

Research & Analysis Team

**About**

Careers

Customer Success

Partnerships

Press Inquiries

**How PitchBook Compares**

Case Studies

Customer Testimonials

PitchBook vs.

Venture Capital

Competitors

Pricing

**Profile Previews**

What Sets Us Apart

**Follow us**



**US Headquarters**

+1 (206) 623.1986
901 Fifth Avenue
Suite 1200
Seattle, WA 98164

**European Headquarters**

+44 (0) 20 8037.2308
1st Floor Saffron House
6-10 Kirby Street
London EC1N 8TS
United Kingdom

**Asia-Pacific Headquarters**

80 Raffles Place
#41-01 UOB Plaza 1
Singapore 048624

**Contact Us**

info@pitchbook.com
Request Research
Profile Request
Deal Submission

**Follow us**



2024 PitchBook. Win what's next. All rights reserved.

Terms of Use Privacy Policy California Consumer: Do Not Sell My Info