UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>*Defendants*. | No. 1:23-cv-01599-ABJ-ZMF<br><br>Oral Argument Requested |

### NOTICE OF DEFENDANTS BAM TRADING SERVICES INC. AND BAM MANAGEMENT US HOLDINGS INC.'S <u>MOTION TO DISMISS AMENDED COMPLAINT</u>

PLEASE TAKE NOTICE that, upon the accompanying Memorandum in Support of Their Motion to Dismiss, Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc. (together, "BAM") will move before the Honorable Amy Berman Jackson, United States Judge of the United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, DC 20001, for an Order dismissing the SEC's claims as to secondary sales, including Counts Eight, Nine and Ten of the Amended Complaint asserted against BAM in the above-captioned matter.

This motion is supported by the accompanying Memorandum of Law in Support of the Motion to Dismiss and the accompanying exhibits numbered 1 through 19.

1

Dated: November 4, 2024                                    Respectfully submitted,

/s/ Daniel J. Davis                                        /s/ George S. Canellos

Daniel J. Davis (D.C. Bar #484717) (*pro hac vice*)        George S. Canellos (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP                                 Matthew J. Laroche (*pro hac vice*)
1919 Pennsylvania Ave NW                                   MILBANK LLP
Washington DC 20006                                        55 Hudson Yards
daniel.davis@katten.com                                    New York, NY 10001
                                                           GCanellos@milbank.com
Christian T. Kemnitz (*pro hac vice*)                      MLaroche@milbank.com
Levi Giovanetto (D.C. Bar #1001160) (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP                                 *Attorneys for Defendants BAM Trading Services Inc. and BAM Management Holdings US Inc*
525 W. Monroe Street
Chicago, IL 60661
christian.kemnitz@katten.com
levi.giovanetto@katten.com

*Attorneys for Defendants BAM Trading Services Inc. and BAM Management Holdings US Inc.*