# Exhibit 1

# BAM Generally Listed the At-Issue Tokens for Trading Years After Initial Sales

