# Exhibit 2



# BAM PLATFORM TRADING RULES

BAM Trading Services Inc., a Delaware corporation ("BAM," doing business as "Binance US"), operates the "BAM Platform", a Digital Assets trading platform, at https://www.binance.us. Capitalized terms used but not defined herein shall have respective meanings given to such terms in the User Agreement.

The BAM Platform currently offers the following Digital Assets trading services module:

- The spot purchase and sale of Digital Assets on a many buyers and many sellers basis through a central order book matching facility, known as the multilateral trading service (the "Multilateral Trading Service").

The following set of Trading Rules governs all Orders and Transactions on the BAM Platform, and will apply to a Trader immediately upon the opening of an Account and/or immediately upon the Trader's first request to BAM to utilize the BAM Platform. The Trading Rules operate as a binding contract between BAM and each Trader, and between a Trader and any other Trader.

The terms in these Trading Rules may be amended, supplemented and/or replaced from time to time, in accordance with Clause 14.5 of the User Agreement.

In the event that there is any conflict between these Trading Rules and any other statement whether written or oral made by BAM at any time (excluding the statements in the Trading Agreements), the terms of these Trading Rules shall prevail. In the event there is any conflict between the terms of these Trading Rules and any of the Trading Agreements, the terms of such Trading Agreement shall prevail.

Except where these Trading Rules express to the contrary, the Trading Rules shall be construed in accordance with, and governed by, the laws of the State of California applicable to contracts executed and to be wholly performed within such state. Any dispute or controversy arising out of or relating to this Agreement shall be settled by arbitration in accordance with the rules of the American Arbitration Association and judgment upon the award may be entered in any court having jurisdiction thereover. The arbitration shall be held in San Francisco County or in such other place as the parties hereto may agree.

💬 Help

## 2. TRADING ON THE CENTRAL ORDER BOOK TRADING PLATFORM

2.1. BAM operates a central order book trading platform and settles trades in a number of Digital Asset and Fiat Currency Trading Pairs. Each Trader's Account will list which Order Books are available to the Trader to trade in.

**2.2. Orders**

2.2.1 To place an Order on an Order Book, a Trader must have an Available Balance of the relevant Asset in the Linked Wallet which is sufficient to cover the total value of the Order plus any applicable Fees.

2.2.2 When a Trader places an Order, that quantity of the relevant Asset becomes subject to a Hold.

2.2.3 A Trader can place an Order as either a Limit Order, a Market Order, or a Stop Order.

2.2.4 A Trader may cancel an open Maker Order or Stop Order at any time before it is Filled. No Fees are charged for such cancelled Orders which are not Filled.

**2.3. Limit Orders**

2.3.1 A Limit Order is an Order to buy or sell a specified quantity of an Asset at a specified price or better.

2.3.2 A Limit Order will only ever Fill at the specified price or a better price.

2.3.3 A Limit Order with "post-only" selected will only be posted to the Order Book if it would not be posted at the same price as an existing Order on the Order Book. A Limit Order with 'post-only' selected will always be a Maker Order.

2.3.4 A Limit Order without "post-only" selected will be immediately posted to the Order Book (subject to any Time in Force Instructions) and can result in a Maker Order or a Taker Order, or an Order that is partially a Maker Order and partially a Taker Order.

2.3.5 Limit Orders may be placed with one of the following Time in Force Instructions.

a. Good till cancelled: if posted, the Order will remain on the Order Book until cancelled by the Trader. This is the default Time in Force Instruction.

b. Immediate or cancel: the Order will only be posted to the Order Book to the extent that it would be immediately Filled; any remaining quantity is cancelled. This results in a Taker Order.

Help

c. Fill or kill: the Order will only be posted to the Order Book if it would be immediately and completely Filled. This results in a Taker Order.

### 2.4. Market Orders

2.4.1 A Market Order is an Order to buy or sell a specified quantity of an Asset at the best available price of existing Orders on the Order Book.

2.4.2 A Market Order may Fill at a number of different prices, based on the quantity of the Market Order and the quantities of the existing Orders on the Order Book at the time.

2.4.3 Depending on the volume and prices of Orders on the Order Book at the time when a Market Order is posted, the Market Order may Fill at a price less favorable than the most recent trade price, in some cases significantly so. This is commonly referred to as "slippage".

2.4.4 A valid Market Order will be immediately posted to the Order Book. A Market Order is always a Taker Order.

### 2.5. Stop Orders

2.5.1 A Stop Order is an instruction to post an Order to buy or sell a specified quantity of an Asset but only if and when the last trade price on the Order Book is equal to, (in the case of a sell Stop Order) lower than or (in the case of a buy Stop Order) higher than, the Stop Price.

2.5.2 Once a Stop Order has been placed, it is considered 'active' until it executes by posting the relevant Order when the Stop Price is reached.

2.5.3 A Stop Order is not posted to the Order Book and is not visible to other Traders, but any resulting Order is posted and visible.

he Stop Price is reached, or a Stop Limit Order, which posts a Limit Order when the Stop Price is reached.

2.5.5 A Stop Market Order is subject to slippage in the same way as ordinary Market Orders. A Stop Limit Order is not guaranteed to Fill. The Web Interface will display a warning each time a Trader attempts to place a Stop Order.

### 2.6. Confirmations

2.6.1 BAM will require Traders to provide a confirmation when Traders attempt to place an Order would completely or partially fill at a price which is more than 5% away from the last trade price

 Help

(slippage warning).

## 2.7. Posting of Orders to the Order Book

2.7.1 (Taker Order) If an Order is posted to the Order Book at the same price as one or more existing Orders, it is a Taker Order which will result in an immediate Fill at that price, to the extent of the total quantity of those existing Orders.

2.7.2 (Maker Order) To the extent that an Order is posted to the Order Book at a different price to all existing Orders, it is a Maker Order which will remain open at that price on the Order Book until:

a. it is cancelled by the Trader; or

b. it is completely Filled by one or more Taker Orders placed by another Trader at the same price.

## 2.8. Matching Engine and Order Priority

2.8.1 The BAM Platform matches Taker Orders with open Maker Orders on each Order Book based on Price-Time Priority.

2.8.2 Price-Time Priority means that each time a Taker Order is posted, the Taker Order is matched with the earliest in time Maker Order at the best price on the Order Book; and to the extent that the Taker Order is not completely Filled by that Maker Order, it is matched with any subsequent Maker Orders at that price, in the sequence those Maker Orders were posted; and to the extent that the Taker Order is not completely Filled by one or more Maker Orders described above, it is matched with one or more Maker Orders at the next best price, in the sequence those Maker Orders were posted, and this process is repeated until the Taker Order is completely Filled.

2.8.3 All Traders accessing the BAM Platform are subject to the same Price-Time Priority.

2.8.4 An Order may be matched with a number of corresponding Orders at the same price.

2.8.5 Taker Orders are matched with the best available existing Maker Orders. This means that a Limit Order placed outside the market (i.e. a sell Order below the highest existing buy Order, or a buy Order above the lowest existing sell Order) will be Filled by the best available existing Order rather than an existing Order with the same price as the Limit Order.

## 2.9. Fills and Settlement

2.9.1 When a Maker Order is matched with a Taker Order, those Orders are Filled. An Order may be matched with and Filled by one or more Orders at the same price.

Help

2.9.2 As and when Orders are Filled, the BAM Platform will promptly proceed to effect the settlement of such Filled Orders, by debiting and crediting the relevant Digital Asset balances in the Linked Crypto Wallet(s).

2.9.3 The BAM Platform settles the Fiat Currency payments in all Filled Orders on a periodic basis, by debiting and crediting the relevant Fiat Currency balances in the Linked Fiat Wallet(s).

2.9.4 The Trader acknowledges and agrees that there is no assurance or guarantee that an Order will be Filled and/or settled.

**2.10. Exclusion of Liability**

2.10.1 Under no circumstances shall any of (a) BAM, (b) BAM's shareholders, joint venture parties, affiliates and related corporations and entities, and (c) the officers, directors, employees, representatives, agents, suppliers and service providers of all of the persons and entities described in (a) and (b) ((a), (b) and (c) collectively, the "Indemnified Persons") be responsible or liable for any direct or indirect losses (including loss of profits, business or opportunities), damages or costs suffered by any Trader or any other person or entity, arising from or in connection with (a) any act, omission, negligence, breach, offence or default committed by or attributable to any other Trader(s) and/or (b) any Order and/or Transaction failing to be Filled, completed and/or settled, whether this failure is attributable to BAM or otherwise.

**3. TRADING TERMS**

**3.1. Trading Fees**

3.1.1 BAM charges a fee for each Transaction ("Fee"). The applicable Fee is deducted from the Asset credited to the Linked Wallet in settlement of the Transaction following the Filling of an Order. The current Fee rates can be found at the Website.

3.1.2 The Fee is charged by debiting the Fee from the Linked Fiat Wallet or the Linked Crypto Wallet (as the case may be, in accordance with Clause 3.1.1 above) following the Filling of an Order.

3.1.3 BAM may charge different Fees to different Traders, for different types of Orders, on different Order Books, or based on any other factors, at BAM's sole discretion. Any such different Fees, and any changes to any Fees, will be reflected on the Website and will take effect at the time the updated Fee rates are published, or the later date set forth in any revision.

**3.2. Trading Hours**

 Help