# Exhibit 3

Buy Crypto    Prices    Trade    Staking    Pay    Institutions

← Price  Solana (SOL) Price    ♡ Favorite    Advanced Chart

$ **174.05905**

-3.02%   Last  1D            1H  1D  1W  1M  1Y

## SOL Price Performance

| Popularity | Market Cap | Volume (Daily) | Circulating Supply | Trading Activity |
|---|---|---|---|---|
| #5 | $81.87B  3.38% of crypto market | $2.88B | 470.38M | 45.54% buy  54.46% sell |

## SOL Price Live Data

| All Time High | Hourly Price Change | Daily Price Change | Daily Low & High | |
|---|---|---|---|---|
| $260.06212 | -0.81% | -2.97% | Low: $173.40138 | High: $181.15267 |

The live Solana price today is $174.05905 USD with a 24-hour trading volume of $2,884,924,796.06474 USD.   We update our Solana to USD price in real-time.   Solana is down 2.97% in the last 24 hours.   The current CoinMarketCap ranking is #5, with a live market cap of $81,873,509,827.70546 USD.

### About SOL

## What Is Solana?

Solana is a next-generation blockchain focused on speed and specifically designed to host scalable decentralized applications (dApps). SOL is the native cryptocurrency of the Solana blockchain and network.

Due to its unique design, Solana claims to be able to process more transactions per second (TPS) than rival blockchains — up to 50,000 TPS with 400 millisecond block times. This makes Solana one of the fastest blockchains in the industry.

## How Does Solana Work?

Solana's network is secured through an advanced Proof-of-Stake (PoS) system with a variation it calls "Proof-of-History (PoH)."

Solana's Proof-of-History method uses hashed timestamps to verify the order of events (i.e., blocks) and the time between those events on the network. Including time between events allows nodes on the

💬 Help

Solana network to access a chronological record of transactions without needing to be fully synchronized. Hence, Solana removes the need for nodes to synchronize — one of the biggest impediments to fast transaction speeds on many other blockchains.

## History of Solana

Solana was co-founded by Anatoly Yakovenko, Greg Fitzgerald, and Stephen Akridge in 2018.

The concept was based on observations by Yakovenko, who noted that existing blockchains were struggling to exceed 15 transactions per second worldwide, while centralized payment systems could reach approximately 65,000 transactions per second.

Yakovenko solved this problem by implementing a new consensus method known as Proof-of-History (PoH) as a way for nodes across the network to agree on time and transaction sequence, removing the need to trust each other.

Yakovenko then teamed with Fitzgerald, Akridge (with whom he'd worked at Qualcomm), and three others to bring the Solana Protocol to life.

## How To Buy Solana

Buying Solana is simple and follows the same steps as buying most other cryptocurrencies.

First, find a crypto platform — like Binance.US — that offers Solana and other cryptocurrencies, reasonable fees, and the resources you need to help you make the right choices.

Next, open an account and fund it with the fiat currency of your choice (fiat currency is government-backed money, such as U.S. dollars).

After you've funded your account, you're ready to buy Solana. Log in to the crypto platform, enter the amount you want to buy, and choose when you want to buy it.

When the buy order is complete, and the SOL is in your crypto platform account, you can then store it in one of two types of crypto wallets:

- A cold wallet (offline storage on a device similar to an external hard drive)
- A hot wallet (online storage via a secure wallet provider)

Storing your Solana in a crypto wallet gives you the most security and control over your funds. When you buy Solana (and other cryptocurrencies) on Binance.US, you can store it directly in the hot wallet provided by our platform.

## How To Sell Solana

Once you've opened and funded an account on a crypto platform, selling Solana is just as straightforward as buying it.

You can sell a few different ways, including via market order at the current market price, a limit order at a future price you indicate, or a stop-limit order (sometimes known as a stop-loss), where you can set a stop price to trigger the sale at market price.

Once the sell order is complete, the platform deposits the funds (as fiat currency) into your account where you can then withdraw it or use it to buy other cryptocurrencies.

## How To Trade Solana

Trading Solana is very similar to buying and selling it. Open an account, fund it, and then use the tools the platform provides to initiate your trades.

Trading cryptocurrencies can sometimes get complicated, so researching, analyzing the market, and establishing a strategy are essential to reaching your financial goals.

## How To Stake Solana

Staking Solana allows you to earn crypto rewards on your holdings. You do this by committing your SOL toward securing its Proof-of-Stake (PoS) network. The network then generates and returns rewards based on the amount of Solana you've staked.

💬 Help

As with buying, selling, and trading, the right crypto platform — like Binance.US — will simplify staking SOL down to a few clicks and make it as easy, secure, and convenient as possible.

## Resources

Official Solana Website

Whitepaper

*This material has been prepared for general informational purposes only and should NOT be: (1) considered an individualized recommendation or endorsement of any digital asset or services discussed herein; and (2) relied upon for any investment activities. All information is provided on an as-is basis and is subject to change without notice. We make no representation or warranty of any kind, express or implied, regarding the accuracy, validity, reliability, availability or completeness of any such information.* Binance.US *does NOT provide investment, legal, or tax advice in any manner or form. The ownership of any investment decision(s) exclusively vests with you after analyzing all possible risk factors and by exercising your own independent discretion.* Binance.US *shall not be liable for any consequences thereof.*

*Risk warning: Buying, selling, and holding cryptocurrencies are activities that are subject to high market risk. The volatile and unpredictable nature of the price of cryptocurrencies may result in a significant loss.* Binance.US *is not responsible for any loss that you may incur from price fluctuations when you buy, sell, or hold cryptocurrencies. Please refer to our* Terms of Use *for more information.*

Read Less

## SOL News

Oct 30,2024



**Ripple's XRP stagnates : What's behind the weak performance ?**

Oct 30,2024



**Legendary Solana Trader Predicts ZircitDEX (ZDEX) Will Soar to $5 Before Jupiter Hits $1**

Oct 30,2024



**Solana integrates Chainlink data stream, analysts Bullish on Polkadot and IntelMarkets**

Oct 30,2024



**This October investment is outperforming top cryptos like Bitcoin, Ethereum, and Solana**

Oct 30,2024




Help



**Time to Pull The Trigger? Solana Rally Enters Prime Time as Traders Brace for $20B to Enter Altcoins**

Oct 30,2024



**Musk Trillionaire (MUSKTRIL) Solana Memecoin Will Explode 17,000% Before Exchange Listings, As Shiba Inu and Dogecoin Lag**

App

| Company | Products | Support | Learn |
|---|---|---|---|
| About Us | Buy & Sell | Help Center | Crypto Prices |
| Trust | Convert | Tax | Crypto Education |
| Compliance | Spot Trading | Fees | Crypto For Beginners |
| Licenses | OTC | Trading Rules | What is a Blockchain? |
| Blog | Staking | Trade Limits | What is Bitcoin? |
| Announcements | Pay | Listing on Binance.US | What is Ethereum? |
| Careers | Institutions | API Documentation | Crypto Staking Explained |
| Terms of Use | Crypto Domains | Status | Crypto Tokens vs. Coins |
| Privacy Policy | | | |
| Cookie Policy | | | |
| Law Enforcement Guide | | | |
| Do Not Sell My Personal Information | | | |

PCI DSS Certification

**BINANCE.US**

© 2024 BAM Trading Services Inc. d.b.a. Binance.US - All rights reserved.   NMLS ID: 1906829

Help