# Exhibit 4

Buy Crypto    Prices    Trade    Staking    Pay    Institutions

Price    Ethereum (ETH) Price    Favorite    Advanced Chart

$2,655.06474

1.07%   Last   1D                                      1H   1D   1W   1M   1Y

## ETH Price Performance

| Popularity | Market Cap | Volume (Daily) | Circulating Supply | Trading Activity |
|---|---|---|---|---|
| #2 | $319.69B  13.15% of crypto market | $22.44B | 120.41M | 51.89% buy  48.11% sell |

## ETH Price Live Data

| All Time High | Hourly Price Change | Daily Price Change | Daily Low & High | |
|---|---|---|---|---|
| $4,891.70470 | -0.88% | +1.29% | Low: $2,600.60966 | High: $2,720.27144 |

The live Ethereum price today is $2,655.06474 USD with a 24-hour trading volume of $22,440,403,299.88460 USD.

We update our Ethereum to USD price in real-time.

Ethereum is up 1.29% in the last 24 hours.

The current CoinMarketCap ranking is #2, with a live market cap of $319,686,479,451.23737 USD.

## About ETH

### What Is Ethereum (ETH)?

Ethereum is a decentralized computing platform with its own native cryptocurrency, Ether (ETH), the second-largest cryptocurrency by market capitalization after Bitcoin.

Ethereum's flexibility as a platform, enabled by smart contracts, has attracted a vibrant community and a wide range of use cases, from staking and trading cryptocurrencies, to building decentralized applications (dApps). Many of the most innovative trends in the crypto space today, from decentralized finance (DeFi) to laying the foundations for a new decentralized internet (Web 3), have found thriving homes within the Ethereum ecosystem.

### How Does Ethereum (ETH) Work?

Ethereum was the first cryptocurrency to popularize the use of smart contracts, adding an extra layer of programmability and flexibility to the blockchain. Smart contracts take agreements between two

 Help

participants (much like regular contracts) and automate them on top of the Ethereum blockchain, without the need for a third-party or supervising intermediary like a bank or government.

The Ethereum blockchain is a distributed digital ledger that stores transaction information. Like all blockchains, this information must be added by validators that help verify the transaction data. Initially, Ethereum used a "proof-of-work (PoW)" model (much like Bitcoin) for adding new transactions to the blockchain.

However, Ethereum recently switched over to "proof-of-stake (PoS)" during a highly touted update commonly called "The Merge." This method uses staked cryptocurrency (essentially cryptocurrency held in escrow in exchange for a return) as the price of entry to qualify a validator and deter bad actors. It has effectively reduced energy consumption on the Ethereum network by over 95%.

## History of Ethereum (ETH)

The conceptual underpinnings of Ethereum were proposed in a whitepaper published by Vitalik Buterin in 2013. This was followed by a second paper in 2014 outlining the technical definitions of how Ethereum would work.

In 2014, Ether (ETH) became available for sale online, and buyers could use Bitcoin to purchase it. Ethereum's first iteration went live in July of 2015 (primarily for technical users). A broader update took place in September of that year.

ETH has quickly become the world's second-largest cryptocurrency, and the Ethereum network has grown to host over 50 million smart contracts and almost 3,000 projects built on its blockchain. In 2021, $11.6 trillion in value moved through its network.

## How To Buy Ethereum (ETH)

Buying ETH is straightforward. First, choose a crypto exchange, like Binance.US, and open an account.

Next, fund your account with fiat currency (government-backed currency, such as the U.S. dollar). You can usually do this via bank or wire transfer, debit or credit card, or other reputable payment services. You may also be able to link your crypto account to a bank account.

Finally, place an order to buy ETH. You'll need to decide when to buy — crypto exchanges can be open around the clock, so you'll not be limited by bank or exchange hours — and how much ETH you want.

You can also buy fractional amounts of ETH instead of an entire coin, which may be thousands of dollars each. Using Binance.US, you can even buy as little as $1 worth of ETH! So why not get started today?

Note: It's a good idea to store the crypto you purchase in a digital wallet for safekeeping.

## How To Sell Ethereum (ETH)

If you own Ethereum, you can sell it directly on the crypto platform you use. But since ETH is the currency of the Ethereum blockchain, you can also use it to pay for services or applications on that blockchain.

The crypto platform you used to buy Ethereum will usually allow you to sell it in a few different ways:

- A market order at the current market price
- A limit order at a future price you indicate
- A stop-limit order (sometimes known as a stop-loss), where you can set a stop price to trigger the sale at market price

Your crypto exchange will transfer fiat currency equal to the value of the ETH you sold. You may use it to purchase other cryptocurrencies or withdraw or transfer it.

## How To Trade Ethereum (ETH)

Trading ETH is very similar to buying or selling it. You can do so on the crypto exchange where you've set up and funded an account. The right crypto exchange, like Binance.US, will make it easy by providing the necessary trading tools.

Trading cryptocurrency is serious business, so you'll want to do your homework before making any trading decisions.

**Resources:**

 Help

Official Ethereum website

Ethereum Whitepaper

The Ethereum Blockchain Explorer

This material has been prepared for general informational purposes only and should NOT be: (1) considered an individualized recommendation or endorsement of any digital asset or services discussed herein; and (2) relied upon for any investment activities. All information is provided on an as-is basis and is subject to change without notice. We make no representation or warranty of any kind, express or implied, regarding the accuracy, validity, reliability, availability or completeness of any such information. Binance.US does NOT provide investment, legal, or tax advice in any manner or form. The ownership of any investment decision(s) exclusively vests with you after analyzing all possible risk factors and by exercising your own independent discretion. Binance.US shall not be liable for any consequences thereof.

*Risk warning: Buying, selling, and holding cryptocurrencies are activities that are subject to high market risk. The volatile and unpredictable nature of the price of cryptocurrencies may result in a significant loss.* Binance.US *is not responsible for any loss that you may incur from price fluctuations when you buy, sell, or hold cryptocurrencies. Please refer to our* Terms of Use *for more information.*

Read Less

## ETH News

**Oct 30,2024**



Stablecoins Enters Spotlight With US Treasury Department, Here's Why

**Oct 30,2024**



Popcat price prediction for 2024 and beyond

**Oct 30,2024**



TOP Cryptos Set to Create Crypto Millionaires in the Next 6 Months: Leading Blockchain Projects Transforming Web3

**Oct 30,2024**



HKEX Virtual Asset Index Series to Set New Standards in Crypto Pricing

**Oct 30,2024**



Investment Officer of a Giant Company: "Bitcoin Will Soar Anyway After US Elections, But Altcoins…"

Help

**Oct 30,2024**



### Starknet Sets New Speed Record for Ethereum Layer-2 Scaling

App

| Company | Products | Support | Learn |
|---|---|---|---|
| About Us | Buy & Sell | Help Center | Crypto Prices |
| Trust | Convert | Tax | Crypto Education |
| Compliance | Spot Trading | Fees | Crypto For Beginners |
| Licenses | OTC | Trading Rules | What is a Blockchain? |
| Blog | Staking | Trade Limits | What is Bitcoin? |
| Announcements | Pay | Listing on Binance.US | What is Ethereum? |
| Careers | Institutions | API Documentation | Crypto Staking Explained |
| Terms of Use | Crypto Domains | Status | Crypto Tokens vs. Coins |
| Privacy Policy | | | |
| Cookie Policy | | | |
| Law Enforcement Guide | | | |
| Do Not Sell My Personal Information | | | |

f X



**BINANCE.US**

© 2024 BAM Trading Services Inc. d.b.a. Binance.US - All rights reserved.   NMLS ID: 1906829

Help