# Exhibit 6

| Open in app↗ | | Sign up | Sign in |

Search    Write

# AXIE INFINITY Buyback & Burn Sales Program

AXIE INFINITY · Follow

2 min read · Apr 16, 2023



BUY AXS TOKENS USING BNB TO EARN ACCRUED BONUSES

## ABOUT THE BUYBACK PROMO:

**When AXS tokens** are purchased from the buyback promo sales through the secondary market, AXS tokens are automatically burnt from the total supply

which permanently reduces the number of AXS from circulation. This achieves a deflationary tokenomics model through the buyback promo program in order to boost liquidity, reduce volatility, and contribute to price appreciation.

Participants receive the AXS equivalent purchased plus extra AXS tokens as bonus reward incentive for participating. Please note that to avoid causing sudden price volatility in the buyback promo program, we set up a mechanism to checkmate such issue.

Participation can only be initiated using the Binance Smart Chain contract address.

**THIS OFFER IS VALID FOR 95,000BNB ONLY**

> MINIMUM VALUE PER TRANSACTION IS **5 BNB**
>
> MAXIMUM VALUE PER TRANSACTION IS **5000 BNB**
>
> MINIMUM: BONUS PER TRANSACTION: **11%**
>
> MAXIMUM BONUS PER TRANSACTION: 100%
>
> THE HIGHER VALUE SENT THE HIGHER ACCRUED BONUSES RECEIVED
>
> **PARTICIPATION CAN ONLY BE DONE TWICE PER NODE-WALLET**
>
> ALL AXS PURCHASES WITH THE SALES CONTRACT ADDRESS ARE COMPLETELY AUTOMATED