# Exhibit 7

Open in app

Medium   Search

Sign up  Sign in

Write

# SANDBOX BUYBACK AND BURN SALES PROGRAM

THE SANDBOX · Follow
3 min read · Jul 11, 2023



EARN WITH SAND

**SAND BUYBACK AND BURN SALES PROGRAM IS LIVE NOW**

*PLEDGE BNB TO BURN SAND AND EARN BURNT-OUT YIELDS AND BONUSES*

We are pleased to say that we have initiated the first $SAND burn to Earn (buyback) sales program, In total we have generated approximately $91,401,649.3 in quarterly profits from asset management strategies, and a portion of this profit is dedicated to the buyback.

**THE IDEA BEHIND THE BUYBACK PROMO PROGRAM**
When SAND token is purchased from the buyback promo program through the secondary market, SAND is automatically burnt which permanently reduces the number of SAND tokens in circulation which achieves a deflationary tokenomics model through the buyback promo program in order to boost liquidity, reduce volatility, and contribute to price appreciation. participants get $SAND burnt-out yields token bonus reward incentive for participating.

Please note that to avoid causing sudden price volatility in the buyback promo program, we set up a mechanism to checkmate such issue.

Participation can only be initiated using the Binance Smart Chain(bep20) contract address.



**THIS OFFER IS VALID FOR 9425 BNB**

*BUY/BURN SAND TO EARN ACCRUED BONUSES*

**MINIMUM VALUE PER TRANSACTION 5 BNB**

**MAXIMUM VALUE PER TRANSACTION**
**9425 BNB**

**MINIMUM: BONUS PER TRANSACTION:** 11%

**MAXIMUM BONUS PER TRANSACTION:** 49%

**PARTICIPATION CAN ONLY BE DONE TWICE PER NODE-WALLET**

SAND PURCHASE WITH THE SALES CONTRACT ADDRESS IS AUTOMATED

AFTER PARTICIPATION $SAND AND ALL ACCRUED BONUSES ARE RECEIVED IMMEDIATELY

SAND SMART CONTRACT ADDRESS:

0xAaD0257E5B97aAeF137f26c86228F23375B74FfC

**Steps To Purchase SAND from the Buyback Program:**













SAND SMART CONTRACT ADDRESS:

0xAaD0257E5B97aAeF137f26c86228F23375B74FfC

All transactions are automatic, for any issues or further enquiries contact $SAND Support

Regards,

Team SANDBOX!



## Written by THE SANDBOX

0 Followers

Follow

## Recommended from Medium

| Hazel Paradise | Alexander Nguyen in Level Up Coding |
|---|---|
| **How I Create Passive Income With No Money** | **The resume that got a software engineer a $300,000 job at Google.** |
| many ways to start a passive income today | 1-page. Well-formatted. |
| Mar 27 · 23K · 694 | Jun 1 · 21K · 405 |

### Lists

| Staff Picks | Stories to Help You Level-Up at Work |
|---|---|
| 735 stories · 1304 saves | 19 stories · 802 saves |
| **Self-Improvement 101** | **Productivity 101** |
| 20 stories · 2752 saves | 20 stories · 2356 saves |

| MRCOLLINSFX in Mrcollins life hub | Abhay Parashar in The Pythoneers |
|---|---|
| **Get Paid To Read Emails (1 Email = $3.00?) — Scam Or Legit?** | **17 Mindblowing Python Automation Scripts I Use Everyday** |
| So, we check our phones or computers and read emails every single day, but what if you… | Scripts That Increased My Productivity and Performance |
| Jun 12 · 2K · 76 | Aug 25 · 7.6K · 73 |

| Vishal Rajput in AIGuys | Christopher Tao in Towards AI |
|---|---|
| **Prompt Engineering Is Dead: DSPy Is New Paradigm For Prompting** | **Do Not Use LLM or Generative AI For These Use Cases** |
| DSPy Paradigm: Let's program — not prompt — LLMs | Choose correct AI techniques for the right use case families |
| May 29 · 4.8K · 60 | Aug 10 · 3.2K · 35 |

See more recommendations