# Exhibit 14


babypips

SEARCH FOR SYMBOLS

| MARKET SNAPSHOT | WATCHLISTS OVERVIEW | SYMBOL DETAILS |

**MARKET**

Commodities

**SOURCE**

FXCM

📷 **MARKET SNAPSHOT**

💪 **COMMODITIES STRENGTH**

🔥 **COMMODITIES HEAT MAP**

📈 **COMMODITIES VOLATILITY**



# Commodities Market Movers

**Which commodities are moving today?**

Which commodities are hot? Which commodities are cold? Who are the performance leaders and losers?

See which commodities have gone up or down significantly over the course of the trading day, along with their price change in percentage.

These commodities are ranked by their **1D** percent change (the percentage difference between the last price and previous price).

## Top Gainers

Which commodities have gained the most **today**? Gainers refers to the commodities that had a positive percentage price movement since the previous **day**.

| | CHANGE % | CHANGE | LAST PRICE |
|---|---|---|---|
| USOil | +2.48% | 1.671 | 69.075 |






MarketMilk™ is a visual technical analysis tool that simplifies the process of analyzing market data to help traders make better trading decisions.

Copyright © 2024 BabyPips.com

Contact

Subscribe