# Exhibit 15



# 1. Introduction

Filecoin is a distributed storage network based on a blockchain mechanism. Filecoin *miners* can elect to provide storage capacity for the network, and thereby earn units of the Filecoin cryptocurrency (FIL) by periodically producing cryptographic proofs that certify that they are providing the capacity specified. In addition, Filecoin enables parties to exchange FIL currency through transactions recorded in a shared ledger on the Filecoin blockchain. Rather than using Nakamoto-style proof of work to maintain consensus on the chain, however, Filecoin uses proof of storage itself: a miner's power in the consensus protocol is proportional to the amount of storage it provides.

The Filecoin blockchain not only maintains the ledger for FIL transactions and accounts, but also implements the Filecoin VM, a replicated state machine which executes a variety of cryptographic contracts and market mechanisms among participants on the network. These contracts include *storage deals*, in which clients pay FIL currency to miners in exchange for storing the specific file data that the clients request. Via the distributed implementation of the Filecoin VM, storage deals and other contract mechanisms recorded on the chain continue to be processed over time, without requiring further interaction from the original parties (such as the clients who requested the data storage).

### 2.8.18.34. `vm/runtime` VM Implementation

The Lotus implementation of the Filecoin Virtual Machine runtime can be found here

### 2.8.18.35. Exit Codes

There are some common runtime exit codes that are shared by different actors. Their definition can be found here.

## 2.8.19. Gas Fees

### 2.8.19.36. Summary

As is traditionally the case with many blockchains, Gas is a unit of measure of how much storage and/or compute resource an on-chain message operation consumes in order to be executed. At a high level, it works as follows: the message sender specifies the maximum amount they are willing to pay in order for their message to be executed and included in a block. This is specified both in terms of total number of units of gas (`GasLimit`), which is generally expected to be higher than the actual `GasUsed` and in terms of the price (or fee) per unit of gas (`GasFeeCap`).

Traditionally, `GasUsed * GasFeeCap` goes to the block producing miner as a reward. The result of this product is treated as the priority fee for message inclusion, that is, messages are ordered in decreasing sequence and those with the highest `GasUsed * GasFeeCap` are prioritised, given that they return more profit to the miner.

However, it has been observed that this tactic (of paying `GasUsed * GasFee`) is problematic for block producing miners for a few reasons. Firstly, a block producing miner may include a very expensive

message (in terms of chain resources required) for free in which case the chain itself needs to bear the cost. Secondly, message senders can set arbitrarily high prices but for low-cost messages (again, in terms of chain resources), leading to a DoS vulnerability.

In order to overcome this situation, the Filecoin blockchain defines a `BaseFee`, which is burnt for every message. The rationale is that given that Gas is a measure of on-chain resource consumption, it makes sense for it to be burned, as compared to be rewarded to miners. This way, fee manipulation from miners is avoided. The `BaseFee` is dynamic, adjusted automatically according to network congestion. This fact, makes the network resilient against spam attacks. Given that the network load increases during SPAM attacks, maintaining full blocks of SPAM messages for an extended period of time is impossible for an attacker due to the increasing `BaseFee`.

Finally, `GasPremium` is the priority fee included by senders to incentivize miners to pick the most profitable messages. In other words, if a message sender wants its message to be included more quickly, they can set a higher `GasPremium`.

### 2.8.19.37. Parameters

- `GasUsed` is a measure of the amount of resources (or units of gas) consumed, in order to execute a message. Each unit of gas is measured in attoFIL and therefore, `GasUsed` is a number that represents the units of energy consumed. `GasUsed` is independent of whether a message was executed correctly or failed.
- `BaseFee` is the set price per unit of gas (measured in attoFIL/gas unit) to be burned