# Exhibit 16

Buy Crypto Prices Trade Staking Pay Institutions

Price | Decentraland (MANA) Price

Favorite Advanced Chart

$0.3064

-1.84% Last 1D

1H 1D 1W 1M 1Y

MANA Price Performance

| Popularity | Market Cap | Volume (Daily) | Circulating Supply | Trading Activity |
|---|---|---|---|---|
| #114 | $595.04M<br>0.02% of crypto market | $27.16M | 1.94B | 25.00% buy 75.00% sell |

MANA Price Live Data

| All Time High | Hourly Price Change | Daily Price Change | Daily Low & High |
|---|---|---|---|
| $5.9023 | +0.65% | -0.57% | Low: $0.3006 High: $0.3128 |

The live Decentraland price today is $0.3064 USD with a 24-hour trading volume of $27,162,288.8905 USD.

We update our Decentraland to USD price in real-time.

Decentraland is down 0.57% in the last 24 hours.

The current CoinMarketCap ranking is #114, with a live market cap of $595,041,191.9302 USD.

About MANA

Decentraland is a virtual reality platform powered by the Ethereum blockchain. Users can create, experience, and monetize content and applications. One of the main features of the platform is the ability to purchase land in its virtual reality & to build on it.

MANA News

Oct 26,2024

Help

