# Exhibit 17

# The Trust Chain Consensus
## COTI: a decentralized, high performance cryptocurrency ecosystem optimized for creating digital payment networks and stable coins

*Technical White Paper, V.4.0, 2nd October 2018*

**Abstract**

It has been long anticipated for cryptocurrencies to significantly alter the online payment landscape. To accomplish this, it is necessary for cryptocurrencies to be user friendly, convenient and highly scalable. Several blockchain based technologies have been created to tackle the challenges posed by attempting to provide high transaction throughput while remaining inexpensive, but these have been met with little success. Another challenge faced is the lack of trust between unknown parties, which leads to countless chargebacks and transaction cancellations. Moreover, merchants are often classified as 'high-risk' or 'low-risk' based on their association with a particular industry, rather than on their actual behaviour.

COTI, Currency Of The Internet, solves these challenges by using an innovative base-layer protocol in the form of a directed acyclic graph-based ledger, built from transactions connected through time, by harnessing trust-based algorithms. Trust should be based on a combination of the network participant's historical behaviour data and objective information about them. COTI takes this into consideration, calculating trust using a unique machine-learning algorithm. Trust is used in the Trustchain Algorithm to validate and confirm transactions faster. Trust chains grow as new transactions attach to two prior transactions which have similar degrees of trust as themselves. This results in an innovative consensus-based confirmation mechanism, where every user is incentivised to have a high level of trust while engaging in trust-building behaviour due to the benefits associated with having a high level of trust (i.e. faster confirmation times).

COTI has built mechanisms to monitor, detect and defend against possible attacks, ensuring network security. An example of such a mechanism is COTI's Double Spend Prevention (DSP) Nodes. COTI also introduces novel protocols to address disputes that may arise when sending transactions, a much required feature which is not possible with other cryptocurrencies. Dispute resolution is achieved by the use of an Arbitration Service. This service takes advantage of the principles of game theory to ensure a fair outcome in the case of a dispute and votes to determine which of the two disputing parties is right.

Our vision of COTI is to empower users to freely exchange value as simply as information is exchanged on the Internet. To achieve this, we are developing the Trustchain Protocol based on a directed acyclic graph (DAG) distributed ledger, which creates a scalable blockless protocol that can be utilised by any industry that needs high throughput and trust to operate.

COTI is uniquely positioned to provide the infrastructure needed for industries requiring immense scalability, in addition to an arbitration mechanism to resolve disputes, fraud (e.g. double spending) and errors.

COTI also introduces a MultiDAG structure and high-performance smart contracts, which provide a multitude of tools for enterprises, merchants, governments, developers and stable coin issuers.

*Keywords:* Arbitration, Blockchain, COTI, Cryptocurrency, DAG, Distributed ledger, E-commerce

# 1 Introduction

Blockchain technologies and cryptocurrencies have become alternative mechanisms for managing payment transactions over the past years. Digital currencies such as Bitcoin, Ethereum, and many

others have enjoyed exponential growth in popular interest and adoption[1], while other uses have included technological applications, ranging from supply chain management [11] to decentralised, verifiable health records [17]. Indeed, many have likened cryptocurrencies to the early internet, citing its enormous potential to disrupt payment systems in the same way the internet disrupted information access [14].

However, while first generation cryptocurrencies have been enormously successful, they have faced fundamental challenges that have prevented them from achieving universal adoption. Linear blockchain based cryptocurrencies suffer from low transaction throughput[2]; cryptocurrencies that rely on a network of miners to perform increasingly complex proof-of-work (PoW) computations incur prohibitively high transaction fees; and most existing cryptocurrencies are difficult to manage and are subject to mass speculation. In addition, services like dispute resolution, which are commonplace for credit cards and other payment platforms, are rare within the frameworks of most existing cryptocurrencies. These factors make it difficult for individuals and merchants to adopt them as a global currency or digital dollar for day-to-day transactions.

This paper introduces COTI (Currency Of The Internet), a next-generation cryptocurrency that achieves high transaction throughput and low fees, while being easy to manage and providing decentralised structures for the services users have come to expect from payment platforms, such as dispute resolution. COTI achieves a high transaction throughput by employing a Directed Acyclic Graph (DAG) of transactions known as the Cluster, as opposed to a blockchain. This idea is not new, and has been proven to improve performance [13, 4, 15]. Typically, DAG based cryptocurrencies[3] have been intended for large numbers of low valued transactions, possibly between machines such as IoT devices. Because COTI is designed to support day-to-day transactions between merchants and consumers, new algorithms have been introduced to drive the formation of the Cluster, and the approval of transactions. Fundamental to the new approach is the Trust Score, which is assigned to each user account based on its historical behavior, and which governs the approval of that account's transactions within the network as well as the amount of any possible fees incurred. These algorithms will be described in detail in Section 2.

In addition to the new features mentioned above, COTI introduces an Arbitration Service for dispute resolution, consisting of a decentralised collective of highly trusted network participants who vote on dispute rulings. This allows the network to offer decentralised human-input services to its participants.

**The Base Layer Protocol:** DAG-based distributed ledger technologies show signs of being particularly adept at overcoming the scalability limitations inherent in blockchain-based payment networks. This is because while in blockchain-based networks, greater scale has undesirable effects on network usability, in DAG-based networks the reverse is generally true: greater network usage results in improved network scalability. In other words, there is a positive correlation between the number of network users and the rate at which transactions are confirmed.

As a result of the positive correlation between network usage and network scalability, the DAG data structure is ideally suited for the COTI network's base layer protocol, and will enable it to achieve full decentralisation without compromising COTI's commitment to scalability, instantaneity and low (or zero) fees. Building on the foundations established by the above-mentioned initiatives, COTI is introducing an innovative DAG-based distributed ledger technology as its base layer protocol, which involves the use of Trust Scores as the key mechanism by which new, unconfirmed transactions select prior transactions to validate. Furthermore, COTI's DAG-based distributed ledger technology, the Cluster, reaches faster consensus when confirming transactions by using COTI's Trustchain Algorithm. Eventually, the Cluster will be able to validate and confirm a maximum of hundreds of thousands transactions per second (TPS)[4].

---

[1] The number of Bitcoin transactions per day has grown from about 100 in 2009 to over 400,000 in late 2017 [2].
[2] Bitcoin delivers a maximum of 7 transactions per second [6].
[3] e.g. IOTA
[4] Arguments for this can be found in Section 10.

**Proof of Trust (PoT):** COTI's unique combination of the Trustchain Algorithm and Proof of Work.

**COTI coin:** COTI introduces a high-performance cryptocurrency built atop the base layer protocol. This cryptocurrency will be used as a common means of payment, including all fees and staking inside the COTI ecosystem.

**MultiDAG:** COTI is not bounded to one instance of DAG. The same infrastructure of nodes permits the creation of multiple DAGs that can be used for various purposes and originators. There can be voucher tokens, stable coins, dedicated tokens for global companies, or scalability tokens to speed up settlements in other blockchains. See more details in "MultiDAG" section below.

**Smart contracts:** COTI introduces "on-chain" smart contracts for the DAG, a first of its kind. See more details in "MultiDAG" section below.

**The Arbitration Service:** COTI offers a ready-to-use service that users can appeal to in cases of fraud or any other dispute related to deals settled through the COTI payment system. The Arbitration Service creates a rolling reserve for each merchant to cover possible claims and a system-wide Reserve Credit Fund (RCF) to guarantee it. Both funds are maintained in COTI's native currency. The required size of a merchant's rolling reserve is calculated based on the merchant's Trust Score. Please refer for details to Appendix B, "COTI's Arbitration System".

**Fees:** The COTI network uses a transparent and equitable fee model. All fees are collected by Full Nodes (decentralised servers run by ordinary users in the COTI network). The COTI network receives a portion of fees collected by Full Nodes to support infrastructural technology such as the Double Spend Prevention Nodes (see Sections 6.2 and 11.1) and Trust Score Servers (see Section 3.3). When the network is first created, a portion of all generated COTIs will be set aside as a Reserve Fund to pay for all transactions until the network matures. Therefore, the network fee will be set to zero during the network's infancy. Following this period, the fees will be minor due to the decentralised nature of the network.

Each node charges a fee that is in part determined by the node itself. Some nodes may set a higher fee if they believe they provide a good service; other nodes may charge less or possibly nothing. The price charged by a node for its services should be equitable, publicly available and compliant with common network rules. Network rules will define a ceiling for fees, but there will be no minimum fee.

All fees within the COTI ecosystem are paid with the COTI coin.

It is possible for a merchant to run their own Full Node along with a customised wallet if they believe it will provide a better experience for their customers.