# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>*Defendants*. | No. 1:23-cv-01599-ABJ-ZMF |

## **[PROPOSED] ORDER**

Whereas Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc. (together, "BAM") have moved to dismiss the claims as to secondary sales, including Counts Eight, Nine and Ten, asserted against them in the Amended Complaint filed by Plaintiff in the above-captioned matter.

Now having considered BAM's motion and all relevant submissions and arguments by the parties, it is hereby ORDERED that BAM's motion is GRANTED, and it is further ORDERED that such claims asserted against BAM are hereby DISMISSED WITH PREJUDICE.

Dated: _____                    _____

Amy Berman Jackson
UNITED STATES DISTRICT JUDGE