UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>*Defendants*. | No. 1:23-cv-01599-ABJ-ZMF<br><br>Oral Argument Requested |

**APPENDIX OF EXHIBITS TO DEFENDANTS BAM TRADING SERVICES INC. AND BAM MANAGEMENT US HOLDINGS INC.'S
MOTION TO DISMISS AMENDED COMPLAINT**

Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc. respectfully submit this appendix of exhibits referenced in Defendant's Memorandum of Law in Support of Motion to Dismiss.

| Exhibit Number | Description | Source |
|---|---|---|
| 1 | Token Chart Demonstrative | First Amended Complaint |
| 2 | BAM Trading Rules (Excerpt) | https://www.binance.us/trading-rules |
| 3 | BAM Solana Page | https://www.binance.us/price/solana |
| 4 | BAM Ethereum Page | https://www.binance.us/price/ethereum |
| 5 | BAM Bitcoin page | https://www.binance.us/price/bitcoin |
| 6 | Fake Axie Medium Page (Excerpt) | https://axieinifinity.medium.com/axie-infinity-buyback-burn-sales-program-c15a506f1a6b |
| 7 | Fake SAND Medium Page | See Exhibit 7 |

| 8 | June 9, 2021 Solana Press Release | https://solana.com/news/solana-labs-completes-a-314-15m-private-token-sale-led-by-andreessen-horowitz-and-polychain-capital |
|---|---|---|
| 9 | Solana Fees Page (Excerpt) | https://solana.com/docs/core/fees |
| 10 | Sandeep Nailwal AMA (Excerpt) | https://blog.binance.us/ama-with-polygon-cofounder-and-coo-sandeep-nailwal/ |
| 11 | Polygon Mainnet Upgrades | https://polygon.technology/blog/eip-1559-upgrades-are-going-live-on-polygon-mainnet |
| 12 | SEC Registration Form | https://www.sec.gov/Archives/edgar/data/1675225/000167522517000002/xslFormDX01/primary_doc.xml 1/ |
| 13 | BAM Filecoin Page | https://blog.binance.us/all-about-filecoin-fil/ |
| 14 | Babypips Top Commodity Gainers and Losers | https://marketmilk.babypips.com/commodities/market-movers |
| 15 | Filecoin Technical Specs (Excerpt) | https://spec.filecoin.io/ |
| 16 | BAM Mana Page (Excerpt) | https://www.binance.us/spot-trade/mana_usdt |
| 17 | COTI Whitepaper (Excerpt) | https://coti.io/files/COTI-technical-whitepaper.pdf |
| 18 | COTI Article – Lockup Period (Excerpt) | https://medium.com/cotinetwork/coti-to-launch-a-token-sale-on-kucoin-spotlight-on-june-4th-full-announcement-d860f7cfa361 |
| 19 | BAM COTI Announcement | https://support.binance.us/hc/en-us/articles/5236839276311-Binance-US-Lists-COTI-COTI-Buy-Trade-Now |