# Exhibit 5

Buy Crypto   Prices   Trade   Staking   Pay   Institutions

# Bitcoin (BTC) Price

Price

Favorite   Advanced Chart

$ **72,323.25**

-0.04%   Last   1D

1H   1D   1W   1M   1Y

## BTC Price Performance

| Popularity | Market Cap | Volume (Daily) | Circulating Supply | Trading Activity |
|---|---|---|---|---|
| #1 | $1.43T | $41.46B | 19.78M | 34.43% buy  65.57% sell |
| | 58.86% of crypto market | | 94.17% of total supply | |

## BTC Price Live Data

| All Time High | Hourly Price Change | Daily Price Change | Daily Low & High |
|---|---|---|---|
| $73,750.07 | -0.55% | +0.01% | Low: $71,411.74   High: $72,931.82 |

The live Bitcoin price today is $72,323.25 USD with a 24-hour trading volume of $41,462,737,477.94 USD.

We update our Bitcoin to USD price in real-time.

Bitcoin is up 0.01% in the last 24 hours.

The current CoinMarketCap ranking is #1, with a live market cap of $1,430,227,224,653.37 USD.

It has a circulating supply of 19,775,484.00 BTC coins and a max supply of 21,000,000 BTC coins.

### About BTC

## What Is Bitcoin?

Bitcoin is the original cryptocurrency and introduced the world to the concept of blockchain technology with its launch in early 2009. To this day, it is still the largest crypto asset (by market capitalization), despite inspiring thousands of competitors.

Bitcoin was the first digital currency to successfully solve the double-spend problem (the problem of ensuring that digital money is not easy to duplicate, without relying on an intermediary arbiter like a bank or government). In doing so, Bitcoin showed that digital scarcity and the decentralization of money outside of an intermediary's influence were both possible.

## How Does Bitcoin Work?

  Help

Bitcoin is a decentralized digital currency that can be bought, sold, and exchanged without relying on an intermediary such as a bank, business, or government. It can be sent from anywhere in the world over the internet as a secure, peer-to-peer form of digital money.

Bitcoin operates through an immutable public ledger secured by cryptography (also known as a blockchain). Once a transaction is added to the blockchain, it can't be changed. Only new information can be written to it.

New bitcoin is created through a process known as mining, in which specialized computers compete to find the hash value of the next 'block.' A hash value is a fixed string of numbers that represents a unique piece of data. A block, meanwhile, is a batch of transactions that have taken place over a roughly 10 minute period. Once the hash values have been computed, the block (and the transactions it contains) is added to the blockchain.

The miner who computed the block is rewarded with both the fees accumulated by the transactions in that block and a portion of newly minted BTC. This is the only way to create new bitcoin. The system is designed in such a way as to ensure that only 21 million bitcoin will ever be created, after which miners will be rewarded by transaction fees alone.

Despite the fact that there will only ever be 21 million bitcoin, each bitcoin is highly divisible and you do not need to hold an entire coin. The smallest fraction of a bitcoin that a person can hold is called a 'satoshi' (after Bitcoin's anonymous founder) and represents just a one hundred millionth of a single bitcoin (0.00000001 BTC).

## History of Bitcoin

In late 2008, at the height of the global financial crisis, a pseudonymous figure known as Satoshi Nakamoto released a whitepaper to a popular cryptography mailing list. The whitepaper, titled "Bitcoin: A Peer-to-Peer Electronic Cash System," outlined a method for creating a digital payment system that could be sent directly between individuals without the need for a financial intermediary.

The Bitcoin protocol officially launched in early 2009. Embedded in the first block was a message taken from that day's front page of The Times of London: "Chancellor on brink of second bailout for banks," acknowledging both the financial crisis which was currently underway in the traditional monetary system, and the type of centralized intervention that Bitcoin was seeking to circumvent.

## How To Buy Bitcoin

To buy Bitcoin, find a crypto exchange — like Binance.US — that allows customers to buy the asset.

Once you've chosen the platform, fund your account with fiat currency (government-backed money such as U.S. dollars) via bank transfer, debit card, wire transfer, or other established payment methods.

You can then proceed to use the funds in your account to buy Bitcoin.

After the transaction goes through, you can store your Bitcoin in a crypto wallet — either offline on an external hard drive (i.e., a cold wallet) or online in a hot wallet, which are sometimes provided by the platform you used to make the purchase.

## How To Sell Bitcoin

Once you've purchased Bitcoin, you may choose to use it as you would fiat currency (for transactions that accept it), sell it, or hold it for the long term.

The crypto platform you used to buy Bitcoin will usually allow you to sell it in a few different ways:

- A market order at the current market price
- A limit order at a future price you indicate
- A stop-limit order (sometimes known as a stop-loss), where you can set a stop price to trigger the sale at market price

Once you've sold your Bitcoin, the platform you're using deposits the equivalent amount of fiat currency into your account. You can then withdraw the money or use it to buy other cryptocurrencies.

## How To Trade Bitcoin

Just as with buying and selling, you'll need to partner with a crypto platform that offers the professional tools necessary to trade your Bitcoin. If you've chosen the right crypto ecosystem, you'll be able to do it all from in one place.

Help

When trading Bitcoin, the first step is to do your own research (DYOR) and assess the market — both from a fundamental and technical perspective, if possible. Once you've got the data in hand, you can establish a strategy that aligns with your financial goals and place a trade order.

You should also be mindful to avoid paying high fees when trading, which could eat into your profit margins.

Binance.US is proud to be the only major exchange to offer FREE Bitcoin trading in the U.S on select trading pairs. Sign up, and start trading (or buying and selling) Bitcoin with Zero-Fees today!

**Resources**

Official Bitcoin Website

Whitepaper

*This material has been prepared for general informational purposes only and should NOT be: (1) considered an individualized recommendation or endorsement of any digital asset or services discussed herein; and (2) relied upon for any investment activities. All information is provided on an as-is basis and is subject to change without notice. We make no representation or warranty of any kind, express or implied, regarding the accuracy, validity, reliability, availability or completeness of any such information.* Binance.US *does NOT provide investment, legal, or tax advice in any manner or form. The ownership of any investment decision(s) exclusively vests with you after analyzing all possible risk factors and by exercising your own independent discretion.* Binance.US *shall not be liable for any consequences thereof.*

*Risk warning: Buying, selling, and holding cryptocurrencies are activities that are subject to high market risk. The volatile and unpredictable nature of the price of cryptocurrencies may result in a significant loss.* Binance.US *is not responsible for any loss that you may incur from price fluctuations when you buy, sell, or hold cryptocurrencies. Please refer to our* Terms of Use *for more information.*

Read Less

## BTC News

Oct 30,2024



**Stablecoins Enters Spotlight With US Treasury Department, Here's Why**

Oct 30,2024



**Bitcoin's 800-Day Dominance Streak: Will Altcoins Stage a Comeback?**

Oct 30,2024



**Tracking Global M2 YoY Change: Historical Meaning for Bitcoin Peaks**

Oct 30,2024



**MicroStrategy Announces $42 Billion Capital Plan To Buy More Bitcoin**

 Help

**Oct 30,2024**

### Sol Strategies Expands Solana Holdings After Selling Bitcoin

**Oct 30,2024**



### MicroStrategy Unveils Ambitious $42 Billion Bitcoin Acquisition Strategy

---

**App**

| Company | Products | Support | Learn |
|---|---|---|---|
| About Us | Buy & Sell | Help Center | Crypto Prices |
| Trust | Convert | Tax | Crypto Education |
| Compliance | Spot Trading | Fees | Crypto For Beginners |
| Licenses | OTC | Trading Rules | What is a Blockchain? |
| Blog | Staking | Trade Limits | What is Bitcoin? |
| Announcements | Pay | Listing on Binance.US | What is Ethereum? |
| Careers | Institutions | API Documentation | Crypto Staking Explained |
| Terms of Use | Crypto Domains | Status | Crypto Tokens vs. Coins |
| Privacy Policy | | | |
| Cookie Policy | | | |
| Law Enforcement Guide | | | |
| Do Not Sell My Personal Information | | | |

PCI DSS Certification

f X

**BINANCE.US**

© 2024 BAM Trading Services Inc. d.b.a. Binance.US - All rights reserved.  NMLS ID: 1906829

Help