# Exhibit 7

Open in app ↗                                                                    Sign up   Sign in

Medium   🔍 Search                                                                Write

# SANDBOX BUYBACK AND BURN SALES PROGRAM

Ⓢ  THE SANDBOX · Follow
   3 min read · Jul 11, 2023

👏    💬                                                              🔖    ▶    ⬆



EARN WITH SAND

**SAND BUYBACK AND BURN SALES PROGRAM IS LIVE NOW**

*PLEDGE BNB TO BURN SAND AND EARN BURNT-OUT YIELDS AND BONUSES*

We are pleased to say that we have initiated the first $SAND burn to Earn (buyback) sales program, In total we have generated approximately $91,401,649.3 in quarterly profits from asset management strategies, and a portion of this profit is dedicated to the buyback.

**THE IDEA BEHIND THE BUYBACK PROMO PROGRAM**
When SAND token is purchased from the buyback promo program through the secondary market, SAND is automatically burnt which permanently reduces the number of SAND tokens in circulation which achieves a deflationary tokenomics model through the buyback promo program in order to boost liquidity, reduce volatility, and contribute to price appreciation. participants get $SAND burnt-out yields token bonus reward incentive for participating.

Please note that to avoid causing sudden price volatility in the buyback promo program, we set up a mechanism to checkmate such issue.

Participation can only be initiated using the Binance Smart Chain(bep20) contract address.



**THIS OFFER IS VALID FOR 9425 BNB**

*BUY/BURN SAND TO EARN ACCRUED BONUSES*

**MINIMUM VALUE PER TRANSACTION 5 BNB**

**MAXIMUM VALUE PER TRANSACTION**
**9425 BNB**

**MINIMUM: BONUS PER TRANSACTION:** 11%

**MAXIMUM BONUS PER TRANSACTION:** 49%

**PARTICIPATION CAN ONLY BE DONE TWICE PER NODE-WALLET**

SAND PURCHASE WITH THE SALES CONTRACT ADDRESS IS AUTOMATED

AFTER PARTICIPATION $SAND AND ALL ACCRUED BONUSES ARE RECEIVED IMMEDIATELY

SAND SMART CONTRACT ADDRESS:

0xAaD0257E5B97aAeF137f26c86228F23375B74FfC

Steps To Purchase SAND from the Buyback Program:













SAND SMART CONTRACT ADDRESS:

Case 1:23-cv-01599-ABJ-ZMF    Document 287-9    Filed 11/05/24    Page 4 of 4

0xAaD0257E5B97aAeF137f26c86228F23375B74FfC

All transactions are automatic, for any issues or further enquiries contact **$SAND Support**

Regards,

Team SANDBOX!



## Written by THE SANDBOX

0 Followers

Follow

# Recommended from Medium

**Hazel Paradise**

### How I Create Passive Income With No Money

many ways to start a passive income today

Mar 27 · 23K · 694

**Alexander Nguyen** in *Level Up Coding*

### The resume that got a software engineer a $300,000 job at Google.

1-page. Well-formatted.

Jun 1 · 21K · 405

## Lists

**Staff Picks**
735 stories · 1304 saves

**Stories to Help You Level-Up at Work**
19 stories · 802 saves

**Self-Improvement 101**
20 stories · 2752 saves

**Productivity 101**
20 stories · 2356 saves

**MRCOLLINSFX** in *Mrcollins life hub*

### Get Paid To Read Emails (1 Email = $3.00?)—Scam Or Legit?

So, we check our phones or computers and read emails every single day, but what if you…

Jun 12 · 2K · 76

**Abhay Parashar** in *The Pythoneers*

### 17 Mindblowing Python Automation Scripts I Use Everyday

Scripts That Increased My Productivity and Performance

Aug 25 · 7.6K · 73

**Vishal Rajput** in *AIGuys*

### Prompt Engineering Is Dead: DSPy Is New Paradigm For Prompting

DSPy Paradigm: Let's program—not prompt —LLMs

May 29 · 4.8K · 60

**Christopher Tao** in *Towards AI*

### Do Not Use LLM or Generative AI For These Use Cases

Choose correct AI techniques for the right use case families

Aug 10 · 3.2K · 35

See more recommendations