# Exhibit 9



- Documentation
- Courses
- Guides
- Cookbook
- Terminology
- RPC API
- Stack Exchange

Home  >  Solana Documentation  >  Core Concepts

# Fees on Solana

The Solana blockchain has a few different types of fees and costs that are incurred to use the permissionless network. These can be segmented into a few specific types:

- Transaction Fees - A fee to have validators process transactions/instructions
- Prioritization Fees - An optional fee to boost transactions processing order
- Rent - A withheld balance to keep data stored on-chain

## Transaction Fees #

The small fee paid to process logic (instruction) within an on-chain program on the Solana blockchain is known as a "*transaction fee*".

As each transaction (which contains one or more instructions) is sent through the network, it gets processed by the current validator leader. Once confirmed as a global state transaction, this *transaction fee* is paid to the network to help support the economic design of the Solana blockchain.



> Transaction fees are different from account data storage deposit fee of rent. While transaction fees are paid to process instructions on the Solana network, a rent deposit is withheld in an account to store its data on the blockchain and reclaimable.

Currently, the base Solana transaction fee is set at a static value of 5k lamports per signature. On top of this base fee, any additional prioritization fees can be added.

## Why pay transaction fees? #

Transaction fees offer many benefits in the Solana economic design, mainly they:

- provide compensation to the validator network for the expended CPU/GPU compute resources necessary to process transactions
- reduce network spam by introducing a real cost to transactions
- provide long-term economic stability to the network through a protocol-captured minimum fee amount per transaction

## Basic economic design #

Many blockchain networks (including Bitcoin and Ethereum), rely on inflationary *protocol-based rewards* to secure the network in the short-term. Over the long-term, these networks will increasingly rely on *transaction fees* to sustain security.

The same is true on Solana. Specifically:

- A fixed proportion (initially 50%) of each transaction fee is *burned* (destroyed), with the remaining going to the current leader processing the transaction.
- A scheduled global inflation rate provides a source for rewards distributed to Solana Validators.

## Fee collection #

Transactions are required to have at least one account which has signed the transaction and is writable. These *writable signer accounts* are serialized first in the list of accounts and the first of these is always used as the "*fee payer*".

Before any transaction instructions are processed, the fee payer account balance will be deducted to pay for transaction fees. If the fee payer balance is not sufficient to cover transaction fees, the transaction processing will halt and result in a failed transaction.

If the balance was sufficient, the fees will be deducted and the transaction's instructions will begin execution. Should any of the instructions result in an error, transaction processing will halt and ultimately be recorded as a failed transaction in the Solana ledger. The fee is still collected by the runtime for these failed transactions.

Should any of the instructions return an error or violate runtime restrictions, all account changes *except* the transaction fee deduction will be rolled back. This is because the validator network has already expended computational resources to collect transactions and begin the initial processing.

## Fee distribution #

Transaction fees are partially burned and the remaining fees are collected by the validator that produced the block that the corresponding transactions were included in. Specifically, 50% are burned and 50% percent are distributed to the validator that produced the block.

## Why burn some fees? #

As mentioned above, a fixed proportion of each transaction fee is *burned* (destroyed). This is intended to cement the economic value of SOL and thus sustain the network's security. Unlike a scheme where transactions fees are completely burned, leaders are still incentivized to include as many transactions as possible in their slots (opportunity to create a block).

Burnt fees can also help prevent malicious validators from censoring transactions by being considered in fork selection.

### Example of an attack: #

In the case of a Proof of History (PoH) fork with a malicious or censoring leader:

- due to the fees lost from censoring, we would expect the total fees burned to be **less than** a comparable honest fork
- if the censoring leader is to compensate for these lost protocol fees, they would have to replace the burnt fees on their fork themselves
- thus potentially reducing the incentive to censor in the first place

## Calculating transaction fees #

The complete fee for a given transaction is calculated based on two main parts:

- a statically set base fee per signature, and
- the computational resources used during the transaction, measured in "*compute units*"

Since each transaction may require a different amount of computational resources, each is allotted a maximum number of *compute units* per transaction as part of the *compute budget*.