# Exhibit 13



Buy Crypto    Markets    Trade                    Log In    Get Started

 | Blog              Education      Leadership      Product

Our Listings,  FIL,  Filecoin

# All About Filecoin (FIL)

June 17, 2021    -    2 min read



## A Decentralized Storage Network Built On IPFS.

- **Filecoin** is a decentralized storage network that serves as an **incentivization** layer on top of the InterPlanetary File System (IPFS).
- Filecoin utilizes **idle** hard drive space and bandwidth to provide data storage and retrieval services in an **open market**, allowing anyone to participate as a storage provider and to **monetize** spare hard drive capacity.
- The Filecoin blockchain has a built-in **self-healing** process where faulty storage nodes are detected and their stored files are redistributed to reliable nodes.
- The Filecoin network uses the FIL token to incentivize various node types to contribute to the network. Node types include:
- **Chain Verifier Node**: Synchronizes the Filecoin blockchain and validates the latest blocks to reach a consensus state.
- **Client Node**: Builds on top of a Chain Verifier Node and must be implemented by any application that is building on the Filecoin network.
- **Storage Miner Node**: Forms contracts with clients to store data for a period of time. Storage Miner Nodes can earn FIL whenever new blocks are created, and by completing storage contracts and adding new messages to blocks.

- **Retrieval Miner Node**: Forms contracts with clients to retrieve a particular set of data. Retrieval Miner Nodes earn FIL by completing data retrieval contracts. Retrieval Miner Nodes situated in a well-placed locations would earn more as they facilitate more transfers, and provide a better service due to lower latency.
- FIL will also be used as a collateral for miners to participate in the Filecoin ecosystem. The **collateral** required will be **proportional to the storage space** provided by miners. Filecoin has three different collateral mechanisms:
- **Inital Pledge Collateral**: Direct upfront collateral to participate in the economy. This collateral will be slashed if the miner is found to have acted maliciously.
- **Block Reward Collateral**: To reduce upfront collateral, block rewards are also used as collateral, block rewards for miners are subject to slashing in the event that a sector is terminated before its expiration.
- **Storage Deal Collateral**: Storage provided by the storage provider to collateralize deals.
- Filecoin uses two proof systems to verify secure data storage:
- **Proof-of-Replication** (PoRep): To verify that storage nodes have stored data on their hard drives.
- **Proof-of-Spacetime** (PoSt): To prove that the storage nodes are able to authenticate the sequential PoRep over a period of time.
- FIL tokens are capped at **2 billion maximum supply**, with new FIL tokens being released via block rewards.

**Start Trading** Now!

Download the Binance.US app here

FIL/USD
FIL/USDT

***Legal disclaimer**:
This material has been prepared for general informational purposes only and should NOT be: (1) considered an individualized recommendation or advice; and (2) relied upon for any investment activities. All information is provided on an as-is basis and is subject to change without notice, we make no representation or warranty of any kind, express or implied, regarding the accuracy, validity, reliability, availability or completeness of any such information. Binance.US does NOT provide investment, legal, or tax advice in any manner or form. The ownership of any investment decision(s) exclusively vests with you after analyzing all possible risk factors and by exercising your own independent discretion. Binance.US shall not be liable for any consequences thereof.

Share this article:     

You might also like...

  

### Binance.US Adds Support for Mainnet NEAR Protocol (NEAR)

June 16, 2022   -   2 min read

### All About FC Porto Team Fan Token (PORTO)

May 18, 2022   -   2 min read

### All About BWT Alpine F1® Team Fan Token (ALPINE)

May 17, 2022   -   2 min read



© 2024 - BAM Trading Services Inc. d.b.a. Binance.US - All rights reserved.

   

NMLS ID: 1906829