# Exhibit 14


babypips



**SEARCH FOR SYMBOLS**

| MARKET SNAPSHOT | WATCHLISTS OVERVIEW | SYMBOL DETAILS |

**MARKET**

Commodities ▸

**SOURCE**

FXCM ▸

📸 MARKET SNAPSHOT

💪 COMMODITIES STRENGTH

🔥 COMMODITIES HEAT MAP

〰️ COMMODITIES VOLATILITY



# Commodities Market Movers

**Which commodities are moving today?**

Which commodities are hot? Which commodities are cold? Who are the performance leaders and losers?

See which commodities have gone up or down significantly over the course of the trading day, along with their price change in percentage.

These commodities are ranked by their **1D** percent change (the percentage difference between the last price and previous price).

## Top Gainers

Which commodities have gained the most **today**? Gainers refers to the commodities that had a positive percentage price movement since the previous **day**.

| | CHANGE % | CHANGE | LAST PRICE |
|---|---|---|---|
| USOil | +2.48% | 1.671 | 69.075 |



## Top Losers

Which commodities have lost the most **today**? Losers refers to the commodities that had a negative percentage price movement since the previous **day**.

| | CHANGE % | CHANGE | LAST PRICE |
|---|---|---|---|
| NGAS | -3.22% | -0.0937 | 2.8134 |
| XAG/USD | -1.93% | -0.666 | 33.774 |
| CORNF | -0.39% | -1.62 | 411.380 |



MarketMilk™ is a visual technical analysis tool that simp...
make...

Copyright © 2024 B...

Contact

Subscribe