# Exhibit 16



Buy Crypto        Prices        Trade        Staking        Pay        Institutions

← Price 🟠 Decentraland (MANA) Price                                        ☆ Favorite    📊 Advanced Chart

$0.3064

**-1.84%**  Last  1D                                                    1H   **1D**   1W   1M   1Y

## MANA Price Performance

| Popularity | Market Cap | Volume (Daily) | Circulating Supply | Trading Activity |
|---|---|---|---|---|
| #114 | $595.04M | $27.16M | 1.94B | 25.00% buy  75.00% sell |
|  | 0.02% of crypto market |  |  |  |

## MANA Price Live Data

| All Time High | Hourly Price Change | Daily Price Change | Daily Low & High |
|---|---|---|---|
| $5.9023 | +0.65% | -0.57% | Low: $0.3006  ▬▬▬▬▬  High: $0.3128 |

The live Decentraland price today is $0.3064 USD with a 24-hour trading volume of $27,162,288.8905 USD.

We update our Decentraland to USD price in real-time.

Decentraland is down 0.57% in the last 24 hours.

The current CoinMarketCap ranking is #114, with a live market cap of $595,041,191.9302 USD.

🟠 About MANA

Decentraland is a virtual reality platform powered by the Ethereum blockchain. Users can create, experience, and monetize content and applications. One of the main features of the platform is the ability to purchase land in its virtual reality & to build on it.

## MANA News

Oct 26,2024

💬 Help