# Exhibit 18

10/30/24, 4:14 PM
COTI to launch a token sale on KuCoin Spotlight on June 4th — Full announcement | by COTI | COTI | Medium
Case 1:23-cv-01599-ABJ-ZMF   Document 287-20   Filed 11/05/24   Page 2 of 9



# COTI to launch a token sale on KuCoin Spotlight on June 4th — Full announcement

COTI · Follow

Published in COTI · 6 min read · May 28, 2019

424



Dear COTI community members,

COTI and KuCoin have joined forces to launch COTI's token sale (IEO) on KuCoin Spotlight on June 4th. COTI is one of the selected projects to partner with Spotlight, which assists blockchain companies with raising funds, gaining market traction and raising industry awareness.

KuCoin is one of the largest global exchanges, with more than 398 live markets listed on CoinMarketCap, which translates to 398+ cryptocurrency

10/30/24, 4:14 PM
COTI to launch a token sale on KuCoin Spotlight on June 4th — Full announcement | by COTI | Medium
Case 1:23-cv-01599-ABJ-ZMF   Document 287-20   Filed 11/05/24   Page 3 of 9

pairs trading on the platform.

COTI's token sale will take place on KuCoin Spotlight on 4 June, 2019, and pre-registration can be completed on KuCoin's website.

We would like to take this opportunity to thank our long term supporters for their patience as we have moved towards this milestone. We know for some it has been a longer wait than first imagined; however, the scope of our project has increased dramatically during this time, and we feel our project now offers more value and potential for mass adoption than ever before. For those who are unfamiliar with the many achievements COTI has made along the way, we invite you to take a look back at the history of our project in this article.



10/30/24, 4:14 PM
COTI to launch a token sale on KuCoin Spotlight on June 4th - Full announcement | by COTI | Medium
Case 1:23-cv-01599-ABJ-ZMF   Document 287-20   Filed 11/05/24   Page 4 of 9

## Details of the COTI KuCoin Spotlight:

COTI's token sale will begin 4 June, 2019

**Token ticker:** COTI

**Token type:** MainNet

**Total token amount:** 2,000,000,000 COTI

**Total spotlight raise amount:** $3,000,000 USD

**Tokens for Spotlight Sale:** 46,153,846 COTI

**Token price:** 1 COTI = $0.065 USD

**Spotlight Sale token lockup:** None

**Seed token price:** 1 COTI = $0.06

**Private Sale Token Price:** 1 COTI = $0.08

**Private sale lockup:** 0–36 months

**Token Sale Format:** Lottery

**Allocation Per Winning Ticket:** 500 USD (7692.307692 COTI)

**Spotlight Token Distribution:** The COTI will be distributed immediately after the successful deduction of KCS.

## Token Allocation:

Token sales : up to 30%

Incentive pool and Liquidity reserve : 45%

Team: 15%

Advisors : 10%

. . .

**Why is COTI holding an IEO?**

The most obvious reason for holding an IEO in this advanced stage of COTI's roadmap is to ensure an effective launch. It will enable us to amplify our community base and to generate greater visibility and liquidity measures.

Even more so, just comparing the overall network value of projects that went through an IEO and those that didn't, it makes it very lucrative for all stakeholders that COTI hold an IEO.

**Can anyone participate in the IEO sale?**
The IEO is not available to residents of the following regions:
United States of America, Canada, New Zealand, Thailand, Japan, Mainland China,Bahamas, Botswana, Cuba, Democratic People's Republic of Korea, Ghana, Serbia,Tunisia, Somalia, Zimbabwe, South Sudan, Sudan (north), Sudan (Darfur), Iran, Iraq,Israel, Libya, Syria, Eritrea, Ethiopia, Yemen, Sri Lanka, Afghanistan, Albania, Belarus, Bosnia& Herzegovina, Burundi, Central African Republic, Côte d'Ivoire, Democratic Republic of the Congo,

Gibraltar, Guinea, Guinea-Bissau, Lebanon, Liberia, Myanmar, Pakistan, Nicaragua, Republic of Macedonia, Trinidad & Tobago, Tunisia, Uganda, Ukraine and Venezuela.

**Why is the IEO token price $0.065, and are there any changes to the token lockup structure?**

With the current state of IEOs and exchanges, big or small, a project must meet specific conditions in order to run an IEO. Other than meeting the criteria of being a top notch project, which we are happy to say we have passed with flying colors, there are other conditions to meet with regards to token metrics. Any exchanges hosting IEOs — and we spoke with most, if not all of them — will ask you to align your token metrics with their requirements, as well as market conditions that are perpetually changing.

To be specific, exchanges ask that the IEO price be attractive and in most cases lower than the price the token has previously been sold at and to also prolong lockup periods for all token holders.

We have debated this point a great deal internally and with our board of advisors, and we are happy to say that we found KuCoin to be the most suitable partners for us. They agreed to help us protect the interests of our community and early token holders while still making our IEO lucrative for new buyers and for their customers.

When we ran a community sale in June 2018, it was capped at 1.5 ETH per person at a price of $0.075/0.085 for the locked/unlocked tokens, respectively. The contributors to our community sale that purchased the unlocked tokens will have their tokens unlocked on June 4th, with the ability to trade these tokens on KuCoin when COTI is listed. Although exchanges

request that all previous token holders are locked for long periods under the IEO model, in COTI's case we were able to keep the existing lockup terms for the community sale contributors, who have supported us throughout our journey.

COTI's IEO coin price will be close to the average of all previous sales, and not the lowest price we have ever sold it at. If you bought a larger amount during the seed sale, then you likely paid a bit less. If you bought a more moderate amount during the community sale for example, then you likely paid a bit more.

That being said, we have managed to provide buyers who paid a bit more per token with a sizable advantage by exempting them from extending their lockups!

This means that if you paid less than the IEO price, then your lockup will be extended. However, if you participated in our community sale and you paid more, then you are free to trade from day one with the rest of the IEO participants.

We feel that this is the most balanced and fair outcome for any IEO and will ensure success for the benefit of all participants.

It is also important to note that the percentage of tokens being raised via the IEO is very small, being 2.3% of the overall coin supply. As per our whitepaper, we are still selling up to 30% of COTI coins in total — this amount has not increased or decreased.

**How many coins will be circulating upon listing?**
Our maximal circulating supply upon listing (post-IEO) will be up to 3.79% of

10/30/24, 4:14 PM
COTI to launch a token sale on KuCoin Spotlight on June 4th - Full announcement | by COTI | Medium
Case 1:23-cv-01599-ABJ-ZMF   Document 287-20   Filed 11/05/24   Page 8 of 9

the total supply (75.8m COTI coins), this is an assumed market cap of $4.9m USD.

**What is the lockup structure for the liquidity reserve, incentive pool, team and advisors?**

Team tokens have a minimum six-month lockup and are released over a 24-month period.

Advisor tokens are locked for a 6–36-month period. Both our liquidity reserve and incentive pool tokens will be supervised by a trusted third party accounting firms to ensure that these tokens will not be available on secondary markets before their intended release date.

**How have we ensured liquidity for the COTI coin?**

We understand that many IEOs have failed their contributors post IEO with regards to supporting the liquidity and stability of token prices. Having previously raised $15m USD, we are one of the few projects that has the resources to invest heavily in top tier liquidity provider services. This will ensure liquidity and token price stability, while supporting our token holders — not only post IEO but long into the future.

## COTI Resources

**Website:** https://coti.io

**Telegram:** https://t.me/COTInetwork

**Github:** https://github.com/coti-io

**Medium:** https://medium.com/@COTInetwork