# Exhibit 19

BINANCE.US

Log In

Sign Up

How can we help you?

Binance.US > Announcements > Listings News

Articles in this section

# Binance.US Lists COTI (COTI) | Buy & Trade Now

3 years ago · Updated

Follow

Binance.US lists COTI.

- Trade COTI (COTI) on the COTI/USD and COTI/USDT pairs, or buy COTI (COTI) with Bank Transfer (ACH), Debit Card, or Wire Transfer.
- Deposits and withdrawals are now open for ERC20 and BEP20 COTI*.

*Please note that Binance.US supports Ethereum (ERC20) and BNB Smart Chain (BEP20) COTI deposits and withdrawals. We will be unable to recover tokens sent to the wrong network address. For more information on the networks that Binance.US supports, consult our full list of supported assets and networks.

**Note:** This article was last updated on April 6, 2022. Deposits for COTI first opened on April 5, 2022 at 5 a.m. PDT / 8 a.m. EDT. Trading opened 24 hours later, along with the "Buy Crypto" functionality.

## What is COTI (COTI)?

COTI serves as the native token of the COTI ecosystem, which enables merchants, financial organizations, and payment service providers to easily build and launch their own payment solutions. The COTI ecosystem prioritizes scalability and speed, offering users instant settlements for cross-border payments, along with low transaction fees.

COTI tokens are used as a medium of exchange for payments between COTI users and their respective customers, for staking, and for paying transaction fees within the COTI ecosystem.

Visit our blog to learn All About COTI (COTI).

**Download the Binance.US app to trade on the go:** iOS | Android

Follow us on social media to stay up to date with Binance.US news and announcements:

Telegram

Twitter

Facebook

Instagram

LinkedIn

Reddit

Youtube

*Binance.US reserves the right in its sole discretion to amend or change or cancel this announcement at any time and for any reasons without prior notice.*

**Risk warning:** *Buying, selling, and holding cryptocurrencies are activities that are subject to high market risk. The volatile and unpredictable nature of the price of cryptocurrencies may result in a significant loss. Binance.US is not responsible for any loss that you may incur from price fluctuations when you buy, sell, or hold cryptocurrencies. Please refer to our* Terms of Use *for more information.*



---

Was this article helpful?

| Yes | No |

0 out of 0 found this helpful

Have more questions? Chat with us!

Return to top

## Recently viewed articles

Licenses

Binance.US Will List Algorand (ALGO) and Zcash (ZEC)

## Related articles

How to Transfer Crypto from Coinbase to Binance.US

Binance.US Lists Solana (SOL) | Buy & Trade Now

How to save & whitelist crypto addresses

Coachella $5 Sign-up Bonus | Terms & Conditions

Binance.US Will Support the Upcoming Flow (FLOW) Network Upgrade



© 2023 BAM Trading Services Inc. d.b.a. Binance.US - All rights reserved.

NMLS ID: 1906829