**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br><br>)<br>Plaintiff, )<br><br>)<br>v. )<br><br>)<br>BINANCE HOLDINGS LIMITED, )<br>BAM TRADING SERVICES INC., )<br>BAM MANAGEMENT US HOLDINGS )<br>INC., AND CHANGPENG ZHAO, )<br><br>)<br>Defendants. )<br>) | No. 1:23-cv-01599-ABJ-ZMF |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION
FOR LEAVE TO FILE AN OMNIBUS BRIEF IN EXCESS OF THE LOCAL
RULE'S PAGE LIMITS IN RESPONSE TO ALL DEFENDANTS' MOTIONS TO DISMISS**

Plaintiff Securities and Exchange Commission ("SEC") respectfully moves this Court for an order granting leave for the SEC to file an omnibus brief of no more than 70 pages in response to (1) the motion to dismiss the Amended Complaint filed by Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc. (collectively, "BAM"), (Dkt. No. 287), and (2) the joint motion to dismiss the Amended Complaint filed by Defendants Binance Holdings Limited and Changpeng Zhao (collectively, "Binance Defendants"). (Dkt. No. 285). Defendants do not object to this Motion.

On October 16, 2024, the Court granted the SEC's motion to amend its Complaint. (Oct. 16, 2024 Minute Order). On November 4, 2024, BAM moved to dismiss the Amended Complaint and filed a 45-page memorandum and 24 exhibits in support of their motion. That same day, the Binance Defendants moved to dismiss the Amended Complaint and filed a 45-page memorandum and 19 exhibits in support of their motion. In their respective memoranda, Defendants raise numerous and sometimes overlapping legal arguments in support of their motions.

The SEC's responses to these motions are due December 4, 2024.  (Scheduling Order, Dkt. No. 281.)  Pursuant to Local Rule 7(e), the SEC is permitted 45 pages for each opposition brief, for a total of 90 pages.  Rather than filing separate briefs responding to each motion, the SEC respectfully submits that it is in the interests of judicial economy to permit the SEC to respond to both motions in an omnibus brief, and, given the numerous arguments Defendants raise in their collective 90 pages of briefing, this Court should order an enlargement of Local Rule 7(e)'s 45-page limit to permit the SEC to file an omnibus response that does not exceed 70 pages.

Accordingly, the SEC respectfully requests that this Court grant this Motion.

Dated:  November 26, 2024                              Respectfully submitted,


                                                      s/ Matthew Scarlato
                                                      Matthew Scarlato (D.C. Bar No. 484124)
                                                      Jennifer L. Farer (D.C. Bar No. 1013915)
                                                      J. Emmett Murphy
                                                      David A. Nasse (D.C. Bar No. 1002567)
                                                      Jorge G. Tenreiro
                                                      Elisa S. Solomon
                                                      Rachel Yeates
                                                      SECURITIES AND EXCHANGE COMMISSION
                                                      100 F Street, NE
                                                      Washington, DC 20549
                                                      (202) 551-3479 (Scarlato)
                                                      scarlatom@sec.gov

                                                      *Attorneys for Plaintiff*