UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Securities and Exchange Commission's ("SEC") Motion for leave to file an omnibus brief in excess of the Local Rules' page limits in response to (1) the motion to dismiss the Complaint filed by Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc., (Dkt. No. 287), and (2) the joint motion to dismiss the Complaint filed by Defendants Binance Holdings Limited and Changpeng Zhao, (Dkt. No. 285) ("collectively, "Motions to Dismiss"), IT IS HEREBY ORDERED THAT:

1. The SEC's motion is GRANTED.

2. The SEC may submit an omnibus response to the Motions to Dismiss that shall not exceed 70 pages.

2

SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Amy Berman Jackson
United States District Judge

2