UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>*Defendants*. | No. 1:23-cv-01599-ABJ-ZMF |

**DEFENDANTS' JOINT NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully submit this Notice of Supplemental Authority to inform the Court of a recent ruling in *SEC v. Coinbase*, No. 23-cv-04738-KPF, Dkt. No. 175 (S.D.N.Y. Jan. 7, 2025), which is attached as Exhibit A.

Dated: January 9, 2025

Respectfully submitted,

*/s/ Daniel J. Davis*
Daniel J. Davis (D.C. Bar #484717) (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Ave NW
Washington DC 20006
daniel.davis@katten.com

KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
christian.kemnitz@katten.com
levi.giovanetto@katten.com
david.luger@katten.com

*Attorneys for Defendants BAM Trading Services Inc. and BAM Management Holdings US Inc.*

*/s/ George S. Canellos*
George S. Canellos (*pro hac vice*)
Matthew J. Laroche (*pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY 10001
GCanellos@milbank.com
MLaroche@milbank.com

*Attorneys for Defendants BAM Trading Services Inc. and BAM Management Holdings US Inc*

1

| | |
|---|---|
| */s/ William A. Burck* | */s/ Daniel W. Nelson* |
| William A. Burck | Daniel W. Nelson (D.C. Bar #433415) |
| Avi Perry | Jason J. Mendro (D.C. Bar #482040) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | M. Kendall Day (*pro hac vice*) |
| 1300 I Street, NW, Suite 900 | Amy Feagles (*pro hac vice*) |
| Washington, D.C. 20005 | Matt Gregory (D.C. Bar #1033813) |
| Tel: (202) 538-8120 (Burck) | Jeremy M. Christiansen (D.C. Bar #1044816) |
| williamburck@quinnemanuel.com | GIBSON, DUNN & CRUTCHER LLP |
| aviperry@quinnemanuel.com | 1700 M Street, N.W. |
| | Washington, D.C. 20036 |
| Emily Kapur (*pro hac vice*) | Tel: (202) 955-8500 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Fax: (202) 467-0539 |
| 555 Twin Dolphin Drive | dnelson@gibsondunn.com |
| 5th Floor | jmendro@gibsondunn.com |
| Redwood Shores, CA 94065 | kday@gibsondunn.com |
| Tel: (650) 801-5122 | afeagles@gibsondunn.com |
| emilykapur@quinnemanuel.com | mgregory@gibsondunn.com |
| | jchristiansen@gibsondunn.com |
| *Attorneys for Defendant Changpeng Zhao* | *Attorneys for Defendant Binance Holdings Limited* |