UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:23-cv-01599-ABJ-ZMF |
| BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT MOTION TO STAY

Plaintiff Securities and Exchange Commission ("SEC") and Defendants Binance Holdings Limited, BAM Trading Service Inc., BAM Management US Holdings Inc., and Changpeng Zhao (collectively, the "Parties") jointly move to stay this case for a period of 60 days.

A district court has "broad discretion to stay proceedings as an incident to its power to control its docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997). A district court considers three factors when deciding whether to stay a case: "(1) harm to the nonmoving party if a stay does issue; (2) the moving party's need for a stay—that is, the harm to the moving party if a stay does not issue; and (3) whether a stay would promote efficient use of the court's resources." *Center for Biological Diversity v. Ross*, 419 F. Supp. 3d 16, 20 (D.D.C. 2019).

Here, the Parties believe a brief stay is warranted. On January 21, 2025, new SEC Acting Chairman Mark T. Uyeda launched a crypto task force dedicated to helping the SEC develop a

regulatory framework for crypto assets.[1] The work of this task force may impact and facilitate the potential resolution of this case. Accordingly, the SEC proposed a brief stay to Defendants, and the Defendants agreed that a stay is appropriate and in the interest of judicial economy. As this is a joint motion, there is no prejudice to any party here, and a stay could save the Parties resources because, if an early resolution could be reached, it would obviate the need to continue merits discovery. Further, this brief stay will promote the efficient use of the Court's resources, as a resolution would obviate the need for the Court to resolve Defendants' pending Motions to Dismiss the Amended Complaint. *See* Dkt. Nos. 285, 287. Finally, the proposed stay is limited in duration and interferes with no current Court-issued deadlines. *See Belize Soc. Dev. Ltd. v. Gov't of Belize*, 668 F.3d 724, 731-32 (D.C. Cir. 2012) (noting that stays of "indefinite duration" are disfavored). At the end of the 60-day stay period, the Parties propose that they will submit a joint status report, including whether a continuation of the stay is warranted.

       Accordingly, the Parties respectfully request that this Court grant this Joint Motion to Stay.

---

[1] SEC Crypto 2.0: Acting Chairman Uyeda Announces Formation of New Crypto Task Force, *available at* https://www.sec.gov/newsroom/press-releases/2025-30.

Dated:  February 10, 2025

s/ Matt Gregory
Daniel W. Nelson (D.C. Bar #433415)
Jason J. Mendro (D.C. Bar #482040)
M. Kendall Day
Amy Feagles
Matt Gregory (D.C. Bar #1033813)
Jeremy M. Christiansen (D.C. Bar #1044816)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C.  20036-4504
(202) 887-3687 (Nelson)
DNelson@gibsondunn.com

*Attorneys for Defendant Binance Holdings Limited*

s/ Daniel J. Davis
Daniel J. Davis (D.C. Bar #484717)
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Ave NW
Washington DC 20006
daniel.davis@katten.com

Christian T. Kemnitz
Levi Giovanetto (D.C. Bar #1001160)
David Luger
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
christian.kemnitz@katten.com
levi.giovanetto@katten.com
david.luger@katten.com

George S. Canellos
Matthew Laroche
MILBANK LLP
55 Hudson Yards
New York, NY 10001-2163
212-530-5792
gcanellos@milbank.com
mlaroche@milbank.com

*Attorneys for Defendants BAM Trading Services Inc. and BAM Management US Holdings Inc.*

Respectfully submitted,

s/ Matthew Scarlato
Matthew Scarlato (D.C. Bar No. 484124)
Jennifer L. Farer (D.C. Bar No. 1013915)
David A. Nasse (D.C. Bar No. 1002567)
SECURITIES AND EXCHANGE
COMMISSION
100 F Street, NE
Washington, DC 20549-9040
(202) 551-3749 (Scarlato)
scarlatom@sec.gov

Elisa S. Solomon
J. Emmett Murphy
SECURITIES AND EXCHANGE
COMMISSION
100 Pearl Street
New York, NY 10004

Rachel Yeates
SECURITIES AND EXCHANGE
COMMISSION
1961 Stout Street, Suite 1700
Denver, CO 80294

*Attorneys for Plaintiff Securities and Exchange Commission*

s/ Avi Perry
William A. Burck
Avi Perry
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC 2005
Tel.: (202) 538-8120 (Burck)
williamburck@quinnemanuel.com
aviperry@quinnemanuel.com

Emily Kapur
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
555 Twin Dolphin Dr.
5th Floor
Redwood Shores, California 94065
Tel: (650) 801-5122
emilykapur@quinnemanuel.com

*Attorneys for Defendant Changpeng Zhao*