UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO,<br><br>Defendants. | No. 1:23-cv-01599-ABJ-ZMF |

**[PROPOSED] ORDER**

Having considered the parties' Joint Motion to Stay, and for good cause shown, the Court orders that:

1. The Joint Motion to Stay is GRANTED;

2. The above-captioned case is stayed for a period of 60 days; and

3. Upon expiration of the stay, the parties will file a joint status report.

IT IS SO ORDERED

Signed this ____ day of _____, 2025

_____
United States District Judge