**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

—————————————————————

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:23-cv-01599-ABJ-ZMF |
| BINANCE HOLDINGS LIMITED, BAM TRADING SERVICES INC., BAM MANAGEMENT US HOLDINGS INC., AND CHANGPENG ZHAO, | ) ) ) ) ) | |
| Defendants. | ) ) | |

—————————————————————

## JOINT STATUS REPORT AND MOTION TO CONTINUE STAY

Pursuant to the Court's February 13, 2025 Minute Order, Plaintiff Securities and Exchange Commission ("SEC" or "Commission") and Defendants Binance Holdings Limited ("Binance"), BAM Trading Services Inc. ("BAM Trading"), BAM Management US Holdings Inc. ("BAM Management"), and Changpeng Zhao (collectively, with the SEC, the "Parties") submit this joint status report and jointly move to continue to stay this case for a period of 60 additional days.

Since the Court stayed this case, the Parties have been in productive discussions, including discussions concerning how the efforts of the crypto task force may impact the SEC's claims. In light of these continued discussions and the time required for the staff to seek authorization from the Commission as necessary to approve any resolution or changes to the scope of this litigation, the SEC requested that the Defendants agree to continue the current stay for an additional 60 days, and the Defendants agreed that continuing the stay is appropriate and

in the interest of judicial economy.  At the end of the 60-day stay period, the Parties propose that they will submit another joint status report.  A proposed order is attached hereto.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion to Continue the Stay.

Dated:  April 11, 2025

s/  Matt Gregory
Daniel W. Nelson (D.C. Bar #433415)
Jason J. Mendro (D.C. Bar #482040)
M. Kendall Day (*pro hac vice*)
Amy Feagles (*pro hac vice*)
Matt Gregory (D.C. Bar #1033813)
Jeremy M. Christiansen (D.C. Bar #1044816)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C.  20036-4504
(202) 887-3687 (Nelson)
DNelson@gibsondunn.com

*Attorneys for Defendant Binance
Holdings Limited*

s/  Daniel J. Davis
Daniel J. Davis (D.C. Bar #484717) (*pro hac
vice*)
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Ave NW
Washington DC 20006
daniel.davis@katten.com

Christian T. Kemnitz (*pro hac vice*)
Levi Giovanetto (D.C. Bar #1001160) (*pro
hac vice*)
David Luger (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
christian.kemnitz@katten.com
levi.giovanetto@katten.com
david.luger@katten.com

George S. Canellos (*pro hac vice*)
Matthew Laroche (*pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY 10001-2163
212-530-5792
gcanellos@milbank.com
mlaroche@milbank.com

*Attorneys for Defendants BAM Trading
Services Inc. and BAM Management
Holdings US Inc.*

Respectfully submitted,

s/ Elisa S. Solomon
Matthew Scarlato (D.C. Bar No. 484124)
Jennifer L. Farer (D.C. Bar No. 1013915)
David A. Nasse (D.C. Bar No. 1002567)
SECURITIES AND EXCHANGE
COMMISSION
100 F Street, NE
Washington, DC 20549-9040
(202) 551-3749 (Scarlato)
scarlatom@sec.gov

Elisa S. Solomon
J. Emmett Murphy
SECURITIES AND EXCHANGE
COMMISSION
100 Pearl Street
New York, NY 10004

Rachel Yeates
SECURITIES AND EXCHANGE
COMMISSION
1961 Stout Street, Suite 1700
Denver, CO 80294

*Attorneys for Plaintiff Securities and
Exchange Commission*

s/  Avi Perry
William A. Burck
Avi Perry
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC 2005
Tel.: (202) 538-8120 (Burck)
williamburck@quinnemanuel.com
aviperry@quinnemanuel.com

Emily Kapur (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Dr.
5th Floor
Redwood Shores, California 94065
Tel: (650) 801-5122
emilykapur@quinnemanuel.com

*Attorneys for Defendant Changpeng Zhao*