# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

<table>
<tr><td>

SECURITIES AND EXCHANGE
COMMISSION,

       *Plaintiff,*

  v.

BINANCE HOLDINGS LIMITED,
BAM TRADING SERVICES INC.,
BAM MANAGEMENT US HOLDINGS
INC., AND CHANGPENG ZHAO,

       *Defendants.*

</td><td>

**No. 1:23-cv-01599-ABJ-ZMF**

**NOTICE OF WITHDRAWAL
OF APPEARANCE**

</td></tr>
</table>

PLEASE TAKE NOTICE, pursuant to LCvR 83.6(b), the undersigned notifies the Court

and hereby withdraws his appearance in the above-captioned case on behalf of Defendant Binance

Holdings Limited ("Binance"). Gibson, Dunn & Crutcher LLP and its attorneys that have appeared

will continue to represent Binance in this action.

Dated: May 19, 2025                                      Respectfully submitted,


  */s/ Jeremy M. Christiansen*

Jeremy M. Christiansen (D.C. Bar # 1044816)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036-4504
Tel: (202) 887-3623
Fax: (202) 530-9506
jchristiansen@gibsondunn.com